IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. _____ ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Defendants. | ) ) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Arbutus Biopharma Corp. hereby states that it has no parent corporation. Roivant Sciences Ltd., a publicly-held company, owns 10% or more of the stock of Arbutus Biopharma Corp.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Genevant Sciences GmbH hereby states that its ultimate corporate parent is Roivant Sciences Ltd., a publicly-held company.

|  |  |
|---|---|
| OF COUNSEL:<br>David I. Berl<br>Adam D. Harber<br>Thomas S. Fletcher<br>Jessica Palmer Ryen<br>Denis R. Hurley<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth St. NW<br>Washington, DC 20005<br>(202) 434-5000<br>*Attorneys for Plaintiff Genevant Sciences GmbH* | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Plaintiffs* |

Daralyn J. Durie
Eric C. Wiener
DURIE TANGRI LLP
217 Leidesdorff St
San Francisco, CA 94111
(415) 362-6666
*Attorneys for Plaintiff Arbutus*
*Biopharma Corporation*

Dated: February 28, 2022