IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252-MN ) ) ) ) ) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Kira A. Davis, of Durie Tangri LLP, 953 East 3rd Street, Los Angeles, CA 90013, to represent Plaintiff Arbutus Biopharma Corporation in this matter.

| | |
|---|---|
| OF COUNSEL: <br> David I. Berl <br> Adam D. Harber <br> Thomas S. Fletcher <br> Jessica Palmer Ryen <br> Denis R. Hurley <br> Lydia B. Cash <br> WILLIAMS & CONNOLLY LLP <br> 680 Maine Avenue S.W. <br> Washington, DC 20024 <br> (202) 434-5000 <br> *Attorneys for Plaintiff Genevant Sciences GmbH* <br><br> Daralyn J. Durie <br> Eric C. Wiener <br> DURIE TANGRI LLP <br> 217 Leidesdorff Street <br> San Francisco, CA 94111 <br> (415) 362-6666 | /s/ Nathan R. Hoeschen <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> *Attorneys for Plaintiffs* |

Kira A. Davis
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
(213) 992-4499
*Attorneys for Plaintiff Arbutus*
*Biopharma Corporation*

Dated: May 4, 2022

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Kira A. Davis is granted.

                                                                                                             _____

                                                                                                              United States District Judge

Date: _____

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the State of California and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Kira A. Davis
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
(213) 992-4499
Date: May 3, 2022    KDavis@durietangri.com