IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>    Plaintiffs,<br><br> v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for plaintiffs to file an answering brief in opposition to Defendants' Partial Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.I. 17) is extended to and including June 3, 2022. The parties further stipulate that the time for defendants to file a reply brief in support of its motion to dismiss is extended through and including June 24, 2022.

| | |
|---|---|
| */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Plaintiffs* | */s/ Brian P. Egan*<br>Jack B. Blumenfeld (No. 1014)<br>Brian P. Egan (No. 6227)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>*Attorneys for Defendants* |

Dated: May 13, 2022

2

SO ORDERED this _____ day of _____ 2022.

                                                                       _____
                                                                       U.S.D.J.