IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252-MSG ) ) ) ) ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Kira A. Davis, of Durie Tangri LLP, 953 East 3rd Street, Los Angeles, CA 90013, to represent Plaintiff Arbutus Biopharma Corporation in this matter.

| | |
|---|---|
| OF COUNSEL: <br> David I. Berl <br> Adam D. Harber <br> Thomas S. Fletcher <br> Jessica Palmer Ryen <br> Denis R. Hurley <br> Lydia B. Cash <br> WILLIAMS & CONNOLLY LLP <br> 680 Maine Avenue S.W. <br> Washington, DC 20024 <br> (202) 434-5000 <br> *Attorneys for Plaintiff Genevant Sciences GmbH* <br><br> Daralyn J. Durie <br> Eric C. Wiener <br> DURIE TANGRI LLP <br> 217 Leidesdorff Street <br> San Francisco, CA 94111 <br> (415) 362-6666 | /s/ Nathan R. Hoeschen <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> *Attorneys for Plaintiffs* |

Kira A. Davis
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
(213) 992-4499
*Attorneys for Plaintiff Arbutus*
*Biopharma Corporation*

Dated: May 4, 2022

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Kira A. Davis is granted.

                                                     */s/ Mitchell S. Goldberg*
                                                     United States District Judge

Date:  June 8, 2022