

John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

July 1, 2022

**BY CM/ECF**
The Honorable Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
United States Courthouse, Room 17614
601 Market Street
Philadelphia, PA 19106

      Re:    *Arbutus Biopharma Corporation, et al., v. Moderna, Inc., et al.,*
              C.A. No. 22-252-MSG

Dear Judge Goldberg:

      Pursuant to D. Del. L.R. 7.1.4, Plaintiff Genevant Sciences GmbH respectfully requests oral argument on Defendants Moderna, Inc. and ModernaTX, Inc's Motion to Dismiss for Failure to State a Claim (D.I. 16).  The parties' briefs may be found on the docket as D.I. 17, 21, and 23.

                                          Respectfully submitted,

                                          */s/ John W. Shaw*

                                          John W. Shaw (No. 3362)

cc:    Clerk of the Court (by CM/ECF)
        All counsel of record (by CM/ECF and email)