

John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

August 1, 2022

**BY CM/ECF**

The Honorable Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 17614
601 Market Street
Philadelphia, PA 19106-1797

      Re:    *Arbutus Biopharma Corporation, et al. v. Moderna, Inc., et al.,*
              C.A. No. 22-252-MSG (D. Del.)

Dear Judge Goldberg:

      On July 20, 2022, Plaintiffs sent Defendants a draft proposed Scheduling Order (Exhibit A) and invited edits or discussion. Defendants declined to engage, citing their partial motion to dismiss as grounds for refusing to negotiate a schedule or proceed with discovery. See Exhibit B. Plaintiffs wrote Defendants again on July 28, 2022, and requested a Rule 26(f) conference. Defendants again refused, stating that they "see no need for a Rule 26(f) conference while Moderna's motion is pending and before the Court has ordered a Rule 16 conference in light of the pending partial motion to dismiss." *See* Exhibit B.

      Defendants' unwillingness to hold a Rule 26(f) conference is improper under both Federal Rule of Civil Procedure 26(f)(1)—which directs the parties to "confer as soon as practicable"—as well as under paragraph 2 of Your Honor's Policies and Procedures guidelines regarding civil matters, which states that "[o]utstanding motions will not excuse counsel from timely holding" a Rule 26(f) conference "and submitting a Rule 26 plan." See also *Grape Technology Group Inc. et al. v. Jingle Networks Inc.,* No. 08-cv-00408-GMS, Doc. No. 18 (D. Del. Jan. 13, 2009) (directing that "parties are not precluded from commencing and engaging in discovery prior to the court noticing and/or conducting a Rule 16/Local Rule 16.2(b) scheduling conference") (attached as Exbibit C).

SHAW KELLER LLP
Letter to the Honorable Mitchell S. Goldberg
Page 2

      Given Defendants' refusal to participate in the Rule 26(f) process, Plaintiffs respectfully request that Your Honor enter the attached Scheduling Order that Plaintiffs proposed (Exhibit A) or convene a Rule 16 conference.[1]

      Respectfully submitted,

      */s/ John W. Shaw*

      John W. Shaw (No. 3362)

Enclosure
cc:    Clerk of the Court (by CM/ECF and hand delivery)
        All counsel of record (by CM/ECF and email)

---

[1] Plaintiffs served their identification of the accused products and their damages model on July 26 in accordance with this proposed schedule.