# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : : : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| v. | : : | |
| | : | NO. 22-252 |
| **MODERNA, INC. and MODERNATX, INC.,** | : | |

## ORDER

AND NOW, this 11th day of August, 2022, upon consideration of Plaintiffs' August 1, 2022 letter (D.I. 28) and Defendants' responsive letter of August 2, 2022 (D.I. 29), it is hereby **ORDERED** that the parties need not participate in a Rule 26(f) conference until after the disposition of the pending Motion to Dismiss.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
MITCHELL S. GOLDBERG, J.