# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** : : : **Plaintiffs,** : : **v.** : : **MODERNA, INC. and MODERNATX, INC.,** : | **CIVIL ACTION** <br><br> **NO. 22-252** |

## ORDER

**AND NOW**, this 2nd day of November, 2022, upon consideration of Defendants' Motion to Dismiss (D.I. 16), Plaintiffs' Response (D.I. 21), and Defendants' Reply Brief (D.I. 23), it is hereby **ORDERED** that the Motion is **DENIED**. Within **fourteen (14) days** from the date of this Order, Defendants shall file an answer to the Complaint.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**