IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. <br> MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | C.A. No. 22-252 (MSG) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Defendants' First Set of Interrogatories (Nos. 1-7)*; and (2) *Defendants' First Set of Requests for Productions to Plaintiffs (Nos. 1-100)*, were caused to be served on December 20, 2022, upon the following in the manner indicated:

John W. Shaw, Esquire                                                        *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs Arbutus Biopharma*
*Corporation and Genevant Sciences GmbH*

Daralyn J. Durie, Esquire VIA ELECTRONIC MAIL
Eric C. Wiener, Esquire
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Kira A. Davis, Esquire VIA ELECTRONIC MAIL
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA  90013
*Attorneys for Plaintiff Genevant Sciences GmbH*

David I. Berl, Esquire VIA ELECTRONIC MAIL
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Jessica Palmer Ryen, Esquire
Denis R. Hurley, Esquire
Lydia B. Cash, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL: */s/ Brian P. Egan*

James F. Hurst Jack B. Blumenfeld (#1014)
KIRKLAND & ELLIS LLP Brian P. Egan (#6227)
300 North LaSalle 1201 North Market Street
Chicago, IL  60654 P.O. Box 1347
(312) 862-2000 Wilmington, DE  19899
 (302) 658-9200
Patricia A. Carson, Ph.D. jblumenfeld@morrisnichols.com
Jeanna M. Wacker, P.C. began@morrisnichols.com
Mark C. McLennan
KIRKLAND & ELLIS LLP *Attorneys for Defendants*
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

December 20, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 20, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Eric C. Wiener, Esquire<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>DURIE TANGRI LLP<br>953 East 3rd Street<br>Los Angeles, CA 90013<br>*Attorneys for Plaintiff Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |

David I. Berl, Esquire  
Adam D. Harber, Esquire  
Thomas S. Fletcher, Esquire  
Jessica Palmer Ryen, Esquire  
Denis R. Hurley, Esquire  
Lydia B. Cash, Esquire  
WILLIAMS & CONNOLLY LLP  
680 Maine Avenue S.W.  
Washington, DC  20024  
*Attorneys for Plaintiff Genevant Sciences GmbH*

*VIA ELECTRONIC MAIL*

*/s/ Brian P. Egan*
---
Brian P. Egan (#6227)

2