IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252-MSG |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 20, 2022 the following document was served on KEModernaSpikevaxService@kirkland.com and the persons listed below in the manner indicated:

1) Plaintiffs' First Set of Requests for Production to Defendants (Nos. 1-98)

**BY EMAIL:**

| | |
|---|---|
| Jack B. Blumenfeld | James F. Hurst |
| Brian P. Egan | KIRKLAND & ELLIS LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 300 North LaSalle |
| 1201 North Market Street | Chicago, IL 60654 |
| P.O. Box 1347 | (312) 862-2000 |
| Wilmington, DE 19899 | james.hurst@kirkland.com |
| (302) 658-9200 | |
| jblumenfeld@morrisnichols.com | Patricia A. Carson, Ph.D. |
| began@morrisnichols.com | Jeanna M. Wacker |
| | Mark C. McLennan |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | (212) 446-4800 |
| | patricia.carson@kirkland.com |
| | jeanna.wacker@kirkland.com |
| | mark.mclennan@kirkland.com |

| | |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Nathan R. Hoeschen (No. 6232) |
| David I. Berl | SHAW KELLER LLP |
| Adam D. Harber | I.M. Pei Building |
| Thomas S. Fletcher | 1105 North Market Street, 12th Floor |
| Jessica Palmer Ryen | Wilmington, DE 19801 |
| Denis R. Hurley | (302) 298-0700 |
| Lydia B. Cash | jshaw@shawkeller.com |
| Shaun P. Mahaffy | kkeller@shawkeller.com |
| WILLIAMS & CONNOLLY LLP | nhoeschen@shawkeller.com |
| 680 Maine Avenue S.W. | *Attorneys for Plaintiffs* |
| Washington, DC 20024 | |
| (202) 434-5000 | |
| *Attorneys for Plaintiff Genevant* | |
| *Sciences GmbH* | |

Daralyn J. Durie
Eric C. Wiener
DURIE TANGRI LLP
217 Leidesdorff St
San Francisco, CA 94111
(415) 362-6666

2

Kira A. Davis
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
(213) 992-4499
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: December 21, 2022