# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| v. | : : | NO. 22-252 |
| **MODERNA, INC. and MODERNATX, INC.,** | : : | |

## ORDER

**AND NOW,** this 5th day of January, 2023, it is hereby **ORDERED** that an Initial Pretrial Conference in the above-captioned matter will be held on **Thursday, February 16, 2023 at 2:00 p.m.** The conference will be conducted via telephone and held on the record. Counsel are directed to dial in as follows: (1) Call: 888-684-8852; (2) Enter access code: 2187450#; (3) Press # to enter as a participant.

Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**