IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-252-MSG |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Defendants. | ) | |

## <u>NOTICE OF WITHDRAWAL</u>

PLEASE TAKE NOTICE that Eric C. Wiener hereby withdraws as counsel for plaintiff

Arbutus Biopharma Corporation.  Pursuant to Local Rule 83.7, Shaw Keller LLP and Morrison

& Foerster LLP remain as counsel of record for Arbutus Biopharma Corporation.

<table>
<tr><td></td><td>/s/ John W. Shaw</td></tr>
<tr><td></td><td>John W. Shaw (No. 3362)</td></tr>
<tr><td></td><td>Karen E. Keller (No. 4489)</td></tr>
<tr><td>OF COUNSEL:</td><td>Nathan R. Hoeschen (No. 6232)</td></tr>
<tr><td>David I. Berl</td><td>SHAW KELLER LLP</td></tr>
<tr><td>Adam D. Harber</td><td>I.M. Pei Building</td></tr>
<tr><td>Thomas S. Fletcher</td><td>1105 North Market Street, 12th Floor</td></tr>
<tr><td>Jessica Palmer Ryen</td><td>Wilmington, DE 19801</td></tr>
<tr><td>Lydia B. Cash</td><td>(302) 298-0700</td></tr>
<tr><td>Shaun P. Mahaffy</td><td>jshaw@shawkeller.com</td></tr>
<tr><td>WILLIAMS & CONNOLLY LLP</td><td>kkeller@shawkeller.com</td></tr>
<tr><td>680 Maine Avenue S.W.</td><td>nhoeschen@shawkeller.com</td></tr>
<tr><td>Washington, DC 20024</td><td><i>Attorneys for Plaintiffs</i></td></tr>
<tr><td>(202) 434-5000</td><td></td></tr>
<tr><td><i>Attorneys for Plaintiff Genevant</i></td><td></td></tr>
<tr><td><i>Sciences GmbH</i></td><td></td></tr>
</table>

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200
*Attorneys for Plaintiff Arbutus*
*Biopharma Corporation*

Dated: February 9, 2023