IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | C.A. No. 22-252-MSG |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) | |
| Defendants. | ) | |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Counterclaim-Defendants. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* of Anthony H. Sheh of Williams & Connolly LLP, 680 Maine Avenue

SW Washington, DC 20024, to represent Plaintiff Genevant Sciences GmbH in this matter.

/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
OF COUNSEL:                          Nathan R. Hoeschen (No. 6232)
David I. Berl                        SHAW KELLER LLP
Adam D. Harber                       I.M. Pei Building
Thomas S. Fletcher                   1105 North Market Street, 12th Floor
Jessica Palmer Ryen                  Wilmington, DE 19801
Lydia B. Cash                        (302) 298-0700
Shaun P. Mahaffy                     jshaw@shawkeller.com
WILLIAMS & CONNOLLY LLP              kkeller@shawkeller.com
680 Maine Avenue S.W.                nhoeschen@shawkeller.com
Washington, DC 20024                 *Attorneys for Plaintiffs*
(202) 434-5000
*Attorneys for Plaintiff Genevant*
*Sciences GmbH*


Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080


Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200
*Attorneys for Plaintiff Arbutus*
*Biopharma Corporation*


Dated: February 10, 2023

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of

Anthony H. Sheh is granted.

                               */s/ Mitchell S. Goldberg*
                                  United States District Judge

*Dated:  February 13, 2023*