IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : : : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| v. | : : | |
| | : | NO. 22-252 |
| **MODERNA, INC. and MODERNATX, INC.,** | : | |

## ORDER

**AND NOW,** this 15th day of February, 2023, it is hereby **ORDERED** that the Initial Pretrial Conference scheduled for **Thursday, February 16, 2023 at 2:00 p.m.** is **RESCHEDULED** to **February 16, 2023 at 11:00 a.m.**  The conference will be conducted via telephone and held on the record.  Counsel are directed to dial in as follows:  (1) Call: 888-684-8852; (2) Enter access code:  2187450#;  (3) Press # to enter as a participant.

BY THE COURT:


/s/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG, J.