# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : : : : : : : : : | **CIVIL ACTION** |
| Plaintiffs, | | |
| v. | | |
| | | NO. 22-252 |
| **MODERNA, INC. and MODERNATX, INC.,** | | |

## ORDER

**AND NOW**, this 16th day of February, 2023, following a scheduling conference, it is hereby **ORDERED** that within **fourteen (14) days** from the date of this Order, the parties and the U.S. Government shall submit a letter of no more than ten pages regarding the impact of the Government's Statement of Interest on the scheduling of this matter.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**