IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252-MSG |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 16, 2023, the following document was served on the persons listed below in the manner indicated:

1) Plaintiffs' First Set of Interrogatories to Defendants

**BY EMAIL:**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com

|  |  |
|---|---|
|  | Patricia A. Carson, Ph.D.<br>Jeanna M. Wacker<br>Mark C. McLennan<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>patricia.carson@kirkland.com<br>jeanna.wacker@kirkland.com<br>mark.mclennan@kirkland.com |
| OF COUNSEL:<br>David I. Berl<br>Adam D. Harber<br>Thomas S. Fletcher<br>Jessica Palmer Ryen<br>Lydia B. Cash<br>Shaun P. Mahaffy<br>Anthony H. Sheh<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>(202) 434-5000<br>*Attorneys for Plaintiff Genevant Sciences GmbH*<br><br>Daralyn J. Durie<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>(415) 268-6080<br><br>Kira A. Davis<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017-3543<br>(213) 892-5200<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation*<br><br>Dated: February 16, 2023 | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiffs* |