UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

```
ARBUTUS BIOPHARMA CORPORATION :    Case No. 1:22-cv-00252-MSG
et al.                        :
          Plaintiffs,         :
v.                            :    Philadelphia, Pennsylvania
                              :    February 16, 2023
MODERNA, INC. et al.          :    11:01 a.m.
                              :
          Defendants.         :
. . . . . . . . . . .         :
```

TRANSCRIPT OF INTITIAL PRETRIAL CONFERENCE HEARING
BEFORE THE HONORABLE MITCHELL S. GOLDBERG
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Plaintiffs:          David I. Berl, Esquire
                             Adam D. Harber, Esquire
                             Williams & Connolly LLP
                             680 Maine Avenue SW
                             Washington, DC 20024
                             *Pro Hac Vice*

                             Daralyn J. Durie, Esquire
                             Morrison Foerster
                             425 Market Street
                             San Francisco, CA 94105
                             *Pro Hac Vice*

                             Karen Elizabeth Keller, Esquire
                             Shaw Keller LLP
                             1105 North Market Street
                             12th Floor
                             Wilmington, DE 19801

For the Government:          Gary Hausken, Esquire
                             Phillip Sternhel, Esquire
                             Hailey Dunn, Esquire
                             Kavya Nagabuto, Esquire
                             United States Court of Federal
                             Claims
                             Howard T. Markey National Courts
                             Building
                             717 Madison Place, NW
                             Washington, DC 20439

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES LLC
www.oconnorlmms.com
(912) 689-0090

```
For the Defendants:        Brian P. Egan, Esquire
                           Morris, Nichols, Arsht & Tunnell
                           1201 North Market Street
                           P.O. Box 1347
                           Wilmington, DE 19899

                           Mark C. McLennan, Esquire
                           Patricia A. Carson, Esquire
                           Jeanna A. Wacker, Esquire
                           Kirkland & Ellis LLP
                           601 Lexington Avenue
                           New York, NY 10022
                           Pro Hac Vice


ESR/Deputy Clerk:          Jimmy Cruz


Transcription Service:     O'Connor Legal, Medical & Media
                           Services, LLC
                           P.O. Box 384
                           South Sutton, NH 03273
```

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.

```
 1        (Call to Order of the Court)
 2             THE COURT:  Hi, it's Mitch Goldberg.  Mr. Cruz, are
 3   we on the record?
 4             THE DEPUTY CLERK:  Yes, Judge.
 5             THE COURT:  Can't hear you.
 6             THE DEPUTY CLERK:  Yes, we are.
 7             THE COURT:  Okay.  This is the matter of Arbutus
 8   Biopharma Corporation and Genevant v. Moderna, Delaware matter,
 9   22-252.
10             Who is on the phone for Arbutus?  Am I pronouncing
11   that correctly?  And could you identify who's going to be
12   speaking on behalf of the Plaintiffs?
13             DARALYN DURIE:  This is Dar -
14             KAREN KELLER:  Yes.  Oh, go ahead, Daralyn.
15             MS. DURIE:  I was going to say this is Daralyn Durie
16   from Morrison Foerster for Arbutus Biopharma.
17             THE COURT:  And there was a lot of -- there's still
18   a lot of beeping.  I don't know what that is.  But I couldn't
19   hear you.  Who was that?
20             MS. DURIE:  I apologize.  This is Daralyn Durie from
21   Morrison Foerster representing Arbutus.
22             THE COURT:  And are you going to be speaking for
23   Arbutus?
24             MS. DURIE:  To the extent that there are
25   Arbutus-specific issues, I would.  But David Berl from
```

1    Williams & Connolly will be addressing the Court on behalf of

2    the Plaintiffs, collectively.

3            THE COURT:   Okay.  And do you want to identify

4    anyone else who's on the phone with you?  You can if you want.

5            MS. KELLER:   Yes, Karen Keller from Shaw Keller is

6    here on behalf of both Plaintiffs.

7            THE DEPUTY CLERK:   Karen Keller.

8            THE COURT:   Okay.  Anyone else from Plaintiffs?  I

9    know there's two Plaintiffs.

10           MS. DURIE:   No, Your Honor.  Just David Berl from

11   Williams & Connolly, and he might have Adam Harber with him, as

12   well.

13           THE COURT:   Okay.  How about Moderna?

14           BRIAN EGAN:   Good morning, Your Honor.  This is

15   Brian Egan from Morris, Nichols on behalf of Defendant Moderna.

16   Joining me on the call today are Pat Carson, Mark McLennan, and

17   Jeanna Wacker, all from Kirkland & Ellis.

18           THE COURT:   Who's going to be speaking for Moderna?

19           MR. EGAN:   Ms. Carson and Mr. McLennan will.

20           THE COURT:   All right.  We'd prefer one person.  But

21   that's flexible.  I invited the Department of Justice to

22   participate on the call.  Is there a Lawyer from the Department

23   of Justice on the call?

24           GARY HAUSKEN:   Yes, Your Honor.  This is

25   Gary Hausken on behalf of the United States.  And with me on

1    the call are Phillip Sternhel [phonetic], Hailey Dunn, and

2    Kavya Nagabuto [phonetic].

3              THE COURT:   And it's Mr. Hausken?  Okay.

4              MR. HAUSKEN:   Yes, correct.

5              THE COURT:   Your title is Director.  What are you

6    Director, of the Civil Division, of -

7              MR. HAUSKEN:   I am technically a Director of the

8    Commercial Litigation Branch.  I am specifically the Director

9    of the Intellectual Property Staff.

10             THE COURT:   Got it; all right.  I have a couple

11   questions.  I think the call was set up as a scheduling call.

12   But it may take a different route.

13             And let me just get my questions out there.  So, the

14   first one is pretty basic, initially.  So the first one is,

15   could someone from the Plaintiffs side explain to me the

16   business relationship between the two Plaintiff Entities,

17   Arbutus and Genevant?

18             DAVID BERL:   Your Honor, would you like us to do

19   that now?  Or do you want to enumerate all of your questions?

20             THE COURT:   No, now, and just -

21             MR. BERL:   Okay.

22             THE COURT:   - one at a time, please.

23             MR. BERL:   Yeah; so, the Arbutus is -

24             THE DEPUTY CLERK:   Who's speaking?

25             MR. BERL:   - the Patent -

```
 1                THE DEPUTY CLERK:   I'm sorry.

 2                MR. BERL:   Oh, this is David Berl for

 3   Williams & Connolly -

 4                THE DEPUTY CLERK:   Thank you.

 5                MR. BERL:   - for Genevant.  Arbutus is the Assignee

 6   of the Patent, because they are the Patentee for the Patent in

 7   this suit.  And Genevant is an Exclusive Licensee with respect

 8   to those Patents.  And that's our -

 9                THE COURT:   Okay.

10                MR. BERL:   - relationship.

11                THE COURT:   And am I right that there are one, two,

12   three, four, five, six Patents in suit?

13                MR. BERL:   That's correct, Your Honor.

14                THE COURT:   Okay.  So, as it relates to the

15   Government's Statement of Interest -- and I'm asking this

16   question for now only of Plaintiffs' Counsel -- I mean, first

17   tell me your view of this.

18                I mean, it was just filed a couple days ago.  So

19   what's your overall view of the Statement of Interest of the

20   United States?

21                MR. BERL:   Sure; thank you, Your Honor.  This is

22   David Berl again from Williams & Connolly.  In our view, the

23   submission from the Government respectfully doesn't change

24   anything that Your Honor held in its denial of the Motion to

25   Dismiss months ago.
```

1        The Holding that Your Honor had was that the "for the

2   Government" prong of the test under § 1498 should be subject to

3   discovery, that either Party can reraise the issue at Summary

4   Judgment, following that discovery.

5        But discovery should proceed as to that factual

6   question.  And the Government's Statement of Interest provides

7   absolutely nothing new with respect to for the Government.  In

8   that prong, there's no new -

9        THE COURT:  Well -

10        MR. BERL:  - facts that can be -

11        THE COURT:  But doesn't it -- I'm sorry.  I'm going

12   to interject questions.  So sorry for the interruption.  But

13   doesn't it present new information by way of the Contract that

14   they've got to -

15        MR. BERL:  Well, we -

16        THE COURT:  - leave out?

17        MR. BERL:  So it presents two pieces of new

18   information, Your Honor, with respect to the Contract.  And

19   that piece of information is relevant to the other prong of the

20   § 1498.  There's the "authorization and consent" prong of the

21   Statute.

22        But the Government has nothing new to say, no new

23   information with respect to the "for the Government" prong.

24   What it argues, instead, is that -

25        THE COURT:  Well, you're ahead of me.  You're ahead

1    of me.

2              MR. BERL:   Yeah.

3              THE COURT:   The Ruling on the Motion to Dismiss was

4    framed.  I'm going to really oversimplify it.  But I think it

5    was framed in I have to view the Plaintiffs' Complaint in the

6    light most favorable.  I mean, that's the classic

7    Iqbal/Twombly -

8              MR. BERL:   Yeah.

9              THE COURT:   - standard.  But now the Government has

10   interjected a lot of details about what they said is a very

11   clear contractual relationship between them and Moderna, which

12   I don't think was considered in that Opinion.

13             So, I'm not sure I agree with your statement that you

14   say nothing's new.  I mean, how?  Isn't the Contract the

15   elephant in the room now?  Isn't -- that is -

16             MR. BERL:   Well, what -

17             THE COURT:   - something that's completely new.

18             MR. BERL:   Your Honor, there are two separate prongs

19   to the test.  And Your Honor went through those prongs -- and

20   we think correctly -- in the denial for the Motion -- of the

21   Motion to Dismiss.

22             One prong is whether there was authorization and

23   consent by the Government.  And indeed, the Contract is highly

24   relevant to that question, and the Government has now provided

25   more information as to the Contract that may be relevant to

1    deciding that prong of the test.  Was there authorization or

2    any consent?

3              The second prong, which was the focus of Your Honor's

4    analysis, is whether the underlying infringement is for the

5    benefit of the Government.  Is it for the Government, or is it

6    rather for the benefit of the United States population?

7              The Government has nothing to say on this question.

8    It's not a question for the Government to decide.  It's a

9    question for the Court to decide.

10             That is a fiercely disputed factual issue.  Moderna

11   says that the infringement is for the Government.  Genevant and

12   Arbutus state that it's not for the Government.

13             Our Complaint says it's not for the Government.  It's

14   the population.  The part of the Contract that Moderna and the

15   Government don't want to talk about also says it's for the

16   Government and for the U.S. population.

17             And the only case that either side has cited,

18   including the Government now in its submission that actually

19   addresses facts similar to this, where the infringing article

20   is some medical treatment, takes the precisely opposite view

21   and holds that a medical intervention -- and that's what we

22   have here, a vaccine -- is not for the Government, but rather

23   for the population -- for the U.S. population.

24             And we submit that the Larsen case to which I'm

25   referring controls this inquiry.  And the Government's -

1    THE COURT:   Hold on.   You're saying a lot.   I want

2  to break it down a little bit.   So, in your view -- I'm still

3  talking to Plaintiffs' Counsel.   And I think it's Mr. Durie

4  [sic] who was speaking, right?

5    MR. BERL:   Mr. Berl from Williams & Connolly,

6  Your Honor.

7    THE COURT:   Berl, let me just -- Mr. Berl, okay.

8  Thanks, Mr. Berl.   Do you -- can you in your view tell me, of

9  the six Patents in suit, putting aside your arguments as to who

10  it was -- who had benefited -- the Government or the general

11  population -- can you tell me of the six Patents in suit, is it

12  clear to you which one of those the Government is talking about

13  in their Statement of Interest?   All, some, most?

14    MR. BERL:   My understanding is that they're talking

15  about all of them, because all of them are directed to the

16  COVID vaccine that is the accused product in the case.   And I

17  think the Government's view that they articulated was that they

18  provided authorization and consent with respect to that

19  product, which they procured in one Contract.

20    And I said a moment ago that there were two pieces of

21  information that were new in the Government's submission.   One

22  of them was the Government's statement that it agrees with

23  Moderna that there's authorization and consent for the original

24  Contract between Moderna and the Government.

25    What the Government also said in its Statement of

1    Interest, which new to us and new, as far as I know, to the

2    Court, but not new to Moderna, is that, in a separate Contract,

3    entered into in July of 2022, the Government took out that

4    language, expressly denied that it had had authorization and

5    consent, and foreswore any liability with respect to that later

6    Contract.

7              THE COURT:   Okay.

8              MR. BERL:   Now, I would -

9              THE COURT:   Mr. Berl, you keep -- I appreciate your

10   passionate advocacy.  But you keep shifting the conversation to

11   issues I'm not ready to talk about yet.

12             I want to have a basic understanding and then get

13   more detailed.  And you're in the more detailed land right now.

14   So just bear with me, okay?

15             MR. BERL:   Okay.

16             THE COURT:   So -

17             MR. BERL:   Absolutely, Your Honor.

18             THE COURT:   - is it your Client's view that -- do

19   you concede that your Patents that you claim are infringed, do

20   you concede that all of them are part of this Government

21   Contract?

22             In other words, did you -- there's a piece here, as I

23   understand it.  The Government is saying, and probably Moderna,

24   that all of Moderna's product, including the use of the

25   delivery platform, was part and parcel of an overall Contract

 1   with the Government.

 2          And I'm asking.  Was there any other separate entity

 3   that you believe Moderna had a Contract with, where they used

 4   your invention, like, I don't know, separate Contract with CVS

 5   or Rite Aid or -

 6          MR. BERL:   Yeah.

 7          THE COURT:   - Walgreens?

 8          MR. BERL:   Yeah, so two observations on that,

 9   Your Honor.  One is that I think the Parties never disputed and

10   still don't dispute that there are accused sales of Moderna's

11   product that are, even in Moderna's view, not covered by

12   § 1498, the Government Contractor Defense.

