IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. <br> MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252 (MSG) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Nancy Kaye Horstman of KIRKLAND & ELLIS LLP to represent defendants Moderna, Inc. and Modernatx, Inc. in this matter.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Brian P. Egan*

        Jack B. Blumenfeld (#1014)
        Brian P. Egan (#6227)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        jblumenfeld@morrisnichols.com
        began@morrisnichols.com

        *Attorneys for Defendants*

February 22, 2023

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Nancy Kaye Horstman is granted.

Dated:  February 22, 2023          */s/ Mitchell S. Goldberg*
                                                  United States District Judge