# Exhibit 8



NASD: MRNA $138.72 Vol: 1,627,893

Overview  News  Events & Presentations  Stock Info  Financials  Governance  Resources

Statements & Perspectives



VIEW ALL NEWS →

## MODERNA'S COMMITMENT TO PATIENT ACCESS IN THE UNITED STATES

02/15/2023

DOWNLOAD

Moderna's vaccines have protected the lives of hundreds of millions of people around the world from COVID-19 and have dramatically lessened the burden of the pandemic to society.

As the public health emergency ends, the United States government will no longer be providing vaccines at no cost. Moderna remains committed to ensuring that people in the United States will have access to our COVID-19 vaccines regardless of ability to pay.

Moderna's COVID-19 vaccines will continue to be available at no cost for insured people whether they receive them at their doctors' offices or local pharmacies. For uninsured or underinsured people, Moderna's patient assistance program* will provide COVID-19 vaccines at no cost.

Everyone in the United States will have access to Moderna's COVID-19 vaccine regardless of their ability to pay.

*Available after the expiry of the COVID-19 Public Health Emergency on May 11, 2023.

VIEW ALL NEWS →

2/27/23, 11:07 AM
Moderna's Commitment to Patient Access in the United States
Case 1:22-cv-00252-MSG Document 50-8 Filed 03/02/23 Page 3 of 3 PageID #: 1061

NASD: MRNA   $138.72   Vol: 1,627,893

# moderna

| Overview | News | Events & Presentations | Stock Info | Financials | Governance | Resources |

**Statements & Perspectives**

☐ Annual Reports    ☐ SEC Filings    ☐ End of Day Stock Quote

Unsubscribe

---

**Investors**
Investor overview

**Newsroom**
Press releases

Media kit

**Media Center**
All Media

Blogs

**Partnerships**
Strategic collaborators

**Careers**
Company culture

People behind the science

Join our team

**Innovation Incubator**
New venture labs

Terms of Use Moderna    Site Map    Privacy Policy    Contact    © 2023 Moderna, Inc.