# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP., *et al.* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) C.A. No. 22-252-MSG<br>MODERNA, INC., *et al.* )<br>)<br>Defendant. ) | |

## [PROPOSED] ORDER GRANTING
## MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Having considered the Motion for Leave to File Brief as *Amicus Curiae* (the "Motion"), and finding good cause to grant the Motion;

IT IS HEREBY:

1. ORDERED that the Motion is GRANTED; and it is further

2. ORDERED that the brief appended as Exhibit A to the Motion shall be deemed filed with the Court.

Dated: March ___, 2023

_____
The Honorable Mitchell S. Goldberg
United States District Judge