IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** : : : **Plaintiffs,** : : **v.** : : **MODERNA, INC.** and **MODERNATX, INC.,** : | **CIVIL ACTION** **NO. 22-252** |

## ORDER

**AND NOW**, this 10th day of March, 2023, upon consideration of the supplemental letter briefs filed by the parties and the U.S. Government (D.I. 57, 58, 59), the two proposed Amicus Briefs (D.I. 56-2 and D.I. 61-1), and Defendants' Response in Opposition to the Motions for Leave to File Amicus Briefs (D.I. 62), it is hereby **ORDERED** that:

1. The Motions for Leave to File Amicus Briefs (D.I. 56 and 61) are **GRANTED**;

2. Any requested reconsideration of the November 2, 2022 Memorandum and Order in light of the Government's Statement of Interest is **DENIED**;

3. A Pretrial Scheduling Conference will be held on **Thursday, March 16, 2023 at 10:00 a.m.** The conference will be conducted via telephone and held on the record. Counsel are directed to dial in as follows: (1) Call: 888-684-8852; (2) Enter access code: 2187450#; (3) Press # to enter as a participant.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**MITCHELL S. GOLDBERG**