IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252-MSG ) ) ) ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 45 the following documents were served on the persons listed below in the manner indicated on March 20, 2023:

1) Subpoena to Testify at a Deposition in a Civil Action directed to Department of Health and Human Services

2) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Department of Health and Human Services

**BY EMAIL:**

| | |
|---|---|
| Jack B. Blumenfeld <br> Brian P. Egan <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br><br> James F. Hurst <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL 60654 <br> (312) 862-2000 <br> james.hurst@kirkland.com | Patricia A. Carson, Ph.D. <br> Jeanna M. Wacker <br> Mark C. McLennan <br> Nancy Kaye Horstman <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Avenue <br> New York, NY 10022 <br> (212) 446-4800 <br> patricia.carson@kirkland.com <br> jeanna.wacker@kirkland.com <br> mark.mclennan@kirkland.com <br> kaye.horstman@kirkland.com |

| | |
|---|---|
| OF COUNSEL:<br>David I. Berl<br>Adam D. Harber<br>Thomas S. Fletcher<br>Jessica Palmer Ryen<br>Lydia B. Cash<br>Shaun P. Mahaffy<br>Anthony H. Sheh<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>(202) 434-5000<br>*Attorneys for Plaintiff Genevant Sciences GmbH* | /s/ Nathan R. Hoeschen<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiffs* |

Daralyn J. Durie
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: March 20, 2023