IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-252-MSG |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 45, on March 24, 2023, the following documents were served on the persons listed below in the manner indicated:

1) Subpoena to Testify at a Deposition in a Civil Action directed to Department of the Army

2) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Department of the Army

**BY EMAIL:**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Patricia A. Carson, Ph.D.
Jeanna M. Wacker
Mark C. McLennan
Nancy Kaye Horstman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
jeanna.wacker@kirkland.com
mark.mclennan@kirkland.com
kaye.horstman@kirkland.com

    James F. Hurst
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, IL 60654
    (312) 862-2000
    james.hurst@kirkland.com

| | |
|---|---|
| OF COUNSEL: | */s/ Nathan R. Hoeschen* |
| David I. Berl | John W. Shaw (No. 3362) |
| Adam D. Harber | Karen E. Keller (No. 4489) |
| Thomas S. Fletcher | Nathan R. Hoeschen (No. 6232) |
| Jessica Palmer Ryen | SHAW KELLER LLP |
| Lydia B. Cash | I.M. Pei Building |
| Shaun P. Mahaffy | 1105 North Market Street, 12th Floor |
| Anthony H. Sheh | Wilmington, DE 19801 |
| WILLIAMS & CONNOLLY LLP | (302) 298-0700 |
| 680 Maine Avenue S.W. | jshaw@shawkeller.com |
| Washington, DC 20024 | kkeller@shawkeller.com |
| (202) 434-5000 | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff Genevant Sciences GmbH* | *Attorneys for Plaintiffs* |

Daralyn J. Durie
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: March 24, 2023