IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252 (MSG) ) |
| MODERNA, INC. and MODERNATX, INC. | ) ) ) |
| Defendants. | ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Counterclaim-Plaintiffs, | ) ) ) |
| v. | ) ) |
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Counterclaim-Defendants. | ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Yan-Xin Li and Alina Afinogenova of KIRKLAND & ELLIS LLP to represent defendants Moderna, Inc. and Modernatx, Inc. in this matter.

                                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                          */s/ Travis J. Murray*

                                                          Jack B. Blumenfeld (#1014)
                                                          Brian P. Egan (#6227)
                                                          Travis J. Murray (#6882)
                                                          1201 North Market Street
                                                          P.O. Box 1347
                                                          Wilmington, DE  19899
                                                          (302) 658-9200
                                                          jblumenfeld@morrisnichols.com
                                                          began@morrisnichols.com
                                                          tmurray@morrisnichols.com

                                                          *Attorneys for Defendants*

April 12, 2023

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Yan-Xin Li and Alina Afinogenova is granted.

Dated:  April 12, 2023                  */s/ **Mitchell S. Goldberg***
                                                          United States District Judge