IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 22-252-MSG<br>) |
| MODERNA, INC. and MODERNATX, INC., | )<br>) |
| Defendants. | )<br>) |

**STIPULATION AND ORDER TO EXTEND TIME**

    IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the time for the Parties to submit a proposed Electronically Stored Information ("ESI") Order shall be extended to May 26, 2023.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Travis J. Murray* |
| John W. Shaw (No. 3362) | Jack B. Blumenfeld (#1014) |
| Karen E. Keller (No. 4489) | Brian P. Egan (#6227) |
| Nathan R. Hoeschen (No. 6232) | Travis J. Murray (#6882) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| I.M. Pei Building | 1201 North Market Street |
| 1105 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 298-0700 | (302) 658-9200 |
| jshaw@shawkeller.com | jblumenfeld@morrisnichols.com |
| kkeller@shawkeller.com | began@morrisnichols.com |
| nhoeschen@shawkeller.com | tmurray@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: May 12, 2023

    SO ORDERED this ___ day of _____ 2023.

                                 _____
                                 UNITED STATES DISTRICT JUDGE