IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252-MSG ) ) ) ) ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the time for the Parties to submit a proposed Electronically Stored Information ("ESI") Order shall be extended to May 26, 2023.

<table>
<tr><td>

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

</td><td>

/s/ Travis J. Murray
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Travis J. Murray (#6882)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com
*Attorneys for Defendants*

</td></tr>
</table>

Dated: May 12, 2023

SO ORDERED this 15th day of May, 2023.

                                          */s/ Mitchell S. Goldberg*
                                          UNITED STATES DISTRICT JUDGE