IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>      Plaintiffs,<br><br>   v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-252-MSG<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 24, 2023, the following documents were served on the persons listed below in the manner indicated:

1) Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH's Responses and Objections to Defendants Moderna, Inc. and ModernaTX Inc.'s Second Set of Requests for Production (Nos. 101-126)

2) Plaintiff Genevant Sciences GmbH's Responses and Objections to Defendants Moderna, Inc. and ModernaTX Inc.'s First Set of Requests for Admission (No. 1-8)

3) Plaintiff Arbutus Biopharma Corporation's Responses and Objections to Defendants Moderna, Inc. and ModernaTX Inc.'s First Set of Requests for Admission (No. 1-8)

**BY EMAIL:**

| | |
|---|---|
| Jack B. Blumenfeld<br>Brian P. Egan<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com | Patricia A. Carson, Ph.D.<br>Jeanna M. Wacker<br>Mark C. McLennan<br>Nancy Kaye Horstman<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>patricia.carson@kirkland.com<br>jeanna.wacker@kirkland.com<br>mark.mclennan@kirkland.com<br>kaye.horstman@kirkland.com |

<div style="display: flex;">

James F. Hurst  
KIRKLAND & ELLIS LLP  
300 North LaSalle  
Chicago, IL 60654  
(312) 862-2000  
james.hurst@kirkland.com  

Alina Afinogenova  
KIRKLAND & ELLIS LLP  
200 Clarendon Street  
Boston, MA 02116  
(617) 385-7500  
alina.afinogenova@kirkland.com  

OF COUNSEL:  
David I. Berl  
Adam D. Harber  
Thomas S. Fletcher  
Shaun P. Mahaffy  
Jessica Palmer Ryen  
Anthony H. Sheh  
Lydia B. Cash  
WILLIAMS & CONNOLLY LLP  
680 Maine Avenue SW  
Washington, DC 20024  
(202) 434-5000  
*Attorneys for Plaintiff Genevant Sciences GmbH*  

Daralyn J. Durie  
Adam R. Brausa  
Annie A. Lee  
Shaelyn K. Dawson  
MORRISON & FOERSTER LLP  
425 Market Street  
San Francisco, CA 94105-2482  
(415) 268-6080  

Kira A. Davis  
MORRISON & FOERSTER LLP  
707 Wilshire Boulevard  
Los Angeles, CA 90017-3543  
(213) 892-5200  

</div>

Yan-Xin Li  
KIRKLAND & ELLIS LLP  
555 California Street, 27th Floor  
San Francisco, CA 94104  
(415) 439-1400  
yanxin.li@kirkland.com  

*/s/ Nathan R. Hoeschen*  
John W. Shaw (No. 3362)  
Karen E. Keller (No. 4489)  
Nathan R. Hoeschen (No. 6232)  
SHAW KELLER LLP  
I.M. Pei Building  
1105 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 298-0700  
jshaw@shawkeller.com  
kkeller@shawkeller.com  
nhoeschen@shawkeller.com  
*Attorneys for Plaintiffs*  

2

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: May 24, 2023