IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252-MSG ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Defendants. | ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 25, 2023, the following document was served on the persons listed below in the manner indicated:

1) Plaintiffs' Second Set of Requests for Production to Defendants (Nos. 99-127)

**BY EMAIL:**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com

Patricia A. Carson, Ph.D.
Jeanna M. Wacker
Mark C. McLennan
Nancy Kaye Horstman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
jeanna.wacker@kirkland.com
mark.mclennan@kirkland.com
kaye.horstman@kirkland.com

Yan-Xin Li
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
yanxin.li@kirkland.com

      Alina Afinogenova
      KIRKLAND & ELLIS LLP
      200 Clarendon Street
      Boston, MA 02116
      (617) 385-7500
      alina.afinogenova@kirkland.com

| | |
|---|---|
| OF COUNSEL: | /s/ Nathan R. Hoeschen |
| David I. Berl | John W. Shaw (No. 3362) |
| Adam D. Harber | Karen E. Keller (No. 4489) |
| Thomas S. Fletcher | Nathan R. Hoeschen (No. 6232) |
| Shaun P. Mahaffy | SHAW KELLER LLP |
| Jessica Palmer Ryen | I.M. Pei Building |
| Anthony H. Sheh | 1105 North Market Street, 12th Floor |
| Lydia B. Cash | Wilmington, DE 19801 |
| WILLIAMS & CONNOLLY LLP | (302) 298-0700 |
| 680 Maine Avenue SW | jshaw@shawkeller.com |
| Washington, DC 20024 | kkeller@shawkeller.com |
| (202) 434-5000 | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff Genevant Sciences GmbH* | *Attorneys for Plaintiffs* |

Daralyn J. Durie
Adam R. Brausa
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: May 25, 2023