IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 22-252 (MSG)<br>) |
| MODERNA, INC. and MODERNATX, INC. | )<br>) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the time for the Parties to submit a proposed Electronically Stored Information ("ESI") Order shall be extended to June 9, 2023.

| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362) | Jack B. Blumenfeld (#1014) |
| Karen E. Keller (#4489) | Brian P. Egan (#6227) |
| Nathan R. Hoeschen (#6232) | Travis J. Murray (#6882) |
| Emily S. DiBenedetto (#6779) | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 298-0700 | jblumenfeld@morrisnichols.com |
| jshaw@shawkeller.com | began@morrisnichols.com |
| kkeller@shawkeller.com | tmurray@morrisnichols.com |
| nhoeschen@shawkeller.com | *Attorneys for Defendants* |
| edibenedetto@shawkeller.com | |
| *Attorney for Plaintiffs* | |

May 26, 2023

**SO ORDERED** this 30th day of May, 2023.

*/s/ Mitchell S. Goldberg*
UNITED STATES DISTRICT JUDGE