IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 22-252-MSG |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Lydia B. Cash hereby withdraws as counsel for plaintiff Genevant Sciences GmbH ("Genevant"). Pursuant to Local Rule 83.7, the remaining counsel of record at Williams & Connolly LLP and Shaw Keller LLP continue to represent Genevant.

|  |  |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| David I. Berl | 1105 North Market Street, 12th Floor |
| Adam D. Harber | Wilmington, DE 19801 |
| Thomas S. Fletcher | (302) 298-0700 |
| Jessica Palmer Ryen | jshaw@shawkeller.com |
| Shaun P. Mahaffy | kkeller@shawkeller.com |
| Anthony H. Sheh | nhoeschen@shawkeller.com |
| WILLIAMS & CONNOLLY LLP | *Attorneys for Plaintiffs* |
| 680 Maine Avenue S.W. | |
| Washington, DC 20024 | |
| (202) 434-5000 | |
| *Attorneys for Plaintiff Genevant Sciences GmbH* | |

Daralyn J. Durie
Adam R. Brausa
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: June 2, 2023