IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252-MSG ) ) ) ) ) |

## STIPULATION AND ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the following due dates regarding claim construction set forth in Paragraphs 11 and 12 of the Court's Scheduling Order (D.I. 72) are extended as follows:

| Event | Current Due Date | New Due Date |
|---|---|---|
| Exchange terms for construction | June 9, 2023 | August 1, 2023 |
| Exchange counter proposed constructions | June 16, 2023 | August 15, 2023 |
| Submit Joint Claim Construction Chart | June 29, 2023 | August 28, 2023 |
| Plaintiffs' Opening Brief | July 28, 2023 | September 26, 2023 |
| Defendants' Responsive Brief | August 28, 2023 | October 27, 2023 |
| Plaintiffs' Reply Brief | September 18, 2023 | November 17, 2023 |
| Defendants' Sur-Reply Brief | October 9, 2023 | December 15, 2023 |
| File Joint Claim Construction Brief | October 11, 2023 | December 18, 2023 |

The date and time of the Court's Claim Construction Hearing **SHALL BE RESCHEDULED** to **February 7, 2024, at 10:00 a.m.**

| | |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Brian P. Egan* |
| John W. Shaw (No. 3362) | Jack B. Blumenfeld (No. 1014) |
| Karen E. Keller (No. 4489) | Brian P. Egan (No. 6227) |
| Nathan R. Hoeschen (No. 6232) | Travis J. Murray (No. 6882) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| I.M. Pei Building | 1201 North Market Street |
| 1105 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 298-0700 | (302) 658-9200 |
| jshaw@shawkeller.com | jblumenfeld@morrisnichols.com |
| kkeller@shawkeller.com | began@morrisnichols.com |
| nhoeschen@shawkeller.com | tmurray@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: June 9, 2023

SO ORDERED this  9th  day of    June     2023.

 */s/ Mitchell S. Goldberg*  
UNITED STATES DISTRICT JUDGE