IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>      Plaintiffs,<br><br>  v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Philip N. Haunschild and Jihad J. Komis of Williams & Connolly LLP, 680 Maine Avenue SW Washington, DC 20024, to represent Plaintiff Genevant Sciences GmbH in this matter.

|  |  |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | SHAW KELLER LLP |
| David I. Berl | I.M. Pei Building |
| Adam D. Harber | 1105 North Market Street, 12th Floor |
| Thomas S. Fletcher | Wilmington, DE 19801 |
| Jessica Palmer Ryen | (302) 298-0700 |
| Shaun P. Mahaffy | jshaw@shawkeller.com |
| Jihad J. Komis | kkeller@shawkeller.com |
| Anthony H. Sheh | nhoeschen@shawkeller.com |
| Philip N. Haunschild | *Attorneys for Plaintiffs* |
| WILLIAMS & CONNOLLY LLP | |
| 680 Maine Avenue S.W. | |
| Washington, DC 20024 | |
| (202) 434-5000 | |
| *Attorneys for Plaintiff Genevant Sciences GmbH* | |

Daralyn J. Durie
Adam R. Brausa
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: June 15, 2023

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Philip N. Haunschild and Jihad J. Komis is granted.

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of Maryland and the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 15, 2023

Philip N. Haunschild
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of Michigan and the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 15, 2023

*/s/ Jihad Komis*

Jihad J. Komis
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024