IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>      Plaintiffs,<br><br>  v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Philip N. Haunschild and Jihad J. Komis of Williams & Connolly LLP, 680 Maine Avenue SW Washington, DC 20024, to represent Plaintiff Genevant Sciences GmbH in this matter.

OF COUNSEL:
David I. Berl
Adam D. Harber
Thomas S. Fletcher
Jessica Palmer Ryen
Shaun P. Mahaffy
Jihad J. Komis
Anthony H. Sheh
Philip N. Haunschild
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
(202) 434-5000
*Attorneys for Plaintiff Genevant Sciences GmbH*

                                          /s/ Nathan R. Hoeschen
                                          John W. Shaw (No. 3362)
                                          Karen E. Keller (No. 4489)
                                          Nathan R. Hoeschen (No. 6232)
                                          SHAW KELLER LLP
                                          I.M. Pei Building
                                          1105 North Market Street, 12th Floor
                                          Wilmington, DE 19801
                                          (302) 298-0700
                                          jshaw@shawkeller.com
                                          kkeller@shawkeller.com
                                          nhoeschen@shawkeller.com
                                          *Attorneys for Plaintiffs*

Daralyn J. Durie
Adam R. Brausa
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: June 15, 2023

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Philip N. Haunschild and Jihad J. Komis is granted.

Date:  **June 15, 2023**    　　　　　　　  */s/ Mitchell S. Goldberg*
　　　　　　　　　　　　　　　　　　　　United States District Judge