IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-252 (MSG) |
| MODERNA, INC. and MODERNATX, INC. | ) ) ) | |
| Defendants. | ) | |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Counterclaim-Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Defendants' Notice of Subpoena Ad Testificandum to Alnylam Pharmaceuticals, Inc.* and (2) *Defendants' Notice of Subpoena Duces Tecum to Alnylam Pharmaceuticals, Inc.* were caused to be served on August 2, 2023, upon the following in the manner indicated:

Ethan H. Townsend, Esquire                              *VIA ELECTRONIC MAIL*
MCDERMOTT WILL & EMERY LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
*Attorneys for Alnylam Pharmaceuticals, Inc.*

William G. Gaede, III, Esquire                          *VIA ELECTRONIC MAIL*
Anisa Noorassa, Esquire
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA  94105
*Attorneys for Alnylam Pharmaceuticals, Inc.*

Bhanu K. Sadasivan, Esquire                                    *VIA ELECTRONIC MAIL*
MCDERMOTT WILL & EMERY LLP
650 Live Oak Avenue, Suite 300
Menlo Park, CA  94025-4885
*Attorneys for Alnylam Pharmaceuticals, Inc.*

Sarah Chapin Columbia, Esquire                                 *VIA ELECTRONIC MAIL*
Sarah J. Fischer, Esquire
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA  02116-5021
*Attorneys for Alnylam Pharmaceuticals, Inc.*

Ian B. Brooks, Esquire                                         *VIA ELECTRONIC MAIL*
Timothy M. Dunker, Esquire
MCDERMOTT WILL & EMERY LLP
500 N. Capitol Street NW
Washington, DC  20003
*Attorneys for Alnylam Pharmaceuticals, Inc.*


                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Travis J. Murray*
                                              _____
                                              Jack B. Blumenfeld (#1014)
                                              Brian P. Egan (#6227)
                                              Travis J. Murray (#6882)
                                              1201 North Market Street
OF COUNSEL:                                   P.O. Box 1347
                                              Wilmington, DE  19899
James F. Hurst                                (302) 658-9200
KIRKLAND & ELLIS LLP                          jblumenfeld@morrisnichols.com
300 North LaSalle                             began@morrisnichols.com
Chicago, IL  60654                            tmurray@morrisnichols.com
(312) 862-2000

Patricia A. Carson, Ph.D.                     *Attorneys for Defendants*
Jeanna M. Wacker, P.C.
Mark C. McLennan
Nancy Kaye Horstman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

Yan-Xin Li
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
(415) 439-1400

Alina Afinogenova
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA  02116
(617) 385-7500

August 4, 2023

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 4, 2023, upon the following in the manner indicated:

John W. Shaw, Esquire                                    *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs Arbutus Biopharma*
*Corporation and Genevant Sciences GmbH*

Daralyn J. Durie, Esquire                                *VIA ELECTRONIC MAIL*
Adam R. Brausa, Esquire
Eric C. Wiener, Esquire
Annie A. Lee, Esquire
Shaelyn K. Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

Kira A. Davis, Esquire                                   *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

David N. Tan, Esquire                                    *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

David I. Berl, Esquire                                   *VIA ELECTRONIC MAIL*
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Jessica Palmer Ryen, Esquire
Shaun P. Mahaffy, Esquire
Anthony H. Sheh, Esquire
Philip N. Haunschild, Esquire
Jihad J. Komis, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

Ethan H. Townsend, Esquire                               *VIA ELECTRONIC MAIL*
MCDERMOTT WILL & EMERY LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
*Attorneys for Alnylam Pharmaceuticals, Inc.*

William G. Gaede, III, Esquire                           *VIA ELECTRONIC MAIL*
Anisa Noorassa, Esquire
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA  94105
*Attorneys for Alnylam Pharmaceuticals, Inc.*

Bhanu K. Sadasivan, Esquire                              *VIA ELECTRONIC MAIL*
MCDERMOTT WILL & EMERY LLP
650 Live Oak Avenue, Suite 300
Menlo Park, CA  94025-4885
*Attorneys for Alnylam Pharmaceuticals, Inc.*

Sarah Chapin Columbia, Esquire                               *VIA ELECTRONIC MAIL*
Sarah J. Fischer, Esquire
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA  02116-5021
*Attorneys for Alnylam Pharmaceuticals, Inc.*

Ian B. Brooks, Esquire                                       *VIA ELECTRONIC MAIL*
Timothy M. Dunker, Esquire
MCDERMOTT WILL & EMERY LLP
500 N. Capitol Street NW
Washington, DC  20003
*Attorneys for Alnylam Pharmaceuticals, Inc.*

*/s/ Travis J. Murray*

_____
Travis J. Murray (#6882)