IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252-MSG ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for the parties to file their joint claim construction chart is extended to August 29, 2023.

| | |
|---|---|
| */s/ Nathan R. Hoeschen* <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> Emily S. DiBenedetto (No. 6779) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> edibenedetto@shawkeller.com <br> *Attorneys for Plaintiffs* | */s/ Brian P. Egan* <br> Jack B. Blumenfeld (No. 1014) <br> Brian P. Egan (No. 6227) <br> Travis J. Murray (No. 6882) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br> tmurray@morrisnichols.com <br> *Attorneys for Defendants* |

Dated: August 28, 2023

SO ORDERED this ___ day of _____ 2023.

_____
UNITED STATES DISTRICT JUDGE

1