IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 31, 2023, the following documents were served on the persons listed below in the manner indicated:

1) Third Party Roivant Sciences Ltd. Responses and Objections to Moderna, Inc. and Modernatx, Inc.'s Rule 45 Document Subpoena

2) Third Party Roivant Sciences Ltd. Responses and Objections to Moderna, Inc. and Modernatx, Inc.'s Rule 45 Deposition Subpoena

**BY EMAIL:**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com

Patricia A. Carson, Ph.D.
Jeanna M. Wacker
Mark C. McLennan
Nancy Kaye Horstman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
jeanna.wacker@kirkland.com
mark.mclennan@kirkland.com
kaye.horstman@kirkland.com

<table>
<tr><td>

Alina Afinogenova  
KIRKLAND & ELLIS LLP  
200 Clarendon Street  
Boston, MA 02116  
(617) 385-7500  
alina.afinogenova@kirkland.com

</td><td>

Yan-Xin Li  
KIRKLAND & ELLIS LLP  
555 California Street, 27th Floor  
San Francisco, CA 94104  
(415) 439-1400  
yanxin.li@kirkland.com

</td></tr>
<tr><td>

OF COUNSEL:  
David I. Berl  
Adam D. Harber  
Thomas S. Fletcher  
Shaun P. Mahaffy  
Jessica Palmer Ryen  
Anthony H. Sheh  
Jihad J. Komis  
Philip N. Haunschild  
WILLIAMS & CONNOLLY LLP  
680 Maine Avenue S.W.  
Washington, DC 20024  
(202) 434-5000

Dated: August 31, 2023

</td><td>

/s/ Nathan R. Hoeschen  
John W. Shaw (No. 3362)  
Karen E. Keller (No. 4489)  
Nathan R. Hoeschen (No. 6232)  
Emily S. DiBenedetto (No. 6779)  
SHAW KELLER LLP  
I.M. Pei Building  
1105 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 298-0700  
jshaw@shawkeller.com  
kkeller@shawkeller.com  
nhoeschen@shawkeller.com  
edibenedetto@shawkeller.com  
*Attorneys for Plaintiffs*

</td></tr>
</table>

2