# EXHIBIT J

| From: | Afinogenova, Alina |
|---|---|
| To: | Sheh, Anthony; shaelyndawson@mofo.com; *jshaw@shawkeller.com; Karen Keller; Nate Hoeschen; Genevant Team; Arbutus_MoFo |
| Cc: | Carson, Patricia A.; Wacker, Jeanna; McLennan, Mark C.; Appler, Hunter; Tabrizi, Maryam; Blumenfeld, Jack; Egan, Brian P.; Murray, Travis; #KEModernaSpikevaxService |
| Subject: | RE: Arbutus v. Moderna, 1-22-cv 00252 - Moderna"s Search Terms - Highly Confidential - Outside Counsel"s Eyes Only |
| Date: | Friday, September 22, 2023 3:47:41 PM |

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Tony,

Below are the revised hit counts for Plaintiffs' proposed revisions, which are extremely overbroad, unduly burdensome, and not sufficiently targeted to relevant material, totaling 421,622 documents including family members. Although we do not agree that any of Plaintiffs' revisions are justified or proportional, in the interest of compromise and moving things along quickly, we've agreed to many of the searches, as indicated below. Based on the extreme number of documents that Plaintiffs are seeking, Moderna will be running email thread de-duplication. The remaining searches are extremely overbroad and will not be run unless Plaintiffs propose significant narrowing to relevant subject matter and/or time periods. We've included abbreviated objections below and are willing to discuss them with Plaintiffs, if needed.

Please get back to us no later than Tuesday COB with any final proposed revisions to the remaining searches.

Regards,
Alina

| # | Search Term | Start Date | End Date | Custodians | Hits + Family | Objections |
|---|---|---|---|---|---|---|
| I-01 | (LNP OR (lipid W/1 nanoparticle*)) W/7 (mRNA OR messenger RNA) | 28-Feb-2012 | 28-Feb-2022 | 8 | 118,208 | Overbroad including w/r/t time periods; if Plaintiffs want longer time periods they should reduce the proximity connector or add further limiting terms. |
| I-01.1 | ((LNP OR (lipid W/1 nanoparticle*)) W/7 (mRNA OR messenger RNA)) AND (ratio* OR (lipid W/2 molar) OR (lipid W/2 content*) OR (lipid W/2 concentration*) OR (lipid W/2 conc) OR "##mol \u0025" OR "##mol\u0025" OR mRNA-1273* OR (mRNA W/1 1273*) OR Spikevax* OR Elasomeran* OR licens* OR agreement OR sublicense OR sublicens* OR sub-licens*) | 28-Feb-2012 | 28-Feb-2022 | HB | 36,444 | Overbroad; not limited to accused product. |
| I-02 | (LNP OR (lipid W/1 nanoparticle*)) W/7 siRNA | 28-Feb-2012 | 28-Feb-2022 | 8 + AT | 10,136 | Overbroad; if Plaintiffs want longer time periods they should reduce the proximity connector. |
| I-03 | (SM-102 OR SM102 OR SM-000102) W/15 (mRNA-1273 OR Spikevax* OR Elasomeran*) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT | 12,899 | Accept |
| I-04 | (SM-102 OR SM102 OR SM-000102) W/10 PEG* | 28-Feb-2016 | 28-Feb-2022 | 8 + AT | 34,634 | Accept |
| I-05 | (SM-102 OR SM102 OR SM-000102) W/10 cholesterol | 28-Feb-2016 | 28-Feb-2022 | 8 + AT | 23,293 | Accept |
| I-06 | (SM-102 OR SM102 OR SM-000102) W/10 DSPC | 28-Feb-2016 | 28-Feb-2022 | 8 + AT | 28,360 | Accept |
| I-07 | (SM-102 OR SM102 OR SM-000102) W/15 "##mol\u0025" | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 7,605 | Accept |
| I-08 | (SM-102 OR SM102 OR SM-000102) W/15 (molar ratio OR lipid ratio OR ratio of lipids) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 1,471 | Accept |
| I-09 | (SM-102 OR SM102 OR SM-000102) W/15 (lipid W/2 ratio) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 3,409 | Accept |
| I-10 | (SM-102 OR SM102 OR SM-000102) W/10 (stability OR (tissue W/2 clearance) OR (mRNA W/2 delivery)) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT | 11,995 | Accept |
| I-11 | (SM-102 OR SM102 OR SM-000102) W/7 (mRNA OR messenger RNA) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 45,613 | Overbroad; not limited to aspects of accused product relevant to asserted claims. |
| I-12 | (SM-102 OR SM102 OR SM-000102) W/7 (LNP OR (lipid W/1 nanoparticle*)) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT | 33,962 | Accept |
| I-13 | (SM-102 OR SM102 OR SM-000102) W/10 (MC3 OR DLin-MC3-DMA) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT | 21,796 | Accept |
| I-14 | (MC3 OR DLin-MC3-DMA OR ALC-0159) W/10 ((plasmid W/2 DNA) OR siRNA OR mRNA OR SM-102 OR SM102 OR SM-000102) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 49,186 | Overbroad; encompasses comparisons to unclaimed lipids and there are 10 other SM-102 strings. |
| I-15 | (entrap* OR encapsulat*) W/3 (assay* OR test* OR stud* OR efficienc* OR rate OR percent*) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 33,472 | Accept |
| I-16 | fully W/3 encapsulat* | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 616 | Accept |
| I-17 | (Inex OR Protiva OR Genevant OR Tekmira OR Arbutus) W/10 (lipid OR LNP OR mRNA OR siRNA OR ratio* OR patent* OR (intellectual W/1 propert*) OR IP OR licens* OR agreement OR sublicense* OR sub-licens*) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 3,840 | Accept |
| I-18 | (Acuitas OR AlCana OR Alnylam) W/5 (lipid OR LNP OR mRNA OR siRNA OR ratio* OR patent* OR (intellectual W/1 propert*) OR IP OR licens* OR agreement OR sublicens* OR sub-licens*) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 7,149 | Overbroad, especially considering attenuated relevance. |
| I-19 | ((cation* OR ioniz*) W/2 lipid) W/10 (mRNA OR siRNA) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 22,089 | Overbroad; Plaintiffs should reduce proximity connector if they want additional custodians. |

