IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** : : : **Plaintiffs,** : : v. : : **MODERNA, INC. and MODERNATX, INC.,** : | **CIVIL ACTION** **NO. 22-252** |

## ORDER

**AND NOW,** this 4th day of October, 2023, it is hereby **ORDERED** that a **TELEPHONE CONFERENCE** on pending discovery disputes in the above-captioned matter will be held on **Thursday, October 12, 2023 at 1:30 p.m.** The conference will be held on the record. Counsel are directed to dial in as follows: (1) Call: 888-684-8852; (2) Enter access code: 2187450#; (3) Press # to enter as a participant.

BY THE COURT:

/s/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG, J.