**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** | : | |
| **and GENEVANT SCIENCES GMBH,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  22-252** |
| **MODERNA, INC. and MODERNATX, INC.,** | : | |

## ORDER

**AND NOW**, this 12th day of October, 2023, upon consideration of Plaintiffs' September 27, 2023 discovery dispute letter (D.I. 133) and Defendant's Response (D.I. 134), and following a conference, it is hereby **ORDERED** that:

1. Plaintiffs' request for the production of documents and ESI from Moderna, Inc.'s CEO Stephane Bançel is **DENIED WITHOUT PREJUDICE**.  Plaintiffs may, if necessary, re-raise this request at a later date.

2. Plaintiffs' request for the production of documents produced by Defendant in the <u>Moderna, Inc. v. Pfizer, Inc.</u> litigation is **DENIED WITHOUT PREJUDICE**.  Plaintiffs shall submit to Defendant requests for specific categories of documents from that litigation, and thereafter, counsel shall meet and confer regarding production of those categories of documents.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**