IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 22-252 (MSG)<br>) |
| MODERNA, INC. and MODERNATX, INC. | )<br>) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for the Substantial Completion of Document Production shall be extended from October 13, 2023 to December 1, 2023, and the deadline to file Motions to Join other Parties and to Amend or Supplement Pleadings shall be extended from October 16, 2023 to December 4, 2023. No other deadlines set forth in the Scheduling Order (D.I. 72) are altered by way of this stipulation.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362) | Jack B. Blumenfeld (#1014) |
| Karen E. Keller (#4489) | Brian P. Egan (#6227) |
| Nathan R. Hoeschen (#6232) | Travis J. Murray (#6882) |
| Emily S. DiBenedetto (#6779) | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 298-0700 | jblumenfeld@morrisnichols.com |
| jshaw@shawkeller.com | began@morrisnichols.com |
| kkeller@shawkeller.com | tmurray@morrisnichols.com |
| nhoeschen@shawkeller.com | |
| edibenedetto@shawkeller.com | *Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |
| October 13, 2023 | |

**SO ORDERED** this ____ day of October 2023.

_____
UNITED STATES DISTRICT JUDGE