UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

```
ARBUTUS BIOPHARMA CORPORATION :      Case No. 1:22-cv-00252-MSG
et al.                        :
          Plaintiffs,         :
v.                            :      Philadelphia, Pa.
                              :      October 12, 2023
MODERNA, INC. et al.          :      1:31 p.m.
                              :
          Defendants.         :
.  .  .  .  .  .  .  .  .  .  .  .
```

TRANSCRIPT OF TELEPHONIC CONFERENCE HEARING
BEFORE THE HONORABLE MITCHELL S. GOLDBERG
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Plaintiffs:              David I. Berl, Esquire
                                 Adam D. Harber, Esquire
                                 Anthony H. Sheh, Esquire
                                 Jessica Palmer Ryen, Esquire
                                 Philip N. Haunschild, Esquire
                                 Shaun P. Mahaffy, Esquire
                                 Thomas S. Fletcher, Esquire
                                 Williams & Connolly LLP
                                 680 Maine Avenue SW
                                 Washington, DC 20024
                                 *Pro Hac Vice*


                                 Daralyn J. Durie, Esquire
                                 Adam R. Brausa, Esquire
                                 Annie A. Lee, Esquire
                                 David N. Tan, Esquire
                                 Eric C. Wiener, Esquire
                                 Kira A. Davis, Esquire
                                 Shaelyn K. Dawson, Esquire
                                 Morrison Foerster
                                 425 Market Street
                                 San Francisco, CA 94105
                                 *Pro Hac Vice*

```
                                Karen Elizabeth Keller, Esquire
                                John W. Shaw, Esquire
                                Nathan Roger Hoeschen, Esquire
                                Emily DiBenedetto, Esquire
                                Shaw Keller LLP
                                I.M. Pei Building
                                1105 North Market Street
                                12th Floor
                                Wilmington, DE 19801


For the Defendants:             Brian P. Egan, Esquire
                                Jack B. Blumenfeld, Esquire
                                Travis J. Murray, Esquire
                                Morris, Nichols, Arsht & Tunnell
                                1201 North Market Street
                                P.O. Box 1347
                                Wilmington, DE 19899

                                Mark C. McLennan, Esquire
                                Patricia A. Carson, Esquire
                                Jeanna A. Wacker, Esquire
                                James F. Hurst, Esquire
                                Kirkland & Ellis LLP
                                601 Lexington Avenue
                                New York, NY 10022
                                Pro Hac Vice


Also Present:                   Ani Padil, Esquire


ESR/Deputy Clerk:               Jimmy Cruz


Transcription Service:          O'Connor Legal, Medical & Media
                                Services, Inc.
                                501 Gloucester Street, Suite 122
                                Brunswick, GA 31520
```

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.

```
 1        (Call to Order of the Court)

 2             THE DEPUTY CLERK:   Yes, Judge.

 3             THE COURT:   Okay.  I think we had a call from --

 4   well, let's just go through and see who's on the phone.  We had

 5   a call from, I think, someone from the public, wanted to be on

 6   the call.

 7             I know there's 18 Lawyers on the call.  It's a pretty

 8   straightforward discovery discussion.  And I'm happy to get

 9   everyone's name on the record.

10             But I absolutely just want one Lawyer from each side

11   to have a dialogue with.  So who's going to speak for

12   Plaintiffs?

13             ADAM HARBER:   Good morning, Your Honor.  This is

14   Adam Harber from Williams & Connolly.  I represent Genevant and

15   I'll be speaking for both Plaintiffs.

16             THE COURT:   Both Plaintiffs, okay.  And who's on for

17   Moderna?

18             BRIAN EGAN:   Hi, good afternoon, Your Honor.  This

19   is Brian Egan from Morris Nichols on behalf of Moderna.  And

20   joining me today are Mark McLennan and Patient Carson from

21   Kirkland & Ellis.  And with the Court's permission,

22   Mr. McLennan will handle the argument on behalf of Moderna.

23             THE COURT:   Mr. McLennan, sure.  Okay.  I'm happy to

24   get a roster of who's on the phone.  But I don't think that's

25   necessary.  There's a lot of Lawyers on the phone.
```

1        I think our conversation will be shorter than the

2   time it would take to get all the Lawyers on the phone.  So you

3   all are of record.

4        And is there anyone on the phone who's not a Lawyer,

5   as part of this litigation?  Please identify yourself.

6        ANI PADIL:   Judge, this is Ani Padil (phonetic).  I

7   am an Attorney.  But I'm not appearing in any capacity for the

8   Parties.

9        THE COURT:   You're not with one of the Parties?

10       MR. PADIL:   That's correct.

11       THE COURT:   Okay.  So I don't think we're going to

12  talk about anything that's going to require any confidentiality

13  or sealing.

14       But just so the Lawyers know, we did get a call from

15  someone.  I'm not even sure who, said that they were a member

16  of the public.

17       I assume it's Counsel who just identified himself,

18  asked if he could be part of the call.  And I, of course, said,

19  yes.  This is a public proceeding.  If we get into -- wade into

20  things that either Counsel from either Party thinks are

21  sensitive and are worthy of being sealed or confidential, just

22  let me know.

23       So I've looked over what I think are the disputes.

24  I'm going to give you my two cents, as to how I think they

25  should be resolved.  And then, of course, I'll get input from

1  each Lawyer.

2          I understand the first dispute involves a request

3  from Plaintiff that Moderna's CEO be added to the 10 Custodians

4  identified in the initial disclosures, who may have

5  information.

6          My suggestion, subject to input, would be, why

7  doesn't Plaintiff digest all of the information you're going to

8  get from the 10 that have been identified?  And then, if

9  there's an additional need to add the Moderna CEO, I think it's

10  pronounced Bancel, I give you my word.  We can always revisit

11  that later.

