IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>) |

## AMENDED RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Arbutus Biopharma Corp. hereby states that it has no parent corporation. Roivant Sciences Ltd., a publicly-held company, owns 10% or more of the stock of Arbutus Biopharma Corp.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Genevant Sciences GmbH hereby states that its ultimate corporate parent is Roivant Sciences Ltd. and that Roivant Sciences Ltd. and Plaintiff Arbutus Biopharma Corp. are publicly held companies that own more than 10% of a parent corporation of Genevant.

| | |
|---|---|
| | /s/ Nathan R. Hoeschen |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| David I. Berl | Karen E. Keller (No. 4489) |
| Adam D. Harber | Nathan R. Hoeschen (No. 6232) |
| Thomas S. Fletcher | Emily S. DiBenedetto (No. 6779) |
| Shaun P. Mahaffy | SHAW KELLER LLP |
| Jessica Palmer Ryen | I.M. Pei Building |
| Anthony H. Sheh | 1105 North Market Street, 12th Floor |
| Jihad J. Komis | Wilmington, DE 19801 |
| Philip N. Haunschild | (302) 298-0700 |
| WILLIAMS & CONNOLLY LLP | jshaw@shawkeller.com |
| 680 Maine Avenue S.W. | kkeller@shawkeller.com |
| Washington, DC 20024 | nhoeschen@shawkeller.com |
| (202) 434-5000 | edibenedetto@shawkeller.com |
| *Attorneys for Plaintiff Genevant Sciences GmbH* | *Attorneys for Plaintiffs* |

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: October 16, 2023