IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252-MSG ) ) ) ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Falicia Elenberg of Williams & Connolly LLP, 680 Maine Avenue SW Washington, DC 20024, to represent Plaintiff Genevant Sciences GmbH in this matter.

| | |
|---|---|
| OF COUNSEL: <br> David I. Berl <br> Adam D. Harber <br> Thomas S. Fletcher <br> Jessica Palmer Ryen <br> Shaun P. Mahaffy <br> Jihad J. Komis <br> Anthony H. Sheh <br> Matthew W. Lachman <br> Philip N. Haunschild <br> Falicia Elenberg <br> WILLIAMS & CONNOLLY LLP <br> 680 Maine Avenue S.W. <br> Washington, DC 20024 <br> (202) 434-5000 <br> *Attorneys for Plaintiff Genevant Sciences GmbH* | */s/ Nathan R. Hoeschen* <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> Emily S. DiBenedetto (No. 6779) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> edibenedetto@shawkeller.com <br> *Attorneys for Plaintiffs* |

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200
David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

 Dated: December 15, 2023

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Falicia Elenberg is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: 12/14/2023

*F. Elenberg*
Falicia Elenberg
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
202-434-5989
felenberg@wc.com