IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252- MSG ) |
| MODERNA, INC. and MODERNATX, INC. | ) ) |
| Defendants. | ) ) |

**STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines are extended as follows:

| EVENT | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Submission of Joint Claim Construction Brief | December 18, 2023 | December 20, 2023 |
| Submission of Technology Tutorials | December 18, 2023 | January 19, 2024 |
| Submission of Defendants' Response to Plaintiffs' Discovery Dispute Letter (D.I. 161) | December 26, 2023 | January 5, 2024 |

No other deadlines set forth in the Scheduling Order (D.I. 72), as amended (D.I. 109; D.I. 158), are altered by way of this Stipulation.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Brian P. Egan* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

Dated: December 18, 2023

        **SO ORDERED** this ___ day of _____ 2023.

                                    UNITED STATES DISTRICT JUDGE