# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | : <br> : <br> :    CIVIL ACTION |
| Plaintiffs, | : <br> : |
| v. | : <br> :    NO. 22-252 |
| MODERNA, INC. and MODERNATX, INC., | : |

## ORDER

**AND NOW**, this 20th day of December, 2023, it is hereby **ORDERED** that the Claim Construction Hearing in the above matter scheduled for February 7, 2024 is **RESCHEDULED** for **Wednesday, February 21, 2024 at 10:00 a.m. in Courtroom 17-A, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.**

                                  BY THE COURT:

                                  */s/ Mitchell S. Goldberg*
                                  **MITCHELL S. GOLDBERG, J.**