

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

December 20, 2023

**BY CM/ECF & FedEx:**
The Honorable Mitchell S. Goldberg
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 17614
601 Market Street, Philadelphia, PA 19106-1797

Re:   *Arbutus Biopharma Corporation, et. al. v. Moderna, Inc., et. al.* C.A. No. 22-252-MSG

Dear Judge Goldberg:

Pursuant to Paragraph 13 of the Scheduling Order (D.I. 72), as amended (D.I. 109, D.I. 158, 167), the parties submit this joint letter regarding the claim construction hearing scheduled for February 21, 2024, at 10 a.m.

The parties respectfully request 3.5 hours to be allocated for the hearing, with the time split equally between the parties. Neither party requests leave to present testimony at the hearing.

Regarding the rescheduled claim construction hearing date of February 21, 2024, however, the parties respectfully notify the Court that each party has identified scheduling conflicts. The parties intend to meet and confer, and will contact the Court for further guidance.

> Respectfully submitted,
>
> *Nathan R. Hoeschen*
>
> Nathan R. Hoeschen (No. 6232)

cc:   Clerk of the Court (by CM/ECF)
      All counsel of record (by CM/ECF & Email)