IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252 (MSG) ) |
| MODERNA, INC. and MODERNATX, INC. | ) ) ) |
| Defendants. | ) |

# ORDER

The Court, having considered Moderna's Motion to Seal (the "Motion"), IT IS HEREBY ORDERED this 21 day of December, 2023 that the Motion is GRANTED.

Leave is given for Moderna to file Plaintiffs' Letter Brief (D.I. 161) and Exhibits 1, 2, 4-8, 10, and 11 thereto in redacted form.

/s/ Mitchell S. Goldberg
United States District Judge