IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252 (MSG) ) |
| MODERNA, INC. and MODERNATX, INC. | ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION AND [PROPOSED] ORDER TO SEAL PORTIONS OF THE JOINT CLAIM CONSTRUCTION BRIEF AND THE JOINT CLAIM CONSTRUCTION APPENDIX**

Pursuant to the Protective Order (D.I. 91) as modified by the Court's November 14, 2023 Order (D.I. 155), Defendants Moderna, Inc. and ModernaTX, Inc. ("Moderna") respectfully move this Court for an order granting leave to file partially redacted versions of the following documents:

- Joint Claim Construction Brief (D.I. 170) (sealed);
- Exhibit 77 in the Joint Claim Construction Appendix (D.I. 171) (sealed); and
- Exhibit 81 in the Joint Claim Construction Appendix (D.I. 171) (sealed)

(collectively, the "Confidential Materials").

Moderna's motion and supporting papers redact for Moderna's confidential information. The Confidential Materials either include, or reference and/or quote, Moderna's sensitive and confidential information. The grounds for the motion are set forth in Moderna's brief in support of this motion, as well as the declaration of Peter Wojciechowski filed herewith. Redacted versions of the exhibits will be filed separately on the docket.

WHEREFORE, Moderna respectfully requests that the Court grant Moderna's motion and enter the enclosed order permitting Moderna to file redacted versions of the above documents.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Patricia A. Carson, Ph.D.<br>Jeanna M. Wacker, P.C.<br>Mark C. McLennan<br>Yan-Xin Li<br>Caitlin Dean<br>Nancy Kaye Horstman<br>Shaoyao Yu<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>(212) 446-4800<br><br>Alina Afinogenova<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA  02116<br>(617) 385-7500<br><br><br>December 26, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Travis J. Murray*<br><br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants* |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252 (MSG) ) |
| MODERNA, INC. and MODERNATX, INC. | ) ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

The Court, having considered Moderna's Motion to Seal (the "Motion"), IT IS HEREBY ORDERED this ___ day of _____, 2023 that the Motion is GRANTED.

Leave is given for Moderna to file the following documents in redacted form:

- Joint Claim Construction Brief (D.I. 170) (sealed);

- Exhibit 77 in the Joint Claim Construction Appendix (D.I. 171) (sealed); and

- Exhibit 81 in the Joint Claim Construction Appendix (D.I. 171) (sealed).

_____
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 26, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      I further certify that I caused copies of the foregoing document to be served on December 26, 2023, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Adam R. Brausa, Esquire<br>Eric C. Wiener, Esquire<br>Annie A. Lee, Esquire<br>Shaelyn K. Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017-3543<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |

David N. Tan, EsquireVIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

David I. Berl, EsquireVIA ELECTRONIC MAIL
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Jessica Palmer Ryen, Esquire
Shaun P. Mahaffy, Esquire
Anthony H. Sheh, Esquire
Philip N. Haunschild, Esquire
Jihad J. Komis, Esquire
Matthew W. Lachman, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

*/s/ Travis J. Murray*

Travis J. Murray (#6882)

2