# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | : : : | |
| Plaintiffs, | : : : | CIVIL ACTION |
| v. | : : | |
| MODERNA, INC. and MODERNATX, INC., | : : | NO. 22-252 |

## ORDER

**AND NOW**, this 27th day of December, 2023, it is hereby **ORDERED** that the Claim Construction Hearing in the above matter scheduled for February 21, 2024 is **RESCHEDULED** for **Thursday, February 8, 2024 at 11:00 a.m. in Courtroom 17-A, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.**

                    BY THE COURT:

                    */s/ Mitchell S. Goldberg*
                    **MITCHELL S. GOLDBERG, J.**