IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | : : : | |
| Plaintiffs, | : : : | CIVIL ACTION |
| v. | : : | NO. 22-252 |
| MODERNA, INC. and MODERNATX, INC., | : | |

## ORDER

**AND NOW**, this 2nd day of January, 2024, upon consideration of Moderna, Inc. and ModernaTx, Inc.'s (collectively "Moderna") Motion to Seal (D.I. 175), it is hereby **ORDERED** that the Motion is **GRANTED** and leave is given for Modern to file the following documents in redacted form:

1. Joint Claim Construction Brief (D.I. 170) (sealed);

2. Exhibit 77 in the Joint Claim Construction Appendix (D.I. 171) (sealed); and

3. Exhibit 81 in the Joint Claim Construction Appendix (D.I. 171) (sealed).

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**