IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252-MSG ) |
| MODERNA, INC. and MODERNATX, INC., | ) REDACTED - PUBLIC VERSION ) |
| Defendants. | ) ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Counterclaim-Plaintiffs, | ) ) |
| v. | ) ) |
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Counterclaim-Defendants. | ) |

**JOINT APPENDIX TO CLAIM CONSTRUCTION BRIEF**

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Plaintiffs*

Jack B. Blumenfeld (No. 1014)
Brian P. Egan (No. 6227)
Travis J. Murray (No. 6882)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

Patricia A. Carson
Jeanna M. Wacker
Mark C. McLennan
Nancy Kaye Horstman
Caitlin Dean
Shaoyao Yu
KIRKLAND & ELLIS LLP

David I. Berl
Adam D. Harber
Thomas S. Fletcher
Shaun P. Mahaffy
Jessica Palmer Ryen
Anthony H. Sheh
Jihad J. Komis
Philip N. Haunschild
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

*Attorneys for Plaintiff Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500

*Attorneys for Plaintiff Arbutus Biopharma Corporation*

601 Lexington Avenue
New York, NY 10022
(212) 446-4679

Alina Afinogenova
KIRKLAND & ELLIS LLP
200 Clarendon Street 47th Floor
Boston, MA 0211
(617) 385 -7500

Yan-Xin Li
KIRKLAND & ELLIS LLP
555 California Street 27th Floor
San Francisco, CA 94104
(415) 439-1400

*Attorneys for Defendants*

2

**JOINT APPENDIX TABLE OF CONTENTS**

| J.A. # | Reference | Page Range (JA00) |
|---|---|---|
| 1 | U.S. Patent No. 8,058,069 ("the '069 patent") | JA001 - JA0073 |
| 2 | U.S. Patent No. 8,492,359 ("the '359 patent") | JA0074 - JA00147 |
| 3 | U.S. Patent No. 8,822,668 ("the '668 patent") | JA00148 - JA00222 |
| 4 | U.S. Patent No. 9,364,435 ("the '435 patent") | JA00223 - JA00296 |
| 5 | U.S. Patent No. 9,504,651 ("the '651 patent") | JA00297 - JA00326 |
| 6 | U.S. Patent No. 11,141,378 ("the '378 patent") | JA00327 - JA00403 |
| 7 | Declaration of Professor David H. Thompson Ph.D. Regarding Claim Construction | JA00404 - JA00479 |
| 8 | '069 Patent File History, Jan. 31, 2011 Reply to Office Action | JA00480 - JA00491 |
| 9 | '069 Patent File History, May 12, 2011 Non-Final Rejection | JA00492 - JA00507 |
| 10 | '069 Patent File History, Aug. 11, 2011 Response | JA00508 - JA00518 |
| 11 | '069 Patent File History, Sept. 12, 2011 Notice of Allowance | JA00519 - JA00525 |
| 12 | '378 Patent File History, Apr. 14, 2021 Claims (excerpt) | JA00526 - JA00530 |
| 13 | '378 Patent File History, June 14, 2021 Non-Final Rejection | JA00531 - JA00544 |
| 14 | '378 Patent File History, Aug. 20, 2021 Response | JA00545 - JA00556 |
| 15 | '651 Patent File History, Aug. 14, 2014 Non-Final Rejection | JA00557 - JA00568 |
| 16 | '651 Patent File History, Oct. 22, 2014 Response & Declaration | JA00569 - JA00595 |
| 17 | '651 Patent File History, Jan. 5, 2015 Third Party Submission | JA00596 - JA00600 |

