# JOINT APPENDIX 77
# REDACTED IN FULL