# JOINT APPENDIX 81
# REDACTED IN FULL