IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 22-252 (MSG)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION AND [PROPOSED] ORDER TO
SEAL PORTIONS OF MODERNA'S OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL SAMPLES (D.I. 183)**

Pursuant to the Protective Order (D.I. 91) as modified by the Court's November 14, 2023 Order (D.I. 155), the parties jointly move this Court for an order granting leave to file partially redacted versions of Moderna's Opposition to Plaintiffs' Motion to Compel Samples (D.I. 183) ("Moderna's Opposition") and Exhibits 4-5, 7-8, 14-15, 19-23, 25-26 thereto, and permit Exhibits 6, 10, 11, and 24 to remain under seal (collectively, the "Confidential Materials").

Moderna's motion and supporting papers redact for the parties' confidential information. The Confidential Materials either include, or reference and/or quote, the parties' sensitive and confidential information. The grounds for the motion are set forth in the parties' joint brief in support of this motion, as well as the declarations of Peter Wojciechowski and Ed Yaworski attached thereto. Redacted versions of the exhibits will be filed separately on the docket.

WHEREFORE, the parties respectfully request that the Court grant the parties' joint motion and enter the enclosed order permitting the parties to file redacted versions of the above documents.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorney for Plaintiffs*<br><br>OF COUNSEL:<br><br>David I. Berl<br>Adam D. Harber<br>Thomas S. Fletcher<br>Jessica Palmer Ryen<br>Shaun P. Mahaffy<br>Jihad J. Komis<br>Anthony H. Sheh<br>Matthew W. Lachman<br>Philip N. Haunschild<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>(202) 434-5000<br><br>*Attorneys for Plaintiff Genevant Sciences GmbH*<br><br>Daralyn J. Durie<br>Adam R. Brausa<br>Eric C. Wiener<br>Annie A. Lee<br>Shaelyn K. Dawson<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(415) 268-6080 | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants*<br><br>OF COUNSEL:<br><br>Patricia A. Carson, Ph.D.<br>Jeanna M. Wacker, P.C.<br>Mark C. McLennan<br>Yan-Xin Li<br>Caitlin Dean<br>Nancy Kaye Horstman<br>Shaoyao Yu<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Alina Afinogenova<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500 |

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500

*Attorneys for Plaintiff Arbutus Biopharma Corporation*

January 10, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 22-252 (MSG) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

The Court, having considered the parties' Joint Motion to Seal (the "Motion"), IT IS HEREBY ORDERED this ___ day of _____, 2023 that the Motion is GRANTED.

Leave is given for Moderna to file Moderna's Opposition (D.I. 183) and Exhibits 4-5, 7-8, 14-15, 19-23, 25-26 thereto in redacted form and leave Exhibits 6, 10, 11, and 24 under seal

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 10, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Adam R. Brausa, Esquire<br>Eric C. Wiener, Esquire<br>Annie A. Lee, Esquire<br>Shaelyn K. Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017-3543<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |

David N. Tan, Esquire                                    *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

David I. Berl, Esquire                                   *VIA ELECTRONIC MAIL*
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Jessica Palmer Ryen, Esquire
Shaun P. Mahaffy, Esquire
Anthony H. Sheh, Esquire
Philip N. Haunschild, Esquire
Jihad J. Komis, Esquire
Matthew W. Lachman, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

                                                         */s/ Travis J. Murray*
                                                         _____
                                                         Travis J. Murray (#6882)