IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>    Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>    Defendants. | C. A. No. 22-252 (MSG) |

**NOTICE OF DEPOSITIONS**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff Genevant Sciences GmbH ("Genevant"), will take the deposition upon oral examination of the following individuals on the date and time and at the location indicated below, or as otherwise mutually agreed upon by counsel:

| Deponent | Date & Time | Location |
|---|---|---|
| Stephen Byrn | January 22, 2024 at 9:30 a.m. EST | Williams & Connolly LLP, 680 Maine Ave SW, Washington, DC 20024 |
| Allison P. Griswold | January 22, 2024 at 9:30 a.m. EST | Williams & Connolly LLP, 680 Maine Ave SW, Washington, DC 20024 |
| Daniel Østerby | January 23, 2024 at 9:30 a.m. EST | Williams & Connolly LLP, 680 Maine Ave SW, Washington, DC 20024 |

The deposition will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate.

1

| | |
|---|---|
| Dated:  January 10, 2024 | Respectfully submitted, |
| *Of Counsel*: | SHAW KELLER LLP |
| David I. Berl<br>Adam D. Harber<br>Thomas S. Fletcher<br>Shaun P. Mahaffy<br>Jessica Palmer Ryen<br>Anthony H. Sheh<br>Jihad Komis<br>Philip N. Haunschild<br>Falicia Elenberg<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>(202) 434-5000<br>dberl@wc.com<br>aharber@wc.com<br>tfletcher@wc.com<br>smahaffy@wc.com<br>jryen@wc.com<br>asheh@wc.com<br>jkomis@wc.com<br>phaunschild@wc.com<br>felnberg@wc.com | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Counsel for Plaintiff*<br>*Genevant Sciences GmbH* |