IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 22-252 (MSG) ) ) ) ) ) ) |

**MOTION AND [PROPOSED] ORDER TO SEAL
PORTIONS OF PLAINTIFFS' MOTION TO COMPEL (D.I. 184)**

Pursuant to the Protective Order (D.I. 91) as modified by the Court's November 14, 2023 Order (D.I. 155), Defendants respectfully move this Court for an order granting leave to file partially redacted versions of Plaintiffs' Motion to Compel (D.I. 184) ("Plaintiffs' Motion") and Exhibits 1, 7, and 10-11 thereto (collectively, the "Confidential Materials").

Defendants' motion and supporting papers redact for the parties' confidential information. The Confidential Materials either include, or reference and/or quote, Defendants' sensitive and confidential information. The grounds for the motion are set forth in Defendants' brief in support of this motion, as well as the declaration of Peter Wojciechowski attached thereto. Redacted versions of the exhibits will be filed separately on the docket.

WHEREFORE, Defendants respectfully request that the Court grant this motion and enter the enclosed order permitting Defendants to file redacted versions of the above documents.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Travis J. Murray* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Patricia A. Carson, Ph.D. | Travis J. Murray (#6882) |
| Jeanna M. Wacker, P.C. | 1201 North Market Street |
| Mark C. McLennan | P.O. Box 1347 |
| Caitlin Dean | Wilmington, DE 19899 |
| Nancy Kaye Horstman | (302) 658-9200 |
| Shaoyao Yu | jblumenfeld@morrisnichols.com |
| KIRKLAND & ELLIS LLP | began@morrisnichols.com |
| 601 Lexington Avenue | tmurray@morrisnichols.com |
| New York, NY 10022 | |
| (212) 446-4800 | *Attorneys for Defendants* |
| | |
| Alina Afinogenova | |
| KIRKLAND & ELLIS LLP | |
| 200 Clarendon Street | |
| Boston, MA 02116 | |
| (617) 385-7500 | |
| | |
| Yan-Xin Li | |
| KIRKLAND & ELLIS LLP | |
| 555 California Street, 27th Floor | |
| San Francisco, CA 94104 | |
| (415) 439-1400 | |
| | |
| January 12, 2024 | |

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiffs and that plaintiffs do not oppose this motion.

*/s/ Travis J. Murray*

Travis J. Murray (#6882)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. | C.A. No. 22-252 (MSG) |

**[PROPOSED] ORDER**

The Court, having considered Defendants' Motion to Seal (the "Motion"), IT IS HEREBY ORDERED this ___ day of _____, 2023 that the Motion is GRANTED.

Leave is given for Defendants to file Plaintiffs' Motion to Compel (D.I. 184) and 1, 7, and 10-11 thereto in redacted form.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 12, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Adam R. Brausa, Esquire<br>Eric C. Wiener, Esquire<br>Annie A. Lee, Esquire<br>Shaelyn K. Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| David N. Tan, Esquire<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, DC 20037<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| David I. Berl, Esquire<br>Adam D. Harber, Esquire<br>Thomas S. Fletcher, Esquire<br>Jessica Palmer Ryen, Esquire<br>Shaun P. Mahaffy, Esquire<br>Anthony H. Sheh, Esquire<br>Philip N. Haunschild, Esquire<br>Jihad J. Komis, Esquire<br>Matthew W. Lachman, Esquire<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>/s/ Travis J. Murray<br>Travis J. Murray (#6882)<br>*Attorneys for Plaintiff Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |

                                                                   */s/ Travis J. Murray*
                                                             Travis J. Murray (#6882)