IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| MODERNA, INC. and MODERNATX, INC. | ) ) |
| Defendants. | ) ) |

C.A. No. 22-252 (MSG)

## ORDER

The Court, having considered the parties' Joint Motion to Seal (the "Motion"), IT IS HEREBY ORDERED this 16th day of January, 2024 that the Motion is GRANTED.

Leave is given for Moderna to file Moderna's Opposition (D.I. 183) and Exhibits 4-5, 7-8, 14-15, 19-23, 25-26 thereto in redacted form and leave Exhibits 6, 10, 11, and 24 under seal

/s/ Mitchell S. Goldberg
United States District Judge