IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 22-252 (MSG)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The Court, having considered Defendants' Motion to Seal (the "Motion"), IT IS HEREBY ORDERED this 16th day of January, 2024 that the Motion is GRANTED.

Leave is given for Defendants to file Plaintiffs' Motion to Compel (D.I. 184) and 1, 7, and 10-11 thereto in redacted form.

/s/ Mitchell S. Goldberg
United States District Judge