# EXHIBIT 2

| | |
|---|---|
| **From:** | Mahaffy, Shaun |
| **To:** | McLennan, Mark C. |
| **Cc:** | Hurst, James F.; Carson, Patricia A.; Berl, David; Fletcher, Thomas; Harber, Adam; Daralyn Durie ; Eric Wiener; Kira A. Davis; Wacker, Jeanna; Blumenfeld, Jack; Egan, Brian P.; #KEModernaSpikevaxService; Genevant Team; John Shaw; Karen Keller |
| **Subject:** | Arbutus v. Moderna |
| **Date:** | Tuesday, September 20, 2022 1:17:40 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Counsel,

As you are likely aware, on September 13, 2022, Chief Judge Connolly entered a Scheduling Order in *Alnylam Pharmaceuticals, Inc. v. Moderna, Inc.*, No. 22-335-CFC (D. Del.), pursuant to which Moderna will produce core technical documents—presumably including the BLA for its COVID-19 vaccine—on December 13, 2022.  In order to expedite discovery, we would request that Moderna simultaneously produce those same technical documents in the present case, to the extent they have not already been produced by that time.  Those documents are plainly relevant here—and will be required to be produced, irrespective of the outcome of the motion to dismiss—and producing them in this case would impose no additional burden on Moderna.  To the extent Moderna has concerns about the confidentiality of its documents, we will treat them as Attorneys' Eyes Only pursuant to Local Rule 26.2 until a Protective Order is entered in this case.  Please let us know if Moderna is amenable to this plan or would like to discuss.

Thanks,
Shaun

**Shaun P. Mahaffy**
**Associate | Williams & Connolly LLP**

680 Maine Avenue SW, Washington, DC 20024

202-434-5554 | smahaffy@wc.com

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.