# EXHIBIT 16

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Alina Afinogenova
To Call Writer Directly:
+1 617 385 7526
alina.afinogenova@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

April 23, 2023

**By Email**

Anthony Sheh
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
asheh@wc.com

Shaelyn K. Dawson
Morrison & Foerster LLP
425 Market Street
San Francisco, CA, 94105
shaelyndawson@mofo.com

Re: *Arbutus Biopharma Corporation et al. v. Moderna, Inc. et al.*, C.A. No. 22-252-MSG (D. Del.) – **Moderna's Sample Production**

Dear Counsel:

On behalf of Defendants Moderna, Inc. and ModernaTX, Inc. (collectively, "Moderna"), we are producing to you the following samples:

| Quantity | Description (Lot) | Bates Nos. (Confidentiality) |
|---|---|---|
| 3 samples | Moderna's COVID-19 Vaccine (7009623001) | MRNA-GEN-SMPL-1 (CONFIDENTIAL)<br>MRNA-GEN-SMPL-2 (CONFIDENTIAL)<br>MRNA-GEN-SMPL-3 (CONFIDENTIAL) |
| 10 mL | CX-024414 mRNA (4012822003) | MRNA-GEN-SMPL-7 (CONFIDENTIAL) |
| 2 g | PEG2000-DMG – Manufacturer 1 (1043922010) | MRNA-GEN-SMPL-9 |
| 2 g | PEG2000-DMG – Manufacturer 2 (1007722002) | MRNA-GEN-SMPL-11 |
| 2 g | Cholesterol – Manufacturer 1 (1050722011) | MRNA-GEN-SMPL-13 |
| 2 g | Cholesterol – Manufacturer 2 (1053522035) | MRNA-GEN-SMPL-15 |

## KIRKLAND & ELLIS LLP

Anthony Sheh
Shaelyn K. Dawson
April 23, 2023
Page 2

| Quantity | Description (Lot) | Bates Nos. |
|---|---|---|
| 2 g | DSPC (1050622049) | MRNA-GEN-SMPL-17 |
| 2 g | SM-102 (1007522001) | MRNA-GEN-SMPL-19 |

We have retained corresponding samples, identified as follows:

| Quantity | Description (Lot) | Bates Nos. |
|---|---|---|
| 3 samples | Moderna's COVID-19 Vaccine (7009623001) | MRNA-GEN-SMPL-4 (CONFIDENTIAL)<br>MRNA-GEN-SMPL-5 (CONFIDENTIAL)<br>MRNA-GEN-SMPL-6 (CONFIDENTIAL) |
| 10 mL | CX-024414 mRNA (4012822003) | MRNA-GEN-SMPL-8 (CONFIDENTIAL) |
| 2 g | PEG2000-DMG – Manufacturer 1 (1043922010) | MRNA-GEN-SMPL-10 |
| 2 g | PEG2000-DMG – Manufacturer 2 (1007722002) | MRNA-GEN-SMPL-12 |
| 2 g | Cholesterol – Manufacturer 1 (1050722011) | MRNA-GEN-SMPL-14 |
| 2 g | Cholesterol – Manufacturer 2 (1053522035) | MRNA-GEN-SMPL-16 |
| 2 g | DSPC (1050622049) | MRNA-GEN-SMPL-18 |
| 2 g | SM-102 (1007522001) | MRNA-GEN-SMPL-20 |

All samples are Discovery Materials as defined in the Protective Order and may be used solely for the purposes of this litigation. Please let us know if you have any questions regarding this production.

## KIRKLAND & ELLIS LLP

Anthony Sheh
Shaelyn K. Dawson
April 23, 2023
Page 3

        Sincerely,

        */s/ Alina Afinogenova*

        Alina Afinogenova