# EXHIBIT 19

| | |
|---|---|
| From: | Sheh, Anthony <ASheh@wc.com> |
| Sent: | Monday, November 20, 2023 6:06 PM |
| To: | Afinogenova, Alina; Haunschild, Philip; McLennan, Mark C. |
| Cc: | #KEModernaSpikevaxService; Li, Yan-Xin; Horstman, N. Kaye; 'Arbutus_MoFo'; Parrado, Alvaro; Elenberg, Falicia; Komis, Jihad; Genevant Team; Berl, David; Mahaffy, Shaun; Harber, Adam; Fletcher, Thomas; Ryen, Jessica; 'NTan@mofo.com'; Bolte, Erik; *jshaw@shawkeller.com; 'kkeller@shawkeller.com'; 'nhoeschen@shawkeller.com'; 'EWiener@mofo.com'; 'began@mnat.com'; 'tmurray@morrisnichols.com'; 'jblumenfeld@morrisnichols.com'; Hurst, James F.; Carson, Patricia A.; Wacker, Jeanna |
| Subject: | RE: Arbutus v. Moderna, 1-22-cv-00252 - Letter to Counsel (Batch Information) - HIGHLY CONFIDENTIAL OCEO |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Mark and Alina,

Further to Moderna's November 10 email and the meet-and-confer on November 17, Plaintiffs understand that Moderna's production of the ~480 batches/lots referenced below does not resolve the parties' dispute as to the remaining batches, but we appreciate Moderna's efforts to narrow the scope of the parties' dispute. We understand that the ~480 batches Moderna is agreeing to produce are being transferred by a third-party to another location. We also understand that Moderna is not withholding samples as to post-complaint batches. We understand that Moderna is looking into whether there are post-complaint batches that are due to imminently expire and that the parties' should have ample time before expiry to address samples from Moderna's ongoing booster production.

Plaintiffs are willing to consider covering the cost for Moderna to ship the samples and/or for a courier. As discussed, please let us know an estimate of the shipping costs. Additionally, we'd appreciate information regarding storage conditions and the capacity needed to store the samples. Assuming that the conditions are as before (*e.g.*, minus 80 degree Celsius), Plaintiffs currently have 90% capacity left in a 19.4 cubic feet (549 L) freezer with interior dimensions of 51.2 in x 23.1 in x 28.3 in (H x W x D, 130.1 cm x 58.8 cm x 97.37 cm) and will acquire additional space if needed. The shipping address would be:

Triclinic Labs, Inc.
Attn: Sample Submission
2660 Schuyler Ave. Ste. A.
Lafayette, IN 47905

Plaintiffs understand that Moderna considers batches that were not manufactured or imported into the U.S. to be batches "not accused of infringement." As outlined in previous correspondence, Plaintiffs disagree that such batches are not accused. *See, e.g., E.g.*, D.I. 1 ¶¶ 50–54, 70, 89, 108, 130, 154. Plaintiffs understand that Moderna is investigating the scope of documents it is willing to produce concerning these batches, including its agreements with the relevant third-parties for sales of such batches (besides the U.S. Government, and whether located in the United States or abroad, and whether to a public or private entity), its communications with such third-parties concerning sales or

offers to sell batches of the Accused Product, documents evidencing the location and timing of any negotiations or meetings regarding such sales, and Moderna's marketing and strategic plans regarding such sales. Such documents are responsive to at least Plaintiffs' RFPs 51, 53, 60, 64, 69, 74, 75, 81, and 83. Please confirm the scope of documents that Moderna will agree to produce by December 1, 2023.

