# EXHIBIT 1

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-252-MSG <br> ) <br> ) **CONTAINS INFORMATION** <br> ) **MODERNA DESIGNATED HIGHLY** <br> ) **CONFIDENTIAL – OUTSIDE** <br> ) **COUNSEL EYES ONLY** |

**PLAINTIFFS' THIRD SET OF REQUESTS
FOR PRODUCTION TO DEFENDANTS (NOS. 128–173)**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs Arbutus Biopharma Corporation ("Arbutus") and Genevant Sciences GmbH ("Genevant") direct the following requests for production to Defendants Moderna, Inc. and ModernaTX Inc. (collectively, "Moderna" or "Defendants"). Responses to these requests shall be served upon Plaintiffs' undersigned counsel within 30 days of service of these requests, or at such time and location as may be mutually agreed upon by the parties. Copies shall be produced as they are kept in the ordinary course of business, including their labeling as to the source of the documents. Pursuant to Fed. R. Civ. P. 26(e), these requests are continuing and require supplemental answers.

**DEFINITIONS & INSTRUCTIONS**

Plaintiffs incorporate herein by reference as though fully set forth herein the Definitions and Instructions of Plaintiffs' First Set of Requests for Production to Defendants (Nos. 1–98) served December 20, 2022.

1

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

1.  The "2013 Moderna-AstraZeneca Agreement" refers to the 2013 agreement between Moderna and AstraZeneca related to the development of "mRNA therapeutics." *See, e.g.*, https://news.modernatx.com/news/news-details/2013/AstraZeneca-and-Moderna-Therapeutics-Announce-Exclusive-Agreement-to-Develop-Pioneering-Messenger-RNA-Therapeutics-in-Cardiometabolic-Diseases-and-Cancer/default.aspx; https://www.astrazeneca.com/media-centre/press-releases/2013/astrazeneca-moderna-therapeutics-cardiometabolic-diseases-cancer-treatment-21032013.html#!; https://www.sec.gov/Archives/edgar/data/1682852/000095012318009738/filename5.htm.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 128**

All documents that estimate, define, describe, assess, study, or summarize the market for the Accused Product, including but not limited to company reports or studies, third-party research, or other information related to the market for the Accused Product.

**REQUEST FOR PRODUCTION NO. 129**

All documents and other information relating to the pricing strategies for the Accused Product, including, but not limited to, the factors, information, and/or data that Moderna considered in developing pricing strategies for the Accused Product.

**REQUEST FOR PRODUCTION NO. 130**

All documents and communications created, prepared, and/or reviewed for or by Moderna's Board of Directors, or any committee of such Board, related to the Accused Product, including, but not limited to, meeting minutes of Moderna's Board of Directors, presentations prepared for or provided to Moderna's Board of Directors, or financial analyses or projections about sales of the Accused Product provided to Moderna's Board of Directors.

**REQUEST FOR PRODUCTION NO. 160**

All documents and communications relating to the conception, reduction to practice, research, or development of the subject matter disclosed and/or claimed in WO 2023/019181 and any priority application thereto (including U.S. Provisional Application No. 63/232,128 listed on the cover of WO 2023/019181), including but not limited to laboratory notebooks, notes, records, logs, files, invention disclosures, or other documents generated by or at the direction of any named inventors, and all laboratory notebooks, notes, records, logs, files, invention disclosures, or other documents in which any named inventors made any entries.

**REQUEST FOR PRODUCTION NO. 161**

All documents and communications regarding the disclosure in WO 2023/019181 concerning the effect of adding steric stabilizers, such as polyethylene glycol (PEG) ███████████████████████████████████████████████████████████████████ ███████.

**REQUEST FOR PRODUCTION NO. 162**

All documents and communications regarding the disclosure in WO 2023/019181 of "turbulent mixing ('T-mix')," "vortex mixing ("V-mix")," or "microfluidic mixing."

**REQUEST FOR PRODUCTION NO. 163**

Documents sufficient to show the lipid composition and/or lipid molar ratio for all Investigational New Drug Applications submitted by Moderna to the U.S. Food & Drug Administration and Moderna's reasons for selecting the lipid composition and lipid molar ratio.

**REQUEST FOR PRODUCTION NO. 164**

Documents sufficient to show the lipid composition and/or lipid molar ratio for all Investigational New Drug Applications submitted by Moderna to the U.S. Food & Drug Administration using (1) 50 mol % to 65 mol % cationic lipid; (2) 4 mol % to 10 mol % of phospholipid; (3) 30 mol % to 40 mol % cholesterol or derivative thereof; and (4) 0.5 mol % to 2 mol % PEG-lipid or conjugated lipid that inhibits aggregation of particles, and Moderna's reasons for selecting the lipid composition and lipid molar ratio.

**REQUEST FOR PRODUCTION NO. 165**

Documents sufficient to show the lipid composition and/or lipid molar ratio for all Investigational New Drug Applications submitted by Moderna to the U.S. Food & Drug Administration using (1) 50 mol % to 65 mol % cationic lipid; (2) 3 mol % to 15 mol % of phospholipid; (3) 30 mol % to 40 mol % cholesterol or derivative thereof; and (4) 0.5 mol % to 2 mol % PEG-lipid or conjugated lipid that inhibits aggregation of particles, and Moderna's reasons for selecting the lipid composition and lipid molar ratio.

**REQUEST FOR PRODUCTION NO. 166**

Documents sufficient to show the LNP manufacturing process for all Investigational New Drug Applications submitted by Moderna to the U.S. Food & Drug Administration wherein the proposed product comprised LNPs.

**REQUEST FOR PRODUCTION NO. 167**

Documents sufficient to show the lipid composition and lipid molar ratio for all Investigational New Drug Applications submitted by Moderna to the U.S. Food & Drug Administration wherein the proposed product comprised LNPs.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | /s/ Emily S. DiBenedetto |
| David I. Berl | John W. Shaw (No. 3362) |
| Adam D. Harber | Karen E. Keller (No. 4489) |
| Thomas S. Fletcher | Nathan R. Hoeschen (No. 6232) |
| Shaun P. Mahaffy | Emily S. DiBenedetto (No. 6779) |
| Jessica Palmer Ryen | SHAW KELLER LLP |
| Anthony H. Sheh | I.M. Pei Building |
| Jihad J. Komis | 1105 North Market Street, 12th Floor |
| Philip N. Haunschild | Wilmington, DE 19801 |
| WILLIAMS & CONNOLLY LLP | (302) 298-0700 |
| 680 Maine Avenue S.W. | jshaw@shawkeller.com |
| Washington, DC 20024 | kkeller@shawkeller.com |
| (202) 434-5000 | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff Genevant Sciences GmbH* | edibenedetto@shawkeller.com |
|  | *Attorneys for Plaintiffs* |

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: August 3, 2023

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

# CERTIFICATE OF SERVICE

I, Emily S. DiBenedetto, hereby certify that on August 3, 2023, this document was served on the persons listed below in the manner indicated:

**BY EMAIL:**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com

Alina Afinogenova
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
alina.afinogenova@kirkland.com

Patricia A. Carson, Ph.D.
Jeanna M. Wacker
Mark C. McLennan
Nancy Kaye Horstman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
jeanna.wacker@kirkland.com
mark.mclennan@kirkland.com
kaye.horstman@kirkland.com

Yan-Xin Li
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
yanxin.li@kirkland.com

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No.
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*

14