# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>        Plaintiffs,<br><br>    v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>        Defendants. | **CONTAINS INFORMATION MODERNA DESIGNATED HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY**<br><br>C.A. No. 22-252-MSG |

**PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANTS**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiffs Arbutus Biopharma Corporation ("Arbutus") and Genevant Sciences GmbH ("Genevant") request that Defendants Moderna, Inc. and ModernaTX Inc. (collectively, "Moderna" or "Defendants") respond fully, in writing, under oath, separately to each interrogatory below. Plaintiffs request that Defendants serve their written responses to these interrogatories upon Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC, 20024, within 30 days after service hereof.

**DEFINITIONS & INSTRUCTIONS**

Plaintiffs incorporate herein by reference as though fully set forth herein the definitions and instructions of Plaintiffs First Set of Interrogatories to Defendants served February 16, 2023.

**INTERROGATORIES**

**INTERROGATORY NO. 11**

Identify all final and intermediate batches and/or lots of the Accused Product by all batch numbers and/or lot numbers, including any batch and/or lot numbers used or assigned by Moderna or any third party, including:

1

(1) all batches and/or lots of mRNA-1273 Drug Product and any supplemental or booster COVID-19 mRNA vaccine product thereof, including any batches and/or lots of mRNA-1273.214 and mRNA-1273.222;

(2) all batches and/or lots of mRNA-1273 Lipid Nanoparticle ("LNP"), including all batches and/or lots of mRNA-1273 LNP-B, mRNA-1273.529 LNP, and mRNA-1273.045 LNP;

(3) all batches and/or lots of ███████████████████████████;

(4) all batches and/or lots of SM-102, DSPC, Cholesterol, and PEG2000-DMG; and

(5) all batches and/or lots of mRNA, including all batches and/or lots of CX-024414, CX-034476, and CX-031302,

and for each batch and/or lot:

describe in detail the genealogy of the batch and/or lot, including the source and disposition of the batch and/or lot, including: the batches of SM-102, DSPC, Cholesterol, and PEG2000-DMG used to manufacture each batch of ███████████████████████ and/or mRNA-1273 LNP; the batches of mRNA and batches of ███████████████████████████ used to manufacture each batch of mRNA-1273 LNP; the batches of mRNA-1273 LNP used to manufacture each batch of mRNA-1273 Drug Product and/or other final drug product; the parties to whom or by whom the batch and/or lot was manufactured, sold, offered for sale, distributed, transferred, shipped, administered and/or used; where that manufacturing, sale, offer for sale, distribution, transfer, shipment, administration and/or use occurred; and the dates on which that manufacturing, sale, offer for sale, distribution, transfer, shipment, administration and/or use occurred; and

identify the unit sales, revenues, gross profit, net profit, average unit sales price to end users, average unit sales price to distributors (if any), list price to end users, list price to distributors

2

(if any), cost of goods sold (including identification of the items included in cost of goods sold), and operating costs (*i.e.*, other costs not included in cost of goods sold, such as selling, general, and administrative expenses) associated with the batch and/or lot.

|  |  |
|---|---|
| OF COUNSEL:<br>David I. Berl<br>Adam D. Harber<br>Thomas S. Fletcher<br>Jessica Palmer Ryen<br>Lydia B. Cash<br>Shaun P. Mahaffy<br>Anthony H. Sheh<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>(202) 434-5000<br>*Attorneys for Plaintiff Genevant Sciences GmbH*<br><br>Daralyn J. Durie<br>Shaelyn K. Dawson<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(415) 268-6080<br><br>Kira A. Davis<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543<br>(213) 892-5200<br><br>David N. Tan<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, DC 20037<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation*<br><br>Dated: March 16, 2023 | /s/ Nathan R. Hoeschen<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiffs* |

3

## **CERTIFICATE OF SERVICE**

I, Nathan R. Hoeschen, hereby certify that on March 16, 2023, this document was served on the persons listed below in the manner indicated:

**BY EMAIL:**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com

Patricia A. Carson, Ph.D.
Jeanna M. Wacker
Mark C. McLennan
Nancy Kaye Horstman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
jeanna.wacker@kirkland.com
mark.mclennan@kirkland.com
kaye.horstman@kirkland.com

*/s/ Nathan R. Hoeschen*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*