# EXHIBIT 16



# Transcript of Hearing

**Date:** March 22, 2023
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Hearing
Conducted on March 22, 2023

---

**1**

```
                HEARING O  THE

     SENATE COMMITTEE ON HEALTH, EDUCATION,

            LABOR, AND PENSIONS

            UNITED STATES SENATE




          STEPHANE BANCEL, MODERNA CEO

     Testifies on COVID  9 Vaccine Price Increase


              Wednesday, March 22, 2023
```

Job No.:  5  86

Pages:      8

Transcribed by:  Esther M. Taylor

---

**2**

```
     SENATE COMMITTEE ON HEALTH, EDUCATION, LABOR,

                    AND PENSIONS


     BERNIE SANDERS, Vermont, Chair

     BILL CASSIDY, M.D., Louisiana, Ranking

          Member

     RAND PAUL, M.D., Kentucky

     ROBERT P. CASEY, JR., Pennsylvania

     MITT ROMNEY, Utah

     PATTY MURRAY, President Pro Tempore, Washington

     TOMMY TUBERVILLE, Alabama

     TINA SMITH, Minnesota

     MIKE BRAUN, Indiana

     JOHN HICKENLOOPER, Colorado

     ROGER MARSHALL, M.D., Kansas

     TAMMY BALDWIN, Wisconsin

     MARKWAYNE MULLIN, Oklahoma

     MAGGIE HASSAN, New Hampshire

     EDWARD MARKEY, Massachusetts

     BEN RAY LUJAN, New Mexico
```

---

**3**

```
     SENATE COMMITTEE ON HEALTH, EDUCATION, LABOR,

                    AND PENSIONS


     SPEAKERS:

     STEPHANE BANCEL, CEO, Moderna

     CHRISTOPHER MORTEN, JD, PhD

     AMEET SARPATWARI, PhD, JD

     CRAIG GARTHWAITE, PhD
```

---

**4**

1    THE CHAIR:  The Senate Committee on
2 Health, Education, Labor, and Pensions will come
3 to order.
4    Let me begin by thanking Mr. Bancel,
5 the CEO of Moderna, for being with us today and
6 all other panelists who will be joining us.
7    Mr. Bancel very early on agreed to be
8 here voluntarily, and I appreciate that very
9 much.
10    I also want to take this opportunity,
11 so there is no confusion, to congratulate
12 Moderna, Pfizer, other companies, and the great
13 scientists at the National Institute of Health
14 and other Federal agencies for their
15 extraordinary work in rapidly producing COVID
16 vaccines that have saved millions of lives.  We
17 should be grateful to all those in Government
18 and in the private sector who worked so hard to
19 save lives.
20    This hearing, to my mind, is about
21 several enormously important and interrelated
22 issues that are on the minds of the American

---

Transcript of Hearing
Conducted on March 22, 2023

49
1  doesn t, I lose it all.
2        There are, right now, in our country,
3  hundreds of startup businesses trying to develop
4  drugs that will cure diseases.
5        I happen to know that because I
6  invested in some in my prior life.  I lost my
7  money in every single one.  Studied them as well
8  as we could.  We lost our money.  That s the
9  nature.  But we thought, if it works, we re
10 going to really get a huge return for ourselves
11 and for our investors.
12       So, you know, I don t know how much
13 money is the right amount of money, but the idea
14 that somehow corporate greed has just been
15 invented in America is absurd.  It s been there
16 from the beginning of free enterprise.
17 Individuals investing, hoping that if it
18 succeeds, they ll do very well financially,
19 extraordinarily well.  So I want to applaud the
20 example we have.
21       By the way, the socialist countries,
22 China and Russia and Northern Europe, did they

5
1  salary of billions of dollars?
2        MR. BANCEL:  No, Senator.
3        SEN. ROMNEY:  You re a billionaire
4  because the stock that you got when you started
5  the company, you kept some of it, I presume.
6        MR. BANCEL:  Mm-hmm.
7        SEN. ROMNEY:  That stock is now worth
8  a lot of money because your technology has been
9  proven to actually work.
10       Is it going to work beyond vaccines?
11 And what kinds of things are you working on?
12       MR. BANCEL:  So thank you, Senator.
13       So we are very excited because this
14 is a platform that we worked on for 10 years.
15 We shared, just before Christmas, exciting data
16 in cancer, which we are very excited because, of
17 course, all of us have been touched or are being
18 touched right now by cancer.  And we show
19 44 percent reduction in recurrence of disease
20 for melanoma cancer or deaths.
21       We are working very quickly to get
22 this to the FDA, in a Phase 3 study this year.

