EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-252 (MSG) |
| v. | ) ) | |
| MODERNA, INC. and MODERNATX, INC. | ) ) | |
| Defendants. | ) ) | |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Counterclaim-Defendants. | ) ) | |

**DECLARATION OF PETER WOJCIECHOWSKI**
**IN SUPPORT OF THE PARTIES' JOINT MOTION TO SEAL**

I, Peter Wojciechowski, hereby declare as follows:

1.      I am CMC Knowledge Management Lead at ModernaTX, Inc. (hereinafter, "Moderna"). In this role, I am familiar with Moderna's technical research and development information. I am familiar with the fact that Moderna maintains this information as confidential[1], and I am familiar with the extensive efforts Moderna takes to protect its confidential information. I have personal knowledge of the facts stated in this declaration of have become aware of such facts through my role at Moderna. If called upon to testify, I could and would competently testify thereto.

2.      I write this declaration in support of Moderna's request to avoid disclosure of sensitive and confidential information on the public record. I discuss below how and why Moderna keeps certain technical information confidential, and the serious harm that would result to Moderna from disclosure of this information to Moderna's competitors.

3.      I understand this case relates to Moderna's COVID-19 Vaccine, known as mRNA-1273 or "SpikeVax." SpikeVax is comprised of messenger RNA (mRNA) which is encased in lipid nanoparticles (LNPs). Moderna's proprietary LNP is comprised of four lipid components including SM-102, cholesterol, phospholipid, and PEGDMG-2000.

4.      I have been provided and have reviewed the information that Moderna proposes to redact from Moderna's Opposition to Plaintiffs' Motion to Compel Samples (D.I. 183) ("Moderna's Opposition"), as well as supporting documents submitted with Moderna's Opposition. Specifically, Moderna's Opposition and Exhibits 4-6, 14-15, 19-23, and 25-26

---

[1]   I understand that the Protective Order in this case (D.I. 91) includes two categories of Protected Material: "Confidential" and "Highly Confidential – Outside Counsel's Eyes Only." I understand that Moderna's Opposition and Exhibits include both categories of Protected Material. For the purposes of this declaration, I have used the term "confidential" to cover both categories, neither of which should be disclosed to the public for the reasons explained herein.

thereto contain Moderna confidential information. These documents reflect Moderna confidential technical and business information regarding Moderna's COVID-19 vaccine.

5.      It is critical to Moderna that the Court maintain under seal Moderna's confidential information. Moderna has always taken extensive measures to maintain the confidentiality of its technical information, including by implementing procedures that restrict access to sensitive information even within Moderna. Employees have confidentiality obligations as part of their employment and are provided guidance regarding how to treat sensitive information. Specifically, confidential Moderna information is not to be disclosed outside of Moderna except under confidentiality agreement and when necessary. Documents containing such information may be marked as confidential or otherwise indicate they contain restricted or sensitive information. Internal to Moderna, employee access to commercially sensitive and trade secret information is often restricted on a need-to know basis, as determined by a person's group or role on a project. Moderna has been extremely concerned about the protection of its confidential information during this litigation and has been very careful to always protect this information.

6.      Moderna's proposed redactions seek to seal portions of Moderna's Opposition and Exhibits 4-6, 14-15, 19-23, and 25-26 thereto, which refer to, quote, summarize, or otherwise disclose Moderna's sensitive and confidential technical information. Specifically, the information on the following pages of Moderna's Opposition and Exhibits disclose specific information concerning the composition of Moderna's COVID-10 Vaccine and Moderna's proprietary and trade secret manufacturing methods for its COVID-19 Vaccine including steps in the manufacturing process and parameters for those steps:

- Moderna's Opposition at page 1, lines 9-10; page 2, lines 14, 16; page 3, lines 16-17, 23;

- Exhibit 4 at page 14, lines 20-28; page 15, lines 1-9, 14-16; page 17, lines 7, 9-10; page18, lines 5-6, 8-11; page 19, lines 7-11, 13-15, 20-21; page 20, lines 1, 25-26; page 21, lines 1, 4-5, 10-15, 17-24; page 22, lines 1-3, 8-10; page 23, lines 23, 26-27; page 24, lines 22-23; page 25, lines 5-6, 8, 10-11; page 26, lines 7, 9, 11, 17-18, 20-22, 24; page 27, lines 1, 4, 8-9, 16-22, 25; page 28, lines 5, 7-15, 17, 23; page 29, line 1; page 30, lines 4, 7-8, 11-12, 14, 17, 20-21; page 31, lines 7-12, 14-15, 20-26; page 32, lines 1-3, 7-18, 22, 26-28, 31; page 52, lines 15-23; page 53, lines 1-4; page 54, lines 22-23; page 55, lines 1-2;

