# EXHIBIT 7

**NOTEBOOK NO.** 322

**ISSUED TO** Kien Lam

**ON** 14th November **20** 06

**DEPARTMENT** Process Development.

**RETURNED** 28 Jul. **20** 10

**SCIENTIFIC NOTEBOOK COMPANY**
**2831 LAWRENCE AVENUE**
**STEVENSVILLE, MICHIGAN 49127**
**(800) 537-3028  -  http://www.snco.com**

CONFIDENTIAL

GENV-00012523



CONFIDENTIAL