# EXHIBIT 7

NOTEBOOK NO. 322
ISSUED TO Kien Lam
ON 14th November 20 06
DEPARTMENT Process Development
RETURNED 28 Jul. 20 10

SCIENTIFIC NOTEBOOK COMPANY
2831 LAWRENCE AVENUE
STEVENSVILLE, MICHIGAN 49127
(800) 537-3028  -  http://www.snco.com

CONFIDENTIAL                                    GENV-00012523



CONFIDENTIAL

GENV-00012559