# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH<br><br>*Plaintiffs*,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>*Defendants*. | C.A. No. 22-252-MSG<br><br>**CONTAINS INFORMATION MODERNA DESIGNATED HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY** |

**PLAINTIFFS' INITIAL INFRINGEMENT CONTENTIONS**

Pursuant to the Court's Scheduling Order (D.I. 72) and Paragraph 4(c) of the Court's Default Standard for Discovery, Including Discovery of Electronically Stored Information, Plaintiffs Arbutus Biopharma Corporation ("Arbutus") and Genevant Sciences GmbH ("Genevant") disclose their initial infringement contentions regarding U.S. Patent Nos. 8,058,069 ("the '069 patent"); 8,492,359 ("the '359 patent"); 8,822,668 ("the '668 patent"); 9,364,435 ("the '435 patent"); 9,504,651 ("the '651 patent"); and 11,141,378 ("the '378 patent") to Defendants Moderna, Inc. and ModernaTX, Inc. (collectively, "Moderna").

Plaintiffs' initial infringement contentions are based on the information currently available to, and known by, Plaintiffs. Fact discovery is ongoing, and Plaintiffs have not yet obtained any deposition testimony from Moderna. The Court has not yet construed any of the asserted claims of the patents-in-suit. The Court has set a schedule pursuant to which the parties will identify terms for construction, provide proposed constructions, cite evidence supportive of those constructions, confer to narrow the disputes before the Court, and then submit, through briefing and oral presentations, their arguments to the Court. The Court will then construe the disputed

1

their infringement contentions as the pre-trial phase of the litigation proceeds and as additional information comes to light. Plaintiffs specifically reserve the right to supplement these infringement contentions in view of future production of documents, the Court's issuance of a claim construction order, and expert opinions and testimony.

These appended claim charts are provided without prejudice to Plaintiffs' right to introduce expert opinions and demonstratives as expert discovery progresses, and to produce and introduce at trial all evidence, whenever discovered, relating to the proof of currently known and subsequently discovered facts. In addition, the division of each claim into individual limitations below is for convenience only and is without prejudice to Plaintiffs' right to argue for a different division at a later date.

|  |  |
|---|---|
|  | */s/ Karen E. Keller* |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Nathan R. Hoeschen (No. 6232) |
| David I. Berl | SHAW KELLER LLP |
| Adam D. Harber | I.M. Pei Building |
| Thomas S. Fletcher | 1105 North Market Street, 12th Floor |
| Shaun P. Mahaffy | Wilmington, DE 19801 |
| Jessica Palmer Ryen | (302) 298-0700 |
| Anthony H. Sheh | jshaw@shawkeller.com |
| Lydia B. Cash | kkeller@shawkeller.com |
| WILLIAMS & CONNOLLY LLP | nhoeschen@shawkeller.com |
| 680 Maine Avenue SW | *Attorneys for Plaintiffs* |
| Washington, DC 20024 |  |
| (202) 434-5000 |  |
| *Attorneys for Plaintiff Genevant* |  |
| *Sciences GmbH* |  |

Daralyn J. Durie
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: April 24, 2023

## **CERTIFICATE OF SERVICE**

I, Karen E. Keller, hereby certify that on April 24, 2023, this document was served on the persons listed below in the manner indicated:

**BY EMAIL:**

| | |
|---|---|
| Jack B. Blumenfeld<br>Brian P. Egan<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br><br>James F. Hurst<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br>james.hurst@kirkland.com<br><br>Alina Afinogenova<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500<br>alina.afinogenova@kirkland.com | Patricia A. Carson, Ph.D.<br>Jeanna M. Wacker<br>Mark C. McLennan<br>Nancy Kaye Horstman<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>patricia.carson@kirkland.com<br>jeanna.wacker@kirkland.com<br>mark.mclennan@kirkland.com<br>kaye.horstman@kirkland.com<br><br>Yan-Xin Li<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>(415) 439-1400<br>yanxin.li@kirkland.com |

/s/ *Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*