IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>       Plaintiffs,<br><br>  v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MULTIMEDIA FILING

Notice is hereby given that the document listed below is being provided to Chambers via email and is available in electronic form only:

1) Plaintiffs' Technology Tutorial

|  |  |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | Emily S. DiBenedetto (No. 6779) |
| David I. Berl | SHAW KELLER LLP |
| Adam D. Harber | I.M. Pei Building |
| Thomas S. Fletcher | 1105 North Market Street, 12th Floor |
| Jessica Palmer Ryen | Wilmington, DE 19801 |
| Shaun P. Mahaffy | (302) 298-0700 |
| Jihad J. Komis | jshaw@shawkeller.com |
| Anthony H. Sheh | kkeller@shawkeller.com |
| Matthew W. Lachman | nhoeschen@shawkeller.com |
| Philip N. Haunschild | edibenedetto@shawkeller.com |
| Falicia Elenberg | *Attorneys for Plaintiffs* |
| WILLIAMS & CONNOLLY LLP | |
| 680 Maine Avenue S.W. | |
| Washington, DC 20024 | |
| (202) 434-5000 | |
| *Attorneys for Plaintiff Genevant Sciences GmbH* | |

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: January 19, 2024