IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants.<br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252 (MSG) |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO SEAL DEFENDANTS' OPPOSITION LETTER TO PLAINTIFFS' MOTION TO COMPEL (D.I. 196)**

WHEREAS, Defendants Moderna, Inc. and Modernatx, Inc. ("Defendants") filed their Opposition Letter to Plaintiffs' Motion to Compel ("Opposition Letter") under seal on January 17, 2024;

WHEREAS, pursuant to the Stipulation and Order Regarding Sealed Filings (D.I. 155), the deadline for the parties to file a motion to seal the Opposition Letter is January 22, 2024;

WHEREAS, the parties have identified confidential information in the Opposition Letter and require additional time to prepare the joint motion to seal;

NOW THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that the deadline to file a motion to seal Defendants' Opposition Letter (D.I. 196) shall be extended until January 25, 2024.

2

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

**SO ORDERED** this 23rd day of January, 2024.

   */s/ Mitchell S. Goldberg*
   UNITED STATES DISTRICT JUDGE