IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : : : | |
| Plaintiffs, | : : : | **CIVIL ACTION** |
| v. | : : | |
| **MODERNA, INC. and MODERNATX, INC.,** | : : | **NO. 22-252** |

**ORDER**

**AND NOW**, this 26th day of January, 2024, it is hereby **ORDERED** that the February 8, 2024 Claim Construction Hearing in the above matter is **RESCHEDULED** to begin at **10:00 a.m.** on February 8, 2024 in Courtroom 17-A, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**