IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 22-252 (MSG)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court, having considered the parties' Joint Motion to Seal (D.I. 203), IT IS HEREBY ORDERED this   1st   day of February, 2024 that the Motion is GRANTED.

Leave is given for Moderna to file Moderna's Opposition (D.I. 196) and Exhibits C, F, G, H, K, M, and N in redacted form.

/s/ Mitchell S. Goldberg
United States District Judge