# EXHIBIT E

moderna

USA | English 

SPIKEVAX (COVID-19 Vaccine, mRNA) Now Approved! Learn more

# Research

browse:

Therapeutic Areas • mRNA pipeline • Clinical trials • Moderna Genomics

Our mRNA pipeline shows the progress we're making on clinical programs currently in development to create mRNA medicines for a wide range of diseases and conditions.

Filter:

INFECTIOUS DISEASE VACCINES
ADULTS
COVID-19 vaccine
Spikevax®
Commercial
Moderna rights: Worldwide
COVID-19 vaccine
Next generation (2-5 ºC)
mRNA-1283
Phase 3
Moderna rights: Worldwide
Flu vaccine
mRNA-1010
Phase 3
Moderna rights: Worldwide
Flu vaccine
mRNA-1020
Phase 2
Moderna rights: Worldwide
Flu vaccine
mRNA-1030
Phase 2

1/11/24, 7:35 PM Case 1:22-cv-00252-MSG Document 210-5 Filed 02/02/24 Page 4 of 12 PageID #: 14278 mRNA medicines we are currently developing

Moderna rights: Worldwide
Flu vaccine
mRNA-1011
Phase 2
Moderna rights: Worldwide
Flu vaccine
mRNA-1012
Phase 2
Moderna rights: Worldwide
Older adults respiratory syncytial virus (RSV) vaccine
mRNA-1345
Phase 3
Moderna rights: Worldwide
Flu + COVID vaccine
mRNA-1083
Phase 3
Moderna rights: Worldwide
Flu + COVID + RSV vaccine
mRNA-1230
Phase 1
Moderna rights: Worldwide

https://www.modernatx.com/en-US/research/product-pipeline 3/11

***Flu + RSV vaccine*** *mRNA-1045*

**Phase 1**

*Moderna rights: Worldwide*

***Endemic HCoV vaccine*** *mRNA-1287*

**Preclinical Development**

*Moderna rights: Worldwide*

***Pandemic Flu*** *mRNA-1018*

**Phase 1**

*Moderna rights: Worldwide*

***RSV + hMPV vaccine*** *mRNA-1365*

**Phase 1**

*Moderna rights: Worldwide*

## ADOLESCENTS AND PEDIATRICS

***COVID-19 (adolescents)*** *mRNA-1273.815*

*TeenCOVE*

**Commercial**

*Moderna rights: Worldwide*

***COVID-19 vaccine (pediatrics)***
*KidCOVE*

*mRNA-1273.815*

**Commercial**

*Moderna rights: Worldwide*

***Pediatric RSV vaccine***

*mRNA-1345*

**Phase 1**

*Moderna rights: Worldwide*

**LATENT & PUBLIC HEALTH VACCINES**

**LATENT VACCINES**

***CMV vaccine***

*mRNA-1647*

**Phase 3**

*Moderna rights: Worldwide*

***EBV vaccine (to prevent infectious mononucleosis)***

*mRNA-1189*

**Phase 1**

*Moderna rights: Worldwide*

***EBV vaccine (to prevent long term EBV sequelae)***

*mRNA-1195*

**Phase 1**

Moderna rights: Worldwide
HSV vaccine
mRNA-1608
Phase 2
Moderna rights: Worldwide
VZV vaccine
mRNA-1468
Phase 2
Moderna rights: Worldwide
HIV vaccine
mRNA-1644
Phase 1
Moderna rights: Worldwide (IAVI/others funded)
HIV vaccine
mRNA-1574
Phase 1
Moderna rights: Worldwide (IAVI/BMGF/NIAID and others funded)
ENTERIC VACCINES
Norovirus vaccine
mRNA-1403
Phase 1

*Moderna rights: Worldwide*

***Norovirus vaccine*** *mRNA-1405*

**Phase 1**

*Moderna rights: Worldwide*

## BACTERIAL VACCINES

***Lyme disease vaccine*** *mRNA-1975*

**Phase 1**

*Moderna rights: Worldwide*

***Lyme disease vaccine*** *mRNA-1982*

**Phase 1**

*Moderna rights: Worldwide*

## PUBLIC HEALTH VACCINES

***Zika vaccine*** *mRNA-1893*

**Phase 2**

*Moderna rights: Worldwide (BARDA funded)*

***Nipah vaccine*** *mRNA-1215*

**Phase 1**

*Moderna rights: Worldwide (NIH funded)*

***Mpox*** *mRNA-1769*

**Phase 1**

*Moderna rights: Worldwide*

## THERAPEUTICS

### SYSTEMIC SECRETED & CELL SURFACE THERAPEUTICS

***Relaxin*** *mRNA-0184*

**Phase 1**

*Moderna rights: Worldwide*

***PD-L1 | Autoimmune hepatitis*** *mRNA-6981*

**Preclinical Development**

*Moderna rights: Worldwide*

### CANCER VACCINES & THERAPEUTICS

***Individualized neoantigen therapy (INT) – adjuvant melanoma*** *mRNA-4157*

**Phase 3**

*Moderna rights: 50-50 global profit sharing with Merck*

KRAS vaccine
mRNA-5671
Phase 1
Moderna rights: Worldwide
Checkpoint vaccine
mRNA-4359
Phase 1
Moderna rights: Worldwide
INTRATUMORAL IMMUNO-ONCOLOGY
OX40L/IL-23/IL-36γ (Triplet) | Solid tumors/lymphoma
mRNA-2752
Phase 1
Moderna rights: Worldwide
RARE DISEASE INTERCELLULAR THERAPEUTICS
Propionic acidemia (PA)
mRNA-3927
Phase 2
Moderna rights: Worldwide
Methylmalonic acidemia (MMA)
mRNA-3705
Phase 2
Moderna rights: Worldwide

1/11/24, 7:35 PM Case 1:22-cv-00252-MSG Document 210-5 Filed 02/02/24 Page 11 of 12 PageID #: 14285
mRNA medicines we are currently developing

Glycogen Storage Disease Type 1a (GSD1a)
mRNA-3745
Phase 1
Moderna rights: Worldwide
Ornithine transcarbamylase deficiency (OTC)
mRNA-3139
Preclinical Development
Moderna rights: Worldwide
Phenylketonuria (PKU)
mRNA-3210
Preclinical Development
Moderna rights: Worldwide
Crigler-Najjar Syndrome Type 1 (CN-1)
mRNA-3351
Investors
Investors overview
Newsroom
News and media 2023
Media kit
Patents
Patents
Media Center
All media
Blogs
Videos
Podcasts
Partnerships
Strategic collaborators
Careers
Life at Moderna
People behind the science
Awards
Join our team
Innovation Incubator
New Venture Labs

https://www.modernatx.com/en-US/research/product-pipeline 10/11

Terms of use

Privacy statement

Cookie Statement

Contact Moderna

Sitemap

© 2024 Moderna, Inc.