# **EXHIBIT H**

Exhibit H



HIGHLY CONFIDENTIAL -- OUTSIDE COUNSELS' EYES ONLY

Delivery Type = "NLCC" Distribution

MRNA-GEN-00939821





HIGHLY CONFIDENTIAL -- OUTSIDE COUNSELS' EYES ONLY

Delivery Type = "ZLF" Distribution

MRNA-GEN-00939821