# EXHIBIT N

**From:** Kunal Kishnani [Kunal.Kishnani@roivant.com]
**Sent:** 4/2/2018 12:30:18 PM
**To:** ▮
**CC:** ▮
**Subject:** Re: follow-up from f2f ▮ and proposal for the LNP licenses

Team:

Hope you had a relaxing weekend. Was checking in to see if you guys had a chance to take a crack at some talking points ▮ If it would be easier, I'm happy to get on a call at some point today and talk through what I am looking for. As a reminder, I have a call with ▮/their BD team tomorrow at 10am ET.

Thanks
Kunal

Kunal Kishnani
▮

Sent from my iPhone

On Mar 30, 2018, at 2:48 PM, Kunal Kishnani <Kunal.Kishnani@roivant.com> wrote:

For what it's worth, I do think there are some positives to take away from their feedback. ▮

Have a good weekend!

**From:** Kunal Kishnani
**Sent:** Friday, March 30, 2018 2:45 PM
**To:** ▮
**Subject:** FW: follow-up from f2f ▮ and proposal for the LNP licenses

FYI. Sorry that I haven't had a chance to go through their feedback with you guys yet. Please note that they believe ▮ that I disagree with that, and ▮

It would be great if this group could help me formulate some talking points that ▮

Let me know if any questions. I know it's a holiday weekend, but would be great to get some talking points by Monday if possible.

Many thanks,
Kunal

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                     GENV-00321640

**From:** ███████

**Sent:** Wednesday, March 28, 2018 2:45 PM

**To:** Kunal Kishnani <Kunal.Kishnani@roivant.com>; Tom Frohlich (tfrohlich@arbutusbio.com) <tfrohlich@arbutusbio.com>

**Cc:** ███████

**Subject:** follow-up from f2f ███ and proposal for the LNP licenses

Dear Kunal, dear Tom,

[body redacted]

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY        GENV-00321641

███████████████████████████

Best regards,
███

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████

--
████████████████████████████  ███████████████████

███████████  ████████████████████

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                              GENV-00321642