# EXHIBIT C

| # | Moderna's Search Terms | Start Date | End Date | Custodians | Non-Custodial | Hits + Fam. |
|---|---|---|---|---|---|---|
| | **Moderna's Search Terms, Sources, Dates, and Hits** | | | | | |
| I-01 | (LNP OR (lipid W/1 nanoparticle*)) W/5 (mRNA OR messenger RNA) | 2/28/2012 | 2/28/2022 | 8 | Sharepoint | 107,168 |
| I-01.1 | ((LNP OR (lipid W/1 nanoparticle*)) W/3 (mRNA OR messenger RNA)) AND (ratio* OR lipid W/2 molar) OR (lipid W/2 content*) OR (lipid W/2 concentration*) OR (lipid W/2 conc) OR (lipid W/2 conc.) OR "##mol \u0025" OR "##mol\u0025"  OR licens* OR agreement OR sublicense OR sublicens* OR sub-licens*) | 2/28/2012 | 2/28/2022 | HB | N/A | 17,564 |
| I-02 | (LNP OR (lipid W/1 nanoparticle*)) W/5 siRNA | 2/28/2012 | 2/28/2022 | 8 + AT | Sharepoint | 9,590 |
| I-03 | (SM-102 OR SM102 OR SM-000102) W/15 (mRNA-1273 OR Spikevax* OR Elasomeran*) | 2/28/2016 | 2/28/2022 | 8 + AT | Sharepoint | 12,899 |
| I-04 | (SM-102 OR SM102 OR SM-000102) W/10 PEG* | 2/28/2016 | 2/28/2022 | 8 + AT | Sharepoint | 34,634 |
| I-05 | (SM-102 OR SM102 OR SM-000102) W/10 cholesterol | 2/28/2016 | 2/28/2022 | 8 + AT | Sharepoint | 23,293 |
| I-06 | (SM-102 OR SM102 OR SM-000102) W/10 DSPC | 2/28/2016 | 2/28/2022 | 8 + AT | Sharepoint | 28,360 |
| I-07 | (SM-102 OR SM102 OR SM-000102) W/15 "##mol\u0025" | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 7,605 |
| I-08 | (SM-102 OR SM102 OR SM-000102) W/15 (molar ratio OR lipid ratio OR ratio of lipids) | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 1,471 |
| I-09 | (SM-102 OR SM102 OR SM-000102) W/15 (lipid W/2 ratio) | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 3,409 |
| I-10 | (SM-102 OR SM102 OR SM-000102) W/10 (stability OR (tissue W/2 clearance) OR (mRNA W/2 delivery)) | 2/28/2016 | 2/28/2022 | 8 + AT | Sharepoint | 11,995 |
| I-11 | (SM-102 OR SM102 OR SM-000102) W/3 (mRNA OR messenger RNA) | 2/28/2016 | 2/28/2022 | 8 | Sharepoint | 22,806 |
| I-12 | (SM-102 OR SM102 OR SM-000102) W/7 (LNP OR (lipid W/1 nanoparticle*)) | 2/28/2016 | 2/28/2022 | 8 + AT | Sharepoint | 33,962 |
| I-13 | (SM-102 OR SM102 OR SM-000102) W/10 (MC3 OR DLin-MC3-DMA) | 2/28/2016 | 2/28/2022 | 8 + AT | Sharepoint | 21,796 |
| I-14 | (MC3 OR DLin-MC3-DMA) W/5 ((plasmid W/2 DNA) OR siRNA OR mRNA) | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 29,372 |
| I-15 | (entrap* OR encapsulat*) W/3 (assay* OR test* OR stud* OR efficienc* OR rate OR percent*) | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 33,472 |
| I-16 | fully W/3 encapsulat* | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 616 |
| I-17 | (Inex OR Protiva OR Genevant OR Tekmira OR Arbutus) W/10 (lipid OR LNP OR mRNA OR siRNA OR ratio* OR patent* OR (intellectual W/1 propert*) OR IP OR licens* OR agreement OR sublicense OR sub-licens*) | 2/28/2012 | 2/28/2022 | 8 + AT + HB | Sharepoint | 3,840 |
| I-18 | (Acuitas OR AlCana OR AInylam) W/5 (lipid OR LNP OR mRNA OR siRNA OR ratio* OR patent* OR (intellectual W/1 propert*) OR IP OR licens* OR agreement OR sublicens* OR sub-licens*) | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 7,149 |
| I-19 | ((cation* OR ioniz*) W/2 lipid) W/5 (mRNA OR siRNA) | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 14,640 |
