# EXHIBIT H

Exhibit H



HIGHLY CONFIDENTIAL -- OUTSIDE COUNSELS' EYES ONLY

Delivery Type = "NLCC"
Distribution

MRNA-GEN-00939821

Exhibit H



HIGHLY CONFIDENTIAL -- OUTSIDE COUNSELS' EYES ONLY

Delivery Type = "ZLF"
Distribution

MRNA-GEN-00939821