# EXHIBIT M

| | |
|---|---|
| Date: | Monday, August 30 2021 05:29 PM |
| Subject: | Notice of Allowance Received 8/30/21; Issue Fee Payment filed 8/30/21 - U.S. Application No. 17/227,802 - KTS Ref. 104290-007791US-1243808 |
| From: | Lane, Sharleen |
| To: | |
| CC: | 'Hao, Joe (jhao@kilpatricktownsend.com)' <jhao@kilpatricktownsend.com >; |
| Attachments: | image001.jpg; 2021-08-30 FWR ISSUEFEE 104290-007791US-1243808.PDF; 2021-08-30 Notice of Allowance - 007791US.PDF |

Re:     U.S. Patent Application No. 17/227,802 (Track 1)
Filing Date: April 12, 2021
Title: NOVEL LIPID FORMULATIONS FOR NUCLEIC ACID DELIVERY
Applicant: Arbutus Biopharma Corporation
First Inventor: Ed Yaworski
<u>KTS Ref.: 104290-007791US-1243808</u>

Dear ▮:

▮Redacted - Privileged▮ we paid the Issue Fee today to the U.S. Patent Office in response to the Notice of Allowance dated August 30, 2021.  Attached for your records is a copy of the Issue Fee Transmittal as filed and payment receipt. ▮Redacted - Privileged▮

▮Redacted - Privileged▮ we also attach a copy of the Notice of Allowance dated August 30, 2021.

Please let us know if you have any questions.

Very truly yours,



**Sharleen Lane**
Patent Specialist
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 2175 North California Boulevard | Walnut Creek, CA 94596
office 925 472 5009 | fax 925 407 8366
slane@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard