# EXHIBIT N

**From:** Kunal Kishnani [Kunal.Kishnani@roivant.com]
**Sent:** 4/2/2018 12:30:18 PM
**To:** ███
**CC:** ███
**Subject:** Re: follow-up from f2f ███ and proposal for the LNP licenses

Team:

Hope you had a relaxing weekend. Was checking in to see if you guys had a chance to take a crack at some talking points ███ If it would be easier, I'm happy to get on a call at some point today and talk through what I am looking for. As a reminder, I have a call with ███/their BD team tomorrow at 10am ET.

Thanks
Kunal

Kunal Kishnani
███

Sent from my iPhone

On Mar 30, 2018, at 2:48 PM, Kunal Kishnani <Kunal.Kishnani@roivant.com> wrote:

For what it's worth, I do think there are some positives to take away from their feedback. ███

Have a good weekend!

**From:** Kunal Kishnani
**Sent:** Friday, March 30, 2018 2:45 PM
**To:** ███
**Subject:** FW: follow-up from f2f ███ and proposal for the LNP licenses

FYI. Sorry that I haven't had a chance to go through their feedback with you guys yet. Please note that they believe ███ that I disagree with that, and ███

It would be great if this group could help me formulate some talking points that ███

Let me know if any questions. I know it's a holiday weekend, but would be great to get some talking points by Monday if possible.

Many thanks,
Kunal

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                GENV-00321640

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, March 28, 2018 2:45 PM
**To:** Kunal Kishnani <Kunal.Kishnani@roivant.com>; Tom Frohlich (tfrohlich@arbutusbio.com) <tfrohlich@arbutusbio.com>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** follow-up from f2f ▓▓▓▓ and proposal for the LNP licenses

Dear Kunal, dear Tom,

[remainder of email redacted]

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                      GENV-00321641

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Best regards,
▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

--
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
GENV-00321642