

Nathan R. Hoeschen
1105 N. Market Street, 12th floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
nhoeschen@shawkeller.com

February 7, 2024

**BY CM/ECF & FED EX**
The Honorable Mitchell S. Goldberg
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 17614
601 Market Street, Philadelphia, PA 19106-1797

Re**:** *Arbutus Biopharma Corporation, et. al. v. Moderna, Inc., et. al.* C.A. No. 22-252-MSG

Dear Judge Goldberg:

Pursuant to D. Del. LR 7.1.4, I write on behalf of Plaintiffs to request argument on Plaintiffs' discovery dispute letter dated January 30, 2024 (D.I. 206). Briefing on the dispute is complete, and the parties' submissions may be found at Docket Items 206 and 212. The final letter was filed on February 6, 2024.

For efficiency, Plaintiffs further request that argument on the dispute be held in conjunction with the hearing on claim construction and other discovery disputes scheduled for 10:00 AM on February 8, 2024 (D.I. 205).

Counsel are available should the court have any questions or concerns.

Respectfully submitted,

*/s/ Nathan R. Hoeschen*

Nathan R. Hoeschen (No. 6232)

cc:  Clerk of the Court (by CM/ECF & Fed Ex)
     All Counsel of Record (by CM/ECF & Email)