# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : <br> : <br> : **CIVIL ACTION** |
| **Plaintiffs,** | : <br> : |
| v. | : <br> : **NO. 22-252** |
| **MODERNA, INC. and MODERNATX, INC.,** | : |

## ORDER

**AND NOW**, this 8th day of February, 2024, it is hereby **ORDERED** that a Hearing on discovery disputes in the above matter is scheduled for **Thursday, February 22, 2024 at 10:00 a.m.** in Courtroom 17-A, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**