IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, </br></br>Plaintiffs,</br></br>v.</br></br>MODERNA, INC. and MODERNATX, INC.</br></br>Defendants. | )</br>)</br>)</br>)</br>)    C.A. No. 22-252 (MSG)</br>)</br>)</br>)</br>) |

**STIPULATION TO EXTEND TIME**

WHEREAS, Defendants filed their Opposition Letter to Plaintiffs' Dispute Letter ("Opposition Letter") under seal on February 6, 2024 (D.I. 212);

WHEREAS, pursuant to the Stipulation and Order Regarding Sealed Filings (D.I. 155), the deadline to file a motion to seal the Opposition Letter is February 9, 2024;

WHEREAS, Plaintiffs have identified confidential information in the Opposition Letter and require additional time to prepare a motion to seal;

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to file any motion to seal Defendants' Opposition Letter (D.I. 212) pursuant to the Stipulation and Order Regarding Sealed Filings (D.I. 155) is extended through and including February 16, 2024.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Karen E. Keller* | */s/ Travis J. Murray* |
| John W. Shaw (#3362) | Jack B. Blumenfeld (#1014) |
| Karen E. Keller (#4489) | Brian P. Egan (#6227) |
| Nathan R. Hoeschen (#6232) | Travis J. Murray (#6882) |
| Emily S. DiBenedetto (#6779) | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 298-0700 | jblumenfeld@morrisnichols.com |
| jshaw@shawkeller.com | began@morrisnichols.com |
| kkeller@shawkeller.com | tmurray@morrisnichols.com |
| nhoeschen@shawkeller.com | |
| edibenedetto@shawkeller.com | *Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |

February 9, 2024

**SO ORDERED** this ___ day of February 2024.

_____
UNITED STATES DISTRICT JUDGE