IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252-MSG ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 9, 2024, the following document was served on KEModernaSpikevaxService@kirkland.com and the persons listed below in the manner indicated:

1. Plaintiffs' Third Set of Interrogatories (Nos. 12–17)

**BY EMAIL:**

Jack B. Blumenfeld
Brian P. Egan
Travis J. Murray
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com

Alina Afinogenova
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
alina.afinogenova@kirkland.com

Yan-Xin Li
Laura Ashley Harris
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
yanxin.li@kirkland.com
auraashley.harris@kirkland.com

|  |  |
|---|---|
| | Patricia A. Carson, Ph.D. |
| | Jeanna M. Wacker |
| | Mark C. McLennan |
| | Nancy Kaye Horstman |
| | Shaoyao Yu |
| | Caitlin Dean |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | (212) 446-4800 |
| | patricia.carson@kirkland.com |
| | jeanna.wacker@kirkland.com |
| | mark.mclennan@kirkland.com |
| | kaye.horstman@kirkland.com |
| | shaoyao.yu@kirkland.com |
| | caitlin.dean@kirkland.com |

| | |
|---|---|
| | */s/ Emily S. DiBenedetto* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| David I. Berl | Karen E. Keller (No. 4489) |
| Adam D. Harber | Nathan R. Hoeschen (No. 6232) |
| Thomas S. Fletcher | Emily S. DiBenedetto (No. 6779) |
| Jessica Palmer Ryen | SHAW KELLER LLP |
| Shaun P. Mahaffy | I.M. Pei Building |
| Jihad J. Komis | 1105 North Market Street, 12th Floor |
| Anthony H. Sheh | Wilmington, DE 19801 |
| Matthew W. Lachman | (302) 298-0700 |
| Philip N. Haunschild | jshaw@shawkeller.com |
| Falicia Elenberg | kkeller@shawkeller.com |
| WILLIAMS & CONNOLLY LLP | nhoeschen@shawkeller.com |
| 680 Maine Avenue S.W. | edibenedetto@shawkeller.com |
| Washington, DC 20024 | *Attorneys for Plaintiffs* |
| (202) 434-5000 | |
| *Attorneys for Plaintiff Genevant Sciences GmbH* | |

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6080

2

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: February 12, 2024