IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-252 (MSG) |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULING ORDER EXTENSION**

The parties hereby stipulate and agree, subject to the approval of the Court, that the following due dates set forth in the Court's Scheduling Order (D.I. 72) are extended as follows, and the parties propose the Court order the following additional due dates:

| Event | Current Date | Proposed Extension |
|---|---|---|
| Parties serve 30(b)(6) notices | N/A | March 8, 2024 |
| Parties serve objections to 30(b)(6) notices | N/A | March 22, 2024 |
| Meet and confer on 30(b)(6) notices | N/A | March 29, 2024 |
| Last day to raise disputes with the Court concerning 30(b)(6) notices | N/A | April 8, 2024 |
| Deadline For Moderna Substantial Rolling Production of any Supplemental Document Production | N/A | Thursday March 14, 2024 |
| Deadline For Moderna Supplemental Document Production Completion | N/A | Thursday March 28, 2024 |
| Fact Discovery Cut Off | Friday, March 1, 2024 | Thursday, May 30, 2024 |
| Final Infringement/Invalidity Contentions | Friday, March 15, 2024 | Friday, June 21, 2024 |
| Opening Expert Reports | Friday, April 5, 2024 | Friday, July 19, 2024 |
| Rebuttal Expert Reports | Monday, May 6, 2024 | Friday, August 23, 2024 |
| Reply Expert Reports | Friday, June 7, 2024 | Wednesday, September 25, 2024 |
| Parties to Advise on Expert Deposition Availability | Monday, June 10, 2024 | Friday, September 27, 2024 |

| Event | Current Date | Proposed Extension |
|---|---|---|
| Expert Discovery Cut Off | Wednesday, July 10, 2024 | Wednesday, October 30, 2024 |
| Deadline for Letters Requesting Leave to File a Dispositive Motion | Thursday, August 1, 2024 | Wednesday, November 6, 2024 |
| Daubert Motions | Monday, August 12, 2024 | Friday, December 13, 2024 |
| Summary Judgment Motions (if leave is granted) | | Friday, December 13, 2024 |
| Opposition to Daubert Motions | Thursday, September 12, 2024 | Friday, January 24, 2025 |
| Oppositions to Summary Judgment Motions | N/A | Friday, January 24, 2025 |
| Reply ISO Summary Judgment & Daubert Motions | N/A | Friday, February 14, 2025 |
| Hearing on Summary Judgment & Daubert Motions | N/A | TBD |
| Pretrial papers to be exchanged pursuant to D. Del. LR 16.3 | N/A | Wednesday, March 5, 2025 |
| Parties File Joint Proposed Final Pretrial Order, Jury Instructions, Voir Dire, and Special Verdict Forms | N/A | Friday, April 4, 2025 |
| Pretrial Conference (subject to the Court's availability) | N/A | Friday, April 11, 2025 |
| TRIAL (subject to the Court's availability) | N/A | Monday, April 21, 2025 |
| Filing of Joint Form of Order | N/A | 7 days after jury verdict |
| Filing of Joint Post-Trial Status Report | N/A | 7 days after jury verdict |

Pursuant to D. Del. LR 16.4, counsel certifies that copies of this stipulation have been sent to their respective clients.

2

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

February 26, 2024

SO ORDERED this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE

3