IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 22-252 (MSG) ) ) ) ) ) |

**NOTICE TO UNSEAL**

Pursuant to the Stipulation and Order Regarding Sealed Filings (D.I. 155), the parties hereby provide notice that the Stipulation and [Proposed] Order Regarding Samples Production & Testing and Discovery Disputes (D.I. 225) may be unsealed.

| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362) <br> Karen E. Keller (#4489) <br> Nathan R. Hoeschen (#6232) <br> Emily S. DiBenedetto (#6779) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE  19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> edibenedetto@shawkeller.com <br><br> *Attorney for Plaintiffs* | Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> Travis J. Murray (#6882) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br> tmurray@morrisnichols.com <br><br> *Attorneys for Defendants* |

February 27, 2024