IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-252-MSG |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

     The parties hereby stipulate and agree, subject to the approval of the Court, that the time to file any motion to seal Moderna's Motion to Compel Discovery (D.I. 223) pursuant to the Stipulation and Order Regarding Sealed Filings (D.I. 155) is extended through and including March 7, 2024. The parties further stipulate and agree that the time for Roivant Sciences Ltd. to serve its opposition to Moderna's Motion to Compel Discovery (D.I. 223) is extended through and including March 5, 2024, and the time to file that opposition is extended through and including March 7, 2024.

1

| | |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (No. 3362) | Jack B. Blumenfeld (No. 1014) |
| Karen E. Keller (No. 4489) | Brian P. Egan (No. 6227) |
| Nathan R. Hoeschen (No. 6232) | Travis J. Murray (No. 6882) |
| Emily S. DiBenedetto (No. 6779) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| SHAW KELLER LLP | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 298-0700 | jblumenfeld@morrisnichols.com |
| jshaw@shawkeller.com | began@morrisnichols.com |
| kkeller@shawkeller.com | tmurray@morrisnichols.com |
| nhoeschen@shawkeller.com | *Attorneys for Defendants* |
| edibenedetto@shawkeller.com | |
| *Attorneys for Plaintiffs and Non-Party Roivant Sciences Ltd.* | |

Dated: February 27, 2024

SO ORDERED this  28  day of  February       2024.

                                       */s/ Mitchell S. Goldberg*
                                       UNITED STATES DISTRICT JUDGE