IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 22-252 (MSG)<br>)<br>)<br>)<br>)<br>) |
| MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE OF DEPOSITION
PURSUANT TO FED. R. CIV. P. 30(b)(1)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Defendants Moderna, Inc. and ModernaTX, Inc. (collectively, "Moderna" or

"Defendants") by counsel, will take the oral deposition of the following individuals on the date

and time and at the location indicated below, or as otherwise mutually agreed upon by counsel:

| Witness Name | Date & Time | Location |
|---|---|---|
| James Heyes | May 20, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022 |
| Lloyd Jeffs | May 15, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022 |

| Witness Name | Date & Time | Location |
|---|---|---|
| Sunny Jeng | May 1, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP 601 Lexington Ave. New York, NY 10022 |
| Adam Judge | May 3, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP 601 Lexington Ave. New York, NY 10022 |
| Kieu Lam | May 7, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP 601 Lexington Ave. New York, NY 10022 |
| Peter Lutwyche | May 10, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP 601 Lexington Ave. New York, NY 10022 |
| Ian MacLachlan | May 28, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP 601 Lexington Ave. New York, NY 10022 |
| Michael McElhaugh | May 30, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP 601 Lexington Ave. New York, NY 10022 |
| Mark Murray | May 22, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP 601 Lexington Ave. New York, NY 10022 |
| Lorne Palmer | May 13, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP 601 Lexington Ave. New York, NY 10022 |
| Edward Yaworski | May 24, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP 601 Lexington Ave. New York, NY 10022 |
| Peter Zorn | May 17, 2024 at 9:30 a.m. EDT | Kirkland & Ellis LLP 601 Lexington Ave. New York, NY 10022 |

The depositions will continue day-to-day until completed. The depositions will be before

a Notary Public or other office authorized by law to administer oaths and will be recorded using

video, audio, stenographic means, or a combination of those means. These deposition notices are

not exhaustive, and Moderna reserves the right to serve additional deposition notices on Plaintiffs

pursuant to Federal Rule of Civil Procedure 30(b)(1).

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | |
| OF COUNSEL: | */s/ Travis J. Murray* |
| | |
| James F. Hurst | Jack B. Blumenfeld (#1014) |
| KIRKLAND & ELLIS LLP | Brian P. Egan (#6227) |
| 300 North LaSalle | Travis J. Murray (#6882) |
| Chicago, IL 60654 | 1201 North Market Street |
| (312) 862-2000 | P.O. Box 1347 |
| | Wilmington, DE  19899 |
| Patricia A. Carson, Ph.D. | (302) 658-9200 |
| Jeanna M. Wacker, P.C. | jblumenfeld@morrisnichols.com |
| Mark C. McLennan | began@morrisnichols.com |
| Caitlin Dean | tmurray@morrisnichols.com |
| N. Kaye Horstman | |
| Shaoyao Yu | *Attorneys for Defendants* |
| KIRKLAND & ELLIS LLP | *Moderna, Inc. and ModernaTX, Inc.* |
| 601 Lexington Avenue | |
| New York, NY 10022 | |
| (212) 446-4679 | |

Yan-Xin Li
Laura Ashley Harris
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400

Alina Afinogenova
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

March 1, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 1, 2024, upon the following in the manner indicated:

John W. Shaw, Esquire                                                  *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs Arbutus Biopharma*
*Corporation and Genevant Sciences GmbH*

Daralyn J. Durie, Esquire                                             *VIA ELECTRONIC MAIL*
Adam R. Brausa, Esquire
Eric C. Wiener, Esquire
Annie A. Lee, Esquire
Shaelyn K. Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

Kira A. Davis, Esquire                                                *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

David N. Tan, Esquire                                          *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

David I. Berl, Esquire                                          *VIA ELECTRONIC MAIL*
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Jessica Palmer Ryen, Esquire
Shaun P. Mahaffy, Esquire
Anthony H. Sheh, Esquire
Philip N. Haunschild, Esquire
Falicia Elenberg, Esquire
Jihad J. Komis, Esquire
Matthew W. Lachman, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*


*/s/ Travis J. Murray*

_____
Travis J. Murray (#6882)

2