IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 22-252-MSG |
| v. | ) ) | |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, counsel for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH,

will take the depositions of the below-listed individuals before a certified court reporter

authorized to administer oaths and record testimony. The testimony will be recorded by

stenographic and/or video-graphic means. The depositions will be taken on the dates, times, and

location indicated below unless otherwise agreed upon in writing:

| Witness Name | Date & Time | Location |
|---|---|---|
| Almarsson, Örn | April 24, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |
| Benenato, Kerry | May 6, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |
| Bennett, Hamilton | May 16, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |
| Brackmann, Christoph | April 10, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |
| Francis, Said | April 26, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |

| Hassett, Kimberly | May 9, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |
| Hoge, Stephen | May 21, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |
| Kramarczyk, Jack | April 29, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |
| Parsons, Don | May 27, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |
| Smith, Michael | May 14, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |
| Thomas, Al | April 17, 2024 at 9:30 a.m. | Williams & Connolly LLP 680 Maine Avenue SW Washington, DC 20024 |

OF COUNSEL:
David I. Berl
Adam D. Harber
Thomas S. Fletcher
Jessica Palmer Ryen
Shaun P. Mahaffy
Jihad J. Komis
Anthony H. Sheh
Matthew W. Lachman
Philip N. Haunschild
Falicia Elenberg
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
(202) 434-5000
*Attorneys for Plaintiff Genevant Sciences GmbH*

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

2

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus*
*Biopharma Corporation*

 Dated: March 4, 2024