IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252-MSG ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF MODERNA'S MOTION TO COMPEL AND EXHIBITS (D.I. 223)**

The Court, having considered Plaintiffs' Motion to Seal (the "Motion"), IT IS HEREBY ORDERED this ___ day of _____, 2024 that the Motion is GRANTED.

Leave is given for Plaintiffs to file Moderna's Motion to Compel (D.I. 223) and Exhibits C, D, E, F, G, H, J, M, N, O, P, Q, and R in redacted form.

_____
United States District Court Judge