IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ARBUTUS BIOPHARMA CORPORATION
and GENEVANT SCIENCES GmbH,           )
                                       )
                                       )
            Plaintiffs,                )
                                       )        C.A. No. 22-252-MSG
       v.                              )
                                       )
MODERNA, INC. and MODERNATX, INC.      )
                                       )
            Defendants.                )
                                       )

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF
MODERNA'S MOTION TO COMPEL AND EXHIBITS (D.I. 223)**

The Court, having considered Plaintiffs' Motion to Seal (the "Motion"), IT IS HEREBY

ORDERED this 11th day of March, 2024 that the Motion is GRANTED.

Leave is given for Plaintiffs to file Moderna's Motion to Compel (D.I. 223) and Exhibits

C, D, E, F, G, H, J, M, N, O, P, Q, and R in redacted form.

                                        */s/ Mitchell S. Goldberg*
                                        United States District Court Judge