IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252-MSG ) ) ) ) ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to serve objections to Fed. R. Civ. P. 30(b)(6) deposition notices is extended from March 22, 2024 (D.I. 233) through and including March 25, 2024.

| | |
|---|---|
| */s/ Emily S. DiBenedetto* <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> Emily S. DiBenedetto (No. 6779) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> edibenedetto@shawkeller.com <br><br> *Attorneys for Plaintiffs and Non-Party Roivant Sciences Ltd.* | */s/ Travis J. Murray* <br> Jack B. Blumenfeld (No. 1014) <br> Brian P. Egan (No. 6227) <br> Travis J. Murray (No. 6882) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br> tmurray@morrisnichols.com <br><br> *Attorneys for Defendants* |

Dated: March 22, 2024

1

SO ORDERED this ___ day of _____ 2024.

_____
United States District Judge