IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| v. | : : | NO. 22-252 |
| **MODERNA, INC. and MODERNATX, INC.,** | : : | |

## ORDER

**AND NOW,** this 27th day of March, 2024, upon consideration of Defendant's Motion to Compel Discovery from Roivant Sciences Ltd. (D.I. 223) and Plaintiffs' Response (D.I. 24), and following a conference, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. After the parties' production of documents from the already agreed-upon custodians, and following an additional meet and confer, the parties may, if necessary, re-raise issues regarding production of lobbying and government communication documents.

BY THE COURT:

/s/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG, J.