IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| v. | : : | NO. 22-252 |
| **MODERNA, INC. and MODERNATX, INC.,** | : | |

## ORDER

**AND NOW,** this 27th day of March, 2024, it is hereby **ORDERED** that the February 27, 2024 Scheduling Order is **AMENDED** to provide that by no later than **June 7, 2024** the parties shall meet and confer to narrow the asserted patent claims and defenses.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**