IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | : : : | |
| Plaintiffs, | : : : | CIVIL ACTION |
| v. | : : | |
| MODERNA, INC. and MODERNATX, INC., | : : | NO. 22-252 |

**ORDER**

**AND NOW**, this 3rd day of April, 2024, upon consideration of the parties' Joint Claim Construction Brief (Doc. No. 170) and following a claim construction hearing, it is hereby **ORDERED** that the disputed claim terms in this case are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| "___ mol % of the total lipid present in the particle" | "___ mol % of the total lipid present in the particle" <br><br> The recited "mol %" ranges are understood to encompass their standard variation based on the number of significant figures recited in the claim. |
| "a cationic lipid having a protonatable tertiary amine" | Plain and ordinary meaning, *i.e.*, a "cationic lipid having a protonatable tertiary amine." |
| "wherein at least 70% / at least 80% / about 90% of the mRNA in the formulation is fully encapsulated in the lipid vesicles" | "wherein at least 70% /at least 80% / about 90% of the mRNA in the formulation is fully, as distinct from partially, contained inside the lipid vesicles." |

**BY THE COURT:**

  */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,                J.**