IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>      Plaintiffs,<br><br>  v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

    PLEASE TAKE NOTICE that on April 3, 2024, the following documents were served on KEModernaSpikevaxService@kirkland.com and the persons listed below in the manner indicated:

1. Subpoena to Testify at a Deposition in a Civil Action directed to Flagship Pioneering, Inc.
2. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Flagship Pioneering, Inc.

**BY EMAIL:**

Jack B. Blumenfeld
Brian P. Egan
Travis J. Murray
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

Yan-Xin Li
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
yanxin.li@kirkland.com

|  |  |
|---|---|
|  | /s/ Nathan R. Hoeschen |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
|  | Nathan R. Hoeschen (No. 6232) |
|  | Emily S. DiBenedetto (No. 6779) |
| OF COUNSEL: | SHAW KELLER LLP |
| David I. Berl | I.M. Pei Building |
| Adam D. Harber | 1105 North Market Street, 12th Floor |
| Thomas S. Fletcher | Wilmington, DE 19801 |
| Jessica Palmer Ryen | (302) 298-0700 |
| Shaun P. Mahaffy | jshaw@shawkeller.com |
| Jihad J. Komis | kkeller@shawkeller.com |
| Anthony H. Sheh | nhoeschen@shawkeller.com |
| Matthew W. Lachman | edibenedetto@shawkeller.com |
| Philip N. Haunschild | *Attorneys for Plaintiffs Genevant* |
| Falicia Elenberg | *Sciences GmbH* |
| WILLIAMS & CONNOLLY LLP |  |
| 680 Maine Avenue S.W. |  |
| Washington, DC 20024 |  |
| (202) 434-5000 |  |

Dated: April 4, 2024