IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>        Plaintiffs,<br><br>  v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

      The parties hereby stipulate and agree, subject to the approval of the Court, that the time to raise disputes with the Court concerning 30(b)(6) notices (D.I. 273) is extended through and including April 22, 2024.

| | |
|---|---|
| /s/ Nathan R. Hoeschen<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Plaintiffs* | /s/ Travis J. Murray<br>Jack B. Blumenfeld (No. 1014)<br>Brian P. Egan (No. 6227)<br>Travis J. Murray (No. 6882)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br>*Attorneys for Defendants* |

Dated: April 17, 2024

        SO ORDERED this ___ day of _____ 2024.

                                                          _____<br>                                                          UNITED STATES DISTRICT JUDGE