IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. <br> MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | C.A. No. 22-252 (MSG) |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmH ("Plaintiffs") filed their Letter Brief in Support of Plaintiffs' Motion for Leave to Amend Complaint and the exhibits thereto (collectively, "Plaintiffs' Letter") under seal on April 17, 2024;

WHEREAS, pursuant to the Stipulation and Order Regarding Sealed Filings (D.I. 155), the deadline for the parties to file a motion to seal Plaintiffs' Letter is April 22, 2024;

WHEREAS, Moderna has identified confidential information in Plaintiffs' Letter and requires additional time to prepare the motion to seal;

NOW THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that the deadline to file a motion to seal Plaintiffs' Letter Brief (D.I. 278) shall be extended until and through April 29, 2024.

2

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Karen E. Keller* | */s/ Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorney for Plaintiffs* | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants* |

**SO ORDERED** this 19th day of April 2024.

*/s/ Mitchell S. Goldberg*
UNITED STATES DISTRICT JUDGE