IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252-MSG ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Defendants. | ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 19, 2024, the following documents were served on KEModernaSpikevaxService@kirkland.com and the persons listed below in the manner indicated:

1. Plaintiff Arbutus Biopharma Corporation's Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Fifth Set of Interrogatories (Nos. 18 - 22)

2. Plaintiff Genevant Sciences GmbH's Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Fifth Set of Interrogatories (Nos. 18 - 22)

3. Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH's Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Fourth Set of Requests for Production (Nos. 133 - 138)

**BY EMAIL:**

| | |
|---|---|
| Jack B. Blumenfeld | Alina Afinogenova |
| Brian P. Egan | KIRKLAND & ELLIS LLP |
| Travis J. Murray | 200 Clarendon Street |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Boston, MA 02116 |
| 1201 North Market Street | (617) 385-7500 |
| P.O. Box 1347 | alina.afinogenova@kirkland.com |
| Wilmington, DE 19899 | |
| (302) 658-9200 | Yan-Xin Li |
| jblumenfeld@morrisnichols.com | KIRKLAND & ELLIS LLP |
| began@morrisnichols.com | 555 California Street, 27th Floor |
| tmurray@morrisnichols.com | San Francisco, CA 94104 |
| | (415) 439-1400 |
| | yanxin.li@kirkland.com |

<div style="column-count:2">

James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com

Patricia A. Carson, Ph.D.
Jeanna M. Wacker
Mark C. McLennan
Nancy Kaye Horstman
Shaoyao Yu
Caitlin Dean
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
jeanna.wacker@kirkland.com
mark.mclennan@kirkland.com
kaye.horstman@kirkland.com
shaoyao.yu@kirkland.com
caitlin.dean@kirkland.com

OF COUNSEL:
David I. Berl
Adam D. Harber
Thomas S. Fletcher
Jessica Palmer Ryen
Shaun P. Mahaffy
Jihad J. Komis
Anthony H. Sheh
Matthew W. Lachman
Philip N. Haunschild
Falicia Elenberg
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
(202) 434-5000
*Attorneys for Plaintiff Genevant Sciences GmbH*

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*

</div>

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: April 22, 2024