IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** : : : **Plaintiffs,** : : v. : : **MODERNA, INC.** and **MODERNATX, INC.,** : : **Defendants.** : | **CIVIL ACTION** NO. 22-252 |

## ORDER

**AND NOW**, this 1st day of May, 2024, upon consideration of the parties' Stipulation entered on May 1, 2024 (Doc. No. 299), it is hereby **ORDERED** that the Motion for Leave to Amend the Complaint (Doc. No. 277) is **DENIED AS MOOT.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**