IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Ricardo Leyva and Kathryn Larkin of Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024 to represent Plaintiff Genevant Sciences GmbH.

| | |
|---|---|
| OF COUNSEL:<br>David I. Berl<br>Adam D. Harber<br>Thomas S. Fletcher<br>Jessica Palmer Ryen<br>Shaun P. Mahaffy<br>Jihad J. Komis<br>Anthony H. Sheh<br>Matthew W. Lachman<br>Ricardo Leyva<br>Philip N. Haunschild<br>Falicia Elenberg<br>Kathryn Larkin<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>(202) 434-5000<br>*Attorneys for Plaintiff Genevant Sciences GmbH* | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiffs* |

Dated: May 8, 2024

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Ricardo Leyva and Kathryn Larkin is granted.

                                            */s/ Mitchell S. Goldberg*
                                            United States District Court Judge

Date: May 9, 2024