IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. <br> MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | C.A. No. 22-252 (MSG) |

## **ORDER**

The Court, having considered Moderna's Motion to Seal (the "Motion"), IT IS HEREBY ORDERED this  13  day of   May   , 2024 that the Motion is GRANTED.

Leave is given to file Plaintiffs' Amended Complaint for Patent Infringement (D.I. 301) in redacted form.

  /s/ Mitchell S. Goldberg  
United States District Judge
