IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants.<br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252 (MSG) |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, the parties stipulated, D.I. 291, to file on May 14, 2024 an omnibus motion to seal the letter briefs and exhibits associated with (1) Plaintiffs' Motion to Amend (D.I. 277); (2) Plaintiffs' Motion to Compel Bancel Documents (D.I. 285); and (3) Plaintiffs' 30(b)(6) Motion to Compel (D.I. 287); and

WHEREAS, Defendants Moderna, Inc. and Modernatx, Inc. require additional time to prepare declarations in support of their omnibus motion to seal;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline to file an Omnibus Motion to Seal shall be extended from May 14, 2024 to May 17, 2024.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorney for Plaintiffs* | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants* |

**SO ORDERED** this  14  day of     May      2024.

       **/s/ Mitchell S. Goldberg**
        UNITED STATES DISTRICT JUDGE