IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| v. | : : | NO. 22-252 |
| **MODERNA, INC. and MODERNATX, INC.,** | : : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 15th day of May, 2024, it is hereby **ORDERED** that a Discovery Hearing in the above-captioned matter is scheduled for **Thursday, June 13, 2024 at 2:00 p.m. in Courtroom 17A, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**