IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants.<br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252 (MSG) |

## DEFENDANTS' OMNIBUS MOTION TO SEAL AND [PROPOSED] ORDER

Pursuant to the Protective Order (D.I. 91) as modified by the Court's November 14, 2023 Order (D.I. 155), Defendants Moderna, Inc. and ModernaTX, Inc. ("Moderna") respectfully move this Court for an order granting leave to file partially redacted versions of Plaintiffs' Letter Brief in Support of Plaintiffs' Motion for Leave to Amend Complaint and the exhibits thereto (collectively, "Plaintiffs' Motion to Amend") (D.I. 278); Plaintiffs' Letter Brief in Support of Plaintiffs' Motion to Compel and the exhibits thereto (collectively, "Plaintiffs' Motion to Compel Bancel Documents") (D.I. 285); Moderna's Opposition to Plaintiffs' Motion to Compel Bancel Documents and the exhibits thereto (collectively, "Moderna's Bancel Opposition") (D.I. 294); and Moderna's Opposition to Plaintiffs' 30(b)(6) Motion to Compel and the exhibit thereto (collectively, "Moderna's 30(b)(6) Opposition") (D.I. 302).

Moderna's motion and supporting papers redact for Moderna's confidential information in Plaintiffs' Motion to Amend and Exhibits A–D, F, J, and M–N; Plaintiffs' Motion to Compel Bancel Documents and Exhibits C–F and K–P; Exhibit T to Moderna's Bancel Opposition; and Exhibit 14 to Moderna's 30(b)(6) Opposition, which include, reference, and/or quote, Moderna's sensitive and confidential information. The grounds for the motion are set forth in Moderna's brief in support of this motion, as well as the Declaration of Don Parsons and the Declaration of Hamilton Bennett attached thereto. Redacted versions of these documents will be filed separately on the docket.

WHEREFORE, Moderna respectfully requests that the Court grant Moderna's motion and enter the enclosed order permitting Moderna to file a redacted versions of Plaintiffs' Motion to Amend; Plaintiffs' Motion to Compel Bancel Documents; Moderna's Bancel Opposition; and Moderna's 30(b)(6) Opposition.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Travis J. Murray* |
| OF COUNSEL: | |
| | Jack B. Blumenfeld (#1014) |
| James F. Hurst | Brian P. Egan (#6227) |
| KIRKLAND & ELLIS LLP | Travis J. Murray (#6882) |
| 300 North LaSalle | 1201 North Market Street |
| Chicago, IL 60654 | P.O. Box 1347 |
| (312) 862-2000 | Wilmington, DE 19899 |
| | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| Patricia A. Carson, Ph.D. | began@morrisnichols.com |
| Jeanna M. Wacker, P.C. | tmurray@morrisnichols.com |
| Mark C. McLennan | |
| Caitlin Dean | *Attorneys for Defendants* |
| N. Kaye Horstman | |
| Shaoyao Yu | |
| KIRKLAND & ELLIS LLP | |
| 601 Lexington Avenue | |
| New York, NY 10022 | |
| (212) 446-4679 | |
| | |
| Yan-Xin Li | |
| KIRKLAND & ELLIS LLP | |
| 555 California Street, 27th Floor | |
| San Francisco, CA 94104 | |
| (415) 439-1400 | |
| | |
| Alina Afinogenova | |
| KIRKLAND & ELLIS LLP | |
| 200 Clarendon Street | |
| Boston, MA 02116 | |
| (617) 385-7500 | |
| | |
| May 17, 2024 | |

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiffs and that plaintiffs do not oppose this motion.

*/s/ Travis J. Murray*

Travis J. Murray (#6882)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants.<br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252 (MSG) |

**[PROPOSED] ORDER**

The Court, having considered Moderna's Omnibus Motion to Seal (the "Motion"), IT IS HEREBY ORDERED this ___ day of_____, 2024 that the Motion is GRANTED.

Leave is given for Moderna to file Plaintiffs' Letter Brief in Support of Plaintiffs' Motion for Leave to Amend Complaint and the exhibits thereto (D.I. 278); Plaintiffs' Letter Brief in Support of Plaintiffs' Motion to Compel and the exhibits thereto (D.I. 285); Moderna's Opposition to Plaintiffs' Motion to Compel Bancel Documents and the exhibits thereto (D.I. 294); and Moderna's Opposition to Plaintiffs' 30(b)(6) Motion to Compel and the exhibit thereto (D.I. 302) in redacted form.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 17, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Adam R. Brausa, Esquire<br>Eric C. Wiener, Esquire<br>Annie A. Lee, Esquire<br>Shaelyn K. Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017-3543<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |

David N. Tan, Esquire                                                      *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

David I. Berl, Esquire                                                      *VIA ELECTRONIC MAIL*
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Jessica Palmer Ryen, Esquire
Shaun P. Mahaffy, Esquire
Anthony H. Sheh, Esquire
Philip N. Haunschild, Esquire
Falicia Elenberg, Esquire
Jihad J. Komis, Esquire
Matthew W. Lachman, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

                                                                           */s/ Travis J. Murray*
                                                                   Travis J. Murray (#6882)