IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-252 (MSG) |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, Plaintiffs filed a Letter in Support of its Motion to Compel ("Plaintiffs' Opening Letter") (D.I. 331) under seal on June 3, 2024;

WHEREAS, pursuant to the Stipulation and Order regarding Sealed Filings (D.I. 155), the deadline for Moderna to file its Letter in Opposition to Plaintiffs' Motion to Compel ("Moderna's Opposition Letter") is June 10, 2024;

WHEREAS, the deadline to file a motion to seal Plaintiffs' Opening Letter is June 6, 2024 and the deadline to file a motion to seal Moderna's Opposition Letter is June 13, 2024;

WHEREAS, Plaintiffs' Opening Letter and Moderna's Opposition Letter, and the exhibits attached thereto, may contain overlapping confidential information;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that any motion to seal Plaintiffs' Opening Letter (D.I. 331), Moderna's Opposition Letter, and the exhibits attached thereto, shall be filed in one motion to seal and the deadline shall be extended until June 18, 2024.

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

_____
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorney for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Travis J. Murray*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Defendants*

**SO ORDERED** this 3rd day of June 2024.

_____
*/s/ Mitchell S. Goldberg*
UNITED STATES DISTRICT JUDGE

2