IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| v. | : : | NO. 22-252 |
| **MODERNA, INC. and MODERNATX, INC.,** | : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 7th day of June, 2024, it is hereby **ORDERED** that the Discovery Hearing in the above-captioned matter originally scheduled for Thursday, June 13, 2024 at 2:00 p.m. shall be **RESCHEDULED** to **11:00 a.m.** on Thursday, June 13, 2024 in Courtroom 17A, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
MITCHELL S. GOLDBERG, J.