IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>    Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 22-252-MSG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 7, 2024, the following documents were served on KEModernaSpikevaxService@kirkland.com and the persons listed below in the manner indicated:

1. Plaintiffs' Second Supplemental Infringement Contentions

2. Plaintiff Genevant Sciences GmbH's Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Second Set of Requests for Admission (Nos. 9 - 44)

3. Plaintiff Genevant Sciences GmbH's Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Sixth Set of Interrogatories (Nos. 23 - 25)

4. Plaintiff Genevant Sciences GmbH's Eleventh Supplemental Responses and Objections to Defendants Moderna, Inc.' and ModernaTX, Inc.'s First Set of Interrogatories (Nos. 1 - 7)

5. Plaintiff Genevant Sciences GmbH's Second Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Second Set of Interrogatories (No. 8 -10)

6. Plaintiff Genevant Sciences GmbH's Second Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Fifth Set of Interrogatories (Nos. 18 -22)

7. Plaintiff Genevant Sciences GmbH's First Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Fourth Set of Interrogatories (Nos. 14 - 17)

8. Plaintiff Genevant Sciences GmbH's First Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Third Set of Interrogatories (Nos. 11 – 13)

**BY EMAIL:**

Jack B. Blumenfeld
Brian P. Egan
Travis J. Murray
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

Patricia A. Carson, Ph.D.
Jeanna M. Wacker
Mark C. McLennan
Nancy Kaye Horstman
Shaoyao Yu
Caitlin Dean
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
jeanna.wacker@kirkland.com
mark.mclennan@kirkland.com
kaye.horstman@kirkland.com
shaoyao.yu@kirkland.com
caitlin.dean@kirkland.com

Alina Afinogenova
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
alina.afinogenova@kirkland.com

James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com

Yan-Xin Li
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
yanxin.li@kirkland.com

PLEASE TAKE FURTHER NOTICE that on June 7, 2024, the following documents were served on KEModernaSpikevaxService@kirkland.com and the persons listed below in the manner indicated:

1. Plaintiff Arbutus Biopharma Corporation's Responses and Objections to Defendants Moderna, Inc. and ModernaTX's Sixth Set of Interrogatories (Nos. 23 – 25)

2. Plaintiff Arbutus Biopharma Corporation's Responses and Objections to Defendants Moderna, Inc. and ModernaTX's Second Set of Requests for Admission (Nos. 9 – 44)

2

**BY EMAIL:**
Jack B. Blumenfeld
Brian P. Egan
Travis J. Murray
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

PLEASE TAKE ADDITIONAL NOTICE that on June 8, 2024, the following documents were served on KEModernaSpikevaxService@kirkland.com and the persons listed below in the manner indicated:

1. Plaintiff Arbutus Biopharma Corporation's First Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Fifth Set of Interrogatories (Nos. 18 – 22)

2. Plaintiff Arbutus Biopharma Corporation's First Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Third Set of Interrogatories (Nos. 11 – 13)

3. Plaintiff Arbutus Biopharma Corporation's Tenth Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s First Set of Interrogatories (Nos. 1 – 7 )

4. Plaintiff Arbutus Biopharma Corporation's First Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Fourth Set of Interrogatories (Nos. 14 – 17)

5. Plaintiff Arbutus Biopharma Corporation's Second Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Second Set of Interrogatories (Nos. 8 – 10)

**BY EMAIL:**
Jack B. Blumenfeld
Brian P. Egan
Travis J. Murray
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

OF COUNSEL:
David I. Berl
Adam D. Harber
Thomas S. Fletcher
Jessica Palmer Ryen
Shaun P. Mahaffy
Jihad J. Komis
Anthony H. Sheh
Matthew W. Lachman
Ricardo Leyva
Philip N. Haunschild
Falicia Elenberg
Kathryn Larkin
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
(202) 434-5000
*Attorneys for Plaintiff Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: June 10, 2024