

Nathan R. Hoeschen
1105 N. Market Street, 12th floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
nhoeschen@shawkeller.com

June 10, 2024

**BY CM/ECF & FedEx**
The Honorable Mitchell S. Goldberg
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 17614
601 Market Street, Philadelphia, PA 19106-1797

Re**:** *Arbutus Biopharma Corporation, et. al. v. Moderna, Inc., et. al.* C.A. No. 22-252-MSG

Dear Judge Goldberg:

      Pursuant to D. Del. LR 7.1.4, I write on behalf of Plaintiffs to request argument on Plaintiffs' discovery dispute letter dated June 3, 2024 (D.I. 331).  Briefing on the dispute is complete, and the parties' submissions may be found at Docket Items 331 and 345.  The final letter was filed on June 10, 2024.

      For efficiency, Plaintiffs further request that argument on the dispute be held in conjunction with the discovery hearing scheduled for 11:00 AM on June 13, 2024 (D.I. 337).

      Counsel are available should the court have any questions or concerns.

      Respectfully submitted,

      */s/ Nathan R. Hoeschen*

      Nathan R. Hoeschen (No. 6232)

cc:    Clerk of the Court (by CM/ECF and FedEx)
       All Counsel of Record (by CM/ECF and Email)