IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-252 (MSG) |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, Defendants Moderna, Inc. and ModernaTX, Inc. (collectively, "Moderna") filed their Letter Regarding Motion to Compel Discovery from Plaintiffs and Roivant Sciences (D.I. 341) and their Letter Regarding Opposition to Plaintiffs' Motion to Compel (D.I. 345) under seal on June 10, 2024;

WHEREAS, Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH (collectively, "Plaintiffs") filed their Letter Regarding Motion to Compel Discovery from Moderna (D.I. 331) under seal on June 3, 2024;

WHEREAS, Plaintiffs filed their Letter Regarding Opposition to Moderna's Motion to Compel Discovery from Plaintiffs and Roivant Sciences (D.I. 348) under seal on June 11, 2024;

WHEREAS, pursuant to the Stipulation and Order Regarding Sealed Filings (D.I. 155), the deadline for the parties to file a motion to seal D.I. 341 is June 13, 2024, and the deadline to file a motion to seal D.I. 348 is June 14, 2024;

WHEREAS, pursuant to a prior stipulation between the parties, the deadline to file a motion to seal D.I. 331 and D.I. 345 is June 18, 2024 (D.I. 333);

WHEREAS, Plaintiffs have identified confidential information in these letters and require additional time to prepare any motions to seal;

NOW THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that the deadline to file any motions to seal the letters (D.I. 331, D.I. 341, D.I. 345, and D.I. 348) shall be extended until and through June 20, 2024.

Dated: June 13, 2024

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Nathan R. Hoeschen* | /s/ *Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |

**SO ORDERED** this __14th__ day of ____June____ 2024.

/s/ *Mitchell S. Goldberg*
UNITED STATES DISTRICT JUDGE

2