## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200

(302) 658-3989 FAX

**Travis Murray**
302 351 9176
tmurray@morrisnichols.com

June 17, 2024

The Honorable Mitchell S. Goldberg  *VIA ELECTRONIC FILING*
United States District Court
  for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

    Re:   <u>*Arbutus Biopharma Corp., et al. v. Moderna, Inc., et al.,* C.A. 22-252 (MSG) (D. Del.)</u>

Dear Judge Goldberg:

    We write on behalf of Moderna regarding your Honor's order at the June 13 hearing for Moderna's CEO, Mr. Stéphane Bancel, to sit for a time-limited, topic-limited deposition in connection with Plaintiffs' Motion to Compel (D.I. 285). We write to respectfully inform the Court that Mr. Bancel can be available for such a deposition on June 28 in the afternoon before 5pm. We have also let Plaintiffs know and will inform the Court if they are unable to accommodate the deposition at that date and time, but we wanted to let the Court know as we understood an order on this issue is currently being prepared.

                                              Respectfully,

                                              */s/ Travis Murray*

                                              Travis Murray (#6882)

TJM/rah

cc:    All Counsel of Record (via electronic mail)