IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 22-252-MSG |

**ORDER GRANTING MOTION TO SEAL EXHIBIT 1 TO
<u>MODERNA'S MOTION TO COMPEL (D.I. 341)</u>**

Upon consideration of Plaintiffs' Motion to Seal (D.I. 356), IT IS HEREBY ORDERED, this 21st day of June, 2024 that the Motion is GRANTED.

Leave is given for Plaintiffs to file a public version of D.I. 341 which redacts Exhibit 1 in its entirety.

*/s/ Mitchell S. Goldberg*
United States District Court  Judge