IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants.<br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252 (MSG) |

## **ORDER**

The Court, having considered Moderna's Omnibus Motion to Seal (D.I. 357), IT IS HEREBY ORDERED this 21st, day of June, 2024 that the Motion is GRANTED.

Leave is given for the Parties to file Plaintiffs' June 6, 2024 Letter to Judge Goldberg Regarding Discovery Disputes (D.I. 331) and Exhibits 2-3 and 5-15 thereto as well as Moderna's Opposition (D.I. 345) and Exhibits B and C thereto in redacted form.

/s/ Mitchell S. Goldberg
United States District Judge