IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-252 (MSG) |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER TO EXTEND TIME

Whereas, in light of recent discovery disputes, the parties require additional time to complete certain upcoming discovery tasks, the parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines are extended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Final Infringement/Invalidity Contentions | 21-Jun-24 | 28-Jun-24 |
| Opening Expert Reports | 19-Jul-24 | 26-Jul-24 |
| Rebuttal Expert Reports | 23-Aug-24 | 6-Sep-24 |
| Reply Expert Reports | 25-Sep-24 | 9-Oct-24 |
| Parties to Advise on Expert Deposition Availability | 27-Sep-24 | 9-Oct-24 |
| Expert Discovery Cut Off | 30-Oct-24 | 8-Nov-24 |
| Deadline for Letters Requesting Leave to File a Dispositive Motion | 6-Nov-24 | 15-Nov-24 |
| Daubert Motions | 13-Dec-24 | 20-Dec-24 |
| Summary Judgment Motions (if leave is granted) | 13-Dec-24 | 20-Dec-24 |
| Opposition to Daubert Motions | 24-Jan-25 | 31-Jan-25 |
| Oppositions to Summary Judgment Motions | 24-Jan-25 | 31-Jan-25 |
| Reply ISO Summary Judgment & Daubert Motions | 14-Feb-25 | 21-Feb-25 |
| Parties Exchange Draft Pretrial Orders, Jury Instructions, Voir Dire, and Special Verdict Forms | 5-Mar-25 | 7-Mar-25 |

No other deadlines set forth in the Scheduling Order (D.I. 72), as amended (D.I. 233), are altered by way of this stipulation.  Pursuant to D. Del. LR 16.4 counsel certifies that copies of this stipulation have been sent to their respective clients.

SHAW KELLER LLP

/s/ Nathan R. Hoeschen

_____
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

Attorney for Plaintiffs

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Travis J. Murray

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

Attorneys for Defendants

SO ORDERED this 24th day of June, 2024

_____
       /s/ Mitchell S. Goldberg
UNITED STATES DISTRICT JUDGE