IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>                Plaintiffs,<br><br>        v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to exchange "'lobbying' documents," pursuant to the Court's order (D.I. 355 at ¶ 30), is extended through and including July 5, 2024.

| | |
|---|---|
| */s/ Emily S. DiBenedetto*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Plaintiffs* | */s/ Travis J. Murray*<br>Jack B. Blumenfeld (No. 1014)<br>Brian P. Egan (No. 6227)<br>Travis J. Murray (No. 6882)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br>*Attorneys for Defendants* |

Dated: July 1, 2024

SO ORDERED this  2nd  day of    July      2024.

*/s/ Mitchell S. Goldberg*
UNITED STATES DISTRICT JUDGE