## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiff(s), <br><br> vs. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendant(s). | § § § § § § § § § § | Civil Action No. <u>1:22-cv-00252-MSG</u> |

## RETURN OF SERVICE

Came to my hand on **Monday, July 1, 2024 at 2:12 PM**,
Executed at: **334 NORTH SENATE AVENUE, INDIANAPOLIS, IN 46204**
at **11:58 AM**, on **Tuesday, July 2, 2024**,
by delivering to the within named:

### BAXTER PHARMACEUTICAL SOLUTIONS LLC

by delivering to its **Registered Agent, CT CORPORATION SYSTEM**
by personally delivering to its **Authorized Employee, ALEXIS STANGI-WEIG**

a true copy of this

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with ATTACHMENT A and STIPULATED PROTECTIVE ORDER with EXHIBIT A

BEFORE ME, the undersigned authority, on this day personally appeared RAYMOND BANDY who after being duly sworn on oath states: "My name is RAYMOND BANDY. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Indiana. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**RAYMOND BANDY** – Process Server

Subscribed and Sworn to by RAYMOND BANDY, Before Me, the undersigned authority, on this
__3rd__ day of July, 2024.

_____
Notary Public in and for the State of Indiana

PAIGE A COBB
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0750091
My Commission Expires Jul 11, 2031