UNITED STATES DISTRICT COURT
for the
DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br>　　　　Plaintiff(s), <br>vs. <br><br>MODERNA, INC. and MODERNATX, INC., <br>　　　　Defendant(s). | Civil Action No. <u>1:22-cv-00252-MSG</u> |

## RETURN OF SERVICE

Came to my hand on **Monday, July 1, 2024 at 2:11 PM**,
Executed at: **3 EXECUTIVE PARK DRIVE, SUITE 201A, BEDFORD, NH 03110**
at **10:35 AM, on Tuesday, July 2, 2024**,
by delivering to the within named:

**LONZA BIOLOGICS, INC.**

by delivering to its **Registered Agent, CORPORATE CREATIONS NETWORK INC.**
by personally delivering to its **Authorized Employee, LORI PERRY**

a true copy of this

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with ATTACHMENT A and STIPULATED PROTECTIVE ORDER with EXHIBIT A**

BEFORE ME, the undersigned authority, on this day personally appeared DAVID E. MCGRATH who after being duly sworn on oath states: "My name is DAVID E. MCGRATH. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New Hampshire. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**DAVID E. MCGRATH – Process Server**

Subscribed and Sworn to by DAVID E. MCGRATH, Before Me, the undersigned authority, on this __11__ day of July, 2024.

_____
Notary Public in and for the State of New Hampshire