# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GmbH**, <br><br>Plaintiff(s),<br><br>vs.<br><br>**MODERNA, INC. and MODERNATX, INC.**,<br><br>Defendant(s). | Civil Action No. <u>1:22-cv-00252-MSG</u> |

## RETURN OF SERVICE

Came to my hand on **Monday, July 1, 2024 at 2:49 PM**,
Executed at: **176 MINE LAKE COURT, SUITE 100, RALEIGH, NC 27615**
at **11:20 AM**, on **Tuesday, July 2, 2024**,
by delivering to the within named:

### PATHEON MANUFACTURING SERVICES LLC

by delivering to its **Registered Agent, CAPITOL CORPORATE SERVICES, INC.**
by personally delivering to its **Authorized Employee, KAREN ROZAR**

a true copy of this

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with ATTACHMENT A and STIPULATED PROTECTIVE ORDER with EXHIBIT A

BEFORE ME, the undersigned authority, on this day personally appeared MARCUS LAWING who after being duly sworn on oath states: "My name is MARCUS LAWING. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of North Carolina. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
       **MARCUS LAWING – Process Server**

Subscribed and Sworn to by MARCUS LAWING, Before Me, the undersigned authority, on this ___2___ day of July, 2024.

_____
Notary Public in and for the State of North Carolina

MATTHEW BURKERT
NOTARY PUBLIC
DURHAM COUNTY
North Carolina
My Commission Expires   April 25, 2026