IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-252 (MSG) |
| MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION TO EXTEND TIME**

WHEREAS, on June 20, 2024, the Court granted Plaintiffs leave to serve subpoenas on various third party manufacturers and extended the discovery period to July 17, 2024 (D.I. 355);

WHEREAS, several subpoena recipients have requested an extension to respond to the subpoenas;

WHEREAS, the parties are meeting and conferring on a potential extension and any necessary adjustments to the schedule; and

WHEREAS, pursuant to D. Del. LR 16.4, counsel certifies that copies of this stipulation have been sent to their respective clients;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, the deadline for the parties to file a stipulation or motion to extend the fact discovery deadline related to these subpoenas is extended through and including July 23, 2024.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

Dated: July 17, 2024