IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO. 22-cv-00252 |
| MODERNA, INC. and MODERNATX, INC., Defendant | : : : | |

# N O T I C E

A Status Conference on the record in the above-captioned matter is scheduled for **Thursday, August 15, 2024 at 10:00 a.m.** The conference will be conducted via telephone and will be on the record. Counsel are directed to dial in as follows:

(1) Call: 888-684-8852; (2) Enter access code: 2187450#; (3) Press # to enter as a participant.

                                                  *s/Sheila McCurry*
                                                  SHEILA MCCURRY
                                                  COURTROOM DEPUTY
                                                  MITCHELL S. GOLDBERG
                                                  U.S. DISTRICT JUDGE

**DATE:** August 7, 2024