IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO. 22-cv-00252 |
| MODERNA, INC. and MODERNATX, INC., Defendant | : : : | |

## AMENDED NOTICE

The Status Conference scheduled for **Thursday, August 15, 2024 at 10:00 a.m. will now take place at 9:00 a.m.**  The conference will be conducted via telephone and will be on the record.  Counsel are directed to dial in as follows:

(1) Call:  888-684-8852; (2) Enter access code:  2187450#;  (3) Press # to enter as a participant.

                                         *s/Sheila McCurry*
                                         SHEILA MCCURRY
                                         COURTROOM DEPUTY
                                         MITCHELL S. GOLDBERG
                                         U.S. DISTRICT JUDGE

**DATE:** August 14, 2024