IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** : <br> **and GENEVANT SCIENCES GMBH,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **MODERNA, INC. and MODERNATX, INC.,** : <br> : <br> **Defendants.** : | **CIVIL ACTION** <br><br><br><br> **NO. 22-252** |

**ORDER**

**AND NOW**, this 15th day of August, 2024, it is hereby **ORDERED** that the parties shall appear for a conference on **April 24, 2025 at 10:00 a.m. in Courtroom 17A**. The parties should be prepared to address the following issues:

1. The subject of any proposed summary judgment motion and the basis for that motion;

2. The subject of any proposed Daubert motion and the basis for that motion;

3. The number of Daubert motions each party should be permitted to file; and

4. The number of claims and prior art references that will be litigated at trial.

It is **FURTHER ORDERED** that **one week** prior to the conference, each party shall submit a letter of no more than **four (4) pages** addressing the above topics.

**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Mitchell S. Goldberg      
　　　　　　　　　　　　　　　　　　　　　　　　　　**MITCHELL S. GOLDBERG, J.**