IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252-MSG |

## STIPULATION TO EXTEND TIME

WHEREAS, on June 20, 2024, the Court granted Plaintiffs leave to extend the discovery period to July 17, 2024 solely to permit Plaintiffs to serve subpoenas on various third-party manufacturers (D.I. 355);

WHEREAS, Plaintiffs subsequently served subpoenas on four of the manufacturers located in the United States (D.I. 380-383);

WHEREAS, the parties previously stipulated to extend the deadline for the completion of fact discovery related to the subpoenas to Lonza Biologics, Inc., Catalent Indiana, LLC, Patheon Manufacturing Services, LLC, and Baxter Pharmaceutical Solutions LLC through September 27, 2024 (D.I. 403);

WHEREAS, these third parties have not yet completed production but are continuing to meet and confer with Plaintiffs regarding ongoing production of responsive documents;

WHEREAS, pursuant to D. Del. LR 16.4, counsel certifies that copies of this stipulation have been sent to their respective clients;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for the completion of fact discovery relating to the subpoenas to Lonza Biologics, Inc., Catalent Indiana, LLC, Patheon Manufacturing Services, LLC, and Baxter Pharmaceutical Solutions, LLC is extended through and including October 17, 2024.

| | |
|---|---|
| */s/ Emily S. DiBenedetto* | */s/ Brian P. Egan* |
| John W. Shaw (No. 3362) | Jack B. Blumenfeld (No. 1014) |
| Emily S. DiBenedetto (No. 6779) | Brian P. Egan (No. 6227) |
| SHAW KELLER LLP | Travis J. Murray (No. 6882) |
| I.M. Pei Building | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| 1105 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 298-0700 | Wilmington, DE 19899 |
| jshaw@shawkeller.com | (302) 658-9200 |
| edibenedetto@shawkeller.com | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiffs* | began@morrisnichols.com |
| | tmurray@morrisnichols.com |
| | *Attorneys for Defendants* |

Dated: September 26, 2024