IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 22-252-MSG |
| v. | ) ) | |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Defendants. | ) | |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION
FOR A TWO-WEEK EXTENSION OF THE DEADLINE
TO DEPOSE THIRD-PARTY GOVERNMENT WITNESSES**

At Philadelphia, this ___ day of October, 2024, the Court having considered Plaintiffs'

Motion for a Two-Week Extension of the Deadline to Depose Third-Party Government

Witnesses, it is HEREBY ORDERED that the motion is GRANTED and the deadline is

extended through and including November 8, 2024.

_____

U.S.D.J.