# Exhibit B

**Hoffman, Andy**

| | |
|---|---|
| **From:** | Nicole Holloway <nholloway@digitalevidencegroup.com> |
| **Sent:** | Tuesday, September 24, 2024 10:01 AM |
| **To:** | Hoffman, Andy; Harber, Adam |
| **Subject:** | Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al., Robert Johnson, Ph.D., 9/10/2024 |
| **Attachments:** | Johnson091024.ptx; Johnson091024.txt; Johnson091024Mini.pdf; Johnson Cert.pdf; Johnson091024.pdf |

Hello,
Please find attached the final Johnson transcript. The exhibits are linked below.

https://deglit.box.com/s/o1vd6sreqidnkmqtm1wx6lu3um9gne53

Have a nice day!


**Nicole Holloway**
Phone: 202.706.6015
nholloway@digitalevidencegroup.com
www.digitalevidencegroup.com

**DIGITAL EVIDENCE GROUP**
Court Reporting • Legal Graphics
Trial Presentation • Hyperlinked Briefs
*~Celebrating 20 years of litigation support services~*
*~Washington Business Journal - "Best Places to Work"~*