IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MODERNA, INC. and MODERNATX, INC., )<br>)<br>Defendants. ) | C.A. No. 22-252-MSG |

**ORDER GRANTING PLAINTIFFS' MOTION FOR A TWO-WEEK EXTENSION OF THE DEADLINE TO DEPOSE THIRD-PARTY GOVERNMENT WITNESSES**

AND NOW, this 29th day of October, 2024, the Court having considered Plaintiffs' Motion for a Two-Week Extension of the Deadline to Depose Third-Party Government Witnesses, it is HEREBY ORDERED that the motion is GRANTED and the deadline is extended through and including November 8, 2024.

*/s/ Mitchell S. Goldberg*
United States District Judge