IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>        Plaintiffs,<br><br>  v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 28, 2025, the following document was served on KEModernaSpikevaxService@kirkland.com and the persons listed below in the manner indicated:

1. First Supplemental Expert Report of Catharine M. Lawton

**BY EMAIL:**
Jack B. Blumenfeld
Brian P. Egan
Travis J. Murray
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

| | |
|---|---|
| | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779) |
| OF COUNSEL:<br>David I. Berl<br>Adam D. Harber<br>Thomas S. Fletcher<br>Shaun P. Mahaffy<br>Jihad J. Komis<br>Anthony H. Sheh<br>Andrew L. Hoffman<br>Matthew W. Lachman<br>Ricardo Leyva<br>Falicia Elenberg<br>Kathryn Larkin<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>(202) 434-5000<br>*Attorneys for Plaintiff Genevant Sciences GmbH*<br><br>Daralyn J. Durie<br>Adam R. Brausa<br>Eric C. Wiener<br>Annie A. Lee<br>Shaelyn K. Dawson<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(415) 268-6080<br><br>Kira A. Davis<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543<br>(213) 892-5200 | SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Plaintiffs* |

2

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus*
*Biopharma Corporation*

Dated: January 28, 2025