IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252 (MSG) ) ) ) ) |

### [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of Defendants Moderna, Inc. and ModernaTX, Inc.'s motion to amend certain deadlines in the case schedule, the briefing and any oral argument related thereto,

IT IS HEREBY ORDERED that:

For good cause shown, Moderna's motion is GRANTED and the following deadlines are amended as follows:

| EVENT | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Close of Expert Discovery | April 25, 2025 | April 30, 2025 |
| Letters re: (i) subject of summary judgment motions; (ii) subject of *Daubert* motions; (iii) number of *Daubert* motions; and (iv) number of claims and prior art references to be litigated | April 17, 2025 | One week before In Court conference re: *Daubert* and summary judgment motions: <br><br> May __, 2025 |
| In Court conference re: *Daubert* and summary judgment motions | April 24, 2025 at 10:00 a.m. | May __, 2025 at __:__ |

_____
UNITED STATES DISTRICT JUDGE