# Exhibit 2



Biotechnology - Large Cap - Market Weight

# MODERNA, INC. (MRNA)

*Another broken heart. Guidance reiterated but Norovirus trial on FDA hold. Price target to $25.*

**February 14, 2025**

**Rating:** Underperform
**Price:** $31.92
**Price Target:** $25
*Prior: $35*
**% Upside:** (21.7)%

View MRNA Model
View Comp Table

### The Wolfe Byte
We revised our FY2025 rev/EPS #'s downward. Cost management, Roivant litigation (potential trial in Sept), CMV pivotal readout and now Norovirus FDA hold are top of mind. We'd argue risk/reward looks unattractive even at these levels, we're lowering our PT to $25 (from $35).

MRNA shares were down 5% pre-market, but are up 3% currently (NBI: flat). That said, high level, we saw not only a wider than expected loss on 4Q EPS, but also Moderna's Norovirus pivotal program receive an FDA clinical hold due to a GBS case (a new finding). Importantly, Moderna also reiterated its 2025 revenue guidance at $1.5-$2.5B (-38% at the midpoint y/y), with the EU tender framework unlikely to provide upside until 2027+ according to mgmt. And while we view the $1B reduction in cash cost expenses in 2025 as a positive first step, we'd say there's still more wood to chop on the cost-cutting side of things, in addition to clinical progress, before we'd get constructive, so we're lowering our price target to $25 (from $35).

On the pipeline, the company again highlighted its 3 expected approvals this year, including 1) its next-gen COVID-19 vaccine, 2) its flu/COVID-19 vaccine, though, approval may require vaccine efficacy results from the ongoing flu vaccine trial and 3) an expanded label for its RSV vaccine, mRESVIA, to high-risk adults (18-59). While the flu/COVID-19 hasn't garnered much attention, it could see increased IDN penetration, if the same incentives for the flu vaccine apply.

However, any positive outcome is likely to be eclipsed by the upcoming Roivant litigation regarding Moderna's LNP technology, with the summary judgement expected in late spring (to determine whether the US govt. could assume partial liability) and the jury trial expected in September. That said, we'd flag that during our callback mgmt. not only reiterated its confidence in its IP, but also, the potential for the September hearing to be delayed as materially as 2026/2027.

Net-net, we see minimal upside to the stock at current levels, especially as the company continues to highlight headwinds to its commercial execution and the potentially impactful Roivant litigation looms nearer.

### Company Information

| | |
|---|---|
| 52-Week Range | $31 - $167 |
| Market Cap. (MM) | $12,283 |
| Enterprise Value (MM) | $7,224 |
| Shares Out. (MM) | 384.8 |
| Avg. Value Traded (MM) | $460.43 |
| SI% of Float | 11.8% |
| FCF Yield | (18.8)% |
| Dividend Yield | 0.0% |

### Price Performance

| | YTD | LTM |
|---|---|---|
| MRNA | (23)% | (23)% |
| S&P 500 | 4% | 23% |
| NBI | (16)% | (21)% |



Priced as of 02/13/25



**Alexandria Hammond**
ahammond@wolferesearch.com
(646) 582-9320
View Alexandria's Research

### ESTIMATES — DECEMBER FYE

| ($) | 2025E | 2026E |
|---|---|---|
| **Revenues (MM) FY** | 1,947 E | 2,203 E |
| *Prior* | 2,937 E | - |
| *Cons.* | 2,395 E | 2,845 E |
| **Adj-Dil EPS FY** | (10.64) E | (8.60) E |
| *Prior* | (9.09) E | - |
| *Cons.* | (9.01) E | (7.31) E |

Source: Company Documents, Wolfe Research, FactSet
Numbers may not add up due to rounding; Fiscal Year Ends December

---

This report is limited solely for Wolfe Research's clients. Please see analyst certifications and important disclosures beginning on page 4.

