IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 22-252-MSG<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF DEPOSITIONS OF DEFENDANTS' EXPERTS**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH, will take the depositions of the below-listed individuals before a certified court reporter authorized to administer oaths and record testimony. The testimony will be recorded by stenographic and/or video-graphic means. The depositions will be taken on the dates, times, and locations indicated below unless otherwise agreed upon in writing:

- George Rutherford, on March 27, 2025 beginning at 9:00 a.m. in the offices of Kirkland & Ellis LLP, 555 California Street, 27th Floor, San Francisco, CA 94104;

- Pierre Meulien, on April 9, 2025 beginning at 9:00 a.m. in the offices of Kirkland & Ellis LLP, 601 Lexington Ave, New York, NY 10022;

- Robert Prud'homme, on April 16, 2025 beginning at 9:00 a.m. in the offices of Kirkland & Ellis LLP, 601 Lexington Ave, New York, NY 10022;

- John Godshalk, on April 17, 2025 beginning at 9:00 a.m. in the offices of in the offices of Kirland & Ellis LLP, 1301 Pennsylvania Avenue NW, Washington, DC 20004;

- Christopher Vellturo, on April 17, 2025 beginning at 9:00 a.m. in the offices of Kirkland & Ellis LLP, 601 Lexington Ave, New York, NY 10022;

- Owen Fenton, on April 25, 2025 beginning at 9:00 a.m. in the offices of Kirkland & Ellis LLP, 601 Lexington Ave, New York, NY 10022; and

- Daniel Anderson, on April 28, beginning at 9:00 a.m. in the offices of Kirkland & Ellis LLP, 200 Clarendon St 47th floor, Boston, MA 02116.

|  |  |
|---|---|
|  | /s/ Nathan R. Hoeschen |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Nathan R. Hoeschen (No. 6232) |
| David I. Berl | SHAW KELLER LLP |
| Adam D. Harber | I.M. Pei Building |
| Thomas S. Fletcher | 1105 North Market Street, 12th Floor |
| Shaun P. Mahaffy | Wilmington, DE 19801 |
| Andrew L. Hoffman | (302) 298-0700 |
| Matthew W. Lachman | jshaw@shawkeller.com |
| Ricardo Leyva | kkeller@shawkeller.com |
| Arthur J. Argall III | nhoeschen@shawkeller.com |
| Falicia Elenberg | *Attorneys for Plaintiffs* |
| Kathryn Larkin |  |
| WILLIAMS & CONNOLLY LLP |  |
| 680 Maine Avenue S.W. |  |
| Washington, DC 20024 |  |
| (202) 434-5000 |  |

Andrei Iancu
Jeffrey B. Wall
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006
(202) 956-7500
*Attorneys for Plaintiff Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: March 24, 2025