IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** : : : **Plaintiffs,** : : v. : : **MODERNA, INC. and MODERNATX, INC.,** : : **Defendants.** : | **CIVIL ACTION** NO. 22-252 |

## ORDER

**AND NOW**, this 28th day of March, 2025, upon consideration of the parties' March 7, 2025 Joint Letter (D. I. 439), Defendant's March 21, 2025 Letter (D. I. 440), and Plaintiff's Response (D. I. 442), it is hereby **ORDERED** that the Scheduling Order (D. I. 396) is amended such that:

1. The conference to discuss Daubert & summary judgment motions will take place on **May 7, 2025**,

    a. No later than **May 2, 2025**, each party shall submit a letter of no more than **four (4) pages** addressing:

        i. The subject and basis of any proposed summary judgment motion,

        ii. The subject and basis of any proposed Daubert motion,

        iii. The number of Daubert motions each party should be permitted to file,

        iv. The number of claims and prior art references that will be litigated at trial,

2. Trial is scheduled for **September 29, 2025**,[1]

3. No other dates set forth in the Scheduling Order are amended.

BY THE COURT:

_/s/ Mitchell S. Goldberg_
**MITCHELL S. GOLDBERG, J.**

---

[1] No proceedings will occur on October 10, 2025, in observance of Yom Kippur.