# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** | : <br> : <br> : **CIVIL ACTION** |
| **Plaintiffs,** | : <br> : |
| v. | : <br> : **NO. 22-252** |
| **MODERNA, INC.** and **MODERNATX, INC.,** | : <br> : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 22nd day of May, 2025, it is hereby **ORDERED** that the conference originally scheduled for May 26, 2025, is hereby **STAYED**.

                              BY THE COURT:

                              */s/ Mitchell S. Goldberg*
                              **MITCHELL S. GOLDBERG, J.**