# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,** : : : **Plaintiffs,** : : v. : : **MODERNA, INC. and MODERNATX, INC.,** : : **Defendants.** : | **CIVIL ACTION** NO. 22-252 |

## ORDER

**AND NOW**, this 9th day of June, 2025, it is hereby **ORDERED** that the conference scheduled for June 12, 2025, at 2:00 PM, is hereby **RESCHEDULED** to **June 12, 2025, at 9:30 AM**, in Courtroom 17A, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

BY THE COURT:

 /s/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG, J.