

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

June 18, 2025

**BY CM/ECF & FEDEX**
The Honorable Mitchell S. Goldberg
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 17614
601 Market Street, Philadelphia, PA 19106-1797

Re:   *Arbutus Biopharma Corporation, et. al. v. Moderna, Inc., et. al.* C.A. No. 22-252-MSG

Dear Chief Judge Goldberg:

We respond briefly to Moderna's letter of this afternoon (D.I. 482). Though we disagree with virtually all of Moderna's letter, we note Moderna articulated no objection to Plaintiffs' alternate, compromise trial date of December 8, 2025, which would accommodate Mr. Hurst.

> Respectfully submitted,
>
> /s/ *Nathan R. Hoeschen*
>
> Nathan R. Hoeschen (No. 6232)

cc:   Clerk of the Court (by CM/ECF)
      All Counsel of Record (by CM/ECF & Email)