IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 22-252-JDW ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF MOTION**

Plaintiffs Genevant Sciences GmbH and Arbutus Biopharma Corp. hereby withdraw their letter motion for a discovery dispute (D.I. 493 and 494).

|  |  |
|---|---|
|  | /s/ Andrew E. Russell |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Andrew E. Russell (No. 5382) |
| David I. Berl | Nathan R. Hoeschen (No. 6232) |
| Adam D. Harber | SHAW KELLER LLP |
| Thomas S. Fletcher | I.M. Pei Building |
| Shaun P. Mahaffy | 1105 North Market Street, 12th Floor |
| Andrew L. Hoffman | Wilmington, DE 19801 |
| Matthew W. Lachman | (302) 298-0700 |
| Ricardo Leyva | jshaw@shawkeller.com |
| Arthur J. Argall III | kkeller@shawkeller.com |
| Falicia Elenberg | nhoeschen@shawkeller.com |
| Kathryn Larkin | arussell@shawkeller.com |
| WILLIAMS & CONNOLLY LLP | *Attorneys for Plaintiffs* |
| 680 Maine Avenue S.W. | |
| Washington, DC 20024 | |
| (202) 434-5000 | |

Andrei Iancu
Jeffrey B. Wall
Sullivan & Cromwell llp
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006
(202) 956-7500

*Attorneys for Plaintiff Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Dated: July 11, 2025