

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

July 11, 2025

**BY CM/ECF & FEDEX**
The Honorable Joshua D. Wolson
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 12613
601 Market Street, Philadelphia, PA 19106-1797

Re:   *Arbutus Biopharma Corporation, et. al. v. Moderna, Inc., et. al.* C.A. No. 22-252-MSG

Dear Judge Wolson:

In light of yesterday's reassignment of the above-captioned case, Plaintiffs write to alert Your Honor to circumstances relating to the case schedule. Plaintiffs are not requesting any action by the Court at this time.

Chief Judge Goldberg recently entered an order moving the trial to March 2026, six months after the original September 2025 trial date. D.I. 485. In advance of that order, Plaintiffs had informed Chief Judge Goldberg of their serious concerns that, in light of Moderna's financial position, a delay could effectively preclude Plaintiffs from being made whole. *See* D.I. 481. Moderna responded with representations regarding its finances and certain trial conflicts of its lead counsel. D.I. 482. Following those letters, Chief Judge Goldberg set the March 2026 trial date. *See* D.I. 485.

Under the existing case schedule, summary judgment motions will be filed on July 25, 2025, with briefing completed in September. *Daubert* motions are currently scheduled to follow summary judgment (although the parties would be able to file them sooner, if Your Honor prefers, so that the briefing is completed at the same time as summary judgment).

We recognize that this is a substantial and complex matter, and we look forward to assisting the Court in any way it would find helpful.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

cc:   Clerk of Court (by CM/ECF)
      All counsel of record (by CM/ECF & Email)