IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH<br><br>*Plaintiffs*,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>*Defendants.* | **Redacted - Public Version**<br><br>C.A. No. 22-252-JDW |
| MODERNA, INC. and MODERNATX, INC.,<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH,<br><br>*Counterclaim- Defendants.* | **JURY TRIAL DEMANDED**<br><br>▮ |

## DECLARATION OF MATTHEW W. LACHMAN, ESQ.

I, Matthew W. Lachman, declare under penalty of perjury that the following is true and correct:

1. I am an attorney practicing with the firm of Williams & Connolly LLP, representing Plaintiff Genevant Sciences GmbH ("Genevant"), in this action. I am familiar with the authenticity of the documents attached and I submit this declaration in support of Plaintiffs' Opening Summary Judgment Brief, Opening Brief in Support of Motion to Exclude Certain Expert Testimony of Drs. Anderson and Prud'homme, and Plaintiffs' Statements of Uncontested

1

Facts in Support of Motion for Summary Judgment. The Exhibits listed below are cited in the Briefs and Statements of Uncontested Facts.

2. Attached as Exhibits 1 through 29 to this declaration are true copies of the following documents:

| Number | Description | ECF Title |
|---|---|---|
| 1 | Moderna's Identification of § 102/103 and § 112 Invalidity Defenses Pursuant to D.I. 475, dated June 9, 2025 | Moderna Invalidity Disclosures |
| 2 | Letter from M. McLennan to S. Mahaffy (Sept. 19, 2023) ("Sept. 19, 2023 Letter") | Sept. 19, 2023 Letter |
| 3 | Excerpt from Moderna's Final Invalidity Contentions, dated June 28, 2024 | Moderna's Final Invalidity Contentions |
| 4 | Excerpt from Opening Expert Report of Dr. Daniel Griffith Anderson | Anderson Opening Report |
| 5 | Excerpt from Responsive Expert Report of Dr. Niren Murthy Regarding Validity* | Murthy Validity Report |
| 6 | Excerpt from Reply Expert Report of Dr. Daniel Griffith Anderson* | Anderson Reply Report |
| 7 | Excerpt from Opening Expert Report of Dr. Robert Prud'homme, PhD | Prud'homme Opening Report |
| 8 | Excerpt from Expert Report of Dr. Pierre Meulien, Ph.D. | Meulien Opening Report |
| 9 | Excerpt from Reply Invalidity Expert Report of Dr. Robert Prud'homme, PhD* | Prud'homme Reply Report |
| 10 | Excerpt from Deposition Transcript of Dr. Robert Prud'homme, PhD, dated Apr. 16, 2025 | Prud'homme Dep. Tr. |
| 11 | Excerpt from Reply Report of Dr. Pierre Meulien, Ph.D. | Meulien Reply Report |
| 12 | Excerpt from Dr. Lorne Palmer Laboratory Notebook 0608, dated Nov. 29, 2013 (GENV-00070361) | Dr. Palmer 11/29/2013 Lab Notebook |
| 13 | Excerpt from Mr. Stephen Reid Laboratory Notebook 0123, dated Feb. 12, 2009 (GENV-00523502)* | Mr. Reid 2/12/2009 Lab Notebook |
| 14 | Excerpt from Deposition Transcript of Mr. Stephen Reid, dated May 28, 2024* | Reid Dep. Tr. |
| 15 | Andrew J. Geall et al., *Nonviral delivery of self-amplifying RNA vaccines*, 109 (36) PROC. NATL. ACAD. SCI. U.S.A. 14604-14609 (2012) ("Geall 2012") | Geall 2012 |

---

\* Pursuant to confidentiality agreements, the names of certain third-party entities have been redacted from this exhibit. These names are not relevant to Plaintiffs' motions, but Plaintiffs can file unredacted copies at the Court's request.

