IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>*Defendants*. | Case No. 1:22-cv-00252-JDW |

**ORDER**

**AND NOW**, this 7th day of August, 2025, upon review of the United States' Combined Motion To Intervene And Seal (D.I. 530) and Defendants Moderna, Inc. and ModernaTX, Inc.'s Opposed Motion To Seal Portions Of Plaintiffs' And Moderna's Opening Dispositive Motion Filings (D.I. 531), it is **ORDERED** as follows:

1. Plaintiffs shall file any opposition to either the Government's or Moderna's Motion To Seal on or before August 11, 2025;

2. Going forward in this case, if any Party intends to oppose a motion to seal, that Party must file its opposition within 3 business days of the filing of the motion to seal; and

3. If a Party seeking leave to file materials under seal, or with redactions, fails to comply with Section I.D.2 of my Policies and Procedures, I will strike that Party's filing.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.