# EXHIBIT 9



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document
"**https://pins.japic.or.jp/pdf/newPINS/00071038.pdf**" is, to the best of my knowledge
and belief, a true and accurate partial translation from Japanese into English.

Jacqueline Yorke

Sworn to before me this
August 11, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 **27**

Stamp, Notary Public

**Revised April 2024 (Version 3, changes to administration and dose)
*Revised October 2023 (Version 2, changes to dose)

| Japanese Standard Commodity Classification Number |
|---|
| 876313 |

Virus Vaccine
**Standards for Biological Products**

Storage method: -20±5°C
Shelf life: 12 months

Coronavirus (SARS-CoV-2) RNA Vaccine
**[bilingual text]**
**Spikevax® Intramuscular Injection
(Monovalent: Omicron XBB.1.5)**

| Approval No. | 30300AMX00461 |
|---|---|
| Release | May 2021 |

Potent drug, prescription pharmaceutical (Note)
Note) Warning – To be used based on the prescription of a doctor, etc.

---

**2. Persons for whom vaccination is inappropriate (persons for whom it is not appropriate to be administered the vaccine)**
**2.1** Persons with an obvious fever
**2.2** Persons clearly have a severe acute disease
**2.3** Persons with a history of severe hypersensitivity to any component of this product [refer to 8.3, 11.1.1]
**2.4** In addition to the persons stated above, persons who are in a condition whereby vaccination would be inappropriate

**3. Overview of manufacturing method and composition / description**
**3.1 Overview of manufacturing method**
The RNA transcribed using a template DNA containing a sequence which encodes the SARS-CoV-2 virus spike protein is purified and encapsulated in lipid nanoparticles, which have been dispersed in a buffer solution.

**3.2 Composition**
0.5 mL of this product contains the following components.

| Brand Name | Spikevax® Intramuscular Injection |
|---|---|
| Active Ingredient | Andusomeran  0.05mg |
| Additives | Heptadecan-9-yl 8-((2-hydroxyethyl)(6-oxo-6-(undecyloxy)hexyl)amino)octanoate (SM-102)  0.54mg
Cholesterol  0.23mg
1,2-distearoyl-sn-glycero-3-phosphocholine (DSPC) 0.14mg
1,2-dimyristoyl-rac-glycerol-3- |

**7.1.2 Number of Doses**
For persons with no history of SARS-CoV-2 vaccination, a second dose may be administered at an interval of approx. 4 weeks. [refer to 8.8]
**7.2 Persons aged between six months and 4>**
**7.2.1 Vaccination Target Population**
Persons with no history of SARS-CoV-2 vaccination
**7.2.2 Interval Between Doses**
The second dose should be administered as soon as possible after more than four weeks have passed since the first dose.
**7.2.3 Number of Doses**
As the efficacy of this product has been established with two doses, care should be taken to administer two doses of the same vaccine product, and not to administer a combination of this product with any other vaccines against SARS-CoV-2.
**7.3 Simultaneous Administration**
If deemed necessary by a physician, this product may be administered at the same time as other vaccine products. [refer to 14.2.1]

**8. Important precautions**
**\*\*8.1** This product is to be used in accordance with the "Regulations for the Enforcement of the Immunization Act" and the "Temporary Guidelines for Immunization against COVID-19."
**8.2** Vaccine recipients are required to undergo a check of their health condition prior to vaccination by means of a medical consultation, temperature measurement, and examination. [refer to 9.1]
**8.3** As shock and anaphylaxis may occur, it is desirable to conduct a thorough medical consultation regarding any history of hypersensitivity that the vaccine recipient may have had prior to vaccination, as well as

| | methylpolyoxyethylene (PEG2000-DMG)  0.10mg<br>Trometamol 0.25mg<br>Trometamol hydrochloride  1.2mg<br>Glacial acetic acid 0.021mg<br>Sodium acetate hydrate 0.10mg<br>Refined sucrose  43.5mg |

**\*\*3.3 Description of the Product**

| Brand Name | Spikevax® Intramuscular Injection |
|---|---|
| Dosage Form / Description | This product is a white to slightly yellowish white suspension. |
| pH | 7.0-8.0 |
| Osmotic Pressure Ratio | Approx. 1 (ratio relative to physiological saline solution) |

**4. Indications**

**Prevention of infection by SARS-CoV-2**

**5.  Precautions Related to the Indications**

**5.1** The duration of the preventive effect of this product has not been confirmed.

**\*\*6. Dosage and Administration**

\*

<Persons aged 12 and over>

Administer 0.5 mL of this product intramuscularly on one occasion.

<Persons aged between 5 and 11>

Administer 0.25 mL of this product intramuscularly on one occasion.

<Persons aged between six months and 4>

Administer 0.25 mL of this product intramuscularly on two occasions, usually with an interval of four weeks between administrations.

**\*\*7. Precautions Related to Dosage and Administration**

\*

**7.1 Persons aged 5 and over**

Usually, the vaccine may be administered after at least three months have passed since the previous SARS-CoV-2 vaccine dose.

to observe their condition for a certain period after administration. In addition, this product should not be administered a second time to persons who experienced shock or anaphylaxis after their first dose of this product. [refer to 2.3, 9.1.4, 9.1.6, 11.1.1]

**8.4** As myocarditis and pericarditis may occur, vaccine recipients or their guardians should be informed beforehand that they should promptly undergo medical examination if symptoms suggestive of myocarditis or pericarditis (including chest pain, palpitations, swelling, shortness of breath, and rapid breathing, etc.) are observed. [refer to 11.1.2, 15.1.1, 15.1.2]

**8.5** Guillain-Barré syndrome has been reported after the administration of coronavirus (SARS-CoV-2) RNA vaccine products. Vaccine recipients or their guardians should be informed beforehand that they should consult a doctor, etc., immediately if symptoms suggestive of Guillain–Barré syndrome are observed (including flaccid paralysis starting from the distal limbs and decreased or absent tendon reflexes, etc.).

**8.6** Inform the vaccine recipient or their guardian beforehand that strenuous exercise on the day of the vaccination should be avoided, that the injection site should be kept clean, that health monitoring should be performed after vaccination, and to promptly undergo a medical examination if any abnormal local reactions or changes in physical condition occur, or if any abnormal symptoms such as high fever or convulsions occur.

**8.7** Syncope, including psychogenic reactions to injection that appear as a vasovagal reflex, may occur immediately after or following vaccination. In order to avoid falls caused by syncope, it is desirable to have the vaccine recipient remain seated and to observe their condition for a certain period after the administration of the vaccine.

**\*\*8.8** There are no data on the interchangeability of this product with other vaccines intended for SARS-CoV-2.

**9. Precautions for persons with specific backgrounds**

**9.1 Persons requiring caution when administering the vaccine (persons for whom caution is required when making the decision on whether or not to vaccinate)**

If the vaccine recipient is deemed to fall applicable under any of the below, the decision on whether or not to vaccinate should be made carefully in consideration of their health condition and constitution, upon having given a thorough explanation on the necessity of vaccination, adverse reactions, and benefits, and after having ensured that informed consent has been obtained; the vaccine should then be administered with caution. [refer to 8.2]