# EXHIBIT 15



11 March 2021
EMA/15689/2021 Corr.1*[1]
Committee for Medicinal Products for Human Use (CHMP)

# Assessment report

## COVID-19 Vaccine Moderna

Common name: COVID-19 mRNA Vaccine (nucleoside-modified)

Procedure No. EMEA/H/C/005791/0000

## Note

Assessment report as adopted by the CHMP with all information of a commercially confidential nature deleted.

---

[1] *Correction dated 11 March 2021 to clarify ERA statment

**Official address** Domenico Scarlattilaan 6 • 1083 HS Amsterdam • The Netherlands
**Address for visits and deliveries** Refer to www.ema.europa.eu/how-to-find-us
**Send us a question** Go to www.ema.europa.eu/contact   **Telephone** +31 (0)88 781 6000   An agency of the European Union



© European Medicines Agency, 2021. Reproduction is authorised provided the source is acknowledged.

The manufacturing of the finished product (from mRNA-loaded LNP intermediate) consists of dilution of the mRNA-loaded LNP intermediate with a formulation buffer followed by 0.2 µm sterile filtration, filling, stoppering, capping inspection, labelling and packaging.

The total process duration is defined.

Reprocessing is not performed during the production of the finished product.

The manufacturing process including controlled process parameters and in-process controls has been described in sufficient detail. All single-use material used in the finished product manufacturing process has been indicated. The control of critical steps and intermediates has been sufficiently described. CQA and CPP and IPCs have been defined.

The microbial control strategy is in principle acceptable; however, the full data set supporting the hold times is pending (**Specific obligation 2**).

Process performance qualification has been performed for three Scale A batches manufactured at the Catalent, US site (not being registered for manufacture of product for the European market). For the relevant process steps, IPCs and process parameters have been monitored with consistent results. Process qualification also includes aseptic manufacturing steps in the filling line which is adequately controlled by regular media fills.

For the Rovi site, which is the finished product manufacturing site (from bulk mRNA-loaded LNP intermediate to finished product) for the EU CMA, the PPQ is ongoing; only one batch has been manufactured to date. An adequate PPQ protocol has been submitted. The available data indicate that the manufacturing process performs reliably and delivers product of adequate quality; however, the full data set including at least 3 representative lots and including a justification of the hold times, justified from a microbiological perspective, is required (**Specific obligation 2**). The applicant committed towill provide a brief summary of the shipping validation of the finished product (**REC**).

A process validation scheme for the finished product has been provided. It includes supplemental studies (i.e. Container Closure Integrity Testing (CCIT) qualification, filter validation, etc.). Results for CCI qualification studies, acceptable data for the first process validation batch and the Bacterial Challenge Filter Validation Study have been provided.

A concurrent validation approach will be used due to the urgent need for this product in the pandemic situation and in light of the validation data already submitted this is accepted.

*Control of excipients*

Lipid SM-102 is a novel excipient, not previously used in an approved finished product within EU. 1,2-distearoyl-sn-glycero-3-phosphocholine (DSPC) is a non-compendial excipient sufficiently controlled by an in-house specification.

Cholesterol is controlled according to the *Ph. Eur.* monograph 0993 with additional tests for residual solvents and microbial contamination. However, the applicant is also referring to a non-compendial cholesterol. This should be clarified post-approval (**REC**).

1,2-Dimyristoyl-rac-glycero-3-methoxypolyethylene glycol-2000 (PEG2000 DMG),,) is a novel excipient, not previously used in an approved finished product within EU. The other excipients (tromethamol, acetic acid, sodium acetate trihydrate, sucrose and water for injections) are controlled according to respective *Ph. Eur.* monograph or by in-house specifications (tromethamine hydrochloride).

## Product specification

### mRNA-loaded LNP intermediate

The following attributes have been included in the specification for mRNA-1273 LNP: appearance, mRNA identity by reverse transcription/Sanger sequencing, total RNA content by anion exchange chromatography, purity and product-related impurities by RP-HPLC, % RNA encapsulation by absorbance assay, mean particle size and polydispersity by DLS, lipid identity by UPLC-CAD (SM-102, cholesterol, DSPC, PEG2000-DMG), lipid content by UPLC-CAD (SM-102, cholesterol, DSPC, PEG2000-DMG), lipid impurities by UPLC-CAD (% individual impurities and sum of impurities), pH, osmolality, bacterial endotoxins (*Ph. Eur.* 2.6.14, kinetic chromogenic method) and bioburden (*Ph. Eur.* 2.6.12).

A justification for each specification attribute has been provided. batches from Moderna, TX have been used to justify the acceptance criteria.

As indicated above, the applicant has committed to providing an updated LNP and finished product appearance testing description including the characterisation test of potentially occurring visible particles (**Specific Obligation 1**)

Following the request from the CHMP, the applicant added numerical specification limits for product-related impurities in the specification for mRNA-loaded LNP intermediate.

