IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants. | C.A. No. 22-252-JDW |

**ORDER GRANTING**
**MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE**

Having considered the Motion for Leave to File Brief as Amici Curiae (the "Motion"), and finding good cause to grant the Motion;

IT IS HEREBY:

1. Ordered that the Motion is GRANTED; and it is further

2. Ordered that the brief appended as Exhibit A to the Motion shall be deemed filed with the Court.

BY THE COURT:

Dated: August 25, 2025

/s/ Joshua D. Wolson
JOSHUA D. WOLSON
UNITED STATES DISTRICT JUDGE