IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>    *Defendants*.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>    *Counterclaim-Plaintiffs*,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH,<br><br>    *Counterclaim-Defendants*. | C.A. No. 22-252-JDW |

## ORDER GRANTING
## MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

Having considered the Motion for Leave to File Brief as Amicus Curiae (the "Motion"), and finding good cause to grant the Motion;

IT IS HEREBY:

1. ORDERED that the Motion (D.I. 550) is GRANTED; and it is further

2. ORDERED that the brief appended as Exhibit A (D.I. 550-2) to the Motion shall be deemed filed with the Court.

Dated: August 26, 2025

                                                      */s/ Joshua D. Wolson*
                                          The Honorable Joshua D. Wolson
                                          UNITED STATES DISTRICT JUDGE