# EXHIBIT 32

Case 1:22-cv-00252-JDW    Document 579-3    Filed 08/29/25    Page 2 of 28 PageID #:
44364

9/10/2024          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.      Robert Johnson, Ph.D.
Highly Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

--------------------------------X

ARBUTUS BIOPHARMA CORPORATION AND:

GENEVANT SCIENCES GMBH,              :

                Plaintiffs,     : C.A. No.:

  v.                                 : 22-252 (MSG)

MODERNA, INC. AND MODERNATX, INC.:

             Defendants.     :

--------------------------------X

MODERNA, INC. AND MODERNATX,         :

INC.,                                :

    Counterclaim-Plaintiff,        :

    v.                             :

ARBUTUS BIOPHARMA CORPORATION AND:

GENEVANT SCIENCES GMBH,              :

    Counterclaim-Defendants.       :

--------------------------------X

*** HIGHLY CONFIDENTIAL ***


DEPOSITION of ROBERT JOHNSON, PH.D.,

Washington, D.C.

Tuesday, September 10, 2024

9:35 a.m.


Reported by: Matthew Goldstein, RMR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 22

1          THE WITNESS:  So aware -- so aware of

2     the outcome of those discussions, which you can

3     see in the result of the final contract.

4     BY MR. HARBER:

5          Q.   But are you aware of any discussions or

6     analysis that occurred in relation to the Arbutus

7     patents during the negotiation of the C100

8     contract?

9          A.   I am aware of discussions around the

10    government position.  I am not aware of any

11    discussions where somebody looked at Arbutus'

12    patent claim and said, We agree or disagree with

13    that patent claim.

14         Q.   Do you know if there were any lawyers

15    that the government charged with looking at the

16    Arbutus patents?

17         A.   I don't recall any of the lawyers being

18    directed to do that.

19         Q.   Did any of them do it without being

20    directed?

21         A.   Not to my knowledge.

22         Q.   How did the government become aware of

Page 23

1    Arbutus' patents?

2         A.   I don't know the very first time anybody

3    heard.  Apologies, I don't know how that happened

4    or how that occurred, what that initial mechanism

5    was.

6         Q.   Do you know whether it was something

7    that the government identified or it's something

8    that Moderna identified to the government?

9         A.   I don't know the first time it was

10   conveyed.  I don't know where it was conveyed or

11   how it was conveyed.  By the summer of 2020, it

12   was common knowledge, I guess.  You know, the

13   press release is out and things like that.

14        Q.   But it's fair to say that in the summer

15   of 2020, when negotiating the C100 contract, the

16   government was aware of and had internal

17   discussions about Arbutus' patents that relate to

18   Moderna's COVID-19 vaccine?

19        A.   No.

20             MR. BRUNS:  Objection.

21             Answer only to the extent that ASPR

22   knows.

Page 24

1    BY MR. HARBER:

2          Q.    Well --

3          A.    So.

4          Q.    -- can you explain that answer in light

5    of what you testified before?

6          A.    So we were aware that there was

7    litigation, and that is the extent of it.  We did

8    not have a discussion about the specifics of any

9    particular patent, to my knowledge.

10         Q.    And the litigation you're referring to

11   is the IPRs that were filed by Moderna?

12              MR. BRUNS:  Objection; form.

13              THE WITNESS:  We would have been

14   aware -- so as I mentioned earlier, we follow

15   everything that impacts our potential partners.

16   There was a lot in the press about that.  So we

17   were aware from those types of venues that there

18   were -- there was litigation, I believe is the

19   proper word.  That is the extent of -- from our

20   formal assessment of -- we didn't dive into those

21   patents.

22

Page 25

1    BY MR. HARBER:

2         Q.    Did the government have discussions of

3    those patents even if not a, quote, dive into

4    them?

5              MR. BRUNS:  Objection.

6              Only reveal to the extent it's not

7    attorney discussions not reflected in the final

8    decision.

