# EXHIBIT 67

```
             IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF DELAWARE

    ------------------------------ x

    ARBUTUS BIOPHARMA CORPORATION   :

    and GENEVANT SCIENCES GmbH,     :

              Plaintiffs            :

         vs                         : Civil Action No.

    MODERNA, INC. and               : 22-252

    MODERNATX, INC.,                :

              Defendants            :

    ------------------------------ x


     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY


              Videotaped deposition of

                GEORG SCHUSTER, Ph.D.


                  WASHINGTON, DC

               FRIDAY, APRIL 11, 2025

                9:07 a.m. EASTERN TIME



    Job No.: 578165

    Pages: 1 - 272

    Reported by: Lisa V. Feissner, RDR, CRR, CLR
```

| | | |
|---|---|---|
| 1 | A   I was told that this is a patent case. | 10:13:51 |
| 2 | Q   Have you seen the patents that are being | 10:13:54 |
| 3 | asserted by plaintiffs in this case? | 10:13:55 |
| 4 | A   No. | 10:13:57 |
| 5 | Q   Do you know any of the claims in those | 10:13:58 |
| 6 | patents? | 10:14:00 |
| 7 | A   No. | 10:14:00 |
| 8 | Q   And you're not giving any -- strike | 10:14:01 |
| 9 | that. | 10:14:06 |
| 10 | You are not giving any opinions in this | 10:14:06 |
| 11 | case on whether Moderna's COVID-19 vaccine | 10:14:09 |
| 12 | infringes the patents being asserted in this case, | 10:14:12 |
| 13 | right? | 10:14:14 |
| 14 | A   That is correct, as I don't even know -- | 10:14:15 |
| 15 | Q   And you're not giving any opinions on | 10:14:21 |
| 16 | whether the patents asserted in this case are | 10:14:23 |
| 17 | valid, right? | 10:14:25 |
| 18 | A   As stated, I don't even know the | 10:14:28 |
| 19 | patents. | 10:14:31 |
| 20 | Q   And you're not giving any opinions | 10:14:32 |
| 21 | relating to damages for any alleged infringement, | 10:14:34 |
| 22 | right? | 10:14:38 |
| 23 | A   No.  I only give results of -- or | 10:14:42 |
| 24 | opinions on my sample testing, not related to the | 10:14:46 |
| 25 | patent. | 10:14:50 |

| | | |
|---|---|---|
| 1 | the free RNA to be at the bottom of the tube.  And | 15:08:36 |
| 2 | this is all I was asked to look at. | 15:08:37 |
| 3 |     But looking at the data, to me, there is | 15:08:41 |
| 4 | no other indication.  Yeah. | 15:08:49 |
| 5 |   Q   Are you familiar with the term | 15:08:56 |
| 6 | "partially encapsulated mRNA"? | 15:08:58 |
| 7 |     MS. ELENBERG:  Objection, scope. | 15:09:00 |
| 8 |   A   I was not asked. | 15:09:04 |
| 9 |   Q   I'm asking you now.  Are you familiar | 15:09:09 |
| 10 | with the term "partially encapsulated mRNA"? | 15:09:11 |
| 11 |     MS. ELENBERG:  Objection, scope. | 15:09:14 |
| 12 |   A   Familiar with the term.  I answered. | 15:09:16 |
| 13 | I'm familiar with the term. | 15:09:23 |
| 14 |   Q   What is partially encapsulated mRNA? | 15:09:24 |
| 15 |     MS. ELENBERG:  Objection, scope. | 15:09:28 |
| 16 |   A   I don't have now a full definition of | 15:09:31 |
| 17 | that. | 15:09:36 |
| 18 |   Q   You can't provide a definition of | 15:09:37 |
| 19 | "partially encapsulated mRNA"? | 15:09:39 |
| 20 |     MS. ELENBERG:  Objection, asked and | 15:09:42 |
| 21 | answered. | 15:09:45 |
| 22 |   A   I just said, I don't have now a textbook | 15:09:45 |
| 23 | definition of "partially encapsulated mRNA." | 15:09:50 |
| 24 |   Q   Just as a scientist in the field, do you | 15:09:53 |
| 25 | have -- strike that. | 15:09:56 |

| | | |
|---|---|---|
| 1 | As a scientist in the field, what is | 15:09:57 |
| 2 | your understanding of the term "partially | 15:09:59 |
| 3 | encapsulated mRNA"? | 15:10:01 |
| 4 | MS. ELENBERG: Objection, asked and | 15:10:03 |
| 5 | answered. | 15:10:11 |
| 6 | A   I would need to think about it more. | 15:10:11 |
| 7 | But I don't have now a definition for that. | 15:10:14 |
| 8 | Q   So sitting here today, you can't define | 15:10:17 |
| 9 | or explain what "partially encapsulated mRNA" is, | 15:10:19 |
| 10 | right? | 15:10:22 |
| 11 | MS. ELENBERG: Objection, | 15:10:22 |
| 12 | mischaracterizes testimony, asked and answered. | 15:10:24 |
| 13 | A   I would not -- I don't have now a | 15:10:36 |
| 14 | definition on "partially encapsulated." | 15:10:39 |
| 15 | Q   Do you have a definition of "fully | 15:10:44 |
| 16 | encapsulated mRNA" as a scientist in the field? | 15:10:47 |
| 17 | MS. ELENBERG: Objection, scope. | 15:10:51 |
| 18 | A   As I said, I was not asked to work on | 15:10:53 |
| 19 | encapsulation, what it fully means to be partially | 15:10:59 |
| 20 | or fully encapsulated. | 15:11:08 |
| 21 | Q   So you weren't asked to measure how much | 15:11:09 |
| 22 | of the mRNA is fully encapsulated in Moderna's | 15:11:16 |
| 23 | drug product, right? | 15:11:20 |
| 24 | A   I was asked to separate drug product -- | 15:11:22 |
| 25 | or the sample, right, to fractionate it, to | 15:11:28 |