# EXHIBIT 74

| | |
|---|---|
| **From:** | Hamilton Bennett [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HAMILTON BENNETT] |
| **Sent:** | 7/27/2020 2:18:55 AM |
| **To:** | Connell-Magaw, Camille B CIV USARMY USAMC (USA) [camille.b.connell-magaw.civ@mail.mil] |
| **Subject:** | RE: Moderna Negotiation (UNCLASSIFIED) |

Hi Camille,

We would welcome the opportunity to initiate negotiations as early as the 29th.  Moderna would prefer a hybrid method, with written questions in advance with expected rapid turnaround by Moderna, followed by TC is needed for final alignment.  Moderna will make ourselves available as needed to expedite the process; preferably completing negotiations by Monday.

Regarding the Arbutus patent, the LNP formula used to manufacture mRAN-1273 is not covered by the Arbutus patent. We are prepared to discuss this in more detail with the DOD as needed.

Thank you very much.

Hamilton Bennett
Director, Vaccine Access and Partnerships | Moderna
Tel: (617) 768-7670 | Cell: (857) 540-2772 | modernatx.com


-----Original Message-----
From: Connell-Magaw, Camille B CIV USARMY USAMC (USA) <camille.b.connell-magaw.civ@mail.mil>
Sent: Friday, July 24, 2020 11:41 AM
To: Hamilton Bennett <Hamilton.Bennett@modernatx.com>
Subject: Moderna Negotiation (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

Hamilton:

It appears the Govt approval may be moved up to Wednesday of next week. In the event that it is moved even earlier... I'd like to work with you in terms of how Moderna would like to conduct the negotiation. The Govt Offer will be submitted in writing for your review.  After that do you prefer to conduct negotiations via telecom? In writing? In person?  Hybrid method?  Please advise.

I will try to put together a schedule for negotiation of specific parts of the contract.  For example legal, BARDA and cost analysts and contracting.  I will provide you a list of items to negotiate with a tentative schedule.  If you would review and put together times and dates to insure sufficient availability that would be great.

Also one item Moderna should be prepared to discuss is the effect of Moderna's attempt to void the Arbutus Patent, if any.

Don't hesitate to contact me with any questions you may have.  I'll keep you apprised of changes as the occur.

V/r

Camille



CAMILLE B. CONNELL-MAGAW
Branch Chief NH-04
US Army Contracting Command (ACC)
Aberdeen Proving Ground (APG), Natick Contracting Division (NCD)
1 General Greene Ave
Natick, MA 01760

Coml: (508) 206-2082
DSN: (312) 206-2082
Mobile: (978) 852-4877


Caution: This message may contain competitive, sensitive, or other non-public information not intended for disclosure outside official government channelsIf you received this message in error, please notify the sender by reply e-mail and delete all copies of this message.

CLASSIFICATION: UNCLASSIFIED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    MRNA-GEN-01125790