# EXHIBIT 80

| | |
|---|---|
| **From:** | Susan Whoriskey [/O=CHOST/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908CCC1F-43AC-48EB-8AAB-8E3D0179BDE7] |
| **Sent:** | 2/11/2013 4:51:50 PM |
| **To:** | Stephen Hoge [stephen.hoge@modernatx.com] |
| **Subject:** | RE: doc for tekmira |
| **Attachments:** | Formulation introduction Tekmira 2013 0211.pptx |

Stephen: I removed slide 13: list of targets which we are in the middle of filing optimized sequences for-They are not yet on file so no disclosure without CDA. I also "blinded: delivery vehicle: slide 15: as it will just make them mad/turned off to us otherwise. This way we can still make our point that we need to understand where formulations go and leave them wondering if it is theirs……

I am still waiting for them to confirm that we will do this by conference call today….S

**From:** Stephen Hoge
**Sent:** Friday, February 08, 2013 1:39 PM
**To:** Stephane Bancel; Susan Whoriskey
**Subject:** doc for tekmira

Are you both comfortable with this as non CDA deck for Tekmira on Monday?

S

CONFIDENTIAL                                                                                                                                          MRNA-GEN-01759821