# EXHIBIT 87

| | |
|---|---|
| From: | Kimberly Hassett [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4D72324443BF4235A4EF354DF64371E6-KIMBERLY HA] |
| Sent: | 4/1/2021 4:23:28 PM |
| To: | Edward Miracco [ed.miracco@modernatx.com] |
| CC: | Jaclyn Higgins [jaclyn.higgins@modernatx.com]; Lisa Rice [lisa.rice@modernatx.com]; Rose Loughlin [rose.loughlin@modernatx.com] |
| Subject: | RE: Vaccine LNP size paper - reviewer comments |

Thanks!

**Kimberly Hassett, Ph.D.**
Associate Director, Formulation Science | Moderna
mobile (207) 712-1252 | modernatx.com



---

**From:** Edward Miracco <Ed.Miracco@modernatx.com>
**Sent:** Thursday, April 1, 2021 11:01 AM
**To:** Kimberly Hassett <Kimberly.Hassett@modernatx.com>
**Cc:** Jaclyn Higgins <Jaclyn.Higgins@modernatx.com>; Lisa Rice <Lisa.Rice@modernatx.com>; Rose Loughlin <rose.loughlin@modernatx.com>
**Subject:** Re: Vaccine LNP size paper - reviewer comments

Yea, I like this. Just lower-case cholesterol.

Thanks,
Ed

---

**From:** Kimberly Hassett <Kimberly.Hassett@modernatx.com>
**Date:** Thursday, April 1, 2021 at 10:55 AM
**To:** Edward Miracco <Ed.Miracco@modernatx.com>
**Cc:** Jaclyn Higgins <Jaclyn.Higgins@modernatx.com>, Lisa Rice <Lisa.Rice@modernatx.com>, Rose Loughlin <rose.loughlin@modernatx.com>
**Subject:** RE: Vaccine LNP size paper - reviewer comments

Thanks Ed!

Later in the paper we referred to SM102 as lipid H and referenced the 102 paper. Do we prefer to call SM102 by name or by lipid H in these types of publications? We can leave out the molar ratio but I think we can keep the RNA:lipid ratio as stated later in the paragraph. The whole in the text is below to make it easier for you to see. What do you think about this?

All cytomegalovirus (CMV) mRNA constructs used in this study were manufactured *in vitro* by T7 RNA polymerase-mediated transcription with complete replacement of uridine by N1-methyl-pseudouridine and purified as previously described [37]. LNPs were manufactured via nanoprecipitation by mixing the ionizable lipid H [ref],

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY   MRNA-GEN-01602947

distearoylphosphatidylcholine (DSPC), Cholesterol, and PEG2k-DMG lipid dissolved in ethanol with all six CMV constructs pooled and diluted in sodium acetate buffer (pH 5.0) [5]. To obtain particles in a range of sizes, the aqueous and organic streams were mixed in volumetric flow ratios between 1:1 and 3:1 (aqueous:ethanol), and subsequently aged between 0 and 5 hours prior to neutralization and buffer exchange. Formulations were concentrated as needed to obtain the final target concentration, passed through a 0.22 μm filter, and stored at 4 °C until use. An additional dilution step into 5% dextrose in water (D5W) was applied to select LNP formulations to further modulate particle size. All formulations were tested for particle size, mRNA encapsulation, and endotoxin levels and were deemed acceptable for *in vivo* study.

Thanks,
Kim

**Kimberly Hassett, Ph.D.**
Associate Director, Formulation Science | Moderna
mobile (207) 712-1252 | modernatx.com



---

**From:** Edward Miracco <Ed.Miracco@modernatx.com>
**Sent:** Thursday, April 1, 2021 9:58 AM
**To:** Kimberly Hassett <Kimberly.Hassett@modernatx.com>
**Cc:** Jaclyn Higgins <Jaclyn.Higgins@modernatx.com>; Lisa Rice <Lisa.Rice@modernatx.com>; Rose Loughlin <rose.loughlin@modernatx.com>
**Subject:** Re: Vaccine LNP size paper - reviewer comments

Hi Kim,

We don't want to publish the ratio. How about this language?

"SM-102 [ref], distearoylphosphatidylcholine (DSPC), cholesterol, and PEG2k-DMG lipid in a ratio of 3:1 (mRNA:lipids)"

---

**From:** Kimberly Hassett <Kimberly.Hassett@modernatx.com>
**Date:** Thursday, April 1, 2021 at 9:54 AM
**To:** Edward Miracco <Ed.Miracco@modernatx.com>
**Cc:** Jaclyn Higgins <Jaclyn.Higgins@modernatx.com>
**Subject:** Vaccine LNP size paper - reviewer comments

Hi Ed,

We received reviewer comments for the vaccine LNP size paper and there are a few in particular we would like to get your feedback on how to answer.  The red text below is our response and the yellow highlight is text that is being added to the manuscript. These comments are primarily looking for more details on our methods.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                     MRNA-GEN-01602948

1. The authors should report what exactly are the feed components (ionizable lipid, phospholipid, sterol, and lipid-anchored polyethylene-glycol) used for fabricating the LNPs, and a list of conditions for obtaining each of the LNP samples.

Text was added to define the lipids used in the LNP, "a proprietary ionizable lipid, distearoylphosphatidylcholine (DSPC), Cholesterol, and PEG lipid in a molar ratio of 50:10:38.5:1.5". The conditions used to obtain LNPs of different sizes are described in Figure 2.

\* What purification or precipitation method was used for the mRNA isolation? This could also have an influence on immunogenicity.

We agree! All studies designed specifically to investigate the impact of LNP particle size on immunogenicity used the same lot of each mRNA construct. Thus, mRNA production method was held constant in this work and is not a variable that could impact immunogenicity. We have clarified this in the methods section with the following text: "All cytomegalovirus (CMV) mRNA constructs used in this study were manufactured *in vitro* by T7 RNA polymerase-mediated transcription with complete replacement of uridine by N1-methyl-pseudouridine and purified as previously described [37]."

If you could let us know what you think, it would be much appreciated.

Thanks,
Kim

**Kimberly Hassett, Ph.D.**
Associate Director, Formulation Science | Moderna
mobile (207) 712-1252 | modernatx.com



🖶 Please consider the environment before printing this email

Confidentiality notice and disclaimer: The information in this message and any attachments is intended for the exclusive use of the addressee(s), is confidential and may be privileged or otherwise protected from disclosure. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, of any such information by persons or entities other than the intended addressee(s) is prohibited. If you have received this message in error and are not the intended addressee, please notify the sender immediately and delete this message and any attachments from your system without reading or disclosing them. If you are not the intended addressee, be advised that any use of the information in this message and any attachment is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.