# EXHIBIT 88

| | |
|---|---|
| **From:** | Mark Cornebise [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BD98429A9418463A9CF1D7D7E72BF358-MARK CORNEB] |
| **Sent:** | 11/15/2019 11:46:40 PM |
| **To:** | Kerry Benenato [kerry.benenato@modernatx.com] |
| **Subject:** | RE: MC3 vs legacy |
| **Attachments:** | Enabling Tools Deep Dive 11-2019 MC v3.pptx |

OK, how about this?

**From:** Kerry Benenato <Kerry.Benenato@modernatx.com>
**Sent:** Friday, November 15, 2019 6:26 PM
**To:** Mark Cornebise <Mark.Cornebise@modernatx.com>
**Subject:** Re: MC3 vs legacy

I hate to say it but yeah I think people may have a problem with it. Stephen does not want to see any revenues to us "learning" from mc3. This deck states that.
I know it is hard as a chemist but we have to fib a bit and not tell the whole structure story.
The slides look great,....but I think you need to take out the mc3 part of the story.

Let me make a couple of edits and I can send them too you since I know they need to be done today

Sent from my iPad

On Nov 15, 2019, at 6:03 PM, Mark Cornebise <Mark.Cornebise@modernatx.com> wrote:

Hey Kerry,

I'm getting pushback for using "MC3" instead of "legacy lipid" in my slides. For a chemistry discussion it doesn't make a lot of sense considering "MC3" describes part of the structure. Will people really get bent out of shape about it? The whole point is that we're showing we've moved well beyond it.

Thanks,

- Mark

 Please consider the environment before printing this email

Confidentiality notice and disclaimer: The information in this message and any attachments is intended for the exclusive use of the addressee(s), is confidential and may be privileged or otherwise protected from disclosure. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, of any such information by persons or entities other than the intended addressee(s) is prohibited. If you have received this message in error and are not the intended addressee, please notify the sender immediately and delete this message and any attachments from your system without reading or disclosing them. If you are not the intended addressee, be advised that any use of the information in this message and any attachment is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.