# EXHIBIT 95

```
                                              Page 161
 1    would be encapsulated RNA.
 2       Q. I don't understand your answer.  What do
 3    you mean, ███████████████████████████████
 4           ████████████████████████████████████
      ████████████████████████████████████████████
      ███████████████████████████████████████████
      █████████████████████████████████████████████
      ███████████████████████████████████████████
      ██████████████████
         ██████████████████████████████████████
      █████████████████████████████████████████████
      █████████████████████████████████████████████████
         ███████  ████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████
      ██████████████████████████████████████████████
      ███████████████████████████████████
18       Q. Does accessible mRNA include mRNA that's
19    partially embedded in the LNP?
20           MR. MCLENNAN:  Objection to form.
21       A. I have no clue.  Based off my experience
22    with this measurement, it's more related to PEG
```

Case 1:22-cv-00252-JDW   Document 579-66   Filed 08/29/25   Page 3 of 8 PageID #: 38650

5/8/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 162

1  than anything.

2      Q. Do you know whether any of Moderna's LNPs

3  that you've studied have mRNA that's only

4  partially embedded in the LNP?

5          MR. MCLENNAN:  Objection to form, lacks

6  foundation.

7      A. No, I do not.

8      Q. Have you ever seen any evidence that any

9  of Moderna's mRNA pokes through the LNP?

10         MR. MCLENNAN:  Objection to form, lacks

11 foundation.

12     A. No, not really.  No.

13     Q. If there was a significant population of

14 mRNA in the LNPs that was poking through the mRNA

15 lipid, did that change the properties of the LNP?

16         MR. MCLENNAN:  Objection to form, lacks

17 foundation, calls for expert testimony.

18     A. I don't know what it would change.  I'm

19 not sure.

20     Q. From a thermodynamic perspective, would

21 you expect there to be mRNA poking through the LNP

22 lipid?

Case 1:22-cv-00252-JDW   Document 579-66   Filed 08/29/25   Page 4 of 8 PageID #: 38651

5/8/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 163

1      MR. MCLENNAN:  Objection to form, lacks

2   foundation, calls for expert testimony.

3      A. Yeah.  I'm sorry.  I'd be guessing, so I

4   don't know.

5      Q. So it would just be speculation if you

6   were asserting that there would be mRNA half in,

7   half out of an LNP?

8      MR. MCLENNAN:  Objection to form,

9   mischaracterizes testimony.

10     A. Yes.  I mean, you could speculate in

11  encapsulation states.

12     Q. But you don't have any reason to think

13  that there actually would be mRNA half in, half

14  out of an LNP?

15     MR. MCLENNAN:  Objection to form, asked

16  and answered.

Case 1:22-cv-00252-JDW   Document 579-66   Filed 08/29/25   Page 5 of 8 PageID #: 38652

5/8/2024                 Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.              Joseph Alan Schariter II 30(b)(6)
                              Highly Confidential - Outside Counsel's Eyes Only

Page 164

 1      MR. MCLENNAN:  Objection to form.

███  ██████████   █████████████   ███████████████

███  ████████████████████████████████████

 4      Q. On Column 109 of this patent, the very
 5  bottom of Column 109, it says that "It is likely
 6  that Ribogreen can only detect truly free RNA and
 7  does not discriminate between loose and poorly
 8  structured encapsulations states."  Do you see
 9  that?
10      A. Wait.  Sorry.  109?  Oh, yeah.  Yes, I see
11  that.
12      Q. What does that mean?
13      A. It's a speculation that the RiboGreen
14  cannot detect surface bound RNA.
15      Q. What do you mean, "speculation"?
16      A. I don't see a source, so I'm guessing it's
17  speculation.
18      Q. There's no data here showing that
19  RiboGreen can only detect truly free RNA?
20          MR. MCLENNAN:  Objection to form, lacks
21  foundation.
22      A. Again, according to Figure 1, it's

Case 1:22-cv-00252-JDW   Document 579-66   Filed 08/29/25   Page 6 of 8 PageID #: 38653

5/8/2024　　Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.　　Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 165

 1   speculating that at the time that the AEX result
 2   was related to encapsulation, that the AEX was the
 3   true encapsulation, RiboGreen was not.
 4        Q. Why do you say that that's only
 5   speculation?
 6        A. Well, the reason why I know it's
 7   speculation is because we've shown that -- ▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   So this is all
11   speculation.  The field doesn't know, I don't
12   think.
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15        MR. MCLENNAN:  Objection to form.
16        A. I guess I'm just saying that we don't --
17   nobody knows -- at least I don't know how
18   RiboGreen works exactly.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20        Q. Okay.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓▓▓▓▓▓▓
22        A. That's correct.

Page 169

1  feel free to look at whatever you need to.
2       A. I'll be fast.
3       Q. Your contribution is relatively narrow.
4       A. Okay.
5       Q. If you need to look at any other parts for
6  any questions, you can feel free.  But my
7  understanding is that this a compilation of Power
8  Points from different people.
9       A. Yes, it is.
10       Q. And I want to talk about the PowerPoint
11  that your name is on --
12       A. Okay.
13       Q. -- which starts on 280.
14       A. Yup.
15       Q. Do you recognize this presentation?
16       A. I do.
17       Q. And what was the purpose of this
18  presentation?
19       A. The purpose of this was basically
20  challenging our encapsulation assay.
21       Q. What do you mean by that, challenging the
22  encapsulation assay?

Case 1:22-cv-00252-JDW   Document 579-66   Filed 08/29/25   Page 8 of 8 PageID #: 38655

5/8/2024 | Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.<br>Highly Confidential - Outside Counsel's Eyes Only | Joseph Alan Schariter II 30(b)(6)

Page 170

1     A. You know, I mean, part of my job is to
2  think of other ways to study the system.  So
3  that's what this was.  That was the topic,
4  encapsulation.
5     Q. Okay.  Page 283.
6     A. Uh-hmm.
7     Q. It has potential mRNA encapsulation
8  states.  Do you see that?
9     A. I'm sorry.  283.  Yes.
10    Q. And are these encapsulation states based
11 on some data that you have or are these
12 hypothetical?
13    A. Yeah, they're hypothetical.
14    Q. Okay.  So I guess did you have any data
15 sort of suggesting what the different
16 encapsulation states of mRNA was at that time?
17       MR. MCLENNAN:  Objection to form.
18    A. No.  This was -- I mean, this was a
19 hypothetical way to do a development exercise
20 because, you know, we were just basically
21 challenging convention at the time.  Like, is this
22 the assay that we need?