# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. | C.A. No. 22-252-JDW |

## ORDER GRANTING
## MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

Having considered the Motion for Leave to File Brief as *Amicus Curiae* (the "Motion") (D.I. 555), and finding good cause to grant the Motion;

IT IS HEREBY:

1. ORDERED that the Motion is GRANTED; and it is further

2. ORDERED that the brief appended as Exhibit A to the Motion shall be deemed filed with the Court.

Dated: September 3, 2025

*/s/ Joshua D. Wolson*
The Honorable Joshua D. Wolson
United States District Judge