# Exhibit M

# Lachman, Matthew

| | |
|---|---|
| **From:** | Yu, Shaoyao <shaoyao.yu@kirkland.com> |
| **Sent:** | Friday, December 20, 2024 5:23 PM |
| **To:** | Lachman, Matthew; #KEModernaSpikevaxService; jblumenfeld@morrisnichols.com; Egan, Brian P.; tmurray@morrisnichols.com |
| **Cc:** | Genevant Team; 'Arbutus_MoFo'; Karen Keller; Nate Hoeschen |
| **Subject:** | RE: Arbutus v. Moderna, 22-252-MSG (D. Del.) - Redactions |

Thanks, Matt. These redactions look good to us.

Best,

**Shaoyao Yu**

---

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 898 5450  **M** +1 646 460 5795
**F** +1 212 446 4900

---

shaoyao.yu@kirkland.com

**From:** Lachman, Matthew <MLachman@wc.com>
**Sent:** Tuesday, December 17, 2024 5:55 PM
**To:** #KEModernaSpikevaxService <KEModernaSpikevaxService@kirkland.com>; jblumenfeld@morrisnichols.com; Egan, Brian P. <began@morrisnichols.com>; tmurray@morrisnichols.com
**Cc:** Genevant Team <GenevantTeam@wc.com>; 'Arbutus_MoFo' <Arbutus_MoFo@mofo.com>; Karen Keller <kkeller@shawkeller.com>; Nate Hoeschen <nhoeschen@shawkeller.com>
**Subject:** Arbutus v. Moderna, 22-252-MSG (D. Del.) - Redactions

Counsel:

We have prepared versions of the Mitchell and Schuster reports that are redacted of Moderna confidential information such that they can be shared with our client, which you should receive shortly via our secure file transfer system. Can you please confirm by Friday, December 20, 2024, that the proposed redactions cover all of the Moderna confidential information in these documents?

Thanks,

Matt

**Matthew W. Lachman**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5249 | vcard | www.wc.com/mlachman

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH<br><br>*Plaintiffs*,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>*Defendants*. | C.A. No. 22-252-MSG |
| MODERNA, INC. and MODERNATX, INC.,<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH<br><br>*Counterclaim-Defendants*. | **JURY TRIAL DEMANDED**<br><br>**CONTAINS INFORMATION MODERNA, ALNYLAM, AND PLAINTIFFS DESIGNATED HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY** |

### OPENING EXPERT REPORT OF DR. MICHAEL MITCHELL

Dated: November 25, 2024

_____
Michael Mitchell, Ph.D.

1

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ reported mg/mL concentration values ($\rho$) of its manufacturing products can be converted to molar concentrations[89] ($N$) using the molecular weight ($MW$) of the lipids; the mole percent ($X$) of each lipid can then be determined in a standard calculation, by dividing the moles of each lipid component by the sum of the moles of all the lipid components, as described in the following formulae:

$$N_{\text{SM-102}} = \rho_{\text{SM-102}}/MW_{\text{SM-102}}$$

$$N_{\text{Cholesterol}} = \rho_{\text{Cholesterol}}/MW_{\text{Cholesterol}}$$

$$N_{\text{DSPC}} = \rho_{\text{DSPC}}/MW_{\text{DSPC}}$$

$$N_{\text{PEG2000-DMG}} = \rho_{\text{PEG2000-DMG}}/MW_{\text{PEG2000-DMG}}$$

$$X_{\text{SM-102}} = \frac{N_{\text{SM-102}}}{N_{\text{SM-102}} + N_{\text{Cholesterol}} + N_{\text{DSPC}} + N_{\text{PEG2000-DMG}}}$$

$$X_{\text{Cholesterol}} = \frac{N_{\text{Cholesterol}}}{N_{\text{SM-102}} + N_{\text{Cholesterol}} + N_{\text{DSPC}} + N_{\text{PEG2000-DMG}}}$$

$$X_{\text{DSPC}} = \frac{N_{\text{DSPC}}}{N_{\text{SM-102}} + N_{\text{Cholesterol}} + N_{\text{DSPC}} + N_{\text{PEG2000-DMG}}}$$

$$X_{\text{PEG2000-DMG}} = \frac{N_{\text{PEG2000-DMG}}}{N_{\text{SM-102}} + N_{\text{Cholesterol}} + N_{\text{DSPC}} + N_{\text{PEG2000-DMG}}}$$

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

---

[89] A "mole" represents a certain amount of a substance; a mole of the SM-102 compound, for instance, would be generally understood to mean $6.022 \times 10^{23}$ molecules of SM-102, where $6.022 \times 10^{23}$ represents a number known as Avogadro's number. The molecular weight of compound is typically expressed in terms of its weight per mole, *e.g.*, gram per mole (g/mol) or milligrams per millimole (mg/mmol) which allows for the conversion between weights (or weight concentrations) to moles or molar concentrations.