IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARBUTUS BIOPHARMA CORPORATION ）
and GENEVANT SCIENCES GmbH, ）
                                ）
            Plaintiffs, ）
                                ）
    v.                          ）    C.A. No. 22-252 (JDW)
                                ）
MODERNA, INC. and MODERNATX, INC. ）
                                ）
            Defendants. ）
_____ ）
MODERNA, INC. and MODERNATX, INC., ）
                                ）
        Counterclaim-Plaintiffs, ）
                                ）
    v.                          ）
                                ）
ARBUTUS BIOPHARMA CORPORATION ）
and GENEVANT SCIENCES GmbH, ）
                                ）
        Counterclaim-Defendants. ）

**MODERNA'S MOTION TO EXCLUDE DR. MITCHELL'S EXPERT REPORT
IN DECIDING SUMMARY JUDGMENT**

Defendants and Counterclaim Plaintiffs Moderna, Inc. and ModernaTX, Inc. ("Moderna")

hereby respectfully move the Court for an order excluding Dr. Mitchell's Opening Report (D.I.

571-19, Exhibit 48 to the Declaration of Matthew W. Lachman) in deciding summary judgment

and that ¶¶ 238, 313, 400, 436, 453–476, 497-502, 609–621, 649–741, 759–781, and 819–831 be

stricken.  The grounds for this motion are set forth in Section V in Moderna's Reply in Support of

its Motion to Exclude Expert Opinions of Mr. Pitts and Mr. Brill; Moderna's Opposition to

Plaintiffs' Motion to Exclude Certain Expert Testimony of Dr. Rutherford, Dr. Vellturo, and Dr.

Prud'homme; and Moderna's Motion to Exclude Expert Opinions of Dr. Mitchell Regarding

Plaintiffs' Cross-Motion for Summary Judgment.

WHEREFORE, Moderna respectfully requests that the Court grant Moderna's motion and enter the proposed order attached hereto.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Travis J. Murray*

_____

Brian P. Egan (#6227)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
tmurray@morrisnichols.com

OF COUNSEL:

James F. Hurst
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

Patricia A. Carson, Ph.D.
Jeanna M. Wacker, P.C.
Leslie M. Schmidt, P.C.
Mark C. McLennan
N. Kaye Horstman
Shaoyao Yu
Mara L. Greenberg
Andrew Lee
Brad Deem
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4679

Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000

September 5, 2025

*Attorneys for Defendants*

Noah Frank
Alina Afinogenova
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Yan-Xin Li
Hannah Suh
Laura Ashley Harris
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 9, 2025, upon the following in the manner indicated:

John W. Shaw, Esquire                                          *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiffs Arbutus Biopharma*
*Corporation and Genevant Sciences GmbH*

Daralyn J. Durie, Esquire                                      *VIA ELECTRONIC MAIL*
Adam R. Brausa, Esquire
Eric C. Wiener, Esquire
Annie A. Lee, Esquire
Shaelyn K. Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

Kira A. Davis, Esquire                                         *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

David N. Tan, Esquire                                          *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

David I. Berl, Esquire                                         *VIA ELECTRONIC MAIL*
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Shaun P. Mahaffy, Esquire
Andrew L. Hoffman, Esquire
Matthew W. Lachman, Esquire
Ricardo Leyva, Esquire
Arthur J. Argall III, Esquire
Falicia Elenberg, Esquire
Kathryn Larkin, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

Andrei Iancu, Esquire                                         *VIA ELECTRONIC MAIL*
Jeffrey B. Wall, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
*Attorneys for Plaintiff Genevant Sciences GmbH*

*/s/ Travis J. Murray*
_____
Travis J. Murray (#6882)