# EXHIBIT 108

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 2 of 13 PageID #: 41644

6/7/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
C.A. No. 22-252-MSG

*******************************

ARBUTUS BIOPHARMA CORPORATION
and GENEVANT SCIENCES GmbH,

Plaintiffs,

vs.

MODERNA, INC. and MODERNATX,
INC.,

Defendants.

*******************************

HIGHLY CONFIDENTIAL
OUTSIDE ATTORNEYS' EYES ONLY

Videotaped Deposition of DONALD M. PARSONS, Ph.D., held at Kirkland & Ellis, 200 Clarendon Street, Boston, Massachusetts, commencing at 9:01 a.m., on the 7th of June, 2024, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, Certified Shorthand Reporter, Notary Public.

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 3 of 13 PageID #: 41645

6/7/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 248

1    A.    There was a study performed by an
2    intern in our process analytical science group.
3    Q.    Are you aware of any other
4    similar -- are you aware of any fractionation
5    studies on 1273?
6    A.    No.
7         (Whereupon, Parsons Exhibit 22 was
8         marked for identification.)
9    BY MR. MAHAFFY:
10   Q.    Handing you what's been marked as
11   Exhibit 22.  It's the Bates number ending
12   1274243.
13        Do you have that?
14   A.    I do.
15   Q.    Do you recognize this document?
16   A.    I see that it's an e-mail between
17   myself and Dr. Schariter.
18   Q.    And what was the status of the
19   COVID project at this time?
20   A.    So we were preparing for submission
21   for emergency use authorization.
22   Q.    So if you go to Dr. Schariter's

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 4 of 13 PageID #: 41646

6/7/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 253

1   as possible about our product.

2    Q.   Okay.  And then you say that you'd

3   like to think through the potential outcomes and

4   implications for what we hope will be soon a

5   commercial product, right?

6    A.   Yes.

7    Q.   And you say, "What could we learn

8   that will help support our registration and

9   ongoing manufacturing efforts or, on the other

10  hand, pose uncomfortable questions"?

11    A.   Yes.

12    Q.   What did you mean by that?

13    A.   That I wanted to talk with him

14  about the potential outcomes of the study and

15  consider how it could assist us in regard to our

16  registration or pose questions that we could not

17  answer.

18    Q.   What questions might be posed that

19  you could not answer?

20    A.   I think that's entirely

21  speculative.  This is very early research, and

22  that's exactly why I suggested that we should

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 5 of 13 PageID #: 41647

6/7/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 254

1   have a discussion, because performing research

2   in a situation where we were talking about a

3   commercial product is generally not necessary

4   from a scientific perspective, and would

5   certainly be something that we would need to dig

6   into in a lot of detail without perhaps much

7   value.

8           Q.   Why would it pose uncomfortable

9   questions?

10              MR. MCLENNAN:  Objection to form.

11              THE WITNESS:  I think there's many

12      reasons that that could happen, but I think

13      I should emphasize that these studies are

14      very early research, and so the outcome of

15      such research really can be very

16      broad-ranging, so we truly would not

17      necessarily know what to expect out of such

18      studies, and the validity of the data in the

19      context of very preliminary research would

20      be unknown.

21              So it's hard to know exactly what

22      questions, and that's why I was asking to

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 6 of 13 PageID #: 41648

6/7/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 255

1    understand better.

2  BY MR. MAHAFFY:

3       Q.   If these are just research

4  questions, though, how could they -- how could

5  the questions be uncomfortable?

6            MR. MCLENNAN:  Objection to form.

7            THE WITNESS:  How could the

8       questions be uncomfortable.  Because this

9       product obviously was hopefully going to be

10      Moderna's first commercial product, we would

11      not ignore data that we generated in any

12      context and could require us to follow up in

13      ways that probably would have no value.  I

14      mean -- yeah.

15 BY MR. MAHAFFY:

16      Q.   I mean, if this study would have

17 revealed something that you had to follow up on,

18 wouldn't you want to know that before launching

19 the commercial product?

20      A.   I think if there was scientific

21 reason to conduct the study, which is what I

22 asked him, right, to conduct the study because

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 7 of 13 PageID #: 41649

6/7/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 256

1   of some hypothesis around this particular

2   product, then we likely would have gone forward.

3         I think there's lots of research

4   questions, right.  LNP -- RNA LNPs are a very

5   novel technology, and there are many unexplored

6   scientific avenues.  The question that was in my

7   head was how should we explore those in the best

8   possible way given that these were very

9   preliminary methods.

10      Q.   Wouldn't you want to know as much

11   as possible about the product before

12   distributing it to the public?

