# EXHIBIT 113

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 22-252-MSG ) ) ) ) ) ) |

**PLAINTIFFS' THIRD SUPPLEMENTAL INFRINGEMENT CONTENTIONS**

Pursuant to the Stipulation and Order Regarding Scheduling Order Extension (D.I. 233) and the Stipulation and Order to Extend Time (D.I. 363), Plaintiffs Arbutus Biopharma Corporation ("Arbutus") and Genevant Sciences GmbH ("Genevant") disclose these supplemental infringement contentions regarding U.S. Patent Nos. 8,058,069 ("the '069 patent"); 8,492,359 ("the '359 patent"); 8,822,668 ("the '668 patent"); 9,364,435 ("the '435 patent"); 9,504,651 ("the '651 patent"); and 11,141,378 ("the '378 patent") (collectively, "the Patents-in-Suit"), to Defendants Moderna, Inc. and ModernaTX, Inc. (collectively, "Moderna"). Plaintiffs reserve the right to supplement their contentions further, consistent with the Court's Scheduling Order, as amended or extended.

**PLAINTIFFS' INITIAL INFRINGEMENT CONTENTIONS**

Pursuant to the Court's Scheduling Order (D.I. 72) and Paragraph 4(c) of the Court's Default Standard for Discovery, Including Discovery of Electronically Stored Information, Plaintiffs Arbutus Biopharma Corporation ("Arbutus") and Genevant Sciences GmbH ("Genevant") disclose their initial infringement contentions regarding U.S. Patent Nos. 8,058,069 ("the '069 patent"); 8,492,359 ("the '359 patent"); 8,822,668 ("the '668 patent"); 9,364,435 ("the

1

Case 1:22-cv-00252-JDW    Document 602-7    Filed 09/15/25    Page 3 of 13 PageID #: 41951

*Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Moderna, Inc., et al.*, C.A. No. 22-252-MSG (D. Del.)
Paragraph 4(c) Chart for U.S. Patent No. 8,492,359

| '359 Patent Claim 21 | Moderna's Accused Product |
|---|---|
| | for Discovery. Plaintiffs further intend to offer expert opinions and/or testing in support of these contentions. <br><br> **Plaintiffs' Third Supplemental Infringement Contentions (6/28/2024):** <br> Moderna does not dispute that the Accused Product is a pharmaceutical composition that comprises a pharmaceutically acceptable carrier. *See, e.g.*, Moderna's Responses to Plaintiffs' Interrogatory No. 1. <br><br> Based on information currently available and known to Plaintiffs, the lots of [redacted] mRNA-1273 LNP, and drug product that infringe this claim literally and/or under the doctrine of equivalents, including via an infringing manufacture or use, are set forth in **Appendix B**. <br><br> The aforementioned documents and testimony cited are exemplary only. In support of their positions, Plaintiffs expect to rely upon publicly available documents, the documents produced in this litigation by the parties and non-parties, and witness testimony, including testimony from the depositions in this case. |

In addition to directly infringing the claims of the '359 patent by using, manufacturing, distributing, selling, offering to sell, and/or importing a product that meets the limitations of the claims as set forth in the chart above, Moderna indirectly infringes the '359 patent by actively inducing others to use, manufacture, distribute, sell, offer to sell, and/or import an infringing product, and by contributing to infringement by others by knowingly selling or offering to sell a product especially adapted for infringing use, and which is not a staple article or commodity of commerce suitable for substantial non-infringing use. *See, e.g.*, MRNA-GEN-00018490 at *18492 ("The DP is intended to be administered by intramuscular injection without dilution prior to administration."); MRNA-GEN-00034334 at *34334 ("Commercial mRNA-1273 Lipid Nanoparticle (LNP) will be shipped . . . for commercial supply chain and distribution."); MRNA-GEN-00034517 at *34524 [redacted]; D.I. 17-1 at 2 (Contract No.W911QY20C0100); D.I. 49 at 4 & n.6 (Contract No. W58P05-22-C-0017); *see also, e.g.*, MRNA-GEN-00048295 (SPIKEVAX® 5.5 mL label); MRNA-GEN-00048298 (SPIKEVAX® 7.5 mL label); MRNA-GEN-00050284 (SPIKEVAX® package insert revised January 2022), at *50312 ("The nucleoside-modified mRNA in SPIKEVAX is encapsulated in lipid particles, which enable delivery of the nucleoside-modified mRNA into host cells to allow expression of the SARS-CoV-2 S antigen. The vaccine elicits an immune response to the S antigen, which protects against COVID-19."); MRNA-GEN-00050301 (same); MRNA-GEN-00050318 (Information for Recipients and Caregivers); MRNA-GEN-00050321 (same); MRNA-GEN-00050395; MRNA-GEN-00050398; MRNA-GEN-00065048 (proposed draft package insert November 2022). Moderna has not shown or contended that the Accused Product has any such substantial non-infringing use. Moderna has not produced documents in response to Plaintiffs' requests for production pursuant to Fed. R. Civ. P. 26 and 34, and has not produced documents concerning Moderna's indirect infringement, such as documents regarding

