IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 22-252-JDW<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT REQUEST FOR ARGUMENT ON SUMMARY JUDGMENT AND RELATED MOTIONS

Pursuant to D. Del LR 7.1.4, the parties hereby jointly request oral argument on their summary judgment motions and related motions to exclude. (D.I. 507, 510, 518, 522, 558, 562 595).

Counsel are available should the Court have any questions or concerns.

| Shaw Keller LLP | Morris, Nichols, Arsht & Tunnell LLP |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorney for Plaintiffs* | Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants* |