IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252 (JDW) ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, Defendants Moderna, Inc. and ModernaTx, Inc. ("Moderna") filed a partially opposed motion to seal Plaintiffs' reply dispositive motion filings (D.I. 603) ("Motion to Seal Reply Filings"), which is fully briefed (D.I. 604 and 608) and pending resolution by the Court;

WHEREAS, Moderna filed a partially opposed motion to seal portions of exhibits to Plaintiffs' reply and sur-reply dispositive motion filings (D.I. 619) ("Motion to Seal Sur-Reply Filings") on September 23, 2025;

WHEREAS, Plaintiffs' brief in opposition to Moderna's Motion to Seal Sur-Reply Filings is due September 29, 2025 (D.I. 540; Order Canceling Court Proceedings and Extending Filing Deadlines (D. Del. Jan. 13, 2025));

WHEREAS, the Court entered its September 26, 2025 Order (D.I. 622) concerning Moderna's prior motion to seal (D.I. 576) which may implicate the requested redactions in exhibits in Moderna's Motion to Seal Reply Filings and Motion to Seal Sur-Reply Filings; and

WHEREAS, the parties request an additional two days for Plaintiffs to file their opposition to Moderna's Motion to Seal Sur-Reply Filings to give Moderna an opportunity to reconsider its redactions in the pending motions to seal in light of the Court's September 26, 2025 Order, and

allow the parties time to meet and confer to narrow, if not resolve entirely, the issues in dispute and conserve party and judicial resources.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for Plaintiffs to file any opposition brief to Moderna's Motion to Seal Sur-Reply Filings shall be extended from September 29, 2025 to October 1, 2025. The parties will notify the Court by October 1, 2025 if the parties are able to narrow their disputes and if Moderna will withdraw any of its proposed redactions in Moderna's Motion to Seal Sur-Reply Filings.

IT IS FURTHER STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the parties will notify the Court by October 3, 2025 if the parties are able to narrow their disputes and if Moderna will withdraw any of its proposed redactions in Moderna's Motion to Seal Reply Filings.

No other deadlines set forth in D.I. 485, as amended by D.I. 545, are altered by way of this stipulation.

| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorney for Plaintiffs* | Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants* |

2

3

**SO ORDERED** this \_\_\_ day of September 25, 2025.

_____
UNITED STATES DISTRICT JUDGE