IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252 (JDW) ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) |
| Defendants. | ) |

### STIPULATION AND ORDER TO CORRECT BRIEFING

WHEREAS, the parties have discovered that Plaintiffs' Sealed Opening Brief in Support of its Motion to Exclude (D.I. 524) and Defendants' Sealed Reply Brief in Support of its Motions for Summary Judgment (D.I. 597), and the respective public versions of these briefs (D.I. 529, 605, respectively), contain citation errors; and

WHEREAS, the parties agree that these briefs should be replaced on the docket with corrected versions to reflect the corrected citations;

NOW THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that Docket Items 524, 529, 597, and 605 shall be replaced with corrected versions. The parties shall submit the corrected versions to the Clerk via email upon the Court approving this stipulation, and the Clerk shall make the substitutions on the docket.

2

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com | Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |

**SO ORDERED** this <u>6th</u> day of October, 2025.

                                                                */s/ Joshua D. Wolson*
                                                  UNITED STATES DISTRICT JUDGE