IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH,<br><br>  Plaintiffs,<br><br>  v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252 (JDW)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
MODIFICATION OF *DAUBERT* MOTION DEADLINES**

WHEREAS, the Court entered a stipulated order on August 19, 2025 setting a schedule for serving and filing *Daubert* motion briefing and filing any corresponding motions to seal (D.I. 545);

WHEREAS, the Court entered an Order on August 7, 2025 setting a briefing schedule for any opposed motions to seal (D.I. 540); and

WHEREAS, the parties conferred regarding the sealing procedures and the impact of those procedures on the parties' *Daubert* motions and propose streamlining the procedures to reduce the number of motions to seal and to conserve judicial and party resources;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines set forth in Docket Items 540 and 545 are amended as follows:

| Submission | Current Deadline | Amended Deadline |
|---|---|---|
| Service of *Daubert* motions (25 pages) | November 7, 2025 | November 7, 2025 (No Change) |
| Filing of *Daubert* motions | November 14, 2025 | December 12, 2025 |

| Submission | Current Deadline | Amended Deadline |
|---|---|---|
| Service of oppositions to *Daubert* motions (25 pages) | November 21, 2025 | November 21, 2025 (No Change) |
| Filing of oppositions to *Daubert* motions | December 2, 2025 | December 12, 2025 |
| Service of replies in support of *Daubert* motions (if necessary) (10 pages) | December 5, 2025 | December 5, 2025 (No Change) |
| Filing of replies in support of *Daubert* motions | December 12, 2025 | December 12, 2025 (No Change) |
| Filing of any motion to seal opening, opposition, or reply papers concerning *Daubert* motions | November 14, 2025, December 2, 2025, and December 12, 2025, respectively. | December 12, 2025 |
| Filing of any opposition to any motion to seal opening, opposition, or reply papers concerning *Daubert* motions | November 19, 2025, December 5, 2025, and December 17, 2025, respectively. | December 17, 2025 |

No other deadlines set forth in Docket Items 540 and 545 are altered by way of this Stipulation.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com | Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |

**SO ORDERED** this ___ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE

3