IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-252 (JDW) ) ) ) ) ) |

**STIPULATION AND ORDER REGARDING**
**MODIFICATION OF *DAUBERT* MOTION DEADLINES**

WHEREAS, the Court entered a stipulated order on August 19, 2025 setting a schedule for serving and filing *Daubert* motion briefing and filing any corresponding motions to seal (D.I. 545);

WHEREAS, the Court entered an Order on August 7, 2025 setting a briefing schedule for any opposed motions to seal (D.I. 540); and

WHEREAS, the parties conferred regarding the sealing procedures and the impact of those procedures on the parties' *Daubert* motions and propose streamlining the procedures to reduce the number of motions to seal and to conserve judicial and party resources;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines set forth in Docket Items 540 and 545 are amended as follows:

| Submission | Current Deadline | Amended Deadline |
|---|---|---|
| Service of *Daubert* motions (25 pages) | November 7, 2025 | November 7, 2025 (No Change) |
| Filing of *Daubert* motions | November 14, 2025 | December 12, 2025 |

| Submission | Current Deadline | Amended Deadline |
|---|---|---|
| Service of oppositions to *Daubert* motions (25 pages) | November 21, 2025 | November 21, 2025 (No Change) |
| Filing of oppositions to *Daubert* motions | December 2, 2025 | December 12, 2025 |
| Service of replies in support of *Daubert* motions (if necessary) (10 pages) | December 5, 2025 | December 5, 2025 (No Change) |
| Filing of replies in support of *Daubert* motions | December 12, 2025 | December 12, 2025 (No Change) |
| Filing of any motion to seal opening, opposition, or reply papers concerning *Daubert* motions | November 14, 2025, December 2, 2025, and December 12, 2025, respectively. | December 12, 2025 |
| Filing of any opposition to any motion to seal opening, opposition, or reply papers concerning *Daubert* motions | November 19, 2025, December 5, 2025, and December 17, 2025, respectively. | December 17, 2025 |

No other deadlines set forth in Docket Items 540 and 545 are altered by way of this Stipulation.

<table>
<tr><td>

SHAW KELLER LLP

/s/ Nathan R. Hoeschen
―――――――――――――――――――
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorney for Plaintiffs*

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Travis J. Murray
―――――――――――――――――――
Brian P. Egan (#6227)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Defendants*

</td></tr>
</table>

**SO ORDERED** this 21ˢᵗ day of October 2025.

/s/ Joshua D. Wolson
―――――――――――――――――――
UNITED STATES DISTRICT JUDGE

3