IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 22-252-JDW ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Lindsey M. Gellar withdraws her appearance as attorney for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH. Plaintiff Arbutus Biopharma Corporation will continue to be represented by the law firms of Shaw Keller LLP and Morrison & Foerster LLP. Plaintiff Genevant Sciences GmbH will continue to be represented by the law firms of Shaw Keller LLP, Williams & Connolly LLP and Sullivan & Cromwell LLP.

|  |  |
|---|---|
|  | /s/ Karen E. Keller |
|  | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Nathan R. Hoeschen (No. 6232) |
| David I. Berl | SHAW KELLER LLP |
| Adam D. Harber | I.M. Pei Building |
| Thomas S. Fletcher | 1105 North Market Street, 12th Floor |
| Shaun P. Mahaffy | Wilmington, DE 19801 |
| Andrew L. Hoffman | (302) 298-0700 |
| Matthew W. Lachman | kkeller@shawkeller.com |
| Ricardo Leyva | nhoeschen@shawkeller.com |
| Arthur J. Argall III | *Attorneys for Plaintiffs* |
| Falicia Elenberg |  |
| Kathryn Larkin |  |
| WILLIAMS & CONNOLLY LLP |  |
| 680 Maine Avenue S.W. |  |
| Washington, DC 20024 |  |
| (202) 434-5000 |  |

Andrei Iancu
Jeffrey B. Wall
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006
(202) 956-7500
*Attorneys for Plaintiff Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

 Dated: November 11, 2025