IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252 (JDW) ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, pursuant to the stipulated order (D.I. 638), the parties served opening, answering, and reply briefing in support of their respective *Daubert* motions;

WHEREAS, the briefs and exhibits contain Moderna's confidential information and the parties are working together to excerpt the exhibits and narrow the proposed redactions that Moderna intends to seal to reduce the burden on the Court and the parties;

WHEREAS, Moderna is coordinating with several third parties to determine any confidential information that is subject to third-party confidentiality agreements that may need to be sealed; and

WHEREAS, Moderna is coordinating with multiple declarants to prepare declarations in support of the various types of information that Moderna intends to seal and requires additional time to allow the declarants to review all of the highly confidential information and to prepare all of the supporting declarations;

IT IS HEREBY STIPULATED AND AGREED by the parties, and for good cause shown, subject to the approval of the Court, that below deadlines set forth in D.I. 638 are amended as follows:

| Submission | Current Deadline | Amended Deadline |
|---|---|---|
| File opening, opposition, and reply papers concerning *Daubert* motions | December 12, 2025 | December 16, 2025 |
| File motions to seal opening, opposition, and reply papers concerning *Daubert* motions | December 12, 2025 | December 16, 2025 |
| File any opposition to motions to seal opening, opposition, and reply papers concerning *Daubert* motions | December 17, 2025 | December 23, 2025 |

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorney for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Travis J. Murray*

Brian P. Egan (#6227)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Defendants*

**SO ORDERED** this ___ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE