IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants.<br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252 (JDW) |

**PLAINTIFFS' UNOPPOSED MOTION TO
SEAL PORTIONS OF *DAUBERT* BRIEFING**

Pursuant to the Protective Order (D.I. 91) as modified by the Court's November 14, 2023 Order (D.I. 155), and the Court's July 28, 2025 Order (D.I. 503), Plaintiffs respectfully move this Court to seal their sensitive and confidential information and to grant leave to file partially redacted versions of the following documents:

1. Plaintiffs' Nov. 7, 2025, Opening Brief in Support of Motion to Exclude Expert Testimony;

2. Moderna's Nov. 7, 2025, Opposition to Plaintiffs' Motion to Exclude Expert Testimony;

3. Plaintiffs' Nov. 21, 2025, Reply Brief in Support of Motion to Exclude Expert Testimony;

4. Moderna's Nov. 21, 2025, Memorandum in Support of Moderna's *Daubert* Motion;

5. Plaintiffs' Dec. 5, 2025, Opposition Brief to Moderna's *Daubert* Motion;

6. Moderna's Dec. 5, 2025, Reply Brief in support of Moderna's *Daubert* Motion;

7. Exhibit 1

8. Exhibit 3

9. Exhibit 5

10. Exhibit 13

11. Exhibit 14

12. Exhibit 31

13. Exhibit 36

14. Exhibit 33

15. Exhibit 37

16. Exhibit 38

17. Exhibit A

18. Exhibit C

19. Exhibit D

20. Exhibit R

21. Exhibit S

22. Exhibit V

Plaintiffs seek leave to file under seal Exhibit 12.

The parties' motion, supporting papers, and the exhibits thereto, redact for Plaintiffs' confidential information. The grounds for this motion are set forth in Plaintiffs' brief in support

of this motion, together with the declaration of Pete Zorn, attached as Exhibit A. Pursuant to Section I.D.2 of the Court's Policies and Procedures, highlighting has been applied to the sealed version of the documents identified above.

Pursuant to D. Del. LR 7.1.1, counsel certifies that the parties met and conferred, and Moderna doe snot oppose this motion.

Plaintiffs respectfully request that the Court grant their motion and enter the enclosed order granting leave to file redacted versions of the documents identified above.

OF COUNSEL:
David I. Berl
Adam D. Harber
Thomas S. Fletcher
Shaun P. Mahaffy
Andrew L. Hoffman
Matthew W. Lachman
Ricardo Leyva
Arthur J. Argall III
Falicia Elenberg
Kathryn Larkin
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
(202) 434-5000

Andrei Iancu
Jeffrey B. Wall
Sullivan & Cromwell llp
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006
(202) 956-7500
*Attorneys for Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080
Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs/Counterclaim-Defendants*

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Arbutus*
*Biopharma Corporation*

Dated: December 16, 2025