IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br>Plaintiffs, <br><br>v. <br><br>MODERNA, INC. and MODERNATX, INC. <br><br>Defendants. <br> MODERNA, INC. and MODERNATX, INC., <br><br>Counterclaim-Plaintiffs, <br><br>v. <br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br>Counterclaim-Defendants. | C.A. No. 22-252 (JDW) |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of Plaintiffs' Motion to Seal (D.I. __), it is ORDERED that Plaintiffs' Motion to Seal is GRANTED.

Leave is given to file in redacted form the following documents filed by the parties.

1. Plaintiffs' Nov. 7, 2025, Opening Brief in Support of Motion to Exclude Expert Testimony;

2. Moderna's Nov. 7, 2025, Opposition to Plaintiffs' Motion to Exclude Expert Testimony;

3. Plaintiffs' Nov. 21, 2025, Reply Brief in Support of Motion to Exclude Expert Testimony;

4. Moderna's Nov. 21, 2025, Memorandum in Support of Moderna's *Daubert* Motion;

5. Plaintiffs' Dec. 5, 2025, Opposition Brief to Moderna's *Daubert* Motion;

6. Moderna's Dec. 5, 2025, Reply Brief in support of Moderna's *Daubert* Motion;

7. Exhibit 1

8. Exhibit 3

9. Exhibit 5

10. Exhibit 12

11. Exhibit 13

12. Exhibit 14

13. Exhibit 31

14. Exhibit 33

15. Exhibit 36

16. Exhibit 37

17. Exhibit 38

18. Exhibit A

19. Exhibit C

20. Exhibit D

21. Exhibit R

22. Exhibit S

23. Exhibit V

Leave is given to file entirely under seal Exhibit 12.

**BY THE COURT:**

_____
JOSHUA D. WOLSON, J.