IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br>Plaintiffs, <br><br>v. <br><br>MODERNA, INC. and MODERNATX, INC. <br><br>Defendants. <br> MODERNA, INC. and MODERNATX, INC., <br><br>Counterclaim-Plaintiffs, <br><br>v. <br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br>Counterclaim-Defendants. | C.A. No. 22-252 (JDW) |

**MODERNA'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF CATHARINE LAWTON, GEORG SCHUSTER, PH.D., MICHAEL MITCHELL, PH.D, PETER J. PITTS, AND ALEX M. BRILL**

Defendants and Counterclaim Plaintiffs Moderna, Inc. and ModernaTX, Inc. ("Moderna") hereby respectfully move the Court for an order excluding the following expert opinions under *Daubert*:

- Ms. Catharine Lawton

  o Exhibit A, Expert Report of Catharine M. Lawton (dated November 25, 2024) in entirety, or in the alternative at ¶¶ 35 (on page 19), 32–33 (on pages 24–25), 57, 62–235, 266–302, 334–381, 522–526, 536–550, 563–604, 609–636, 661–704, 729–733, 1205–1290, 1291–1538, 1539–1662, and 1663–1690.

1

- o   Exhibit B, Rebuttal Expert Report of Catharine M. Lawton (dated February 14, 2025) at ¶¶ 52, 65, 70, 133–137, 155–156, 161–165, 178–188, 199–206, 209.

- o   Exhibit C, Reply Expert Report of Catharine M. Lawton (dated March 21, 2025) at ¶¶ 331–335, 385–400, 405–409. 410–459, 460–515, 516–523, 524–529, 530–539; any other paragraph that relies on excluded opinions from her Opening Report.

- Dr. Georg Schuster

  - o   Exhibit G, Opening Expert Report of Dr. Georg Schuster of Coriolis Pharma (dated November 24, 2024) at §§ V.A–B (¶¶ 17–24); VI.C.1–2 (¶¶ 36–63); VII.A.1 (¶¶ 83–103); and VII.B (including all Tables titled "Tabulated results of lipid contents" and "Tabulated results of molar ratios" tables on pages 75–303).

  - o   Exhibit U, Reply Expert Report of Dr. Georg Schuster (dated March 19, 2025) at §§ III.A.1–2 (¶¶ 7–56), § III.B (¶¶ 64-78).

  - o   Exhibit E Opening Expert Report of Dr. Michael Mitchell (dated November 25, 2024) at pages 319-386 and ¶¶ 618-652 (opinions relying on Dr. Schuster's testing).

  - o   Exhibit F, Reply Expert Report of Dr. Michael Mitchell (dated March 21, 2025) at ¶¶ 430-533 (opinions relying on Dr. Schuster's testing).

- Dr. Michael Mitchell

  - o   Exhibit E, Opening Expert Report of Dr. Michael Mitchell (dated November 25, 2024) in entirety, or in the alternative at ¶¶ 220–227, 229–230, 234-236, 238–246, 248, 251–253, 255-257, 259, 261, 265, 270-271, 274, 276, 280-283, 286, 289–293, 301–306, 310-313, 316–19, 323, 325, 328, 332, 334, 355, 383-384, 390, 396-399, 403-404, 407, 423–435, 440-444, 446, 450, 451, 460-467, 470-472, 477, 492, 605, 608, 614, 620, 622, 664, 665,

2

667-673, 694, 696-697, 699-701, 719-726, 729, 730, 732-734, 757–781, 798, 800, 801, 803, 806, 814–816, and 818–838.

- Rebuttal Expert Report of Dr. Michael Mitchell on Secondary Considerations (to the extent it refers back to, or relies upon, the opinions Moderna seeks to exclude from Dr. Mitchell's Opening Report).

