IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 22-252-JDW |
| v. | ) ) | |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY**

Pursuant to Fed. R. Evid. 702 and the Court's Order of October 21, 2025 (D.I. 638), Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH hereby move to exclude:

1.    The opinions of Dr. Vellturo relating to the appropriate reasonable royalty, as well as Dr. Vellturo's opinions criticizing Plaintiffs' expert Ms. Lawton's opinions about the appropriate reasonable royalty;

2.    The opinions of Dr. Anderson relating to obviousness of the '651, '435, '359, and '378 patents;

3.    The opinions of Dr. Prud'homme relating to infringement of the '435, '359, and '378 patents pursuant to the doctrine of equivalents that rely on unclaimed features and improper comparisons, including Sections X.D.3.b.ii, X.D.4.c.ii-iii, X.D.4.d.ii, X.D.5.e.ii, X.D.7.b-c and paragraphs 460, 462-463, 465-467, 536, 598, 675-676, 678, and 681 of Dr. Prud'homme's Rebuttal Expert Report;

4.  The opinions of Dr. Prud'homme relating to infringement of the '435, '359, and '378 patents pursuant to the reverse doctrine of equivalents that rely on unclaimed features, including Section X.E of Dr. Prud'homme's Rebuttal Expert Report;

5.  The opinions of Dr. Prud'homme relating to infringement of the '435, '359, and '378 patents by the intermediate particles formed during the vaccine manufacturing process that rely on unclaimed features, including paragraphs 717, 723-725, 730, and 737 of Dr. Prud'homme's Rebuttal Expert Report;

6.  Certain of the opinions of Dr. Prud'homme relating to opinions relating to enablement of the '435, '359, '378, and '651 patents, including:

   a.  Testimony reliant on unclaimed features including the highlighted portions (*see* D.I. 590-1) of paragraphs 151 n.5, 160, 164-165, 241 n.11, 248 n.12, 250-253, 265, 288-289, and 328-330 of Dr. Prud'homme's Opening Expert Report; and the highlighted portions (*see* D.I. 590-2) of paragraphs 163, 165, 175-176, 183-184, 212, and 218 of Dr. Prud'homme's Reply Expert Report;

   b.  Testimony reliant on alternative modes of manufacturing including the highlighted portions (*see* D.I. 590-1) of paragraphs 184, 188, and 189 of Dr. Prud'homme's Opening Expert Report; and the highlighted portions (*see* D.I. 590-2) of paragraphs 73 and 76 of Dr. Prud'homme's Reply Expert Report;

   c.  Testimony reliant on the importation of a measurement requirement including the highlighted portions (*see* D.I. 590-1) of paragraphs 166, 170-171, and 256-264 of Dr. Prud'homme's Opening Expert Report; and

7.  The opinions of Dr. Prud'homme relating to indefiniteness of the '435, '359, '378, and '651 patents that rely on a supposed inability to measure infringement, including paragraphs 128,

130-133, 135, 229-231, and 233 of Dr. Prud'homme's Opening Expert Report, and paragraphs 37, 46-47, 51-53, 57, 60-62, 93, and 150-158 of Dr. Prud'homme's Reply Expert Report.

8.  Plaintiffs are not moving to exclude Dr. Prud'homme's opinions raised in the context of arguments no longer asserted in this case, in light of Moderna's prior representations that it will not rely on or otherwise introduce those opinions going forward, *see* D.I. 596 at 16;

9.  As to Dr. Prud'homme's overview paragraphs and paragraphs that incorporate other portions of Dr. Prud'homme's reports by reference, Plaintiffs move to exclude Dr. Prud'homme's testimony to the extent that it purports to incorporate opinions that Moderna is otherwise precluded from offering as a result of this motion, or that would be moot as a result of this motion.

The grounds for this motion are set forth in the accompanying brief.  Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts were made to reach agreement on the subject of this motion, including a verbal meet and confer.

WHEREFORE, Plaintiffs respectfully ask the Court to grant this motion and enter the attached proposed order.

<table>
<tr><td></td><td>/s/ Nathan R. Hoeschen</td></tr>
<tr><td></td><td>John W. Shaw (No. 3362)</td></tr>
<tr><td></td><td>Karen E. Keller (No. 4489)</td></tr>
<tr><td>OF COUNSEL:</td><td>Nathan R. Hoeschen (No. 6232)</td></tr>
<tr><td>David I. Berl</td><td>SHAW KELLER LLP</td></tr>
<tr><td>Adam D. Harber</td><td>I.M. Pei Building</td></tr>
<tr><td>Thomas S. Fletcher</td><td>1105 North Market Street, 12th Floor</td></tr>
<tr><td>Shaun P. Mahaffy</td><td>Wilmington, DE 19801</td></tr>
<tr><td>Andrew L. Hoffman</td><td>(302) 298-0700</td></tr>
<tr><td>Matthew W. Lachman</td><td>jshaw@shawkeller.com</td></tr>
<tr><td>Ricardo Leyva</td><td>kkeller@shawkeller.com</td></tr>
<tr><td>Arthur J. Argall III</td><td>nhoeschen@shawkeller.com</td></tr>
<tr><td>Falicia Elenberg</td><td></td></tr>
<tr><td>Kathryn Larkin</td><td>*Attorneys for Plaintiffs*</td></tr>
<tr><td>WILLIAMS & CONNOLLY LLP</td><td></td></tr>
<tr><td>680 Maine Avenue S.W.</td><td></td></tr>
<tr><td>Washington, DC 20024</td><td></td></tr>
<tr><td>(202) 434-5000</td><td></td></tr>
</table>

Andrei Iancu
Jeffrey B. Wall
Sullivan & Cromwell LLP
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006
(202) 956-7500

*Attorneys for Plaintiff Genevant
Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500

*Attorneys for Plaintiff Arbutus
Biopharma Corporation*

Dated: December 16, 2025

4