## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. <br>———————————————————<br> MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 22-252-JDW |

### EXHIBITS G, H, K-N, Q AND T TO THE
### DECLARATION OF MARK C. MCLENNAN IN SUPPORT OF
### MODERNA'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF
### CATHARINE LAWTON, GEORG SCHUSTER, PH.D., MICHAEL MITCHELL, PH.D,
### PETER J. PITTS, AND ALEX M. BRILL

I, Mark C. McLennan, hereby declare and state as follows:

1.  I am over the age of eighteen and, if called as a witness, could competently testify to the matters set forth herein.

2.  I am an attorney at Kirkland & Ellis LLP, and counsel to Defendants and Counterclaim-Plaintiffs Moderna, Inc. and ModernaTX, Inc. ("Moderna") in this matter.

3.  I make this declaration in support of Moderna's *Daubert* Motion to Exclude the Expert Opinions of Catharine Lawton, Georg Schuster, Ph.D., Michael Mitchell, Ph.D., Peter J. Pitts, and Alex. M. Brill.

4.   Attached as Exhibit G is a true and correct copy of the November 24, 2024 Opening Expert Report of Dr. Georg Schuster of Coriolis Pharma.

5.   Attached as Exhibit H is a true and correct copy of the April 11, 2025 Deposition Transcript of Georg Schuster, Ph.D.

6.   Attached as Exhibit K is a true and correct copy of the August 4, 2025 Third Sur-Reply Expert Report of Robert Prud'Homme, Ph.D.

7.   Attached as Exhibit L is a true and correct copy of the August 6, 2025 Deposition Transcript of Georg Schuster, Ph.D.

8.   Attached as Exhibit M is a true and correct copy of the February 14, 2025 Rebuttal Expert Report of Peter J. Pitts.

9.   Attached as Exhibit N is a true and correct copy of the February 14, 2024 [*sic*] Responsive Expert Report of Alex M. Brill.

10. Attached as Exhibit Q is a true and correct copy of a September 18, 2024 presentation by Georg Schuster to counsel for Plaintiffs bearing bates GENV-01102754 through GENV-01102787.

11. Attached as Exhibit T is a true and correct copy of the April 30, 2025 Deposition Transcript of Michael Mitchell, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


EXECUTED in New York, New York, this 7th day of November 2025.

*/s/ Mark C. McLennan*
Mark C. McLennan

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 16, 2025, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs Arbutus Biopharma*<br>*Corporation and Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Adam R. Brausa, Esquire<br>Eric C. Wiener, Esquire<br>Annie A. Lee, Esquire<br>Shaelyn K. Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>*Attorneys for Plaintiff Arbutus Biopharma*<br>*Corporation* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543<br>*Attorneys for Plaintiff Arbutus Biopharma*<br>*Corporation* | *VIA ELECTRONIC MAIL* |

David N. Tan, Esquire                                    *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

David I. Berl, Esquire                                   *VIA ELECTRONIC MAIL*
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Shaun P. Mahaffy, Esquire
Andrew L. Hoffman, Esquire
Matthew W. Lachman, Esquire
Ricardo Leyva, Esquire
Arthur J. Argall III, Esquire
Falicia Elenberg, Esquire
Kathryn Larkin, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

Andrei Iancu, Esquire                                    *VIA ELECTRONIC MAIL*
Jeffrey B. Wall, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
*Attorneys for Plaintiff Genevant Sciences GmbH*

                                        */s/ Travis J. Murray*

                                        _____
                                        Travis J. Murray (#6882)