# EXHIBIT K

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252-JDW<br><br>**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES BY MODERNA** |

**THIRD SUR-REPLY EXPERT REPORT OF ROBERT PRUD'HOMME, PHD**

Dated: August 4, 2025

*Robert K Prudhomme*

## I.    INTRODUCTION

1.    My name is Robert Prud'homme, and I previously submitted five expert reports in this proceeding. Specifically, in my Rebuttal Report, submitted on February 14, 2025, my Sur-Reply Report, submitted April 9, 2025, and my Second Sur-Reply Report, submitted April 15, 2025, I expressed certain opinions regarding the infringement opinions presented by Plaintiffs' expert Dr. Schuster in his opening and reply reports.

2.    My education, experience, qualifications, compensation, and previous expert testimony are set forth in Section II of my Opening Expert Report. I incorporate that information by reference herein.

3.    I reserve the right to supplement, change, clarify, or modify my opinions should additional information or documentation become available to me. I also reserve the right to create graphics for use in any hearing or trial testimony.

## II.    MATERIALS CONSIDERED

4.    In my Rebuttal Report dated February 11, 2025, I responded to the Opening Reports of Plaintiffs' experts Dr. Mitchell and Dr. Schuster, both dated November 24, 2024, regarding testing of samples of Moderna's COVID-19 Vaccine samples that Dr. Schuster and his lab Coriolis conducted.

5.    Dr. Schuster's Opening Report discussed the testing methods for (1) fractionation by ultracentrifugation (which Dr. Schuster used to purportedly separate the samples into fractions) and (2) subsequent lipid content testing that he used to measure the lipid content of the newly made "fractions" of samples of Moderna's COVID-19 Vaccine (the "**Disclosed Testing**").

6.    During Dr. Schuster's deposition on April 11, 2025, he testified that he had conducted earlier rounds of testing to design the test methods used for fractionation and lipid

2

content testing, which was not disclosed in his Opening Report ("**Undisclosed Testing**"). Schuster Tr. at 86:7-89:11, 94:3-98:23, 105:9-106:17, 231:4-12.

7.    In my Second Sur-Reply Report, I provided initial opinions on the earlier rounds of testing based on Dr. Schuster's testimony, though I did not have access to the information and documentation for the Undisclosed Testing which Plaintiffs had not yet produced.

8.    Dr. Schuster also testified that he and his colleagues at Coriolis generated additional documentation during the testing that he did disclose in his Opening Report (the Disclosed Testing), including images and "dockets" which document experiments. Schuster Tr. at 72:5-73:1, 116:25-117:19, 230:23-234:12.

9.    I understand Moderna asked the Court to compel production of the documentation of the Undisclosed Testing and the additional documentation of the Disclosed Testing, and that the Court ordered they be produced. I understand that additional documents were produced in July 2025 by Plaintiffs.

10.    In this Sur-Reply report, I provide additional opinions on Dr. Schuster's analysis, testing, and protocols, responding to information learned as a result of the newly produced documents. As well as reviewing the newly produced documents, I reviewed a spreadsheet with file name metadata from the newly produced files.

11.    I reserve the right to supplement, change, clarify, or modify my opinions should additional documentation later be produced or in response to Plaintiffs' experts on these issues, including any deposition testimony from Dr. Schuster.

## III.    SUMMARY OF OPINIONS

12.    In my earlier Rebuttal Report, I explained that the analytical methods used by Dr. Schuster to assess the lipid composition of Moderna's COVID-19 vaccine are not reliable for determining whether the vaccine infringes the asserted patents. Dr. Schuster's methodologies,

3

including his use of liquid chromatography-charged aerosol detection (LC-CAD) and ultracentrifugation, do not measure the properties of individual lipid nanoparticles (LNPs), but rather provide aggregate measurements from large populations of particles. Since the Molar Ratio Patents,[1] according to Plaintiffs' view of the claims, require measurement of lipid content at the level of individual particles, in my opinion Dr. Schuster's data cannot support a finding of infringement.

13.    In my earlier Rebuttal Report, I also pointed out that Dr. Schuster's protocols for LC-CAD differ in significant ways from Moderna's validated and FDA-accepted protocols. Dr. Schuster used different instruments, columns, and standards without demonstrating equivalency, and did not use the reference standards provided by Moderna. These differences introduce the risk of inaccurate or biased results, especially since Dr. Schuster did not validate his methods against Moderna's established procedures.

14.    Additionally, I have provided opinions that Dr. Schuster's testing was performed on expired or nearly expired vaccine samples, which are not representative of the commercial product at the time of manufacture, sale, or use. The data indicate that the properties of the lipid nanoparticles, including particle size and composition, change over time and with the stress of sample preparation and processing steps like ultracentrifugation.

15.    These issues, combined with the use of aggregate rather than single-particle measurements, lead me to conclude that Dr. Schuster's results do not provide evidence of alleged patent infringement by Moderna's COVID-19 vaccine.

---

[1]    In my earlier reports, I referred to the '069, '359, '668, '435 and '378 patents as the Molar Ratio Patents. I understand that now only on the '359, '435 and '378 patents are asserted from this family of Molar Ratio Patents, after Plaintiffs dropped the '069 and '668 patents as part of the Court's case narrowing order.

16.    In my opinion, the newly produced documents from the Undisclosed Testing reveal that Dr. Schuster's protocols for ultracentrifugation and lipid content analysis were not "standard" as he originally claimed, but rather the result of extensive, customized optimization that was not disclosed in his initial reports. The choice of parameters—such as centrifugation speed, duration, and sample medium—directly influenced the measured lipid ratios, and confirm that the ultracentrifugation method changes the measurement of the LNPs' lipid content, either by changing the LNPs themselves and altering the lipid content, or by affecting the measurement of the lipid content in a way that alters the results. It is clear from Dr. Schuster's Undisclosed Testing that changing parameters changes the LNPs, and he chose the parameters that created the highest proportion of what Plaintiffs consider to be "infringing" fractions.  Additionally, the calibration of the lipid content measurement methods were changed in unexplained ways which impacted the reported results. The newly disclosed documents showing that Dr. Schuster's methods changed the LNPs and the reported lipid content results provide further evidence that such testing does not inform a POSA as to the lipid content of any single LNP in the composition, which further supports my indefiniteness opinions in my Opening and Reply Reports (*see, e.g.* Reply Section VII.A.1).

17.    In addition, the newly produced documents from the Disclosed Testing reveal further evidence that the testing Dr. Schuster performed on Moderna's samples (particularly the expired samples) was flawed and unreliable for the reasons explained below. For example, visual and documentary evidence from the experiments, including images showing precipitate formation and turbidity in the samples, was not mentioned or explained in Dr. Schuster's Reports despite his protocol requiring observation for turbidity, and despite its relevance to the interpretation of the data. These omissions, along with contradictory results for identical samples and failures in system suitability tests, show that the experimental methods themselves altered the LNPs or otherwise

failed to accurately measure their composition. Collectively, these issues confirm Dr. Schuster's testing lacked reliability and was not suitable for assessing alleged infringement.

