# EXHIBIT N

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH<br><br>*Plaintiffs*,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>*Defendants*. | C.A. No. 22-252-MSG |
| MODERNA, INC. and MODERNATX, INC.,<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH<br><br>*Counterclaim-Defendants.* | **JURY TRIAL DEMANDED**<br><br>**CONTAINS INFORMATION MODERNA AND THIRD PARTIES DESIGNATED HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY** |

**RESPONSIVE EXPERT REPORT OF ALEX M. BRILL**

Dated: February 14, 2024

Alex M. Brill

1

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

# Table of Contents

I.     BACKGROUND & QUALIFICATIONS .......................................................................... 3

II.    ASSIGNMENT AND LEGAL INSTRUCTIONS .......................................................... 4

III.   SUMMARY OF OPINIONS ..................................................................................... 6

IV.   THE ECONOMIC AND BUDGETARY EFFECTS OF THE COVID-19 VACCINE WERE NOT KNOWN WHEN THE GOVERNMENT MADE ITS PURCHASING DECISION. ................................................................................................................. 8

V.     CHANGES TO BUDGETARY IMPACTS ARE NOT A "BENEFIT" TO THE GOVERNMENT ...................................................................................................... 10

VI.   DRS. VELLTURO AND RUTHERFORD'S CONCLUSION THAT MODERNA'S COVID-19 VACCINE SAVED THE GOVERNMENT MONEY IS BASED ON FLAWED ANALYSIS AND ENTIRELY IGNORES COUNTERVAILING FACTORS. ................................................................................................................................ 14

      A.     The analysis of cost savings from reduced hospitalizations ignores the effect of long-run costs and cost sharing. ................................................................ 14

      B.     Dr. Vellturo fails to link changes in federal benefits, like expanded unemployment and stimulus checks, to Moderna's COVID-19 vaccine. ....................................... 19

      C.     Drs. Vellturo and Rutherford's reports are rife with factual and analytical errors that impact their conclusions. ............................................................... 21

           1.     The analysis in the Vellturo and Rutherford reports of tax receipts during the pandemic is flawed. ............................................................... 21

           2.     U.S labor productivity grew sharply during the pandemic, contrary to Dr. Rutherford's unsupported claim. ............................................................. 24

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

## I.    BACKGROUND & QUALIFICATIONS

1.    I am the founder and Chief Executive Officer of Matrix Global Advisors, LLC, a consulting firm that specializes in the application of economics to public policy matters in healthcare and other fields.  The services Matrix Global Advisors provides include performing economic analyses of policy proposals and helping clients navigate legislative and regulatory developments.

2.    I am also a senior fellow at the American Enterprise Institute, a public policy think tank where I research the economics of policy issues with a primary focus on health, tax, budget, and general economics.  I have testified before Congress more than a dozen times on a wide range of fiscal, economic, and health policy matters, including testimony on unemployment insurance, tax policy, social security, and pharmaceutical policy.  I have authored or coauthored multiple amicus briefs for the U.S. Supreme Court on tax matters and authored public comments on regulatory matters to the Food and Drug Administration, Federal Trade Commission, and Federal Reserve.

3.    I have published articles and reports related to generic drug competition, barriers to biosimilar utilization, the fiscal consequences of obesity mitigation, quality rating for dialysis providers, causes of drug shortages, the economic cost of the opioid epidemic, federal funding for community health centers, and COVID-19 transmission in nursing homes, among other topics.  I have also published on federal budget matters and tax policy, including research related to tax reform, federal deficits, and federal budget forecasting.

4.    Previously, I served as senior advisor and chief economist to the House Committee on Ways and Means.  The Committee has broad jurisdiction over tax policy, unemployment insurance, Medicare, and other policy matters.  As senior advisor, I acted as the Committee's top policy advisor and strategist.  As chief economist, I managed micro- and

3

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

macro-economic analyses of major legislative proposals; oversaw efforts to reform the revenue estimating process; and monitored labor markets, trade flows, business investment, small business growth, and energy markets. In addition, I served as a top committee staff negotiator for the Tax Relief and Health Care Act, the Pension Protection Act, and the Tax Increase Prevention and Reconciliation Act.

5.    Prior to serving on the staff of the Committee on Ways and Means, I served as an economist at the White House Council of Economic Advisers ("CEA"), where I provided advice and analysis regarding national and international economic policies and appraisals of the economy for the President, Vice President, and senior White House officials. I also briefed CEA members, participated in various interagency working groups to develop administration policy proposals, and contributed to the 2002 Economic Report of the President.

6.    I received an M.A. in Mathematical Finance from Boston University and a B.A. in Economics from Tufts University. My CV, which includes a list of all my publications as of February 14, 2025, is provided in **Appendix A**.

## II.    ASSIGNMENT AND LEGAL INSTRUCTIONS

7.    I understand that Plaintiffs Arbutus and Genevant have asserted that Defendants Moderna, Inc. and ModernaTX, Inc. (collectively, "Moderna")'s COVID-19 vaccine infringes certain patents.

8.    I understand that Moderna has argued, as an affirmative defense to those claims, that any liability for certain sales of its COVID-19 vaccine—the sales to the federal government pursuant to contract no. W911QY-20-C-0100 (the "C-100 contract")—should be the responsibility of the government under 28 U.S.C. § 1498(a).

9.    I understand that Section 1498 was originally a World War I-era statute that was passed to facilitate the government's procurement of warships and other weapons.

4

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

10.     I understand that for Section 1498 to apply, two separate conditions must be met. First, the government must have given its authorization and consent, which can be either express or implied.  And second, the infringement must be for the government's benefit.

11.     I understand the government's interest in a program or its funding of a program's cost is not sufficient to make that program "for the government."  Likewise, I understand that incidental benefits to the government are insufficient, although the government need not be the sole beneficiary.

12.     Finally, I understand that Moderna submitted expert reports from Dr. George W. Rutherford and Dr. Christopher A. Vellturo in connection with its Section 1498 defense.  I have been asked to respond to certain opinions in the opening expert reports of Drs. Rutherford and Vellturo and provide my opinions on their analysis of the purported benefit to the government from the purchase of Moderna's COVID-19 vaccine.  In arriving at my opinions contained in this report, I have relied upon my training, knowledge, and experience, as well as the materials cited or referenced in this report and those listed in **Appendix B**.

13.     My opinions in this report are based on the information provided or produced by Moderna as of the date of this report.  I reserve the right to provide additional opinions in response to additional information produced by Moderna or third parties, including additional documents or testimony.

14.     In response to any assertions, arguments, or contentions made by any party or its experts in any submissions or during discovery, I expect to respond as appropriate or to provide additional evidence or testimony.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

15.     If asked to testify, I may be required to explain the opinions and analyses described in this report.  I reserve the right to use demonstratives in support of my testimony, including to illustrate various concepts and principles addressed in the report.

16.     I am being compensated at my usual and customary hourly rate of $900 in addition to reimbursement of reasonable business expenses such as travel and photocopying.  My compensation is in no way contingent upon the outcome of this litigation or the opinions I reach.

### III.    SUMMARY OF OPINIONS

17.     The framework applied by Drs. Rutherford and Vellturo to assess whether or not Moderna's COVID-19 vaccine benefited the government is flawed because it depends on hindsight analysis that could not have been conducted at the time of infringement.  The Rutherford and Vellturo reports identify and even calculate specific benefits that—setting aside the accuracy of those calculations or whether items identified are actually benefits at all, much less to the government—could not possibly have been determined until years later.  If that framework were correct, the determination of whether Section 1498 applies would be held in limbo for years until the full repercussions of the infringement could be known—resulting in potentially large liabilities for the government, which it would be unable to control or measure ex ante.

18.     I agree that the COVID-19 vaccines had significant benefits to the individuals who received them, as well as to the American public more generally.  But I do not agree that the U.S. government benefited from the vaccines, and it is my opinion that the analysis and opinions offered by Drs. Rutherford and Vellturo concerning the purported government benefits are flawed.

19.     One of the purported benefits to the government identified by Drs. Rutherford and Vellturo is a reduction in the budgetary deficit by an increase in revenue, a decrease in

6

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

expenditures, or both. As an initial matter, in addition to the flaws in their analysis addressed below, the assumption that a positive net budgetary impact is a "benefit" is false. The government is not a profit-making entity that seeks to maximize revenue or minimize expenditures. Instead, the levels of expenditure and revenue are policy decisions made by the government, which may legitimately decide that a deficit is an appropriate fiscal policy. Indeed, the government intentionally pursued a policy that increased the deficit during the COVID-19 pandemic.

20.     But even if the net budgetary impact were a potential benefit, Drs. Vellturo and Rutherford's analysis of that impact is flawed because they ignore factors that would reduce the savings they estimate and that would increase the budgetary cost. For example, Dr. Vellturo's analysis ignores state-federal cost sharing, which would reduce the savings to the federal government. In calculating the budgetary impact, they also focus only on the immediate cost-savings from avoided hospitalizations, failing to consider the broader budgetary impacts and potential long-run costs that could serve to reduce or eliminate the purported cost savings.

21.     Dr. Vellturo also claims but fails to establish a causal link between changes to federal spending policies, like unemployment insurance and stimulus checks, and Moderna's COVID-19 vaccine. Dr. Vellturo ignores a number of factors beyond vaccination that influenced Congress's decision to change various spending policies.

22.     Drs. Vellturo and Rutherford also point to broad economic trends, like economic growth and labor productivity, as government benefits. However, improvements in the country's overall economic performance are not benefits to the government, but rather to participants in the economy and the public more broadly. Even if these trends were government benefits, Drs.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Vellturo and Rutherford's calculation of these trends is flawed, and they lack evidence linking them to Moderna's COVID-19 vaccine.

**IV.    THE ECONOMIC AND BUDGETARY EFFECTS OF THE COVID-19 VACCINE WERE NOT KNOWN WHEN THE GOVERNMENT MADE ITS PURCHASING DECISION.**

23.    Dr. Rutherford's and Dr. Vellturo's reports are exercises in pure hindsight.  Both reports purport to describe—and in some cases precisely calculate—specific benefits to the government from the purchase of Moderna's COVID-19 vaccine.  Even assuming these benefits are accurately described and relevant (neither of which is true), they are based on events that occurred subsequent to that purchase, which could not have been known at the time of the contract.

24.    I understand that the government first indicated to Moderna a concrete desire to purchase Moderna's mRNA COVID-19 vaccine on May 30, 2020, when Moncef Slaoui of Operation Warp Speed contacted Moderna CEO Stephane Bancel and "formally ask[ed] that you submit" a proposal for 100 million doses.[1]  Negotiations between Moderna and the government resulted in the C-100 contract, which was signed on August 11, 2020.[2]

25.    At the time these negotiations started, Moderna had only interim phase 1 data concerning the efficacy of its vaccine.[3]  Even by the time the C-100 contract was signed, Moderna was only two weeks into its phase 3 study.[4]  Thus, while the government may have

---

[1] MRNA-GEN-01749419-21, at 21 (May 30, 2020 email from M. Slaoui to S. Bancel).

[2] MRNA-GEN-00079284-336 (W911QY20C0100 Contract).

[3] MRNA-GEN-02645678-682 (May 17, 2020) ("Moderna Announces Positive Interim Phase 1 Data for its mRNA Vaccine (mRNA-1273) Against Novel Coronavirus").

[4] Moderna, Moderna Announces Phase 3 COVE Study of mRNA Vaccine Against COVID-19 (mRNA-1273) Begins, MODERNA (July 27, 2020), https://news.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-

8

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

hoped for positive results, it could not have actually known what the ultimate efficacy of the vaccine would be.[5]  Dr. Rutherford concedes as much, noting that, from the government's perspective at the time of the C-100 contract, "it is unclear whether or not these doses will be useable."[6]

26.    Even more uncertain than the efficacy of the vaccine—for which there was at least interim data—was the economic and budgetary impact of vaccination.  As discussed below, there are a host of factors that affect the economy's performance, as well as the levels of government revenue and expenditure.  It would not have been possible to know with any precision in advance whether Moderna's vaccine would result in the purported benefits identified by Drs. Rutherford and Vellturo.

