## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |
| MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 22-252-JDW

**EXHIBITS 32, 34, 35, AND 39 TO THE
DECLARATION OF YAN-XIN LI IN SUPPORT OF
MODERNA'S OPPOSITION TO
PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY**

I, Yan-Xin Li, hereby declare and state as follows:

1. I am over the age of eighteen and, if called as a witness, could competently testify to the matters set forth herein.

2. I am an attorney at Kirkland & Ellis LLP, and counsel to Defendants and Counterclaim-Plaintiffs Moderna, Inc. and ModernaTX, Inc. ("Moderna") in this matter.

3. I make this declaration in support of Moderna's Opposition to Plaintiffs' *Daubert* Motion to Exclude Expert Testimony.

4. Attached as Exhibit 32 is a true and correct copy of Exhibit 5 to the February 14, 2025 Rebuttal Expert Report of Christopher A. Vellturo, Ph.D.

1

5. Attached as Exhibit 34 is a true and correct copy of Exhibit 8 to the February 14, 2025 Rebuttal Expert Report of Christopher A. Vellturo, Ph.D.

6. Attached as Exhibit 35 is a true and correct copy of Exhibit 9 to the February 14, 2025 Rebuttal Expert Report of Christopher A. Vellturo, Ph.D.

7. Attached as Exhibit 39 is a true and correct copy of excerpts from Plaintiff Genevant Sciences GmbH's June 7, 2024 Second Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s Second Set of Interrogatories (Nos. 8-10).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in San Francisco, California, this 21st day of November 2025.

/s/ Yan-Xin Li
Yan-Xin Li

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 16, 2025, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Adam R. Brausa, Esquire<br>Eric C. Wiener, Esquire<br>Annie A. Lee, Esquire<br>Shaelyn K. Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| David N. Tan, Esquire<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, DC 20037<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| David I. Berl, Esquire<br>Adam D. Harber, Esquire<br>Thomas S. Fletcher, Esquire<br>Shaun P. Mahaffy, Esquire<br>Andrew L. Hoffman, Esquire<br>Matthew W. Lachman, Esquire<br>Ricardo Leyva, Esquire<br>Arthur J. Argall III, Esquire<br>Falicia Elenberg, Esquire<br>Kathryn Larkin, Esquire<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>*Attorneys for Plaintiff Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Andrei Iancu, Esquire<br>Jeffrey B. Wall, Esquire<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W., Suite 700<br>Washington, DC 20006<br>*Attorneys for Plaintiff Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |

/s/ *Travis J. Murray*
_____
Travis J. Murray (#6882)