# EXHIBIT 32

**Exhibit 5**
**Moderna Agreements Summary[1]**

| Licensor | Licensee | Date | Agreement Title | Includes Rights to Patents-in-Suit | Territory | License/Agreement Type | Payments | Amendments and Related Documents |
|---|---|---|---|---|---|---|---|---|
| _Moderna-Acuitas Agreements_ | | | | | | | | |
| [1] Moderna/Acuitas | Moderna/Acuitas | 7/3/14 | Development and Option Agreement | Yes | Worldwide | Acuitas to Moderna:<br>• Non-exclusive license for technology evaluation purposes<br>Moderna to Acuitas:<br>• Non-exclusive license for technology evaluation purposes | Moderna to Acuitas:<br>• Annual fees<br>• Option exercise fee | |
| [2] Acuitas | Moderna | 5/22/15 | Non-Exclusive License Agreement | Yes | Worldwide | • Non-exclusive license with commercial rights | • Development/commercial milestones<br>• Running royalties (%) | |
| [3] Acuitas | Moderna | 8/19/16 | Non-Exclusive License Agreement | Yes | Worldwide | • Non-exclusive license with commercial rights | • Development/commercial milestones<br>• Running royalties (%) | |
| [4] Acuitas | Moderna | 10/12/16 | Non-Exclusive License Agreement | Yes | Worldwide | • Non-exclusive license with commercial rights | • Development/commercial milestones<br>• Running royalties (%) | |
| [5] Acuitas | Moderna | 12/14/16 | Non-Exclusive License Agreement | No | Worldwide | • Non-exclusive license with commercial rights | • Development/commercial milestones<br>• Running royalties (%) | |
| _Moderna-Merck Agreements_ | | | | | | | | |
| [6] Moderna | Merck | 1/12/15 | Master Collaboration and License Agreement | No | Worldwide | • Exclusive license with commercial rights | • Upfront fee<br>• Development/commercial milestones<br>• Running royalties (%) | • MRNA-GEN-00456809: First Amendment<br>• MRNA-GEN-00456802: Second Amendment<br>• MRNA-GEN-00456791: Third Amendment<br>• MRNA-GEN-00457190: Fourth Amendment<br>• MRNA-GEN-00457386: Term Extension Letter<br>• MRNA-GEN-00456816: Fifth Amendment<br>• MRNA-GEN-00456772: Termination Agreement |
| [7] Merck | Moderna | 1/12/15 | Sublicense Agreement | No | Worldwide | • Non-exclusive sublicense and license with commercial rights | Not specified | |
| [8] Moderna/Merck | Moderna/Merck | 4/17/18 | Amended and Restated mRNA Cancer Vaccine Collaboration and License Agreement | No | Worldwide | Merck to Moderna:<br>• Co-exclusive license for manufacturing purposes<br>Moderna to Merck:<br>• Co-exclusive license for research and development | Merck to Moderna:<br>• Upfront fee (previously paid)<br>• Participation election payment<br>• Profit/loss sharing (%) | |
| _Moderna-AstraZeneca Agreements_ | | | | | | | | |
| [9] Moderna/AstraZeneca | Moderna/AstraZeneca | 1/11/16 | Strategic Drug Development Collaboration and License Agreement | No | Worldwide | AstraZeneca to Moderna:<br>• Co-exclusive license solely for activities under the applicable Discovery Program<br>• Co-exclusive license with commercial rights<br>Moderna to AstraZeneca:<br>• Co-exclusive license solely for activities under the applicable Discovery Program<br>• Co-exclusive license with commercial rights | AstraZeneca to Moderna:<br>• Running royalties (%)<br>• Profit and loss share for U.S. commercialization activities (%)<br>Moderna to AstraZeneca:<br>• Running royalty on Declined Product (%) | |
| [10] Moderna/AstraZeneca | Moderna/AstraZeneca | 10/31/17 | Collaboration and License Agreement | No | Worldwide | AstraZeneca to Moderna:<br>• Co-exclusive license solely for activities under the applicable Discovery Program<br>• Co-exclusive license with commercial rights<br>Moderna to AstraZeneca:<br>• Co-exclusive license solely for activities under the applicable Discovery Program<br>• Co-exclusive license with commercial rights | AstraZeneca to Moderna:<br>• Running royalties (%)<br>• Profit and loss share for U.S. commercialization activities (%) | |

