# EXHIBIT 35

**Exhibit 9**

**Patent Citation Analysis:**

**Providence Agreement Patent Portfolio Relative Value Apportionment by Age-Adjusted Forward Citation Count**

**Using Patent Classes A61K31, A61K9, A61K47, C12N15, A61P35[1]**

**By Patent Value Distribution**

| | Patent No. | Title | Issue Date | Estimated Expiration Date | Family ID[2] | Explicitly Included in Providence Agreement[3] | PiS, Family Member of PiS, or Unrelated | Forward Citation Count[2] | Age-Adjusted Forward Citation Count[4] | Schankerman[4] | Vigil-Zhang-Adjusted Schankerman[5,6] | Kogan-Adjusted Schankerman[5,7] | Barney-Adjusted Schankerman[5,8] | Kogan 2020[9] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] |
| [1] | 7,745,651 | Cationic lipids and methods of use | 6/29/2010 | 2/1/2027 | 35503560 | Yes | - | 638 | 290 | 5.20% | 4.56% | 5.20% | 5.20% | 4.50% |
| [2] | 7,803,397 | Polyethyleneglycol-modified lipid compounds and uses thereof | 9/28/2010 | 9/15/2024 | 34312435 | Yes | - | 417 | 192 | 3.47% | 3.32% | 3.47% | 3.47% | 3.30% |
| [3] | 7,901,708 | Liposomal apparatus and manufacturing methods | 3/8/2011 | 6/28/2026 | 30000947 | Yes | Family Member | 591 | 279 | 4.89% | 4.34% | 4.89% | 4.89% | 4.29% |
| [4] | 7,982,027 | Lipid encapsulated interfering RNA | 7/19/2011 | 7/16/2024 | 34084527 | Yes | - | 453 | 219 | 3.92% | 3.65% | 3.92% | 3.92% | 3.62% |
| [5] | 8,058,069 | Lipid formulations for nucleic acid delivery | 11/15/2011 | 4/15/2029 | 41198741 | Yes | Patent-in-Suit | 656 | 324 | 5.80% | 4.96% | 5.80% | 5.80% | 4.89% |
| [6] | 8,158,601 | Lipid formulation | 4/17/2012 | 11/10/2030 | 43309230 | Yes | - | 853 | 435 | 7.00% | 5.75% | 7.00% | 7.00% | 5.65% |
| [7] | 8,283,333 | Lipid formulations for nucleic acid delivery | 10/9/2012 | 9/21/2030 | 43410415 | Yes | - | 406 | 215 | 3.84% | 3.59% | 3.84% | 3.84% | 3.57% |
| [8] | 8,329,070 | Liposomal apparatus and manufacturing method | 12/11/2012 | 12/11/2024 | 30000947 | Yes | Family Member | 169 | 91 | 1.61% | 1.81% | 1.61% | 1.61% | 1.83% |
| [9] | 8,492,359 | Lipid formulations for nucleic acid delivery | 7/23/2013 | 6/13/2029 | 41198741 | Yes | Patent-in-Suit | 112 | 64 | 1.11% | 1.36% | 1.11% | 1.11% | 1.38% |
| [10] | 8,642,076 | Lipid containing formulations | 2/4/2014 | 10/3/2027 | 39269192 | Yes | - | 134 | 81 | 1.43% | 1.66% | 1.43% | 1.43% | 1.67% |
| [11] | 8,802,644 | Lipid formulation | 8/12/2014 | 10/21/2030 | 43309230 | Yes | - | 145 | 93 | 1.64% | 1.84% | 1.64% | 1.64% | 1.86% |
| [12] | 8,822,668 | Lipid formulations for nucleic acid delivery | 9/2/2014 | 4/15/2029 | 41198741 | Yes | Patent-in-Suit | 163 | 105 | 1.88% | 2.05% | 1.88% | 1.88% | 2.06% |
| [13] | 8,883,202 | Lipid compositions | 11/11/2014 | 5/8/2030 | 43050445 | Yes | - | 298 | 197 | 3.55% | 3.37% | 3.55% | 3.55% | 3.36% |
| [14] | 8,936,942 | Polyethyleneglycol-modified lipid compounds and uses thereof | 1/20/2015 | 9/15/2024 | 34312435 | Yes | - | 172 | 116 | 2.09% | 2.23% | 2.09% | 2.09% | 2.24% |
| [15] | 8,999,351 | Lipids and compositions for the delivery of therapeutics | 4/7/2015 | 11/9/2030 | 42153319 | Yes | - | 183 | 127 | 2.31% | 2.40% | 2.31% | 2.31% | 2.41% |
| [16] | 9,005,654 | Systems and methods for manufacturing liposomes | 4/14/2015 | 12/25/2029 | 37682963 | Yes | - | 301 | 210 | 3.76% | 3.53% | 3.76% | 3.76% | 3.51% |
| [17] | 9,006,417 | Non-liposomal systems for nucleic acid delivery | 4/14/2015 | 6/30/2031 | 45401265 | Yes | - | 111 | 78 | 1.37% | 1.59% | 1.37% | 1.37% | 1.61% |
| [18] | 9,023,820 | Compositions and methods for silencing apolipoprotein C-III expression | 5/5/2015 | 1/26/2030 | 42355469 | Yes | - | 145 | 102 | 1.82% | 1.99% | 1.82% | 1.82% | 2.01% |
| [19] | 9,035,039 | Compositions and methods for silencing SMAD4 | 5/19/2015 | 12/21/2032 | 48695319 | Yes | - | 15 | 11 | 0.19% | 0.34% | 0.19% | 0.19% | 0.35% |
| [20] | 9,186,325 | Lipids and compositions for the delivery of therapeutics | 11/17/2015 | 6/13/2031 | 42153319 | Yes | - | 167 | 127 | 2.29% | 2.40% | 2.29% | 2.29% | 2.40% |
| [21] | 9,220,683 | Lipids and compositions for the delivery of therapeutics | 12/29/2015 | 10/18/2030 | 42153319 | Yes | - | 120 | 93 | 1.64% | 1.84% | 1.64% | 1.64% | 1.86% |
