# Exhibit 13

**Exhibit 7.1**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the 2017 Arbutus – Gritstone Agreement Applied to Moderna's Accused Product Royalty Base**
**May 31, 2020 – Q2 2024[1]**
*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [2] ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | - | - |
| [3] Running Royalty Percentage Reduction for No Valid Claims | | | | | | | | | | | | | | | | | | |
| [4] ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | - | - |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.3 | - | $10.5 | $27.3 | $81.9 | $38.0 | $21.5 | $32.4 | $28.3 | $3.3 | $2.5 | $22.0 | $24.9 | $1.4 | - | |
| [6] Unapportioned Running Royalties Paid[6] | - | - | - | $0.3 | - | $10.5 | $27.3 | $81.9 | $38.0 | $21.5 | $32.4 | $28.3 | $3.3 | $2.5 | $22.0 | $24.9 | $1.4 | $294.3 |
| [7] Unapportioned Non-Running Royalty Payments Paid[7] | $7.5 | $5.0 | $10.0 | $5.0 | $25.0 | $30.0 | - | - | - | - | - | - | - | - | - | - | - | $82.5 |
| [8] Unapportioned Royalty Payments Paid | $7.5 | $5.0 | $10.0 | $5.3 | $25.0 | $40.5 | $27.3 | $81.9 | $38.0 | $21.5 | $32.4 | $28.3 | $3.3 | $2.5 | $22.0 | $24.9 | $1.4 | $376.8 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[8] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $7.5 | $4.9 | $9.6 | $5.0 | $22.8 | $36.1 | $23.8 | $69.6 | $31.5 | $17.5 | $25.6 | $21.8 | $2.5 | $1.9 | $15.8 | $17.5 | $0.9 | $314.2 |
| [16] **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[9]** | | | | | | | | | | | | | | | | | | ▮ |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include running royalties and non-running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. I understand from Dr. Prud'homme that the Accused Product would be considere ▮▮▮ nder the terms of this agreement. Thus, I apply the running royalty rate corresponding to Homologous products. As I note in my report, the license resulting from the Hypothetical Negotiation would confer non-exclusive rights to the Patents-in-Suit, *see* Vellturo Report III.B.2. Since this agreement provided exclusive rights to IP portfolios including the Patents-in-Suit, I adjust the running royalty rate to more closely reflect the circumstances of the Hypothetical Negotiation. I perform such an adjustment by harnessing the "license conversion" terms in the Providence agreement, which gave Genevant the right to convert that agreement (whose licensed IP portfolio included rights to the Patents-in-Suit) from an exclusive license to a non-exclusive license and provided for changes in payment terms accordingly, *see* GENV-00022307 at 321, 328-329; Exhibit 6. Specifically, I multiply the running royalty rate of this agreement by the ratio ▮▮▮ which is the ratio created from dividing the Providence agreement's running royalty rate for non-exclusive rights by the rate for exclusive rights. *See* Vellturo Report, Section III.C.1.

5. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

6. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

7. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. I apply such milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

8. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

9. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Vellturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] (Running royalty rate noted in Exhibit 6) * ▮▮▮ *see* Exhibit 6. *See also* Note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 7.2**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the 2020 Genevant – Providence Agreement Applied to Moderna's Accused Product Royalty Base**
**May 31, 2020 – Q2 2024[1]**
*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.3 | - | $12.0 | $31.2 | $93.6 | $43.4 | $24.6 | $37.1 | $32.3 | $3.8 | $2.9 | $25.1 | $28.4 | $1.6 | - | |
| [6] Unapportioned Running Royalties Paid[7] | - | - | - | $0.3 | - | $12.0 | $31.2 | $93.6 | $43.4 | $24.6 | $37.1 | $32.3 | $3.8 | $2.9 | $25.1 | $28.4 | $1.6 | $336.3 |
| [7] Unapportioned Non-Running Royalty Payments Paid[8] | $2.0 | $1.2 | $16.8 | - | $27.0 | $54.0 | - | - | - | - | - | - | - | - | - | - | - | $101.0 |
| [8] Unapportioned Royalty Payments Paid | $2.0 | $1.2 | $16.8 | $0.3 | $27.0 | $66.0 | $31.2 | $93.6 | $43.4 | $24.6 | $37.1 | $32.3 | $3.8 | $2.9 | $25.1 | $28.4 | $1.6 | $437.3 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[9] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $2.0 | $1.2 | $16.1 | $0.3 | $24.6 | $58.8 | $27.2 | $79.5 | $36.0 | $19.9 | $29.3 | $25.0 | $2.9 | $2.1 | $18.0 | $20.0 | $1.1 | $364.0 |
| [16] **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[10]** | | | | | | | | | | | | | | | | | | ▉ |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include running royalties and non-running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. As I note in my report, the license resulting from the Hypothetical Negotiation would confer non-exclusive rights to the Patents-in-Suit, *see* Vellturo Report III.B.2. Thus, I consider this agreement under its non-exclusive terms. *See* Vellturo Report, Section III.C.1.

5. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. *See* Vellturo Report, Sections III.B.2, III.C.1.e.iii.

6. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

7. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

8. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. I apply such milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

9. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

10. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Vellturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] Running royalty rate noted in Exhibit 6, *see* Exhibit 6. *See also* Note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

**Exhibit 7.3**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the 2020 Genevant – Gritstone Agreement** <mark>Applied to Moderna's Accused Product Royalty Base</mark>
**May 31, 2020 – Q2 2024[1]**
*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.3 | - | $10.5 | $27.3 | $81.9 | $38.0 | $21.5 | $32.4 | $28.3 | $3.3 | $2.5 | $22.0 | $24.9 | $1.4 | - | |
| [6] Unapportioned Running Royalties Paid[7] | - | - | - | $0.3 | - | $10.5 | $27.3 | $81.9 | $38.0 | $21.5 | $32.4 | $28.3 | $3.3 | $2.5 | $22.0 | $24.9 | $1.4 | $294.3 |
| [7] Unapportioned Non-Running Royalty Payments Paid[8] | $5.0 | $3.0 | $8.0 | $3.5 | $3.5 | $15.0 | $35.0 | - | - | - | - | - | - | - | - | - | - | $73.0 |
| [8] Unapportioned Royalty Payments Paid | $5.0 | $3.0 | $8.0 | $3.8 | $3.5 | $25.5 | $62.3 | $81.9 | $38.0 | $21.5 | $32.4 | $28.3 | $3.3 | $2.5 | $22.0 | $24.9 | $1.4 | $367.3 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[9] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $5.0 | $2.9 | $7.7 | $3.5 | $3.2 | $22.7 | $54.2 | $69.6 | $31.5 | $17.5 | $25.6 | $21.8 | $2.5 | $1.9 | $15.8 | $17.5 | $0.9 | $303.8 |
| [16] **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[10]** | | | | | | | | | | | | | | | | | | ▮ |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include running royalties and non-running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. I understand from Dr. Prud'homme that the Accused Product would be considered ▮▮▮ under the terms of this agreement. Thus, I apply the running royalty rate corresponding ▮▮▮ As I note in my report, the license resulting from the Hypothetical Negotiation would confer non-exclusive rights to the Patents-in-Suit, *see* Vellturo Report III.B.2. Since this agreement provided exclusive rights to IP portfolios including the Patents-in-Suit, I adjust the running royalty rate to more closely reflect the circumstances of the Hypothetical Negotiation. I perform such an adjustment by harnessing the "license conversion" terms in the Providence agreement, which gave Genevant the right to convert that agreement (whose licensed IP portfolio included rights to the Patents-in-Suit) from an exclusive license to a non-exclusive license and provided for changes in payment terms accordingly, *see* GENV-00022307 at 321, 328-329; Exhibit 6. Specifically, I multiply the running royalty rate of this agreement by the ratio ▮▮▮ which is the ratio created from dividing the Providence agreement's running royalty rate for non-exclusive rights by the rate for exclusive rights. *See* Vellturo Report, Section III.C.1.

