# Exhibit 14

## Exhibit 6
### Historical Comparable Licenses Payment Terms Summary[1]



| | Licensor(s) | Licensee(s) | Exclusivity | Effective Date | Upfront Payment(s) | Precommercial/Development Milestone(s) | Commercial Milestone(s) | Running Royalties | Royalty Reduction(s) | Other Payment(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] | Arbutus/ Protiva | Gritstone | Exclusive | 10/16/17 | | | | | | | • Royalty Term on a country-by-country and product-by-product basis, begins on the First Commercial Sale of a Product and ends on the expiration of the last to expire Valid Claim (§1.1)<br>• Development Milestone Payments shall be paid within 30 days of achievement (§4.7)<br>• Commercial Milestone Payments shall be paid within 60 days of achievement (§4.7)<br>• "[A]ny Marketing Authorization Approval that is obtained for the same cell type or organ system for which the First Marketing Authorization Approval milestone payment has been previously paid shall not be deemed to be a second or third Marketing Authorization Approval for purposes of [Development Milestones]" (§4.2)<br>• Running royalties that accrue during a Calendar Quarter shall be paid within 60 days after the end of such Calendar Quarter (§4.7) |
| [2] | Genevant | Providence | Exclusive, with provisions for converting to non-exclusive, see definition of "License Conversion" and §2.1 | 5/11/20 | | | | | | | • "License Conversion " Genevant has right to convert license from exclusive into non-exclusive at its sole discretion (§2.1)<br>• Royalty Term on a country-by-country and product-by-product basis, begins on the First Commercial Sale and ends on the later of the last to expire Valid Claim covering a Product, or 12 years from the date of First Commercial Sale (§1.1)<br>• "Project Funding Deadline Date " July 31, 2020 (§1.1)<br>    • Later amended to Sep 30, 2020 (Amendment 1)<br>    • Later amended to Dec 31, 2020 (Amendment 2)<br>• "Project Funding Threshold " [redacted] (§1.1)<br>• Upon achievement of a Development Milestone, Providence will notify Genevant within ten business days and pay the corresponding Development Milestone Payment within 30 days after receipt of an invoice from Genevant therefor (§4.3)<br>• Commercial Milestone Payments shall be paid within 60 days of occurrence (§4.9)<br>• Running royalties that accrue during a Calendar Quarter shall be paid within 45 days after the end of such Calendar Quarter (§4.9)<br>• "Providence Downstream Consideration" all amounts that Providence receives from a sublicensee or Change of Control, but excluding milestones (§1.1) |
| [3] | Genevant | Gritstone | Exclusive | 10/20/20 | | | | | | • Gritstone to reimburse Genevant for materials and costs spent on R&D Support Plan activities, as well as technology transfer activities (§4.2)<br>• Option exercise fees (§2.7) | • Upon achievement of a Development Milestone, Gritstone will notify Genevant within ten business days and pay the corresponding Development Milestone Payment within 30 days after receipt of an invoice from Genevant therefor (§4.3)<br>• Commercial Milestone Payments shall be paid within 75 days of after the end of the Calendar Quarter in which the Commercial Milestone was achieved (§4.8)<br>• Running royalties that accrue during a Calendar Quarter shall be paid within 75 days after the end of such Calendar Quarter (§4.8) |

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 6**
**Historical Comparable Licenses Payment Terms Summary[1]**



| | Licensor(s) | Licensee(s) | Exclusivity | Effective Date | Upfront Payment(s) | Precommercial/Development Milestone(s) | Commercial Milestone(s) | Running Royalties | Royalty Reduction(s) | Other Payment(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [4] | Genevant | Gritstone | Non-Exclusive | 1/15/21 | | | §4.4 | §4.5 | §4.6 | e | • Upon achievement of a Development Milestone, Gritstone will notify Genevant within ten business days and pay the corresponding Development Milestone Payment within 30 days after receipt of an invoice from Genevant herefor (§4.3)<br>• Commercial Milestone Payments shall be paid within 75 days after the end of the Calendar Quarter in which the milestone was achieved (§4.10)<br>• Running royalties that accrue during a Calendar Quarter shall be paid within 75 days after the end of such Calendar Quarter (§4.10) |
| [5] | Genevant | Takeda | Exclusive | 3/9/21 | | | §6.4 | §6.5 | §6.5 | | • Upon achievement of a Development Milestone, Takeda will notify Genevant within ten business days and pay the corresponding Development Milestone Payment within 30 days after receipt of an invoice from Genevant therefor (§6.3)<br>• Upon achievement of a commercial ("Sales") Milestone, Takeda will notify Genevant within 60 days and pay the corresponding Milestone Payment within 30 days after receipt of an invoice from Genevant therefor (§6.4)<br>• Within 45 days after the end of a Calendar Quarter, Takeda will submit a report of the worldwide Net Sales of products that accrued in the Calendar Quarter. Upon receipt of this report, Genevant will invoice Takeda for running royalties and Takeda will pay such invoice within 30 days (§7.1) |

