# Exhibit 15



# MRNA 5-yr accelerated plan

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-01251960

# Executive Summary

- We are on an accelerated path to value creation, with line of sight to ▮▮▮▮ valuation, in five years

- We could experience three major transformations in this horizon:
  - transition to commercial on the back of COVID licensure
  - establish a large late-stage vaccines portfolio with the advancement of the Zika program to BLA filing and the CMV program through pivotal studies
  - transition our therapeutics pipeline to late-stage development

- Pre-COVID, this accelerated plan provides us with ▮▮▮▮ in investment opportunities across our existing and future pipeline with potential to unlock ▮▮▮▮ in value by YE 2024
  - ▮▮▮▮ investment needs across our existing pipeline (excl. COVID) with potential to unlock ▮▮▮▮ in incremental value
  - ▮▮▮▮ across our future pipeline with potential to unlock ▮▮▮▮ in incremental value
  - Without COVID, these capital needs will far exceed our current pace of fundraising

- We believe that our pandemic response to COVID will change our trajectory, as it could be the fastest and largest drug launch in history.
  - With success, there is potential to generate ▮▮▮▮ in post-tax cash flows by the end of 2021, providing us with an organic source of capital to be reinvested into our existing and future pipeline.

- We need to forward invest in our capabilities and infrastructure to fuel the pipeline and enable us to scale globally, and anticipate these investments to become more productive as the pipeline expands.

moderna®

2

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-01251961