# Exhibit 16

Case 1:22-cv-00252-JDW   Document 667-16   Filed 12/16/25   Page 2 of 4 PageID #: 50746

5/22/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
C.A. No. 22-252-MSG

*****************************

ARBUTUS BIOPHARMA CORPORATION
and GENEVANT SCIENCES GmbH,

Plaintiffs,

vs.

MODERNA, INC. and MODERNATX,
INC.,

Defendants.

*******************************

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Videotaped Deposition of STEPHEN G. HOGE, MD 30(b)(6), held at Kirkland & Ellis, 200 Clarendon Street, Boston, Massachusetts, commencing at 8:11 a.m., on the 22nd of May, 2024, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, Certified Shorthand Reporter, Notary Public.

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 1:22-cv-00252-JDW   Document 667-16   Filed 12/16/25   Page 3 of 4 PageID #: 50747

5/22/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 92

1        A.    I don't know.  I think it's a very
2   hard thing to answer.  I think it's just fair to
3   say, without question, the COVID response and
4   our success in doing -- in developing the
5   vaccine, delivering it, manufacturing it,
6   selling it did transform the company,
7   accelerated us in many years, and created a, as
8   you said a moment ago, huge access to capital
9   for us, 10s of billions of dollars of sales, and
10  that allowed us to continue investing in things,
11  including our work in cancer, in a way that
12  continues to accelerate and benefit the company.
13       Q.    Is there an amount of money that
14  Moderna would not have been willing to pay in
15  the second half of 2020 to be one of the first
16  companies to commercialize a COVID vaccine?
17       A.    In the second half of 2020, we were
18  all focused on trying to do the best we could on
19  the pandemic.  I mean, as we entered into that
20  period of our lives, which were really stressful
21  as a company, as individuals, we were just
22  trying to do our part.  We were just trying to

Case 1:22-cv-00252-JDW   Document 667-16   Filed 12/16/25   Page 4 of 4 PageID #: 50748

5/22/2024    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 93

1  do everything we could to get lives back to
2  normal.
3             We had actually bet the entire
4  company on something that at that point had not
5  yet been proven in a pivotal clinical trial,
6  phase 3 clinical trial, which is that we could
7  protect against a vaccine -- or, sorry, a virus.
8  There were many that thought the mRNA
9  approaches, ours and somebody else's, BioNTech
10 and Pfizer's, were not going to be successful
11 and that other approaches were.
12             So I think we were deeply focused
13 on trying to do our part in the science.  I
14 couldn't even begin to know how to answer that
15 question because money wasn't at all a
16 consideration.
17        Q.   Well, we'll take a look at that
18 later, be that as it may.
19             But can you sit here as the
20 designee for Moderna about the impact of
21 Moderna's sale of the COVID vaccine and provide
22 for me a number, an amount of money, that