# Exhibit 17



# Board Discussion

May 15, 2020

Confidential and Proprietary · © 2018 Moderna Therapeutics

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-02645641

Board Meeting - Presentation

# Executive Summary

- Management believes, and COVID committee agrees, that Moderna should deploy ███████ of risk capital immediately to capture an unprecedented opportunity in 1273
  - HEOR analysis supports the strategic rationale
  - Cost and working capital analysis validates the size

- Expected announcement of Phase 1 clinical data creates appropriate catalyst for articulating mRNA-1273 use of proceeds story and raising capital

- Management recommends, and financing committee agrees, that we should pursue a financing in the near-term
  - Block - ████████ overnight, backstopped by one or more banks

## Redacted - Nonresponsive

- We will continue to advance other discussions to potentially provide risk capital for 1273 over the medium term; these are to provide additional flexibility/risk mitigation on 1273



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-02645642

# Accelerating working capital financing immediately would ==generate ███ ████== in incremental gross margin in ==2021==



### Assumptions

- ██ price / course
- ██ COGS
- Commercial PoS for MRNA, but not for competitors

| Tier | Post-approval PoS | MRNA volume share by tier (2020-21) | | |
|---|---|---|---|---|
| | | Gated Invest(mt) | Invest Now | Invest Now & Flawless Execution |
| 1-2 | ██ | ██ | ██ | ██ |
| 3 | ██ | ██ | ██ | ██ |
| 4 | ██ | ██ | ██ | ██ |
| 5 | ██ | ██ | ██ | ██ |

## MRNA vaccine revenue
### Risk-adjusted, Q4'20 – Q4'21

$5.2Bn

Gated Investment | Invest Now | Invest Now & Flawless Execution

| | Gated Investment | Invest Now | Invest Now & Flawless Execution |
|---|---|---|---|
| Volume share | ██ | ██ | ██ |
| Risk capital (1Bn WC @25% WACC for 6 months) | n/a | ██ | ██ |
| Incremental Gross Margin | n/a | ██ | ██ |
| GM return on risk-capital ($GM per $risk capital) | | ██ | ██ |

**Acceleration of ██ of working capital immediately delivers ██ return within 18 months**

moderna

Strictly Confidential

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-02645660

# Even with significant headwinds, acceleration of investment in working capital would generate return

## Invest Now w/ headwinds

**Descriptions:**

- Invest ▮▮ today to accelerate supply build and start delivering in Q4 2020
- Assumes ▮▮ price / course

**Added barriers:**

- 2x COGS (▮▮/course) for invest now (vs. ▮▮ /course for Gated)
- 12 months before return of working capital
- Decrease commercial PoS for MRNA across tiers 3-5 by half from Gated

| Tier | MRNA PoS | MRNA volume share |
|------|----------|-------------------|
| 1-2  | ▮▮       | ▮▮                |
| 3    | ▮▮       | ▮▮                |
| 4    | ▮▮       | ▮▮                |
| 5    | ▮▮       | ▮▮                |



**MRNA vaccine revenue**
Risk-adjusted, Q4'20 – Q4'21

$3.2Bn

Gated Investment (3-mo delay) | Invest Now w/ Headwinds

| | Gated Investment (3-mo delay) | Invest Now w/ Headwinds |
|---|---|---|
| Volume share | ▮▮ | ▮▮ |
| Risk capital (1Bn WC @25% WACC for 12 months) | n/a | ▮▮ |
| Incremental Gross Margin | n/a | ▮▮ |
| GM return on risk-capital ($GM per $risk capital) | | ▮▮ |

Even with all of these headwinds, pricing would need to **fall to** ▮▮ **/course** before would fall to breakeven

moderna

Strictly Confidential

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-02645661