# Exhibit 18

Case 1:22-cv-00252-JDW   Document 667-18   Filed 12/16/25   Page 2 of 4 PageID #: 50755

5/17/2024            Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
Highly Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

C.A. No. 22-252-MSG

-----------------------------------x

ARBUTUS BIOPHARMA CORPORATION

and GENEVANT SCIENCES GmbH,

                    Plaintiff,

    v.

MODERNA, INC. and MODERNATX, INC.,

                    Defendants.

-----------------------------------x


                HIGHLY CONFIDENTIAL


    VIDEOTAPED DEPOSITION OF MODERNA,

INC. and MODERNATX, INC., PURSUANT TO RULE

30(B)(6) designee, KERRY BENENATO, Ph.D.

        Friday, May 17, 2024 8:38 a.m.


Reported By: MaryJo O'Connor, RDR, RMR

_____

            DIGITAL EVIDENCE GROUP

        1730 M Street, NW, Suite 812

            Washington, D.C. 20036

                (202) 232-0646

5/17/2024    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
Highly Confidential

Page 68

A.    Other lipids had been discovered within Moderna.  I can speak to those.  "Could" is a big word, but it wasn't -- it wasn't considered.  SM -- the SM-102 vaccine platform was working in a variety of different trials.

Q.    Do you know if any other company has used any other ionizable lipid other than SM-102 in a COVID vaccine products?

A.    Yes.

Q.    And what is that?

A.    Pfizer-BioNTech worked with I believe Acuitas.

Q.    And does that use a different ionizable lipid than what's in Moderna's vaccine?

A.    It has a different ionizable lipid.  It does not have SM-102.

Q.    Okay.  So could Moderna have used that ionizable lipid in its vaccine?

A.    Moderna could do anything, but SM-102 was the effective vaccine platform that had been shown in a number of trials prior to

Page 69

COVID.

Q.    I guess I'm wondering if there were any other options, including this Acuitas lipid, that Moderna could have used?

MS. WACKER:  Objection to form.

A.    When COVID hit, at the time there was zero option for Moderna.  SM-102 platform to be able to respond to the pandemic in the speed that it did.

Q.    And was that because Moderna had sort of already done all the work with the SM-102 platform before the pandemic?

A.    Moderna had developed the delivery platform prior to the pandemic.

Q.    So there were no other options that Moderna had at that point other than its SM-102 delivery platform?

MS. WACKER:  Objection to form.

A.    SM-102 delivery platform -- SM-102 lipid-containing delivery vehicle was clinically validated safe.  So it was the option.