# Exhibit 20

Case 1:22-cv-00252-JDW   Document 667-20   Filed 12/16/25   Page 2 of 7 PageID #: 50763

4/16/2025          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.          Robert Prud'homme, Ph.D.
Highly Confidential - Outside Counsels' Eyes Only

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____

ARBUTUS BIOPHARMA CORPORATION and )

GENEVANT SCIENCES GMBH,            )

             Plaintiffs,     )   CASE NO.

                       )   22-252-MSG

    -against-              )

MODERNA, INC. and MODERNATX, INC.,)

             Defendants. )

MODERNA, INC. and MODERNATX, INC.,)

    Counterclaim-Plaintiff,  )

    -against-              )

ARBUTUS BIOPHARMA CORPORATION and )

GENEVANT SCIENCES GMBH,            )

    Counterclaim-Defendants.)

_____)

HIGHLY CONFIDENTIAL

OUTSIDE COUNSELS' EYES ONLY

VIDEO-RECORDED DEPOSITION OF

ROBERT PRUD'HOMME, PH.D.

Kirkland & Ellis LLP

601 Lexington Avenue

New York, New York 10022

04/16/2025

9:15 a.m. (EDT)

REPORTED BY:  AMANDA GORRONO, CLR

CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

4/16/2025          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.      Robert Prud'homme, Ph.D.
Highly Confidential - Outside Counsels' Eyes Only

Page 392

right?

A.    I would have to look at the data --

Q.    Okay.

A.    -- for why they did not converge upon 40 percent as their -- for their final platform because I -- but I believe it's because -- and I'm trying to recall data I have seen -- whether it's stability, particle size, growth over time.  There's some -- some criteria that going that low in cationic lipid did not give the desired results.

Q.    In fact, when they had to make the decision initially in 2020, Moderna used 1.5, 48.5 rather than 2.5 percent 48 percent, correct?

A.    Because they were making these in their PVU facility, which is a specialized lower capacity facility.  A PVU facility.  And what they had optimized and lined that out for was the 1.5 percent formulation, so that's what they went into the early clinical trials in the PVU line because it was available and they were rushing. The research had already established that the 48

Page 393



and 2.5 percent was the better platform that they would go to and so they made a series of steps from the PVU platform to Version 1 to Version 2, which got them to this optimal formulation of 48 and 2.5.

Q. ▉▉▉▉▉▉▉▉▉▉▉▉

MR. MCLENNAN:  Objection to form. Foundation.

A. ▉▉▉▉▉▉▉▉▉▉▉▉

BY MR. BERL:

Q. ▉▉▉▉▉▉▉▉▉▉▉▉

4/16/2025          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.     Robert Prud'homme, Ph.D.
Highly Confidential - Outside Counsels' Eyes Only

Page 394

MR. MCLENNAN:  Objection to form. Lacks foundation.

A.    Again, I would have to look at -- or ask Dr. Smith or Dr. Parsons why ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

BY MR. BERL:

Q.    Let me ask it this way:  You don't provide any opinion in your report that as of the time that Moderna had to make its COVID vaccine, the data had established that it could use ▮▮▮▮▮▮▮▮▮▮▮▮▮

MR. MCLENNAN:  Objection to form.

BY MR. BERL:

Q.    Did you provide that opinion anywhere in your report because I didn't see it?

MR. MCLENNAN:  Lacks foundation.

A.    The date, the stability reports we

Page 397

should look at it.

Q.    Are you aware of any data supporting the use of ███████████ that Moderna had in its possession when it was deciding what formulation to use for its COVID vaccine?

MR. MCLENNAN:  Objection to form.

A.    I don't recall if that's in my report or not.  Again, with all of this documentation, I don't recall specific reports that say ██████████████████████████████

Q.    All of these different formulations that Moderna was experimenting with that we've been talking about ████████████████████ ██████████)  Do you understand those formulations were Moderna's internal formulations, correct?

A.    As opposed to?

Q.    Public formulations that it was sharing with the world.

A.    Moderna has been very secretive and

Page 398

not shared with the world very much of about what it's doing.

Q.    So that research and all of those other formulations that Moderna was testing, but the formulations themselves and the data associated with those formulations was not known outside of Moderna as far as you're aware?

MR. MCLENNAN:  Objection to form.

A.    As far as I'm aware, that's correct.

BY MR. BERL:

Q.    I've handed you Exhibit 35 to your deposition --

(Whereupon, Prud'homme Exhibit 35, E-mail exchange, was marked for identification.)

BY MR. BERL:

Q.    -- which is an e-mail exchange with Drs. Smith and Parsons and Mr. Kramarczyk.

And I want to direct your attention to Parsons's e-mail the middle of the page July 29, 2020, where he writes:  Thanks, Mike. Thanks, Jack.  ████████████████