# Exhibit 22

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH<br><br>*Plaintiffs*,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>*Defendants*. | C.A. No. 22-252-MSG |
| MODERNA, INC. and MODERNATX, INC.,<br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH<br><br>*Counterclaim-Defendants.* | **JURY TRIAL DEMANDED**<br><br>**CONTAINS INFORMATION MODERNA, ALNYLAM, AND PLAINTIFFS DESIGNATED HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY** |

<u>**OPENING EXPERT REPORT OF DR. MICHAEL MITCHELL**</u>

Dated: November 25, 2024

_____
Michael Mitchell, Ph.D.

1

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

### TABLE OF CONTENTS

I.      BACKGROUND & QUALIFICATIONS ........................................................ 13

II.     ASSIGNMENT ........................................................................................... 19

III.    LEGAL INSTRUCTIONS ......................................................................... 20

     A.    Patent Claims ................................................................................ 21

     B.    Infringement ................................................................................. 21

          1.    Direct Infringement ......................................................... 21

          2.    Indirect Infringement ...................................................... 22

          3.    Doctrine of Equivalents ................................................... 23

          4.    Infringement Under 35 U.S.C. § 271(f) ........................... 24

          5.    Willfulness ...................................................................... 25

     C.    Damages ........................................................................................ 26

          1.    Non-Infringing Alternatives ............................................ 26

          2.    Apportionment ................................................................ 26

          3.    Comparable Agreements .................................................. 26

IV.    PERSON OF ORDINARY SKILL IN THE ART ("POSA") ........................................ 27

V.     CLAIM CONSTRUCTION ........................................................................ 28

     A.    "___ mol % of the total lipid present in the particle" (Lipid Composition Patents) ................................................................................................ 28

     B.    "a cationic lipid having a protonatable tertiary amine" ('378 patent) .................. 29

     C.    "wherein at least 70% / at least 80% / about 90% of the mRNA in the formulation is fully encapsulated in the lipid vesicles" ('651 patent) .................................... 30

     D.    "nucleic acid-lipid particle" (Lipid Composition Patents) .................................. 30

VI.    TECHNICAL BACKGROUND .................................................................. 31

     A.    Nucleic Acid Delivery .................................................................. 31

     B.    Lipid Nanoparticles ....................................................................... 42

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| | | |
|---|---|---|
| C. | Analytical Techniques for Measuring Lipid Nanoparticles | 45 |
| | 1. Lipid Composition Testing | 45 |
| | 2. Encapsulation Testing | 46 |
| | 3. mRNA Concentration Testing | 47 |
| | 4. Fractionation | 48 |
| | 5. Particle Size Testing | 56 |
| VII. | PLAINTIFFS' RESEARCH & DEVELOPMENT OF THE PATENTS-IN-SUIT | 56 |
| VIII. | THE PATENTS-IN-SUIT | 62 |
| A. | The '651 Patent | 63 |
| | 1. Specification | 63 |
| | 2. Claims | 68 |
| B. | The Lipid Composition Patents. | 70 |
| | 1. Specification | 70 |
| | 2. Claims | 78 |
| C. | Moderna's Challenges to the Lipid Composition Patents | 88 |
| IX. | MODERNA'S RESEARCH & DEVELOPMENT | 90 |
| A. | Moderna's Early Successes with the Claimed Compositions | 90 |
| B. | Moderna's Development of SM-102 | 130 |
| C. | Moderna's Search for Alternative Lipid Compositions | 148 |
| D. | Moderna's Manufacturing Process Development | 166 |
| E. | Moderna's LNP Fractionation Work | 176 |
| X. | MODERNA'S COVID-19 VACCINE | 182 |
| A. | Overview | 182 |
| B. | Product Genealogy, Part Numbers, and Specifications | 194 |
| C. | Manufacturing Process | 218 |

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

1.    SM-102 LNP ................................................................................ 222

2.    mRNA-1273 LNP ...................................................................... 226

3.    Drug Product.............................................................................. 232

D.    Lipid Composition Targets ................................................................. 238

1.    The PVU Formulation................................................................. 239

2.    The v1 Formulation.................................................................... 243

3.    The v2 Formulation.................................................................... 268

E.    Lipid Composition Testing ................................................................. 285

1.    Certificates of Analysis.............................................................. 285

2.    Fractionation Testing ................................................................. 291

F.    Encapsulation.......................................................................................... 300

G.    Stability ................................................................................................... 307

XI.    FRACTIONATION TESTING OF MODERNA'S COVID-19 VACCINE.................. 315

A.    Sample No. A-1 (PN 50211 / Moderna Lot No. 7036623028 / Sample Lot No. 023J23A)............................................................................................... 320

B.    Sample No. A-2 (PN 50211 / Moderna Lot No. 7036623029 / Sample Lot No. 025J23A)............................................................................................... 321

C.    Sample No. A-3 (PN 50211 / Moderna Lot No. 7036623031 / Sample Lot No. 027J23A)............................................................................................... 322

D.    Sample No. A-4 (PN 50211 / Moderna Lot No. 7036623030 / Sample Lot No. 026J23A)............................................................................................... 323

E.    Sample No. A-5 (PN 50186 / Moderna Lot No. 7036623016 / Sample Lot No. 013H23A) ............................................................................................. 324

F.    Sample No. A-6 (PN 50186 / Moderna Lot No. 7036623013 / Sample Lot No. 006H23A) ............................................................................................. 325

G.    Sample No. B-7 (PN 50211 / Moderna Lot No. 7036623035 / Sample Lot No. 021J23A)............................................................................................... 326

H.    Sample No. B-8 (PN 50211 / Moderna Lot No. 7036623033 / Sample Lot No. 033H23A) ............................................................................................. 327

4

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

I.      Sample No. B-9 (PN 50092 / Moderna Lot No. 7009622014 / Sample Lot No. 048D22A) ................................................................................................ 329

J.      Sample No. B-10 (PN 50092 / Moderna Lot No. 7009422031 / Sample Lot No. AR5186C) ................................................................................................ 329

K.      Sample No. B-11 (PN 50092 / Moderna Lot No. 7009422053 / Sample Lot No. 010L21A) ................................................................................................ 331

L.      Sample No. B-12 (PN 50092/50141 / Moderna Lot No. 7015323057 / Sample Lot No. 019M22A) ............................................................................................. 331

M.      Sample No. C-13 (PN 50092/50141 / Moderna Lot No. 7015222058 / Sample Lot No. AS7635B) ............................................................................................. 332

N.      Sample No. C-14 (PN 50111/50092 / Moderna Lot No. 7010722056 / Sample Lot No. AS5059C) ............................................................................................. 333

O.      Sample No. C-15 (PN 50186 / Moderna Lot No. 7036623005 / Sample Lot No. 023G23A) ................................................................................................ 334

P.      Sample No. C-16 (PN 50111/50092 / Moderna Lot No. 7010722059 / Sample Lot No. 032E22A) ............................................................................................. 335

Q.      Sample No. C-17 (PN 50111/50092 / Moderna Lot No. 7010722054 / Sample Lot No. AS5052C) ............................................................................................. 336

R.      Sample No. C-18 (PN 50092/50141 / Moderna Lot No. 7015323058 / Sample Lot No. 019M22A-2A) .......................................................................................... 337

S.      Sample No. D-19 (PN 50108/50115 / Moderna Lot No. 7010722191 / Sample Lot No. MV1022A) ............................................................................................. 338

T.      Sample No. D-20 (PN 50108/50140 / Moderna Lot No. 7015322024 / Sample Lot No. MV1025A) ............................................................................................. 339

U.      Sample No. D-21 (PN 50073 / Moderna Lot No. 7006520008 / Sample Lot No. 029K20A) ................................................................................................ 340

V.      Sample No. D-22 (PN 50089 / Moderna Lot No. 7007521017 / Sample Lot No. 940916) ................................................................................................... 341

W.      Sample No. E-23 (PN 50075 / Moderna Lot No. 7007522019 / Sample Lot No. 088M21A) ................................................................................................ 342

X.      Sample No. E-24 (PN 50075 / Moderna Lot No. 7007621002 / Sample Lot No. 033B21A) ................................................................................................ 343

5

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Y.   Sample No. E-25 (PN 50075 / Moderna Lot No. 7007621149 / Sample Lot No. 068F21A) ................................................................................... 344

Z.   Sample No. E-26 (PN 50108/50115 / Moderna Lot No. 7010722121 / Sample Lot No. 200085A) ................................................................................... 345

AA.   Sample No. E-27 (PN 50068 / Moderna Lot No. 7006520004 / Sample Lot No. 032H20A) ................................................................................... 346

BB.   Sample No. E-28 (PN 50108/50140 / Moderna Lot No. 7015922012 / Sample Lot No. MV20028A) ................................................................................... 347

CC.   Sample No. F-29 (PN 50099 / Moderna Lot No. 7006822139 / Sample Lot No. 000372A) ................................................................................... 348

DD.   Sample No. F-30 (PN 50092 / Moderna Lot No. 7009623003 / Sample Lot No. 016B23A) ................................................................................... 349

EE.   Sample No. F-31 (PN 50186 / Moderna Lot No. 7029123015 / Sample Lot No. 3030585) ................................................................................... 350

FF.   Sample No. F-32 (PN 50186 / Moderna Lot No. 7029123011 / Sample Lot No. 3030592) ................................................................................... 351

GG.   Sample No. F-33 (PN 50111/50092 / Moderna Lot No. 7010722069 / Sample Lot No. 049F22A) ................................................................................... 352

HH.   Sample No. F-34 (PN 50092/50141 / Moderna Lot No. 7015222071 / Sample Lot No. 044H22A) ................................................................................... 352

II.   Sample No. G-35 (PN 50108/50115 / Moderna Lot No. 7010722092 / Sample Lot No. 200028A) ................................................................................... 353

JJ.   Sample No. G-36 (PN 50108/50140 / Moderna Lot No. 7015322077 / Sample Lot No. 400038A) ................................................................................... 354

KK.   Sample No. G-37 (PN 50075 / Moderna Lot No. 7006822286 / Sample Lot No. 019D22A) ................................................................................... 355

LL.   Sample No. G-38 (PN 50075 / Moderna Lot No. 7006822285 / Sample Lot No. 18D22A) ................................................................................... 356

MM.   Sample No. H-39 (PN 50073 / Moderna Lot No. 7006520006 / Sample Lot No. 025J20A) ................................................................................... 357

NN.   Sample No. H-40 (PN 50068 / Moderna Lot No. 7006520002 / Sample Lot No. 062G20A) ................................................................................... 358

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

OO.   Sample No. H-41 (PN 50089 / Moderna Lot No. 7007521015 / Sample Lot No. 940914) ................................................................................... 359

PP.   Sample No. H-42 (PN 50099 / Moderna Lot No. 7006822145 / Sample Lot No. 000383A) ................................................................................. 360

QQ.   Sample No. H-43 (PN 50073 / Moderna Lot No. 7006520005 / Sample Lot No. 011J20A)................................................................................... 361

RR.   Sample No. H-44 (PN 50089 / Moderna Lot No. 7006821486 / Sample Lot No. 091K21A) ................................................................................. 362

SS.   Sample No. I-45 (PN 50099 / Moderna Lot No. 7006822119 / Sample Lot No. 000371A) ................................................................................. 363

TT.   Sample No. I-46 (PN 50075 / Moderna Lot No. 7007521033 / Sample Lot No. 940922) ................................................................................... 364

UU.   Sample No. I-47 (PN 50075 / Moderna Lot No. 7007621110 / Sample Lot No. 001F21A) ................................................................................. 365

VV.   Sample No. I-48 (PN 50075 / Moderna Lot No. 7006520026 / Sample Lot No. 029L20A) ................................................................................. 366

WW.   Sample No. I-49 (PN 50092 / Moderna Lot No. 7009622018 / Sample Lot No. 053F22A) ................................................................................. 367

XX.   Sample No. I-50 (PN 50092/50141 / Moderna Lot No. 7015322082 / Sample Lot No. 001K22A)............................................................................. 368

YY.   Sample No. J-51 (PN 50108/50115 / Moderna Lot No. 7013822019 / Sample Lot No. MV20013B) .......................................................................... 369

ZZ.   Sample No. J-52 (PN 50108/50140 / Moderna Lot No. 7015923016 / Sample Lot No. MV1050A)........................................................................... 370

AAA.   Sample No. J-53 (PN 50073 / Moderna Lot No. 7006520007 / Sample Lot No. 025J20-2A) ............................................................................... 371

BBB.   Sample No. J-54 (PN 50068 / Moderna Lot No. 7006520001 / Sample Lot No. 057G20A) ................................................................................. 372

CCC.   Sample No. K-55 (PN 50073 / Moderna Lot No. 7006520009 / Sample Lot No. 029K20-2A) .............................................................................. 373

DDD.   Sample No. K-56 (PN 50111/50092 / Moderna Lot No. 7010722044 / Sample Lot No. 029E22A) ........................................................................... 374

7

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

EEE.   Sample No. K-57 (PN 50089 / Moderna Lot No. 7006821495 / Sample Lot No. 011L21A) ................................................................................................... 375

FFF.   Sample No. K-58 (PN 50092 / Moderna Lot No. 7009623002 / Sample Lot No. 044A23A) ................................................................................................... 376

GGG.  Sample No. K-59 (PN 50099 / Moderna Lot No. 7006822102 / Sample Lot No. 000345A) .................................................................................................... 377

HHH.  Sample No. K-60 (PN 50075 / Moderna Lot No. 7006822277 / Sample Lot No. 012D22A) ................................................................................................... 378

III.    Sample No. L-61 (PN 50108/50115 / Moderna Lot No. 7010722104 / Sample Lot No. 200080A) ......................................................................................... 379

JJJ.    Sample No. L-62 (PN 50108/50115 / Moderna Lot No. 7010722177 / Sample Lot No. 200133A) ......................................................................................... 380

KKK.  Sample No. L-63 (PN 50108/50140 / Moderna Lot No. 7015322058 / Sample Lot No. MV1028A) ......................................................................................... 381

LLL.   Sample No. L-64 (PN 50099 / Moderna Lot No. 7006822281 / Sample Lot No. 000482A) .................................................................................................... 382

MMM. Sample No. L-65 (PN 50108/50140 / Moderna Lot No. 7015322057 / Sample Lot No. MV1027A) ......................................................................................... 383

NNN.  Sample No. L-66 (PN 50111/50092 / Moderna Lot No. 7010722046 / Sample Lot No. 031E22A) ......................................................................................... 384

OOO.  Sample No. M-67 (PN 50099 / Moderna Lot No. 7006822236 / Sample Lot No. 000449A) .................................................................................................... 385

XII.    MODERNA'S INFRINGEMENT OF THE '651 PATENT ......................................... 387

A.     Lipid Vesicles (claim 1) ............................................................................... 387

B.     Cationic lipid (claim 1, 11) .......................................................................... 387

C.     DSPC (claims 1, 2, 3, 6, 7) .......................................................................... 389

D.     PEG-Lipid (claim 1) .................................................................................... 390

E.     mRNA (claim 1) .......................................................................................... 391

F.     Fully Encapsulated (claims 1, 13, 14) ......................................................... 391

G.     Cholesterol (claims 4, 5, 6) ......................................................................... 394

8

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

H. Lipid-Nucleic Acid Particle (claim 9)................................................................ 395

XIII. MODERNA'S INFRINGEMENT OF THE LIPID COMPOSITION PATENTS......... 396

A. Nucleic Acid-Lipid Particle ('069 patent, claim 1; '359 patent, claim 1; '668 patent, claim 1; '435 patent, claim 1; '378 patent, claim 1) ............................... 396

B. Nucleic Acid / mRNA ('069 patent, claim 1; '359 patent, claim 1; '668 patent, claim 1; '435 patent, claim 1; '378 patent, claim 1, 12) ................................... 398

C. Cationic Lipid ('069 patent, claim 1; '359 patent, claim 1; '668 patent, claim 1; '435 patent, claim 1; '378 patent, claim 1) ......................................................... 399

D. Non-Cationic Lipid / DSPC / Cholesterol ('069 patent, claims 1, 9; '359 patent, claim 1, 8; '668 patent, claims 1, 9; '435 patent, claims 1, 5; '378 patent, claims 1, 3, 14) ....................................................................................................... 399

E. Conjugated Lipid / PEG-Lipid Conjugate ('069 patent, claims 1, 10, 11; '359 patent, claims 1, 14, 15; '668 patent, claim 1, 11, 12; '435 patent, claims 1, 9, 10; '378 patent, claims 1, 4, 5, 6, 15, 16, 17)............................................................ 401

F. Lipid Content ('069 patent, claim 1, 15, 20, 21; '359 patent, claims 1, 7, 9, 10, 11, 12, 13, 18; '668 patent, claims 1, 8, 10, 15; '435 patent, claim 1, 7, 8; '378 patent, claim 1, 2, 7, 13, 18, 24, 25) ..................................................................... 403

1. Literal Infringement ................................................................. 408

2. Infringement by the Doctrine of Equivalents......................................... 456

G. Serum Stability ('069 patent, claim 16)............................................................. 546

H. Fully Encapsulated ('069 patent, claim 17; '359 patent, claim 20; '668 patent, claim 16; '435 patent, claim 13; '378 patent, claims 9, 11, 20, 22, 27).............. 547

I. Pharmaceutically Acceptable Carrier ('069 patent, claim 22; '359 patent, claim 21; '668 patent, claim 17; '378 patent, claims 8, 10, 19, 21, 26) ....................... 548

J. Method of Delivery ('668 patent, claims 18, 19; '435 patent, claim 16) ........... 549

XIV. INDIRECT INFRINGEMENT.................................................................................. 550

A. Induced Infringement (35 U.S.C. § 271(b))........................................................ 551

B. Contributory Infringement (35 U.S.C. § 271(c)) ............................................... 554

XV. APPORTIONMENT................................................................................................... 560

XVI. NON-INFRINGING ALTERNATIVES .................................................................... 569

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

XVII.  INFRINGEMENT UNDER 35 U.S.C. § 271(f) ............................................................... 578

XVIII. WILLFULNESS ....................................................................................................... 583

    A.    Moderna was aware of the Patents-in-Suit. ........................................................ 583

    B.    Moderna tried and failed to design around the Lipid Composition Patents. ...... 586

    C.    Moderna copied the Lipid Composition Patents.................................................. 586

    D.    Moderna's own lipid content testing of the Accused Product demonstrated infringement of the Lipid Composition Patents.................................................... 587

    E.    Moderna attempted to avoid public disclosure of the lipid ratios and components used in its formulations, reflecting Moderna's understanding that it infringed the Lipid Composition Patents and its desire to hide that fact.................................. 588

XIX.  MODERNA'S MRNA-LNP COLLABORATION AGREEMENTS ........................... 591

XX.  CLAIM-BY-CLAIM ANALYSIS....................................................................... 594

    A.    The '069 Patent ............................................................................................... 594

    B.    The '359 Patent ............................................................................................... 597

    C.    The '668 Patent ............................................................................................... 600

    D.    The '435 Patent ............................................................................................... 604

    E.    The '378 Patent ............................................................................................... 606

    F.    The '651 Patent ............................................................................................... 612

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

## LIST OF ABBREVIATIONS

| | |
|---|---|
| AMP | Accelerated Manufacturing for Patients |
| BARDA | Biomedical Advanced Research and Development Authority |
| CMV | Cytomegalovirus |
| COA | Certificate of Analysis |
| CMO | Contract manufacturing organization |
| CQA | Critical Quality Attribute |
| CRO | Contract research organization |
| DOE | Design of experiments OR doctrine of equivalents |
| DOPE | 1,2-Dioleoyl-sn-glycero-3-phosphoethanolamine |
| DSPC | Distearoylphosphatidylcholine |
| EE | Encapsulation Efficiency |
| ██████ | █████████ |
| HAI | hemagglutination inhibition |
| HIC | Hydrophobic interaction chromatography |
| IPR | Inter Partes Review |
| LDP | Lipid Drug Product |
| ███ | ███████████████ |
| LNP | Lipid Nanoparticle |
| LOQ | Limit of Quantification |
| LSS | Lipid Stock Solution |
| ████ | ██████████ |
| MIVM | multi-inlet vortex mixing |
| NHP | Non-Human Primate |
| NTA | Nanoparticle tracking analysis |
| ███ | ████████ |
| PCV | Personalized Cancer Vaccine |
| PEG | Polyethylene Glycol |
| ███ | ██████████ |
| PN | Part Number |
| PPQ | Process Performance Qualification |
| PTAB | Patent Trial and Appeal Board |
| PVMP | Process Validation Master Plan |
| PVU | Personalized Vaccine Unit |
| PVU Formulation | 50:38.5:10:1.5 (SM-102:cholesterol:DSPC:PEG2000-DMG) |
| QL | Quantitation Limit |
| RSD | Relative Standard Deviation |
| SAT | Sample Acceptance Testing |
| SAXS | Small-angle X-ray scattering |
| SD | Standard Deviation |

11

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| | |
|---|---|
| SPC | Specification |
| SPLP | Stabilized plasmid lipid particles |
| SST | System suitability testing |
| TTR | Transthyretin |
| UTR | Untranslated region |
| v1 Formulation | 48.5:38.9:11.1:1.5 (SM-102:cholesterol:DSPC:PEG2000-DMG) |
| v2 Formulation | 48:38.5:11:2.5 (SM-102:cholesterol:DSPC:PEG2000-DMG) |

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**



440.    The report notes that " ███████████████████████████████████

███████████████████████████████████████████ MRNA-GEN-02615528 at -529. However, as noted in the previous paragraph, ████████████████████

████████████████████████████████ MRNA-GEN-02615528 at -531. ████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████

273

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**



441.    The conclusions stated in PD-REP-0716 are consistent with Moderna's statements made regarding the earlier interim analysis, PD-REP-0436, which appears related to the above-recited study.  In an email dated June 2, 2021, Mike Collier wrote the following note to Don Parsons and Nedim Altaras:

MRNA-GEN-00681069.  In the report itself, PD-REP-0436, it states that

274

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

C.    **Cationic Lipid ('069 patent, claim 1; '359 patent, claim 1; '668 patent, claim 1; '435 patent, claim 1; '378 patent, claim 1)**

541.    Claim 1 of the '069 patent, claim 1 of the '359 patent, claim 1 of the '668 patent, and claim 1 of the '435 patent recite, "a cationic lipid." The Lipid Composition Patents state, "[t]he term 'cationic lipid' refers to any of a number of lipid species that carry a net positive charge at a selected pH, such as physiological pH . . . ." '069 patent, 12:51-53.

