# Exhibit 24

Case 1:22-cv-00252-JDW    Document 667-24    Filed 12/16/25    Page 1 of 7 PageID #: 51131

Case 1:22-cv-00252-JDW    Document 667-24    Filed 12/16/25    Page 2 of 7 PageID #: 51132

# moderna

> **DS-IND-0110:  MRNA-1273 LNP 2.5% PEG2000-DMG COMPARABILITY REPORT**

## 1.0    PURPOSE

ModernaTX, Inc. developed a robust manufacturing process and analytical comparability assessment strategy to support site and scale changes. Comparability is governed by protocol (refer to Section 3.2.S.2.6 {CX-024414} mRNA-1273 Master Comparability Protocol) which addresses comparability for CX-024414 mRNA, SM-102 LNP, and mRNA-1273 LNP as well as mRNA-1273 DP. Each material is assessed independently using a modular approach.

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████,  ███████████████████████████████████

████████████████████████. The goal of comparability is to demonstrate that the quality attributes of the pre-change and post-change materials are highly similar and that the existing knowledge is sufficiently predictive to ensure that any differences in quality attributes have no adverse impact upon safety or efficacy of the DP according to ICH Guideline Q5E: Comparability of Biotechnological/Biological Products Subject to Changes in Their Manufacturing Process. Analytical comparability of the process change was assessed by 1) release, 2) stability when available, and 3) extended characterization testing, against pre-defined acceptance criteria.

A consistent statistical approach was applied to assess comparability for all quantitative lot release results and selected extended characterization results. Statistical analysis included all representative lots manufactured to date to establish the expected analytical ranges. The main steps were:

1. Plot the results from each scale in order of manufacturing, with the two scales side-by-side. This plot provides a visual assessment of any trends or shifts in the results along with changes in variability.

2. Calculate a 95% confidence, 99% coverage tolerance interval using results from preliminary baseline with development and clinical supply, including Scale A PPQ lots.

   a. Assess the results against the statistical assumption of normality using a normal quantile plot prior to adopting the calculated interval.

   b. If the tolerance interval is wider than the specification limits or extended characterization acceptance criteria, which is a common occurrence for small initial data sets, the tighter set of limits will be applied.

3. Assess comparability by determining the percentage of post-change values that fall in the comparability range. Comparability is demonstrated if at least 99% of the new-scale results fall within the comparability range.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    MRNA-GEN-00192423

Case 1:22-cv-00252-JDW    Document 667-24    Filed 12/16/25    Page 3 of 7 PageID #: 51133

moderna

| DS-IND-0110:  MRNA-1273 LNP 2.5% PEG2000-DMG COMPARABILITY REPORT |

    a.    When one or more acceptance criteria are not met, investigate to determine if the initial- and new-scale product is comparable.

    b.    Since the assessment was performed for a large number of release and extended characterization tests, an occasional excursion beyond the comparability limit may occur due to random variation (the 1% of results which may fall beyond the limits). Any excursions beyond comparability limits was considered in the context of the full range of testing performed.

Please note that the comparability assessment for GMP batches encompasses the same evaluation as PPQ batches. This includes evaluation of all process parameters (PP) and IPCs including CPPs, and critical IPCs (CIPCs). For GMP batches, comparability reports include tables for CPPs, CIPCs, and select IPCs while all PPs and IPCs are reviewed during batch disposition.

## 2.0    INTERIM PROCESS AND ANALYTICAL DATA FOR MRNA-1273 LNP



Detailed descriptions of the manufacturing process, including the process flow diagram, are provided in Section 3.2.S.2.2. The manufacturing controls are defined in Section 3.2.S.2.4.

**Table 1:**    **mRNA-1273 LNP Process Performance Qualification Lots for 2.5% PEG2000-DMG**

| Train | Batch Identification | Lot Number | Date of Manufacturing |
|---|---|---|---|
| Train 1 | PPQ 1 | 5009221001 | 07Oct21 |

## 2.1    mRNA-1273 LNP Release Testing

Release testing of mRNA-1273 LNP was performed in accordance with the specifications defined in SPC-1501 and listed in Table 2 below. All results available to date conform to both the specification and comparability acceptance criteria. Release testing control charts were reviewed; all available parameters were well-controlled and met the acceptance criteria.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                            MRNA-GEN-00192424

Number: DS-IND-0110    Version: 1.0    Approved Date: 01 Dec 2021
mRNA-1273 2.5% PEG2000-DMG Comparability Report

