# Exhibit 25

Case 1:22-cv-00252-JDW    Document 667-25    Filed 12/16/25    Page 2 of 11 PageID #: 51139

| moderna | Impact of PEG content on mRNA-1273 Drug Product Stability: Interim Stability Report for Protocol PD-PRO-0204 |
|---|---|
| **Document # PD-REP-0716** | **Process Development (Non-GMP)** |

### Test Article Details

| | | | | Lipids | Mole % |
|---|---|---|---|---|---|
| **Project:** | mRNA-1273 COVID-19 mRNA Vaccine | **Sequence ID (expected kDa)** | CX-024414/SQ-057188: ██████ | | |
| **Drug Product Label Claim: (mRNA)** | 0.20 mg/mL | | | | |
| **Target Total Lipid Concentration:** | ████████ | | | | |
| **Drug Product Lot:** | ████████ | | | | |
| **Storage Condition:** | -15 to -25 °C | | | | |
| **Drug Product Date of Manufacture (DOM)** | 04DEC2020 | **Lipid Composition** | | | |
| **Drug Product Site of Manufacture** | Moderna Therapeutics | | | | |
| **Fill Volume:** | 1.0 mL | | | SM-102 | See Table |
| | | | | Cholesterol | |
| **mRNA- Reference** | ████████ | | | DSPC | |
| | | | | PEG2000-DMG | |
| **Final Buffer Description** | 20 mM Tris, 4.3 mM Sodium Acetate, 87 g/L Sucrose, pH 7.5 | | | | |
| **Test Article Description:** | mRNA-1273 Drug Product supplied in a 2R vial containing 1.0 mL of approximately 0.20 mg/mL mRNA with a pH of approximately 7.5 formulated at varying PEG lipid levels | | | | |
| **Container Closure:** | Vial Type: 2R Ompi Vial, Type 1 Borosilicate<br>Stopper Type: 13-mm Serum NovaPure RP S10-F451 4432/50G Stopper<br>Seal Type: 13-mm Flip-Off TruEdge (6-B) 3767, Red Button | | | | |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    MRNA-GEN-02615528

Case 1:22-cv-00252-JDW   Document 667-25   Filed 12/16/25   Page 3 of 11 PageID #: 51140

| moderna | Impact of PEG content on mRNA-1273 Drug Product Stability: Interim Stability Report for Protocol PD-PRO-0204 |
|---|---|
| **Document # PD-REP-0716** | **Process Development (Non-GMP)** |

## 1.0   EXECUTIVE SUMMARY

This report summarizes the data obtained for study protocol PD-PRO-0204 investigating the impact of varying PEG2000-DMG lipid levels on mRNA-1273 drug product (DP) long-term stability. ███████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████

## 2.0   RESULTS

The study was executed according to PD-PRO-0204. At time of authoring this report, stability data up to 9 months was available for review. This report will be updated as more data becomes available. A summary of test article formulation and lipid composition is provided in **Table 1**. The product quality attributes of mRNA purity, mean particle size, and RNA encapsulation were tested on stability and are presented in **Figure 1**, **Figure 2**, and **Figure 3** respectively. The analytical results are summarized in the Appendix tables as well.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

| Table 1: Test Article Formulation and Lipid Composition Summary | | | | | | |
|---|---|---|---|---|---|---|
| **Lot** | **Formulation** | | **Lipid Composition** | | | |
| | **mRNA-1273 Concentration (mg/mL)** | **Total Lipid Concentration (mg/mL)** | **SM-102 (mol%)** | **Cholesterol (mol%)** | **DSPC (mol%)** | **PEG2000-DMG (mol%)** |
| ████ | ███ | ███ | ███ | ███ | ███ | ███ |

This copy of the document was retrieved from the system by Mike Aguilar on 14 Jun 2023   Page 2 of 10
Confidential and Proprietary.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-02615529



| moderna | Impact of PEG content on mRNA-1273 Drug Product Stability: Interim Stability Report for Protocol PD-PRO-0204 |
|---|---|
| Document # PD-REP-0716 | Process Development (Non-GMP) |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-02615530

Number: PD-REP-0716    Version: 1.0    Approved Date: 11 Nov 2021
Impact of PEG content on mRNA-1273 Drug Product Stability: Protocol PD-PRO-0204

