# Exhibit 26



# mRNA-1647 Process Parameter Study

DPPS Meeting 09SEP2019

Confidential and Proprietary · © 2019 Moderna.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-00533651

# Lipid Composition: Target High Expression Increased Potency, EC50 and Emax

Analytics: HT-DPAD and ADOps
In vitro: Kamal Sandhu and
Sonal Shingare, Benchwork 3524

| Parameter | Control | Target High Expression |
|---|---|---|
| Batch | DH-00281 Seq 485 | DH-00273 |
| SM102 (%) | | |
| DSPC (%) | | |
| Cholesterol (%) | | |
| PEG-DMG (%) | | |
| Diameter | | |
| PDI | | |
| Coulter (#/mL) | | |
| Relative Potency (%) | | |
| Emax (% of control) | | |
| Ribostar %EE | | |



Confidential and Proprietary

moderna

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-00533662