# Exhibit 27

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | C.A. No. 22-252-MSG <br><br> **CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL BY PLAINTIFFS AND MODERNA – OUTSIDE COUNSEL EYES ONLY** |
| MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | |

## REPLY EXPERT REPORT OF DANIEL GRIFFITH ANDERSON

Dated: March 21, 2025

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

asserted claims of the '651 patent are invalid as anticipation or would have been obvious as discussed in my Opening Report.

60.      Additionally, Dr. Heyes did not inform the Examiner that by the time Dr. Heyes submitted these declarations in 2014 onwards, Dr. Heyes and his colleagues had already created formulations with low encapsulation levels (i.e. 30 to 40%) when initially using the methods disclosed in the '651 Patent with mRNA, which required hundreds of formulations to be developed to reach acceptable levels. Heyes Dep. Tr. 146–149, 164:10–166:22; Heyes Exhibit 16. Dr. Heyes also testified that he never submitted any head-to-head comparison of the prior art vs. the '651 Patent method to the Examiner. Heyes Dep. Tr. 163:11–164:12. I am not aware of any evidence that Dr. Heyes tried to optimize the prior art methods as he did when attempting to use the methods of the '651 Patent to encapsulate mRNA.

### b.      Encapsulation of mRNA

61.      Here I respond to Dr. Murthy's opinion in paragraph 340 of his report. Murthy Rep. ¶ 340 ("I disagree that each of the disclosures in the cited prior art on which Dr. Anderson relies are the same as or similar to the mRNA disclosures in the '651 patent. *See supra* ¶¶ 319-320. Further, Dr. Anderson ignores significant differences between the disclosures in the '651 patent and Saravolac '171, the Semple Article, and Semple '278."); *see also* Murthy Rep. ¶¶ 319–321. A POSA as of 2002 would have recognized mRNA as a type of RNA and as a type of nucleic acid. The table below shows mRNA/RNA disclosures of the four patents/publications:

24

Case 1:22-cv-00252-JDW    Document 667-27    Filed 12/16/25    Page 4 of 39 PageID #: 51155

| '651 Patent | Saravolac '171 | Semple Article | Semple '278 |
|---|---|---|---|
| 3:66-4:3 "RNA may be in the form of oligonucleotide RNA, tRNA (transfer RNA), snRNA (small nuclear RNA), rRNA (ribosomal RNA), mRNA (messenger RNA), antisense RNA, siRNA (small interfering RNA), ribozymes, chimeric sequences, or derivatives of these groups." | 10:64-11:2 "Plasmids which are useful for the instant compositions are typically nucleotide polymers which are to be administered to a subject for the purpose of repairing or enhancing the expression of a cellular protein. Accordingly, the nucleotide polymers can be polymers of nucleic acids including genomic DNA, cDNA, or mRNA." 18:65-19:1 "Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or MRNA sequences which code for therapeutically useful polypeptides." | p. 153: "[I]t would be expected that encapsulation of antisense ODN and other DNA- and RNA-based therapeutics in lipid vesicles would greatly reduce these concerns and improve the utility of these molecules without the need for chemical modification." p. 162: "Effective, systemic delivery systems for DNA and RNA are considered basic to the successful clinical application of gene-based drugs." p. 164: "Moreover, we believe that this type of delivery system will be broadly applicable to other DNA- and RNA-based therapeutic agents and that, by choosing an appropriate ionizable lipid, it will be possible to encapsulate a wide variety of charged compounds, including proteins, peptides, and other diagnostic and therapeutic agents." | 24:12-29: "While the invention is generally described and exemplified with regard to antisense oligonucleotides, other nucleic acids can be formulated and administered to a subject for the purpose of repairing or enhancing the expression of a cellular protein. […] Accordingly, the nucleic acids, or nucleotide polymers, can be polymers of nucleic acids including genomic DNA, cDNA, mRNA or oligonucleotides containing nucleic acid analogs, for example, the antisense derivatives described in a review by Stein, et al, Science 261:1004-1011 (1993) and in U.S. Patent Nos. 5,264,423 and 5,276,019, the disclosures of which are incorporated herein by reference." 31:6-8: "Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or mRNA sequences which code for therapeutically useful polypeptides" |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

62.    Dr. Murthy spends several paragraphs discussing characteristics of mRNA and differences between mRNA and other nucleic acids to argue that a POSA would have recognized that the prior art methods would not have achieved the lipid vesicle formulations claimed in the '651 Patent. Murthy Rep. ¶¶ 349–356. For example, Dr. Murthy argues that "the POSA would not have expected that the methods in the Semple Article and Semple '278 could be used to achieve the percentages of fully encapsulated mRNA claimed in the '651 patent" based on a step heating nucleic acid to 65°C. Murphy Rep. ¶ 352. However, Dr. Murthy does not cite evidence showing that incubating mRNA to 65°C for the times in Semple '278 and the Semple Article would have prohibited a lipid vesicle formulation comprising mRNA wherein at least 70% (or higher) of the mRNA in the formulation is fully encapsulated in the lipid vesicles. Likewise, Dr. Murthy argues that "the POSA would not have expected that the method described in Saravolac '171 could be practiced to achieve the levels of full encapsulation with mRNA claimed in the '651 patent without undue experimentation" because "the POSA would have understood that the success of that method in encapsulating pDNA was driven in large measure by the circular and condensed structure of pDNA," which would be different from mRNA. Murthy Rep. ¶ 353. Saravolac '171 itself teaches that an application is to provide intracellular delivery of mRNA. Saravolac '171 at 18:65-19:1 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or MRNA sequences which code for therapeutically useful polypeptides."). Additionally, a POSA knowing of these characteristics of mRNA prior to 2002 would have accounted for them in practicing the methods of the prior art. Thus, it would be even more likely that a POSA looking at the disclosures of Saravolac '171, Semple '278, and the Semple Article would have been able to practice the claims of the '651 Patent without undue experimentation.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

400 µg of nucleic acid per about 1 mg of lipid."), 16:57-62 ("Once the plasmid-lipid compositions have formed (typically as particles), any unencapsulated plasmid or empty liposomes can be removed by ion-exchange chromatography or gel filtration, respectively, and any empty liposomes can be removed by density gradient centrifugation using techniques which are well known in the art."). The claims of Saravolac '171 recite nucleic acid encapsulation of about 80 % followed by removal of "substantially all of the unencapsulated nucleic acids." Saravolac '171 at claim 1 ("1. A method of encapsulating a nucleic acid in a lipid bilayer carrier, said method comprising: (a) combining said nucleic acid with a lipid-detergent mixture, said lipid-detergent mixture comprising a lipid mixture of an aggregation-preventing agent in an amount of about 5 mol % to about 20 mol %, a cationic lipid in an amount of about 0.5 mol % to about 50 mol %, and a flisogenic [*sic*] lipid and a detergent, to provide a nucleic acid-lipid detergent mixture; and (b) dialyzing said nucleic acid-lipid-detergent mixture against a buffered salt solution to remove said detergent and to encapsulate said nucleic acid in a lipid bilayer carrier and provide a lipid bilayer-nucleic acid composition, wherein said buffered salt solution has an ionic strength sufficient to encapsulate of from about 40% to about 80% of said nucleic acid."), claim 2 ("2. The method in accordance with claim 1, further comprising (c) removing substantially all of the unencapsulated nucleic acids to provide a purified lipid bilayer-nucleic acid composition having from about 20 µg to about 400 µg of nucleic acid per about 1 mg of lipid.").

### 3.    The Prior Art Discloses Removal of Unencapsulated Nucleic Acid

70.    I disagree with Dr. Murthy that a POSA would not have understood the claims of the '651 Patent to allow for removal of unencapsulated nucleic acid. Murthy Rep. ¶¶ 360–368.

71.    Claims 1, 13, and 14 as construed by the Court recite:

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

| Claim as Written in the '651 Patent | Claim as Construed by the Court |
| --- | --- |
| 1. A lipid vesicle formulation comprising:<br><br>(a) a plurality of lipid vesicles, wherein each lipid vesicle comprises:<br><br>a cationic lipid;<br><br>an amphipathic lipid; and<br><br>a polyethyleneglycol (PEG)-lipid; and<br><br>(b) messenger RNA (mRNA), wherein **at least 70% of the mRNA in the formulation** is fully encapsulated in the lipid vesicles. | 1. A lipid vesicle formulation comprising:<br><br>(a) a plurality of lipid vesicles, wherein each lipid vesicle comprises:<br><br>a cationic lipid;<br><br>an amphipathic lipid; and<br><br>a polyethyleneglycol (PEG)-lipid; and<br><br>(b) messenger RNA (mRNA), wherein **at least 70% of the mRNA in the formulation** is fully, as distinct from partially, contained inside the lipid vesicles. |
| 13. The lipid vesicle formulation of claim 1, wherein **at least 80% of the mRNA in the formulation** is fully encapsulated in the lipid vesicles. | 13. The lipid vesicle formulation of claim 1, wherein **at least 80% of the mRNA in the formulation** is fully, as distinct from partially, contained inside the lipid vesicles. |
| 14. The lipid vesicle formulation of claim 1, wherein **about 90% of the mRNA in the formulation** is fully encapsulated in the lipid vesicles. | 14. The lipid vesicle formulation of claim 1, wherein **about 90% of the mRNA in the formulation** is fully, as distinct from partially, contained inside the lipid vesicles. |

72.    I agree with Dr. Murthy that a goal would be to "maximize the amount of payload that is protected inside the formed lipid vesicles." Murthy Rep. ¶ 362. One way to maximize the amount of nucleic acid payload in the formulation that is *encapsulated*, is to remove the nucleic acid in the formulation that is *unencapsulated*. Dr. Murthy argues that "[r]emoving unencapsulated nucleic acid does nothing to increase the amount of encapsulated payload." Murthy Rep. ¶ 362. But the claims of the '651 Patent are not directed to the *amount* of mRNA that is fully encapsulated, but a percentage of the mRNA in the formulation.