13          That's why Moderna's Motion to Dismiss was not a full

14   Motion to Dismiss, but only partial Motion to Dismiss.  And so,

15   there are additional sales that are not even allegedly part of

16   sales to the U.S. Government.  And so, those are not implicated

17   at all under § 1498.

18          THE COURT:   Okay.

19          MR. BERL:   And -

20          THE COURT:   So my understanding, then, is you're

21   saying all of the Patents -- the six Patents -- I won't name

22   them.  We all know what they are.  I took them from your

23   Complaint.

24          All of them, I agree -- this is you speaking -- seem

25   to be related to the Government's Contract that's at-issue.

1   But, there were separate sales involving some or all of those

2   Patents with other Entities, other than the Government.  Did I

3   say that right?

4           MR. BERL:   Correct, that's correct.  And as we also

5   said -- and I want to make sure that this is clear -- even with

6   respect to the doses that were sold to the U.S. Government, we

7   allege acts of infringement.

8           That is use of the accused product that was not, in

9   any way, related to the U.S. Government, but rather used by

10  U.S. Citizens, used by those at private pharmacies like CVS,

11  that is not implicated by the Government's sales.  That's a

12  separate argument that we advanced, even -

13          THE COURT:   Right.

14          MR. BERL:   - with respect to the Government's sales'

15  doses that the Government's Brief did not address.

16          THE COURT:   As far as case -- I'm still talking to

17  Plaintiffs' Counsel with the understanding I'll give the other

18  Lawyers on the phone ample time to chime in.  As far as case

19  management is concerned, Mr. Berl, I heard you say that this

20  issue of who benefited -- we can cabin it in that category --

21  who benefited, you're saying that's contested.  And there needs

22  to be discovery on that.

23          Suppose at the end of the discovery, I determine --

24  and there's going to be -- I mean, I can't even envision what

25  the discovery's going to be.  I mean, it could be the biggest

1 discovery project ever undertaken, or it could be -- it's

2 obvious who, at the end of the day, used the -- at least the

3 Moderna vaccine, the people who got needles in the arms, the

4 general population.

5        But there's only two questions.  What happens if, at

6 the end of the day, I think this case should be in the

7 Claims Court and we've done voluminous discovery?  I guess it

8 could be transferred there.

9        But how do I -- what's your recommendation on how I

10 manage all of this to make the Determination as to where the

11 case should be fully litigated?  What's your -

12        MR. BERL:  Yeah.  And Your Honor, I think that goes

13 back to what I said earlier.  This is not a full Motion to

14 Dismiss.

15        It's a partial Motion to Dismiss that is addressed to

16 only some of the sales, the sales to the U.S. Government,

17 pursuant to the first Contract.  The second Contract that the

18 Government mentions in its submission, it says there's no

19 authorization and consent at all.

20        So no matter what happens in Your Honor's ultimate

21 Decision with respect to § 1498 and whether the Government

22 Contracting Defense applies to some of the doses, either way we

23 will be moving forward on the issues of infringement, whether

24 Moderna's vaccine infringed our Patents' validity to the extent

25 that Moderna can challenge validity, having failed in its

1   challenges before the Patent Office.  And that's going to go

2   forward to trial, either way.

3          So if Your Honor decides to dismiss some of the sales

4   under § 1498 at Summary Judgment later on, then we will move

5   forward with a subset of the sales for purposes of trial.  If

6   Your Honor does not -

7          THE COURT:   Yeah, but then isn't there a risk?

8   Isn't there a risk at some point?  And you can elaborate.  And

9   I want you to specifically tell me your view on how to

10  intelligently manage this new issue that's in front of us.

11         But isn't there a risk that you're going to have two

12  Courts litigating liability issues?  Let's just pick

13  infringement.  I mean, and does that make any sense,

14  Claims Court and -

15         MR. BERL:   It's the -

16         THE COURT:   - the District Court?

17         MR. BERL:   So it's not clearly, Your Honor, that

18  that would happen.  Even if Your Honor were to dismiss some of

19  the Claims at Summary Judgment after discovery, and so we'd

20  move forward to trial before Your Honor with respect to the

21  Government sales from the July '22 Contract and otherwise, and

22  sales not to the U.S. Government and any uses by

23  Private Entities.

24         And then, at some point, we could file a lawsuit in

25  that scenario against the Government.  It's not clear that the

1   issues of validity and infringement would be relitigated.

2   There would be no need to do that.

3         Often, that's not the case.  And the only issue,

4   then, going forward, if we were to prevail before Your Honor

5   and then potentially even on appeal, with respect to the

6   infringement and validity issues, the question to be

7   adjudicated by the Court of Claims at that point would be:

8   what money is owed to Plaintiffs by the U.S. Government, in

9   connection with whatever sales Your Honor has ruled should be

10  collected from the Court of Claims, rather than in this

11  litigation?

12        But I don't think the efforts would be duplicative.

13  And to the extent that we move forward, as we've already begun

14  into discovery on validity, on infringement, on damages, all of

15  that discovery will need to happen without respect to how

16  Your Honor ultimately rules on the "for the Government" prong

17  under § 1498, because we're -

18        THE COURT:  So is it your view that this Statement

19  of Interest filed by the Government should just be folded into

20  a Discovery Schedule, and I should move forward?  And there

21  should be discovery.

22        And at the end of the day, if some of the cases

23  should be in the Claims Court, so be it.  But, we shouldn't

24  pause.  We should just move forward with discovery.  Is that

25  what you're saying?

1          MR. BERL:   Absolutely, absolutely, Your Honor.

2    That's how I interpreted your Order a few months ago.  And the

3    Government has now weighed in.

4          What they say, as I said, it's pertinent to one of

5    the two prongs of the test that Your Honor addressed, which is

6    the authorization and consent.  I don't think it's relevant, at

7    all, to the "for the Government" prong of the test.  And I

8    disagree with their legal analysis to the contrary.

9          And there is discovery to be taken, as Your Honor

10   observed, including whether Moderna was under the Government's

11   control in connection with the development and testing of its

12   vaccines, and its decision to use our invention in its vaccine.

13         The cases ask the question under the § 1498 test:

14   was the Defendant, here Moderna, acting under the Government's

15   control?  Or was it acting as its own Entity in designing the

16   infringing product?

17         And that's a question Your Honor asked before.  What

18   kind of discovery do we want?  That's the kind of discovery we

19   want.

20         What was the contractual relationship between the

21   Government and Moderna?  And at what level was the Government -

22         THE COURT:   Well, you have the Contract, right?  You

23   have most of it.  I think some of it's redacted.  But, I mean,

24   don't you have the Contract?

25         MR. BERL:   We have the ultimate Contract.  But we

1   don't have all the communications.  We don't have any

2   information about whether the Government exerted control over

3   the design of the vaccine, which lipids to use, which ratio to

4   use, which was a core issue on infringement in our case.

5           Was the Government controlling Moderna's development

6   such that what Moderna was doing was for the benefit of the

7   Government, under the control of the Government?  Or was

8   Moderna acting independent of the Government in developing its

9   vaccine and making these decisions in order to sell the product

10  ultimately to the Government for the benefit of the

11  U.S. population?  And it was deciding how to develop its

12  vaccine and design its vaccine in a way that infringed, without

13  regard to Government input.  We don't know the answers to any

14  of those questions.

15          THE COURT:  Yeah, I get it.

16          MR. BERL:  But -

17          THE COURT:  Okay.  I understand.  Explain to me the

18  difference in your available remedies in the District Court

19  versus the Claims Court.

20          MR. BERL:  Our -

21          THE COURT:  Explain to me how they're different.

22          MR. BERL:  Yeah, the -- so our available remedies in

23  the District Court, as Your Honor knows, would be damages under

24  § 284 and what we're seeking here is a reasonable royalty.

25  There is available, in District Court, of course, exceptional

1    damages and enhanced damages.  And we are seeking those

2    damages.

3            Before the Court of Claims, the U.S. Government's

4    payment is simply a reasonable royalty analysis.  There is no

5    enhanced damages, willful infringement damages before the Court

6    of Claims.

7            THE COURT:  Okay.  All right.  I want to ask --

8    thank you -- I want to ask Moderna's Counsel some questions.

9    And the first one will be along the same lines, which is, given

10   the Statement of Interest filed by the United States on the

11   14th, what is your view as to how the schedule should -- what

12   should the schedule look like going forward?

13           MARK MCLENNAN:   Good morning, Your Honor.  This is

14   Mark McLennan for Moderna.  Our view is that the Government's

15   Statement of Interest entirely resolves the outstanding issues

16   from Your Honor's Opinion on Moderna's Motion to Dismiss.

17           And that both "for the Government" prong and the

18   authorization and consent, the Government has explicitly

19   confirmed that a Contract was made for the benefit of the

20   Government, and with its authorization and consent.

21           We think now the Motion to Dismiss could be disposed

22   of.  And the sales pursuant to that -

23           THE COURT:   Well, that's your view.  And that's the

24   Government's view.  I've never really seen a Statement of

25   Interest like this before.  So, I'm going to say -- I think

1    correctly -- the Government's not a Party.

2           So, your view, okay, I get it.  But the Plaintiffs

3    don't agree with you.  So I mean, you're not suggesting I

4    should just take the Statement of Interest, reverse myself, and

5    send the case to Claims Court, are you?

6           MR. MCLENNAN:   Your Honor, I think if Your Honor was

7    reconsidering the Decision on the Motion to Dismiss, or if you

8    want additional briefing, I think that is a possibility.  The

9    Statement of Interest in this case is providing information on

10   both prongs.

11          And the Courts have looked to the Government's

12   Statement on both prongs and found that to be persuasive.  So,

13   it will be in line with other cases.

14          THE COURT:   And when I read those other cases, the

15   Government's Statement is accepted without question by a Court.

16   Is that what you're saying?

17          MR. MCLENNAN:   No, Your Honor, sorry, not accepted

18   without question.  But it was considered persuasive towards

19   whether those elements are met.

20          THE COURT:   Okay.  Persuasive, but, I mean, who

21   would bear the burden in this?

22          MR. MCLENNAN:   So, Your Honor, Moderna still bears

23   the burden and we have to prove it, based on the allegations of

24   the Complaint accepted as true, and other matters before it.

25   The Government's Statement has been considered in other

1    contexts under § 12(b)(6), like the IRS Corp. v. Japan

2    Airlines, which was cited in the Statement of Interest and in

3    Your Honor's Opinion.

4         THE COURT:   Um-hmm.

5         MR. MCLENNAN:   So it would be a matter that could be

6    considered in deciding the Motion to Dismiss.

7         THE COURT:   So it sounds like you're saying to me,

8    procedurally, what should happen -- and I don't want to put

9    words in your mouth.  You tell me what you think is best.

10        But what should happen is I should reconsider the

11   original Ruling, which was based on a § 12(b) -- I think a

12   § 12(b) Motion to Dismiss, in light of the Government's

13   Statement of Interest, new information, and reconsider it.  If

14   that's right, are you saying with or without discovery?

15        MR. MCLENNAN:   Your Honor, we think it could be

16   resolved, based on the Statement of Interest, alone.  The

17   Government's affirmatively stated that it was for their benefit

18   with an authorization and consent.  We don't think any

19   discovery will be needed.

20        THE COURT:   Okay.  What's the -- I got to dig into

21   these cases a little more, if we're going to reconsider it.

22   But initially, my impression was the cases at least cited in

23   the Statement of Interest -- cited in the Statement of Interest

24   pertain to situations involving wartime decisions.  So, do you

25   have cases that pertain to situations like this?

1          MR. MCLENNAN:   We do.  I think, Your Honor, you

2   might be thinking of the Larsen case, which Plaintiffs took you

3   back to for the medical splits.

4          I think the only similarity between Larsen and this

5   case is that they're both in the medical context.  But that's

6   where the similarities end.

7          In that case, the Government was actually the

8   Defendant.  And the Government opposed the Application of

9   § 1498.

10         It wasn't a situation like what we have here, where

11  the Government is affirmatively taking the position that it was

12  done for their benefit and with their authorization and

13  consent.

14         THE COURT:   Okay.

15         MR. MCLENNAN:   That's why the Court looked to

16  discovery in that case, because there was no statement there,

17  like what you have here.

18         THE COURT:   Got it; I just want to make sure.  I'm

19  99-percent sure I know the answer.  But however we get there,

20  if I were to send the whole case to the Claims Court, you're

21  still going to contest liability, right?  You will?