| | | | | | | |
|---|---|---|---|---|---|---|
| I-20 | lipid W/10 (licens* OR agreement OR sublicense OR sublicens* OR sub-licens*) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 4,676 | Accept |
| I-21 | (LNP OR (lipid W/1 nanoparticle*)) W/10 (licens* OR agreement OR sublicense OR sublicens* OR sub-licens*) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 6,202 | Accept |
| I-22 | (*.gov OR *.mil) AND (52-227* OR "authorization and consent") AND (COVID* OR SARS-CoV-2 OR "mRNA-1273") | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 683 | Accept |
| I-23 | (*.gov OR *.mil) AND "28 U.S.C. § 1498" | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 500 | Accept |
| I-24 | W58P05-22-C-0017 OR (*0017 W/2 contract) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 4 | Accept |
| I-25 | W911QY20C0100 OR (*0100 W/2 contract) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 1,617 | TBD - Moderna investigating potential false hits |
| I-26 | 75A50120C00034 OR (*0034 W/2 contract) | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 8,436 | TBD - Moderna investigating potential false hits |
| I-27 | 11,141,378 OR 11141378 OR 11,141,378* OR 11141378* OR ((pat OR pat* OR patent*) W/3 378) OR pat11141378* | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 66 | Accept |
| I-28 | 8,058,069 OR 8058069 OR 8,058,069* OR 8058069* OR ((pat OR pat* OR patent*) W/3 069) OR pat8058069* | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 209 | Accept |
| I-29 | 8,492,359 OR 8492359 OR 8,492,359* OR 8492359* OR ((pat OR pat* OR patent*) W/3 359) OR pat8492359* | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 486 | Accept |
| I-30 | 8,822,668 OR 8822668 OR 8,822,668* OR 8822668* OR ((pat OR pat* OR patent*) W/3 668) OR pat8822668* | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 214 | Accept |
| I-31 | 9,364,435 OR 9364435 OR 9,364,435* OR 9364435* OR ((pat OR pat* OR patent*) W/3 435) OR pat9364435* | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 445 | Accept |
| I-32 | 9,504,651 OR 9504651 OR 9,504,651* OR 9504651* OR ((pat OR pat* OR patent*) W/3 651) OR pat9504651* | 28-Feb-2016 | 28-Feb-2022 | 8 + AT + HB | 101 | Accept |
| II-01 | W911QY20C0100 OR (*100 W/3 (contract OR agreement)) | 1-Dec-2019 | present | AT + HB | 3,383 | Accept |
| II-02 | W58P05-22-C-0017 OR (*17 W/3 (contract OR agreement)) | 1-Dec-2019 | present | AT + HB | 5,451 | Accept |
| II-03 | (booster OR bivalent OR legacy OR prime) W/3 (agreement OR contract) | 1-Dec-2019 | present | AT + HB | 8,673 | Accept |
| II-04 | 1498 W/30 (patent OR clause OR agreement OR contract) | 1-Dec-2019 | present | AT + HB | 1,034 | Accept |
| II-05 | 52-227* | 1-Dec-2019 | present | AT + HB | 1,764 | Accept |
| II-06 | 52227* | 1-Dec-2019 | present | AT + HB | 547 | Accept |
| II-07 | *hhs.gov | 1-Dec-2019 | present | AT + HB | 39,873 | Overbroad for reasons previously explained; disproportionate considering that Plaintiffs have offered minimal relevance bases. |
| II-08 | *army.mil | 1-Dec-2019 | present | AT + HB | 2,846 | Accept |
| II-09 | *mail.mil | 1-Dec-2019 | present | AT + HB | 7,518 | Accept |
| II-10 | "authorization and consent" | 1-Dec-2019 | present | AT + HB | 1,269 | Accept |
| II-11 | patent indem* | 1-Dec-2019 | present | AT + HB | 990 | Accept |
| II-12 | Section 1498 | 1-Dec-2019 | present | AT + HB | 2 | Accept |