12          But, to me, it doesn't make much sense to have a

13  Biggers debate over that, when you're going to get enormous

14  amounts of information.  So, I would just ask that Plaintiff

15  just hold that card in your pocket and then put it out on the

16  table, if you think it's necessary.  So, let me ask Mr. Harber

17  if that's acceptable to you at this time.

18          MR. HARBER:  Well, Your Honor, obviously if that's

19  how Your Honor rules, we can live with that.  I would suggest

20  that we were trying to raise the dispute now instead of later.

21  But because we think there are a voluminous number of documents

22  and a -

23          THE COURT:  Well, why are you insisting on making it

24  -- you don't even know what documents you're going to have.  So

25  why are you couching it as a dispute, before you've even

1    reviewed the voluminous amount of documents you're going to

2    get?  Why is it a dispute?

3              MR. HARBER:   Well, Your Honor, in our view, it's a

4    dispute because, from the information we have, it suggests that

5    Mr. Bancel was extensively involved and one of, frankly, the

6    key witnesses in a number of areas in this case, ranging across

7    time.

8              He personally had discussions with an Inventor of the

9    Patent of the suit, Mr. McLaughlin, wherein which no one else

10   was reported to have been present about licensing.  He

11   discussed collaboration with the Predecessor of Arbutus that is

12   one of the bases of our assertion of willful infringement in

13   this case.  He personally signed the Government Contracts that

14   Moderna had with the Government.

15             THE COURT:   I mean, I don't -

16             MR. HARBER:   He -

17             THE COURT:   - doubt that the -- am I saying it

18   right?  His name is Bancel?

19             MARK MCLENNAN:   That's correct, Your Honor.

20             MR. HARBER:   I believe so, Your Honor.

21             MR. MCLENNAN:   Yes.

22             MR. HARBER:   Yes.

23             THE COURT:   I mean, I don't dispute that Mr. Bancel

24   is part of important information.  I'm just saying I'm going to

25   bet that you're going to get most, if not all of, if not

1   redundant information about all the topics that you're raising.

2          So I'm not ruling against you.  I'm just suggesting

3   you should wait and see.  I mean, it's going to -- my

4   anticipation is case is going to start to heat up and we're

5   going to have a lot to talk about with discovery.  And I'm

6   trying to set a tone that disputes that aren't ripe don't need

7   to be fought over until you've digested it.

8          So, I get what you're saying, Mr. Harber.  I hear

9   you, that he's all in all the documents.  And you might as well

10  -- we might as well dispute it now.  I understand your

11  position.  What's Moderna's position?

12          MR. MCLENNAN:   Your Honor, Mark McLennan here.  I

13  think we completely agree with Your Honor that it's premature.

14  They're going to get an enormous amount of discovery in this

15  case from 10 Custodians that they've identified as having most

16  relevant ESI, including on the issues that Plaintiffs touched

17  on, including Patent licensing, the U.S. Government Agreements

18  by the two people who were most intimately involved with them.

19          And we are sure that, once they receive those emails,

20  they'll be able to confirm that they do, in fact, have the most

21  relevant ESI.  If that turns out to be not the case, we're, of

22  course, happy to speak with them.  But it doesn't make sense to

23  do that, until they've got documents.

24          THE COURT:   Okay.  Mr. Harber, I assure you that you

25  can raise this again, if you're not satisfied that you're

1    getting -- you need to add an 11th person or substitute.

2          But I'm going to -- and I'll put all this into an

3    Order -- I'm going to deny the request to add Mr. Bancel now.

4    It'll clear say, without prejudice, such that Plaintiffs can

5    reraise it at a later time.

6          And the next issue is I believe Plaintiff wants all

7    of the documents.  And I think there they use that language,

8    "all the documents" in the Modern v. Pfizer litigation.

9          So I'm going to ask Plaintiffs' Counsel, Mr. Harber,

10   just really briefly.  That case is in the District of Delaware

11   in front of Judge Connolly.  And -- no, it's in New York.

12   Where is it?  Where is the litigation?

13          MR. HARBER:   I believe it's in District of

14   Massachusetts, Your Honor.

15          THE COURT:   Oh, okay.  And just give me four

16   sentences on -- I think I know what it's about.  But what are

17   the issues in that case?

18          MR. HARBER:   So, the issues in that case is that

19   Moderna has, certainly after our lawsuit, brought that case

20   after Pfizer, asserting that Pfizer's COVID-19 vaccine

21   infringes a number of Moderna's own Patents.  And -

22          THE COURT:   Got it.

23          MR. HARBER:   - asserting in that Complaint that the

24   Patents also covered Moderna's products, which would presumably

25   be the subject of Moderna's document production.

1          THE COURT:   Right; so it's vaccine v. vaccine, as

2   opposed to this case, which is delivery systems-based.  Okay.

3   So, I would suggest -- again, I just have a suggestion.

4          I think that I'd say to Plaintiffs, Mr. Harber, I

5   mean, requesting all documents is a lot.  And it is a bit

6   overbroad.  Have you tried to speak with Moderna about giving

7   them categories of documents?

8          MR. HARBER:   We have.  And to be clear, the request,

9   Request 118, is for documents produced in that case relating to

10  the accused products.

11         Now, obviously, the least burdensome thing to do

12  would be to just reproduce whatever is produced in that case,

13  because it wouldn't involve a search.  And it wouldn't involve

14  anything but just literally burning another DVD with the

15  production on it.

16         We have tried to negotiate with Moderna regarding

17  categories.  And they have, I think both in their letter and

18  with us, identified categories of documents they think might be

19  at-issue in that case which, in their view, wouldn't be

20  relevant here.