| J.A. # | Reference | Page Range (JA00) |
|---|---|---|
| 18 | '651 Patent File History, Feb. 13, 2015 Non-Final Rejection | JA00601 - JA00616 |
| 19 | '651 Patent File History, May 12, 2015 Response & Declaration | JA00617 - JA00632 |
| 20 | '651 Patent File History, June 19, 2015 Final Rejection | JA00633 - JA00651 |
| 21 | '651 Patent File History, Aug. 18, 2015 Response | JA00652 - JA00663 |
| 22 | '651 Patent File History, Oct. 9, 2015 Non-Final Rejection | JA00664 - JA00673 |
| 23 | '651 Patent File History, Dec. 14, 2015 Response & Declaration | JA00674 - JA00685 |
| 24 | '651 Patent File History, Apr. 15, 2016 Rejection | JA00686 - JA00696 |
| 25 | '651 Patent File History, May 19, 2016 Response & Declaration | JA00697 - JA00708 |
| 26 | '651 Patent File History, Oct. 3, 2016 Rejection | JA00709 - JA00717 |
| 27 | '651 Patent File History, Oct. 19, 2016 Notice of Allowance ("NOA") | JA00718 - JA00724 |
| 28 | '435 Patent Final Written Decision, IPR2018-00739, Paper No. 51 (P.T.A.B. Sept. 11, 2019) | JA00725 - JA00776 |
| 29 | Declaration of David H. Thompson, Ph.D., IPR2018-00739, Exhibit No. 2009 ("Thompson '435 IPR Decl.") | JA00777 - JA00864 |
| 30 | Moderna Initial Invalidity Contentions (May 19, 2023) (excerpt) ("Invalidity Contentions") [Moderna Confidential Information Redacted] | JA00865 - JA00869 |
| 31 | I. MacLachlan, *Liposomal Formulations for Nucleic Acid Delivery*, Antisense Drug Techs. (2d ed. 2007) ("MacLachlan 2007") | JA00870 - JA00903 |
| 32 | U.S. Patent No. 5,830,430 ("Unger") | JA00904 - JA00942 |
| 33 | E. Check, *RNA to the rescue?*, Nature, vol. 425, pp. 10-12 (2003) ("Check 2003") | JA00943 - JA00945 |
| 34 | B. Sternberg et al., *New structures in complex formation between DNA and cationic liposomes visualized by freeze-fracture electron microscopy*, FEBS Letters, vol. 356, pp. 361-66 (1994) ("Sternberg 1994") | JA00946 - JA00951 |

| J.A. # | Reference | Page Range (JA00) |
|---|---|---|
| 35 | E. Samaridou et al., *Lipid nanoparticles for nucleic acid delivery: Current perspectives*, Advanced Drug Delivery Reviews, vols. 154-55, pp. 37-63 (2020) ("Samaridou 2020") | JA00952 - JA00978 |
| 36 | J. A. Kulkarni et al., *On the Formation and Morphology of Lipid Nanoparticles Containing Ionizable Cationic Lipids and siRNA*, ACS Nano, vol. 12, pp. 4787-95 (2018) ("Kulkarni 2018") | JA00979 - JA00987 |
| 37 | Michael D. Buschmann et al., *Nanomaterial Delivery Systems for mRNA Vaccines*, Vaccines (Basel), vol. 9, no. 65 pp. 1-30 (Jan. 19, 2021) ("Buschmann 2021") | JA00988 - JA001017 |
| 38 | *Remington: The Science and Practice of Pharmacy Twentieth Edition* (Alfonso R. Gennaro et al. eds., 2000) ("Remington 2000") | JA001018 - JA001065 |
| 39 | *United States Pharmacopeia, Twenty-third Revision* (1995) ("USP 23") | JA001066 - JA001078 |
| 40 | U.S. Patent No. 4,737,323 | JA001079 - JA001085 |
| 41 | U.S. Patent Publication 2006/0240554 ("the '554 publication") | JA001086 - JA001234 |
| 42 | P. Tam et al., *Stabilized plasmid-lipid particles for systemic gene therapy*, Gene Therapy, vol. 7, pp. 1867-74 (2000) ("Tam 2000") | JA001235 - JA001242 |
| 43 | J. Heyes et al., *Synthesis and characterization of novel poly(ethylene glycol)-lipid conjugates suitable for use in drug delivery*, Journal of Controlled Release, vol. 112, pp. 280-90 (2006) ("Heyes 2006") | JA001243 - JA001253 |
| 44 | WO 98/51278 ("Semple") | JA001254 - JA001351 |
| 45 | U.S. Patent No. 6,734,171 ("Saravolac") | JA001352 - JA001401 |
| 46 | Y.P. Zhang et al., *Stabilized plasmid-lipid particles for regional gene therapy: formulation and transfection properties*, Gene Therapy, vol. 6, pp. 1438-1447 (1999) ("Zhang 1999") | JA001402 - JA001411 |
| 47 | J. Heyes et al., *Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids*, J. Controlled Release, vol. 107, pp. 276-87 (2005) ("Heyes 2005") | JA001412 - JA001423 |
| 48 | WO 00/03683 | JA001424 - JA001477 |
| 49 | J. J. Wheeler et al., *Stabilized plasmid-lipid particles: construction and characterization*, Gene Therapy, vol. 6, pp. 271-281 (1999) ("Wheeler 1999") | JA00 1478- JA001488 |