Best,
Tony

**Anthony Sheh | Associate | Williams & Connolly LLP |** (202) 434-5436 | vcard

---

**From:** Afinogenova, Alina <alina.afinogenova@kirkland.com>
**Sent:** Thursday, November 16, 2023 11:07 AM
**To:** Haunschild, Philip <phaunschild@wc.com>; McLennan, Mark C. <mark.mclennan@kirkland.com>; Sheh, Anthony <ASheh@wc.com>
**Cc:** #KEModernaSpikevaxService <KEModernaSpikevaxService@kirkland.com>; Li, Yan-Xin <yanxin.li@kirkland.com>; Horstman, N. Kaye <kaye.horstman@kirkland.com>; 'Arbutus_MoFo' <Arbutus_MoFo@mofo.com>; Parrado, Alvaro <alvaro.parrado@kirkland.com>; Elenberg, Falicia <felenberg@wc.com>; Komis, Jihad <JKomis@wc.com>; Genevant Team <GenevantTeam@wc.com>; Berl, David <DBerl@wc.com>; Mahaffy, Shaun <SMahaffy@wc.com>; Harber, Adam <AHarber@wc.com>; Fletcher, Thomas <TFletcher@wc.com>; Ryen, Jessica <JRyen@wc.com>; 'NTan@mofo.com' <NTan@mofo.com>; Bolte, Erik <ebolte@wc.com>; *jshaw@shawkeller.com <jshaw@shawkeller.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; 'nhoeschen@shawkeller.com' <nhoeschen@shawkeller.com>; 'EWiener@mofo.com' <EWiener@mofo.com>; 'began@mnat.com' <began@mnat.com>; 'tmurray@morrisnichols.com' <tmurray@morrisnichols.com>; 'jblumenfeld@morrisnichols.com' <jblumenfeld@morrisnichols.com>; Hurst, James F. <james.hurst@kirkland.com>; Carson, Patricia A. <patricia.carson@kirkland.com>; Wacker, Jeanna <jeanna.wacker@kirkland.com>
**Subject:** RE: Arbutus v. Moderna, 1-22-cv-00252 - Letter to Counsel (Batch Information) - HIGHLY CONFIDENTIAL OCEO

Hi Philip,

We are not available before 3pm ET today, but can be available tomorrow before 12pm ET or between 1 and 3pm ET.

Thank you,
Alina

**Alina Afinogenova**

---

**KIRKLAND & ELLIS LLP**
200 Clarendon Street, Boston, MA 02116
**T** +1 617 385 7526  **M** +1 917 324 5094
**F** +1 212 446 4900

---

alina.afinogenova@kirkland.com

---

**From:** Haunschild, Philip <phaunschild@wc.com>
**Sent:** Wednesday, November 15, 2023 11:20 AM
**To:** McLennan, Mark C. <mark.mclennan@kirkland.com>; Sheh, Anthony <ASheh@wc.com>
**Cc:** #KEModernaSpikevaxService <KEModernaSpikevaxService@kirkland.com>; Li, Yan-Xin <yanxin.li@kirkland.com>; Horstman, N. Kaye <kaye.horstman@kirkland.com>; Afinogenova, Alina <alina.afinogenova@kirkland.com>; 'Arbutus_MoFo' <Arbutus_MoFo@mofo.com>; Parrado, Alvaro <alvaro.parrado@kirkland.com>; Elenberg, Falicia <felenberg@wc.com>; Komis, Jihad <JKomis@wc.com>; Genevant Team <GenevantTeam@wc.com>; Berl, David <DBerl@wc.com>; Mahaffy, Shaun <SMahaffy@wc.com>; Harber, Adam <AHarber@wc.com>; Fletcher, Thomas <TFletcher@wc.com>; Ryen, Jessica <JRyen@wc.com>; 'NTan@mofo.com' <NTan@mofo.com>; Bolte, Erik

<ebolte@wc.com>; *jshaw@shawkeller.com <jshaw@shawkeller.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; 'nhoeschen@shawkeller.com' <nhoeschen@shawkeller.com>; 'EWiener@mofo.com' <EWiener@mofo.com>; 'began@mnat.com' <began@mnat.com>; 'tmurray@morrisnichols.com' <tmurray@morrisnichols.com>; 'jblumenfeld@morrisnichols.com' <jblumenfeld@morrisnichols.com>; Hurst, James F. <james.hurst@kirkland.com>; Carson, Patricia A. <patricia.carson@kirkland.com>; Wacker, Jeanna <jeanna.wacker@kirkland.com>
**Subject:** RE: Arbutus v. Moderna, 1-22-cv-00252 - Letter to Counsel (Batch Information) - HIGHLY CONFIDENTIAL OCEO

Hi Mark,

Thank you for your email.  Please let us know when Moderna is available to meet-and-confer tomorrow before 3:00 PM (ET) regarding Moderna's proposal as to the samples that Moderna has agreed to produce.  We have a number of questions that we would like to address on the meet-and-confer, including at least the following:

- Does your email mean to draw a distinction between the "lots" that Moderna is agreeing to produce and the "batches" that the parties have previously been discussing?  We understand these to be interchangeable terms, but please let us know if that is wrong.