50
1  come up with a vaccine that saved lives?  No.
2  No.  They didn t.
3        Pfizer got technology from a German
4  company, free enterprise company -- Moderna --
5  and saved lives.  It is a stark demonstration of
6  the comparison between free enterprise and
7  socialism.  And free enterprise works and
8  socialism doesn t when it comes to saving our
9  lives.
10       Now, I look at the technology which
11 you re proposing to continue to develop in other
12 areas, and I guess I want to ask what are the
13 kinds of things that you re working on now?
14 What are the prospects that you believe for some
15 of these to make a real difference in saving
16 lives or improving lives?  Is this a one-off
17 technology -- mRNA, is this something which is
18 really just effective for vaccines or does it
19 have broader application?  And what will you do
20 with the money that the company is making?
21       By the way, I noted that you re a
22 billionaire now.  Did the company pay you a

52
1  We are also working with our partners at Merck
2  to try this -- and we want to explore as many
3  tumor type as we can to see where can we help
4  people because if we -- if that result
5  translates to other tumor type, which we believe
6  should happen, we have to be careful and, of
7  course, wait for the clinical data -- that could
8  help a lot of people.
9        We are also working on rare genetic
10 disease.  One of the reason I got excited about
11 Moderna in the early days is, you know, I have
12 children and --
13       THE CHAIR:  I m sorry,
14 Senator Romney s speech on socialism took up the
15 bulk of the time.  We have to go to
16 Senator Murray right now.
17       SEN. ROMNEY:  As did -- as did our
18 Chairman.
19       SEN. MURRAY:  Thank you very much,
20 Mr. Chairman, for holding this hearing.
21       Mr. Bancel, welcome to the Committee.
22       You know, I understand that shifting

Transcript of Hearing
Conducted on March 22, 2023

53

1 from a single Federal contract to a multi-
2 layered payer market is adding complexity to
3 your distribution claims.  But we are talking
4 about a vaccine that taxpayers invested
5 $12 billion in, a vaccine that was once $15, and
6 now you re planning, of course, to price it at
7 $130 despite the fact that it just costs about
8 $3 to make.  And that -- as we know, that cost
9 is going to get passed on to consumers whether
10 it s through higher premiums or higher
11 administration fees.
12        So I want to know what is your answer
13 to this Committee and really to the public about
14 the need for such a drastic quadrupling of the
15 cost.
16        MR. BANCEL:  Thank you, Senator, for
17 the question.
18        So, first, just to precise some
19 numbers.  The U.S. Government invested
20 $1.7 billion in the vaccine development.  The
21 rest of the amount that you mentioned was
22 actually purchase of product -- not investment

54

1 in the development.
2        As I said in my oral testimony, we
3 decided -- and this was discussed at our Board.
4 This was not asked of us by the Government.
5        We, in the letter I wrote to the
6 Government, when we started discussing about
7 procuring the vaccine in September of 2020, we
8 proposed a discount.  It was not asked of us.
9        We discussed with our Board and we
10 said if the vaccine work -- in September 2020,
11 we had no idea.  The Phase 3 come in November,
12 the data -- if the vaccine work, we think it s
13 our responsibility to return the capital to tax
14 payers.  And we returned, as I mentioned,
15 $2.9 billion in discount versus the -- mRNA
16 vaccine that the Government procured.
17        So despite our vaccine having three
18 times more mRNA in it -- 100 microgram versus
19 the other one was 30 microgram, we discounted
20 our product to return $2.9 billion to the U.S.
21 taxpayer.  We thought it was the right thing to
22 do, to say thank you to the Government.