- Exhibit 5 at page 3, lines 11-17, 25, 38-41; page 4, lines 4-7, 14, 20-22;

- Exhibit 6 (confidential Certificate of Analysis);

- Exhibit 14 at page 2, lines 14-16; page 9, lines 13-21; page 10, lines 1-17; Exhibit A (confidential specification);

- Exhibit 15 at chart Paragraph 4(c) Charts;

- Exhibit 19 at page 4, lines 31-40; page 7, lines 14-15; page 8, lines 14-16, 23-24;

- Exhibit 20 at page 3, lines 16-22, 37-40; page 4, lines 36-43; page 5, lines 5-10, 24-33;

- Exhibit 21 at page 1, lines 13-22; page 2, lines 5-6; page 4, lines 4, 10, 23; page 5, lines 4-20;

- Exhibit 22 at page 1, lines 28-30; page 4, line 13-17;

- Exhibit 23 at page 1, lines 33-35;

- Exhibit 25 at page 2, lines 11-14, 18-25; page 3, lines 3-5, 8-11; and

- Exhibit 26 at page 1, lines 23-29; page 2, lines 25-31.

7.      The information within Moderna's Opposition and Exhibits 4-6, 14-15, 19-23, and 25-26 thereto that Moderna proposes redacting is confidential and sensitive information that Moderna does not disclose publicly, which it wishes to remain confidential. There is significant competition between established vaccine suppliers, including suppliers with mRNA-based vaccines. Additionally, there are companies considering entering the vaccine market and companies developing mRNA-based vaccines and therapeutics for other diseases or developing lipid nanoparticles for mRNA-based products. Because there are so few competitors in these

markets, the markets are highly competitive, and any information about one of the competitors, even seemingly minor information, may prove competitively advantageous. Moderna has spent significant resources to develop its formulation and manufacturing methods, and the release of such information to the public, including Moderna's competitors, would significantly harm Moderna.

8.      With respect to Moderna's formulation, Moderna considers its precise formulation, including the quantities of ingredients, a trade secret, which is not public knowledge.

9.      With respect to Moderna's proprietary manufacturing process for SpikeVax, Moderna considers its process-as-a-whole a trade secret, including the steps in the process, the records of each step, the parameters or specification for each step (such as timing, sequence, amount and kind of raw materials, temperatures, measurements, equipment used etc.). Moderna has not publicly disclosed its proprietary manufacturing process. Exhibits 4-6, 14-15, 19-23, and 25-26 disclose many of these details, which are referenced in the portions of Moderna's Opposition that Moderna proposes to redact.

10.     Based on my personal knowledge and experience in the pharmaceutical business, I believe that disclosure of this information would significantly harm Moderna by revealing confidential data to its direct competitors and the public generally. If the confidential information were made public, Moderna's competitors would be able to potentially replicate Moderna's products, features within Moderna's products, and methods of making Moderna's products, or make decisions about where, when, and how to offer directly competitive goods with full knowledge of Moderna's technology. Moderna's competitors would gain a significant advantage in creating their own business strategies, which would put Moderna at a significant competitive

disadvantage, causing it real and serious harm. Moderna's competitors may also seek patent claims to cover Moderna's technology.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this January 10, 2024   Respectfully submitted,

             */s/ Peter Wojciechowski*
             Peter Wojciechowski

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 10, 2024, upon the following in the manner indicated:

John W. Shaw, Esquire                                         *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs Arbutus Biopharma*
*Corporation and Genevant Sciences GmbH*

Daralyn J. Durie, Esquire                                     *VIA ELECTRONIC MAIL*
Adam R. Brausa, Esquire
Eric C. Wiener, Esquire
Annie A. Lee, Esquire
Shaelyn K. Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

Kira A. Davis, Esquire                                        *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

David N. Tan, Esquire                                          *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

David I. Berl, Esquire                                         *VIA ELECTRONIC MAIL*
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Jessica Palmer Ryen, Esquire
Shaun P. Mahaffy, Esquire
Anthony H. Sheh, Esquire
Philip N. Haunschild, Esquire
Jihad J. Komis, Esquire
Matthew W. Lachman, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*


                                          */s/ Travis J. Murray*

                                          _____
                                          Travis J. Murray (#6882)