| I-20 | lipid W/10 (licens* OR agreement OR sublicense OR sublicens* OR sub-licens*) | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 4,676 |
| I-21 | (LNP OR (lipid W/1 nanoparticle*)) W/10 (licens* OR agreement OR sublicense OR sublicens* OR sub-licens*) | 2/28/2012 | 2/28/2022 | 8 + AT + HB | Sharepoint | 6,202 |
| I-22 | (*.gov OR *.mil) AND (52-227* OR "authorization and consent") AND (COVID* OR SARS-CoV-2 OR "mRNA-1273") | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 683 |
| I-23 | (*.gov OR *.mil) AND "28 U.S.C. § 1498" | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 500 |
| I-24 | W58P05-22-C-0017 OR (*0017 W/2 contract) | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 4 |
| I-25 | W911QY20C0100 OR (*0100 W/2 contract) | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 1,617 |
| I-26 | 75A50120C00034 OR (*0034 W/2 contract) | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 8,436 |
| I-27 | 11,141,378 OR 11141378 OR 11,141,378* OR 11141378* OR ((pat OR pat* OR patent*) W/3 378) OR pat11141378* | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 66 |
| I-28 | 8,058,069 OR 8058069 OR 8,058,069* OR 8058069* OR ((pat OR pat* OR patent*) W/3 069) OR pat8058069* | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 209 |
| I-29 | 8,492,359 OR 8492359 OR 8,492,359* OR 8492359* OR ((pat OR pat* OR patent*) W/3 359) OR pat8492359* | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 486 |
| I-30 | 8,822,668 OR 8822668 OR 8,822,668* OR 8822668* OR ((pat OR pat* OR patent*) W/3 668) OR pat8822668* | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 214 |
| I-31 | 9,364,435 OR 9364435 OR 9,364,435* OR 9364435* OR ((pat OR pat* OR patent*) W/3 435) OR pat9364435* | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 445 |
| I-32 | 9,504,651 OR 9504651 OR 9,504,651* OR 9504651* OR ((pat OR pat* OR patent*) W/3 651) OR pat9504651* | 2/28/2016 | 2/28/2022 | 8 + AT + HB | Sharepoint | 101 |
| II-01 | W911QY20C0100 OR (*100 W/3 (contract OR agreement)) | 12/1/2019 | present | AT + HB | N/A | 3,383 |

| # | Moderna's Search Terms | Start Date | End Date | Custodians | Non-Custodial | Hits + Fam. |
|---|---|---|---|---|---|---|
| | **Moderna's Search Terms, Sources, Dates, and Hits** | | | | | |
| II-02 | W58P05-22-C-0017 OR (*17 W/3 (contract OR agreement)) | 12/1/2019 | present | AT + HB | N/A | 5,451 |
| II-03 | (booster OR bivalent OR legacy OR prime) W/3 (agreement OR contract) | 12/1/2019 | present | AT + HB | N/A | 8,673 |
| II-04 | 1498 W/30 (patent OR clause OR agreement OR contract) | 12/1/2019 | present | AT + HB | N/A | 1,034 |
| II-05 | 52-227* | 12/1/2019 | present | AT + HB | N/A | 1,764 |
| II-06 | 52227* | 12/1/2019 | present | AT + HB | N/A | 547 |
| II-07 | *hhs.gov | 12/1/2019 | 2/28/2022 | AT | N/A | 1,317 |
| II-07.1 | *hhs.gov AND (mRNA-1273* OR (mRNA W/1 1273*) OR Spikevax* OR Elasomeran* OR COVID* OR lipid OR LNP OR Corbett OR BARDA OR stopwatch OR NIH ███████████ | 12/1/2019 | 2/28/2022 | HB | N/A | 32,045 |
| II-08 | *army.mil | 12/1/2019 | present | AT + HB | N/A | 2,846 |
| II-09 | *mail.mil | 12/1/2019 | present | AT + HB | N/A | 7,518 |