WOLFE RESEARCH

February 14, 2025

## Investment Conclusion

While Moderna and Pfizer were the pandemic winners, the COVID-19 cash windfall has turned out to be a blessing and a curse for both players, in our view. Moderna skyrocketed from an unprofitable company in 2018-2020 with EPS of -$4.95, -$1.55, -$1.96, respectively, to profitable in 2021-2022 with EPS of $28.29 and $20.12, respectively, and back to unprofitable in 2023-2024 with EPS of -$12.33 and -$9.28. Looking forward to 2025, we estimate EPS at -$10.64 (cons -$9.01), and importantly, we estimate Moderna will remain unprofitable until 2031 with EPS of $0.74 (cons 2030 with EPS of $1.83).

In our view, the unprecedented rise and fall of Moderna's revenue and EPS, together with its peer leading operating expenses have pressured shares from the COVID-19 highs, with MRNA shares down 93% since its highs and down 21% YTD as compared to the NBI index, which is down 16% since MRNA highs, but up 4% YTD. While Moderna is working to fill the COVID-19 revenue hole with commercial launches for its RSV, flu/COVID, and CMV vaccines, we'd argue it's unlikely these launches will inflect quickly enough to meaningfully contribute to Moderna's revenue and overcome its OpEx spend. And even with a cost savings program in place, a reduction of $1B in cash cost expenses in 2025 and another $500M in 2026 remains still too conservative, in our view, after spending $7.2B on GAAP expenses in 2024 and guiding to $6.4B in 2025.

Overall, Moderna has been a retail darling, but with a lack of a clear line of sight into profitability, we continue to argue that the risk/reward at current levels looks unfavorable. Given this backdrop, we reiterate our Underperform rating and lower our year-end 2025 price target to $25.



MRNA sales contribution to DCF based price target

Source: Company documents, Wolfe Research.

**WOLFE RESEARCH**

February 14, 2025

**Moderna 2025 Model Updates**

| FY2025 | Moderna Guidance | Previous Wolfe Estimate | Updated Wolfe Forecast | Delta |
|---|---|---|---|---|
| Spikevax | N/A | $1.8B | $1.8B | -2% |
| mRESVIA | N/A | $175M | $56M | -68% |
| Product Sales | N/A | $2.0B | $1.8B | -8% |
| Revenue | $1.5B - $2.5B | $2.1B | $1.9B | -7% |
| COGS | $1.2B | $862M | $1,168M | 35% |
| R&D | $4.1B | $4.1B | $4.1B | 1% |
| SG&A | $1.1B | $1.1B | $1.1B | 1% |
| OI&E | N/A | $338M | $245M | -28% |
| Tax rate | Negligible | -0.6% | 2.3% | -475% |
| Diluted EPS | N/A | ($9.24) | ($10.64) | 15% |

Source: Company reports, Wolfe Research.

![Wolfe Research]

February 14, 2025

# DISCLOSURE SECTION

### Analyst Certification:

The various Wolfe Research, LLC analysts who are primarily responsible for this research report certify that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

### Important Disclosures:

Price Chart(s) with Ratings and Target Price History



**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
|---|---|
| Moderna, Inc. | Our price target is derived based off a DCF analysis utilizing a 10% WACC and a -2% terminal growth rate, in-line with peers. |

**Wolfe Research, LLC Fundamental Recommendation, Rating and Target Price Risks:**

| Company: | Risks That May Impede Achievement of the Recommendation, Rating or Target Price: |
|---|---|
| Moderna, Inc. | Upside risks: mRESVIA takes substantial share in the RSV market and ACIP supports revaccination; Moderna's COVID-19/flu combo vaccine shows market penetration comparable to the flu market |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
|---|---|
| Moderna, Inc. | None |

### Other Disclosures:
**Wolfe Research, LLC Fundamental Stock Ratings Key:**

| | |
|---|---|
| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |

Wolfe Research, LLC does not assign target prices for Peer Perform rated companies.