| 16 | Sedic et al., *Safety Evaluation of Lipid Nanoparticle-Formulated Modified mRNA in the Sprague-Dawley Rat and Cynomolgus Monkey*, 55 VETERINARY PATHOLOGY 341 (2018) ("Sedic 2018") | Sedic 2018 |
|---|---|---|
| 17 | Jerry Leung et al., *Genetically engineered transfusable platelets using mRNA lipid nanoparticles*, 9(48) SCIENCE ADVANCES 1–13 (2023) ("Leung 2023") and excerpt from supplemental figures | Leung 2023 |
| 18 | Excerpt from de Fougerolles et al. WO 2013/090648 ("WO 2013/090648") | WO 2013/090648 |
| 19 | Erika Check, *RNA to the rescue?*, 425 NATURE 10–12 (2003) ("Check 2003") | Check 2003 |
| 20 | Excerpt from Opening Expert Report of Dr. Michael Mitchell | Mitchell Opening Report |
| 21 | Non-Exclusive License Agreement by and between Acuitas Therapeutics Inc. and ModernaTX, Inc., dated Dec. 14, 2016 | December 2016 Acuitas Sublicense |
| 22 | Non-Exclusive License Agreement by and between Acuitas Therapeutics Inc. and ModernaTX, Inc., dated May 22, 2015 | May 2015 Acuitas Sublicense |
| 23 | Non-Exclusive License Agreement by and between Acuitas Therapeutics Inc. and ModernaTX, Inc., dated Oct. 12, 2016 | October 2016 Acuitas Sublicense |
| 24 | Non-Exclusive License Agreement by and between Acuitas Therapeutics Inc. and ModernaTX, Inc., dated Aug. 19, 2016 | August 2016 Acuitas Sublicense |
| 25 | Excerpt from Deposition Transcript of Dr. Sunny Himansu, dated Nov. 17, 2023 | Himansu Dep. Tr. |
| 26 | Excerpt of Arbutus Form 8-K, dated Feb. 22, 2018 | Arbutus 2018 8-K |
| 27 | Excerpt of bioRxiv Preprint of Corbett et al., *SARS-CoV-2 mRNA vaccine design enabled by prototype pathogen preparedness*, 586 NATURE 567 (2020), dated June 11, 2020 | Corbett 2020 Preprint |
| 28 | Excerpt of Corbett et al., *SARS-CoV-2 mRNA vaccine design enabled by prototype pathogen preparedness*, 586 NATURE 567 (2020) ("Corbett 2020") | Corbett 2020 |
| 29 | Excerpt from IPR2018-00739 U.S. Patent No. 9,364,435 Paper 28, Petitioner's Reply to Patent Owner Response ("Pet'r Reply") | Moderna 435 IPR Reply |

3

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on: July 25, 2025

      /s *Matthew W. Lachman*
      Matthew W. Lachman

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, this document was served on the persons listed below in the manner indicated:

**BY EMAIL:**

Brian P. Egan
Travis J. Murray
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
tmurray@morrisnichols.com

Patricia A. Carson, Ph.D.
Jeanna M. Wacker
Mark C. McLennan
Nancy Kaye Horstman
Shaoyao Yu
Mara L. Greenberg
Leslie M. Schmidt, P.C.
Andrew Lee
Brad Deem
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
jeanna.wacker@kirkland.com
mark.mclennan@kirkland.com
kaye.horstman@kirkland.com
shaoyao.yu@kirkland.com
mara.greenberg@kirkland.com
leslie.schmidt@kirkland.com
andrew.lee@kirkland.com
brad.deem@kirkland.com

Alina Afinogenova
Noah Frank
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
alina.afinogenova@kirkland.com
noah.frank@kirkland.com

James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com

Yan-Xin Li
Hannah Suh
Laura Ashley Harris
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
yanxin.li@kirkland.com
hannah.suh@kirkland.com
lauraashley.harris@kirkland.com

Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
jason.wilcox@kirkland.com

*/s/ Matthew W. Lachman*
Matthew W. Lachman