As mentioned earlier, a commitment to tighten the specifications when more batch analysis data from routine manufacturing are available has been provided. The applicant should establish final specifications for LNP and the finished product no later than 30-06-2021 (**Specific Obligation 3**).

The mRNA-loaded LNP intermediate has been characterised with the following techniques: mRNA encapsulation (absorbance assay) sub-micron LNP size distributions, size distributions), sub-visible particles size distribution, sub-visible particle concentration, surface characterisation, surface charge, and *in vitro* protein expression. The employed techniques are state-of-the-art methods to characterise lipid nanoparticles and it can be concluded that the lipid nanoparticles have been comprehensively characterised.

Lipid impurities and degradants are monitored and quantified to ensure impurity levels are well-controlled.

Characterisation of mRNA-loaded LNP intermediate identified the presence of product variants and degradants derived from CX-024414 mRNA covalently linking to LNP lipid impurities and degradants. These lipid-RNA species render mRNA inactive and thus affect the potency of the product.

The lipid-RNA species have been isolated for characterisation. By multiple orthogonal analyses the lipid-RNA species are analytically indistinguishable from unmodified mRNA and are not RNA aggregates. Stability studies under frozen liquid and accelerated conditions have monitored these impurities. The characterisation of these impurities is well described.

It was confirmed that lipid modification is significant enough prevent protein expression from the particular mRNA molecule on which it resides.

Several actions have been undertaken to optimise the manufacturing processes of the lipid component SM-102 and mRNA-1273 LNP leading to a significant reduction in potential lipid-RNA species. The applicant should provide a comprehensive summary of the investigations and process changes related to lipid-RNA species. The control strategy for lipid-RNA species its implementation and plans for further improvement should be justified in more detail. Furthermore, the applicant should commit to update the relevant Module 3 manufacturing development sections with this information (**REC**).

It should be demonstrated that the detection wavelength is suitable for the quantification of lipid-RNA species. UV spectra for impurity-enriched fractions should be provided post-approval (**REC**).

*Analytical methods*

All analytical methods are well described and the respective SOPs have been provided.

All analytical methods have been validated in accordance with ICH Q2. Validation summaries and detailed validation reports from Moderna, TX have been provided. The quality of these reports is high with the exception that robustness is addressed with the acceptance criterion 'Intermediate precision criteria are met' what is not acceptable. Additional data should be provided post-approval.

Analytical method transfer protocols for the LNP from Moderna Tx to Lonza, Visp (EU testing site) have been submitted. Final validation reports from Lonza, Visp should be provided once available (**REC**).

*Batch analysis*

Batch analysis data for several batches manufactured at Moderna, TX have been provided. All results comply with the specifications applicable at the time of release. Moving forward, mRNA-1273 LNP will be tested in accordance with the validated methods.

Batch analysis data and a CoA for Lot Lonza, Visp, EU commercial site has been provided.

*Reference standard*

For the Ultra-High-Performance Liquid Chromatography with Charged Aerosol Detection (UPLC-CAD) method for lipid identification, lipid content and lipid impurity a lipid reference standard is used.

**Finished product**

The proposed finished product release specification includes tests for appearance (visual), mRNA identity by reverse transcription/Sanger sequencing, total RNA content by anion exchange chromatography, purity and product-related impurities by RP-HPLC, % RNA encapsulation by absorbance assay, *in vitro* translation (methionine labelling), lipid identity by UPLC-CAD (SM-102, cholesterol, DSPC, PEG2000-DMG), lipid content by UPLC-CAD (SM-102, cholesterol, DSPC, PEG2000-DMG), lipid impurities by UPLC-CAD (% individual impurities and sum of impurities), mean particle size and polydispersity by DLS, pH, osmolality, particulate matter, container content (USP), bacterial endotoxin (*Ph. Eur.* 2.6.14, kinetic chromogenic method) and sterility (*Ph. Eur.* 2.6.1). Reference is made to the FP stability section - mRNA-1273 LNP, for end of shelf-life specifications.

For the appearance test, the presence of product-related particles is covered by the specification, although there have never been observed visible particles in the finished product to date. As indicated above, the applicant committed to provide an updated LNP and finished product appearance testing description including the characterisation test of potentially occurring visible particles as described earlier in the report (**Specific Obligation 1**).

The presence of the 5´Cap structure and the polyA tail is controlled at release of CX-024414 mRNA; omission of these tests at finished product release has been sufficiently justified.

Specifications are set relatively wide for a variety of release tests, although batch release data demonstrate very consistent results which would allow for tighter limits. Following a request from the CHMP, the applicant tightened the specification limit for %RNA encapsulation addressing the CHMP concern since the included non-clinical data demonstrates strongly reduced protein expression for lots with only that value of RNA encapsulation. For the in-vitro translation test the proposed specification for a MW was also deemed too wide and was tightened.