9              THE WITNESS:  So the discussions we had

10   were only in the context of terms and conditions

11   for our contract, for the government's contract

12   with Moderna.  And looking at different risks and

13   how that impacted terms and conditions.

14   BY MR. HARBER:

15        Q.    What terms and conditions are you

16   referring to?

17             MR. BRUNS:  Objection; outside the

18   scope.

19             MR. HARBER:  I'm asking him to explain

20   his answer.  I don't see how that's possibly

21   outside the scope.

22             MR. BRUNS:  He's not authorized to

9/10/2024          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.    Robert Johnson, Ph.D.
Highly Confidential

Page 90

1          So let's start with Exhibit 5, which is

2     the number that ends in 417.  This is a

3     spreadsheet that shows the lots of Moderna's

4     COVID-19 vaccine accepted by the government under

5     the C100 contract; correct?

6          A.    Correct.

7          Q.    And what is -- the two -- the last two

8     columns on here, "Acceptance Date" and "Accepted

9     Doses," what do those mean?

10          A.    So that would have been the number of

11     doses accepted on that particular day.

12          Q.    In practical terms, what does it mean to

13     be accepted, as the term is used here?

14          A.    I'm pretty sure it was the date that our

15     QA would have signed off on it and said the

16     U.S. -- essentially, the U.S. government accepts

17     the lot.

18          Q.    And were they physically in the U.S.

19     government's possession at the time of that

20     acceptance?

21          A.    Do you mean in a U.S. government

22     warehouse, or do you mean in a location agreed to

Page 91

1    by the U.S. government per the contract?

2         Q.   Well, either.

3         A.   Okay.  So they would have been in

4    a -- so when we took accept -- we took -- we

5    approved them, sometimes they would have been

6    still in Moderna's warehouse, sometimes they would

7    have been in a location that we had agreed to in

8    the contract.

9         Q.   And what do you mean by "a location that

10   we had agreed to in the contract"?

11        A.   So the way the process worked is that

12   Moderna would -- high level, okay, Moderna would

13   release a lot.  We would accept that lot.  That

14   lot typically at time of acceptance was either at

15   the Moderna manufacturing facility or at the

16   Moderna VMI facility.  Okay.  So managed under the

17   Moderna contract, but we had accepted them.

18             And I would have to go back, because

19   there was a lot of discussion on this, I don't

20   remember where it landed, as to who -- exactly

21   where that ownership transitioned.  But the point

22   was, once we had accepted them, the government was

Page 92

1    okay with that.

2              For the Moderna product, distribution

3    was run out of a U.S. government prime contract,

4    McKesson.  McKesson would -- so there would be an

5    ordering that was done to send it from Moderna to

6    the McKesson.  And so that -- when it went to

7    McKesson, that is when it would be distributed

8    from the McKesson facility.

9        Q.   McKesson is a private company, right,

10   not the government?

11       A.   So sorry, yes, private company under

12   government contract.  Yeah.

13       Q.   And did the government itself physically

14   take possession of the vaccine doses, or did they

15   go to McKesson facilities?

16       A.   Prior to distribution, we did not take

17   physical possession.  They would go from Moderna

18   to McKesson.

19       Q.   And you referred earlier to Moderna VMI

20   facility.  What is that?

21       A.   Vendor managed inventory.  So that would

22   be their longer term storage warehouse.

Page 100

1    trying to make vaccines.

2    BY MR. HARBER:

3         Q.    The first category here is

4    "Jurisdictions."  What is your understanding of

5    what that category is?

6         A.    So from a public health perspective,

7    we -- the U.S. is divided up into jurisdictions,

8    for lack of a better word.  And this is not my

9    space, in terms of how it's divided up.  But in

10   general, the jurisdictions for the COVID-19

11   response were each state was a jurisdiction and

12   certain territories were jurisdictions to receive

13   product.

14        Q.    So these jurisdictions are not the

15   federal government; correct?

16        A.    Correct.

17        Q.    Once the doses were shipped to these

18   jurisdictions, did the federal government have any

19   say in how the doses were distributed or used from

20   there?