13         MR. MCLENNAN:  Objection to form.

14         THE WITNESS:  I think we had a very

15     comprehensive characterization of the

16     product, and in fact I would say we have

17     published a large number of peer-reviewed

18     articles in the scientific literature about

19     the depth of understanding of

20     characterization of the product, and

21     presented to many healthcare authorities

22     about how thoroughly we characterized the

Case 1:22-cv-00252-JDW  Document 600-22  Filed 09/15/25  Page 8 of 13 PageID #: 41650

6/7/2024    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 257

 1      product.  I felt very comfortable that we
 2      understood the product well.
 3 BY MR. MAHAFFY:
 4      Q.    Had you assessed the compositional
 5 heterogeneity of the product?
 6      A.    No.
 7      Q.    You don't think that's an important
 8 thing to investigate?
 9            MR. MCLENNAN:  Objection to form.
10            THE WITNESS:  I think understanding
11      the -- understanding this variable could be
12      important.  It was a scientific question.
13      Beyond that, I had no reason to believe that
14      it was important to safety or efficacy.
15 BY MR. MAHAFFY:
16      Q.    Is it possible that this research
17 could have presented a safety problem that
18 Moderna would have had to investigate?
19      A.    I don't know how we can say what is
20 possible in the context of, you know, early
21 research, but that's why I would say that we
22 should think carefully about performing such

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 9 of 13 PageID #: 41651

6/7/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 258

1   research.

2            These are unvalidated test methods

3   that were in a highly preliminary state.  The

4   interpretation of the results would be very

5   difficult.

6         Q.   So if it's just an unvalidated

7   method that doesn't give much information,

8   what's the potential harm in running it?

9         A.   I think those questions should be

10  posed in the appropriate context.  Asking

11  questions that were very open-ended and had no

12  demonstrated scientific hypothesis or clear

13  value in the context of this particular product

14  would offer no value.

15        Q.   Well, you don't say in your e-mail

16  that these studies would offer no value, you say

17  that you appreciated the scientific motivation

18  for them, right?

19        A.   I said that I understand the

20  scientific motivation for such studies, but I

21  wanted to talk with him about why we would

22  perform such studies and was there any reason in

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 10 of 13 PageID #: 41652

6/7/2024    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 262

1     appropriateness is based on the scientific
2     hypothesis that we wanted to do the study,
3     so I think what I tried to explain in my
4     e-mail, and maybe I didn't do a good enough
5     job, is that I wanted to discuss with JJ
6     what his hypotheses were so we could
7     understand whether it would be appropriate
8     or not and in what context.
9  BY MR. MAHAFFY:
10       Q.   And what did he say that his
11  hypotheses were?
12       A.   I don't recall.
13       Q.   Did you have any concern that this
14  fractionation study might have intellectual
15  property implications?
16            MR. MCLENNAN:  Objection to form.
17            THE WITNESS:  Not in particular,
18     no.
19  BY MR. MAHAFFY:
20       Q.   I guess I still don't understand.
21  Can you give any example of an uncomfortable
22  question that this study could have raised?

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 11 of 13 PageID #: 41653

6/7/2024    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 263

1      MR. MCLENNAN:  Objection to form.
2  Asked and answered.
3      THE WITNESS:  I think it's really
4  difficult to speculate on early scientific
5  research, right.  These studies were
6  possibly first of kind in some cases, never
7  performed before, so to try and anticipate
8  the outcome of the study, I don't think that
9  would be possible.
10     So I think that warrants due
11 caution in thinking through the outcomes.
12 That's what I was asking to do.
13 BY MR. MAHAFFY:
14     Q.   You can't think of an uncomfortable
15 question that this study could have raised?
16     MR. MCLENNAN:  Objection to form.
17 Asked and answered many, many, many times.
18     THE WITNESS:  I think I've said
19 what I can say on that topic.
20 BY MR. MAHAFFY:
21     Q.   I actually don't think you've
22 answered the topic.

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 12 of 13 PageID #: 41654

6/7/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 264

1   You can't think of an uncomfortable
2   question that this could have raised?
3   A.   I think that would be entirely
4   speculative, right, so these studies -- given
5   the state of the development of these
6   methodologies, the ability to interpret the
7   results or even to anticipate what the results
8   might be, I don't think that I could speculate
9   on that, no.
10   Q.   You're aware there could be
11   problematic results this study would have
12   raised?
13   MR. MCLENNAN:  Objection to form.
14   THE WITNESS:  I wasn't aware of
15   particularly problematic results.  What I
16   asked him to do was to come and talk to me
17   about what he proposed and what the
18   scientific rationale for that was.
19   BY MR. MAHAFFY:
20   Q.   Were there any other studies on the
21   COVID product that you asked someone not to run
22   because it would raise uncomfortable questions?

Case 1:22-cv-00252-JDW   Document 600-22   Filed 09/15/25   Page 13 of 13 PageID #: 41655

6/7/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Donald M. Parsons, Ph.D.
Highly Confidential - Outside Attorneys' Eyes Only

Page 265

1    A.    I didn't say that I didn't ask him
2    to run the study, right.  So what I asked him to
3    do was talk through with me the rationale for
4    his proposal.  I think we are always prudent
5    about understanding what tests we should run and
6    under what circumstances.
7    Q.    Okay.  So I want to make sure I
8    have your testimony.  Can you recall or not
9    whether you told him not to run the study at the
10   one-on-one meeting?
11   A.    I cannot recall.  But as I said, I
12   am aware that a similar study was run in his
13   group.
14   Q.    Can you recall anything about this
15   conversation that you had with Dr. Schariter?
16   A.    I cannot.
17   Q.    Do you recall if you knew that the
18   other study was going to be conducted by the, I
19   think you called him an intern?
20   A.    I do not know whether that study --
21   whether I was personally aware of that study
22   before it was conducted.