Case 1:22-cv-00252-JDW   Document 602-7   Filed 09/15/25   Page 4 of 13 PageID #: 41952

*Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Moderna, Inc., et al.*, C.A. No. 22-252-MSG (D. Del.)
**Paragraph 4(c) Chart for U.S. Patent No. 8,492,359**

the distribution and use by third parties of the accused products. Moderna's failure to produce such documents prejudices Plaintiffs with respect to these contentions and Plaintiffs reserve all right to supplement their contentions with such information when it is produced.

**Plaintiffs' Third Supplemental Infringement Contentions (6/28/2024):**
Moderna does not dispute that it indirectly infringes that '359 patent beyond its contention that it does not directly infringe the asserted claims—Moderna for instance does not dispute that it actively induces others to others to use, manufacture, distribute, sell, offer to sell, and/or import the Accused Product, nor does Moderna contend that the Accused Product is not one especially adapted for infringing use or that the Accused Product is a staple article or commodity of commerce suitable for substantial non-infringing use. *See, e.g.*, Moderna's Responses to Plaintiffs' Interrogatory No. 1.

The following documents and/or testimony provide further evidence that Moderna's Accused Product indirectly infringes the '359 patent: Smith 5/14/24 Tr. 339:16-341:20; Hassett 4/26/2024 Tr. 209:14-212:5; Francis 5/22/2024 Tr. 257:17-258:18, 260:6-12; Schariter 5/8/2024 Tr. 241:22-242:16; Almarsson 5/31/2024 Tr. 284:9-16; Bennett 5/20/2024 Tr. 347:3-22, 353:1-10 ("These vaccines are intended to be broadly available to the public . . ."); Thomas 5/23/2024 Tr. 32:4–34:1; 118:12 – 121:18; MRNA-GEN-00939821; https://www.fda.gov/media/144637/download; https://assets.modernatx.com/m/7ce607d0bf1f0e20/original/FPI-0717_Spikevax-2023-2024-Formula-Prescribing-Information-PI-12y-US-English.pdf.

The aforementioned documents and testimony cited are exemplary only. In support of their positions, Plaintiffs expect to rely upon publicly available documents, the documents produced in this litigation by the parties and non-parties, and witness testimony, including testimony from the depositions in this case.

Case 1:22-cv-00252-JDW   Document 602-7   Filed 09/15/25   Page 5 of 13 PageID #: 41953

*Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Moderna, Inc., et al.*, C.A. No. 22-252-MSG (D. Del.)
Paragraph 4(c) Chart for U.S. Patent No. 9,364,435

| '435 Patent Claim 13 | Moderna's Accused Product |
|---|---|
| | MRNA-GEN-01626268 at *1626286–87; MRNA-GEN-02059002 at *2059026–27; WO 2018/232357 at 9–13; MRNA-GEN-01398403; MRNA-GEN-01602970; MRNA-GEN-00177803; MRNA-GEN-00177803; MRNA-GEN-01404411; *see also, e.g.,* Thompson 11/14/2023 Tr. 136:20–138:9; Heyes 5/24/2024 Tr. 171:10–173:1; MacLachlan 5/29/2024 Tr. 27:22–30:19; Yaworski 6/12/2024 Tr. 98:12–106:5.<br><br>The aforementioned documents and testimony cited are exemplary only. In support of their positions, Plaintiffs expect to rely upon publicly available documents, the documents produced in this litigation by the parties and non-parties, and witness testimony, including testimony from the depositions in this case. |