- Exhibit F, Reply Expert Report of Dr. Michael Mitchell (dated March 21, 2025) at ¶¶ 20–21, 23–24, 30, 33, 35, 39, 40–42, 47, 51, 53, 57, 62, 74, 78, 81, 92, 105, 107, 110, 113–118, 120, 124, 125, 130, 132–135, 137, 141, 152-154, 161–162, 165, 168, 173–174, 179, 182, 185, 199, 202, 227–229, 245, 261, 299, 335-337, 341, 353, 358, 363, 376, 378-388, 392-394, 399-419, 422-429, 440, 475, 482, 484-485, 504, 539, 657, 714, 731, 737, 743, 746, 755, 768–770, 782, 786, 794, 797, 799, 802–839, 871-872, 881, 897-899; any other paragraph that relies on excluded opinions from his Opening Report.

- Mr. Peter J. Pitts
  - Exhibit M, Rebuttal Expert Report of Peter J. Pitts (dated February 14, 2025) in entirety, or in the alternative at ¶¶ 24–38, 41–42, 45, and 49–66.

- Mr. Alex M. Brill
  - Exhibit N, Responsive Expert Report of Alex M. Brill (dated February 14, 2024 [*sic*]) in entirety, or in the alternative at ¶¶ 17–22, 23–38, 39–51, 52–55, 65, and 68.

The grounds for exclusion are set forth in Moderna's *Daubert* Motion.

WHEREFORE, Moderna respectfully requests that the Court grant Moderna's motion and enter the proposed order attached hereto.

OF COUNSEL

James F. Hurst
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000

Noah Frank
Alina Afinogenova
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Yan-Xin Li
Hannah Suh
Laura Ashley Harris
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400

December 16, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Travis J. Murray*

Brian P. Egan (#6227)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
tmurray@morrisnichols.com

Patricia A. Carson, Ph.D.
Jeanna M. Wacker, P.C.
Leslie M. Schmidt, P.C.
Mark C. McLennan
N. Kaye Horstman
Shaoyao Yu
Mara L. Greenberg
Andrew Lee
Brad Deem
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4679

*Attorneys for Defendants*

4

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1.1, I hereby certify that the subject of the foregoing motion has been discussed with counsel for the Plaintiffs and Counterclaim Defendants and that we have not been able to reach agreement.

*/s/ Travis J. Murray*

Travis J. Murray (#6882)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants.<br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252 (JDW) |

## [PROPOSED] ORDER GRANTING MODERNA'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF CATHARINE LAWTON, GEORG SCHUSTER, PH.D., MICHAEL MITCHELL, PH.D, PETER J. PITTS, AND ALEX M. BRILL

Having considered Moderna's *Daubert* Motion to Exclude the Expert Opinions of Catharine Lawton, Georg Schuster, Ph.D., Michael Mitchell, Ph.D, Peter J. Pitts, and Alex M. Brill ("Motion"), and all papers filed in connection therewith,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS HEREBY FURTHER ORDERED** that the following are stricken and excluded pursuant to Fed. R. Evid. 702 and Fed. R. Civ. P. 26(a)(2)(B):

- Ms. Catharine Lawton
    - Exhibit A, Expert Report of Catharine M. Lawton (dated November 25, 2024) in entirety, or in the alternative at ¶¶ 35 (on page 19), 32–33 (on pages 24–25), 57, 62–235, 266–302,

- 1 -

- 334–381, 522–526, 536–550, 563–604, 609–636, 661–704, 729–733, 1205–1290, 1291–1538, 1539–1662, and 1663–1690.

  o Exhibit B, Rebuttal Expert Report of Catharine M. Lawton (dated February 14, 2025) at ¶¶ 52, 65, 70, 133–137, 155–156, 161–165, 178–188, 199–206, 209.

  o Exhibit C, Reply Expert Report of Catharine M. Lawton (dated March 21, 2025) at ¶¶ 331–335, 385–400, 405–409. 410–459, 460–515, 516–523, 524–529, 530–539; any other paragraph that relies on excluded opinions from her Opening Report.