## IV.    DETAILED OPINIONS

### A.    Documents Relating to Undisclosed Testing

#### 1.    Dr. Schuster's Presentations to Plaintiffs' Counsel Regarding the Design of his Methods (GENV-01102731, GENV-01102754)

18.    Dr. Schuster produced two PowerPoint presentations that describe Dr. Schuster's design of the methods related to (1) fractionation of LNP samples and (2) lipid content analysis. *See* GENV-01102731 (dated Aug. 22, 2024), GENV-01102754 (dated Sep. 18, 2024). The cover slides of both presentations state that they were prepared for "Genevant Sciences, Roivant Sciences and And Williams & Connolly LLP." GENV-01102731 at 731; GENV-01102754 at 754. I understand that Williams & Connolly is Genevant's counsel in this matter. Both presentations note that they include "update for optimization of LC-CAD LNP separation and quantification method." GENV-01102731 at 734; GENV-01102754 at 757.[2]

19.    One of the presentations includes a disclaimer that "Spikevax samples used in this study for method development, optimization and qualification are non-litigation samples, are property of Coriolis Pharma and have been acquired before first contact with W&C." GENV-01102754 at 755. This material does not explain about how and where Dr. Schuster and his team obtained samples of Moderna's COVID-19 Vaccine, whether those samples were pre- or post-

---

[2]    There is a significant amount of redacted material in these presentations. *See, e.g.*, GENV-01102754 at 762, 765, 766, 768, 772, 773, 775, 778, 779, 780, 782, 783, 784, 785, 786; GENV-01102731 at 732, 733, 734, 735, 736, 737, 738, 740, 741, 745, 748. These redactions often appear on slides that present results of data. For example, on the slides showing molar ratio percent calculations in fractions resulting from different fractionation methods used, part of the material redacted appears to include notes about the data—information is redacted for the descriptions of asterisks that indicate something about the data or test. *See, e.g.*, GENV-01102754 at 780–785.

expiration, their storage conditions (including whether they were maintained at appropriate temperatures), and if they were appropriate for testing or method development.

20.    These presentations describe the development of Dr. Schuster's testing method for (1) separating the LNPs by ultracentrifugation, (i.e. fractionation), and (2) measuring the average lipid content of the LNPs in those fractions. Below I describe my opinions regarding the development of both methods.

21.    Regarding the "separation" method, these documents confirm that Dr. Schuster and his team varied the speed of ultracentrifugation (from 10,000 to 14,000 rpm), the duration of ultracentrifugation (4 to 6 hrs) the concentration of $D_2O$ (25% v/v to 50% v/v), the volume of sample (from 420 to  630 µL), and the addition of sucrose. *See, e.g.*, GENV-01102754 at 759–760.

22.    Dr. Schuster's Opening Expert Report states that he used the following parameters for the ultracentrifugation:

- run time (i.e. duration): 6:00 h (Schuster Opening Report ¶ 43)

- speed: 10,000 rpm (Schuster Opening Report ¶ 43)

- concentration of $D_2O$: 25% v/v (Schuster Opening Report ¶ 41, "Mixture of 25% $D_2O$ and 75% LNP sample")

- volume of sample: 630 µL (Schuster Opening Report ¶¶ 39–41, taking 840 µL of 75% v/v LNP sample)

- the addition of sucrose: with sucrose, or PBS alone (Schuster Opening Report ¶¶ 39–41)

23.    Dr. Schuster did not disclose that he tested and compared different options of each of these ultracentrifugation parameters in his Opening Report. Instead, he opined that he used a "standard" method, stating that:

> Standard ultracentrifugation settings used by Coriolis were employed for this method and align well within the speed and run times used in the field. *See, e.g.*, Henrickson 2021 at 5072 (using

7

centrifugation speeds for LNP samples between 12 and 14 krpm at 20 °C); Wheeler 1999 at 274 (using 160,000 g to centrifuge SPLPs); Vaidya 2024 at 5572 (describing ultracentrifugation of LNPs at 35,000 rpm for 1-3 hours and then reduced speed of 15,000-18,000 rpm for longer run times); Leung 2012 at 18442 (describing centrifugation of LNPs at 39,000 rpm for 18 h.); Guerrini 2024 at 5723 (describing how samples were spun at 10,000 rpm at a nominal temperature of 20 ◦C.); Bepperling 2023 at 395 (using 20,000 rpm or 14,000 rpm for 5 hours at 20 °C to centrifuge LNPs).

Schuster Opening Report at ¶ 43, n.28. Based on the newly produced documents from the Undisclosed Testing, the method he selected was not "standard," and was a completely customized test procedure that does not merely replicate what was described in the literature. There is nothing in the Molar Ratio Patents describing the test methods that Dr. Schuster reported using in the Undisclosed Testing, let alone how to optimize each setting. *See, e.g.* '435 Patent.

24.    Dr. Schuster's presentation shows a comparison of lipid molar ratios resulting from the different fractionation methods. *See, e.g.*, GENV-01102754 at 778–779 (bar charts comparing lipid molar ratio results), 780–785 (data tables comparing lipid molar ratio results). The different combinations of parameters in the ultracentrifugation method appear to be referred to by "Rotor Set" 1, 2, 4, or 5, as well as specifying whether sucrose at 1% was added for each of those four Rotor Set. GENV-01102754 at 59–60 (describing parameters for Rotor Set #1, 2, 4, 5). The presentation also gives these conditions an "R" number, e.g. R1, R2, R4, R5 (GENV-01102754 at 78):

- R1 = rotor set 1. 10'000 rpm. 6h, low LNP conc

- R2 = rotor set 2. 14'000 rpm. 4h, high LNP conc

- R4 = rotor set 4. 10'000 rpm. 6h, high LNP conc

- R5 = rotor set 5. 14'000 rpm. 4h, low LNP conc

25.    The conditions that Dr. Schuster ultimately chose to employ in the Disclosed Testing (*see* ¶ 22 above) correspond to "Rotor Set 4" without sucrose in the presentation.

8

26.     The presentation in GENV-01102754 appears to show the same sample no. 200032A being tested across all four Rotor Set #s, with and without sucrose at 1%. GENV-01102754 at 59–60; *see also* GENV-01102704 (spreadsheet referring to "R4_PBS," "R4_1%Sucrose," "R5_PBS," "R5_1%Sucrose" all of which utilized sample 200032A); GENV-01102713 at sheet "ROCW002_WP1_Rotor_Set1_PBS-Raw" (referring to "R1" and "R2" utilizing sample 200032).