27.    Indeed, the government's contemporaneous efforts to analyze the potential effects of COVID-19 vaccination highlight this uncertainty.  In June 2020—which I understand was in the midst of discussions between Moderna and the government leading up to the C-100 contract—the Congressional Budget Office ("CBO") issued a report discussing the effect of a COVID-19 vaccine on the federal budget.  That report observes that "much uncertainty surrounds those effects."[7]  And it notes that the budgetary effects of a vaccine were likely to be bidirectional, predicting that "[s]pending on treatment of patients infected with the coronavirus would decline, but at the same time, spending for health care would increase because of the cost

---

19-mRNA-1273-Begins/default.aspx.

[5] Johnson Tr. 65:7–21; 81:1–15 (explaining that the government's initial purchase from Moderna was "at risk" with "the government taking on 100 percent of the risk").

[6] Rutherford Rep. ¶ 47.

[7] Cong. Budget Off., How CBO Analyzes Approaches to Improve Health Through Disease Prevention (Jan. 2020), https://www.cbo.gov/publication/56413.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

of the vaccine and its administration and because people would use more health care services, including services that may have been deferred because of the pandemic.  Lower mortality rates would also boost outlays for programs such as Social Security."[8]

28.    Given both the uncertainty of the efficacy of the vaccine and the uncertainty of the fiscal impact, it was impossible to know with confidence at the time of the purchase whether it was for the government's benefit using the framework proposed by Drs. Rutherford and Vellturo (assuming such impacts are relevant metrics, a fact I dispute).  By relying on the observed outcomes after the fact, Drs. Rutherford and Vellturo implicitly adopt an opportunistic view of the purchase—if positive outcomes materialize, then the purchase was for the government's benefit; if they do not materialize, then it was not for the government's benefit.

29.    In the interim, the uncertainty in this proposed framework would mean that the government would potentially face significant liabilities, which it would not be able to control— or even accurately measure—at the time of its contracting decision.

## V.    CHANGES TO BUDGETARY IMPACTS ARE NOT A "BENEFIT" TO THE GOVERNMENT.

30.    Both Drs. Rutherford and Vellturo frequently rely on the net budgetary impact of the vaccine to demonstrate a supposed benefit to the government.  As discussed further below, their calculation of that budgetary impact is flawed.  But even if one were to set those errors aside, Drs. Rutherford and Vellturo make a fundamental mistake in assuming that reduced spending and increased revenue are "benefits" to the government.  They are not.  Dr. Vellturo asserts that benefits to the government "from an accelerated mass vaccination program . . .

---

[8] *Id*.  Although the potential for COVID-19 vaccines to increase federal expenditures was recognized by CBO even prior to the approval of the vaccines, Dr. Vellturo's analysis ignores this effect.  *See* Sec. VI, *infra*.

10

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

include immediate out-of-pocket savings via reductions in spend for Medicare and Medicaid and other government programs, and increased tax revenue due to revived economic activity."[9] Dr. Rutherford similarly equates reversing "decreased revenue" and "increased expenditures" with being "for the benefit of the Government."[10]  Their logic is flawed for the following reasons.

31.     Unlike a business, the government is not a profit-making entity that seeks to maximize revenue or minimize expenditures.  In fact, the level of federal expenditure and federal revenue is the result of independent policy decisions established, broadly, for the welfare of the people.  Changes in outlays and/or revenue do not represent a benefit or harm to the government.

32.     In fact, there are well-documented advantages of deficits in many situations.  First and foremost, deficits are appropriate fiscal policy to help the economy during a downturn or recession.  A key feature of U.S. fiscal policy is the way deficits naturally expand or contract in response to automatic stabilizers to the economy in tax policy and various spending programs.  In 2020, for example, automatic stabilizers caused the deficit to increase $273 billion.  More recently, this has reversed.[11]  Beyond the automatic stabilizers embedded in existing fiscal structures, lawmakers regularly and intentionally enact additional fiscal stimulus during periods of economic hardship—for example, tax cuts to buoy household consumption or to stimulate business investment or additional federal transfers to states to mitigate the risk of state-level contractionary policies.[12]  Such was the case in multiple laws during the COVID-19 pandemic.[13]

---

[9] Vellturo Rep. ¶ 35.

[10] Rutherford Rep. ¶¶ 89–90.

[11] Cong. Budget Off., The Role of Automatic Stabilizers in the Federal Budget (Nov. 2024), https://www.cbo.gov/system/files/2024-11/60662-automatic-stabilizers.pdf.

[12] Center on Budget & Policy Priorities, Fiscal Stimulus: Lessons from the Great Recession (2023), https://www.cbpp.org/research/fiscal-stimulus.

[13] *See, e.g.*, The Coronavirus Aid, Relief, and Economic Security (CARES) Act (P.L. 116-136).

11

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

In addition, deficits can appropriately shift the timing of revenues and/or outlays to smooth consumption by households.  For example, the cost of wars or large-scale infrastructure investments can be financed over long periods of time through deficit financing to allow for the costs to be borne across generations of beneficiaries.

33.     A rigorous body of academic literature finds deficits generally provide economic stimulus in the short run.[14]  As such, a temporary increase in the deficit, attributable to tax cuts, spending increases, or both, can be beneficial to society by smoothing household consumption, mitigating job loss, and limiting bankruptcies and business disruptions.

34.     During the COVID-19 pandemic, Congress and the President intentionally pursued multiple policies explicitly intended to increase outlays and decrease revenues.  These policies were not intended to harm (or benefit) the government but rather to benefit society, individuals, institutions, and the U.S. economy generally.

35.     There are, of course, long-run macroeconomic risks from a large federal debt relative to the size of the economy and from persistent large annual deficits.  The debt-to-GDP ratio did increase significantly during the pandemic.  But those risks are borne by society and the broader economy, with only incidental effects on the government itself.

36.     Certainly, government expenditures may benefit or harm certain specific individuals or groups, but that is not a benefit or harm to the government itself.  For example, when the government pays for the cost of a hospitalization, those who benefit are the recipients

---

[14] *See* Cong. Rsch. Serv., Running Deficits: Positives and Pitfalls (updated Sep. 14, 2010), https://crsreports.congress.gov/product/pdf/RL/RL33657 ("The overwhelming evidence of economic research and macroeconomic experience, contrary to the predictions of Ricardian equivalence, suggests that deficit spending creates a short-term fiscal stimulus. . . [M]ost empirical economists believe deficits affect prices and output in the short run and recognize the usefulness of fiscal policy as a tool for macroeconomic management, at least in some circumstances.").

12

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

of those funds (the hospital, in this example), as well as the patient receiving care.  If the hospitalization is avoided, the recipients of the funds do not receive that benefit.  By contrast, the individual patient is likely better off, assuming that the hospitalization was avoided because the patient did not need to be hospitalized.  But the government itself neither benefits nor is harmed in either scenario (even assuming that it saves money in the latter scenario, which is not necessarily true in the long run, as I address below).

37.     Under this budgetary-impact theory of Section 1498, the government's liability would rise and fall with the uncertain long-run fiscal consequences of a government program.  Moreover, defining reduced expenditures and increased revenues as government benefits would frequently characterize the government's interests as contrary to the American public's.  For example, increased tax payments make taxpayers worse off than they would be otherwise as higher taxes liabilities reduce disposable income (the financial resources available to individuals to make purchases).  Likewise, decreased transfer payments, either through longstanding programs such as welfare (Temporary Assistance for Needy Families) or pandemic-related programs such as the stimulus payments enacted in the Coronavirus Aid, Relief, and Economic Security ("CARES") Act, reduce disposable income.

38.     A more morbid example is government spending on the elderly.  The government spends roughly $35,000 a year on each elderly American.[15]  And only a third of Americans are paying taxes by age 70.[16]  If average lifespans decreased, it likely would reduce the cost of Social Security, Medicare, and other government programs.  But no one—including, presumably,

---

[15] Hilary Hoynes & Diane Schanzenbach, Safety Net Investments in Children, Brookings Inst., at 96 (Mar. 2018), https://www.brookings.edu/wp-content/uploads/2018/03/HoynesSchanzenbach_Text.pdf.

[16] Ctr. for Ret. Rsch. at Bos. Coll., Federal Taxation Drops for Retirees, https://crr.bc.edu/federal-taxation-drops-for-retirees/.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Drs. Rutherford and Vellturo—would characterize reduced longevity as a "benefit" to the government. This underscores the fundamental flaw in Drs. Rutherford and Vellturo's implied definition of what constitutes a benefit to the government for the purposes of assessing the application of Section 1498.

**VI.    DRS. VELLTURO AND RUTHERFORD'S CONCLUSION THAT MODERNA'S COVID-19 VACCINE SAVED THE GOVERNMENT MONEY IS BASED ON FLAWED ANALYSIS AND ENTIRELY IGNORES COUNTERVAILING FACTORS.**

39.    The Vellturo and Rutherford reports contain a one-sided analysis of the purported benefits to the government of the C-100 contract. As discussed above, these benefits are all evaluated with the benefit of hindsight and would not have been known to the government at the time the contract was signed. But even setting that aside, the analysis contains a series of mistakes and omissions, all of which serve to inflate the purported benefit.

40.    Drs. Vellturo and Rutherford also fail to grapple with how attenuated the supposed benefit to the government is. The benefits they identify—like improved health, increased employment, and economic growth—are all benefits that accrue directly to the members of the public that received the vaccine or to the broader participants in the economy. In contrast to more typical government procurements, such as a warship or other military equipment, where there is a direct and immediate benefit to the government, any potential downstream benefits to the government from a healthier populace are incidental and remote.

**A.    The analysis of cost savings from reduced hospitalizations ignores the effect of long-run costs and cost sharing.**

41.    Dr. Vellturo extrapolates from a study conducted by the Department of Health and Human Services Office of Health Policy to conclude that the C-100 contract reduced hospitalizations, which reduced Medicare and Medicaid expenditures, "yield[ing] a combined savings attributable to the doses covered by the C-100 Contract of approximately $8.13-8.21

14

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

billion for calendar 2021 alone, thus already approximately offsetting the cost of the C-100

Contract without accounting for any other time periods or categories of cost savings."[17]  This

analysis is flawed and ignores facts that would reduce or eliminate that cost savings.

42.    As an initial matter, Dr. Vellturo's analysis omits any consideration of state-

federal cost sharing within the Medicaid program.  In fiscal year ("FY") 2021, the year of Dr.

Vellturo's analysis, the federal government paid only 69.5 percent of Medicaid costs, with state

governments paying the other 30.5 percent.[18]  Adjusting the analysis to reflect only federal

spending would reduce the $5.1 billion in Medicaid savings Dr. Vellturo estimates to only $3.5

billion.[19]  Dr. Vellturo apportions 38 percent of COVID-19 vaccine savings to the C-100

contract; a similar apportionment of the $1.6 billion reduction in savings would reduce Dr.

Vellturo's savings estimate of $8.13-8.21 billion by $610 million,[20] to $7.52-$7.6 billion.[21]  That

adjustment alone means the cost savings do not "already approximately offset[] the cost of the C-

100 Contract," as Dr. Vellturo asserts.[22]  Dr. Vellturo ignores this Medicaid cost sharing and the

resulting reduction in the savings he finds.

43.    More significantly, Dr. Vellturo ignores the broader budgetary impact of

vaccination, focusing only on the immediately avoided hospitalization costs without considering

other impacts that could reduce the savings he estimates.  According to CBO, "[V]accinations

---

[17] Vellturo Rep. ¶ 42 (citation omitted).