**Exhibit 5**
**Moderna Agreements Summary[1]**

| | Licensor | Licensee | Date | Agreement Title | Includes Rights to Patents-in-Suit | Territory | License/Agreement Type | Payments | Amendments and Related Documents |
|---|---|---|---|---|---|---|---|---|---|
| [11] | Moderna | AstraZeneca | 6/15/18 | Amended and Restated Services and Collaboration Agreement | No | Not specified | • Services agreement to identify research polypeptides and mRNA constructs | • Upfront fee | |
| [12] | Moderna | AstraZeneca | 6/15/18 | Amended and Restated Option Agreement | No | Worldwide | • Co-exclusive license for manufacturing purposes<br>• Exclusive license for all other exploitation of collaboration constructs in the applicable field | • Option exercise fee<br>• Product candidate purchase fee | |
| [13] | Moderna | AstraZeneca | 9/23/19 | Patent Sublicense Agreement | No | Worldwide | • Sublicense with commercial rights | • Development/commercial milestones<br>• Running royalties (%) | |
| | *Moderna-Alexion Agreements* | | | | | | | | |
| [14] | Moderna | Alexion | 1/13/14 | Services and Collaboration Agreement | No | Worldwide | • Services agreement to assist Alexion in evaluating option | N/A | |
| [15] | Moderna | Alexion | 1/13/14 | Option Agreement | No | Worldwide | • Exclusive license option for development and commercialization | • Option exercise fee | |
| | *Moderna-Chiesi Agreements* | | | | | | | | |
| [16] | Moderna | Chiesi | 9/16/20 | Collaboration and License Agreement | No | Worldwide | • Co-exclusive license for research<br>• Exclusive license with commercial rights | • Upfront fee<br>• Technology access fee<br>• Option exercise fee<br>• Development/commercial milestones<br>• Running royalties (%) | |
| [17] | Moderna | Chiesi | 10/14/21 | Patent Sublicense Agreement | No | Worldwide | • Non-exclusive sublicense with commercial rights | • Development/commercial milestones | |
| | *Moderna-Vertex Agreements* | | | | | | | | |
| [18] | Moderna | Vertex | 7/1/16 | Strategic Collaboration and License Agreement | No | Worldwide | • Exclusive license with commercial rights | • Upfront fee<br>• Development milestones<br>• Running royalties (%) | |
| [19] | Moderna | Vertex | 9/16/20 | Strategic Collaboration and License Agreement | No | Worldwide | • Exclusive license with commercial rights | • Upfront fee<br>• Development/commercial milestones<br>• Running royalties (%) | |
| | *Other Agreements* | | | | | | | | |
| [20] | ■■■ | ■■■ | ■■■ | ■■■ | ■ | ■■■ | ■■■ | ■■■ | |
| [21] | Cellscript | Moderna | 6/26/17 | Patent Sublicense Agreement | No | Worldwide | • Non-exclusive sublicense with commercial rights | • Upfront fee & license maintenance fees<br>• Development/commercial milestones<br>• Running royalties (%) | |
| [22] | NIAID | Moderna | 12/14/22 | Patent License Non-Exclusive | No | Worldwide | • Non-exclusive license with commercial rights | • Upfront fee<br>• Development/commercial milestones<br>• Annual royalties<br>• Running royalties (%) | |
| [23] | CytomX | Moderna | 12/30/22 | Collaboration and License Agreement | No | Worldwide | • Exclusive license with commercial rights | • Upfront fee<br>• Development candidate selection fee<br>• Development/commercial milestones<br>• Running royalties (%) | • MRNA-GEN-00457387: Letter Agreement |

**Exhibit 5**
**Moderna Agreements Summary[1]**

| Licensor | Licensee | Date | Agreement Title | Includes Rights to Patents-in-Suit | Territory | License/Agreement Type | Payments | Amendments and Related Documents |
|---|---|---|---|---|---|---|---|---|
| [24] Life Edit | Moderna | 2/21/23 | Strategic Collaboration and License Agreement | No | Worldwide | • Non-exclusive license for research<br>• Exclusive license option with commercial rights | • Upfront fee & research payment<br>• Development/commercial milestones<br>• Running royalties (%) | |
| [25] Generation Bio | Moderna | 3/23/23 | Collaboration and License Agreement | No | Worldwide | • Exclusive license with commercial rights | • Upfront fee<br>• Option exercise fee<br>• Development/commercial milestones<br>• Running royalties (%) | |

**Note:**
1. This list of Moderna agreements combines agreements deemed relevant by Plaintiffs and Moderna in their Interrogatory Responses. Specifically, I compile the agreements based on Plaintiff Genevant Sciences GmbH's Tenth Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s First Set of Interrogatories (No. 5), Plaintiff Arbutus Biopharma Corporation's Corrected and Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s First Set of Interrogatories (Nos. 3 & 7), and Defendants' Fourteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10), as well as Lawton Report, Schedule 6.3.

**Sources:**
[1]: MRNA-GEN-00225558
[2]: GENV-00021315
[3]: GENV-00021083
[4]: GENV-00021199
[5]: GENV-00021427
[6]: MRNA-GEN-00457212
[7]: MRNA-GEN-00457194
[8]: MRNA-GEN-00456830
[9]: MRNA-GEN-00458197
[10]: MRNA-GEN-00457628
[11]: MRNA-GEN-00458389
[12]: MRNA-GEN-00458838
[13]: MRNA-GEN-00457389
[14]: MRNA-GEN-00458495
[15]: MRNA-GEN-00457811
[16]: MRNA-GEN-00457979
[17]: MRNA-GEN-00458160
[18]: MRNA-GEN-00458927
[19]: MRNA-GEN-00457429
[20]: MRNA-GEN-01237004
[21]: MRNA-GEN-00457584
[22]: MRNA-GEN-00459173
[23]: MRNA-GEN-00459066
[24]: MRNA-GEN-00458590
[25]: MRNA-GEN-02654081