| [22] | 9,352,042 | Trialkyl cationic lipids and methods of use thereof | 5/31/2016 | 3/18/2033 | 47884528 | Yes | - | 203 | 168 | 2.99% | 2.95% | 2.99% | 2.99% | 2.94% |
| [23] | 9,364,435 | Lipid formulations for nucleic acid delivery | 6/14/2016 | 4/15/2029 | 41198741 | Yes | Patent-in-Suit | 157 | 131 | 2.36% | 2.45% | 2.36% | 2.36% | 2.45% |
| [24] | 9,394,234 | Lipid formulations | 7/19/2016 | 6/10/2030 | 43309230 | Yes | - | 130 | 110 | 1.97% | 2.12% | 1.97% | 1.97% | 2.14% |
| [25] | 9,404,127 | Non-liposomal systems for nucleic acid delivery | 8/2/2016 | 8/2/2024 | 45401265 | Yes | - | 105 | 89 | 1.58% | 1.79% | 1.58% | 1.58% | 1.80% |
| [26] | 9,428,751 | Compositions and methods for silencing apolipoprotein C-III expression | 8/30/2016 | 8/30/2024 | 42355469 | Yes | - | 99 | 85 | 1.51% | 1.73% | 1.51% | 1.51% | 1.75% |
| [27] | 9,492,386 | Liposomal apparatus and manufacturing methods | 11/15/2016 | 12/29/2023 | 30000947 | Yes | Family Member | 208 | 186 | 3.33% | 3.21% | 3.33% | 3.33% | 3.20% |
| [28] | 9,504,651 | Lipid compositions for nucleic acid delivery | 11/29/2016 | 7/15/2023 | 30000947 | Yes | Patent-in-Suit | 200 | 180 | 3.20% | 3.11% | 3.20% | 3.20% | 3.10% |
| [29] | 9,518,272 | Non-liposomal systems for nucleic acid delivery | 12/13/2016 | 6/30/2031 | 45401265 | Yes | - | 97 | 88 | 1.55% | 1.76% | 1.55% | 1.55% | 1.78% |
| [30] | 9,682,139 | Lipids and compositions for the delivery of therapeutics | 6/20/2017 | 11/10/2029 | 42153319 | Yes | - | 138 | 137 | 2.50% | 2.57% | 2.50% | 2.50% | 2.57% |
| [31] | 9,687,550 | Compositions for nucleic acid delivery | 6/27/2017 | 5/14/2034 | 44146135 | Yes | - | 225 | 224 | 3.98% | 3.69% | 3.98% | 3.98% | 3.66% |
| [32] | 9,694,077 | Lipid compositions | 7/4/2017 | 5/5/2030 | 43050445 | Yes | - | 88 | 88 | 1.56% | 1.77% | 1.56% | 1.56% | 1.78% |
| [33] | 9,707,292 | Lipids and compositions for the delivery of therapeutics | 7/18/2017 | 11/10/2029 | 42153319 | Yes | - | 94 | 95 | 1.67% | 1.87% | 1.67% | 1.67% | 1.88% |
| [34] | 9,764,036 | Lipids and compositions for the delivery of therapeutics | 9/19/2017 | 11/10/2029 | 42153319 | Yes | - | 85 | 88 | 1.57% | 1.77% | 1.57% | 1.57% | 1.79% |
| [35] | 9,765,333 | Compositions and methods for silencing marburg virus gene expression | 9/19/2017 | 9/22/2035 | 55454169 | Yes | - | 0 | 0 | 0.01% | 0.03% | 0.01% | 0.01% | 0.03% |
| [36] | 9,814,777 | Targeting lipids | 11/14/2017 | 12/4/2028 | 40599687 | Yes | - | 98 | 105 | 1.87% | 2.04% | 1.87% | 1.87% | 2.05% |
| [37] | 9,878,042 | Lipid formulations for delivery of therapeutic agents to solid tumors | 1/30/2018 | 6/30/2030 | 43410415 | Yes | - | 15 | 17 | 0.29% | 0.47% | 0.29% | 0.29% | 0.49% |
| [38] | 10,077,232 | Cyclic cationic lipids and methods of use | 9/18/2018 | 8/24/2035 | 44457880 | Yes | - | 160 | 203 | 3.64% | 3.44% | 3.64% | 3.64% | 3.42% |
| [39] | 10,117,941 | Lipids and compositions for the delivery of therapeutics | 11/6/2018 | 11/10/2029 | 42153319 | Yes | - | 9 | 12 | 0.21% | 0.36% | 0.21% | 0.21% | 0.38% |
| [40] | 10,456,473 | Lipid compositions | 10/29/2019 | 5/5/2030 | 43050445 | Yes | - | 5 | 8 | 0.15% | 0.27% | 0.15% | 0.15% | 0.29% |
| [41] | 10,561,732 | Trialkyl cationic lipids and methods of use thereof | 2/18/2020 | 2/22/2033 | 47884528 | Yes | - | 60 | 104 | 1.85% | 2.03% | 1.85% | 1.85% | 2.04% |
| [42] | 10,626,393 | Delivering CRISPR therapeutics with lipid nanoparticles | 4/21/2020 | 6/9/2036 | 56137579 | Yes | - | 5 | 9 | 0.16% | 0.30% | 0.16% | 0.16% | 0.31% |
| [43] | 11,141,378 | Lipid formulations for nucleic acid delivery [10] | 10/12/2021 | 4/15/2029 | 41198741 | No | Patent-in-Suit | 23 | 60 | 1.03% | 1.28% | 1.03% | 1.03% | 1.30% |
| [44] | 11,298,320 | Liposomal apparatus and manufacturing methods [10] | 4/12/2022 | 6/30/2023 | 30000947 | No | Family Member | 2 | 6 | 0.11% | 0.22% | 0.11% | 0.11% | 0.23% |
| [45] | 11,318,098 | Liposomal apparatus and manufacturing methods [10] | 5/3/2022 | 6/30/2023 | 30000947 | No | Family Member | 2 | 6 | 0.11% | 0.22% | 0.11% | 0.11% | 0.24% |
| [46] | *Family-Adjusted Totals [11]* | | | | | | | | | 25.43% | 25.01% | 25.43% | 25.43% | 24.97% |
| [47] | **Overall Total** | | | | | | | | | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 9**