5. There was one amendment to this agreement (*see* GENV-00022584), executed on January 29 2021, that modified the royalty reduction terms of the original agreement to include a 50 percent reduction in the event there there was no longer any valid claims surviving from the licensed patent rights. As a conservative measure, I do not apply these reductions to this calculation, and instead use the originally agreed upon terms.

6. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

7. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

8. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. I apply such milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

9. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

10. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Vellturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] (Running royalty rate noted in Exhibit 6) * ▮▮▮ *see* Exhibit 6. *See also* Note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 7.4**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the 2021 Genevant – Gritstone Agreement Applied to Moderna's Accused Product Royalty Base**
May 31, 2020 – Q2 2024[1]
*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.5 | - | $18.8 | $48.8 | $146.2 | $67.9 | $38.5 | $57.9 | $50.5 | $5.9 | $4.5 | $39.2 | $44.4 | $2.5 | - | |
| [6] Unapportioned Running Royalties Paid[7] | - | - | - | $0.5 | - | $18.8 | $48.8 | $146.2 | $67.9 | $38.5 | $57.9 | $50.5 | $5.9 | $4.5 | $39.2 | $44.4 | $2.5 | $525.5 |
| [7] Unapportioned Non-Running Royalty Payments Paid[8] | $4.5 | $3.0 | $28.0 | $3.5 | $3.5 | $15.0 | $35.0 | $75.0 | - | - | - | - | - | - | - | - | - | $167.5 |
| [8] Unapportioned Royalty Payments Paid | $4.5 | $3.0 | $28.0 | $4.0 | $3.5 | $33.8 | $83.8 | $221.2 | $67.9 | $38.5 | $57.9 | $50.5 | $5.9 | $4.5 | $39.2 | $44.4 | $2.5 | $693.0 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[9] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $4.5 | $2.9 | $26.8 | $3.8 | $3.2 | $30.1 | $72.9 | $187.9 | $56.3 | $31.2 | $45.8 | $39.0 | $4.5 | $3.3 | $28.2 | $31.2 | $1.7 | $573.2 |
| [16] **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[10]** | | | | | | | | | | | | | | | | | | |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include running royalties and non-running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. I understand from Dr. Prud'homme that the Accused Product would be considered ▓▓▓▓▓▓ nder the terms of this agreement. Thus, I apply the running royalty rate corresponding t ▓▓▓▓▓▓ *See* Vellturo Report, Section III.C.1.

5. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. *See* Vellturo Report, Sections III.B.2, III.C.1.e.iii.

6. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

7. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

8. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. I apply such milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

9. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

10. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Vellturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] Running royalty rate noted in Exhibit 6, *see* Exhibit 6. *See also* Note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

**Exhibit 7.5**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the March 2021 Genevant – Takeda Agreement Applied to Moderna's Accused Product Royalty Base**
**May 31, 2020 – Q2 2024[1]**
*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [2–4] *(redacted)* | | | | | | | | | | | | | | | | | | |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.2 | - | $7.5 | $28.2 | $93.6 | $35.9 | $24.6 | $37.1 | $32.3 | $2.4 | $1.8 | $20.1 | $28.4 | $1.0 | - | |
| [6] Unapportioned Running Royalties Paid[7] | - | - | - | $0.2 | - | $7.5 | $28.2 | $93.6 | $35.9 | $24.6 | $37.1 | $32.3 | $2.4 | $1.8 | $20.1 | $28.4 | $1.0 | $313.1 |
| [7] Unapportioned Non-Running Royalty Payments Paid[8] | $36.0 | $20.0 | $30.0 | $10.0 | $25.0 | $35.0 | $50.0 | - | - | - | - | - | - | - | - | - | - | $206.0 |
| [8] Unapportioned Royalty Payments Paid | $36.0 | $20.0 | $30.0 | $10.2 | $25.0 | $42.5 | $78.2 | $93.6 | $35.9 | $24.6 | $37.1 | $32.3 | $2.4 | $1.8 | $20.1 | $28.4 | $1.0 | $519.1 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[9] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $36.0 | $19.6 | $28.7 | $9.5 | $22.8 | $37.9 | $68.1 | $79.5 | $29.8 | $19.9 | $29.3 | $25.0 | $1.8 | $1.3 | $14.4 | $20.0 | $0.7 | $444.3 |

[16] Unapportioned Genevant Patent Portfolio Effective Royalty Rate[10] *(redacted)*

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter; thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include running royalties and non-running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. As I note in my report, the license resulting from the Hypothetical Negotiation would confer non-exclusive rights to the Patents-in-Suit, *see* Vellturo Report III.B.2. Since this agreement provided exclusive rights to IP portfolios including the Patents-in-Suit, I adjust the running royalty rate to more closely reflect the circumstances of the Hypothetical Negotiation. I perform such an adjustment by harnessing the "license conversion" terms in the Providence agreement, which gave Genevant the right to convert that agreement (whose licensed IP portfolio included rights to the Patents-in-Suit) from an exclusive license to a non-exclusive license and provided for changes in payment terms accordingly, *see* GENV-00022307 at 321, 328-329; Exhibit 6. Specifically, I multiply the running royalty rate of this agreement by the ratio ▮▮▮ which is the ratio created from dividing the Providence agreement's running royalty rate for non-exclusive rights by the rate for exclusive rights. *See* Vellturo Report, Section III.C.1.

5. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. *See* Vellturo Report, Sections III.B.2, III.C.1.e.iii.

6. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

7. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

8. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. I apply such milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

9. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

10. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Vellturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] (Running royalty rates noted in Exhibit 6) ▮▮▮ ), *see* Exhibit 6. *See also* Note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

**Exhibit 7.6**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
Implied by the Terms of the August 2021 Genevant – Takeda Agreement Applied to Moderna's Accused Product Royalty Base
May 31, 2020 – Q2 2024[1]
*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.2 | - | $6.0 | $23.1 | $76.0 | $29.3 | $20.0 | $30.1 | $26.3 | $1.9 | $1.4 | $16.5 | $23.1 | $0.8 | - | |
| [6] Unapportioned Running Royalties Paid[7] | - | - | - | $0.2 | - | $6.0 | $23.1 | $76.0 | $29.3 | $20.0 | $30.1 | $26.3 | $1.9 | $1.4 | $16.5 | $23.1 | $0.8 | $254.7 |
| [7] Unapportioned Non-Running Royalty Payments Paid[8] | $20.0 | $15.0 | $27.0 | $10.0 | $20.0 | $60.0 | - | - | - | - | - | - | - | - | - | - | - | $152.0 |
| [8] Unapportioned Royalty Payments Paid | $20.0 | $15.0 | $27.0 | $10.2 | $20.0 | $66.0 | $23.1 | $76.0 | $29.3 | $20.0 | $30.1 | $26.3 | $1.9 | $1.4 | $16.5 | $23.1 | $0.8 | $406.7 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[9] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $20.0 | $14.7 | $25.8 | $9.5 | $18.3 | $58.8 | $20.1 | $64.6 | $24.3 | $16.2 | $23.8 | $20.3 | $1.4 | $1.1 | $11.8 | $16.2 | $0.5 | $347.5 |
| [16] **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[10]** | | | | | | | | | | | | | | | | | | |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include running royalties and non-running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. As I note in my report, the license resulting from the Hypothetical Negotiation would confer non-exclusive rights to the Patents-in-Suit, *see* Vellturo Report III.B.2. Since this agreement provided exclusive rights to IP portfolios including the Patents-in-Suit, I adjust the running royalty rate to more closely reflect the circumstances of the Hypothetical Negotiation. I perform such an adjustment by harnessing the "license conversion" terms in the Providence agreement, which gave Genevant the right to convert that agreement (whose licensed IP portfolio included rights to the Patents-in-Suit) from an exclusive license to a non-exclusive license and provided for changes in payment terms accordingly, *see* GENV-00022307 at 321, 328-329; Exhibit 6. Specifically, I multiply the running royalty rate of this agreement by the ratio ▮▮▮▮ which is the ratio created from dividing the Providence agreement's running royalty rate for non-exclusive rights by the rate for exclusive rights. *See* Vellturo Report, Section III.C.1.

5. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. *See* Vellturo Report, Sections III.B.2, III.C.1.e.iii.

6. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

7. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

8. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. I apply such milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

9. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

10. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Vellturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] (Running royalty rates noted in Exhibit 6) ▮▮▮▮ *see* Exhibit 6. *See also* Note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 7.7**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the 2023 Genevant – Korro Agreement** <mark>Applied to Moderna's Accused Product Royalty Base</mark>
**May 31, 2020 – Q2 2024[1]**
*($ millions)*

| | | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] | Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [5] | Unapportioned Running Royalty Payments Accrued | - | - | $0.3 | - | $10.0 | $27.5 | $118.7 | $37.7 | $25.6 | $43.3 | $50.5 | $3.2 | $2.4 | $20.9 | $28.7 | $1.3 | - | |
| [6] | Unapportioned Running Royalties Paid[6] | - | - | - | $0.3 | - | $10.0 | $27.5 | $118.7 | $37.7 | $25.6 | $43.3 | $50.5 | $3.2 | $2.4 | $20.9 | $28.7 | $1.3 | $370.2 |
| [7] | Unapportioned Non-Running Royalty Payments Paid[7] | $7.5 | $5.0 | $26.5 | - | - | $4.0 | - | $57.0 | - | - | - | - | - | - | - | - | - | $100.0 |
| [8] | Unapportioned Royalty Payments Paid | $7.5 | $5.0 | $26.5 | $0.3 | - | $14.0 | $27.5 | $175.7 | $37.7 | $25.6 | $43.3 | $50.5 | $3.2 | $2.4 | $20.9 | $28.7 | $1.3 | $470.2 |
| | **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] | Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] | Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] | Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] | Discount Period Length[8] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] | Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] | Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] | Discounted Unapportioned Royalty Payments | $7.5 | $4.9 | $25.4 | $0.3 | - | $12.5 | $23.9 | $149.3 | $31.3 | $20.8 | $34.3 | $39.0 | $2.4 | $1.8 | $15.0 | $20.2 | $0.9 | $389.3 |
| [16] | **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[9]** | | | | | | | | | | | | | | | | | | |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include running royalties and non-running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. *See* Vellturo Report, Sections III.B.2, III.C.1.e.iii.

5. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

6. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

7. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. I apply such milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

8. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

9. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Vellturo Report, Section III.C.1.e.iii.

**Sources:**
[1] Exhibit 12-A
[2] Running royalty rates noted in Exhibit 6. *See also* Note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

**Exhibit 7.8**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the 2023 Genevant – Gritstone Agreement Applied to Moderna's Accused Product Royalty Base**
**May 31, 2020 – Q2 2024[1]**
*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.4 | - | $12.5 | $36.5 | $144.7 | $49.3 | $37.0 | $57.9 | $50.5 | $3.9 | $3.0 | $27.8 | $39.3 | $1.6 | - | |
| [6] Unapportioned Running Royalties Paid[7] | - | - | - | $0.4 | - | $12.5 | $36.5 | $144.7 | $49.3 | $37.0 | $57.9 | $50.5 | $3.9 | $3.0 | $27.8 | $39.3 | $1.6 | $464.5 |
| [7] Unapportioned Non-Running Royalty Payments Paid[8] | $10.0 | $5.0 | $18.8 | $11.3 | $7.1 | $10.0 | $50.0 | $40.0 | $1.5 | - | - | - | $2.0 | - | - | - | $2.0 | $157.6 |
| [8] Unapportioned Royalty Payments Paid | $10.0 | $5.0 | $18.8 | $11.6 | $7.1 | $22.5 | $86.5 | $184.7 | $50.8 | $37.0 | $57.9 | $50.5 | $5.9 | $3.0 | $27.8 | $39.3 | $3.6 | $622.1 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[9] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $10.0 | $4.9 | $17.9 | $10.8 | $6.5 | $20.1 | $75.3 | $156.9 | $42.1 | $30.0 | $45.8 | $39.0 | $4.5 | $2.2 | $20.0 | $27.6 | $2.5 | $516.1 |
| [16] **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[10]** | | | | | | | | | | | | | | | | | | ▓ |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include running royalties and non-running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. I understand from Dr. Prud'homme that the Accused Product would be considered a Homologous product under the terms of this agreement. Thus, I apply the running royalty rates corresponding to Homologous products. *See* Vellturo Report, Section III.C.1.

5. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. *See* Vellturo Report, Sections III.B.2, III.C.1.e.iii.

6. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

7. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

8. Non-running royalty payments include upfront payments, annual payments, option exercise fees, and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. I apply such milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

9. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

10. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Vellturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] Running royalty rates noted in Exhibit 6. *See also* note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 7.9**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the 2023 Genevant – Novo Nordisk Agreement Applied to Moderna's Accused Product Royalty Base**
**May 31, 2020 – Q2 2024[1]**
(S millions)

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.2 | - | $8.8 | $24.8 | $96.5 | $33.7 | $24.7 | $38.6 | $33.7 | $2.8 | $2.1 | $19.1 | $26.2 | $1.1 | - | |
| [6] Unapportioned Running Royalties Paid[6] | - | - | - | $0.2 | - | $8.8 | $24.8 | $96.5 | $33.7 | $24.7 | $38.6 | $33.7 | $2.8 | $2.1 | $19.1 | $26.2 | $1.1 | $312.2 |
| [7] Unapportioned Non-Running Royalty Payments Paid[7] | $14.0 | $5.0 | $15.0 | $7.0 | $3.0 | - | - | $72.0 | - | - | - | $8.0 | - | - | - | - | - | $124.0 |
| [8] Unapportioned Royalty Payments Paid | $14.0 | $5.0 | $15.0 | $7.2 | $3.0 | $8.8 | $24.8 | $168.5 | $33.7 | $24.7 | $38.6 | $41.7 | $2.8 | $2.1 | $19.1 | $26.2 | $1.1 | $436.2 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[8] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $14.0 | $4.9 | $14.4 | $6.8 | $2.7 | $7.8 | $21.6 | $143.1 | $28.0 | $20.0 | $30.5 | $32.2 | $2.1 | $1.5 | $13.7 | $18.4 | $0.8 | $362.5 |
| [16] **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[9]** | | | | | | | | | | | | | | | | | | |

**Notes:**
1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.
2. For more details on this calculation, see Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include running royalties and non-running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, see Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, see Exhibit 6.
3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, see Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.
4. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. See Vellturo Report, Sections III.B.2, III.C.1.e.iii.
5. This rate reflects the value of the entire Genevant patent portfolio—including patents that are not at issue in this matter—and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.
6. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, see Exhibit 6.
7. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. I apply such milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, see Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.
8. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.
9. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. See also Vellturo Report, Section III.C.1.e.iii.

**Sources:**
[1] Exhibit 12-A
[2] Running royalty rates noted in Exhibit 6. See also Note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, see Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, see Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, see MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, see Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 7.10**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the 2024 Genevant – Tome Agreement Applied to Moderna's Accused Product Royalty Base**
May 31, 2020 – Q2 2024[1]
*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| ██ | | | | | | | | | | | | | | | | | | |
| ██ | | | | | | | | | | | | | | | | | | |
| ██ | | | | | | | | | | | | | | | | | | |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.3 | - | $10.0 | $30.0 | $133.7 | $40.2 | $31.9 | $52.1 | $50.5 | $3.2 | $2.4 | $22.5 | $33.4 | $1.3 | - | |
| [6] Unapportioned Running Royalties Paid[6] | - | - | - | $0.3 | - | $10.0 | $30.0 | $133.7 | $40.2 | $31.9 | $52.1 | $50.5 | $3.2 | $2.4 | $22.5 | $33.4 | $1.3 | $411.5 |
| [7] Unapportioned Non-Running Royalty Payments Paid[7] | $7.3 | $5.0 | $19.0 | $2.5 | - | - | - | $80.0 | - | - | - | - | - | - | - | - | - | $113.8 |
| [8] Unapportioned Royalty Payments Paid | $7.3 | $5.0 | $19.0 | $2.8 | - | $10.0 | $30.0 | $213.7 | $40.2 | $31.9 | $52.1 | $50.5 | $3.2 | $2.4 | $22.5 | $33.4 | $1.3 | $525.3 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[8] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $7.3 | $4.9 | $18.2 | $2.6 | - | $8.9 | $26.1 | $181.6 | $33.4 | $25.9 | $41.2 | $39.0 | $2.4 | $1.8 | $16.2 | $23.5 | $0.9 | $433.7 |
| [16] Unapportioned Genevant Patent Portfolio Effective Royalty Rate[9] | | | | | | | | | | | | | | | | | | ██ |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include upfront payments, milestone payments, and running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. *See* Vellturo Report, Sections III.B.2, III.C.1.e.iii.

5. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

6. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

7. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. As a conservative measure, I assume, for the purposes of this unapportioned effective rate calculation, that the full initial payment amount defined by this agreement is paid without subtracting the "Credit Amount" specified by this agreement, *see* Exhibit 6. I apply milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

8. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

9. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. See also Vellturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] Running royalty rates noted in Exhibit 6. *See also* Note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] $(1 + [9])^{(-1 * [12])}$
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 7.11**

**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**

**Implied by the Terms of the 2024 Genevant – Repair Agreement Applied to Moderna's Accused Product Royalty Base**

**May 31, 2020 – Q2 2024[1]**

*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [redacted] | | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | | |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.3 | - | $10.0 | $30.0 | $136.2 | $40.2 | $29.8 | $56.7 | $50.5 | $3.2 | $2.4 | $22.5 | $32.2 | $1.3 | - | |
| [6] Unapportioned Running Royalties Paid[6] | - | - | - | $0.3 | - | $10.0 | $30.0 | $136.2 | $40.2 | $29.8 | $56.7 | $50.5 | $3.2 | $2.4 | $22.5 | $32.2 | $1.3 | $415.3 |
| [7] Unapportioned Non-Running Royalty Payments Paid[7] | $7.0 | $4.0 | $21.0 | $3.0 | $35.0 | $37.0 | - | - | - | - | - | - | - | - | - | - | - | $107.0 |
| [8] Unapportioned Royalty Payments Paid | $7.0 | $4.0 | $21.0 | $3.3 | $35.0 | $47.0 | $30.0 | $136.2 | $40.2 | $29.8 | $56.7 | $50.5 | $3.2 | $2.4 | $22.5 | $32.2 | $1.3 | $522.3 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[8] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $7.0 | $3.9 | $20.1 | $3.1 | $31.9 | $41.9 | $26.1 | $115.7 | $33.4 | $24.2 | $44.8 | $39.0 | $2.4 | $1.8 | $16.2 | $22.6 | $0.9 | $434.9 |
| [16] **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[9]** | | | | | | | | | | | | | | | | | | [redacted] |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Velluturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include upfront payments, milestone payments, and running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Velluturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Velluturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. *See* Velluturo Report, Sections III.B.2, III.C.1.e.iii.

5. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

6. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

7. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. As a conservative measure, I assume, for the purposes of this unapportioned effective rate calculation, that the full initial payment amount defined by this agreement is paid without subtracting the "Credit Amount" specified by this agreement, *see* Exhibit 6. I apply milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

8. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

9. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Velluturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] Running royalty rates noted in Exhibit 6. *See also* Note 4; Velluturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

**Exhibit 7.12**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the 2024 Genevant – Editas Agreement Applied to Moderna's Accused Product Royalty Base**
May 31, 2020 – Q2 2024[1]
*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.3 | - | $10.0 | $30.0 | $124.5 | $40.2 | $29.8 | $48.2 | $47.1 | $3.2 | $2.4 | $22.5 | $32.2 | $1.3 | - | |
| [6] Unapportioned Running Royalties Paid[6] | - | - | - | $0.3 | - | $10.0 | $30.0 | $124.5 | $40.2 | $29.8 | $48.2 | $47.1 | $3.2 | $2.4 | $22.5 | $32.2 | $1.3 | $391.7 |
| [7] Unapportioned Non-Running Royalty Payments Paid[7] | $9.5 | $5.0 | $21.0 | $4.5 | - | $21.5 | $22.5 | $35.0 | - | - | - | - | - | - | $2.5 | - | - | $121.5 |
| [8] Unapportioned Royalty Payments Paid | $9.5 | $5.0 | $21.0 | $4.8 | - | $31.5 | $52.5 | $159.5 | $40.2 | $29.8 | $48.2 | $47.1 | $3.2 | $2.4 | $25.0 | $32.2 | $1.3 | $513.2 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[8] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $9.5 | $4.9 | $20.1 | $4.5 | - | $28.1 | $45.7 | $135.5 | $33.4 | $24.2 | $38.1 | $36.4 | $2.4 | $1.8 | $18.0 | $22.6 | $0.9 | $425.9 |
| [16] **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[9]** | | | | | | | | | | | | | | | | | | |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Velturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include upfront payments, milestone payments, and running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Velturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Velturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. *See* Velturo Report, Sections III.B.2, III.C.1.e.iii.

5. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

6. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

7. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. As a conservative measure, I assume, for the purposes of this unapportioned effective rate calculation, that the full initial payment amount defined by this agreement is paid without subtracting the "Credit Amount" specified by this agreement, *see* Exhibit 6. I apply milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

8. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

9. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Velturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] Running royalty rates noted in Exhibit 6. *See also* Note 4; Velturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 7.13**
**Unapportioned Genevant Patent Portfolio Effective Royalty Rate Calculation**
**Implied by the Terms of the 2024 Genevant – Epitopea Agreement Applied to Moderna's Accused Product Royalty Base**
**May 31, 2020 – Q2 2024[1]**
*($ millions)*

| | Q2 2020[1] | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024[1] | Q2 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unapportioned Effective Royalty Payments[2]** | | | | | | | | | | | | | | | | | | |
| [1] Accused Product Net Sales[3] | - | - | $14.2 | - | $500.2 | $1,301.1 | $3,898.6 | $1,809.7 | $1,025.8 | $1,543.9 | $1,346.2 | $157.9 | $119.8 | $1,045.5 | $1,184.6 | $65.4 | - | $14,012.7 |
| [5] Unapportioned Running Royalty Payments Accrued | - | - | $0.3 | - | $10.0 | $30.0 | $143.7 | $40.2 | $36.1 | $57.9 | $50.5 | $3.2 | $2.4 | $22.5 | $36.0 | $1.3 | - | |
| [6] Unapportioned Running Royalties Paid[6] | - | - | - | $0.3 | - | $10.0 | $30.0 | $143.7 | $40.2 | $36.1 | $57.9 | $50.5 | $3.2 | $2.4 | $22.5 | $36.0 | $1.3 | $434.1 |
| [7] Unapportioned Non-Running Royalty Payments Paid[7] | $7.5 | $5.0 | $15.0 | $16.0 | - | $15.0 | $25.0 | $40.0 | - | - | - | - | - | - | - | - | - | $123.5 |
| [8] Unapportioned Royalty Payments Paid | $7.5 | $5.0 | $15.0 | $16.3 | - | $25.0 | $55.0 | $183.7 | $40.2 | $36.1 | $57.9 | $50.5 | $3.2 | $2.4 | $22.5 | $36.0 | $1.3 | $557.6 |
| **Consideration of Discounted Total Royalty Payments and Discounted Total Accused Product Net Sales** | | | | | | | | | | | | | | | | | | |
| [9] Moderna Annual Discount Rate | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | |
| [10] Period Start Date | 5/31/20 | 7/1/20 | 10/1/20 | 1/1/21 | 4/1/21 | 7/1/21 | 10/1/21 | 1/1/22 | 4/1/22 | 7/1/2022 | 10/1/2022 | 1/1/2023 | 4/1/2023 | 7/1/2023 | 10/1/2023 | 1/1/2024 | 4/1/2024 | |
| [11] Period End Date | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 | 3/31/22 | 6/30/22 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 3/31/2024 | 6/30/2024 | |
| [12] Discount Period Length[8] | 0.04 | 0.21 | 0.46 | 0.71 | 0.96 | 1.21 | 1.46 | 1.71 | 1.96 | 2.21 | 2.46 | 2.71 | 2.96 | 3.21 | 3.46 | 3.71 | 3.96 | |
| [13] Discount Factor | 100% | 98% | 96% | 93% | 91% | 89% | 87% | 85% | 83% | 81% | 79% | 77% | 75% | 74% | 72% | 70% | 69% | |
| [14] Discounted Accused Product Net Sales | - | - | $13.5 | - | $456.5 | $1,159.4 | $3,391.6 | $1,537.4 | $851.1 | $1,250.7 | $1,064.6 | $121.9 | $90.4 | $770.0 | $851.7 | $45.9 | - | $11,604.8 |
| [15] Discounted Unapportioned Royalty Payments | $7.5 | $4.9 | $14.4 | $15.2 | - | $22.3 | $47.9 | $156.1 | $33.4 | $29.2 | $45.8 | $39.0 | $2.4 | $1.8 | $16.2 | $25.2 | $0.9 | $462.1 |
| [16] **Unapportioned Genevant Patent Portfolio Effective Royalty Rate[9]** | | | | | | | | | | | | | | | | | | ■ |

**Notes:**

1. This analysis begins on 5/31/2020, the date of the Hypothetical Negotiation, and Accused Product sales data are available through January 2024. Therefore, Q2 2020, Q1 2024, and Q2 2024 represent partial quarters. Additionally, the terms of this agreement specifies that running royalties accrued in a given calendar quarter are paid the subsequent calendar quarter, thus, this analysis extends through Q2 2024.