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 6**
**Historical Comparable Licenses Payment Terms Summary[1]**



| Licensor(s) | Licensee(s) | Exclusivity | Effective Date | Upfront Payment(s) | Precommercial/Development Milestone(s) | Commercial Milestone(s) | Running Royalties | Royalty Reduction(s) | Other Payment(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| [6] Genevant | Takeda | Exclusive | 8/12/21 | | | | | | • Takeda to reimburse Genevant for materials and costs spent on research plan activities, as well as technology transfer activities (§§2.4, 2.5) | • Upon achievement of a Development Milestone, Takeda will notify Genevant within ten business days and pay the corresponding Development Milestone Payment within 30 days after receipt of an invoice from Genevant therefor (§5.3) • Upon achievement of a Commercial ("Sales") Milestone, Takeda will notify Genevant within 60 days and pay the corresponding Milestone Payment within 30 days after receipt of an invoice from Genevant therefor (§5.4) • Within 45 days after the end of a Calendar Quarter, Takeda will submit a report of the worldwide Net Sales of products that accrued in the Calendar Quarter. Upon receipt of this report, Genevant will invoice Takeda for running royalties and Takeda will pay such invoice within 30 days (§6.1) • "Research Milestone " means the first to occur of "(a) achievement of the therapeutically relevant criteria set forth by the JSC for ATP7b (or, in the case of the Additional Payload, the applicable transgene) expression in nonhuman primates; or (b) initiation of the first toxicology study." (§1.121) |
| [7] Genevant | Korro | Non-Exclusive | 3/2/23 | | | | | | • Korro to reimburse Genevant for materials and costs spent on research plan activities, as well as technology transfer activities (§4.2) | • Upon achievement of a Precommercial Milestone, Korro will notify Genevant within ten business days and pay the corresponding Precommercial Milestone Payment within 30 days after receipt of an invoice from Genevant therefor (§4.3) • Commercial Milestones Payments will be paid by Korro to Genevant within 45 days after the end of the Calendar Year in which such Commercial Milestone was achieved (§4.4) • Running royalties that accrue during a Calendar Quarter shall be paid within 45 days after the end of such Calendar Quarter (§4.8) |
| [8] Genevant | Gritstone | Non-Exclusive | 8/10/23 | | | | | | • Gritstone to reimburse Genevant for materials and costs spent on | • Upon achievement of a Development Milestone, Gritstone will notify Genevant within ten business days and pay the corresponding Development Milestone Payment within 30 days after receipt of an invoice from Genevant therefor (§5.5) • Commercial Milestones Payments will be paid by Gritstone to Genevant within 75 days after the end of the Calendar Year in which such Commercial Milestone was achieved (§5.11) • Running royalties that accrue during a Calendar Quarter shall be paid within 75 days after the end of such Calendar Quarter (§5.11) |

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 6**
**Historical Comparable Licenses Payment Terms Summary[1]**