542.    Claim 1 of the '378 patent recites, "a cationic lipid having a protonatable tertiary amine."

543.    The LNPs in Moderna's Accused Product include the ionizable lipid SM-102. *Supra* ¶¶ 340-343; *see, e.g.*, MRNA-GEN-02636425 at -429-430 (listing "SM-102" as an LNP component); MRNA-GEN-00988589 at -591 ("SM-102 is the ionizable lipid component of the SM-102 LNP"). SM-102 is ionizable because it contains a tertiary amine (*i.e.*, a nitrogen attached to three carbons), which is protonated (and carries a net positive charge) under acidic conditions and de-protonated under basic conditions. ███████████████████ ██████████████████████████████████████████ ██████ )

544.    In its interrogatory response regarding infringement of the Lipid Composition Patents, Moderna does not dispute that the Accused Product would infringe these limitations. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 15-57.

D.    **Non-Cationic Lipid / DSPC / Cholesterol ('069 patent, claims 1, 9; '359 patent, claim 1, 8; '668 patent, claims 1, 9; '435 patent, claims 1, 5; '378 patent, claims 1, 3, 14)**

545.    Claim 1 of the '069 patent and claim 1 of the '359 patent recite, "a non-cationic lipid comprising a mixture of a phospholipid and cholesterol or a derivative thereof."

399

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

term 'non-cationic lipid' refers to any amphipathic lipid as well as any other neutral lipid or anionic lipid.").

553.    The LNPs in Moderna's Accused Product also include cholesterol.  *Supra* ¶¶ 340-343; *see, e.g.*, MRNA-GEN-02636425 at -429-430 (listing "Cholesterol" as LNP component).  The Lipid Composition Patents make clear that cholesterol is a neutral lipid, which in turn is a type of non-cationic lipid.  *See* '069 patent, 12:5-41 ("The term 'neutral lipid' refers to any of a number of lipid species that exist either in an uncharged or neutral zwitterionic form at a selected pH.  At physiological pH, such lipids include, for example . . . cholesterol  . . . .  The term 'non-cationic lipid' refers to any amphipathic lipid as well as any other neutral lipid or anionic lipid.").

554.    As such, Moderna's Accused Product contains a non-cationic lipid comprising a mixture of DSPC and cholesterol, which satisfies these limitations.

555.    In its interrogatory response regarding infringement of the Lipid Composition Patents, Moderna does not dispute that the Accused Product would infringe these limitations.  *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 15-57.

> **E.    Conjugated Lipid / PEG-Lipid Conjugate ('069 patent, claims 1, 10, 11; '359 patent, claims 1, 14, 15; '668 patent, claim 1, 11, 12; '435 patent, claims 1, 9, 10; '378 patent, claims 1, 4, 5, 6, 15, 16, 17)**

556.    Claim 1 of the '069 patent, claim 1 of the '359 patent, claim 1 of the '668 patent, and claim 1 of the '435 patent recite, "a conjugated lipid that inhibits aggregation of particles."

557.    Claim 1 of the '378 patent recites, "a polyethyleneglycol (PEG)-lipid conjugate."

558.    Claim 10 of the '069 patent, claim 14 of the '359 patent, claim 11 of the '668 patent, and claim 9 of the '435 patent recite, "wherein the conjugated lipid that inhibits aggregation of particles comprises a polyethyleneglycol (PEG)-lipid conjugate."

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

559.    Claim 11 of the '069 patent, claim 15 of the '359 patent, claim 12 of the '668 patent, and claim 10 of the '435 patent recite, "wherein the PEG-lipid conjugate comprises a PEG-diacylglycerol (PEG-DAG) conjugate, a PEG-dialkyloxypropyl (PEG-DAA) conjugate, or a mixture thereof."

560.    Claims 4 and 15 of the '378 patent recites, "wherein the PEG has an average molecular weight of about 2,000 daltons."

561.    Claims 5 and 16 of the '378 patent recites, "wherein the PEG has a terminal methoxy group."

562.    Claims 6 and 17 of the '378 patent recites, "wherein the PEG-lipid conjugate is a PEG-diacylglycerol (PEG-DAG) conjugate having the same saturated acyl groups."

563.    The LNPs in Moderna's Accused Product include PEG2000-DMG.  *Supra* ¶¶ 340-343.  PEG2000-DMG is a PEG-lipid conjugate that inhibits the aggregation of particles. *Supra* ¶ 341; *see, e.g.,* MRNA-GEN-00018512 at -514 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ As its name implies, the PEG in PEG2000-DMG has an average molecular weight of about 2,000 daltons.  *Supra* ¶ 340; MRNA-GEN-00988461 at -465 (describing PEG2000-DMG as "1-monomethoxypolyethyleneglycol-2,3-dimyristylglycerol with polyethylene glycol of average molecular weight 2000").

564.    I have reproduced the molecular structure of PEG2000-DMG below (from MRNA-GEN-01800082).  *See supra* ¶ 342.  PEG2000-DMG is a PEG-diacylglycerol that has the same saturated acyl groups, which I have indicated with red boxes below.  PEG2000-DMG also has a terminal methoxy group, which I have indicated with a blue box below.  The

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

molecular name of PEG2000-DMG (*i.e.*, 1-**monomethoxy**polyethyleneglycol-2,3-**dimyristylglycerol**) confirms the presence of these structural elements.



| PEG2000-DMG | 2475 (avg.)[a] | 1,2-dimyristoyl-rac-glycerol, methoxypolyethylene glycol |

a) approximately n = 45 PEG units, corresponding to an approximate PEG chain molecular weight of 2000

565. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

566.    In its interrogatory response regarding infringement of the Lipid Composition Patents, Moderna does not dispute that the Accused Product would infringe these limitations. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 15-57.

> **F.**    **Lipid Content ('069 patent, claim 1, 15, 20, 21; '359 patent, claims 1, 7, 9, 10, 11, 12, 13, 18; '668 patent, claims 1, 8, 10, 15; '435 patent, claim 1, 7, 8; '378 patent, claim 1, 2, 7, 13, 18, 24, 25)**

567.    The claims of the Lipid Composition Patents recite varying molar ratios for the lipid components.

568.    ***Cationic Lipid Content.*** Claim 1 of the '069 patent, claim 1 of the '359 patent, and claim 1 of the '668 patent recite, "a cationic lipid comprising from 50 mol % to 65 mol % of the total lipid present in the particle." Claim 1 of the '435 patent recites, "a cationic lipid comprising from 50 mol % to 85 mol % of the total lipid present in the particle." Claim 7 of the '359 and claim 8 of the '668 patent recite, "wherein the cationic lipid comprises from 50 mol % to 60 mol % of the total lipid present in the particle." As explained above, Moderna's Accused Product contains a cationic lipid.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

48 ("Moderna is pointing out that the industry, prior art, '435 patent and both experts expect the particle formulation to reflect a point in the resulting particle distribution.").

614.    Notably, Moderna refrained from conducting fractionation testing of the "compositional heterogeneity" of the Accused Product, even though one of its scientists on the team suggested doing so, due to the possibility that such testing could "pose uncomfortable questions." MRNA-GEN-01274243 at -243; *see also, e.g.*, Parsons 248:10-249:20, 252:14-257:2; Schariter 5/8/2024 Tr. 118:9-121:3. ████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████ on the contrary, it would accord with the expectation of POSAs in the field that— given the compositional polydispersity in LNP molar ratios—the target ratios Moderna used for its COVID-19 product would likely result in infringement of the Lipid Composition Patents. That conclusion is also consistent with the recognition by Moderna's President, Dr. Hoge "that there are incredibly strong business reasons why a composition with 40% amino lipid is more attractive." MRNA-GEN-02619870 at -870. ████████████████

████████████████████████████████

██  ████████

615.    ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

617.    I have been asked to identify the lots of ▮▮▮▮▮ that would give rise to a literally infringing process intermediate ▮▮▮▮▮ based on the lipid content reported in COAs that Moderna has produced for ▮▮▮▮▮, applying the same analysis that I performed with respect to Moderna's labeled drug product. *Supra* ¶ 611. For each claim, I have provided a listing of the ▮▮▮▮▮ lots that fall within the claimed ranges in accordance with the Court's claim construction of "___ mol % of the total lipid present in the particle" as following the standard rules of rounding based on significant figures; the concentrations for SM-102, cholesterol, DSPC, and PEG2000-DMG reported by Moderna (or its third-party manufacturer); and the calculated lipid molar ratio. The following table summarizes the numerical limits that I have applied for each claim and the corresponding Appendix where the listing of lots with molar ratios falling within that claim can be found.

| Patent Claim | Lipid Molar Ratio Range (%) | | | |
|---|---|---|---|---|
| '069 Patent, Claim 1 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 25 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 3.5 | ≤ DSPC < | 10.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '069 Patent, Claim 15 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 26 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 3.5 | ≤ DSPC < | 10.5 | |
| | 0.5 | ≤ PEG2K-DMG < | 2.5 | |
| '359 Patent, Claim 1 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 27 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '359 Patent, Claim 7 | 49.5 | ≤ SM-102 < | 60.5 | Appendix 28 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '359 Patent, Claim 9 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 29 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 3.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| Patent Claim | Lipid Molar Ratio Range (%) | | | |
|---|---|---|---|---|
| '359 Patent, Claim 10 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 30 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 3.5 | ≤ DSPC < | 12.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '359 Patent, Claim 11 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 31 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 4.5 | ≤ DSPC < | 12.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '359 Patent, Claim 12 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 32 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 5.5 | ≤ DSPC < | 12.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '359 Patent, Claim 18 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 33 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.5 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 1 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 34 |
| | N/A | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 8 | 49.5 | ≤ SM-102 < | 60.5 | Appendix 35 |
| | N/A | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 15 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 36 |
| | N/A | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.5 | ≤ PEG2K-DMG < | 2.5 | |
| '435 Patent, Claim 7 | 49.5 | ≤ SM-102 < | 85.5 | Appendix 37 |
| | 12.5 | ≤ Non-Cationic < | 49.55 | |
| | N/A | ≤ Cholesterol < | N/A | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '435 Patent, Claim 8 | 49.5 | ≤ SM-102 < | 85.5 | Appendix 38 |
| | 12.5 | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |

423

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

| Patent Claim | Lipid Molar Ratio Range (%) | | | |
|---|---|---|---|---|
| '378 Patent, Claim 1 | N/A | ≤ SM-102 < | N/A | Appendix 39 |
| | 29.5 | ≤ Non-Cationic < | 55.5 | |
| | N/A | ≤ Cholesterol < | N/A | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.05 | ≤ PEG2K-DMG < | 2.5 | |
| '378 Patent, Claims 2 and 13 | N/A | ≤ SM-102 < | N/A | Appendix 40 |
| | 29.5 | ≤ Non-Cationic < | 55.5 | |
| | 24.5 | ≤ Cholesterol < | 45.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.05 | ≤ PEG2K-DMG < | 2.5 | |
| '378 Patent, Claims 7, 18, and 24 | N/A | ≤ SM-102 < | N/A | Appendix 41 |
| | 29.5 | ≤ Non-Cationic < | 55.5 | |
| | 34.5 | ≤ Cholesterol < | 45.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.05 | ≤ PEG2K-DMG < | 2.5 | |
| '378 Patent, Claim 25 | N/A | ≤ SM-102 < | N/A | Appendix 42 |
| | 29.5 | ≤ Non-Cationic < | 55.5 | |
| | 34.5 | ≤ Cholesterol < | 45.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |

**b.    Plaintiffs' Fractionation Testing Data Demonstrate Infringement**

618.    The ultracentrifugation fractionation testing conducted by Dr. Schuster and his colleagues at Coriolis further establishes that Moderna's Accused Product infringes the lipid content limitations set forth in the claims of the Lipid Composition Patents above. *See supra* Section XI.

619.    As discussed throughout this report, ultracentrifugation ("UC") is an established and reliable technique for fractionating LNPs. *See supra* Sections VI.C.3, IX.E., X.E.2. UC is well-suited for fractionating LNPs, as it is sensitive to the density differences among LNPs and is a gentle, "non-destructive" technique. Vaidya 2024 at 5571. These advantages are the reason why, in my lab, we use UC to analyze polydispersity in LNP batches and to isolate and analyze subpopulations of particles.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

## 2.    Infringement by the Doctrine of Equivalents

653.    In the previous sections, I set forth my opinions as to how the Accused Product literally infringes the lipid content limitations of the Lipid Composition Patents.  Separate and apart from that analysis, it is also my opinion that Accused Product infringes the lipid content limitations of the Lipid Composition Patents pursuant to the doctrine of equivalents.  I set forth my understanding of the legal test for infringement under the doctrine of equivalents above. *Supra* Section III.B.3.  For convenience, I have arranged my opinions below with respect to the limitations related to the particular type of lipid (that is, cationic lipid; non-cationic lipid; and conjugated and/or PEG-lipid).

### a.    Cationic Lipid

654.    Whereas Moderna disputes infringement of the v1 and v2 Formulations on the basis of their target cationic mol %, to my knowledge, Moderna does not dispute that the PVU Formulation meets the claimed cationic lipid mol % limitations of the Lipid Composition Patents.[132]  *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57, 65, 122-23; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (No. 13) (June 7, 2024) at 6-9; *see also*, *e.g.*, MRNA-GEN-01374118; MRNA-GEN-01747429 at -431 (stating Moderna's goal to "[a]void licensing (intellectual property regarding 50 mole percent cationic lipid)").

---

[132] In this section of my report, Section XIII.F.2.a, "claimed cationic lipid mol % limitations" refers to the cationic lipid limitations in the '069 patent claim 1; the '359 patent claims 1 and 7; the '668 patent claims 1 and 8; and the '435 patent claim 1.  I recognize that the claims that depend on these claims also incorporate those limitations.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

655.    Based on Moderna's documents, statements made by Moderna's employees, and representations Moderna has made to the FDA, it is my opinion that the cationic lipid mol % of lots of Moderna's COVID-19 vaccine drug product formulated using the target v1 Formulation (including specifically its 48.5 mol % target for the SM-102 cationic lipid), is insubstantially different from the claimed cationic lipid mol % limitations, which undisputedly encompasses the 50 mol % cationic lipid target of the PVU Formulation that Moderna used to formulate lots of the Accused Product in its Phase 1, Phase 2, and part of its Phase 3 clinical trials.  Furthermore, it is my opinion that the cationic lipid mol % of Moderna's v1 Formulation lots performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed cationic lipid mol % limitations.  Likewise, it is my opinion that the cationic lipid mol % of lots of Moderna's COVID-19 vaccine drug product formulated using the target v2 Formulation (including specifically its 48 mol % target for the SM-102 cationic lipid), is insubstantially different from the claimed cationic lipid mol % limitations—which again undisputedly encompasses the 50 mol % cationic lipid target of the PVU Formulation—and performs substantially the same function, in substantially the same way, to achieve substantially the same results as the claimed cationic lipid mol % limitations.  As I will explain below, the reduction in the target cationic lipid from 50 mol % in the PVU Formulation to 48.5 mol % in the v1 Formulation and 48.0 mol % in the v2 Formulation, and the subsequent formulation of various lots with measured lipid content values of less than 50 mol % cationic lipid, do not render the COVID-19 drug product substantially different from: (a) a product having LNPs with a target composition of 50 mol % cationic lipid, such as in the PVU Formulation (for which Moderna does not dispute infringement on the basis of lipid content) nor (b) lots formulated with

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

the target PVU, v1, and v2 Formulations that contain 50 mol % (or more) cationic lipid that literally infringe the Patents-in-Suit.

656.    **Equivalent Function.**  The POSA would understand that the function of the cationic lipid in the claimed cationic lipid mol % limitations is to provide a positive electrostatic charge that subsequently interacts with the negative charge of the nucleic acid to facilitate encapsulation of the nucleic acid.  This function is supported by the disclosure of the Lipid Composition Patents as well the contemporaneous scientific literature.  *See, e.g.*, '069 patent, 12:51-52 ("The term 'cationic lipid' refers to any of a number of lipid species that carry a net *positive charge* at a selected pH." (emphasis added)); *see also, e.g.*, Semple 2001 at 153 ("The inclusion of cationic lipids in lipid formulations improves the association with polyanionic nucleic acids."); *supra* Sections VI.B, VIII.B.1.  In challenging the validity of the '069 and '435 patents in the IPR proceedings before the PTAB, *see supra* Section VIII.C, Moderna relied on the testimony of Dr. Andrew S. Janoff, who explained to the Board that "[c]ationic lipids have been used in the construction of nucleic acid-lipid particles because they interact with the negative charges on nucleic acid payloads facilitating the formation of such particles."  *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.*, IPR2018-00739, Exhibit 1007 ¶ 62 (P.T.A.B. Mar. 5, 2018) ("Janoff '435 IPR Declaration"); *see also Moderna Therapeutics, Inc. v. Arbutus Biopharma Corp.*, IPR2019-00554, Exhibit 1008 ¶ 62 (P.T.A.B. Jan. 2, 2019) ("IP '069 IPR Declaration").  Accordingly, I do not understand Moderna to dispute the function of the cationic lipid element, including the mol % thereof, recited in the Asserted Claims of the Patents-in-Suit.

657.    The function of the SM-102 cationic lipid and its mol % concentration in drug product lots of the Accused Product, including within lots formulated with the PVU, v1, and v2 Formulations, is substantially the same as the cationic lipid and its mol % in the claimed

458

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

invention. As discussed earlier in my report, Moderna describes the function of the SM-102 lipid in its COVID-19 vaccine as "the ionizable lipid component of the ███████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████ *See supra* XII.A, ¶ 341; MRNA-GEN-00988589 at -591; MRNA-GEN-00018512 at -513; *see also, e.g.,* MRNA-GEN-02316901 at -922. I have not seen any evidence, nor does Moderna appear to contend, that the SM-102 lipids within the mRNA-LNPs of any of its specification-conforming drug product lots, including lots formulated with a target SM-102 of 48.5 mol % (v1) or 48 mol % (v2), function substantially differently than SM-102 lipids in mRNA-LNPs with 50 mol % cationic lipid, including as used in the PVU Formulation and Moderna's other clinical programs and development programs using a 50 mol % cationic lipid target. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. It is my understanding that across all lots of Moderna's COVID-19 vaccine drug product, the SM-102 lipids and their concentration in the product help drive electrostatic interaction with the mRNA. *See supra* ¶ 341; MRNA-GEN-00988589 at -591; MRNA-GEN-00018512 at -513; *see also* MRNA-GEN-02316901 at -922. Furthermore, to my knowledge, Moderna does not contend that the cationic lipid and its mol % concentration in lots formulated with the PVU, v1, and v2 Formulations performs substantially different functions by virtue of differences in the lots' respective target lipid molar ratios or measured lipid content in the formulated product. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. Indeed, the LNPs of Moderna's COVID-19 vaccine drug product, whether formulated with the PVU, v1, or v2 Formulations, including their respective mol % targets for the SM-102 cationic lipid, perform the same function of ████████████████████████████████ ████████████████████████████████████████████████ and enablement of "cellular uptake of the nanoparticle, endosomal escape, and ultimately productive cytosolic display of the mRNA such that protein translation may occur." MRNA-GEN-00988461 at -468; *see also* MRNA-GEN-00306589 -597-600. Moderna's description of the role served by the mRNA-LNPs of the Accused Product—encapsulation of the mRNA, delivery of the mRNA, and eventual facilitation of protein translation—has remained constant throughout Moderna's regulatory submissions, notwithstanding the change in the target cationic lipid mol % in the v1 and v2 Formulations. *See, e.g.*, MRNA-GEN-00999602; MRNA-GEN-00988461 at -467-468; MRNA-GEN-00305704; MRNA-GEN-00302728 at -733; MRNA-GEN-01806150; MRNA-GEN-00177578; MRNA-GEN-00047244 at -248; MRNA-GEN-00046242 at -246; MRNA-GEN-01799476 at -478-479; MRNA-GEN-01799027.

658. I am aware of statements—by Moderna and in the literature—suggesting that the cationic lipid may be serving additional functions in the LNP. *See, e.g.*, Janoff '069 IPR Declaration ¶ 62 ("Since cationic lipids can also interact with negative charges on cell membranes (under appropriate conditions, depending on the specific mixture of lipids in the carrier particles), this has been believed to promote, in some cases, the fusion event necessary for the effective delivery of the nucleic acid."). However, I have not seen any evidence—and I am not aware of Moderna contending—that any such function would differ substantially between lots formulated with a target SM-102 amount of 48.5 mol % (v1) or 48 mol % (v2), as compared

460

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

to mRNA-LNPs with 50 mol % cationic lipid, including as used in the PVU Formulation. To the contrary, as I discuss in more detail below, Moderna found that such changes in the amount of SM-102 in its mRNA-LNPs did *not* affect efficacy. *See infra* ¶¶ 661-664. That is consistent with my opinion that the function of the amount of cationic lipid is the same across Moderna's different target formulations and as compared to the claimed cationic lipid mol % amounts.

659.   **Function in an Equivalent Way.** The POSA would further understand the SM-102 cationic lipid and its mol % concentration in drug product lots of the of the Accused Product, including within lots formulated with the PVU, v1, and v2 Formulations, to perform substantially the same function of the cationic lipid of the Asserted Claims, including its recited mol %, in substantially the same way. The way in which the SM-102 lipids of the drug product achieve their function is through their structure, chemical composition, and concentration, which enables the lipids to carry a positive charge in acidic conditions and subsequently helps to drive chemical interactions, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *See supra* ¶ 341. The same chemical mechanism is disclosed in the Lipid Composition Patents. *See, e.g.*, '069 patent, 12:53-13:3 (describing various structural features of cationic lipids that could be used in the invention, such as a protonatable tertiary amine group).

660.   It is my understanding that the SM-102 lipids in all lots of Moderna's COVID-19 vaccine drug product, regardless of the target or measured mol % of SM-102 in that lot, are the same structure and possess the same structural features. *See supra* ¶ 341. Moderna does not appear to contend that the SM-102 lipids within the mRNA-LNPs of any of its specification-conforming lots, including lots formulated with a target SM-102 of 48.5 mol % (v1) or 48 mol % (v2) function in a substantially different way than SM-102 lipids in mRNA-LNPs with 50 mol % cationic lipid, including as used in the PVU Formulation and Moderna's other clinical programs

461

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

and development programs using a 50 mol % cationic lipid target. *See* Moderna's Corrected

Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos.

1-10) (July 15, 2024) at 22-23; Moderna's Fourth Supplemental Objections and Response to

Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. Indeed, the mRNA-

LNPs of Moderna's COVID-19 vaccine drug product, including within lots formulated with the

PVU, v1, and v2 Formulations, function in substantially the same way. As noted above, the

mRNA-LNPs of the Accused Product provide a positive electrostatic charge that subsequently

█████████████████████████████████████████████████████████

██  *Supra* ¶ 656; *see also* MRNA-GEN-00988461 at -467-468; MRNA-GEN-02634802 at -

811. I have not seen any evidence, nor does Moderna appear to contend, that the mRNA-LNPs

of any of its lots of the COVID-19 vaccine drug product, including lots formulated with a target

SM-102 of 48.5 mol % (v1), or 48 mol% (v2) function in a substantially different way from

mRNA-LNPs with 50 mol % cationic lipid, including as used in the PVU Formulation and

Moderna's other clinical programs and development programs using a 50 mol % cationic lipid

target. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs'

First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental

Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at

5-9. The underlying mechanism of action for the LNPs in all lots of Moderna's COVID-19

vaccine drug product, across all of Moderna's target PVU, v1, and v2 Formulations, has

consistently been represented by Moderna to the FDA as being the same, and I am aware of no

reason why the mechanism of action of these LNPs should differ.

661.    **Equivalent Results.** It is further my opinion that the SM-102 cationic lipid and

its mol % concentration in drug product lots of the Accused Product, including within lots

462

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

formulated with the PVU, v1, and v2 Formulations, achieve substantially the same result as the cationic lipid and its mol % in the claimed invention. As explained in the Lipid Composition Patents, the result of the cationic lipid limitation, including its recited mol % in the claims, in the context of the invention as a whole, is the effective and efficient intracellular delivery of nucleic acid. *See, e.g.*, '069 patent, 2:55-57 (observing the "strong need in the art for novel and more efficient methods and compositions for introducing nucleic acids such as siRNA into cells"), 5:51-61 (disclosing that the inventive nucleic acid-lipid particles, including the claimed cationic lipid mol %, "advantageously impart increased activity of the encapsulated nucleic acid," "improved tolerability of the formulations in vivo" and "are substantially non-toxic to mammals such as humans."), 6:13-19 ("For instance, the '1:57 SNALP' and '1:62 SNALP' formulations described herein are exemplary formulations of the present invention that are particularly advantageous because they provide improved efficacy and tolerability in vivo, are serum-stable, are substantially non-toxic, are capable of accessing extravascular sites, and are capable of reaching target cell populations."); 57:50-55 (noting that the particles of the invention encapsulate and protect from degradation the active or therapeutic agent (i.e., nucleic acid)). As I explain below, Moderna's COVID-19 vaccine drug product, whether formulated with the PVU, v1, or v2 Formulations, including drug product formulations with reported cationic lipid content values of 45 to 50 mol % cationic lipid, achieve substantially the same result, including with respect to efficacy (immunogenicity), safety, and stability compared to formulations using 50 mol % cationic lipid, including the PVU Formulation for which Moderna does not dispute meets the claimed cationic lipid mol % limitations. *See supra* Sections X.D, IX.C; *see also, e.g.*, Parsons 6/7/2024 Tr. 191:2-9 ("We believed that additional safety data would not be required. That's the reason that we made the change in the way that we did. Clearly we did not believe

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

that there was an impact to immunogenicity, and so the change could be affirmatively made without an impact to the clinical study."), 202:17-203:4 (Q. "Do you know if there are significant differences in safety and efficacy across batches with different lipid compositions?" A. "So we obviously studied many batches of the vaccine as part of clinical development of the product. I am not aware of any variations that were clinically meaningful.").

662.    Consistent with what Moderna has repeatedly represented to the FDA and stated in its own documents and correspondence, each specification-conforming lot of Moderna's COVID-19 drug product, including lots formulated with the PVU, v1, and v2 Formulations, exhibit substantially equivalent immunogenicity and efficacy, including as compared to formulations with 50 mol % cationic lipid that fall within the claimed cationic lipid mol % limitations. *See supra* Section X.D; MRNA-GEN-00601091 at -093 (July 29, 2020 email from Jack Kramarczyk, ███████████████████████████

███████████████████████████████████████

████████████████████████████████████████

███████

663.    In particular, Moderna has repeatedly concluded and represented that the reduced SM-102 mol % accompanying the switch from the PVU to the v1 Formulation and then to the v2 Formulation (from a starting target 50 mol % cationic lipid in the PVU Formulation) had no substantial impact on the immunogenicity of the Accused Product. *See supra* Section X.D; MRNA-GEN-00604539 at -555 (████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

464

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

MRNA-GEN-00734102 at -108; *see also* MRNA-GEN-00482490. In his deposition, Dr. Parsons explained that these PowerPoint slides are a "compilation of data" that outlined the strategy "[Moderna] used for ███████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████ Parsons 6/7/2024 Tr. 203:18-208:15. ████████████████

████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████ Parsons 6/7/2024 Tr. 211:4-212:7. I do not believe that Moderna contends that any of its lots of the Accused Product differ substantially with respect to immunogenicity by virtue of its SM-102 lipid content compared to LNPs having 50 mol % cationic lipid. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. On the contrary, Moderna sold the lots without any indication, to the FDA or the public, that they differed substantially in immunogenicity or any other respect.

665. In addition, consistent with what Moderna has repeatedly represented to the FDA and stated in its own documents and correspondence, each specification-conforming lot of Moderna's COVID-19 drug product, including lots formulated with the PVU, v1, and v2 Formulations, exhibit substantially equivalent safety, including as compared to formulations with 50 mol % cationic lipid that fall within the claimed cationic lipid mol % limitations. *See supra* Section X.D. I do not believe that Moderna contends that any of its lots of the Accused Product

466

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

have different tolerability or safety by virtue of its SM-102 lipid content.  In particular, Moderna has concluded and represented that variations in the mol % of SM-102 in the Accused Product, including reduced SM-102 caused by the switch to the target v1 and v2 Formulations (from the target PVU Formulation using 50 mol % cationic lipid) have no substantial impact on the safety of its COVID-19 vaccine drug product.  *See supra* Section X.D; *see also, e.g.,* Parsons 6/7/2024 Tr. 191:2-9

*Supra* Section X.D; *see, e.g.,*

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Parsons 6/7/2024 Tr. 181:1-186:2. ███████████████████████████

████████████████████████████████████████

666.    Finally, consistent with what Moderna has repeatedly represented to the FDA and stated in its own documents and correspondence, lots formulated with the PVU, v1, and v2 Formulations exhibit substantially equivalent stability, including as compared to formulations with a measured lipid content of 50 mol % cationic lipid.  *See supra* Section X.D; *see also* MRNA-GEN-01802160 at -165 (BLA 125752 Manufacturing Process Development {SM-102 LNP} Manufacturing History) ███████████████████████████████

████████████████████████████████████████

███████████████████████████ MRNA-GEN-00192423 at -423 █████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████ MRNA-GEN-00089073 at -073 ███████████████

████████████████████████████████ In particular, Moderna has concluded and represented that variations in the mol % of SM-102 in the Accused Product, including reduced SM-102 caused by the switch to the v1 and v2 Formulations (from the target PVU Formulation using 50 mol % cationic lipid) have no substantial impact on the stability of the Accused Product.  *See supra* Section X.D; *see also* MRNA-GEN-00659610 at -610 (August 3, 2020 Email from Don Parsons stating, ███████████████████████

████████████████████████████████████████

███████████ Kramarczyk 4/30/2024 Tr. 199:15-19 (testifying, after being asked whether he has any basis to believe ███████████████████████████

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

████████████████████████████████████████████████████████████

██████████████████████████████ I do not understand Moderna to contend that the different SM-102 mol % values measured across the lots of its drug product cause the mRNA-LNPs within its formulations to differ substantially with respect to stability, including as compared to mRNA-LNPs with 50 mol % cationic lipid. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Supplemental Responses and Objections to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9.

667.    **Insubstantial Differences.**  It is my further opinion that, in view of the current and historical understandings in the field, the cationic lipid content of each lot of Moderna's COVID-19 drug product, including lots formulated with the PVU, v1, and v2 Formulations, are insubstantially different both from one another and insubstantially different from the claimed cationic lipid mol % limitations. *See supra* Section X.D; *see also* MRNA-GEN-01264023 at -023. ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████ Parsons 6/7/2024 Tr. 130:3-12.  In Moderna's 10-K for the fiscal year ending December 31, 2019 (submitted February 27 2020), Moderna stated that its "Phase 2 study" of CMV mRNA-1647 "is testing the intended Phase 3 formulation, which contains the ***same lipid nanoparticle ("LNP")*** used in the Phase 1 study," MRNA-GEN-01156478 at -527 (emphasis added), despite Moderna's January 2020 internal presentation showing its ████████████████████████████████████████

██████████████████████████████████████ MRNA-GEN-00601067 at -070;

469

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Kramarczyk 4/30/2024 Tr. 148:1-151:20.  To my knowledge, Moderna has not corrected its 10-K.  *See* EDGAR landing page.[133]  I agree with Moderna about the sameness of the LNP contained in formulations using the PVU and v2 target ratios.  The variations in the mol % of SM-102 across the lots of Moderna's COVID-19 drug product are insubstantial, and even Moderna itself has described the changes to its target formulation of the Accused Product as "minor,"[134] "subtle,"[135] "slight," [136] a "small change," [137] and a "rounding error[]."[138]  As I describe at length above in this Section, there is no evidence that Moderna's modifications of its target lipid ratios of SM-102 from 50 mol % to 48.5 mol % to 48 mol % produced any substantial change in any product quality attribute.  Indeed, given the heterogeneity of lipid compositions within Moderna's LNP batches, *see supra* Sections IX.E, X.E.2, it is likely that the distribution of SM-102 amounts across particles is highly overlapping between the PVU, v1, and v2 Formulations (in other words, batches made with the PVU, v1, and v2 formulations are likely to have many particles with overlapping amounts of SM-102).  Moderna has repeatedly represented that the variations in SM-102 content in its COVID-19 drug product do not yield any difference in the performance of the function of the lipid particles, including with regard to safety, efficacy, and stability of its product.

---

[133] SEC, *Edgar Entity Landing Page*, available at https://www.sec.gov/edgar/browse/?CIK=1682852&owner=exclude (accessed Nov. 2024).

[134] *See, e.g.*, MRNA-GEN-00508546 at -562.

[135] *See, e.g.*, MRNA-GEN-00601091 at -094.

[136] *See, e.g.*, MRNA-GEN-00604539 at -555; MRNA-GEN-00657578 at -578 ("[T]he lipid content of this product is being adjusted slightly to reduce the mole% of SM-102 to below 50% for IP purposes.").

[137] *See, e.g.*, MRNA-GEN-00604539 at -549.

[138] *See, e.g.*, MRNA-GEN-00656142.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

668.    That the target lipid molar ratio originally used for numerous of Moderna's vaccine programs as well as the first lots of the COVID-19 vaccine formulated with the PVU Formulation (*i.e.*, 50:10:38.5:1.5) was taken from Plaintiffs' work and changed due to intellectual-property considerations provides further support that Moderna's COVID-19 drug product is insubstantially different from mRNA-LNPs with 50 mol % cationic lipid that fall within the literal scope of the claims. *See supra* Sections IX.A, X.D; *see also, e.g.*, MRNA-GEN-02635779 at -782-784 (Moderna's BLA noting the literature use of the molar ratio 50:38.5:10:1.5 and also noting how Moderna leveraged "historical knowledge" for the composition of the COVID-19 drug product); MRNA-GEN-00742618 at -621 (describing Moderna's LNP candidate in development as "based on a Phase III program," citing to ALN-TTR-02, and then stating that "[t]he main difference in composition of Moderna's LNP relative to Alnylam's ███████████████████████ MRNA-GEN-00741030 at -043-044 (describing how the drug product for its "first clinical" program has a composition of 50:38.5:10:1.5, which it notes is "the same lipid composition used in the Alnylam Phase 3 TTR IV product."); MRNA-GEN-01747429 at -431 ████████████████████████ ████████████████████████████████ MRNA-GEN-00657578 at -578 ("the lipid content of this product is being adjusted slightly to reduce the mole% of SM-102 to below 50% for IP purposes."); Parsons 6/7/2024 Tr. 106:1-6 (testifying, in reference to Exhibit 7, which includes MRNA-GEN-00648789, a PowerPoint presentation in which Moderna discussed the ratio 48.0:38.5:11.0:2.5, "as I mentioned previously, one of the things that we were aware of was that there was intellectual property associated with the molar ratio."); MRNA-GEN-01264023 at -023 (2018 Email correspondence noting that the lipid composition used by Moderna was "virtually identical" to Patisiran).

471

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

669.    In fact, Moderna's express goal when changing its formulation of various vaccine programs in the 2018-2019 timeframe and again in 2020 for the COVID-19 vaccine drug product was to create a product that was insubstantially different from its formulations with 50 mol % cationic lipid in order to avoid the need to conduct additional clinical trials. *See e.g.*, MRNA-GEN-01747429 at -431 ("We are not setting out to create a more immunogenic product" and "[w]e are not setting out to increase tolerability."); Kramarczyk 4/30/2024 Tr. 173:16-20 ("One of our express goals was that CMV changes should match prior experience for biological endpoints. And I think we achieved  that range -- we achieved that goal in the ranges of lipid compositions we explored or identified."); MRNA-GEN-02634802 at -811 (Moderna's BLA Justification of Specifications, noting in the context of the switch to the v2 Formulation, that "[t]he lipid content specifications are adjusted to reflect the formulation modifications of mRNA-1273 DP," stating that the specification limits they selected are "intended to ensure consistency of commercial lots with lots used in clinical trials," and further noting that this selection "incorporate[d] [] clinical knowledge"); Parsons 6/7/2024 Tr. 191:2-9 ("We believed that additional safety data would not be required.  That's the reason that we made the change in the way that we did.  Clearly we did not believe that there was an impact to immunogenicity, and so the change could be affirmatively made without an impact to the clinical study.").  Moderna's goal of creating a sufficiently equivalent product so as to avoid re-conducting Phase I and II testing was particularly critical during the pandemic, for which there was an urgent need to develop the vaccine as quickly as possible and a strong desire to not fall behind other vaccines being developed at that time. *See, e.g.*, MRNA-GEN-02645641 at -644 (May 15, 2020 PowerPoint presentation titled "Board Discussion," stating that "[a]ny further delays in investing risks losing a share of the most valuable early [COVID-19 vaccine] deliveries"); *infra* Section

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

XVI.  As noted earlier, I do not understand Moderna to contend that its lots formulated with the 50:38.5:10:1.5 target PVU Formulation do not meet the cationic mol % claim limitations of the Lipid Composition Patents.  *Supra* ¶ 654.

670.    Further evidence that each formulation of Moderna's COVID-19 drug product is insubstantially different from drug products with 50 mol % cationic lipid can be found in the fact that ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████  The lipid content specifications for lots formulated with the PVU, v1, and v2 Formulations are sufficiently broad to encompass and/or overlap substantially with the claimed cationic lipid mol % limitations (as well as other lipid type mol % limitations), as I demonstrated with calculations I made earlier in this report.  *See supra* Section X.A.  Further, as discussed above, I understand that Moderna previously adopted the same analysis to explain that the ████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████  *See supra* Section X.B; *see also, e.g.*, Hoge 5/22/2024 Tr. 197:8-22; Ryan Declaration ¶ 5 (discussing Moderna's mRNA-1777 RSV vaccine product candidate).  Moderna specifically highlighted the fact that the ████████████████████████████████████████████ ████████████████████████████████████████████  *see* MRNA-GEN-01352552 at -554 (BLA Section 3.2.S.2.6) ████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

671. Moderna made minor changes to the lipid content specification ranges of the Accused Product when switching from the PVU to v1 to v2 Formulations. *Supra* Section X.D; *see also, e.g.*, MRNA-GEN-00547580 at -583-584; MRNA-GEN-02634802 at -811, -816-819; MRNA-GEN-00556478 at -478. The very purpose of specification ranges and acceptance criteria is to ensure product consistency or comparability as it pertains to quality, safety, and efficacy. *See, e.g.*, FDA Guidance Document Q6A, "Specifications: Test Procedures and Acceptance Criteria for New Drug Substances and New Drug Products: Chemical Substances" at Section 1.2 ("Specifications are one part of a total control strategy for the drug substance and drug product designed to ensure product quality and consistency."), Section 2.5 ("The basis for the acceptance criteria at the time of filing should necessarily focus on safety and efficacy."). Dr. Parsons, a member of Moderna's COVID-19 Specification Committee, testified that Moderna's "assertion as part of the proposed specification limits was that if those differences were present, they would be present at an acceptable level," and explained that "[o]ur view was that they did not have a significant impact on quality or efficacy of the product . . . [o]r safety." Parsons 6/7/2024 Tr. 301:7-19. Dr. Parsons further testified that Moderna "set specifications based on our clinical experience and the process performance that is relevant to different critical quality attributes." *Id*. at 313:15-18. When setting its specifications, Moderna specifically intended to yield drug product comparable to the drug product used in the clinical trials (with the PVU target lipid molar ratio using 50 mol % cationic lipid), and Moderna did so by ██████ ██████ content across its various lots. *See, e.g.*, MRNA-GEN-00998152 (BLA Section 3.2.P.5.6 Justification of Specifications {0.10 mg/mL}) at -204-205 (Figures 24-26 describing distribution of SM-102 lipid content); MRNA-GEN-02634802 at -811. Lots within Moderna's specification could be—and were—sold as Moderna's COVID-19 vaccine and used to vaccinate

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

the U.S. population, without any indication that the lots differed from each other in any substantial or meaningful way. The reason is simple—they did not differ in any substantial or meaningful way. This opinion is consistent with the opinions offered by Dr. Kimberly Benton. *See* Opening Expert Report of Kimberly A. Benton, Ph.D. Sec. V.

672. Additional evidence of the lack of substantial differences between the formulations of Moderna's specification-conforming COVID-19 drug product lots, including lots that that fall within the claimed cationic lipid mol % limitations, can be found in its lack of testing of within-batch compositional heterogeneity. Moderna had strong reason to suspect that the lipid content of the mRNA-LNPs within its COVID-19 drug product batches varies,

████████████████████████████████████████. *See, e.g.*, *supra* Sections X.E.2, IX.E; MRNA-GEN-02644934 at -964-965; MRNA-GEN-00736872 at -875; MRNA-GEN-00589883 at -896; Almarsson 5/31/2024 Tr. 219:2-223:2; MRNA-GEN-01281871.

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████ Parsons 6/7/2024 Tr. 257:4-14; *supra* ¶ 463; MRNA-GEN-01274243 at -243. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████ *Supra* Section IX.E. ████████████████

████████████████████████████████████████████

████████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

673.    Based on Moderna's own evidence, representations it has made in its own internal reports, to others (including the FDA), in the circumstances of this case, and in view of the technology and state of the art, specification-conforming PVU Formulation lots are insubstantially different from specification-conforming v1 Formulation lots and are further insubstantially different from specification-conforming v2 Formulation lots, and the relative proportion of cationic lipid within the three formulations performs substantially the same function, in substantially the same way, to achieve substantially the same results both relative to each other and relative to the cationic lipid content limitations recited in the Lipid Composition Patents.  As noted in the paragraphs above, this opinion is supported by: (a) evidence of Moderna using Plaintiffs' lipid molar ratios for its target PVU Formulation, with 50 mol % cationic lipid, in its Phase 1, 2, and early Phase 3 lots; (b) Moderna's lipid content specification ranges for its drug product, which are sufficiently broad to encompass and/or overlap substantially with the claimed cationic lipid mol % limitations; and (c) Moderna's de-prioritization of studying the intra-batch lipid content heterogeneity of its COVID-19 vaccine drug product.

674.    It is further my opinion that specification-conforming lots of Moderna's COVID-19 vaccine drug product produced within the same target formulation (*i.e.*, PVU lots as compared to other PVU lots; v1 lots as compared to other v1 lots; and v2 lots as compared to other v2 lots) are insubstantially different from one another and the cationic lipid content of the mRNA-LNPs in these lots perform substantially the same function, in substantially the same way, to achieve substantially the same results both relative to each other and relative to the cationic lipid content limitations recited in the Lipid Composition Patents.  To my knowledge,

476

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Moderna does not contend that lots produced with the same target molar ratio are substantially different from one another. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. Further, to my knowledge, Moderna has never asserted to the FDA, public, or otherwise, that lots of Moderna's COVID-19 drug product formulated with the same target lipid molar ratio substantially differ from each other in any respect by virtue of differences in the measured lipid ratio of the lots. To the contrary, as I have explained in detail above, Moderna has consistently maintained that all specification-conforming lots of its COVID-19 vaccine to be of comparable quality, including with respect to their safety, efficacy, and stability. Accordingly, the v1 lots that literally infringe the asserted claims (identified *supra* Section XIII.F.1), including the claimed cationic lipid mol % limitations, are insubstantially different from those that do not infringe literally (if any), and the same is true for Moderna's v2 lots.

675.    Additionally, it is my opinion that specification-conforming lots of Moderna's COVID-19 drug product produced within the same mRNA-1273 LNP part number (*e.g.*, lots falling within mRNA-1273 LNP part number 50075 lots as compared to other lots falling within that same part number 50075) are insubstantially different from one another and perform substantially the same function, in substantially the same way, to achieve substantially the same results. To my knowledge, Moderna does not contend that lots produced with the same mRNA-1273 LNP part number are substantially different from one another. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to

477

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9.  In fact, Moderna's treatment of its mRNA-1273 LNP part numbers would indicate that such part numbers are representative of versions of the drug product in which each lot within that version is viewed as equivalent to one another.  *Supra* ¶ 355; *see also, e.g.*, MRNA-GEN-02615390 at -422-425 (demonstrating how each of Moderna's part numbers are associated with product specifications); D.I. 225 at ¶ 5 (The parties' Stipulation for samples testing in which Moderna agreed to a provision whereby "Moderna will not make any argument about the applicability of any test data generated by Plaintiffs from produced lots to other lots containing the same mRNA-LNP part number on the basis that such lots containing the same mRNA-LNP part number were not produced pursuant the parties' agreed-upon protocol.").  Accordingly, the drug product lots manufactured using mRNA-1273 LNP part number 50075 that literally infringe the asserted claims (identified *supra* Section XIII.F.1), including the claimed cationic lipid mol % limitations, are insubstantially different from the drug product lots manufactured using mRNA-1273 LNP part number 50075 that do not infringe literally (if any), and the same is true for all other drug product lots and corresponding mRNA-1273 LNP part numbers of Moderna's drug product.

676.



677.    It is my opinion that, just as the mRNA-LNPs of Moderna's specification-conforming drug product lots are insubstantially different from one another and have

478

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

insubstantially different content of cationic lipid, it is also the case that each specification-conforming lot of ██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████ *Supra* Section X.D.

The target lipid molar ratio of the ████████████ used to manufacture the PVU lots literally infringes the cationic lipid content limitations of the Lipid Composition Patents, and to my knowledge, Moderna does not assert any substantial differences between the ████████████ used to manufacture PVU Formulation lots versus v1 and v2 Formulation lots, and its own documents and representations to the FDA indicate that such LNPs are equivalent. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9; MRNA-GEN-00768481 at -482 ("CQAs are applied to the drug substance, excipients, intermediates (in-process materials), and drug product and are defined by their impact to Safety and Efficacy."); MRNA-GEN-00547580 at -580-582 ("Concentration changes did not impact ████████████ process performance, in-process physical stability, or physiochemical properties against a control batch with the previous lipid concentration targets."); MRNA-GEN-00081323 at -326 ████████████████████████████████████████

479

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████    MRNA-GEN-01352552 at -554.

678.    The ultimate function, way of accomplishing the function, and result achieved by the cationic lipid present in ████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████. As noted above, I have not seen any evidence of, nor do I believe that Moderna contends, that the cationic lipid in the particles in Moderna's drug product and ██████████████ serve different functions from one another by virtue of variations in its SM-102 lipid mol %, nor do they accomplish their functions in a different way or achieve different results by virtue of variations in its SM-102 lipid mol %. In other words, ████████

████████████████████████████████████████████████████

██████████████████████████ perform substantially the same function, in substantially the same way, and achieve substantially the same results as particles with a target ratio of 50.5:38.9:10.1:0.5 (PVU ██████████), which fall within the literal scope of the claims. On a more granular level, the SM-102 lipids of each ████████████████████████████

████████████████████ achieve the same function of currently (or in the future) electrostatically attracting the mRNA, in the same way through its positive charge in acidic conditions resulting from the structure and structural features of the cationic lipid, as LNPs with 50 mol % cationic lipid. *See supra* ¶¶ 390, 661-667. In addition, I have not seen any evidence to suggest, nor do I believe that Moderna contends, ███████████████████████████████ achieve different results. To my knowledge, ███████████████████████████████

480

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

drug product, whether using the v1 Formulation or v2 Formulation, has the same target lipid ratio. *Supra* Section X.B; *see, e.g.*, MRNA-GEN-00039212 at -219; MRNA-GEN-01424228 (showing that, for example, SM-102 LNP part number 40079 was used to manufacture both v1 and v2 Formulation lots); MRNA-GEN-00044166 (PD-REP-102, Moderna's internal report documenting the change from the PVU to the v1 Formulation) at -168 (stating, ███████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████ should perform substantially the same function, in the same way and yield the same results, and should not differ substantially from one another nor from precursor LNPs with 50 mol % cationic lipid.

679.    **Hypothetical Claims.**  As I describe above, I have been informed by counsel that an optional way of conducting the doctrine of equivalents analysis is to construct a "hypothetical claim" and assess whether the Accused Product would literally infringe that claim. *Supra* ¶ 45. In my opinion, such a "hypothetical claim" could recite, for example, a lower limit of 45 mol % (rather than 50 mol %) cationic lipid.  As I describe at length above in this section, Moderna concluded that there is no difference when the target amount of cationic lipid is ███████

████████████████████████████████████████████████

██████  As further discussed at length above, mRNA-LNPs with 45-50 mol % cationic lipid are insubstantially different from one another and perform substantially the same function, in substantially the same way, to achieve substantially the same results.  Therefore, it is my opinion that a potential "hypothetical claim" would recite a nucleic acid-lipid particle where the lower limit on the amount of cationic lipid is 45 mol %, rather than 50 mol %.  For each Asserted

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Claim with a cationic lipid mol % limitation, it is possible to assess which lots of Moderna's COVID-19 drug product and SM-102 LNP would fall within the scope of the Asserted Claims having this hypothetical lower limit of 45 mol % cationic lipid, based on their certificates of analysis.

680.    Within this hypothetical claim framework, based on information currently available and known to me, I have identified lots of Moderna's COVID-19 drug product and lots ▆▆▆▆▆▆ (which I use as a proxy ▆▆▆▆▆▆▆▆▆▆▆▆ for the reasons explained above, *supra* Section X.D) that would infringe based on a hypothetical claim with a lower limit of 45 mol % cationic lipid, using appropriate rules of rounding and informed by Moderna's COA data.  The table below indicates Appendices, on a claim-by-claim basis, which identify the infringing lots.  For clarity, I have highlighted the hypothetical claim limitations.

| Drug Product | | | |
|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range (%)** | | **LDP Lot #** |
| '069 Patent, Claim 1 | 44.5 ≤ SM-102 < 65.5 | | Appendix 44 |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | 3.5 ≤ DSPC < 10.5 | | |
| | 0.45 ≤ PEG2K-DMG < 2.5 | | |
| '069 Patent, Claim 15 | 44.5 ≤ SM-102 < 65.5 | | Appendix 45 |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | 3.5 ≤ DSPC < 10.5 | | |
| | 0.5 ≤ PEG2K-DMG < 2.5 | | |
| '069 Patent, Claim 20 | 44.5 ≤ SM-102 < 65.5 | | Appendix 46 |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | 4.5 ≤ DSPC < 9.5 | | |
| | 0.45 ≤ PEG2K-DMG < 2.5 | | |
| '069 Patent, Claim 21 | 44.5 ≤ SM-102 < 65.5 | | Appendix 47 |
| | 31.5 ≤ Cholesterol < 36.5 | | |
| | 3.5 ≤ DSPC < 10.5 | | |
| | 0.45 ≤ PEG2K-DMG < 2.5 | | |

482

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| Drug Product | | | |
|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range (%)** | | **LDP Lot #** |
| '359 Patent, Claim 1 | 44.5 ≤ SM-102 < 65.5<br>29.5 ≤ Cholesterol < 40.5<br>2.5 ≤ DSPC < 15.5<br>0.45 ≤ PEG2K-DMG < 2.5 | | Appendix 48 |
| '359 Patent, Claim 7 | 44.5 ≤ SM-102 < 60.5<br>29.5 ≤ Cholesterol < 40.5<br>2.5 ≤ DSPC < 15.5<br>0.45 ≤ PEG2K-DMG < 2.5 | | Appendix 49 |
| '359 Patent, Claim 9 | 44.5 ≤ SM-102 < 65.5<br>29.5 ≤ Cholesterol < 40.5<br>3.5 ≤ DSPC < 15.5<br>0.45 ≤ PEG2K-DMG < 2.5 | | Appendix 50 |
| '359 Patent, Claim 10 | 44.5 ≤ SM-102 < 65.5<br>29.5 ≤ Cholesterol < 40.5<br>3.5 ≤ DSPC < 12.5<br>0.45 ≤ PEG2K-DMG < 2.5 | | Appendix 51 |
| '359 Patent, Claim 11 | 44.5 ≤ SM-102 < 65.5<br>29.5 ≤ Cholesterol < 40.5<br>4.5 ≤ DSPC < 12.5<br>0.45 ≤ PEG2K-DMG < 2.5 | | Appendix 52 |
| '359 Patent, Claim 12 | 44.5 ≤ SM-102 < 65.5<br>29.5 ≤ Cholesterol < 40.5<br>5.5 ≤ DSPC < 12.5<br>0.45 ≤ PEG2K-DMG < 2.5 | | Appendix 53 |
| '359 Patent, Claim 13 | 44.5 ≤ SM-102 < 65.5<br>29.5 ≤ Cholesterol < 35.5<br>2.5 ≤ DSPC < 15.5<br>0.45 ≤ PEG2K-DMG < 2.5 | | Appendix 54 |
| '359 Patent, Claim 18 | 44.5 ≤ SM-102 < 65.5<br>29.5 ≤ Cholesterol < 40.5<br>2.5 ≤ DSPC < 15.5<br>0.5 ≤ PEG2K-DMG < 2.5 | | Appendix 55 |
| '668 Patent, Claim 1 | 44.5 ≤ SM-102 < 65.5<br>N/A ≤ Non-Cationic < 49.55<br>29.5 ≤ Cholesterol < 40.5<br>N/A ≤ DSPC < N/A<br>0.45 ≤ PEG2K-DMG < 2.5 | | Appendix 56 |
| '668 Patent, Claim 8 | 44.5 ≤ SM-102 < 60.5<br>N/A ≤ Non-Cationic < 49.55<br>29.5 ≤ Cholesterol < 40.5<br>N/A ≤ DSPC < N/A<br>0.45 ≤ PEG2K-DMG < 2.5 | | Appendix 57 |

483

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| Drug Product | | | |
|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range (%)** | | **LDP Lot #** |
| '668 Patent, Claim 10 | 44.5 ≤ SM-102 < 65.5 | | Appendix 58 |
| | N/A ≤ Non-Cationic < 49.55 | | |
| | 29.5 ≤ Cholesterol < 35.5 | | |
| | N/A ≤ DSPC < N/A | | |
| | 0.45 ≤ PEG2K-DMG < 2.5 | | |
| '668 Patent, Claim 15 | 44.5 ≤ SM-102 < 65.5 | | Appendix 59 |
| | N/A ≤ Non-Cationic < 49.55 | | |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | N/A ≤ DSPC < N/A | | |
| | 0.5 ≤ PEG2K-DMG < 2.5 | | |
| '435 Patent, Claim 7 | 44.5 ≤ SM-102 < 85.5 | | Appendix 60 |
| | 12.5 ≤ Non-Cationic < 49.55 | | |
| | N/A ≤ Cholesterol < N/A | | |
| | 2.5 ≤ DSPC < 15.5 | | |
| | 0.45 ≤ PEG2K-DMG < 2.5 | | |
| '435 Patent, Claim 8 | 44.5 ≤ SM-102 < 85.5 | | Appendix 61 |
| | 12.5 ≤ Non-Cationic < 49.55 | | |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | N/A ≤ DSPC < N/A | | |
| | 0.45 ≤ PEG2K-DMG < 2.5 | | |

| ▉▉▉▉ | | | ▉▉▉▉ |
|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range (%)** | | ▉▉▉▉ |
| '069 Patent, Claim 1 | 44.5 ≤ SM-102 < 65.5 | | Appendix 62 |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | 3.5 ≤ DSPC < 10.5 | | |
| | 0.45 ≤ PEG2K-DMG < 2.5 | | |
| '069 Patent, Claim 15 | 44.5 ≤ SM-102 < 65.5 | | Appendix 63 |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | 3.5 ≤ DSPC < 10.5 | | |
| | 0.5 ≤ PEG2K-DMG < 2.5 | | |
| '359 Patent, Claim 1 | 44.5 ≤ SM-102 < 65.5 | | Appendix 64 |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | 2.5 ≤ DSPC < 15.5 | | |
| | 0.45 ≤ PEG2K-DMG < 2.5 | | |
| '359 Patent, Claim 7 | 44.5 ≤ SM-102 < 60.5 | | Appendix 65 |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | 2.5 ≤ DSPC < 15.5 | | |
| | 0.45 ≤ PEG2K-DMG < 2.5 | | |

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| Patent Claim | Lipid Molar Ratio Range (%) | | | |
|---|---|---|---|---|
| '359 Patent, Claim 9 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 66 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 3.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '359 Patent, Claim 10 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 67 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 3.5 | ≤ DSPC < | 12.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '359 Patent, Claim 11 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 68 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 4.5 | ≤ DSPC < | 12.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '359 Patent, Claim 12 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 69 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 5.5 | ≤ DSPC < | 12.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '359 Patent, Claim 18 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 70 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.5 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 1 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 71 |
| | N/A | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 8 | 44.5 | ≤ SM-102 < | 60.5 | Appendix 72 |
| | N/A | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 15 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 73 |
| | N/A | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.5 | ≤ PEG2K-DMG < | 2.5 | |
| '435 Patent, Claim 7 | 44.5 | ≤ SM-102 < | 85.5 | Appendix 74 |
| | 12.5 | ≤ Non-Cationic < | 49.55 | |
| | N/A | ≤ Cholesterol < | N/A | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

| Patent Claim | Lipid Molar Ratio Range (%) | | | |
|---|---|---|---|---|
| '435 Patent, Claim 8 | 44.5 | ≤ SM-102 < | 85.5 | Appendix 75 |
| | 12.5 | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |

681.    The exhibits recited in the above table assume a hypothetical claim limitation of 45 mol % cationic lipid as a lower limit. However, applying the same analysis and calculation rubric, one may identify the batches that infringe with other hypothetical claims with lower limits of cationic lipid that are slightly higher—for example, 46 mol %; 47 mol %; 48 mol %; 48.5 mol %; and 49 mol %—all of which would be equivalent to claims having a lower limit of 50 mol %. One would simply need to take the exhibits listed in the previous paragraph and remove the batches with SM-102 amounts less than the aforementioned hypothetical claims (with appropriate rounding). Those alternative groups of batches are incorporated in my analysis and conclusions, and I reserve the right to rely on them.

### b.    Non-Cationic Lipid

682.    To my knowledge, Moderna does not dispute that its COVID-19 drug product meets the claimed non-cationic lipid mol % limitations of the Lipid Composition patents,[139] nor does Moderna dispute infringement by the Accused Product generally of claim limitations that recite an upper range of non-cationic lipid of 49.5 mol %. *See, e.g.*, Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57, 62-69; Moderna's Fourth Supplemental Objections and Response

---

[139] In this section of my report, Section XIII.F.2.b, "claimed non-cationic lipid mol % limitations" refers to the non-cationic lipid limitations in the '668 patent claim 1 and the '435 patent claim 1. I recognize that the claims that depend on these claims also incorporate those limitations.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. In the Lipid Composition Patents, non-cationic lipid is defined as "any amphipathic lipid as well as any other neutral lipid or anionic lipid." *See, e.g.*, '069 Patent 11:21-26, 11:56-12:50. Claims 7 and 8 of the '435 Patent are dependent on claim 5, which recites that "the non-cationic lipid comprises a mixture of a phospholipid and cholesterol or a derivative thereof." Similarly, claim 1 of the '668 Patent, of which claims 8, 10, and 15 are dependent, recites that the non-cationic lipid "compris[es] a mixture of phospholipid and cholesterol or a derivative thereof." The non-cationic lipid component of Moderna' COVID-19 vaccine corresponds to the cholesterol and DSPC used in the mRNA-LNPs of the Accused Product. *See supra* Sections X.A, XIII.D. Accordingly, the PVU Formulation with 10 mol % DSPC and 38.5 mol % cholesterol (combined 48.5 mol %) and the v2 Formulation with 11 mol % DSPC and 38.5 mol % cholesterol (combined 49.5 mol %) include target lipid content that falls within the claimed non-cationic lipid mol % limitations. *See, e.g.*, Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. To my knowledge, Moderna does not assert any differences between its COVID-19 drug product formulated with the v1 Formulation as compared to the PVU or v2 Formulation on the basis of the combined mol % of phospholipid and cholesterol. *Id.* The v1 Formulation, with a target molar ratio of 11.1 mol % DSPC and 38.9 mol % cholesterol (combined 50 mol %) is insubstantially different from, and performs substantially the same function, in substantially the same way, to achieve substantially the same results, as a target formulation having up to 49.5 mol % non-cationic lipid.

683. As I discuss in detail above, based on Moderna's documents, statements made by Moderna's employees, and representations Moderna has made to the FDA, it is my opinion that the non-cationic lipid mol % of lots of Moderna's COVID-19 vaccine drug product formulated

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

using the target v1 Formulation (including specifically its 50 mol % target for the combined non-cationic lipid), is insubstantially different from the claimed non-cationic lipid mol % limitations, which undisputedly encompasses the 48.5 and 49.5 mol % non-cationic lipid targets of the PVU and v2 Formulation. *See supra* Sections X.D, XIII.F.2.a. The target non-cationic lipid amount in the v1 Formulation does not introduce any substantial differences in the drug product produced from the v1 Formulation as compared to (a) a product having LNPs with a target composition falling within the claimed non-cationic lipid mol % limitations (e.g., 49.5 mol %), such as in the PVU and v2 Formulation (for which Moderna does not dispute infringement on the basis of non-cationic lipid content) nor (b) lots formulated with the target PVU, v1, and v2 Formulations that contain up to 49.5 mol % non-cationic lipid that literally infringe the Patents-in-Suit. *See, e.g.*, MRNA-GEN-00604539 at -555 █████████████

████████████████████████████████

████████████████████████████

███████████████████████████

MRNA-GEN-00508546 at -562 ██████████████████████████

████████████████████████████ It is further my opinion that the non-cationic lipid mol % of Moderna's v1 Formulation lots performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed non-cationic lipid mol % limitations.

684.    **Equivalent Function.** The POSA would understand that the function of the non-cationic lipids in the claimed non-cationic lipid mol % limitations is to provide the particle with amphipathicity and hydrophobicity thereby allowing the particle to form a stable complex and

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

enabling the particles to transfect cells. This function is supported by the disclosure of the Lipid Composition Patents. *See, e.g.*, '435 Patent 12:15-18 ("The term amphipathic lipid refers, in part, to any suitable material wherein the hydrophobic portion of the lipid material orients into a hydrophobic phase, while the hydrophilic portion orients toward the aqueous phase."), 12:42-44 ("The term 'neutral lipid' refers to any of a number of lipid species that exist either in an uncharged or neutral zwitterionic form at a selected pH."), 50:10-13 ("The non-cationic lipids used in the lipid particles of the invention (e.g., SNALP) can be any of a variety of neutral uncharged, zwitterionic, or anionic lipids capable of producing a stable complex."); *supra* Sections VI.B, VIII.B.1. In challenging the validity of the '435 patent in the IPR proceedings before the PTAB, *see supra* Section VIII.C, Moderna relied on the testimony of Dr. Andrew S. Janoff, who explained "it was known that non-cationic 'helper' lipids, e.g., certain phospholipids and/or cholesterols, could be combined with the cationic lipid to influence the ability of the particles to transfect cells." Janoff '435 IPR Declaration at ¶ 63; *see also* '435 IPR Petition at 8, 11. Moderna also relied on the testimony of Dr. Thomas Anchordoquy, who stated that the cholesterol and phospholipid are generally included in particle formulations as "stabilizing component[s] or to provide rigidity to the lipid carrier particle." *Moderna Therapeutics, Inc. v. Arbutus Biopharma Corp.*, IPR2019-00554, Exhibit 1020 ¶ 43 (P.T.A.B. Jan. 2, 2019) ("Anchordoquy '069 IPR Declaration"). Accordingly, I do not understand Moderna to dispute the function of the non-cationic lipid element, including the mol % thereof, recited in the Asserted Claims of the Patents-in-Suit.

685.   The function of the cholesterol and phospholipid and their mol % concentration in drug product lots of the Accused Product, including within lots formulated with the PVU, v1, and v2 Formulations, is substantially the same as the mixture of non-cationic lipid and its mol %

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

in the claimed invention. As discussed earlier in my report, Moderna describes the function of the phospholipid and cholesterol that comprise the non-cationic lipid in its COVID-19 vaccine as promoting "stability," via the structure it provides within the particle, and "fusogenicity" of the LNP. *Supra* ¶ 341; MRNA-GEN-00988589 at -591; MRNA-GEN-02316901 at -922; MRNA-GEN-00018512 at -514; MRNA-GEN-00508546 at -547. I have not seen any evidence, nor does Moderna appear to contend, that the mixture of cholesterol and DSPC lipids within the mRNA-LNPs of any of its specification-conforming drug product lots, including lots formulated with a combined cholesterol and DSPC target of 50 mol % (v1), function substantially differently than the mixture of cholesterol and DSPC lipids in mRNA-LNPs with up to 49.5 mol % non-cationic lipid, including as used in the PVU and v2 Formulations and Moderna's other clinical programs and development programs using up to a 49.5 mol % non-cationic lipid target. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. It is my understanding that across all lots of Moderna's COVID-19 vaccine drug product, the mixture of cholesterol and DSPC lipids and their concentration in the product help promote stability and structure as well as fusogenicity. *See supra* ¶ 341. Furthermore, to my knowledge, Moderna does not contend that the mixture of cholesterol and DSPC and the mixture's mol % concentration in lots formulated with the PVU, v1, and v2 Formulations performs substantially different functions by virtue of differences in the lots' respective target lipid molar ratios or measured lipid content in the formulated product. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs'

490

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9.  Indeed, the LNPs of Moderna's COVID-19 vaccine drug product, whether formulated with the PVU, v1, or v2 Formulations, including their respective mol % targets for the mixture of cholesterol and DSPC, perform the same function of ███████████████████████████████████████████ ████████████████████████████████████ and enablement of "cellular uptake of the nanoparticle, endosomal escape, and ultimately productive cytosolic display of the mRNA such that protein translation may occur."  MRNA-GEN-00988461 at -468; *see also* MRNA-GEN-00306589 at -597-600.  Moderna's description of the role served by the mRNA-LNPs of the Accused Product—encapsulation of the mRNA, delivery of the mRNA, and eventual facilitation of protein translation—has remained constant throughout Moderna's regulatory submissions, notwithstanding the change in the target mol % of the mixture of cholesterol and DSPC in the v1 and v2 Formulations.  *See, e.g.*, MRNA-GEN-00999602; MRNA-GEN-00988461 at -467-468; MRNA-GEN-00305704; MRNA-GEN-00302728 at -733; MRNA-GEN-01806150; MRNA-GEN-00177578; MRNA-GEN-00047244 at -248; MRNA-GEN-00046242 at -246; MRNA-GEN-01799476 at -478-479; MRNA-GEN-01799027.

686.    I am aware of statements—by Moderna and in the literature—suggesting that the non-cationic lipids may be serving additional functions in the LNP.  *See, e.g.*, '435 IPR Petition at 11 (stating that "variations in the proportions of non-cationic lipids in certain formulations were reported to impact their ability to deliver nucleic acid payloads").  However, I have not seen any evidence—and I am not aware of Moderna contending—that any such function would differ substantially between lots formulated with a target non-cationic lipid amount of 50 mol % (v1), as compared to mRNA-LNPs with up to 49.5 mol % cationic lipid, including as used in the PVU and v2 Formulations.  To the contrary, as I discuss in more detail below, Moderna found

491

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

that such changes in the amount of non-cationic lipid in its mRNA-LNPs did *not* affect efficacy. *See infra* ¶¶ 691-692.  That is consistent with my opinion that the function of the amount of non-cationic lipid is the same across Moderna's different target formulations and as compared to the claimed amounts.

687.    **Function in an equivalent way.**  The POSA would further understand the mixture of cholesterol and phospholipid and the mixture's mol % concentration in drug product lots of the of the Accused Product, including within lots formulated with the PVU, v1, and v2 Formulations, to perform substantially the same function of the mixture of non-cationic lipid of the Asserted Claims, including the recited non-cationic mol %, in substantially the same way. The way in which the mixture of cholesterol and DSPC of the drug product achieve their function is through their structure, chemical composition, and concentration, which enables the lipids to provide amphipacicity and hydrophobicity to help provide structure and stability as well as to promote fusogenicity.  *See supra* ¶ 341.  The same chemical mechanism is disclosed in the Lipid Composition Patents.  *See, e.g.*, '435 Patent 12:15-18, 12:42-44, 50:10-13.

688.    It is my understanding that cholesterol and DSPC in all lots of Moderna's COVID-19 vaccine drug product, regardless of the target or measured mol % of the non-cationic lipids in that lot, do not change in their structure or structural features across the lots.  *See supra* ¶ 341.  Moderna does not appear to contend that the cholesterol and DSPC within the mRNA-LNPs of any of its specification-conforming lots, including lots formulated with a target non-cationic lipid of 50 mol % (v1) function in a substantially different way than cholesterol and DSPC lipids in mRNA-LNPs with up to 49.5 mol % non-cationic lipid, including as used in the PVU and v2 Formulations and Moderna's other clinical programs and development programs using an up to 49.5 mol % non-cationic lipid target.  *See* Moderna's Corrected Sixteenth

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 22-23; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. Indeed, the mRNA-LNPs of Moderna's COVID-19 vaccine drug product, including within lots formulated with the PVU, v1, and v2 Formulations, function in substantially the same way. As noted above, the mRNA-LNPs of the Accused Product encapsulate the mRNA to "protect[] the mRNA from nucleolytic degradation in biological fluids" and enable "cellular uptake of the nanoparticle, endosomal escape, and ultimately productive cytosolic display of the mRNA such that protein translation may occur." *Supra* ¶ 685. I have not seen any evidence, nor does Moderna appear to contend, that the mRNA-LNPs of any of its lots of the COVID-19 vaccine drug product, including lots formulated with a target non-cationic lipid content of 50 mol % (v1) function in a substantially different way from mRNA-LNPs with up to 49.5 mol % non-cationic lipid, including as used in the PVU and v2 Formulations and Moderna's other clinical programs and development programs using a non-cationic lipid target of up to 49.5 mol %. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. The underlying mechanism of action for the LNPs in all lots of Moderna's COVID-19 vaccine drug product, across all of Moderna's target PVU, v1, and v2 Formulations, has consistently been represented by Moderna to the FDA as being the same, and I am aware of no reason why the mechanism of action of these LNPs should differ.

689.    **Equivalent results.** It is further my opinion that the non-cationic lipid mixture (of cholesterol and DSPC) and its mol % concentration in drug product lots of the Accused

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Product, including within lots formulated with the PVU, v1, and v2 Formulations, achieve substantially the same result as the non-cationic lipid mixture and its mol % in the claimed invention. As explained in the Lipid Composition Patents, the result of the non-cationic lipid limitation, including its recited mol % in the claims, in the context of the invention as a whole, is the effective and efficient intracellular delivery of nucleic acid. *See, e.g.*, '435 patent, 2:66-3:1 (observing the "strong need in the art for novel and more efficient methods and compositions for introducing nucleic acids such as siRNA into cells"), 5:62-6:5 (disclosing that the inventive nucleic acid-lipid particles, including the claimed non-cationic lipid mol % limitations, "advantageously impart increased activity of the encapsulated nucleic acid," "improved tolerability of the formulations in vivo" and "are substantially non-toxic to mammals such as humans."), 6:24-30 ("For instance, the '1:57 SNALP' and '1:62 SNALP' formulations described herein are exemplary formulations of the present invention that are particularly advantageous because they provide improved efficacy and tolerability in vivo, are serum-stable, are substantially non-toxic, are capable of accessing extravascular sites, and are capable of reaching target cell populations."); 6:31-38 (noting that the particles of the invention encapsulate the active or therapeutic agent (i.e., nucleic acid)). As I explain below, Moderna's COVID-19 vaccine drug product, whether formulated with the PVU, v1, or v2 Formulations, including drug product formulations with reported non-cationic lipid content values of 49.5 to 53 mol % non-cationic lipid, achieve substantially the same result, including with respect to efficacy (immunogenicity), safety, and stability compared to formulations using up to 49.5 mol % non-cationic lipid, including the PVU and v2 Formulations, which Moderna does not dispute meet the claimed non-cationic lipid mol % limitations. *See supra* Sections X.D, IX.C; *see also, e.g.*, Parsons 6/7/2024 Tr. 191:2-9 ("We believed that additional safety data would not be required.

494

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

That's the reason that we made the change in the way that we did. Clearly we did not believe that there was an impact to immunogenicity, and so the change could be affirmatively made without an impact to the clinical study."), 202:17-203:4 (Q. "Do you know if there are significant differences in safety and efficacy across batches with different lipid compositions?" A. "So we obviously studied many batches of the vaccine as part of clinical development of the product. I am not aware of any variations that were clinically meaningful.").

690.    Consistent with what Moderna has repeatedly represented to the FDA and stated in its own documents and correspondence, each specification-conforming lot of Moderna's COVID-19 drug product, including lots formulated with the PVU, v1, and v2 Formulations, exhibit substantially equivalent immunogenicity and efficacy, including as compared to formulations with up to 49.5 mol % non-cationic lipid that fall within the claimed non-cationic lipid mol % limitations. *See supra* Sections X.D, XIII.F.2.a; MRNA-GEN-00601091 at -092-3 (July 29, 2020 email from Jack Kramarczyk brainstorming a justification for the switch to the v1 Formulation, "[w]e have data to support the 'no impact' statement"). In fact, Moderna's own expert whom the company relied on for the '435 IPR, Dr. Anchordoquy, asserted that minor variations in the amount of non-cationic lipid would not impact a product's performance. In particular, Dr. Anchordoquy described how a POSA would not expect a particle with a 1 mol % difference in non-cationic lipid "to behave differently in any impactful way." Anchordoquy '069 IPR Declaration at ¶ 43.

691.    In particular, Moderna has repeatedly concluded and represented that the changes in non-cationic lipid mol % accompanying the switch from the PVU to the v1 Formulation and then to the v2 Formulation had no substantial impact on the immunogenicity of the Accused Product. *See supra* Section X.D, *supra* ¶ 663; MRNA-GEN-00508546 at -554 (DPAD-00823,

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

stating that "[i]t should be noted that slight variations in the percentage of SM-102, DSPC or PEG lipid can be made without a detectable difference in immunogenicity (Figure 4). Decreasing the molar percentage of SM-102 from 50 to 48% did not change the immunogenicity. ███████████████████████████████████████ present in the formulation."); MRNA-GEN-00601091 at -093 (Email from Jack Kramarczyk, July 29, 2020, stating that "[t]he overarching fact is that the expression and antibody response were unaffected by these small changes").

692.    Numerous of Moderna's own formulation studies, including studies used to justify its changes to the COVID-19 drug product target formulation, demonstrate no substantial differences in immunogenicity between mRNA-LNP lots with target lipid content falling within the claimed non-cationic lipid mol % limitations and mRNA-LNP lots with target lipid content

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████ MRNA-GEN-00734102 at -108 ████████████

███████████████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

[REDACTED] Parsons 6/7/2024 Tr. 203:18-208:15. In addition to comparable immunogenicity, Moderna also concluded from these two studies that there was "[n]o meaningful impact on SM-102 LNP CQAs [critical quality attributes] from [the] lipid composition change." MRNA-GEN-00734102 at -108. [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] *See, e.g.*, MRNA-GEN-00192423 (DS-IND-0110, approved December 1, 2021); MRNA-GEN-00199673 at -200030 (showing that report DS-IND-0110 was submitted to the FDA). I do not believe that Moderna contends that any of its lots of the Accused Product differ substantially with respect to immunogenicity by virtue of its non-cationic lipid content compared to LNPs having up to 49.5 mol % non-cationic lipid. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. On the contrary, Moderna sold the lots without any indication, to the FDA or the public, that they differed substantially in immunogenicity or any other respect.

693. In addition, consistent with what Moderna has repeatedly represented to the FDA and stated in its own documents and correspondence, each specification-conforming lot of Moderna's COVID-19 drug product, including lots formulated with the PVU, v1, and v2 Formulations, exhibit substantially equivalent safety, including as compared to formulations with up to 49.5 mol % non-cationic lipid that fall within the claimed non-cationic lipid mol % limitations. *See supra* Section X.D, ¶ 665; *see also, e.g.,* Parsons 6/7/2024 Tr. 191:2-9 ("We

497

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

believed that additional safety data would not be required.  That's the reason that we made the change in the way that we did.), 226:9-227:8 (Q. "Did you ever tell the FDA that there could be tolerability differences between these two formulations?"  A. "We submitted the toxicology reports that documented the safety of the product."  Q. "And did those submissions show that the V1 [F]ormulation was more tolerable than –"  A. "We did not submit separate toxicology reports for that V1 [F]ormulation" . . .  Q. "So you didn't submit any data to the FDA showing that the 48.5 percent composition ████████████ the 50 percent composition?"  A. "No, we did not."), 300:12-302:19 (testifying, when asked whether variations in the SM-102 values measured across PVU and v1 lots of Moderna's COVID-19 drug product as listed in the Justification of Specifications section of the BLA yielded any differences in product quality, "[o]ur view was that they did not have a significant impact on quality or efficacy of the product . . . or safety"); Kramarczyk 4/30/2024 Tr. 195:4-8 ("Safety and tolerability and reactogenicity of a vaccine are critical biological attributes of the vaccine. And it was not a goal expressly stated to improve safety, tolerability, or reactogenicity.").  I have not seen any evidence, nor do I believe Moderna to have ever contended or otherwise represented, that the variation in the combined mol % of DSPC and cholesterol in its COVID-19 drug product has any substantial impact on the product's safety.  *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9; *supra* Section X.D; ¶ 665.

694.    Finally, consistent with what Moderna has repeatedly represented to the FDA and stated in its own documents and correspondence, lots formulated with the PVU, v1, and v2 Formulations exhibit substantially equivalent stability, including as compared to formulations

498

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

with a measured non-cationic lipid content of up to 49.5 mol %.  *See supra* Section X.D, ¶ 666;

*see also* MRNA-GEN-01802160 (BLA 125752 Manufacturing Process Development {SM-102

LNP})at -165 (concluding that "[t]hese concentration changes did not impact SM-102 LNP

process performance, in-process physical stability, or physicochemical properties" as it pertains

to the switch to the v1 Formulation); MRNA-GEN-00192423 at -423 (DS-IND-0110 mRNA-

1273 LNP 2.5% PEG2000-DMG Comparability Report stating that "[a]nalytical comparability

of the process change was assessed by 1) release, 2) stability when available, and 3) extended

characterization testing, against pre-defined acceptance criteria" as it pertains to the switch to the

v2 Formulation); MRNA-GEN-00089073 at -073 (Moderna correspondence to the FDA

advocating for identical v1 and v2 Formulation shelf-life treatment).  In particular, Moderna has

concluded and represented that variations in the mol % of non-cationic lipid caused by the switch

to the v1 and v2 Formulations has no substantial impact on the stability of the Accused Product.

*See supra* Section X.D, ¶ 666; *see also, e.g.*, Parsons 6/7/2024 Tr. 188:1-189:8

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

████████████████████████████████████████ When the FDA asked Moderna about the impact on freeze-thaw of switching from the ██████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████ which Moderna presumably would have done had it thought that the difference in mol % of these lipid components was relevant to freeze-thaw stability. MRNA-GEN-00089027 at -027. I do not understand Moderna to contend that the different non-cationic lipid mol % values measured across the lots of its drug product cause the mRNA-LNPs within its formulations to differ substantially with respect to stability, including as compared to mRNA-LNPs with up to 49.5 mol % non-cationic lipid. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) 5-9; *supra* Section X.D, ¶ 666.

695.    **Insubstantial Differences.** It is my further opinion that, in view of the current and historical understandings in the field, the non-cationic lipid content of each lot of Moderna's COVID-19 drug product, including lots formulated with the PVU, v1, and v2 Formulations, are insubstantially different both from one another and insubstantially different from the claimed non-cationic lipid mol % limitations. *See supra* Section X.D; *see also* MRNA-GEN-01264023 at -023; *see also* MRNA-GEN-01156478 at -527 (Moderna stating that its "Phase 2 study" of CMV mRNA-1647 "is testing the intended Phase 3 formulation, which contains the *same lipid nanoparticle ("LNP")* used in the Phase 1 study." (emphasis added)). Indeed, Moderna was sufficiently confident that its drug product formulated with the v1 Formulation would be equivalent to its drug product formulated with the PVU Formulation (using 48.5 mol % non-

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

cationic lipid undisputedly within the claimed non-cationic lipid mol % limitations) ▮

▮ Parsons

6/7/2024 Tr. 130:3-12.  The variations in the mol % of non-cationic lipid across the lots of Moderna's COVID-19 drug product are insubstantial, and even Moderna itself has described the changes to its target formulation of the Accused Product as "minor,"[140] "subtle,"[141] "slight,"[142] a "small change,"[143] and a "rounding error[]."[144]  As I describe at length above in this Section, there is no evidence that Moderna's modifications of its target lipid ratios of non-cationic lipid from 48.5 mol % to 50 mol % to 49.5 mol % produced any substantial change in any product quality attribute.  Indeed, given the heterogeneity of lipid compositions within Moderna's LNP batches, *see supra* Sections IX.E, X.E.2, it is likely that the distribution of non-cationic lipid amounts across particles is highly overlapping between the PVU, v1, and v2 Formulations (in other words, batches made with the PVU, v1, and v2 formulations are likely to have many particles with overlapping amounts of non-cationic lipid).  Moderna has repeatedly represented that the variations in non-cationic lipid content in its COVID-19 drug product do not yield any difference in the performance of the function of the lipid particles, including with regard to safety, efficacy, and stability of its product.

---

[140] *See, e.g.*, MRNA-GEN-00508546 at -562.

[141] *See, e.g.*, MRNA-GEN-00601091 at -094.

[142] *See, e.g.*, MRNA-GEN-00604539 at -555; MRNA-GEN-00657578 at -578 ("[T]he lipid content of this product is being adjusted slightly to reduce the mole% of SM-102 to below 50% for IP purposes.").

[143] *See, e.g.*, MRNA-GEN-00604539 at -549.

[144] *See, e.g.*, MRNA-GEN-00656142.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

696.    That the target lipid molar ratio originally used for numerous of Moderna's vaccine programs as well as the first lots of the COVID-19 vaccine formulated with the PVU Formulation (*i.e.*, 50:10:38.5:1.5) was taken from Plaintiffs' work and changed due to intellectual-property considerations provides further support that Moderna's COVID-19 drug product is insubstantially different from mRNA-LNPs with 48.5 mol % non-cationic lipid that fall within the literal scope of the non-cationic lipid claims. *See supra* ¶ 668; *see also supra* Sections IX.A, X.D. As noted earlier, I do not understand Moderna to contend that its lots formulated with the 50:38.5:10:1.5 target PVU Formulation and lots formulated with the 48:38.5:11:2.5 target v2 Formulation do not meet the claimed non-cationic lipid mol % limitations. *Supra* ¶ 682.

697.    In fact, Moderna's express goal when changing its formulation of various vaccine programs in the 2018-2019 timeframe and again in 2020 for the COVID-19 vaccine drug product was to create a product that was insubstantially different from its formulations with 48.5 mol % non-cationic lipid in order to avoid the need to conduct additional clinical trials. *See supra* ¶ 669.

698.    Further evidence that each formulation of Moderna's COVID-19 drug product is insubstantially different from drug products with up to 49.5 mol % non-cationic lipid can be found in the fact that ███████████████████████████████████████████ ███████████████████████████████████████████████████████████ ████████████████████████    The lipid content specifications for lots formulated with the PVU, v1, and v2 Formulations are sufficiently broad to encompass and/or overlap substantially with the molar ratio limitations of the claims of the '668 Patent and '435 Patent, as I demonstrated with calculations I made earlier in this report. *See supra* Section X.B. Further, as

502

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

discussed above, I understand that Moderna previously adopted the same analysis to explain that the



*See supra* Section X.B; *see also, e.g.*, Hoge 5/22/2024 Tr. 197:8-13; Ryan Declaration ¶ 5 (discussing Moderna's mRNA-1777 RSV vaccine product candidate). Moderna specifically highlighted the fact that the

*see*

MRNA-GEN-01352552 at -554 (BLA Section 3.2.S.2.6)

699.    Moderna made minor changes to the lipid content specification ranges of the Accused Product when switching from the PVU to v1 to v2 Formulations. *Supra* Section X.D; *see also, e.g.*, MRNA-GEN-00547580 at -583-584; MRNA-GEN-02634802 at -811, -816-819; MRNA-GEN-00556478 at -478-479. The very purpose of specification ranges and acceptance criteria is to ensure product consistency or comparability as it pertains to quality, safety, and efficacy. *See, e.g.*, FDA Guidance Document Q6A, "Specifications: Test Procedures and Acceptance Criteria for New Drug Substances and New Drug Products: Chemical Substances" at Section 1.2 ("Specifications are one part of a total control strategy for the drug substance and drug product designed to ensure product quality and consistency."), Section 2.5 ("The basis for the acceptance criteria at the time of filing should necessarily focus on safety and efficacy."). Dr. Parsons, a member of Moderna's COVID-19 Specification Committee, testified that Moderna's "assertion as part of the proposed specification limits was that if those differences

503

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

were present, they would be present at an acceptable level," and explained that "[o]ur view was that they did not have a significant impact on quality or efficacy of the product . . . [o]r safety." Parsons 6/7/2024 Tr. 301:7-19. Dr. Parsons further testified that Moderna "set specifications based on our clinical experience and the process performance that is relevant to different critical quality attributes." *Id*. at 313:15-18. When setting its specifications, Moderna specifically intended to yield drug product comparable to the drug product used in the clinical trials (with the PVU target lipid molar ratio using 48.5 mol % non-cationic lipid), and Moderna did so by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ across its various lots. *See, e.g.*, MRNA-GEN-00998152 (BLA Section 3.2.P.5.6 Justification of Specifications {0.10 mg/mL}) at -206-209 (Figures 27-32 describing distribution of cholesterol and DSPC lipid content); MRNA-GEN-02634802 at -811. Lots within Moderna's specification could be—and were—sold as Moderna's COVID-19 vaccine and used to vaccinate the U.S. population, without any indication that the lots differed from each other in any substantial or meaningful way. The reason is simple—they did not differ in any substantial or meaningful way. This opinion is consistent with the opinions offered by Dr. Kimberly Benton. *See* Opening Expert Report of Kimberly A. Benton, Ph.D. Sec. V.

700.     As discussed above, additional evidence of the lack of substantial differences between the formulations of Moderna's specification-conforming COVID-19 drug product lots, including lots that that fall within the claimed non-cationic lipid mol % limitations, can be found in its lack of testing of within-batch compositional heterogeneity, despite strong reason to suspect that the lipid content of the mRNA-LNPs within its COVID-19 drug product batches varies, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Supra* ¶ 672; *see also supra* Sections X.E.2, IX.E. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

█████████████████████████████████████████████████████

██████ Parsons 6/7/2024 Tr. 257:4-14; *supra* ¶¶ 463, 672. ██████████

████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████

701.    As discussed earlier, based on Moderna's own evidence, representations it has made in its own internal reports, to others (including the FDA), in the circumstances of this case, and in view of the technology and state of the art, specification-conforming PVU Formulation lots are insubstantially different from specification-conforming v1 Formulation lots and are further insubstantially different from specification-conforming v2 Formulation lots, and the relative proportion of non-cationic lipid within the three formulations performs substantially the same function, in substantially the same way, to achieve substantially the same results both relative to each other and relative to the claimed non-cationic lipid mol % limitations. As noted in the paragraphs above, this opinion is supported by: (a) evidence of Moderna using Plaintiffs' lipid molar ratios for its target PVU Formulation, with 48.5 mol % non-cationic lipid, in its Phase 1, 2, and early Phase 3 lots and its use of 49.5 mol % non-cationic lipid in its v2 Formulation; (b) Moderna's lipid content specification ranges for its drug product, which are sufficiently broad to encompass and/or overlap substantially with the claimed non-cationic lipid mol % limitations; and (c) Moderna's de-prioritization of studying the intra-batch lipid content heterogeneity of its COVID-19 vaccine drug product.

702.    It is further my opinion that specification-conforming lots of Moderna's COVID-19 vaccine drug product produced within the same target formulation (*i.e.*, PVU lots as

505

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

compared to other PVU lots; v1 lots as compared to other v1 lots; and v2 lots as compared to other v2 lots) are insubstantially different from one another and that the non-cationic lipid content of the mRNA-LNPs in these lots perform substantially the same function, in substantially the same way, to achieve substantially the same results both relative to each other and relative to the claimed non-cationic lipid mol % limitations.  To my knowledge, Moderna does not contend that lots produced with the same target molar ratio are substantially different from one another. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9.  Further to my knowledge, Moderna has never asserted to the FDA, public, or otherwise, that lots of Moderna's COVID-19 drug product formulated with the same target lipid molar ratio substantially differ from each other in any respect by virtue of differences in the measured lipid ratio of the lots.  To the contrary, as I have explained in detail above, Moderna has consistently maintained that all specification-conforming lots of its COVID-19 vaccine to be of comparable quality, including with respect to their safety, efficacy, and stability.  Accordingly, the v1 lots that literally infringe the asserted claims (identified *supra* Section XIII.F.1), including the claimed non-cationic lipid mol % limitations, are insubstantially different from those that do not infringe literally (if any), and the same is true for Moderna's v2 lots.

703.    Additionally, it is my opinion that specification-conforming lots of Moderna's COVID-19 drug product produced within the same mRNA-1273 LNP part number (*e.g.*, lots falling within mRNA-1273 LNP part number 50075 lots as compared to other lots falling within that same part number 50075) are insubstantially different from one another and perform substantially the same function, in substantially the same way, to achieve substantially the same

506

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

results. To my knowledge, Moderna does not contend that lots produced with the same mRNA-1273 LNP part number are substantially different from one another. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. In fact, Moderna's treatment of its mRNA-1273 LNP part numbers would indicate that such part numbers are representative of versions of the drug product in which each lot within that version is viewed as equivalent to one another. *Supra* ¶ 355; *see also, e.g.*, MRNA-GEN-02615390 at -422-425 (demonstrating how each of Moderna's part numbers are associated with product specifications); D.I. 225 (The parties' Stipulation for samples testing in which Moderna agreed to a provision whereby "Moderna will not make any argument about the applicability of any test data generated by Plaintiffs from produced lots to other lots containing the same mRNA-LNP part number on the basis that such lots containing the same mRNA-LNP part number were not produced pursuant the parties' agreed-upon protocol."). Accordingly, the drug product lots manufactured using mRNA-1273 LNP part number 50075 that literally infringe the asserted claims (identified *supra* Section XIII.F.1), including the claimed non-cationic lipid mol % limitations, are insubstantially different from the drug product lots manufactured using mRNA-1273 LNP part number 50075 that do not infringe literally (if any), and the same is true for all other drug product lots and corresponding mRNA-1273 LNP part numbers of Moderna's drug product.

704.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

705.    It is my opinion that, just as the mRNA-LNPs of Moderna's specification-conforming drug product lots are insubstantially different from one another and have insubstantially different content of non-cationic lipid, it is also the case that each specification-conforming lot of ██████████ used to manufacture the Accused Product, including lots ██████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████   *Supra* Section X.D.   The target lipid molar ratio of the ██████████ used to manufacture the PVU lots literally infringes the non-cationic lipid content limitations of the Lipid Composition Patents, and to my knowledge, Moderna does not assert any substantial differences between the ██████████ used to manufacture PVU Formulation lots versus v1 and v2 Formulation lots, and its own documents and representations to the FDA indicate that such LNPs are equivalent.  *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) 5-9; MRNA-GEN-00768481 at -482 ("CQAs are applied to the drug substance, excipients, intermediates (in-

508

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

process materials), and drug product and are defined by their impact to Safety and Efficacy.");
MRNA-GEN-00547580 at -580-582 ("Concentration changes did not impact SM102 LNP process performance, in-process physical stability, or physicochemical properties against a control batch with the previous lipid concentration targets."); MRNA-GEN-00081323 at -326



MRNA-GEN-01352552 at -554.

706.    The ultimate function, way of accomplishing the function, and result achieved by the non-cationic lipid present in ▮▮▮▮▮▮▮—as well as the ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮—are the same as in the drug product, as these LNPs are a ▮▮▮▮ to those same particles.  As noted above, I have not seen any evidence of, nor do I believe that Moderna contends, that the non-cationic lipid in the particles in Moderna's drug product and its precursor particles serve different functions from one another by virtue of variations in its cholesterol and DSPC lipid mol %, nor do they accomplish their functions in a different way or achieve different results by virtue of variations in its cholesterol and DSPC lipid mol %.  In other words, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ perform substantially the same function, in substantially the same way, and achieve substantially the same results as particles with a target ratio of 50.5:38.9:10.1:0.5 (PVU ▮▮▮▮▮), which fall within the literal scope of the claims.  On a more granular level, the combination of cholesterol and DSPC of each SM-102 LNP and each ▮▮▮▮▮▮▮▮▮▮

509

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

[REDACTED] achieve the same function of providing the particle with amphipathicity and hydrophobicity thereby allowing the particle to form a stable complex and (in the future) enabling the particles to transfect cells, in the same way through the structure, structural features, and concentration of the non-cationic lipids, as LNPs with up to 49.5 mol % non-cationic lipid. *See supra* ¶¶ 390, 684-688. In addition, I have not seen any evidence to suggest, nor do I believe that Moderna contends, that [REDACTED] achieve different results. To my knowledge, [REDACTED]

[REDACTED] *Supra* Section X.B;

*see, e.g.*, MRNA-GEN-00039212 at -219; MRNA-GEN-01424228 [REDACTED]

[REDACTED] );

MRNA-GEN-00044166 [REDACTED]

[REDACTED] at -168 [REDACTED]

[REDACTED]

[REDACTED] (emphasis added)). [REDACTED]

[REDACTED]

should perform substantially the same function, in the same way and yield the same results, and should not differ substantially from one another nor from [REDACTED] with up to 49.5 mol % non-cationic lipid.

707. **Hypothetical Claims.** As I describe above, I have been informed by counsel that an optional way of conducting the doctrine of equivalents analysis is to construct a "hypothetical claim" and assess whether the Accused Product would literally infringe that claim. *Supra* ¶ 45. In my opinion, such a "hypothetical claim" could recite, for example, an upper limit of 53 mol % (rather than 49.5 mol %) non-cationic lipid. As I describe at length above in this section,

510

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Moderna concluded that there is no difference when the target amount of non-cationic lipid is

███████████████   *See e.g.*, MRNA-GEN-00734102 at -108 (describing comparable

immunogenicity and critical quality attributes (CQAs) between ██████████████████

████████████████████████████████████████████████████████████

As further discussed at length above, mRNA-LNPs with 49.5-53 mol % non-cationic lipid are

insubstantially different from one another and perform substantially the same function, in

substantially the same way, to achieve substantially the same results.  Therefore, it is my opinion

that a potential "hypothetical claim" would recite a nucleic acid-lipid particle where the upper

limit on the amount of non-cationic lipid is 53 mol %, rather than 49.5 mol %.  For each Asserted

Claim with a non-cationic lipid mol % limitation, it is possible to assess which lots of Moderna's

COVID-19 drug product and ██████████ would fall within the scope of the Asserted Claims

having this hypothetical upper limit of 53 mol % non-cationic lipid, based on their certificates of

analysis.

708.    Within this hypothetical claim framework, based on information currently

available and known to me, I have identified lots of Moderna's COVID-19 drug product and lots

█████████████ (which I use as a proxy for the ████████████████████████████

for the reasons explained above, *supra* Section X.D) that would infringe based on a hypothetical

claim with an upper limit of 53 mol % non-cationic lipid, using appropriate rules of rounding and

informed by Moderna's COA data.  The table below indicates Appendices, on a claim-by-claim

basis, which identify the infringing lots.  For clarity, I have highlighted the hypothetical claim

limitations.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| Drug Product | | | | |
|---|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range (%)** | | | **LDP Lot #** |
| '668 Patent, Claim 1 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 76 |
| | N/A | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 8 | 49.5 | ≤ SM-102 < | 60.5 | Appendix 77 |
| | N/A | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 10 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 78 |
| | N/A | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 35.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 15 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 79 |
| | N/A | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.5 | ≤ PEG2K-DMG < | 2.5 | |
| '435 Patent, Claim 7 | 49.5 | ≤ SM-102 < | 85.5 | Appendix 80 |
| | 12.5 | ≤ Non-Cationic < | 53.5 | |
| | N/A | ≤ Cholesterol < | N/A | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '435 Patent, Claim 8 | 49.5 | ≤ SM-102 < | 85.5 | Appendix 81 |
| | 12.5 | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |

| | ▇▇▇▇ | | | ▇▇▇▇ |
|---|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range (%)** | | | |
| '668 Patent, Claim 1 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 82 |
| | N/A | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| Patent Claim | Lipid Molar Ratio Range (%) | | | |
|---|---|---|---|---|
| '668 Patent, Claim 8 | 49.5 | ≤ SM-102 < | 60.5 | Appendix 83 |
| | N/A | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 15 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 84 |
| | N/A | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.5 | ≤ PEG2K-DMG < | 2.5 | |
| '435 Patent, Claim 7 | 49.5 | ≤ SM-102 < | 85.5 | Appendix 85 |
| | 12.5 | ≤ Non-Cationic < | 53.5 | |
| | N/A | ≤ Cholesterol < | N/A | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '435 Patent, Claim 8 | 49.5 | ≤ SM-102 < | 85.5 | Appendix 86 |
| | 12.5 | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |

709.    The exhibits recited in the above table assume a hypothetical claim limitation of 53 mol % non-cationic lipid as an upper limit.  However, it would be equally possible to generate lists of batches that infringe with other hypothetical claims with upper limits of non-cationic lipid that are slightly lower—for example, 52 mol %; 51 mol %; and 50 mol %—all of which would be equivalent to claims having an upper limit of 49.5 mol %.  One would simply need to take the exhibits listed in the previous paragraph and remove the batches with non-cationic lipid (DSPC + cholesterol) amounts more than the aforementioned hypothetical claims (with appropriate rounding).  Those alternate lists of batches are incorporated into and included in my analysis and conclusions and opinions, here, and I reserve the right to set forth such an analysis explicitly in the future.

513

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

c.    **Conjugated Lipid / PEG**

710.    Whereas Moderna disputes infringement of the v2 Formulation on the basis of their target conjugated lipid mol %, to my knowledge, Moderna does not dispute that the PVU and v1 Formulations meets the conjugated lipid mol % limitations of the Lipid Composition Patents. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57, 65, 122-123; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9; *see also, e.g.*, MRNA-GEN-01374118.

711.    Based on Moderna's documents, statements made by Moderna's employees, and representations Moderna has made to the FDA, it is my opinion that the conjugated lipid mol % of lots of Moderna's COVID-19 vaccine drug product formulated using the target v2 Formulation (including specifically its 2.5 mol % target for the PEG2000-DMG conjugated lipid), is insubstantially different from the claimed conjugated lipid mol % limitations, which undisputedly encompasses the 1.5 mol % conjugated lipid target of the PVU and v1 Formulations that Moderna used to formulate lots of the Accused Product in its clinical trials as well as commercial lots of the vaccine. Furthermore, it is my opinion that the conjugated lipid mol % of Moderna's v2 Formulation lots performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed conjugated lipid mol % limitations.[145]  As I will explain below, the increase in the target conjugated lipid from 1.5 mol % in the PVU and v1 Formulations to 2.5 mol % in the v2 Formulation, and the

---

[145] In this section of my report, Section XIII.F.2.c, "claimed conjugated lipid mol % limitations" refers to the conjugated lipid limitations or the PEG lipid conjugate limitations in the '069 patent claims 1 and 15; the '359 patent claims 1 and 18; the '668 patent claims 1 and 15; the '435 patent claim 1; and the '378 patent claims 1 and 25.  I recognize that the claims that depend on these claims also incorporate those limitations.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

subsequent formulation of various lots with measured lipid content values of greater than 2 mol % conjugated lipid do not render the COVID-19 drug product substantially different from: (a) a product having LNPs with a target composition of 1.5 mol % conjugated lipid, such as in the PVU and v1 Formulations (for which Moderna does not dispute infringement on the basis of conjugated lipid content) nor (b) lots formulated with the target PVU, v1, and v2 Formulations that contain 2 mol % (or less) conjugated lipid that literally infringe the claimed conjugated lipid mol % limitations. As discussed earlier in my report, in light of the Court's claim construction ruling and conventional rules of rounding, Plaintiffs' claims cover up to but do not include precisely 2.5 mol % PEG2000-DMG, *e.g.*, 2.49, 2.499, or 2.499 mol% (with an infinitely repeating number of nines), meaning that numerically, there is an infinitely small difference between the target PEG2000-DMG mol % of Moderna's v2 Formulation and Plaintiffs' claimed conjugated lipid mol % limitations. *Supra* Section V.A.

712. **Equivalent Function.** The POSA would understand that the function of the conjugated lipid in the claimed conjugated lipid mol % limitations is to promote particle stability (e.g., via decreasing the aggregation of particles), which can impact fusogenicity and circulation time. This function is supported by the disclosure of the Lipid Composition Patents as well the contemporaneous scientific literature. *See, e.g.*, '069 patent, 11:56-12:4 (noting the conjugated lipid's role in preventing particle aggregation), 57:27-32 ("By controlling the composition and concentration of the lipid conjugate, one can control the rate at which the lipid conjugate exchanges out of the nucleic acid-lipid particle and, in turn, the rate at which the nucleic acid-lipid particle becomes fusogenic."), 86:9-13 (noting extended blood circulation times in relation to PEG); *see also, e.g.*, Semple 2001 at 156 ("In order to minimize aggregation and fusion between particles during the formulation process, PEG-CerC14, a steric barrier lipid, was

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

included in the formulation."); *supra* Sections VI.B, VIII.B.1.  In challenging the validity of the '069 and '435 patents in the IPR proceedings before the PTAB, *see supra* Section VIII.C, Moderna relied on the testimony of Dr. Andrew S. Janoff, who explained to the Board that a "'conjugated lipid' (*e.g.*, a PEG-lipid) can be added to increase *in vivo* circulation time by providing a neutral, hydrophilic coating to the particle's exterior," and cited to Heyes 2005 for the proposition that the presence of PEG-lipids stabilize the particles during the formulation process.  Janoff '069 IPR Declaration at ¶ 64.  Dr. Janoff additionally described the role that the concentration of PEG plays in fusogenicity.  *Id*. at ¶ 121.  Accordingly, I do not understand Moderna to dispute the function of the conjugated lipid element, including the mol % thereof, recited in the Asserted Claims of the Patents-in-Suit.

713.    The function of the PEG2000-DMG conjugated lipid and its mol % concentration in drug product lots of the Accused Product, including within lots formulated with the PVU, v1, and v2 Formulations, is substantially the same as the conjugated lipid and its mol % in the claimed invention.  As discussed earlier in my report, Moderna describes the function of the PEG lipid in its COVID-19 vaccine as "enhanc[ing] colloidal stability of the LNP dispersion" and impacting "cell uptake" of the LNP  MRNA-GEN-00988589 at -592; *supra* ¶ 341; *see also* MRNA-GEN-02316901 at -922.  I have not seen any evidence, nor does Moderna appear to contend, that the PEG lipids within the mRNA-LNPs of any of its specification-conforming drug product lots, including lots formulated with a target PEG lipid content of 2.5 mol % (v2), function substantially differently than PEG lipids in mRNA-LNPs with 2 mol % PEG lipid or less, including as used in the PVU and v1 Formulations and Moderna's other clinical programs and development programs using a 1.5 mol % PEG lipid target.  *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. It is my understanding that across all lots of Moderna's COVID-19 vaccine drug product, the PEG lipids and their concentration in the product help coat the particle's exterior to enhance stability of the LNPs and impact fusogenicity and circulation time. *See supra* ¶ 341; MRNA-GEN-00988589 at -592; MRNA-GEN-00018512 at -514; *see also* MRNA-GEN-02316901 at -922. Furthermore, to my knowledge, Moderna does not contend that the PEG lipid and its mol % concentration in lots formulated with the PVU, v1, and v2 Formulations performs substantially different functions by virtue of differences in the lots' respective target lipid molar ratios or measured lipid content in the formulated product. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. Indeed, the LNPs of Moderna's COVID-19 vaccine drug product, whether formulated with the PVU, v1, or v2 Formulations, including their respective mol % targets for the PEG lipid, perform the same function of "encapsulation of the CX-038839 mRNA in the SM-102 LNP [to] protect[] the mRNA from nucleolytic degradation in biological fluids" and enablement of "cellular uptake of the nanoparticle, endosomal escape, and ultimately productive cytosolic display of the mRNA such that protein translation may occur." MRNA-GEN-00988461 at -468; *see also* MRNA-GEN-00306589 -597-600. Moderna's description of the role served by the mRNA-LNPs of the Accused Product—encapsulation of the mRNA, delivery of the mRNA, and eventual facilitation of protein translation—has remained constant throughout Moderna's regulatory submissions, notwithstanding the change in the target PEG lipid mol % in the v2 Formulation. *See, e.g.*, MRNA-GEN-00999602; MRNA-GEN-

517

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

00988461 at -467-468; MRNA-GEN-00305704; MRNA-GEN-00302728 at -733; MRNA-GEN-01806150; MRNA-GEN-00177578; MRNA-GEN-00047244 at -248; MRNA-GEN-00046242 at -246; MRNA-GEN-01799476 at -478-479; MRNA-GEN-01799027; *see also* MRNA-GEN-01256981 (Email from Don Parsons, May 21, 2021) at -982 ███████████████████████████████████████████████████████████████████████████████████

714.    I am aware of statements—by Moderna and in the literature—suggesting that the PEG lipid may be serving additional functions in the LNP.  *See, e.g.*, Janoff '069 IPR Declaration ¶ 64 (citing Gao, Ex. 1009, to note PEG's potential role in minimizing nonspecific interactions with blood components); Semple 2001 at 162 (noting role in reducing opsonization). However, I have not seen any evidence—and I am not aware of Moderna contending—that any such function would differ substantially between lots formulated with a target PEG lipid amount of 2.5 mol % (v2), as compared to mRNA-LNPs with 1.5% PEG lipid, including as used in the PVU and v1 Formulations, or as compared to mRNA-LNPs failing within the claimed conjugated lipid mol % limitations, such as with 2.499 mol % PEG lipid.  To the contrary, as I discuss in more detail below, Moderna found that such changes in the amount of PEG lipid in its mRNA-LNPs did *not* affect efficacy.  *See infra* ¶ 719.  That is consistent with my opinion that the function of the amount of conjugated lipid is the same across Moderna's different target formulations and as compared to the claimed amounts.

715.    **Function in an Equivalent Way.**  The POSA would further understand the PEG lipid and its mol % concentration in drug product lots of the of the Accused Product, including within lots formulated with the PVU, v1, and v2 Formulations, to perform substantially the same function of the conjugated lipid of the Asserted Claims, including its recited mol %, in

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

substantially the same way.  The way in which the PEG lipids of the drug product achieve their function is through their structure, chemical composition, and concentration.  *See supra* ¶ 341. As Moderna has described, the ███████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

███████████ MRNA-GEN-00988589 at -592.  The same chemical mechanism is disclosed in the Lipid Composition Patents.  *See, e.g.*, '069 patent, 57:28-39 (describing how the PEG composition and concentration impact "the rate at which the lipid conjugate exchanges out of the nucleic acid-lipid particle and, in turn, the rate at which the nucleic acid-lipid particle becomes fusogenic"); 86:9-13 (discussing blood clearance).

716.    It is my understanding that the PEG lipids in all lots of Moderna's COVID-19 vaccine drug product, regardless of the target or measured mol % of PEG in that lot, embody essentially the same structure[146] and possess the same structural features.  *See supra* ¶ 341. Moderna does not appear to contend that the PEG lipids within the mRNA-LNPs of any of its specification-conforming lots, including lots formulated with a target PEG lipid of 2.5 mol % (v2) function in a substantially different way than PEG lipids in mRNA-LNPs with 1.5 mol %

---

[146] As discussed earlier, *supra* ¶ 346, the molecular weight of PEG2000-DMG is variable due to it being a polydisperse polymer; the number of PEG repeat units present in any particular molecule can vary from polymer chain to polymer chain in a given preparation.  However, I do not understand Moderna to contend, nor had Moderna ever represented to the FDA or otherwise, that the function, way of achieving its function, or results of the PEG lipid differ by virtue of these minor variations in the number of PEG repeat units.  *See, e.g.,* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

(and up to 2.499 mol %) PEG lipid, including as used in the PVU and v1 Formulations and Moderna's other clinical programs and development programs. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 22-23; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. Indeed, the mRNA-LNPs of Moderna's COVID-19 vaccine drug product, including within lots formulated with the PVU, v1, and v2 Formulations, function in substantially the same way. Furthermore, I have not seen any evidence, nor does Moderna appear to contend, that the mRNA-LNPs of any of its lots of the COVID-19 vaccine drug product, including lots formulated with a target PEG lipid of 2.5 mol% (v2) function in a substantially different way from mRNA-LNPs with 1.5 mol % (and up to 2.499 mol %) PEG lipid, including as used in the PVU and v1 Formulations and Moderna's other clinical programs and development programs. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) 5-9. The underlying mechanism of action for the LNPs in all lots of Moderna's COVID-19 vaccine drug product, across all of Moderna's target PVU, v1, and v2 Formulations, has consistently been represented by Moderna to the FDA as being the same, and I am aware of no reason why the mechanism of action of these LNPs should differ.

717. **Equivalent Results.** It is further my opinion that the PEG lipid and its mol % concentration in drug product lots of the Accused Product, including within lots formulated with the PVU, v1, and v2 Formulations, achieve substantially the same result as the conjugated lipid and its mol % in the claimed invention. As explained in the Lipid Composition Patents, the

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

result of the PEG lipid limitation, including its recited mol % in the claims, in the context of the invention as a whole, is the effective and efficient intracellular delivery nucleic acid. *See, e.g.*, '069 patent, 2:55-57 (observing the "strong need in the art for novel and more efficient methods and compositions for introducing nucleic acids such as siRNA into cells"), 5:51-61 (disclosing that the inventive nucleic acid-lipid particles, including the claimed conjugated lipid mol %, "advantageously impart increased activity of the encapsulated nucleic acid," "improved tolerability of the formulations in vivo" and "are substantially non-toxic to mammals such as humans."), 6:13-19 ("For instance, the '1:57 SNALP' and '1:62 SNALP' formulations described herein are exemplary formulations of the present invention that are particularly advantageous because they provide improved efficacy and tolerability in vivo, are serum-stable, are substantially non-toxic, are capable of accessing extravascular sites, and are capable of reaching target cell populations."); 57:50-55 (noting that the particles of the invention encapsulate and protect from degradation the active or therapeutic agent (i.e., nucleic acid)). As I explain below, Moderna's COVID-19 vaccine drug product, whether formulated with the PVU, v1, or v2 Formulations, including drug product formulations with reported lipid content values of ████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████ *See supra* Sections X.D, IX.C; *see also, e.g.*, Parsons 6/7/2024 Tr. 202:17-203:4 (Q. "Do you know if there are significant differences in safety and efficacy across batches with different lipid compositions?" A. "So we obviously studied many batches of the vaccine as part of clinical development of the product. I am not aware of any variations that were clinically meaningful.").

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

718.    Consistent with what Moderna has repeatedly represented to the FDA and stated in its own documents and correspondence, each specification-conforming lot of Moderna's COVID-19 drug product, including lots formulated with the PVU, v1, and v2 Formulations, exhibit substantially equivalent immunogenicity and efficacy, including as compared to formulations with up to 2.499 mol % conjugated lipid that fall within the claimed conjugated lipid mol % limitations. *See supra* Section X.D; MRNA-GEN-00192423 (DS-IND-0110 2.5% PEG 2000 DMG Comparability Report)[147] at -423 ███████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████

719.    In particular, Moderna has repeatedly concluded and represented that the increased target PEG lipid mol % accompanying the switch from the v1 to the v2 Formulation had no substantial impact on the immunogenicity of the Accused Product. *See supra* Section X.D; MRNA-GEN-00604539 at -555 (PD-REP-0101, noting that ███████████

████████████████████████████████

███████████████████████████ MRNA-GEN-00601091 at -093 (July 29, 2020 email from Jack Kramarczyk, ██████████████████

███████████████████████████████

███████████████████████████████

████████████ MRNA-GEN-00192423 ████████████████

───────────────

[147] As I noted earlier, this report was provided to the FDA.  MRNA-GEN-00199673 at -200030.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**



██████████████ at -423 ███████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████ Hoge 5/22/2024 Tr. 258:2-11 ████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████ MRNA-GEN-00539393 at -409 ████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████ -413 ████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████  In

fact, I understand that ██████████████████████████████████

████████████████████████████████  it was Moderna's explicit goal

to not change immunogenicity.  Kramarczyk 4/30/2024 Tr. 61:17-62:18 (Q.  "The next two

bullets on this slide say, 'We are not setting out to create a more immunogenic product.' And

then the next one is, 'We are not setting out to increase tolerability.' Do you see that?"  A.  "Yes,

I do."  Q.  "What do those goals mean?"  A.  ". . . A key element always of making product and

process changes is to not disrupt the historic clinical data that was in place, in this case from

Phase 1.  And comparable to Phase 1 from immunogenicity perspective and comparable to Phase

1 from a tolerability perspective are, generally speaking, two critical elements of making process

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

and product changes and maintaining comparability such that we don't have to interfere with clinical development progress.").

720.    Moderna's own formulation study that was used to justify its changes to the COVID-19 drug product target formulation, *see supra* ¶ 439, demonstrated no substantial differences in immunogenicity between mRNA-LNP lots with target PEG lipid content falling within the claimed conjugated lipid mol % limitations and mRNA-LNP lots ██████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████ MRNA-GEN-00734102 at -108 (displaying the results from study #2891 (right)).  Dr. Parsons re-affirmed the findings of the study, as he testified that Moderna "saw comparable immunogenicity across those changes" reflected in study #2891.  Parsons 6/7/2024 Tr. at 212:1-7.  Study #2891 features CMV data, but as noted earlier, "what [Moderna] expected was that the same general observation that the activity of the vaccine -- the COVID vaccine would be comparable across this lipid composition range."  Parsons 6/7/2024 Tr. 203:18-208:15.  In addition to comparable immunogenicity, Moderna also concluded from these two studies that there was "[n]o meaningful impact on SM-102 LNP CQAs [critical quality attributes] from [the] lipid composition change."  *Id.*

721.    I do not believe that Moderna contends that any of its lots of the Accused Product differ substantially with respect to immunogenicity by virtue of its PEG lipid content compared to LNPs having 1.5 mol % (and up to 2.499 mol %) conjugated lipid.  *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to

524

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9.  On the contrary, Moderna sold the lots without any indication, to the FDA or the public, that they differed substantially in immunogenicity or any other respect.

722.    In addition, consistent with what Moderna has repeatedly represented to the FDA and stated in its own documents and correspondence, each specification-conforming lot of Moderna's COVID-19 drug product, including lots formulated with the PVU, v1, and v2 Formulations, exhibit substantially equivalent safety, including as compared to formulations with 1.5 mol % (and up to 2.499 mol %) PEG lipid that fall within the claimed conjugated lipid mol % limitations.  *See supra* Section X.D.  I do not believe that Moderna contends that any of its lots of the Accused Product have different tolerability or safety by virtue of its PEG lipid content.  In particular, Moderna has concluded and represented that variations in the mol % of PEG lipid in the Accused Product, including increased target PEG lipid concentration caused by the switch to the v2 Formulations, have no substantial impact on the safety of its COVID-19 vaccine drug product.  *See supra* Section X.D; *see also, e.g.,* Kramarczyk 4/30/2024 Tr. 195:4-8 ("Safety and tolerability and reactogenicity of a vaccine are critical biological attributes of the vaccine.  And it was not a goal expressly stated to improve safety, tolerability, or reactogenicity."); Hoge 5/22/2024 Tr. 258:2-11 ███████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████ MRNA-

GEN-00192423 ████████████████████ -423 ██████

███████████████████████████████████

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

███████████████████████████████████

███████████████████████████████████

███ Nor have I seen data from Moderna demonstrating differences in safety when the PEG lipid in its products is increased, including to 3 mol %.

723.    As I will describe in greater detail below, consistent with what Moderna has repeatedly represented to the FDA and stated in its own documents and correspondence, lots formulated with the PVU, v1, and v2 Formulations exhibit substantially equivalent stability, including as compared to formulations with a measured lipid content of 1.5 mol % (and up to 2.499 mol %) conjugated lipid.  *See supra* Section X.D.  In particular, Moderna has concluded and represented that variations in the mol % of PEG lipid in the Accused Product have no substantial impact on the stability of the Accused Product.  *See supra* Section X.D.  For example, Moderna's corporate designee Don Parsons offered the following testimony, when asked about Moderna's Justification of Specification document for its ████████████

███████████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████

███████████████████████████████

███████████████████████████

███████████████████████████████████

████████ Parsons 6/7/2024 Tr. 308:6-310:12 (emphasis added); MRNA-GEN-00998152 at -209-212.  As discussed earlier in the report and will be discussed in greater detail below, Moderna's justification for switching to the v2 Formulation appears to be ████████████

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

███████████████████████████████████; however, the correspondence, data, and representations cited throughout this report and this section show otherwise. *See supra* X.D. Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9; MRNA-GEN-02635779 at -784 (3.2.P.2.2.1.1 LNP Composition Justification).

724.    There are numerous examples of Moderna representing to the FDA that v1 Formulation lots with a target PEG lipid content of 1.5 mol % exhibit equivalent stability to v2 Formulation lots with a target PEG lipid content of 2.5 mol %, and asserting that differences in PEG lipid mol % will not affect stability. For example, Moderna proposed to the FDA to maintain "identical" shelf-life claims for v1 and v2 Formulation lots that showed "consistency [in] stability profiles," and the main justification cited for this assertion was that ████████████ ██████████████████████████████████████████ on "mRNA purity, mean particle size or encapsulation." MRNA-GEN-00089073 at -073. In response to an FDA Request for Further Information regarding the potential impact of the freeze-thaw step of Moderna's new drug product part number (v2 Formulation with a target of 2.5 mol % PEG2000-DMG), Moderna asserted that there would be "[n]o impact," and justified this assertion using data from its v1 Formulation lots (with a target of 1.5 mol % PEG2000-DMG). MRNA-GEN-00089027 (Response to FDA on Request for Further Information – EUA 27073.311 Received on February 17, 2022) at -027 █████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**



(emphasis

MRNA-GEN-00192423 at -423.

I take them at their word and assume Moderna was honest with the FDA.

725.    In addition to assertions to the FDA, numerous studies and reports by Moderna indicate comparable stability across its COVID-19 Drug Product, including as compared to drug product lots with lipid content values measured to have 2 mol % PEG2000-DMG. *See supra* Section X.D; *see also, e.g.*, MRNA-GEN-02615528 (PD-REP-0716) at -529

-531

Parsons 6/7/2024 Tr. 353:20-354:15

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**



MRNA-GEN-00736354 (PD-REP-0436) at -357

726.

*See supra* Section X.D; MRNA-GEN-00530699 at -712

Parsons 6/7/2024 Tr 457:3-11 (

MRNA-GEN-00539393 (PD-REP-0294) at -409; US 2024/0009131, FIG. 5B

FIG. 27A

*see, e.g.*, Smith 5/14/2024 Tr. 267:6-270:4; Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 40-41 (citing PD-REP-0443, MRNA-GEN-00967986), however, as I discussed earlier, this study provides little to no support for this conclusion. *See supra* ¶ 442.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**



MRNA-GEN-00967986 at -8009.

*Supra* Section X.G.

*Supra* ¶ 442; *see also, e.g.*, Parsons 6/7/2024 Tr. 178:6-20

340:19-342:2

342:19-343:8

MRNA-GEN-00967986 at -997.

---

[148] Don Parsons was designated to provide testimony on (a) "stability studies for the Accused Product that analyzed impact on lipid molar ratio, including studies at approved storage conditions for the mRNA-LNP and drug product described in regulatory filings for the Accused Product," and (b) technical reasons underlying "the rationale for the lipid molar ratios used in the Accused Product." Plaintiffs' 30(b)(6) Topic Nos. 11 and 24.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

████████████████████████████████████████████████████████████. *See*

Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set

of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental

Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at

5-9.

728.    **Insubstantial Differences.**  It is my further opinion that, in view of the current

and historical understandings in the field, the conjugated lipid content of each lot of Moderna's

COVID-19 drug product, including lots formulated with the PVU, v1, and v2 Formulations, are

insubstantially different both from one another and insubstantially different from the claimed

conjugated lipid mol % limitations.  *See supra* Section X.D; *see also* MRNA-GEN-01156478 at -

527 ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████ (emphasis added)).  The variations in the mol % of PEG lipid across the lots of

Moderna's COVID-19 drug product are insubstantial, and even Moderna itself has described the

changes to its target formulation of the Accused Product as "minor,"[149] "subtle,"[150] "slight,"[151] a

"small change,"[152] and a "rounding error[]."[153]  As I describe at length above in this Section,

there is no evidence that Moderna's modifications of its target lipid ratios of PEG lipid from 1.5

---

[149] *See, e.g.*, MRNA-GEN-00508546 at -562.

[150] *See, e.g.*, MRNA-GEN-00601091 at -094.

[151] *See, e.g.*, MRNA-GEN-00604539 at -555; MRNA-GEN-00657578 at -578 ("[T]he lipid content of this product is being adjusted slightly to reduce the mole% of SM-102 to below 50% for IP purposes.").

[152] *See, e.g.*, MRNA-GEN-00604539 at -549.

[153] *See, e.g.*, MRNA-GEN-00656142.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

mol % to 2.5 mol % produced any substantial change in any product quality attribute. Moderna has repeatedly represented that the variations in PEG lipid content in its COVID-19 drug product do not yield any difference in the performance of the function of the lipid particles, including with regard to safety, efficacy, and stability of its product.

729. That the target lipid molar ratio originally used for numerous of Moderna's vaccine programs as well as the first lots of the COVID-19 vaccine formulated with the PVU Formulation (*i.e.*, 50:10:38.5:1.5) was taken from Plaintiffs' work and changed related to intellectual-property considerations provides further support that Moderna's COVID-19 drug product lots with 2.5 mol % and greater PEG are insubstantially different from mRNA-LNPs with up to 2.499 mol % conjugated lipid that fall within the literal scope of the conjugated lipid claims. *See supra* Sections IX.A, X.D; MRNA-GEN-02619870 (Dr. Hoge, asserting in an email chain, that there are "incredibly strong business reasons" to pursue a formulation with lower amino lipid, and Dr. Parsons responding that they were looking into both decreasing the amino lipid and increasing PEG); Parsons 6/7/2024 Tr. 106:1-6 ██████████████████ ████████████████████████████████████████ ███████████████████████████████████ ████████████████████████████████████ ████████████████████

730. In fact, Moderna's express goal when changing its formulation of various vaccine programs in the 2018-2019 timeframe and again for the COVID-19 vaccine drug product was to create a product that was insubstantially different from its formulations with 1.5 mol % conjugated lipid in order to avoid the need to conduct additional clinical trials. *See e.g.*, MRNA-GEN-01747429 at -431 ("We are not setting out to create a more immunogenic product" and

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

"[w]e are not setting out to increase tolerability."); Kramarczyk 4/30/2024 Tr. 173:16-20 ("One of our express goals was that CMV changes should match prior experience for biological endpoints. And I think we achieved that range -- we achieved that goal in the ranges of lipid compositions we explored or identified."); MRNA-GEN-02634802 at -811 (Moderna's BLA Justification of Specifications, noting in the context of the switch to the v2 Formulation, that "[t]he lipid content specifications are adjusted to reflect the formulation modifications of mRNA-1273 DP," stating that the specification limits they selected are "intended to ensure consistency of commercial lots with lots used in clinical trials," and further noting that this selection "incorporate[d] clinical knowledge"); Parsons 6/7/2024 Tr. 191:2-9 ("We believed that additional safety data would not be required. That's the reason that we made the change in the way that we did. Clearly we did not believe that there was an impact to immunogenicity, and so the change could be affirmatively made without an impact to the clinical study."). Moderna's goal of creating a sufficiently equivalent product so as to avoid re-conducting Phase I and II testing was particularly critical during the pandemic, for which there was an urgent need to develop the vaccine as quickly as possible and a strong desire to not fall behind other vaccines being developed at that time. *See, e.g.*, MRNA-GEN-02645641 at -644 (May 15, 2020 PowerPoint presentation titled "Board Discussion," stating that "[a]ny further delays in investing risks losing a share of the most valuable early [COVID-19 vaccine] deliveries"); *infra* Section XVI. As noted earlier, I do not understand Moderna to contend that its lots formulated with the target PVU and v1 Formulations do not meet the conjugated lipid mol % claim limitations of the Lipid Composition Patents. *Supra* ¶ 710.

731.    Further evidence that each formulation of Moderna's COVID-19 drug product is insubstantially different from drug products with up to 2 mol % conjugated lipid can be found in

533

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

the fact that Moderna's lipid content specification ranges and the resulting intended lipid molar ratios for its drug product ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████ as I demonstrated with calculations I made earlier in this report. *See supra* Section X.B. Further, as discussed above, I

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████ *See supra* Section X.B; *see also, e.g.*, Hoge 5/22/2024 Tr. 197:8-13; Ryan Declaration ¶ 5 (discussing Moderna's mRNA-1777 RSV vaccine product candidate).

732. Moderna made minor changes to the lipid content specification ranges of the Accused Product when switching from the PVU to v1 to v2 Formulations. *Supra* Section X.D; *see also, e.g.*, MRNA-GEN-00547580 at -583-584; MRNA-GEN-02634802 at -811, -816-819; MRNA-GEN-00556478 at -478. The very purpose of specification ranges and acceptance criteria is to ensure product consistency or comparability as it pertains to quality, safety, and efficacy. *See, e.g.*, FDA Guidance Document Q6A, "Specifications: Test Procedures and Acceptance Criteria for New Drug Substances and New Drug Products: Chemical Substances" at Section 1.2 ("Specifications are one part of a total control strategy for the drug substance and drug product designed to ensure product quality and consistency."), Section 2.5 ("The basis for the acceptance criteria at the time of filing should necessarily focus on safety and efficacy."). Dr. Parsons, a member of Moderna's COVID-19 Specification Committee, testified that Moderna's "assertion as part of the proposed specification limits was that if those differences

534

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

were present, they would be present at an acceptable level," and explained that "[o]ur view was that they did not have a significant impact on quality or efficacy of the product . . . [o]r safety." Parsons 6/7/2024 Tr. 301:7-19.  Dr. Parsons further testified that Moderna "set specifications based on our clinical experience and the process performance that is relevant to different critical quality attributes." *Id*. at 313:15-18.  When setting its specifications, Moderna specifically intended to yield drug product comparable to the drug product used in the clinical trials (with the PVU target lipid molar ratio using 1.5 mol % conjugated lipid), and Moderna did so by examining the PEG lipid content across its various lots.  *See, e.g.*, MRNA-GEN-00998152 (BLA Section 3.2.P.5.6 Justification of Specifications {0.10 mg/mL}) at -210-211 (Figures 34-35 describing distribution of PEG lipid content); MRNA-GEN-02634802 at -811.  Lots within Moderna's specification could be—and were—sold as Moderna's COVID-19 vaccine and used to vaccinate the U.S. population, without any indication that the lots differed from each other in any substantial or meaningful way.  The reason is simple—they did not differ in any substantial or meaningful way.  This opinion is consistent with the opinions offered by Dr. Kimberly Benton.  *See* Opening Expert Report of Kimberly A. Benton, Ph.D. Sec. V.

733.    Additional evidence of the lack of substantial differences between the formulations of Moderna's specification-conforming COVID-19 drug product lots, including lots that that fall within the claimed conjugated lipid mol % ranges, can be found in its lack of testing of within-batch compositional heterogeneity.  Moderna had strong reason to suspect that the lipid content of the mRNA-LNPs within its COVID-19 drug product batches varies, yet Moderna made the decision to avoid testing the intra-batch compositional heterogeneity because Moderna did "not believe that it was important to safety or efficacy."  *Supra* ¶¶ 463, 672; MRNA-GEN-01274243 at -243.  In my opinion, this evidence suggests that Moderna does not view mRNA-

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

LNPs ███████████████████████████████████████████████████████████████, to be substantially different from mRNA-LNPs with 1.5 mol % (and up to 2.499 mol %) PEG lipid, or Moderna would have made it a higher priority to study this attribute.

734.    Based on Moderna's own evidence, representations it has made in its own internal reports, to others (including the FDA), and in the circumstances of this case, and in view of the technology and state of the art, specification-conforming PVU Formulation lots are insubstantially different from specification-conforming v1 Formulation lots and are further insubstantially different from specification-conforming v2 Formulation lots, and the relative proportion of conjugated lipid within the three formulations performs substantially the same function, in substantially the same way, to achieve substantially the same results both relative to each other and relative to the conjugated lipid content limitations recited in the Lipid Composition Patents.  As noted in the paragraphs above, this opinion is supported by: (a) evidence of Moderna's use of a target of 1.5 mol % conjugated lipid in its clinical and v1 commercial lots; (b) Moderna's lipid content specification ranges for its drug product, which are sufficiently broad to encompass and/or overlap substantially with the claimed conjugated lipid mol % limitations; and (c) Moderna's de-prioritization of studying the intra-batch lipid content heterogeneity of its COVID-19 vaccine drug product.

735.    It is further my opinion that specification-conforming lots of Moderna's COVID-19 vaccine drug product produced within the same target formulation (*i.e.*, PVU lots as compared to other PVU lots; v1 lots as compared to other v1 lots; and v2 lots as compared to other v2 lots) are insubstantially different from one another and the conjugated lipid content of the mRNA-LNPs in these lots perform substantially the same function, in substantially the same way, to achieve substantially the same results both relative to each other and relative to the

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

conjugated lipid content limitations recited in the Lipid Composition Patents. To my knowledge, Moderna does not contend that lots produced with the same target molar ratio are substantially different from one another. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) (July 15, 2024) at 11-57; Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9. Further to my knowledge, Moderna has never asserted to the FDA, public, or otherwise, that lots of Moderna's COVID-19 drug product formulated with the same target lipid molar ratio substantially differ from each other in any respect by virtue of differences in the measured lipid ratio of the lots. To the contrary, as I have explained in detail above, Moderna has consistently maintained that all specification-conforming lots of its COVID-19 vaccine to be of comparable quality, including with respect to their safety, efficacy, and stability. Accordingly, the v1 lots that literally infringe the asserted claims (identified *supra* Section XIII.F.1), including the claimed conjugated lipid mol % limitations, are insubstantially different from those that do not infringe literally (if any), and the same is true for Moderna's v2 lots.

736. Additionally, it is my opinion that specification-conforming lots of Moderna's COVID-19 drug product produced within the same mRNA-1273 LNP part number (*e.g.*, lots falling within mRNA-1273 LNP part number 50075 lots as compared to other lots falling within that same part number 50075) are insubstantially different from one another and perform substantially the same function, in substantially the same way, to achieve substantially the same results. To my knowledge, Moderna does not contend that lots produced with the same mRNA-1273 LNP part number are substantially different from one another. *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos.

537

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

1-10) (July 15, 2024) at 11-57 (July 15, 2024); Moderna's Fourth Supplemental Objections and Response to Plaintiffs' Third Set of Interrogatories (Nos. 12-17) (June 7, 2024) at 5-9.  In fact, Moderna's treatment of its mRNA-1273 LNP part numbers would indicate that such part numbers are representative of versions of the drug product in which each lot within that version is viewed as equivalent to one another.  *Supra* ¶ 355; *see also, e.g.*, MRNA-GEN-02615390 at -422-425 (demonstrating how each of Moderna's part numbers are associated with product specifications); D.I. 225 (The parties' Stipulation for samples testing in which Moderna agreed to a provision whereby "Moderna will not make any argument about the applicability of any test data generated by Plaintiffs from produced lots to other lots containing the same mRNA-LNP part number on the basis that such lots containing the same mRNA-LNP part number were not produced pursuant the parties' agreed-upon protocol").  Accordingly, the drug product lots manufactured using mRNA-1273 LNP part number 50075 that literally infringe the asserted claims (identified *supra* Section XIII.F.1), including the claimed conjugated lipid mol % limitations, are insubstantially different from the drug product lots manufactured using mRNA-1273 LNP part number 50075 that do not infringe literally (if any), and the same is true for all other drug product lots and corresponding mRNA-1273 LNP part numbers of Moderna's drug product.

737.    **Hypothetical Claims.**  As I describe above, I have been informed by counsel that an optional way of conducting the doctrine of equivalents analysis is to construct a "hypothetical claim" and assess whether the Accused Product would literally infringe that claim.  *Supra* ¶ 45.  In my opinion, such a "hypothetical claim" could recite, for example, an upper limit of 3 mol % (rather than 2 mol %) conjugated lipid.  As I describe at length above in this section, Moderna concluded that there is no difference when the target amount of PEG lipid ████████████

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

████  As further discussed at length above, mRNA-LNPs with 2-3 mol % conjugated lipid are insubstantially different from one another and perform substantially the same function, in substantially the same way, to achieve substantially the same results. Therefore, it is my opinion that a potential "hypothetical claim" would recite a nucleic acid-lipid particle where the upper limit on the amount of conjugated lipid is 3 mol %, rather than 2 mol %. For each Asserted Claim with a conjugated lipid mol % limitation, it is possible to assess which lots of Moderna's COVID-19 drug product would fall within the scope of the Asserted Claims having this hypothetical upper limited of 3 mol % conjugated lipid, based on their certificates of analysis.

738.    Within this hypothetical claim framework, based on information currently available and known to me, I have identified lots of Moderna's COVID-19 drug product that would infringe based on a hypothetical claim with an upper limit of 3 mol % conjugated lipid, using appropriate rules of rounding and informed by Moderna's COA data. The table below indicates Appendices, on a claim-by-claim basis, which identify the infringing lots. For clarity, I have highlighted the hypothetical claim limitations.

| Drug Product | | | | |
|---|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range** | | | **LDP Lot #** |
| '069 Patent, Claim 1 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 87 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 3.5 | ≤ DSPC < | 10.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '069 Patent, Claim 15 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 88 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 3.5 | ≤ DSPC < | 10.5 | |
| | 0.5 | ≤ PEG2K-DMG < | 3.5 | |
| '069 Patent, Claim 20 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 89 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 4.5 | ≤ DSPC < | 9.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

| Drug Product | | | | |
|---|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range** | | | **LDP Lot #** |
| '069 Patent, Claim 21 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 90 |
| | 31.5 | ≤ Cholesterol < | 36.5 | |
| | 3.5 | ≤ DSPC < | 10.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '359 Patent, Claim 1 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 91 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '359 Patent, Claim 7 | 49.5 | ≤ SM-102 < | 60.5 | Appendix 92 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '359 Patent, Claim 9 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 93 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 3.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '359 Patent, Claim 10 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 94 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 3.5 | ≤ DSPC < | 12.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '359 Patent, Claim 11 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 95 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 4.5 | ≤ DSPC < | 12.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '359 Patent, Claim 12 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 96 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 5.5 | ≤ DSPC < | 12.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '359 Patent, Claim 13 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 97 |
| | 29.5 | ≤ Cholesterol < | 35.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '359 Patent, Claim 18 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 98 |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.5 | ≤ PEG2K-DMG < | 3.5 | |
| '668 Patent, Claim 1 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 99 |
| | N/A | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |

540

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| Drug Product | | | | |
|---|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range** | | | **LDP Lot #** |
| '668 Patent, Claim 8 | 49.5 | ≤ SM-102 < | 60.5 | Appendix 100 |
| | N/A | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '668 Patent, Claim 10 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 101 |
| | N/A | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 35.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '668 Patent, Claim 15 | 49.5 | ≤ SM-102 < | 65.5 | Appendix 102 |
| | N/A | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.5 | ≤ PEG2K-DMG < | 3.5 | |
| '435 Patent, Claim 7 | 49.5 | ≤ SM-102 < | 85.5 | Appendix 103 |
| | 12.5 | ≤ Non-Cationic < | 49.55 | |
| | N/A | ≤ Cholesterol < | N/A | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '435 Patent, Claim 8 | 49.5 | ≤ SM-102 < | 85.5 | Appendix 104 |
| | 12.5 | ≤ Non-Cationic < | 49.55 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |
| '378 Patent, Claim 1 | N/A | ≤ SM-102 < | N/A | Appendix 105 |
| | 29.5 | ≤ Non-Cationic < | 55.5 | |
| | N/A | ≤ Cholesterol < | N/A | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.05 | ≤ PEG2K-DMG < | 3.5 | |
| '378 Patent, Claims 2 and 13 | N/A | ≤ SM-102 < | N/A | Appendix 106 |
| | 29.5 | ≤ Non-Cationic < | 55.5 | |
| | 24.5 | ≤ Cholesterol < | 45.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.05 | ≤ PEG2K-DMG < | 3.5 | |
| '378 Patent, Claims 7, 18, and 24 | N/A | ≤ SM-102 < | N/A | Appendix 107 |
| | 29.5 | ≤ Non-Cationic < | 55.5 | |
| | 34.5 | ≤ Cholesterol < | 45.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.05 | ≤ PEG2K-DMG < | 3.5 | |

541

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

| Drug Product | | | | |
|---|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range** | | | **LDP Lot #** |
| '378 Patent, Claim 25 | N/A | ≤ SM-102 < | N/A | Appendix 108 |
| | 29.5 | ≤ Non-Cationic < | 55.5 | |
| | 34.5 | ≤ Cholesterol < | 45.5 | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 3.5 | |

739.    The exhibits recited in the above table assume a hypothetical claim limitation of 3 mol % conjugated lipid as an upper limit. However, applying the same analysis and calculation rubric, one may identify the batches that infringe with other hypothetical claims with upper limits of conjugated lipid that are slightly lower—for example, 2.5 mol %—which would be equivalent to claims having an upper limit of 2 mol %. One would simply need to take the exhibits listed in the previous paragraph and remove the batches with conjugated lipid amounts more than the aforementioned 2.5 mol% hypothetical claim (with appropriate rounding). Those alternative lists of batches are incorporated in my analysis and conclusions and I reserve the right to set forth such an analysis explicitly in the future.

*        *        *

740.    In previous sections, I have set forth hypothetical claims related to cationic and non-cationic lipid. *Supra* ¶¶ 679, 707. Those hypothetical claims can also be applied together— for example, a hypothetical claim could include a lower limit on cationic lipid of 45 mol %, an upper limit of non-cationic lipid of 53 mol %, and an upper limit on conjugated lipid of 3 mol %. Below I have set forth a table that includes those three hypothetical claim limitations (which I have highlighted). Hypothetical claims using the other exemplary hypothetical claim limitations set forth in this report with respect to the cationic lipid, the non-cationic lipid, and the conjugated lipid would be infringed under the same analysis, and I reserve the right to testify about those

542

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

hypothetical claims and the resulting infringement, even though I do not set forth each such permutation in a separate table and associated appendices.

| Drug Product | | | | |
|---|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range [%]** | | | **LDP Lot #** |
| '069 Patent, Claim 1 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 109 |
|  | 29.5 | ≤ Cholesterol < | 40.5 |  |
|  | 3.5 | ≤ DSPC < | 10.5 |  |
|  | 0.45 | ≤ PEG2K-DMG < | 3.5 |  |
| '069 Patent, Claim 15 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 110 |
|  | 29.5 | ≤ Cholesterol < | 40.5 |  |
|  | 3.5 | ≤ DSPC < | 10.5 |  |
|  | 0.5 | ≤ PEG2K-DMG < | 3.5 |  |
| '069 Patent, Claim 20 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 111 |
|  | 29.5 | ≤ Cholesterol < | 40.5 |  |
|  | 4.5 | ≤ DSPC < | 9.5 |  |
|  | 0.45 | ≤ PEG2K-DMG < | 3.5 |  |
| '069 Patent, Claim 21 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 112 |
|  | 31.5 | ≤ Cholesterol < | 36.5 |  |
|  | 3.5 | ≤ DSPC < | 10.5 |  |
|  | 0.45 | ≤ PEG2K-DMG < | 3.5 |  |
| '359 Patent, Claim 1 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 113 |
|  | 29.5 | ≤ Cholesterol < | 40.5 |  |
|  | 2.5 | ≤ DSPC < | 15.5 |  |
|  | 0.45 | ≤ PEG2K-DMG < | 3.5 |  |
| '359 Patent, Claim 7 | 44.5 | ≤ SM-102 < | 60.5 | Appendix 114 |
|  | 29.5 | ≤ Cholesterol < | 40.5 |  |
|  | 2.5 | ≤ DSPC < | 15.5 |  |
|  | 0.45 | ≤ PEG2K-DMG < | 3.5 |  |
| '359 Patent, Claim 9 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 115 |
|  | 29.5 | ≤ Cholesterol < | 40.5 |  |
|  | 3.5 | ≤ DSPC < | 15.5 |  |
|  | 0.45 | ≤ PEG2K-DMG < | 2.5 |  |
| '359 Patent, Claim 10 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 116 |
|  | 29.5 | ≤ Cholesterol < | 40.5 |  |
|  | 3.5 | ≤ DSPC < | 12.5 |  |
|  | 0.45 | ≤ PEG2K-DMG < | 3.5 |  |
| '359 Patent, Claim 11 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 117 |
|  | 29.5 | ≤ Cholesterol < | 40.5 |  |
|  | 4.5 | ≤ DSPC < | 12.5 |  |
|  | 0.45 | ≤ PEG2K-DMG < | 3.5 |  |

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| Drug Product | | | |
|---|---|---|---|
| **Patent Claim** | **Lipid Molar Ratio Range [%]** | | **LDP Lot #** |
| '359 Patent, Claim 12 | 44.5 ≤ SM-102 < 65.5 | | Appendix 118 |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | 5.5 ≤ DSPC < 12.5 | | |
| | 0.45 ≤ PEG2K-DMG < 3.5 | | |
| '359 Patent, Claim 13 | 44.5 ≤ SM-102 < 65.5 | | Appendix 119 |
| | 29.5 ≤ Cholesterol < 35.5 | | |
| | 2.5 ≤ DSPC < 15.5 | | |
| | 0.45 ≤ PEG2K-DMG < 3.5 | | |
| '359 Patent, Claim 18 | 44.5 ≤ SM-102 < 65.5 | | Appendix 120 |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | 2.5 ≤ DSPC < 15.5 | | |
| | 0.5 ≤ PEG2K-DMG < 3.5 | | |
| '668 Patent, Claim 1 | 44.5 ≤ SM-102 < 65.5 | | Appendix 121 |
| | N/A ≤ Non-Cationic < 53.5 | | |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | N/A ≤ DSPC < N/A | | |
| | 0.45 ≤ PEG2K-DMG < 3.5 | | |
| '668 Patent, Claim 8 | 44.5 ≤ SM-102 < 60.5 | | Appendix 122 |
| | N/A ≤ Non-Cationic < 53.5 | | |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | N/A ≤ DSPC < N/A | | |
| | 0.45 ≤ PEG2K-DMG < 3.5 | | |
| '668 Patent, Claim 10 | 44.5 ≤ SM-102 < 65.5 | | Appendix 123 |
| | N/A ≤ Non-Cationic < 53.5 | | |
| | 29.5 ≤ Cholesterol < 35.5 | | |
| | N/A ≤ DSPC < N/A | | |
| | 0.45 ≤ PEG2K-DMG < 3.5 | | |
| '668 Patent, Claim 15 | 44.5 ≤ SM-102 < 65.5 | | Appendix 124 |
| | N/A ≤ Non-Cationic < 53.5 | | |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | N/A ≤ DSPC < N/A | | |
| | 0.5 ≤ PEG2K-DMG < 3.5 | | |
| '435 Patent, Claim 7 | 44.5 ≤ SM-102 < 85.5 | | Appendix 125 |
| | 12.5 ≤ Non-Cationic < 53.5 | | |
| | N/A ≤ Cholesterol < N/A | | |
| | 2.5 ≤ DSPC < 15.5 | | |
| | 0.45 ≤ PEG2K-DMG < 3.5 | | |
| '435 Patent, Claim 8 | 44.5 ≤ SM-102 < 85.5 | | Appendix 126 |
| | 12.5 ≤ Non-Cationic < 53.5 | | |
| | 29.5 ≤ Cholesterol < 40.5 | | |
| | N/A ≤ DSPC < N/A | | |
| | 0.45 ≤ PEG2K-DMG < 3.5 | | |

544

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

| Patent Claim | Lipid Molar Ratio Range | | | |
|---|---|---|---|---|
| '668 Patent, Claim 1 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 127 |
| | N/A | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 8 | 44.5 | ≤ SM-102 < | 60.5 | Appendix 128 |
| | N/A | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '668 Patent, Claim 15 | 44.5 | ≤ SM-102 < | 65.5 | Appendix 129 |
| | N/A | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.5 | ≤ PEG2K-DMG < | 2.5 | |
| '435 Patent, Claim 7 | 44.5 | ≤ SM-102 < | 85.5 | Appendix 130 |
| | 12.5 | ≤ Non-Cationic < | 53.5 | |
| | N/A | ≤ Cholesterol < | N/A | |
| | 2.5 | ≤ DSPC < | 15.5 | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |
| '435 Patent, Claim 8 | 44.5 | ≤ SM-102 < | 85.5 | Appendix 131 |
| | 12.5 | ≤ Non-Cationic < | 53.5 | |
| | 29.5 | ≤ Cholesterol < | 40.5 | |
| | N/A | ≤ DSPC < | N/A | |
| | 0.45 | ≤ PEG2K-DMG < | 2.5 | |

741.    Additionally, I have been asked by counsel to prepare a table listing on a claim-by-claim basis the lots that would infringe based on Moderna COA data under both a literal infringement analysis, *supra* Section XIII.F.1, or the doctrine-of-equivalents above, *supra* Sections XIII.F.2.a ("Cationic"), XIII.F.2.b ("Non-Cationic"), XIII.F.2.c ("Conjugated Lipid"), ¶ 740 (combined), and including my literal infringement analysis for the '651 patent, *supra* Section XII.F.  I have supplied this table in **Appendix 132**.  For the purpose of Appendix 132, I have applied each of my analyses under the doctrine of equivalents to all of the lipid molar ratios in all of the asserted claims of the Lipid Composition Patents, even if under my analysis the

545

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

above ranges would be the same as under a literal analysis. For example, my analysis under the doctrine of equivalents for the cationic lipid for claim 1 of the '378 patent would be the same as for literal infringement because claim 1 of the '378 does not contain a cationic lipid molar ratio range. Likewise, Appendix 132 also applies the combined doctrine-of-infringement analysis to claims that do not contain more than one limitation at issue and for which the combined doctrine-of-equivalents analysis would be same as the analysis for single limitation, such as for claim 1 of the '378 patent, for which I have only applied the doctrine of equivalents for the conjugated lipid.

### G. Serum Stability ('069 patent, claim 16)

742. Claim 16 of the '069 patent recites, "wherein the nucleic acid in the nucleic acid-lipid particle is not substantially degraded after incubation of the particle in serum at 37° C. for 30 minutes."

743. As I explain above, Moderna's documents make clear that the LNPs of the Accused Product protect the mRNA payload from degradation. *Supra* Section X.F; MRNA-GEN-00177803 at -805 ("Encapsulated mRNA is protected from nucleolytic degradation in biological fluids . . . ."). For example, Moderna's pharmacokinetic study using "an LNP of the same composition" indicated that the $T_{max}$ of the mRNA construct was 2 hours. MRNA-GEN-00089706 at -708 ("After a single IM dose in male rats, the time after dosing at which the maximum concentration was observed in plasma ($T_{max}$) was 2 hours for all constructs and was followed by a rapid elimination phase, with a half-life ($T_{1/2}$) estimated to range from 2.7 to 3.8 hours."). As such, it is my opinion that the mRNA in Moderna's Accused Product is not substantially degraded after incubation of the particle in serum at 37° C for 30 minutes.

744. In its interrogatory response regarding infringement of the Lipid Composition Patents, Moderna does not dispute that the Accused Product would infringe this limitation. *See*