## moderna

| DS-IND-0110:  MRNA-1273 LNP 2.5% PEG2000-DMG COMPARABILITY REPORT |

### Table 2:    mRNA-1273 LNP Critical Quality Attributes

| Attribute | Method | Specification Acceptance Criteria | Comparability Acceptance Criteria | 5009221001 Process Train 1 PPQ 1 2.5% PEG2000-DMG |
|---|---|---|---|---|
| Appearance | | | | |
| Identity | | | | |
| Total RNA Concentration | | | | |
| Purity | | | | |
| Product-related impurities | | | | |
| % RNA Encapsulation | | | | |
| Filtered Mean Particle Size | | | | |
| Polydispersity | | | | |
| Lipids Identification SM-102 Cholesterol DSPC PEG2000-DMG | | | | |
| Lipids Content SM-102 Cholesterol DSPC PEG2000-DMG | | 6.6 – 11.0 mg/mL 2.9 – 4.9 mg/mL 1.6 – 2.8 mg/mL 1.2 – 2.0 mg/mL | 6.6 – 10.8 mg/mL 2.9 – 4.74 mg/mL 1.6 – 2.8 mg/mL 1.2 – 2.0 mg/mL[1] | 8.3 3.7 2.3 1.4 |
| Lipid Impurity SM-102 Cholesterol DSPC PEG2000-DMG | | | | |
| pH | | | | |
| Osmolality | | | | |
| Bacterial Endotoxins | | | | |
| Bioburden | | | | |



Confidential

Page 3

Document Name: VV QuAde-0078  Page 3 of 6  dePhysi Version: 1.0

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-00192425



| DS-IND-0110: MRNA-1273 LNP 2.5% PEG2000-DMG COMPARABILITY REPORT |
| --- |

## 2.2    mRNA-1273 LNP Process Performance

████████████████████████████████████████████████████████

████████████    Microbial control monitoring was performed per the process microbial control strategy to confirm the process comparability and all results were within the criteria established in the mRNA-1273 LNP microbial control strategy (Section 3.2.S.2.4 {mRNA-1273 LNP}).

**Table 3:    mRNA-1273 LNP Critical Process Parameters**

| Attribute | Process Variable | Proven Acceptable Range | 5009221001 Process Train 1 PPQ 1 2.5% PEG2000-DMG |
| --- | --- | --- | --- |
| mRNA Preparation | ████ | ████ | ████ |
| Mixing | ████ | ████ | ████ |
| Mixing | ████ | ████ | ████ |

**Table 4:    mRNA-1273 LNP In-process Controls**

| Attribute | Sample Point | Acceptable Range | 5009221001 Process Train 1 PPQ 1 2..5% PEG2000-DMG | Classification |
| --- | --- | --- | --- | --- |
| mRNA Concentration | ████ | ████ | ████ | ████ |
| mRNA Purity | ████ | ████ | ████ | ████ |
| Lipid Content | ████ | ████ | ████ | ████ |
| Particle Size | ████ | ████ | ████ | ████ |
| Bioburden | ████ | ████ | ████ | ████ |
| Bacterial Endotoxins | ████ | ████ | ████ | ████ |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                         MRNA-GEN-00192426



> ### DS-IND-0110: MRNA-1273 LNP 2.5% PEG2000-DMG COMPARABILITY REPORT

## 2.3    mRNA-1273 LNP Extended Characterization

The extended analytical characterization was performed to establish expected ranges for comparability demonstration as summarized in Table 5. All available results conformed to the comparability expected range. Extended characterization testing control charts were reviewed; available parameters were well-controlled and within the expected ranges.

**Table 5:    mRNA-1273 LNP Extended Characterization**

| Product Attribute | Method | Reference | Description | Comparability Expected Range | 5009221001 Process Train 1 PPQ 1 2..5% PEG2000-DMG |
|---|---|---|---|---|---|
| mRNA Encapsulation | | SOP-1000 | mRNA encapsulation | > 84% | 96 % |
| LNP size distribution | | | | | |
| LNP size distribution | | | | | |
| Subvisible Particles counts and morphology | | | | | |
| Subvisible Particles | | | | | |
| LNP surface characterization | | | | | |
| LNP charge | | | | | |
| LNP charge distribution | | | | | |
| Protein expression | | | | | |

## 3.0    CONCLUSIONS

Document Number: VV-QDMS-007862 Effective Version: 1.0

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-00192427

Number: DS-IND-0110     Version: 1.0     Approved Date: 01 Dec 2021
mRNA-1273 2.5% PEG 2000 DMG Comparability Report

Document Approvals
Approved Date: 01 Dec 2021

| Approve<br>Verdict:  Approved | Huijuan Li,<br>(hli@modernatx.com)<br>Development<br>30-Nov-2021 15:14:15 GMT+0000 |
|---|---|

| Approve<br>Verdict:  Approved | Aaron Allen, Director MS&T<br>(aallen@modernatx.com)<br>Other Management Approval<br>30-Nov-2021 17:46:56 GMT+0000 |
|---|---|

| Approve<br>Verdict:  Approved | Paul Dawidczyk,<br>(PDawidczyk@modernatx.com)<br>Regulatory<br>01-Dec-2021 03:17:13 GMT+0000 |
|---|---|

| Approve<br>Verdict:  Approved | Alex Estrada,<br>(aestrada@modernatx.com)<br>Quality Assurance<br>01-Dec-2021 16:09:36 GMT+0000 |
|---|---|

| Approve<br>Verdict:  Approved | Joanie Wlochowski,<br>(JWlochowski@modernatx.com)<br>Quality Assurance<br>01-Dec-2021 19:55:54 GMT+0000 |
|---|---|

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
MRNA-GEN-00192428