Case 1:22-cv-00252-JDW    Document 667-25    Filed 12/16/25    Page 5 of 11 PageID #: 51142

|  moderna | Impact of PEG content on mRNA-1273 Drug Product Stability: Interim Stability Report for Protocol PD-PRO-0204 |
|---|---|
| Document # PD-REP-0716 | Process Development (Non-GMP) |



## 3.0    CONCLUSION

This copy of the document was retrieved from the system by Mike Aguilar on 14 Jun 2023        Page 4 of 10
Confidential and Proprietary.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    MRNA-GEN-02615531

| moderna | Impact of PEG content on mRNA-1273 Drug Product Stability: Interim Stability Report for Protocol PD-PRO-0204 |
|---|---|
| **Document # PD-REP-0716** | **Process Development (Non-GMP)** |

### 4.0     REVISION HISTORY

| Revision # | Change Details | Author(s) | Effective Date |
|---|---|---|---|
| 1 | New document | John Goldman | See Veeva |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                      MRNA-GEN-02615532

| moderna | Impact of PEG content on mRNA-1273 Drug Product Stability: Interim Stability Report for Protocol PD-PRO-0204 |
|---|---|
| **Document # PD-REP-0716** | **Process Development (Non-GMP)** |

| Appendix Table 1: PD-PRO-0204 Stability Summary at -20°C (Reference: DH-10403) | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | | | | | | | | | | | | | | | | | | | | | | | | |
| PEG2000-DMG Level | | | | | | | | | | | | | | | | | | | | | | | | |
| Storage Time (MTHs) | | | 0 | 1 | 3 | 6 | 9 | 0 | 1 | 3 | 6 | 9 | 0 | 1 | 3 | 6 | 9 | 0 | 1 | 3 | 6 | 9 | | |
| Test | | Method | Specification | Results | | | | | | | | | | | | | | | | | | | | |
| Appearance | | DPTM-0030 | White to off-white dispersion. May contain visible, white or translucent product-related particulates | Conforms | | | | | Conforms | | | | | Conforms | | | | | Conforms | | | | |
| Mean Particle Size | | DPTM-0012 | | | | | | | | | | | | | | | | | | | | | | |
| Polydispersity | | DPTM-0012 | | | | | | | | | | | | | | | | | | | | | | |
| %RNA Encapsulation | | DPTM-0073 | | | | | | | | | | | | | | | | | | | | | | |
| RNA Purity | Main Peak | DPTM-0124 | | | | | | | | | | | | | | | | | | | | | | |
| | RNA Fragments | | | | | | | | | | | | | | | | | | | | | | | |
| | RNA Lipid Adduct | | | | | | | | | | | | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-02615533

| moderna | Impact of PEG content on mRNA-1273 Drug Product Stability: Interim Stability Report for Protocol PD-PRO-0204 |
|---|---|
| **Document # PD-REP-0716** | **Process Development (Non-GMP)** |

| Appendix Table 2: PD-PRO-0204 Stability Summary at 5°C (Reference: DH-10403) | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lot** | | | | | | | | | | | | | | | | | | | | | | | |
| **PEG2000-DMG Level** | | | | | | | | | | | | | | | | | | | | | | | |
| **Storage Time (MTHs)** | | | 0 | 0.5 | 1 | 3 | 6 | 0 | 0.5 | 1 | 3 | 6 | 0 | 0.5 | 1 | 3 | 6 | 0 | 0.5 | 1 | 3 | 6 |
| **Test** | **Method** | **Specification** | **Results** | | | | | | | | | | | | | | | | | | | |
| Appearance | DPTM-0030 | White to off-white dispersion. May contain visible, white or translucent product-related particulates | Conforms | | | | | Conforms | | | | | Conforms | | | | | Conforms | | | | |
| Mean Particle Size | DPTM-0012 | | | | | | | | | | | | | | | | | | | | | |
| Polydispersity | DPTM-0012 | | | | | | | | | | | | | | | | | | | | | |
| %RNA Encapsulation | DPTM-0073 | | | | | | | | | | | | | | | | | | | | | |
| RNA Purity — Main Peak | DPTM-0124 | | | | | | | | | | | | | | | | | | | | | |
| RNA Purity — RNA Lipid Adduct | DPTM-0124 | | | | | | | | | | | | | | | | | | | | | |
| RNA Purity — RNA Fragments | DPTM-0124 | | | | | | | | | | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-02615534

| | | Impact of PEG content on mRNA-1273 Drug Product Stability: Interim Stability Report for Protocol PD-PRO-0204 |
|---|---|---|
| moderna | Document # PD-REP-0716 | Process Development (Non-GMP) |

**Appendix Table 3: PD-PRO-0204 Stability Summary at 25° C (Reference: DH-10403)**

| Test | | Method | Specification | 0 | 0.5 | 1 | 3 | 0 | 0.5 | 1 | 3 | 0 | 0.5 | 1 | 3 | 0 | 0.5 | 1 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | | | | | | | | | | | | | | | | | | | |
| PEG2000-DMG Level | | | | | | | | | | | | | | | | | | | |
| Storage Time (MTHs) | | | | 0 | 0.5 | 1 | 3 | 0 | 0.5 | 1 | 3 | 0 | 0.5 | 1 | 3 | 0 | 0.5 | 1 | 3 |
| Appearance | | DPTM-0030 | White to off-white dispersion. May contain visible, white or translucent product-related particulates | Conforms | | | | Conforms | | | | Conforms | | | | Conforms | | | |
| Mean Particle Size | | DPTM-0012 | | | | | | | | | | | | | | | | | |
| Polydispersity | | DPTM-0012 | | | | | | | | | | | | | | | | | |
| %RNA Encapsulation | | DPTM-0073 | | | | | | | | | | | | | | | | | |
| RNA Purity | Main Peak | DPTM-0124 | | | | | | | | | | | | | | | | | |
| | RNA Fragments | | | | | | | | | | | | | | | | | | |
| | RNA Lipid Adduct | | | | | | | | | | | | | | | | | | |

This copy of the document was retrieved from the system by Mike Aguilar on 14 Jun 2023    Page 8 of 10
Confidential and Proprietary.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    MRNA-GEN-02615535

Case 1:22-cv-00252-JDW    Document 667-25    Filed 12/16/25    Page 9 of 11 PageID #: 51146

Case 1:22-cv-00252-JDW     Document 667-25     Filed 12/16/25     Page 10 of 11 PageID #: 51147

Document Approvals
Approved Date: 11 Nov 2021

| | |
|---|---|
| Task: Approve<br>Verdict:  Approve content | Brian Doyle,<br>(bdoyle@modernatx.com)<br>Task complete<br>04-Nov-2021 18:46:21 GMT+0000 |

| | |
|---|---|
| Task: Approve<br>Verdict:  Approve content | Candice Chuang,<br>(cchuang@modernatx.com)<br>Task complete<br>08-Nov-2021 14:20:02 GMT+0000 |

| | |
|---|---|
| Task: Approve<br>Verdict:  Approve content | Kiera  Hohn,<br>(khohn@modernatx.com)<br>Task complete<br>09-Nov-2021 17:58:42 GMT+0000 |

| | |
|---|---|
| Task: Approve<br>Verdict:  Approve content | Michael Collier,<br>(mcollier@modernatx.com)<br>Task complete<br>09-Nov-2021 20:32:07 GMT+0000 |

| | |
|---|---|
| Task: Assess Outcome<br>Verdict:  Approve document | Johnathan Goldman,<br>(jgoldman@modernatx.com)<br>Task Complete<br>10-Nov-2021 14:20:07 GMT+0000 |

| | |
|---|---|
| Task: Data Verification<br>Verdict:  Data Verified | Candice Chuang,<br>(cchuang@modernatx.com)<br>Task Complete<br>10-Nov-2021 21:09:29 GMT+0000 |

This copy of the document was retrieved from the system by Mike Aguilar on 14 Jun 2023     Page 9 of 10
Confidential and Proprietary.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY     MRNA-GEN-02615536

Document Approvals

Approved Date: 11 Nov 2021

| | |
|---|---|
| Task: Final Approval<br>Verdict:  Approved | Alex Estrada,<br>(aestrada@modernatx.com)<br>Task completed<br>11-Nov-2021 19:21:07 GMT+0000 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    MRNA-GEN-02615537