73.    Dr. Murthy, however, appears to interpret the claims of the '651 Patent contrary to the Court's construction, arguing that the claim terms refer to "encapsulation efficiency." Murthy

32

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Rep. ¶¶ 363–367. The Court considered evidence and concluded that "encapsulation efficiency" is not what is recited in the claims of the '651 Patent. Court's Claim Construction Opinion at 37 ("However, even if it is true that encapsulation efficiency must be measured using the fluorescent dye method described in the specification, the disputed term is not 'encapsulation efficiency' as used in the specification, but rather 'fully encapsulated' as used in the claim."). Dr. Murthy also misrepresents my positions in my Opening Report. Murthy Rep. ¶ 366.[9] Further, in my analysis I explained that to the extent that "fully encapsulated" is not indefinite, in my opinion, the prior art discloses these claim elements. *See, e.g.*, Op. Rep. ¶¶ 249, 290, 293, 317, 358, 361, 385, 425, 428, 447, 487, 490, 499.[10]

74.　　Additionally, Plaintiffs' documents show that the '651 Patent method *did* include removal of free nucleic acid. For example, the draft manuscript on the stepwise ethanol dilution ("lipomixer") method disclosed that the method included a dilution step and filter step, which increased encapsulation. *See, e.g.*, Jeffs Dep. Ex. 4 (GENV-00077755–785) at 762 ("After calibration, the Lipomixer was used to prepare SPLP by mixing the lipid and plasmid solutions giving a liposomal suspension in 45% ethanol ***with approximately 60% DNA encapsulation***. This mixed sample was then immediately diluted using 300 mM NaC1 with 20 mM citrate pH 6.0 heated to 37°C using the same configuration of the Lipomixer. This dilution step serves to stabilize the vesicles and increase DNA encapsulation. The diluted vesicles were then incubated at 37°C

---

[9]　As I stated in my Opening Report, in my analysis of claims that require mRNA/nucleic acid to be "fully encapsulated" in lipid vesicles or nucleic acid-lipid particles, I analyzed references for percent encapsulation. Op. Rep. ¶ 42.

[10]　I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "fully encapsulated" as described in the '651 Patent specification and as construed by the Court is indefinite.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**Comparison of Lipid particles encapsulating nucleic acids (Inex & Protiva)**

| Particle | Method of Manufacture | Payload | Lipid Composition | Physical Structure | Reference |
|---|---|---|---|---|---|
| SPLP | Detergent Dialysis | pCMVluc (5650 bp) & pCMVcat (4490 bp) plasmids | DOPE (84 mol%) DODAC (6 mol%) PEG-CerC$_{14}$ or PEG-CerC$_{20}$ (10 mol%) | Uni-lamellar particles 75 nm (DLS) Trapping Efficiency = 60-70% | Wheeler et al. (1999) Gene Therapy 6:271-281 |
| SALP | Lipid-film hydrated with aqueous buffer containing ODN and ethanol | Phosphorothiate ODN (15, 16 & 20 mers) | DSPC (25 mol%) Cholesterol (45 mol%) DODAP (20 mol%) PEG-CerC$_{14}$ (10 mol%) | Multi-lamellar particles 80-140 nm (DLS) Trapping efficiency up to 70% | Semple et al. (2001) Biochim. Biophys. Acta 1510:152-166 |
| SALP | Ethanol-Destabilized Cationic Liposomes | Phosphorothioate ODN (15, 16 & 20 mers) pCMVluc plasmid (5650 bp) | DSPC (20 mol%) Cholesterol (45 mol%) DODAP (25 mol%) PEG-CerC$_{14}$ (10 mol%) | Multi-lamellar particles 70-120 nm (DLS) Trapping efficiency ODN = 90% Trapping efficiency pDNA = 70% | Mauer et al. (2001) Biophys. J. 80:2310-2326/ |
| SPLP | Spontaneous vesicle formation by Stepwise ethanol dilution | pCMVluc plasmid (5650 bp) | DSPC (20 mol%) Cholesterol (55 mol%) DODMA (15 mol%) PEG-S-DSG (10 mol%) | Predominantly oligo/bi-lamellar vesicles, Unilamellar vesicles also seen. Size 100-150 nm (DLS) Trapping efficiency = 80-95% | Jeffs et al. (2005) Pharm Res. 22:362-72. |
| SNALP | Spontaneous vesicle formation by Sequential Stepwise ethanol dilution "SNALP I" | 21/21 mer siRNA | DSPC (20 mol%) Cholesterol (48 mol%) DLinDMA (30 mol%) PEG-C-DMA (2 mol%) | Predominantly oligo/bi-lamellar vesicles, Unilamellar vesicles also seen. Size 120-150 nm (DLS) Trapping efficiency = 85-95% | Judge et al. (2005) Nat. Biotech. 23:457-462. |
| SNALP "II" | Spontaneous vesicle formation by Direct ethanol dilution "SNALP II" | 21/21 mer & 21/23 mer siRNA | DSPC (10 or 20 mol%) Cholesterol (48 mol%) DLinDMA (30 or 40 mol%) PEG-C-DMA (2 mol%) | Predominantly oligo/bi-lamellar vesicles,. Size 70-95 nm (DLS) Trapping efficiency = 85-95% | Protiva Patent Application 020801-005300US Zimmerman et al (2006) 441:111-4. (Epub 2006 Mar 26.) |

ODN = oligodeoxynucleotides
DLS = Dynamic light scattering (for particle size analysis)

GENV-00089583–585 at 585 (annotated).

**C.     The Claims of the '651 Patent Are Would Have been Obvious In View of the Prior Art**

78.     As I stated in my Opening Report, asserted claims of the '651 Patent would have been obvious in view of the prior art. Op. Rep. §§ XI.A, XI.B.1, XI.B.2, XI.B.3, XI.B.4, XI.D. Having reviewed the reports from Plaintiffs' experts, my opinion has not changed. Here I respond to Dr. Murthy's report at Section IX.B on obviousness of the claims of the '651 Patent.

79.     I incorporate my discussion above for the '651 Patent into this section on obviousness. *Supra* §§ VII.A, VII.B.

**1.     mRNA Was Known in 2002**

80.     Dr. Murthy argues that a POSA reviewing the references I discussed "would not have seized upon these references to RNA or mRNA to find the motivation to fully encapsulate mRNA given that the examples and tested formulations in each reference are directed to nucleic

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

acids other than mRNA." Murthy Rep ¶ 378. Yet, Dr. Murthy states that a POSA would have been aware of mRNA and that the references I cited *did* disclose RNA and mRNA. Murthy Rep. ¶ 378 ("Of course, the POSA would have known that mRNA existed and recognized that some of Dr. Anderson's references mention mRNA."). I compared the mRNA/RNA disclosures of the '651 Patent and the prior art above and below. *See supra* § VII.B.1.b, ¶¶ 61–62, *infra* ¶ 81. Dr. Murthy points to characteristics of mRNA (e.g., that mRNA is degraded by RNAses, that "special precautions" should be used in laboratory settings when working with mRNA).[11] Murthy Rep. ¶ 382. Yet, if those "special precautions" were known to a POSA, the POSA could take them. Additionally, there are no disclosures in the '651 Patent about such "special precautions."

81.    As I discussed above (¶¶ 61–62), a POSA as of 2002 would have recognized mRNA as a type of RNA and as a type of nucleic acid. Additional prior art references I cited in my Opening Report disclosed RNA/mRNA:

| '651 Patent | Bischoff | Zhang '745 |
|---|---|---|
| 3:66-4:3 <br> "RNA may be in the form of oligonucleotide RNA, tRNA (transfer RNA), snRNA (small nuclear RNA), rRNA (ribosomal RNA), mRNA (messenger RNA), antisense RNA, siRNA (small interfering RNA), ribozymes, chimeric sequences, or derivatives of these groups." | 7:59–64: <br> "The nucleic acid which is complexed with the lipid suspension or cationic lipid may be a DNA or RNA molecule, which may be single or double stranded. The nucleic acid may be, inter alia, a genomic DNA, a cDNA, an mRNA, an antisense RNA, or a ribozyme." <br><br> 10:2–3: <br> "The nucleic acid component may also include mRNA." | 6:32–35: <br> "The polyanionic materials can be in the form of DNA or RNA which is linked to expression vectors to facilitate gene expression after entry into the cell." <br><br> 8:27–31: <br> "The nucleotide polymers can be single-stranded DNA or RNA, or double-stranded DNA or DNA-RNA hybrids. Examples of double-stranded DNA include structural genes, genes including control and termination regions, and self- |

---

[11]   Notably, Dr. Heyes's declarations submitted during the '651 Patent prosecution did not go into detail about "special precautions" for working with mRNA.

37

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

| '651 Patent | Bischoff | Zhang '745 |
| --- | --- | --- |
| | | replicating systems such as plasmid DNA." |
| | | 9:31–33: "Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or MRNA sequences which code for therapeutically useful polypeptides." |

82. Bischoff claimed methods for preparing lipid-nucleic acid complexes *or particles* "wherein the nucleic acid is selected from the group consisting of genomic DNA, cDNA, synthetic DNA, RNA, mRNA, ribozymes, antisense RNA and oligonucleotides." Bischoff claims 15, 29. I understand from counsel that U.S. patents are presumed enabled and have done so here.

> **2.  A POSA Would Have Looked to the Prior Art I Cited in My Opening Report and Had Reasonable Expectation of Success in Arriving at the Lipid Vesicle Formulations Claimed in the '651 Patent**

83. Dr. Murthy argues that a POSA in 2002 would not have started with at Saravolac '171, Semple '278, the Semple Article, or Bischoff if they were "motivated to fully encapsulate mRNA in a lipid formulation." Murthy Rep. ¶ 385. I disagree with Dr. Murthy's opinion. As I explained in my Opening Report and above, Saravolac '171, Semple '278, the Semple Article, and Bischoff disclose that their methods would have worked for mRNA/RNA. *See* §§ VII.B.1.b, VII.C.1. I understand that a POSA would have had access to all of the available information relating to the field of the patents, which includes Meulien '831, Martinon 1993, Malone 1989, as well as Saravolac '171, Semple '278, the Semple Article, and Bischoff.

84. All of these references (Saravolac '171, Semple '278, the Semple Article, Bischoff, Meulien '831, Martinon 1993, and Malone 1989) disclosed using lipids for delivery of nucleic acid

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

92.     As I explained in my Opening Report, a POSA would have been motivated to prepare formulations with high percentages of mRNA encapsulated in lipid vesicles. *See, e.g.*, Op. Rep. ¶ 449; Semple '278 at 11:27–29 ("High drug to lipid rations, high encapsulation efficiency, good nuclease resistance and serum stability and controllable particle size, generally less than 200 nm in diameter are desirable."); *see also* Heyes Dep. Tr. at 97:9–11 ("Obviously you would be motivated to achieve higher encapsulation if you -- if you could."), 96:17–97:25. Given the number of references that taught the removal of free nucleic acid and the number of references that taught the desirability of high encapsulation, a POSA would have been motivated to use the tools and methods available combined with the disclosures in Bischoff to achieve the lipid vesicle formulations of the '651 Patent claims. *See, e.g.*, Op. Rep. ¶¶ 450–452.

93.     Dr. Murthy also points to disclosure in Bischoff describing the method as a "simple mixing of component." Murthy Rep. ¶ 413. Yet, the process of the '651 Patent does not require preformed liposomes and also includes mixing of lipid and nucleic acid components. Murthy Rep. ¶¶ 99–100; '651 Patent at 7:47–63 ("After the solutions, e.g., lipid solution 120 and aqueous therapeutic agent (e.g., nucleic acid) solution 115, have been prepared, they are mixed together 130 using, for example, a peristaltic pump mixer. . . . Upon meeting and mixing of the solution flows in the mixing environment, lipid vesicles are substantially instantaneously formed. Lipid vesicles are formed when an organic solution including dissolved lipid and an aqueous solution (e.g., buffer) are simultaneously and continuously mixed.").

### 4.     A POSA Would Have Been Motivated to Remove Unencapsulated mRNA and Would Have Had A Reasonable Expectation of Success of Arriving at the '651 Patent Claims

94.     As I explained above, a POSA would have understood that removing unencapsulated or free mRNA would have led to an increased percentage of mRNA that is "fully encapsulated." *See supra* § VII.B.3 ¶¶ 70–75. The claims of the '651 Patent do not recite amount

43

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

or percent of mRNA starting material that ends up being encapsulated, but "wherein at least 70% / at least 80% / about 90% of the mRNA *in the formulation* is fully encapsulated in the lipid vesicles" (emphasis added).

95.    Dr. Murthy describes challenges associated with using ion-exchange chromatography to remove free mRNA. Murthy Rep. ¶¶ 426–435. However, the prior art did disclose using it as a method used to prepare lipid vesicle formulations comprising nucleic acid. *See, e.g.*, Murthy Rep. ¶ 434 (citing Saravolac '171, Semple '278, the Semple Article, and Zhang '745 as disclosing ion-exchange methods, along with my Opening Report). Likewise, even with any challenges presented by using gel filtration or size exclusion chromatography (Murthy Rep. ¶¶ 436–442), the prior art did disclose using it as part of methods to prepare lipid vesicle formulations comprising nucleic acid. *See, e.g.*, Murthy Rep. ¶ 436 (citing Saravolac '171, Wang 1995, Martinon 1993, Meulien '831 as disclosing gel size exclusion chromatography methods, along with my Opening Report). Plaintiffs' documents acknowledge that removal of free nucleic acid was a "required" step for some nucleic acid encapsulation methods:

Table 2. Nucleic Acid Encapsulation Methods

| Encapsulation Method | Vesicle Formation | Control of Particle Size | Free NA Removal | Empty Liposome Removal |
|---|---|---|---|---|
| A. Ethanol Drop – SALP (Inex/Tekmira, Semple Method) | Dropwise addition of lipid solution in ethanol to NA in buffer | Extrusion | Required | Not Required |
| B. Ethanol Destabilization (UBC/Inex/Tekmira) | Pre-formed (extruded) LUV's in ethanolic solution mixed with NA in buffer | Extrusion | Required | Not Required |
| C. Detergent Dialysis - SPLP (Protiva License, Wheeler Method) | Lipid solution in detergent mixed with NA in buffer | Dialysis | Required | Required |
| D. Ethanol Dilution – SNALP (Protiva) | Lipid solution in ethanol mixed with NA in buffer | Mixing | Not Required | Not Required |

GENV-00136872 at 880. Further, as I discussed above (§ VII.B.1.b, ¶¶ 61–62), the prior art disclosed that methods would work with mRNA/RNA to the same extent that the '651 Patent does.

96.    The '651 Patent itself discloses removal of free nucleic acid. '651 Patent at Figure 1, Table 1, 9:20–23 ("Turning back to FIG. 1, after the mixing step 130, the degree of therapeutic agent (e.g., nucleic acid) encapsulation can be enhanced if the lipid vesicle suspension is optionally

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

diluted 140 prior to removal of free plasmid."), 9:35–46 ("After the optional dilution step 140, about 70-80% or more of the therapeutic agent (e.g., nucleic acid) is entrapped within the lipid vesicle (e.g., SPLP) and the free therapeutic agent can be removed from the formulation 150. In certain aspects, anion exchange chromatography is used. Advantageously, the use of an anion exchange resin results in a high dynamic nucleic acid removal capacity, is capable of single use, may be pre-sterilized and validated, and is fully scaleable. In addition, the method preferably results in removal of free therapeutic agent (e.g., nucleic acid such as approximately 25% of total plasmid).").

### 5. A POSA Would Have Been Motivated to Combine Teachings and References Cited in My Opening Report with a Reasonable Expectation of Success

97. Here I respond to Dr. Murthy's additional opinions regarding '651 Patent Claims 4–7 and 11 and the references Saravolac '171 (Murthy Rep. § IX.B.7.a) and Bischoff (Murthy Rep. § IX.B.7.b). Claims 4–7 recite lipid vesicle formulations that further comprise sterol or cholesterol. Claim 11 recites a lipid vesicle formulation wherein the cationic lipid only carries a positive charge at below physiological pH.

#### a. '651 Patent Claims 4–7

98. As I explained above (§ VII.B.4, ¶¶ 76–77), Saravolac '171 teaches the addition of sterols with lipids. Op. Rep. ¶¶ 265–268 (analysis of '651 Patent claim 4 with Saravolac '171); *see also, e.g.*, Saravolac '171 at 8:55–57 ("Additionally, the amphipathic lipids described above may be mixed with other lipids including triglycerides and sterols.").

99. Adler-Moore 2002 taught that the cholesterol added stability to the lipid vesicle and its use in an FDA-approved liposome product. *See, e.g.*, Op. Rep. ¶ 271; Adler-Moore 2002 at 22 ("liposomes formulated to act as drug carriers that are stable under physiological conditions should be prepared from phospholipids with $T_c$s above 37°C, and should have a high molar fraction of

45

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

a four-component nucleic acid-lipid formulation. *See, e.g.*, MacLachlan '189 at [0351] ("A '2:40:10' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 10:48:2:40% molar composition) SNALP formulation was prepared . . . ."); Zimmerman 2006 at 113 ("The SNALP formulation contained the lipids 3-*N*-[($\omega$-methoxypoly(ethylene glycol)$_{2000}$)carbamoyl]-1,2-dimyristyloxy-propylamine (PEG-C-DMA), 1,2-dilinoleyloxy-*N,N*-dimethyl-3-aimopropane (DLinDMA), l,2-distearoyl-*sn*-glycero-3-phosphocholine (DSPC) and cholesterol, in a 2:40:10:48 molar per cent ratio."); Thomas 2007 at 126 ("The lipid formulation in this case contained the lipids 3-*N*-[($\omega$-methoxypoly(ethylene glycol)$_{2000}$)carbamoyl]-1,2-dimyristyloxy-propylamine (PEG-C-DMA), 1,2-dilinoleyloxy-*N,N*-dimethyl-3-aimopropane (DLinDMA), l,2-distearoyl-*sn*-glycero-3-phosphocholine (DSPC) and cholesterol, in a 2:40:10:48 molar ratio."); '069 Patent at Table 4.

142.    Dr. Murthy states that a POSA would have assumed the prior art formulations L051 (from Chen '554) and 2:40 (from MacLachlan '189 and other references) had "desirable characteristics" because they had already been selected for *in vivo* use. Murthy Rep. ¶ 1359 ("First, at least with respect to the formulations that had been used to make compositions administered *in vivo* (i.e., the 2:40 and L051), the POSA would have assumed that those compositions had already been selected for *in vivo* use because of their desirable characteristics—as such, the POSA would have assumed that any further changes to those formulations would be likely to *worsen* their performance."). This would make these formulations desirable starting points for optimization. Both of these formulations were 4-component nucleic acid-lipid formulations with the same categories of lipids. L051 formulation comprises cationic lipid, phospholipid, cholesterol, and PEG-conjugated lipid in the molar ratio of 48:40:10:2. *See, e.g.*, Chen '554 at [0090] ("In one embodiment, the molar ratio of CLinDMA:DSPC:cholesterol:PEG-DMG are 48:40:10:2 respectively, this composition is generally referred to herein as formulation L051."), Table IV. The

67

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

2:40 formulation cationic lipid, phospholipid, cholesterol, and PEG-conjugated lipid in the molar ratio of 40:10:48:2. *See, e.g.*, MacLachlan '189 at [0351] ("A '2:40:10' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 10:48:2:40% molar composition) SNALP formulation was prepared . . . ."). The prior art taught that the 2:40 formulation had been used in non-human primates. *See, e.g.*, Zimmermann 2006 at 113 ("Our study highlights the potential for therapeutic gene silencing using systemic RNAi in non-human primates. A single, low dose of A.POB--specific siRNA resulted in rapid and lasting RNAi-mediated gene silencing, with associated and profound phenotypic changes."). The prior art also taught that further work may be needed for the formulation. *See, e.g.*, Zimmermann 2006 at 113 ("The study was limited by the premature termination of the protocol after 11 days, which prevented full evaluation of the time course for RNAi--mediated effects. Although further optimization of treatment regimen and safety profile characterization may be required, our data suggest that systemic delivery of siRNAs for targeting hepatocyte-specific genes in a higher species is possible.").

143.    Because the mole percentages of lipids in a formulation must total 100 mol %, there are a finite number of solutions in generating a formulation. The prior art taught that nucleic acid-lipid particles could form using a variety of lipids and molar ratios of lipids. *See, e.g.*, *infra* § VIII.D. Choosing between different molar ratios of lipid components would thus be a matter of design choice for a POSA looking to generate a nucleic acid-lipid particle.

### D.    The Prior Art Taught Experimenting with Lipid Molar Ratios Through Routine Experimentation

144.    Dr. Murthy argues that a POSA would not have been motivated to try altering lipid molar ratios in 2008 and that such a search was not routine experimentation. Murthy Rep. ¶ 828 ("However, even if the POSA were motivated to narrow the scope of potential starting points as Dr. Anderson suggests, I disagree that the POSA would have been motivated to change the lipid

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

molar ratios in those formulations."), ¶ 841 ("I disagree that Dr. Anderson has demonstrated that the POSA would have been motivated to modify any existing lipid particle formulations by adjusting the lipid ratios of those formulations. However, to the extent the POSA would have been so motivated, I disagree that any such work would have constituted routine experimentation."); *see also id.* §§ XII.F, XII.G. I disagree. *See also* Op. Rep. § XII.

145.    The prior art taught modification of lipid molar ratios. Chen '554 and Jadhav '218 both demonstrate that people in the field generated multiple lipid formulations with different molar ratios and components. *See, e.g.*, Chen '554 at Table IV; Jadhav '218 at Table IV; MacLachlan '189 at [0295] ("A '2:30:20' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 20:48:2:30% molar composition) SNALP formulation was prepared using a Direct Dilution process."), [0311] ("Similarly, '5:30:20' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA:DODAC, 20:45:5:30% molar composition), a '2:30:20 DODMA' (DSPC:Cholesterol:PEG-C-DMA:DODMA, 20:48:2:30% molar composition) and a '2:30:10' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 10:58:2:30% molar composition) SNALP formulations were prepared."); [0327] ("2:30:20 DOPE" (DOPE:Cholesterol:PEG-C-DMA:DLinDMA, 20:48:2:30% molar composition), "2:30:20 DSPE" (DSPE:Cholesterol:PEG-C-DMA:DLinDMA, 20:48:2:30% molar composition) and "2:30:20 DPPE" (DPPE:Cholesterol:PEG-C-DMA:DLinDMA, 20:48:2:30% molar composition) SNALP formulations were prepared using a Direct Dilution process."), [0351] ("A '2:40:10' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 10:48:2:40% molar composition) SNALP formulation was prepared using a Direct Dilution process."); '651 Patent at 7:3–9 ("In certain aspects, the liposome formulation (e.g., SPLP formulation) of the present invention includes four lipid components: a phospholipid; cholesterol; a PEG-lipid; and a cationic lipid. In one preferred aspect, the phospholipid is DSPC, the PEG-lipid is PEG-DSG and the cationic lipid

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

is DODMA. In one preferred aspect, the molar composition is about 20:45:10:25 DSPC:Chol:PEG-DSG:DODMA."); Semple Article at 158 ("The optimal DODAP concentration for formulation was determined in DSPC/CH/DODAP/PEGCerC$_{14}$ vesicles in the presence of 40% ethanol, 2 mg/ml ODN and 10 mg/ml total lipid. The mol% DODAP in the formulation was varied at the expense of DSPC."). Dr. Murthy points to my citation of the Joshi patent from my Opening Report as teaching multiple ways to modify existing lipid particle formulations. Murthy Rep. ¶ 838: Joshi at 26:24–46 ("Having been taught the various lipid-plasmid particle formulations suitable for systemic delivery in this example, it would be obvious to one skilled in the art to modify them, for example, for improved plasmid delivery and/or intracellular expression using one or more possible variations. Variations of the following type are suggested: percentage of PEG-lipid; size of PEG; length of hydrophobic (anchor) chain; pH sensitive PEG-lipids; replacement of PEG by ATTA (disclosed in U.S. patent application Ser. No. 60/073852, filed Dec. 2, 1997 bearing TTC Attorney Docket No. 16303-005810, which is assigned to the assignee of the instant invention and incorporated herein by reference); addition of membrane modifying lipids, such as cholesterol or DOPE; use of alternative cationic lipids, such as DMRIE, DOTAP, DOTMA, DODMA, AL-1, etc.; use of fusogenic components, such as pH sensitive lipids, peptides (EALA) SEQ ID NO:2 polymers (PEAA); use of targeting agents; use of DNA condensing peptides (i.e., polylysine or spermine) or polymers (i.e., PEI); use of negatively charged lipids, such as phosphatidylserine; or use of alternative PEG-lipid linkers, such as SPDPs or PDPH (disclosed in U.S. patent application Ser. No. 08/536,584, which is assigned to assignee of the instant invention)."). Dr. Murthy agrees that this passage teaches modifying the ratio of lipid components was a variable to alter in a lipid particle formulation. Murthy Rep. ¶ 838. I understand

70

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

from counsel that all of the disclosures of a prior art reference must be evaluated for all they teach a POSA.

146.    The prior art also demonstrates that a POSA could make multiple modifications to optimize lipid molar ratios. Semple '278 tested multiple lipid-nucleic acid formulations *in vivo* in mouse models. *See, e.g.*, Semple '278 at Example 4, 41:8–10 ("This example illustrates the clearance pharmacokinetics, biodistribution and biological activity of an encapsulated murine ICAM-1 phosphorothioate antisense 10 oligodeoxynucleotide."), 41:15–18 ("Liposomal formulations were composed of X:CHOL:DODAP:PEG-CerC14 (25:45:20:10), where X represents either distearoylphosphatidylcholine (DSPC), sphingomyelin (SM), or palmitoyloleoylphosphatidylcholine (POPC)."), 64:2–7 ("As discussed above, the present invention provides methods of preparing lipid-encapsulated therapeutic agent (nucleic acid) compositions in which the therapeutic agent (nucleic acid) portion is encapsulated in large unilamellar vesicles at a very high efficiency. Additionally, the invention provides compositions prepared by the method, as well as methods of introducing therapeutic agents (nucleic acids) into cells. The compositions are surprisingly efficient in transfecting cells, both in vivo and in vitro."), Figures 9–14.

| Formu-lation | DSPC (mol%) | Chol (mol%) | DODAP (mol%) | Steric Barrier Derivatized Lipid (name: mol%) | Antisense (EGF-R 2mg/ml) |
|---|---|---|---|---|---|
| 1 | 55 | 45 | Nil | Nil | Empty |
| 2 | 50 | 45 | Nil | ATTA8-DSPE : 5 | Empty |
| 3 | 50 | 45 | Nil | ATTA8-DSPE : 5 | AS |
| 4 | 20 | 45 | 30 | ATTA8-DSPE : 5 | AS |
| 5 | 20 | 45 | 30 | PEG-DSPE : 5 | AS |
| 6 | 25 | 45 | 25 | PEG-CerC14 : 5 | Empty |
| 7 | 25 | 45 | 25 | PEG-CerC14 : 5 | AS |
| 8 | 25 | 45 | 25 | PEG-CerC20 : 5 | Empty |
| 9 | 25 | 45 | 25 | PEG-CerC20 : 5 | AS |

Semple '278 at 48.

71

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

| Formulation | DSPC (mol%) | Chol (mol%) | DODAP (mol%) | Steric Barrier Derivatized Lipid (name: mol%) | Antisense (c-myc 2mg/ml) |
|---|---|---|---|---|---|
| HBS Buffer | | | | | Empty |
| AS4200 (c-myc) | 25 | 45 | 25 | PEG-CerC14 : 5 | LR-3280 |
| AS4204 (c-myc) | 25 | 45 | 25 | PEG-CerC20 : 5 | LR-3280 |
| AS4204 (c-myc SCR) | 25 | 45 | 25 | PEG-CerC20 : 5 | c-myc SCR |
| AS4204 (PS-2302) | 25 | 45 | 25 | PEG-CerC20 : 5 | PS-2302 |
| AS4204(PS-3082) | 25 | 45 | 25 | PEG-CerC20 : 5 | PS-3208 |
| c-myc c-myc SCR PS-2302 PS-3082 | | | | | LR-3280 c-myc SCR PS-2302 PS-3082 |
| AS4200 (no antisense) | 25 | 45 | 25 | PEG-CerC14 : 5 | Empty |
| AS4204 (no antisense) | 25 | 45 | 25 | PEG-CerC20 : 5 | Empty |

Semple '278 at 51; *see also* Semple Article at 162, Figure 8 ("The influence of surface charge and presence of a steric polymer surface coating on the circulation of SALP was evaluated upon i.v. administration in ICR mice. Formulations contained 3H-labeled mICAM ODN and were administered at ODN doses of 15 mg/kg and approximate lipid doses of 100 mg/kg body weight. Formulations evaluated were: DSPC/CH/DODAP/PEG-CerC20 (8), DSPC/CH/DODAP/PEG-CerC14 (O), DSPC/CH/DODAC/PEG-CerC20 (■), DSPC/CH/DODAC/PEG-CerC14 ( □ ), DODAC/dioleoylphosphatidylethanolamine (DOPE) (1/1 )/ODN complexes (♦), and free ODN (A.). Except where indicated, the lipid ratios were 20/45/25/10 (mol/mol/mol/mol).").

147.    Semple '278, published in 1998, disclosed that it provided compositions that were "improved lipid-therapeutic oligonucleotide compositions which are suitable for therapeutic use," preferably that are "protected from degradation and clearance in serum." Semple '278 at ("What is needed in the art are improved lipid-therapeutic oligonucleotide compositions which are suitable

72

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

for therapeutic use. Preferably these compositions would encapsulate nucleic acids with high-efficiency, have high drug:lipid ratios, be encapsulated and protected from degradation and clearance in serum, and/or be suitable for systemic delivery. The present invention provides such compositions, methods of making the compositions and methods of introducing nucleic acids into cells using the compositions and methods of treating diseases."). Chen '554, published in 2006, disclosed that there was still a need for serum stable delivery agents that increase efficiency of delivery. Chen '554 at [0014]–[0015] ("[T]here remains a need to design delivery agents that are serum stable, i.e. stable in circulation, that can undergo structural transformation, for example from lamellar phase to inverse hexagonal phase, under biological conditions. The present application provides compounds, compositions and methods for significantly improving the efficiency of systemic and local delivery of biologically active molecules. Among other things, the present application provides compounds, compositions and methods for making and using novel delivery agents that are stable in circulation and undergo structural changes under appropriate physiological conditions (e.g., pH) which increase the efficiency of delivery of biologically active molecules.").

148.    The Molar Ratio Patents disclose that they sought to achieve "novel and more efficient methods and compositions." '069 Patent at 2:55–61 ("Thus, there remains a strong need in the art for novel and more efficient methods and compositions for introducing nucleic acids such as siRNA into cells. In addition, there is a need in the art for methods of downregulating the expression of genes of interest to treat or prevent diseases and disorders such as cancer and atherosclerosis. The present invention addresses these and other needs.").

149.    Dr. Murthy argues that "in 2008 and before, practitioners in the field did not routinely engage in large-scale formulation screening." Murthy Rep. ¶ 846. Yet, Dr. Murthy also pointed to the Green 2008 publication, which used "a combinatorial polymer library approach" for

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

testing polymers for introducing nucleic acid into cells. Green 2008 at Abstract, 751, 757 ("We have used high-throughput synthesis and screening techniques to create large libraries of structurally unique PBAEs [Poly(β)-amino esters)] for gene delivery."). Dr. Murthy also cites my paper Akinc 2008, where we made over 1000 new lipid-like materials and evaluated RNA formulations *in vitro* and *in vivo*.

150.    The prior art also taught testing multiple nucleic acid-lipid formulations when doing individual studies, varying amounts of different lipid components. *See, e.g.*, Semple '278 at 41, 51 (*supra* ¶ 146); WO '152[21] at 38–40:

$C_1$ - $C_5$ formulations:

|       | Cationic lipid [mol%] | DPhyPE [mol%] | DSPE-PEG [mol%] |
|-------|----------------------|---------------|-----------------|
| $C_1$ | 49                   | 50 mol%       | 1               |
| $C_2$ | 48                   | 50 mol%       | 2               |
| $C_3$ | 47                   | 50 mol%       | 3               |
| $C_4$ | 46                   | 50 mol%       | 4               |
| $C_5$ | 45                   | 50 mol%       | 5               |

$H_1$ – $H_5$ formulations:

|       | Cationic lipid [mol%] | DPhyPE [mol%] | DSPE-PEG [mol%] |
|-------|----------------------|---------------|-----------------|
| $H_1$ | 50 mol%              | 49            | 1               |
| $H_2$ | 50 mol%              | 48            | 2               |
| $H_3$ | 50 mol%              | 47            | 3               |
| $H_4$ | 50 mol%              | 46            | 4               |
| $H_5$ | 50 mol%              | 45            | 5               |

---

[21]   WO 2005/105152, published November 10, 2005. MRNA-GEN-0224417–519.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Dr. Murthy also recognized the number of formulations presented by Chen '554 and Jadhav '218. Murthy Rep. ¶ 817 ("[T]he POSA reviewing Chen '554 and Jadhav '218 would have recognized that those references disclosed dozens of target formulations for lipid particles, including numerous such formulations with four (and five) lipid components.").

151.    Optimizing a lipid formulation was routine as of 2008, including changing the lipid molar ratio. A POSA could simply run a formulation screening study by choosing the parameters to optimize, such as encapsulation or stability or *in vitro*/*in vivo* outcomes, design a reasonable number of lipid formulations, and then alter the concentration of each lipid component to determine the effect of those changes on the desired outcome. For example, Dr. Murthy discusses publication on which I am named author, Akinc 2009.[22] Murthy Rep. ¶ 824. In that study, we developed lipid components to delivery RNA *in vivo*. Akinc 2009 at 873 ("With typical literature values for molar ratios of cholesterol (30-50%) and PEG lipid (5-10%) as a starting point, we optimized the lipid composition to achieve a robust formulation with good *in vivo* activity."), 873 ("Specific parameters that we investigated included formulation composition, nature of particle PEGylation, degree of siRNA loading, and particle size."), 877 ("Various compositions were tested for *in vivo* efficacy and the optimal composition of $98N_{12}$-5(1):cholesterol:PEG-lipid = 42:48:10 (mol:mol:mol) was selected."). This is further supported by Plaintiffs' internal documents showing that a factorial design approach was known in the art. GENV-00172523 at 523 (April 28, 2005 "2:30 SNALP Process Development:: A Factorial Design Approach"), 525 ("The Factorial Design Approach"), 525 ("Controlled Comparative Multi-factor Experiments (aka

---

[22]    Akinc A, Goldberg M, Qin J, Dorkin JR, Gamba-Vitalo C, Maier M, Jayaprakash KN, Jayaraman M, Rajeev KG, Manoharan M, Koteliansky V, Röhl I, Leshchiner ES, Langer R, Anderson DG, *Development of lipidoid-siRNA formulations for systemic delivery to the liver*, Mol Ther. (2009) 17(5):872-9. ("Akinc 2009"). GENV-01082044–051.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

'Designed Experiments') have been known since 1926 when mathematician and geneticist, Sir Ronald A. Fisher published the first journal article on these concepts."), 525 ("Pharmaceutical companies in particular have historically used carefully designed experiments in both clinical and animal studies."). Indeed, a design of experiments approach is a basic approach to scientific research that a POSA would be capable of performing.

152.    Plaintiffs' documents show that the 1:57 formulation that is disclosed in the Molar Ratio Patents was developed from the 2:40 formulation in the prior art. *See* GENV-00126198–353 at 198 ("I've attached several comprehensive presentations and some relevant in vivo study reports to show the development of the 1:57 composition from the original 2:40 formulation."). Slides show that in order to go through the 2:40 formulation to the 1:57 formulation, plaintiffs used the same weight of cationic lipid in both formulations, and halved the weights of the PEG-conjugated lipid, phospholipid (DPPC) and cholesterol:

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



GENV-00126198–353 at 299 (annotated). Using those weights of lipid resulted in the molar ratios used to describe the formulations. *See also* Op. Rep. ¶ 990.

### E.    A POSA Would Have Been Motivated to Try the Claimed Lipid Molar Percentages Based on Disclosures in the Prior Art

153.    Here I respond to Dr. Murthy's arguments that the ranges I cited in my Opening Report do not render asserted claims of the Molar Ratio Patents obvious or that a POSA would not have been motivated to use claimed ranges. Murthy Rep. §§ XII.H, XII.I. I have considered his opinions and the evidence he cited, but my opinions have not changed.

154.    In general, Dr. Murthy takes the position that because there were a variety of teachings in the art about how many different lipids, how many different amounts of lipids, and combinations of lipids, that it would be virtually impossible for the claims to be obvious. I disagree.

77

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

The breadth of disclosure in the prior art taught that many different lipid ratios could be used and still form nucleic acid-lipid particles.

155.    As stated in my Opening Report, I understand that there is a presumption of obviousness when ranges in the prior art touch or overlap with ranges claimed in the asserted claims. *See, e.g.*, Op. Rep. ¶¶ 28, 972–991.

### 1.    The Prior Art Taught Lipid Components in Ranges Overlapping Ranges in Asserted Claims and Optimization Was Expected

156.    In my opinion, the ranges of lipid components disclosed in the prior art were not so broad as to discourage a POSA from optimizing.

157.    As I discussed above (§ VIII.D) the prior art demonstrated optimization of lipid content in nucleic acid formulations. The Molar Ratio Patents also acknowledge that a POSA could adjust the proportions of the lipid components based on ordinary skill. '069 Patent at 49:63–67 ("It will be readily apparent to one of skill in the art that depending on the intended use of the particles, the proportions of the components can be varied and the delivery efficiency of a particular formulation can be measured using, e.g., an endosomal release parameter (ERP) assay."), 57:24–27 ("One of ordinary skill in the art will appreciate that the concentration of the lipid conjugate can be varied depending on the lipid conjugate employed and the rate at which the nucleic acid-lipid particle is to become fusogenic."). . As an example contemporaneous with the Molar Ratio Patents, Akinc 2009 describes the optimization of a formulation based on a novel lipidoid. *See, e.g.*, Akinc 2009 at 873 ("The three-component delivery system was based on the novel lipidoid $98N_{12}-5(1)$ and also included cholesterol and the poly(ethylene glycol) (PEG) lipid mPEG2000-C14 glyceride (Figure 1). We selected these additional excipients as they have a history of use in the formation of stable nanoscale lipid particles."), 873 ("Specific parameters that we investigated included formulation composition, nature of particle PEGylation, degree of siRNA loading, and

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

particle size. We then investigated key attributes—biophysical characteristics, formulation stability, pharmacokinetics, biodistribution, and ability to maintain activity upon repeat administration-of the optimized formulation to assess pharmaceutical suitability of the formulation.").

### a.  Cationic Lipid

158.     The prior art taught using 50 mol % and higher in nucleic acid-lipid particles. *See, e.g.*, Chen '554 at Table IV (formulations L054, L109 with four lipid components and 50 mol % cationic lipid; formulations L060, L061, L098–L103, L105–108, L110–L117 with three lipid components and 52 or 67 mol % cationic lipid); Jadhav '218 at Table IV (formulations L054, L109, L209, L219 with four lipid components and 50 mol % cationic lipid; formulations L060, L061, L098–L103, L105–108, L110–L117, L122, L131, L132, L210–L217, L222–240 with three lipid components and 52 or 67 mol % cationic lipid). The three lipid component formulations L060 and L061 with 52 mol % cationic lipid were also tested in a mouse model. *See, e.g.*, Chen '554 at Figure 29, [0408] ("FIG. 29 shows a non-limiting example of the activity of systemically administered siNA L077, L069, L080, L082, L083, L060, L061, and L051 (Table IV) nanoparticles in an HBV mouse model."). Dr. Murthy argues that data in Chen '554 show that three-component formulations outperform four-component formulations. Murthy Rep. ¶¶ 788–794 (summarizing data shown for L054, L097, and L098 formulations shown in Chen '554 Figs. 29, 35, 37, 39, and Table IV). Dr. Murthy's conclusion that L098 performs better than L054 could also have been driven by the higher mole percent of cationic lipid present in L098 compared to L054. *See, e.g.*, Chen '554 at Table IV (L054 = DMOBA/DSPC/Chol/PEG-n-DMGat 50/20/28/2; L098 = DMOBA/Cholesterol/2KPEG-DMG, 52/45/3).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

159.    Chen '554 Figure 16 demonstrates that Formulation L054, a four-component siRNA formulation with 50% cationic lipid, was efficacious *in vitro* in reducing Hepatitis B surface antigen ("HBsAg") levels in a model cell line:



FIGURE 16: In vitro Analysis of siNA Formulation L053 and L054 activity in HBV Expressing Hep G2 Cells

Chen '554 Figure 16, [0395] ("FIG. 16 shows a non-limiting example of in vitro efficacy of siNA nanoparticles in reducing HBsAg levels in HepG2 cells. Active chemically modified siNA molecules were designed to target HBV site 263 RNA (siNA sequences are shown in FIG. 14). The figure shows the level of HBsAg in cells treated with formulated active siNA L053 and L054 nanoparticles (see Table IV) compared to untreated or negative control treated cells. A dose dependent reduction in HBsAg levels was observed in the active siNA treated cells, while no reduction is observed in the negative control treated cells."), Table IV (L053 = DMOBA/DSPC/Chol/PEG-n-DMG, 30/20/48/2; L054 = DMOBA/DSPC/Chol/PEG-n-DMG, 50/20/28/2); *see also* Fig. 21, [0400]. Rather than teaching away from a lipid amount or

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

composition, this data demonstrates that a four-component lipid formulation comprising nucleic acid was able to function in a cell line study.

160.    Dr. Murthy also concludes that the L051 formulation "demonstrated greater efficacy than L054." Murthy Rep. ¶¶ 1008–1010. I disagree that a POSA reviewing Chen '554 would have only been motivated to use the L051 formulation from the data. *See, e.g.*, Chen '554 at Table IV (L051 = CLinDMA:DSPC:cholesterol:PEG-DMG, 48:40:10:2; L053 = DMOBA/DSPC/Chol/PEG-n-DMG, 30/20/48/2; L054 = DMOBA/DSPC/Chol/PEG-n-DMG, 50/20/28/2). Chen '554 taught that all three formulations could reduce Hepatis B antigen levels and separately in reducing Hepatitis C RNA in their cell studies. Chen '554 at [0595] ("In these studies, a dose dependent reduction in HBsAg levels was observed in the active formulated siNA treated cells using nanoparticle formulations L051, L053, and L054, while no reduction is observed in the negative control treated cells. This result indicates that the formulated siNA compositions are able to enter the cells, and effectively engage the cellular RNAi machinery to inhibit viral gene expression."), [0603] ("In these studies, a dose dependent reduction in HCV RNA levels was observed in the active formulated siNA treated cells using formulations L051, L053, and L054, while no reduction is observed in the negative control treated cells. This result indicates that the formulated siNA compositions are able to enter the cells, and effectively inhibit viral gene expression.").

161.    Additional prior art also discloses nucleic acid-lipid formulations comprising 50 mol % cationic lipid. Bennett 1995 at 50 ("The most active DNA transfection preparation was formulated using a molar ratio of 30:50:20 DOPE:DORI:cholesterol.").

162.    Dr. Murthy also points to testimony and documents from Moderna to argue that they support his opinion that "it would not have been obvious to arrive at the cationic lipid levels

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

recited in certain claims of the Lipid Composition Patents." Murthy Rep. § XII.Q. As Dr. Murthy also states, evidence he cites is not prior art to the Molar Ratio Patents. Murthy Rep. ¶ 1202 ("I understand that these statements are not prior art and would not have been available to the POSA . . . ."); *e.g.*, ¶ 1202 (citing Sabnis 2018 publication), ¶ 1198 (citing MRNA-GEN-01726516 , "a 2011 presentation"), ¶ 1201 (citing MRNA-GEN-01272098, email dated Aug. 4, 2020). This document does not mention problems with using at least 50 mol % cationic lipid or higher. MRNA-GEN-01726516 at 551 ("Toxicity of LNP is largely liver related" "Cationic lipid mediated"); Murthy Rep. ¶ 1198. The testimony Dr. Murthy cites is also about specific ionizable lipid or only supports that inclusion of ionizable lipid would need to be considered, not that it should be avoided. Murthy Rep. ¶¶ 1198–1202; Parsons Dep. Tr. at 225:19-226:8 ("Q. Why was it prudent generally *to decrease SM-102*? A. So I've mentioned previously and I think we looked at some documents that suggested that *the SM-102 formulation and generally LNPs as a class* have -- you know, suffer from some local tolerability issues. I think if we look at *the composition of the formulation, we attribute that primarily to SM-102*, an ionizable lipid. So any reason to reduce that would be a good one.") (emphasis added); Almarsson Dep. Tr. at 179:13–180:1 ("Q. So there were never any non-scientific or clinical considerations that you could remember that impacted your formulation work and your formulation studies? A. There's knowledge that the ionizable lipid can be -- is, first of all, used in access to the mRNA, and that the presence of the ionizable lipid can potentially pose a toxicity problem. So to that extent, *one would need to consider the composition carefully*.") (emphasis added). Hoge Dep. Tr. at 62:7–17 ("Q. So there were some good cationic lipids, but Moderna was searching for better ones, is that fair to say? A. Remind myself of the timing. In 2014, yes, we were searching for better ones. I think we were in the early days of trying to understand how good the current ones were. And so I think we were aware from even the

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

siRNA literature that there were margin of safety concerns about some of the siRNA amino lipids.").

### b.    Non-Cationic Lipid (Phospholipid, Cholesterol)

163.    Regarding Dr. Murthy's response on phospholipid disclosures in the prior art (Murthy Rep. ¶¶ 873–880), not every asserted claim of the Molar Ratio Patents recites a specific range of mole percent phospholipid. For example, Plaintiffs have asserted claims 8, 10, and 16 of the '435 Patent which do not recite any specific amount or range of phospholipid:[23]

> 1. A nucleic acid-lipid particle comprising:
>
> (a) a nucleic acid;
>
> (b) a cationic lipid comprising from 50 mol % to 85 mol % of the total lipid present in the particle;
>
> (c) a non-cationic lipid comprising from 13 mol % to 49.5 mol % of the total lipid present in the particle; and
>
> (d) a conjugated lipid that inhibits aggregation of particles comprising from 0.5 mol % to 2 mol % of the total lipid present in the particle.
>
> 5. The nucleic acid-lipid particle of claim 1, wherein the non-cationic lipid comprises a mixture of a phospholipid and cholesterol or a derivative thereof.
>
> 8. The nucleic acid-lipid particle of claim 5, wherein the cholesterol or derivative thereof comprises from 30 mol % to 40 mol % of the total lipid present in the particle.
>
> 9. The nucleic acid-lipid particle of claim 1, wherein the conjugated lipid that inhibits aggregation of particles comprises a polyethyleneglycol (PEG)-lipid conjugate.
>
> 10. The nucleic acid-lipid particle of claim 9, wherein the PEG-lipid conjugate comprises a PEG-diacylglycerol (PEG-DAG) conjugate,

---

[23]    I understand from counsel that '435 Patent claims 1, 5, and 9 were previously found invalid and are not asserted. I present them here because claims 8, 10, and 16 dependent from these invalidated claims.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

a PEG-dialkyloxypropyl (PEG-DAA) conjugate, or a mixture thereof.

16. A method for the in vivo delivery of a nucleic acid, the method comprising: administering to a mammalian subject a nucleic acid-lipid particle of claim 1.

164.    Likewise, the asserted claims of the '668 Patent (i.e., claims 1, 8–12, 15, 17–19)[24]

do not recite any specific amount or range of phospholipid:

1. A nucleic acid-lipid particle comprising:

(a) a nucleic acid;

(b) a cationic lipid comprising from 50 mol % to 65 mol % of the total lipid present in the particle;

(c) a non-cationic lipid comprising up to 49.5 mol % of the total lipid present in the particle and comprising a mixture of a phospholipid and cholesterol or a derivative thereof, wherein the cholesterol or derivative thereof comprises from 30 mol % to 40 mol % of the total lipid present in the particle; and

(d) a conjugated lipid that inhibits aggregation of particles comprising from 0.5 mol % to 2 mol % of the total lipid present in the particle.

8. The nucleic acid-lipid particle of claim 1, wherein the cationic lipid comprises from 50 mol % to 60 mol % of the total lipid present in the particle.

9. The nucleic acid-lipid particle of claim 1, wherein the phospholipid comprises dipalmitoylphosphatidylcholine (DPPC), distearoylphosphatidylcholine (DSPC), or a mixture thereof.

10. The nucleic acid-lipid particle of claim 1, wherein the cholesterol or derivative thereof comprises from 30 mol % to 35 mol % of the total lipid present in the particle.

---

[24]    Previously asserted claim 13 of the '435 Patent and claim 16 of the '668 Patent do not recite any specific amount or range of phospholipid either. '435 Patent claim 13 ("13. The nucleic acid-lipid particle of claim 1, wherein the nucleic acid is fully encapsulated in the nucleic acid-lipid particle."); '668 Patent claim 16 ("16. The nucleic acid-lipid particle of claim 1, wherein the nucleic acid is fully encapsulated in the nucleic acid-lipid particle.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

11. The nucleic acid-lipid particle of claim 1, wherein the conjugated lipid that inhibits aggregation of particles comprises a polyethyleneglycol (PEG)-lipid conjugate.

12. The nucleic acid-lipid particle of claim 11, wherein the PEG-lipid conjugate comprises a PEG-diacylglycerol (PEG-DAG) conjugate, a PEG-dialkyloxypropyl (PEG-DAA) conjugate, or a mixture thereof.

15. The nucleic acid-lipid particle of claim 1, wherein the conjugated lipid that inhibits aggregation of particles comprises from 1 mol % to 2 mol % of the total lipid present in the particle.

17. A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 1 and a pharmaceutically acceptable carrier.

18. A method for introducing a nucleic acid into a cell, the method comprising: contacting the cell with a nucleic acid-lipid particle of claim 1.

19. A method for the in vivo delivery of a nucleic acid, the method comprising: administering to a mammalian subject a nucleic acid-lipid particle of claim 1.

165. Thus, I disagree that any prior art disclosure of a specific range of phospholipid would be necessary in order to render '435 Patent claims 8, 10, 16 and '668 Patent claims 1, 8–12, 15, 17–19 invalid. These claims recite ranges of non-cationic lipids, which include phospholipid and cholesterol. Regardless, the prosecution history identified overlapping ranges of phospholipid when the Examiner noted that MacLachlan U.S. Patent Pub. No. 2006/0008910 taught a range of 5 to 90 mol % phospholipid. '069 Patent File History, May 12, 2011 Rejection at 2–4, Aug. 11, 2011 Amendment at 8 (GENV-0000040 at 3353–55, 3389). Applicant did not dispute that the range was disclosed in the prior art MacLachlan patent publication:

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Applicants provide a comparison of the ranges of lipid components between claim 1 as amended and the lipid ranges of MacLachlan *et al.* as quoted by the Examiner:

| Lipid Component | Claim 1 as Amended | US 2006/0008910* |
|---|---|---|
| Cationic Lipid | 50-65 mol % | "2-60, 5-50, 10-45, 20-40, 30 mol%" |
| Phospholipid | 4-10 mol % | "5-90 mol%" |
| Cholesterol | 30-40 mol % | "20-55 mol %" |
| Conjugated Lipid | 0.5-2 mol % | "1-20 mol %" |

*The ranges set forth in this column are reproduced from page 4 of the Office Action mailed May 12, 2011.

'069 Patent File History, Aug. 11, 2011 Amendment at 8 (GENV-00000404 at 3389); *see also supra* ¶ 27.

166. As Dr. Murthy stated, I provided prior art disclosures of ranges of lipids that include phospholipids and cholesterol. Murthy Rep. ¶¶ 874–875, 877–878; *see, e.g.*, Chen '554 at [0117] ("In one embodiment, the neutral lipid component of a composition of the invention comprises from about 5% to about 90%, or from about 20% to about 85% of the total lipid present in the formulation."), [0120] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation."), [0085] ("Suitable neutral lipids include those comprising any of a variety of neutral uncharged, zwitterionic or anionic lipids capable of producing a stable complex. They are preferably neutral, although they can alternatively be positively or negatively charged. In any of the embodiments described herein, suitable neutral lipids include those selected from compounds having formulae NLI-NLVII, dioleoylphosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), egg phosphatidylcholine (EPC), distearoylphosphatidylcholine (DSPC), dioleoylphosphatidylcholine

86

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

(DOPC), dipalmitoylphosphatidylcholine (DPPC), dioleoylphosphatidylglycerol (DOPG), dipalmitoylphosphatidylglycerol (DPPG), phosphatidylethanolamine (POPE) and dioleoyl-phosphatidylethanolamine 4-(N-maleimidomethyl)-cyclohexane-1-carboxylate (DOPE-mal), cholesterol, as well as other neutral lipids described herein below, and/or a mixture thereof."); Jadhav '218 at [0199] ("In one embodiment, the neutral lipid component of a composition of the invention comprises from about 5% to about 90%, or from about 20% to about 85% of the total lipid present in the formulation."), [0156] ("Suitable neutral lipids include those comprising any of a variety of neutral uncharged, zwitterionic or anionic lipids capable of producing a stable complex. They are preferably neutral, although they can alternatively be positively or negatively charged. In any of the embodiments described herein, suitable neutral lipids include those selected from compounds having formulae NLI-NLVII, dioleoylphosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), egg phosphatidylcholine (EPC), distearoylphosphatidylcholine (DSPC), dioleoylphosphatidylcholine (DOPC), dipalmitoylphosphatidylcholine (DPPC), dioleoylphosphatidylglycerol (DOPG), dipalmitoylphosphatidylglycerol (DPPG), -phosphatidylet-hanolamine (POPE) and dioleoyl-phosphatidylethanolamine 4-(N-maleimidomethyl)-cyclohexane-1-carboxylate (DOPE-mal), cholesterol, as well as other neutral lipids described herein below, and/or a mixture thereof."); MacLachlan '189 at [0010] ("The non-cationic lipid may be an anionic lipid or a neutral lipid including, but not limited to, dioleoylphosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), egg phosphatidylcholine (EPC), distearoylphosphatidylcholine (DSPC), palmitoyloleyolphosphatidylglycerol (POPG), dipalmitoyl phosphatidyl ethanolamine (DPPE), dimyristoylphosphoethanolamine (DMPE), distearoyl-phosphatidyl-ethanolamine (DSPE), 16-O-monomethyl PE, 16-O-dimethyl PE, 18-1-

87

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

trans PE, palmitoyloleoylphosphatidylethanolamine (POPE), 1-stearoyl-2-oleoyl-phosphatidyethanolamine (SOPE), 1,2-dielaidoyl-sn-glycero-3-phophoethanolamine (transDOPE), *cholesterol*, or mixtures thereof. The non-cationic lipid comprises from about 5 mol % to about 90 mol % or about 20 mol % to about 85 mol % of the total lipid present in the particle."), [0152] ("The non-cationic lipid typically comprises from about 5 mol % to about 90 mol %, from about 10 mol % to about 85 mol %, from about 20 mol % to about 80 mol %, from about 30 mol % to about 70 mol %, from about 40 mol % to about 60 mol % or about 48 mol % of the total lipid present in said particle."); *see also id.* at [0079], [0159], claims 22, and 23.

167.    Chen '554 discloses formulations that comprise 40 mol % and 20 mol % phospholipid, as well as formulations without phospholipid. *See, e.g.*, Chen '554 at Table IV (L051 = CLinDMA:DSPC:cholesterol:PEG-DMG, 48:40:10:2; L054 = DMOBA/DSPC/Chol/PEG-n-DMG, 50/20/28/2; L061= DMLBA/Cholesterol/2KPEG-DMG, 52/45/3). MacLachlan '189 further discloses multiple working examples using a "'2:40:10' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 10:48:2:40% molar composition) SNALP formulation," which comprises 10 mol % phospholipid. *See, e.g.*, MacLachlan '189 at [0351], [0361], [0369], [0377], [0385]. 10 mol % phospholipid would fall within the phospholipid ranges in the asserted claims of the '435, '359, '668, and '378 Patents. *See, e.g.*, *supra* ¶ (table reproducing ranges in asserted claims that recite ranges of lipid components, including Dr. Mitchell's proposed rounding). The prior art therefore teaches phospholipid in amounts of at least 10, 20, and 40 mol %.

### c.    Conjugated Lipid

168.    Dr. Murthy states that "Dr. Anderson also cites to formulations containing 2 mol % of a PEG lipid." Murthy Rep. ¶ 1018. *See, e.g.*, Chen '554 at [0092] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC), a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054."), [0120] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation."), Table IV; Jadhav '218 at [0163] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, miRNA, RNAi inhibitor, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC)? [*sic*] a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054 . . ."), [0202] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation."), Table IV; MacLachlan '189 at [0011] ("The conjugated lipid that inhibits

89

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

aggregation of particles may comprise a polyethyleneglycol-lipid including, e.g., a PEG-diacylglycerol (DAG), a PEG dialkyloxypropyl (DAA), a PEG-phospholipid, a PEG-ceramide (Cer), or mixtures thereof. . . . The conjugated lipid that prevents aggregation of particles may comprise from about 0 mol % to about 20 mol %, about 0.5 mol % to about 20 mol %, about 1 mol % to about 15 mol %, about 4 mol % to about 10 mol %, or about 2 mol % of the total lipid present in said particle."), at [0152] ("The lipid-nucleic acid particles of the present invention typically comprise a nucleic acid, a cationic lipid, a non-cationic lipid, and can further comprise a PEG-lipid conjugate. . . . The PEG-lipid conjugate typically comprises from about 0.5 mol % to about 20 mol %, from about 1.5 mol % to about 18 mol %, from about 4 mol % to about 15 mol %, from about 5 mol % to about 12 mol %, or about 2 mol % of the total lipid present in said particle." ); *see also* [0079], [0081]-[0083], [0162], claims 13, 14, 24–26; WO '152 at 20 ("the present inventors have surprisingly found that liposomes containing more than about 4% of PEG-containing helper lipid(s) are not active, whereas liposomes with less than 4% (preferably less than 3%) do mediate functional delivery"), 38–40.

169.    Two mol % PEG-lipid falls within the scope of the claim limitations for all of the asserted claims of the Molar Ratio Patents and given the number of disclosures in the above prior art references, would have been a reasonable amount to test. *See, e.g.*, *supra* ¶ 27 (table reproducing ranges in asserted claims that recite ranges of lipid components, including Dr. Mitchell's proposed rounding).

### 2.    Claimed Ranges Have Not Been Shown to Be Critical

170.    In my opinion, Dr. Murthy and Plaintiffs have not shown that the claimed molar ratios are critical across the full ranges claimed. Murthy Rep. § XII.H.4.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

DAG) (see, U.S. Patent Publication No. 2003077829) . . . , PEG coupled to phosphatidylethanolamine (PE) (PEG-PE), or PEG conjugated to ceramides"), [0162], [0238], claim 14.

194.    Dr. Murthy cites Heyes 2006 for disclosures of PEG-DAGs. Murthy Rep. ¶¶ 1041–1045. However, the data presented in Heyes 2006 showing purportedly negative results are limited to one PEG-DAG: PEG-S-DSG. Heyes 2006 at 281 ("Our characterization of the immune response to PEG-lipids [31] coincided with our observation that PEG-succinoyl distea1ylglycerol (PEG-S-DSG)-containing SPLP in a controlled, long-term stability study exhibited a steadily decreasing concentration of PEG-lipid over time (Fig. 1 ), ultimately leading to particle destabilization and aggregation. This led us to believe that PEG-S-DSG was chemically unstable, an undesirable attribute for a component of a potential pharmaceutical product. An examination of commercially available alternatives and the literature yielded no acceptable substitutes for PEG-SDSG. Therefore, we set out to design, synthesize and characterize novel replacements with the aim of preparing SPLP that are at least as efficacious as those containing the original PEG-S-DSG."), *see also* Heyes 2006, Figs. 1, 2, 6, 7A. Additionally, a POSA would be motivated to generate a nucleic acid-lipid particle for something other than "a potential pharmaceutical product." Heyes 2006 discloses that changes to the lipid components lead to no "obvious penalty in terms of formulability or performance" of the nucleic-acid lipid particle. Heyes 2006 at 288 ("Our continuing changes to the lipid components of the SPLP particle, with no obvious penally in terms of formulability or performance, further demonstrate the robustness of the SPLP platform and formulation methodology."). Thus, the Protiva authors taught that lipid components could be exchanged in the particles and particles would still form. Notably, the Asserted Claims do not require any specific stability, let alone long-term stability.