22         MR. MCLENNAN:   Your Honor, so we would no longer be

23  the Defendant.  It would be against the Government.  So I don't

24  want to speak to -

25         THE COURT:   Okay.

```
 1              MR. MCLENNAN:   - what the Government would do in
 2    that instance.  But just to go back to one of your earlier
 3    questions about, where should we go from here, the purpose of
 4    § 1498 was to relieve Contracted Entities, like Moderna, from
 5    liability and prevent them being caught up in litigation.
 6              And so, for us to proceed through discovery, or
 7    towards the end of the case, and then for it to be litigated
 8    again in the Court of Federal Claims is duplicative and it
 9    undermines the purpose of § 1498.
10              THE COURT:  It's what?  I'm sorry.  What?
11              MR. MCLENNAN:  Duplicative and would undermine the
12    purpose of § 1498.
13              THE COURT:  What is duplicative?  What do you mean
14    by that?
15              MR. MCLENNAN:  It would essentially be successive
16    litigation.  So, Moderna would be forced to go through
17    discovery here.  And -
18              THE COURT:  Right.
19              MR. MCLENNAN:  - as Plaintiffs noted, we're only
20    moving to dismiss part of the Complaint, so only some of the
21    sales.
22              THE COURT:  Right.
23              MR. MCLENNAN:  Plaintiffs are -
24              THE COURT:  Right.
25              MR. MCLENNAN:   - already seeking extensive discovery
```

```
 1   into every single batch that was made.  They want detailed

 2   records and testing, and analysis of every batch that was made.

 3   They're also looking for detailed records and discovery.

 4            THE COURT:   Yeah, you don't have to -- I don't want

 5   you to list everything that Plaintiffs is asking for.  I would

 6   observe, though, that if the right way to get to the answers is

 7   discovery, I'm just thinking having Moderna do duplicative

 8   discovery would not be kind on my reasons to forego the most

 9   intelligent route to get to the right answers to this.

10            So let me ask Mr. Hausken.  So, as I understand it --

11   and I'm just looking at understanding the Statement of Interest

12   concept, Mr. Hausken -- is Counsel for Moderna right?

13            Do you -- if this goes to the Claims Court, are you

14   essentially with the Defendant accused of infringements in that

15   court?  Is that how conceptually this would work?

16            MR. HAUSKEN:   That is correct, Your Honor.  The

17   Government becomes the Defendant in all cases in this Court of

18   Federal Claims.

19            THE COURT:   Um-hmm.

20            MR. HAUSKEN:   And so, it would be against the

21   United States.  And certainly any Judgment is paid by the

22   United States.

23            THE COURT:   And your intention is to contest

24   infringement, right?

25            MR. HAUSKEN:   No, at this point in time, Your Honor,
```

1  we are not sufficiently familiar that I could say that

2  affirmatively.  But it is generally our practice to investigate

3  the case thoroughly.  And if there are defenses, to raise those

4  defenses before the Court.

5          THE COURT:   Okay.  Do you want to comment,

6  Mr. Hausken, on any discussions that we've had thus far?

7          MR. HAUSKEN:   I guess there's two points that I

8  would just like to mention.  One is I don't think that the --

9  well, I think that the "for the benefit" aspect of the inquiry

10 is, in fact, a question for the Government.  And certainly we

11 have, I think, answered that in our Statement of Interest.

12          The other point that I would like to respond to is

13 Plaintiffs suggested that a question of -- there's a question

14 of whether Moderna was acting under the Government's control in

15 manufacturing the product.

16          And that is not a question for authorization and

17 consent, or for § 1498, generally.  That's a question that is

18 pertinent in cases of implied authorization and consent.

19          Here, we have express authorization and consent.  And

20 therefore, whether there's control or not is not an issue.  We

21 have given our consent.  The Government has given its consent

22 to the Contractor and that should end the inquiry.

23          THE COURT:   Well, what about the point Mr. Berl is

24 making as to the benefit?  How?

25          MR. HAUSKEN:   The -

```
 1              THE COURT:   Is that said and done, just because the
 2   Government and Moderna says so?
 3              MR. HAUSKEN:   Well, treading a fine line here,
 4   Your Honor.  But certainly the Court always has a role in
 5   determining whether § 1498 applies, because it has been held to
 6   be an affirmative defense.
 7              That said, I think there's two factors here that are
 8   pertinent.  One is that this is an express Contract for the
 9   purchase of vaccine to be distributed to the public.
10              The purpose of that Contract and the fact that it
11   used some $8 billion in Government funding, I think,
12   demonstrates that there was a benefit to the Government, in
13   general.
14              I would also point the Court, however, to our
15   analysis under Sevenson Engineering and also believe it is
16   ASCD, the Advanced Software.  Sevenson suggested that where you
17   have a Contract like this that the benefit to the Government is
18   apparent.  And essentially the inquiry gets down to whether the
19   Government has granted its authorization and consent.
20              ASCD, Advanced Software, I think, is important, in
21   particular because trial to the Court is the ultimate Arbiter
22   and Decisionmaker here.  The Federal Circuit has looked clearly
23   to the Statement of Interest, or, in the case of ASCD, to the
24   Statement of Counsel before the Court, and relied on those as
25   demonstrating that there was authorization and consent, and
```

1  that it was for the benefit of the Government.  So, I think you

2  can look at that.  Well-beyond that, I think -

3      THE COURT:   I'm sorry.  Could you go back to what

4  you said?

5      MR. HAUSKEN:   Sure.

6      THE COURT:   I missed the last sentence-or-two.

7      MR. HAUSKEN:   In Advanced Software, the situation

8  was that there was -- it was kind of a little bit of confused.

9  The Government had granted authorization and consent to a

10  letter.

11      And then, there was a question before the Court as to

12  whether that was sufficient.  And the Federal Circuit said that

13  even Counsel's statement to the Court that confirmed the

14  authorization and consent was sufficient for the Government to

15  invoke § 1498 and authorization and consent.

16      And it's not a one part for the Government to do and

17  the benefit for the Court to determine separately.  It is a

18  two-part test that decides whether § 1498 applies.

19      So, the Court found in Advanced Software that where

20  the Government comes in and confirms its authorization and

21  consent, that is a strong indicator.  Now, the Court has never

22  gone so far as to say that -- and should never go so far as to

23  say that District Courts don't have authority to make a -- I

24  guess, a contrary Decision.  But certainly it should be a

25  strong indicator of the authorization and consent.

```
 1              THE COURT:   Understood; I'm going to put you on hold
 2    for a second.  I want to look at some notes.  I think I have a
 3    couple other questions, okay?
 4              MR. HAUSKEN:   Certainly.
 5              THE COURT:   All right, hold on.
 6        (Asides)
 7              THE COURT:   I'm back.  I have a couple other
 8    questions.  Does Moderna concede that, if I were to completely
 9    agree with their position, that there would still remain some
10    portions of this case in the District Court of Delaware?
11              MR. MCLENNAN:   Yes, Your Honor.  That's correct.
12    It's only -
13              THE COURT:   So -
14              MR. MCLENNAN:   - a partial Motion.
15              THE COURT:   - why wouldn't -- then why would I --
16    and maybe you haven't suggested I do this.  And the portion
17    that would remain with me would be the issues that I thought
18    were teed-up, infringement, right?  I guess you have a validity
19    argument.  Why would it be a good idea for me to stay the
20    matter in any way and not let Plaintiffs go ahead with their
21    infringement discovery?
22              MR. MCLENNAN:   Well, I mean, Your Honor, just to be
23    clear, they would go ahead with their infringement discovery.
24    We're not -
25              THE COURT:   Okay.
```

1    MR. MCLENNAN:   - saying they wouldn't on the

2 remaining Claims.  It's just the infringement inquiry would be

3 limited to the doses that are left in the case, not to the

4 batches that were sold to U.S. Government.

5    THE COURT:   Great, okay.  That's what I wanted to

6 clarify.  So you're saying send whatever port -- and I'm not

7 clear on what portion you want me to send to the Claims Court.

8 And for purposes of the discussion, I don't think I need to

9 drill down that far.

10    But, you're saying send the appropriate portions of

11 the case, based on the Statement of Interest, to the Court of

12 Claims.  And we can start with the discovery on infringement in

13 whatever piece is left in the Federal Court, right?

14    MR. MCLENNAN:   Yes, that's correct, Your Honor.  And

15 if it helps to conceptualize it, what we're essentially asking

16 to be dismissed are any sales that were made pursuant to that

17 B-100 Contract that -

18    THE COURT:   Yeah.

19    MR. MCLENNAN:   - had the authorization to move

20 forward.

21    THE COURT:   Okay.

22    MR. MCLENNAN:   Everything else remains in the case.

23    THE COURT:   Right; yeah.  That's a hugely general

24 delineation.  I get it.  What the sales are that would go to

25 the Claims Court, I'm not prepared enough to figure that out

```
 1    right here and now.

 2              Okay.  So, question for Plaintiffs' Counsel, then:

 3    don't you want to weigh-in?  Do you want to weigh-in on this

 4    Statement of Interest and respond to the cases that have been

 5    cited?  I mean, if you want to do that, I guess, and

 6    simultaneously litigate the cases that remain in Delaware,

 7    right?

 8              MR. BERL:   Absolutely, Your Honor.  We disagree with

 9    personally everything the Government said with respect to its

10    legal analysis.

11              I'm happy to submit something reflecting that.  But

12    Your Honor indicated before in his denial of the Motion to

13    Dismiss that he disagreed with the reading of -

14              THE COURT:   Yeah, I'm sorry.

15              MR. BERL:   So -

16              THE COURT:   Excuse me.  I wasn't asking you to argue

17    the point.

18              MR. BERL:   Sure.

19              THE COURT:   I was asking you, do you agree with the

20    premise that I think we're all agreeing on?  You get to

21    litigate your case.

22              You get to do discovery on what remains here.  And

23    you want to -- the opportunity to be heard on the Government's

24    Statement of Interest, right?

25              MR. BERL:   Correct, Your Honor.  I don't think
```

```
 1    there's a Motion pending right now.  I suppose -

 2             THE COURT:   Oh, no.   No, it's teed-up.  It's

 3    teed-up.  I mean, the Statement of Interest sort of tees up the

 4    issue.

 5             I mean, procedurally, if everyone thinks there needs

 6    to be a Motion, maybe it's best, given the magnitude of the

 7    case that we will do some type of Motion.  But what I was going

 8    to suggest is I started to look at the Proposed Scheduling

 9    Orders that the Parties have submitted.  And then, the

10    Statement of Interest was dropped in, which sort of shifted my

11    focus.

12             So, I think what we should do is have a real quick

13    turnaround.  I'm talking about a couple weeks.  I'll accept

14    letters, maybe no more than 10 pages -- I'm just sort of

15    thinking out loud -- from each side.

16             And I'll let the Government weigh-in if they want, as

17    well, on how the case should not proceed procedurally now that

18    we have this new piece of information.  And just get some

19    letters from you.

20             And then, go back to the drawing board and decide how

21    I'm going to set the schedule up, which will either keep the

22    case here all the way and reject Moderna and the Government's

23    position, or keep all the case here and send it all to the

24    Claims Court, or someplace in between.

25             So, that's my suggestion:  couple week turnaround;
```

1    10-page letters; all three sides.  Plaintiff, what's your view?

2    Does that work for you?

3            MR. BERL:   That works, Your Honor.  Just to clarify,

4    we've already started down the road to discovery.  As I think

5    Moderna has agreed, that discovery about infringement and

6    validity would continue in any event.  I don't want to lose -

7            THE COURT:   Yeah.

8            MR. BERL:   - the benefit of -

9            THE COURT:   No, I'm not -- given Moderna's statement

10   that they agree that some of the case is going to stay here no

11   matter what, I'm not going to stay all discovery, if that's

12   where you were going.

13           MR. BERL:   Yes, Your Honor.

14           THE COURT:   Okay.  Other than that, you're good,

15   Mr. Berl?

16           MR. BERL:   Yes, Your Honor.  Thank you.

17           THE COURT:   All right.  And Counsel for Moderna?

18           MR. MCLENNAN:   Your Honor, that's -

19           THE COURT:   Just a follow-up letter, is that good

20   with you?

21           MR. MCLENNAN:   That's excellent, Your Honor.  Thank

22   you.

23           THE COURT:   Okay.  And Mr. Hausken, do you want to

24   weigh-in?

25           MR. HAUSKEN:   We would, I guess, welcome the

1  opportunity to respond to the -- anything that's offered, just

2  to make -

3          THE COURT:  No, I don't want to get into the you'll

4  look at what they -- I want these filed simultaneously -

5          MR. HAUSKEN:  Oh.

6          THE COURT:  - because I want to make that -

7          MR. HAUSKEN:  Okay.

8          THE COURT:  - Decision.  You know what they're going

9  to say.

10          MR. HAUSKEN:  Yeah, I think our -- if that's the

11  case, Your Honor -- I think our Statement of Interest will

12  probably answer all the arguments -

13          THE COURT:  Yeah.

14          MR. HAUSKEN:  - as it is.

15          THE COURT:  Okay.

16          MR. HAUSKEN:  So -

17          THE COURT:  That's -

18          MR. HAUSKEN:  I will make it as simple for the

19  Court.

20          THE COURT:  Okay.  Thanks.  I think your Statement

21  of Interest is pretty comprehensive.  So I appreciate that.

22  And because of your reasonableness, you'll be served with

23  copies of the letters.  I think you should get them.

24          And if you have a good-faith basis to say, Judge, I

25  thought what we submitted was enough, but I want to add a

```
 1   couple things, then you can let me know.  And I'll probably let

 2   you do that.  Okay?

 3            MR. HAUSKEN:   Thank you, Your Honor.

 4            THE COURT:   Okay.  All right.  I think, then, that's

 5   what we're going to do.  And so, that was very helpful.  And

 6   does anyone else want to say anything?

 7            I mean, we are going to take it here one step at a

 8   time.  But I want to turn it around quickly.  So I'm going to

 9   give you two weeks to do this.

10            All right.  So let's just wrap it up there, because I

11   got to actually go.  So I'll issue that Order and we will go

12   from there.  Okay?

13            MR. BERL:   Thank you, Your Honor.

14            THE COURT:   Okay.

15            MR. MCLENNAN:   Thank you, Your Honor.

16            THE COURT:   Thank you, everyone.  Take care.

17        (Proceedings concluded at 11:47 a.m.)

18

19

20

21

22

23

24

25
```

# C E R T I F I C A T I O N

I, <u>VICTORIA O'CONNOR</u>, court-approved transcriber,

certify that the foregoing is a correct transcript from the

official electronic sound recording of the proceedings in the

above-entitled matter.


_____          _____

    Victoria O'Connor, CET                          February 20, 2023

                                                        Date

```
           WORD INDEX

               #

$8 [1] 26:11
10 [1] 31:14
10-page [1] 32:1
11:47 [1] 34:17
1105 [1] 2:8
12(b [2] 21:11,12
12(b)(6 [1] 21:1
1201 [1] 2:24
12th [1] 2:9
1347 [1] 2:25
1498 [16] 7:2,20
   12:12,17 14:21
   15:4 16:17
   17:13 22:9
   23:4,9,12 25:17
   26:5 27:15,18
14th [1] 19:11
19801 [1] 2:10
20024 [1] 1:21
2022 [1] 11:3
20439 [1] 2:21
22 [1] 15:21
22-252 [1] 3:9
284 [1] 18:24
425 [1] 2:2
603.865.1255 [1]
   35:2
680 [1] 1:20
689-0090 [1] 35:6
717 [1] 2:20
888.524.5596 [1]
   35:2
912 [1] 35:6
94105 [1] 2:3
99-percent [1]
   22:19

               A

about [11] 4:13
   8:10 9:15
   10:12,15 11:11
   18:2 23:3 25:23
   31:13 32:5
above-entitled
   [1] 34:22
```

```
absolutely [5]
   7:7 11:17
   17:1,1 30:8
accept [1] 31:13
accepted [3]
   20:15,17,24
accused [4] 10:16
   12:10 13:8
   24:14
acting [4]
   17:14,15 18:8
   25:14
acts [1] 13:7
actually [3] 9:18
   22:7 34:11
Adam [2] 1:18
   4:11
add [1] 33:25
additional [2]
   12:15 20:8
address [1] 13:15
addressed [2]
   14:15 17:5
addresses [1]
   9:19
addressing [1]
   4:1
adjudicated [1]
   16:7
advanced [5]
   13:12 26:16,20
   27:7,19
advocacy [1]
   11:10
affirmative [1]
   26:6
affirmatively [3]
   21:17 22:11
   25:2
after [1] 15:19
again [2] 6:22
   23:8
against [3] 15:25
   22:23 24:20
ago [4] 6:18,25
   10:20 17:2
agree [6] 8:13
   12:24 20:3 28:9
   30:19 32:10
```

```
agreed [1] 32:5
agreeing [1]
   30:20
agrees [1] 10:22
ahead [5] 3:14
   7:25,25
   28:20,23
aid [1] 12:5
airlines [1] 21:2
al [2] 1:4,8
all [32] 4:17,20
   5:10,19
   10:13,15,15
   11:20,24
   12:17,21,22,24
   13:1 14:10,19
   16:14 17:7 18:1
   19:7 24:17 28:5
   30:20
   31:22,23,23
   32:1,11,17
   33:12 34:4,10
allegations [1]
   20:23
allege [1] 13:7
allegedly [1]
   12:15
alone [1] 21:16
along [1] 19:9
already [3] 16:13
   23:25 32:4
also [6] 9:15
   10:25 13:4 24:3
   26:14,15
always [1] 26:4
am [4] 3:10 5:7,8
   6:11
ample [1] 13:18
an [6] 6:7 11:25
   21:18 25:20
   26:6,8
analysis [6] 9:4
   17:8 19:4 24:2
   26:15 30:10
answer [2] 22:19
   33:12
answered [1]
   25:11
```

**answers** [3] **18**:13
   **24**:6,9
**any** [14] **9**:2 **11**:5
   **12**:2 **13**:9
   **15**:13,22
   **18**:1,13 **21**:18
   **24**:21 **25**:6
   **28**:20 **29**:16
   **32**:6
**anyone** [3] **4**:4,8
   **34**:6
**anything** [3] **6**:24
   **33**:1 **34**:6
**apologize** [1]
   **3**:20
**apparent** [1]
   **26**:18
**appeal** [1] **16**:5
**appearances** [1]
   **1**:16
**application** [1]
   **22**:8
**applies** [3] **14**:22
   **26**:5 **27**:18
**appreciate** [2]
   **11**:9 **33**:21
**appropriate** [1]
   **29**:10
**arbiter** [1] **26**:21
**arbutus** [10] **1**:3
   **3**:7,10,16,21,23
   **5**:17,23 **6**:5
   **9**:12
**arbutus-specific**
   [1] **3**:25
**are** [32]
   **3**:2,6,22,24
   **4**:16 **5**:1,5
   **6**:6,11 **8**:18
   **10**:15 **11**:19,20
   **12**:10,11,15,15,
   16,22 **19**:1
   **20**:5,19 **21**:14
   **23**:23 **24**:13
   **25**:1,3 **26**:7
   **29**:3,16,24 **34**:7
**argue** [1] **30**:16
**argues** [1] **7**:24

**argument** [2]
   **13**:12 **28**:19
**arguments** [2]
   **10**:9 **33**:12
**arms** [1] **14**:3
**around** [1] **34**:8
**article** [1] **9**:19
**articulated** [1]
   **10**:17
**as** [33] **4**:11 **5**:11
   **6**:14 **7**:5 **8**:25
   **10**:9 **11**:1,1,22
   **13**:4,16,16,18,1
   8 **14**:10 **16**:13
   **17**:4,9,15 **18**:23
   **19**:11 **20**:24
   **23**:19 **24**:10
   **25**:24 **26**:24
   **27**:11,22,22
   **31**:16 **32**:4
   **33**:14,18
**ASCD** [3]
   **26**:16,20,23
**aside** [1] **10**:9
**asides** [1] **28**:6
**ask** [4] **17**:13
   **19**:7,8 **24**:10
**asked** [1] **17**:17
**asking** [6] **6**:15
   **12**:2 **24**:5 **29**:15
   **30**:16,19
**aspect** [1] **25**:9
**assignee** [1] **6**:5
**at** [26] **5**:22 **7**:3
   **12**:17 **13**:10,23
   **14**:2,2,5,19
   **15**:4,8,19,24
   **16**:7,22 **17**:6,21
   **21**:22 **24**:11,25
   **27**:2 **28**:2 **31**:8
   **33**:4 **34**:7,17
**at-issue** [1]
   **12**:25
**authority** [1]
   **27**:23
**authorization**
   [23] **7**:20 **8**:22
   **9**:1 **10**:18,23
   **11**:4 **14**:19 **17**:6

**19**:18,20 **21**:18
   **22**:12
   **25**:16,18,19
   **26**:19,25
   **27**:9,14,15,20,2
   5 **29**:19
**available** [3]
   **18**:18,22,25

                **B**
**b-100** [1] **29**:17
**back** [6] **14**:13
   **22**:3 **23**:2 **27**:3
   **28**:7 **31**:20
**based** [4] **20**:23
   **21**:11,16 **29**:11
**basic** [2] **5**:14
   **11**:12
**basis** [1] **33**:24
**batch** [2] **24**:1,2
**batches** [1] **29**:4
**be** [56] **3**:11,22
   **4**:1,18 **7**:2,10
   **8**:25 **12**:25
   **13**:22,24,25,25
   **14**:1,6,8,11,23
   **16**:1,2,6,7,9,12
   ,19,21,23,23
   **17**:9 **18**:23
   **19**:9,21
   **20**:12,13
   **21**:5,5,15,19
   **22**:2,22,23
   **23**:7,15,16
   **24**:8,20 **26**:6,9
   **27**:24
   **28**:17,19,22
   **29**:2,16 **30**:23
   **31**:6 **33**:22
**bear** [2] **11**:14
   **20**:21
**bears** [1] **20**:22
**because** [10] **6**:6
   **10**:15 **16**:17
   **22**:16 **26**:1,5,21
   **33**:6,22 **34**:10
**becomes** [1] **24**:17
**been** [3] **20**:25
   **26**:5 **30**:4

**beeping** [1] 3:18
**before** [13] 1:13
  15:1,20 16:4
  17:17 19:3,5,25
  20:24 25:4
  26:24 27:11
  30:12
**begun** [1] 16:13
**behalf** [5] 3:12
  4:1,6,15,25
**being** [1] 23:5
**believe** [2] 12:3
  26:15
**benefit** [14]
  9:5,6 18:6,10
  19:19 21:17
  22:12 25:9,24
  26:12,17
  27:1,17 32:8
**benefited** [3]
  10:10 13:20,21
**Berl** [56] 1:17
  3:25 4:10
  5:18,21,23,25
  6:2,2,5,10,13,2
  1,22 7:10,15,17
  8:2,8,16,18
  10:5,5,7,7,8,14
  11:8,9,15,17
  12:6,8,19
  13:4,14,19
  14:12 15:15,17
  17:1,25
  18:16,20,22
  25:23
  30:8,15,18,25
  32:3,8,13,15,16
  34:13
**best** [2] 21:9
  31:6
**between** [6] 5:16
  8:11 10:24
  17:20 22:4
  31:24
**biggest** [1] 13:25
**billion** [1] 26:11
**biopharma** [3] 1:3
  3:8,16
**bit** [2] 10:2 27:8

**board** [1] 31:20
**both** [5] 4:6
  19:17 20:10,12
  22:5
**box** [1] 2:25
**branch** [1] 5:8
**break** [1] 10:2
**Brian** [3] 2:22
  4:14,15
**brief** [1] 13:15
**briefing** [1] 20:8
**building** [1] 2:19
**burden** [2]
  20:21,23
**business** [1] 5:16
**but** [41] 3:18,25
  4:20 5:12
  7:5,11,12,22
  8:4,9 9:22
  11:2,10 12:14
  13:1,9 14:5,9
  15:7,11
  16:12,23
  17:23,25 18:16
  20:2,18,20
  21:10,22
  22:5,19 23:2
  25:2 26:4 27:24
  29:10 30:11
  31:7 33:25 34:8
**by** [14] 7:13 8:23
  12:11
  13:9,10,11
  15:22 16:7,8,19
  19:10 20:15
  23:14 24:21

**C**
**cabin** [1] 13:20
**call** [7] 3:1
  4:16,22,23
  5:1,11,11
**can** [11] 4:4
  7:3,10 10:8,11
  13:20 14:25
  15:8 27:2 29:12
  34:1
**can't** [2] 3:5
  13:24

**care** [1] 34:16
**Carson** [2]
  4:16,19
**case** [30] 9:17,24
  10:16 13:16,18
  14:6,11 16:3
  18:4 20:5,9
  22:2,5,7,16,20
  23:7 25:3 26:23
  28:10
  29:3,11,22
  30:21
  31:7,17,22,23
  32:10 33:11
**cases** [11] 16:22
  17:13 20:13,14
  21:21,22,25
  24:17 25:18
  30:4,6
**category** [1]
  13:20
**caught** [1] 23:5
**certainly** [5]
  24:21 25:10
  26:4 27:24 28:4
**certify** [1] 34:20
**challenge** [1]
  14:25
**challenges** [1]
  15:1
**change** [1] 6:23
**chime** [1] 13:18
**circuit** [2] 26:22
  27:12
**cited** [5] 9:17
  21:2,22,23 30:5
**citizens** [1]
  13:10
**civil** [1] 5:6
**claim** [1] 11:19
**claims** [20] 2:17
  14:7 15:14,19
  16:7,10,23
  18:19 19:3,6
  20:5 22:20 23:8
  24:13,18
  29:2,7,12,25
  31:24

clarify [2] 29:6
  32:3
classic [1] 8:6
clear [6] 8:11
  10:12 13:5
  15:25 28:23
  29:7
clearly [2] 15:17
  26:22
clerk [6] 3:4,6
  4:7 5:24 6:1,4
client's [1]
  11:18
collected [1]
  16:10
collectively [1]
  4:2
comes [1] 27:20
comment [1] 25:5
commercial [1]
  5:8
communications
  [1] 18:1
complaint [5] 8:5
  9:13 12:23
  20:24 23:20
completely [2]
  8:17 28:8
comprehensive [1]
  33:21
concede [3]
  11:19,20 28:8
concept [1] 24:12
conceptualize [1]
  29:15
conceptually [1]
  24:15
concerned [1]
  13:19
concluded [1]
  34:17
conference [1]
  1:12
confirmed [2]
  19:19 27:13
confirms [1]
  27:20
confused [1] 27:8

connection [2]
  16:9 17:11
Connolls [6] 1:19
  4:1,11 6:3,22
  10:5
consent [24] 7:20
  8:23 9:2
  10:18,23 11:5
  14:19 17:6
  19:18,20 21:18
  22:13
  25:17,18,19,21,
  21 26:19,25
  27:9,14,15,21,2
  5
considered [4]
  8:12 20:18,25
  21:6
contest [2] 22:21
  24:23
contested [1]
  13:21
context [1] 22:5
contexts [1] 21:1
continue [1] 32:6
contract [26]
  7:13,18
  8:14,23,25 9:14
  10:19,24
  11:2,6,21,25
  12:3,4,25
  14:17,17 15:21
  17:22,24,25
  19:19
  26:8,10,17
  29:17
contracted [1]
  23:4
contracting [1]
  14:22
contractor [2]
  12:12 25:22
contractual [2]
  8:11 17:20
contrary [2] 17:8
  27:24
control [6]
  17:11,15 18:2,7
  25:14,20

controlling [1]
  18:5
controls [1] 9:25
conversation [1]
  11:10
copies [1] 33:23
core [1] 18:4
Corp [1] 21:1
corporation [2]
  1:3 3:8
correct [9] 5:4
  6:13 13:4,4
  24:16 28:11
  29:14 30:25
  34:20
correctly [3]
  3:11 8:20 20:1
could [11] 3:11
  5:15 13:25
  14:1,8 15:24
  19:21 21:5,15
  25:1 27:3
couldn't [1] 3:18
counsel [8] 6:16
  10:3 13:17 19:8
  24:12 26:24
  30:2 32:17
counsel's [1]
  27:13
couple [7] 5:10
  6:18 28:3,7
  31:13,25 34:1
course [1] 18:25
court-approved
  [1] 34:19
courts [4] 2:18
  15:12 20:11
  27:23
covered [1] 12:11
covid [1] 10:16
Cruz [1] 3:2
CVS [2] 12:4
  13:10

          D
damages [7] 16:14
  18:23
  19:1,1,2,5,5

**Daralyn** [5] **1:**24
**3:**13,14,15,20
**date** [1] **34:**23
**David** [6] **1:**17
**3:**25 **4:**10 **5:**18
**6:**2,22
**day** [3] **14:**2,6
**16:**22
**days** [1] **6:**18
**dc** [2] **1:**21 **2:**21
**de** [1] **2:**10
**decide** [3] **9:**8,9
**31:**20
**decides** [2] **15:**3
**27:**18
**deciding** [3] **9:**1
**18:**11 **21:**6
**decision** [5]
**14:**21 **17:**12
**20:**7 **27:**24 **33:**8
**decisionmaker** [1]
**26:**22
**decisions** [2]
**18:**9 **21:**24
**defendant** [6]
**4:**15 **17:**14
**22:**8,23
**24:**14,17
**defendants** [2]
**1:**10 **2:**22
**defense** [3] **12:**12
**14:**22 **26:**6
**defenses** [2]
**25:**3,4
**Delaware** [4] **1:**2
**3:**8 **28:**10 **30:**6
**delineation** [1]
**29:**24
**delivery** [1]
**11:**25
**demonstrates** [1]
**26:**12
**demonstrating** [1]
**26:**25
**denial** [3] **6:**24
**8:**20 **30:**12
**denied** [1] **11:**4
**department** [2]
**4:**21,22

**deputy** [6] **3:**4,6
**4:**7 **5:**24 **6:**1,4
**design** [2]
**18:**3,12
**designing** [1]
**17:**15
**detailed** [4]
**11:**13,13 **24:**1,3
**details** [1] **8:**10
**determination** [1]
**14:**10
**determine** [2]
**13:**23 **27:**17
**determining** [1]
**26:**5
**develop** [1] **18:**11
**developing** [1]
**18:**8
**development** [2]
**17:**11 **18:**5
**did** [3] **11:**22
**13:**2,15
**difference** [1]
**18:**18
**different** [2]
**5:**12 **18:**21
**dig** [1] **21:**20
**directed** [1]
**10:**15
**director** [4]
**5:**5,6,7,8
**disagree** [2] **17:**8
**30:**8
**disagreed** [1]
**30:**13
**discovery** [32]
**7:**3,4,5
**13:**22,23 **14:**1,7
**15:**19
**16:**14,15,20,21,
24 **17:**9,18,18
**21:**14,19 **22:**16
**23:**6,17,25
**24:**3,7,8
**28:**21,23 **29:**12
**30:**22 **32:**4,5,11
**discovery's** [1]
**13:**25

**discussion** [1]
**29:**8
**discussions** [1]
**25:**6
**dismiss** [17] **6:**25
**8:**3,21
**12:**13,14,14
**14:**14,15
**15:**3,18
**19:**16,21 **20:**7
**21:**6,12 **23:**20
**30:**13
**dismissed** [1]
**29:**16
**disposed** [1]
**19:**21
**dispute** [1] **12:**10
**disputed** [2] **9:**10
**12:**9
**distributed** [1]
**26:**9
**district** [9]
**1:**1,2,14 **15:**16
**18:**18,23,25
**27:**23 **28:**10
**division** [1] **5:**6
**do** [28] **4:**3
**5:**18,19 **10:**8
**11:**18,19 **14:**9
**16:**2 **17:**18
**21:**24 **22:**1
**23:**1,13 **24:**7,13
**25:**5 **27:**16
**28:**16
**30:**3,5,19,22
**31:**7,12 **32:**23
**34:**2,5,9
**does** [5] **15:**6,13
**28:**8 **32:**2 **34:**6
**doesn't** [3] **6:**23
**7:**11,13
**doing** [1] **18:**6
**done** [3] **14:**7
**22:**12 **26:**1
**don't** [24] **3:**18
**8:**12 **9:**15
**12:**4,10 **16:**12
**17:**6,24
**18:**1,1,13 **20:**3

21:8,18 **22**:23
24:4,4 **25**:8
27:23 **29**:8
30:3,25 **32**:6
33:3
**doses** [4] **13**:6,15
14:22 **29**:3
**down** [4] **10**:2
26:18 **29**:9 **32**:4
**drawing** [1] **31**:20
**drill** [1] **29**:9
**dropped** [1] **31**:10
**Dunn** [2] **2**:14 **5**:1
**duplicative** [5]
16:12
23:8,11,13 **24**:7
**Durie** [9] **1**:24
3:13,15,15,20,2
0,24 **4**:10 **10**:3

**E**
**each** [1] **31**:15
**earlier** [2] **14**:13
23:2
**efforts** [1] **16**:12
**Egan** [4] **2**:22
4:14,15,19
**either** [5] **7**:3
9:17 **14**:22 **15**:2
31:21
**elaborate** [1]
15:8
**electronic** [1]
34:21
**elements** [1]
20:19
**elephant** [1] **8**:15
**Ellis** [1] **4**:17
**else** [4] **4**:4,8
29:22 **34**:6
**end** [7] **13**:23
14:2,6 **16**:22
22:6 **23**:7 **25**:22
**engineering** [1]
26:15
**enhanced** [2]
19:1,5
**enough** [2] **29**:25
33:25

**entered** [1] **11**:3
**entirely** [1]
19:15
**entities** [4] **5**:16
13:2 **15**:23 **23**:4
**entity** [2] **12**:2
17:15
**enumerate** [1]
5:19
**envision** [1]
13:24
**esquire** [9]
1:17,18,24
2:6,12,13,14,15
,22
**essentially** [4]
23:15 **24**:14
26:18 **29**:15
**et** [2] **1**:4,8
**even** [8] **12**:11,15
13:5,12,24
15:18 **16**:5
27:13
**event** [1] **32**:6
**ever** [1] **14**:1
**every** [2] **24**:1,2
**everyone** [2] **31**:5
34:16
**everything** [3]
24:5 **29**:22 **30**:9
**excellent** [1]
32:21
**exceptional** [1]
18:25
**exclusive** [1] **6**:7
**excuse** [1] **30**:16
**exerted** [1] **18**:2
**explain** [3] **5**:15
18:17,21
**explicitly** [1]
19:18
**express** [2] **25**:19
26:8
**expressly** [1]
11:4
**extensive** [1]
23:25
**extent** [3] **3**:24
14:24 **16**:13

**F**
**fact** [2] **25**:10
26:10
**factors** [1] **26**:7
**facts** [2] **7**:10
9:19
**factual** [2] **7**:5
9:10
**failed** [1] **14**:25
**familiar** [1] **25**:1
**far** [7] **11**:1
13:16,18 **25**:6
27:22,22 **29**:9
**favorable** [1] **8**:6
**federal** [6] **2**:16
23:8 **24**:18
26:22 **27**:12
29:13
**few** [1] **17**:2
**fiercely** [1] **9**:10
**figure** [1] **29**:25
**file** [1] **15**:24
**filed** [4] **6**:18
16:19 **19**:10
33:4
**fine** [1] **26**:3
**first** [5] **5**:14,14
6:16 **14**:17 **19**:9
**five** [1] **6**:12
**flexible** [1] **4**:21
**floor** [1] **2**:9
**focus** [2] **9**:3
31:11
**Foerster** [3] **2**:1
3:16,21
**folded** [1] **16**:19
**following** [1] **7**:4
**follow-up** [1]
32:19
**for** [62] **1**:17
2:12,22
3:10,16,22 **4**:18
6:2,5,6,16
7:1,7,12,23
8:20
9:4,5,6,8,9,11,
12,13,15,16,22,
23,23 **10**:23

15:5 **16:16 17:**7
**18:**6,10
**19:**14,17,19
**21:**17 **22:**3,12
**23:**6,7
**24:**3,5,12
**25:**9,10,16,17
**26:**8
**27:**1,14,16,17
**28:**2,19 **29:**8
**30:**2 **32:**2,17
**33:**18
**forced** [1] **23:**16
**forego** [1] **24:**8
**foregoing** [1]
**34:**20
**foreswore** [1]
**11:**5
**forward** [10]
**14:**23 **15:**2,5,20
**16:**4,13,20,24
**19:**12 **29:**20
**found** [2] **20:**12
**27:**19
**four** [1] **6:**12
**framed** [2] **8:**4,5
**from** [23]
**3:**16,20,25
**4:**5,8,10,15,17,
22 **5:**15 **6:**22,23
**10:**5 **12:**22
**15:**21 **16:**10
**19:**16 **23:**3,4
**31:**15,19
**34:**12,20
**front** [1] **15:**10
**full** [2] **12:**13
**14:**13
**fully** [1] **14:**11
**funding** [1] **26:**11

**G**
**Gary** [3] **2:**12
**4:**24,25
**general** [4] **10:**10
**14:**4 **26:**13
**29:**23
**generally** [2]
**25:**2,17

**Genevant** [5] **3:**8
**5:**17 **6:**5,7 **9:**11
**get** [13] **5:**13
**11:**12 **18:**15
**20:**2 **22:**19
**24:**6,9 **29:**24
**30:**20,22 **31:**18
**33:**3,23
**gets** [1] **26:**18
**give** [2] **13:**17
**34:**9
**given** [5] **19:**9
**25:**21,21 **31:**6
**32:**9
**go** [13] **3:**14 **15:**1
**23:**2,3,16
**27:**3,22
**28:**20,23 **29:**24
**31:**20 **34:**11,11
**goes** [2] **14:**12
**24:**13
**going** [25]
**3:**11,15,22 **4:**18
**7:**11 **8:**4
**13:**24,25
**15:**1,11 **16:**4
**19:**12,25 **21:**21
**22:**21 **28:**1
**31:**7,21
**32:**10,11,12
**33:**8 **34:**5,7,8
**Goldberg** [2] **1:**13
**3:**2
**gone** [1] **27:**22
**good** [5] **4:**14
**19:**13 **28:**19
**32:**14,19
**good-faith** [1]
**33:**24
**got** [6] **5:**10 **7:**14
**14:**3 **21:**20
**22:**18 **34:**11
**government** [77]
**2:**12 **6:**23
**7:**2,7,22,23
**8:**9,23,24
**9:**5,5,7,8,11,12
,13,15,16,18,22
**10:**10,12,24,25

**11:**3,20,23
**12:**1,12,16
**13:**2,6,9
**14:**16,18,21
**15:**21,22,25
**16:**8,16,19
**17:**3,7,21,21
**18:**2,5,7,7,8,10
,13 **19:**17,18,20
**22:**7,8,11,23
**23:**1 **24:**17
**25:**10,21
**26:**2,11,12,17,1
9
**27:**1,9,14,16,20
**29:**4 **30:**9 **31:**16
**government's** [24]
**6:**15 **7:**6 **9:**25
**10:**17,21,22
**12:**25
**13:**11,14,15
**17:**10,14
**19:**3,14,24
**20:**1,11,15,25
**21:**12,17 **25:**14
**30:**23 **31:**22
**granted** [2] **26:**19
**27:**9
**great** [1] **29:**5
**guess** [6] **14:**7
**25:**7 **27:**24
**28:**18 **30:**5
**32:**25

**H**
**had** [8] **7:**1 **10:**10
**11:**4,4 **12:**3
**25:**6 **27:**9 **29:**19
**Hailey** [2] **2:**14
**5:**1
**happen** [4] **15:**18
**16:**15 **21:**8,10
**happens** [2]
**14:**5,20
**happy** [1] **30:**11
**Harber** [2] **1:**18
**4:**11
**has** [16] **7:**22
**8:**9,24 **9:**7,17

16:9 17:3 19:18
20:25 25:21
26:4,5,19,22
27:21 32:5
Hausken [27] 2:12
4:24,25 5:3,4,7
24:10,12,16,20,
25 25:6,7,25
26:3 27:5,7
28:4 32:23,25
33:5,7,10,14,16
,18 34:3
have [31] 4:11
5:10 8:5 9:22
11:12 15:11
17:22,23,24,25
18:1,1 20:11,23
21:25 22:10,17
24:4
25:11,19,21
26:17 27:23
28:2,7,18 30:4
31:9,12,18
33:24
haven't [1] 28:16
having [2] 14:25
24:7
he [2] 4:11 30:13
hear [2] 3:5,19
heard [2] 13:19
30:23
hearing [1] 1:12
held [2] 6:24
26:5
helpful [1] 34:5
helps [1] 29:15
here [19] 4:6
9:22 11:22
17:14 18:24
22:10,17
23:3,17 25:19
26:3,7,22
30:1,22
31:22,23 32:10
34:7
hi [1] 3:2
highly [1] 8:23
him [1] 4:11
his [1] 30:12

hold [3] 10:1
28:1,5
holding [1] 7:1
holds [1] 9:21
honor [54]
4:10,14,24 5:18
6:13,21,24
7:1,18 8:18,19
10:6 11:17 12:9
14:12
15:3,6,17,18,20
16:4,9,16
17:1,5,9,17
18:23 19:13
20:6,6,17,22
21:15 22:1,22
24:16,25 26:4
28:11,22 29:14
30:8,12,25
32:3,13,16,18,2
1 33:11
34:3,13,15
honorable [1]
1:13
honor's [4] 9:3
14:20 19:16
21:3
how [14] 4:13
8:14 14:9,9
15:9 16:15 17:2
18:11,21 19:11
24:15 25:24
31:17,20
however [2] 22:19
26:14
hugely [1] 29:23

H
idea [1] 28:19
identify [2] 3:11
4:3
if [23] 4:4 14:5
15:3,5,18
16:4,22 20:6,7
21:13,21 22:20
24:6,13 25:3
28:8 29:15 30:5
31:5,16 32:11
33:10,24

I'll [5] 13:17
31:13,16
34:1,11
I'm [29] 6:1,15
7:11,11 8:4,13
9:24 10:2 11:11
12:2 13:16
19:25 22:18
23:10 24:7,11
27:3 28:1,7
29:6,25
30:11,14
31:13,14,21
32:9,11 34:8
implicated [2]
12:16 13:11
implied [1] 25:18
important [1]
26:20
impression [1]
21:22
in [95]
6:6,12,22,24
7:7
8:5,5,12,15,20
9:18
10:2,8,9,11,13,
16,19,21,25
11:2,3,13,22
12:11
13:8,18,20
14:3,6,18,20,25
15:10,24
16:8,10,23
17:3,11,12,15
18:4,8,9,12,18,
18,22,25
20:9,13,21,25
21:2,2,6,9,12,2
2,23 22:5,7,16
23:1,5,8
24:14,17,17,25
25:10,11,14,18
26:4,11,12,20,2
3 27:7,19,20
28:10,20
29:3,12,13,22
30:6,12

**31**:10,24 **32**:6
**34**:21
**including** [3]
**9**:18 **11**:24
**17**:10
**indeed** [1] **8**:23
**independent** [1]
**18**:8
**indicated** [1]
**30**:12
**indicator** [2]
**27**:21,25
**information** [10]
**7**:13,18,19,23
**8**:25 **10**:21 **18**:2
**20**:9 **21**:13
**31**:18
**infringed** [3]
**11**:19 **14**:24
**18**:12
**infringement** [17]
**9**:4,11 **13**:7
**14**:23 **15**:13
**16**:1,6,14 **18**:4
**19**:5 **24**:24
**28**:18,21,23
**29**:2,12 **32**:5
**infringements** [1]
**24**:14
**infringing** [2]
**9**:19 **17**:16
**initially** [2]
**5**:14 **21**:22
**input** [1] **18**:13
**inquiry** [5] **9**:25
**25**:9,22 **26**:18
**29**:2
**instance** [1] **23**:2
**instead** [1] **7**:24
**intellectual** [1]
**5**:9
**intelligent** [1]
**24**:9
**intelligently** [1]
**15**:10
**intention** [1]
**24**:23
**interest** [26]
**6**:15,19 **7**:6

**10**:13 **11**:1
**16**:19
**19**:10,15,25
**20**:4,9
**21**:2,13,16,23,2
3 **24**:11 **25**:11
**26**:23 **29**:11
**30**:4,24 **31**:3,10
**33**:11,21
**interject** [1]
**7**:12
**interjected** [1]
**8**:10
**interpreted** [1]
**17**:2
**interruption** [1]
**7**:12
**intervention** [1]
**9**:21
**into** [6] **11**:3
**16**:14,19 **21**:20
**24**:1 **33**:3
**invention** [2]
**12**:4 **17**:12
**investigate** [1]
**25**:2
**invited** [1] **4**:21
**invoke** [1] **27**:15
**involving** [2]
**13**:1 **21**:24
**Iqbal/Twombly** [1]
**8**:7
**IRS** [1] **21**:1
**isn't** [5] **8**:14,15
**15**:7,8,11
**issue** [9] **7**:3
**9**:10 **13**:20
**15**:10 **16**:3 **18**:4
**25**:20 **31**:4
**34**:11
**issues** [8] **3**:25
**11**:11 **14**:23
**15**:12 **16**:1,6
**19**:15 **28**:17
**it** [68] **5**:10,12
**6**:14,18
**7**:11,13,17,24
**8**:4,4 **9**:5,5
**10**:2,10,11,22

**11**:4,18,23
**13**:20,25
**14**:1,7,18
**16**:18,23
**17**:15,23
**18**:11,15
**20**:2,13,18,23,2
4
**21**:5,7,13,15,17
,21
**22**:10,11,18,23
**23**:7,8,15
**24**:10,20 **25**:2
**26**:5,10,15
**27**:1,8,17,24
**28**:19
**29**:15,15,24
**31**:23 **33**:14,18
**34**:7,8,10
**its** [17] **6**:24
**9**:18 **10**:25
**14**:18,25
**17**:11,12,12,15
**18**:8,11,12
**19**:20 **25**:21
**26**:19 **27**:20
**30**:9
**it's** [24] **3**:2 **5**:3
**9**:8,8,12,13,13,
15 **10**:3 **14**:1,15
**15**:15,17,25
**17**:4,6,23 **23**:10
**27**:16 **28**:12
**29**:2 **31**:2,2,6
**I've** [1] **19**:24

**J**
**Japan** [1] **21**:1
**Jeanna** [1] **4**:17
**joining** [1] **4**:16
**judge** [3] **1**:14
**3**:4 **33**:24
**judgment** [4] **7**:4
**15**:4,19 **24**:21
**July** [2] **11**:3
**15**:21
**just** [24] **4**:10
**5**:13,20 **6**:18
**10**:7 **11**:14

15:12 **16**:19,24
**20**:4 **22**:18 **23**:2
**24**:7,11 **25**:8
**26**:1 **28**:22 **29**:2
**31**:14,18
**32**:3,19 **33**:1
**34**:10
**justice** [2]
   **4**:21,23

## K
**Karen** [4] **2**:6
   **3**:14 **4**:5,7
**kavya** [2] **2**:15
   **5**:2
**keep** [4] **11**:9,10
   **31**:21,23
**Keller** [7] **2**:6,7
   **3**:14 **4**:5,5,5,7
**kind** [4] **17**:18,18
   **24**:8 **27**:8
**Kirkland** [1] **4**:17
**know** [9] **3**:18 **4**:9
   **11**:1 **12**:4,22
   **18**:13 **22**:19
   **33**:8 **34**:1
**knows** [1] **18**:23

## L
**land** [1] **11**:13
**language** [1] **11**:4
**Larsen** [3] **9**:24
   **22**:2,4
**last** [1] **27**:6
**later** [2] **11**:5
   **15**:4
**lawsuit** [1] **15**:24
**lawyer** [1] **4**:22
**lawyers** [1] **13**:18
**least** [2] **14**:2
   **21**:22
**leave** [1] **7**:16
**left** [2] **29**:3,13
**legal** [4] **17**:8
   **30**:10 **35**:1,4
**let** [7] **5**:13 **10**:7
   **24**:10 **28**:20
   **31**:16 **34**:1,1

**let's** [2] **15**:12
   **34**:10
**letter** [2] **27**:10
   **32**:19
**letters** [4]
   **31**:14,19 **32**:1
   **33**:23
**level** [1] **17**:21
**liability** [4]
   **11**:5 **15**:12
   **22**:21 **23**:5
**licensee** [1] **6**:7
**light** [2] **8**:6
   **21**:12
**like** [14] **5**:18
   **12**:4 **13**:10
   **19**:12,25
   **21**:1,7,25
   **22**:10,17 **23**:4
   **25**:8,12 **26**:17
**limited** [1] **29**:3
**line** [2] **20**:13
   **26**:3
**lines** [1] **19**:9
**lipids** [1] **18**:3
**list** [1] **24**:5
**litigate** [2]
   **30**:6,21
**litigated** [2]
   **14**:11 **23**:7
**litigating** [1]
   **15**:12
**litigation** [4]
   **5**:8 **16**:11
   **23**:5,16
**little** [3] **10**:2
   **21**:21 **27**:8
**longer** [1] **22**:22
**look** [5] **19**:12
   **27**:2 **28**:2 **31**:8
   **33**:4
**looked** [3] **20**:11
   **22**:15 **26**:22
**looking** [2]
   **24**:3,11
**lose** [1] **32**:6
**lot** [4] **3**:17,18
   **8**:10 **10**:1
**loud** [1] **31**:15

## M
**made** [4] **19**:19
   **24**:1,2 **29**:16
**magnitude** [1]
   **31**:6
**make** [8] **13**:5
   **14**:10 **15**:13
   **22**:18 **27**:23
   **33**:2,6,18
**making** [2] **18**:9
   **25**:24
**manage** [2] **14**:10
   **15**:10
**management** [1]
   **13**:19
**manufacturing** [1]
   **25**:15
**mark** [3] **4**:16
   **19**:13,14
**market** [3]
   **2**:2,8,24
**matter** [7] **3**:7,8
   **14**:20 **21**:5
   **28**:20 **32**:11
   **34**:22
**matters** [1] **20**:24
**may** [2] **5**:12 **8**:25
**maybe** [3] **28**:16
   **31**:6,14
**McLennan** [28]
   **4**:16,19
   **19**:13,14
   **20**:6,17,22
   **21**:5,15
   **22**:1,15,22
   **23**:1,11,15,19,2
   3,25
   **28**:11,14,22
   **29**:1,14,19,22
   **32**:18,21 **34**:15
**me** [22] **4**:16,25
   **5**:13,15 **6**:17
   **7**:25 **8**:1
   **10**:7,8,11 **11**:14
   **15**:9 **18**:17,21
   **21**:7,9 **24**:10
   **28**:17,19 **29**:7
   **30**:16 **34**:1

**mean** [16] **6:**16,18
  **8:**6,14 **13:**24,25
  **15:**13 **17:**23
  **20:**3,20 **23:**13
  **28:**22 **30:**5
  **31:**3,5 **34:**7
**media** [2] **35:**1,4
**medical** [6]
  **9:**20,21 **22:**3,5
  **35:**1,4
**mention** [1] **25:**8
**mentions** [1]
  **14:**18
**met** [1] **20:**19
**might** [2] **4:**11
  **22:**2
**missed** [1] **27:**6
**mitch** [1] **3:**2
**Moderna** [32] **1:**8
  **3:**8 **4:**13,15,18
  **8:**11 **9:**10,14
  **10:**23,24
  **11:**2,23 **12:**3
  **14:**3,25
  **17:**10,14,21
  **18:**6,8 **19:**14
  **20:**22 **23:**4,16
  **24:**7,12 **25:**14
  **26:**2 **28:**8 **31:**22
  **32:**5,17
**Moderna's** [9]
  **11:**24
  **12:**10,11,13
  **14:**24 **18:**5
  **19:**8,16 **32:**9
**moment** [1] **10:**20
**money** [1] **16:**8
**months** [2] **6:**25
  **17:**2
**more** [5] **8:**25
  **11:**13,13 **21:**21
  **31:**14
**morning** [2] **4:**14
  **19:**13
**Morris** [2] **2:**23
  **4:**15
**Morrison** [3] **2:**1
  **3:**16,21

**most** [4] **8:**6
  **10:**13 **17:**23
  **24:**8
**motion** [19] **6:**24
  **8:**3,20,21
  **12:**13,14,14
  **14:**13,15
  **19:**16,21 **20:**7
  **21:**6,12 **28:**14
  **30:**12 **31:**1,6,7
**mouth** [1] **21:**9
**move** [6] **15:**4,20
  **16:**13,20,24
  **29:**19
**moving** [2] **14:**23
  **23:**20
**my** [7] **5:**13 **10:**14
  **12:**20 **21:**22
  **24:**8 **31:**10,25
**myself** [1] **20:**4

**N**

**nagabuto** [2] **2:**15
  **5:**2
**name** [1] **12:**21
**national** [1] **2:**18
**need** [3] **16:**2,15
  **29:**8
**needed** [1] **21:**19
**needles** [1] **14:**3
**needs** [2] **13:**21
  **31:**5
**never** [4] **12:**9
  **19:**24 **27:**21,22
**new** [15]
  **7:**7,8,13,17,22,
  22 **8:**14,17
  **10:**21 **11:**1,1,2
  **15:**10 **21:**13
  **31:**18
**Nichols** [2] **2:**23
  **4:**15
**no** [18] **4:**10 **5:**20
  **7:**8,22 **14:**18,20
  **16:**2 **19:**4 **20:**17
  **22:**16,22 **24:**25
  **31:**2,2,14
  **32:**9,10 **33:**3
**north** [2] **2:**8,24

**not** [37] **8:**13
  **9:**8,12,13,22
  **11:**2,11
  **12:**11,13,15,16
  **13:**8,11,15
  **14:**13
  **15:**6,17,22,25
  **16:**3 **20:**1,3,17
  **24:**8
  **25:**1,16,20,20
  **27:**16 **28:**20,24
  **29:**3,6,25 **31:**17
  **32:**9,11
**noted** [1] **23:**19
**notes** [1] **28:**2
**nothing** [3]
  **7:**7,22 **9:**7
**nothing's** [1]
  **8:**14
**now** [15] **5:**19,20
  **6:**16 **8:**9,15,24
  **9:**18 **11:**8,13
  **17:**3 **19:**21
  **27:**21 **30:**1
  **31:**1,17

**O**

**observations** [1]
  **12:**8
**observe** [1] **24:**6
**observed** [1]
  **17:**10
**obvious** [1] **14:**2
**O'Connor** [4]
  **34:**19,23 **35:**1,4
**offered** [1] **33:**1
**office** [1] **15:**1
**official** [1]
  **34:**21
**often** [1] **16:**3
**oh** [4] **3:**14 **6:**2
  **31:**2 **33:**5
**okay** [35] **3:**7
  **4:**3,8,13 **5:**3,21
  **6:**9,14 **10:**7
  **11:**7,14,15
  **12:**18 **18:**17
  **19:**7 **20:**2,20
  **21:**20 **22:**14,25

**25**:5 **28**:3,25
**29**:5,21 **30**:2
**32**:14,23
**33**:7,15,20
**34**:2,4,12,14
**on** [50] **3**:3,10,12
**4**:1,4,6,15,16,2
2,23,25,25 **8**:3
**9**:7 **10**:1 **12**:8
**13**:18,22
**14**:9,23 **15**:4,9
**16**:5,14,14,14,1
6 **18**:4 **19**:10,16
**20**:7,9,12,23
**21**:11,16 **24**:8
**25**:6 **26**:24
**28**:1,5
**29**:1,7,11,12
**30**:3,20,22,23
**31**:17
**one** [17] **4**:20
**5**:14,14,22 **6**:11
**8**:22
**10**:12,19,21
**12**:9 **17**:4 **19**:9
**23**:2 **25**:8 **26**:8
**27**:16 **34**:7
**only** [10] **6**:16
**9**:17 **12**:14
**14**:5,16 **16**:3
**22**:4 **23**:19,20
**28**:12
**opinion** [3] **8**:12
**19**:16 **21**:3
**opportunity** [2]
**30**:23 **33**:1
**opposed** [1] **22**:8
**opposite** [1] **9**:20
**or** [18] **5**:19
**9**:1,5 **10**:10
**12**:5,5 **13**:1
**14**:1 **17**:15 **18**:7
**20**:7 **21**:14 **23**:6
**25**:17,29 **26**:23
**31**:23,24
**order** [4] **3**:1
**17**:2 **18**:9 **34**:11
**orders** [1] **31**:9

**original** [2]
**10**:23 **21**:11
**other** [14] **7**:19
**11**:22 **12**:2
**13**:2,2,17
**20**:13,14,24,25
**25**:12 **28**:3,7
**32**:14
**otherwise** [1]
**15**:21
**our** [15] **6**:8,22
**9**:13 **14**:24
**17**:12
**18**:4,20,22
**19**:14
**25**:2,11,21
**26**:14 **33**:10,11
**out** [5] **5**:13 **7**:16
**11**:3 **29**:25
**31**:15
**outstanding** [1]
**19**:15
**over** [1] **18**:2
**overall** [2] **6**:19
**11**:25
**oversimplify** [1]
**8**:4
**owed** [1] **16**:8
**own** [1] **17**:15

**P**
**pages** [1] **31**:14
**paid** [1] **24**:21
**parcel** [1] **11**:25
**part** [6] **9**:14
**11**:20,25 **12**:15
**23**:20 **27**:16
**partial** [3] **12**:14
**14**:15 **28**:14
**participate** [1]
**4**:22
**particular** [1]
**26**:21
**parties** [2] **12**:9
**31**:9
**party** [2] **7**:3
**20**:1
**passionate** [1]
**11**:10

**pat** [1] **4**:16
**patent** [4] **5**:25
**6**:6,6 **15**:1
**patentee** [1] **6**:6
**patents** [8]
**6**:8,12 **10**:9,11
**11**:19 **12**:21,21
**13**:2
**patents'** [1]
**14**:24
**pause** [1] **16**:24
**payment** [1] **19**:4
**pending** [1] **31**:1
**people** [1] **14**:3
**person** [1] **4**:20
**personally** [1]
**30**:9
**persuasive** [3]
**20**:12,18,20
**pertain** [2]
**21**:24,25
**pertinent** [3]
**17**:4 **25**:18 **26**:8
**pharmacies** [1]
**13**:10
**Phillip** [2] **2**:13
**5**:1
**phone** [4] **1**:12
**3**:10 **4**:4 **13**:18
**phonetic** [2]
**5**:1,2
**pick** [1] **15**:12
**piece** [4] **7**:19
**11**:22 **29**:13
**31**:18
**pieces** [2] **7**:17
**10**:20
**place** [1] **2**:20
**plaintiff** [2]
**5**:16 **32**:1
**plaintiffs** [16]
**1**:5,17 **3**:12
**4**:2,6,8,9 **5**:15
**16**:8 **20**:2 **22**:2
**23**:19,23 **24**:5
**25**:13 **28**:20
**plaintiffs'** [5]
**6**:16 **8**:5 **10**:3
**13**:17 **30**:2

platform [1]
   11:25
please [1] 5:22
point [8] 15:8,24
   16:7 24:25
   25:12,23 26:14
   30:17
points [1] 25:7
population [8]
   9:6,14,16,23,23
   10:11 14:4
   18:11
port [1] 29:6
portion [2] 28:16
   29:7
portions [2]
   28:10 29:10
position [3]
   22:11 28:9
   31:23
possibility [1]
   20:8
potentially [1]
   16:5
practice [1] 25:2
precisely [1]
   9:20
prefer [1] 4:20
premise [1] 30:20
prepared [1]
   29:25
present [1] 7:13
presents [1] 7:17
pretty [2] 5:14
   33:21
prevail [1] 16:4
prevent [1] 23:5
private [2] 13:10
   15:23
pro [2] 1:22 2:4
probably [3]
   11:23 33:12
   34:1
procedurally [3]
   21:8 31:5,17
proceed [3] 7:5
   23:6 31:17
proceedings [2]
   34:17,21

procured [1]
   10:19
product [8]
   10:16,19 11:24
   12:11 13:8
   17:16 18:9
   25:15
project [1] 14:1
prong [11]
   7:2,8,19,20,23
   8:22 9:1,3
   16:16 17:7
   19:17
prongs [5]
   8:18,19 17:5
   20:10,12
pronouncing [1]
   3:10
property [1] 5:9
proposed [1] 31:8
prove [1] 20:23
provided [2] 8:24
   10:18
provides [1] 7:6
providing [1]
   20:9
public [1] 26:9
purchase [1] 26:9
purpose [4]
   23:3,9,12 26:10
purposes [2] 15:5
   29:8
pursuant [3]
   14:17 19:22
   29:16
put [2] 21:8 28:1
putting [1] 10:9

**Q**
question [18]
   6:16 7:6 8:24
   9:7,8,9 16:6
   17:13,17
   20:15,18
   25:10,13,13,16,
   17 27:11 30:2
questions [10]
   5:11,13,19 7:12

   14:5 18:14 19:8
   23:3 28:3,8
quick [1] 31:12
quickly [1] 34:8

**R**
raise [1] 25:3
rather [4] 9:6,22
   13:9 16:10
ratio [1] 18:3
read [1] 20:14
reading [1] 30:13
ready [1] 11:11
real [1] 31:12
really [2] 8:4
   19:24
reasonable [2]
   18:24 19:4
reasonableness
   [1] 33:22
reasons [1] 24:8
recommendation
   [1] 14:9
reconsider [3]
   21:10,13,21
reconsidering [1]
   20:7
record [1] 3:3
recording [1]
   34:21
records [2]
   24:2,3
redacted [1]
   17:23
referring [1]
   9:25
reflecting [1]
   30:11
regard [1] 18:13
reject [1] 31:22
related [2] 12:25
   13:9
relates [1] 6:14
relationship [4]
   5:16 6:10 8:11
   17:20
relevant [4] 7:19
   8:24,25 17:6
relied [1] 26:24

relieve [1] 23:4
relitigated [1]
  16:1
remain [3]
  28:9,17 30:6
remaining [1]
  29:2
remains [2] 29:22
  30:22
remedies [2]
  18:18,22
representing [1]
  3:21
reraise [1] 7:3
resolved [1]
  21:16
resolves [1]
  19:15
respect [13] 6:7
  7:7,18,23 10:18
  11:5 13:6,14
  14:21 15:20
  16:5,15 30:9
respectfully [1]
  6:23
respond [3] 25:12
  30:4 33:1
reverse [1] 20:4
right [29] 4:20
  5:10 6:11 10:4
  11:13 13:3,13
  17:22 19:7
  21:14 22:21
  23:18,22,24
  24:6,9,12,24
  28:5,18
  29:13,23
  30:1,7,24 31:1
  32:17 34:4,10
risk [3]
  15:7,8,11
rite [1] 12:5
road [1] 32:4
role [1] 26:4
room [1] 8:15
route [2] 5:12
  24:9
royalty [2] 18:24
  19:4

ruled [1] 16:9
rules [1] 16:16
ruling [2] 8:3
  21:11

S
said [11] 8:10
  10:20,25 13:5
  14:13 17:4
  26:1,7 27:4,12
  30:9
sales [16]
  12:10,15,16
  13:1,11
  14:16,16
  15:3,5,21,22
  16:9 19:22
  23:21 29:16,24
sales' [1] 13:14
same [1] 19:9
say [14] 3:15
  7:22 8:14 9:7
  13:3,19 17:4
  19:25 25:1
  27:22,23
  33:9,24 34:6
saying [11] 10:1
  11:23 12:21
  13:21 16:25
  20:16 21:7,14
  29:1,6,10
says [5]
  9:11,13,15
  14:18 26:2
scenario [1]
  15:25
schedule [4]
  16:20 19:11,12
  31:21
scheduling [2]
  5:11 31:8
second [3] 9:3
  14:17 28:2
seeking [3] 18:24
  19:1 23:25
seem [1] 12:24
seen [1] 19:24
sell [1] 18:9

send [6] 20:5
  22:20 29:6,7,10
  31:23
sense [1] 15:13
sentence-or-two
  [1] 27:6
separate [6] 8:18
  11:2 12:2,4
  13:1,12
separately [1]
  27:17
served [1] 33:22
services [2]
  35:1,4
set [2] 5:11
  31:21
Sevenson [2]
  26:15,16
Shaw [2] 2:7 4:5
shifted [1] 31:10
shifting [1]
  11:10
should [23] 7:2,5
  14:6,11
  16:9,19,20,21,2
  3,24 19:11,12
  20:4 21:8,10,10
  23:3 25:22
  27:22,24
  31:12,17 33:23
shouldn't [1]
  16:23
sic [1] 10:4
side [3] 5:15
  9:17 31:15
sides [1] 32:1
similar [1] 9:19
similarities [1]
  22:6
similarity [1]
  22:4
simple [1] 33:18
simply [1] 19:4
simultaneously
  [2] 30:6 33:5
single [1] 24:1
situation [2]
  22:10 27:7

situations [2]
  21:24,25
six [4] 6:12
  10:9,11 12:21
so [55]
  5:13,14,23
  6:14,18 7:12,17
  8:13 10:2
  11:14,16
  12:8,14,16,20
  14:20
  15:3,17,19
  16:18,23 18:22
  19:25
  20:2,3,12,22
  21:5,7,24
  22:22,23
  23:6,16,20
  24:10,10,20
  26:2
  27:1,19,22,22
  28:13 29:6
  30:2,15
  31:12,25
  33:16,21
  34:5,8,10,11
software [4]
  26:16,20
  27:7,19
sold [2] 13:6
  29:4
some [19] 9:20
  10:13 13:1
  14:16,22
  15:3,8,18,24
  16:22 17:23
  19:8 23:20
  26:11 28:2,9
  31:7,18 32:10
someone [1] 5:15
someplace [1]
  31:24
something [2]
  8:17 30:11
sorry [7] 6:1
  7:11,12 20:17
  23:10 27:3
  30:14

sort [3]
  31:3,10,14
sound [4] 34:21
sounds [1] 21:7
speak [1] 22:24
speaking [6]
  3:12,22 4:18
  5:24 10:4 12:24
specifically [2]
  5:8 15:9
splits [1] 22:3
staff [1] 5:9
standard [1] 8:9
start [1] 29:12
started [2] 31:8
  32:4
state [1] 9:12
stated [1] 21:17
statement [35]
  6:15,19 7:6
  8:13
  10:13,22,25
  16:18
  19:10,15,24
  20:4,9,12,15,25
  21:2,13,16,23,2
  3 22:16 24:11
  25:11 26:23,24
  27:13 29:11
  30:4,24 31:3,10
  32:9 33:11,20
states [9] 1:1,14
  2:16 4:25 6:20
  9:6 19:10
  24:21,22
statute [1] 7:21
stay [3] 28:19
  32:10,11
step [1] 34:7
sternhel [2] 2:13
  5:1
still [7] 3:17
  10:2 12:10
  13:16 20:22
  22:21 28:9
street [3]
  2:2,8,24
strong [2]
  27:21,25

subject [1] 7:2
submission [4]
  6:23 9:18 10:21
  14:18
submit [2] 9:24
  30:11
submitted [2]
  31:9 33:25
subset [1] 15:5
successive [1]
  23:15
such [1] 18:6
sufficient [2]
  27:12,14
sufficiently [1]
  25:1
suggest [1] 31:8
suggested [3]
  25:13 26:16
  28:16
suggesting [1]
  20:3
suggestion [1]
  31:25
suit [4] 6:7,12
  10:9,11
summary [3] 7:3
  15:4,19
suppose [2] 13:23
  31:1
sure [7] 6:21
  8:13 13:5
  22:18,19 27:5
  30:18

T
take [4] 5:12
  20:4 34:7,16
taken [1] 17:9
takes [1] 9:20
taking [1] 22:11
talk [2] 9:15
  11:11
talking [5]
  10:3,12,14
  13:16 31:13
technically [1]
  5:7

**teed-up** [3] **28**:18
  **31**:2,3
**tees** [1] **31**:3
**tell** [5] **6**:17
  **10**:8,11 **15**:9
  **21**:9
**test** [7] **7**:2 **8**:19
  **9**:1 **17**:5,7,13
  **27**:18
**testing** [2] **17**:11
  **24**:2
**than** [4] **13**:2
  **16**:10 **31**:14
  **32**:14
**thank** [9] **6**:4,21
  **19**:8 **32**:16,21
  **34**:3,13,15,16
**thanks** [2] **10**:8
  **33**:20
**that's** [35] **4**:21
  **6**:8,13 **8**:6,17
  **9**:21 **12**:13,25
  **13**:4,11,21
  **15**:1,10 **16**:3
  **17**:2,17,18
  **19**:23,23 **21**:14
  **22**:5,15 **25**:17
  **28**:11
  **29**:5,14,23
  **31**:25
  **32**:11,18,21
  **33**:1,10,17 **34**:4
**their** [8] **10**:13
  **17**:8 **21**:17
  **22**:12,12
  **28**:9,20,23
**them** [10] **8**:11
  **10**:15,15,22
  **11**:20
  **12**:22,22,24
  **23**:5 **33**:23
**then** [15] **11**:12
  **12**:20 **15**:4,7,24
  **16**:4,5 **23**:7
  **27**:11 **28**:15
  **30**:2 **31**:9,20
  **34**:1,4
**there** [35]
  **3**:17,24 **4**:22

**5**:13 **6**:11
**8**:18,22 **9**:1
**10**:20
**12**:2,10,15
**13**:1,21 **14**:8
**15**:7,8,11
**16**:2,20 **17**:9
**18**:25 **19**:4
**22**:16,16,19
**25**:3 **26**:12,25
**27**:8,11 **28**:9
**31**:5 **34**:10,12
**therefore** [1]
  **25**:20
**there's** [14] **3**:17
  **4**:9 **7**:8,20
  **10**:23 **11**:22
  **13**:24 **14**:5,18
  **25**:7,13,20 **26**:7
  **31**:1
**these** [3] **18**:9
  **21**:21 **33**:4
**they** [14] **6**:6
  **8**:10
  **10**:17,17,19
  **12**:3,22 **17**:4
  **24**:1 **28**:23 **29**:1
  **31**:16 **32**:10
  **33**:4
**they're** [5] **10**:14
  **18**:21 **22**:5 **24**:3
  **33**:8
**they've** [1] **7**:14
**things** [1] **34**:1
**think** [41] **5**:11
  **8**:4,12,20
  **10**:3,17 **12**:9
  **14**:6,12 **16**:12
  **17**:6,23
  **19**:21,25 **20**:6,8
  **21**:9,11,15,18
  **22**:1,4
  **25**:8,9,11
  **26**:7,11,20
  **27**:1,2 **28**:2
  **29**:8 **30**:20,25
  **31**:12 **32**:4
  **33**:10,11,20,23
  **34**:4

**thinking** [3] **22**:2
  **24**:7 **31**:15
**thinks** [1] **31**:5
**this** [42]
  **3**:7,13,15,20
  **4**:14,24
  **6**:2,7,15,17,21
  **9**:7,19,25 **11**:20
  **12**:24 **13**:5,19
  **14**:6,10,13
  **15**:10 **16**:10,18
  **19**:13,25
  **20**:9,21 **21**:25
  **22**:4
  **24**:9,13,15,17,2
  5 **26**:8,17
  **28**:10,16 **30**:3
  **31**:18 **34**:9
**thoroughly** [1]
  **25**:3
**those** [12] **6**:8
  **8**:19 **10**:12
  **12**:16 **13**:1,10
  **18**:14 **19**:1
  **20**:14,19 **25**:3
  **26**:24
**though** [1] **24**:6
**thought** [2] **28**:17
  **33**:25
**three** [2] **6**:12
  **32**:1
**through** [3] **8**:19
  **23**:6,16
**thus** [1] **25**:6
**time** [4] **5**:22
  **13**:18 **24**:25
  **34**:8
**title** [1] **5**:5
**today** [1] **4**:16
**took** [3] **11**:3
  **12**:22 **22**:2
**towards** [2] **20**:18
  **23**:7
**transcriber** [1]
  **34**:19
**transcript** [2]
  **1**:12 **34**:20
**transferred** [1]
  **14**:8

**treading** [1] **26**:3
**treatment** [1]
  **9**:20
**trial** [4]
  **15**:2,5,20 **26**:21
**true** [1] **20**:24
**turn** [1] **34**:8
**turnaround** [2]
  **31**:13,25
**two** [13] **4**:9 **5**:16
  **6**:11 **7**:17 **8**:18
  **10**:20 **12**:8 **14**:5
  **15**:11 **17**:5 **25**:7
  **26**:7 **34**:9
**two-part** [1]
  **27**:18
**type** [1] **31**:7

**U**

**U.S.** [12] **9**:16,23
  **12**:16 **13**:6,9,10
  **14**:16 **15**:22
  **16**:8 **18**:11 **19**:3
  **29**:4
**ultimate** [3]
  **14**:20 **17**:25
  **26**:21
**ultimately** [2]
  **16**:16 **18**:10
**um-hmm** [2] **21**:4
  **24**:19
**under** [12] **7**:2
  **12**:17 **15**:4
  **16**:17
  **17**:10,13,14
  **18**:7,23 **21**:1
  **25**:14 **26**:15
**underlying** [1]
  **9**:4
**undermine** [1]
  **23**:11
**undermines** [1]
  **23**:9
**understand** [3]
  **11**:23 **18**:17
  **24**:10
**understanding** [5]
  **10**:14 **11**:12

**12**:20 **13**:17
  **24**:11
**understood** [1]
  **28**:1
**undertaken** [1]
  **14**:1
**united** [9] **1**:1,14
  **2**:14 **4**:25 **6**:20
  **9**:6 **19**:10
  **24**:21,22
**up** [5] **5**:11 **23**:5
  **31**:3,21 **34**:10
**us** [4] **5**:18 **11**:1
  **15**:10 **23**:6
**use** [5] **11**:24
  **13**:8 **17**:12
  **18**:3,4
**used** [5] **12**:3
  **13**:9,10 **14**:2
  **26**:11
**uses** [1] **15**:22

**V**

**vaccine** [10] **9**:22
  **10**:16 **14**:3,24
  **17**:12
  **18**:3,9,12,12
  **26**:9
**vaccines** [1]
  **17**:12
**validity** [7]
  **14**:24,25
  **16**:1,6,14 **28**:18
  **32**:6
**versus** [1] **18**:19
**very** [2] **8**:10
  **34**:5
**vice** [2] **1**:22 **2**:4
**view** [18]
  **6**:17,19,22 **8**:5
  **9**:20 **10**:2,8,17
  **11**:18 **12**:11
  **15**:9 **16**:18
  **19**:11,14,23,24
  **20**:2 **32**:1
**voluminous** [1]
  **14**:7

**W**

**Wacker** [1] **4**:17
**Walgreens** [1]
  **12**:7
**want** [34] **4**:3,4
  **5**:19 **9**:15 **10**:1
  **11**:12 **13**:5 **15**:9
  **17**:18,19 **19**:7,8
  **20**:8 **21**:8
  **22**:18,24 **24**:1,4
  **25**:5 **28**:2 **29**:7
  **30**:3,3,5,23
  **31**:16 **32**:6,23
  **33**:3,4,6,25
  **34**:6,8
**wanted** [1] **29**:5
**wartime** [1] **21**:24
**was** [59]
  **3**:15,17,19 **5**:11
  **6**:18 **7**:1
  **8**:3,5,12,22
  **9**:1,3
  **10**:4,10,17,22
  **11**:25 **12**:2,13
  **13**:8
  **17**:10,14,15,20,21
  **18**:4,5,6,6,7,11
  **19**:19 **20**:6,18
  **21**:2,11,17,22
  **22**:7,11,16 **23**:4
  **24**:1,2 **25**:14
  **26**:12,25
  **27**:1,8,8,8,11,12,14 **30**:19
  **31**:7,10 **33**:25
  **34**:5
**wasn't** [2] **22**:10
  **30**:16
**way** [8] **7**:13 **13**:9
  **14**:22 **15**:2
  **18**:12 **24**:6
  **28**:20 **31**:22
**we** [47] **3**:3,6
  **7**:15 **8**:20
  **9**:21,24 **12**:22
  **13**:4,6,12,20
  **14**:22 **15**:4,24
  **16**:4,13,23,24
  **17**:18,18,25,25

18:1,13 **19:**1,21
**20:**23 **21:**15,18
**22:**1,10,19,22
**23:**3
**25:**1,10,19,20
**29:**12 **30:**8
**31:**7,12,18
**32:**25 **33:**25
**34:**7,11
**we'd** [2] **4:**20
**15:**19
**week** [1] **31:**25
**weeks** [2] **31:**13
**34:**9
**weighed** [1] **17:**3
**weigh-in** [4]
**30:**3,3 **31:**16
**32:**24
**welcome** [1] **32:**25
**well** [12] **4:**12
**7:**9,15,25 **8:**16
**17:**22 **19:**23
**25:**9,23 **26:**3
**28:**22 **31:**17
**well-beyond** [1]
**27:**2
**went** [1] **8:**19
**were** [12]
**10:**20,21 **13:**1,6
**15:**18 **16:**4
**22:**20 **28:**8,18
**29:**4,16 **32:**12
**we're** [8] **16:**17
**18:**24 **21:**21
**23:**19 **28:**24
**29:**15 **30:**20
**34:**5
**we've** [4] **14:**7
**16:**13 **25:**6 **32:**4
**what** [47] **3:**18
**5:**5 **7:**24
**8:**10,16 **9:**21
**10:**25 **12:**22
**13:**24
**14:**5,13,20
**16:**8,25
**17:**4,17,20,21
**18:**6,24
**19:**11,11 **20:**16

**21:**8,9,10
**22:**10,17
**23:**1,10,10,13,1
3 **25:**23 **27:**3
**29:**5,7,15,24
**30:**22 **31:**7,12
**32:**11 **33:**4,8,25
**34:**5
**whatever** [3] **16:**9
**29:**6,13
**what's** [5] **6:**19
**14:**9,11 **21:**20
**32:**1
**when** [1] **20:**14
**where** [9] **9:**19
**12:**3 **14:**10
**22:**6,10 **23:**3
**26:**16 **27:**19
**32:**12
**whether** [13] **8:**22
**9:**4 **14:**21,23
**17:**10 **18:**2
**20:**19 **25:**14,20
**26:**5,18
**27:**12,18
**which** [16] **8:**11
**9:**3,24 **10:**12,19
**11:**1 **17:**5
**18:**3,3,4 **19:**9
**21:**2,11 **22:**2
**31:**10,21
**who** [10] **3:**10,19
**10:**4,9,10
**13:**20,21 **14:**2,3
**20:**20
**whole** [1] **22:**20
**who's** [4] **3:**11
**4:**4,18 **5:**24
**why** [5] **12:**13
**22:**15
**28:**15,15,19
**will** [14] **4:**1,19
**14:**23 **15:**4
**16:**15 **19:**9
**20:**13 **21:**19
**22:**21 **31:**7,21
**33:**11,18 **34:**11
**willful** [1] **19:**5

**williams** [6] **1:**19
**4:**1,11 **6:**3,22
**10:**5
**wilmington** [1]
**2:**10
**with** [45]
**4:**4,11,25 **6:**7
**7:**7,18,23 **8:**13
**10:**18,22
**11:**5,14
**12:**1,3,4
**13:**2,5,14,17
**14:**21 **15:**5,20
**16:**5,9,24
**17:**8,11 **19:**20
**20:**3,13
**21:**14,18 **22:**12
**24:**14
**28:**9,17,20,23
**29:**12
**30:**8,9,13,19
**32:**20 **33:**22
**without** [5] **16:**15
**18:**12 **20:**15,18
**21:**14
**won't** [1] **12:**21
**words** [2] **11:**22
**21:**9
**work** [2] **24:**15
**32:**2
**works** [1] **32:**3
**would** [34] **3:**25
**5:**18 **11:**8 **15:**18
**16:**1,2,7,12
**18:**23 **20:**21
**21:**5 **22:**22,23
**23:**1,11,15,16
**24:**5,8,15,20
**25:**8,12 **26:**14
**28:**9,15,17,17,1
9,23 **29:**2,24
**32:**6,25
**wouldn't** [2]
**28:**15 **29:**1
**wrap** [1] **34:**10

**Y**
**yeah** [16] **5:**23
**8:**2,8 **12:**6,8

**14**:12 **15**:7
**18**:15,22 **24**:4
**29**:18,23 **30**:14
**32**:7 **33**:10,13
**yes** [10] **3**:4,6,14
  **4**:5,24 **5**:4
  **28**:11 **29**:14
  **32**:13,16
**yet** [1] **11**:11
**you** [84]
  **3**:5,11,19,22
  **4**:3,4,4,4
  **5**:5,18,19
  **6**:4,21 **8**:13
  **10**:8,8,11,12
  **11**:9,10,19,19,2
  0,22 **12**:3,24
  **13**:19 **15**:8,9
  **17**:22,22,24
  **19**:8 **20**:3,5,7
  **21**:9,9,14,24
  **22**:1,2,17,21
  **23**:13
  **24**:4,5,13,13
  **25**:5 **26**:16
  **27**:1,3,4
  **28**:1,16,18 **29**:7
  **30**:3,3,5,16,19,
  19,20,22,23
  **31**:19
  **32**:2,12,16,20,2
  2,23 **33**:8,23,24
  **34**:1,2,3,9,13,1
  5,16
**you'll** [2]
  **33**:3,22
**your** [87]
  **4**:10,14,24
  **5**:5,18,19
  **6**:13,17,19,21,2
  4 **7**:1,18
  **8**:13,18,19 **9**:3
  **10**:2,6,8,9
  **11**:9,17,18,19
  **12**:4,9,22
  **14**:9,11,12,20
  **15**:3,6,9,17,18,
  20 **16**:4,9,16,18
  **17**:1,2,5,9,17

**18**:18,23
**19**:11,13,16,23
**20**:2,6,6,17,22
**21**:3,9,15
**22**:1,22 **23**:2
**24**:16,23,25
**26**:4 **28**:11,22
**29**:14
**30**:8,12,21,25
**32**:1,3,13,16,18
,21 **33**:11,20,22
**34**:3,13,15
**you're** [15]
  **7**:25,25 **10**:1
  **11**:13 **12**:20
  **13**:21 **15**:11
  **16**:25 **20**:3,16
  **21**:7 **22**:20
  **29**:6,10 **32**:14