| III-01 | (Emergency Use Authorization OR EUA OR ((BLA OR Biologics License) W/5 125752*) OR ((IND OR Investigational New Drug) W/5 19745*)) AND ((lipid W/2 molar) OR (lipid W/2 content*) OR (lipid W/2 concentration*) OR (lipid W/2 conc.*) OR (intellectual W/1 propert*) OR target* OR chang* OR approv* OR lipid* OR LNP* OR composit* OR formulat* OR PEG* OR ratio* OR ""##mol \u0025"" OR ""##mol\u0025"" OR batch* OR encapsulat* OR patent*) | 28-Feb-2016 | 28-Feb-2022 | 10 | 97,724 | Overbroad; if it is intended to capture relevant aspects of regulatory filings for the accused product, no basis to go back to 2016. |
| III-01.1 | (Emergency Use Authorization OR EUA OR ((BLA OR Biologics License) W/5 125752*) OR ((IND OR Investigational New Drug) W/5 19745*)) AND (IP OR licens* OR agreement OR sublicense* OR sub-licens* OR infring* OR mg/mL) | 28-Feb-2016 | 28-Feb-2022 | 10 | 63,759 | Overbroad; terms like "mg/ml" not sufficiently limited; many other licensing strings already capturing relevant ESI. |
| III-02 | (SM-102 OR SM102 OR SM-000102 OR PEG* OR DSPC OR cholesterol OR phospholipid or ((cation* OR ioniz*) W/2 lipid) OR LNP* OR (lipid W/1 nanoparticle*)) AND (ratio* OR (lipid W/2 molar) OR (lipid W/2 content) OR (lipid W/2 concentration) OR (lipid W/2 conc) OR "##mol\u0025") | 28-Feb-2012 | 28-Feb-2022 | 10 | 137,944 | Overbroad; should be limited to accused product considering there are 10+ other search strings broadly covering SM-102. |
| III-03 | (mRNA-1273* OR (mRNA W/1 1273*) OR Spikevax* OR Elasomeran*) AND (ratio* OR (lipid W/2 molar) OR (lipid W/2 content) OR (lipid w/2 concentration) OR "##mol\u0025" OR patent* OR (intellectual W/1 propert*) OR IP OR licens* OR agreement OR sublicens* OR infring* OR entrap* OR encapsulat* OR sub-licens* OR target* OR mg/mL OR Inex OR Protiva OR Genevant OR Tekmira OR Arbutus OR Acuitas OR AlCana OR Alnylam) | 28-Feb-2016 | 28-Feb-2022 | 10 | 129,877 | Overbroad; no proximity connectors; many alternate terms that aren't synonyms, far exceeding 10 allowable terms. |
| III-04 | ███████████████████ | 28-Feb-2016 | 28-Feb-2022 | 10 | 170,718 | Not relevant for reasons previously explained; overbroad as it is not limited to accused product. |
| III-05 | (mRNA* OR messenger RNA) W/5 (encapsulat* OR deliver*) | 1-Jan-2011 | 28-Feb-2022 | 10 | 99,576 | Overbroad; not limited to accused product; none of the asserted claims recite delivery. |
| III-06 | ███████████████████ | 28-Feb-2012 | 28-Feb-2022 | 10 | 9,451 | Overbroad, especially |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ███ | | | | | considering tangential subject matter; not sufficiently targeted to seek relevant ESI; not limited to accused product. |
| III-07 | ███ | 28-Feb-2012 | 28-Feb-2022 | 10 | 126,609 | Overbroad; not sufficiently limited to accused product or a reasonable time period considering Plaintiffs justified this term as being relevant to infringement/1498. |
| III-08 | SNALP* OR stable nucleic acid-lipid particle OR stable nucleic acid-lipid particles OR SPLP* OR stable plasmid lipid particle OR stable plasmid lipid particles | 1-Jan-2011 | 28-Feb-2022 | 10 | 3,711 | Accept |
| III-09 | (Mark W/2 Murray) OR (Ian W/2 MacLachlan) OR Fougerolles OR tony@modernatx.com | 1-Jan-2011 | 28-Feb-2022 | 10 | 3,729 | Overbroad; targets information concerning a non-inventor (TF) that Plaintiffs haven't alleged had any connection to the patents-in-suit, and not relevant to any claims or defenses. Other individuals not sufficiently limited to target ESI considering aspects of asserted claims; exceeds number of ESI terms Plaintiffs are entitled to. Note Moderna did not run new terms that Plaintiffs belatedly added when Plaintiffs should have been narrowing, not broadening. |
| III-10 | (mRNA-1273* OR (mRNA W/1 1273*) OR Spikevax* OR Elasomeran* OR lipid or LNP ███ | 28-Feb-2016 | 28-Feb-2022 | 10 | 38,036 | Overbroad; not limited to accused product or even to specific assays. |

**Alina Afinogenova**

**KIRKLAND & ELLIS LLP**
200 Clarendon Street, Boston, MA 02116
T +1 617 385 7526  M +1 917 324 5094
F +1 212 446 4900

alina.afinogenova@kirkland.com

---

**From:** Sheh, Anthony <ASheh@wc.com>
**Sent:** Friday, September 15, 2023 4:49 PM
**To:** Afinogenova, Alina <alina.afinogenova@kirkland.com>; shaelyndawson@mofo.com; *jshaw@shawkeller.com <jshaw@shawkeller.com>; Karen Keller <kkeller@shawkeller.com>; Nate Hoeschen <nhoeschen@shawkeller.com>; Genevant Team <GenevantTeam@wc.com>; Arbutus_MoFo <Arbutus_MoFo@mofo.com>
**Cc:** Carson, Patricia A. <patricia.carson@kirkland.com>; Wacker, Jeanna <jeanna.wacker@kirkland.com>; McLennan, Mark C. <mark.mclennan@kirkland.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Murray, Travis <tmurray@morrisnichols.com>; #KEModernaSpikevaxService <KEModernaSpikevaxService@kirkland.com>
**Subject:** RE: Arbutus v. Moderna, 1-22-cv 00252 - Moderna's Search Terms

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Alina,

Please see the attached correspondence. Thank you.

Best,
Tony

**Anthony Sheh | Associate | Williams & Connolly LLP |** (202) 434-5436 | vcard

**From:** Afinogenova, Alina <alina.afinogenova@kirkland.com>
**Sent:** Tuesday, August 22, 2023 10:10 PM
**To:** Sheh, Anthony <ASheh@wc.com>; shaelyndawson@mofo.com; *jshaw@shawkeller.com <jshaw@shawkeller.com>; Karen Keller <kkeller@shawkeller.com>; Nate Hoeschen <nhoeschen@shawkeller.com>; Genevant Team <GenevantTeam@wc.com>; Arbutus_MoFo <Arbutus_MoFo@mofo.com>