21         But all of those, we disagree with them.  So, for

22  example, they say that the technology of those Patents is

23  different.  And we disagree.  I mean, some of them relate to

24  lipid nanoparticles with components like -

25         THE COURT:   Have you constructed a -- sorry to

1    interrupt.

2              MR. HARBER:   That's okay.

3              THE COURT:   Have you constructed categories that

4    you've suggested would be appropriate?

5              MR. HARBER:   We have -- what we have requested is

6    all of the documents about the accused products in this case.

7              THE COURT:   Okay.  Well, I think that there surely

8    is overlap.  That's my impression.  So I'm with you there.  And

9    why don't you suggest some categories, and make some -- think

10   them through.  Don't just hit them with a truckload of

11   categories.

12             And make them well-thought out and tightened, and

13   restructure your request.  And I'll probably -- if I have to

14   come back and mediate this, and I see that your request for

15   categories is reasonable, and you can explain to me why there

16   would be possible overlap in the two cases, Mr. Harber, I'm

17   going to support you on that.

18             So why don't you start with giving them categories,

19   and then see what their reaction is?  Okay?

20             MR. HARBER:   Yes, we can do that.  Thank you,

21   Your Honor.

22             THE COURT:   Great, okay.  So, listen.  I think those

23   are the only two things that are on my plate.  I'm happy to

24   talk about anything else.

25             I think there would be other Judges that I respect

1    that would say, don't say this, Judge Goldberg.  Don't say

2    this, Mitch, which is going to be -- it's going to come back to

3    haunt you.

4           But I'm telling everyone on the phone here I

5    understand this is a big case and I understand this is an

6    important case.  I am happy to be a Mediator on discovery

7    disputes.

8           I'm not going to -- probably not going to refer to a

9    Magistrate.  I will make myself available for you to see that

10   we can get this case done in a good fashion.

11          So, what I'm saying is I'm available.  But try not to

12   take advantage of my time.  And I'm focused on this case now

13   that I know -- I think the document deadline is the 13th, which

14   is -- what's today's date -- which is tomorrow.

15          So I'm focused on the case.  I'm here.  I'm

16   available.  I know it's a complex case.  And I'm happy to

17   oversee it.

18          But you've got to meet-and-confer.  And if there's

19   principle disagreements, reach out.  And I'll do the best I can

20   to keep the case going.  Is there anything else that you would

21   like to discuss, Mr. Harber, while we're on the phone?

22          MR. HARBER:   Well, just briefly one thing,

23   Your Honor.  And we appreciate the offer to help mediate.  And

24   we certainly would try not to burden the Court with anything

25   that we don't need to.

```
 1              On the documents deadline of tomorrow, I just wanted
 2    to let Your Honor know that the Parties are currently
 3    discussing an extension of that deadline.  And so, we expect
 4    that we will shortly be submitting a Stipulation, once we agree
 5    on the particulars.  But I wouldn't -
 6              THE COURT:   I'm sure a reasonable extension will be
 7    -- request, if it's agreed to -- will be granted.  But -
 8              MR. HARBER:   Okay.
 9              THE COURT:   - thanks for the heads up.
10    Mr. McLennan, anything you want to chat about, while we're all
11    on the phone?
12              MR. MCLENNAN:   I have nothing further to add,
13    Your Honor.  Thank you.
14              THE COURT:   Okay.  Everyone have a good weekend.
15    Thank you for your time.  Take care.
16              MR. HARBER:   Thank you.
17         (Proceedings concluded at 1:44 p.m.)
18
19
20
21
22
23
24
25
```

# C E R T I F I C A T I O N

        I, <u>VICTORIA O'CONNOR</u>, court-approved transcriber,

certify that the foregoing is a correct transcript from the

official electronic sound recording of the proceedings in the

above-entitled matter.

 

_____        October 14, 2023

    Victoria O'Connor, CET                    _____

                                       Date

WORD INDEX

**#**
**118** [1] **9**:9
**11th** [1] **8**:1
**13th** [1] **11**:13

**A**
**able** [1] **7**:20
**about** [9] **4**:12
  **6**:10 **7**:1,5 **8**:16
  **9**:6 **10**:6,24
  **12**:10
**above-entitled**
  [1] **12**:22
**absolutely** [1]
  **3**:10
**acceptable** [1]
  **5**:17
**accused** [2] **9**:10
  **10**:6
**across** [1] **6**:6
**Adam** [4] **1**:18 **2**:6
  **3**:13,14
**add** [4] **5**:9 **8**:1,3
  **12**:12
**added** [1] **5**:3
**additional** [1]
  **5**:9
**advantage** [1]
  **11**:12
**after** [2] **8**:19,20
**afternoon** [1]
  **3**:18
**again** [2] **7**:25
  **9**:3
**against** [1] **7**:2
**agree** [2] **7**:13
  **12**:4
**agreed** [1] **12**:7
**agreements** [1]
  **7**:17
**al** [2] **1**:4,8
**all** [14] **4**:2,3
  **5**:7 **6**:25
  **7**:1,9,9 **8**:2,6,8
  **9**:5,21 **10**:6
  **12**:10
**also** [1] **8**:24

**always** [1] **5**:10
**am** [3] **4**:7 **6**:17
  **11**:6
**amount** [2] **6**:1
  **7**:14
**amounts** [1] **5**:14
**an** [8] **4**:7 **5**:9
  **6**:8 **7**:14 **8**:1,2
  **11**:5 **12**:3
**and** [50]
  **3**:4,8,14,16,19,
  20,21
  **4**:4,18,21,25
  **5**:8,15,22 **6**:5
  **7**:3,4,5,9,19
  **8**:2,6,7,11,15,2
  1
  **9**:5,8,13,17,17,
  23
  **10**:8,9,12,12,12
  ,13,14,14,15,19
  **11**:5,12,16,18,1
  9,23,23 **12**:3
**ani** [2] **4**:6,6
**another** [1] **9**:14
**anticipation** [1]
  **7**:4
**any** [2] **4**:7,12
**anyone** [1] **4**:4
**anything** [6] **4**:12
  **9**:14 **10**:24
  **11**:20,24 **12**:10
**appearances** [1]
  **1**:16
**appearing** [1] **4**:7
**appreciate** [1]
  **11**:23
**appropriate** [1]
  **10**:4
**arbutus** [2] **1**:3
  **6**:11
**are** [13] **3**:20
  **4**:3,20,21,23
  **5**:21,23,25 **7**:19
  **8**:16 **10**:23,23
  **12**:2
**areas** [1] **6**:6
**aren't** [1] **7**:6
**argument** [1] **3**:22

**as** [7] **4**:5,24
  **5**:25 **7**:9,10,15
  **9**:1
**ask** [3] **5**:14,16
  **8**:9
**asked** [1] **4**:18
**asserting** [2]
  **8**:20,23
**assertion** [1]
  **6**:12
**assume** [1] **4**:17
**assure** [1] **7**:24
**at** [3] **5**:17 **8**:5
  **12**:17
**at-issue** [1] **9**:19
**attorney** [1] **4**:7
**available** [3]
  **11**:9,11,16

**B**
**back** [2] **10**:14
  **11**:2
**Bancel** [5] **5**:10
  **6**:5,18,23 **8**:3
**bases** [1] **6**:12
**be** [23] **3**:5,15
  **4**:1,18,25 **5**:3,6
  **7**:7,20,21 **8**:25
  **9**:8,12,18,19
  **10**:4,16,25
  **11**:2,6 **12**:4,6,7
**because** [3] **5**:21
  **6**:4 **9**:13
**been** [2] **5**:8 **6**:10
**before** [2] **1**:13
  **5**:25
**behalf** [2]
  **3**:19,22
**being** [1] **4**:21
**believe** [3] **6**:20
  **8**:6,13
**best** [1] **11**:19
**bet** [1] **6**:25
**big** [1] **11**:5
**Biggers** [1] **5**:13
**biopharma** [1] **1**:3
**bit** [1] **9**:5
**both** [3] **3**:15,16
  **9**:17

Brausa [1] **2**:6
Brian [2] **3**:18,19
briefly [2] **8**:10
  **11**:22
brought [1] **8**:19
burden [1] **11**:24
burdensome [1]
  **9**:11
burning [1] **9**:14
but [16] **3**:10,24
  **4**:7,14 **5**:12,21
  **7**:22 **8**:2,16
  **9**:14,21
  **11**:4,11,18
  **12**:5,7

**C**
call [7]
  **3**:1,3,5,6,7
  **4**:14,18
can [8] **5**:10,19
  **7**:25 **8**:4
  **10**:15,20
  **11**:10,19
capacity [1] **4**:7
card [1] **5**:15
care [1] **12**:15
Carson [1] **3**:20
case [21] **6**:6,13
  **7**:4,15,21
  **8**:10,17,18,19
  **9**:2,9,12,19
  **10**:6
  **11**:5,6,10,12,15
  ,16,20
cases [1] **10**:16
categories [8]
  **9**:7,17,18
  **10**:3,9,11,15,18
cents [1] **4**:24
CEO [2] **5**:3,9
certainly [2]
  **8**:19 **11**:24
certify [1] **12**:20
chat [1] **12**:10
clear [2] **8**:4 **9**:8
clerk [1] **3**:2
collaboration [1]
  **6**:11

come [2] **10**:14
  **11**:2
complaint [1]
  **8**:23
completely [1]
  **7**:13
complex [1] **11**:16
components [1]
  **9**:24
concluded [1]
  **12**:17
conference [1]
  **1**:12
confidential [1]
  **4**:21
confidentiality
  [1] **4**:12
confirm [1] **7**:20
Connolly [2] **1**:24
  **8**:11
constructed [2]
  **9**:25 **10**:3
contracts [1]
  **6**:13
conversation [1]
  **4**:1
corporation [1]
  **1**:3
correct [3] **4**:10
  **6**:19 **12**:20
couching [1] **5**:25
could [1] **4**:18
counsel [3]
  **4**:17,20 **8**:9
course [3]
  **4**:18,25 **7**:22
court [24] **1**:1,14
  **3**:1,3,16,23
  **4**:9,11 **5**:23
  **6**:15,17,23 **7**:24
  **8**:15,22 **9**:1,25
  **10**:3,7,22 **11**:24
  **12**:6,9,14
court-approved
  [1] **12**:19
court's [1] **3**:21
covered [1] **8**:24
covid-19 [1] **8**:20

currently [1]
  **12**:2
custodians [2]
  **5**:3 **7**:15

**D**
date [2] **11**:14
  **12**:23
deadline [3]
  **11**:13 **12**:1,3
debate [1] **5**:13
defendants [1]
  **1**:10
Delaware [2] **1**:2
  **8**:10
delivery [1] **9**:2
deny [1] **8**:3
deputy [1] **3**:2
dialogue [1] **3**:11
did [1] **4**:14
different [1]
  **9**:23
digest [1] **5**:7
digested [1] **7**:7
disagree [2]
  **9**:21,23
disagreements [1]
  **11**:19
disclosures [1]
  **5**:4
discovery [4] **3**:8
  **7**:5,14 **11**:6
discuss [1] **11**:21
discussed [1]
  **6**:11
discussing [1]
  **12**:3
discussion [1]
  **3**:8
discussions [1]
  **6**:8
dispute [7]
  **5**:2,20,25
  **6**:2,4,23 **7**:10
disputes [3] **4**:23
  **7**:6 **11**:7
district [5]
  **1**:1,2,14
  **8**:10,13

**do** [5] **7:**20,23
  **9:**11 **10:**20
  **11:**19
**document** [2] **8:**25
  **11:**13
**documents** [13]
  **5:**21,24 **6:**1
  **7:**9,23 **8:**7,8
  **9:**5,7,9,18 **10:**6
  **12:**1
**doesn't** [3]
  **5:**7,12 **7:**22
**done** [1] **11:**10
**don't** [12] **3:**24
  **4:**11 **5:**24
  **6:**15,23 **7:**6
  **10:**9,10,18
  **11:**1,1,25
**doubt** [1] **6:**17
**DVD** [1] **9:**14

  **E**
**each** [2] **3:**10 **5:**1
**Egan** [2] **3:**18,19
**either** [2]
  **4:**20,20
**electronic** [1]
  **12:**21
**Ellis** [1] **3:**21
**else** [3] **6:**9
  **10:**24 **11:**20
**emails** [1] **7:**19
**Emily** [1] **2:**25
**enormous** [2] **5:**13
  **7:**14
**eric** [1] **2:**9
**ESI** [2] **7:**16,21
**esquire** [18]
  **1:**17,18,19,20,2
  1,22,23
  **2:**5,6,7,8,9,10,
  11,22,23,24,25
**et** [2] **1:**4,8
**even** [3] **4:**15
  **5:**24,25
**everyone** [2] **11:**4
  **12:**14
**everyone's** [1]
  **3:**9

**example** [1] **9:**22
**expect** [1] **12:**3
**explain** [1] **10:**15
**extension** [2]
  **12:**3,6
**extensively** [1]
  **6:**5

  **F**
**fact** [1] **7:**20
**fashion** [1] **11:**10
**first** [1] **5:**2
**fletcher** [1] **1:**23
**focused** [2]
  **11:**12,15
**for** [11] **1:**17
  **3:**11,15,16 **4:**7
  **9:**9,21 **10:**14
  **11:**9 **12:**9,15
**foregoing** [1]
  **12:**20
**fought** [1] **7:**7
**four** [1] **8:**15
**francisco** [1]
  **2:**14
**frankly** [1] **6:**5
**from** [15]
  **3:**3,5,5,10,14,1
  9,20 **4:**14,20,25
  **5:**3,8 **6:**4 **7:**15
  **12:**20
**front** [1] **8:**11
**further** [1] **12:**12

  **G**
**Genevant** [1] **3:**14
**get** [13] **3:**8,24
  **4:**2,14,19,25
  **5:**8,13 **6:**2,25
  **7:**8,14 **11:**10
**getting** [1] **8:**1
**give** [3] **4:**24
  **5:**10 **8:**15
**giving** [2] **9:**6
  **10:**18
**go** [1] **3:**4
**going** [23] **3:**11
  **4:**11,12,24
  **5:**7,13,24

**6:**1,24,25
  **7:**3,4,5,14
  **8:**2,3,9 **10:**17
  **11:**2,2,8,8,20
**Goldberg** [2] **1:**13
  **11:**1
**good** [4] **3:**13,18
  **11:**10 **12:**14
**got** [3] **7:**23 **8:**22
  **11:**18
**government** [3]
  **6:**13,14 **7:**17
**granted** [1] **12:**7
**great** [1] **10:**22

  **H**
**had** [4] **3:**3,4
  **6:**8,14
**handle** [1] **3:**22
**happy** [6] **3:**8,23
  **7:**22 **10:**23
  **11:**6,16
**Harber** [25] **1:**18
  **3:**13,14 **5:**16,18
  **6:**3,16,20,22
  **7:**8,24
  **8:**9,13,18,23
  **9:**4,8
  **10:**2,5,16,20
  **11:**21,22
  **12:**8,16
**has** [1] **8:**19
**haunt** [1] **11:**3
**have** [21] **3:**11
  **5:**4,8,12,24
  **6:**4,10 **7:**5,20
  **9:**3,6,8,16,17,2
  5 **10:**3,5,5,13
  **12:**12,14
**having** [1] **7:**15
**he** [5] **4:**18
  **6:**8,10,13,16
**heads** [1] **12:**9
**hear** [1] **7:**8
**hearing** [1] **1:**12
**heat** [1] **7:**4
**help** [1] **11:**23
**here** [4] **7:**12
  **9:**20 **11:**4,15

he's [1] 7:9
hi [1] 3:18
himself [1] 4:17
his [1] 6:18
hit [1] 10:10
hold [1] 5:15
honor [14]
   3:13,18 5:18,19
   6:3,19,20
   7:12,13 8:14
   10:21 11:23
   12:2,13
honorable [1]
   1:13
how [2] 4:24 5:19

                I
identified [5]
   4:17 5:4,8 7:15
   9:18
identify [1] 4:5
if [13] 4:18,19
   5:8,16,17,18
   6:25,25 7:21,25
   10:13 11:18
   12:7
I'll [5] 3:15
   4:25 8:2 10:13
   11:19
I'm [26] 3:8,23
   4:7,15,24
   6:24,24 7:2,2,5
   8:2,3,9
   10:8,16,23
   11:4,8,11,11,12
   ,15,15,15,16
   12:6
important [2]
   6:24 11:6
impression [1]
   10:8
in [27] 4:7
   5:4,15
   6:3,6,6,12
   7:9,14,20
   8:8,10,11,11,13
   ,17,18,23
   9:9,12,17,19,19

10:6,16 11:10
   12:21
including [2]
   7:16,17
index [1] 12:24
information [6]
   5:5,7,14 6:4,24
   7:1
infringement [1]
   6:12
infringes [1]
   8:21
initial [1] 5:4
input [2] 4:25
   5:6
insisting [1]
   5:23
instead [1] 5:20
interrupt [1]
   10:1
intimately [1]
   7:18
into [3] 4:19,19
   8:2
inventor [1] 6:8
involve [2]
   9:13,13
involved [2] 6:5
   7:18
involves [1] 5:2
is [35] 3:13,19
   4:4,6,19
   6:2,11,18,24
   7:4,4
   8:6,10,12,12,18
   9:2,5,5,9,12,22
   10:5,8,15,19
   11:2,5,5,11,13,
   14,14,20 12:20
issue [1] 8:6
issues [3] 7:16
   8:17,18
it [19] 4:2
   5:12,15,23,25
   6:2,4,17
   7:7,10,22
   8:5,12,22
   9:5,13,13,15
   11:17

it'll [1] 8:4
it's [14] 3:7
   4:17 5:9,16 6:3
   7:3,13
   8:11,13,16 9:1
   11:2,16 12:7
I've [1] 4:23

                J
joining [1] 3:20
judge [5] 1:14
   3:2 4:6 8:11
   11:1
judges [1] 10:25
just [17] 3:4,10
   4:14,17,21
   5:14,15 6:24
   7:2 8:10,15
   9:3,12,14 10:10
   11:22 12:1

                K
keep [1] 11:20
key [1] 6:6
Kirkland [1] 3:21
know [8] 3:7
   4:14,22 5:24
   8:16 11:13,16
   12:2

                L
language [1] 8:7
later [3] 5:11,20
   8:5
lawsuit [1] 8:19
lawyer [3] 3:10
   4:4 5:1
lawyers [4]
   3:7,25 4:2,14
least [1] 9:11
lee [1] 2:7
legal [2] 13:1,4
let [3] 4:22 5:16
   12:2
let's [1] 3:4
letter [1] 9:17
licensing [2]
   6:10 7:17

**like** [2] **9**:24
  **11**:21
**lipid** [1] **9**:24
**listen** [1] **10**:22
**literally** [1]
  **9**:14
**litigation** [3]
  **4**:5 **8**:8,12
**live** [1] **5**:19
**looked** [1] **4**:23
**lot** [3] **3**:25 **7**:5
  **9**:5

**M**

**magistrate** [1]
  **11**:9
**make** [5] **5**:12
  **7**:22 **10**:9,12
  **11**:9
**making** [1] **5**:23
**mark** [3] **3**:20
  **6**:19 **7**:12
**market** [1] **2**:13
**Massachusetts** [1]
  **8**:14
**matter** [1] **12**:22
**may** [1] **5**:4
**McLaughlin** [1]
  **6**:9
**McLennan** [9]
  **3**:20,22,23
  **6**:19,21 **7**:12,12
  **12**:10,12
**me** [6] **3**:20 **4**:22
  **5**:12,16 **8**:15
  **10**:15
**mean** [5] **6**:15,23
  **7**:3 **9**:5,23
**media** [2] **13**:1,4
**mediate** [2] **10**:14
  **11**:23
**mediator** [1] **11**:6
**medical** [2]
  **13**:1,4
**meet-and-confer**
  [1] **11**:18
**member** [1] **4**:15
**might** [3] **7**:9,10
  **9**:18

**mitch** [1] **11**:2
**modern** [1] **8**:8
**Moderna** [9] **1**:8
  **3**:17,19,22 **5**:9
  **6**:14 **8**:19
  **9**:6,16
**Moderna's** [5] **5**:3
  **7**:11 **8**:21,24,25
**morning** [1] **3**:13
**Morris** [1] **3**:19
**Morrison** [1] **2**:12
**most** [4] **6**:25
  **7**:15,18,20
**Mr.** [33] **3**:22,23
  **4**:10 **5**:16,18
  **6**:3,5,9,16,20,2
  1,22,23
  **7**:8,12,24
  **8**:3,9,13,18,23
  **9**:4,8
  **10**:2,5,16,20
  **11**:21,22
  **12**:8,10,12,16
**much** [1] **5**:12
**my** [7] **4**:24
  **5**:6,10 **7**:3
  **10**:8,23 **11**:12
**myself** [1] **11**:9

**N**

**name** [2] **3**:9 **6**:18
**nanoparticles** [1]
  **9**:24
**necessary** [2]
  **3**:25 **5**:16
**need** [4] **5**:9 **7**:6
  **8**:1 **11**:25
**negotiate** [1]
  **9**:16
**new** [1] **8**:11
**next** [1] **8**:6
**Nichols** [1] **3**:19
**no** [2] **6**:9 **8**:11
**not** [13]
  **4**:4,7,9,15
  **6**:25,25
  **7**:2,21,25
  **11**:8,8,11,24
**nothing** [1] **12**:12

**now** [5] **5**:20 **7**:10
  **8**:3 **9**:11 **11**:12
**number** [3] **5**:21
  **6**:6 **8**:21

**O**

**obviously** [2]
  **5**:18 **9**:11
**of** [49] **1**:2,12
  **3**:1,19,22,24,25
  **4**:3,5,9,16,18,1
  8,21,25
  **5**:7,14,20,21
  **6**:1,5,6,8,9,11,
  12,12,12,24,25
  **7**:14,21
  **8**:7,10,11,13,21
  ,25
  **9**:7,18,21,22,23
  **10**:6,10 **11**:12
  **12**:1,3,21
**offer** [1] **11**:23
**official** [1]
  **12**:21
**oh** [1] **8**:15
**okay** [13]
  **3**:3,16,23 **4**:11
  **7**:24 **8**:15 **9**:2
  **10**:2,7,19,22
  **12**:8,14
**on** [27]
  **3**:4,5,7,9,16,19
  ,22,24,25 **4**:2,4
  **5**:15,23 **7**:16,17
  **8**:16 **9**:15
  **10**:17,23
  **11**:4,6,12,15,21
  **12**:1,5,11
**once** [2] **7**:19
  **12**:4
**one** [6] **3**:10 **4**:9
  **6**:5,9,12 **11**:22
**only** [1] **10**:23
**opposed** [1] **9**:2
**or** [3] **4**:13,21
  **8**:1
**order** [2] **3**:1 **8**:3
**other** [1] **10**:25

our [4] 4:1
  6:3,12 8:19
out [4] 5:15 7:21
  10:12 11:19
over [3] 4:23
  5:13 7:7
overbroad [1] 9:6
overlap [2]
  10:8,16
oversee [1] 11:17
own [1] 8:21

**P**
Padil [3]
  4:6,6,10
palmer [1] 1:20
part [3] 4:5,18
  6:24
particulars [1]
  12:5
parties [3] 4:8,9
  12:2
party [1] 4:20
patent [2] 6:9
  7:17
patents [3]
  8:21,24 9:22
patient [1] 3:20
people [1] 7:18
permission [1]
  3:21
person [1] 8:1
personally [2]
  6:8,13
Pfizer [2] 8:8,20
Pfizer's [1] 8:20
Philip [1] 1:21
phone [9] 1:12
  3:4,24,25 4:2,4
  11:4,21 12:11
phonetic [1] 4:6
plaintiff [4]
  5:3,7,14 8:6
plaintiffs [8]
  1:5,17
  3:12,15,16 7:16
  8:4 9:4
plaintiffs' [1]
  8:9

plate [1] 10:23
please [1] 4:5
pocket [1] 5:15
position [2]
  7:11,11
possible [1]
  10:16
predecessor [1]
  6:11
prejudice [1] 8:4
premature [1]
  7:13
present [1] 6:10
presumably [1]
  8:24
pretty [1] 3:7
principle [1]
  11:19
pro [2] 2:3,15
probably [2]
  10:13 11:8
proceeding [1]
  4:19
proceedings [2]
  12:17,21
produced [2]
  9:9,12
production [2]
  8:25 9:15
products [3] 8:24
  9:10 10:6
pronounced [1]
  5:10
public [3] 3:5
  4:16,19
put [2] 5:15 8:2

**R**
raise [2] 5:20
  7:25
raising [1] 7:1
ranging [1] 6:6
reach [1] 11:19
reaction [1]
  10:19
really [1] 8:10
reasonable [2]
  10:15 12:6
receive [1] 7:19

record [2] 3:9
  4:3
recording [1]
  12:21
redundant [1] 7:1
refer [1] 11:8
regarding [1]
  9:16
relate [1] 9:23
relating [1] 9:9
relevant [3]
  7:16,21 9:20
reported [1] 6:10
represent [1]
  3:14
reproduce [1]
  9:12
request [7] 5:2
  8:3 9:8,9
  10:13,14 12:7
requested [1]
  10:5
requesting [1]
  9:5
require [1] 4:12
reraise [1] 8:5
resolved [1] 4:25
respect [1] 10:25
restructure [1]
  10:13
reviewed [1] 6:1
revisit [1] 5:10
right [2] 6:18
  9:1
ripe [1] 7:6
roger [1] 2:24
roster [1] 3:24
rules [1] 5:19
ruling [1] 7:2

**S**
said [2] 4:15,18
satisfied [1]
  7:25
say [6] 8:4
  9:4,22 11:1,1,1
saying [4]
  6:17,24 7:8
  11:11

**sealed** [1] **4**:21
**sealing** [1] **4**:13
**search** [1] **9**:13
**see** [5] **3**:4 **7**:3
  **10**:14,19 **11**:9
**sense** [2] **5**:12
  **7**:22
**sensitive** [1]
  **4**:21
**sentences** [1]
  **8**:16
**services** [2]
  **13**:1,4
**set** [1] **7**:6
**shorter** [1] **4**:1
**shortly** [1] **12**:4
**should** [2] **4**:25
  **7**:3
**side** [1] **3**:10
**signed** [1] **6**:13
**so** [22] **3**:11
  **4**:2,11,14,23
  **5**:14,16,24 **6**:20
  **7**:2,8 **8**:9,18
  **9**:1,3,21
  **10**:8,18,22
  **11**:11,15 **12**:3
**some** [3] **9**:23
  **10**:9,9
**someone** [2] **3**:5
  **4**:15
**sorry** [1] **9**:25
**sound** [1] **12**:21
**speak** [3] **3**:11
  **7**:22 **9**:6
**speaking** [1] **3**:15
**start** [2] **7**:4
  **10**:18
**states** [2] **1**:1,14
**stipulation** [1]
  **12**:4
**straightforward**
  [1] **3**:8
**street** [1] **2**:13
**subject** [2] **5**:6
  **8**:25
**submitting** [1]
  **12**:4

**substitute** [1]
  **8**:1
**such** [1] **8**:4
**suggest** [3] **5**:19
  **9**:3 **10**:9
**suggested** [1]
  **10**:4
**suggesting** [1]
  **7**:2
**suggestion** [2]
  **5**:6 **9**:3
**suggests** [1] **6**:4
**suit** [1] **6**:9
**support** [1] **10**:17
**sure** [4] **3**:23
  **4**:15 **7**:19 **12**:6
**surely** [1] **10**:7
**systems-based** [1]
  **9**:2

**T**
**table** [1] **5**:16
**take** [3] **4**:2
  **11**:12 **12**:15
**talk** [3] **4**:12 **7**:5
  **10**:24
**tan** [1] **2**:8
**technology** [1]
  **9**:22
**telling** [1] **11**:4
**than** [1] **4**:1
**thank** [4] **10**:20
  **12**:13,15,16
**thanks** [1] **12**:9
**that** [60] **4**:15,20
  **5**:3,8,11,13,14,
  15,19,20
  **6**:4,11,13,17,23
  ,25
  **7**:1,6,6,9,13,15
  ,16,19,20,21,23
  ,24,25
  **8**:4,7,10,17,18,
  18,19,20,23,23
  **9**:4,9,12,19,22
  **10**:3,7,14,17,20
  ,23,25
  **11**:1,9,13,20,25
  **12**:2,3,4,20

**that's** [8] **3**:24
  **4**:10,12 **5**:17,18
  **6**:19 **10**:2,8
**their** [3] **9**:17,19
  **10**:19
**them** [9] **7**:18,22
  **9**:7,21,23
  **10**:10,10,12,18
**then** [4] **4**:25
  **5**:8,15 **10**:19
**there** [8] **4**:4
  **5**:21 **8**:7
  **10**:7,8,15,25
  **11**:20
**there's** [4]
  **3**:7,25 **5**:9
  **11**:18
**they** [8] **4**:15,24
  **7**:19,20 **8**:7
  **9**:17,18,22
**they'll** [1] **7**:20
**they're** [1] **7**:14
**they've** [2]
  **7**:15,23
**thing** [2] **9**:11
  **11**:22
**things** [2] **4**:20
  **10**:23
**think** [21]
  **3**:3,5,24
  **4**:1,11,23,24
  **5**:9,16,21 **7**:13
  **8**:7,16
  **9**:4,17,18
  **10**:7,9,22,25
  **11**:13
**thinks** [1] **4**:20
**this** [20] **3**:13,18
  **4**:5,6,19 **5**:17
  **6**:6,13 **7**:14,25
  **8**:2 **9**:2 **10**:6,14
  **11**:1,2,5,5,10,1
  2
**those** [4] **7**:19
  **9**:21,22 **10**:22
**through** [2] **3**:4
  **10**:10
**tightened** [1]
  **10**:12

time [6] 4:2 5:17
  6:7 8:5 11:12
  12:15
to [76]
  3:1,5,8,11,11,2
  3
  4:2,11,12,24,24
  5:3,6,7,9,12,12
  ,13,17,20,24
  6:1,10,24,25
  7:3,4,4,5,5,6,7
  ,14,20,21,22,22
  8:1,2,3,3,9
  9:2,4,6,8,9,11,
  12,16,23,25
  10:13,15,17,23
  11:2,2,2,6,8,8,
  8,9,11,16,18,20
  ,21,23,24,25
  12:2,7,10,12
today [1] 3:20
today's [1] 11:14
tomorrow [2]
  11:14 12:1
tone [1] 7:6
topics [1] 7:1
touched [1] 7:16
transcriber [1]
  12:19
transcript [2]
  1:12 12:20
tried [2] 9:6,16
truckload [1]
  10:10
try [2] 11:11,24
trying [2] 5:20
  7:6
turns [1] 7:21
two [4] 4:24 7:18
  10:16,23

**U**
understand [4]
  5:2 7:10 11:5,5
united [2] 1:1,14
until [2] 7:7,23
up [2] 7:4 12:9
us [1] 9:18
use [1] 8:7

**V**
vaccine [3] 8:20
  9:1,1
vice [2] 2:3,15
view [2] 6:3 9:19
voluminous [2]
  5:21 6:1

**W**
wade [1] 4:19
wait [1] 7:3
want [2] 3:10
  12:10
wanted [2] 3:5
  12:1
wants [1] 8:6
was [2] 6:5,10
washington [1]
  2:2
we [26] 3:3,4
  4:14,19
  5:10,19,20,21
  6:4 7:10,13,19
  9:8,16,21,23
  10:5,5,20
  11:10,23,24,25
  12:3,4,4
weekend [1] 12:14
well [8] 3:4
  5:18,23 6:3
  7:9,10 10:7
  11:22
well-thought [1]
  10:12
were [3] 4:15
  5:20 7:18
we're [5] 4:11
  7:4,21 11:21
  12:10
what [8] 4:23
  5:24 7:8
  8:16,16 10:5,19
  11:11
whatever [1] 9:12
what's [2] 7:11
  11:14
when [1] 5:13
where [2] 8:12,12

wherein [1] 6:9
which [7] 6:9
  8:24 9:2,19
  11:2,13,14
while [2] 11:21
  12:10
who [4] 4:15,17
  5:4 7:18
who's [5]
  3:4,11,16,24
  4:4
why [7] 5:6,23,25
  6:2 10:9,15,18
wiener [1] 2:9
will [6] 3:22 4:1
  11:9 12:4,6,7
willful [1] 6:12
williams [2] 1:24
  3:14
with [21] 3:11,21
  4:9 5:19
  6:8,11,14
  7:5,13,18,22
  9:6,14,16,18,21
  ,24 10:8,10,18
  11:24
without [1] 8:4
witnesses [1] 6:6
word [2] 5:10
  12:24
worthy [1] 4:21
would [13] 4:2
  5:6,14,19 8:24
  9:3,12
  10:4,16,25
  11:1,20,24
wouldn't [4]
  9:13,13,19 12:5

**Y**
yes [5] 3:2 4:19
  6:21,22 10:20
York [1] 8:11
you [31] 4:2,24
  5:10,16,17,23,2
  4,25
  7:2,3,9,9,24,24
  8:1 9:6,25
  10:3,8,9,15,17,

```
     18,20 11:3,9,20
     12:10,13,15,16
your [19] 3:13,18
     5:15,18,19
     6:3,19,20
     7:10,12,13 8:14
     10:13,14,21
     11:23
     12:2,13,15
you're [10] 4:9
     5:7,13,24
     6:1,25
     7:1,8,25,25
yourself [1] 4:5
you've [4] 5:25
     7:7 10:4 11:18
```