5

| J.A. # | Reference | Page Range (JA00) |
|---|---|---|
| 50 | A. Chonn et al., *Recent advances in liposome drug delivery systems*, Curr. Opin. Biotech, vol. 6, pp. 698-708 (1995) ("Chonn 1995") | JA001489 - JA001499 |
| 51 | K. Mok et al., *Stabilized plasmid–lipid particles: factors influencing plasmid entrapment and transfection properties*, *Biochim Biophys Acta*, vol. 1419, pp. 137-150 (1999) ("Mok 1999") | JA001500 - JA001513 |
| 52 | U.S. Patent No. 6,287,591 ("the '591 Patent") | JA001514 - JA001561 |
| 53 | U.S. Patent No. 7,901,708 ("the '708 Patent") | JA001562 - JA001587 |
| 54 | European Patent No. 2 279 254 ("EP2279254") | JA001588 - JA001679 |
| 55 | '069 Patent File History, Apr. 15, 2009 Claims | JA001680 - JA001832 |
| 56 | '069 Patent File History, Nov. 12, 2009 Claims | JA001833 - JA001843 |
| 57 | '069 Patent File History, June 1, 2010 Claims | JA001844 - JA001850 |
| 58 | '069 Patent File History, July 30, 2010 Non-Final Rejection | JA001851 - JA001866 |
| 59 | '359 Patent File History, Oct, 5, 2011 Claims | JA001867 - JA001971 |
| 60 | '359 Patent File History, Mar. 28, 2012 Claims | JA001972 - JA001979 |
| 61 | '435 Patent File History, Aug. 18, 2014 Claims | JA001980 - JA002122 |
| 62 | '435 Patent File History, Feb. 26, 2015 Claims | JA002123 - JA002127 |
| 63 | '668 Patent File History, June 26, 2013 Claims | JA002128 - JA002274 |
| 64 | '668 Patent File History, Nov. 6, 2013 Claims | JA002275 - JA002283 |
| 65 | Patent Owner's Response, IPR2019-00554, Paper 15 (P.T.A.B. Nov. 31, 2019) | JA002284 - JA002357 |
| 66 | Patent Owner's Sur-Reply, IPR2019-00554, Paper 30 (P.T.A.B. Mar. 31, 2020) | JA002358 - JA002391 |

| J.A. # | Reference | Page Range (JA00) |
|---|---|---|
| 67 | Declaration of David H. Thompson, Ph.D., IPR2019-00554, Exhibit No. 2004 ("Thompson Decl") | JA002392 - JA002479 |
| 68 | Patent Owner's Response, IPR2018-00739, Paper 24 (P.T.A.B. Dec. 21, 2018) | JA002480 - JA002551 |
| 69 | Record of Oral Hearing, IPR2018-00680 & IPR2018-00739, Paper 49 (P.T.A.B. June 6, 2019) | JA002552 - JA002684 |
| 70 | Declaration of Andrew S. Janoff, Ph.D., IPR2018-00739, Exhibit No. 1007 | JA002685 - JA002753 |
| 71 | Liposome Drug Products, FDA Guidance for Industry, IPR2018-00739, Exhibit No. 2013 | JA002754 - JA002771 |
| 72 | Nonconfidential Opening Brief of Cross-Appellant Protiva Biotherapeutics, Inc. (*ModernaTX, Inc. v. Protiva Biotherapeutics, Inc.*, No. 2020-1184 (Fed. Cir. July 28, 2020) (D.I. 67)) | JA002772 - JA002869 |
| 73 | Reply Brief of Cross-Appellant Protive Biotherapeutics, Inc. (*ModernaTX, Inc. v. Protiva Biotherapeutics, Inc.*, No. 2020-1184 (Fed. Cir. Nov. 9, 2020) (D.I. 83)) | JA002870 - JA002897 |
| 74 | Unofficial Transcript, Oral Argument (*ModernaTX, Inc. v. Protiva Biotherapeutics, Inc.*, No. 2020-1184 (Fed. Cir. Oct. 7, 2021), argument available at https://oralarguments.cafc.uscourts.gov/default.aspx?fl=20-1184_10072021.mp3 | JA002898 - JA002925 |
| 75 | Decision (*ModernaTX, Inc. v. Protiva Biotherapeutics, Inc.*, No. 2020-1184 (Fed. Cir. Dec. 1, 2021) (D.I.135)) | JA002926 - JA002944 |
| 76 | Protive Biotherapeutics Inc.'s Response to Oppositions by Merck, Sharp & Dohme Corp. and Moderna TX, Inc. Regarding EP No. 2 279 254 (Sept. 3, 2018) | JA002945 - JA002982 |
| 77 | ModernaTX, Inc., 3.2.S.2.2 Description of Manufacturing Process and Process Controls (BLA No. 125752) (MRNA-GEN-00034354) | JA002983 - JA002991 |
| 78 | Moderna Therapeutics Press Release, Moderna Announces $40 Million in Financing to Advance Development of New Biotherapeutic Modality: Messenger RNA Therapeutics™ (Dec. 6, 2012), Available at: https://www.prnewswire.com/news-releases/moderna-announces-40-million-in-financing-to-advance-development-of-new-biotherapeutic-modality-messenger-rna-therapeutics-182304241.html | JA002992 - JA002996 |
| 79 | Patent Owner's Sur-Reply, IPR2018-00739, Paper 34 (P.T.A.B. Apr. 17, 2019) | JA002997 - JA003041 |
| 80 | Summary table listing the Molar Ratio Patents and related IPR proceedings. | JA003042 |

| J.A. # | Reference | Page Range (JA00) |
|---|---|---|
| 81 | Moderna Experimental Report, DH-07346 (MRNA-GEN-00044173–MRNA-GEN-00044182) | JA003043 - JA003046 |
| 82 | Petitioner's Reply to Protiva's Response, IPR2019-00554, Paper 21 (P.T.A.B. Mar. 2, 2020) | JA003047 - JA003081 |
| 83 | Petition for *Inter Partes* Review of U.S. Patent No. 8,058,069, IPR2019-00554, Paper 1 (P.T.A.B. Jan. 9, 2019) | JA003082 - JA003162 |
| 84 | Declaration of Andrew S. Janoff, Ph.D., IPR2019-00554, Exhibit No. 1008 (P.T.A.B. Jan 2, 2019) | JA003163 - JA003236 |
| 85 | Declaration of Thomas J. Anchordoquy, Ph.D., IPR2019-00554, Exhibit No. 1020 (P.T.A.B. Mar. 2, 2020) | JA003237 - JA003300 |
| 86 | Arbutus Biopharma Corp.'s observations on behalf of Opponent-Appellant 2, Appeal No. T0505/20-3.3.08 (Munich, Mar. 22, 2022) | JA003301 - JA003367 |
| 87 | Merck, Sharp & Dohme Corp.'s Grounds for Opposition Against EP 2 279 254 (Munich, Apr. 5, 2018) | JA003368 - JA003399 |
| 88 | Deposition Transcript of David H. Thompson, Ph.D. (Nov. 14, 2023) | JA003400 - JA003442 |
| 89 | Deposition Transcript of David H. Thompson, Ph.D., IPR2019-00554 (Jan. 15, 2020) (excerpt) | JA003443 - JA003451 |

/s/ *Nathan R. Hoeschen*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*

/s/ *Travis J. Murray*
Jack B. Blumenfeld (No. 1014)
Brian P. Egan (No. 6227)
Travis J. Murray (No. 6882)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, this document was served on the persons listed below in the manner indicated:

**BY EMAIL:**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com

Alina Afinogenova
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
alina.afinogenova@kirkland.com

Patricia A. Carson, Ph.D.
Jeanna M. Wacker
Mark C. McLennan
Nancy Kaye Horstman
Shaoyao Yu
Caitlin Dean
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
jeanna.wacker@kirkland.com
mark.mclennan@kirkland.com
kaye.horstman@kirkland.com
shaoyao.yu@kirkland.com
caitlin.dean@kirkland.com

Yan-Xin Li
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
yanxin.li@kirkland.com

*/s/ Nathan R. Hoeschen*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*