- How did Moderna select the approximately 480 lots that it has agreed to produce samples from?

- Is Moderna refusing to produce samples from any unexpired lots?

- Will Moderna be producing samples from lots manufactured after February 28, 2022, the date of the filing of the complaint?

- For part numbers with unexpired lots, will Moderna be producing both expired and unexpired lots from the same part number?

- What is Moderna's position as to representativeness and the ability to argue non-infringement of lots that Moderna is not agreeing to produce samples from?

- Has Moderna determined whether there are additional part numbers for Drug Product or mRNA-LNP beyond those that we have identified in our October 31, 2023 email?

Further, regarding the batches that Moderna will be providing samples from, we have made clear in multiple meet-and-confers in March, April, and November, and in separate correspondence, *e.g.,* March 3, 2023 Letter from A. Sheh; May 11, 2023 Letter from L. Cash, that Moderna's refusal to provide discovery on the basis that certain batches were simply manufactured abroad is improper.  Moderna cannot shield batches from discovery based on Moderna's own self-serving analysis of whether such batches infringe.  *See, e.g., California Inst. of Tech. v. Broadcom Ltd.*, 25 F.4th 976, 992 (Fed. Cir. 2022); *Carnegie Mellon Univ. v. Marvell Tech. Grp., Ltd.*, 807 F.3d 1283, 1308 (Fed. Cir. 2015).  Plaintiffs are entitled to take relevant discovery regarding all batches that have been accused of infringement.  Please be prepared to discuss this on our meet-and-confer.  Please also be prepared to explain how Moderna is determining what batches "can be accused of infringement."

Thank you,

**Philip N. Haunschild**
**Associate | Williams and Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5979   phaunschild@wc.com  |  www.wc.com

**From:** McLennan, Mark C. <mark.mclennan@kirkland.com>
**Sent:** Friday, November 10, 2023 3:00 PM
**To:** Sheh, Anthony <ASheh@wc.com>
**Cc:** #KEModernaSpikevaxService <KEModernaSpikevaxService@kirkland.com>; Li, Yan-Xin <yanxin.li@kirkland.com>; Horstman, N. Kaye <kaye.horstman@kirkland.com>; Afinogenova, Alina <alina.afinogenova@kirkland.com>; 'Arbutus_MoFo' <Arbutus_MoFo@mofo.com>; Parrado, Alvaro <alvaro.parrado@kirkland.com>; Elenberg, Falicia <felenberg@wc.com>; Komis, Jihad <JKomis@wc.com>; Genevant Team <GenevantTeam@wc.com>; Berl, David <DBerl@wc.com>; Mahaffy, Shaun <SMahaffy@wc.com>; Harber, Adam <AHarber@wc.com>; Fletcher, Thomas <TFletcher@wc.com>; Ryen, Jessica <JRyen@wc.com>; 'NTan@mofo.com' <NTan@mofo.com>; Bolte, Erik <ebolte@wc.com>; *jshaw@shawkeller.com <jshaw@shawkeller.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; 'nhoeschen@shawkeller.com' <nhoeschen@shawkeller.com>; 'EWiener@mofo.com' <EWiener@mofo.com>; 'began@mnat.com' <began@mnat.com>; 'tmurray@morrisnichols.com' <tmurray@morrisnichols.com>; 'jblumenfeld@morrisnichols.com' <jblumenfeld@morrisnichols.com>; Hurst, James F. <james.hurst@kirkland.com>; Carson, Patricia A. <patricia.carson@kirkland.com>; Wacker, Jeanna <jeanna.wacker@kirkland.com>
**Subject:** RE: Arbutus v. Moderna, 1-22-cv-00252 - Letter to Counsel (Batch Information) - HIGHLY CONFIDENTIAL OCEO

**CONTAINS INFORMATION MODERNA HAS DESIGNATED HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Counsel,

Regarding Plaintiffs' questions from the meet-and-confer on the number of vials per lot Moderna is able to produce from regulatory retains, we confirm that Moderna maintains its agreement to produce 3 vials per lot. This is proportional to the needs of the case in light of the extensive data Moderna is agreeing to produce about each lot, in the absence of any explanation from Plaintiffs as to why more than 3 vials is needed, and due to Moderna's need to retain samples for regulatory and compliance purposes, as laid out in detail in our October 20, 2023 letter.

With regard to the number of accused lots that Moderna will produce samples from, in the spirit of compromise and in an effort to narrow the dispute, Moderna is preparing to produce samples of 3 vials of expired drug product from approximately 480 lots. We will provide the lot numbers shortly, but can confirm they correspond to the part numbers below. Moderna will produce (if not already produced) specifications for these part numbers and CoAs for each lot later today or Monday (we are still waiting for the final production volume). Moderna will continue to making rolling productions of additional CoAs and specifications for accused batches as we review them, but we wanted to prioritize these 480 lots first.



Moderna will make this production in the spirit of compromise and does so without waiving any objections to Plaintiffs' RFPs for samples from the remaining accused batches (both the number of samples and quantity of lots). Moderna also makes this production without any representations that the expired drug product is representative of its characteristics at release. Moderna will agree to this production if Plaintiffs agree to pay for the shipping costs or arrange a courier to

collect the vials in a single shipment – please confirm Plaintiffs' position by COB November 15, including confirmation of a shipping address if Plaintiffs request that Moderna ship the samples.

We are confirming the exact timing of the production but we understand it can be made in the next two weeks.

Regarding your questions on the batches at issue in this case, we're surprised by Plaintiffs' recent change in position, attempting to dramatically expand the scope of discovery at this late stage. Moderna has been consistent and clear in its position that it would not provide discovery on batches not accused of infringement:

- Moderna's February 2, 2023 Objections to 1st RFPs (including general objection: "Moderna objects to Plaintiffs' requests to the extent they seek information, documents, and/or things relating to batches and doses of the Accused Products not accused of infringement, including batches of doses of the Accused Products not made, used, offered for sale, or sold within the United States or imported into the United States, which are not accused of infringement. Moderna will not produce irrelevant information, documents, and/or things concerning such batches and doses.")
- Moderna's April 17, 2023 Objections to Rog. 11 ("Moderna objects to this Interrogatory to the extent it seeks information related to the identity of manufactured lots and/or batches that were not made, used, offered for sale, or sold within the United States or imported into the United States.")
- McLennan Sept. 19, 2023 Letter (" Moderna offered to produce samples of drug product that were made with each part number of mRNA-LNP that was made, sold, or imported into the U.S.")
- McLennan July 21, 2023 Email ("Moderna confirms it has produced information in MRNA-GEN-00456085 and MRNA-GEN-00456086 showing batches of Moderna's COVID-19 Vaccine manufactured *in the U.S.*")

Our objections to Interrogatory No. 11, and all correspondence concerning it since then have been crystal clear that Moderna is properly limiting discovery concerning batches to those that can be accused of infringement. Although you take statements from our August 1, 2023 letter out of context, in reality we repeated the same objection in that letter. McLennan August 1, 2023 Letter ("Moderna did not agree that Moderna is broadly required to "produce information regarding that foreign activity." . . .  If you have support indicating that batches made outside the U.S. and never imported into the U.S. can constitute infringement of a U.S. patent, we remain willing to consider it."). Despite Moderna consistently placing Plaintiffs on notice of its position, Plaintiffs delayed raising this purported issue for months. Unfortunately this appears to be yet another attempt to delay resolution of the sample dispute and *exponentially* increase the burden of Moderna's discovery.

Regards,
Mark

**Mark C. McLennan**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3451

mark.mclennan@kirkland.com

---

**From:** Sheh, Anthony <ASheh@wc.com>
**Sent:** Tuesday, November 7, 2023 11:42 AM
**To:** Afinogenova, Alina <alina.afinogenova@kirkland.com>; Parrado, Alvaro <alvaro.parrado@kirkland.com>; McLennan, Mark C. <mark.mclennan@kirkland.com>; Elenberg, Falicia <felenberg@wc.com>; Komis, Jihad <JKomis@wc.com>; Genevant Team <GenevantTeam@wc.com>; 'Arbutus_MoFo' <Arbutus_MoFo@mofo.com>; Berl, David <DBerl@wc.com>; Mahaffy, Shaun <SMahaffy@wc.com>; Harber, Adam <AHarber@wc.com>; Fletcher, Thomas <TFletcher@wc.com>; Ryen, Jessica <JRyen@wc.com>; 'NTan@mofo.com' <NTan@mofo.com>; Bolte, Erik <ebolte@wc.com>; *jshaw@shawkeller.com <jshaw@shawkeller.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; 'nhoeschen@shawkeller.com' <nhoeschen@shawkeller.com>; 'EWiener@mofo.com' <EWiener@mofo.com>

**Cc:** #KEModernaSpikevaxService <KEModernaSpikevaxService@kirkland.com>; Li, Yan-Xin <yanxin.li@kirkland.com>; Horstman, N. Kaye <kaye.horstman@kirkland.com>; 'began@mnat.com' <began@mnat.com>; 'tmurray@morrisnichols.com' <tmurray@morrisnichols.com>; 'jblumenfeld@morrisnichols.com' <jblumenfeld@morrisnichols.com>; Hurst, James F. <james.hurst@kirkland.com>; Carson, Patricia A. <patricia.carson@kirkland.com>; Wacker, Jeanna <jeanna.wacker@kirkland.com>
**Subject:** RE: Arbutus v. Moderna, 1-22-cv-00252 - Letter to Counsel (Batch Information)

Alina,

Thanks for your email and for confirming that Moderna will be producing CoAs and specifications, as well as responding to Plaintiffs' inquiry regarding the number of vials Moderna is willing to produce per batch, this week. The part numbers below were intended to assist Moderna, necessitated by Moderna's incomplete responses to Plaintiffs' Interrogatories Nos. 6 and 11, and based on Plaintiffs' efforts to analyze information that has been readily available in the first instance to Moderna, not Plaintiffs. We appreciate that Moderna will be producing CoAs and specifications this week, but both of these have been the subject of months-long requests. Plaintiffs have been prejudiced and continue to be prejudiced by Moderna's delays.

With respect your points below regarding batches purportedly "not accused of infringement," Plaintiffs' Complaint alleges that Moderna infringes the patent-in-suit by *inter alia* "manufacturing, offering to sell, selling, or using within the United States, the Accused Product." *E.g.*, D.I. 1 ¶¶ 70, 89, 108, 130, 154. The Complaint further addresses "doses made in the United" but "administered abroad," contracts Moderna has entered worldwide, and "emergency authorizations" for Moderna's COVID-19 vaccine "from more than 70 countries, including Canada, Israel, the United Kingdom, Switzerland, Singapore, Qatar, Taiwan, and the Philippines, as well as from the European Union." D.I. 1 ¶¶ 50–54. With respect to "foreign" batches, Moderna's August 1, 2023 letter (at 7) acknowledges that Moderna's response to Plaintiffs' Interrogatory No. 11 "may provide all of the information Plaintiffs want and/or need," but Moderna has not supplemented its response to Interrogatory No. 11. In any event, Moderna cannot unilaterally shield from discovery batches it contends were assertedly "not made, sold, used, or imported into the U.S." *See, e.g.*, *Carnegie Mellon Univ. v. Marvell Tech. Grp., Ltd.*, 807 F.3d 1283, 1308 (Fed. Cir. 2015) ("Places of seeming relevance [to a sale] include a place of inking the legal commitment to buy and sell and a place of delivery . . . and perhaps also a place where other 'substantial activities of the sales transactions' occurred."). Plaintiffs are entitled to discovery into these issues and to test Moderna's as-of-yet unsupported contentions. Moderna's email suggests, contrary to its August 1, 2023 letter, that Moderna's response to Interrogatory No. 11 in fact will *not* include information on batches Moderna contends to be "not accused of infringement" on the basis of such batches being "ex-US" or "OUS," which is improper.

Please therefore confirm (1) that the batches Moderna has "identified to date" extends to *all* of the batches Moderna has manufactured and/or sold, regardless of whether that activity occurred in the United States or purportedly not, (2) that Moderna's responses to Plaintiffs' Interrogatory Nos. 6 and 11 will not exclude batches simply because Moderna deems them to be batches "not accused of infringement," and (3) that Moderna's listing or identification of part numbers for the purpose of sample production will include *all* batches. To the extent that Moderna has been excluding "ex-US" or "OUS" batches from discovery, please inform us of Moderna's basis for doing so. Please provide Moderna's confirmation by this Friday, November 10, 2023, so that Plaintiffs can promptly seek relief from the Court if necessary.

Best,
Tony

**Anthony Sheh | Associate | Williams & Connolly LLP |** (202) 434-5436 | vcard

---

**From:** Afinogenova, Alina <alina.afinogenova@kirkland.com>
**Sent:** Friday, November 3, 2023 5:35 PM
**To:** Sheh, Anthony <ASheh@wc.com>; Parrado, Alvaro <alvaro.parrado@kirkland.com>; McLennan, Mark C. <mark.mclennan@kirkland.com>; Elenberg, Falicia <felenberg@wc.com>; Komis, Jihad <JKomis@wc.com>; Genevant Team <GenevantTeam@wc.com>; 'Arbutus_MoFo' <Arbutus_MoFo@mofo.com>; Berl, David <DBerl@wc.com>;

Mahaffy, Shaun <SMahaffy@wc.com>; Harber, Adam <AHarber@wc.com>; Fletcher, Thomas <TFletcher@wc.com>; Ryen, Jessica <JRyen@wc.com>; 'NTan@mofo.com' <NTan@mofo.com>; Bolte, Erik <ebolte@wc.com>; *jshaw@shawkeller.com <jshaw@shawkeller.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; 'nhoeschen@shawkeller.com' <nhoeschen@shawkeller.com>; 'EWiener@mofo.com' <EWiener@mofo.com>
**Cc:** #KEModernaSpikevaxService <KEModernaSpikevaxService@kirkland.com>; Li, Yan-Xin <yanxin.li@kirkland.com>; Horstman, N. Kaye <kaye.horstman@kirkland.com>; 'began@mnat.com' <began@mnat.com>; 'tmurray@morrisnichols.com' <tmurray@morrisnichols.com>; 'jblumenfeld@morrisnichols.com' <jblumenfeld@morrisnichols.com>; Hurst, James F. <james.hurst@kirkland.com>; Carson, Patricia A. <patricia.carson@kirkland.com>; Wacker, Jeanna <jeanna.wacker@kirkland.com>
**Subject:** RE: Arbutus v. Moderna, 1-22-cv-00252 - Letter to Counsel (Batch Information)

**CONTAINS INFORMATION MODERNA HAS DESIGNATED HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Tony,

As we will explain in more detail when we respond to your letter on Plaintiffs' 2nd set of RFPs, in the spirit of compromise, next week we expect to produce Moderna's CoAs for accused batches of DP, mRNA-1273 LNP, and ▮▮▮▮ identified to-date. We trust this (in addition to the drug product genealogy spreadsheet) will resolve many, if not all, of your questions below. We expect to produce additional specifications next week too, and are still investigating whether a complete listing of part numbers exists.

We note that from your email below, which lists many part numbers not referenced in earlier correspondence, Plaintiffs appear to now be seeking information concerning batches that were not made, sold, used, or imported into the U.S. and thus not accused of infringement. Moderna has been clear in its objections to the RFPs, and in correspondence concerning samples since then, that Moderna is not producing samples from batches that are not accused of infringement. We maintain that such batches bear no relevance to this litigation, and thus collection of samples and information from those batches is unduly burdensome and not proportionate to the needs of the case.

We hope to get back to you next week on whether Moderna agrees to produce more than 3 vials per batch.

Have a nice weekend,
Alina

**Alina Afinogenova**

**KIRKLAND & ELLIS LLP**
200 Clarendon Street, Boston, MA 02116
**T** +1 617 385 7526  **M** +1 917 324 5094
**F** +1 212 446 4900

alina.afinogenova@kirkland.com

---

**From:** Sheh, Anthony <ASheh@wc.com>
**Sent:** Tuesday, October 31, 2023 2:53 PM
**To:** Parrado, Alvaro <alvaro.parrado@kirkland.com>; Afinogenova, Alina <alina.afinogenova@kirkland.com>; McLennan, Mark C. <mark.mclennan@kirkland.com>; Elenberg, Falicia <felenberg@wc.com>; Komis, Jihad <JKomis@wc.com>; Genevant Team <GenevantTeam@wc.com>; 'Arbutus_MoFo' <Arbutus_MoFo@mofo.com>; Berl, David <DBerl@wc.com>; Mahaffy, Shaun <SMahaffy@wc.com>; Harber, Adam <AHarber@wc.com>; Fletcher, Thomas <TFletcher@wc.com>; Ryen, Jessica <JRyen@wc.com>; 'NTan@mofo.com' <NTan@mofo.com>; Bolte, Erik <ebolte@wc.com>; *jshaw@shawkeller.com <jshaw@shawkeller.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; 'nhoeschen@shawkeller.com' <nhoeschen@shawkeller.com>; 'EWiener@mofo.com' <EWiener@mofo.com>

Cc: #KEModernaSpikevaxService <KEModernaSpikevaxService@kirkland.com>; Li, Yan-Xin <yanxin.li@kirkland.com>; Horstman, N. Kaye <kaye.horstman@kirkland.com>; 'began@mnat.com' <began@mnat.com>; 'tmurray@morrisnichols.com' <tmurray@morrisnichols.com>; 'jblumenfeld@morrisnichols.com' <jblumenfeld@morrisnichols.com>; Hurst, James F. <james.hurst@kirkland.com>; Carson, Patricia A. <patricia.carson@kirkland.com>; Wacker, Jeanna <jeanna.wacker@kirkland.com>
**Subject:** RE: Arbutus v. Moderna, 1-22-cv-00252 - Letter to Counsel (Batch Information)

CONTAINS INFORMATION MODERNA HAS DESIGNATED HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Mark,

Plaintiffs understood from our meet-and-confer on October 23, 2023, that Moderna would be getting back to us last week regarding whether it would be willing to produce more than three vials from a batch. Could you please let us know by COB tomorrow the results of Moderna's investigation?

Likewise, Plaintiffs have been working to narrow the parties' dispute regarding samples with respect to the number of vials. For Moderna's convenience, we have been able to identify the following drug product part numbers based on information Moderna has produced to date: [REDACTED] Could you please confirm whether there are any other drug product part numbers that are at issue, including for ex-US batches? We have excluded "unlabeled" drug product part numbers from this set, but if those are relevant, please let us know. For the part numbers that are *not* in bold, we have been unable to identify a specification sheet in MRNA-GEN-VOL013 to ascertain the lipid content per vial. Could you please confirm that Moderna will produce these specification sheets this week?

We'd also like to make sure that the parties share an understanding of the mRNA LNP part numbers that are at issue with respect to Moderna's proposal. As set forth in Plaintiffs' September 6, 2023 letter, we are aware of the following part numbers: [REDACTED] Please confirm whether there are any other mRNA LNP part numbers at issue. We understand from Moderna's August 24, 2023 letter that it has been working to collect and produce specifications for each part number relevant to batches of the Accused Product.

We are happy to discuss any of the foregoing by phone if helpful. Thanks.

Best,
Tony

**Anthony Sheh | Associate | Williams & Connolly LLP |** (202) 434-5436 | vcard

---

**From:** Parrado, Alvaro <alvaro.parrado@kirkland.com>
**Sent:** Friday, October 20, 2023 6:28 PM
**To:** Sheh, Anthony <ASheh@wc.com>; Afinogenova, Alina <alina.afinogenova@kirkland.com>; McLennan, Mark C. <mark.mclennan@kirkland.com>; Elenberg, Falicia <felenberg@wc.com>; Komis, Jihad <JKomis@wc.com>; Genevant Team <GenevantTeam@wc.com>; 'Arbutus_MoFo' <Arbutus_MoFo@mofo.com>; Berl, David <DBerl@wc.com>; Mahaffy, Shaun <SMahaffy@wc.com>; Harber, Adam <AHarber@wc.com>; Fletcher, Thomas <TFletcher@wc.com>; Ryen, Jessica <JRyen@wc.com>; 'NTan@mofo.com' <NTan@mofo.com>; Bolte, Erik <ebolte@wc.com>; *jshaw@shawkeller.com <jshaw@shawkeller.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; 'nhoeschen@shawkeller.com' <nhoeschen@shawkeller.com>; 'EWiener@mofo.com' <EWiener@mofo.com>
**Cc:** #KEModernaSpikevaxService <KEModernaSpikevaxService@kirkland.com>; Li, Yan-Xin <yanxin.li@kirkland.com>; Horstman, N. Kaye <kaye.horstman@kirkland.com>; 'began@mnat.com' <began@mnat.com>; 'tmurray@morrisnichols.com' <tmurray@morrisnichols.com>; 'jblumenfeld@morrisnichols.com' <jblumenfeld@morrisnichols.com>; Hurst, James F. <james.hurst@kirkland.com>; Carson, Patricia A.