55

1        In addition, the Government got
2 $5 trillion of economic value, 18 million
3 hospitalization less, impact on humans and the
4 cost of it, and 3 million lives saved.
5        So in the endemic setting, the
6 challenge that we have is -- as I mentioned in
7 my opening testimony, the wastage we re going to
8 have to take care of.
9        So, first, we have to make more
10 product than we think we will sell because we
11 cannot have patients going to pharmacies and
12 having no supply.  And this is a very hard
13 business, very complex because it s a seasonal
14 product.
15        The FDA currently plans to tell us
16 they think late May/early June, what they want
17 in the vial.  We re going to spend the whole
18 summer making as much as we can.  And what we
19 know is the forecast is going to be wrong.  The
20 forecast are always wrong.
21        And so the question to protect
22 people, we need to make more than we think is

56

1 going to be needed.  That waste, we re going to
2 have to pay for it.
3        What happened in the fall of 2022,
4 which I think is an important way to think about
5 it -- the U.S. Government purchased 160 million
6 doses.  The last number I got from CDC, around
7 50 million doses got in arms, but the Government
8 bought everything.  So the difference,
9 110 million doses might go to waste, in the
10 garbage.
11        So saying that the cost of the
12 vaccine before was $20, I don t think is the
13 right way to do the cost.  It s not the cost to
14 the U.S. taxpayer.  The U.S. taxpayer paid for
15 everything.  If you do the math, it s around
16 $80.
17        The cost in the fall of  22, still
18 with five product in the vial.
19        SEN. MURRAY:  Okay.  Well, I
20 understand that, and I just have a minute here
21 left.  I want to ask a couple of questions.
22        You are talking about having a

Transcript of Hearing

Conducted on March 22, 2023

77

1 that are making a claim that you had a patent
2 infringement. I m hearing that not only here,
3 but patent tweaking, patent infringements, when
4 it comes to where we spend even more money on
5 biologics and biosimilars.
6        Point being, whether it s the
7 Government paying for it or the private sector,
8 it s a broken system and you need to get better
9 at it or you re going to get solutions in the
10 long run that you don t like.
11        Your distribution system -- why is it
12 something that you sound like you gotta recreate
13 it? Where has it been up to this point? How do
14 you distribute your flu vaccines? Why do you
15 need this much money? A 400 percent price
16 increase is preposterous, especially when you ve
17 been given all this Government largess and it s
18 even going to protect you from these lawsuits.
19        What s the nature of your current
20 distribution system to where you can t just put
21 this into it, and why is this that much
22 different than what you ve done for years in

78

1 distributing a flu vaccine? Because it looks
2 like we re headed more to where this is going to
3 be like the flu than it s going to be something
4 extra normal.
5        MR. BANCEL: Thank you, Senator, for
6 your question.
7        So just to clarify, we do not have a
8 flu vaccine on the market yet. We have one in
9 clinical study. We should have a Phase 3 data
10 soon and hopefully --
11        SEN. BRAUN: You may not have one on
12 the market, but there s a distribution network
13 for them from your competitors. Why wouldn t
14 you be able to get into that? Why do you have
15 to justify creating a new distribution network?
16 No one would ever do that.
17        MR. BANCEL: So indeed, Senator, we
18 are going to use, but we have to set up the
19 distribution network. I m not saying that we
20 are going to build our own warehouses like other
21 companies do. We are going to work with
22 companies, but we have to set up those

79

1 contracts.
2        During the pandemic, we only shipped
3 trucks to three warehouses in the U.S. when the
4 CDC was taking the responsibility and the cost
5 of getting the vaccine to hospitals, pharmacies
6 --
7        SEN. BRAUN: Is Government requiring
8 you to do something different here that would
9 cause you to use a different network?
10        What do McKesson and Cardinal and the
11 others do? There s a network to get this stuff
12 to pharmacies already and the places they need
13 to go. Why can t you blend it into that, keep
14 the cost down, be a little entrepreneurial in
15 what you re doing?
16        MR. BANCEL: It s part of the
17 solution we re going to be doing, Senator, is
18 we re going to use existing networks, but we
19 have to set up everything because we never had a
20 commercial product before. We just have to go,
21 which we are doing right now, through all the
22 contracting, negotiating of all those rights and

80

1 so on to set up the distribution capability so
2 that we can get the vaccine to pharmacies.
3        SEN. BRAUN: I ve run out of time.
4 You cannot, as well as the rest of the industry
5 including hospitals, have the best of both
6 worlds where you want Government to be in there
7 helping you when it s tough and where for the
8 private side, most of us are not happy with the
9 fact that we re lucky if your health insurance
10 plan only goes up 5 to 10 percent, which
11 incorporates hospitals, pharma, and maybe the
12 Darth Vader of it all, the insurance business.
13        Something s got to give or you re
14 going to get more Government involved in
15 healthcare. Thank you.
16        THE CHAIR: Senator Hickenlooper.
17        SEN. HICKENLOOPER: Thank you,
18 Mr. Chair.
19        Mr. Bancel, thank you for coming in
20 and testifying before us.
21        It really is a remarkable, if you
22 look at the arc of what happened and you look at

81

1  it -- actually take it all the way back to when
2  Moderna was founded in 2010 and you came on
3  board in 2011.  I look at so many moments of
4  risk and how many times -- I don t want to alarm
5  anyone, but the company could be at risk when
6  your margins were so thin, you didn t have
7  sufficient money to invest.
8       And I think the notion of what the
9  Federal Government did during a time of crisis
10 where we made, I think, the decision baked in
11 wisdom to pursue six different solutions.  I m
12 talking about multiple working hypotheses.
13      And in your case, the Federal
14 Government, BARDA, provided, I think, it was
15 $1.7 billion in your statement, you said.  And
16 that was money that really was after the earlier
17 investments, which were largely in research and
18 those are public-private partnerships that have
19 -- that money is invested.  We do that --
20 Government does that in all different levels.
21      In this case, the $1.7 billion, you
22 actually turned 2.9 billion?  2.8?

83

1       I believe Moderna would have got the
2  vaccine approved without the funding, but it
3  will not happen by the end of the year, so
4  Americans  lives would have been impacted by
5  that delay without the support.
6       And so when we looked at it, we --
7  like, if we re going to get, you know, the
8  vaccine to work, we should provide a discount.
9  And the Board decided in five minutes and that s
10 what I put in my letter that I sent to the
11 Government in our first discussions for
12 procurement.
13      SEN. HICKENLOOPER:  And I did an
14 interesting calculation to look at how many
15 lives were saved by accelerating that process
16 with that $1.7 billion that was paid back almost
17 not quite double, but certainly more than just
18 paying it back.
19      And I am sympathetic to some of the
20 issues as you look at pricing going forward that
21 this is something that has to be kept at a cold
22 temperature, you re going from one customer to

82

1       MR. BANCEL:  2.9 billion.
2       SEN. HICKENLOOPER:  $2.9 billion.
3  What was part of your motivation and that?
4       MR. BANCEL:  Thank you, Senator, for
5  the comments and for the question.
6       It s actually quite simple.  As we
7  were starting, so there were two moments during
8  the pandemic in partnership with the Government.
9  First, focus on the vaccine development and
10 accelerate it.  That s what BARDA funding
11 provided.
12      Then we started to discuss with the
13 Government toward the end of the summer 2020
14 about purchasing vaccine in case the FDA will
15 approve them.  And as we started to have those
16 discussions, we started to discuss with our
17 Board.  And it became very clear, like, a five-
18 minute discussion at a Board meeting, that we
19 had to find a way to give the money back to the
20 U.S. Government because we all felt very
21 grateful that thanks to that funding, we were
22 able to accelerate the vaccine.

84

1  thousands of customers, you re looking at a
2  90 percent or 95 percent reduction in what
3  you re producing, so all your manufacturing is
4  going to have to be reconfigured.
5       MR. BANCEL:  Yes.
6       SEN. HICKENLOOPER:  You know, and I m
7  not an expert in pharmaceuticals, so I can t
8  address that, but I think it is a complex issue
9  that we need to spend more time looking at and
10 in these kinds of public-private partnerships,
11 we want to get to the alignment of interest.
12      And I guess my question is -- you can
13 comment on that, but I would also -- what do you
14 think, going forward, how can we do a better job
15 of creating these public-private partnerships so
16 that both sides feel they know exactly what
17 they re getting and what s -- you know that
18 there s an alignment of that self-interest.
19      MR. BANCEL:  Thank you, Senator.
20      Actually, the way we think about the
21 price during the pandemic was actually a
22 discount.  We are talking here today about an

Transcript of Hearing
Conducted on March 22, 2023

8

```
1        CERTIFICATE OF TRANSCRIBER
2        I, Esther M. Taylor, do hereby
3   certify that this transcript was prepared from
4   the digital audio recording of the foregoing
5   proceeding; that said transcript is a true and
6   accurate record of the proceedings to the best
7   of my knowledge, skills, and ability; and that I
8   am neither counsel for, related to, nor employed
9   by any of the parties to the case and have no
10  interest, financial or otherwise, in its
11  outcome.
12
13
14
15
16
17
18
19
20  ESTHER M. TAYLOR
21  October 19, 2023
22  (511186, Moderna, 3-22-2023)
```