| II-10 | "authorization and consent" | 12/1/2019 | present | AT + HB | N/A | 1,269 |
| II-11 | patent indem* | 12/1/2019 | present | AT + HB | N/A | 990 |
| II-12 | Section 1498 | 12/1/2019 | present | AT + HB | N/A | 2 |
| III-01 | (Emergency Use Authorization OR EUA OR ((BLA OR Biologics License) W/5 125752*) OR ((IND OR Investigational New Drug) W/5 19745*)) AND (((lipid* OR LNP*) W/5 (molar* OR target* OR chang* OR approv* OR composit* OR formulat*)) OR ((chang* OR target* OR approv*) W/5 (PEG* OR ratio* OR ""##mol \u0025"" OR ""##mol\u0025"" OR batch* OR encapsulat*)) OR patent*) | 12/1/2019 | 2/28/2022 | 10 | Sharepoint | 17,953 |
| III-01.1 | (Emergency Use Authorization OR EUA OR ((BLA OR Biologics License) W/5 125752*) OR ((IND OR Investigational New Drug) W/5 19745*)) AND (licens* OR sublicense* OR sub-licens* OR infring*) | 12/1/2019 | 2/28/2022 | 10 | Sharepoint | 50,403 |
| III-02 | (PEG* OR DSPC OR cholesterol OR chol. OR chol OR phospholipid OR phos. OR phos OR cation* OR ioniz*) W/5 (ratio* OR molar OR content* OR concentra* OR conc. OR concs. OR conc OR "##mol\u0025") | 2/28/2012 | 2/28/2022 | 10 | Sharepoint | 77,480 |
| III-03 | (mRNA-1273* OR (mRNA W/1 1273*) OR Spikevax* OR Elasomeran*) W/8 (ratio* OR molar OR lipid content* OR lipid conc* OR "##mol\u0025" OR patent* OR intellectual propert* OR IP OR licens* OR agreement OR sublicens* OR infring* OR entrap* OR encapsulat* OR sub-licens* OR Inex OR Protiva OR Genevant OR Tekmira OR Arbutus OR Acuitas OR AlCana OR Alnylam) | 12/1/2019 | 2/28/2022 | 10 | Sharepoint | 34,813 |
| III-04 | ███████████████████████████████████████ | 2/28/2016 | 2/28/2022 | 10 | Sharepoint | 45,874 |
| III-05 | (mRNA* OR messenger RNA) W/5 (encapsulat* OR deliver*) AND (mRNA* OR messenger RNA) W/5 (challeng* OR difficul* OR hurdl* OR barrier OR barriers OR important* OR significan* OR key OR critical* OR overcom*) | 1/1/2011 | 2/28/2022 | 10 | Sharepoint | 36,910 |
| III-06 | ███████████ OR platform process) W/5 ((ratio* OR (lipid W/2 molar) OR (lipid W/2 content) OR (lipid W/2 concentration) OR mol"##\u0025" OR encapsulat*)) | 2/28/2012 | 2/28/2022 | 10 | Sharepoint | 225 |
| III-07 | (*eop.gov OR *advancedvllc.com OR Advanced Decision Vectors OR *whitehouse.gov OR Operation Warp Speed OR OWS OR ███████████████████████████████████████ OR RxCrossroads) AND (mRNA-1273* OR (mRNA W/1 1273*) OR Spikevax* OR Elasomeran*) | 2/28/2016 | 2/28/2022 | 10 | Sharepoint | 58,655 |
| III-08 | SNALP* OR stable nucleic acid-lipid particle OR stable nucleic acid-lipid particles OR SPLP* OR stable plasmid lipid particle OR stable plasmid lipid particles | 1/1/2011 | 2/28/2022 | 10 | Sharepoint | 5,045 |
| III-09 | (Mark W/2 Murray) OR (Ian W/2 MacLachlan) OR ((Antonin OR Tony) W/3 Fougerolles)) | 2/28/2016 | 2/28/2022 | 10 | Sharepoint | 384 |

| # | Moderna's Search Terms | Start Date | End Date | Custodians | Non-Custodial | Hits + Fam. |
|---|---|---|---|---|---|---|
| **Moderna's Search Terms, Sources, Dates, and Hits** | | | | | | |
| III-10 | ███████████████████████████ ██████████████████ | 12/1/2019 | 2/28/2022 | 10 | Sharepoint | 17,399 |
| | | | | | **TOTAL:** | **308,911** |