Wolfe Research, LLC uses a relative rating system using the terms Outperform, Peer Perform, and Underperform as per the definitions above. Please carefully read these definitions used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and do not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Industry Weighting System:**

| | |
|---|---|
| Market Overweight (MO): | Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |
| Market Weight (MW): | Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months. |
| Market Underweight (MU): | Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of February 14, 2025):**

| | | |
|---|---|---|
| Outperform: | 49% | 3% Investment Banking Clients within the previous 12 months |
| Peer Perform: | 44% | 3% Investment Banking Clients within the previous 12 months |
| Underperform: | 7% | 2% Investment Banking Clients within the previous 12 months |

**Other Disclosures:**

Wolfe Research, LLC does not assign ratings of Buy, Hold, or Sell to the stocks it covers. Outperform, Peer Perform, and Underperform are not the respective equivalents of Buy, Hold, and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold, and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research and The Wolfe Daily Howl as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) and the National Futures Association, is the broker-dealer affiliate of Wolfe Research, LLC. Wolfe Research Advisors, LLC is an SEC registered Investment Adviser affiliate of Wolfe Research, LLC. The Research Department of Wolfe Research, LLC produces and distributes research to clients of Wolfe Research, LLC, Wolfe Research Advisors, LLC, and Wolfe Research Securities. Any analysts publishing these reports are associated with Wolfe Research, LLC, Wolfe Research Advisors, LLC, and Wolfe Research Securities.

The Wolfe Daily Howl, Monthly Controversies Report, and The Highlight Note are subscription-based products for Institutional investor subscribers only and are products of Wolfe Research, LLC. The Wolfe Daily Howl may contain previously published research which have been repackaged for Wolfe Daily Howl subscribers. Wolfe Research, LLC,

**WOLFE RESEARCH**

February 14, 2025

its affiliates, officers, directors, employees, and agents will not be liable for any investment decisions made or actions taken by you or others based on any news, information, opinion, or any other material published through this service.

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein or to participate in any particular trading strategy in any jurisdiction. Opinions and information in this communication constitutes the current judgment of the authors as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable based upon publicly available data but Wolfe Research, LLC, and its affiliates, including but not limited to Wolfe Research Securities and Wolfe Research Advisors, LLC, make no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC, or any of its affiliates to any registration requirement within such location. For additional important disclosures, please see https://www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regard to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research, LLC communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts, and electronic publication to our proprietary website. Facts and views in Wolfe Research, LLC research reports and notes have not been reviewed by, and may not reflect, information known to, professionals in other Wolfe Research, LLC affiliates or business areas, including investment banking personnel.

Copyright © Wolfe Research, LLC 2025. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

This report is limited for the sole use of clients of Wolfe Research, LLC, Wolfe Research Securities and Wolfe Research Advisors, LLC which have been given permission prior to such use. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.

You are permitted to store, display, analyze, evaluate, modify, reformat, print and retrieve the information only for your internal business purposes, and only on your own private and secure system. You cannot resell or reverse engineer the information, create derivative works or any data, commercial products or other offerings, or calculate or develop any index for disclosure and/or marketing without the express prior written consent of Wolfe Research. You cannot publish, transmit, alter, copy, forward, distribute, share, or reproduce the information in any format, or make the information available in any form or by any means to any third parties, without the express prior written consent of Wolfe Research. These restrictions include, without limitation: (i) using, extracting, downloading or retrieving this information, in whole or in part, to train, develop or finetune any artificial intelligence (which includes predictive software or algorithms, neural networks, machine learning models, large language models and similar technology), or to provide or reproduce this information, in whole or in part, as a prompt or input to any such artificial intelligence; and (ii) content scraping, automated processing, or any other means of disclosure or redistribution. Accessing or reviewing the information constitutes your agreement to adhere to these terms and the stated permissions and restrictions. Electronic research reports are

distributed simultaneously to all clients. The licenses provided are revocable at the sole discretion of Wolfe Research and the content providers.