21        A.    We did in the context of each

22   jurisdiction signed an agreement prior to -- I

Page 101

1   believe it was prior to receiving doses.  Again, I

2   wasn't involved early on in some of those nuances.

3   But there was an agreement in place with the

4   jurisdictions about how they could utilize the

5   doses and reporting that needed to be done around

6   the doses.

7        Q.   And do you recall what that -- how the

8   doses generally could be used by the

9   jurisdictions?

10       A.   A key requirement was they had to be

11  used according to the label.  So we had our

12  contracts, and it flowed down from there.  You've

13  seen the contracts.  So that language flowed down

14  in terms of only being able to use it according to

15  the label.

16       Q.   Anything else?

17       A.   I would have to go back and look at the

18  memos, to be honest with you.  I wasn't involved

19  in setting them up or putting them in place.  So I

20  don't know all -- I just remember that one around

21  the contract.

22       Q.   But those doses, once they went to the

Page 102

1    jurisdictions, weren't used for the federal

2    government; correct?

3          A.    Correct.

4          Q.    The next category here is "Pharmacy" --

5    well, actually before I move on.  To the

6    jurisdictions, was there any ongoing oversight of

7    how the doses were used by the jurisdictions?

8          A.    Yes.

9          Q.    Who was in charge of that?

10         A.    That would have been the responsibility

11   of -- from an OWS perspective, General Perna.

12         Q.    Were there records that the government

13   has that reflect how those doses were distributed

14   by the jurisdictions?

15         A.    Yes.

16         Q.    What records are you aware of?

17         A.    I want to be sure I understand.  You're

18   just talking about distribution of product?

19         Q.    Yes.

20         A.    We never shipped out a dose without a

21   document.

22         Q.    I'm sorry, what I'm asking for is

Page 103

1    oversight -- so the doses are shipped to the

2    jurisdictions.  The jurisdictions then do

3    something with them.

4            Does the federal government -- did the

5    federal government track what was done with those

6    doses by the jurisdictions?

7        A.   Yes.  We tracked administrations.

8        Q.   Just the number of administrations?

9        A.   We tracked -- jurisdictions were

10    supposed to report the number of administrations,

11    the inventory, and the wastage.  I don't recall

12    that they had to report anything else.

13        Q.   Did they have to report who actually

14    received those vaccine dosage -- doses?

15        A.   No.

16        Q.   The next category on this chart is

17    "Pharmacy."  What does that mean?

18        A.   So we had the jurisdictional channel, I

19    just explained.  The second channel was the

20    pharmacy channel.  And so that was pharmacy

21    chains, just like it sounds.

22        Q.   Those are private pharmacy chains, like

Page 104

1   CVS or Walgreens?

2          A.    Correct.

3          Q.    Those doses that went to the pharmacies

4   were given to members of the American public;

5   correct?

6          A.    Correct.

7          Q.    Those doses weren't for use by the

8   federal government?

9          A.    The federal government did not

10  administer those doses, correct.

11         Q.    The next line here is "Federal."  What

12  does that represent?

13         A.    So that was our federal partners who

14  also received doses.

15         Q.    Who are federal partners?

16         A.    So other departments and other -- and

17  groups even within HHS.  So I can't give you a

18  complete list of names.  It's just been too long,

19  but, for example, Department of Defense, Bureau of

20  Prisons, State, and I'm sure there are others, I

21  don't remember, but that type, i.e., health

22  service, those types.

Page 105

1      Q.   Is the VA one?

2      A.   They -- I'm sure they were.  I just --

3  in the list of names...

4      Q.   And our understanding from CDC testimony

5  is that these were doses that were given to either

6  employees or beneficiaries of these federal

7  partners.

8           Is that your understanding, as well?

9      A.   They were -- so they were provided -- I

10  just want to be sure -- they were provided to, for

11  example, DOD, and then DOD would administer to

12  whichever population.  And, again, I can't speak

13  to DOD or Bureau of Prisons, who exactly they

14  administered it to.

15      Q.   So, for example, for the Veterans

16  Administration, if the doses were used either for

17  VA employees or veterans who would go into VA

18  health care facilities, is there a -- are there

19  any records at the government of how many doses

20  were given to veterans themselves versus VA

21  employees?

22      A.   So from an OWS/CAG perspective, I don't

Page 106

1    believe we collected that information.  I don't

2    think we did.  But, of course, as part of their

3    health care system, VA or DOD, again, I don't want

4    to speak for them, but it wouldn't be unusual for

5    them to collect that information.

6         Q.   Why did OWS/CAG not collect that

7    information?

8              MR. BRUNS:  Objection.

9              Don't reveal any internal

10   pre-deliberative discussions not reflected in the

11   final decision.

12             THE WITNESS:  So I wasn't involved in

13   any of the discussions around the decision on what

14   to collect -- what data to collect or not collect

15   or how to set up any of the agreements.

16   BY MR. HARBER:

17        Q.   Do you have any awareness of that

18   particular decision?

19        A.   I don't.

20        Q.   The last line here is "Dialysis

21   Clinics."  What does that refer to?

22        A.   So I'm not as familiar with this

Page 107

1    channel.  It was not one -- it was small numbers,

2    and it would have been -- so in general, it was a

3    channel that was set up.  I wasn't involved in

4    setting this one up, and so I can't really talk to

5    it more.

6              It would have gone to dialysis clinics.

7    I mean, it's kind of self -- I mean, who received

8    it was dialysis clinics.  Why they were selected

9    and the rationale, I don't remember.

10        Q.   Are those federal government dialysis

11   clinics or private dialysis clinics?

12        A.   I don't know.  I believe they were

13   private.  Because if it was a federal dialysis, it

14   would have been done through the federal channel.

15        Q.   So these -- because these are reflected

16   separately from the federal channel, these are not

17   doses for the federal government?

18        A.   I believe so.

19        Q.   You believe that's correct?

20        A.   I believe that is correct.

21        Q.   Are the international doses you referred

22   to earlier reflected in this chart in any way?

Page 108

1     A.    I don't think so.  I can't quite tell

2  with Table 2, but certainly in Table 1, they are

3  not.

4     Q.   So they're, to your knowledge, not part

5  of the federal channel?

6     A.    That is correct.

7     Q.   And why do you say that?

8     A.    So these channels are set up based on

9  the initial -- the distribution process is the

10  best way to say it in how orders came in and how

11  they were distributed, and based in part on kind

12  of the initial decisions and processes.

13         And I'm guessing this is just a data

14  pull from a system that focused on that.  The

15  international donation process was different.  And

16  so it would have been captured in separate -- it

17  would have been captured separately.

18     Q.   Turn back to Exhibit 5.  So our

19  understanding is that the government purchased

20  between 500 million and 550 million doses from

21  Moderna under the C100 contract.  But if you add

22  up the accepted doses in Exhibit 5, they only add

Page 120

1    it's got "IPR Termination Decision 7-23-20."  It's

2    got the '069 patent and a Law360 article on the

3    IPR decision.

4              Do you see that?

5         A.   I do.

6         Q.   Did you review those documents at the

7    time?

8         A.   I don't remember.

9         Q.   So this patent challenge that's being

10   referred to here is the IPR on the '069 patent

11   that's attached; correct?

12        A.   I'm guessing.  I mean, I'm so sorry, I

13   don't remember the e-mail, and I don't know what

14   was attached, but that would be a reasonable

15   guess.

16        Q.   Well, the list of attachments from the

17   original e-mail is at the bottom here; right?

18        A.   Okay.

19        Q.   When did ASPR first become aware of the

20   existence of this IPR?

21        A.   No later than the press release.  Did it

22   happen earlier?  I don't know.

Page 121

1      Q.   Is it something that Moderna notified

2   the government about?

3      A.   I don't know.

4      Q.   Why was the government tracking this

5   specific IPR?

6      A.   So, again, we track -- in general, we

7   track.  This specific IPR, this specific issue

8   would have come up because of discussions around

9   the previously mentioned clause.

10     Q.   Was there any other reason that the

11  government would have been following this IPR?

12     A.   No, I mean, those are the two things

13  that were going on at the time, the negotiations

14  and just our general tracking.

15     Q.   Did the government have any coordination

16  with Moderna related to the IPRs themselves?

17          MR. BRUNS:  Objection; privileged.

18          To the extent your answer would reflect

19  any discussions with attorneys, don't answer.

20          MR. HARBER:  Well, right now I'm trying

21  to understand at the level of what would be in a

22  privilege log.

Page 122

1    BY MR. HARBER:

2        Q.    Were there discussions between the

3    government and Moderna related to the IPRs

4    challenging the Arbutus patents?

5        A.    Not that I'm aware of.  Our discussions

6    were, as I said before, at the general topline

7    level about the overall approach to that one

8    clause, yeah.

9        Q.    Who was in charge of tracking Moderna's

10   IPRs challenging the Arbutus patents?

11       A.    Nobody was assigned.

12       Q.    Was someone assigned to tracking Moderna

13   news alerts generally?

14       A.    No.  Our communication around that is

15   kind of an informal system.  The PCT lead always

16   has a lookout, and if they see something

17   interesting, they'll forward it on.

18            But this, from our perspective, was

19   not -- our focus at the time was around the clause

20   and around getting the contract finalized.  The

21   other aspects of it were, from an ASPR perspective

22   and our mission, develop products, stop the

Page 166

1    there's -- for patent infringement.

2              MR. HARBER:  All right.  I have -- I'll

3    pass the witness.  I'll notice as I've noted today

4    I think there's certain questions that were

5    clearly within the scope that the witness wasn't

6    prepared to answer, but we can follow up after the

7    deposition about that.

8              MR. BRUNS:  Am I next, or is Moderna

9    going to ask questions?

10             MS. CARSON:  Yes, we just have a couple

11   of quick questions.

12   EXAMINATION BY COUNSEL FOR THE DEFENDANT MODERNA

13   BY MS. CARSON:

14        Q.   Dr. Johnson, if you could pull up

15   Exhibit 5.  Just let me know when you're there.

16   Sorry, it's one of the spreadsheets.

17             Mr. Harber discussed this with you, and

18   we talked about the acceptance date.  Could you

19   just remind me what the acceptance date refers to?

20        A.   So I believe my initial comment was that

21   I thought it was the date that BARDA quality

22   accepted, but then upon looking at it further and

Page 167

1   discussing, I stated that I needed to understand

2   the data call that was used to create that

3   spreadsheet.

4        Q.   But aside from the spreadsheet, as of

5   the time that the government accepted the vaccine,

6   did they necessarily take physical possession of

7   it?

8        A.   When the government accepted vaccine, it

9   did not go to, like, a government warehouse, no.

10  In some cases, it stayed with Moderna, with their

11  subcontractor.  And in other cases, it went to the

12  CDC contractor, McKesson.

13           MS. CARSON:  We just lost audio, and

14  it's echoing.  I'm not sure exactly what was done.

15  I can't see the witness anymore either.  I'm still

16  on the Zoom, but the witness is not visible and

17  the audio is not good.

18           MR. HARBER:  He's working on it.

19           MR. HOFFMAN:  Thank you.

20           Now the witness is visible.

21           THE VIDEOGRAPHER:  Can you hear?

22           MR. BRUNS:  Test the mic.

9/10/2024          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.     Robert Johnson, Ph.D.
Highly Confidential

Page 168

```
 1              THE WITNESS:  Test.

 2   BY MS. CARSON:

 3        Q.   I apologize.  Can you just tell me what

 4   the acceptance date of the vaccine refers to,

 5   aside from this exhibit?

 6        A.   So the -- so, typically, when I think

 7   about acceptance date -- and, again, I don't know

 8   how this data call was done.  When I think about

 9   acceptance, it was when BARDA quality would have

10   accepted the product.

11        Q.   And at the time when BARDA accepted the

12   product, once it was accepted by the

13   U.S. government, was it the U.S. government that

14   decided where the doses would then be distributed?

15        A.   Partially.  The U.S. government decided

16   allocation, both within those listed on Table 1 on

17   Exhibit 6, as well as international, which we also

18   talked about was something that was distributed

19   that's not on this table --

20        Q.   Okay.  But it was the government that

21   made the decision --

22              MR. HARBER:  I don't think his answer
```

Page 169

1   was finished.

2            MS. CARSON:  I'm sorry.

3            THE WITNESS:  Yeah, so the government

4   decided on allocation, and then the channels would

5   decide where specifically the doses would go

6   within that allocation.

7   BY MS. CARSON:

8        Q.   So when you refer to the channels,

9   you're talking about what we're seeing on

10   Exhibit 6; is that right?

11       A.   That is correct.

12       Q.   And those were the different channels of

13   distribution that the government made the decision

14   to allocate to; is that right?

15       A.   That is correct.

16       Q.   And was allocation to these four

17   channels for the purpose of achieving the ultimate

18   goal of Operation Warp Speed, which was to stop

19   the pandemic?

20       A.   Correct.

21       Q.   And the ultimate goal of Operation Warp

22   Speed to stop the pandemic, I believe earlier you

Page 170

1    testified as to the benefits that would be

2    achieved by achieving that goal, and one of them

3    was for national security.

4              Can you remind me what the other

5    benefits were?

6       A.   So we had the benefit of public health,

7    we had potential for economic benefit, and then

8    the DOD national security aspect benefit.

9       Q.   And was the -- I know that the

10   allocation to international governments is not

11   included on what's at Exhibit 6, but was the

12   allocation to international governments also for

13   the purpose of achieving the ultimate goal of

14   Operation Warp Speed?

15      A.   I am not authorized to discuss that in

16   any way.

17             MS. CARSON:  No further questions.

18             Thank you, Dr. Johnson.

19             MR. HARBER:  I just have one clarifying

20   question on that.

21

22

Page 171

1    EXAMINATION BY COUNSEL FOR THE PLAINTIFF GENEVANT

2                SCIENCES GMBH (CONT'D)

3    BY MR. HARBER:

4        Q.   Dr. Johnson, when you said -- when you

5    were talking about the national security goal, you

6    referred to it as the DOD national security goal,

7    I believe; is that right?

8        A.   Correct, at a high level.  So from a --

9    right, so Department of Defense was part of the

10   Joint Mission, and obviously from the Department

11   of Defense, it's Department of Defense.

12       Q.   So you're referring to the doses that

13   went to the Department of Defense?

14       A.   So I think the contract actually itself

15   in the scope defines it best in that it was a --

16   there was a national interest to stop the

17   pandemic.

18       Q.   But when you are referring -- I'm

19   specifically referring to your answer about the

20   DOD national security benefit.

21            That is referring to the doses that went

22   to DOD?

Page 172

1       A.   For the DOD aspect of it, that is

2    correct, yes.

3            MR. HARBER:  No further questions.

4            MR. BRUNS:  All right.  My witness then?

5        EXAMINATION BY COUNSEL FOR THE DEPONENT

6    BY MR. BRUNS:

7       Q.   Okay.  Just a few questions,

8    Dr. Johnson.

9            On behalf of what agency are you

10   authorized to testify today?

11      A.   ASPR within HHS.

12      Q.   Are you authorized to testify on behalf

13   of any other agency?

14      A.   No.

15      Q.   Do you recall being asked about being on

16   calls with attorneys with respect to the statement

17   of interest?

18      A.   I'm sorry, can you repeat that question?

19      Q.   Do you recall Mr. Harber asking about

20   being on calls regarding the United States filing

21   of the statement of interest?

22      A.   Yes.