| '435 Patent Claim 16 | Moderna's Accused Product |
|---|---|
| 16. A method for the in vivo delivery of a nucleic acid, the method comprising: administering to a mammalian subject a nucleic acid-lipid particle of claim 1. | Moderna's Accused Product comprises the nucleic acid-lipid particle of claim 1. *See also, e.g.,* '435 Patent Claim 1, *supra*.<br><br>Moderna actively induces others to infringe the claimed method, and contributes to infringement of the claimed method by others by knowingly selling or offering to sell a product especially adapted for infringing use, and which is not a staple article or commodity of commerce suitable for substantial non-infringing use, including by labeling the Accused Product comprising the nucleic acid-lipid particle of claim 1, and instructing others to use the Accused Product, in a manner that practices the claimed method, including this claim element, namely, administering a nucleic acid-lipid particle of claim 1 to a mammalian subject. *See also, e.g.,* MRNA-GEN-00018487 at *18487 ("mRNA-1273 Drug Product (DP) [Generic Name (INN): Elasomeran; Established Names: Spikevax™, Moderna COVID-19 Vaccine, COVID-19 Vaccine Moderna) is an mRNA-lipid complex (lipid nanoparticle [LNP]) dispersion that contains an mRNA (CX-024414) that encodes for the pre-fusion stabilized Spike glycoprotein of 2019-novel Coronavirus (SARS-CoV-2) and four lipids that act as protectants and carriers of the mRNA. The four lipids arc: SM-102 (a custom-manufactured, ionizable lipid); PEG2000-DMG; DSPC (1,2-distcaroyl- sn-glyccro-3-phosphocholine); and cholesterol. The mRNA-1273 DP is supplied as a multiple-dose liquid, ready-to-use solution at 0.20 mg/mL for intramuscular administration in 10-mL ( I OR) vials, arc closed with a rubber stopper and aluminum crimp flip-off seal, detailed in Table 1 and discussed in Sections 3.2.P.2.4 and 3.2.P.7."); MRNA-GEN- |

Case 1:22-cv-00252-JDW   Document 602-7   Filed 09/15/25   Page 6 of 13 PageID #: 41954

*Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Moderna, Inc., et al.*, C.A. No. 22-252-MSG (D. Del.)
Paragraph 4(c) Chart for U.S. Patent No. 9,364,435

| '435 Patent Claim 16 | Moderna's Accused Product |
|---|---|
| | 00034798 at *34800–01 ("Encapsulated mRNA is protected from nucleolytic degradation in biological fluids; additionally, encapsulation of the mRNA in a lipid particle of appropriate composition is critical to cellular uptake of the nanoparticle, endosomal escape, and ultimately productive cytosolic display of the mRNA such that protein translation may occur."); MRNA-GEN-00043336; MRNA-GEN-00048295 (SPIKEVAX® 5.5 mL label); MRNA-GEN-00048298 (SPIKEVAX® 7.5 mL label); MRNA-GEN-00050284 (SPIKEVAX® package insert revised January 2022), at *50312 ("The nucleoside-modified mRNA in SPIKEVAX is encapsulated in lipid particles, which enable delivery of the nucleoside-modified mRNA into host cells to allow expression of the SARS-CoV-2 S antigen. The vaccine elicits an immune response to the S antigen, which protects against COVID-19."); MRNA-GEN-00050301 (same); MRNA-GEN-00050318 (Information for Recipients and Caregivers); MRNA-GEN-00050321 (same); MRNA-GEN-00050395; MRNA-GEN-00050398; MRNA-GEN-00065048 (proposed draft package insert November 2022). <br><br> Discovery is ongoing, and Plaintiffs reserve the right to supplement these infringement contentions as permitted by the Scheduling Order and the Delaware Default Standard for Discovery. Plaintiffs further intend to offer expert opinions and/or testing in support of these contentions. <br><br> **Plaintiffs' Third Supplemental Infringement Contentions (6/28/2024):** <br> Moderna does not dispute indirect infringement the claimed method beyond disputing direct infringement by the Accused Product. *See, e.g.*, Moderna's Responses to Plaintiffs' Interrogatory No. 1. <br><br> Based on information currently available and known to Plaintiffs, the lots of ▓▓▓▓ ▓▓▓▓, mRNA-1273 LNP, and drug product that infringe this claim literally and/or under the doctrine of equivalents, including via an infringing manufacture or use, are set forth in **Appendix B**. *See also, e.g.*, Smith 5/14/24 Tr. 339:16-341:20; Hassett 4/26/2024 Tr. 209:14-212:5; Francis 5/22/2024 Tr. 257:17-258:18, 260:6-12; Schariter 5/8/2024 Tr. 241:22-242:16; Almarsson 5/31/2024 Tr. 284:9-16; Bennett 5/20/2024 Tr. 347:3-22, 353:1-10 ("These vaccines are intended to be broadly available to the public . . ."); Thomas 5/23/2024 Tr. 32:4–34:1; 118:12–121:18; MRNA-GEN-00939821; https://www.fda.gov/media/144637/download; https://assets.modernatx.com/m/ |

Case 1:22-cv-00252-JDW     Document 602-7     Filed 09/15/25     Page 7 of 13 PageID #: 41955

*Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Moderna, Inc., et al.*, C.A. No. 22-252-MSG (D. Del.)
Paragraph 4(c) Chart for U.S. Patent No. 9,364,435

| '435 Patent Claim 16 | Moderna's Accused Product |
|---|---|
|  | 7ce607d0bf1f0e20/original/FPI-0717_Spikevax-2023-2024-Formula-Prescribing-Information-PI-12y-US-English.pdf.<br><br>The aforementioned documents and testimony cited are exemplary only. In support of their positions, Plaintiffs expect to rely upon publicly available documents, the documents produced in this litigation by the parties and non-parties, and witness testimony, including testimony from the depositions in this case. |

In addition to directly infringing the claims of the '435 patent by using, manufacturing, distributing, selling, offering to sell, and/or importing a product that meets the limitations of the claims as set forth in the chart above, Moderna indirectly infringes the '435 patent by actively inducing others to use, manufacture, distribute, sell, offer to sell, and/or import an infringing product, and by contributing to infringement by others by knowingly selling or offering to sell a product especially adapted for infringing use, and which is not a staple article or commodity of commerce suitable for substantial non-infringing use. *See, e.g.*, MRNA-GEN-00018490 at *18492 ("The DP is intended to be administered by intramuscular injection without dilution prior to administration."); MRNA-GEN-00034334 at *34334 ("Commercial mRNA-1273 Lipid Nanoparticle (LNP) will be shipped . . . for commercial supply chain and distribution."); MRNA-GEN-00034517 at *34524 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; D.I. 17-1 at 2 (Contract No. W911QY20C0100); D.I. 49 at 4 & n.6 (Contract No. W58P05-22-C-0017); *see also, e.g.*, MRNA-GEN-00048295 (SPIKEVAX® 5.5 mL label); MRNA-GEN-00048298 (SPIKEVAX® 7.5 mL label); MRNA-GEN-00050284 (SPIKEVAX® package insert revised January 2022), at *50312 ("The nucleoside-modified mRNA in SPIKEVAX is encapsulated in lipid particles, which enable delivery of the nucleoside-modified mRNA into host cells to allow expression of the SARS-CoV-2 S antigen. The vaccine elicits an immune response to the S antigen, which protects against COVID-19."); MRNA-GEN-00050301 (same); MRNA-GEN-00050318 (Information for Recipients and Caregivers); MRNA-GEN-00050321 (same); MRNA-GEN-00050395; MRNA-GEN-00050398; MRNA-GEN-00065048 (proposed draft package insert November 2022). Moderna has not shown or contended that the Accused Product has any such substantial non-infringing use. Moderna has not produced documents in response to Plaintiffs' requests for production pursuant to Fed. R. Civ. P. 26 and 34, and has not produced documents concerning Moderna's indirect infringement, such as documents regarding the distribution and use by third parties of the accused products. Moderna's failure to produce such documents prejudices Plaintiffs with respect to these contentions and Plaintiffs reserve all right to supplement their contentions with such information when it is produced.

**Plaintiffs' Third Supplemental Infringement Contentions (6/28/2024):**
Moderna does not dispute that it indirectly infringes that '435 patent beyond its contention that it does not directly infringe the asserted claims—Moderna for instance does not dispute that it actively induces others to others to use, manufacture, distribute, sell, offer to sell, and/or import the Accused Product, nor does Moderna contend that the Accused Product is not one especially adapted for infringing use or that the Accused Product is a staple article or commodity of commerce suitable for substantial non-infringing use. *See, e.g.*, Moderna's Responses to Plaintiffs' Interrogatory No. 1.

*Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Moderna, Inc., et al.*, C.A. No. 22-252-MSG (D. Del.)
**Paragraph 4(c) Chart for U.S. Patent No. 9,364,435**

The following documents and/or testimony provide further evidence that Moderna's Accused Product indirectly infringes the '435 patent: Smith 5/14/24 Tr. 339:16-341:20; Hassett 4/26/2024 Tr. 209:14-212:5; Francis 5/22/2024 Tr. 257:17-258:18, 260:6-12; Schariter 5/8/2024 Tr. 241:22-242:16; Almarsson 5/31/2024 Tr. 284:9-16; Bennett 5/20/2024 Tr. 347:3-22, 353:1-10 ("These vaccines are intended to be broadly available to the public . . ."); Thomas 5/23/2024 Tr. 32:4–34:1; 118:12–121:18; MRNA-GEN-00939821; https://www.fda.gov/media/144637/download; https://assets.modernatx.com/m/7ce607d0bf1f0e20/original/FPI-0717_Spikevax-2023-2024-Formula-Prescribing-Information-PI-12y-US-English.pdf.

The aforementioned documents and testimony cited are exemplary only.  In support of their positions, Plaintiffs expect to rely upon publicly available documents, the documents produced in this litigation by the parties and non-parties, and witness testimony, including testimony from the depositions in this case.

Case 1:22-cv-00252-JDW   Document 602-7   Filed 09/15/25   Page 9 of 13 PageID #: 41957

*Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Moderna, Inc., et al.*, C.A. No. 22-252-MSG (D. Del.)
Paragraph 4(c) Chart for U.S. Patent No. 9,504,651

| '651 Patent Claim 14 | Moderna's Accused Product |
|---|---|
| | 138:9; Heyes 5/24/2024 Tr. 171:10–173:1; MacLachlan 5/29/2024 Tr. 27:22–30:19; Yaworski 6/12/2024 Tr. 98:12–106:5.<br><br>The aforementioned documents and testimony cited are exemplary only. In support of their positions, Plaintiffs expect to rely upon publicly available documents, the documents produced in this litigation by the parties and non-parties, and witness testimony, including testimony from the depositions in this case. |

In addition to directly infringing the claims of the '651 patent by using, manufacturing, distributing, selling, offering to sell, and/or importing a product that meets the limitations of the claims as set forth in the chart above, Moderna indirectly infringes the '651 patent by actively inducing others to use, manufacture, distribute, sell, offer to sell, and/or import an infringing product, and by contributing to infringement by others by knowingly selling or offering to sell a product especially adapted for infringing use, and which is not a staple article or commodity of commerce suitable for substantial non-infringing use. *See, e.g.*, MRNA-GEN-00018490 at *18492 ("The DP is intended to be administered by intramuscular injection without dilution prior to administration."); MRNA-GEN-00034334 at *34334 ("Commercial mRNA-1273 Lipid Nanoparticle (LNP) will be shipped . . . for commercial supply chain and distribution."); MRNA-GEN-00034517 at *34524 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ D.I. 17-1 at 2 (Contract No.W911QY20C0100); D.I. 49 at 4 & n.6 (Contract No. W58P05-22-C-0017); *see also, e.g.*, MRNA-GEN-00048295 (SPIKEVAX® 5.5 mL label); MRNA-GEN-00048298 (SPIKEVAX® 7.5 mL label); MRNA-GEN-00050284 (SPIKEVAX® package insert revised January 2022), at *50312 ("The nucleoside-modified mRNA in SPIKEVAX is encapsulated in lipid particles, which enable delivery of the nucleoside-modified mRNA into host cells to allow expression of the SARS-CoV-2 S antigen. The vaccine elicits an immune response to the S antigen, which protects against COVID-19."); MRNA-GEN-00050301 (same); MRNA-GEN-00050318 (Information for Recipients and Caregivers); MRNA-GEN-00050321 (same); MRNA-GEN-00050395; MRNA-GEN-00050398; MRNA-GEN-00065048 (proposed draft package insert November 2022). Moderna has not shown or contended that the Accused Product has any such substantial non-infringing use. Moderna has not produced documents in response to Plaintiffs' requests for production pursuant to Fed. R. Civ. P. 26 and 34, and has not produced documents concerning Moderna's indirect infringement, such as documents regarding the distribution and use by third parties of the accused products. Moderna's failure to produce such documents prejudices Plaintiffs with respect to these contentions and Plaintiffs reserve all right to supplement their contentions with such information when it is produced.

**Plaintiffs' Third Supplemental Infringement Contentions (6/28/2024):**
Moderna does not dispute that it indirectly infringes that '651 patent beyond its contention that it does not directly infringe the asserted claims—Moderna for instance does not dispute that it actively induces others to others to use, manufacture, distribute, sell, offer to sell, and/or import the Accused Product, nor does Moderna contend that the Accused Product is not one especially adapted for infringing use or that the Accused Product is a staple article or commodity of commerce suitable for substantial non-infringing use. *See, e.g.*, Moderna's Responses to Plaintiffs' Interrogatory No. 1.

*Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Moderna, Inc., et al.*, C.A. No. 22-252-MSG (D. Del.)
**Paragraph 4(c) Chart for U.S. Patent No. 9,504,651**

The following documents and/or testimony provide further evidence that Moderna's Accused Product indirectly infringes the '651 patent: Smith 5/14/24 Tr. 339:16-341:20; Hassett 4/26/2024 Tr. 209:14-212:5; Francis 5/22/2024 Tr. 257:17-258:18, 260:6-12; Schariter 5/8/2024 Tr. 241:22-242:16; Almarsson 5/31/2024 Tr. 284:9-16; Bennett 5/20/2024 Tr. 347:3-22, 353:1-10 ("These vaccines are intended to be broadly available to the public . . ."); Thomas 5/23/2024 Tr. 32:4 – 34:1; 118:12 – 121:18; MRNA-GEN-00939821; https://www.fda.gov/media/144637/download; https://assets.modernatx.com/m/7ce607d0bf1f0e20/original/FPI-0717_Spikevax-2023-2024-Formula-Prescribing-Information-PI-12y-US-English.pdf.

The aforementioned documents and testimony cited are exemplary only.  In support of their positions, Plaintiffs expect to rely upon publicly available documents, the documents produced in this litigation by

*Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Moderna, Inc., et al.*, C.A. No. 22-252-MSG (D. Del.)
Paragraph 4(c) Chart for U.S. Patent No. 11,141,378

| '378 Patent Claim 27 | Moderna's Accused Product |
|---|---|
|  | The aforementioned documents and testimony cited are exemplary only. In support of their positions, Plaintiffs expect to rely upon publicly available documents, the documents produced in this litigation by the parties and non-parties, and witness testimony, including testimony from the depositions in this case. |

In addition to directly infringing the claims of the '378 patent by using, manufacturing, distributing, selling, offering to sell, and/or importing a product that meets the limitations of the claims as set forth in the chart above, Moderna indirectly infringes the '378 patent by actively inducing others to use, manufacture, distribute, sell, offer to sell, and/or import an infringing product, and by contributing to infringement by others by knowingly selling or offering to sell a product especially adapted for infringing use, and which is not a staple article or commodity of commerce suitable for substantial non-infringing use. *See, e.g.*, MRNA-GEN-00018490 at *18492 ("The DP is intended to be administered by intramuscular injection without dilution prior to administration."); MRNA-GEN-00034334 at *34334 ("Commercial mRNA-1273 Lipid Nanoparticle (LNP) will be shipped . . . for commercial supply chain and distribution."); MRNA-GEN-00034517 at *34524 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ D.I. 17-1 at 2 (Contract No.W911QY20C0100); D.I. 49 at 4 & n.6 (Contract No. W58P05-22-C-0017); *see also, e.g.*, MRNA-GEN-00048295 (SPIKEVAX® 5.5 mL label); MRNA-GEN-00048298 (SPIKEVAX® 7.5 mL label); MRNA-GEN-00050284 (SPIKEVAX® package insert revised January 2022), at *50312 ("The nucleoside-modified mRNA in SPIKEVAX is encapsulated in lipid particles, which enable delivery of the nucleoside-modified mRNA into host cells to allow expression of the SARS-CoV-2 S antigen. The vaccine elicits an immune response to the S antigen, which protects against COVID-19."); MRNA-GEN-00050301 (same); MRNA-GEN-00050318 (Information for Recipients and Caregivers); MRNA-GEN-00050321 (same); MRNA-GEN-00050395; MRNA-GEN-00050398; MRNA-GEN-00065048 (proposed draft package insert November 2022). Moderna has not shown or contended that the Accused Product has any such substantial non-infringing use. Moderna has not produced documents in response to Plaintiffs' requests for production pursuant to Fed. R. Civ. P. 26 and 34, and has not produced documents concerning Moderna's indirect infringement, such as documents regarding the distribution and use by third parties of the accused products. Moderna's failure to produce such documents prejudices Plaintiffs with respect to these contentions and Plaintiffs reserve all right to supplement their contentions with such information when it is produced.

**Plaintiffs' Third Supplemental Infringement Contentions (6/28/2024):**
Moderna does not dispute that it indirectly infringes that '378 patent beyond its contention that it does not directly infringe the asserted claims—Moderna for instance does not dispute that it actively induces others to others to use, manufacture, distribute, sell, offer to sell, and/or import the Accused Product, nor does Moderna contend that the Accused Product is not one especially adapted for infringing use or that the Accused Product is a staple article or commodity of commerce suitable for substantial non-infringing use. *See, e.g.*, Moderna's Responses to Plaintiffs' Interrogatory No. 1.

The following documents and/or testimony provide further evidence that Moderna's Accused Product indirectly infringes the '378 patent: Smith 5/14/24 Tr. 339:16-341:20; Hassett 4/26/2024 Tr. 209:14-212:5; Francis 5/22/2024 Tr. 257:17-258:18, 260:6-12; Schariter 5/8/2024 Tr. 241:22-242:16; Almarsson 5/31/2024 Tr. 284:9-16; Bennett 5/20/2024 Tr. 347:3-22, 353:1-10 ("These vaccines are intended to be broadly available to the

*Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Moderna, Inc., et al.*, C.A. No. 22-252-MSG (D. Del.)
**Paragraph 4(c) Chart for U.S. Patent No. 11,141,378**

public . . ."); Thomas 5/23/2024 Tr. 32:4 – 34:1; 118:12 – 121:18; MRNA-GEN-00939821; https://www.fda.gov/media/144637/download; https://assets.modernatx.com/m/7ce607d0bf1f0e20/original/FPI-0717_Spikevax-2023-2024-Formula-Prescribing-Information-PI-12y-US-English.pdf.

The aforementioned documents and testimony cited are exemplary only. In support of their positions, Plaintiffs expect to rely upon publicly available documents, the documents produced in this litigation by the parties and non-parties, and witness testimony, including testimony from the depositions in this case.

                                          <u>*/s/ Emily S. DiBenedetto*</u>
                                          John W. Shaw (No. 3362)
                                          Karen E. Keller (No. 4489)
                                          Nathan R. Hoeschen (No. 6232)
                                          Emily S. DiBenedetto (No. 6779)
                                          SHAW KELLER LLP
                                          I.M. Pei Building
                                          1105 North Market Street, 12th Floor
                                          Wilmington, DE 19801
                                          (302) 298-0700
                                          jshaw@shawkeller.com
                                          kkeller@shawkeller.com
                                          nhoeschen@shawkeller.com
                                          edibenedetto@shawkeller.com
                                          *Attorneys for Plaintiffs*