- Dr. Georg Schuster

  o Exhibit G, Opening Expert Report of Dr. Georg Schuster of Coriolis Pharma (dated November 24, 2024) at §§ V.A–B (¶¶ 17–24); VI.C.1–2 (¶¶ 36–63); VII.A.1 (¶¶ 83–103); and VII.B (including all Tables titled "Tabulated results of lipid contents" and "Tabulated results of molar ratios" tables on pages 75–303).

  o Exhibit U, Reply Expert Report of Dr. Georg Schuster (dated March 19, 2025) at §§ III.A.1–2 (¶¶ 7–56), § III.B (¶¶ 64-78).

  o Exhibit E Opening Expert Report of Dr. Michael Mitchell (dated November 25, 2024) at pages 319-386 and ¶¶ 618-652 (opinions relying on Dr. Schuster's testing).

  o Exhibit F, Reply Expert Report of Dr. Michael Mitchell (dated March 21, 2025) at ¶¶ 430-533 (opinions relying on Dr. Schuster's testing).

- Dr. Michael Mitchell

  o Exhibit E, Opening Expert Report of Dr. Michael Mitchell (dated November 25, 2024) in entirety, or in the alternative at ¶¶ 220–227, 229–230, 234-236, 238–246, 248, 251–253, 255-257, 259, 261, 265, 270-271, 274, 276, 280-283, 286, 289–293, 301–306, 310-313, 316–19, 323, 325, 328, 332, 334, 355, 383-384, 390, 396-399, 403-404, 407, 423–435,

440-444, 446, 450, 451, 460-467, 470-472, 477, 492, 605, 608, 614, 620, 622, 664, 665, 667-673, 694, 696-697, 699-701, 719-726, 729, 730, 732-734, 757–781, 798, 800, 801, 803, 806, 814–816, and 818–838.

- o Rebuttal Expert Report of Dr. Michael Mitchell on Secondary Considerations (to the extent it refers back to, or relies upon, the opinions Moderna seeks to exclude from Dr. Mitchell's Opening Report).

- o Exhibit F, Reply Expert Report of Dr. Michael Mitchell (dated March 21, 2025) at ¶¶ 20–21, 23–24, 30, 33, 35, 39, 40–42, 47, 51, 53, 57, 62, 74, 78, 81, 92, 105, 107, 110, 113–118, 120, 124, 125, 130, 132–135, 137, 141, 152-154, 161–162, 165, 168, 173–174, 179, 182, 185, 199, 202, 227–229, 245, 261, 299, 335-337, 341, 353, 358, 363, 376, 378-388, 392-394, 399-419, 422-429, 440, 475, 482, 484-485, 504, 539, 657, 714, 731, 737, 743, 746, 755, 768–770, 782, 786, 794, 797, 799, 802–839, 871-872, 881, 897-899; any other paragraph that relies on excluded opinions from his Opening Report.

- Mr. Peter J. Pitts
  - o Exhibit M, Rebuttal Expert Report of Peter J. Pitts (dated February 14, 2025) in entirety, or in the alternative at ¶¶ 24–38, 41–42, 45, and 49–66.

- Mr. Alex M. Brill
  - o Exhibit N, Responsive Expert Report of Alex M. Brill (dated February 14, 2024 [*sic*]) in entirety, or in the alternative at ¶¶ 17–22, 23–38, 39–51, 52–55, 65, and 68.

**SO ORDERED** this _____ day of _____, 2025.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 16, 2025, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Adam R. Brausa, Esquire<br>Eric C. Wiener, Esquire<br>Annie A. Lee, Esquire<br>Shaelyn K. Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017-3543<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |

David N. Tan, Esquire                                                                           *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

David I. Berl, Esquire                                                                          *VIA ELECTRONIC MAIL*
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Shaun P. Mahaffy, Esquire
Andrew L. Hoffman, Esquire
Matthew W. Lachman, Esquire
Ricardo Leyva, Esquire
Arthur J. Argall III, Esquire
Falicia Elenberg, Esquire
Kathryn Larkin, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

Andrei Iancu, Esquire                                                                           *VIA ELECTRONIC MAIL*
Jeffrey B. Wall, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
*Attorneys for Plaintiff Genevant Sciences GmbH*

                                                                               */s/ Travis J. Murray*
                                                                               _____
                                                                               Travis J. Murray (#6882)