27.     Sample No. 200032A is described by Dr. Schuster as "Sample lot 200032A (non-litigation sample, Coriolis owned sample)." GENV-01102776. According to Moderna's certificate of analysis for this batch, the lot was made August 9, 2022 and expired May 9, 2023. Dr. Schuster's experiments appear to have been conducted in September 2024, indicating the samples were expired for over one year. *See* GENV-001102754 at 54 (presentation dated "18 Sep. 2024), at 71 (samples with injection names containing "20240911"). For the reasons explained in my Rebuttal Report, testing of such expired samples is not reliable and not an accurate representation of the product upon manufacture and pre-expiry. *See, e.g.*, Prud'homme Rebuttal Report at § X.D.2.b.

28.     Dr. Schuster's presentation shows when he tested the same sample under eight different sets of conditions (four Rotor Set #s, with and without sucrose at 1%), he observed different lipid molar ratios across the fractions. *See, e.g.*, GENV-01102754 at 778–779 (bar charts comparing lipid molar ratio results), 780–785 (data tables comparing lipid molar ratio results). For example, the minimum and maximum mol% of each of the four lipids across the eight conditions are not consistent. In Rotor Set 4 without 1% sucrose, the fraction with the lowest SM-102 measured 39.006 mol% whereas for Rotor Set 5 without 1% sucrose, the fraction with the lowest SM-102 measured 34.886mol%, a difference of approximately 4 mol%. GENV-01102754 at 81.

9

29.     Additionally, by changing the parameters, Dr. Schuster was changing the number of fractions that literally meet certain claim limitations (according to Dr. Mitchell), indicating that the method is changing the reported lipid content results.[3] For example, as seen below, of the four different sets of parameters (R4 and R5 with and without 1% sucrose), R4 without 1% sucrose (top left table) shows 4 fractions that have less than 2.499 mol% of PEG-lipid and more than 49.5mol% cationic lipid (which correspond to Dr. Mitchell's interpretation of '435 Patent Claim 8, for example), whereas each of the other three sets of parameters (top right, bottom left, and bottom right table) had 3 such fractions.[4] GENV-01102754 at 81. When reviewing each of the sets of parameters Dr. Schuster tried (GENV-01102754 at 80–85), R4 without 1% sucrose as shown in top left of GENV-01102754 at 81 appears to show the *most* fractions that meet Dr. Mitchell's interpretation of '435 Patent Claim 8. *See* GENV-01102754 at 81 (below, with highlighting added), and this is the method that Dr. Schuster ultimately chose to use in his Opening Report (*see* ¶ 22 above). In other words, Dr. Schuster chose the method that created the most infringing fractions (according to Dr. Mitchell's analysis of the claims).

---

[3]     As discussed in my Rebuttal Report, based on Plaintiffs' position that the Molar Ratio Patents' asserted claims require the measurement of the lipid molar ratio of a single lipid particle, the fractionation data showing the purported lipid molar ratio of *many* LNPs in each fraction does not show infringement, of the formulation as a whole or of any individual fraction. *See, e.g.*, Prud'homme Rebuttal Report at p. 142 n.23; ¶¶ 352–357.

[4]     Where Dr. Schuster included two rows for one fraction, denoted as _01 and _02, e.g. as he did for fractions 6 and 7, I only counted these as one fraction. From the bullets on the right hand side of the slide, I understand these two rows represent different injection volume (10 or 15 µl) for the same fraction.

### Fraction testing molar ratios – data table

\* one or more lipids below 20% standard ■ ▬▬▬▬▬

R4 = rotor set 4. 10'000 rpm. 6h, high conc.   R5 = rotor set 4. 14'000 rpm. 4h, low conc.

| | Molar ratio [%] | | | | | Molar ratio [%] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | PEG2000-DMG | Cholesterol | DSPC | SM-102 | | PEG2000-DMG | Cholesterol | DSPC | SM-102 |
| F01_R4_PBS * | 1.317 | 52.024 | 7.653 | 39.006 | F01_R5_PBS * | 1.338 | 56.734 | 7.043 | 34.886 |
| F02_R4_PBS * | 1.401 | 53.877 | 7.764 | 36.958 | F02_R5_PBS * | 1.622 | 58.114 | 7.798 | 32.466 |
| F03_R4_PBS * | 1.406 | 46.014 | 8.192 | 44.388 | F03_R5_PBS* | 1.627 | 42.964 | 8.867 | 46.542 |
| F04_R4_PBS | 1.543 | 40.914 | 9.195 | 48.348 | F04_R5_PBS | 1.845 | 37.467 | 9.952 | 50.737 |
| F05_R4_PBS | 1.775 | 37.866 | 9.950 | 50.409 | F05_R5_PBS | 2.019 | 35.751 | 10.494 | 51.737 |
| F06_R4_PBS_01 | 2.061 | 34.982 | 11.136 | 51.820 | F06_R5_PBS_01 | 2.345 | 34.610 | 11.168 | 51.877 |
| F06_R4_PBS_02 | 2.091 | 34.387 | 10.952 | 52.570 | F06_R5_PBS_02 | 2.268 | 35.299 | 11.370 | 51.063 |
| F07_R4_PBS_01 | 2.378 | 35.656 | 11.569 | 50.397 | F07_R5_PBS_01 | 2.507 | 35.059 | 12.763 | 49.671 |
| F07_R4_PBS_02 | 2.483 | 36.189 | 11.107 | 50.221 | F07_R5_PBS_02 | 2.594 | 35.756 | 13.002 | 48.649 |
| F08_R4_PBS_01 | 2.429 | 35.194 | 12.818 | 49.559 | F08_R5_PBS_01 | 2.398 | 36.641 | 13.120 | 47.841 |
| F08_R4_PBS_02 | 2.616 | 34.825 | 13.003 | 49.556 | F08_R5_PBS_02 | 2.361 | 35.958 | 13.299 | 48.381 |
| F09_R4_PBS | 2.620 | 37.327 | 14.393 | 45.659 | F09_R5_PBS* | n.a. | n.a. | n.a. | n.a. |
| F10_R4_PBS | 2.018 | 43.473 | 13.045 | 41.463 | F10_R5_PBS | 1.821 | 44.311 | 11.349 | 42.518 |

| | Molar ration [%] | | | | | Molar ration [%] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | PEG2000-DMG | Cholesterol | DSPC | SM-102 | | PEG2000-DMG | Cholesterol | DSPC | SM-102 |
| F01_R4_1%Sucrose * | 1.232 | 51.440 | 7.474 | 39.854 | F01_R5_1%Sucrose* | 1.991 | 52.326 | 7.419 | 38.265 |
| F02_R4_1%Sucrose * | 1.392 | 49.789 | 8.124 | 40.695 | F02_R5_1%Sucrose* | 1.426 | 51.466 | 7.706 | 39.402 |
| F03_R4_1%Sucrose | 1.550 | 42.744 | 9.167 | 46.540 | F03_R5_1%Sucrose | 1.544 | 42.032 | 9.031 | 47.393 |
| F04_R4_1%Sucrose | 1.715 | 38.851 | 9.956 | 49.478 | F04_R5_1%Sucrose | 1.860 | 36.622 | 10.167 | 51.352 |
| F05_R4_1%Sucrose | 1.830 | 36.896 | 10.497 | 50.777 | F05_R5_1%Sucrose | 2.006 | 34.798 | 10.774 | 52.422 |
| F06_R4_1%Sucrose_01 | 2.176 | 34.674 | 11.268 | 51.882 | F06_R5_1%Sucrose_01 | 2.428 | 34.376 | 11.406 | 51.790 |
| F06_R4_1%Sucrose_02 | 2.393 | 34.306 | 10.861 | 52.440 | F06_R5_1%Sucrose_02 | 2.519 | 34.611 | 11.970 | 50.901 |
| F07_R4_1%Sucrose_01 | 2.483 | 34.641 | 11.976 | 50.900 | F07_R5_1%Sucrose_01 | 2.599 | 34.578 | 12.989 | 49.833 |
| F07_R4_1%Sucrose_02 | 2.691 | 34.700 | 11.994 | 50.614 | F07_R5_1%Scurose_02 | 2.609 | 34.625 | 12.994 | 49.773 |
| F08_R4_1%Sucrose_01 | 2.585 | 33.160 | 13.348 | 50.908 | F08_R5_1%Sucrose_01 | 2.616 | 35.682 | 14.435 | 47.268 |
| F08_R4_1%Sucrose_02 | 2.687 | 33.780 | 13.528 | 50.005 | F08_R5_1%Sucrose_02 | 2.564 | 34.926 | 14.345 | 48.165 |
| F09_R4_1%Sucrose | 2.643 | 35.416 | 14.875 | 47.066 | F09_R5_1%Sucrose* | 3.393 | 49.825 | 18.155 | 28.628 |
| F10_R4_1%Sucrose | 1.719 | 45.531 | 11.040 | 41.710 | F10_R5_1%Sucrose | 1.653 | 48.207 | 10.274 | 39.867 |

**Analytical test sequence 2:**
- calibration range 15 – 250%
- PEG quantification via peak height
- Injection volume for all fractions 15µl
- Additional injection of 10µl for F06 – F08
- FOX_01 refers to 10 µl injection
- FOX_02 refers to 15 µl injection

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

GENV-01102781

30. Dr. Schuster did not describe using 1% sucrose as an alternative parameter in his Opening Report. This is a significant omission because among the samples ultracentrifuged using R4 conditions (i.e. the conditions he chose), the samples containing 1% sucrose had fewer fractions meeting Dr. Mitchell's interpretation of '435 Patent Claim 8 for than those without sucrose (3 fractions containing sucrose, as opposed to 4 fractions without sucrose).

31. Dr. Schuster's presentations do not explain why he chose the protocol that he used in his Disclosed Testing. However, Dr. Schuster used a sample of Moderna's COVID-19 Vaccine and compared the molar ratios under each method in order to determine which method to use. *See, e.g.,* GENV-01102754 at 775. As shown in Dr. Schuster's materials and as explained below, these parameters, alone or in combination, affect the lipid content data generated by the method. As I noted in my Second Sur-Reply Report, the fact that Dr. Schuster went through this parameter screening process, which purportedly resulted in changes being made to the protocol, underscores the fact that ultracentrifugation is not a routinely used technique in the lipid nanoparticle field. His

extensive screening to find conditions that gave the most favorable results he sought demonstrate that, in contrast his assertion, these are not "standard ultracentrifugation settings," nor standard "speed and run times used in the field." Schuster Opening Report at ¶ 43, n.28. Given that Dr. Schuster is testing the *same* sample, the fact that he is observing different lipid content values calls into question whether the method is changing the particles and therefore changing the results, or, whether the results report on the experimental conditions chosen, rather than on the composition of the sample being tested.

32.    Regarding the lipid content testing, Dr. Schuster's slides show various calibration curves. *See, e.g.*, GENV-01102754 at 764–771. Calibration curves are used to determine the concentration of an unknown sample. As part of the calibration process, calibration sets with known concentrations are prepared and tested. The results from the calibration set are used as comparators to the results from the unknown sample. Thus, the concentration of the unknown sample can be predicted based on the results from the standards in the calibration set. To yield more accurate predictions for the unknown sample, the concentration of that sample should fall within the concentrations of the standards in the calibration set. Different ranges of concentrations for the standards can be used to accommodate the concentration of the unknown sample. Dr. Schuster's slides show that he increased the calibration range "by addition of 15%, 20% and 250% standard." *See, e.g.*, GENV-01102754 at 758; *see also id.* at 767–771 (showing the calibration target concentrations used for different lipids). As shown in his results, the calibration curve most closely fits the experimental data from which it is determined over some range. For the calibration data he presents (GENV-01102755, slide 11 for SM-102) the fitting curve is optimized around 0.5 mg/ml SM-102). The calibration fitting deviates significantly if the sample has a concentration above 1.2 mg/ml – note that the concentration of SM-102 in the Moderna product is 2.0 mg/ml.

Also, below 0.05 mg/ml, the calibration curve deviates significantly. I also note that several of the analyses from Dr. Schuster's data on layers taken from the UC gradient tubes are measured to be below 0.05 mg/ml, e.g. including 0.0155 mg/ml. GENV-01102696 at Sheet "Samples Seq1" (for Sample 010L21A_F1). Therefore, the reported experimental results are open to considerable error.

33.    Dr. Schuster's calibration results also show that he "disabled" some of the calibration ranges that were originally generated. *See, e.g.*, GENV-01102754 at 767–771. Disabling the calibration standards can affect the results when determining the concentration of an unknown sample. Enabling or disabling some of the calibration ranges is likely to impact the final reported results, which are determined based on the calibration curves.

34.    To determine concentrations, Dr. Schuster used LC-CAD. Concentration can be calculated based on the area of the peak from the LC-CAD results or from the height of a peak from the LC-CAD results. Dr. Schuster used different calculation methods for PEG-DMG depending on which fractionation approach he tried. *See, e.g.*, GENV-01102754 at 758, 764, 765, 767, 768. However, he used peak area for calculating the concentrations of cholesterol, DSPC, and SM-102. *See, e.g.*, GENV-01102754 at 764.

35.    The slides dated August 22, 2024, describe "updates for optimization of LC-CAD LNP separation and quantification method." GENV-01002731. These slides largely cover the LC-CAD method. The slides refer to "transfer" of ROCW001 "final method" which indicates a previous method ROCW001 had been developed. The earlier ROCW001 method is referred to in GENV-01002731 at 50–53, but not mentioned in Dr. Schuster's Opening Report.

36.    The slides on the earlier ROCW001 method indicate that Dr. Schuster tried altering the temperature of the evaporation column and watched how it altered the peaks of the four lipid components, as shown below (GENV-01002731 at 51):

13



CAD parameter optimization – evaporation temperature 25 °C – 35 °C

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

GENV-01102751

37.    As can be seen from the above slide, it appears that higher temperatures lead to taller and larger peaks of SM-102. In other words, increasing the temperature to 35°C increased the peak height and area. Dr. Schuster's method that he ultimately used for the Disclosed Testing was 35°C (Ex. J at 21, Schuster Opening Report), indicating the chose the method that resulted in the highest SM-102 peaks. No scientific explanation for selecting this temperature is given on the slide.  GENV-01002731 at 51. Dr. Schuster did not mention altering the evaporation temperature in his report.

38.    Regarding the development of the ROCW002 method, which appears to be the second version, the slides refer to the variation of column temperature, alternative columns, flow path, rates, gradients, as part of the optimization of the method. GENV-01002731 at 35.

39.    At slide 6, based on the figures, it appears that oxidized SM102 and DSPC elute at same location. Particularly where Dr. Schuster was testing expired samples, this would likely skew

14

his results upwards when determining the amount of SM-102. There appears to be a side peak of SM-102 that might account for +/- 5% of the main SM-102 peak.



40.     These slides provide evidence that impurities appear to co-elute with other peaks. *See, e.g.,* GENV-01002731 at 742–744. Further, the diagram below at GENV-01002731 at 761 refers to the "optimized method" for generating chromatograms, and shows that peak shoulders were observed for PEG2000-DMG which are outside of the red-shaded area. If those were excluded from the calculation of the PEG2000-DMG concentration measurements, without knowing what the peak shoulders comprised, that would result in undercounting the amount of PEG2000-DMG in the composition.

15



Exemplary chromatogram for optimized method and used integration scheme

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

8

GENV-01102761

### 2.    GENV-01102696 –Method Optimization Data from Undisclosed Testing

41.    GENV-01102696 is a spreadsheet that contains testing that was not reported in his Opening Report. For example, the sheet titled "Molar Ratio % for Report" contains samples which Dr. Schuster addressed in his report, but it appears to contain additional and inconsistent test results that were not disclosed in the Opening Report.

42.    For example, for Lot 010L21A (also referred to as Sample No. B-11 in Dr. Schuster's Report), the following excerpt of data from that sheet in GENV-01102696 shows two sets of fractionation testing and lipid content testing were performed. One is labelled "backup_fraction."

| Sample | PEG2000-DMG [%] | Cholesterol [%] | DSPC [%] | SM-102 [%] |
|---|---|---|---|---|
| 010L21A_F01 | 1.8 ± 0.1 | 36.5 ± 0.3 | 9.3 ± 0.1 | 52.4 ± 0.2 |
| 010L21A_F02 | 1.9 ± 0.1 | 36.8 ± 0.5 | 9.9 ± 0.3 | 51.3 ± 0.8 |
| 010L21A_F03 | 1.7 ± 0 | 35.1 ± 0.4 | 9.3 ± 0.1 | 53.9 ± 0.4 |
| 010L21A_F04 | 1.8 ± 0 | 33.9 ± 0.2 | 9.4 ± 0.1 | 54.9 ± 0.2 |
| 010L21A_F05 | 2 ± 0 | 33.9 ± 0.2 | 9.3 ± 0 | 54.8 ± 0.2 |
| 010L21A_F06 | 2.4 ± 0 | 35.4 ± 1.2 | 9.9 ± 0.1 | 52.3 ± 1.1 |
| 010L21A_F07 | 2.5 ± 0 | 37 ± 1.2 | 10.3 ± 0.1 | 50.2 ± 1.1 |
| 010L21A_F08 | 2.7 ± 0 | 38.8 ± 1 | 11.1 ± 0.1 | 47.4 ± 0.8 |
| 010L21A_F09 | 2.6 ± 0.1 | 41.8 ± 1 | 11.6 ± 0.2 | 44.1 ± 0.9 |
| 010L21A_F10 | 2.4 ± 0.1 | 41.7 ± 1.1 | 12.8 ± 0.2 | 43.1 ± 0.9 |
| 010L21A_native_2-fold | 7.4 ± 0.7 | 16.6 ± 1.1 | 2.2 ± 1.3 | 73.8 ± 1.6 |

| Sample | PEG2000-DMG [%] | Cholesterol [%] | DSPC [%] | SM-102 [%] |
|---|---|---|---|---|
| 010L21A_backup_fraction_F01 | 1.4 ± 0 | 37.4 ± 0.9 | 9.2 ± 0.2 | 52 ± 1 |
| 010L21A_backup_fraction_F02 | 1.7 ± 0 | 37.3 ± 0.6 | 9.6 ± 0 | 51.4 ± 0.6 |
| 010L21A_backup_fraction_F03 | 1.7 ± 0.1 | 37 ± 0.8 | 9.7 ± 0.2 | 51.5 ± 0.6 |
| 010L21A_backup_fraction_F04 | 1.8 ± 0 | 35.3 ± 0.6 | 9.6 ± 0.1 | 53.3 ± 0.5 |
| 010L21A_backup_fraction_F05 | 1.9 ± 0 | 34.6 ± 1 | 9.6 ± 0.1 | 54 ± 0.9 |
| 010L21A_backup_fraction_F06 | 2.1 ± 0.1 | 35 ± 1.2 | 9.7 ± 0.2 | 53.2 ± 1 |
| 010L21A_backup_fraction_F07 | 2.2 ± 0 | 36.6 ± 1.2 | 10.4 ± 0.1 | 50.7 ± 1.1 |
| 010L21A_backup_fraction_F08 | 2.3 ± 0 | 38.6 ± 1.5 | 11.2 ± 0 | 47.9 ± 1.4 |
| 010L21A_backup_fraction_F09 | 2.3 ± 0 | 41.2 ± 0.5 | 11.5 ± 0.1 | 45 ± 0.5 |
| 010L21A_backup_fraction_F10 | 3.7 ± 0.2 | 50.2 ± 1 | 16.9 ± 0.4 | 29.2 ± 1.6 |
| 010L21A_backup_fraction_native | 5.2 ± 0.2 | 15.8 ± 0.8 | 5.2 ± 0.4 | 73.9 ± 1.3 |

43.     From what I can tell in reviewing his Opening Report describing Lot 010L21A, the above testing data was not reported. On page 110 of Schuster's Opening Report, he includes the following table, which appears to report different data:

17

Tabulated results of molar ratios by LC-CAD for CMO LOT number "010L21A".

| Sample No. | Average molar ratio (%) | | | | SD molar ratio (%) | | | | RSD% molar ratio (%) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SM-102 | Choles terol | DSPC | PEG-DMG | SM-102 | Chole sterol | DSPC | PEG-DMG | SM-102 | Chole sterol | DSPC | PEG-DMG |
| Not-fractionated | 46.484 | 39.475 | 11.799 | 2.242 | 0.123 | 0.132 | 0.012 | 0.004 | 0.264 | 0.335 | 0.100 | 0.167 |
| Fraction 1 | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL |
| Fraction 2 | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL |
| Fraction 3 | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL | < QL |
| Fraction 4 | 51.776 | 35.796 | 10.691 | 1.737 | 0.185 | 0.145 | 0.092 | 0.026 | 0.357 | 0.405 | 0.861 | 1.495 |
| Fraction 5 | 51.983 | 35.317 | 10.714 | 1.986 | 0.145 | 0.198 | 0.060 | 0.011 | 0.278 | 0.561 | 0.563 | 0.575 |
| Fraction 6 | 50.723 | 35.970 | 10.995 | 2.311 | 0.096 | 0.108 | 0.045 | 0.018 | 0.188 | 0.300 | 0.407 | 0.798 |
| Fraction 7 | 48.741 | 37.211 | 11.518 | 2.530 | 0.159 | 0.226 | 0.062 | 0.008 | 0.326 | 0.608 | 0.536 | 0.317 |
| Fraction 8 | 44.932 | 40.394 | 12.116 | 2.558 | 0.098 | 0.044 | 0.065 | 0.028 | 0.219 | 0.108 | 0.534 | 1.096 |
| Fraction 9 | 42.537 | 42.130 | 12.732 | 2.602 | 0.098 | 0.048 | 0.070 | 0.017 | 0.230 | 0.115 | 0.553 | 0.637 |
| Fraction 10 | 41.501 | 42.667 | 13.665 | 2.167 | 0.273 | 0.192 | 0.090 | 0.019 | 0.657 | 0.451 | 0.658 | 0.899 |

44.     For example, the "Not Fractionated" sample in the Disclosed Testing in his Opening Report describes a composition with 2.242 mol% PEG and 46.484 mol% SM-102, whereas his Undisclosed Testing in GENV-01102696 describes the "native" (i.e. the non-fractionated) sample as having 5.2 mol% PEG and 73.8 mol% SM-102 for the "backup" and also describes 7.4 mol% PEG and 73.9 mol% SM-102 for test not labelled "backup."

45.     Additionally, lot 013H23 is referred to as Sample No. A-6 in Dr. Schuster's Report, page 92-93. In the same sheet in GENV-01102696, the "native" (unfractionated) sample is reported in cell B42 as having 2.5184 mol% PEG. Whereas in on page 90 of Dr. Schuster's Opening Report describing Lot 013H23A, the "Not Fractionated" sample is reported as having 2.428 mol% PEG. Dr. Schuster does not report the contradictory results in GENV-01102696.

46.     Given that Dr. Schuster is testing the same sample, the fact that he is measuring different lipid content values across the three tests calls into question whether the method is changing the particles and therefore changing the results, or whether any of his methods are able to accurately measure the results.

**B.      Analysis of Documents From the Disclosed Testing**

**1.      Images**

47.      Among the documents newly produced from Dr. Schuster were images presumably captured during the Disclosed Testing described in Dr. Schuster's Report. For example, during Dr. Schuster's deposition, he testified that photos were taken before and after the centrifugation of samples. Schuster Tr. 116:25-117:19. Below I document my opinions concerning these images.

48.      I noticed that several post-centrifugation sample images appear to show a thick layer of white precipitate on top of the solution in the ultracentrifuge tube that is not present before the ultracentrifugation process. For example, this can be seen by comparing GENV-01100491 and GENV-01100490 shown below:



| File Name: Sample 38_prior UC.jfif<br>GENV-01100491 | File Name: Sample 38_after UC.jfif<br>GENV-01100490 |
| --- | --- |

Based on the file names, photos were taken before (left photo) and after (right photo) ultracentrifugation, and the thick layer of precipitate appears only *after* ultracentrifugation (right photo). In my opinion the thick white layer on top of the tubes indicates that a phase-separation or substantial aggregation has taken place during the ultracentrifugation process. Analytical analysis would be required to confirm the composition of this layer—which Dr. Schuster does not appear to have performed—but based on the optical density and thickness of the layer, it must represent a significant amount of the LNP material.

49.     There are additional examples in the production showing similar thick layer of white precipitate near the top of the contents of the ultracentrifuge tube. *See, e.g.*, GENV-01100402; GENV-01100408; GENV-01100412; GENV-01100488; GENV-01100490; GENV-01100533; GENV-01100593; GENV-01100597; GENV-01100595; GENV-01100596; GENV-01100605; GENV-01100613; GENV-01100624; GENV-01100646; GENV-01100653.

50.     There are also images showing cloudy precipitate at the top of liquid where the tube has significantly less liquid. *See, e.g.*, GENV-01100591; GENV-01100602; GENV-01100635; GENV-01100657.

51.     Dr. Schuster does not mention the appearance of the thick precipitate anywhere in his Opening or Reply Reports, despite Coriolis employees taking these photographs, which is a significant omission.

52.     I also noticed that several images show samples in the ultracentrifuge tube showing turbidity, or cloudiness, in the solution, before and after ultracentrifugation. For example:



| File Name: Sample 37_prior UC.jfif<br>GENV-01100489 | File Name: Sample 37_after UC.jfif<br>GENV-01100488 |
| --- | --- |

Based on the file names of these documents, these appear to be images taken before (left photo) and after (right photo) ultracentrifugation. The distribution of the turbidity was altered by the centrifugation. *See also, e.g.*, ¶ 48 (showing GENV-01100491 (Sample 38_prior UC.jfif); GENV-01100490 (Sample 38_after UC.jfif)). The turbidity indicates the presence of visible LNP particles. Turbidity is proportional to concentration of particles, and varies with refractive index and size of the particles. For mRNA LNPs, turbidity is associated with aggregation. The absence of turbidity (visual scattering) is given as one of the acceptance criteria by Moderna for acceptable mRNA LNP samples. *See* Davidson 2024[5] at 8 ("Freeze/thaw stressed LNPs aggregated extensively as

---

[5]    Davidson, C. G., Abdulrahman, R., Punnabhum, P., Cairns, M., Rattray, N. J. W., Capomaccio, R., Treacher, K., Perrie, Y., & Rattray, Z. (2024). The use of orthogonal analytical approaches to profile lipid nanoparticle physicochemical attributes. *Nano Futures*, *8*(3), Article 035001.

expected from the DLS/NTA data with enhanced visual turbidity and precipitation"); *also* Moradi 2019[6] at 417 "In water-dispersed nanoparticles, the turbidity is a useful index for estimation of their stabilities, in which an increase in system turbidity can be related to the particle size growth as well as active compound destruction." It is known for LNP particles that particle size growth is associated with oxidation of lipids in the sample and "stress." The turbidity, indicating visible particles, very likely formed as a result of the sample handling, preparation, or treatment before the ultracentrifugation, or sample degradation.

53.     As shown in the images, the ultracentrifuge tubes for Sample 38 are labeled with "018D22A" and the tubes for Sample 37 are labeled with "019D22A." GENV-01100491 (Sample 38_prior UC.jfif); GENV-01100490 (Sample 38_after UC.jfif); GENV-01100489 (Sample 37_prior UC.jfif); GENV-01100488 (Sample 37_after UC.jfif). The 018D22A and 019D22A nomenclature refers to Sample (CMO) Lot Number. Both of these lots were expired at the time Dr. Schuster appeared to have tested them. MRNA-GEN-00465708 (Certificate of Analysis for Lot 018D22A, indicating manufacture date April 25, 2022, and expiry date January 25, 2023); MRNA-GEN-00465698 (Certificate of Analysis for Lot 019D22A, indicating manufacture date April 27, 2022, and expiry date January 27, 2023). The Certificates of Analysis for Lot 018D22A/Sample 38 and 019D22A/ Sample 37 also report that the "Appearance" was "essentially free of particulates," which indicates that the particulates seen in Dr. Schuster's sample images were not present when it was manufactured. MRNA-GEN-00465708 (Certificate of Analysis for Lot 018D22A); MRNA-GEN-00465698 (Certificate of Analysis for Lot 019D22A).

---

[6]    Moradi, S., Anarjan, N. Preparation and characterization of α-tocopherol nanocapsules based on gum Arabic-stabilized nanoemulsions. Food Sci Biotechnol 28, 413–421 (2019).

54.     The Coriolis protocol specifically called for the scientists to observe the samples post-ultracentrifugation for turbidity. For example, GENV-01102285 at 288 (highlighting added) provides the following:

> **V. Fractionation**
> 1. After the centrifugation is completed. Vent the vacuum to open the lid.
> 2. Carefully take out one basket at the time, and do not try to take out the rotor with all baskets. Avoid shaking the baskets or UC tubes.
> 3. Use tweezers to take the UC tube out of the basket.
> 4. Place the tube in a rack to collect the fractions. Use a dark background to observe the distribution of the LNP in the UC tube (turbidity).
> 5. Collect 10 fractions of 420 µL each one by using 1000-µL filter tips from the top of the UC tube (Top = Fraction1, Bottom= Fraction10) to 1.5-mL DNA lobind tubes.
> 6. To collect a fraction, place the tip slightly below the surface of the LNP solution and slowly aspirate the sample by slowly releasing the button

55.     Similarly, another protocol requires observation for post-ultracentrifugation turbidity. *See* GENV-01102152 (WP2 Protocol) at GENV-01102155.

56.     Despite Dr. Schuster and Coriolis' protocol specifically requiring monitoring for turbidity—confirming that turbidity was a meaningful concern they knew to monitor for—none of the samples above displaying turbidity were reported in Dr. Schuster's expert report. This further calls into question the reliability of Dr. Schuster's testing, as he did not report the observance of turbidity in the samples he and his colleagues tested.

57.     The black line in the photos appear to represent the location of the original $D_2O$ layer. In the tube prior to centrifugation, the diffuse turbid zone appears to be in the bottom third of the test tube. *See, e.g.* GENV-01100489, GENV-01100488. After centrifugation, the diffuse turbid band is located above the black line. The fluid at the bottom of the test tube, and in the top half of the test tube (apart from the white band noted previously) is clear, with very little scattering. These visual images are in direct conflict with the trends reported by Schuster in his opening report. See Table for Lot No. "023J23A" (page 82 of Schuster Opening Report). I note these trends are

observed for all of his tested samples, in addition to this specific example upon which I perform these calculations.

| Fraction Number | diameter (nm) | NTA number density (#/ml) | RT= expected observed relative turbidity, relative to scattering from sample at Fraction 6 (calculated from EQ. 1.1) |
|---|---|---|---|
| 1 | 181.19 | $4.6\times10^9$ | 16.4 |
| 2 | 170.40 | $2.67\times10^9$ | 6.54 |
| 3 | 148.10 | $3.06\times10^9$ | 3.26 |
| 6 | 101.69 | $9.28\times10^9$ | 1.0 |
| 7 | 106.86 | $17.4\times10^9$ | 2.5 |
| 8 | 125.85 | $25.7\times10^9$ | 9.96 |

58.    Light scattering from particles (i.e., the turbidity) is given by standard Rayleigh light scattering theory. *See* https://chem.libretexts.org/Bookshelves/Analytical_Chemistry/Instrumental_Analysis_(LibreTexts)/34%3A_Particle_Size_Determination/34.05%3A_Measuring_Particle_Size_Using_Light_Scattering; Sorensen (2022)[7]:

Thus, the Rayleigh differential scattering cross section for a spherical particle of radius $R$ and relative refractive index of refraction $m$, possibly complex, is (Kerker 1969)

$$dC_{sca}/d\Omega = \frac{16\pi^4 R^6}{\lambda^4}\left|\frac{m^2-1}{m^2+2}\right|^2 \sin^2\psi \tag{6.4}$$

$$= k^4 R^6 \left|\frac{m^2-1}{m^2+2}\right|^2 \sin^2\psi \tag{6.5}$$

In equation (6.5), $k = 2\pi/\lambda$ and $\psi$ is the angle between the incident polarization and the propagation

---

[7]    Sorensen, C. M. (2022) Rayleigh scattering. In Light Scattering and Absorption by Particles (pp. 6-1-6–17). IOP Publishing https://iopscience.iop.org/book/mono/978-0-7503-5157-7/chapter/bk978-0-7503-5157-7ch6

59.     The turbidity is proportional to concentration, Conc, and scales on particle radius, R to the 6th power. Therefore, when I normalize the scattering by the scattering observed on Fraction 6 of the sample, I can determine the Relative Scattering or Relative Turbidity that should be visible to an observer at different heights in the tube, which corresponds to the different Fractions that were withdrawn for analysis. This should correspond to what is seen in the photographs above. That Relative Turbidity (RT) is given by:

$$RT = \frac{Conc \times R^6}{Conc_{level6} \times R^6_{level6}} \tag{1.1}$$

where Conc in the particle number density from NTA, and R is the radius from DLS. The subscripts denote that the normalization is done relative to particles on Fraction 6 of the UC sample collection.

60.     By comparing the visual observation for the centrifuged sample to the predicted results using Dr. Schuster's experimental results, I observe the inconsistency of his measurements with the visual experiment. It can be seen that the turbidity that should be observed at the top of the test tube (Fractions 1-2) should be as high as, or higher than, the turbidity that should be observed in Fractions 7 and 8. However, visually, I see no scattering from Fractions 1-3 relative to the amount of scattering that is seen in the lower portions of the test tube (Fractions 7 or 8). This casts great doubt on the validity of the experimental data presented in his Opening Report, and in his Reply Report. In short, the data and experimental evidence are contradictory.

### 2.     Documentation

61.     Several documents documenting experimentation methods and protocol mention a "failed sequence." *See, e.g.*, GENV-01100946; GENV-01101944; GENV-01101947. Dr. Schuster's team also noted "spikes" for some samples that added "minor deviation to overall area under the curve." GENV-01101487 at 487.

62.    Dr. Schuster's documents also include reports on analyses of System Suitability Test ("SST") samples for RP-LC-CAD lipid quantification experiments. These analyses entail testing each of ten fractions of an ultracentrifuged sample, in addition to the native (uncentrifuged) sample, each of which is tested in quadruplicate. The last several pages of each include what look like spreadsheets that were printed. Based on file name, these reports appear to correlate to the spreadsheets that Dr. Schuster included as Exhibits K–BY with his opening expert report. Notably, for a number of the reports, at least one fraction "fails" due to the Percent Relative Standard Deviation (%RSD) "between the total lipid concentrations of the 4 sample injections" being greater than 5.0%. *See, e.g.*, GENV-01100989; GENV-01101009; GENV-01100974; GENV-01101077; GENV-01101061; GENV-01101043; GENV-01101027; GENV-01101151; GENV-01101098; GENV-01101117; GENV-01101134; GENV-01101225; GENV-01101243; GENV-01101209; GENV-01101172; GENV-01101192; GENV-01101274; GENV-01101311; GENV-01101256; GENV-01101362; GENV-01101327; GENV-01101396; GENV-01101450; GENV-01101469; GENV-01101413; GENV-01101487; GENV-01101537; GENV-01101521; GENV-01101503; GENV-01101571; GENV-01101555; GENV-01101592; GENV-01101611; GENV-01101652; GENV-01101715; GENV-01101696; GENV-01101673; GENV-01101802; GENV-01101768; GENV-01101728; GENV-01101749; GENV-01101854; GENV-01101836; GENV-01101947; GENV-01101988; GENV-01101961; GENV-01101974; GENV-01102014; GENV-01102050; GENV-01102067; GENV-01102030; GENV-01102119; GENV-01102101. In fact, Coriolis's template form for this analysis was edited to include "passed for" and "not passed for" sections under the "sample acceptance" category. *Compare, e.g.*, GENV-01101396 at 398 *with* GENV-01101327 at 329. I am not aware of this being reported in Dr. Schuster's expert reports, which further calls into question the reliability of this data.

26

**Prud'homme Third Sur-Reply Report: Materials Considered**

All documents cited in my Third Sur-Reply Report.

My expert reports submitted previously in this case, all materials cited therein, and all materials listed on the materials considered list of my expert reports

- Davidson CG et al. "The use of orthogonal analytical approaches to profile lipid nanoparticle physicochemical attributes." Nano Futures. 8 (2024) 035001.

- Hermosilla J et al. "Analysing the In-Use Stability of mRNA-LNP COVID-19 Vaccines Comirnaty™ (Pfizer) and Spikevax™ (Moderna): A Comparative Study of the Particulate." Vaccines (Basel). (2023) 11(11):1635.

- Moradi S, and Anarjan N. "Preparation and characterization of α-tocopherol nanocapsules based on gum Arabic-stabilized nanoemulsions." Food Sci Biotechnol. (2018) 28(2):413-421.

- Sorensen, C. M. (2022) Rayleigh scattering. In Light Scattering and Absorption by Particles (pp. 6-1-6–17). IOP Publishing https://iopscience.iop.org/book/mono/978-0-7503-5157-7/chapter/bk978-0-7503-5157-7ch6

- U.S. Patent 9,364,435 to Yaworski et al. (GENV-00000223)

- Deposition Transcript of Georg Schuster (Apr. 11, 2025)

- Opening Expert Report of Dr. Georg Schuster (Nov. 25, 2024)

**Production Documents**

- GENV-01100488
- GENV-01100489
- GENV-01100490
- GENV-01100491
- GENV-01100533
- GENV-01100534
- GENV-01100814
- GENV-01100825
- GENV-01100826

- GENV-01100835
- GENV-01101043
- GENV-01101058
- GENV-01101059
- GENV-01101060
- GENV-01102152
- GENV-01102285
- GENV-01102676
- GENV-01102678

- GENV-01102696
- GENV-01102697
- GENV-01102731
- GENV-01102754
- GENV-01102704
- GENV-01102713
- GENV-01100488
- GENV-01100489
- GENV-01100490

1

- GENV-01100491
- GENV-01100402
- GENV-01100408
- GENV-01100412
- GENV-01100533
- GENV-01100591
- GENV-01100593
- GENV-01100597
- GENV-01100595
- GENV-01100596
- GENV-01100602
- GENV-01100605
- GENV-01100613
- GENV-01100624
- GENV-01100646
- GENV-01100653
- GENV-01100635
- GENV-01100657
- GENV-01100946
- GENV-01101944
- GENV-01101947
- GENV-01101487
- GENV-01100989
- GENV-01101009

- GENV-01100974
- GENV-01101077
- GENV-01101061
- GENV-01101027
- GENV-01101098
- GENV-01101117
- GENV-01101134
- GENV-01101151
- GENV-01101172
- GENV-01101192
- GENV-01101209
- GENV-01101225
- GENV-01101243
- GENV-01101256
- GENV-01101274
- GENV-01101311
- GENV-01101327
- GENV-01101362
- GENV-01101396
- GENV-01101413
- GENV-01101450
- GENV-01101469
- GENV-01101487
- GENV-01101503

- GENV-01101521
- GENV-01101537
- GENV-01101555
- GENV-01101571
- GENV-01101592
- GENV-01101611
- GENV-01101652
- GENV-01101673
- GENV-01101696
- GENV-01101715
- GENV-01101728
- GENV-01101749
- GENV-01101768
- GENV-01101802
- GENV-01101836
- GENV-01101854
- GENV-01101947
- GENV-01101961
- GENV-01101974
- GENV-01101988
- GENV-01102014
- GENV-01102030
- GENV-01102050
- GENV-01102067

- GENV-01102101

- GENV-01102119

- MRNA-GEN-00465698

- MRNA-GEN-00465708