[18] Medicaid & CHIP Payment & Access Comm'n, MACPAC Releases 2022 Edition of MACStats: Medicaid and CHIP Data Book (2022), https://www.macpac.gov/news/macpac-releases-2022-edition-of-macstats-medicaid-and-chip-data-book/.

[19] $5.1 * 0.695 = $3.5.

[20] $5.1 - $3.5 = $1.6 and $1.6 * 0.38 = $0.61.

[21] $8.13 - $0.61 = $7.52 and $8.21 - $0.61 = $7.6

[22] Vellturo Rep. ¶ 42.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

reduce health care spending only if the savings from avoided treatment costs owing to the prevention of the targeted disease exceed the combined costs of the vaccine, its administration, and the treatment of adverse reactions, as well as the costs associated with treating unrelated medical conditions that stem from increased longevity."[23]

44.    Dr. Vellturo's analysis looks at the savings from avoided treatment from vaccination but ignores the costs associated with administering the vaccine.  For example, Medicare reimbursement to providers administering a COVID-19 vaccine was, at the time, about $40 per dose.[24]

45.    But more importantly, despite citing research finding that the COVID-19 vaccines saved hundreds of thousands of lives, Dr. Vellturo does not analyze the impact of greater longevity on the federal budget as part of his analysis.  One of the reasons that "[m]ost preventive care does not result in cost savings" is that "living longer means people may develop other ailments that increase lifetime health care costs."[25]  These costs may be particularly acute with respect to whatever future ailment eventually leads to an individual's death—medical spending in the three years prior to death accounts for more than 13 percent of overall medical

---

[23] Cong. Budget Off., How CBO Analyzes Approaches to Improve Health Through Disease Prevention (Jan. 2020), https://www.cbo.gov/publication/56413.

[24] Ctrs. for Medicare & Medicaid Servs., Medicare COVID-19 Vaccine Shot Payment, https://www.cms.gov/medicare/payment/covid-19-vaccine-toolkit/medicare-covid-19-vaccine-shot-payment.

[25] S. Goodell, J. Cohen, and P. Neumann, *Cost savings and cost-effectiveness of clinical preventive care*, The Synthesis Project, Policy Brief No. 18 (Sept. 2009), https://www.walkboston.org/sites/default/files/Cost%20savings%20and%20cost-effectiveness%20of%20clinical%20preventive%20care.pdf.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

spending, with the average medical spending in the last 12 months of life reaching approximately $59,000.[26]

46.     Greater longevity—while clearly a positive for the general public and the specific individuals affected—can also grow federal spending outside of health care.  For example, it increases federal outlays "for retirement benefits provided by Social Security's Old-Age and Survivors Insurance (OASI) program, and for disability benefits provided by Social Security's Disability Insurance (DI) program and the Supplemental Security Income (SSI) program."[27]

47.     A good example of this phenomenon is found in a CBO analysis conducted on the effect of increased cigarette taxes on the federal budget.[28]  Researchers found that the tax would reduce smoking (and thus smoking-related illnesses), and in "the first decade of the policy, reduced health care expenditures (primarily for Medicare and Medicaid) would mean that the federal government would spend less than it would have otherwise."  But starting in the second decade, "the effects on longevity would begin to dominate and federal spending would be higher than it would have been otherwise."

48.     The protection provided by the vaccine was plainly of significant benefit to elderly Americans, but as a result, these longevity-related costs would likely have been greater with respect to the COVID-19 vaccines because deaths from COVID-19 disproportionately

---

[26] De Nardi, M., French, E., Jones, J. B., & McCauley, J. (2016). Medical Spending of the US Elderly. *Fiscal studies*, *37*(3-4), 717–747. https://doi.org/10.1111/j.1475-5890.2016.12106

[27] Cong. Budget Off., How CBO Analyzes Approaches to Improve Health Through Disease Prevention (Jan. 2020), https://www.cbo.gov/publication/56413.

[28] Baumgardner JR, Bilheimer LT, Booth MB, Carrington WJ, Duchovny NJ, Werble EC. Cigarette taxes and the federal budget--report from the CBO. N Engl J Med. 2012 Nov 29;367(22):2068-70. doi: 10.1056/NEJMp1210319. PMID: 23190219

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

affected the elderly.[29]  "[I]nterventions targeted at older or sicker populations may increase those patients' unhealthy years of life, during which they would tend to accrue higher medical costs for treatment of other, unrelated medical conditions."[30]

49.    These longevity costs are not included in Dr. Vellturo's analysis, and he makes no effort to address them.  That omission renders unreliable his analysis of the supposed cost savings from the vaccine.  Including those costs would have almost certainly reduced the savings Dr. Vellturo estimated and may even have indicated that purchasing COVID-19 vaccines had significant net costs to the government.

50.    The same error infects Dr. Rutherford's report.  Dr. Rutherford does not conduct a quantitative analysis, but instead simply asserts that "taxpayers who have died no longer pay taxes" and those who are severely ill may require greater medical and social support.[31]  This one-sided view fails to consider the full scope of impacts on the federal budget.  While taxpayers who have died do not pay taxes, they also do not receive costly federal benefits such as Social Security and Medicare.  And given COVID-19's greater mortality among the elderly—who typically pay less in taxes but receive more in benefits than younger citizens—deaths from the disease may reduce spending more than they reduce taxes.  Dr. Rutherford makes no attempt to come to a reliable estimate of the actual fiscal effects of the vaccine.

---

[29] Pijls BG et al. Demographic risk factors for COVID-19 infection, severity, ICU admission and death: a meta-analysis of 59 studies. *BMJ Open.* 2021 Jan 11;11(1):e044640. doi: 10.1136/bmjopen-2020-044640.

[30] Cong. Budget Off., How CBO Analyzes Approaches to Improve Health Through Disease Prevention (Jan. 2020), https://www.cbo.gov/publication/56413.

[31] Rutherford Rep. ¶ 86.

18

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

51.        None of this diminishes the very real *health* benefits of the COVID-19 vaccine. As CBO notes, "The budgetary effects of expanding coverage for a preventive medical service are not the only ones to consider. . . . [T]he expense might be worthwhile if it improved patients' health."[32]  Dr. Vellturo's report fails to reliably estimate the budgetary impacts of the COVID-19 vaccines.  But regardless of those budgetary impacts, the individuals who received the vaccine are the ones who benefited from the reduction in hospitalizations, greater longevity, and other positive health consequences of the vaccine.  Those individuals, and not the government, are the direct beneficiaries of the purchase of Moderna's COVID-19 vaccine.

**B.        Dr. Vellturo fails to link changes in federal benefits, like expanded unemployment and stimulus checks, to Moderna's COVID-19 vaccine.**

52.        Dr. Vellturo concludes that reduced expenditures from the government's decision not to renew the expanded pandemic unemployment program are "largely attributable to the mass vaccination program, enabled to a significant degree by the U.S. Government's mass purchase of the Moderna COVID-19 Vaccine."[33]  Dr. Vellturo's only support for this conclusion are a handful of comments from certain legislators who mentioned vaccination as a consideration.  But there were a series of other considerations influencing the government's decision to end the expanded unemployment program that Dr. Vellturo fails to consider.

53.        For example, there were concerns about the adverse work incentive effects of the unemployment insurance ("UI") benefit structure and concerns about UI fraud.  In fact, the Government Accountability Office has estimated that UI fraud during the pandemic was likely

---

[32] Cong. Budget Off., How CBO Analyzes Approaches to Improve Health Through Disease Prevention (Jan. 2020), https://www.cbo.gov/publication/56413.

[33] Vellturo Rep. ¶ 48.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

between $100 billion and $135 billion, 11–15 percent of total paid benefits.[34]  More generally, numerous lawmakers expressed opposition to extending UI benefits based on concerns that the UI program discouraged work.[35]

54.     Similar concerns led more than half of states to voluntarily terminate their agreements with the federal government for these additional UI benefits months before Congress ended the program.  A Congressional Research Service report attributes these terminations to factors such as "(1) work disincentive effects (i.e., the $300 weekly FPUC benefit coupled with regular UC payment may be greater than the workers' original paychecks), (2) decreased state unemployment rates, (3) an end to previous barriers to employment (e.g., no remaining industry shutdowns, full operation of childcare facilities), and (4) increased numbers of job openings (i.e., job openings that are equivalent to the number who are unemployed)."[36]

55.     Dr. Vellturo has no basis to conclude that it was Moderna's vaccine, as opposed to these other factors, that led to the program ending when it did.  Moreover, the beneficiaries of increased employment are the unemployed persons who obtained jobs and the employers who gained additional workers.  The government is, at best, an incidental beneficiary of increased employment (even assuming there is some connection between that increased employment and the vaccine, which Dr. Vellturo fails to demonstrate).

---

[34] U.S. Gov't Accountability Off., COVID-19: Federal Response and Policy Considerations (Sept. 12, 2023), GAO-23-106696, https://www.gao.gov/products/gao-23-106696.

[35] *See, e.g.*, Tami Luhby, Why Republicans are Ready to Kill the $300 Pandemic Unemployment Boost, CNN (May 9, 2021), https://www.cnn.com/2021/05/09/politics/unemployment-benefits-republicans/index.html.

[36] Cong. Rsch. Serv., States Opting Out of COVID-19 Unemployment Insurance (UI) Agreements (updated Aug. 20, 2021), https://crsreports.congress.gov/product/pdf/IN/IN11679.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

56.     Similarly, the cessation of stimulus checks is not attributable to vaccinations.  In the lead up to the third and final round of checks, economists were already raising concerns about the effectiveness, especially for higher-income households, pointing out that many were saving rather than spending stimulus funds.[37]

57.     Even if one set aside the factors described above and fully attributed changes in federal benefits to COVID-19 vaccination (which would be incorrect), Dr. Vellturo fails to link those changes to Moderna's COVID-19 vaccine in particular.  As Dr. Vellturo concedes, most Americans received a COVID-19 vaccine other than Moderna's during the relevant timeframe—Dr. Vellturo concludes that the "Moderna COVID-19 Vaccine doses sold under the C-100 Contract constituted" only 38 percent of total U.S. COVID-19 vaccinations in 2021.[38]  But Dr. Vellturo provides no indication that the non-Moderna COVID-19 vaccines were insufficient to bring about the same changes.

**C.     Drs. Vellturo and Rutherford's reports are rife with factual and analytical errors that impact their conclusions.**

**1.     The analysis in the Vellturo and Rutherford reports of tax receipts during the pandemic is flawed.**

58.     Dr. Rutherford concludes that "businesses [hurt by the pandemic] will pay lower taxes because of lower revenues or will stop paying taxes altogether if they close."[39]

59.     First, federal income taxes are a function of profit, not revenue.  Nevertheless, the data on corporate tax receipts are clear.  Corporate taxes as a share of GDP were relatively flat in 2018–2020.  In 2021 (before wide distribution of the vaccines), corporate tax receipts as a share

---

[37] Sarah Ewall-Wice, Stimulus Checks: Who Will Get a $1,400 Payment?, CBS NEWS (Feb. 1, 2021), https://www.cbsnews.com/news/stimulus-check-economic-impact-2021-02-01/.

[38] Vellturo Rep. ¶ 42.

[39] Rutherford Rep. ¶ 86.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

of GDP surged from 1.0 to 1.6 percent and remained above the level forecasted by CBO prior to the start of the pandemic.  (See Figure 1.)

**Figure 1. Corporate Tax Receipts as a Share of GDP**



Source: Congressional Budget Office.[40]

60.     In short, there is no evidence that corporate tax receipts fell as the pandemic took hold.

61.     Dr. Rutherford is also incorrect when he claims—without citation—that COVID-19 had a "profound" impact in decreasing federal government revenue.[41]  Aggregate tax receipts data do not support this claim.  Federal tax revenues in FY2020 were only 1.2 percent lower ($42 billion) than in FY2019, and that is the direct result of legislation intended to reduce revenues. The CARES Act included provisions that the government projected would reduce revenues by

---

[40] Cong. Budget Off., *10-Year Budget Projections* (Jan 2020), https://www.cbo.gov/data/budget-economic-data; Cong. Budget Off., *Historical Budget Data* (Jan 2025), https://www.cbo.gov/data/budget-economic-data.

[41] Rutherford Rep. ¶ 89.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

more than $700 billion in FY2020 alone.[42]  Revenues as a share of GDP in 2021 were well above

historic levels (17.6 percent compared to an average over the past 20 years of 16.6 percent).  In

short, the federal government did not experience a "profound" decrease in revenue as a result of

the pandemic.  Revenues initially dipped slightly and then increased significantly.

62.     Dr. Vellturo attempts to argue the inverse, that vaccinations increased GDP,

which led to an increase in tax receipts.[43] However, his analysis is poor for two reasons.

63.     First, Dr. Vellturo cites a Federal Reserve working paper that estimates that the

2021 U.S. GDP impact of COVID-19 vaccines was $400 billion.[44]  Based on this estimate, Dr.

Vellturo calculates the corresponding increase in individual income tax receipts for 2021 to be

$32 billion.  However, to be consistent with his prior approach in allocating benefits among

vaccine manufacturers, Dr. Vellturo should consider only 38 percent of the $32 billion, or about

$12.2 billion.  Dr. Vellturo performs the same calculation based on a *Journal of Medical

Economics* article that estimates the U.S. GDP impact of COVID-19 vaccines over 3.5 years,

arriving at an estimated increase in tax receipts of $112 billion.[45] In a footnote, Dr. Vellturo

acknowledges that Moderna's share of the $112 billion would actually only be $41 billion, but he

does not make the same adjustment to the 2021 estimate of tax receipts.

64.     Second, Dr. Vellturo's estimation of the tax revenue effects of an increase in GDP

is flawed.  Rather than multiplying the presumed GDP impact by the average individual income

tax rate as a share of GDP, a more accurate and established method would be to rely on the

---

[42] Joint Comm. on Tax'n, Estimated Revenue Effects of the CARES Act, JCX-11R-20 (Apr. 2020), https://www.jct.gov/publications/2020/jcx-11r-20/.

[43] Vellturo Rep. ¶ 52.

[44] Vellturo Rep. ¶ 51.

[45] Vellturo Rep. ¶ 52.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

careful analysis performed annually by the Office of Management and Budget ("OMB") as part of the annual budget process. OMB's FY2022 Analytical Perspectives Table 2-4 reports the impact on revenues from a 1 percentage point change in GDP relative to OMB's baseline economic forecast.[46] Given that GDP at the start of 2021 was approximately $22 trillion, a $152 billion boost to GDP[47] would be approximately 0.7 percent of GDP. Based on OMB's modeling, a 0.7 percentage point GDP gain would result in 2021 federal revenue growth of $10.6 billion, not $12.2 billion as Dr. Vellturo's approach should estimate, and certainly not $32 billion as his report suggests.

65.     Even if one were to correct these flaws, Drs. Vellturo and Rutherford are simply pointing out the incidental effects of economic growth on the government. If tax policy is held constant, it is, of course, true that economic growth will generally increase tax receipts because income, capital gains, and some other tax bases are correlated to economic growth. But economic growth is a benefit to the American public, not to the government. The downstream effects of that growth, such as increased tax revenue, are merely incidental benefits whose causes are far removed from the underlying sources of economic growth.

> **2.      U.S labor productivity grew sharply during the pandemic, contrary to Dr. Rutherford's unsupported claim.**

66.     Dr. Rutherford opines that "when pandemics sweep through a nation, productivity falls because of absenteeism, temporary business closures, and permanent business closures."[48] That statement is unsupported by any citation.

---

[46] Off. of Mgmt. & Budget, Budget of the U.S. Government, Fiscal Year 2022, https://www.govinfo.gov/content/pkg/BUDGET-2022-PER/pdf/BUDGET-2022-PER.pdf.

[47] $152 billion is 38 percent (Moderna's share of COVID-19 vaccines in 2021) of $400 billion (the GDP impact of the vaccines in 2021).

[48] Rutherford Rep. ¶ 86.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

67.     Dr. Rutherford's statement on productivity is also incorrect.  As noted by economists at the Federal Reserve Bank of San Francisco, "U.S. labor productivity initially surged in 2020 during the COVID-19 pandemic, despite the massive economic upheaval.  As the economy recovered, the level of productivity retreated to its slow pre-pandemic trend.  As of mid-2024, it remained close to but just above that trend."[49]

68.     Even if the statement by Dr. Rutherford were correct, he fails to link any effect on productivity to a government benefit.  Productivity growth has positive effects on the economy and benefits participants in the economy and the public broadly.  But any benefit to the government from economywide labor productivity is only incidental.

---

[49] Fed. Rsrv. Bank of S.F., Productivity During and Since the Pandemic, Econ. Letter (Nov. 2024), https://www.frbsf.org/research-and-insights/publications/economic-letter/2024/11/productivity-during-and-since-pandemic/.

25

# Appendix A

# ALEX M. BRILL

✉ Alex.Brill@GetMGA.com    🌐 www.getmga.com/about

🐦 @AlexBrill_DC            in https://www.linkedin.com/in/alexbrill/

Matrix Global Advisors, 1350 Connecticut Avenue NW, Suite 610, Washington, DC 20036

## PROFESSIONAL EXPERIENCE

**Matrix Global Advisors, LLC**
*CEO and Founder*, 2007–Present

**American Enterprise Institute**
*Senior Fellow*, 2021–Present
*Resident Fellow*, 2017–2021
*Research Fellow,* 2007–2017
*Research Assistant,* 1997–1999

**Hooper Lundy & Bookman PC**
*Economic Policy Advisor*, 2012–Present

**Rutgers School of Management and Labor Relations**
*Louis O. Kelso Fellow*, 2017–2018

**U.S. Chamber Foundation**
*Fellow*, 2012–2013

**Committee on Ways and Means, U.S. House of Representatives**
*Senior Advisor to the Chairman*, 2005–2007
*Chief Economist,* 2003–2007
*Senior Economist*, 2002–2003

**White House Council of Economic Advisers**
*Staff Economist*, 2001–2002

## EDUCATION

**Boston University**, M.A. Mathematical Finance, 2001

**Tufts University**, B.A. Economics, 1997

## BOOKS AND BOOK CHAPTERS

"A Simpler, More Responsible, and Pro-Growth Tax System," Chapter in *American Renewal*, AEI Press, 2022. With Kyle Pomerleau.

*Carbon Tax Policy: A Conservative Dialogue on Pro-Growth Opportunities*, Alliance for Market Solutions, 2017. Editor.

*The Real Tax Burden: More Than Dollars and Cents*, AEI Press, 2011. With Alan D. Viard.

Alex M. Brill

**ARTICLES AND STUDIES**

"Presidential Candidates' Dueling Child Credit Expansions Explained." (with Kyle Pomerleau and Stan Veuger) *Tax Notes Federal*, October 7, 2024.

"A Balanced Plan for Fiscal Stability and Economic Growth." (with Joseph Antos, Andrew G. Biggs, and James Capretta) *Solutions Initiative by Peter G. Peterson Foundation*, July 23, 2024.

"Implications of Cannabis Legalization for the US Federal Budget." (with Brian J. Miller and Stan Veuger) *Public Budgeting and Finance,* April 12, 2024.

"Otsuka's Economic and Health Impact in the United States 2023-2024." *MGA Study,* March 8, 2024.

"Rebates and Drug Price Increases: An Analysis." *MGA Study,* January 10, 2024.

"Regulatory Uncertainty: General Economic Principles and the Case of Employee Stock Ownership Plans." *MGA Study*, October 2023.

"Understanding the Role of PBMs in the US Drug Pricing Debate." *MGA Study*, September 2023.

"The Promise of Digital Health for Home Dialysis Patients." (with Christy Robinson and Eric Wallace, MD) *MGA Study*, May 2023.

"Economic Impact of Community Health Centers in the United States." *MGA Study*, March 2023.

"The Overlooked Decline in Community Health Center Funding." *MGA Study*, March 2023.

"Near-Term Expectations for Adalimumab Biosimilars in the United States." (with Christy Robinson) *MGA Study*, February 2023.

"Patent Thickets and Lost Drug Savings." (with Christy Robinson) *MGA Study*, January 2023.

"Improvements in Medical Benefit Coverage of Biosimilars." (with Christy Robinson) *MGA Study*, December 2022.

"Biosimilar Market Opportunities in Ophthalmology." *MGA Study*, July 2022.

"Otsuka's Economic and Health Impact in the United States." *MGA Study*, May 2022.

"Understanding Drug Rebates and Their Role in Promoting Competition." *MGA Study*, March 2022.

"Teva Global Economic Impact Report." *MGA Study,* July 2021.

"How Patent Thickets Constrain the US Biosimilars Market and Domestic Manufacturing." (with Christy Robinson) *MGA Study,* May 2021.

"The Tax Benefits of Parenthood: A History and Analysis of Current Proposals." (with Kyle Pomerleau and Grant M. Seiter) *American Enterprise Institute,* February 2021.

"Potential Savings from Accelerating US Approval of Complex Generics." *MGA Study,* February 2021.

"Potential Savings from Interchangeable Biosimilars in the Pharmacy Benefit." *MGA Study,* November 2020.

"The Cost of Brand Drug Product Hopping." *MGA Study,* September 2020.

"Negative Economic Impact of Restricting Drug Rebates in Medicare Part D." *MGA Study,* September 2020.

"The Negative Economic Effects of Medicare Buy-In and Public Option Proposals." *MGA Study,* August 2020.

"The Economic Cost and Spatial Diffusion of the Opioid Crisis, 2009–18." (with Scott Ganz and Burke O'Brien) *AEI Economic Perspectives*, June 29, 2020.

"Progressivity, Redistribution, and Inequality." (with Scott Ganz) *National Affairs,* June 23, 2020.

"Lessons for the United States from Europe's Biosimilar Experience." *MGA Study,* June 2020.

"Shared Savings Demonstration for Biosimilars in Medicare: An Opportunity to Promote Biologic Drug Competition." *MGA Study,* May 2020.

"Teva Global Economic Impact Report." *MGA Study,* January 2020.

"The Unintended Economics of the BLOCKING Act." *MGA Study,* January 2020.

"Biosimilar Savings Opportunities in the Medical Benefit: A Large-Employer Case Study." *MGA Study,* August 2019.

"Gamesmanship and Other Barriers to Drug Competition." *MGA Study,* July 2019.

"A Balanced Plan for Fiscal Stability and Economic Growth." (with Joseph Antos, Andrew G. Biggs, James Capretta, and Alan D. Viard) *Solutions Initiative by Peter G. Peterson Foundation*, June 11, 2019.

"Concerns Regarding the Proposed Rule to Restrict Drug Manufacturer Rebates in Medicare Part D and Medicaid MCOs." *MGA Study,* April 2019.

"State Opioid Taxes: Economic and Health Policy Implications." *MGA Study,* January 2019.

"Steps to Reducing Barriers to Biosimilars in the United States." (with Christy Robinson) *MGA Study,* September 2018.

"Unrealized Savings from the Misuse of REMS and Non-REMS Barriers." *MGA Study,* September 2018.

"The Crisis Facing Multiemployer Pension Plans." *MGA Study,* August 2018.

"Charitable Giving and the Tax Cuts and Jobs Act." (with Derrick Choe) *AEI Economic Perspectives*, June 18, 2018.

"The Geographic Variation in the Cost of the Opioid Crisis." (with Scott Ganz) *AEI Economics Working Paper Series,* March 20, 2018.

"The Political Economy of a Carbon Tax: A County-By-County Investigation." (with Scott Ganz) *AEI Economics Working Paper Series,* February 1, 2018.

Alex M. Brill

"The Bleak Long-Run Outlook: US Fiscal Policy and How to Improve It." *The Macdonald-Laurier Institute*, November 30, 2017.

"The Case for Fiscal Reform: Lessons from the Anglosphere." (with Sean Speer) *The Macdonald-Laurier Institute*, November 29, 2017.

"REMS and Restricted Distribution Programs." *MGA Study,* June 2017.

"How the Next FDA Commissioner Can Address Drug Prices by Promoting Drug Competition." *MGA Study*, April 2017.

"Employee Stock Ownership Plans as an Exit Strategy for Private Business Owners." *MGA Study*, March 2017.

"Causes and Non-Causes of Drug Shortages." *MGA Study*, January 2017.

"Tax Reform: Ryan-Brady Plan is a Better Way." *AEI Economic Perspectives*, October 31, 2016.

"Estimated Cost of FDA's Proposed Generic Drug Labeling Rule: Updated for 2017–2024." *MGA Study*, July 2016.

"Payor Strategies to Promote Biosimilar Utilization." *MGA Study*, April 2016.

"Understanding Middle-Class Tax Cuts." *AEI Economic Perspectives*, April 2016.

"Economic Benefits of Increased Home Dialysis Utilization and Innovation." *MGA Study*, March 2016.

"Understanding the True Causes of the U.S. Methamphetamine Problem." *MGA Study*, November 2015.

"Medicaid Provider Taxes: Closing a Loophole." *Tax Notes*, June 29, 2015.

"Observable Flaws in CMS's Dialysis Star-Rating System and a Proposed Alternative." *Bloomberg BNA's Medicare Report*, May 1, 2015.

"Tax and Spending Reform for Fiscal Stability and Economic Growth." (with Joseph Antos, Andrew G. Biggs, and Alan D. Viard) *AEI Economic Perspectives*, May 2015.

"American Association for Justice Misses on 'The True Costs of Generic Drug Regulation.'" *MGA Study*, April 2015.

"An Examination of CMS's Dialysis Star-Rating System." *HLB Report*, March 2015.

"The Economic Viability of a U.S. Biosimilars Industry." *MGA Study*, February 2015.

"Considerations of the FDA's Impact on Competition in the Drug Industry." *MGA Study*, November 2014.

"Obesity in the Medicare Population: Opportunities for Cost Savings." *MGA Study*, October 2014.

"Strengthening the G20's Membership." (with James K. Glassman) *National Taxpayers Union White Paper*, September 22, 2014.

Alex M. Brill

"Health and Economic Benefits of Weight Loss among Obese U.S. Adults." *MGA Study*, August 2014.

"Lost Prescription Drug Savings from Use of REMS Programs to Delay Generic Market Entry." *MGA Study*, July 2014.

"Jobs and Growth Effects of Tax Rate Reductions in Ohio." *MGA Study*, May 2014.

"Budgetary Impact of Obesity in the United States." *MGA Study*, May 2014.

"Should E-Cigarettes Be Taxed?" (with Sally Satel, M.D., and Alan D. Viard) *Tax Notes*, April 14, 2014.

"Proposed FDA Generic Drug Regulation: Higher Prices, No Public Health Benefit." (with Scott Gottlieb, M.D., and Robert W. Pollock) *AEI Health Policy Outlook*, March 2014.

"Comparing Economic Impact Estimates of 'Reverse Payment' Settlements." *MGA Study*, February 20, 2014.

"FDA's Proposed Generic Drug Labeling Rule: An Economic Assessment." *MGA Study*, February 5, 2014.

"The Role of Economic and Political Resilience in Fiscal Reform." *National Chamber Foundation White Paper*, October 28, 2013.

"American Households: An Inspiration for Political Change." *Business Horizon Quarterly*, Summer 2013.

"Israeli Corporate Tax Policy: A Pro-Growth System at Risk." *AEI Economic Perspective*, June 2013.

"Sequestration's Uniform Medicare Cut Will Yield Disparate Impacts Across Providers." (with Brett Leitner) *The Health Lawyer*, June 2013.

"Tax Reform and Fiscal Sanity." *Business Horizon Quarterly*, Spring 2013.

"The Long-Term Returns of Obesity Prevention Policies." *MGA Study*, April 24, 2013.

"Macroeconomic Impact of S ESOPs on the U.S. Economy." *MGA Study*, April 17, 2013.

"An Analysis of the Economic Impact of Requiring Prescriptions for Pseudoephedrine Products." *MGA Study*, March 4, 2013

"Consequences of Inaction: The Fiscal Cliff and the Looming Entitlement Crisis." *National Chamber Foundation White Paper*, December 13, 2012.

"A Debt Strategy for the Next 30 Years." *Business Horizon Quarterly*, Fall 2012.

"Returning to an Economic Growth Agenda." *inFOCUS Quarterly*, Fall 2012.

"A Modest Approach for Effective Multilateral Institutions." *SAIS Review*, Summer/Fall 2012.

"An Analysis of the Benefits S ESOPs Provide the U.S. Economy and Workforce." *MGA Study*, July 26, 2012.

Alex M. Brill

"Who Should the '20' Be? A New Membership System to Boost the Legitimacy of the G20 at a Critical Time for the Global Economy." (with James K. Glassman) *National Taxpayers Union White Paper*, June 14, 2012.

"Tax Analysts Exclusive: A Conversation with Alex Brill." *Tax Notes*, January 30, 2012.

"A Pro-Growth, Progressive, and Practical Proposal to Cut Business Tax Rates." *AEI Tax Policy Outlook*, January 2012.

"The Benefits and Limitations of Income Tax Reform." (with Alan D. Viard) *AEI Tax Policy Outlook*, September 2011.

"Fiscal Solutions: A Balanced Plan for Fiscal Stability and Economic Growth." (with Joseph Antos, Andrew G. Biggs, and Alan D. Viard) *Solutions Initiative by Peter G. Peterson Foundation*, May 25, 2011.

"The Case against Company Stock in 401(k)s." *AEI Retirement Policy Outlook*, April 2011.

"Overspending on Multi-Source Drugs in Medicaid." *AEI Working Paper*, March 28, 2011.

"Responding to the Recession: The Challenge for Unemployment Insurance." *State Tax Notes*, March 7, 2011.

"Peer-to-Peer Lending: Innovative Access to Credit and the Consequences of Dodd-Frank." *Washington Legal Foundation Backgrounder*, December 3, 2010.

"Dear DAD: Southgate and the American Jobs Creation Act." *Tax Notes*, January 25, 2010.

"Taxing the Sick: How 'Fees' in Health Care Reform Hurt Patients." *AEI Tax Policy Outlook*, October 2009.

"The Stimulus Bill: The Other Long-Term Deficit Challenge." *Tax Notes*, September 14, 2009.

"Corporate Tax Rates: Receipts and Distortions." *Tax Notes*, December 22, 2008.

"Proper Duration of Data Exclusivity for Generic Biologics: A Critique." *MGA Study*, November 2008.

"Effective Marginal Tax Rates, Part 2: Reality." (with Alan D. Viard) *Tax Notes*, September 20, 2008.

"Effective Marginal Tax Rates, Part 1: Basic Principles." (with Alan D. Viard) *Tax Notes*, September 8, 2008.

"Seller Funded Downpayment Assistance: New Data Suggests Government Claims Exaggerated." *MGA Study*, September 8, 2008.

"Taxing Capital." *AEI Tax Policy Outlook*, February 2008.

"Individual Taxes After 2010: Post-Permanence-ism." *National Tax Journal*, September 2007, Vol. LX, No. 3.

"Forecasting U.S. Health Care Spending: A Review of Federal Estimates." *AEI Working Paper*, August 2007.

"Taxing Capital: How Much You Pay Matters, But So Does How You Pay." (with Bill Thomas and Robert S. Winters) *Buchanan, Ingersoll & Rooney Tax Advisory,* May 30, 2007. Reprinted in *Practical US/Domestic Tax Strategies*, July 2007.

"Revenue-Maximizing Corporate Income Taxes: The Laffer Curve in OECD Countries." (with Kevin Hassett) *American Enterprise Institute Working Paper #137*, July 31, 2007.

"Knowing What's Good for You: Energy Conservation Investment and the Uninformed Consumer Hypothesis," (with Gilbert Metcalf and Kevin Hassett) *Tufts University Working Paper*, June 1999.

## TESTIMONY

"Broad, Efficient, and Technology-Neutral Tax Policy for Clean Energy." *Testimony before Senate Committee on Finance,* April 27, 2021.

"Foster Competition to Realize Additional Pharmaceutical Cost Savings." *Statement before the Senate Committee on Health, Education, Labor, and Pensions Subcommittee on Primary Health and Retirement Security:* "Why Does the US Pay the Highest Prices in the World for Prescription Drugs?" March 23, 2021

"Efficient and Targeted Tax Policy During the Coronavirus Pandemic." *Testimony before House Subcommittee on Select Revenue Measures*, September 11, 2020.

"Understanding Competition in U.S. Prescription Drug Markets: Entry and Supply Chain Dynamics." *Public Comment Submitted to the Federal Trade Commission*, December 8, 2017.

"The Opportunities for Individual Tax Reform." *Testimony before Senate Committee on Finance*, September 14, 2017.

"The Hatch-Waxman Amendments: Ensuring a Balance Between Innovation and Access." *Remarks at Food and Drug Administration Public Meeting*, July 18, 2017.

"S is for Savings: Pro-Growth Benefits of Employee-Owned S Corporations." *Testimony before House Small Business Committee*, April 27, 2016.

"Supplemental Applications Proposing Labeling Changes for Approved Drugs and Biological Products." *Remarks at Food and Drug Administration Public Meeting*, March 27, 2015.

"Framework for Evaluating Tax Extenders." *Testimony before House Subcommittee on Select Revenue Measures*, June 8, 2012.

"Tales from the Unemployment Line: Barriers Facing the Long-Term Unemployed." *Statement Submitted for the Record, Senate Committee on Health, Education, Labor and Pensions*, December 21, 2011.

"Social Security's Finances." *Testimony before House Subcommittee on Social Security*, June 23, 2011.

"The State of U.S. Manufacturing." *Testimony before Joint Economic Committee*, June 22, 2011.

Alex M. Brill

"Retirement Security: Challenges Confronting Pension Plan Sponsors, Workers, and Retirees." *Testimony before House Subcommittee on Health, Employment, Labor, and Pensions*, June 14, 2011.

"An Incremental Approach to Social Security Reform." *Testimony before Senate Finance Committee*, May 10, 2011.

"Saving on Multi-Source Drugs in Ohio's Medicaid Program." *Testimony before Ohio House Health and Human Services Subcommittee*, April 7, 2011.

"The Stimulus: Two Years Later." *Testimony before House Subcommittee on Regulatory Affairs, Stimulus Oversight and Government Spending*, February 16, 2011.

"Factors Affecting Unemployment Insurance Trust Fund Solvency." *Testimony before House Ways and Means Committee, Subcommittee on Income Security and Family Support,* May 6, 2010.

"Testimony on Creating a Pathway for Follow-on Biologics." *Testimony before House Judiciary Committee*, July 14, 2009.

"Follow-On Biologic Drugs: Framework for Competition and Continued Innovation." *Remarks at Federal Trade Commission Roundtable*, November 21, 2008.

"Unemployment Insurance: Considerations for Extending Benefits." *Testimony before House Ways and Means Committee, Subcommittee on Income Security and Family Support,* April 10, 2008.

## AMICUS BRIEFS AND PUBLIC COMMENTS

"Amicus Brief in Moore v. United States." (with Kyle Pomerleau, Michael R. Strain, Stan Veuger and Alan Viard) *Amicus Brief Filed with Supreme Court*, October 24, 2023.

"A Letter to the FTC Regarding the Business Practices of Pharmacy Benefit Managers and Their Impact on Independent Pharmacies and Consumers." *Public Comment Submitted to the Federal Trade Commission*, May 12, 2022.

"Brief of Brill, Knoll, Mason, and Viard as Amici Curiae in Support of Petitioner in *South Dakota v. Wayfair, Inc.*" (with Alan D. Viard, Michael Knoll, and Ruth Mason) U.S. Supreme Court, March 6, 2018.

"RE: Docket No. R-1404 and RIN No. 7100 AD63." *Comment to the Federal Reserve on Debit Card Interchange Fees*, February 22, 2011.

"A Letter to the FDA Regarding iQOS, a Less Harmful Alternative to Cigarettes." (with Sally Satel) *Public Comment Submitted to the Food and Drug Administration*, November 7, 2017.

"E-Cigarettes: The Risk of Over-Warning." *Public Comment Submitted to the Food and Drug Administration*, September 30, 2015.

"Brief of the Tax Economists as Amici Curiae in *Maryland Comptroller v. Wynne*." (with Christopher DeMuth, Kevin A. Hassett, Alan D. Viard, Alan J. Auerbach, Robert Shapiro, R. Glenn Hubbard, and Brian Galle) U.S. Supreme Court, September 29, 2014.

Alex M. Brill

"Comment," Emerging Health Care Competition and Consumer Issues. *Federal Trade Commission Roundtable, Project No. P08390*, December 22, 2008.

"Supreme Court Amicus Brief in *Davis v. Kentucky Department of Revenue*." (with Alan D. Viard, Christopher DeMuth, Kevin Hassett, Glenn Hubbard, Kent Smetters, and Jason Furman) U.S. Supreme Court, September 21, 2007.

## OP-EDS AND OTHER COMMENTARY

"Congress on the Brink of Disrupting the PBM Market." *MGA Commentary*, January 27, 2025.

"Raising the Salt Cap Would Increase Tax Complexity." (with Kyle Pomerleau) *AEIdeas*, January 13, 2025.

"Economics of 'Delinking' Are Still Not Good." *MGA Commentary*, December 13, 2024.

"The Child Tax Credit: Tradeoffs and Preferences." *AEIdeas*, October 30, 2024.

"Oregon's Measure 118: The Turnover Tax Is the Worst." *AEIdeas*, October 29, 2024.

"Dueling Child Tax Credit Proposals: Harris vs. Vance." (with Kyle Pomerleau and Stan Veuger) *AEIdeas*, October 21, 2024.

"Trump Proposes Bringing Back the Deduction for Auto Loan Interest." (with Kyle Pomerleau and Stan Veuger) *AEIdeas*, October 16, 2024.

"Overtime Income Tax Break: Not Illogical, Just Costly and Complicated." (with Kyle Pomerleau and Stan Veuger) *AEIdeas*, October 7, 2024.

"A Tip Exemption Is Not Sound Tax Policy." (with Christy Robinson) *AEIdeas*, August 16, 2024.

"Despite Headwinds, Biosimilars Market Is Growing in 2024." (with Christy Robinson) *MGA Commentary*, July 8, 2024.

"Trump Talks Taxes and Tariffs." *AEIdeas*, June 17, 2024.

"Beware the Baseline Manipulator." *AEIdeas*, June 7, 2024.

"Patent Thicket Déjà Vu." (with Christy Robinson) *MGA Commentary*, May 23, 2024.

"Will Congress Finally Act on Patent Thickets?." (with Christy Robinson) *MGA Commentary*, May 20, 2024.

"Navigating the Upcoming Tax Cliff: Can Republicans Prevent a Tax Increase Without Adding to the Deficit?" *The Ripon Forum*, April 25, 2024.

"Current and Future State of US Biosimilars." (with Christy Robinson) *MGA Commentary*, April 24, 2024.

"Trends in the US Insulin Market: New Prices, New Players, New Dynamics." *MGA Commentary*, April 23, 2024.

"Biden Budget Proposes a Step Toward Biologic Drug Competition." *MGA Commentary*, March 26, 2024.

"The Next Tax Fight: SALT." *AEIdeas*, February 13, 2024.

9

"The Threat to Preferred Pharmacy Networks." *MGA Commentary*, January 8, 2024.

"Patent Thicket Remedies." (with Christy Robinson) *MGA Commentary*, December 7, 2023.

"This Corporate Law Case Could Accidentally Overturn U.S. Taxes." (with Stan Veuger and Kyle Pomerleau) *Foreign Policy*, December 4, 2023.

"The Economics of "Delinking" PBM Compensation." *MGA Commentary*, November 2, 2023.

"Don't Mix US Tax Administration Policy with the Israel-Hamas Conflict." *AEIdeas*, November 2, 2023.

"The Supreme Court Should Leave the Tax Code Alone." (with Kyle Pomerleau, Michael R. Strain, Stan Veuger and Alan D. Viard) *AEIdeas*, October 24, 2023.

"Unintended Consequences of Limiting PBMs." *MGA Commentary*, September 26, 2023.

"Taking Stock of the Humira Biosimilars Market." (with Christy Robinson) *MGA Commentary*, June 26, 2023.

"Analyzing the Build It in America Act: Proposals for Business Tax Reform." (with Kyle Pomerleau) *AEIdeas*, June 12, 2023.

"Flawed Approach: The Working Families Tax Cut Act as a Response to Inflation." (with Kyle Pomerleau and Grant Seiter) *AEIdeas*, June 8, 2023.

"PBM Concerns Induce Surprising Bipartisanship." *MGA Commentary*, May 31, 2023.

"A Drug with Two Prices." *MGA Commentary*, April 27, 2023.

"Health Care Workforce Shortages: An Updated Look." (with Grant Seiter) *AEIdeas*, February 21, 2023.

"Narrow House GOP Victory Should Point Toward Policy Development Agenda." *AEIdeas*, December 6, 2022.

"Don't Let Pandemic Fatigue Inhibit Pandemic Preparedness." *AEIdeas*, November 15, 2022.

"Macroeconomics of the Child Tax Credit." *AEIdeas*, November 10, 2022.

"More Concerns with the Massachusetts Millionaire's Tax." *AEIdeas*, October 11, 2022.

"President Biden's Student Loan Forgiveness: The Impact on Individuals' State Taxes." (with Grant Seiter) *AEIdeas*, September 28, 2022.

"President Biden's Student Loan Forgiveness: The Impact on State Tax Revenues." (with Grant Seiter) *AEIdeas*, September 19, 2022.

"Health Care Jobs Gap Remains Serious." (with Grant Seiter) *AEIdeas*, July 11, 2022.

"Massachusetts' Proposed 'Millionaires' Tax' Will Push up the Federal Deficit." (with Grant Seiter) *The Hill*, April 18, 2022.

"Sleight of Hand: The Administration's Tax Agenda." *AEIdeas*, March 30, 2022.

"Charitable Giving is Good. Be Smart About How to Encourage It." (with Grant Seiter) *AEIdeas*, March 23, 2022.

10

"Pension Smoothing—The Budget Gimmick That Will Not Die." (with Alan D. Viard) *AEIdeas,* September 22, 2021.

"Should the US Offer Tax Credits to Promote Renewable Energy?" *Wall Street Journal*, July 12, 2021.

"Biden's Corporate Tax Hike is Bad for Growth—Try a Carbon Tax Instead." *The Hill*, June 22, 2021.

"Tackle the Tax Gap." *AEIdeas,* May 12, 2021.

"Unintended Consequences: Democrat's Child Tax Credit Will Cost Jobs." *Bloomberg Tax,* April 22, 2021.

"There are Costs for Climate Change Whether Leaders Take Action or Not." *The Hill,* March 23, 2021.

"How Will the American Rescue Plan Impact Your 2021 Tax Liability?" (With Kyle Pomerleau and Grant Seiter) *AEIdeas,* March 17, 2021.

"The American Rescue Plan's Likely Cost is Way More than $1.9 Trillion." *AEIdeas,* March 4, 2021.

"Pick Your Child Tax Credit." *AEIdeas,* March 2, 2021.

"Almost-Speaker McCarthy." *AEIdeas*, November 23, 2020.

"Impact of the Coronavirus Pandemic on Red, Blue, and Swing States." (with Grant Seiter) *AEIdeas*, October 20, 2020.

"A Deal for Coronavirus Fiscal Relief." (with Betsey Stevenson) *The Hill*, September 17, 2020.

"COVID-19 and Nursing Homes: National Updates and Early Evidence on the Second Wave." (with Benedic Ippolito) *AEIdeas*, August 10, 2020.

"Toward a Better Employee Retention Tax Credit." *AEIdeas*, August 3, 2020.

"A Tax Incentive, not a Spending Program, to Boost Employment." *AEIdeas*, July 16, 2020.

"The Evolving Opioid Crisis." (with Scott Ganz and Burke O'Brien) *AEIdeas*, June 29, 2020.

"COVID-19 and Nursing Homes: Understanding State-Level Variation." (with Benedic Ippolito) *AEIdeas*, June 26, 2020.

"Nursing Home COVID-19 Data are Getting Better." (with Benedic Ippolito) *AEIdeas*, June 19, 2020.

"COVID-19 and Nursing Homes: Examining New National Data." (with Benedic Ippolito) *AEIdeas*, June 10, 2020.

"Efforts to Combat E-Cigarette Misuse Could Backfire." *RealClearHealth*, February 18, 2020.

"Rising Tax Burdens for Those Earning the Most." (with Scott Ganz) *AEIdeas*, October 15, 2019.

"Pro-Family Tax Policy: The Case of the Tax Cuts and Jobs Act." *AEIdeas*, October 7, 2019.

"Hey World: Do not Ban E-Cigarettes." *AEIdeas*, September 4, 2019.

Alex M. Brill

"The Economics of Biologic Drugs." (with Benedic Ippolito) *Health Affairs Blog*, August 8, 2019.

"Biologics are not Natural Monopolies." (with Benedic Ippolito) *Health Affairs Blog*, July 2, 2019.

"2018 Charitable Giving Dips, as Predicted." (with Derrick Choe) *AEIdeas*, June 28, 2019.

"Action on Climate Change Should Not Include Creation of New Entitlements." (with Phillip Swagel) *Washington Examiner*, March 14, 2019.

"Carbon Tax Most Efficient in Tackling Climate Change." (with Alex Flint) *Houston Chronicle,* March 1, 2019.

"Costs of the Green New Deal." *The Hill,* January 31, 2019.

"The US Labor Market Data is Great. What Does it Mean for this Year's Midterms?" *AEIdeas,* October 4, 2018.

"Happy Birthday, FDA Tobacco Plan!" *AEIdeas,* August 7, 2018.

"Supreme Court Ruling on Online Sales Tax Sets Level Playing Field." (with Alan D. Viard) *The Hill*, June 26, 2018.

"What is Behind That Record-Breaking State Unemployment Rate Data?" *AEIdeas,* June 19, 2018.

"Waiting for the Supreme Court's Wayfair Decision." (with Alan D. Viard) *AEIdeas,* June 15, 2018.

"The Effects of Tax Reform on the Medical Deduction." (with Benedic Ippolito) *Tax Notes*, May 14, 2018.

"Election Season is Great Time to Debate Net Neutrality in America." *The Hill*, May 8, 2018.

"SCOTUS Should Balance Main Street and Online." (with Michael Knoll, Ruth Mason and Alan D. Viard) *RealClearMarkets*, April 11, 2018.

"If Entitlement Reform is Too Hard, Lawmakers Can Take Baby Steps." *The Hill*, February 8, 2018.

"The Partisan Divide Over the Carbon Tax is all Smoke." (with Scott Ganz) *RealClearPolicy*, January 29, 2018.

"FDA Should Approve Less Harmful Alternatives to Cigarettes." *The Daily Caller*, January 23, 2018.

"New State-Level Estimates of the Economic Burden of the Opioid Epidemic." *AEIdeas*, January 16, 2018.

"Tax Code in Transition: How to Treat Accumulated Untaxed Foreign Earnings." *AEIdeas*, December 11, 2017.

"Fiscal Reform Lessons from the Anglosphere." (with Sean Speer) *RealClearPolicy*, December 1, 2017.

"Corporate Rate Cut: A Gradual Phase-in Would Be Best." (with Alan D. Viard) *AEIdeas*, November 28, 2017.

"How Much Economic Growth Can Tax Reform Deliver? Part III." *AEIdeas*, November 21, 2017.

"Relax, the Housing Market Will Be Fine after Tax Reform." *AEIdeas*, November 9, 2017.

"Beware These Misleading Arguments Against an Internet Sales Tax." *AEIdeas*, October 6, 2017.

"SALT Repeal: Illustrated." *AEIdeas*, October 5, 2017.

"Best Part of Republican Tax Plan Is Repeal of the State Tax Deduction." *The Hill*, October 3, 2017.

"Who Is Helping After Hurricane Harvey?" (with Scott Ganz) *AEIdeas*, September 21, 2017.

"AEI Scholars Bookend the Witness Table at Senate Finance Committee." *AEIdeas*, September 20, 2017.

"Shop Online? Internet Retailers Have a Tax Advantage Congress Must End." *The Hill*, August 9, 2017.

"A Few Comments on E-Cigarettes and Cigarette Smoking among Adolescents and Young Adults." (with Sally Satel, M.D., and Stan Veuger) *AEIdeas*, July 24, 2017.

"Happy Birthday, #BetterWay Tax Plan." *AEIdeas*, June 23, 2017.

"Let's Scrap Regulations in Favor of a Carbon Tax." *CNBC*, June 6, 2017.

"Don't Thwart an Ally in the War on Tobacco." *EURACTIV*, May 12, 2017.

"Trump vs. House GOP: Whose Plan Is More Pro-Growth?" *RealClearMarkets*, May 4, 2017.

"Running for Your Life? Not So Much." *RealClearHealth*, April 28, 2017.

"Investing in Tax Reform Today Will Yield a Strong Economy Tomorrow." *The Hill*, April 11, 2017.

"Who Would Win a UK-Spain War?" *AEIdeas*, April 5, 2017.

"Repeal and Replace May Have Failed Anyway." *AEIdeas*, March 31, 2017.

"Border Adjustment Tax: $260 Billion More Than You Thought." *AEIdeas*, January 30, 2017.

"Trump Tax Plan Could Negatively Impact Giving." (with Aparna Mathur and Cody Kallen) *RealClearMarkets*, December 9, 2016.

"Who Will Pay for Hillary Clinton's Tax-Code Social Engineering?" *RealClearMarkets*, October 28, 2016.

"6 Things to Know about Hillary Clinton's New Child Tax Credit Expansion." *AEIdeas*, October 14, 2016.

"Broaden the Base–A Tax Reform Visualizer." (with Matt Jensen) *AEIdeas*, August 22, 2016.

"Too Much Gym Class?" (with Rachel Brill) *InsideSources*, July 5, 2016.

Alex M. Brill

"Bernie Sanders' State Wants to Unlearn the Lesson of Competition." *RealClearMarkets*, June 7, 2016.

"Obama's Wall Is Bad Too." *US News & World Report*, May 9, 2016.

"What Are the Tangible Benefits of Middle-Class Tax Cuts?" *AEIdeas*, April 13, 2016.

"As Tax Day Approaches, We Can Surely Do Better." *RealClearMarkets*, April 13, 2016.

"Why Are States Taxing E-Cigarettes?" (with Alan D. Viard) *InsideSources*, April 5, 2016.

"A Senate SCOTUS Strategy to Preserve the Free Option." *AEIdeas*, March 17, 2016.

"Hospital (Un)productivity." *Modern Healthcare*, December 10, 2015.

"Israel's Impressive Economy." *InsideSources*, November 3, 2015.

"The Dangers of FDA Warnings." *Morning Consult*, October 22, 2015.

"How Obamacare Overpays for Medicaid." *RealClearMarkets*, July 15, 2015.

"Well Played, Pelosi." *AEI*, June 15, 2015.

"Tax Day Is Not the Reason the Tax Code Stinks," *American.com*, April 15, 2015.

"The G20 Should Set Membership Rules Now." (with James K. Glassman) *The Hill's Congress Blog*, November 14, 2014.

"Inversion Crackdown Dodges Real Job Opportunities." *American.com*, September 24, 2014.

"It's Back! The Return of the Pension-Smoothing Gimmick." (with Alan D. Viard) *AEIdeas*, July 14, 2014.

"Expert's Take: Tax Extenders Debate." *Human Events*, May 14, 2014.

"A Tax on Public Health." *US News & World Report's "Economic Intelligence,"* May 8, 2014.

"Give the CBO Long-Range Tools." *The Hill*, April 16, 2014.

"A Truly Absurd Tax Code Illustrates the Need for Rational Reform." *RealClearMarkets*, April 16, 2014.

"Don't Tax E-Cigarettes." (with Alan D. Viard and Sally Satel, M.D.) *AEIdeas*, April 14, 2014.

"Recent Senate Deal on Unemployment Benefits Shows That Bipartisanship Isn't Always Good." *National Review Online*, March 17, 2014.

"Obama's 2015 Budget: The Good and the Bad." *Spotlight on Poverty and Opportunity*, March 17, 2014.

"One Step Closer to Tax Reform." *American.com*, February 27, 2014.

"Extended Unemployment Benefits: Not What the Labor Market Needs." *RealClearMarkets*, January 8, 2014.

"Time for a New GOP Grand Strategy." *NationalInterest.com*, October 27, 2013.

"A House GOP Option: Shrink the Senate Plan Then Get Serious About Entitlement Reform." *AEIdeas*, October 16, 2013.

14

Alex M. Brill

"What Would McAuliffe Policies Really Cost?" *Richmond Times Dispatch*, October 11, 2013.

"Lowering Swipe Fees Shows a Disregard for the Value of the Service." *The New York Times,* August 6, 2013.

"Medication Non-Adherence and the Obama Administration's Misguided Efforts to Achieve Health Savings." *AEIdeas*, July 2, 2013.

"New Corporate Tax Plan Threatens Israeli Growth." *AEIdeas*, June 10, 2013.

"Jason Furman Would Serve with Distinction as Chair of the Council of Economic Advisers." (with Alan D. Viard, Andrew G. Biggs, Kevin A. Hassett, R. Glenn Hubbard, John H. Makin, Greg Mankiw, Kent Smetters, Michael R. Strain, and Phillip Swagel) *AEIdeas*, June 10, 2013.

"Time to Stop Funding Unemployment Benefits." *FoxNews.com*, May 16, 2013.

"Israel's Proposed Tax Increases Jeopardize Its Record of Economic Success." *AEIdeas*, May 9, 2013.

"How the Corporate Tax Negatively Impacts Israeli Investment." *RealClearMarkets*, April 26, 2013.

"Medicare Savings the Obama Budget Plan Overlooks." *RealClearMarkets*, April 18, 2013.

"Overhauling the Tax Code: The Devil Is in the Transition." *The Hill*, April 11, 2013.

"Bowles-Simpson Doesn't Address Unsustainable Health Care Spending." *US News & World Report Debate Club*, February 20, 2013.

"Tax Hikes You May Have Forgotten About." *The Hill's Congress Blog*, February 7, 2013.

"Fiscal Cliff Deal Bad for Future Generations." *CNN Global Public Square*, January 4, 2013.

"Plan B for the Fiscal Cliff: Recession Avoidance." *RealClearMarkets*, December 17, 2012.

"8 Things to Know about the Candidates' Tax Policies." *American.com*, November 2, 2012.

"Joe Biden Miscited Our Work at the Debate Last Night." (with Matt Jensen) *AEIdeas*, October 12, 2012.

"The Romney Tax Plan: Not a Tax Hike on the Middle Class." *American.com*, October 1, 2012.

"The Encroaching Fiscal Cliff: Health Care Edition." *RealClearMarkets*, September 17, 2012.

"Tough Politics Are the Barriers to True Tax Simplification." *Forbes.com*, September 12, 2012.

"There's No Free Lunch on Tax Reform." (with Alan D. Viard) *AEIdeas*, August 3, 2012.

"Two Steps toward Reforming the Tax Code." *The Hill*, July 26, 2012.

"Why Bankers Shouldn't Put All Their Eggs in One Investment Basket." *AEIdeas*, July 10, 2012.

"Earmark Ban Backfires, and Trade Policy Pays the Price." *RealClearMarkets*, July 4, 2012.

"The G-20 Needs Better Admissions Standards." (with James K. Glassman) *Wall Street Journal*, June 19, 2012.

"Senate Transportation Bill Opens Door to More Bailouts." *AEIdeas*, April 27, 2012.

15

Alex M. Brill

"Understanding Tax Fairness (and Why the Buffett Rule Is a Distraction)." *American.com*, April 17, 2012.

"More Than One Way to Save on Medicaid." *State Journal-Register*, April 12, 2012.

"The Big Lie at the Heart of the Highway Bill." (with Alan D. Viard) *TheAtlantic.com*, March 16, 2012.

"Warning: Obama Proposes Tripling Dividend Tax Rate." (with Alan D. Viard) *RealClearMarkets*, March 7, 2012.

"3 Ways Obama's Corporate Tax Reform Framework Falls Short." *AEIdeas*, February 24, 2012.

"A Plausible First Step Toward Tax Reform." *RealClearMarkets*, February 8, 2012

"Banks and Government Near Settlement on Mortgages: What Does it Mean?" *American.com*, January 23, 2012.

"House Conservatives' New Emphasis on Economic Growth." *AEIdeas*, January 6, 2012.

"How to Lure Foreign Investment to the US." (with Chad Hill) *Forbes.com*, December 20, 2011.

"The Payroll Tax Holiday Is a Bad Bipartisan Idea." *American.com*, December 6, 2011.

"IRS Bounces on Checks." *American.com*, December 2, 2011.

"Tax Reform: Legislating vs. Campaigning." *AEIdeas*, October 28, 2011.

"The Schumer-Lee Housing Proposal Comes Up Short as Stimulus." (with Rohan Poojara) *Forbes.com*, October 27, 2011.

"Perry's Plan Would Preserve Crony Capitalist Tax Code." *AEIdeas*, October 25, 2011.

"A Victory Celebration and a Wake for Free Trade." *FoxNews.com*, October 17, 2011.

"Stimulus Rhetoric Déjà Vu." *AEIdeas*, October 7, 2011.

"Housing Sector Stimulus: Necessary and Effective or Dangerous and Unfair?" *AEIdeas*, October 4, 2011.

"The Benefits and Limitations of Income Tax Reform." (with Alan D. Viard) *AEIdeas*, September 27, 2011.

"Super Committee vs. Fiscal Commission: It's Different This Time." *RealClearMarkets*, September 14, 2011.

"Congress Needs to Learn That on Fiscal Issues, There's No Golden Ticket." *FoxNews.com*, July 28, 2011.

"Housing Finance: For Once, Please Leave It Alone." *American.com*, July 6, 2011.

"Limit the Real Debt." (with Colin Hanna) *National Review Online*, June 2, 2011.

"How We Would Cut America's Debt." (with Joseph Antos, Andrew G. Biggs, and Alan D. Viard) *Washington Post*, May 23, 2011.

"Don't Expect a Quick Resolution to the Debt Limit Debate." *AEIdeas*, May 3, 2011.

16

"Please Actually Read My Research." *American.com*, April 30, 2011.

"Who Among Us Doesn't Pay Income Tax?" *RealClearMarkets*, April 20, 2011.

"Free Money in Medicaid? A Lesson from Mississippi and Massachusetts." *AEIdeas*, March 28, 2011.

"Debt Limit Reality." *AEIdeas*, January 27, 2011.

"Reform, Don't Raise, the Debt Limit." *Forbes.com*, January 19, 2011.

"How to Think about the Tax Deal." *AEIdeas*, December 7, 2010.

"Tax Breaks for the Wealthy Do Boost Economy." (with Chad Hill) *Forbes.com*, October 27, 2010.

"Warren Appointment Would Mock Principle Upon Which Agency Was Established." (with Aparna Mathur) *AEIdeas*, September 16, 2010.

"Obama's Subprime Nominee." (with Aparna Mathur) *Forbes.com*, August 10, 2010.

"The Unemployment Insurance Crisis." *American.com*, June 29, 2010.

"Keep it Up, Congress, and the Economy May Rebound!" *AEIdeas*, June 17, 2010.

"Politics Disguised as Guidance." *Forbes.com*, June 11, 2010.

"Stimulus Bill Repeal?" *AEIdeas*, March 4, 2010.

"Another Obama Tax Hike." (with Douglas Holtz-Eakin) *WSJ.com*, February 4, 2010.

"Americans Are Good Economists." *American.com*, January 28, 2010.

"Book Review: Start-up Nation." *Transatlantic Dialogue*, January 28, 2010.

"Build Green Infrastructure That Works for All Iowans." (with Scott Ganz) *Des Moines Register*, November 27, 2009.

"Estimates of Federal Spending on Departments Miss the Mark." *AEIdeas*, November 12, 2009.

"Hitting the Sick in the Wallet." *American.com*, November 6, 2009.

"A Permanent Stimulus?" (with Amy Roden) *AEIdeas*, November 5, 2009.

"About That Stimulus: The Shovel Wasn't Ready." (with Rachel Forward) *American.com*, October 27, 2009.

"A Sickening Deficit." (with Amy Roden) *Forbes.com*, October 19, 2009.

"Sugar Tax Is Fatheaded." *AEIdeas*, September 10, 2009.

"A Fat Tax That's Hard to Swallow." (with Aparna Mathur) *American.com*, June 12, 2009.

"What Should Congress Do with Liars and Cheaters?" *Forbes.com*, June 2, 2009.

"$200,000 Was 'High Income'… in 1976." *AEIdeas*, June 1, 2009.

"An Uncharitable Proposal." (with Phillip Swagel) *American.com*, March 26, 2009.

"A First Step Toward Fiscal Responsibility." (with Alan D. Viard) *American.com*, January 26, 2009.

Alex M. Brill

"Why Obama's 'Tax Cuts' Won't Work." *American.com*, January 8, 2009.

"The Real Problem with Obama's Tax Plan." (with Arthur Brooks and Alan D. Viard) *Washington Post*, October 29, 2008.

"The Folly of Obama's Tax Plan." (with Alan D. Viard) *American.com*, August 8, 2008.

"Tackle Social Security Reform in Small Steps." (with Bill Thomas) *Roll Call*, June 2, 2008.

"No Stimulus Gimmicks, Please." (with Bill Thomas) *Wall Street Journal*, January 18, 2008.

"The Real Pending Tax Hike." *Washingtonpost.com*, November 9, 2007.

"The U.S. Economy: What Does It Mean for Politicians?" *TCS Daily*, November 9, 2007.

"Trading Places." *American.com*, October 31, 2007.

"Public 'Private' Equity: The Tax Puzzle." (with Bill Thomas) *American.com*, June 22, 2007.

"The Mixology of Foreign Labor." *American.com,* June 6, 2007.

"A How-To Guide to Raising Americans' Taxes." *The Hill,* May 7, 2007.

"A Little-Known Map of Tax Policy." *American.com,* March 15, 2007.

"European Vacation: Why Americans Love the European Lifestyle and Europeans Would Love an American-Style Tax System." American Council on Germany¸ *Business Advisory Council Spotlight*, January 2006.

"Will the Real Global Economic Threat Please Stand Up?: Economic Weakness in Europe is the Risk, Not Strong Growth in China." *Tech Central Station,* October 2005.

"Don't License Software Engineers." AEI-Brookings Joint Center, *Policy Matters.* January 2001. Originally published in the *Boston Globe,* December 26, 2000.

## EXPERT REPORTS

*Biogen Inc. et al. v. Sandoz Inc. et al.*, United States District Court for the District of Delaware, December 2024.

*Amgen Inc. et al. v. Sandoz Inc.,* United States District Court for the District of New Jersey, October 2023.

*Biogen Inc. et al. v. Sandoz Inc. et al.,* United States District Court for the District of Delaware, February 2023.

*United States v. Timothy J. Dean and Michelle X. Dean*, United States District Court for the Central District of California, Southern Division, January 2013. Technical assistance.

*Warner-Lambert Co. et al. v. Purepac Pharmaceutical et al.*, United States District Court for the District of New Jersey, May 2010.

*Takeda Pharmaceutical et al. v. Teva Pharmaceutical et al.*, United States District Court for the Southern District of New York, May 2010.

## SELECT MEDIA

Alex M. Brill

**Television:** *Agence France-Presse, Al Jazeera English, Bloomberg TV, CBN News, CNBC, CNN, C-SPAN Washington Journal, Fox Business News, Hearst TV, Ideas in Action, Japanese Broadcast Corp. (NHK), Nightly Business Report, Sun News Network, Swedish Broadcasting Corporation (SVT), White House Chronicles PBS Show.*

**Radio:** *America's Radio News Network, BBC Radio, Bloomberg's On the Economy with Tom Keene, First Word, Imagen Empresarial (Mexico), Inside the Economy, KMOX CBS Radio St. Louis, Lou Dobbs Radio, Marketplace, NightSide with Dan Rea, NPR On Point, Politics of Money (KCEO), The Price of Business.*

**Print:** *Bloomberg, BNET, BusinessWeek, CNNMoney, Congressional Quarterly, Financial Times Deutschland, Forbes, Fox Business, Globe and Mail, The Hill, McClatchy Newspapers, National Journal, Politico, Reuters, Roll Call, Tax Notes, Wall Street Journal, Washington Post.*

## OTHER ACCOMPLISHMENTS

Co-Chair, Washington Next Generation Board, United States Holocaust Memorial Museum, 2021–present.

Term Member, Council on Foreign Relations, 2007–2012.

Advisor (tax policy), President's Fiscal Commission, 2010.

Staff Advisor, Economy Subcommittee of the Republican Platform Committee, 2008.

Program Chair, Tax Economists Forum, 2005–2006; Program Co-Chair, 2008.

Profiled by *Almanac of the Unelected*, 2003, 2004, 2005, and 2006.

Young Leader, American Council on Germany, 2005.

Recipient of the Birger Lecture Award, Tufts University, 2004.

*National Journal,* "Key Congressional aide," 2003.

National Science Foundation Graduate Fellowship Honorable Mention, 1999 and 2000.

# Appendix B

## <u>Materials Considered</u>

**Production Documents**

- MRNA-GEN-01749419

- MRNA-GEN-00079284

- MRNA-GEN-02645678

**Public Documents**

- Baumgardner JR, Bilheimer LT, Booth MB, Carrington WJ, Duchovny NJ, Werble EC. Cigarette taxes and the federal budget--report from the CBO. N Engl J Med. 2012 Nov 29;367(22):2068-70. doi: 10.1056/NEJMp1210319. PMID: 23190219

- Center on Budget & Policy Priorities, Fiscal Stimulus: Lessons from the Great Recession (2023), https://www.cbpp.org/research/fiscal-stimulus

- Cong. Budget Off., *10-Year Budget Projections* (Jan 2020), https://www.cbo.gov/data/budget-economic-data

- Cong. Budget Off., *Historical Budget Data* (Jan 2025), https://www.cbo.gov/data/budget-economic-data

- Cong. Budget Off., How CBO Analyzes Approaches to Improve Health Through Disease Prevention (Jan. 2020), https://www.cbo.gov/publication/56413

- Cong. Budget Off., The Role of Automatic Stabilizers in the Federal Budget (Nov. 2024), https://www.cbo.gov/system/files/2024-11/60662-automatic-stabilizers.pdf

- Cong. Rsch. Serv., Running Deficits: Positives and Pitfalls (updated Sep. 14, 2010), https://crsreports.congress.gov/product/pdf/RL/RL33657

- Cong. Rsch. Serv., States Opting Out of COVID-19 Unemployment Insurance (UI) Agreements (updated Aug. 20, 2021), https://crsreports.congress.gov/product/pdf/IN/IN11679

- Ctr. for Ret. Rsch. at Bos. Coll., Federal Taxation Drops for Retirees, https://crr.bc.edu/federal-taxation-drops-for-retirees/

- Ctrs. for Medicare & Medicaid Servs., Medicare COVID-19 Vaccine Shot Payment, https://www.cms.gov/medicare/payment/covid-19-vaccine-toolkit/medicare-covid-19-vaccine-shot-payment

- De Nardi, M., French, E., Jones, J. B., & McCauley, J. (2016). Medical Spending of the US Elderly. *Fiscal studies*, *37*(3-4), 717–747. https://doi.org/10.1111/j.1475-5890.2016.12106

1

- Fed. Rsrv. Bank of S.F., Productivity During and Since the Pandemic, Econ. Letter (Nov. 2024), https://www.frbsf.org/research-and-insights/publications/economic-letter/2024/11/productivity-during-and-since-pandemic/

- Hilary Hoynes & Diane Schanzenbach, Safety Net Investments in Children, Brookings Inst. (Mar. 2018), https://www.brookings.edu/wp-content/uploads/2018/03/HoynesSchanzenbach_Text.pdf

- Joint Comm. on Tax'n, Estimated Revenue Effects of the CARES Act, JCX-11R-20 (Apr. 2020), https://www.jct.gov/publications/2020/jcx-11r-20/

- Medicaid & CHIP Payment & Access Comm'n, MACPAC Releases 2022 Edition of MACStats: Medicaid and CHIP Data Book (2022), https://www.macpac.gov/news/macpac-releases-2022-edition-of-macstats-medicaid-and-chip-data-book/

- Moderna, Moderna Announces Phase 3 COVE Study of mRNA Vaccine Against COVID-19 (mRNA-1273) Begins, MODERNA (July 27, 2020), https://news.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

- Off. of Mgmt. & Budget, Budget of the U.S. Government, Fiscal Year 2022, https://www.govinfo.gov/content/pkg/BUDGET-2022-PER/pdf/BUDGET-2022-PER.pdf

- Pijls BG et al. Demographic risk factors for COVID-19 infection, severity, ICU admission and death: a meta-analysis of 59 studies. *BMJ Open.* 2021 Jan 11;11(1):e044640. doi: 10.1136/bmjopen-2020-044640.

- S. Goodell, J. Cohen, and P. Neumann, *Cost savings and cost-effectiveness of clinical preventive care*, The Synthesis Project, Policy Brief No. 18 (Sept. 2009), https://www.walkboston.org/sites/default/files/Cost%20savings%20and%20cost-effectiveness%20of%20clinical%20preventive%20care.pdf

- Sarah Ewall-Wice, Stimulus Checks: Who Will Get a $1,400 Payment?, CBS NEWS (Feb. 1, 2021), https://www.cbsnews.com/news/stimulus-check-economic-impact-2021-02-01/

- Tami Luhby, Why Republicans are Ready to Kill the $300 Pandemic Unemployment Boost, CNN (May 9, 2021), https://www.cnn.com/2021/05/09/politics/unemployment-benefits-republicans/index.html

- U.S. Gov't Accountability Off., COVID-19: Federal Response and Policy Considerations (Sept. 12, 2023), GAO-23-106696, https://www.gao.gov/products/gao-23-106696

**Deposition Transcripts**

- Robert Johnson 9/10/2024 Deposition Transcript

**Litigation Documents**

- Expert Report of Dr. George W. Rutherford

2

- Expert Report of Christopher A. Vellturo, Ph.D.

**Statutes and Regulations**

- 28 U.S.C. § 1498

- The Coronavirus Aid, Relief, and Economic Security (CARES) Act (P.L. 116-136)