**Patent Citation Analysis:**

**Providence Agreement Patent Portfolio Relative Value Apportionment by Age-Adjusted Forward Citation Count**

**Using Patent Classes A61K31, A61K9, A61K47, C12N15, A61P35[1]**

**By Patent Value Distribution**

**Notes:**
1. *See* Exhibit 8, Note 1.
2. *See* Exhibit 8, Note 2.
3. *See* Exhibit 8, Note 3.
4. *See* Exhibit 8, Note 4.
5. *See* Exhibit 8, Note 5.
6. *See* Exhibit 8, Note 6.
7. *See* Exhibit 8, Note 7.
8. *See* Exhibit 8, Note 8.
9. *See* Exhibit 8, Note 9.
10. *See* Exhibit 8, Note 11.
11. *See* Exhibit 8, Note 12.

**Sources:**
[A], [F]: Providence Agreement, Exhibit A (GENV-00022307 at 352-402).
[B]-[E], [H]: AcclaimIP Data
[G]: Complaint, Civil Action No. 22-252-MSG, 02/28/22, ¶ 29; AcclaimIP Data.
[I]-[N]: "PCA Analysis.do"
[46] = [3] + [5] + [8] + [9] + [12] + [23] + [27] + [28] + [43] + [44] + [45]
[47] = SUM([1]:[45])

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

**q**uantitative **e**conomic **s**olutions, LLC