2. For more details on this calculation, *see* Vellturo Report, Section III.C.1.e.iii. The royalty payments considered in this unapportioned effective rate calculation include upfront payments, milestone payments, and running royalties. Reimbursements related to services rendered are not included here as they would not be part of the Hypothetical Negotiation's bare patent license, *see* Vellturo Report, Section III.B.2. For details on the payment terms specified by this agreement, *see* Exhibit 6.

3. The Accused Product Net Sales include those relating to Accused Product doses manufactured in the U.S. while there is a valid patent claim covering the Accused Product, excluding sales made under the U.S. Government C-100 Contract and 271(f) sales, *see* Vellturo Report, Section III.E.1; Exhibits 11 and 12-A.

4. As the Hypothetical Negotiation license would be a bare patent license to the Patents-in-Suit, with no need for Know-How or other non-patented intellectual property licensed in this agreement, I parse out the value associated with the patented IP (as distinct from the non-patented IP that is provided under this agreement) by applying the running royalty reduction percentage specified in this agreement for when covered products are no longer covered by a valid claim of a licensed patent. *See* Vellturo Report, Sections III.B.2, III.C.1.e.iii.

5. This rate reflects the value of the entire Genevant patent portfolio–including patents that are not at issue in this matter–and does not parse out the value of the Patents-in-Suit as the parties would do at the Hypothetical Negotiation.

6. The terms of this agreement specifies that running royalties accrued in a given calendar quarter would be paid the subsequent calendar quarter, *see* Exhibit 6.

7. Non-running royalty payments include upfront payments and milestone payments that would be applicable to and achieved by the Accused Product if it existed under the terms of this agreement. As a conservative measure, I assume, for the purposes of this unapportioned effective rate calculation, that the full initial payment amount defined by this agreement is paid without subtracting the "Credit Amount" specified by this agreement, *see* Exhibit 6. I apply milestone payments based on the achievement dates detailed in Exhibit 7-A, subject to this agreement's payment timing terms, *see* Exhibit 6. In the event that any milestone payments would have been achieved by the Accused Product before the Hypothetical Negotiation date, I apply them at the Hypothetical Negotiation date.

8. I discount to 5/31/2020, the date of the Hypothetical Negotiation. I assume sales accrue mid-period.

9. This rate is unapportioned as it does not parse out the value of the Patents-in-Suit from the value of the other patents in the portfolio licensed in this agreement that are not at issue in this matter. I perform this apportionment step in Exhibit 10. *See also* Vellturo Report, Section III.C.1.e.iii.

**Sources:**

[1] Exhibit 12-A
[2] Running royalty rates noted in Exhibit 6. *See also* Note 4; Vellturo Report, Section III.C.1.e.iii
[3] Exhibit 6
[4] [2] - ([2] * [3])
[5] [1] * [4]
[6] [5] from the previous calendar quarter, *see* Exhibit 6
[7] Milestone payments specified in Exhibit 7-A and any upfront payments, paid based on the payment timing terms of this agreement, *see* Exhibit 6
[8] [6] + [7]
[9] As a proxy for the discount rate applied to these unapportioned royalty payments, I use the weighted average cost of capital percentage used by Moderna for long term forecasting in ordinary course of business documents, *see* MRNA-GEN-01251960 at 983.
[10] 5/31/2020, the date of the Hypothetical Negotiation, and the start of each calendar quarter onwards, *see* Note 1
[11] End dates for the calendar quarter starting in [10]
[12] Number of years between 5/31/2020, the date of the Hypothetical Negotiation, to the midpoint of the calendar quarter starting in [10]. As a conservative measure, I do not factor in extra days from leap years that occur in this period.
[13] (1 + [9]) ^ (-1 * [12])
[14] [1] * [13]
[15] [8] * [13]
[16] Total of [15] / Total of [14]

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 7-A**

**Accused Product Achievement Dates of Historical Comparable License Milestones**

| Agreement and Milestone[1] | Accused Product Achievement Date[2] | Achievement Quarter |
|---|---|---|
| **[A]** | | |
| **2017 Gritstone** | | |
|  | Q2 2021 | Q2 2021 |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | 3/4/2020 | Q1 2020 |
| | 7/27/2020 | Q3 2020 |
| | 11/30/2020 | Q4 2020 |
| | 12/18/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 5/21/2021 | Q2 2021 |
| **Providence** | | |
| | Q2 2021 | Q2 2021 |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q3 2021 | Q3 2021 |
| | 7/27/2020 | Q3 2020 |
| | 10/12/2020 | Q4 2020 |
| | 12/18/2020 | Q4 2020 |
| | 10/27/2020 | Q4 2020 |
| | Q2 2021 | Q2 2021 |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q3 2021 | Q3 2021 |
| | 3/16/2020 | Q1 2020 |
| | 5/29/2020 | Q2 2020 |
| | 7/27/2020 | Q3 2020 |
| | 11/30/2020 | Q4 2020 |
| | 12/18/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 5/21/2021 | Q2 2021 |
| **2021 Gritstone** | | |
| | Q2 2021 | Q2 2021 |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q3 2021 | Q3 2021 |
| | 3/16/2020 | Q1 2020 |
| | 5/29/2020 | Q2 2020 |
| | 7/27/2020 | Q3 2020 |
| | 11/30/2020 | Q4 2020 |
| | 12/18/2020 | Q4 2020 |
| | 1/31/2022 | Q1 2022 |
| | 1/6/2021 | Q1 2021 |
| | 5/21/2021 | Q2 2021 |

**Exhibit 7-A**

**Accused Product Achievement Dates of Historical Comparable License Milestones**



| Agreement and Milestone[1] | Accused Product Achievement Date[2] | Achievement Quarter |
|---|---|---|
| **[A]** | | |
| **March 2021 Takeda** | | |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q4 2021 | Q4 2021 |
| | 2/4/2020 | Q1 2020 |
| | 2/20/2020 | Q1 2020 |
| | 3/16/2020 | Q1 2020 |
| | 5/29/2020 | Q2 2020 |
| | 7/27/2020 | Q3 2020 |
| | 10/27/2020 | Q4 2020 |
| | 12/18/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 5/21/2021 | Q2 2021 |
| **August 2021 Takeda** | | |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q3 2021 | Q3 2021 |
| | 2/4/2020 | Q1 2020 |
| | 2/20/2020 | Q1 2020 |
| | 3/16/2020 | Q1 2020 |
| | 7/27/2020 | Q3 2020 |
| | 10/27/2020 | Q4 2020 |
| | 12/18/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 5/21/2021 | Q2 2021 |
| **Korro** | | |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q4 2021 | Q4 2021 |
| | 2/4/2020 | Q1 2020 |
| | 3/16/2020 | Q1 2020 |
| | 5/29/2020 | Q2 2020 |
| | 7/27/2020 | Q3 2020 |
| | 12/10/2020 | Q4 2020 |
| | 12/18/2020 | Q4 2020 |
| | 12/23/2020 | Q4 2020 |
| | 7/23/2021 | Q3 2021 |

**Exhibit 7-A**

**Accused Product Achievement Dates of Historical Comparable License Milestones**

| Agreement and Milestone[1] | Accused Product Achievement Date[2] | Achievement Quarter |
|---|---|---|
| [A] | | |
| **2023 Gritstone** | | |
|  | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q3 2021 | Q3 2021 |
| | Q4 2021 | Q4 2021 |
| | 3/16/2020 | Q1 2020 |
| | 5/29/2020 | Q2 2020 |
| | 7/27/2020 | Q3 2020 |
| | 12/18/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 5/21/2021 | Q2 2021 |
| **Novo Nordisk** | | |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q3 2021 | Q3 2021 |
| | Q4 2021 | Q4 2021 |
| | 3/16/2020 | Q1 2020 |
| | 5/29/2020 | Q2 2020 |
| | 7/27/2020 | Q3 2020 |
| | 12/18/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 5/21/2021 | Q2 2021 |
| | 12/18/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 5/21/2021 | Q2 2021 |
| **Tome** | | |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q4 2021 | Q4 2021 |
| | 3/16/2020 | Q1 2020 |
| | 5/29/2020 | Q2 2020 |
| | 7/27/2020 | Q3 2020 |
| | 12/18/2020 | Q4 2020 |
| | 12/23/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 12/18/2020 | Q4 2020 |

**Exhibit 7-A**
**Accused Product Achievement Dates of Historical Comparable License Milestones**

| Agreement and Milestone[1] | Accused Product Achievement Date[2] | Achievement Quarter |
|---|---|---|
| [A] | | |
| **Repair** | | |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q4 2021 | Q4 2021 |
| | 3/16/2020 | Q1 2020 |
| | 2/20/2020 | Q1 2020 |
| | 3/16/2020 | Q1 2020 |
| | 5/29/2020 | Q2 2020 |
| | 7/27/2020 | Q3 2020 |
| | 12/18/2020 | Q4 2020 |
| | 12/23/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 7/23/2021 | Q3 2021 |
| **Editas** | | |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q4 2021 | Q4 2021 |
| | 2/20/2020 | Q1 2020 |
| | 3/16/2020 | Q1 2020 |
| | 5/29/2020 | Q2 2020 |
| | 7/27/2020 | Q3 2020 |
| | 12/18/2020 | Q4 2020 |
| | 12/23/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 10/24/2023 | Q4 2023 |
| | 7/23/2021 | Q3 2021 |
| **Epitopea** | | |
| | Q2 2021 | Q2 2021 |
| | Q3 2021 | Q3 2021 |
| | Q4 2021 | Q4 2021 |
| | 2/20/2020 | Q1 2020 |
| | 3/16/2020 | Q1 2020 |
| | 5/29/2020 | Q2 2020 |
| | 7/27/2020 | Q3 2020 |
| | 12/18/2020 | Q4 2020 |
| | 1/6/2021 | Q1 2021 |
| | 1/8/2021 | Q1 2021 |

**Exhibit 7-A**

**Accused Product Achievement Dates of Historical Comparable License Milestones**

**Notes:**

1. I note milestones that the Accused Product would have achieved under the terms of the respective agreements in the Hypothetical Negotiation world. Milestones relating to annual net sales of the Accused Product are applied based on the alleged infringing net sales of the Accused Product under the assumption that all C-100 Contract sales and all 271(f) sales are excluded from the royalty base, which I summarize in Exhibit 12-A. As a conservative measure, in the event that the Accused Product's achievement date of a milestone in the Hypothetical Negotiation world is ambiguous, I apply the milestone earlier as doing so reduces the effect of discounting, *see* Exhibits 7.1-7.13.

2. In my unapportioned effective rate calculations detailed in Exhibits 7.1-7.13, I apply milestones that would have been achieved by the Accused Product in the Hypothetical Negotiation world on the dates noted in this exhibit to the quarter they would have been paid in according to the payment timing terms specified by each respective agreement.

**Sources:**

[A]: Exhibit 6

[1]-[3]; [10]-[13]; [18]-[21]; [29]-[32]; [41]-[43]; [53]-[55]; [64]-[66]; [75]-[78]; [85]-[88]; [98]-[100]; [108]-[110]; [120]-[122]; [132]-[134]: Exhibit 12-A

[4]: https://www.sec.gov/Archives/edgar/data/1682852/000119312520074867/d884510dex991.htm

[5]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[6]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Primary-Efficacy-Analysis-in-Phase-3-COVE-Study-for-Its-COVID-19-Vaccine-Candidate-and-Filing-Today-with-U.S.-FDA-for-Emergency-Use-Authorization/default.aspx

[7]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[8]: https://www.ema.europa.eu/en/news/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

[9]: https://investors.modernatx.com/news/news-details/2021/Japans-Ministry-of-Health-Labour-and-Welfare-MHLW-Approves-Modernas-COVID-19-Vaccine/default.aspx

[14]: https://news.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[15]: https://www.canada.ca/en/health-canada/news/2020/12/statement-on-the-us-authorization-of-the-moderna-covid-19-vaccine.html

[16]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[17]: https://investors.modernatx.com/news/news-details/2020/UK-Medicines-and-Healthcare-products-Regulatory-Agency-Begins-Rolling-Review-of-Modernas-mRNA-Vaccine-Against-COVID-19-mRNA-1273/default.aspx

[22]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[23]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-in-Each-Age-Cohort-Dosed-in-Phase-2-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[24]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[25]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Primary-Efficacy-Analysis-in-Phase-3-COVE-Study-for-Its-COVID-19-Vaccine-Candidate-and-Filing-Today-with-U.S.-FDA-for-Emergency-Use-Authorization/default.aspx

[26]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[27]: https://www.ema.europa.eu/en/news/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

[28]: https://investors.modernatx.com/news/news-details/2021/Japans-Ministry-of-Health-Labour-and-Welfare-MHLW-Approves-Modernas-COVID-19-Vaccine/default.aspx

[33]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[34]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-in-Each-Age-Cohort-Dosed-in-Phase-2-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[35]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[36]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Primary-Efficacy-Analysis-in-Phase-3-COVE-Study-for-Its-COVID-19-Vaccine-Candidate-and-Filing-Today-with-U.S.-FDA-for-Emergency-Use-Authorization/default.aspx

[37]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[38]: https://investors.modernatx.com/news/news-details/2022/Moderna-Receives-Full-U.S.-FDA-Approval-for-COVID-19-Vaccine-Spikevax/default.aspx

[39]: https://www.ema.europa.eu/en/news/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

**Exhibit 7-A**

**Accused Product Achievement Dates of Historical Comparable License Milestones**

Sources (continued):

[40]: https://investors.modernatx.com/news/news-details/2021/Japans-Ministry-of-Health-Labour-and-Welfare-MHLW-Approves-Modernas-COVID-19-Vaccine/default.aspx

[44]: https://www.nature.com/articles/s41586-020-2622-0/figures/6

[45]: https://www.fda.gov/media/155931/download

[46]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[47]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-in-Each-Age-Cohort-Dosed-in-Phase-2-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[48]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[49]: https://investors.modernatx.com/news/news-details/2020/UK-Medicines-and-Healthcare-products-Regulatory-Agency-Begins-Rolling-Review-of-Modernas-mRNA-Vaccine-Against-COVID-19-mRNA-1273/default.aspx

[50]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[51]: https://www.ema.europa.eu/en/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

[52]: https://investors.modernatx.com/news/news-details/2021/Japans-Ministry-of-Health-Labour-and-Welfare-MHLW-Approves-Modernas-COVID-19-Vaccine/default.aspx

[56]: https://www.nature.com/articles/s41586-020-2622-0/figures/6

[57]: https://www.fda.gov/media/155931/download

[58]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[59]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[60]: https://investors.modernatx.com/news/news-details/2020/UK-Medicines-and-Healthcare-products-Regulatory-Agency-Begins-Rolling-Review-of-Modernas-mRNA-Vaccine-Against-COVID-19-mRNA-1273/default.aspx

[61]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[62]: https://www.ema.europa.eu/en/news/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

[63]: https://investors.modernatx.com/news/news-details/2021/Japans-Ministry-of-Health-Labour-and-Welfare-MHLW-Approves-Modernas-COVID-19-Vaccine/default.aspx

[67]: https://www.nature.com/articles/s41586-020-2622-0/figures/6

[68]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[69]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-in-Each-Age-Cohort-Dosed-in-Phase-2-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[70]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[71]: https://news.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-Dosed-in-Phase-23-Study-of-COVID-19-Vaccine-Candidate-in-Adolescents/default.aspx

[72]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[73]: https://www.canada.ca/en/health-canada/news/2020/12/health-canada-authorizes-moderna-covid-19-vaccine.html

[74]: https://www.ema.europa.eu/en/news/covid-19-vaccine-spikevax-approved-children-aged-12-17-eu

[79]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[80]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-in-Each-Age-Cohort-Dosed-in-Phase-2-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[81]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[82]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[83]: https://www.ema.europa.eu/en/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

[84]: https://investors.modernatx.com/news/news-details/2021/Japans-Ministry-of-Health-Labour-and-Welfare-MHLW-Approves-Modernas-COVID-19-Vaccine/default.aspx

**Exhibit 7-A**

**Accused Product Achievement Dates of Historical Comparable License Milestones**

**Sources (continued):**

[89]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[90]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-in-Each-Age-Cohort-Dosed-in-Phase-2-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[91]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[92]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[93]: https://www.ema.europa.eu/en/news/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

[94]: https://investors.modernatx.com/news/news-details/2021/Japans-Ministry-of-Health-Labour-and-Welfare-MHLW-Approves-Modernas-COVID-19-Vaccine/default.aspx

[95]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[96]: https://www.ema.europa.eu/en/news/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

[97]: https://investors.modernatx.com/news/news-details/2021/Japans-Ministry-of-Health-Labour-and-Welfare-MHLW-Approves-Modernas-COVID-19-Vaccine/default.aspx

[101]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[102]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-in-Each-Age-Cohort-Dosed-in-Phase-2-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[103]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[104]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[105]: https://www.canada.ca/en/health-canada/news/2020/12/health-canada-authorizes-moderna-covid-19-vaccine.html

[106]: https://www.ema.europa.eu/en/news/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

[107]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[111]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[112]: https://www.fda.gov/media/155931/download

[113]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[114]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-in-Each-Age-Cohort-Dosed-in-Phase-2-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[115]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[116]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[117]: https://www.canada.ca/en/health-canada/news/2020/12/health-canada-authorizes-moderna-covid-19-vaccine.html

[118]: https://www.ema.europa.eu/en/news/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

[119]: https://www.ema.europa.eu/en/news/covid-19-vaccine-spikevax-approved-children-aged-12-17-eu

[123]: https://www.fda.gov/media/155931/download

[124]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[125]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-in-Each-Age-Cohort-Dosed-in-Phase-2-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[126]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[127]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[128]: https://www.canada.ca/en/health-canada/news/2020/12/health-canada-authorizes-moderna-covid-19-vaccine.html

[129]: https://www.ema.europa.eu/en/news/ema-recommends-covid-19-vaccine-moderna-authorisation-eu

[130]: https://investors.modernatx.com/news/news-details/2023/Moderna-Announces-First-Participant-Dosed-in-Phase-3-Study-of-mRNA-1083-a-Combination-Vaccine-Against-Influenza-and-COVID-19/default.aspx

[131]: https://www.ema.europa.eu/en/news/covid-19-vaccine-spikevax-approved-children-aged-12-17-eu

**Exhibit 7-A**

**Accused Product Achievement Dates of Historical Comparable License Milestones**

**Sources (continued):**

[135]: https://www.fda.gov/media/155931/download

[136]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participant-Dosed-in-NIH-led-Phase-1-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[137]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-First-Participants-in-Each-Age-Cohort-Dosed-in-Phase-2-Study-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx

[138]: https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Phase-3-COVE-Study-of-mRNA-Vaccine-Against-COVID-19-mRNA-1273-Begins/default.aspx

[139]: https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid

[140]: https://www.ema.europa.eu/en/news/covid-19-vaccine-spikevax-approved-children-aged-12-17-eu

[141]: https://www.gov.uk/government/publications/regulatory-approval-of-covid-19-vaccine-moderna