| Licensor(s) | Licensee(s) | Exclusivity | Effective Date | Upfront Payment(s) | Precommercial/Development Milestone(s) | Commercial Milestone(s) | Running Royalties | Royalty Reduction(s) | Other Payment(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| [9] Genevant | Novo Nordisk | Non-Exclusive | 11/1/23 | | | §4.4 | | §4.6 | • Novo to reimburse Genevant for materials and costs spent on research plan activities, as well as technology transfer activities (§4.2) | • Upon achievement of a Precommercial Milestone, Novo will notify Genevant within 15 days and pay the corresponding Precommercial Milestone Payment within 45 days after receipt of an invoice from Genevant therefor (§4.3)<br>• Upon achievement of a Commercial Milestone, Novo will notify Genevant within 30 days after the end of the Calendar Year in which such Commercial Milestone was achieved and pay the corresponding Milestone Payment within 45 days after receipt of an invoice from Genevant therefor (§4.4)<br>• Running royalties that accrue during a Calendar Quarter shall be paid within 30 days after a receipt of an invoice therefore, or at most 75 days after the end of such Calendar Quarter (§4.8) |
| [10] Genevant | Tome | Non-Exclusive | 1/12/24 | | | | | | • Tome to reimburse Genevant for materials and costs spent on research plan activities, as well as technology transfer activities (§4.2) | • Upon achievement of a Precommercial Milestone, Tome will notify Genevant within 10 days and pay the corresponding Precommercial Milestone Payment within 30 days after receipt of an invoice from Genevant therefor (§4.3)<br>• Commercial Milestones are to be paid by Tome to Genevant within 45 days after the end of the Calendar Quarter in which such Commercial Milestone was achieved (§4.4)<br>• Running royalties that accrue during a Calendar Quarter shall be paid within 45 days after the end of such Calendar Quarter (§4.8) |
| [11] Genevant | Repair | Non-Exclusive | 9/23/24 | | | | | | • Repair to reimburse Genevant for materials and costs spent on research plan activities, as well as technology transfer activities (§4.2) | • Upon achievement of a Precommercial Milestone, Repair will notify Genevant within 10 days and pay the corresponding Precommercial Milestone Payment within 30 days after receipt of an invoice from Genevant therefor (§4.3)<br>• Commercial Milestones are to be paid by Repair to Genevant within 45 days after the end of the Calendar Quarter in which such Commercial Milestone was achieved (§4.4)<br>• Running royalties that accrue during a Calendar Quarter shall be paid within 45 days after the end of such Calendar Quarter (§4.8) |

**Exhibit 6**
**Historical Comparable Licenses Payment Terms Summary[1]**



| | Licensor(s) | Licensee(s) | Exclusivity | Effective Date | Upfront Payment(s) | Precommercial/Development Milestone(s) | Commercial Milestone(s) | Running Royalties | Royalty Reduction(s) | Other Payment(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [12] | Genevant | Editas | Non-Exclusive | 10/21/24 | | | | | | Editas to reimburse Genevant for materials and costs spent on research plan activities, as well as technology transfer activities (§4.2) | • Upon achievement of a Precommercial Milestone, Editas will notify Genevant within 10 business days and pay the corresponding Precommercial Milestone Payment within 45 days after receipt of an invoice from Genevant therefor (§4.3) • Commercial Milestones are to be paid by Editas to Genevant within 60 days after the end of the Calendar Quarter in which such Commercial Milestone was achieved (§4.4) • Running royalties that accrue during a Calendar Quarter shall be paid within 45 days after the end of such Calendar Quarter (§4.8) |
| [13] | Genevant | Epitopea | Non-Exclusive | 12/12/24 | | | | | | • Epitopea to reimburse Genevant for materials and costs spent on research plan activities, as well as technology transfer activities (§4.2) • Certain payment terms may be adjusted in the event that Epitopea grants a sublicense | • Upon achievement of a Precommercial Milestone, Epitopea will notify Genevant within 10 days and pay the corresponding Precommercial Milestone Payment within 40 days after receipt of an invoice from Genevant therefor (§4.3) • Commercial Milestones are to be paid by Epitopea to Genevant within 60 days after the end of the Calendar Quarter in which such Commercial Milestone was achieved (§4.4) • Running royalties that accrue during a Calendar Quarter shall be paid within 60 days after the end of such Calendar Quarter (§4.9) |

**Note:**

1. I provide a summary of the key payment terms specified by the Historical Comparable Licenses. For further discussion of the Historical Comparable Licenses, *see* Vellturo Report, Section III.C.1.

**Sources:**
[1] GENV-00023476
[2] GENV-00022307; GENV-00022422; GENV-00022299
[3] GENV-00022587; GENV-00022584
[4] GENV-00022689
[5] GENV-00022793
[6] GENV-00023069
[7] GENV-00023337
[8] GENV-00062423
[9] GENV-00072282
[10] GENV-00832976
[11] GENV-00961576
[12] GENV-00961439
[13] GENV-01077683

HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC