# Exhibit 28

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. <br> ——————————— <br> MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | C.A. No. 22-252-MSG <br><br> **CONTAINS INFORMATION DESIGNATED CONFIDENTIAL BY THE PARTIES** |

<u>**OPENING EXPERT REPORT OF DANIEL GRIFFITH ANDERSON**</u>

Dated: November 25, 2024

## III.    SUMMARY OF OPINIONS

16.    In this report I present my opinions that (1) the asserted claims of the '651 Patent are anticipated by and/or would have been obvious in view of prior art discussed herein; (2) the asserted claims of the '651 Patent are not patentably distinct from claims of patents discussed herein in combination with references discussed below; (3) the asserted claims of the Molar Ratio Patents (i.e., the '069 Patent, the '359 Patent, the '668 Patent, the '435 Patent, and the '378 Patent) are not patentably distinct from claims patents discussed herein in combination with references discussed below; and (4) the asserted claims of the '378, '668, '435, and '359 Patents would have been obvious in view of prior art prior art discussed herein. The secondary considerations identified by Plaintiffs do not alter any of these opinions.

## IV.    MATERIALS CONSIDERED

17.    I have attached a list of the materials I have considered as **Exhibit 2**. I have also considered all documents cited in this report in the event they are inadvertently missing from **Exhibit 2**.

## V.    LEGAL STANDARDS

18.    I have been informed of various legal standards with regard to the validity of a United States patent. My understanding and application of those standards to the facts of this matter are set forth below.

### A.    Prior Art

19.    I understand from counsel that generally prior art includes information that existed prior to the date of the alleged invention.  I understand from counsel that there are different ways material can qualify as "prior art" to a U.S. patent. For example the following could be used as prior art for an anticipation or obviousness analysis:

4

- A patent or printed publication anywhere in the world by someone other than the patent applicant before the invention in the asserted patent.

- A patent or printed publication anywhere in the world by anyone more than one year before the patent application was filed.

- Any U.S. patent or published patent application filed before the date of the alleged invention, even if it was not published at the time of the invention, as long as it was eventually published.

- Anything that was in public use or on sale in the U.S. more than one year before the patent application was filed.

20.    I understand from counsel that prior art not listed on the face of the patent is generally assumed not to have been considered by the patent examiner during prosecution of the patent.

**B.    Anticipation**

21.    I understand from counsel that a claim may be invalidated as "anticipated" if a single prior art reference (e.g., product, patent, publication, article, etc.) discloses all limitations of the claim, either expressly or inherently, so that a person of ordinary skill in the art ("POSA") could practice the invention without too much experimentation.

22.    I further understand from counsel that there is no requirement that a POSA would have recognized the inherent disclosure at the time of the invention. An inherent disclosure is where a result comes from what is expressly taught in a reference. I understand from counsel that it is proper to rely on other evidence to prove the features or functionality of the prior-art product (e.g., product manuals, drawings, photographs, videos), including inherent features or functionality, even if that evidence is not itself prior art.

23.    I understand from counsel that for a prior art reference to be anticipatory, the prior art should enable one of skill in the art to practice the claimed invention. I understand from counsel that a prior-art patent is presumed to be enabled for what it discloses. I also understand

that a prior art reference is enabling where it provides a similar disclosure to the specification of the patent at issue. I understand from counsel that an enabled reference is one that can be made or used by a POSA without undue experimentation. I also understand from counsel that a reference disclosing a range that touches or overlaps with a claimed value can anticipate the claim.

### C.    Obviousness

24.    I understand from counsel that a patent claim is invalid if any differences between the subject matter patented and the prior art are such that the subject matter as a whole would have been obvious to a POSA at the time the invention was made. I further understand that the obviousness analysis considers the following factors: (1) the level of ordinary skill in the art; (2) the scope and content of the prior art; (3) the differences between the prior art and the claimed subject matter; and (4) any secondary considerations as discussed below.

25.    I further understand from counsel that where there is a reason to modify or combine the prior art to achieve the claimed invention, obviousness also requires a reasonable expectation of success in developing the claimed invention. I understand from counsel that a "reasonable expectation" does not require absolute predictability of success.

26.    I understand from counsel that a determination of obviousness should be made from the perspective of a hypothetical person of ordinary skill in the pertinent art at the time of invention. I understand from counsel that the hypothetical person of ordinary skill is presumed to have knowledge of all pertinent prior art references.

27.    I understand from counsel that a prior art reference may be a relevant reference if it is in the same field as the patent or if it is related to the problem that the inventors were trying to solve.

6

28.    I understand from counsel that when determining whether there was a reason to modify or combine references, one should look to the interrelated teachings of the references, the demands in the marketplace or known to the design community, and the background knowledge possessed by a POSA. A patent claiming an obvious solution to a known problem is not inventive or patentable. Similarly, I understand from counsel that a claim directed to a particular value or range of values for a parameter overlaps with a range disclosed in the prior art, there is a presumption of obviousness. I understand from counsel that it is not inventive to discover workable or optimized ranges by routine experimentation. I understand from counsel that any unexpected results associated with the claimed invention must be commensurate with the claims. I also understand from counsel that a person of ordinary skill would not always be motivated to optimize a variable (or parameter) if the prior art did not recognize that particular variable affected results. However, where the prior art teaches that the variable affects recognized results, then the variable is "result-effective." I also understand from counsel that the prior art does not need to provide the exact method of optimization for the variable to be "result-effective."

29.    I understand from counsel that when there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill has good reason to pursue the known options within his or her technical grasp. I understand from counsel that a combination that was obvious to try can show that it was obvious.

30.    I have also been informed by counsel that when performing an obviousness analysis, "secondary considerations" can be considered to show the claimed invention would or would not have been obvious. These considerations apply if there is a link between the evidence and what is new about the claimed invention. These considerations include unexpected results, failure of others, skepticism of experts or praise of the alleged invention, the existence of a long-

felt but unsolved problem, commercial success, or copying of the alleged invention. I also understand from counsel that evidence of independent and nearly simultaneous "invention" of the same subject matter by others supports an obviousness determination.

31.    I also understand from counsel that an obviousness determination must be based on what was known at the time of the alleged invention, that it is impermissible to use hindsight, and that it is improper to focus on just a part or element of the invention as opposed to the invention as a whole.

### D.    Obviousness-Type Double Patenting

32.    I have been informed by counsel that obviousness-type double patenting ("OTDP") forbids obtaining a second patent on an invention that would have been obvious in view of a first, earlier expiring, patent and in light of the prior art. The analysis requires two steps: (1) compare one asserted claim to one claim of the earlier-expiring patent, and determine whether any differences between those two claims exists, and (2) consider from the standpoint of a POSA whether the differences between those claims are enough to make the asserted claim "distinct" from the earlier-expiring patent claim. This analysis is to be done in view of the prior art and any secondary considerations.

33.    I have been informed by counsel that when performing the OTDP analysis, it is improper to rely on the specification of the earlier expiring patent except in order to understand the claims.

### E.    Legal Standard for Invalidating a Patent

34.    I understand from counsel that "clear and convincing" evidence is required to show invalidity on a claim-by-claim basis, which means that the evidence is highly more likely to be true than untrue. I further understand that the patent challenger bears this burden.

| | |
|---|---|
| • '435 Patent, Claims 1, 7, 8<br>• '378 Patent, Claims 1, 2, 7, 13, 18, 24, 25 | claim. |
| "a cationic lipid having a protonatable tertiary amine"<br><br>• '378 Patent, Claim 1 | Plain and ordinary meaning, *i.e.*, a "cationic lipid having a protonatable tertiary amine." |
| "wherein at least 70% / at least 80% / about 90% of the mRNA in the formulation is fully encapsulated in the lipid vesicles"<br><br>• '651 Patent, Claims 1, 13, 14 | "wherein at least 70% /at least 80% / about 90% of the mRNA in the formulation is fully, as distinct from partially, contained inside the lipid vesicles" |

39.    Regarding the "__ mol %" claim term, and the Court's construction that the "recited "mol %" ranges are understood to encompass their standard variation based on the number of significant figures recited in the claim," I understand that Plaintiffs' expert Dr. Thompson has provided such an interpretation of the term for the '069 Patent, Claim 1:

| '069 Patent, Claim 1 | Recited Range | Lower Limit | Upper Limit |
|---|---|---|---|
| Cationic Lipid | "50 mol % to 65 mol %" | 49.5 mol % | 65.4 mol % |
| Phospholipid | "4 mol % to 10 mol %" | 3.5 mol % | 10.4 mol % |
| Cholesterol | "30 mol % to 40 mol %" | 29.5 mol % | 40.4 mol % |
| Conjugated Lipid | "0.5 mol % to 2 mol %" | 0.45 mol % | 2.4 mol % |

D. Thompson Declaration (Sep. 25, 2022) at ¶ 60. I have applied this approach without agreeing with Dr. Thompson.

40.    All of my opinions throughout this report are based on the Court's claim construction and informed by my review of Plaintiffs' infringement arguments. Specifically, I have considered Plaintiffs' Third Supplemental Infringement Contentions for the Accused Product. I understand from counsel that Moderna is disputing infringement and that Moderna will address non-infringement of the Asserted Patents in the responsive round of expert reports, after Plaintiffs provide opening expert report(s) on infringement.

41.     I understand from counsel that the claims have to be construed in the same way for an infringement analysis and for an invalidity analysis. I have reviewed Plaintiffs' infringement contentions and considered how Plaintiffs have applied claims against Moderna in conducting my invalidity analysis.

42.     In my analysis of claims that require mRNA/nucleic acid to be "fully encapsulated" in lipid vesicles or nucleic acid-lipid particles, I analyzed references for percent encapsulation. The term "fully encapsulated" does not have meaning for me, but percent encapsulation does.

43.     I understand from counsel that claims with the phrase "comprising" can include materials or steps that are not recited in the claims. I also understand from counsel that claims with the phrase "consisting essentially of" may allow additional components not listed in the claim, if the additional components do not materially affect the basic and novel properties of the invention.

44.     I understand from counsel that another expert is opining that certain claim terms are indefinite. I do not offer any opinions in this report whether any claim terms are indefinite.

## VIII.  BACKGROUND AND TUTORIAL

45.     Prior to 2002, nucleic acids were being explored for potential therapeutic purposes. *See, e.g.*, Martinon 1993, Meulien '831, Malone 1989.[3] DNA (deoxyribonucleic acid) and RNA (ribonucleic acid) are types of nucleic acids, comprised of repeating units of a sugar and phosphate backbone linked to bases with nitrogen. Alberts at 303.[4] One difference between DNA and RNA is the type of sugar in the backbone. *Id.* DNA and RNA can exist in different

---

[3]  Bibliographic information about the certain references cited in this section are provided below. *See* § X.

[4]  Alberts, B., Johnson, A., Lewis, J., et al. (2002) Molecular Biology of the Cell. 4th Edition. Garland Science, New York. *See* MRNA-GEN-00218598–709.

11

The term "nucleic acid" refers to a polymer containing at least two nucleotides. "Nucleotides" contain a sugar deoxyribose (DNA) or ribose (RNA), a base, and a phosphate group. Nucleotides are linked together through the phosphate groups. "Bases" include purines and pyrimidines, which further include natural compounds adenine, thymine, guanine, cytosine, uracil, inosine, and natural analogs, and synthetic derivatives of purines and pyrimidines, which include, but are not limited to, modifications which place new reactive groups such as, but not limited to, amines, alcohols, thiols, carboxylates, and alkylhalides.

DNA may be in the form of antisense, plasmid DNA, parts of a plasmid DNA, pre-condensed DNA, product of a polymerase chain reaction (PCR), vectors (P1, PAC, BAC, YAC, artificial chromosomes), expression cassettes, chimeric sequences, chromosomal DNA, or derivatives of these groups. RNA may be in the form of oligonucleotide RNA, tRNA (transfer RNA), snRNA (small nuclear RNA), rRNA (ribosomal RNA), mRNA (messenger RNA), antisense RNA, siRNA (small interfering RNA), ribozymes, chimeric sequences, or derivatives of these groups.

'651 Patent at 3:44–4:3.

58.    As stated above at paragraph 23, I understand from counsel that a prior art reference is generally enabling where it provides a similar disclosure to the patent at issue.

59.    I understand from counsel that Plaintiffs contend that the specification of the '651 Patent provides adequate written description and enablement support for the Asserted Claims reciting mRNA, based on the mention of mRNA as "one of the types of nucleic acid," citing the above definition. Genevant/Arbutus Responses to Moderna Interrogatory No. 9 (Jun. 7, 2024) at 56–57. I understand from counsel that another expert for Moderna is offering opinions on whether the '651 Patent has adequate written description support or enabling disclosures and I offer no opinion on that in this report. However, for purposes of considering prior art disclosures of nucleic acids, and specifically mRNA, I view the prior art through the lens of the '651 Patent, assuming that this disclosure would be sufficient support for lipid formulations comprising mRNA (although I have no opinion on the matter).

81.    As stated above at paragraph 23, I understand from counsel that a prior art reference is enabling where it provides a similar disclosure to the patent at issue.

82.    I understand from counsel that Plaintiffs contend that the specification of the Molar Ratio patents provides adequate written description and enablement support for the Asserted Claims reciting mRNA from the above definition. Genevant/Arbutus Responses to Moderna Interrogatory No. 9 (Jun. 7, 2024) at 60–61 (quoting '069 patent at 10:16–19 and 10:23–26). Plaintiffs also cite additional parts of the specification, though I note that those passages do not specifically mention mRNA. *Id.* (citing '069 patent at 26:62–27:2 (which mentions interfering RNA), 28:1–11 (which mentions "single-stranded DNA or RNA, or double-stranded DNA or RNA, or DNA-RNA hybrids"), 43:31–33 (which mentions ribozymes)). I understand from counsel that another expert for Moderna is offering opinions on whether the specification of the Molar Ratio Patents has adequate written description support or enabling disclosures and I offer no opinion on that in this report. However, for purposes of considering prior art disclosures of nucleic acids, and specifically mRNA, I view the prior art through the lens of the Molar Ratio Patents, assuming that this disclosure would be sufficient support for lipid formulations comprising mRNA (although I have no opinion on the matter).

### 3.    Prior Art Discussed in the Molar Ratio Patents

83.    In addition to listing specific references on the first pages of the Molar Ratio Patents, the specification describes information known in the prior art. The specification states that "nonviral gene delivery systems [were] receiving increasing attention," and cites several publications from the 1990s. '069 Patent at 1:56–61. The specification goes on to describe types of delivery systems. These included cationic liposome complexes, which could include an amphipathic compound, a neutral lipid, and a detergent (*id.* at 1:66–2:18) as well as reverse micelles, anionic liposomes, and polymer liposomes (*id.* at 2:19–26). The specification also

25

| Malone 1989 |
| --- |
| Adler-Moore 2002 |
| Zhang '745 |

221.    It is my opinion that the Asserted Claims of the '651 Patent are not patentably distinct from claims of Saravolac '171 and Joshi, each in combination with references discussed herein.

**B.    The Asserted Claims of the '651 Patent Are Anticipated and/or Would Have Been Obvious**

222.    As I explain in detail below, the asserted claims of the '651 Patent are anticipated and/or rendered obvious by Saravolac '171, Semple Article, Semple '278, and/or Bischoff, alone or in combination with other references. My analyses for each claim and each reference are based on my review of Plaintiffs' interpretation of the claims through their infringement contentions as well as the Court's claim constructions. I understand from counsel that Plaintiffs may come forward with evidence to attempt to rebut obviousness arguments in response to my report. I reserve the right to address this evidence in a Reply Expert Report.

**1.    Saravolac '171 Anticipates and/or Renders Obvious the Asserted Claims of the '651 Patent**

223.    In my opinion, claims 1–7 and 9, 11, 13–14 of the '651 patent are anticipated by and/or would have been obvious in view of Saravolac '171 alone or in combination with Meulien '831, Malone 1989, Adler-Moore 2002, Semple Article, Semple '278, and Zhang '745 as laid out for each claim below.

**a.    Claim 1 Element [p]: A lipid vesicle formulation comprising: (a) a plurality of lipid vesicles, wherein each lipid vesicle comprises:**

224.    In my opinion, Saravolac '171 discloses this claim element.

49

225.    For example, Saravolac '171 discloses lipid-based formulations comprising lipid vesicles. *See, e.g.*, Saravolac '171 at 3:27–29 ("FIG. 3 provides an illustration of the detergent dialysis procedure for entrapping nucleic acids in fusogenic lipid vesicles.").

226.    Saravolac '171 also discloses formulations that comprise multiple lipid vesicles. *See, e.g.*, Saravolac '171 at 10:18–21 ("In particular, the present invention provides lipid-plasmid compositions in which nucleic acids are encapsulated in self-assembling lipid vesicles . . . ").

b.    **Claim 1 Element [b]: a cationic lipid;**

227.    In my opinion, Saravolac '171 discloses this claim element.

228.    The '651 Patent defined "cationic lipid" and provided examples. '651 Patent at 5:4–29. I provided a table of these examples above. *See supra* § IX.A.5 (¶¶ 62–63).

229.    Saravolac '171 discloses lipid vesicles that comprise a cationic lipid. *See, e.g.*, Saravolac '171 at 2:38-39 ("Preferably, the lipid vesicles will comprise cationic lipids and fusogenic lipids."), 8:58–63 ("The term 'cationic lipid' refers to any of a number of lipid species which carry a net positive charge at physiological pH or have a protonatable group and are positively charged at pH lower than the pKa. Such lipids include, but are not limited to, DODAC, DOTMA, DOGS, DDAB, DOTAP, DC-Chol, DMRIE and amino lipids.").

230.    Saravolac '171 discloses different types of cationic lipids, including DODAC, DOTMA, DDAB, DOTAP, DC-Chol and DMRIE. *See, e.g.*, *id.* at 13:9-16, 16:50-56. Saravolac '171 also discloses different amounts of cationic lipid that can be used in lipid vesicles. *See, e.g.*, *id.* at 15:23-24 ("In preferred embodiments, the amount of cationic lipid is from about 5 mol % to about 50 mol % by weight,"). Further, Saravolac '171 discloses that "[t]he transfection activity and toxicity of formulations containing various concentrations of the cationic lipid DODAC were tested in vitro in COS-7 and Hep-G2 cells (see, FIGS. 17 through 22)." *Id.* at 25:10-13.

231. Saravolac '171 also discloses that mol percent concentrations of cationic lipid and citrate can affect the encapsulation efficiency of the lipid vesicles. *See, e.g., id.* at 3:46–55 ("The relationship between varying DODAC mol % and the optimal citrate concentration and the effect upon encapsulation efficiency is demonstrated. Each point represents a formulation of acceptable size and encapsulation efficiency. The optimal range of citrate and DODAC concentrations are indicated by the solid line. Typically, those preparations prepared below the optimal citrate concentration have large sizes or aggregate, and those formulations prepared above the optimal citrate concentration have low encapsulation efficiencies (0-30%).").

232. DODAC is a cationic lipid. *See, e.g.*, Saravolac '171 at 7:66–8:6 ("The following abbreviations are used herein: . . . DODAC, N,N-dioleyl-N,N-dimethylammonium chloride"); '651 Patent at 5:4–8 ("The term 'cationic lipid' refers to any of a number of lipid species which carry a net positive charge at a selective pH, such as physiological pH. Such lipids include, but are not limited to, N,N-dioleyl-N,N-dimethylammonium chloride ("DODAC"). . . .").

c.    **Claim 1 Element [c]: an amphipathic lipid; and**

233. In my opinion, Saravolac '171 discloses this claim element.

234. The '651 Patent defined "amphipathic lipid" and provided examples. '651 Patent at 4:39–62. I provided a table of these examples above. *See supra* § IX.A.4(¶ 61).

235. Saravolac '171 discloses lipid vesicles "prepared from a wide variety of lipids or combinations of lipids." *See, e.g.*, Saravolac '171 at 2:32–33. Among the examples of "preferred" lipids are amphipathic lipids, including, for example, sphingolipids, phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidyl-ethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoyl-phosphatidylcholine, and dilinoleoylphosphatidylcholine. *See, e.g., id.* at 8:43–57.

51

These preferred lipids are all examples of amphipathic lipids according to the '651 Patent. *See supra* § IX.A.4 (¶ 61); '651 Patent at 4:39–62.

236. Saravolac '171 also discloses using "fusogenic" lipids, like DOPE, which includes a phosphate group and an ammonia group:

*Id.* at Fig. 2; *see also, e.g.*, *id.* at 3:24–26, 12:52–54 ("Fusogenic lipids such as DOPE, lysolipids and free fatty acids can be accommodated in a bilayer configuration with the appropriate quantities of bilayer-forming lipids."), 13:21-30 ("Fusogenic lipids which are useful in the present invention include, for example, DOPE, lysolipids and free fatty acids. Each of these lipids (or lipid groups) can be accommodated in a bilayer configuration with an appropriate quantity of bilayer-forming or bilayer-stabilizing lipids (e.g., DOPC, DODAC ATTA-lipids, PEG-lipids, such as PEG Ceramides, etc.). Preferably, the fusogenic lipid is DOPE, or a related phosphatidyl-ethanolamine having two attached fatty acyl chains, preferably unsaturated fatty acyl chains.").

237. As shown above, DOPE is a phospholipid. The '651 Patent teaches that amphipathic lipids include phospholipids. *See supra* § IX.A.4, ¶ 61; '651 Patent at 4:48–49.

52

238.    Saravolac '171 discloses fusogenic lipids as components of vesicles encapsulating nucleic acid. *See, e.g.*, Saravolac '171 at 2:60-3:12 ("In particular, the invention provides a method for encapsulating a nucleic acid in a lipid bilayer carrier, comprising: (a) combining a nucleic acid with a lipid-detergent mixture comprising an aggregation-preventing agent (e.g., an ATTA-lipid, a PEG-lipid, such as a PEG-ceramide, a ganglioside, etc.) in an amount of about 5 mol % to about 20 mol %, cationic lipids in an amount of about 0.5 mol % to about 50 mol % by weight, neutral or fusogenic lipids in an amount of from about 30 mol % to about 70 mol % and a detergent, to provide a nucleic acid-lipid-detergent mixture, and (b) dialyzing the nucleic acid-lipid-detergent mixture against a buffered salt Solution and to encapsulate the nucleic acid in a lipid bilayer carrier. In these methods, the ionic strength (salt concentration) is adjusted for the cationic lipid concentration used in the lipid mixture and when necessary for the polynucleotide Selected for encapsulation to entrap from about 40% to about 80% of the nucleic acid for any give concentration of cationic lipid."). Saravolac '171 discloses DOPE more specifically as a component of lipid vesicles. *See, e.g.*, *id.* at 3:34–36 ("FIG. 5. Encapsulation of pINEXL018 plasmid using DODAC/DOPE/PEG-Cer-C$_8$ (30:55:15 mol %) by detergent dialysis in citrate buffer."), 4:8–11 ("In each 1.0 ml formulation, the PEG-C8 concentration was maintained at 15 mol %, the DODAC concentration was varied as indicated and the balance of the lipid was DOPE.").

d.    **Claim 1 Element [d]: a polyethyleneglycol (PEG)-lipid; and**

239.    In my opinion, Saravolac '171 discloses this claim element.

240.    For example, Saravolac '171 discloses compositions comprising PEG-lipids. *See, e.g.*, Saravolac '171 at 2:33-38 ("The compositions can also include targeting groups and modified lipids (e.g., ATTA-lipids, gangliosides, such as ganglioside G$_{M1}$), PEG-lipids, such as PEG-ceramides, and lipids having reactive functional groups for the attachment of targeting

53

groups or circulation Stabilizers).”), 13:9-12 (“In particularly preferred embodiments, the compositions will comprise cationic lipids (as the bilayer-forming or -stabilizing lipids), fusogenic lipids and PEG-lipids.”); 21:60-63 (“Lipid mixtures of DODAC/DOPE/PEG-Cer-C8 containing 15 mol% of PEG-Cer-C8 were used for all samples. The amount of DODAC and DOPE were varied to reach desired mole % concentrations.”).

241.    Saravolac ’171 discloses different types of PEG-conjugated lipids. *See, e.g.*, *id.* at 3:30-32 (“FIG. 4 illustrates the structures of three PEG-Ceramide conjugates and also provides half-times for their dissociation from a lipid vesicle.”), Fig. 4, 14:12-21 (“Examples of suitable PEG-modified lipids include PEG-modified phosphatidylethanolamine and phosphatidic acid, PEG modified diacylglycerols and dialkylglycerols, PEG modified dialkylamines and PEG-modified 1,2-diacyloxypropan-3-amines. Particularly preferred are PEG ceramide conjugate (e.g., PEG-Cer-$C_8$, PEG-Cer-$C_{14}$ or PEG-Cer-$C_{20}$) which are described in co-pending U.S. Ser. No. 08/486,214, now U.S. Pat. No. 5,820,873, incorporated herein by reference.”). Saravolac ’171 also discloses a range of PEG-conjugated lipid in mole percent, and to vary the amount depending on the specific PEG-conjugate used. *See, e.g.*, *id.* at 15:39-43 (“For instance, the amount of PEG-ceramide can preferably vary from about 5 mol % to about 20 mol %, depending on the nature of the PEG-ceramide (e.g., PEG-Cer-$C_8$, PEG-Cer-$C_{14}$, or PEG-Cer-$C_{20}$), or the combination of PEG-ceramides used.”).

242.    Saravolac ’171 discloses that PEG Ceramide can stabilize the lipid bilayer. *See, e.g.*, *id.* at 12:56-59 (“Alternatively, about 30% DODAC (a less effective bilayer-forming lipid) will stabilize DOPE in a bilayer, while only about 10% or perhaps less of PEG-Ceramide is necessary to stabilize DOPE in a bilayer.”), 13:22-28 (“Fusogenic lipids which are useful in the present invention include, for example, DOPE, lysolipids and free fatty acids. Each of these

lipids (or lipid groups) can be accommodated in a bilayer configuration with an appropriate quantity of bilayer-forming or bilayer-stabilizing lipids (e.g., DOPC, DODAC ATTA-lipids, PEG-lipids, such as PEG Ceramides, etc.).")"). More specifically, Saravolac '171 teaches that PEG-modified lipids can function to prevent aggregation of the lipid vesicle compositions, a which was known property of PEG-lipids. *See, e.g.*, *id.* at 13:56-65 ("In a preferred embodiment, PEG-modified lipids are incorporated into the compositions of the present invention as the aggregation-preventing agent. The use of a PEG-modified lipid positions bulky PEG groups on the surface of the liposome or lipid carrier and prevents binding of DNA to the outside of the carrier (thereby inhibiting cross-linking and aggregation of the lipid carrier). The use of a PEG ceramide is often preferred and has the additional advantages of stabilizing membrane bilayers and lengthening circulation lifetimes.").

e.    **Claim 1 Element [e]: (b) messenger RNA (mRNA),**

243.    To the extent the disclosure of the '651 Patent sufficiently describes and enables mRNA encapsulation, in my opinion, Saravolac '171 discloses this claim element.[32] *See supra* § IX.A.2 (¶¶ 57–59).

244.    Saravolac '171 discloses that nucleic acid in the form of DNA or RNA can be introduced into cells. *See, e.g.*, Saravolac '171 at 9:6–9 and 11–13 ("The terms 'transfection' and 'transformation' are used herein interchangeably, and refer to the introduction of polyanionic materials particularly nucleic acids and plasmids, into cells. […] The polyanionic materials can be in the form of DNA or RNA which is linked to expression vectors to facilitate gene expression after entry into the cell."), 10:64-11:2 ("Plasmids which are useful for the instant

---

[32]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent. I understand from counsel that a different expert for Moderna is providing an opinion that the '651 Patent disclosure does not sufficiently support and enable mRNA encapsulation.

compositions are typically nucleotide polymers which are to be administered to a Subject for the purpose of repairing or enhancing the expression of a cellular protein. Accordingly, the nucleotide polymers can be polymers of nucleic acids including genomic DNA, cDNA, or mRNA."), 11:25–27 (In some embodiments, the plasmid will be replaced with other nucleic acids (e.g., single-stranded DNA or RNA, antisense, ribozymes or nucleic acids)."), 18:65-19:1 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or mRNA sequences which code for therapeutically useful polypeptides.").

245.    Saravolac '171 more specifically discloses embodiments replacing plasmid DNA with RNA. *See, e.g., id.* at 11:25-27 ("In some embodiments, the plasmid will be replaced with other nucleic acids (e.g., single-stranded DNA or RNA, antisense, ribozymes or nucleic acids).").

246.    **Obviousness**: A POSA reviewing Saravolac '171 at the time of the priority date of the '651 Patent would have found it obvious to use mRNA with the formulations described in Saravolac '171. First, as discussed above, mRNA is explicitly discussed in Saravolac '171. *See, e.g.*, Saravolac '171 at 10:64-11:2 ("Plasmids which are useful for the instant compositions are typically nucleotide polymers which are to be administered to a subject for the purpose of repairing or enhancing the expression of a cellular protein. Accordingly, the nucleotide polymers can be polymers of nucleic acids including genomic DNA, cDNA, or mRNA."), 18:65-19:1 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or mRNA sequences which code for therapeutically useful polypeptides."). Based on the teachings in Saravolac '171 a POSA would have had a reasonable expectation of success in creating a formulation combining mRNA with the the lipid formulations of Saravolac '171 where the claimed percent mRNA in the formulation is "fully encapsulated" in the lipid vesicles.

247.    Second, a POSA would be motivated to combine the teachings of Saravolac '171 with the teachings of Meulien '831 and Malone 1989 to encapsulate mRNA because it was known at the time that mRNA was an area of exploration for therapeutic purposes. *See, e.g.*, Meulien '831 at 5:26–36 ("An RNA fragment useful for the purposes of the present invention is by nature a non-infectious RNA fragment exclusively of the messenger type; that is to say capable of being directly translated into protein by the cellular machinery without having to be first replicated or transcribed into DNA. By definition, it does not contain the elements which might enable it to replicate inside a cell. Similarly, it does not contain the genetic information required for the reconstitution of a substantially complete pathogenic agent (for example a bacterium, a virus or a parasite)."); Malone 1989 at 6081 ("The RNA/lipofectin method can be used to directly introduce RNA into whole tissues and embryos (R.W.M., C. Holt, and I.M.V., unpublished results), raising the possibility that liposome-mediated mRNA transfection might offer yet another option in the growing technology of eukaryotic gene delivery, one based on the concept of using RNA as a drug."). It was also known that mRNA encapsulated into lipid formulations can assist in its in vivo activity. *See, e.g.*, Meulien '831 at 21:36–22:3 ("RNA alone is ineffective for inducing an immune response . . . RNA encoding NP and IL-2, encapsulated in liposomes, is capable of inducing an immune response after a single injection (Comparison Tests nos. 2 and 3)."); *see also, e.g.*, Martinon 1993 at 1721 ("We also demonstrate that in order to prime CTL the mRNA had to be encapsulated (Fig. 1).").

248.    A POSA would have had a reasonable expectation of success in achieving the claimed formulation where the claimed percent mRNA in the formulation is "fully encapsulated" in the lipid vesicles because of the disclosure of mRNA in Saravolac '171 and Meulien '831's teaching that lipid formulations of phospholipids and cholesterol could encapsulated mRNA.

57

Further, Malone 1989 demonstrated the encapsulation of mRNA in liposomes comprising the cationic lipid DOMTA and the phospholipid DOPE. Malone 1989 at 6077 ("DOTMA was prepared and incorporated into liposomes with dioleoyl phosphatidylethanolamine (DOPE) as described (10). . . . The RNA was then added to 4 ml of Opti-MEM medium (GIBCO) containing 50 µg of lipofectin (DOTMA/DOPE 1:1, mol/mol)."). Meulien '831 also teaches usefulness of DNA packaging techniques for packaging of RNA. Meulien '831 at 8:11–14 ("The preparation of the liposomes as well as the packaging of the RNA can be carried out using known techniques. In particular, DNA packaging techniques which are commonly used, are applicable in the present case.").

f.      **Claim 1 Element [f]: wherein at least 70% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

249.    To the extent the disclosure of the '651 Patent sufficiently describes and enables lipid vesicles with "fully encapsulated" mRNA and that "fully encapsulated" is not indefinite, in my opinion, Saravolac '171 discloses this claim element.[33] *See also supra* § IX.A.2 (¶¶ 57–59); § VII (¶¶ 38-44).

250.    For example, Saravolac '171 discloses that the method of encapsulation can be adjusted to use dialysis buffer of an ionic strength that is adjusted for the cationic lipid concentration such that encapsulation of 40-80 % of the nucleic acid is achieved. *See, e.g.*, Saravolac '171 at 2:45-54 ("In another aspect, the present invention provides methods for the encapsulation of nucleic acids, antisense, ribozymes and, particularly, plasmids in a lipid bilayer carrier. Such methods are related to a detergent dialysis method using cationic lipids of any

---

[33]  I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "fully encapsulated" as described in the '651 Patent specification and as construed by the Court is indefinite.

desired concentration in combination with a dialysis buffer of an ionic strength (salt concentration, type of ions) specific for the given cationic lipid concentration. With the dialysis buffer of appropriate ionic strength, the methods provide encapsulation of 40-80% of the nucleic acid solution."), 3:6-12 ("In these methods, the ionic strength (salt concentration) is adjusted for the cationic lipid concentration used in the lipid mixture and when necessary for the polynucleotide Selected for encapsulation to entrap from about 40% to about 80% of the nucleic acid for any given concentration of cationic lipid."), 14:43-45 ("Additionally, the methods described below result in encapsulation of about 40% to 80% of the plasmids in solution.").

251.    Saravolac '171 discloses that the mole percent of cationic lipid and the concentration of NaCl in the dialysis buffer can influence the encapsulation efficiency, or percent encapsulation. *See, e.g.*, Saravolac '171 at 3:56–63 ("FIG. 7. Effect of DODAC concentration on plasmid encapsulation. In this study, the effect of small (1 mol %) changes of DODAC concentration were tested at constant lipid (10 mg/mL), plasmid (400 ug/mL) and buffer concentrations. Encapsulation efficiency dropped significantly with a decrease in DODAC concentration, indicating that care must be taken to precisely deliver DODAC at a given NaCl concentration."), 3:66–4:16 ("FIG.8. Encapsulation of plNEXPO05. Effect of varying NaCl with constant $NaPO_4$ concentration. The relationship between varying the Salt concentration on the encapsulation of plasmid over a range of INEX TCS DODAC concentrations is illustrated. […] This Study demonstrates that a range of encapsulation efficiencies can be achieved by adjusting the NaCl concentration in a phosphate buffer.").

252.    Saravolac '171 also discloses that unencapsulated nucleic acid can be removed from the formulation, which would increase the percent of the nucleic acid in the formulation that is within the lipid vesicles beyond 80%. *See, e.g.*, Saravolac '171 at 15:13-18 ("In one group

of embodiments, the methods further comprise the following Step: (c) removing Substantially all of the unencapsulated nucleic acids to provide a purified lipid-bilayer-nucleic acid composition having from about 20 ug to about 400 µg of nucleic acid per about 1 mg of lipid."), 16:57-62 ("Once the plasmid-lipid compositions have formed (typically as particles), any unencapsulated plasmid or empty liposomes can be removed by ion-exchange chromatography or gel filtration, respectively, and any empty liposomes can be removed by density gradient centrifugation using techniques which are well known in the art.").

253.    **Obviousness**: Achieving the claimed level of encapsulation would have been obvious to a POSA because a POSA would have been motivated to achieve higher percentage of mRNA encapsulated in the lipid vesicles. *See, e.g.*, Heyes Dep. Tr. at 97:9–11 ("Obviously you would be motivated to achieve higher encapsulation if you -- if you could."); *see also id.* at 96:17–97:25. This would have been an obvious modification, based on the knowledge of a POSA.

254.    Additionally, prior art taught greater than 90% encapsulation. Zhang '745 taught that greater than 90 % encapsulation of nucleic acid could be achieved. *See, e.g.*, Zhang '745 at 2:31-35 ("Moreover, the SEDH method of the present invention is extremely advantageous over existing methods because a high encapsulation efficiency of nucleic acids (60–100%) can be achieved with relatively low lipid-nucleic acid ratio."), 15:12–15 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or MRNA sequences which code for therapeutically useful polypeptides."), 12:54–13:3 ("In addition, the SEDH method of the present invention is extremely advantageous over existing methods because a high encapsulation efficiency of nucleic acids can be achieved with a relatively low lipid-nucleic acid ratio. . . . In an even more preferred embodiment, greater than 90% of the nucleic

60

acid is encapsulated into the lipid-nucleic acid particle. In an even more preferred embodiment, greater than 95% of the nucleic acid is encapsulated into the lipid-nucleic acid particle.").

255.  Semple '278 also disclosed compositions with at least 90% of the nucleic acid in the composition is encapsulated within the particle, teaching that such levels of encapsulation were achievable. Semple '278 at 47:16–18 ("Decreasing DODMA concentration (30, 25, 20 %) severely decreased the encapsulation efficiency of PS-2302 (91%, 43%, 35%) and likewise the Drug/Lipid ratio of the resulting formulation."), 24:24–26 ("Accordingly, the nucleic acids, or nucleotide polymers, can be polymers of nucleic acids including genomic DNA, cDNA, mRNA or oligonucleotides containing nucleic acid analogs. . . ."), 31:6–8 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or mRNA sequences which code for therapeutically useful polypeptides."), 76:6-7 ("30. The composition of claim 29, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle."); 76:15-16 ("33. The composition of claim 32, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle.").

256.  Prior art also taught that free nucleic acids could be removed from formulations, resulting in increased mRNA encapsulation within the lipid vesicles. *See, e.g.*, Saravolac '171 at 15:13–18, 16:57-62; *see also* Semple '278 at 27:23–29 ("Preferably, unencapsulated and surface adsorbed nucleic acids is [*sic*] removed from the resulting compositions through exchange of buffer solutions. For example, replacement of a citrate buffer (pH about 4.0, used for forming the compositions) with a HEPES-buffered saline (HBS pH about 7.5) solution, results in the neutralization of liposome surface and antisense release from the surface. The released antisense can then be removed via chromatography using standard methods, and then switched into a buffer with a pH above the pKa of the lipid used."), 37:30-38:4. Techniques removing

unencapsulated nucleic acid were known. Wang 1995 at 3319 ("The liposome-encapsulated oligonucleotides were then separated from free oligonucleotides on a 1.5 cm x 20 cm Sepharose CL-4B column (Pharmacia) preequilibrated with PBS."); Martinon 1993 at 1719 ("Thus homogenized, the suspension was passed on a Sepharose CL-4B gel-permeation (Pharmacia LKB, Uppsala, Sweden) column ( 1 cm x 24 cm) at room temperature to remove any unencapsulated RNA. The liposomal preparation which eluted in the void volume of the column was used for immunization."); Meulien '831 at 11:26–29 ("In order to substantially remove the nonencapsulated RNA, the suspension is loaded on a Sepharose 4B column (10 ml; column with a cross section of 1 cm) preequilibrated in Hepes buffer."); Semple Article at 154 ("Non-encapsulated ODN was removed by DEAE-Sepharose CL-6B column chromatography."); Zhang '745 at 19:15–19 ("The encapsulation efficiency of oligonucleotide or DNA was evaluated by DEAE ion exchange column chromatography. After sonication formulation was loaded to a DEAE Sepharose CL-4B ion exchange column (1.5×10 cm column with 5 cm to remove non-encapsulated oligonucleotides.").

257.    Given the percent nucleic acid encapsulation taught in the prior art and methods for removal of unencapsulated nucleic acid, a POSA would have had a reasonable expectation of success in achieving claimed lipid vesicle formulations, "wherein at least 70% of the mRNA in the formulation is fully encapsulated in the lipid vesicles."

258.    Therefore, in my opinion, this claim is anticipated by Saravolac '171, rendered obvious by Saravolac '171 alone, and rendered obvious by Saravolac '171 in combination with Meulien '831 and Malone 1989 for the reasons above.

g.    **Claim 2: The lipid vesicle formulation of claim 1, wherein the amphipathic lipid is a phospholipid.**

62

259.    In my opinion, Saravolac '171 anticipates this claim, Saravolac '171 renders this claim obvious alone, and Saravolac '171 renders this claim obvious in in combination with Meulien '831 and Malone 1989. As discussed above, Saravolac '171 anticipates and renders claim 1 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.1.a–XI.B.1.f (¶¶ 224–258).

260.    As I discussed above for Claim 1 Element [c], Saravolac '171 discloses lipid vesicles comprising amphipathic lipids and that phospholipids as examples of such amphipathic lipids. *See supra* § XI.B.1.c (¶¶ 233–238).

261.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

    h.    **Claim 3: The lipid vesicle formulation of claim 2, wherein the phospholipid is selected from the group consisting of phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoylphosphatidylcholine, and dilinoleoylphosphatidylcholine.**

262.    In my opinion, Saravolac '171 anticipates this claim, Saravolac '171  renders obvious this claim alone, and Saravolac '171 renders this claim obvious in in combination with Meulien '831 and Malone 1989.[34] As discussed above, Saravolac '171 anticipates and renders claim 2 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* § XI.B.1.g (¶¶ 259–261).

---

[34]    I understand from counsel that an anticipatory reference does not need to disclose every option listed, but that it is sufficient if the reference discloses at least one compound that falls within the claim.

263. As I discussed above, Saravolac '171 discloses lipid vesicles with phospholipids, including "preferred" lipids phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidyl-ethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoyl-phosphatidylcholine, and dilinoleoylphosphatidylcholine. Saravolac '171 at 8:43–54; *see supra* § XI.B.1.c (¶¶ 233–238).

264. Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 2.

> i. **Claim 4: The lipid vesicle formulation of claim 1, wherein each lipid vesicle further comprises a sterol.**

265. In my opinion, Saravolac '171 anticipates this claim, Saravolac '171 renders obvious this claim alone, and Saravolac '171 renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, Saravolac '171 anticipates and renders claim 1 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.1.a–XI.B.1.f (¶¶ 224–258).

266. Sterols were known to be used for modulating fluidity of membranes. Bennett 1995 at 48 ("Sterols are commonly used for modulating the fluidity of both natural and artificial membranes (9). Cationic cholesterol derivatives have also been shown to mediate effective DNA transfection of cells and tissues when formulated into sonicated vesicles with DOPE (10). Therefore, these experiments have been designed to investigate the effect of cholesterol, the predominant mammalian sterol, on the efficacy of cationic liposome transfection formulations.").

Sterols were a known class of compounds. Moss 1995[35] at 1367 ("Natural products derived from the *steroid* skeleton and containing a hydroxy group in the 3 position. . . .").

267.   Saravolac '171 discloses that the lipids of the lipid vesicle formulations could be mixed with sterols. *See, e.g.*, Saravolac '171 at 8:55-57 ("Additionally, the amphipathic lipids described above may be mixed with other lipids including triglycerides and sterols.").

268.   Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

> j.   **Claim 5: The lipid vesicle formulation of claim 4, wherein the sterol is cholesterol.**

269.   In my opinion, Saravolac '171 renders this claim obvious in combination with Adler-Moore 2002 and the Semple Article, and optionally Meulien '831 and Malone 1989. As discussed above, Saravolac '171 anticipates and renders obvious claim 4 alone and in combination with Meulien '831 and Malone 1989. *See supra* § XI.B.1.i (¶¶ 265–268).

270.   Saravolac '171 also discloses lipid vesicles that comprise a cholesterol derivative. *See, e.g.*, Saravolac '171 at 13:9-16 ("In particularly preferred embodiments, the compositions will comprise cationic lipids (as the bilayer-forming or -stabilizing lipids), fusogenic lipids and PEG-lipids. Cationic lipids which are useful in the present compositions include, for example, DODAC, DOTMA, DDAB, DOTAP, DC-Chol and DMRIE."). The lipid "DC-Chol" is an abbreviation for 3β-(N-(N′,N′-dimethylaminoethane)carbamoyl)cholesterol. *See, e.g.*, *id.* at 7:66–67.

---

[35]   Moss, G. P., Smith, P. A. S. and Tavernier, D. "Glossary of class names of organic compounds and reactivity intermediates based on structure (IUPAC Recommendations 1995)," Pure and Applied Chemistry (1995), 67(8-9):1307–1375.

271.    A POSA would have been motivated to combine Saravolac '171 with Adler-Moore 2002 and the Semple Article, that taught inclusion of cholesterol in lipid vesicles. A POSA would have understood that phospholipids are naturally found in cell membranes, including phosphatidylethanolamine, phosphatidylcholine, and phosphatidylserine. *See, e.g.*, Alberts at 584–585. A POSA would have also understood that phospholipids, like phosphatidylcholine, were components in lipid delivery systems. *See, e.g.*, Adler-Moore 2002 at 21 ("In addition to amphotericin B, AmBisome is composed of hydrogenated soy phosphatidylcholine, distearoyl phosphatidylglycerol and cholesterol."); *see also, e.g.*, AmBisome Package Insert at 1. Adler-Moore 2002 also taught that the cholesterol added stability to the lipid vesicle. Adler-Moore 2002 at 22 ("liposomes formulated to act as drug carriers that are stable under physiological conditions should be prepared from phospholipids with $T_c$s above 37°C, and should have a high molar fraction of cholesterol as part of their composition.").

272.    The Semple Article teaches improved encapsulation of oligonucleotides using a four-component lipid delivery system that includes cholesterol. *See, e.g.*, Semple Article at 162 ("Effective, systemic delivery systems for DNA and RNA are considered basic to the successful clinical application of gene-based drugs [4,44-46]. In this study, we describe and characterize a novel lipid-based formulation (SALP) designed for i.v. delivery of polyanionic oligonucleotides. The formulation process represents a significant improvement over existing methods as ODN are encapsulated with both high efficiency and high drug to lipid ratios, while employing simple manufacturing techniques."), 154 ("A typical 1.0 ml formulation consisted of 13 µmol ( ~ 10

66

mg) total of DSPC/CH/DODAP/PEG-CerC14 (25/45/20/10, mol/mol/mol/mol)[36] and 2 mg of

ODN in a final solution containing 180 mM citrate, pH 4.0 and 40% ethanol (v/v).”). Cholesterol

was known to be “the predominant mammalian sterol.” Bennett 1995[37] at 48 (“Sterols are

commonly used for modulating the fluidity of both natural and artificial membranes (9). Cationic

cholesterol derivatives have also been shown to mediate effective DNA transfection of cells and

tissues when formulated into sonicated vesicles with DOPE (10). Therefore, these experiments

have been designed to investigate the effect of cholesterol, the predominant mammalian sterol,

on the efficacy of cationic liposome transfection formulations.”). Given these teachings of the

prior art, a POSA would have had a reasonable expectation of success to arrive at the claimed

lipid vesicle formulation comprising cholesterol where the claimed percent mRNA in the

formulation is “fully encapsulated” in the lipid vesicles.

273.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as

explained above in reference to claim 4.

> k.    **Claim 6, Element [a]: The lipid vesicle formulation of claim 4,
> wherein the sterol is cholesterol**

274.    In my opinion, Saravolac ’171 renders this claim obvious in combination with

Adler-Moore 2002 and the Semple Article, and optionally Meulien ’831 and Malone 1989. As

discussed above, Saravolac ’171 anticipates and renders obvious claim 4 alone and in

combination with Meulien ’831 and Malone 1989. *See supra* § XI.B.1.i, (¶¶ 265–268).

---

[36]  Abbreviations: Distearoylphosphatidylcholine (DSPC), l,2-Dioleoyl-3-dimethylammonium propane (DODAP), Cholesterol (CH), 1-0-(2' -(w-methoxypolyethyleneglycol)succinoyl)-2-N-myristoylsphingosine (PEG-CerC14). Semple Article at 153.

[37]  M J Bennett, M H Nantz, R P Balasubramaniam, D C Gruenert, R W Malone, “Cholesterol Enhances Cationic Liposome-Mediated DNA Transfection of Human Respiratory Epithelial Cells,” Bioscience Reports (1995) 15:47-53 (“Bennett 1995”). *See* MRNA-GEN-00218951–957.

275. For at least the reasons set forth above in my analysis of the '651 Patent Claim 5, the Semple Article and Adler-Moore 2002 disclosed this claim element or it would have been obvious in light of Saravolac '171 in combination with Adler-Moore 2002 and the Semple Article. *See supra* § XI.B.1.j (¶¶ 269–273).

      l.     **Claim 6, Element [b]: and the amphipathic lipid is a phospholipid.**

276. For at least the reasons set forth above in my analysis of the '651 Patent Claim 2, in my opinion, Saravolac '171 disclosed this claim element. *See supra* § XI.B.1.g (¶¶ 259–261).

277. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claims 2, 4, and 5.

      m.     **Claim 7: The lipid vesicle formulation of claim 6, wherein the phospholipid is selected from the group consisting of phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoylphosphatidylcholine, and dilinoleoylphosphatidylcholine.**

278. In my opinion, Saravolac '171 renders this claim obvious in combination with Adler-Moore 2002 and the Semple Article, and optionally Meulien '831 and Malone 1989. As discussed above, Saravolac '171 renders obvious claim 6 in combination with Adler-Moore 2002 and the Semple Article, and optionally Meulien '831 and Malone 1989. *See supra* §§ XI.B.1.k–XI.B.1.l (¶¶ 274–277).

279. For at least the reasons set forth above in my analysis of the '651 Patent Claim 3, in my opinion, Saravolac '171 rendered obvious this claim in combination with Adler-Moore 2002 and the Semple Article, and optionally Meulien '831 and Malone 1989. *See supra* § XI.B.1.h (¶¶ 262–264).

n.    **Claim 9: The lipid vesicle formulation of claim 1, wherein each lipid vesicle is a lipid-nucleic acid particle.**

280.    In my opinion, Saravolac '171 anticipates this claim, Saravolac '171 renders obvious this claim alone, and Saravolac '171 renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, Saravolac '171 anticipates and renders obvious claim 1 alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.1.a–XI.B.1.f (¶¶ 224–258).

281.    To the extent the disclosure of the '651 Patent sufficiently describes and enables lipid vesicles formulations "wherein each lipid vesicle is a lipid-nucleic acid particle" and that "wherein each lipid vesicle is a lipid-nucleic acid particle" is not indefinite, in my opinion, Saravolac '171 discloses this claim element.[38]

282.    Saravolac '171 discloses that the lipid vesicles described can be a lipid particle. *See, e.g.*, Saravolac '171 at 2:23-33 ("In one aspect, the present invention provides compositions which are nucleic acid (e.g., plasmid)-lipid compositions. In these compositions, a nucleic acid (e.g., plasmid or an antisense molecule) is encapsulated in a self-assembling lipid vesicle in an amount of from about 20 µg nucleic acid/mg lipid to about 400 µg nucleic acid/mg lipid. The lipid vesicle will typically be a liposome or lipid particle (a bilayer vehicle coating the plasmid and having little or no aqueous interior). The lipid vesicle can be prepared from a wide variety of lipids or combinations of lipids."), 12:14–17 ("As used herein, the term 'lipid particle' refers to a lipid bilayer carrier which 'coats' a nucleic acid and has little or no aqueous interior."), 17:4–8

---

[38]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "wherein each lipid vesicle is a lipid-nucleic acid particle" as described in the '651 Patent specification and as construed by the Court is indefinite.

("Pharmaceutical compositions comprising the nucleic acid (e.g., plasmid)-lipid compositions (e.g., in particle or liposome form) of the invention are prepared according to standard techniques and further comprise a pharmaceutically acceptable carrier."), 18:20–24 ("Dosage for the nucleic acid-lipid particle formulations will depend on the ratio of nucleic acid to lipid and the administrating physician's opinion based on age, weight, and condition of the patient."), 18:25–30 ("V. Administration of Nucleic Acid-Lipid Particle Formulations. The serum-stable nucleic acid-lipid compositions particles of the present invention are useful for the introduction of plasmids into cells."); *see also id.* 18:36–56.

283.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

> o.    **Claim 11: The lipid vesicle formulation of claim 1, wherein the cationic lipid only carries a positive charge at below physiological pH.**

284.    Claim 11 of '651 Patent is unclear because it requires that the cationic lipid ***only*** carry a positive at below physiological pH. The '651 Patent does not explain what it means for the cationic lipid to "only" carry a positive charge at a certain pH. [39] For purposes of my analysis, I have used guidance in the examples of the '651 Patent specification and from the applicant's statement during prosecution to understand this claim element. '651 Patent at 5:27–29 ("The following lipids are cationic and have a positive charge at below physiological pH: DODAP, DODMA, DMDMA and the like.");

---

[39]    Every molecule of the same compound in a formulation does not possess the same charge at the same pH. Instead, the charges of each molecule at a given pH can vary. The charge equilibrium shifts depending on the pKa of the compound and the pH. As a result, it is a physical improbability that every molecule of cationic lipid in a formulation will "only" carry a positive charge at any given pH.

70

## I.    STATUS OF THE CLAIMS

Upon entry of this amendment, claims 1-12 are pending in this application and are presented for examination. Claims 11 and 12 are newly added. Support for new claim 11 is found, for example, on page 7, lines 23-24 of the specification as filed. Support for new claim 12 is found, for example, on page 10, lines 2-5 and page 17, lines 25-27 of the specification as filed. Accordingly, no new matter has been introduced. Reconsideration is respectfully requested.

'651 Patent File History, Oct. 22, 2014 Amendment at 4; '651 Patent File History, Specification as filed at 7:23–24 ("The following lipids are cationic and have a positive charge at below physiological pH: DODAP, DODMA, DMDMA and the like."). Although the claim does not read this way, I interpret these statements to mean that a lipid vesicle formulation of claim 1 wherein the cationic lipid is "DODAP, DODMA, DMDMA and the like" would meet Claim 11 of the '651 Patent.

285.    Saravolac '171 discloses use of cationic lipids that "carry a net positive charge at physiological pH or have a protonatable group and are positively charged at pH lower than the pKa." *See, e.g.*, Saravolac '171 at 8:58–61.

286.    This claim element would have been obvious to a POSA, who would have been motivated to combine the teachings of Saravolac '171 with the Semple Article or Semple '278. The Semple Article and Semple '278 taught the utility of using a cationic lipid that has a positive charge at below physiological pH to encapsulate nucleic acids, and would have had a reasonable expectation of success to arrive at the claimed lipid vesicle formulation where the claimed percent mRNA in the formulation is "fully encapsulated" in the lipid vesicles. *See, e.g.* Semple Article at 156, first column ("Consequently, it was determined that ionizable cationic lipids might be a better choice in that formulations could be made at acidic pH, when the majority of the lipid was cationic, but the resulting delivery system would be charge 'neutral' when

71

administered at physiological pH. DODAP was employed as an ionizable cationic lipid as it exhibits an apparent pK of 6.6 in lipid bilayer systems [38]."); Semple article at 153, second column ("Furthermore, when delivery systems bearing a net cationic charge are administered intravenously (i.v.), they exhibit rapid plasma clearance, distribute into lung, liver and spleen [22-24], and often exhibit liver and hemodynamic toxicities, such as activation of complement and prolongation of clotting times [25- 27]. Therefore, there is a growing need to mask or reduce the cationic lipid content in delivery systems. In this study, we describe a novel process that utilizes an ionizable aminolipid to facilitate efficient encapsulation of antisense ODN in lipid vesicles that can subsequently be rendered neutral at physiological pH. Using this approach, we address the issues of improving encapsulation efficiencies and drug to lipid ratios, as well as reducing the net cationic lipid con- tent of the vesicles, resulting in improved pharmacokinetics of the formulation relative to delivery systems containing quaternary aminolipids or cationic liposome/ODN complexes."); Semple '278 at 6:28-30 ("Liposomal formulations were composed of X:CHOL:DODAP:PEG-CerC14 (25 :45 :20: 10), where X represents either distearoylphosphatidylcholine (DSPC), sphingomyelin (SM), or palmitoyloleoylphosphatidylcholine (POPC)."), 77:1–2 ("38. The composition of claim 37, wherein said lipid portion comprises DODAP, DSPC, Chol and PEG-Cer14.").

287. Saravolac '171 taught the use of a cationic lipid and the Semple Article taught lipid compositions comprising the specific cationic lipid DODAP. Semple Article at Abstract ("In this study, we describe and characterize a novel formulation process that utilizes an ionizable aminolipid (l,2-dioleoyl-3-dimethylammonium propane, DODAP) and an ethanol-containing buffer system for encapsulating large quantities (0.15-0.25 g ODN/g lipid) of polyanionic ODN in lipid vesicles."").

72

288.    In my opinion, Saravolac '171 renders this claim obvious in combination with Semple Article and Semple '278, and optionally Meulien '831 and Malone 1989. As discussed above, Saravolac '171 anticipates and renders obvious claim 1 alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.1.a–XI.B.1.f (¶¶ 224–258).

> p.    **Claim 13: The lipid vesicle formulation of claim 1, wherein at least 80% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

289.    In my opinion, Saravolac '171 anticipates this claim, Saravolac '171 renders this claim obvious alone, and Saravolac '171 renders this claim obvious in combination with Semple '278 and Zhang '745, and optionally Meulien '831 and Malone 1989. As discussed above, Saravolac '171 anticipates and renders obvious claim 1 alone or in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.1.a–XI.B.1.f (¶¶ 224–258); § VII (¶¶ 38-44).

290.    For at least the reasons set forth above, to the extent the '651 Patent disclosure sufficiently describes and enables this claim and "fully encapsulated" is not indefinite, in my opinion, Saravolac '171 discloses this claim element.[40] *See supra* § XI.B.1.f (¶¶ 249–257). In addition, to the extent the '651 Patent disclosure sufficiently describes and enables this claim and "fully encapsulated" is not indefinite, in my opinion, Saravolac '171 in combination with Zhang '745, Semple '278, Meulien '831, and Malone 1989 discloses this claim element. *Id.*

291.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

---

[40]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "fully encapsulated" as described in the '651 Patent specification and as construed by the Court is indefinite.

q.    **Claim 14: The lipid vesicle formulation of claim 1, wherein about 90% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

292.    In my opinion, Saravolac '171 anticipates this claim, Saravolac '171 renders this claim obvious alone, and Saravolac '171 renders this claim obvious in combination with Semple '278 and Zhang '745, and optionally Meulien '831 and Malone 1989. As discussed above, Saravolac '171 anticipates and renders obvious claim 1 alone or in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.1.a–XI.B.1.f, (¶¶ 224–258); § VII (¶¶ 38-44).

293.    For at least the reasons set forth above, to the extent the '651 Patent disclosure sufficiently describes and enables this claim and "fully encapsulated" is not indefinite, in my opinion, Saravolac '171 discloses this claim element.[41] *See supra* § XI.B.1.f (¶¶ 249–257). In addition, for these reasons, to the extent the '651 Patent disclosure sufficiently describes and enables this claim and "fully encapsulated" is not indefinite, in my opinion, Saravolac '171 in combination with Zhang '745, and Semple '278 discloses this claim element. *Id.*

294.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

2.    **Semple Article Anticipates and/or Renders Obvious the Asserted Claims of the '651 Patent**

295.    In my opinion, claims 1–7 and 9–14 of the '651 Patent are anticipated by and/or would have been obvious in view of the Semple Article alone or in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745 as laid out for each claim below.

---

[41]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "fully encapsulated" as described in the '651 Patent specification and as construed by the Court is indefinite.

74

   a.  **Claim 1 Element [p]: A lipid vesicle formulation comprising: (a) a plurality of lipid vesicles, wherein each lipid vesicle comprises:**

296. In my opinion, the Semple Article discloses this claim element.

297. For example, the Semple Article discloses a formulation with lipid vesicles. *See, e.g.*, Semple Article at Abstract ("In this study, we describe and characterize a novel formulation process that utilizes an ionizable aminolipid (1,2-dioleoyl-3-dimethylammonium propane, DODAP) and an ethanol-containing buffer system for encapsulating large quantities (0.15-0.25 g ODN/g lipid) of polyanionic ODN in lipid vesicles. […] The 'stabilized antisense-lipid particles' (SALP) formed are stable on adjustment of the external pH to neutral pH values and the formulation process allows encapsulation efficiencies of up to 70%."), 153 ("In this study, we describe a novel process that utilizes an ionizable aminolipid to facilitate efficient encapsulation of antisense ODN in lipid vesicles that can subsequently be rendered neutral at physiological pH. Using this approach, we address the issues of improving encapsulation efficiencies and drug to lipid ratios, as well as reducing the net cationic lipid content of the vesicles, resulting in improved pharmacokinetics of the formulation relative to delivery systems containing quaternary aminolipids or cationic liposome/ODN complexes."), 159 ("We refer to the ODN-loaded vesicles produced by this procedure as SALP. […] It is important to demonstrate that the ODN in SALP is indeed encapsulated within the lipid vesicles and not simply adsorbed to the vesicle surface."), 160 ("At the higher ODN to lipid ratio, the SALP preparation consisted of spherical vesicles, with populations of LUV and small multilamellar vesicles (SMLV) (Fig. 7, bottom panel)").

   b.  **Claim 1 Element [b]: a cationic lipid;**

298. In my opinion, the Semple Article discloses this claim element.

299.    The '651 Patent defined "cationic lipid" and provided examples. '651 Patent at 5:4–29. I provided a table of these examples above. *See supra* § IX.A.5 (¶¶ 62–63).

300.    The Semple Article discloses that the use of cationic lipids in a lipid formulation can improve the ability for the lipids to interact with nucleic acids. Semple Article at 153 ("The inclusion of cationic lipids in lipid formulations improves the association with polyanionic nucleic acids.").

301.    More specifically, the Semple Article discloses a formulation process for lipid vesicles using the cationic lipid DODAP. *See, e.g.*, Semple Article at Abstract ("In this study, we describe and characterize a novel formulation process that utilizes an ionizable aminolipid (1,2-dioleoyl-3-dimethylammonium propane, DODAP) and an ethanol-containing buffer system for encapsulating large quantities (0.15–0.25 g ODN/g lipid) of polyanionic ODN in lipid vesicles."), 154 ("A typical 1.0 ml formulation consisted of 13 μmol (~10 mg) total of DSPC/CH/DODAP/PEG-CerC$_{14}$ (25/45/20/10, mol/mol/mol/mol) and 2 mg of ODN in a final solution containing 180 mM citrate, pH 4.0 and 40% ethanol (v/v)."), 156 ("Consequently, it was determined that ionizable cationic lipids might be a better choice in that formulations could be made at acidic pH, when the majority of the lipid was cationic, but the resulting delivery system would be charge 'neutral' when administered at physiological pH. DODAP was employed as an ionizable cationic lipid as it exhibits an apparent pK of 6.6 in lipid bilayer systems [38]."), 156 ("Initial studies were conducted using a lipid mixture of DSPC, CH, DODAP and PEG-CerC$_{14}$ (25/45/20/10, mol/mol/mol/mol).").

302.    The Semple Article discloses that changing the amount of cationic lipid can affect encapsulation of nucleic acid in the lipid vesicle as well as pharmacokinetic properties of the lipid vesicle. *See, e.g.*, *id.* at 153 ("In this study, we describe a novel process that utilizes an

ionizable aminolipid to facilitate efficient encapsulation of antisense ODN in lipid vesicles that can subsequently be rendered neutral at physiological pH. Using this approach, we address the issues of improving encapsulation efficiencies and drug to lipid ratios, as well as reducing the net cationic lipid content of the vesicles, resulting in improved pharmacokinetics of the formulation relative to delivery systems containing quaternary aminolipids or cationic liposome/ODN complexes."), 157 ("Fig. 2. Influence of aminolipid (DODAP) content on encapsulation of ODN in SALP."), 158 ("As shown in Fig. 2, encapsulation efficiency increased from 5 to 80% as the concentration of DODAP was increased from 0 to 30 mol%. […] Consequently, 20-25 mol% DODAP was considered to be an optimal concentration for further characterization."), 163 ("The ionizable lipid and the PEG-Cer molecules used to construct SALP endow this system with unique features. The ionizable cationic lipid DODAP facilitates efficient charge-dependent loading at acidic pH values, but also allows SALP to exhibit a near neutral surface charge at physiological pH.").

303.    Figure 2 of the Semple Article shows how increasing the mole percent of the cationic lipid DODAP led to increased encapsulation efficiency:



Fig. 2. Influence of aminolipid (DODAP) content on encapsulation of ODN in SALP. SALP were prepared by the addition of an ethanol solution containing lipid to hICAM ODN in citrate buffer, pH 4.0, as described in Section 2. The mol% DODAP was varied at the expense of DSPC. The CH and PEG-CerC$_{14}$ contents were held constant at 45 mol% and 10 mol%, respectively. The indicated mol% are with respect to all (total) lipid components. The actual DODAP content (mol%) in each sample was determined by HPLC analysis as described in Section 2. The data points represent the mean ± S.D. of four experiments.

*Id.* at 157 Fig. 2.

c. **Claim 1 Element [c]: an amphipathic lipid; and**

304. In my opinion, the Semple Article discloses this claim element.

305. The '651 Patent defined "amphipathic lipid" and provided examples. '651 Patent at 4:39–62. I provided a table of these examples above. *See supra* § IX.A.4 (¶ 61).

306. For example, the Semple Article discloses the use of the amphipathic lipid distearoylphosphatidylcholine ("DSPC"). *See, e.g.*, Semple Article at 153. DSPC is an example of an amphipathic lipid listed in the '651 Patent. *See* '651 Patent at 4:39–62; *supra* § IX.A.4 (¶ 61).

307. The Semple Article describes formulations using DSPC in combination with the cationic lipid DODAP, cholesterol, and a PEG-conjugated lipid. *See, e.g.*, Semple Article at 154

78

("A typical 1.0 ml formulation consisted of 13 μmol (~10 mg) total of DSPC/CH/DODAP/PEG-CerC14 (25/45/20/10, mol/mol/mol/mol) and 2 mg of ODN in a final solution containing 180 mM citrate, pH 4.0 and 40% ethanol (v/v)."), 156 ("Lipid films composed of a 10 mg (total lipid) mixture of DSPC/CH/DODAP/PEG-CerC14 (25/45/20/10, mol/mol/mol/mol) were hydrated with 2 mg hICAM ODN in 1.0 ml citrate buffer, pH 4.0 containing varying concentrations of ethanol, as described in Section 2."), 158 ("The optimal DODAP concentration for formulation was determined in DSPC/CH/DODAP/PEGCerC14 vesicles in the presence of 40% ethanol, 2 mg/ml ODN and 10 mg/ml total lipid."), 158 ("The influence of pH on ODN encapsulation was evaluated employing a lipid composition consisting of DSPC/CH/DODAP/PEG-CerC14 (25/45/20/10), 40% ethanol in citrate buffer, 2 mg/ml ODN and 10 mg/ml total lipid.").

d.    **Claim 1 Element [d]: a polyethyleneglycol (PEG)-lipid; and**

308.    In my opinion, the Semple Article discloses this claim element.

309.    For example, the Semple Article discloses lipid formulations that comprise PEG-lipid, specifically using 1-O-(2P-(w-methoxypolyethyleneglycol)succinoyl)-2-N-myristoylsphingosine ("PEG-CerC14"). *See, e.g.*, Semple Article at 154; *id.* at 156 ("PEG-CerC14, a steric barrier lipid, was included in the formulation.").

310.    The Semple Article describes formulations using PEG-lipids in combination with the cationic lipid DODAP, cholesterol, and the amphipathic lipid DSPC. *See, e.g.*, *id.* at 154 ("A typical 1.0 ml formulation consisted of 13 μmol (~10 mg) total of DSPC/CH/DODAP/PEG-CerC14 (25/45/20/10, mol/mol/mol/mol) and 2 mg of ODN in a final solution containing 180 mM citrate, pH 4.0 and 40% ethanol (v/v)."), 156 ("In order to minimize aggregation and fusion between particles during the formulation process, PEG-CerC14, a steric barrier lipid, was included in the formulation. Initial studies were conducted using a lipid mixture of DSPC, CH,

79

DODAP and PEG-CerC14 (25/45/20/10, mol/mol/mol/mol).”), 157 (“In the absence of a steric barrier lipid, extensive aggregation and fusion was observed upon addition of the cationic lipid mixture to ODN at final ethanol concentrations > 20% (v/v). The addition of PEG-CerC14 lipid to the formulation at 10 mol% (with respect to total lipid) eliminated this phenomenon, consistent with the known role of PEG-lipid in preventing the aggregation and fusion between lipid vesicles [40]. An examination of the minimum quantity of PEG-lipid required to form stable particles indicated that wholesale aggregation and fusion was prevented at >= 5% PEG-lipid.”), 163 (“The ionizable lipid and the PEG-Cer molecules used to construct SALP endow this system with unique features.”).

311.    The Semple Article discloses that the PEG-lipids are required to stabilize the lipid vesicle during its formulation by inhibiting association and fusion with other vesicles and membranes, which was a known property of PEG-lipids. *See, e.g.*, *id.* at 164 (“With regard to the PEG-CerC14 or PEG-CerC20 constituents, which are required to stabilize SALP during formulation, it should be noted that PEG coatings inhibit vesicle-vesicle and vesicle-membrane association and fusion [40],”).

e.    **Claim 1 Element [e]: (b) messenger RNA (mRNA),**

312.    To the extent the disclosure of the ’651 Patent sufficiently describes and enables mRNA encapsulation, in my opinion, the Semple Article discloses this claim element.[42] *See supra* §IX.A.2 (¶¶ 57–59).

313.    For    example,    the    Semple    Article    discloses    encapsulation    of oligodeoxynucleotides (“ODN”). Semple Article at Abstract (“In this study, we describe and

---

[42]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the ’651 Patent. I understand from counsel that a different expert for Moderna is providing an opinion that the ’651 Patent disclosure does not sufficiently support and enable mRNA encapsulation.

characterize a novel formulation process that utilizes an ionizable aminolipid (l,2-dioleoyl-3-dimethylammonium propane, DODAP) and an ethanol-containing buffer system for encapsulating large quantities (0.15-0.25 g ODN/g lipid) of polyanionic ODN in lipid vesicles."). The authors state that the methods and encapsulation would also apply to other DNA- and RNA-based therapeutics. *See, e.g.*, Semple Article at 153 ("For antisense ODN, which are furthest along in clinical development, nuclease sensitivity has been minimized through chemical modifications to the nucleic acid backbones and/or sugars [10], while hemodynamic toxicities have been reduced through the use of repeated, slow infusions (2 h) or continual infusion protocols of up to 21 days [11]. However, it would be expected that encapsulation of antisense ODN and other DNA- and RNA-based therapeutics in lipid vesicles would greatly reduce these concerns and improve the utility of these molecules without the need for chemical modification."), 162 ("Effective, systemic delivery systems for DNA and RNA are considered basic to the successful clinical application of gene-based drugs [4, 44-46]. In this study, we describe and characterize a novel lipid-based formulation (SALP) designed for i.v. delivery of polyanionic oligonucleotides."), 164 ("Moreover, we believe that this type of delivery system will be broadly applicable to other DNA- and RNA-based therapeutic agents and that, by choosing an appropriate ionizable lipid, it will be possible to encapsulate a wide variety of charged compounds, including proteins, peptides, and other diagnostic and therapeutic agents.").

314. **Obviousness**: A POSA reviewing the Semple Article at the time of the priority date of the '651 Patent would have found it obvious to use mRNA with the formulations described in Semple Article. First, as discussed above, the Semple Article teaches that the lipid-based delivery methods described would be "broadly applicable to other DNA- and RNA-based therapeutic agents." *See, e.g.*, Semple Article at 164. Based on the teachings in the Semple

Article a POSA would have had a reasonable expectation of success to arrive at the claimed formulations where the claimed percent mRNA in the formulation is "fully encapsulated" in the lipid vesicles.

315.    Second, a POSA would be motivated to combine the teachings of the Semple Article with the teachings of Meulien '831 and Malone 1989 to encapsulate mRNA because it was known at the time that mRNA was an area of exploration for therapeutic purposes. *See, e.g.*, Meulien '831 at 5:26–36 ("An RNA fragment useful for the purposes of the present invention is by nature a non-infectious RNA fragment exclusively of the messenger type; that is to say capable of being directly translated into protein by the cellular machinery without having to be first replicated or transcribed into DNA. By definition, it does not contain the elements which might enable it to replicate inside a cell. Similarly, it does not contain the genetic information required for the reconstitution of a substantially complete pathogenic agent (for example a bacterium, a virus or a parasite)."); Martinon 1993 at 1722 ("The concept of using mRNA for vaccination purposes circumvents two major hurdles. . . . Secondly, this technology stops short of using rDNA for vaccination, thereby overcoming the potentially strict regulatory barriers related to gene therapy."); Malone 1989 at 6081 ("The RNA/lipofectin method can be used to directly introduce RNA into whole tissues and embryos (R.W.M., C. Holt, and I.M.V., unpublished results), raising the possibility that liposome-mediated mRNA transfection might offer yet another option in the growing technology of eukaryotic gene delivery, one based on the concept of using RNA as a drug."). It was also known that mRNA encapsulated into lipid formulations can assist in its in vivo activity. *See, e.g.*, Meulien '831 at 21:36–22:3 ("RNA alone is ineffective for inducing an immune response . . . RNA encoding NP and IL-2, encapsulated in liposomes, is capable of inducing an immune response after a single injection (Comparison Tests

nos. 2 and 3)."); *see also, e.g.*, Martinon 1993 at 1721 ("We also demonstrate that in order to prime CTL the mRNA had to be encapsulated (Fig. 1).").

316.    A POSA would have had a reasonable expectation of success in achieving the claimed formulation where the claimed percent mRNA in the formulation is "fully encapsulated" in the lipid vesicles because of the Semple Article disclosure on broad applicability, encapsulating nucleic acid in lipid vesicles comprising cationic lipid, cholesterol, phospholipid, and PEG-lipid, and the teaching from Meulien '831 that lipid formulations of phospholipids and cholesterol could encapsulated mRNA. *See, e.g.*, Semple Article at 154 ("Moreover, we believe that this type of delivery system will be broadly applicable to other DNA- and RNA-based therapeutic agents and that, by choosing an appropriate ionizable lipid, it will be possible to encapsulate a wide variety of charged compounds, including proteins, peptides, and other diagnostic and therapeutic agents."). Further, Malone 1989 demonstrated the encapsulation of mRNA in liposomes comprising the cationic lipid DOMTA and the phospholipid DOPE. Malone 1989 at 6077 ("DOTMA was prepared and incorporated into liposomes with dioleoyl phosphatidylethanolamine (DOPE) as described (10). . . . The RNA was then added to 4 ml of Opti-MEM medium (GIBCO) containing 50 µg of lipofectin (DOTMA/DOPE 1:1, mol/mol)."). Meulien '831 also taught usefulness of DNA packaging techniques for packaging of RNA. Meulien '831 at 8:11–14 ("The preparation of the liposomes as well as the packaging of the RNA can be carried out using known techniques. In particular, DNA packaging techniques which are commonly used, are applicable in the present case.").

        f.    **Claim 1 Element [f]: wherein at least 70% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

317.    To the extent the disclosure of the '651 Patent sufficiently describes and enables lipid vesicles with "fully encapsulated" mRNA and that "fully encapsulated" is not indefinite, in

my opinion, the Semple Article discloses this claim element.[43] *See also supra* § IX.A.2 (¶¶ 57–59); § VII (¶¶ 38-44).

318.    For example, the Semple Article discloses that a goal of its formulation process was to facilitate efficient encapsulation of the nucleic acid in lipid vesicles. *See, e.g.*, Semple Article at 153 ("In this study, we describe a novel process that utilizes an ionizable aminolipid to facilitate efficient encapsulation of antisense ODN in lipid vesicles that can subsequently be rendered neutral at physiological pH."), 162 ("The formulation process represents a significant improvement over existing methods as ODN are encapsulated with both high efficiency and high drug to lipid ratios, while employing simple manufacturing techniques."), 157 and Fig 1A ("In the presence of increasing concentrations of ethanol, the encapsulation efficiency increased in a near-linear manner (Fig. 1A). . . . Optimal processing occurred at 40% ethanol, with rapid extrusion times and minimal losses of lipids and ODN (63%) during size reduction (Fig. 1B). At higher ethanol concentrations (>50%), significant and visible aggregation and precipitation was observed. At this ethanol concentration, some ODN was lost through precipitation very early in the formulation process (Fig. 1B); however, no additional losses of ODN were observed following dialysis and anion-exchange chromatography, indicating complete encapsulation of the residual ODN.").

319.    The Semple Article disclosed that the encapsulation efficiency could be increased by optimizing the concentration of cationic lipid (DODAP), ethanol, and pH. *See, e.g.*, *id.* at 157 ("In the presence of increasing concentrations of ethanol, the encapsulation efficiency increased

---

[43]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "fully encapsulated" as described in the '651 Patent specification and as construed by the Court is indefinite.

in a near-linear manner (Fig. 1A)."), 158 ("The optimal DODAP concentration for formulation was determined in DSPC/CH/DODAP/PEG-CerC14 vesicles in the presence of 40% ethanol, 2 mg/ml ODN and 10 mg/ml total lipid. The mol% DODAP in the formulation was varied at the expense of DSPC. As shown in Fig. 2, encapsulation efficiency increased from 5 to 80% as the concentration of DODAP was increased from 0 to 30 mol%."), 158 ("The influence of pH on ODN encapsulation was evaluated employing a lipid composition consisting of DSPC/CH/DODAP/PEG-CerC14 (25/45/20/10), 40% ethanol in citrate buffer, 2 mg/ml ODN and 10mg/ml total lipid. The encapsulation efficiency increased from 5 to >90% as the pH was decreased through the pK range of DODAP, pH 7 to pH 4 (Fig. 3)."). [44]

320.    Data shown in the Semple Article shows that percent of nucleic acid that was encapsulated can reach greater than 90%:

---

[44]   Based on my review, this may be an error in the text of the article. Figure 3 shows that encapsulation reaching about 90% at pH less than 4. *See* Semple Article at Fig. 3.



Fig. 1. Influence of ethanol on final encapsulation efficiency (A) and sample recoveries during extrusion (B) of SALP. Lipid films composed of a 10 mg (total lipid) mixture of DSPC/CH/DODAP/PEG-CerC$_{14}$ (25/45/20/10, mol/mol/mol/mol) were hydrated with 2 mg hICAM ODN in 1.0 ml citrate buffer, pH 4.0 containing varying concentrations of ethanol, as described in Section 2. Lipid (□) and ODN (■) loss during particle size reduction (extrusion) was determined by both radiolabel and HPLC analysis and gave comparable results.

*Id.* at 156 Fig. 1.



Fig. 2. Influence of aminolipid (DODAP) content on encapsulation of ODN in SALP. SALP were prepared by the addition of an ethanol solution containing lipid to hICAM ODN in citrate buffer, pH 4.0, as described in Section 2. The mol% DODAP was varied at the expense of DSPC. The CH and PEG-CerC$_{14}$ contents were held constant at 45 mol% and 10 mol%, respectively. The indicated mol% are with respect to all (total) lipid components. The actual DODAP content (mol%) in each sample was determined by HPLC analysis as described in Section 2. The data points represent the mean ± S.D. of four experiments.

*Id.* at 157 Fig. 2.



Fig. 3. pH Dependence of ODN encapsulation in SALP. ODN was encapsulated in DSPC/CH/DODAP/PEG-CerC$_{14}$ (20/45/25/10, mol/mol/mol/mol) vesicles upon addition of an ethanol solution containing lipid to hICAM ODN in citrate buffer, as described in Section 2. The measured pH of the buffer in the absence of ethanol, ODN and lipid is indicated (●). The data points represent the mean ± S.D. of three experiments.

*Id.* at 158 Fig. 3.



Fig. 4. Optimization of ODN to lipid ratios in SALP (A) and by passive encapsulation in EPC:CH liposomes (B). ODN was encapsulated in DSPC/CH/DODAP/PEG-CerC$_{14}$ (20/45/25/10, mol/mol/mol/mol) vesicles upon addition of an ethanol solution containing lipid to varying concentrations of hICAM ODN in citrate buffer containing 40% ethanol, as described in Section 2. Alternatively, ODN was entrapped in 100 nm EPC/CH (55/45, mol/mol) liposomes by passive encapsulation techniques. The lipid concentrations in these instances were 50 mg/ml (20 mg/ml ODN) and 250 mg/ml (200 mg/ml ODN). The encapsulation efficiency (●) and resulting ODN to lipid ratios (○) are indicated. The data points represent the mean ± S.D. of three experiments.

*Id.* at 158 Fig. 4.

321.    The Semple Article discloses that the nucleic acid is encapsulated within the lipid particles. *See, e.g.*, Semple Article at 163 ("While nuclease protection assays and $^{31}$P NMR studies indicate that ODN is encapsulated within SALP, the mechanism of SALP formation and ODN entrapment is not fully understood."), 159 ("It is important to demonstrate that the ODN in SALP is indeed encapsulated within the lipid vesicles and not simply adsorbed to the vesicle surface.").

322.    **Obviousness**: Achieving the claimed level of encapsulation would have been obvious to a POSA because a POSA would have been motivated to achieve higher percentage of mRNA encapsulated in the lipid vesicles. *See, e.g.*, Heyes Dep. Tr. at 97:9–11 ("Obviously you would be motivated to achieve higher encapsulation if you – if you could."); *see also id.* at 96:17–97:25. This would have been an obvious modification, based on the knowledge of a POSA.

323.    Zhang '745 taught that greater than 90 % encapsulation of nucleic acid could be achieved. *See, e.g.*, Zhang '745 at 15:12–15 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or MRNA sequences which code for therapeutically useful polypeptides."), 12:54–13:3 ("In addition, the SEDH method of the present invention is extremely advantageous over existing methods because a high encapsulation efficiency of nucleic acids can be achieved with a relatively low lipid-nucleic acid ratio. . . . In an even more preferred embodiment, greater than 90% of the nucleic acid is encapsulated into the lipid-nucleic acid particle. In an even more preferred embodiment, greater than 95% of the nucleic acid is encapsulated into the lipid-nucleic acid particle.").

324.    Semple '278 also disclosed compositions with at least 90% of the nucleic acid in the composition is encapsulated within the particle, teaching that such levels of encapsulation were achievable. Semple '278 at 47:16–18 ("Decreasing DODMA concentration (30, 25, 20 %) severely decreased the encapsulation efficiency of PS-2302 (91%, 43%, 35%) and likewise the Drug/Lipid ratio of the resulting formulation."), 24:24–26 ("Accordingly, the nucleic acids, or nucleotide polymers, can be polymers of nucleic acids including genomic DNA, cDNA, mRNA or oligonucleotides containing nucleic acid analogs. . . ."), 31:6–8 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or mRNA sequences which code for therapeutically useful polypeptides."), 76:6-7 ("30. The composition of claim 29, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle."); 76:15-16 ("33. The composition of claim 32, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle.").

325.    The Semple Article also taught that nucleic acid that was not encapsulated could be removed from the formulation, which could result in increased encapsulation within the lipid

88

vesicles. *See, e.g.*, Semple Article at 154 ("Non-encapsulated ODN was removed by DEAE-Sepharose CL-6B column chromatography."); *see also* Semple '278 at 27:23–29 ("Preferably, unencapsulated and surface adsorbed nucleic acids is [*sic*] removed from the resulting compositions through exchange of buffer solutions. For example, replacement of a citrate buffer (pH about 4.0, used for forming the compositions) with a HEPES-buffered saline (HBS pH about 7.5) solution, results in the neutralization of liposome surface and antisense release from the surface. The released antisense can then be removed via chromatography using standard methods, and then switched into a buffer with a pH above the pKa of the lipid used."), 37:30-38:4. Techniques removing unencapsulated nucleic acid were known. *See, e.g.*, Martinon 1993 at 1719 ("Thus homogenized, the suspension was passed on a Sepharose CL-4B gel-permeation (Pharmacia LKB, Uppsala, Sweden) column ( 1 cm x 24 cm) at room temperature to remove any unencapsulated RNA. The liposomal preparation which eluted in the void volume of the column was used for immunization."); Meulien '831 at 11:26–29 ("In order to substantially remove the nonencapsulated RNA, the suspension is loaded on a Sepharose 4B column (10 ml; column with a cross section of 1 cm) preequilibrated in Hepes buffer."); Semple Article at 154 ("Non-encapsulated ODN was removed by DEAE-Sepharose CL-6B column chromatography."); Zhang '745 at 19:15–19 ("The encapsulation efficiency of oligonucleotide or DNA was evaluated by DEAE ion exchange column chromatography. After sonication formulation was loaded to a DEAE Sepharose CL-4B ion exchange column (1.5×10 cm column with 5 cm to remove non-encapsulated oligonucleotides."). Based on these disclosures, a POSA would have been motivated to use separation techniques to remove unencapsulated nucleic acid from a formulation.

326.    Given the percent nucleic acid encapsulation taught in the prior art and methods for removal of unencapsulated nucleic acid, a POSA would have had a reasonable expectation of success in achieving claimed lipid vesicle formulations, "wherein at least 70% of the mRNA in the formulation is fully encapsulated in the lipid vesicles."

327.    Therefore, in my opinion, this claim is anticipated by the Semple Article, rendered obvious by the Semple Article alone, and rendered obvious by the Semple Article in combination with Meulien '831 and Malone 1989 for the reasons above.

    g.    **Claim 2: The lipid vesicle formulation of claim 1, wherein the amphipathic lipid is a phospholipid.**

328.    In my opinion, the Semple Article anticipates this claim, the Semple Article renders this claim obvious alone, and the Semple Article renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, the Semple Article anticipates and renders claim 1 obvious alone and in combination in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.2.a–XI.B.2.f (¶¶ 296–327).

329.    As I discussed above for Claim 1 Element [c], the Semple Article discloses lipid vesicles comprising amphipathic lipids and that phospholipids as examples of such amphipathic lipids. *See supra* § XI.B.2.c (¶¶ 304–307).

330.    For example, the Semple Article discloses the use of DSPC. *See, e.g.*, Semple Article at 153; *see supra* § XI.B.2.c, ¶¶ 304–307. DSPC is an example of a phospholipid listed in the '651 Patent. *See* '651 Patent at 4:39–62; *supra* § IX.A.4 (¶ 61).

331.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

    h.    **Claim 3: The lipid vesicle formulation of claim 2, wherein the phospholipid is selected from the group consisting of phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid,**

**palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoylphosphatidylcholine, and dilinoleoylphosphatidylcholine.**

332.    In my opinion, the Semple Article anticipates this claim, the Semple Article renders this claim obvious alone, and the Semple Article renders this claim obvious in combination with Meulien '831 and Malone 1989. [45] As discussed above, the Semple Article anticipates and renders claim 2 obvious alone and in combination in combination with Meulien '831 and Malone 1989. *See supra* § XI.B.2.g (¶¶ 328–331).

333.    As I discussed above, the Semple Article discloses distearoylphosphatidylcholine ("DSPC"). *See supra* § XI.B.2.c (¶¶ 304–307).

334.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 2.

> i.    **Claim 4: The lipid vesicle formulation of claim 1, wherein each lipid vesicle further comprises a sterol.**

335.    In my opinion, the Semple Article anticipates this claim, the Semple Article renders this claim obvious alone, and the Semple Article renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, the Semple Article anticipates and renders claim 1 obvious alone and in combination in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.2.a–XI.B.2.f (¶¶ 296–327).

336.    Sterols were known to be used for modulating fluidity of membranes. Bennett 1995 at 48 ("Sterols are commonly used for modulating the fluidity of both natural and artificial membranes (9). Cationic cholesterol derivatives have also been shown to mediate effective DNA

---

[45]    I understand from counsel that an anticipatory reference does not need to disclose every option listed, but that it is sufficient if the reference discloses at least one compound that falls within the claim.

transfection of cells and tissues when formulated into sonicated vesicles with DOPE (10). Therefore, these experiments have been designed to investigate the effect of cholesterol, the predominant mammalian sterol, on the efficacy of cationic liposome transfection formulations."). Sterols were a known class of compounds. Moss 1995 at 1367 ("Natural products derived from the *steroid* skeleton and containing a hydroxy group in the 3 position. . . .").

337.    The Semple Article discloses the use of the sterol cholesterol ("CH"). *See, e.g.*, Semple Article at 153. Sterols were known to be used for modulating fluidity of membranes. Bennett 1995 at 48 ("Sterols are commonly used for modulating the fluidity of both natural and artificial membranes (9). Cationic cholesterol derivatives have also been shown to mediate effective DNA transfection of cells and tissues when formulated into sonicated vesicles with DOPE (10). Therefore, these experiments have been designed to investigate the effect of cholesterol, the predominant mammalian sterol, on the efficacy of cationic liposome transfection formulations.").

338.    The Semple Article describes formulations using cholesterol in combination with the cationic lipid DODAP, the amphipathic phospholipid DSPC, and a PEG-conjugated lipid. *See, e.g.*, Semple Article at 154 ("A typical 1.0 ml formulation consisted of 13 μmol (~10 mg) total of DSPC/CH/DODAP/PEG-CerC14 (25/45/20/10, mol/mol/mol/mol) and 2 mg of ODN in a final solution containing 180 mM citrate, pH 4.0 and 40% ethanol (v/v)."), 156 ("Initial studies were conducted using a lipid mixture of DSPC, CH, DODAP and PEG-CerC14 (25/45/20/10, mol/mol/mol/mol)."), 156 Fig. 1 ("Lipid films composed of a 10 mg (total lipid) mixture of DSPC/CH/DODAP/PEG-CerC14 (25/45/20/10, mol/mol/mol/mol) were hydrated with 2 mg hICAM ODN in 1.0 ml citrate buffer, pH 4.0 containing varying concentrations of ethanol, as described in Section 2."), 157 ("In a typical formulation consisting of DSPC/CH/DODAP/PEG-

92

CerC14 at a theoretical initial lipid concentration of 10 mg/ml (total lipid), individual lipid concentrations were determined to be 2.40, 4.97, 2.61 and 1.12 mg/ml, respectively (11.1 mg/ml total lipid; 150 ml formulation volume).”), 157 Fig. 2 (“The CH and PEG-CerC14 contents were held constant at 45 mol% and 10 mol%, respectively.”), 158 (“The optimal DODAP concentration for formulation was determined in DSPC/CH/DODAP/PEGCerC14 vesicles in the presence of 40% ethanol, 2 mg/ml ODN and 10 mg/ml total lipid.”), 158 (“The influence of pH on ODN encapsulation was evaluated employing a lipid composition consisting of DSPC/CH/DODAP/PEG-CerC14 (25/45/20/10), 40% ethanol in citrate buffer, 2 mg/ml ODN and 10 mg/ml total lipid.”), 158 Fig 4. (“ODN was encapsulated in DSPC/CH/DODAP/PEG-CerC14 (20/45/25/10, mol/mol/mol/mol) vesicles upon addition of an ethanol solution containing lipid to varying concentrations of hICAM ODN in citrate buffer containing 40% ethanol, as described in Section 2.”), 162 Fig. 8 (“Formulations evaluated were: DSPC/CH/DODAP/PEG-CerC20, DSPC/CH/ DODAP/PEG-CerC14, DSPC/CH/DODAC/PEG-CerC20, DSPC/CH/DODAC/PEG-CerC14, DODAC/dioleoylphosphatidylethanolamine (DOPE) (1/1) /ODN complexes (8), and free ODN.”).

339.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

> j.    **Claim 5: The lipid vesicle formulation of claim 4, wherein the sterol is cholesterol.**

340.    In my opinion, the Semple Article anticipates this claim, the Semple Article renders this claim obvious alone, and the Semple Article renders this claim obvious in combination with Meulien ’831 and Malone 1989. As discussed above, the Semple Article anticipates and renders claim 4 obvious alone and in combination with Meulien ’831 and Malone 1989. *See supra* § XI.B.2.i (¶¶ 335–339).

93

341.    As I discussed above for Claim 4, the Semple Article discloses the use of cholesterol in lipid vesicle formulations. *See supra* § XI.B.2.i (¶¶ 335–339).

342.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 4.

> k.    **Claim 6, Element [a]: The lipid vesicle formulation of claim 4, wherein the sterol is cholesterol**

343.    In my opinion, the Semple Article anticipates this claim, the Semple Article renders this claim obvious alone, and the Semple Article renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, the Semple Article anticipates and renders claim 4 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* § XI.B.2.i (¶¶ 335–339).

344.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 5, in my opinion, the Semple Article discloses this claim element. *See supra* § XI.B.2.j (¶¶ 340–342).

> l.    **Claim 6, Element [b]: and the amphipathic lipid is a phospholipid.**

345.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 2, in my opinion, the Semple Article discloses this claim element. *See supra* § XI.B.2.g (¶¶ 328–331).

346.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claims 2, 4, and 5.

> m.    **Claim 7: The lipid vesicle formulation of claim 6, wherein the phospholipid is selected from the group consisting of phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine,**

94

**distearoylphosphatidylcholine, and dilinoleoylphosphatidylcholine.**

347.    In my opinion, the Semple Article anticipates this claim, the Semple Article renders this claim obvious alone, and the Semple Article renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, the Semple Article anticipates and renders claim 6 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.2.k–XI.B.2.l (¶¶ 343–346).

348.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 3, in my opinion, the Semple Article discloses this claim element. *See supra* § XI.B.2.h (¶¶ 332–334).

349.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claims 3 and 6.

n.    **Claim 9: The lipid vesicle formulation of claim 1, wherein each lipid vesicle is a lipid-nucleic acid particle.**

350.    In my opinion, the Semple Article anticipates this claim, the Semple Article renders this claim obvious alone, and the Semple Article renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, the Semple Article anticipates and renders claim 1 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.2.a–XI.B.2.f (¶¶ 296–327).

351.    To the extent the disclosure of the '651 Patent sufficiently describes and enables lipid vesicles formulations "wherein each lipid vesicle is a lipid-nucleic acid particle" and that

"wherein each lipid vesicle is a lipid-nucleic acid particle" is not indefinite, in my opinion, the Semple Article discloses this claim element.[46]

352.    For example, the Semple Article discloses that formulation of lipid vesicles generated from the disclosed process art "stabilized antisense-lipid particles." *See, e.g.*, Semple Article at Abstract; Semple Article at 159 ("We refer to the ODN-loaded vesicles produced by this procedure as SALP."), 160–161 ("At the higher ODN to lipid ratio, the SALP preparation consisted of spherical vesicles, with populations of LUV and small multilamellar vesicles (SMLV) (Fig. 7, bottom panel).").

353.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

> o.    **Claim 11: The lipid vesicle formulation of claim 1, wherein the cationic lipid only carries a positive charge at below physiological pH.**

354.    Claim 11 of '651 Patent is unclear because it requires that the cationic lipid ***only*** carry a positive at below physiological pH. The '651 Patent does not explain what it means for the cationic lipid to "only" carry a positive charge at a certain pH. [47]  For purposes of my analysis, I have used guidance in the examples of the '651 Patent specification and from the applicant's statement during prosecution to understand this claim element. '651 Patent at 5:27–

---

[46]  I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "wherein each lipid vesicle is a lipid-nucleic acid particle" as described in the '651 Patent specification and as construed by the Court is indefinite.

[47]  Every molecule of the same compound in a formulation does not possess the same charge at the same pH. Instead, the charges of each molecule at a given pH can vary. The charge equilibrium shifts depending on the pKa of the compound and the pH. As a result, it is a physical improbability that every molecule of cationic lipid in a formulation will "only" carry a positive charge at any given pH.

96

29 ("The following lipids are cationic and have a positive charge at below physiological pH: DODAP, DODMA, DMDMA and the like.");

**I.    STATUS OF THE CLAIMS**

Upon entry of this amendment, claims 1-12 are pending in this application and are presented for examination. Claims 11 and 12 are newly added. Support for new claim 11 is found, for example, on page 7, lines 23-24 of the specification as filed. Support for new claim 12 is found, for example, on page 10, lines 2-5 and page 17, lines 25-27 of the specification as filed. Accordingly, no new matter has been introduced. Reconsideration is respectfully requested.

'651 Patent File History, Oct. 22, 2014 Amendment at 4; '651 Patent File History, Specification as filed at 7:23–24 ("The following lipids are cationic and have a positive charge at below physiological pH: DODAP, DODMA, DMDMA and the like."). Although the claim does not read this way, I interpret these statements to mean that a lipid vesicle formulation of claim 1 wherein the cationic lipid is "DODAP, DODMA, DMDMA and the like" would meet Claim 11 of the '651 Patent.

355.    The Semple Article discloses using a cationic lipid exemplified by the '651 Patent, specifically DODAP. *See, e.g.*, Semple Article at 156 ("Consequently, it was determined that ionizable cationic lipids might be a better choice in that formulations could be made at acidic pH, when the majority of the lipid was cationic, but the resulting delivery system would be charge 'neutral' when administered at physiological pH. DODAP was employed as an ionizable cationic lipid as it exhibits an apparent pK of 6.6 in lipid bilayer systems [38]. Encapsulation relying on electrostatic interactions between ODN and cationic lipid can therefore occur at acidic pH values (i.e. pH 4.0), whereas subsequent adjustment of the external pH to neutral pH values should result in a neutral surface charge on the resulting particles.")"); Semple article at 153, second column ("Furthermore, when delivery systems bearing a net cationic charge are

administered intravenously (i.v.), they exhibit rapid plasma clearance, distribute into lung, liver and spleen [22-24], and often exhibit liver and hemodynamic toxicities, such as activation of complement and prolongation of clotting times [25- 27]. Therefore, there is a growing need to mask or reduce the cationic lipid content in delivery systems. In this study, we describe a novel process that utilizes an ionizable aminolipid to facilitate efficient encapsulation of antisense ODN in lipid vesicles that can subsequently be rendered neutral at physiological pH. Using this approach, we address the issues of improving encapsulation efficiencies and drug to lipid ratios, as well as reducing the net cationic lipid con- tent of the vesicles, resulting in improved pharmacokinetics of the formulation relative to delivery systems containing quaternary aminolipids or cationic liposome/ODN complexes.").

356.    In my opinion, the Semple Article anticipates this claim, the Semple Article renders this claim obvious alone, and the Semple Article renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, the Semple Article anticipates and renders claim 1 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.2.a–XI.B.2.f (¶¶ 296–327).

> p.    **Claim 13: The lipid vesicle formulation of claim 1, wherein at least 80% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

357.    In my opinion, the Semple Article anticipates this claim, the Semple Article renders this claim obvious alone, and the Semple Article renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, the Semple Article anticipates and renders claim 1 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.2.a–XI.B.2.f (¶¶ 296–327).

358.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 1 Element [f], to the extent the disclosure of the '651 Patent sufficiently describes and enables lipid

vesicles with "fully encapsulated" mRNA and that "fully encapsulated" is not indefinite, in my opinion, the Semple Article discloses this claim element or it would have been obvious.[48] *See supra* § XI.B.2.f (¶¶ 317–326); § VII (¶¶ 38-44).

359.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

> q.    **Claim 14: The lipid vesicle formulation of claim 1, wherein about 90% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

360.    In my opinion, the Semple Article anticipates this claim, the Semple Article renders this claim obvious alone, and the Semple Article renders this claim obvious in combination with Semple '278 and Zhang '745, and optionally Meulien '831 and Malone 1989. As discussed above, the Semple Article anticipates and renders claim 1 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.2.a–XI.B.2.f (¶¶ 296–327).

361.    For at least the reasons set forth above, to the extent the disclosure of the '651 Patent sufficiently describes and enables lipid vesicles with "fully encapsulated" mRNA and that "fully encapsulated" is not indefinite, in my opinion, the Semple Article discloses this claim element.[49]  *See supra* § XI.B.2.f (¶¶ 317–326); § VII (¶¶ 38-44).

362.    **Obviousness**: To the extent the Semple Article does not expressly disclose this claim element, it would have been obvious to a POSA to seek higher percentage of mRNA

---

[48]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "fully encapsulated" as described in the '651 Patent specification and as construed by the Court is indefinite.

[49]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "fully encapsulated" as described in the '651 Patent specification and as construed by the Court is indefinite.

encapsulated in the lipid vesicles. *See, e.g.*, Semple '278 at 11:27–29 ("High drug to lipid rations, high encapsulation efficiency, good nuclease resistance and serum stability and controllable particle size, generally less than 200 nm in diameter are desirable."), Heyes Dep. Tr. at 97:9–11 ("Obviously you would be motivated to achieve higher encapsulation if you – if you could."); *see also id.* at 96:17–97:25.

363.    Semple '278 disclosed compositions with at least 90% of the nucleic acid in the composition is encapsulated within the particle, teaching that such levels of encapsulation were achievable. Semple '278 at 47:16–18 ("Decreasing DODMA concentration (30, 25, 20 %) severely decreased the encapsulation efficiency of PS-2302 (91%, 43%, 35%) and likewise the Drug/Lipid ratio of the resulting formulation."), 24:22–24 ("Accordingly, the nucleic acids, or nucleotide polymers, can be polymers of nucleic acids including genomic DNA, cDNA, mRNA or oligonucleotides containing nucleic acid analogs. . . ."), 31:6–8 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or mRNA sequences which code for therapeutically useful polypeptides."), 76:6-7 ("30. The composition of claim 29, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle."); 76:15-16 ("33. The composition of claim 32, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle.").  Thus, a POSA would thus look to methods of achieving lipid vesicle formulations wherein about 90% of the mRNA in the formulation is "fully encapsulated" in the lipid vesicles.

364.    Zhang '745 taught that greater than 90 % encapsulation of nucleic acid could be achieved.  *See, e.g.*, Zhang '745 at 2:31-35 ("Moreover, the SEDH method of the present invention is extremely advantageous over existing methods because a high encapsulation efficiency of nucleic acids (60–100%) can be achieved with relatively low lipid-nucleic acid

ratio."), 15:12–15 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or MRNA sequences which code for therapeutically useful polypeptides."), 12:54–13:3 ("In addition, the SEDH method of the present invention is extremely advantageous over existing methods because a high encapsulation efficiency of nucleic acids can be achieved with a relatively low lipid-nucleic acid ratio. . . . In an even more preferred embodiment, greater than 90% of the nucleic acid is encapsulated into the lipid-nucleic acid particle. In an even more preferred embodiment, greater than 95% of the nucleic acid is encapsulated into the lipid-nucleic acid particle.").

365.    The prior art taught the removal of unencapsulated nucleic acid in formulations. *See, e.g.*, Semple '278 at 27:23–29 ("Preferably, unencapsulated and surface adsorbed nucleic acids is [*sic*] removed from the resulting compositions through exchange of buffer solutions. For example, replacement of a citrate buffer (pH about 4.0, used for forming the compositions) with a HEPES-buffered saline (HBS pH about 7.5) solution, results in the neutralization of liposome surface and antisense release from the surface. The released antisense can then be removed via chromatography using standard methods, and then switched into a buffer with a pH above the pKa of the lipid used."); Saravolac '171 at 15:15–18 ("(c) removing substantially all of the unencapsulated nucleic acids to provide a purified lipid-bilayer-nucleic acid composition having from about 20 ug to about 400 ug of nucleic acid per about 1 mg of lipid"); Wang 1995 at 3319 ("The liposome-encapsulated oligonucleotides were then separated from free oligonucleotides on a 1.5 cm x 20 cm Sepharose CL-4B column (Pharmacia) preequilibrated with PBS."); Martinon 1993 at 1719 ("Thus homogenized, the suspension was passed on a Sepharose CL-4B gel-permeation (Pharmacia LKB, Uppsala, Sweden) column ( l cm x 24 cm) at room temperature to remove any unencapsulated RNA. The liposomal preparation which eluted in the void volume of

the column was used for immunization."); Meulien '831 at 11:26–29 ("In order to substantially remove the nonencapsulated RNA, the suspension is loaded on a Sepharose 4B column (10 ml; column with a cross section of 1 cm) preequilibrated in Hepes buffer."); Zhang '745 at 19:15–19 ("The encapsulation efficiency of oligonucleotide or DNA was evaluated by DEAE ion exchange column chromatography. After sonication formulation was loaded to a DEAE Sepharose CL-4B ion exchange column (1.5×10 cm column with 5 cm to remove non-encapsulated oligonucleotides.").

366. Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

### 3. Semple '278 Anticipates and/or Renders Obvious the Asserted Claims of the '651 Patent

367. In my opinion, claims 1–7 and 9–14 of the '651 patent are anticipated by and/or would have been obvious in view of the Semple '278 alone or in combination with Meulien '831, Malone 1989, and Zhang '745 as laid out for each claim below.

#### a. Claim 1 Elements [p] and [a]: A lipid vesicle formulation comprising: (a) a plurality of lipid vesicles, wherein each lipid vesicle comprises:

368. In my opinion, Semple '278 discloses this claim element.

369. For example, Semple '278 discloses lipid vesicle formulations comprising a plurality of lipid vesicles. *See, e.g.*, Abstract ("According to the methods, a mixture of lipids containing a protonatable or deprotonatable lipid, for example an amino lipid and a lipid such as a PEG- or polyamide oligomer-modified lipid is combined with a buffered aqueous solution of a charged therapeutic agent, for example polyanionic nucleic acids, to produce particles in which the therapeutic agent is encapsulated in a lipid vesicle."), 4:15-23 ("In accordance with the invention, charged therapeutic agents are packaged into lipid-encapsulated therapeutic agent

particles using a method comprising the steps of: (a) combining a mixture of lipids comprising at least a first lipid component and a second lipid component with a buffered aqueous solution of a charged therapeutic agent to form an intermediate mixture containing lipid-encapsulated therapeutic particles, and (b) changing the pH of the intermediate mixture to neutralize at least some exterior surface charges on said lipid-nucleic acid particles to provide at least partially surface neutralized lipid-encapsulated therapeutic agent particles."), 26:12-14 ("The mixture of lipids and the buffered aqueous solution of therapeutic agent (nucleic acids) is combined to provide an intermediate mixture. The intermediate mixture is typically a mixture of lipid particles having encapsulated therapeutic agent (nucleic acids).").

### b. Claim 1 Element [b]: a cationic lipid;

370. In my opinion, Semple '278 discloses this claim element.

371. The '651 Patent defined "cationic lipid" and provided examples. '651 Patent at 5:4–29. I provided a table of these examples above. *See supra* § IX.A.5 (¶¶ 62–63).

372. Semple '278 discloses lipid vesicles that comprise a cationic lipid. *See, e.g.*, Semple '278 at 4:23-30 ("The first lipid component is selected from among lipids containing a protonatable or deprotonatable group that has a pKa such that the lipid is in a charged form at a first pH and a neutral form at a second pH, preferably near physiological pH. The buffered solution has a pH such that the first lipid component is in its charged form when in the buffered solution, and the first lipid component is further selected such that the charged form is cationic when the therapeutic agent is anionic in the buffered solution and anionic when the therapeutic agent is cationic in the buffered solution."), 6:17-20 ("Varying final concentrations of a 20mer of [3H]-phosphorothioate antisense oligodeoxynucleotide (in 300 mM citrate buffer, pH 3.80) were mixed with an ethanol solution of lipid (DSPC:CHOL:DODAP:PEG-CerC14; 25:45:20:10, molar ratio), 9.9 mg/mL (final concentration)."), 6:28-30 ("Liposomal formulations were

composed of X:CHOL:DODAP:PEG-CerC14 (25 :45 :20: 10), where X represents either distearoylphosphatidylcholine (DSPC), sphingomyelin (SM), or palmitoyloleoylphosphatidylcholine (POPC)."), 13:1-3 ("First, lipid vesicles can be formed at the lower pH with (cationic) amino lipids and other vesicle components in the presence of nucleic acids. In this manner the vesicles will encapsulate and entrap the nucleic acids."), 14:19-23 ("The mixture of lipids includes at least two lipid components: a first lipid component that is selected from among lipids which have a pKa such that the lipid is cationic at pH below the pKa and neutral at pH above the pKa, and a second lipid component that is selected from among lipids that prevent particle aggregation during lipid-nucleic acid particle formation."), 15:9-13 ("Preferred lipids with a protonatable group for use as the first lipid component of the lipid mixture are amino lipids. As used herein, the term "amino lipid" is meant to include those lipids having one or two fatty acid or fatty alkyl chains and an amino head group (including an alkylamino or dialkylamino group) which is protonated to form a cationic lipid at physiological pH (see Figure 2A)."), 76:27–31 ("37. The composition of any of claims 23 to 36, wherein the lipid portion comprises a neutral lipid, an amino lipid, cholesterol and PEG-modified or polyamide oligomer-modified lipid, and wherein said lipids are present at molar percents of about 25-45% neutral lipid, 35-55% cholesterol, 10-40% amino lipid and 0.5-15% PEG-modified or polyamide oligomer-modified lipid."), 77:1–2 ("38. The composition of claim 37, wherein said lipid portion comprises DODAP, DSPC, Chol and PEG-Cer14.").

373.    The abbreviation "DODAP" stands for 1,2-dioleoyloxy-3-dimethylaminopropane. Semple '278 at 9:22. DODAP is a cationic lipid according to the '651 Patent. *See* § IX.A.5 (¶¶ 62–63); '651 Patent at 5:4–29.

c.    **Claim 1 Element [c]: an amphipathic lipid; and**

374.    In my opinion, Semple '278 discloses this claim element.

375. The '651 Patent defined "amphipathic lipid" and provided examples, including phospholipids distearoylphosphatidylcholine, palmitoyloleoyl phosphatidylcholine, phosphatidylcholine, among others. '651 Patent at 4:39–62. I provided a table of these examples above. *See supra* § IX.A.4 (¶ 61).

376. Semple '278 discloses lipid vesicles that comprise an amphipathic lipid. *See, e.g.*, Semple '278 at 6:28-30 ("Liposomal formulations were composed of X:CHOL:DODAP:PEG-CerC14 (25 :45 :20: 10), where X represents either distearoylphosphatidylcholine (DSPC), sphingomyelin (SM), or palmitoyloleoylphosphatidylcholine (POPC)."); 19:1-4 ("Neutral lipids, when present in the lipid mixture, can be any of a number of lipid species which exist either in an uncharged or neutral zwitterionic form at physiological pH. Such lipids include, for example diacylphosphatidylcholine, diacylphosphatidyl-ethanolamine, ceramide, sphingomyelin, cephalin, and cerebrosides."); 19:14-16 ("Preferably, the neutral lipids used in the present invention are DOPE, DSPC, POPC, or any related phosphatidylcholine."); 77:1–2 ("38. The composition of claim 37, wherein said lipid portion comprises DODAP, DSPC, Chol and PEG-Cer14.").

377. DSPC and POPC are examples of amphipathic lipids according to the '651 Patent. *See* § IX.A.4 (¶ 61); '651 Patent at 4:39–62.

d. **Claim 1 Element [d]: a polyethyleneglycol (PEG)-lipid; and**

378. In my opinion, Semple '278 discloses this claim element.

379. For example, Semple '278 discloses lipid vesicles that comprise a polyethyleneglycol (PEG)-lipid. *See, e.g.*, Semple '278 at Abstract ("According to the methods, a mixture of lipids containing a protonatable or deprotonatable lipid, for example an amino lipid and a lipid such as a PEG- or polyamide oligomer-modified lipid is combined with a buffered aqueous solution of a charged therapeutic agent, for example polyanionic nucleic acids, to

105

produce particles in which the therapeutic agent is encapsulated in a lipid vesicle."); 6:28-30 ("Liposomal formulations were composed of X:CHOL:DODAP:PEG-CerC14 (25 :45 :20: 10), where X represents either distearoylphosphatidylcholine (DSPC), sphingomyelin (SM), or palmitoyloleoylphosphatidylcholine (POPC)."); 18:10–16 ("Examples of suitable PEG-modified lipids include PEG-modified phosphatidylethanolamine and phosphatidic acid (see Figure 2B, structures A and B), PEG-modified diacylglycerols and dialkylglycerols (see Figure 2B, structures C and D), PEG-modified dialkylamines (Figure 2B, structure E) and PEG-modified 1,2-diacyloxypropan-3-amines (Figure 2B, structure F). Particularly preferred are PEG-ceramide conjugates (e.g., PEG-CerC14 or PEG-CerC20) which are described in copending USSN 08/486,214, incorporated herein by reference."); 77:1–2 ("38. The composition of claim 37, wherein said lipid portion comprises DODAP, DSPC, Chol and PEG-Cer14.").

e.      **Claim 1 Element [e]: (b) messenger RNA (mRNA),**

380.    To the extent the disclosure of the '651 Patent sufficiently describes and enables mRNA encapsulation, in my opinion, Semple '278 discloses this claim element.[50] *See supra* § IX.A.2 (¶¶ 57–59).

381.    Semple '278 discloses use of RNA in lipid-nucleic acid particles. *See, e.g.,* Semple '271 at 20:22-23 ("The nucleic acid that is used in a lipid-nucleic acid particle according to this invention includes any form of nucleic acid that is known."), 21:1-2 ("The nucleic acids used herein can be single-stranded DNA or RNA, or double-stranded DNA or DNA-RNA hybrids."), 24:12-14 ("While the invention is generally described and exemplified with regard to antisense oligonucleotides, other nucleic acids can be formulated and administered to a subject

---

[50]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent. I understand from counsel that a different expert for Moderna is providing an opinion that the '651 Patent disclosure does not sufficiently support and enable mRNA encapsulation.

106

for the purpose of repairing or enhancing the expression of a cellular protein."), 24:22-30 ("Additionally, the nucleic acid can carry a label (e.g., radioactive label, fluorescent label or colorimetric label) for the purpose of providing clinical diagnosis relating to the presence or absence of complementary nucleic acids. Accordingly, the nucleic acids, or nucleotide polymers, can be polymers of nucleic acids including genomic DNA, cDNA, mRNA or oligonucleotides containing nucleic acid analogs, for example, the antisense derivatives described in a review by Stein, et al., Science 261:1004-1011 (1993) and in U.S. Patent Nos. 5,264,423 and 5,276,019, the disclosures of which are incorporated herein by reference. Still further, the nucleic acids may encode transcriptional and translational regulatory sequences including promoter sequences and enhancer sequences."), 31:6-8 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or mRNA sequences which code for therapeutically useful polypeptides.").

382.    **Obviousness**: A POSA reviewing Semple '278 at the time of the priority date of the '651 Patent would have found it obvious to use mRNA with the formulations described in Semple '278. First, as discussed above, mRNA is explicitly discussed in the Semple '278. *See, e.g.*, Semple '278 at 24:24–26 ("Accordingly, the nucleic acids, or nucleotide polymers, can be polymers of nucleic acids including genomic DNA, cDNA, mRNA or oligonucleotides containing nucleic acid analogs."). Based on the teachings in Semple '278, a POSA would have had a reasonable expectation of success to arrive at the claimed formulations where the claimed percent mRNA in the formulation is "fully encapsulated" in the lipid vesicles.

383.    Second, a POSA would be motivated to combine the teachings of Semple '278 with the teachings of Meulien '831 and Malone 1989 to encapsulate mRNA because it was known at the time that mRNA was an area of exploration for therapeutic purposes. *See, e.g.*,

107

Meulien '831 at 5:26–36 ("An RNA fragment useful for the purposes of the present invention is by nature a non-infectious RNA fragment exclusively of the messenger type; that is to say capable of being directly translated into protein by the cellular machinery without having to be first replicated or transcribed into DNA. By definition, it does not contain the elements which might enable it to replicate inside a cell. Similarly, it does not contain the genetic information required for the reconstitution of a substantially complete pathogenic agent (for example a bacterium, a virus or a parasite)."); Malone 1989 at 6081 ("The RNA/lipofectin method can be used to directly introduce RNA into whole tissues and embryos (R.W.M., C. Holt, and I.M.V., unpublished results), raising the possibility that liposome-mediated mRNA transfection might offer yet another option in the growing technology of eukaryotic gene delivery, one based on the concept of using RNA as a drug."). It was also known that mRNA encapsulated into lipid formulations can assist in its in vivo activity. *See, e.g.*, Meulien '831 at 21:36–22:3 ("RNA alone is ineffective for inducing an immune response . . . RNA encoding NP and IL-2, encapsulated in liposomes, is capable of inducing an immune response after a single injection (Comparison Tests nos. 2 and 3)."); *see also, e.g.*, Martinon 1993 at 1721 ("We also demonstrate that in order to prime CTL the mRNA had to be encapsulated (Fig. 1).").

384.    A POSA would have had a reasonable expectation of success in achieving lipid vesicle formulations where the claimed percent mRNA in the formulation is "fully encapsulated" in the lipid vesicles. Semple '278 discloses mRNA and Meulien '831 teaches that lipid formulations of phospholipids and cholesterol could encapsulate mRNA. Further, Malone 1989 demonstrated the encapsulation of mRNA in liposomes comprising the cationic lipid DOMTA and the phospholipid DOPE. Malone 1989 at 6077 ("DOTMA was prepared and incorporated into liposomes with dioleoyl phosphatidylethanolamine (DOPE) as described (10). . . . The RNA

108

was then added to 4 ml of Opti-MEM medium (GIBCO) containing 50 μg of lipofectin (DOTMA/DOPE 1:1, mol/mol).”). Meulien '831 also teaches usefulness of DNA packaging techniques for packaging of RNA. Meulien '831 at 8:11–14 (“The preparation of the liposomes as well as the packaging of the RNA can be carried out using known techniques. In particular, DNA packaging techniques which are commonly used, are applicable in the present case.”).

       f.      **Claim 1 Element [f]: wherein at least 70% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

385. To the extent the disclosure of the '651 Patent sufficiently describes and enables lipid vesicles with “fully encapsulated” mRNA and that “fully encapsulated” is not indefinite, in my opinion, Semple '278 discloses this claim element.[51] *See also supra* § IX.A.2 (¶¶ 57–59); § VII, ¶¶ 38-44.

386. For example, Semple '278 discloses at least 70% of the nucleic acid in the formulation is “fully encapsulated” in the lipid vesicles. *See, e.g.*, Semple '278 at 47:16–18 (“Decreasing DODMA concentration (30, 25, 20 %) severely decreased the encapsulation efficiency of PS-2302 (91%, 43%, 35%) and likewise the Drug/Lipid ratio of the resulting formulation.”), 13:24-29 (“Encapsulation efficiency results in Figs. 15 show a further unexpected benefit of the invention. As shown in the figure, for both phosphorothioate (PS-2302) and phosphodiester (PO-2302) formulations it is possible to obtain encapsulation efficiencies - i.e., the amount of nucleic acid that ends up on the inside of the particle - that are greater than 50%. Phosphodiesters achieve well over 60%, and phosphorothioates can be at least up to 80% encapsulated.”), 21:11-13 (“Phosphorothioate nucleic acids (PS-oligos) are those

---

[51] I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term “fully encapsulated” as described in the '651 Patent specification and as construed by the Court is indefinite.

oligonucleotides or polynucleotides in which one of the non-bridged oxygens of the internucleotide linkage has been replaced with sulfur."), 37:30-38:4 ("Non-encapsulated antisense was then removed from the liposomal antisense by DEAE-sepharose chromatography as described in "Material and Methods". Encapsulation was assessed either by analyzing the pre-column and post-column ratios of [3H]-antisense and [14C]-lipid or by determining the total pre-column and post-column [3H]-antisense and [14C]-lipid radioactivity.").

387.    Encapsulation percentages are also shown in a table format:

**Results of Large Scale Preparations:**

| Assay | Initial Lipid Content (mg/ml) | Initial Antisense Content (mg/ml) | Final Lipid Content (mg/ml) | Final Antisense Content (mg/ml) | Initial Drug:Lipid | Final Drug:Lipid | Encaps. Effic. |
|---|---|---|---|---|---|---|---|
| A | 10.581 | 1.936 | 14.604 | 1.681 | 0.183 | 0.115 | 63% |
| B | 8.727 | 2.284 | 7.926 | 1.008 | 0.262 | 0.127 | 48% |
| C | 11.06 | 2.97 | 2.69 | 0.556 | 0.286 | 0.207 | 77% |

*Id.* at 62:1-5. Encapsulation percentages are also shown in Figure 15:



FIG. 15

*Id.* at Figure 15 (MRNA-GEN-00222540 at 631).

388.     Semple '278 also disclosed compositions with about 90% of nucleic acid within the particle, teaching that such levels of encapsulation were achievable. Semple '278 at 47:16–18 ("Decreasing DODMA concentration (30, 25, 20 %) severely decreased the encapsulation efficiency of PS-2302 (91%, 43%, 35%) and likewise the Drug/Lipid ratio of the resulting formulation."), 24:24–26 ("Accordingly, the nucleic acids, or nucleotide polymers, can be polymers of nucleic acids including genomic DNA, cDNA, mRNA or oligonucleotides containing nucleic acid analogs. . . ."), 31:6–8 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or mRNA sequences which code for therapeutically useful polypeptides."), 76:6-7 ("30. The composition of claim 29, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle."); 76:15-16 ("33. The composition of claim 32, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle.").

389.     **Obviousness**: Achieving the formulations where the claimed percent mRNA in the formulation is "fully encapsulated" in the lipid vesicles would have been obvious to a POSA because a POSA would have been motivated to achieve higher percentage of mRNA encapsulated in the lipid vesicles. *See, e.g.*, Semple '278 at 11:27–29 ("High drug to lipid rations, high encapsulation efficiency, good nuclease resistance and serum stability and controllable particle size, generally less than 200 nm in diameter are desirable."); *see also* Heyes Dep. Tr. at 97:9–11 ("Obviously you would be motivated to achieve higher encapsulation if you -- if you could."), 96:17–97:25. This would have been an obvious modification, based on the knowledge of a POSA.

390.     Additionally, prior art taught greater than 90 % encapsulation. For example, Zhang '745 taught that greater than 90 % of the nucleic acid was possible could be encapsulated

111

using disclosed techniques. *See, e.g.*, Zhang '745 at 2:31-35 ("Moreover, the SEDH method of the present invention is extremely advantageous over existing methods because a high encapsulation efficiency of nucleic acids (60–100%) can be achieved with relatively low lipid-nucleic acid ratio."), 15:12–15 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or MRNA sequences which code for therapeutically useful polypeptides."), 12:54–13:3 ("In addition, the SEDH method of the present invention is extremely advantageous over existing methods because a high encapsulation efficiency of nucleic acids can be achieved with a relatively low lipid-nucleic acid ratio. . . . In an even more preferred embodiment, greater than 90% of the nucleic acid is encapsulated into the lipid-nucleic acid particle. In an even more preferred embodiment, greater than 95% of the nucleic acid is encapsulated into the lipid-nucleic acid particle.").

391.     Semple '278 also taught removal of free nucleic acids from formulations, resulting in increased mRNA encapsulation within the lipid vesicles. *See, e.g.*, Semple '278 at 27:23–29 ("Preferably, unencapsulated and surface adsorbed nucleic acids is [*sic*] removed from the resulting compositions through exchange of buffer solutions. For example, replacement of a citrate buffer (pH about 4.0, used for forming the compositions) with a HEPES-buffered saline (HBS pH about 7.5) solution, results in the neutralization of liposome surface and antisense release from the surface. The released antisense can then be removed via chromatography using standard methods, and then switched into a buffer with a pH above the pKa of the lipid used."), 37:30-38:4. Techniques removing unencapsulated nucleic acid were known. *See, e.g.,* Martinon 1993 at 1719 ("Thus homogenized, the suspension was passed on a Sepharose CL-4B gel-permeation (Pharmacia LKB, Uppsala, Sweden) column ( l cm x 24 cm) at room temperature to remove any unencapsulated RNA. The liposomal preparation which eluted in the void volume of

the column was used for immunization."); Meulien '831 at 11:26–29 ("In order to substantially remove the nonencapsulated RNA, the suspension is loaded on a Sepharose 4B column (10 ml; column with a cross section of 1 cm) preequilibrated in Hepes buffer."); Zhang '745 at 19:15–19 ("The encapsulation efficiency of oligonucleotide or DNA was evaluated by DEAE ion exchange column chromatography. After sonication formulation was loaded to a DEAE Sepharose CL-4B ion exchange column (1.5×10 cm column with 5 cm to remove non-encapsulated oligonucleotides."); Saravolac '171 at 15:13–18 ("(c) removing substantially all of the unencapsulated nucleic acids to provide a purified lipid-bilayer-nucleic acid composition having from about 20 ug to about 400 ug of nucleic acid per about 1 mg of lipid"); Semple Article at 154 ("Non-encapsulated ODN was removed by DEAE-Sepharose CL-6B column chromatography."); Wang 1995 at 3319 ("The liposome-encapsulated oligonucleotides were then separated from free oligonucleotides on a 1.5 cm x 20 cm Sepharose CL-4B column (Pharmacia) preequilibrated with PBS.").

392.    Given the percent nucleic acid encapsulation taught in the prior art and methods for removal of unencapsulated nucleic acid, a POSA would have had a reasonable expectation of success in achieving claimed lipid vesicle formulations, "wherein at least 70% of the mRNA in the formulation is fully encapsulated in the lipid vesicles."

393.    Therefore, in my opinion, this claim is anticipated by Semple '278, rendered obvious by Semple '278 alone, and rendered obvious by Semple '278 in combination with Meulien '831 and Malone 1989 for the reasons above.

        g.     **Claim 2: The lipid vesicle formulation of claim 1, wherein the amphipathic lipid is a phospholipid.**

394.    In my opinion, Semple '278 anticipates this claim, Semple '278 renders this claim obvious alone, Semple '278 renders this claim obvious in combination with Meulien '831 and

113

Malone 1989 As discussed above, Semple '278 anticipates and renders claim 1 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.3.a–XI.B.3.f (¶¶ 368–393).

395.    As I discussed above for Claim 1 Element [c], Semple '278 discloses lipid vesicles comprising amphipathic lipids and that phospholipids are examples of amphipathic lipids. *See supra* § XI.B.3.c (¶¶ 374–377).

396.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

> h.    **Claim 3: The lipid vesicle formulation of claim 2, wherein the phospholipid is selected from the group consisting of phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoylphosphatidylcholine, and dilinoleoylphosphatidylcholine.**

397.    In my opinion, Semple '278 anticipates this claim, Semple '278 renders this claim obvious alone, and Semple '278 renders this claim obviousin combination with Meulien '831 and Malone 1989.[52] As discussed above, Semple '278 anticipates and renders claim 2 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* § XI.B.3.g (¶¶ 394–396).

398.    As I discussed above for Claim 1 Element [c], Semple '278 discloses lipid vesicles with phospholipids, including distearoylphosphatidylcholine and palmitoyloleoylphosphatidylcholine. *See, e.g.*, Semple '278 at 6:17-20 ("Varying final

---

[52]    I understand from counsel that an anticipatory reference does not need to disclose every option listed, but that it is sufficient if the reference discloses at least one compound that falls within the claim.

concentrations of a 20mer of [3H]-phosphorothioate antisense oligodeoxynucleotide (in 300 mM citrate buffer, pH 3.80) were mixed with an ethanol solution of lipid (DSPC:CHOL:DODAP:PEG-CerC14; 25:45:20:10, molar ratio), 9.9 mg/mL (final concentration)."); 6:28-30 ("Liposomal formulations were composed of X:CHOL:DODAP:PEG-CerC14 (25 :45 :20: 10), where X represents either distearoylphosphatidylcholine (DSPC), sphingomyelin (SM), or palmitoyloleoylphosphatidylcholine (POPC)."); 19:1-4 ("Neutral lipids, when present in the lipid mixture, can be any of a number of lipid species which exist either in an uncharged or neutral zwitterionic form at physiological pH. Such lipids include, for example diacylphosphatidylcholine, diacylphosphatidyl-ethanolamine, ceramide, sphingomyelin, cephalin, and cerebrosides."); 77:1–2 ("38. The composition of claim 37, wherein said lipid portion comprises DODAP, DSPC, Chol and PEG-Cer14."). *See also supra* § XI.B.3.c (¶¶ 374–377).

399.    The abbreviation "DSPC" stands for distearoylphosphatidylcholine. Semple '278 at 9:24. The abbreviation "POPC" stands for palmitoyloleoylphosphatidylcholine. Semple '278 at 9:30.

400.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 2.

> **i.    Claim 4: The lipid vesicle formulation of claim 1, wherein each lipid vesicle further comprises a sterol.**

401.    In my opinion, Semple '278 anticipates this claim, Semple '278 renders this claim obvious alone, and Semple 78 renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, Semple '278 anticipates and renders claim 1 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.3.a–XI.B.3.f (¶¶ 368–393).

115

402.    Sterols were known to be used for modulating fluidity of membranes. Bennett 1995 at 48 ("Sterols are commonly used for modulating the fluidity of both natural and artificial membranes (9). Cationic cholesterol derivatives have also been shown to mediate effective DNA transfection of cells and tissues when formulated into sonicated vesicles with DOPE (10). Therefore, these experiments have been designed to investigate the effect of cholesterol, the predominant mammalian sterol, on the efficacy of cationic liposome transfection formulations."). Sterols were a known class of compounds. Moss 1995 at 1367 ("Natural products derived from the *steroid* skeleton and containing a hydroxy group in the 3 position. . . .").

403.    Semple '278 discloses lipid vesicle formulations wherein each lipid vesicle further comprises a sterol. *See, e.g.*, Semple '278 at 18:28-30 ("In addition to the first and second lipid components, the lipid mixture may contain additional lipid species. These additional lipids may be, for example, neutral lipids or sterols."), 19:18-20 ("The sterol component of the lipid mixture, when present, can be any of those sterols conventionally used in the field of liposome, lipid vesicle or lipid particle preparation. A preferred sterol is cholesterol.").

404.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

> j.    **Claim 5: The lipid vesicle formulation of claim 4, wherein the sterol is cholesterol.**

405.    In my opinion, Semple '278 anticipates this claim, Semple '278 renders this claim obvious alone, and Semple '278 renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, Semple '278 anticipates and renders claim 4 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* § XI.B.3.i (¶¶ 401–404).

406.    Semple '278 also discloses lipid vesicle formulations comprising cholesterol. *See, e.g.*, Semple '278 at 19:18-20 ("The sterol component of the lipid mixture, when present, can be any of those sterols conventionally used in the field of liposome, lipid vesicle or lipid particle preparation. A preferred sterol is cholesterol."), 6:28-30 ("Liposomal formulations were composed of X:CHOL:DODAP:PEG-CerC14 (25 :45 :20: 10), where X represents either distearoylphosphatidylcholine        (DSPC),        sphingomyelin        (SM),        or palmitoyloleoylphosphatidylcholine (POPC)."), 76:27–31 ("37. The composition of any of claims 23 to 36, wherein the lipid portion comprises a neutral lipid, an amino lipid, cholesterol and PEG-modified or polyamide oligomer-modified lipid, and wherein said lipids are present at molar percents of about 25-45% neutral lipid, 35-55% cholesterol, 10-40% amino lipid and 0.5-15% PEG-modified or polyamide oligomer-modified lipid."); 77:1–2 ("38. The composition of claim 37, wherein said lipid portion comprises DODAP, DSPC, Chol and PEG-Cer14.").

407.    The abbreviation "chol" or "CHOL" stands for cholesterol. Semple '278 at 9:22.

408.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 4.

### k.    Claim 6, Element [a]: The lipid vesicle formulation of claim 4, wherein the sterol is cholesterol

409.    In my opinion, Semple '278 anticipates this claim, Semple '278 renders this claim obvious alone, and Semple '278 renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, Semple '278 anticipates and renders claim 4 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* § XI.B.3.i (¶¶ 401–404).

410.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 5, in my opinion, Semple '278 discloses this claim element. *See supra* XI.B.3.j (¶¶ 405–408).

l.    **Claim 6, Element [b]: and the amphipathic lipid is a phospholipid.**

411.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 2, in my opinion, Semple '278 discloses this claim element. *See supra* § XI.B.3.g (¶¶ 394–396).

412.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claims 2, 4, and 5.

m.    **Claim 7: The lipid vesicle formulation of claim 6, wherein the phospholipid is selected from the group consisting of phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoylphosphatidylcholine, and dilinoleoylphosphatidylcholine.**

413.    In my opinion, Semple '278 anticipates this claim, Semple '278 renders this claim obvious alone, and Semple '278 renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, Semple '278 anticipates and renders claim 6 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.3.k–XI.B.3.l (¶¶ 409–412).

414.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 3, in my opinion, Semple '278 discloses this claim element. *See supra* § XI.B.3.h (¶¶ 397–400).

415.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claims 3 and 6.

n.    **Claim 9: The lipid vesicle formulation of claim 1, wherein each lipid vesicle is a lipid-nucleic acid particle.**

416.    In my opinion, Semple '278 anticipates this claim, Semple '278 renders this claim obvious alone, and Semple '278 renders this claim obvious in combination with Meulien '831 and Malone 1989. As discussed above, Semple '278 anticipates and renders claim 1 obvious

118

alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.3.a–XI.B.3.f (¶¶ 368–393).

417.    To the extent the disclosure of the '651 Patent sufficiently describes and enables lipid vesicles formulations "wherein each lipid vesicle is a lipid-nucleic acid particle" and that "wherein each lipid vesicle is a lipid-nucleic acid particle" is not indefinite, in my opinion, Saravolac '171 discloses this claim element.[53]

418.    Semple '278 discloses lipid vesicles that are lipid-nucleic acid particles. *See, e.g.*, Semple '278 at Abstract ("According to the methods, a mixture of lipids containing a protonatable or deprotonatable lipid, for example an amino lipid and a lipid such as a PEG- or polyamide oligomer-modified lipid is combined with a buffered aqueous solution of a charged therapeutic agent, for example polyanionic nucleic acids, to produce particles in which the therapeutic agent is encapsulated in a lipid vesicle."), 10:2–3 ("'Lipid-therapeutic nucleic acid particle' means a particle comprising a lipid and a therapeutic nucleic acid."), 11:13-15 ("The present invention relates to methods and compositions for producing lipid-encapsulated therapeutic agent particles in which charged therapeutic agents are encapsulated within a lipid layer."), 11:31–12:2 ("The present invention provides lipid-nucleic acid particles and methods for preparing lipid-nucleic acid formulations which are far superior to the art according to these criteria.").

419.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

---

[53]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "wherein each lipid vesicle is a lipid-nucleic acid particle" as described in the '651 Patent specification and as construed by the Court is indefinite.

119

o.  **Claim 11: The lipid vesicle formulation of claim 1, wherein the cationic lipid only carries a positive charge at below physiological pH.**

420.    Claim 11 of '651 Patent is unclear because it requires that the cationic lipid *only* carry a positive at below physiological pH. The '651 Patent does not explain what it means for the cationic lipid to "only" carry a positive charge at a certain pH. [54]  For purposes of my analysis, I have used guidance in the examples of the '651 Patent specification and from the applicant's statement during prosecution to understand this claim element. '651 Patent at 5:27–29 ("The following lipids are cationic and have a positive charge at below physiological pH: DODAP, DODMA, DMDMA and the like.");

**I.    STATUS OF THE CLAIMS**

Upon entry of this amendment, claims 1-12 are pending in this application and are presented for examination. Claims 11 and 12 are newly added. Support for new claim 11 is found, for example, on page 7, lines 23-24 of the specification as filed. Support for new claim 12 is found, for example, on page 10, lines 2-5 and page 17, lines 25-27 of the specification as filed. Accordingly, no new matter has been introduced. Reconsideration is respectfully requested.

'651 Patent File History, Oct. 22, 2014 Amendment at 4; '651 Patent File History, Specification as filed at 7:23–24 ("The following lipids are cationic and have a positive charge at below physiological pH: DODAP, DODMA, DMDMA and the like."). Although the claim does not read this way, I interpret these statements to mean that a lipid vesicle formulation of claim 1 wherein the cationic lipid is "DODAP, DODMA, DMDMA and the like" would meet Claim 11 of the '651 Patent.

---

[54]  Every molecule of the same compound in a formulation does not necessarily possess the same charge at the same pH. Instead, the charges of each molecule at a given pH can vary. The charge equilibrium shifts depending on the pKa of the compound and the pH. As a result, it is a physical improbability that every molecule of cationic lipid in a formulation will "only" carry a positive charge at any given pH.

120

421. Semple '278 discloses lipids that would have charge below physiological pH. *See, e.g.*, Semple '278 at 11:8-10 ("Preferred protonatable or deprotonatable lipids have a pKa such that they are substantially neutral at this pH, i.e., a pKa of about 4 to 7 in the case of an amino lipid."). Semple '278 also discloses lipid vesicles that comprise these exemplary cationic lipids. *See, e.g.*, Semple '278 at 6:17-20 ("Varying final concentrations of a 20mer of [3H]-phosphorothioate antisense oligodeoxynucleotide (in 300 mM citrate buffer, pH 3.80) were mixed with an ethanol solution of lipid (DSPC:CHOL:DODAP:PEG-CerC14; 25:45:20:10, molar ratio), 9.9 mg/mL (final concentration)."); 6:28-30 ("Liposomal formulations were composed of X:CHOL:DODAP:PEG-CerC14 (25 :45 :20: 10), where X represents either distearoylphosphatidylcholine (DSPC), sphingomyelin (SM), or palmitoyloleoylphosphatidylcholine (POPC)."); 77:1–2 ("38. The composition of claim 37, wherein said lipid portion comprises DODAP, DSPC, Chol and PEG-Cer14."). The Semple Article also taught the utility of using a cationic lipid that has a positive charge at below physiological pH to encapsulate nucleic acids. Semple article at 153, second column ("Furthermore, when delivery systems bearing a net cationic charge are administered intravenously (i.v.), they exhibit rapid plasma clearance, distribute into lung, liver and spleen [22-24], and often exhibit liver and hemodynamic toxicities, such as activation of complement and prolongation of clotting times [25- 27]. Therefore, there is a growing need to mask or reduce the cationic lipid content in delivery systems. In this study, we describe a novel process that utilizes an ionizable aminolipid to facilitate efficient encapsulation of antisense ODN in lipid vesicles that can subsequently be rendered neutral at physiological pH. Using this approach, we address the issues of improving encapsulation efficiencies and drug to lipid ratios, as well as reducing the net cationic lipid con- tent of the vesicles, resulting in improved pharmacokinetics

121

of the formulation relative to delivery systems containing quaternary aminolipids or cationic liposome/ODN complexes.”);

422. The abbreviation “DODAP” stands for 1,2-dioleoyloxy-3-dimethylaminopropane. Semple ’278 at 9:22.

423. In my opinion, Semple ’278 anticipates this claim, Semple ’278 renders this claim obvious alone, and Semple ’278 renders this claim obvious in combination with Meulien ’831 and Malone 1989. As discussed above, Semple ’278 anticipates and renders claim 1 obvious alone and in combination with Meulien ’831 and Malone 1989. *See supra* §§ XI.B.3.a–XI.B.3.f (¶¶ 368–393).

> p. **Claim 13: The lipid vesicle formulation of claim 1, wherein at least 80% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

424. In my opinion, Semple ’278 anticipates this claim, Semple ’278 renders this claim obvious alone, and Semple ’278 renders this claim obvious in combination with Zhang ’745 and optionally Meulien ’831 and Malone 1989. As discussed above, Semple ’278 anticipates and renders claim 1 obvious alone and in combination with Meulien ’831 and Malone 1989. *See supra* §§ XI.B.3.a–XI.B.3.f (¶¶ 368–393).

425. For at least the reasons set forth above, to the extent the ’651 Patent disclosure sufficiently describes and enables this claim and “fully encapsulated” is not indefinite, in my opinion, Semple ’278 discloses this claim element.[55] *See supra* § XI.B.3.f (¶¶ 385–392); § VII (¶¶ 38-44). In addition, to the extent the ’651 Patent disclosure sufficiently describes and enables

---

[55] I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the ’651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term “fully encapsulated” as described in the ’651 Patent specification and as construed by the Court is indefinite.

this claim and "fully encapsulated" is not indefinite, in my opinion, Semple '278 in combination with Zhang '745, Meulien '831, and Malone 1989 discloses this claim element. *Id*.

426.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

q.    **Claim 14: The lipid vesicle formulation of claim 1, wherein about 90% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

427.    In my opinion, Semple '278 anticipates this claim, Semple '278 renders this claim obvious alone, and Semple '278 renders this claim obvious in combination with Zhang '745 and optionally Meulien '831 and Malone 1989. As discussed above, Semple '278 anticipates and renders claim 1 obvious alone and in combination with Meulien '831 and Malone 1989. *See supra* §§ XI.B.3.a–XI.B.3.f (¶¶ 368–393).

428.    For at least the reasons set forth above, to the extent the '651 Patent disclosure sufficiently describes and enables this claim and "fully encapsulated" is not indefinite, in my opinion, Semple '278 discloses this claim element. [56] *See supra* § XI.B.3.f (¶¶ 385–392); § VII (¶¶ 38-44). In addition, to the extent the '651 Patent disclosure sufficiently describes and enables this claim and "fully encapsulated" is not indefinite, in my opinion, Semple '278 in combination with Zhang '745, Meulien '831, and Malone 1989 discloses this claim element. *Id*.

429.    Therefore, in my opinion, this claim is anticipated and rendered obvious for these reasons and as explained above in reference to claim 1.

---

[56]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "fully encapsulated" as described in the '651 Patent specification and as construed by the Court is indefinite.

4.      **Bischoff Renders Obvious the Asserted Claims of the '651 Patent**

430.    In my opinion, claims 1–7 and 9–14 of the '651 patent would have been obvious in view of Bischoff in combination with Meulien '831, Malone 1989, Semple '278, Zhang '745, Adler-Moore 2002, and the Semple Article as laid out for each claim below.

a.      **Claim 1 Elements [p] and [a]: A lipid vesicle formulation comprising: (a) a plurality of lipid vesicles, wherein each lipid vesicle comprises:**

431.    In my opinion, Bischoff discloses this claim element.

432.    The '651 patent teaches that "'Lipid vesicle' refers to any lipid composition that can be used to deliver a compound . . ." and that it is not limited to the examples listed. '651 Patent at 5:30–31.

433.    Bischoff discloses lipid vesicle suspensions comprising a plurality of lipid complexes or particles. *See, e.g.*, Bischoff at Abstract ("The invention is related to a method for preparing an homogenous suspension of stable lipid-nucleic acid complexes or particles"), 4:61–67 ("The present invention is directed to stable complexes or particles of cationic lipids and nucleic acid that can be used to deliver nucleic acid to a cell for the purpose of providing a therapeutic molecule to the cells of an individual in need of such treatment. The invention is also directed to stable complexes or particles of cationic lipids and nucleic acid which contain a stabilizing additive."), 5:5-7 ("The invention includes a method for preparing a homogenous suspension of stable nucleic acid complexes or particles,").

b.      **Claim 1 Element [b]: a cationic lipid;**

434.    In my opinion, Bischoff discloses this claim element.

435.    The '651 Patent defined "cationic lipid" and provided examples. '651 Patent at 5:4–29. I provided a table of these examples above. *See supra* § IX.A.5 (¶¶ 62–63).

124

436.    Bischoff discloses lipid vesicles comprising cationic lipid. *See, e.g.*, Bischoff at 2:30–32 ("Cationic lipid-mediated delivery of nucleic acid to a wide variety of cell types has been demonstrated in vitro and in vivo.") 2:52–56 ("Cationic lipid-mediated transfection of mRNA in tissue culture was demonstrated to lead to translation of the transcript (Malone et al., Proc. Natl. Acad. Sci. 86:6077-6081, 1989)."), 5:46–65 ("Cationic lipids or mixtures of cationic lipids which may be used in the complexes of the invention include Lipofectin™ (a mixture of DOTMA (N-[1-(2,3-dioleoyloxy)propyl]-N,N,N-trimethylammonium chloride) and DOPE, 1:1 by weight), GIBCO-BRL; DDAB (dimethyl-dioctadecylammoniu-bromide); DMRIE (1,2-dimyristyl-oxypropyl-3-dimethyl-hydroxyethyl ammonium bromide); spermidine-cholesterol (spermidine-Chol); spermine-cholesterol (spermine-Chol); DC-chol (3β[N-(N′N′-dimethylaminoethane)-carbamoyl] cholesterol); Transfectam™ (DOGS, dioctadecylamidoglycylspermine), Promega; DOSPER (1,3-di-oleoyloxy-2-(6-carboxy-spermyl)-propylamide), Boehringer Mannheim; DOTAP (N-[1-(2,3-dioleoyloxy)propyl]-N,N,N,-trimethyl-ammoniummethylsulfate), Boehringer Mannheim; Tfx™ 50 (a mixture of N,N,N′,N′,-tetramethyl-N,N′,-bis (2-hydroxyethyl)-2,3-dileoyloxy-1,4-butamediammonium iodide and DOPE), Promega; Lipofectaminetm (DOSPA), Lipofectace™ (a mixture of DDAB and DOPE, 1:2.5 by weight), GIBCO-BRL"), claim 17 ("17. An homogenous suspension of stable lipid-nucleic acid complexes or particles, produced by: a) combining one or more cationic lipids, one or more colipids, and one or more stabilizing additives to form a lipid suspension, b) combining the lipid suspension with a nucleic acid to form a complex or a particle, and optionally c) subjecting the complex or particle to a sizing procedure."), claim 23 ("23. A lipid-nucleic acid complex comprising one or more cationic lipids, one or more colipids, one or more stabilizing additives, and a nucleic acid component.").

125

c.      **Claim 1 Element [c]: an amphipathic lipid; and**

437.    In my opinion, Bischoff discloses this claim element.

438.    The '651 Patent defined "amphipathic lipid" and provided examples that include phospholipids. '651 Patent at 4:39–62. I provided a table of these examples above. *See supra* § IX.A.4 (¶ 61).

439.    Bischoff discloses lipid vesicles comprising an amphipathic lipid. *See, e.g.,* Bischoff at 3:10–16 ("The cationic lipid formulations to date have often incorporated the phospholipid dioleoylphosphatidylethanolamine (DOPE). This phospholipid is thought to disrupt the endosomal membrane by destabilizing its bilayer structure, allowing the lipid-nucleic acid complex to escape endosomal degradation and to enter into the cytoplasm (Farhood et al., Biochem. Biophys. Acta 1235:289-295, 1995)."), 6:26–29 ("Colipids which may be used to incorporate such additives to the cationic lipid-DNA complexes of the invention include, but are not limited to, zwitterionic or other phospholipids."), 6:34–37 ("In a preferred embodiment, the phospholipid distearoylphosphatidyl-ethanolamine (DSPE) is derivatized with a stabilizing additive and is the moiety capable of being incorporated into the cationic lipid-nucleic acid complexes of the invention."), 7:48–52 ("The molar ratio of a stabilizer additive, such as a derivatized phospholipid, to the colipid (for example, DSPE-PEG2000/DOPE) may range from 0.01 to 1 (0.5 mol % to 50 mol % with respect to the total lipid amount)."), claim 8 ("8. The method of claim 1, wherein the colipid is dioleoylphosphatidylethanolamine.").

d.      **Claim 1 Element [d]: a polyethyleneglycol (PEG)-lipid; and**

440.    In my opinion, Bischoff discloses this claim element.

441.    For example, Bischoff discloses lipid vesicles comprising a PEG-lipid. *See, e.g.,* Bischoff at 1:55-58 ("A major breakthrough was the development of 'sterically stabilized(stealth) liposomes' which contained a certain percentage of polyethyleneglycol (PEG)-

126

modified phospholipids"), 13:44-48 ("The data shows that the addition of 10% DSPE-PEG maintained the particles at uniform size, preventing aggregation, in contrast to the preparations without DSPE-PEG (0%)."), claim 9 ("9. The method of claim 1, wherein the stabilizing additive is polyethylene glycol coupled to a colipid.").

e.    **Claim 1 Element [e]: (b) messenger RNA (mRNA),**

442.    To the extent the disclosure of the '651 Patent sufficiently describes and enables mRNA encapsulation, in my opinion, Bischoff discloses this claim element.[57] *See supra* § IX.A.2 (¶¶ 57–59).

443.    For example, Bischoff discloses lipid vesicles comprising mRNA. *See, e.g.*, Bischoff at 7:59–64 ("The nucleic acid which is complexed with the lipid suspension or cationic lipid may be a DNA or RNA molecule, which may be single or double stranded. The nucleic acid may be, inter alia, a genomic DNA, a cDNA, an mRNA, an antisense RNA, or a ribozyme."); 10:2–3 ("The nucleic acid component may also include mRNA."), Claim 15 ("15. The method of claim 1, wherein the nucleic acid is selected from the group consisting of genomic DNA, cDNA, synthetic DNA, RNA, mRNA, ribozymes, antisense RNA and oligonucleotides."), Claim 29 ("29. The method of claim 28, wherein the nucleic acid is selected from the group consisting of genomic DNA, cDNA, synthetic DNA, RNA, mRNA, ribozymes, antisense RNA and oligonucleotides.").

444.    A POSA reviewing Bischoff at the time of the priority date of the '651 Patent would have found it obvious to use mRNA with the formulations described in Bischoff because mRNA is explicitly discussed in Bischoff.    Bischoff at 2:53–56 ("Cationic lipid-mediated

---

[57]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent. I understand from counsel that a different expert for Moderna is providing an opinion that the '651 Patent disclosure does not sufficiently support and enable mRNA encapsulation.

transfection of mRNA in tissue culture was demonstrated to lead to translation of the transcript (Malone et al., Proc. Natl. Acad. Sci. 86:6077-6081, 1989).”). From these disclosures and the knowledge of a POSA, a POSA would have had a reasonable expectation of success to arrive at the claimed formulations where the claimed percent mRNA in the formulation is “fully encapsulated” in the lipid vesicles.

445.    Second, a POSA would be motivated to combine the teachings of Bischoff with the teachings of Meulien ’831 and Malone 1989 to encapsulate mRNA because it was known at the time that mRNA was an area of exploration for therapeutic purposes. *See, e.g.*, Meulien ’831 at 5:26–36 (“An RNA fragment useful for the purposes of the present invention is by nature a non-infectious RNA fragment exclusively of the messenger type; that is to say capable of being directly translated into protein by the cellular machinery without having to be first replicated or transcribed into DNA. By definition, it does not contain the elements which might enable it to replicate inside a cell. Similarly, it does not contain the genetic information required for the reconstitution of a substantially complete pathogenic agent (for example a bacterium, a virus or a parasite).”); Malone 1989 at 6081 (“The RNA/lipofectin method can be used to directly introduce RNA into whole tissues and embryos (R.W.M., C. Holt, and I.M.V., unpublished results), raising the possibility that liposome-mediated mRNA transfection might offer yet another option in the growing technology of eukaryotic gene delivery, one based on the concept of using RNA as a drug.”). It was also known that mRNA encapsulated into lipid formulations can assist in its in vivo activity. *See, e.g.*, Meulien ’831 at 21:36–22:3 (“RNA alone is ineffective for inducing an immune response . . . RNA encoding NP and IL-2, encapsulated in liposomes, is capable of inducing an immune response after a single injection (Comparison Tests nos. 2 and

3).”); *see also, e.g.*, Martinon 1993 at 1721 (“We also demonstrate that in order to prime CTL the mRNA had to be encapsulated (Fig. 1).”).

446.    A POSA would have had a reasonable expectation of success in achieving lipid vesicle formulations with claimed levels of encapsulation because Bischoff discloses mRNA and Meulien ’831 teaches lipid formulations of phospholipids and cholesterol could encapsulate mRNA. Further, Malone 1989 demonstrated the encapsulation of mRNA in liposomes comprising the cationic lipid DOTMA and the phospholipid DOPE. Malone 1989 at 6077 (“DOTMA was prepared and incorporated into liposomes with dioleoyl phosphatidylethanolamine (DOPE) as described (10). . . . The RNA was then added to 4 ml of Opti-MEM medium (GIBCO) containing 50 µg of lipofectin (DOTMA/DOPE 1:1, mol/mol).”). Meulien ’831 also teaches usefulness of DNA packaging techniques for packaging of RNA. Meulien ’831 at 8:11–14 (“The preparation of the liposomes as well as the packaging of the RNA can be carried out using known techniques. In particular, DNA packaging techniques which are commonly used, are applicable in the present case.”).

        f.    **Claim 1 Element [f]: wherein at least 70% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

447.    To the extent the disclosure of the ’651 Patent sufficiently describes and enables lipid vesicles with “fully encapsulated” mRNA and that “fully encapsulated” is not indefinite, in my opinion, Bischoff discloses this claim element.[58] *See also supra* §IX.A.2 (¶¶ 57–59); § VII (¶¶ 38-44).

---

[58]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the ’651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term “fully encapsulated” as described in the ’651 Patent specification and as construed by the Court is indefinite.

448.     Bischoff discloses recovery of nucleic acid in complexes. *See, e.g.*, Bischoff at 3:50–55 ("FIG. 2 shows recovery of plasmid DNA after extrusion of DNA vector complexes containing spermidine-Chol/DOPE complexed to 200 µg/ml DNA through a 200 nm pore size. Percent yield is shown as a function of the molar percentage of distearoylphosphatidyl-ethanolamine-polyethylene glycol (DSPE-PEG) and the charge ratio (+/−) of the complex."), 9:6–10 ("After the complexes of the invention have been subjected to a sizing procedure, e.g., extrusion, the yield percentage may be calculated to assess the recovery. This calculation is based on determining the concentration of nucleic acid in the complexes before and after the procedure.").

449.     Achieving the claim level of encapsulation would have been obvious to a POSA because a POSA would have been motivated to achieve higher percentage of mRNA encapsulated in the lipid vesicles. *See, e.g.*, Semple '278 at 11:27–29 ("High drug to lipid rations, high encapsulation efficiency, good nuclease resistance and serum stability and controllable particle size, generally less than 200 nm in diameter are desirable."); *see also* Heyes Dep. Tr. at 97:9–11 ("Obviously you would be motivated to achieve higher encapsulation if you -- if you could."), 96:17–97:25. This would have been an obvious modification, based on the knowledge of a POSA.

450.     Additionally, prior art taught greater than 90 % encapsulation. For example, Zhang '745 taught that greater than 90 % of the nucleic acid could be encapsulated using disclosed techniques. *See, e.g.*, Zhang '745 at 2:31-35 ("Moreover, the SEDH method of the present invention is extremely advantageous over existing methods because a high encapsulation efficiency of nucleic acids (60–100%) can be achieved with relatively low lipid-nucleic acid ratio."), 15:12–15 ("Typical applications include using well known transfection procedures to

provide intracellular delivery of DNA or MRNA sequences which code for therapeutically useful polypeptides."), 12:54–13:3 ("In addition, the SEDH method of the present invention is extremely advantageous over existing methods because a high encapsulation efficiency of nucleic acids can be achieved with a relatively low lipid-nucleic acid ratio. . . . In an even more preferred embodiment, greater than 90% of the nucleic acid is encapsulated into the lipid-nucleic acid particle. In an even more preferred embodiment, greater than 95% of the nucleic acid is encapsulated into the lipid-nucleic acid particle.").

451.    Semple '278 also disclosed compositions with at least 90% of the nucleic acid in the composition is encapsulated within the particle, teaching that such levels of encapsulation were achievable. Semple '278 at 47:16–18 ("Decreasing DODMA concentration (30, 25, 20 %) severely decreased the encapsulation efficiency of PS-2302 (91%, 43%, 35%) and likewise the Drug/Lipid ratio of the resulting formulation."), 24:22–24 ("Accordingly, the nucleic acids, or nucleotide polymers, can be polymers of nucleic acids including genomic DNA, cDNA, mRNA or oligonucleotides containing nucleic acid analogs. . . ."), 31:6–8 ("Typical applications include using well known transfection procedures to provide intracellular delivery of DNA or mRNA sequences which code for therapeutically useful polypeptides."), 76:6-7 ("30. The composition of claim 29, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle."); 76:15-16 ("33. The composition of claim 32, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle.").

452.    Prior art also taught that free nucleic acids could be removed from formulations, resulting in increased mRNA encapsulation within the lipid vesicles. *See, e.g.*, Semple '278 at 27:23–29 ("Preferably, unencapsulated and surface adsorbed nucleic acids is [*sic*] removed from the resulting compositions through exchange of buffer solutions. For example, replacement of a

131

citrate buffer (pH about 4.0, used for forming the compositions) with a HEPES-buffered saline (HBS pH about 7.5) solution, results in the neutralization of liposome surface and antisense release from the surface. The released antisense can then be removed via chromatography using standard methods, and then switched into a buffer with a pH above the pKa of the lipid used."), 37:30-38:4. Techniques removing unencapsulated nucleic acid were known. *See, e.g.,* Martinon 1993 at 1719 ("Thus homogenized, the suspension was passed on a Sepharose CL-4B gel-permeation (Pharmacia LKB, Uppsala, Sweden) column ( l cm x 24 cm) at room temperature to remove any unencapsulated RNA. The liposomal preparation which eluted in the void volume of the column was used for immunization."); Meulien '831 at 11:26–29 ("In order to substantially remove the nonencapsulated RNA, the suspension is loaded on a Sepharose 4B column (10 ml; column with a cross section of 1 cm) preequilibrated in Hepes buffer."); Zhang '745 at 19:15–19 ("The encapsulation efficiency of oligonucleotide or DNA was evaluated by DEAE ion exchange column chromatography. After sonication formulation was loaded to a DEAE Sepharose CL-4B ion exchange column (1.5×10 cm column with 5 cm to remove non-encapsulated oligonucleotides."); Saravolac '171 at 15:13–18 ("(c) removing substantially all of the unencapsulated nucleic acids to provide a purified lipid-bilayer-nucleic acid composition having from about 20 ug to about 400 ug of nucleic acid per about 1 mg of lipid"); Semple Article at 154 ("Non-encapsulated ODN was removed by DEAE-Sepharose CL-6B column chromatography."); Wang 1995 at 3319 ("The liposome-encapsulated oligonucleotides were then separated from free oligonucleotides on a 1.5 cm x 20 cm Sepharose CL-4B column (Pharmacia) preequilibrated with PBS.").

453. Given the percent nucleic acid encapsulation taught in the prior art and methods for removal of unencapsulated nucleic acid, a POSA would have had a reasonable expectation of

132

success in achieving claimed lipid vesicle formulations, "wherein at least 70% of the mRNA in the formulation is fully encapsulated in the lipid vesicles."

454.    Therefore, in my opinion, this claim is rendered obvious by Bischoff alone and in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745 for the reasons above.

g.    **Claim 2: The lipid vesicle formulation of claim 1, wherein the amphipathic lipid is a phospholipid.**

455.    In my opinion, Bischoff renders this claim obvious alone and Bischoff renders this claim obvious in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. As discussed above, Bischoff renders claim 1 obvious alone and in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *See supra* §§ XI.B.4.a–XI.B.4.f (¶¶ 431–454).

456.    As I discussed above for Claim 1 Element [c], Bischoff discloses lipid vesicles comprising amphipathic lipids and that phospholipids as examples of such amphipathic lipids. *See supra* § XI.B.4.c (¶¶ 437–439).

457.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1.

h.    **Claim 3: The lipid vesicle formulation of claim 2, wherein the phospholipid is selected from the group consisting of phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoylphosphatidylcholine, and dilinoleoylphosphatidylcholine.**

458.    In my opinion, Bischoff renders this claim obvious alone and Bischoff renders this claim obvious in combination with Meulien '831, Malone 1989, Semple '278, and Zhang

'745.[59] As discussed above, Bischoff renders claim 2 obvious alone and in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *See supra* § XI.B.4.g (¶¶ 455–457).

459.    As I discussed above for Claim 1 Element [c], Bischoff discloses lipid vesicles with phospholipids, including dioleoylphosphatidylethanolamine and distearoylphosphatidyl-ethanolamine, types of phosphatidylethanolamine. *See, e.g.*, Bischoff at 3:10–16 ("The cationic lipid formulations to date have often incorporated the phospholipid dioleoylphosphatidylethanolamine (DOPE). This phospholipid is thought to disrupt the endosomal membrane by destabilizing its bilayer structure, allowing the lipid-nucleic acid complex to escape endosomal degradation and to enter into the cytoplasm (Farhood et al., Biochem. Biophys. Acta 1235:289-295, 1995)."), 6:33–37 ("In a preferred embodiment, the phospholipid distearoylphosphatidyl-ethanolamine (DSPE) is derivatized with a stabilizing additive and is the moiety capable of being incorporated into the cationic lipid-nucleic acid complexes of the invention."), claim 8 ("8. The method of claim 1, wherein the colipid is dioleoylphosphatidylethanolamine."). *See supra* § XI.B.4.c (¶¶ 437–439).

460.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 2.

> i.    **Claim 4: The lipid vesicle formulation of claim 1, wherein each lipid vesicle further comprises a sterol.**

461.    In my opinion, Bischoff renders this claim obvious in combination with Adler-Moore 2002, and the Semple Article, and optionally in view of Meulien '831, Malone 1989, Semple '278, Zhang '745. As discussed above, Bischoff renders claim 1 obvious alone and in

---

[59] I understand from counsel that an anticipatory reference does not need to disclose every option listed, but that it is sufficient if the reference discloses at least one compound that falls within the claim.

combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *See supra* §§ XI.B.4.a–XI.B.4.f (¶¶ 431–454).

462.    Sterols were known to be used for modulating fluidity of membranes. Bennett 1995 at 48 ("Sterols are commonly used for modulating the fluidity of both natural and artificial membranes (9). Cationic cholesterol derivatives have also been shown to mediate effective DNA transfection of cells and tissues when formulated into sonicated vesicles with DOPE (10). Therefore, these experiments have been designed to investigate the effect of cholesterol, the predominant mammalian sterol, on the efficacy of cationic liposome transfection formulations."). Sterols were a known class of compounds. Moss 1995 at 1367 ("Natural products derived from the *steroid* skeleton and containing a hydroxy group in the 3 position. . . .").

463.    Bischoff discloses cholesterol-related lipids. *See, e.g.*, Bischoff at 5:66-6:2 ("Preferably, the cationic lipids of the present invention are selected from among spermidine-cholesterol, spermine-cholesterol, DC-chol, and DOGS. Most preferably, the cationic lipid is any of the isomers of spermidine-cholesterol.").

464.    A POSA would have been motivated to combine Bischoff with Adler-Moore 2002 and the Semple Article, which taught inclusion of sterol or cholesterol in lipid vesicles. Bischoff taught the addition of colipids in lipid-nucleic acid complexes. *See, e.g.*, Bischoff at 6:3–5 ("Colipids are added to the complexes in order to facilitate entry of the nucleic acid into the cell or to conjugate additives that increase stability."). A POSA would have understood that phospholipids are naturally found in cell membranes, including phosphatidylethanolamine, phosphatidylcholine, and phosphatidylserine. *See, e.g.*, Alberts at 584–585. A POSA would have also understood that phospholipids, like phosphatidylcholine, were components in lipid delivery systems. *See, e.g.*, Adler-Moore 2002 at 21 ("In addition to amphotericin B, AmBisome is

135

composed of hydrogenated soy phosphatidylcholine, distearoyl phosphatidylglycerol and cholesterol."); *see also, e.g.*, AmBisome Package Insert at 1. Adler-Moore 2002 also taught that the cholesterol added stability to the lipid vesicle. Adler-Moore 2002 at 22 ("liposomes formulated to act as drug carriers that are stable under physiological conditions should be prepared from phospholipids with $T_c$s above 37°C, and should have a high molar fraction of cholesterol as part of their composition.").

465. The Semple Article also teaches improved encapsulation of nucleotides using a lipid delivery system that includes cholesterol along with phospholipid, cationic lipid, PEG-lipid. *See, e.g.*, Semple Article at 162 ("Effective, systemic delivery systems for DNA and RNA are considered basic to the successful clinical application of gene-based drugs [4,44-46]. In this study, we describe and characterize a novel lipid-based formulation (SALP) designed for i.v. delivery of polyanionic oligonucleotides. The formulation process represents a significant improvement over existing methods as ODN are encapsulated with both high efficiency and high drug to lipid ratios, while employing simple manufacturing techniques."), 154 ("A typical 1.0 ml formulation consisted of 13 μmol (~ 10 mg) total of DSPC/CH/DODAP/PEG-CerC$_{14}$ (25/45/20/10, 11101/mol/mol/mol)[60] and 2 mg of ODN in a final solution containing 180 mM citrate, pH 4.0 and 40% ethanol (v/v)."). Given the teachings of the prior art, a POSA would have had a reasonable expectation of success to arrive at the claimed formulations where the claimed percent mRNA in the formulation is "fully encapsulated" in the lipid vesicles and further comprises a sterol.

---

[60]  Abbreviations: Distearoylphosphatidylcholine (DSPC), l,2-Dioleoyl-3-dimethylammonium propane (DODAP), Cholesterol (CH), 1-0-(2' -(w-methoxypolyethyleneglycol)succinoyl)-2-N-myristoylsphingosine (PEG-CerC14). Semple Article at 153.

466.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1.

> j.    **Claim 5: The lipid vesicle formulation of claim 4, wherein the sterol is cholesterol.**

467.    In my opinion, Bischoff renders this claim obvious in combination with Adler-Moore 2002 and the Semple Article and optionally in view of Meulien '831, Malone 1989, Semple '278, Zhang '745. As discussed above, Bischoff renders claim 4 obvious alone and in combination with Meulien '831, Malone 1989, Semple '278, Zhang '745, Adler-Moore 2002, and the Semple Article. *See supra* § XI.B.4.i (¶¶ 461–466).

468.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 4, in my opinion, Bischoff renders obvious this claim element alone and in combination with Meulien '831, Malone 1989, Semple '278, Zhang '745, Adler-Moore 2002, and the Semple Article. *See supra* § XI.B.4.i (¶¶ 461–466).

469.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 4.

> k.    **Claim 6, Element [a]: The lipid vesicle formulation of claim 4, wherein the sterol is cholesterol**

470.    In my opinion, Bischoff renders this claim obvious alone and Bischoff renders this claim obvious in combination with Adler-Moore 2002 and the Semple Article and optionally in view of Meulien '831, Malone 1989, Semple '278, Zhang '745. As discussed above, Bischoff renders claim 4 obvious alone and in combination with Meulien '831, Malone 1989, Semple '278, Zhang '745, Adler-Moore 2002, and the Semple Article. *See supra* § XI.B.4.i (¶¶ 461–466).

471.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 5, in my opinion, Bischoff renders obvious this claim element alone and in combination with

137

Adler-Moore 2002 and the Semple Article, and optionally in view of Meulien '831, Malone 1989, Semple '278, Zhang '745. *See supra* § XI.B.4.j (¶¶ 467–469).

      l.      **Claim 6, Element [b]: and the amphipathic lipid is a phospholipid.**

472.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 2, in my opinion, Bischoff renders obvious this claim element alone and in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *See supra* § XI.B.4.g (¶¶ 455–457).

473.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claims 2, 4, and 5.

      m.      **Claim 7: The lipid vesicle formulation of claim 6, wherein the phospholipid is selected from the group consisting of phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoylphosphatidylcholine, and dilinoleoylphosphatidylcholine.**

474.    In my opinion, Bischoff renders this claim obvious alone and Bischoff renders this claim obvious in combination with Adler-Moore 2002 and the Semple Article, and optionally in view of Meulien '831, Malone 1989, Semple '278, Zhang '745. As discussed above, Bischoff renders claim 6 obvious alone and in combination with Meulien '831, Malone 1989, Semple '278, Zhang '745, Adler-Moore 2002, and the Semple Article. *See supra* §§ XI.B.4.k–XI.B.4.l (¶¶ 470–473).

475.    For at least the reasons set forth above in my analysis of the '651 Patent Claim 3, in my opinion, Bischoff renders obvious this claim element alone and in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *See supra* § XI.B.4.h (¶¶ 458–460).

476.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claims 3 and 6.

> n.    **Claim 9: The lipid vesicle formulation of claim 1, wherein each lipid vesicle is a lipid-nucleic acid particle.**

477.    In my opinion, Bischoff renders this claim obvious alone and Bischoff renders this claim obvious in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. As discussed above, Bischoff renders claim 1 obvious alone and in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *See supra* §§ XI.B.4.a–XI.B.4.f (¶¶ 431–454).

478.    To the extent the disclosure of the '651 Patent sufficiently describes and enables lipid vesicles formulations "wherein each lipid vesicle is a lipid-nucleic acid particle" and that "wherein each lipid vesicle is a lipid-nucleic acid particle" is not indefinite, in my opinion, Bischoff discloses this claim element.[61]

479.    Bischoff discloses lipid-nucleic acid particles. *See, e.g.*, Bischoff at Abstract ("The invention is related to a method for preparing an homogenous suspension of stable lipid-nucleic acid complexes or particles"), 3:23-27 ("The present invention is directed to stable complexes or particles of cationic lipids and nucleic acid that can be used to deliver nucleic acid to a cell for the purpose of providing a therapeutic molecule to the cells of an individual in need of such treatment.").

480.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1.

---

[61]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "wherein each lipid vesicle is a lipid-nucleic acid particle" as described in the '651 Patent specification and as construed by the Court is indefinite.

o.    **Claim 11: The lipid vesicle formulation of claim 1, wherein the cationic lipid only carries a positive charge at below physiological pH.**

481.    Claim 11 of '651 Patent is unclear because it requires that the cationic lipid *only* carry a positive at below physiological pH. The '651 Patent does not explain what it means for the cationic lipid to "only" carry a positive charge at a certain pH. [62]  For purposes of my analysis, I have used guidance in the examples of the '651 Patent specification and from the applicant's statement during prosecution to understand this claim element. '651 Patent at 5:27–29 ("The following lipids are cationic and have a positive charge at below physiological pH: DODAP, DODMA, DMDMA and the like.");

I.    **STATUS OF THE CLAIMS**

Upon entry of this amendment, claims 1-12 are pending in this application and are presented for examination. Claims 11 and 12 are newly added. Support for new claim 11 is found, for example, on page 7, lines 23-24 of the specification as filed. Support for new claim 12 is found, for example, on page 10, lines 2-5 and page 17, lines 25-27 of the specification as filed. Accordingly, no new matter has been introduced. Reconsideration is respectfully requested.

'651 Patent File History, Oct. 22, 2014 Amendment at 4; '651 Patent File History, Specification as filed at 7:23–24 ("The following lipids are cationic and have a positive charge at below physiological pH: DODAP, DODMA, DMDMA and the like."). Although the claim does not read this way, I interpret these statements to mean that a lipid vesicle formulation of claim 1 wherein the cationic lipid is "DODAP, DODMA, DMDMA and the like" would meet Claim 11 of the '651 Patent.

---

[62]    Every molecule of the same compound in a formulation does not possess the same charge at the same pH. Instead, the charges of each molecule at a given pH can vary. The charge equilibrium shifts depending on the pKa of the compound and the pH. As a result, it is a physical improbability that every molecule of cationic lipid in a formulation will "only" carry a positive charge at any given pH.

140

482. Bischoff discloses that cationic lipids can complex with nucleic acids. *See, e.g.*, Bischoff at 2:12–13 ("Because cationic lipids are positively charged, they are able to complex with negatively charged nucleic acids."). Bischoff also discloses that "positively charged coat of the complex neutralizes the negative charges of the nucleic acid and, also, can efficiently bind to the negatively charged cell surface, facilitating entry of nucleic acid into the cell." *Id.* at 2:17–21.

483. This claim element would have been obvious to a POSA, who would have been motivated to combine the teachings of Bischoff with the Semple Article or Semple '278. The Semple Article and Semple '278 taught the utility of using such a cationic lipid to encapsulate nucleic acids efficiently and would have had a reasonable expectation to arrive at the claimed lipid vesicle formulation where the claimed percent mRNA in the formulation is "fully encapsulated" in the lipid vesicles. *See, e.g.* Semple Article at 156, first column ("Consequently, it was determined that ionizable cationic lipids might be a better choice in that formulations could be made at acidic pH, when the majority of the lipid was cationic, but the resulting delivery system would be charge 'neutral' when administered at physiological pH. DODAP was employed as an ionizable cationic lipid as it exhibits an apparent pK of 6.6 in lipid bilayer systems [38]."), 153, second column ("Furthermore, when delivery systems bearing a net cationic charge are administered intravenously (i.v.), they exhibit rapid plasma clearance, distribute into lung, liver and spleen [22-24], and often exhibit liver and hemodynamic toxicities, such as activation of complement and prolongation of clotting times [25- 27]. Therefore, there is a growing need to mask or reduce the cationic lipid content in delivery systems. In this study, we describe a novel process that utilizes an ionizable aminolipid to facilitate efficient encapsulation of antisense ODN in lipid vesicles that can subsequently be rendered neutral at physiological pH. Using this approach, we address the issues of improving encapsulation efficiencies and drug to

141

lipid ratios, as well as reducing the net cationic lipid con- tent of the vesicles, resulting in improved pharmacokinetics of the formulation relative to delivery systems containing quaternary aminolipids or cationic liposome/ODN complexes."). Semple '278 discloses lipid vesicles that comprise these exemplary cationic lipids. *See, e.g.*, Semple '278 at  6:28-30 ("Liposomal formulations were composed of X:CHOL:DODAP:PEG-CerC14 (25 :45 :20: 10), where X represents either distearoylphosphatidylcholine (DSPC), sphingomyelin (SM), or palmitoyloleoylphosphatidylcholine (POPC)."); 77:1–2 ("38. The composition of claim 37, wherein said lipid portion comprises DODAP, DSPC, Chol and PEG-Cer14.").

484.    Bischoff taught the use of a cationic lipid and the Semple Article taught lipid compositions comprising the specific cationic lipid DODAP had efficient encapsulation and improved in vivo circulation. Semple Article at Abstract ("Given the small particle sizes and improved encapsulation efficiency, ODN to lipid ratios, and circulation times of this formulation compared to others, we believe SALP represent a viable candidate for systemic applications involving nucleic acid therapeutics."), 156 ("Consequently, it was determined that ionizable cationic lipids might be a better choice in that formulations could be made at acidic pH, when the majority of the lipid was cationic, but the resulting delivery system would be charge 'neutral' when administered at physiological pH.").

485.    In my opinion, Bischoff renders obvious alone and Bischoff renders this claim obvious in combination with Meulien '831, Malone 1989, Semple '278, Zhang '745, and Semple Article. As discussed above, Bischoff renders claim 1 obvious alone and in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *See supra* §§ XI.B.4.a–XI.B.4.f (¶¶ 431–454).

p.    **Claim 13: The lipid vesicle formulation of claim 1, wherein at least 80% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

486.    In my opinion, Bischoff renders obvious alone and Bischoff renders this claim obvious in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. As discussed above, Bischoff renders claim 1 obvious alone or in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *See supra* §§ XI.B.4.a–XI.B.4.f (¶¶ 431–454).

487.    For at least the reasons set forth above, to the extent the '651 Patent disclosure sufficiently describes and enables this claim and "fully encapsulated" is not indefinite, in my opinion, Bischoff discloses this claim element.[63] *See supra* § XI.B.4.f (¶¶ 447–453); § VII, ¶¶ 38-44. In addition, to the extent the '651 Patent disclosure sufficiently describes and enables this claim and "fully encapsulated" is not indefinite, in my opinion, Bischoff in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *Id*.

488.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1.

q.    **Claim 14: The lipid vesicle formulation of claim 1, wherein about 90% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.**

489.    In my opinion, Bischoff renders obvious alone and Bischoff renders this claim obvious in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. As discussed above, Bischoff renders claim 1 obvious alone or in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *See supra* §§ XI.B.4.a–XI.B.4.f (¶¶ 431–454).

---

[63]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "fully encapsulated" as described in the '651 Patent specification and as construed by the Court is indefinite.

143

490. For at least the reasons set forth above, to the extent the '651 Patent disclosure sufficiently describes and enables this claim and "fully encapsulated" is not indefinite, in my opinion, Bischoff discloses this claim element.[64] *See supra* § XI.B.4.f (¶¶ 447–453); § VII, ¶¶ 38-44. In addition, to the extent the '651 Patent disclosure sufficiently describes and enables this claim and "fully encapsulated" is not indefinite, in my opinion, Bischoff in combination with Meulien '831, Malone 1989, Semple '278, and Zhang '745. *Id*.

491. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1

## C.    Analysis of Obviousness-Type Double Patenting

492. It is my opinion that the asserted claims of the '651 Patent are not patentably distinct from claims of Saravolac '171 or Joshi ("'651 ODP Patents"), each in combination with the references discussed herein.

493. Although I have presented Saravolac '171 and Joshi as prior art to the '651 Patent, I understand from counsel they also qualify as obviousness-type double patenting references.

494. As stated above, Saravolac '171 names Inex Pharmaceutics as original assignee and Plaintiffs admitted both Saravolac '171 and the '651 Patent were assigned to Arbutus as of June 7, 2024. *See supra* § X.19 (¶¶ 163–171).

495. As stated above, Joshi names Protiva Biotherapeutics Inc. as the original assignee and Plaintiffs admitted both Joshi and the '651 Patent were assigned to Arbutus as of June 7,

---

[64]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the '651 Patent or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion that the term "fully encapsulated" as described in the '651 Patent specification and as construed by the Court is indefinite.

was a component of liposomal formulations approved for human use. *See, e.g.*, Adler-Moore 2002 at 22; AmBisome Package Insert at 1.

512.     A POSA also would have had a reasonable expectation of success of arriving at the mRNA lipid vesicle formulations with percent encapsulation claimed in the '651 Patent in light of the prior art. The prior art references include nucleic acid and lipid components, including cationic lipids, phospholipids, cholesterol, and a PEG-lipid and reported the claimed encapsulation percentages. *See, e.g.*, Zhang '745 at 2:31-35 ("Moreover, the SEDH method of the present invention is extremely advantageous over existing methods because a high encapsulation efficiency of nucleic acids (60–100%) can be achieved with relatively low lipid-nucleic acid ratio."), 12:54–13:3; Semple '278 at 76:6-7 ("30. The composition of claim 29, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle."); 76:15-16 ("33. The composition of claim 32, wherein at least 90% of the nucleic acid in the composition is encapsulated within the particle."), 47:16–18; Saravolac '171 at 14:43-45 ("Additionally, the methods described below result in encapsulation of about 40% to 80% of the plasmids in solution."), 3:6-12. Such lipid delivery systems were known before the '651 Patent. *See*, e.g. U.S. Patent No. 6,287,591 at cover ("Charged therapeutic agents encapsulated in lipid particles containing four lipid components," filed May 14, 1998 and issued Sept. 11, 2001) and Abstract. Adding lipid components to formulations disclosed in Saravolac '171, Semple Article, Semple '278, and/or Bischoff would have been an obvious modification in order to improve delivery and/or improve intracellular expression. *See, e.g.*, Joshi at 26:24–46 ("Having been taught the various lipid-plasmid particle formulations suitable for systemic delivery in this example, it would be obvious to one skilled in the art to modify them, for example, for improved plasmid delivery and/or intracellular expression using one or more possible variations. Variations

of the following type are suggested: percentage of PEG-lipid; size of PEG; length of hydrophobic (anchor) chain; pH sensitive PEG-lipids; replacement of PEG by ATTA (disclosed in U.S. patent application Ser. No. 60/073852, filed Dec. 2, 1997 bearing TTC Attorney Docket No. 16303-005810, which is assigned to the assignee of the instant invention and incorporated herein by reference); addition of membrane modifying lipids, such as cholesterol or DOPE; use of alternative cationic lipids, such as DMRIE, DOTAP, DOTMA, DODMA, AL-1, etc.; use of fusogenic components, such as pH sensitive lipids, peptides (EALA) SEQ ID NO:2 polymers (PEAA); use of targeting agents; use of DNA condensing peptides (i.e., polylysine or spermine) or polymers (i.e., PEI); use of negatively charged lipids, such as phosphatidylserine; or use of alternative PEG-lipid linkers, such as SPDPs or PDPH (disclosed in U.S. patent application Ser. No. 08/536,584, which is assigned to assignee of the instant invention).").

## XII.    ANALYSIS OF THE ASSERTED CLAIMS OF THE MOLAR RATIO PATENTS

### A.    Summary of Arguments

513.    It is my opinion that the asserted claims of the Molar Ratio Patents are not patentably distinct from claims of U.S. Patent Nos. 9,006,191 and 9,814,777, alone or each in combination with the references discussed herein. *See* § XII.B (¶¶ 516–600); Appendix B.

514.    It is my opinion that the asserted claims of the '378, '668, '359, and '435 Patents would have been obvious in view of the prior art. More specifically, the asserted claims of the '378, '668, '359, and '435 Patents would have been obvious in view of the following references alone or in combination:

| Reference |
| --- |
| Chen '554 |
| Jadhav '218 |
| MacLachlan '189 |

152

Example 14, [0361]. Specifically, MacLachlan '189 uses this SNALP formulation "to demonstrate the efficacy" of SNALP-mediated anti-ApoB activity, and reports that "downregulation of ApoB mRNA in the liver was observed at 96 hours after a single injection of SNALP." *Id.* at Example 14, [0360], [0367].

598.    Similarly, Zimmermann 2006 discusses a study that administered a SNALP formulation comprising DLinDMA (cationic lipid):DSPC (phospholipid):cholesterol:PEG-C-DMA in a molar ratio of 40:10:48:2 to monkeys, and reports that "[a] single siRNA injection resulted in dose-dependent silencing of APOB messenger expression in the liver 48h after administrations." Zimmermann 2006 at Abstract, 113.

599.    As discussed below, it would have been obvious for a POSA to arrive at the claimed molar ratios in the Molar Ratio Patents by modifying these formulations through routine experimentation. *See also* § XII.E.

600.    Therefore, to the extent the Molar Ratio ODP Patents do not claim the molar ratio for each of the four lipid components in the inventions of the Molar Ratio Patents, the inventions of the Molar Ratio Patents are not patentably distinct from those of the Molar Ratio ODP Patents in view of a POSA's knowledge and the teachings in the prior art.

## C.    The Asserted Claims of the '378 Patent Would Have Been Obvious

601.    As I explain in detail below, the asserted claims of the '378 Patent would have been obvious in view of the prior art. My analyses for each claim and each reference are based on Plaintiffs' interpretation of the claims as well as the Court's claim constructions. I understand from counsel that Plaintiffs may come forward with evidence to attempt to rebut obviousness arguments in response to my report. I reserve the right to address this evidence in a Reply Expert Report.

178

602.    The asserted claims of the '378 Patent are different from those of the other Molar Ratios Patents, at least because the '378 Patent claims do not require any mol percent of cationic lipid.[68] The Molar Ratio Patents disclose that their "invention is based, in part, upon the surprising discovery that lipid particles comprising from about 50 mol % to about 85 mol % of cationic lipid. . . provide advantages when used for the in vitro or in vivo delivery of an active agent, such as a therapeutic nucleic acid (e.g., an interfering RNA)." '069 Patent at 43–51. During prosecution, the applicants also touted the "superior advantages" of increased amounts of cationic lipid. *E.g.*, '069 Patent File History, Jan. 31, 2011 Application Resp. at 9 ("Applicants have found that SNALP formulations having **increased** amounts of cationic lipid, e.g., one or more cationic lipids comprising from about 50 mol % to about 65 mol % of the total lipid present in the particle, provide ***unexpectedly superior advantages*** when used for the *in vitro* or *in vivo* delivery of an active agent . . .") (emphasis in original). Thus, a feature that the inventors used to distinguish their invention is lacking from the claims of the '378 Patent.

### 1.    Chen '554 Renders Obvious the Asserted Claims of the '378 Patent

603.    In my opinion, claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, and 27 of the '378 patent would have been obvious in view of Chen '554 alone or in combination with Semple Article, Semple 1996, the 2:40 Formulation, Meulien '831 and Malone 1989, as laid out for each claim below.[69]

### a.    Claim 1 Element [p]: A nucleic acid-lipid particle consisting essentially of:

604.    In my opinion, Chen '554 discloses this claim element.

---

[68]    I understand from counsel that Moderna is precluded from making certain obviousness arguments against claims of the '069 Patent and have not presented such obviousness arguments here.

[69]    Both U.S. Patent Publication US 2008/0020058 (Chen '058) and WO 2007/084865 are from the same patent family as Chen '554 and have similar disclosures.

605.    For example, Chen '554 discloses compositions that are nucleic acid-lipid particles. *See, e.g.*, Chen '554 at [0082] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, other nucleic acid molecule or other biologically active molecule described herein), a cationic lipid, a neutral lipid, and a polyethyleneglycol conjugate, such as a PEG-diacylglycerol, PEG-diacylglycamide, PEG-cholesterol, or PEG-DMB conjugate. In another embodiment, the composition further comprises cholesterol or a cholesterol derivative. The compositions described herein are generally referred to as formulated molecular compositions (FMC) or lipid nanoparticles (LNP). In some embodiments of the invention, a formulated molecular composition (FMC) or lipid nanoparticle (LNP) composition further comprises cholesterol or a cholesterol derivative.").

### b.    Claim 1 Element [a]: an RNA;

606.    In my opinion, Chen '554 discloses this claim element. *See supra* § IX.B.2 (¶¶ 80–82).

607.    For example, Chen '554 discloses compositions comprising nucleic acid including RNA. *See, e.g.*, Chen '554 at [0270] ("In one embodiment, the invention features a method for delivering or administering a biologically active molecule, such as a polynucleotide molecule (e.g., siNA, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule) of the invention to a cell or cells in a subject or organism,"), [0323] ("The term 'polynucleotide' or 'nucleic acid molecule' as used herein, refers to a molecule having nucleotides. The nucleic acid can be single, double, or multiple stranded and can comprise modified or unmodified nucleotides or non-nucleotides or various mixtures and combinations thereof."), [0368] ("By 'RNA' is meant a molecule comprising at least one ribonucleotide residue. By 'ribonucleotide' is meant a nucleotide with a hydroxyl group at the 2′ position of a β-

180

D-ribofuranose moiety. The terms include double-stranded RNA, single-stranded RNA, isolated RNA such as partially purified RNA, essentially pure RNA, synthetic RNA, recombinantly produced RNA, as well as altered RNA that differs from naturally occurring RNA by the addition, deletion, substitution and/or alteration of one or more nucleotides.").

  c.  **Claim 1 Element [b]: a cationic lipid having a protonatable tertiary amine;**

608. In my opinion, Chen '554 discloses this claim element.

609. The Molar Ratio Patents disclose examples of cationic lipids having protonatable tertiary amines. *See, e.g.*, '069 Patent at 12:65–13:3 ("In some cases, the cationic lipids comprise a protonatable tertiary amine (e.g., pH titratable) head group, C18 alkyl chains, ether linkages between the head group and alkyl chains, and 0 to 3 double bonds. Such lipids include, e.g., DSDMA, DLinDMA, DLenDMA, and DODMA.").

610. For example, Chen '554 discloses cationic lipids with tertiary amines, among others, including, e.g., DODMA. *See, e.g.*, Chen '554 at [0083] ("Suitable cationic lipid include those cationic lipids which carry a net negative charge at a selected pH, such as physiological pH. Particularly useful cationic lipids include those having a relatively small head group, such as a tertiary amine, quaternary amine or guanidine head group, and sterically hindered asymmetric lipid chains. ***In any of the embodiments described herein***, the cationic lipid can be selected from those comprising . . . N,N-dimethyl-2,3-dioleyloxy)propylamine (DODMA). . . and/or a mixture thereof, as well as other cationic lipids sharing similar properties.") (emphasis added).

611. This element would also be obvious in view of the knowledge of a POSA and/or obvious in combination with one or more of the prior art discussed above. *See* § XII.B.10 (¶¶ 568–572).

  d.  **Claim 1 Element [c]: a mixture of a phospholipid and cholesterol of from 30 mol % to 55 mol % of the total lipid**

**present in the particle, wherein the phospholipid consists of from 3 mol % to 15 mol % of the total lipid present in the particle; and**

612.    In my opinion, Chen '554 discloses this claim element or it would have been obvious to a POSA.

613.    For example, Chen '554 discloses neutral lipids in mol percent ranges that overlap 30 mol % to 55 mol %. *See, e.g.*, Chen '554 at [0117] ("In one embodiment, the neutral lipid component of a composition of the invention comprises from about 5% to about 90%, or from about 20% to about 85% of the total lipid present in the formulation."), [0119] ("In one embodiment, the cholesterol component of a composition of the invention comprises from about 10% to about 60%, or from about 20% to about 45% of the total lipid present in the formulation."), [0120] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation.").

614.    Chen '554 discloses examples of neutral lipids, that include phospholipids and cholesterol. *See, e.g.*, Chen '554 at [0085] ("Suitable neutral lipids include those comprising any of a variety of neutral uncharged, zwitterionic or anionic lipids capable of producing a stable complex. They are preferably neutral, although they can alternatively be positively or negatively charged. In any of the embodiments described herein, suitable neutral lipids include those selected from compounds having formulae NLI-NLVII, dioleoylphosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), egg phosphatidylcholine (EPC), distearoylphosphatidylcholine (DSPC), dioleoylphosphatidylcholine (DOPC), dipalmitoylphosphatidylcholine (DPPC), dioleoylphosphatidylglycerol (DOPG),

182

dipalmitoylphosphatidylglycerol (DPPG), phosphatidylethanolamine (POPE) and dioleoyl-phosphatidylethanolamine 4-(N-maleimidomethyl)-cyclohexane-1-carboxylate (DOPE-mal), cholesterol, as well as other neutral lipids described herein below, and/or a mixture thereof.").

615. The Molar Ratio Patents disclose that the phospholipids can be neutral lipids, including DOPE, POPC, EPC, DSPC, POPE, and DPPC, for example. '069 Patent at 19:23–38.

616. Chen '554 also discloses lipid particles that comprise a mixture of a phospholipid and cholesterol of from 30 mol % to 55 mol % of the total lipid present in the particle. *See, e.g.*, Chen '554 at [0090] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising 3-Dimethylamino-2-(Cholest-5-en-3-beta-oxybutan-4-oxy)-1-(cis,cis-9,12-octadecadienoxy)propane (CLinDMA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC), a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of CLinDMA:DSPC:cholesterol:PEG-DMG are 48:40:10:2 respectively, this composition is generally referred to herein as formulation L051."), [0092] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC), a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054."), Table IV:

TABLE IV

Lipid Nanoparticle (LNP) Formulations

| Formulation # | Composition | Molar Ratio |
|---|---|---|
| L051 | CLinDMA/DSPC/Chol/PEG-n-DMG | 48/40/10/2 |
| L053 | DMOBA/DSPC/Chol/PEG-n-DMG | 30/20/48/2 |
| L054 | DMOBA/DSPC/Chol/PEG-n-DMG | 50/20/28/2 |
| L069 | CLinDMA/DSPC/Cholesterol/PEG-Cholesterol | 48/40/10/2 |
| L073 | pCLinDMA or CLin DMA/DMOBA/DSPC/Chol/PEG-n-DMG | 25/25/20/28/2 |
| L077 | eCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L080 | eCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L082 | pCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L083 | pCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L086 | CLinDMA/DSPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol | 43/38/10/2/7 |
| L061 | DMLBA/Cholesterol/2KPEG-DMG | 52/45/3 |
| L060 | DMOBA/Cholesterol/2KPEG-DMG N/P ratio of 5 | 52/45/3 |
| L097 | DMLBA/DSPC/Cholesterol/2KPEG-DMG | 50/20/28 |
| L098 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 3 | 52/45/3 |
| L099 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 4 | 52/45/3 |
| L100 | DMOBA/DOBA/3% PEG-DMG, N/P ratio of 3 | 52/45/3 |
| L101 | DMOBA/Cholesterol/2KPEG-Cholesterol | 52/45/3 |
| L102 | DMOBA/Cholesterol/2KPEG-Cholesterol, N/P ratio of 5 | 52/45/3 |
| L103 | DMLBA/Cholesterol/2KPEG-Cholesterol | 52/45/3 |
| L104 | CLinDMA/DSPC/Cholesterol/2KPEG-cholesterol/Linoleyl alcohol | 43/38/10/2/7 |
| L105 | DMOBA/Cholesterol/2KPEG-Chol, N/P ratio of 2 | 52/45/3 |
| L106 | DMOBA/Cholesterol/2KPEG-Chol, N/P ratio of 3 | 67/30/3 |
| L107 | DMOBA/Cholesterol/2KPEG-Chol, N/P ratio of 1.5 | 52/45/3 |
| L108 | DMOBA/Cholesterol/2KPEG-Chol, N/P ratio of 2 | 67/30/3 |
| L109 | DMOBA/DSPC/Cholesterol/2KPEG-Chol, N/P ratio of 2 | 50/20/28/2 |
| L110 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 1.5 | 52/45/3 |
| L111 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 1.5 | 67/30/3 |
| L112 | DMLBA/Cholesterol/2KPEG-DMG, N/P ratio of 1.5 | 52/45/3 |
| L113 | DMLBA/Cholesterol/2KPEG-DMG, N/P ratio of 1.5 | 67/30/3 |
| L114 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 2 | 52/45/3 |
| L115 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 2 | 67/30/3 |
| L116 | DMLBA/Cholesterol/2KPEG-DMG, N/P ratio of 2 | 52/45/3 |
| L117 | DMLBA/Cholesterol/2KPEG-DMG, N/P ratio of 2 | 52/45/3 |

N/P ratio = Nitrogen:Phosphorous ratio between cationic lipid and nucleic acid

184

Chen '554 at Table IV (excerpt).

617.    As I explained above and below (§§ XII.B.13, XII.E), to a POSA looking at Chen '554 as of the priority date of the Molar Ratio Patents, it would have been obvious to decrease the phospholipid in the L051, L054 or L109 formulations and increase the cholesterol at the expense of the phospholipid. The L054 and L109 formulations have molar ratios of 50 mol % cationic lipid to 20 mol % phospholipid to 28 mol % cholesterol to 2 mol % PEG-lipid. Chen '554 at Table IV. The L051 formulation has a molar ratio of 48 mol % cationic lipid to 40 mol % phospholipid to 10 mol % cholesterol to 2 mol % PEG-lipid. *Id.* The Semple Article taught that varying the cationic lipid amount influenced encapsulation efficiency and that DODAP (a cationic lipid) can be varied at the expense of DSPC (a phospholipid). Semple Article at 158 ("The optimal DODAP concentration for formulation was determined in DSPC [phospholipid]/CH [cholesterol]/DODAP [cationic lipid]/PEGCerC$_{14}$ vesicles in the presence of 40% ethanol, 2 mg/ml ODN and 10 mg/ml total lipid. The mol% DODAP in the formulation was varied at the expense of DSPC.").

618.    Semple 1996 taught that increasing the amount of cholesterol in combination with phospholipid could increase circulatory lifetimes of the liposomes. Semple 1996 at 2523 ("A 4-fold reduction in the binding of protein occurred as the cholesterol content was increased from 0 to 50 mol %. This reduction in protein binding, as a result of the addition of cholesterol, correlates well with the significant increase in the circulatory lifetimes of DSPC:CHOL liposomes."). In addition, a POSA would have been aware of the published "2:40 formulation" four-component lipid-nucleic acid particle used in non-human primates included the molar ratio 40 mol % cationic lipid to 10 mol % phospholipid to 48 mol % cholesterol to 2 mol % PEG-lipid. *See, e.g.*, MacLachlan '189 at [0351] ("A '2:40:10' (DSPC:Cholesterol:PEG-C-

185

DMA:DLinDMA, 10:48:2:40% molar composition) SNALP formulation was prepared . . . ."); Zimmerman 2006 at 113; Thomas 2007 at 126.

619.    Thus, the prior art taught the use of 10% phospholipid in a lipid particle as well as formulations with a mixture of a phospholipid and cholesterol of from 30 mol % to 55 mol % of the total lipid present in the particle. Additionally, using routine optimization, a POSA would have arrived at the claimed mole percent of phospholipid and cholesterol. *See* § XII.E.

  e.    **Claim 1 Element [d]: a polyethyleneglycol (PEG)-lipid conjugate consisting of from 0.1 mol % to 2 mol % of the total lipid present in the particle.**

620.    In my opinion, Chen '554 discloses this claim element.

621.    For example, Chen '554 discloses nucleic acid-lipid particles with PEG-conjugated lipid at mol percentages that overlap or are within 0.1 mol % to 2 mol % of the total lipid in the particle. *See, e.g.*, Chen '554 at [0092] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC), a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054."), [0120] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation."), Table IV.

186

622.     Chen '554 at Table IV discloses 11 formulations that have PEG-conjugated lipid at 2 mol % of the total lipid in the particle. *Id.*

623.     Therefore, in my opinion, this claim is rendered obvious by Chen '554 alone and by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation for the reasons above.

> f.     **Claim 2: The nucleic acid-lipid particle of claim 1, wherein the cholesterol consists of from 25 mol % to 45 mol % of the total lipid present in the particle.**

624.     In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 1 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* §§ XII.C.1.a–XII.C.1.e (¶¶ 604–623).

625.     For example, Chen '554 discloses nucleic acid-lipid particles with cholesterol that consists of from 25 mol % to 45 mol % of the total lipid present in the particle. *See, e.g.*, Chen '554 at [0199] ("In one embodiment, the cholesterol component of a composition of the invention comprises from about 10% to about 60%, or from about 20% to about 45% of the total lipid present in the formulation."), [0092] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC), a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054."), Table IV.

187

626. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1.

g. **Claim 3: The nucleic acid-lipid particle of claim 2, wherein the phospholipid is distearoylphosphatidylcholine (DSPC).**

627. In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 2 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.f (¶¶ 624–626).

628. For example, Chen '554 discloses nucleic acid-lipid particle with the phospholipid distearoylphosphatidylcholine ("DSPC"). *See, e.g.*, Chen '554 at [0092] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC), a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054."), [0085] ("[S]uitable neutral lipids include those selected from . . . distearoylphosphatidylcholine (DSPC), . . . ."), Table IV.

629. The Chen '554 at Table IV discloses 13 nucleic acid-lipid particle formulations with the phospholipid distearoylphosphatidylcholine ("DSPC"). *Id.*

630. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 2.

188

> h.  **Claim 4: The nucleic acid-lipid particle of claim 3, wherein the PEG has an average molecular weight of about 2,000 daltons.**

631.   In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 3 obvious alone or in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.g (¶¶ 627–629).

632.   For example, Chen '554 discloses nucleic acid-lipid particle with PEG-conjugated lipid wherein PEG has an average molecular weight of about 2,000 daltons. *See, e.g.*, Chen '554 at [0125] ("In one embodiment, the PEG conjugate of the invention, such as a PEG-DAG, PEG-cholesterol, PEG-DMB, comprises a 200 to 10,000 atom PEG molecule."), [0145] ("In one embodiment, the invention features a serum-stable formulated molecular composition comprising a biologically active molecule (e.g., a siNA molecule), a cationic lipid, a neutral lipid, and a PEG-conjugate, in which the cationic lipid is pCLinDMA, the neutral lipid is distearoylphosphatidylcholine (DSPC), and the PEG conjugate is 2KPEG-DMG. In another embodiment, the composition further comprises cholesterol or a cholesterol derivative. This is known as formulation L082 (see Table IV)."), [0129] ("The PEG-DMB conjugate can comprise a 200 to 10,000 atom PEG molecule linked to DMB. An exemplary PEG-DMB and the synthesis thereof is shown in FIG. 24."), Fig. 28, Table IV.

633.   Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 3.

> i.  **Claim 5: The nucleic acid-lipid particle of claim 4, wherein the PEG has a terminal methoxy group.**

634.   In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Semple 1996, the Semple article, and the 2:40

Formulation. As discussed above, Chen '554 renders claim 4 obvious alone or in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.h (¶¶ 631–633).

635.    Chen '554 discloses PEG-DMG. *See, e.g.*, Chen '554 at [0145] ("In one embodiment, the invention features a serum-stable formulated molecular composition comprising a biologically active molecule (e.g., a siNA molecule), a cationic lipid, a neutral lipid, and a PEG-conjugate, in which the cationic lipid is pCLinDMA, the neutral lipid is distearoylphosphatidylcholine (DSPC), and the PEG conjugate is 2KPEG-DMG. In another embodiment, the composition further comprises cholesterol or a cholesterol derivative. This is known    as    formulation    L082    (see    Table    IV).”),    Table    IV    (“L082 pCLinDMA/DSPC/Cholesterol/2KPEG-DMG    48/40/10/2”), Fig. 28.

636.    Chen '554 discloses PEG-DMG with a terminal methoxy group:

PEG-n-DMG structure

*Id.* at Table IV (excerpt, annotated); *see also*, *id.* at Fig. 28.

637.    Chen '554 also discloses PEG-DMB with a terminal methoxy group. *Id.* [0129] ("The PEG-DMB conjugate can comprise a 200 to 10,000 atom PEG molecule linked to DMB. An exemplary PEG-DMB and the synthesis thereof is shown in FIG. 24."), Figure 24 (excerpt, annotated):

**DMB-Peg**

638. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 4.

> j. **Claim 6: The nucleic acid-lipid particle of claim 5, wherein the PEG-lipid conjugate is a PEG-diacylglycerol (PEG-DAG) conjugate having the same saturated acyl groups.**

639. In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 5 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.i (¶¶ 634–638).

640. The '378 Patent defines diacylglycerol. '378 Patent at 55:7–12 ("The term 'diacylglycerol' refers to a compound having 2 fatty acyl chains, R1 and R2, both of which have independently between 2 and 30 carbons bonded to the 1- and 2-position of glycerol by ester linkages. The acyl groups can be saturated or have varying degrees of unsaturation.").

641. Chen '554 provides similar disclosures. Chen '554 at [0086] ("Suitable polyethyleneglycol-diacylglycerol or polyethyleneglycol-diacylglycamide (PEG-DAG) conjugates include those comprising a dialkylglycerol or dialkylglycamide group having alkyl chain length independently comprising from about C4 to about C40 saturated or unsaturated carbon atoms.").

191

642.    Chen '554 also discloses PEG-DMG as a PEG-DAG. *See, e.g.*, Chen '554 at [0092] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, miRNA, RNAi inhibitor, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC), a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054."), Table IV.

643.    Chen '554 discloses PEG-DMG with the same saturated acyl groups:

PEG-n-DMG structure

\* \* \*

TABLE IV-continued

Lipid Nanoparticle (LNP) Formulations

| Formulation # | Composition | Molar Ratio |
|---|---|---|

2KPEG-DMG

*Id.* at Table IV (excerpt, annotated).

192

644.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 5.

           k.        **Claim 7: The nucleic acid-lipid particle of claim 6, wherein the cholesterol consists of from 35 mol % to 45 mol % of the total lipid present in the particle.**

645.    In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 6 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.j (¶¶ 639–644).

646.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 2, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.f (¶¶ 624–626).

647.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 6.

           l.        **Claim 8: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 6 and a pharmaceutically acceptable carrier.**

648.    In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 6 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.j (¶¶ 639–644).

649.    For example, Chen '554 discloses compositions comprising nucleic acid-lipid particle and a pharmaceutical carrier. *See, e.g.*, Chen '554 at [0548] ("The present invention also includes compositions prepared for storage or administration that include a pharmaceutically effective amount of the desired compounds in a pharmaceutically acceptable carrier or diluent.

Acceptable carriers or diluents for therapeutic use are well known in the pharmaceutical art, and are described, for example, in Remington's Pharmaceutical Sciences, Mack Publishing Co. (A. R. Gennaro edit. 1985), hereby incorporated by reference herein.").

650. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 6.

m. **Claim 9: The pharmaceutical composition of claim 8, wherein the RNA is fully encapsulated in the nucleic acid-lipid particle.**

651. To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not indefinite,[70] in my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 8 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.l (¶¶ 648–650).

652. The Molar Ratio Patents describe "fully encapsulated" as "indicat[ing] that the active agent or therapeutic agent in the lipid particle is not significantly degraded after exposure to serum or a nuclease or protease assay that would significantly degrade free DNA, RNA, or protein." *E.g.*, '069 patent at 22:63–67; *see also id.* at 3:3–7, 14:27–31, 22:43–46, 22:46–53 ("In preferred embodiments, a SNALP comprising a nucleic acid such as an interfering RNA (e.g., siRNA) is fully encapsulated within the lipid portion of the particle, thereby protecting the nucleic acid from nuclease degradation.").

---

[70] I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

653.    Chen '554 discloses serum-stable particles that encapsulate molecules of interest and removal of unencapsulated nucleic acids. *See, e.g.*, Chen '554 at [0163] ("Thus, the present invention provides a method for the preparation of serum-stable formulated molecular compositions, including those that undergo pH dependent phase transition, comprising: (a) combining a molecule (e.g., a biologically active molecule such as a polynucleotide, including siNA, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecules) with cationic lipids in a detergent solution to form a coated molecule-lipid complex; (b) contacting noncationic lipids with the coated molecule-lipid complex to form a detergent solution comprising a siNA-lipid complex and noncationic lipids; and (c) dialyzing the detergent solution of step (b) to provide a solution of serum-stable molecule-lipid particles, wherein the molecule is encapsulated in a lipid bilayer and the particles are serum-stable and have a size of from about 50 to about 600 nm.."), [0390] ("FIG. 11 shows a graph depicting the serum stability of formulated molecular compositions L065, F2, L051, and L073 as determined by the relative turbidity of the formulated molecular compositions in 50% serum measured by absorbance at 500 nm. Formulated molecular compositions L065, L051, and L073 are stable in serum."), [0412] ("FIG. 33 shows a non-limiting example of the serum stability of siNA L077, L080, L082, and L083 (Table IV) nanoparticle formulations."), [0462] ("The present invention provides a method of preparing serum-stable formulated molecular compositions, including formulations that undergo pH-dependent phase transition, in which the biologically active molecule is encapsulated in a lipid bilayer and is protected from degradation."), [0468] ("The ratio of the starting materials also falls within this range because the purification step typically removes the unencapsulated molecule as well as the empty liposomes"), Example 7 ("Evaluation of Serum Stability of Formulated siNA Compositions").

654.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 8.

n.    **Claim 10: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 7 and a pharmaceutically acceptable carrier.**

655.    In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 7 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.k (¶¶ 645–647).

656.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 8, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.l (¶¶ 648–650).

657.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 7.

o.    **Claim 11: The pharmaceutical composition of claim 10, wherein the RNA is fully encapsulated in the nucleic acid-lipid particle.**

658.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not indefinite,[71] in my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 10 obvious alone and in combination

---

[71]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

196

with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.n (¶¶ 655–657).

659.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 9, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.m (¶¶ 651–654).

660.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 10.

> p.    **Claim 12: The nucleic acid-lipid particle of claim 1, wherein the RNA is an mRNA.**

661.    To the extent the disclosure of the Molar Ratio Patents sufficiently describe and enable mRNA as the nucleic acid in a nucleic acid-lipid particle, in my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with Meulien '831 and Malone 1989 and optionally with Semple 1996, the Semple article, the 2:40 Formulation.[72] *See supra* § IX.B.2, ¶¶ 80–82. As discussed above, Chen '554 renders claim 1 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* §§ XII.C.1.a–XII.C.1.e (¶¶ 604–623).

662.    For example, Chen '554 discloses embodiments with single stranded nucleic acid and that mRNA is a single stranded RNA. *See, e.g.*, Chen '0554 at [0017] ("The compounds, compositions, and methods of the invention are useful for delivering biologically active molecules (e.g., siNAs, siRNAs, nucleic acids, polynucleotides, oligonucleotides, peptides, polypeptides, proteins, hormones, antibodies, and small molecules) to cells or across epithelial and endothelial tissues . . . ."), [0323] ("The term 'polynucleotide' or 'nucleic acid molecule' as

---

[72]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents. I understand from counsel that a different expert for Moderna is providing an opinion that the Molar Ratio Patent disclosure does not sufficiently support and enable lipid particles with mRNA.

197

used herein, refers to a molecule having nucleotides. The nucleic acid can be single, double, or multiple stranded and can comprise modified or unmodified nucleotides or non-nucleotides or various mixtures and combinations thereof."), [0330] ("The term 'single stranded RNA' (ssRNA) as used herein refers to a naturally occurring or synthetic ribonucleic acid molecule comprising a linear single strand, for example a ssRNA can be a messenger RNA (mRNA), transfer RNA (tRNA), ribosomal RNA (rRNA) etc. of a gene.").

663.    Given the disclosure in Chen '554, it would have been obvious in view of the knowledge of a POSA and/or obvious in combination with one or more of the prior art discussed above. *See* § XII.B.3 (¶ 530). A POSA reviewing Chen '554 at the time of the priority date of the Molar Ratio Patents would have found it obvious to use mRNA with the formulations described in Chen '554. First, mRNA is explicitly mentioned in Chen '554. Based on the teachings in Chen '554, a POSA would have had a reasonable expectation of success in creating the claimed particles. *See supra* § IX.B.2 (¶¶ 80–82).

664.    Second, a POSA would be motivated to combine the teachings of Chen '554 with the teachings of Meulien '831 and Malone 1989 to encapsulate mRNA because it was known at the time that mRNA was an area of exploration for therapeutic purposes. *See, e.g.*, Meulien '831 at 21:36–22:3 ("RNA alone is ineffective for inducing an immune response . . . RNA encoding NP and IL-2, encapsulated in liposomes, is capable of inducing an immune response after a single injection (Comparison Tests nos. 2 and 3)."); *see also, e.g.*, Martinon 1993 at 1721 ("We also demonstrate that in order to prime CTL the mRNA had to be encapsulated (Fig. 1)."). A POSA would have had a reasonable expectation of success in creating the claimed particles by combining the teachings of the mRNA delivery of Meulien '831 with the lipid compositions of Chen '554 because Chen '554 disclosed mRNA and Meulien '831 taught that lipid formulations

of phospholipids and cholesterol could encapsulated mRNA. *See supra* § IX.B.2, ¶¶ 80–82. Further, Malone 1989 demonstrated the encapsulation of mRNA in liposomes comprising the cationic lipid DOMTA and the phospholipid DOPE. Malone 1989 at 6077 ("DOTMA was prepared and incorporated into liposomes with dioleoyl phosphatidylethanolamine (DOPE) as described (10). . . . The RNA was then added to 4 ml of Opti-MEM medium (GIBCO) containing 50 µg of lipofectin (DOTMA/DOPE 1:1, mol/mol).").

665.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1.

q.    **Claim 13: The nucleic acid-lipid particle of claim 12, wherein the cholesterol consists of from 25 mol % to 45 mol % of the total lipid present in the particle.**

666.    In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Chen '554 renders claim 12 obvious alone or in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.p (¶¶ 661–665).

667.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 2, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.f (¶¶ 624–626).

668.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 12.

r.    **Claim 14: The nucleic acid-lipid particle of claim 13, wherein the phospholipid is DSPC.**

669.    In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Chen '554 renders claim 13

199

obvious alone or in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.q (¶¶ 666–668).

670. For at least the reasons set forth above in my analysis of the '378 Patent Claim 3, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.g (¶¶ 627–629).

671. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 13.

> s.       **Claim 15: The nucleic acid-lipid particle of claim 14, wherein the PEG has an average molecular weight of about 2,000 daltons.**

672. In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Chen '554 renders claim 14 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.r (¶¶ 669–671).

673. For at least the reasons set forth above in my analysis of the '378 Patent Claim 4, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.h (¶¶ 631–633).

674. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 14.

> t.       **Claim 16: The nucleic acid-lipid particle of claim 15, wherein the PEG has a terminal methoxy group.**

675. In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Chen '554 renders claim 15

200

obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.s (¶¶ 672–674).

676. For at least the reasons set forth above in my analysis of the '378 Patent Claim 5, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.i (¶¶ 634–638).

677. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 15.

> u. **Claim 17: The nucleic acid-lipid particle of claim 16, wherein the PEG-lipid conjugate is a PEG-DAG conjugate having the same saturated acyl groups.**

678. In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Chen '554 renders claim 16 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.t (¶¶ 675–677).

679. For at least the reasons set forth above in my analysis of the '378 Patent Claim 6, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.j (¶¶ 639–644).

680. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 16.

> v. **Claim 18: The nucleic acid-lipid particle of claim 17, wherein the cholesterol consists of from 35 mol % to 45 mol % of the total lipid present in the particle.**

681. In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Chen '554 renders claim 17 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.u (¶¶ 678–680).

682.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 7, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.k (¶¶ 645–647).

683.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 17.

> w.    **Claim 19: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 17 and a pharmaceutically acceptable carrier.**

684.    In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Chen '554 renders claim 17 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.u (¶¶ 678–680).

685.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 8, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.l (¶¶ 648–650).

686.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 17.

> x.    **Claim 20: The pharmaceutical composition of claim 19, wherein the mRNA is fully encapsulated in the nucleic acid-lipid particle.**

687.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not indefinite,[73] in my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40

---

[73] I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

Formulation, Meulien '831, and Malone 1989. As discussed above, Chen '554 renders claim 19 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.w (¶¶ 684–686).

688.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 9, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.m (¶¶ 651–654).

689.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 19.

> **y.    Claim 21: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 18 and a pharmaceutically acceptable carrier.**

690.    In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Chen '554 renders claim 18 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.v (¶¶ 681–683).

691.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 10, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.n (¶¶ 655–657).

692.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 18.

> **z.    Claim 22: The pharmaceutical composition of claim 21, wherein the mRNA is fully encapsulated in the nucleic acid-lipid particle.**

693.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" mRNA and that "fully encapsulated" is not

indefinite, [74] in my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Chen '554 renders claim 21 obvious alone and in combination with Meulien '831 and Malone 1989 and optionally in view of Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.y (¶¶ 690–692).

694.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 11, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.o (¶¶ 658–660).

695.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 21.

> aa.    **Claim 24: The nucleic acid-lipid particle of claim 3, wherein the cholesterol consists of from 35 mol % to 45 mol % of the total lipid present in the particle.**

696.    In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 12 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.g (¶¶ 627–630).

697.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 7, in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.k (¶¶ 645–647).

698.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 3.

---

[74]  I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

bb.   **Claim 25: The nucleic acid-lipid particle of claim 24, wherein the PEG-lipid conjugate consists of from 0.5 mol % to 2 mol % of the total lipid present in the particle.**

699.   In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 24 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.aa (¶¶ 696–698).

700.   For at least the reasons set forth above in my analysis of the '378 Patent Claim 1 element [d], in my opinion, Chen '554 discloses this claim element. *See supra* § XII.C.1.e ¶¶ 620–623.

701.   Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 24.

cc.   **Claim 26: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 25 and a pharmaceutically acceptable carrier.**

702.   In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 25 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.bb ¶¶ 699-701.

703.   For at least the reasons set forth above in my analysis of the '378 Patent Claims 8, 10, and 21, in my opinion, Chen '554 discloses this claim element. *See supra* §§ XII.C.1.l, XII.C.1.n, XII.C.1.y (¶¶ 648–650, 655–657, 690–692).

704.   Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 25.

205

dd.    **Claim 27: The pharmaceutical composition of claim 26, wherein the RNA is fully encapsulated in the nucleic acid-lipid particle.**

705.    In my opinion, Chen '554 renders this claim obvious alone and Chen '554 renders this claim obvious in combination with with Semple 1996, the Semple article, and the 2:40 Formulation. As discussed above, Chen '554 renders claim 26 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.1.cc (¶¶ 702–704).

706.    For at least the reasons set forth above in my analysis of the '378 Patent Claims 9, 11, and 22, in my opinion, Chen '554 discloses this claim element. *See supra* §§ XII.C.1.m, XII.C.1.o, XII.C.1.z (¶¶ 651–654, 658–660, 693–695).

707.    Therefore, in my opinion, this claim is rendered obvious, for these reasons and as explained above in reference to claim 26.

**2.    Jadhav '218 Renders Obvious the Asserted Claims of the '378 Patent**

708.    In my opinion, claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, and 27 of the '378 patent would have been obvious in view of Jadhav '218 alone and/or in combination with Semple Article, Semple 1996, the 2:40 Formulation, Meulien '831 and Malone 1989, as laid out for each claim below .

a.    **Claim 1 Element [p]: A nucleic acid-lipid particle consisting essentially of:**

709.    In my opinion, Jadhav '218 discloses this claim element.

710.    For example, Jadhav '218 discloses compositions that are nucleic acid-lipid particles. *See, e.g.*, Jadhav '218 at [0001] ("Specifically, the invention features novel particle forming delivery agents including cationic lipids, microparticles, and nanoparticles that are useful for delivering various biologically active molecules to cells in conjunction with a carrier

206

molecule."), Claim 1 ("1. A composition comprising a first lipid nanoparticle (LNP) vehicle and a second lipid nanoparticle (LNP) vehicle each having size between about 50 nm and about 500 nm . . . "); [0032] ("In one embodiment, a vehicle of the invention comprises one or more stable nucleic acid particle or SNALP compositions . . .").

b.    **Claim 1 Element [a]: an RNA;**

711.    In my opinion, Jadhav '218 discloses this claim element. *See supra* § IX.B.2 (¶¶ 80–82).

712.    For example, Jadhav '218 discloses compositions comprising nucleic acid including RNA. Jadhav '218 at [0002] ("Specifically, the invention relates to compounds, compositions and methods for delivering nucleic acids, polynucleotides, and oligonucleotides such RNA, DNA and analogs thereof. . . ."), [0028] ("In one embodiment, a polynucleotide based carrier molecule of the invention comprises one or more nucleic acid molecules, including single stranded RNA or DNA molecules . . ."), [0163] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, miRNA, RNAi inhibitor, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC)? [*sic*] a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054 . . .").

c.    **Claim 1 Element [b]: a cationic lipid having a protonatable tertiary amine;**

713.    In my opinion, Jadhav '218 discloses this claim element.

207

714.    The Molar Ratio Patents disclose examples of cationic lipids having protonatable tertiary amines. '069 Patent at 12:65–13:3 ("In some cases, the cationic lipids comprise a protonatable tertiary amine (e.g., pH titratable) head group, C18 alkyl chains, ether linkages between the head group and alkyl chains, and 0 to 3 double bonds. Such lipids include, e.g., DSDMA, DLinDMA, DLenDMA, and DODMA.").

715.    Jadhav '218 discloses several cationic lipids, including those identified as examples of having a protonatable tertiary amine. Jadhav '218 at [0045] ("In one embodiment, the lipid nanoparticle vehicle comprises 3-Dimethylamino-2-(Cholest-5-en-3β-oxybutan-4-oxy)-l-(cis,cis-9,12-octadecadienoxy)propane (CLinDMA), distearoylphosphatidylcholine (DSPC), Cholesterol,        and        1        -[8'-(l,2-Dimyristoyl-3-propanoxy)-carboxamido-3',6'-di-oxaoctanyl]carbamoyl-ω-methyl-poly(ethylene glycol) (PEG-DMG)."), [0154] ("Suitable cationic lipid include those cationic lipids which carry a net negative charge at a selected pH, such as physiological pH. Particularly useful cationic lipids include those having a relatively small head group, such as a tertiary amine, quaternary amine or guanidine head group, and sterically hindered asymmetric lipid chains."), [0163] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, miRNA, RNAi inhibitor, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC)? [*sic*] a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054 . . .").

208

716. To the extent Jadhav '218 does not expressly or inherently disclose this claim element, it would be obvious in view of the knowledge of a POSA and/or obvious in combination with one or more of the prior art discussed above. *See* § XII.B.10 (¶¶ 568–572).

<blockquote>
d.     **Claim 1 Element [c]: a mixture of a phospholipid and cholesterol of from 30 mol % to 55 mol % of the total lipid present in the particle, wherein the phospholipid consists of from 3 mol % to 15 mol % of the total lipid present in the particle; and**
</blockquote>

717. In my opinion, Jadhav '218 discloses this claim element or it would have been obvious to a POSA.

718. For example, Jadhav '218 discloses neutral lipids in mol percent ranges that overlap 30 mol % to 55 mol %, including exemplary lipid compositions. Jadhav '218 at [0163] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, miRNA, RNAi inhibitor, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC)? [*sic*] a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054 . . ."), [0199] ("In one embodiment, the neutral lipid component of a composition of the invention comprises from about 5% to about 90%, or from about 20% to about 85% of the total lipid present in the formulation."), [0201] ("In one embodiment, the cholesterol component of a composition of the invention comprises from about 10% to about 60%, or from about 20% to about 45% of the total lipid present in the formulation."), [0202] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid

present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation."), Table IV

### TABLE IV

#### Lipid Nanoparticle (LNP) Formulations

| Formu-lation # | Composition | Molar Ratio |
|---|---|---|
| L051 | CLinDMA/DSPC/Chol/PEG-n-DMG | 48/40/10/2 |
| L053 | DMOBA/DSPC/Chol/PEG-n-DMG | 30/20/48/2 |
| L054 | DMOBA/DSPC/Chol/PEG-n-DMG | 50/20/28/2 |
| L069 | CLinDMA/DSPC/Cholesterol/PEG-Cholesterol | 48/40/10/2 |
| L073 | pCLinDMA or CLin DMA/DMOBA/DSPC/Chol/PEG-n-DMG | 25/25/20/28/2 |
| L077 | eCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L080 | eCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L082 | pCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L083 | pCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L086 | CLinDMA/DSPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol | 43/38/10/2/7 |
| L061 | DMLBA/Cholesterol/2KPEG-DMG | 52/45/3 |
| L060 | DMOBA/Cholesterol/2KPEG-DMG N/P ratio of 5 | 52/45/3 |
| L097 | DMLBA/DSPC/Cholesterol/2KPEG-DMG | 50/20/28 |
| L098 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 3 | 52/45/3 |

Jadhav '218 at Table IV (excerpt, annotated).

719.    According to the Molar Ratio Patents, DSPC is a phospholipid. '069 Patent at 19:23–38 ("The phospholipid may be a neutral lipid including, but not limited to, . . . distearoylphosphatidylcholine (DSPC), . . . and mixtures thereof.").

720.    As I explained above and below (§§ XII.B.13, XII.E), to a POSA looking at Jadhav '218 as of the filing date of the Molar Ratio Patents, it would have been obvious to decrease the phospholipid in the L054 or L109 formulations and increase the cholesterol at the

210

expense of the phospholipid. The L054 and L109 formulations have molar ratios of 50 mol % cationic lipid to 20 mol % phospholipid to 28 mol % cholesterol to 2 mol % PEG-lipid. Jadhav '218 at Table IV. The Semple Article taught that varying the cationic lipid amount influenced encapsulation efficiency and that varying cationic lipid was varied at the expense of phospholipid. Semple Article at 158 ("The optimal DODAP concentration for formulation was determined in DSPC [phospholipid]/CH [cholesterol]/DODAP [cationic lipid]/PEGCerC$_{14}$ vesicles in the presence of 40% ethanol, 2 mg/ml ODN and 10 mg/ml total lipid. The mol% DODAP in the formulation was varied at the expense of DSPC.").

721.    Semple 1996 taught that increasing the amount of cholesterol led to increased circulatory lifetimes of the liposomes. Semple 1996 at 2523 ("A 4-fold reduction in the binding of protein occurred as the cholesterol content was increased from 0 to 50 mol %. This reduction in protein binding, as a result of the addition of cholesterol, correlates well with the significant increase in the circulatory lifetimes of DSPC:CHOL liposomes."). Thus, it would have been obvious to a POSA that by increasing the cholesterol and while maintaining the total neutral lipid content there would be a reasonable expectation of success in creating the claimed particles.

722.    Using routine optimization, a POSA would have arrived at the claimed mole percent of phospholipid. *See also* § XII.E. Of the formulations disclosed in Jadhav '218, the formulation with 40 mol % cationic lipid to 10 mol % phospholipid to 48 mol % cholesterol to 2 mol % PEG-lipid appears nine times. Jadhav '218 at Table IV. The formulation also disclosed in related prior art. *See, e.g.*, MacLachlan '189 at [0351] ("A '2:40:10' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 10:48:2:40% molar composition) SNALP formulation was prepared . . . ."). In addition, a POSA would have been aware that this four-component lipid-nucleic acid particle used in non-human primates. *See, e.g.*, Zimmerman 2006 at 113; Thomas 2007 at 126. Thus, a

POSA would have been motivated to start with this formulation. Jadhav '218 discloses that cholesterol can go up to 45 or 60 mol %. Jadhav '218 at [0201]. Table IV of Jadhav also discloses a number of formulations with cationic lipid at higher than 40 mol %.

723.    Thus, the prior art taught the use of 10% phospholipid in a lipid particle as well as formulations with a mixture of a phospholipid and cholesterol of from 30 mol % to 55 mol % of the total lipid present in the particle. Additionally, using routine optimization, a POSA would have arrived at the claimed mole percent of phospholipid and cholesterol. *See* § XII.E. It would have been obvious to a POSA that by increasing the cationic lipid and decreasing the total neutral lipid, while maintaining the proportion of phospholipid to cholesterol, this would result in a formulation with 50 mol % cationic lipid to 9.5 mol % phospholipid to 45.5 mol % cholesterol to 2 % PEG-lipid, which would meet the claim limitation. Based on the teachings of Jadhav '218, Semple Article, and Semple 1996 in light of the 2:40 Formulation, a POSA would have had a reasonable expectation of success in formulating a lipid nucleic acid particle with the claimed components.

e.      **Claim 1 Element [d]: a polyethyleneglycol (PEG)-lipid conjugate consisting of from 0.1 mol % to 2 mol % of the total lipid present in the particle.**

724.    In my opinion, Jadhav '218 discloses this claim element.

725.    For example, Jadhav '218 discloses nucleic acid-lipid particles with PEG-conjugated lipid at mol percentages that overlap or are within 0.1 mol % to 2 mol % of the total lipid in the particle. Jadhav '218 at [0163] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, miRNA, RNAi inhibitor, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine

(DSPC)? [*sic*] a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054 . . .”), [0202] (“In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation.”), Table IV.

726.    Jadhav ’218 at Table IV discloses 26 formulations that have PEG-conjugated lipid at 2 mol % of the total lipid in the particle.

727.    Therefore, in my opinion, this claim is rendered obvious in view of Jadhav ’218 alone and rendered obvious in view of Jadhav ’218 in combination with Semple Article, Semple 1996, and the 2:40 Formulation for the reasons above.

f.    **Claim 2: The nucleic acid-lipid particle of claim 1, wherein the cholesterol consists of from 25 mol % to 45 mol % of the total lipid present in the particle.**

728.    In my opinion, Jadhav ’218 renders this claim obvious alone and Jadhav ’218 renders this claim obvious in combination with Semple Article, Semple 1996, and the 2:40 Formulation. As discussed above, Jadhav ’218 renders claim 1 obvious alone and in combination with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* §§ XII.C.2.a–XII.C.2.e (¶¶ 709–727).

729.    For example, Jadhav ’218 discloses nucleic acid-lipid particles with cholesterol that consists of from 25 mol % to 45 mol % of the total lipid present in the particle. Jadhav ’218 at [0201] (“In one embodiment, the cholesterol component of a composition of the invention comprises from about 10% to about 60%, or from about 20% to about 45% of the total lipid

213

present in the formulation."), [0163] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, miRNA, RNAi inhibitor, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC)? [*sic*] a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054. . . "), Table IV:

TABLE IV

Lipid Nanoparticle (LNP) Formulations

| Formulation # | Composition | Molar Ratio |
|---|---|---|
| L051 | CLinDMA/DSPC/Chol/PEG-n-DMG | 48/40/10/2 |
| L053 | DMOBA/DSPC/Chol/PEG-n-DMG | 30/20/48/2 |
| L054 | DMOBA/DSPC/Chol/PEG-n-DMG | 50/20/28/2 |
| L069 | CLinDMA/DSPC/Cholesterol/PEG-Cholesterol | 48/40/10/2 |
| L073 | pCLinDMA or CLin DMA/DMOBA/DSPC/Chol/PEG-n-DMG | 25/25/20/28/2 |
| L077 | eCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L080 | eCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L082 | pCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L083 | pCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L086 | CLinDMA/DSPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol | 43/38/10/2/7 |
| L061 | DMLBA/Cholesterol/2KPEG-DMG | 52/45/3 |
| L060 | DMOBA/Cholesterol/2KPEG-DMG N/P ratio of 5 | 52/45/3 |
| L097 | DMLBA/DSPC/Cholesterol/2KPEG-DMG | 50/20/28 |
| L098 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 3 | 52/45/3 |

TABLE IV-continued

Lipid Nanoparticle (LNP) Formulations

| Formulation # | Composition | Molar Ratio |
|---|---|---|
| L199 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol, N/P ratio of 2.85 | 43/34/10/6/7 |
| L200 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 50/46/4 |
| L201 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 50/44/6 |
| L206 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 40/56/4 |
| L207 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 60/36/4 |
| L208 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 40/10/46/4 |
| L209 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 60/10/26/4 |

Jadhav '218 at Table IV (excerpt, annotated).

730.    Jadhav '218 at Table IV discloses 36 formulations wherein the cholesterol consists of from 25 mol % to 45 mol % of the total lipid present in the particle.

731.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1.

214

g.      **Claim 3: The nucleic acid-lipid particle of claim 2, wherein the phospholipid is distearoylphosphatidylcholine (DSPC).**

732.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with Semple Article, Semple 1996, and the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 2 obvious alone and in combination with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* § XII.C.2.f (¶¶ 728–731).

733.    For example, Jadhav '218 discloses nucleic acid-lipid particle with the phospholipid distearoylphosphatidylcholine ("DSPC"). *See, e.g.*, Jadhav '218 at [0163] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, miRNA, RNAi inhibitor, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC)? [*sic*] a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054. . . "), Table IV:

215

TABLE IV

Lipid Nanoparticle (LNP) Formulations

| Formu-lation # | Composition | Molar Ratio |
|---|---|---|
| L051 | CLinDMA/DSPC/Chol/PEG-n-DMG | 48/40/10/2 |
| L053 | DMOBA/DSPC/Chol/PEG-n-DMG | 30/20/48/2 |
| L054 | DMOBA/DSPC/Chol/PEG-n-DMG | 50/20/28/2 |
| L069 | CLinDMA/DSPC/Cholesterol/PEG-Cholesterol | 48/40/10/2 |
| L073 | pCLinDMA or CLin DMA/DMOBA/DSPC/Chol/PEG-n-DMG | 25/25/20/28/2 |
| L077 | eCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L080 | eCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L082 | pCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L083 | pCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L086 | CLinDMA/DSPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol | 43/38/10/2/7 |
| L061 | DMLBA/Cholesterol/2KPEG-DMG | 52/45/3 |
| L060 | DMOBA/Cholesterol/2KPEG-DMG N/P ratio of 5 | 52/45/3 |
| L097 | DMLBA/DSPC/Cholesterol/2KPEG-DMG | 50/20/28 |
| L098 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 3 | 52/45/3 |

Jadhav '218 at Table IV (excerpt, annotated).

734.    Jadhav '218 at Table IV discloses 20 nucleic acid-lipid particle formulations with the phospholipid distearoylphosphatidylcholine ("DSPC"). *Id.*

735.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 2.

> h.    **Claim 4: The nucleic acid-lipid particle of claim 3, wherein the PEG has an average molecular weight of about 2,000 daltons.**

736.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with Semple Article, Semple 1996, and the 2:40 Formulation. As discussed above Jadhav '218 renders claim 3 obvious alone and in combination

216

with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* § XII.C.2.g (¶¶ 732–735).

737.    For example, Jadhav '218 discloses nucleic acid-lipid particle with PEG-conjugated lipid wherein PEG has an average molecular weight of about 2,000 daltons. Jadhav '218 at [0207] ("In one embodiment, the PEG conjugate of the invention, such as a PEG-DAG, PEG-cholesterol, PEG-DMB, comprises a 200 to 10,000 atom PEG molecule."), [0383] ("By 'PEG' is meant, any polyethylene glycol or other polyalkylene ether or equivalent polymer. In one embodiment, the PEG is a PEG conjugate which can comprise a 200 to 10,000 atom PEG molecule linked to, or example, a lipid moiety of the invention. In one embodiment, the PEG is a polydispersion represented by the formula PEGn, where n=about 33 to 67 for a 1500 Da to 3000 Da PEG, average=45 for 2 KPEG/PEG2000."), TABLE IV, e.g. L209:

TABLE IV-continued

Lipid Nanoparticle (LNP) Formulations

| Formulation # | Composition | Molar Ratio |
|---|---|---|
| L199 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol, N/P ratio of 2.85 | 43/34/10/6/7 |
| L200 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 50/46/4 |
| L201 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 50/44/6 |
| L206 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 40/56/4 |
| L207 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 60/36/4 |
| L208 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 40/10/46/4 |
| L209 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 60/10/26/4 |

Jadhav '218 at Table IV (excerpt, annotated).

217

738.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 3.

      i.      **Claim 5: The nucleic acid-lipid particle of claim 4, wherein the PEG has a terminal methoxy group.**

739.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with Semple Article, Semple 1996, and the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 4 obvious alone and in combination with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* § XII.C.2.h (¶¶ 736–738).

740.    For example, Jadhav '218 discloses PEG-DMG and PEG-DAG. *See, e.g.*, Jadhav '218 at [0163] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, miRNA, RNAi inhibitor, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC)? [*sic*] a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054 . . ."), [0202] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation."), Table IV, Figure 30:

218

**DMB-Peg**

*Id.* at Fig. 30 (excerpt, annotated).

741.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 4.

> j.    **Claim 6: The nucleic acid-lipid particle of claim 5, wherein the PEG-lipid conjugate is a PEG-diacylglycerol (PEG-DAG) conjugate having the same saturated acyl groups.**

742.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with Semple Article, Semple 1996, and the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 5 obvious alone and in combination with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* § XII.C.2.i (¶¶ 739–741).

743.    For example, Jadhav '218 discloses PEG-DMG, a PEG-DAG. *See, e.g.*, Jadhav '218 at [0163] ("In one embodiment, the invention features a composition comprising a biologically active molecule (e.g., a polynucleotide such as a siNA, miRNA, RNAi inhibitor, antisense, aptamer, decoy, ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule), a cationic lipid comprising N,N-Dimethyl-3,4-dioleyloxybenzylamine (DMOBA), a neutral lipid comprising distearoylphosphatidylcholine (DSPC)? [*sic*] a PEG-DAG comprising PEG-n-dimyristylglycerol (PEG-DMG), and cholesterol. In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054 . . ."), [0202] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising

from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation."), Table IV, *e.g.* L054, L209:

TABLE IV

Lipid Nanoparticle (LNP) Formulations

| Formulation # | Composition | Molar Ratio |
|---|---|---|
| L051 | CLinDMA/DSPC/Chol/PEG-n-DMG | 48/40/10/2 |
| L053 | DMOBA/DSPC/Chol/PEG-n-DMG | 30/20/48/2 |
| L054 | DMOBA/DSPC/Chol/PEG-n-DMG | 50/20/28/2 |
| L069 | CLinDMA/DSPC/Cholesterol/PEG-Cholesterol | 48/40/10/2 |
| L073 | pCLinDMA or CLin DMA/DMOBA/DSPC/Chol/PEG-n-DMG | 25/25/20/28/2 |
| L077 | eCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L080 | eCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L082 | pCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L083 | pCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L086 | CLinDMA/DSPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol | 43/38/10/2/7 |
| L061 | DMLBA/Cholesterol/2KPEG-DMG | 52/45/3 |
| L060 | DMOBA/Cholesterol/2KPEG-DMG N/P ratio of 5 | 52/45/3 |
| L097 | DMLBA/DSPC/Cholesterol/2KPEG-DMG | 50/20/28 |
| L098 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 3 | 52/45/3 |

TABLE IV-continued

Lipid Nanoparticle (LNP) Formulations

| Formulation # | Composition | Molar Ratio |
|---|---|---|
| L199 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol, N/P ratio of 2.85 | 43/34/10/6/7 |
| L200 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 50/46/4 |
| L201 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 50/44/6 |
| L206 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 40/56/4 |
| L207 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 60/36/4 |
| L208 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 40/10/46/4 |
| L209 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 60/10/26/4 |

* * *

2KPEG-DMG structure

n = about 33 to 67, average = 45 for 2KPEG/PEG2000

Jadhav '218 at Table IV (excerpt, annotated).

744.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 5.

k.      **Claim 7: The nucleic acid-lipid particle of claim 6, wherein the cholesterol consists of from 35 mol % to 45 mol % of the total lipid present in the particle.**

745.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with Semple Article, Semple 1996, and the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 6 obvious alone and in combination with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* § XII.C.2.j (¶¶ 742–744).

746.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 2, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.1.f (¶¶ 728–731).

747.    Jadhav '218 also discloses that formulations can have between 20 mol % and 45 mol % cholesterol. *See, e.g.*, Jadhav '218 at [0201] ("In one embodiment, the cholesterol component of a composition of the invention comprises from about 10% to about 60%, or from about 20% to about 45% of the total lipid present in the formulation."). Jadhav '218 also discloses multiple exemplary formulations with cholesterol between 35 mol % and 45 mol %. *See, e.g.*, Table IV:

TABLE IV

Lipid Nanoparticle (LNP) Formulations

| Formu-lation # | Composition | Molar Ratio |
|---|---|---|
| L051 | CLinDMA/DSPC/Chol/PEG-n-DMG | 48/40/10/2 |
| L053 | DMOBA/DSPC/Chol/PEG-n-DMG | 30/20/48/2 |
| L054 | DMOBA/DSPC/Chol/PEG-n-DMG | 50/20/28/2 |
| L069 | CLinDMA/DSPC/Cholesterol/PEG-Cholesterol | 48/40/10/2 |
| L073 | pCLinDMA or CLin DMA/DMOBA/DSPC/Chol/PEG-n-DMG | 25/25/20/28/2 |
| L077 | eCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L080 | eCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L082 | pCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L083 | pCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L086 | CLinDMA/DSPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol | 43/38/10/2/7 |
| L061 | DMLBA/Cholesterol/2KPEG-DMG | 52/45/3 |
| L060 | DMOBA/Cholesterol/2KPEG-DMG N/P ratio of 5 | 52/45/3 |
| L097 | DMLBA/DSPC/Cholesterol/2KPEG-DMG | 50/20/28 |
| L098 | DMOBA/Cholesterol/2KPEG-DMG, N/P ratio of 3 | 52/45/3 |

Jadhav '218 at Table IV (excerpt, annotated).

748. A POSA would recognize that up to 45 mol % of cholesterol was possible in generating nucleic acid-lipid particle formulations. Further, Jadhav '218 teaches that a range of cholesterol could be used in four-component nucleic acid-lipid particle formulations. *See, e.g.*, Jadhav '218 at [0377] ("The cationic lipid component can comprise from about 2% to about 60%, from about 5% to about 45%, from about 5% to about 15%, or from about 40% to about 50% of the total lipid present in the formulation. The neutral lipid component can comprise from about 5% to about 90%, or from about 20% to about 85% of the total lipid present in the formulation. The PEG-DAG conjugate (e.g., polyethyleneglycol diacylglycerol (PEG-DAG), PEG-cholesterol, or PEG-DMB) can comprise from about 1% to about 20%, or from about 4% to about 15% of the total lipid present in the formulation. The cholesterol component can

222

comprise from about 10% to about 60%, or from about 20% to about 45% of the total lipid present in the formulation."). *See also* § XII.E.

749.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 6.

l.    **Claim 8: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 6 and a pharmaceutically acceptable carrier.**

750.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with Semple Article, Semple 1996, and the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 6 obvious alone and in combination with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* § XII.C.2.j (¶¶ 742–744).

751.    For example, Jadhav '218 discloses compositions comprising nucleic acid-lipid particle and a pharmaceutical carrier. *See, e.g.*, Jadhav '218 at [0359] ("In one embodiment, the invention features a composition comprising a formulation or composition of the invention, in a pharmaceutically acceptable carrier or diluent."), [0591] ("The formulated siNA compositions of the present invention can be administered either alone or in mixture with a physiologically-acceptable carrier (such as physiological saline or phosphate buffer) selected in accordance with the route of administration and standard pharmaceutical practice."), [0637] ("The present invention also includes compositions prepared for storage or administration that include a pharmaceutically effective amount of the desired compounds in a pharmaceutically acceptable carrier or diluent.").

752.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 6.

223

m.    **Claim 9: The pharmaceutical composition of claim 8, wherein the RNA is fully encapsulated in the nucleic acid-lipid particle.**

753.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not indefinite,[75] in my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with Semple Article, Semple 1996, and the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 8 obvious alone and in combination with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* § XII.C.2.1 (¶¶ 750–752).

754.    The Molar Ratio Patents describes "fully encapsulated" as "indicat[ing] that the active agent or therapeutic agent in the lipid particle is not significantly degraded after exposure to serum or a nuclease or protease assay that would significantly degrade free DNA, RNA, or protein." *E.g.*, '069 patent at 22:63–67; *see also id.* at 3:3–7, 14:27–31, 22:43–46, 22:46–53 ("In preferred embodiments, a SNALP comprising a nucleic acid such as an interfering RNA (e.g., siRNA) is fully encapsulated within the lipid portion of the particle, thereby protecting the nucleic acid from nuclease degradation.").

755.    Jadhav '218 discloses serum-stable particles that encapsulate molecules of interest and removal of unencapsulated nucleic acids. *See, e.g.*, Jadhav '218 at [0229] ("The ratio of the starting materials also falls within this range because the purification step typically removes the unencapsulated biologically active molecule as well as the empty liposomes."), [0465] ("FIG. 17 shows a graph depicting the serum stability of formulation or composition s L065, F2, L051, and

---

[75]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

L073 as determined by the relative turbidity of the formulation or composition s in 50% serum measured by absorbance at 500 nm. Formulation or composition s L065, L051, and L073 are stable in serum."), [0537] ("In one embodiment, the invention features a process for producing a lipid nanoparticle composition of the invention. The process typically includes . . . such that the biologically active molecule is encapsulated in the lipid nanoparticle as a result of the process."), [0703] ("As shown in FIG. 17, formulated siNA compositions L065, L051, and L073 are serum-stable lipid nanoparticle compositions. As shown in FIG. 39, formulated siNA compositions L077, L080, L082 and L083, are serum-stable lipid nanoparticle compositions."), [0229] ("The ratio of the starting materials also falls within this range because the purification step typically removes the unencapsulated biologically active molecule as well as the empty liposomes."), Example 7 ("Evaluation of Serum Stability of Formulated siNA Compositions").

756.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 8.

n.    **Claim 10: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 7 and a pharmaceutically acceptable carrier.**

757.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with Semple Article, Semple 1996, and the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 7 obvious alone or in combination with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* § XII.C.2.k (¶¶ 745–749).

758.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 8, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.l (¶¶ 750–752).

759.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 7.

       o.      **Claim 11: The pharmaceutical composition of claim 10, wherein the RNA is fully encapsulated in the nucleic acid-lipid particle.**

760.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not indefinite,[76] in my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with Semple Article, Semple 1996, and the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 10 obvious alone or in combination with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* § XII.C.2.n (¶¶ 757–759).

761.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 9, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.m (¶¶ 753–756).

762.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 10.

       p.      **Claim 12: The nucleic acid-lipid particle of claim 1, wherein the RNA is an mRNA.**

763.    To the extent the disclosure of the Molar Ratio Patents sufficiently describe and enable mRNA as the nucleic acid in a nucleic acid-lipid particle, in my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with Meulien '813 and Malone 1989 and optionally in view of Semple Article, Semple 1996, and the 2:40 Formulation.[77] *See supra* § IX.B.2, ¶¶ 80–82. As discussed above, Jadhav '218 renders

---

[76]  I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

[77]  I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents. I understand from counsel that a

claim 1 obvious alone and in combination with Semple Article, Semple 1996, and the 2:40 Formulation. *See supra* §§ XII.C.2.a–XII.C.2.e (¶¶709–727).

764.    For example, Jadhav '218 discloses embodiments with single stranded nucleic acid and that mRNA is a single stranded RNA. *See, e.g.*, Jadhav '218 at [0028] ("In one embodiment, a polynucleotide based carrier molecule of the invention comprises one or more nucleic acid molecules, including single stranded RNA or DNA molecules . . ."), [0398] ("The term 'single stranded RNA' (ssRNA) as used herein refers to a naturally occurring or synthetic ribonucleic acid molecule comprising a linear single strand, for example a ssRNA can be a messenger RNA (mRNA), transfer RNA (tRNA), ribosomal RNA (rRNA) etc. of a gene.").

765.    To the extent Jadhav '218 does not expressly or inherently disclose this claim element, it would be obvious in view of the knowledge of a POSA and/or obvious in combination with one or more of the prior art discussed above. *See* § XII.B.3 (¶ 530).

766.    A POSA reviewing Jadhav '218 at the time of the priority date of the Molar Ratio Patents would have found it obvious to use mRNA with the formulations described in Jadhav '218. First, mRNA is explicitly mentioned in Jadhav '218. Based on the teachings in Jadhav '218 a POSA would have had a reasonable expectation of success in creating the claimed particles. *See supra* § IX.B.2 (¶¶ 80–82).

767.    Second, a POSA would be motivated to combine the teachings of Jadhav '218 with the teachings of Meulien '831 and Malone 1989 to encapsulate mRNA because it was known at the time that mRNA was an area of exploration for therapeutic purposes. *See, e.g.*, Meulien '831 at 21:36–22:3 ("RNA alone is ineffective for inducing an immune response . . .

different expert for Moderna is providing an opinion that the Molar Ratio Patent disclosure does not sufficiently support and enable lipid particles with mRNA.

RNA encoding NP and IL-2, encapsulated in liposomes, is capable of inducing an immune response after a single injection (Comparison Tests nos. 2 and 3)."); *see also, e.g.*, Martinon 1993 at 1721 ("We also demonstrate that in order to prime CTL the mRNA had to be encapsulated (Fig. 1)."). A POSA would have had a reasonable expectation of success in creating the claimed particles by combining the teachings of the mRNA delivery of Meulien '831 with the lipid compositions of Jadhav '218 because Jadhav '218 disclosed mRNA and Meulien '831 taught that lipid formulations of phospholipids and cholesterol could encapsulated mRNA. *See supra* § IX.B.2, ¶¶ 80–82. Further, Malone 1989 demonstrated the encapsulation of mRNA in liposomes comprising the cationic lipid DOMTA and the phospholipid DOPE. Malone 1989 at 6077 ("DOTMA was prepared and incorporated into liposomes with dioleoyl phosphatidylethanolamine (DOPE) as described (10). . . . The RNA was then added to 4 ml of Opti-MEM medium (GIBCO) containing 50 µg of lipofectin (DOTMA/DOPE 1:1, mol/mol).").

768.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1.

> q.    **Claim 13: The nucleic acid-lipid particle of claim 12, wherein the cholesterol consists of from 25 mol % to 45 mol % of the total lipid present in the particle.**

769.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Jadhav '218 renders claim 12 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.p (¶¶ 763–768).

770.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 2, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.f (¶¶ 728–731).

228

771.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 12.

### r.    Claim 14: The nucleic acid-lipid particle of claim 13, wherein the phospholipid is DSPC.

772.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Jadhav '218 renders claim 13 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.q (¶¶ 769–771).

773.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 3, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.g (¶¶ 732–735).

774.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 13.

### s.    Claim 15: The nucleic acid-lipid particle of claim 14, wherein the PEG has an average molecular weight of about 2,000 daltons.

775.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Jadhav '218 renders claim 14 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.r (¶¶ 772–774).

776.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 4, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.h (¶¶ 736–738).

777.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 14.

229

t.    **Claim 16: The nucleic acid-lipid particle of claim 15, wherein the PEG has a terminal methoxy group.**

778.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Jadhav '218 renders claim 15 obvious and or in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.s (¶¶ 775–777).

779.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 5, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.i (¶¶ 739–741).

780.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 15.

u.    **Claim 17: The nucleic acid-lipid particle of claim 16, wherein the PEG-lipid conjugate is a PEG-DAG conjugate having the same saturated acyl groups.**

781.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Jadhav '218 renders claim 16 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.t (¶¶ 778–780).

782.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 6, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.j (¶¶ 742–744).

783.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 16.

v.    **Claim 18: The nucleic acid-lipid particle of claim 17, wherein the cholesterol consists of from 35 mol % to 45 mol % of the total lipid present in the particle.**

230

784. In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Jadhav '218 renders claim 17 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.u (¶¶ 781–783).

785. For at least the reasons set forth above in my analysis of the '378 Patent Claim 7, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.k (¶¶ 745–749).

786. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 17.

> w. **Claim 19: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 17 and a pharmaceutically acceptable carrier.**

787. In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Jadhav '218 renders claim 17 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.u (¶¶ 781–783).

788. For at least the reasons set forth above in my analysis of the '378 Patent Claim 8, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.l (¶¶ 750–752).

789. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 17.

> x. **Claim 20: The pharmaceutical composition of claim 19, wherein the mRNA is fully encapsulated in the nucleic acid-lipid particle.**

790. To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not

indefinite,[78] in my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Jadhav '218 renders claim 19 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.w (¶¶ 787–789).

791.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 9, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.m (¶¶ 753–756).

792.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 19.

y.    **Claim 21: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 18 and a pharmaceutically acceptable carrier.**

793.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Jadhav '218 renders claim 18 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.v (¶¶ 784–786).

794.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 10, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.n (¶¶ 757–759).

795.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 18.

---

[78]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

232

z.    **Claim 22: The pharmaceutical composition of claim 21, wherein the mRNA is fully encapsulated in the nucleic acid-lipid particle.**

796.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not indefinite,[79] in my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation, Meulien '831, and Malone 1989. As discussed above, Jadhav '218 renders claim 21 obvious alone and in combination with Meulien '831 and Malone 1989, Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.y (¶¶ 793–795).

797.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 11, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.o (¶¶ 760–762).

798.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 21.

aa.    **Claim 24: The nucleic acid-lipid particle of claim 3, wherein the cholesterol consists of from 35 mol % to 45 mol % of the total lipid present in the particle.**

799.    In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 3 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.g (¶¶ 732–735).

---

[79]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

800. For at least the reasons set forth above in my analysis of the '378 Patent Claim 7, in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.k (¶¶ 745–749).

801. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 3.

> bb. **Claim 25: The nucleic acid-lipid particle of claim 24, wherein the PEG-lipid conjugate consists of from 0.5 mol % to 2 mol % of the total lipid present in the particle.**

802. In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 24 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.aa (¶¶ 799–801).

803. For at least the reasons set forth above in my analysis of the '378 Patent Claim 1 element [d], in my opinion, Jadhav '218 discloses this claim element. *See supra* § XII.C.2.e (¶¶ 724–727).

804. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 24.

> cc. **Claim 26: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 25 and a pharmaceutically acceptable carrier.**

805. In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 25 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.bb (¶¶ 802–804).

234

806. For at least the reasons set forth above in my analysis of the '378 Patent Claims 8, 10, and 21, in my opinion, Jadhav '218 discloses this claim element. *See supra* §§ XII.C.2.l, XII.C.2.n, XII.C.2.y (¶¶ 750–752, 757–759, 793–795).

807. Therefore, in my opinion, this claim is rendered obvious, for these reasons and as explained above in reference to claim 25.

### dd. Claim 27: The pharmaceutical composition of claim 26, wherein the RNA is fully encapsulated in the nucleic acid-lipid particle.

808. In my opinion, Jadhav '218 renders this claim obvious alone and Jadhav '218 renders this claim obvious in combination with with Semple 1996, the Semple article, the 2:40 Formulation. As discussed above, Jadhav '218 renders claim 26 obvious alone and in combination with Semple 1996, the Semple article, and the 2:40 Formulation. *See supra* § XII.C.2.cc (¶¶ 805–807).

809. For at least the reasons set forth above in my analysis of the '378 Patent Claims 9, 11, and 22, in my opinion, Jadhav '218 discloses this claim element. *See supra* §§ XII.C.2.m, XII.C.2.o, XII.C.2.z (¶¶ 753–756, 760–762, 796–798).

810. Therefore, in my opinion, this claim is rendered obvious, for these reasons and as explained above in reference to claim 26.

### 3. MacLachlan '189 Renders Obvious the Asserted Claims of the '378 Patent

811. In my opinion, claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, and 27 of the '378 patent would have been obvious in view of MacLachlan '189 alone and/or in combination with Chen '554, Jadhav '218, MacLachlan 2005, Meulien '831, and Malone 1989, as laid out for each claim below.

### a. Claim 1 Element [p]: A nucleic acid-lipid particle consisting essentially of:

812.    In my opinion, MacLachlan '189 discloses this claim element.

813.    For example, MacLachlan '189 discloses compositions that are nucleic acid-lipid particles. *See, e.g.*, MacLachlan '189 at [0008] ("One embodiment of the present invention provides a nucleic acid-lipid particle that targets ApoB expression. The nucleic acid-lipid particle comprises an siRNA molecule that silences Apolipoprotein B (ApoB) expression; a cationic lipid; and a non-cationic lipid. The nucleic acid-lipid particle can further comprise a conjugated lipid that inhibits aggregation of particles."), [0086] ("As used herein, the term 'SNALP' refers to a stable nucleic acid lipid particle, including SPLP. A SNALP represents a vesicle of lipids coating a reduced aqueous interior comprising a nucleic acid (e.g., ssDNA, dsDNA, ssRNA, dsRNA, siRNA, or a plasmid, including plasmids from which an interfering RNA is transcribed)."), [0351] ("A '2:40:10' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 10:48:2:40% molar composition) SNALP formulation was prepared using a Direct Dilution process.").

b.    **Claim 1 Element [a]: an RNA;**

814.    In my opinion, MacLachlan '189 discloses this claim element. *See supra* § IX.B.2 (¶¶ 80–82).

815.    For example, MacLachlan '189 discloses compositions comprising nucleic acid including RNA. *See, e.g.*, MacLachlan '189 at [0008] ("One embodiment of the present invention provides a nucleic acid-lipid particle that targets ApoB expression. The nucleic acid-lipid particle comprises an siRNA molecule that silences Apolipoprotein B (ApoB) expression; a cationic lipid; and a non-cationic lipid. The nucleic acid-lipid particle can further comprise a conjugated lipid that inhibits aggregation of particles."), [0086] ("As used herein, the term 'SNALP' refers to a stable nucleic acid lipid particle, including SPLP. A SNALP represents a vesicle of lipids coating a reduced aqueous interior comprising a nucleic acid (e.g., ssDNA, dsDNA, ssRNA, dsRNA, siRNA, or a plasmid, including plasmids from which an interfering

236

RNA is transcribed).”), at [0099] (“The term ‘nucleic acid’ or ‘polynucleotide’ refers to a polymer containing at least two deoxyribonucleotides or ribonucleotides in either single- or double-stranded form. . . . The term “nucleic acid” or “polynucleotide” refers to a polymer containing at least two deoxyribonucleotides or ribonucleotides in either single- or double-stranded form.”).

       c.     **Claim 1 Element [b]: a cationic lipid having a protonatable tertiary amine;**

816.    In my opinion, MacLachlan ’189 discloses this claim element.

817.    The Molar Ratio Patents disclose examples of cationic lipids having protonatable tertiary amines. *See, e.g.*, ’069 Patent at 12:65–13:3 (“In some cases, the cationic lipids comprise a protonatable tertiary amine (e.g., pH titratable) head group, C18 alkyl chains, ether linkages between the head group and alkyl chains, and 0 to 3 double bonds. Such lipids include, e.g., DSDMA, DLinDMA, DLenDMA, and DODMA.”).

818.    MacLachlan ’189 discloses several cationic lipids, including those identified as examples of having a protonatable tertiary amine, such as DLinDMA, DODMA, and DLenDMA. *See, e.g.*, MacLachlan ’189 at [0009] (“The cationic lipid may be, e.g., . . . N,N-dimethyl-2,3-dioleyloxy)propylamine (DODMA), 1,2-DiLinoleyloxy-N,N-dimethylaminopropane (DLinDMA), and 1,2-Dilinolenyloxy-N,N-dimethylaminopropane (DLendMA), or mixtures thereof.”), [0351] (“A ‘2:40:10’ (DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 10:48:2:40% molar composition) SNALP formulation was prepared using a Direct Dilution process.”), Claim 6 (“6. The nucleic acid-lipid particle in accordance with claim 1, wherein said cationic lipid is a member selected from the group consisting of N,N-dioleyl-N,N-dimethylammonium chloride (DODAC), N,N-distearyl-N,N-dimethylammonium bromide (DDAB), N-(1-(2,3-dioleoyloxy)propyl)-N,N,N-trimethylammonium chloride (DOTAP), N-(1-

237

(2,3-dioleyloxy)propyl)-N,N,N-trimethylammonium chloride (DOTMA), and N,N-dimethyl-2,3-dioleyloxy)propylamine (DODMA), 1,2-DiLinoleyloxy-N,N-dimethylaminopropane (DLinDMA), 1,2-Dilinolenyloxy-N,N-dimethylaminopropane (DLendMA), and a mixture thereof."), Claim 7 ("7. The nucleic acid-lipid particle in accordance with claim 1, wherein said cationic lipid is DLinDMA.").

> d. **Claim 1 Element [c]: a mixture of a phospholipid and cholesterol of from 30 mol % to 55 mol % of the total lipid present in the particle, wherein the phospholipid consists of from 3 mol % to 15 mol % of the total lipid present in the particle; and**

819. In my opinion, MacLachlan '189 discloses this claim element.

820. For example, MacLachlan '189 discloses non-cationic and neutral lipids in mol % ranges that overlap with 30 mol % to 55 mol %, including exemplary nucleic acid-lipid particles. *See, e.g.*, MacLachlan '189 at [0010] ("The non-cationic lipid may be an anionic lipid or a neutral lipid including, but not limited to, dioleoylphosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), egg phosphatidylcholine (EPC), distearoylphosphatidylcholine (DSPC), palmitoyloleyolphosphatidylglycerol (POPG), dipalmitoyl phosphatidyl ethanolamine (DPPE), dimyristoylphosphoethanolamine (DMPE), distearoyl-phosphatidyl-ethanolamine (DSPE), 16-O-monomethyl PE, 16-O-dimethyl PE, 18-1-trans PE, palmitoyloleoylphosphatidylethanolamine (POPE), 1-stearoyl-2-oleoyl-phosphatidyethanolamine (SOPE), 1,2-dielaidoyl-sn-glycero-3-phophoethanolamine (transDOPE), *cholesterol*, or mixtures thereof. The non-cationic lipid comprises from about 5 mol % to about 90 mol % or about 20 mol % to about 85 mol % of the total lipid present in the particle."), [0012] ("In some embodiments, the nucleic acid-lipid particle further comprises cholesterol at, e.g., about 0 mol % to about 10 mol %, about 2 mol % to about 10 mol %, about 10 mol % to about 60 mol % or about 20 mol % to about 45 mol % of the total lipid present in

said particle."), [0152] ("The lipid-nucleic acid particles of the present invention typically comprise a nucleic acid, a cationic lipid, a non-cationic lipid, and can further comprise a PEG-lipid conjugate. . . . The non-cationic lipid typically comprises from about 5 mol % to about 90 mol %, from about 10 mol % to about 85 mol %, from about 20 mol % to about 80 mol %, from about 30 mol % to about 70 mol %, from about 40 mol % to about 60 mol % or about 48 mol % of the total lipid present in said particle. . . . The nucleic acid-lipid particles of the present invention may further comprise cholesterol. If present, the cholesterol typically comprises from about 0 mol % to about 10 mol %, about 2 mol % to about 10 mol %, about 10 mol % to about 60 mol %, from about 12 mol % to about 58 mol %, from about 20 mol % to about 55 mol %, or about 48 mol % of the total lipid present in said particle."); *see also id.* at [0079], [0159], claims 21, 22, and 23.

821.    Exemplary non-cationic lipids of MacLachlan '189 are phospholipids according to the Molar Ratio Patents, including DSPC. *See, e.g.*, '069 Patent at 19:23–38 ("The phospholipid may be a neutral lipid including, but not limited to, dipalmitoylphosphatidylcholine (DPPC), distearoylphosphatidylcholine (DSPC), dioleoylphosphatidylethanolamine (DOPE), palmitoyloleoyl-phosphatidylcholine (POPC), palmitoyloleoyl-phosphatidylethanolamine (POPE), palmitoyloleyol-phosphatidylglycerol (POPG), dipalmitoyl-phosphatidylethanolamine (DPPE), dimyristoyl-phosphatidylethanolamine (DMPE), distearoyl-phosphatidylethanolamine (DSPE), monomethyl-phosphatidylethanolamine, dimethyl-phosphatidylethanolamine, dielaidoyl-phosphatidylethanolamine (DEPE), stearoyloleoyl-phosphatidylethanolamine (SOPE), egg phosphatidylcholine (EPC), and mixtures thereof. In certain preferred embodiments, the phospholipid is DPPC, DSPC, or mixtures thereof.").

822.    MacLachlan '189 further discloses multiple working examples using a "'2:40:10' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA,    10:48:2:40%    molar    composition)    SNALP formulation." *Id.* at [0351], [0361], [0369], [0377], [0385]. This formulation comprises 10 mol % of DSPC and was demonstrated to form and be effective for delivering nucleic acid.

823.    To the extent MacLachlan '189 does not expressly or inherently disclose this claim element, it would be obvious in view of the knowledge of a POSA and/or obvious in combination with one or more of the prior art discussed below in doing routine optimization of lipid molar ratios. *See* § XII.E; *see also* MacLachlan '189 at [0152] ("It will be readily apparent to one of skill in the art that the proportions of the components of the nucleic acid-lipid particles may be varied.").

824.    MacLachlan '189 discloses that cationic lipid can go up to 60 mol %. MacLachlan '189 at [0152]. Jadhav '218 disclosed a formulation with a ratio of 60 mol % cationic lipid to 10 mol % phospholipid to 26 mol % cholesterol and 4 mol % PEG-lipid. Jadhav '218 at Table IV (L209). A POSA would understand that cationic lipid and PEG-lipid can be increased with a lower percent of cholesterol, compared to the 2:40 formulation of MacLachlan.

825.    Chen '554 discloses formulations comprising 48 mol % cationic lipid with 40 mol % phospholipid, 10 mol % cholesterol, and 2 mol % PEG-lipid. *See, e.g.*, Chen '554 at [0094] ("In one embodiment, the molar ratio of CLinDMA:DSPC:cholesterol:PEG-Chol are 48:40:10:2 respectively, this composition is generally referred to herein as formulation L069."),[80]   Table IV. Likewise, Jadhav '218 discloses formulations comprising 48 mol % cationic lipid with 40 mol %

---

[80]   Chen '554 at [0083] ("In any of the embodiments described herein, the cationic lipid can be selected from those comprising . . . 3-Dimethylamino-2-(Cholest-5-en-3-beta-oxybutan-4-oxy)-1-(cis,cis-9,12-octadecadienoxy)propane (CLinDMA), . . . and/or a mixture thereof, as well as other cationic lipids sharing similar properties.").

phospholipid, 10 mol % cholesterol, and 2 mol % PEG-lipid. *See, e.g.*, Jadhav '218 at [0161] ("In one embodiment, the molar ratio of CLinDMA:DSPC:cholesterol:PEG-DMG are 48:40:10:2 respectively, this composition is generally referred to herein as formulation L051."), Table IV.[81] Thus, a POSA would know that combined phospholipid and cholesterol could be decreased and cationic lipid increased, compared to the 2:40 formulation of MacLachlan.

826.    A POSA would have had a reasonable expectation of success in generating a lipid-nucleic acid particle with lipid components that comprise 30 mol % to 55 mol % of the total lipid present in the particle, wherein the phospholipid consists of from 3 mol % to 15 mol %.

> e.        **Claim 1 Element [d]: a polyethyleneglycol (PEG)-lipid conjugate consisting of from 0.1 mol % to 2 mol % of the total lipid present in the particle.**

827.    In my opinion, MacLachlan '189 discloses this claim element.

828.    For example, MacLachlan '189 discloses nucleic acid-lipid particles with PEG-conjugated lipid at mol percentages that overlap with or are within 0.1 mol % to 2 mol % of the total lipid in the particle. *See, e.g.*, MacLachlan '189 at [0011] ("The conjugated lipid that inhibits aggregation of particles may comprise a polyethyleneglycol-lipid including, e.g., a PEG-diacylglycerol (DAG), a PEG dialkyloxypropyl (DAA), a PEG-phospholipid, a PEG-ceramide (Cer), or mixtures thereof. . . . The conjugated lipid that prevents aggregation of particles may comprise from about 0 mol % to about 20 mol %, about 0.5 mol % to about 20 mol %, about 1 mol % to about 15 mol %, about 4 mol % to about 10 mol %, or about about 2 mol % of the total lipid present in said particle."), at [0152] ("The lipid-nucleic acid particles of the present invention typically comprise a nucleic acid, a cationic lipid, a non-cationic lipid, and can further

---

[81]    Jadhav '218 at [0154] ("In any of the embodiments described herein, the cationic lipid can be selected from those comprising . . . 3-Dimethylamino-2-(Cholest-5-en-3-beta-oxybutan-4-oxy)-1-(cis,cis-9,12-octadecadienoxy)propane (CLinDMA),. . . as well as other cationic lipids sharing similar properties.").

comprise a PEG-lipid conjugate. . . . The PEG-lipid conjugate typically comprises from about 0.5 mol % to about 20 mol %, from about 1.5 mol % to about 18 mol %, from about 4 mol % to about 15 mol %, from about 5 mol % to about 12 mol %, or about 2 mol % of the total lipid present in said particle." ); *see also* [0079], [0081]-[0083], [0162], claims 13, 14, 24–26.

829.    MacLachlan '189 further discloses multiple working examples using a "'2:40:10' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA,    10:48:2:40%    molar    composition)    SNALP formulation." *Id.* at [0351], [0361], [0369], [0377], [0385]. It also claims a "nucleic acid-lipid article . . . wherein said PEG-DAA conjugate comprises about 2 mol % of the total lipid present in said particle." *Id.*, claim 26.

830.    This claim element would be obvious in view of the knowledge of a POSA and/or obvious in combination with one or more of the prior art discussed below in doing routine optimization of lipid molar ratios. *See* § XII.E; *see also* MacLachlan '189 at [0152] ("It will be readily apparent to one of skill in the art that the proportions of the components of the nucleic acid-lipid particles may be varied.").

831.    Therefore, in my opinion, this claim is rendered obvious by MacLachlan '189 alone and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218 for the reasons above.

>    f.    **Claim 2: The nucleic acid-lipid particle of claim 1, wherein the cholesterol consists of from 25 mol % to 45 mol % of the total lipid present in the particle.**

832.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554 and Jadhav '218. As discussed above, MacLachlan '189 renders claim 1 obvious alone and in combination with Chen '554 and Jadhav '218. *See supra* §§ XII.C.3.a–XII.C.3.e (¶¶ 812–831).

833.    For example, MacLachlan '189 discloses nucleic acid-lipid particles with cholesterol that consists of from 25 mol % to 45 mol % of the total lipid present in the particle. *See, e.g.*, MacLachlan '189 at [0012] ("In some embodiments, the nucleic acid-lipid particle further comprises cholesterol at, e.g., about 0 mol % to about 10 mol %, about 2 mol % to about 10 mol %, about 10 mol % to about 60 mol % or ***about 20 mol % to about 45 mol %*** of the total lipid present in said particle.") (emphasis added), at [0152] ("The lipid-nucleic acid particles of the present invention typically comprise a nucleic acid, a cationic lipid, a non-cationic lipid, and can further comprise a PEG-lipid conjugate. . . . The nucleic acid-lipid particles of the present invention may further comprise cholesterol. If present, the cholesterol typically comprises from about 0 mol % to about 10 mol %, about 2 mol % to about 10 mol %, about 10 mol % to about 60 mol %, from about 12 mol % to about 58 mol %, from about 20 mol % to about 55 mol %, or about 48 mol % of the total lipid present in said particle.").

834.    To the extent MacLachlan '189 does not expressly or inherently disclose this claim element, it would be obvious in view of the knowledge of a POSA and/or obvious in combination with one or more of the prior art discussed below in doing routine optimization of lipid molar ratios. *See* § XII.E; *see also* MacLachlan '189 at [0152] ("It will be readily apparent to one of skill in the art that the proportions of the components of the nucleic acid-lipid particles may be varied.").

835.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1.

g.    **Claim 3: The nucleic acid-lipid particle of claim 2, wherein the phospholipid is distearoylphosphatidylcholine (DSPC).**

836.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554 and Jadhav '218.

As discussed above, MacLachlan '189 renders claim 2 obvious alone and in combination with Chen '554 and Jadhav '218. *See supra* § XII.C.3.f (¶¶ 832–835).

837.    For example, MacLachlan '189 discloses nucleic acid-lipid particle with the phospholipid distearoylphosphatidylcholine ("DSPC"). *See, e.g.*, MacLachlan '189 at [0010] ("The non-cationic lipid may be an anionic lipid or a neutral lipid including, but not limited to, . . . distearoylphosphatidylcholine (DSPC), . . . , cholesterol, or mixtures thereof.").

838.    MacLachlan '189 also discloses multiple working examples using a "'2:40:10' (DSPC:Cholesterol:PEG-C-DMA:DLinDMA,    10:48:2:40%    molar    composition)    SNALP formulation." *Id.* at [0351], [0361], [0369], [0377], [0385].

839.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 2.

> h.    **Claim 4: The nucleic acid-lipid particle of claim 3, wherein the PEG has an average molecular weight of about 2,000 daltons.**

840.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554 and Jadhav '218. As discussed above MacLachlan '189 renders claim 3 obvious alone and in combination with Chen '554 and Jadhav '218. *See supra* § XII.C.3.g (¶¶ 836–839).

841.    For example, MacLachlan '189 discloses nucleic acid-lipid particle with PEG conjugated lipid wherein PEG has an average molecular weight of about 2,000 daltons. *See, e.g.*, MacLachlan '189 at [0079] ("Non-cationic lipids also include polyethylene glycol-based polymers such as PEG 2000, PEG 5000 and polyethylene glycol conjugated to phospholipids or to ceramides . . ."), [0082] ("PEG 2000 has an average molecular weight of about 2,000 daltons").

842.    MacLachlan '189 also specifically disclose embodiments where "the PEG has an average molecular weight of from about 1000 to about 5000 daltons, more preferably, from about 1,000 to about 3,000 daltons and, *even more preferably, of about 2,000 daltons*." *Id.* at [0083] (emphasis added).

843.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 3.

> i.    **Claim 5: The nucleic acid-lipid particle of claim 4, wherein the PEG has a terminal methoxy group.**

844.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 4 obvious alone and in combination with Chen '554 and Jadhav '218. *See supra* § XII.C.3.h (¶¶ 840–843).

845.    For example, MacLachlan '189 discloses multiple working examples using a "'2:40:10' (DSPC:Cholesterol:**PEG-C-DMA**:DLinDMA, 10:48:2:40% molar composition) SNALP formulation." (emphasis added). MacLachlan '189 at [0351], [0361], [0369], [0377], [0385].

The '069 patent teaches PEG-C-DMA with a terminal methoxy group:

(PEG-C-DMA)

'069 patent at 54:54–67 (chemical formula of PEG-C-DMA, annotated); *see also id.* at 12:55–59 ("Preferably, the PEG-DAA conjugate is a dilauryloxypropyl (C12)-PEG conjugate,

dimyristyloxypropyl (C14)-PEG conjugate, a dipalmityloxypropyl (C16)-PEG conjugate, or a distearyloxypropyl (C18)-PEG conjugate.").

846.    MacLachlan '189 also discloses PEG-DAG and PEG-ceramide. *See, e.g., id.*, claim 14 ("The nucleic acid-lipid particle in accordance with claim 13, wherein the PEG-lipid conjugate is member selected from the group consisting of: a PEG-diacylglycerol (PEG-DAG), a PEG dialkyloxypropyl (PEG-DAA), a PEG-phospholipid, a PEG-ceramide (PEG-Cer), and a mixture thereof."), [0081] ("In addition to cationic and non-cationic lipids, the nucleic acid-lipid particles . . . can further comprise a bilayer stabilizing component (BSC) such as . . . a PEG-lipid, such as PEG coupled to dialkyloxypropyls (PEG-DAA) . . . , PEG coupled to diacylglycerol (PEG-DAG) . . . , PEG coupled to phosphatidylethanolamine (PE) (PEG-PE), or PEG conjugated to ceramides"), [0163] ("PEGs are commercially available from Sigma Chemical Co. and other companies and include, for example, the following: monomethoxypolyethylene glycol (MePEG-OH), monomethoxypolyethylene glycol-succinate (MePEG-S), monomethoxypolyethylene glycol-succinimidyl succinate (MePEG-S-NHS), monomethoxypolyethylene glycol-amine (MePEG-NH2), monomethoxypolyethylene glycol-tresylate (MePEG-TRES), and monomethoxypolyethylene glycol-imidazolyl-carbonyl (MePEG-IM). In addition, monomethoxypolyethyleneglycol-acetic acid (MePEG-CH2COOH), is particularly useful for preparing the PEG-lipid conjugates including, e.g., PEG-DAA conjugates."), [0169] ("The PEG can be optionally substituted with alkyl, alkoxy, acyl or aryl. In some embodiments, the terminal hydroxyl group is substituted with a methoxy or methyl group.").

847.    As discussed above, Chen '554 and Jadhav '218 disclose PEG-lipid conjugates wherein the PEG has a terminal methoxy group. *See* §§ XII.C.1.i (¶¶ 634–638), XII.C.2.i (¶¶ 739–741).

848.    MacLachlan 2005 also discloses PEG-ceramides and PEG-diacylglycerols with a terminal methoxy group:

MacLachlan 2005, Figure 1 (annotated).

849.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 4.

> j.    **Claim 6: The nucleic acid-lipid particle of claim 5, wherein the PEG-lipid conjugate is a PEG-diacylglycerol (PEG-DAG) conjugate having the same saturated acyl groups.**

850.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 5 obvious alone and in combination with Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.i (¶¶ 844–849).

851.    For example, MacLachlan '189 discloses PEG-DAG. *See, e.g.,* MacLachlan '189 at [0081] ("In addition to cationic and non-cationic lipids, the nucleic acid-lipid particles . . . can further comprise a bilayer stabilizing component (BSC) such as . . . a PEG-lipid, such as PEG coupled to dialkyloxypropyls (PEG-DAA) . . . , PEG coupled to diacylglycerol (PEG-DAG) (see,

247

U.S. Patent Publication No. 2003077829) . . . , PEG coupled to phosphatidylethanolamine (PE) (PEG-PE), or PEG conjugated to ceramides"), [0162], [0238], claim 14.

852.    Following guidance from MacLachlan '189, a POSA reading U.S. Patent Publication No. 2003077829 would have recognized it discloses that in a "preferred embodiment, the DAG-PEG conjugate is a dilaurylglycerol (C12)-PEG conjugate, dimyristylglycerol (C14)-PEG conjugate, a dipalmitoylglycerol (C16)-PEG conjugate or a disterylglycerol (C18)-PEG conjugate." U.S. Patent Publication No. 2003077829 at [0029]; *see also id.* at [0005], [0114], Claim 4.

853.    MacLachlan '189 discloses varieties of diacylglycerol compounds:

[0096]   The term "diacylglycerol" refers to a compound having 2-fatty acyl chains, $R^1$ and $R^2$, both of which have independently between 2 and 30 carbons bonded to the 1- and 2-position of glycerol by ester linkages. The acyl groups can be saturated or have varying degrees of unsaturation. Diacylglycerols have the following general formula:

(III)

MacLachlan '189 at [0096]. MacLachlan '189 also discloses varieties of PEG-DAA conjugates:

248

[0167] In some embodiments, the PEG-lipid is a PEG-DAA conjugate has the following formula:

(VI)

$$CH_2O-R^1$$
$$CH_2O-R^1$$
$$CH_2-L\text{-}PEG$$

[0168] In Formula VI, $R^1$ and $R^2$ are independently selected and are alkyl groups having from about 10 to about 22 carbon atoms. The long-chain alkyl groups can be saturated or unsaturated. Suitable alkyl groups include, but are not limited to, lauryl (C12), myristyl (C14), palmityl (C16), stearyl (C18) and icosyl (C20). In some embodiments, $R^1$ and $R^2$ are the same, i.e., $R^1$ and $R^2$ are both myristyl (i.e., dimyristyl), $R^1$ and $R^2$ are both stearyl (i.e., distearyl), etc. In some embodiments, the alkyl groups are saturated.

MacLachlan '189 at [0167–0168] (annotated).

854.    As discussed above, Chen '554 and Jadhav '218 disclose PEG-lipid conjugates wherein the PEG-lipid conjugate is a PEG-diacylglycerol (PEG-DAG) conjugate having the same saturated acyl groups. *See* §§ XII.C.1.j (¶¶ 639–644), XII.C.2.j (¶¶ 742–744).

855.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 5.

> k.    **Claim 7: The nucleic acid-lipid particle of claim 6, wherein the cholesterol consists of from 35 mol % to 45 mol % of the total lipid present in the particle.**

856.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 6 obvious alone and in combination with Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.j (¶¶ 850–855).

249

857.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 2, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.1.f (¶¶ 832–835).

858.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 6.

l.    **Claim 8: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 6 and a pharmaceutically acceptable carrier.**

859.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 6 obvious alone and in combination with Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.j (¶¶ 850–855).

860.    For example, MacLachlan '189 discloses compositions comprising nucleic acid-lipid particle and a pharmaceutical carrier. *See, e.g.*, MacLachlan '189 at [0015] ("The present invention further provides pharmaceutical compositions comprising the nucleic acid-lipid particles described herein and a pharmaceutically acceptable carrier."), claim 39 ("A pharmaceutical composition comprising a nucleic acid-lipid particle in accordance with claim 1 and a pharmaceutically acceptable carrier.").

861.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 6.

m.    **Claim 9: The pharmaceutical composition of claim 8, wherein the RNA is fully encapsulated in the nucleic acid-lipid particle.**

862.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not

250

indefinite,[82] in my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 8 obvious alone and in combination with Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.l (¶¶ 859–861).

863.    The Molar Ratio Patents describes "fully encapsulated" as "indicat[ing] that the active agent or therapeutic agent in the lipid particle is not significantly degraded after exposure to serum or a nuclease or protease assay that would significantly degrade free DNA, RNA, or protein." *E.g.*, '069 patent at 22:63–67; *see also id.* at 3:3–7, 14:27–31, 22:43–46, 22:46–53 ("In preferred embodiments, a SNALP comprising a nucleic acid such as an interfering RNA (e.g., siRNA) is fully encapsulated within the lipid portion of the particle, thereby protecting the nucleic acid from nuclease degradation.").

864.    MacLachlan '189 discloses serum-stable particles that encapsulate molecules of interest. *See, e.g.*, MacLachlan '189 at [0013] ("In some embodiments, the siRNA in the nucleic acid-lipid particle is not substantially degraded after exposure of the particle to a nuclease at 37° C. for at least 20, 30, 45, or 60 minutes; or after incubation of the particle in serum at 37° C. for at least 30, 45, or 60 minutes."), [0014] ("In some embodiments, the siRNA is fully encapsulated in the nucleic acid-lipid particle. In some embodiments, the siRNA is complexed to the lipid portion of the particle."), [0248] ("Systemic delivery for in vivo gene therapy, i.e., delivery of a therapeutic nucleic acid to a distal target cell via body systems such as the circulation, has been achieved using nucleic acid-lipid particles such as those disclosed in WO 96/40964, U.S. Pat.

---

[82]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

Nos. 5,705,385, 5,976,567, 5,981,501, and 6,410,328. This latter format provides a fully encapsulated nucleic acid-lipid particle that protects the nucleic acid from nuclease degradation in serum, is nonimmunogenic, is small in size and is suitable for repeat dosing."), Claim 32 ("32. The nucleic acid-lipid particle in accordance with claim 1, wherein the nucleic acid in said nucleic acid-lipid particle is not substantially degraded after incubation of said particle in serum at 37° C. for 30 minutes."), Claim 33 ("The nucleic acid-lipid particle in accordance with claim 1, wherein the nucleic acid is fully encapsulated in said nucleic acid-lipid particle.").

865.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 8.

> n.    **Claim 10: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 7 and a pharmaceutically acceptable carrier.**

866.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 7 obvious alone and in combination with Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.k (¶¶ 856–858).

867.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 8, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.l (¶¶ 859–861).

868.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 7.

> o.    **Claim 11: The pharmaceutical composition of claim 10, wherein the RNA is fully encapsulated in the nucleic acid-lipid particle.**

869.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not indefinite,[83] in my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 10 obvious alone and in combination with Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.n (¶¶ 866–868).

870.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 9, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.m (¶¶ 862–865).

871.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 10.

p.    **Claim 12: The nucleic acid-lipid particle of claim 1, wherein the RNA is an mRNA.**

872.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables mRNA as the nucleic acid in a nucleic acid-lipid particle, in my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Meulien '813 and Malone 1989 optionally in view of Chen '554 and Jadhav '218.[84] *See supra* § IX.B.2, ¶¶ 80–82. As discussed above, MacLachlan '189 renders claim 1

---

[83]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

[84]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents. I understand from counsel that a different expert for Moderna is providing an opinion that the Molar Ratio Patent disclosure does not sufficiently support and enable lipid particles with mRNA.

253

obvious alone and in combination with Chen '554 and Jadhav '218. *See supra* §§ XII.C.3.a–XII.C.3.e (¶¶ 812–831).

873. For example, MacLachlan '189 discloses embodiments with single stranded nucleic acid and that mRNA is a single stranded RNA. *See, e.g.*, MacLachlan '189 at [0086] ("As used herein, the term 'SNALP' refers to a stable nucleic acid lipid particle, including SPLP. A SNALP represents a vesicle of lipids coating a reduced aqueous interior comprising a nucleic acid (e.g., ssDNA, dsDNA, ssRNA, dsRNA, siRNA, or a plasmid, including plasmids from which an interfering RNA is transcribed)."), at [0099] ("The term 'nucleic acid' or 'polynucleotide' refers to a polymer containing at least two deoxyribonucleotides or ribonucleotides in either single- or double-stranded form."), [0099] ("The term nucleic acid is used interchangeably with gene, cDNA, mRNA encoded by a gene, and an interfering RNA molecule.").

874. Given the disclosure in MacLachlan '189, it would have been obvious in view of the knowledge of a POSA and/or obvious in combination with one or more of the prior art discussed above. *See* § XII.B.3 ¶ 530. A POSA reviewing MacLachlan '189 at the time of the priority date of the Molar Ratio Patents would have found it obvious to use mRNA with the formulations described in MacLachlan '189. First, mRNA is explicitly mentioned in MacLachlan '189. Based on the teachings in MacLachlan '189 a POSA would have had a reasonable expectation of success in creating the claimed particles. *See supra* § IX.B.2 (¶¶ 80–82).

875. Second, a POSA would be motivated to combine the teachings of MacLachlan '189 with the teachings of Meulien '831 and Malone 1989 to encapsulate mRNA because it was known at the time that mRNA was an area of exploration for therapeutic purposes. *See, e.g.*, Meulien '831 at 21:36–22:3 ("RNA alone is ineffective for inducing an immune response . . .

254

RNA encoding NP and IL-2, encapsulated in liposomes, is capable of inducing an immune response after a single injection (Comparison Tests nos. 2 and 3)."); *see also, e.g.*, Martinon 1993 at 1721 ("We also demonstrate that in order to prime CTL the mRNA had to be encapsulated (Fig. 1)."). A POSA would have had a reasonable expectation of success in creating the claimed particles by combining the teachings of the mRNA delivery of Meulien '831 with the lipid compositions of MacLachlan '189 because MacLachlan '189 disclosed mRNA and Meulien '831 taught that lipid formulations of phospholipids and cholesterol could encapsulated mRNA. *See supra* § IX.B.2, ¶¶ 80–82. Further, Malone 1989 demonstrated the encapsulation of mRNA in liposomes comprising the cationic lipid DOMTA and the phospholipid DOPE. Malone 1989 at 6077 ("DOTMA was prepared and incorporated into liposomes with dioleoyl phosphatidylethanolamine (DOPE) as described (10). . . . The RNA was then added to 4 ml of Opti-MEM medium (GIBCO) containing 50 μg of lipofectin (DOTMA/DOPE 1:1, mol/mol).").

876.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 1.

q.    **Claim 13: The nucleic acid-lipid particle of claim 12, wherein the cholesterol consists of from 25 mol % to 45 mol % of the total lipid present in the particle.**

877.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Meulien '813 and Malone 1989, Chen '554 and Jadhav '218. As discussed above, MacLachlan '189 renders claim 12 obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554 and Jadhav '218. *See supra* § XII.C.3.p (¶¶ 872–876).

878.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 2, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.1.f (¶¶ 832–835).

879. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 12.

r. **Claim 14: The nucleic acid-lipid particle of claim 13, wherein the phospholipid is DSPC.**

880. In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Meulien '813 and Malone 1989, Chen '554 and Jadhav '218. As discussed above, MacLachlan '189 renders claim 13 obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554 and Jadhav '218. *See supra* § XII.C.3.q (¶¶ 877–879).

881. For at least the reasons set forth above in my analysis of the '378 Patent Claim 3, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.g (¶¶ 836–839).

882. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 13.

s. **Claim 15: The nucleic acid-lipid particle of claim 14, wherein the PEG has an average molecular weight of about 2,000 daltons.**

883. In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Meulien '813 and Malone 1989, Chen '554 and Jadhav '218. As discussed above, MacLachlan '189 renders claim 14 obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554 and Jadhav '218. *See supra* § XII.C.3.r (¶¶ 880–882).

884. For at least the reasons set forth above in my analysis of the '378 Patent Claim 4, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.h (¶¶ 840–843).

256

885.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 14.

> t.    **Claim 16: The nucleic acid-lipid particle of claim 15, wherein the PEG has a terminal methoxy group.**

886.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 15 obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554 and Jadhav '218. *See supra* § XII.C.3.s (¶¶ 883–885).

887.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 5, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.i (¶¶ 844–849).

888.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 15.

> u.    **Claim 17: The nucleic acid-lipid particle of claim 16, wherein the PEG-lipid conjugate is a PEG-DAG conjugate having the same saturated acyl groups.**

889.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious  in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 16 obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.t (¶¶ 886–888).

890.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 6, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.j (¶¶ 850–854).

891.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 16.

> v.    **Claim 18: The nucleic acid-lipid particle of claim 17, wherein the cholesterol consists of from 35 mol % to 45 mol % of the total lipid present in the particle.**

892.    In my opinion, MacLachlan '189 renders this claim obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 17 obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.u (¶¶ 889–891).

893.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 7, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.k (¶¶ 856–858).

894.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 17.

> w.    **Claim 19: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 17 and a pharmaceutically acceptable carrier.**

895.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 17 obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.u (¶¶ 889–891).

896.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 8, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.l (¶¶ 859–861).

258

897.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 17.

        x.      **Claim 20: The pharmaceutical composition of claim 19, wherein the mRNA is fully encapsulated in the nucleic acid-lipid particle.**

898.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not indefinite,[85] in my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 19 obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.w (¶¶ 895–897).

899.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 9, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.m (¶¶ 862–865).

900.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 19.

        y.      **Claim 21: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 18 and a pharmaceutically acceptable carrier.**

901.    In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Meulien '813 and Malone 1989 optionally in view of Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above,

---

[85]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

259

MacLachlan '189 renders claim 18 obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.v (¶¶ 892–894).

902.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 10, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.n (¶¶ 866–868).

903.    Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 18.

>    z.    **Claim 22: The pharmaceutical composition of claim 21, wherein the mRNA is fully encapsulated in the nucleic acid-lipid particle.**

904.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not indefinite,[86] in my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. As discussed above, MacLachlan '189 renders claim 21 obvious alone and in combination with Meulien '813 and Malone 1989, Chen '554, Jadhav '218, and MacLachlan 2005. *See supra* § XII.C.3.y (¶¶ 901–903).

905.    For at least the reasons set forth above in my analysis of the '378 Patent Claim 9, in my opinion, MacLachlan '189 discloses this claim element *See supra* § XII.C.3.m (¶¶ 862–865).

---

[86]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

906. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 21.

aa. **Claim 24: The nucleic acid-lipid particle of claim 3, wherein the cholesterol consists of from 35 mol % to 45 mol % of the total lipid present in the particle.**

907. In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218. As discussed above, MacLachlan '189 renders claim 3 obvious alone and in combination with Chen '554, Jadhav '218. *See supra* § XII.C.3.g (¶¶ 836–839).

908. For at least the reasons set forth above in my analysis of the '378 Patent Claim 7, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.k (¶¶ 856–858).

909. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 3.

bb. **Claim 25: The nucleic acid-lipid particle of claim 24, wherein the PEG-lipid conjugate consists of from 0.5 mol % to 2 mol % of the total lipid present in the particle.**

910. In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218. As discussed above, MacLachlan '189 renders claim 24 obvious alone and in combination with Chen '554, Jadhav '218. *See supra* § XII.C.3.aa (¶¶ 907–909).

911. For at least the reasons set forth above in my analysis of the '378 Patent Claim 1 element [d], in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.e (¶¶ 827–830).

912. Therefore, in my opinion, this claim is rendered obvious for these reasons and as explained above in reference to claim 24.

261

cc. **Claim 26: A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 25 and a pharmaceutically acceptable carrier.**

913. In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218. As discussed above, MacLachlan '189 renders claim 25 obvious alone and in combination with Chen '554, Jadhav '218. *See supra* § XII.C.3.bb (¶¶ 910–912).

914. For at least the reasons set forth above in my analysis of the '378 Patent Claim 8, in my opinion, MacLachlan '189 discloses this claim element. *See supra* §§ XII.C.3.l (¶¶ 859–861).

915. Therefore, in my opinion, this claim is rendered obvious, for these reasons and as explained above in reference to claim 25.

dd. **Claim 27: The pharmaceutical composition of claim 26, wherein the RNA is fully encapsulated in the nucleic acid-lipid particle.**

916. In my opinion, MacLachlan '189 renders this claim obvious alone and MacLachlan '189 renders this claim obvious in combination with Chen '554, Jadhav '218. As discussed above, MacLachlan '189 renders claim 26 obvious alone and in combination with Chen '554, Jadhav '218. *See supra* § XII.C.3.cc (¶¶ 913–915).

917. For at least the reasons set forth above in my analysis of the '378 Patent Claim 9, in my opinion, MacLachlan '189 discloses this claim element. *See supra* § XII.C.3.m (¶¶ 862–865).

918. Therefore, in my opinion, this claim is rendered obvious, for these reasons and as explained above in reference to claim 26.

D. **The Asserted Claims of the '435, '668, and '359 Patents Would Have Been Obvious**

919.    The asserted claims of the '435, '668, and '359 Patents would have been obvious in view of the prior art.[87] My analyses for these claims and references are based on Plaintiffs' interpretation of the claims as well as the Court's claim constructions. I understand from counsel that Plaintiffs may come forward with evidence to attempt to rebut obviousness arguments in response to my report. I reserve the right to address this evidence in a Reply Expert Report.

920.    The '378 Patent does include limitations that are not present in the '435, '668, and '359 Patents (e.g., claim elements reciting features of PEG-conjugated lipids). Additionally, the '378 Patent does not require specific mol percentages of cationic lipid, which differs from the '435, '668, and '359 Patents. Given redundancy between other elements of the asserted claims of the '435, '668, and '359 Patents and the asserted claims of the '378 Patent claims I have discussed above, for efficiency I have combined my discussion of the elements of Claim 1 of each of these patents as shown in the table below.

921.    I understand from counsel that '435 Patent Claims 1, 5, and 9 have been found invalid and are not asserted, but that asserted claims 7, 8, 10, 13, and 16 depend from these claims. Thus, I include analysis of '435 Patent Claims 1, 5, and 9 as well. In my analysis, I considered the claims as a whole, although I have organized the material by individual claim elements below for efficiency.

922.    In my opinion, the asserted claims of the '359, '668, and '435 Patents are rendered obvious by each of Chen '554, Jadhav '218, and MacLachlan '189 alone, in view of the knowledge of a POSA, and/or in combination with each other or with Semple Article, Semple '278, Saravolac '171, and Bischoff.

---

[87]    I understand from counsel that Moderna is precluded from making certain obviousness arguments against claims of the '069 Patent and have not presented such obviousness arguments here.

263

264

1. **Independent Claim 1 of the '435, '668, and '359 Patents Compared to Independent Claim 1 of the '378 Patent**

| Element | '378 Patent, Claim 1 | '359 Patent, Claim 1 | '668 Patent, Claim 1 | '435 Patent, Claim 1[88] |
|---|---|---|---|---|
| Nucleic acid-lipid particle | 1. A nucleic acid-lipid particle consisting essentially of: | 1. A nucleic acid-lipid particle comprising: | 1. A nucleic acid-lipid particle comprising: | 1. A nucleic acid-lipid particle comprising: |
| Nucleic acid | (a) an RNA; | (a) a nucleic acid; | (a) a nucleic acid; | (a) a nucleic acid; |
| Cationic Lipid | (b) a cationic lipid having a protonatable tertiary amine; | (b) a cationic lipid comprising from 50 mol % to 65 mol % of the total lipid present in the particle; | (b) a cationic lipid comprising from 50 mol % to 65 mol % of the total lipid present in the particle; | (b) a cationic lipid comprising from 50 mol % to 85 mol % of the total lipid present in the particle; |
| Non-cationic Lipid / Mixture of phospholipid and cholesterol or a derivative thereof | (c) a mixture of a phospholipid and cholesterol of from 30 mol % to 55 mol % of the total lipid present in the particle, | (c) a non-cationic lipid comprising a mixture of a phospholipid and cholesterol or a derivative thereof, | (c) a non-cationic lipid comprising up to 49.5 mol % of the total lipid present in the particle and comprising a mixture of a phospholipid and cholesterol or a derivative thereof, | (c) a non-cationic lipid comprising from 13 mol % to 49.5 mol % of the total lipid present in the particle; and |
| Mol % phospholipid | wherein the phospholipid consists of from 3 mol % to 15 mol % of the total lipid present in the particle; and | wherein the phospholipid comprises from 3 mol % to 15 mol % of the total lipid present in the particle | | |

---

[88] Although '435 Patent Claim 1 is not asserted has already been found invalid, I present this claim here because Plaintiffs have asserted claims that depend from '435 Patent Claim 1.

| Element | '378 Patent, Claim 1 | '359 Patent, Claim 1 | '668 Patent, Claim 1 | '435 Patent, Claim 1[88] |
|---|---|---|---|---|
| Mol % cholesterol | | and the cholesterol or derivative thereof comprises from 30 mol % to 40 mol % of the total lipid present in the particle; and | wherein the cholesterol or derivative thereof comprises from 30 mol % to 40 mol % of the total lipid present in the particle; and | |
| Mol % conjugated-lipid | (d) a polyethyleneglycol (PEG)-lipid conjugate consisting of from 0.1 mol % to 2 mol % of the total lipid present in the particle. | (d) a conjugated lipid that inhibits aggregation of particles comprising from 0.5 mol % to 2 mol % of the total lipid present in the particle. | (d) a conjugated lipid that inhibits aggregation of particles comprising from 0.5 mol % to 2 mol % of the total lipid present in the particle. | (d) a conjugated lipid that inhibits aggregation of particles comprising from 0.5 mol % to 2 mol % of the total lipid present in the particle. |

a.      **Nucleic acid-lipid particle**

923.    Like Claim 1 of the '378, Claim 1 for each of the '435, '668, and '359 Patents recites a nucleic acid-lipid particle. As discussed above, Chen '554, Jadhav '218, and MacLachlan '189 each disclosed nucleic acid-lipid particles. *See, e.g.*, §§ XII.C.1.a, XII.C.2.a, XII.C.3.a (analysis for '378 Patent Claim 1[p]); Chen '554 at [0082] ("The compositions described herein are generally referred to as formulated molecular compositions (FMC) or lipid nanoparticles (LNP). In some embodiments of the invention, a formulated molecular composition (FMC) or lipid nanoparticle (LNP) composition further comprises cholesterol or a cholesterol derivative."); Jadhav '218 at [0032] ("In one embodiment, a vehicle of the invention comprises one or more stable nucleic acid particle or SNALP compositions . . ."); MacLachlan '189 at [0008] ("One embodiment of the present invention provides a nucleic acid-lipid particle that targets ApoB expression. The nucleic acid-lipid particle comprises an siRNA molecule that silences Apolipoprotein B (ApoB) expression; a cationic lipid; and a non-cationic lipid. The nucleic acid-lipid particle can further comprise a conjugated lipid that inhibits aggregation of particles.").

b.      **Nucleic acid**

924.    Claim 1 of each of the '435, '668, and '359 Patents recites a nucleic acid. As I explained in my analysis of '378 Patent, Claim 1[a] discussed above, Chen '554, Jadhav '218, and MacLachlan '189 each disclosed nucleic acid-lipid particles comprising a nucleic acid. *See, e.g.*, §§ XII.B.3 (ODP analysis)., XII.C.1.b, XII.C.2.b, XII.C.3.b, XII.C.1.p, XII.C.2.p, XII.C.3.p (analysis for '378 Patent Claim 1[a], '378 Patent Claim 12). RNA is a type of nucleic acid. Thus, disclosures of RNA are disclosures of nucleic acid. *See, e.g.*, Chen '554 at [0270] ("In one embodiment, the invention features a method for delivering or administering a biologically active molecule, such as a polynucleotide molecule (e.g., siNA, antisense, aptamer, decoy,

ribozyme, 2-5A, triplex forming oligonucleotide, or other nucleic acid molecule) of the invention to a cell or cells in a subject or organism,"); Jadhav '218 at [0002] ("Specifically, the invention relates to compounds, compositions and methods for delivering nucleic acids, polynucleotides, and oligonucleotides such RNA, DNA and analogs thereof. . . ."); MacLachlan '189 at [0086] ("As used herein, the term 'SNALP' refers to a stable nucleic acid lipid particle, including SPLP. A SNALP represents a vesicle of lipids coating a reduced aqueous interior comprising a nucleic acid (e.g., ssDNA, dsDNA, ssRNA, dsRNA, siRNA, or a plasmid, including plasmids from which an interfering RNA is transcribed).").

c.      **Cationic Lipid**

925.    Claim 1 of each of the '435, '668, and '359 Patents recites a cationic lipid. As I explained in my analysis of '378 Patent, Claim 1[b] discussed above, Chen '554, Jadhav '218, and MacLachlan '189 each disclosed nucleic acid-lipid particles comprising cationic lipid. *See, e.g.*, §§ XII.C.1.c, XII.C.2.c, XII.C.3.c (analysis for '378 Patent Claim 1[b]). Whereas the '378 patent Claim 1 does not require a specific mol percent of cationic lipid, claims of the '435, '668, and '359 Patents do.

926.    Chen '554 disclosed cationic lipid in range overlapping 50 to 65 mol % and 50 to 85 mol % of the total lipid as well as formulations with molar ratios 50, 52, and 67. *See, e.g.*, Chen '554 at [0313] ("The cationic lipid component can comprise from about 2% to about 60%, from about 5% to about 45%, from about 5% to about 15%, or from about 40% to about 50% of the total lipid present in the formulation."), Table IV (e.g., L054, L109, L115).

927.    Jadhav '218 disclosed cationic lipid in range overlapping 50 to 65 mol % and 50 to 85 mol % of the total lipid as well as formulations with molar ratios 50, 52, 61, 67, 68 . *See, e.g.*, Jadhav '218 at [0377] ("The cationic lipid component can comprise from about 2% to about

268

60%, from about 5% to about 45%, from about 5% to about 15%, or from about 40% to about 50% of the total lipid present in the formulation."), Table IV (e.g., L054, L098,L111, L209).

928.    MacLachlan '189 disclosed cationic lipid in range overlapping 50 to 65 mol % and 50 to 85 mol % of the total lipid. *See, e.g.*, MacLachlan '189 at [0152] ("The cationic lipid typically comprises from about 2 mol % to about 60 mol %, from about 5 mol % to about 50 mol %, from about 10 mol % to about 45 mol %, from about 20 mol % to about 40 mol %, or from about 30 mol % to about 40 mol % of the total lipid present in said particle.").

929.    Given that the prior art taught lipid-nucleic acid particles comprising 50 to 65 mol % cationic lipid and  particles with four lipid components (i.e., cationic lipid, phospholipid, cholesterol, PEG-lipid), a POSA would have had a reasonable expectation of success in formulating the claimed particles with 50-65 or 50-85 mol % cationic lipid. Using routine optimization, a POSA would have arrived at the claimed mole percent of cationic lipid. *See* § XII.E.

### d.    Non-Cationic Lipid / Mixture of Phospholipid and Cholesterol or a Derivative Thereof[89]

930.    As I explained in my analysis of '378 Patent, Claim 1[c] discussed above, Chen '554, Jadhav '218, and MacLachlan '189 each disclosed nucleic acid-lipid particles comprising a mixture of a phospholipid and cholesterol comprising from 13 mol % to 49.5 mol %, and comprising up to 49.5 mol % of the total lipid present in the particle (e.g., 48 mol %). *See, e.g.*, §§ XII.C.1.d, XII.C.2.d, XII.C.3.d (analysis for '378 Patent Claim 1[c]); Chen '554 at [0092] ("In one embodiment, the molar ratio of DMOBA [cationic]:DSPC [phospholipid]:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally

---

[89]    '435 Patent Claim 5 depends from '435 Patent Claim 1 and includes the additional limitation, "wherein the non-cationic lipid comprises a mixture of a phospholipid and cholesterol or a derivative thereof." This limitation is found in claim 1 of the '359 Patent and the '668 Patent.

referred to herein as formulation L054."); Jadhav '218 at [0163] ("In one embodiment, the molar ratio of DMOBA [cationic]:DSPC [phospholipid]:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054 . . ."), [0202] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation."); MacLachlan '189 at [0010] ("The non-cationic lipid may be an anionic lipid or a neutral lipid including, but not limited to, dioleoylphosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), egg phosphatidylcholine (EPC), distearoylphosphatidylcholine (DSPC), palmitoyloleyolphosphatidylglycerol (POPG), dipalmitoyl phosphatidyl ethanolamine (DPPE), dimyristoylphosphoethanolamine (DMPE), distearoyl-phosphatidyl-ethanolamine (DSPE), 16-O-monomethyl PE, 16-O-dimethyl PE, 18-1-trans PE, palmitoyloleoylphosphatidylethanolamine (POPE), 1-stearoyl-2-oleoyl-phosphatidyethanolamine (SOPE), 1,2-dielaidoyl-sn-glycero-3-phophoethanolamine (transDOPE), *cholesterol*, or mixtures thereof. The non-cationic lipid comprises from about 5 mol % to about 90 mol % or about 20 mol % to about 85 mol % of the total lipid present in the particle."), [0152] ("The non-cationic lipid typically comprises from about 5 mol % to about 90 mol %, from about 10 mol % to about 85 mol %, from about 20 mol % to about 80 mol %, from about 30 mol % to about 70 mol %, from about 40 mol % to about 60 mol % or about 48 mol % of the total lipid present in said particle."); *see also* XII.B.13 (ODP analysis).

270

931.    According to the Molar Ratio Patents, phospholipid and cholesterol are examples of non-cationic lipids. '069 Patent at 19:12–17 ("In preferred embodiments, the non-cationic lipid comprises one of the following neutral lipid components: (1) cholesterol or a derivative thereof (2) a phospholipid; or (3) a mixture of a phospholipid and cholesterol or a derivative thereof.").

e.    **Mol % Phospholipid**

932.    Claim 1 of the '359 Patent requires phospholipid comprising from 3 mol % to 15 mol % of the total lipid present in the particle.

933.    As I explained in my analysis of '378 Patent, Claim 1[c] discussed above, MacLachlan '189 disclosed nucleic acid-lipid particles wherein phospholipid comprises from 3 mol % to 15 mol % of the total lipid present in the particle. *See, e.g.*, §XII.C.3.d (analysis for '378 Patent Claim 1[c]); MacLachlan '189 at [0351] ("A '2:40:10' (DSPC [phospholipid]:Cholesterol:PEG-C-DMA:DLinDMA [cationic lipid], 10:48:2:40% molar composition) SNALP formulation was prepared . . . ."); Zimmerman 2006 at 113; Thomas 2007 at 126. Additionally, a nucleic acid-lipid particles wherein phospholipid comprises from 3 mol % to 15 mol % of the total lipid present in the particle would have been obvious from Chen '554 and Jadhav '218, in light of MacLachlan '189, Semple Article, Semple 1996, and the 2:40 Formulation. *See, e.g.*, §§ XII.C.1.d, XII.C.2.d, (analysis for '378 Patent Claim 1[c]); *see also* XII.B.13 (ODP analysis).

f.    **Mol % Cholesterol**

934.    Claim 1 of each of the '668 and '359 Patents recites a cholesterol or derivative thereof comprises from 30 mol % to 40 mol % of the total lipid present in the particle.

935.    As I explained in my analysis of '378 Patent, Claim 2 discussed above, Chen '554, Jadhav '218, and MacLachlan '189 each disclosed nucleic acid-lipid particles wherein

271

cholesterol or derivative thereof in a range of mol percentages that overlaps with 30 mol % to 40 mol % of the total lipid present in the particle. *See, e.g.*, §§ XII.C.1.f, XII.C.2.f, XII.C.3.f (analysis for '378 Patent Claim 2); Chen '554 at [0199] ("In one embodiment, the cholesterol component of a composition of the invention comprises from about 10% to about 60%, or from about 20% to about 45% of the total lipid present in the formulation."); Jadhav '218 at [0201] ("In one embodiment, the cholesterol component of a composition of the invention comprises from about 10% to about 60%, or from about 20% to about 45% of the total lipid present in the formulation."); MacLachlan '189 at [0012] ("In some embodiments, the nucleic acid-lipid particle further comprises cholesterol at, e.g., about 0 mol % to about 10 mol %, about 2 mol % to about 10 mol %, about 10 mol % to about 60 mol % or about 20 mol % to about 45 mol % of the total lipid present in said particle.") (emphasis added), at [0152] ("If present, the cholesterol typically comprises from about 0 mol % to about 10 mol %, about 2 mol % to about 10 mol %, about 10 mol % to about 60 mol %, from about 12 mol % to about 58 mol %, from about 20 mol % to about 55 mol %, or about 48 mol % of the total lipid present in said particle."); *see also* XII.B.13 (ODP analysis).

g.      **Mol % Conjugated Lipid**

936.    Whereas the '378 Patent Claim 1 recites "a polyethyleneglycol (PEG)-lipid conjugate," Claim 1 for each of the '435, '668, and '359 Patents recites "a conjugated lipid that inhibits aggregation of particles." According to the Molar Ratio Patents, PEG-lipid conjugates inhibit aggregation of lipid particles. '069 Patent at 11:56–65 ("The term 'lipid conjugate' refers to a conjugated lipid that inhibits aggregation of lipid particles. Such lipid conjugates include, but are not limited to. . . PEG-lipid conjugates, such as PEG coupled to dialkyloxypropyls, PEG coupled to diacylglycerols, PEG coupled to cholesterol, PEG coupled to phosphatidylethanolamines, PEG conjugated to ceramides (see, e.g., U.S. Pat. No. 5,885,613, the

272

disclosure of which is herein incorporated by reference in its entirety for all purposes), cationic PEG lipids, and mixtures thereof.").

937.    As I explained in my analysis of '378 Patent, Claim 1[d] and '378 Patent, Claim 25 discussed above, Chen '554, Jadhav '218, and MacLachlan '189 each disclosed nucleic acid-lipid particles comprising a PEG-lipid conjugate comprising from 0.5 mol % to 2 mol % of the total lipid present in the particle. *See, e.g.*, §§ XII.C.1.e, XII.C.1.bb, XII.C.2.e, XII.C.2.bb, XII.C.3.e, XII.C.3.bb (analysis for '378 Patent Claim 1[d], '378 Patent Claim 25); Chen '554 at [0092] ("In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054."); Jadhav '218 at [0163] ("In one embodiment, the molar ratio of DMOBA:DSPC:cholesterol:PEG-DMG are 50:20:28:2 respectively, this composition is generally referred to herein as formulation L054 . . ."); MacLachlan '189 at [0152] ("The PEG-lipid conjugate typically comprises from about 0.5 mol % to about 20 mol %, from about 1.5 mol % to about 18 mol %, from about 4 mol % to about 15 mol %, from about 5 mol % to about 12 mol %, or about 2 mol % of the total lipid present in said particle." ), [0351] ("A "2:40:10" (DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 10:48:2:40% molar composition) SNALP formulation was prepared using a Direct Dilution process."); *see also* XII.B.13 (ODP analysis).

### h.    **Conclusion**

938.    For the reasons above presented above, in my opinion Claim 1 of the '668 Patent is rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40 Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

939.    For the reasons above presented above, in my opinion Claim 1 of the '359 Patent is rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40 Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

940.    As I mentioned above, I understand from counsel that Claims 1 and 5 of the '435 Patent were previously found invalid.

> **2.    The nucleic acid-lipid particle of claim 1, wherein the cationic lipid comprises from 50 mol % to 60 mol % of the total lipid present in the particle. ('668 patent Claim 8, '359 patent Claim 7)**

941.    As I explained above, Chen '554, Jadhav '218, and MacLachlan '189 each disclosed nucleic acid-lipid particles comprising cationic lipid from 50 mol % to 60 mol % of the total lipid present in the particle. *See, e.g.*, § XII.D.1.c (analysis for Claim 1 the '435, '668, and '359 Patents); *see also* XII.B.13 (ODP analysis).

942.    For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40 Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

> **3.    "the cholesterol or derivative thereof comprises from 30 mol % to 35/40 mol % of the total lipid present in the particle" ('435 Patent Claim 8, '668 Patent Claim 10, '359 Patent Claim 13)**

943.    Dependent claims of the of the '435, '668, and '359 Patents recites certain ranges of mole percent cholesterol:

| Claim Element | Claim |
|---|---|
| The nucleic acid-lipid particle of claim 5, wherein the cholesterol or derivative thereof comprises from 30 mol % to 40 mol % of the total lipid present in the particle. | '435 patent Claim 8 |
| The nucleic acid-lipid particle of claim 1, wherein the cholesterol or derivative thereof comprises from 30 mol % to 35 mol % of the total lipid present in the particle. | '668 patent Claim 10 '359 patent Claim 13 |

944.    As I explained in my analysis of '378 Patent, Claim 2 discussed above, Chen '554, Jadhav '218, and MacLachlan '189 each disclosed nucleic acid-lipid particles with cholesterol or derivative thereof in a range of mol percentages that overlaps with 30 mol % to 40 mol % or 30 mol % to 35 mol % of the total lipid present in the particle. *See, e.g.*, §§ XII.C.1.f, XII.C.2.f, XII.C.3.f (analysis for '378 Patent Claim 2); Chen '554 at [0199] ("In one embodiment, the cholesterol component of a composition of the invention comprises from about 10% to about 60%, or from about 20% to about 45% of the total lipid present in the formulation."); Jadhav '218 at [0201] ("In one embodiment, the cholesterol component of a composition of the invention comprises from about 10% to about 60%, or from about 20% to about 45% of the total lipid present in the formulation."); MacLachlan '189 at [0012] ("In some embodiments, the nucleic acid-lipid particle further comprises cholesterol at, e.g., about 0 mol % to about 10 mol %, about 2 mol % to about 10 mol %, about 10 mol % to about 60 mol % or about 20 mol % to about 45 mol % of the total lipid present in said particle."). *See also* §§ XII.B.13 (ODP analysis), XII.D.1.f.

945.    For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40

Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

> **4.** **"wherein the phospholipid comprises from [X] mol % to [X] mol % of the total lipid present in the particle" ('435 Patent claim 7, '359 Patent claims 9-12)**

946. Dependent claims of the of the '668 and '359 Patents recites certain ranges of phospholipid mole percent:

| Claim Element | Claim |
|---|---|
| The nucleic acid-lipid particle of claim 5, wherein the phospholipid comprises from 3 mol % to 15 mol % of the total lipid present in the particle. | '435 patent Claim 7 |
| The nucleic acid-lipid particle of claim 1, wherein the phospholipid comprises from 4 mol % to 15 mol % of the total lipid present in the particle. | '359 patent Claim 9 |
| The nucleic acid-lipid particle of claim 1, wherein the phospholipid comprises from 4 mol % to 12 mol % of the total lipid present in the particle. | '359 patent Claim 10 |
| The nucleic acid-lipid particle of claim 1, wherein the phospholipid comprises from 5 mol % to 12 mol % of the total lipid present in the particle. | '359 patent Claim 11 |
| The nucleic acid-lipid particle of claim 1, wherein the phospholipid comprises from 6 mol % to 12 mol % of the total lipid present in the particle. | '359 patent Claim 12 |

947. As I explained in my analysis of '378 Patent, Claim 1[c] discussed above, MacLachlan '189 disclosed nucleic acid-lipid particles wherein phospholipid comprises from 6 mol % to 12 mol % (the narrowest of the overlapping ranges in this set of dependent claims) of the total lipid present in the particle (e.g., 10 mol %). *See, e.g.*, § XII.C.3.d (analysis for '378 Patent Claim 1[c]).

276

948.    Additionally, nucleic acid-lipid particles comprising phospholipid within any of the ranges listed would have been obvious in view of Chen '554 and MacLachlan '189, or Jadhav '218 and MacLachlan '189. *See, e.g.*, §§ XII.C.1.d, XII.C.2.d (analysis for '378 Patent Claim 1[c]); *see also* §§ XII.B.13 (ODP analysis), XII.D.1.e. A POSA could also have arrived at the claimed nucleic acid-lipid particles by routine optimization based on the particles disclosed in Chen '554 and Jadhav '218. *Id.*, § XII.E; *see also* §§ XII.B.13 (ODP analysis); XII.D.1.e.

949.    For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40 Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

> **5.    The nucleic acid-lipid particle of claim 1, wherein the conjugated lipid that inhibits aggregation of particles comprises from 1 mol % to 2 mol % of the total lipid present in the particle.  ('668 patent Claim 15, '359 patent Claim 18)**

950.    As discussed above, the prior art disclosed nucleic acid-lipid particles comprising conjugated lipid in the claimed mol % range (e.g., 2 mol %). *See, e.g.*, §§ XII.C.1.e, XII.C.2.e, XII.C.3.e, XII.C.1.bb, XII.C.2.bb, XII.C.3.bb (analysis for '378 Patent Claim 1[d], '378 patent Claim 25); *see also* §§ XII.B.13 (ODP analysis). XII.D.1.g.

951.    For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40

Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

> **6.**    **The nucleic acid-lipid particle of claim 1, wherein the phospholipid comprises dipalmitoylphosphatidylcholine (DPPC), distearoylphosphatidylcholine (DSPC), or a mixture thereof. ('668 patent Claim 9, '359 patent Claim 8)**

952.    As discussed above, the prior art disclosed nucleic acid-lipid particles comprising dipalmitoylphosphatidylcholine (DPPC), distearoylphosphatidylcholine (DSPC), or a mixture thereof. *See, e.g.*, §§ XII.B.11 (ODP analysis for these claims), XII.C.1.g, XII.C.2.g, XII.C.3.g, XII.C.1.r, XII.C.2.r, XII.C.3.r (analysis for '378 Patent Claim 3, '378 Patent Claim 14).

953.    For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40 Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

> **7.**    **The nucleic acid-lipid particle of claim 1, wherein the conjugated lipid that inhibits aggregation of particles comprises a polyethyleneglycol (PEG)-lipid conjugate. ('668 patent Claim 11, '359 patent Claim 14; *see also* '435 patent Claim 9)**

954.    As discussed above, the prior art disclosed nucleic acid-lipid particles comprising a polyethyleneglycol (PEG)-lipid conjugate. *See, e.g.*, §§ XII.C.1.e, XII.C.2.e, XII.C.3.e (analysis for '378 Patent Claim 1[d]); *see also* § XII.D.1.g.

955.    For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40

278

Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

956. As I mentioned above, I understand from counsel that Claim 9 of the '435 Patent was previously found invalid.

**8.** **The nucleic acid-lipid particle of claim [X], wherein the PEG-lipid conjugate comprises a PEG-diacylglycerol (PEG-DAG) conjugate, a PEG-dialkyloxypropyl (PEG-DAA) conjugate, or a mixture thereof. ('668 patent Claim 12, '359 patent Claim 15, '435 patent Claim 10)**

957. As discussed above, the prior art disclosed nucleic acid-lipid particles comprising a PEG-diacylglycerol (PEG-DAG) conjugate, a PEG-dialkyloxypropyl (PEG-DAA) conjugate, or a mixture thereof. *See, e.g.*, §§ XII.B.6, XII.B.7, (ODP analysis for these claims), XII.C.1.j, XII.C.2.j, XII.C.3.j, XII.C.1.u, XII.C.2.u, XII.C.3.u (analysis for '378 Patent Claim 6, '378 Patent Claim 17).

958. For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40 Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

**9.** **A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 1 and a pharmaceutically acceptable carrier. ('668 patent Claim 17, '359 patent Claim 21)**

959. As discussed above, the prior art disclosed pharmaceutical compositions comprising a nucleic acid-lipid particles and a pharmaceutically acceptable carrier. *See, e.g.*, §§ XII.B.12 (ODP analysis for these claims), XII.C.1.l, XII.C.2.l, XII.C.3.l XII.C.1.y, XII.C.2.y, XII.C.3.y (analysis for '378 Patent Claims 8 and 21).

279

960.    For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40 Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

> **10.    The nucleic acid-lipid particle of claim 1, wherein the nucleic acid is fully encapsulated in the nucleic acid-lipid particle. ('668 patent Claim 16, '359 patent Claim 20, '435 patent Claim 13)**

961.    To the extent the disclosure of the Molar Ratio Patents sufficiently describes and enables lipid vesicles with "fully encapsulated" RNA and that "fully encapsulated" is not indefinite,[90] as discussed above, the prior art disclosed nucleic acid-lipid particles wherein the nucleic acid is "fully encapsulated" in the nucleic acid-lipid particle. *See, e.g.*, §§ XII.B.4 (ODP analysis for these claims), XII.C.1.m, XII.C.1.o, XII.C.1.x, XII.C.1.z, XII.C.2.m, XII.C.2.o, XII.C.2.x, XII.C.2.z, XII.C.3.m, XII.C.3.o, XII.C.3.x, XII.C.3.z (analysis for '378 Patent Claims 9, 11, 20, 22).

962.    For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, and the 2:40 Formulation; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, and the 2:40 Formulation; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554 and Jadhav '218.

---

[90]    I am not taking a position on the level of disclosure required to satisfy the written description and enablement requirements for the Molar Ratio Patents or offering an opinion on whether or not this term is indefinite. I understand from counsel that a different expert for Moderna is providing an opinion on these issues.

**11.    A method for introducing a nucleic acid into a cell, the method comprising: contacting the cell with a nucleic acid-lipid particle of claim 1. ('668 patent Claim 18)**

963.    As discussed above, the prior art disclosed a method for introducing a nucleic acid into a cell, comprising contacting the cell with a nucleic acid-lipid particle. *See, e.g.*, § XII.B.8 (ODP analysis for this claim).

964.    For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, 2:40 Formulation, Heyes 2005; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, the 2:40 Formulation, Heyes 2005; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554, Jadhav '218, Heyes 2005.

**12.    A method for the in vivo delivery of a nucleic acid, the method comprising: administering to a mammalian subject a nucleic acid-lipid particle of claim 1. ('668 patent Claim 19, '435 patent Claim 16)**

965.    As discussed above, the prior art disclosed a method for the in vivo delivery of a nucleic acid, comprising administering to a mammalian subject a nucleic acid-lipid particle. *See, e.g.*, § XII.B.9 (ODP analysis for these claims).

966.    For the reasons above presented above, in my opinion these claims are rendered obvious by Chen '554 alone; rendered obvious by Chen '554 in combination with Semple 1996, the Semple article, 2:40 Formulation, Heyes 2005, Meulien '831; rendered obvious by Jadhav '218; rendered obvious by Jadhav '218 in combination with Semple Article, Semple 1996, the 2:40 Formulation, Heyes 2005, Meulien '831; rendered obvious by MacLachlan '189 alone; and rendered obvious by MacLachlan '189 in combination with Chen '554, Jadhav '218, Heyes 2005, Meulien '831.

E.     **Routine Optimization Based on Various Molar Ratio Ranges Disclosed in the Prior Art**

967.    In my opinion, it would only take routine experimentation for POSA to arrive at the claimed molar ratios based on the teachings of various formulations in the prior art. As discussed above, some of those prior art formulations were demonstrated to work for cellular delivery. *See, e.g.*, §§ XII.B.13, XII.C, XII.D.

968.    A POSA with normal creativity or common sense would have been motivated by scientific curiosity and interest, to explore different formulations of lipid-based nucleic acid delivery systems to generate different physicochemical properties such that it would have been obvious to try different lipid species and different molar ratios. As discussed above and below, the prior art disclosed certain known categories of lipid components (e.g., cationic lipid, cholesterol, PEG-conjugated lipid, phospholipid) in lipid-nucleic acid particles, and varying those components in order to generate lipid-nucleic acid particle formulations optimized according to desired performance.

969.    A POSA would have been motivated to perform routine optimization to arrive at the claimed nucleic acid-lipid particles. Examples of potential applications known at the time include using nucleic acid-lipid particles to deliver nucleic acid in cell culture or as nucleic acid-based drug delivery systems. The desired performance criteria of the particle could vary, depending on the POSA's intended purpose or the payload to be delivered.

970.    The prior art teaches optimizing amounts of lipids in order to achieve desired features of resulting particles and their effects. For example, Semple Article discloses testing various amounts of DODAP (a cationic lipid), at the expense of DSPC (a phospholipid), in order to achieve desired encapsulation results. Semple Article at 158 ("The optimal DODAP concentration for formulation was determined in DSPC [phospholipid]/CH [cholesterol]/DODAP

282

[cationic lipid]/PEGCerC14 vesicles in the presence of 40% ethanol, 2 mg/ml ODN and 10 mg/ml total lipid. The mol% DODAP in the formulation was varied at the expense of DSPC."). Chen '554 and Jadhav '218 teach that assays can be used in order to test resulting particles to find optimized systems. Chen '554 at [0510] ("Using the ERP assay of the present invention, one of skill in the art can assess the impact of the various lipid components (e.g., cationic lipid, neutral lipid, PEG-lipid derivative, PEG-DAG conjugate, ATTA-lipid derivative, calcium, CPLs, cholesterol, etc.) on cell uptake and transfection efficiencies, thereby optimizing the formulated siNA composition. By comparing the ERPs for each of the various formulated molecular compositions, one can readily determine the optimized system, e.g., the formulated molecular composition that has the greatest uptake in the cell coupled with the greatest transfection efficiency."), [0011] ("It is well known in the art that both the composition of the lipid formulation as well as its method of preparation have effect on the structure and size of the resultant anionic macromolecule-cationic lipid aggregate. These factors can be modulated to optimize delivery of polyanions to specific cell types in vitro and in vivo."); *see also, e.g.*, Jadhav '218 at [0010], [0509]. Chen '554 and Jadhav '218 also teach an array of formulations, varying lipids mol percentages as well as specific lipids. *See, e.g.*, Chen '554 at Table IV; Jadhav '218 at Table IV.

971.    The Molar Ratio Patents teach optimizing the concentration of lipid components and characteristics of the conjugated lipid, for example, in order to achieve a desired delivery result and rate at which the nucleic acid-lipid particle is to become fusogenic. '069 Patent at 57:24-46 ("One of ordinary skill in the art will appreciate that the concentration of the lipid conjugate can be varied depending on the lipid conjugate employed and the rate at which the nucleic acid-lipid particle is to become fusogenic. By controlling the composition and

283

concentration of the lipid conjugate, one can control the rate at which the lipid conjugate exchanges out of the nucleic acid-lipid particle and, in turn, the rate at which the nucleic acid-lipid particle becomes fusogenic. For instance, when a PEG-phosphatidylethanolamine conjugate or a PEG-ceramide conjugate is used as the lipid conjugate, the rate at which the nucleic acid-lipid particle becomes fusogenic can be varied, for example, by varying the concentration of the lipid conjugate, by varying the molecular weight of the PEG, or by varying the chain length and degree of saturation of the acyl chain groups on the phosphatidylethanolamine or the ceramide. . . . Other methods which can be used to control the rate at which the nucleic acid-lipid particle becomes fusogenic will become apparent to those of skill in the art upon reading this disclosure."), 49:63–67 ("It will be readily apparent to one of skill in the art that depending on the intended use of the particles, the proportions of the components can be varied and the delivery efficiency of a particular formulation can be measured using, e.g., an endosomal release parameter (ERP) assay.").

### 1.    Overlapping Ranges Creates a Presumption of Obviousness

972.    I understand from counsel that when the ranges of a claimed composition overlap with the ranges disclosed in the prior art, such overlap creates a presumption of obviousness.

973.    A POSA reading the prior art would have recognized that many similar and overlapping formulations were taught in the prior art. For example, Chen '554 discloses various lipid formulations comprising a cationic lipid, a phospholipid, cholesterol, and a PEG-conjugated lipid in the following molar ratios:

284

TABLE IV

Lipid Nanoparticle (LNP) Formulations

| Formulation # | Composition | Molar Ratio |
|---|---|---|
| L051 | CLinDMA/DSPC/Chol/PEG-n-DMG | 48/40/10/2 |
| L053 | DMOBA/DSPC/Chol/PEG-n-DMG | 30/20/48/2 |
| L054 | DMOBA/DSPC/Chol/PEG-n-DMG | 50/20/28/2 |
| L069 | CLinDMA/DSPC/Cholesterol/PEG-Cholesterol | 48/40/10/2 |
| L073 | pCLinDMA or CLin DMA/DMOBA/DSPC/Chol/PEG-n-DMG | 25/25/20/28/2 |
| L077 | eCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L080 | eCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L082 | pCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L083 | pCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L086 | CLinDMA/DSPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol | 43/38/10/2/7 |
| L104 | CLinDMA/DSPC/Cholesterol/2KPEG-cholesterol/Linoleyl alcohol | 43/38/10/2/7 |
| L109 | DMOBA/DSPC/Cholesterol/2KPEG-Chol, N/P ratio of 2 | 50/20/28/2 |

Chen '554, Table IV (excerpted); *see also id.* at [0090] – [0096].

974.    Chen '554 further discloses embodiments with various ranges of the four lipid components. Specifically, it teaches:

- "the cationic lipid component . . . comprises ***from about 2% to about 60%***, from about 5% to about 45%, from about 5% to about 15%, or from about 40% to about 50%,"

- "the neutral lipid component . . . comprises ***from about 5% to about 90%***, or from about 20% to about 85%,"

- "the PEG conjugate . . . comprises ***from about 1% to about 20%***, or from about 4% to about 15%," and

- "the cholesterol component . . . comprises ***from about 10% to about 60%, or from about 20% to about 45%***"

Chen '554 at [0116]–[0119] (emphasis added).

975.    Chen '554 also describes a study testing the efficacy of siNAs targeting HCV RNA, where the siNA sequences were formulated "using formulations L051, L053, and L054,"

285

which comprise a cationic lipid, a phospholipid, cholesterol, and a PEG conjugate in the molar ratio of 48:40:10:2, 30:20:48:2, and 50:20:28:2, respectively. *See* Chen '554 at [0603], Example 10. Specifically, Chen '554 reports that "a dose dependent reduction HCV RNA levels were observed in the active formulated siNA treated cells using formulations L051, L053, and L054," and that "[t]his result indicates that the formulated siRNA compositions are able to enter the cells, and effectively inhibit viral gene expression." *Id.*

976.    Therefore, a POSA reading Chen '554 would have recognized that various ranges of the four lipid components were available. A POSA would have further recognized that at least formulations L051, L053, and L054 were demonstrated to be effective for formulating siNAs for cellular delivery.

977.    Jadhav '218 also discloses exemplary lipid formulations:

### TABLE IV

Lipid Nanoparticle (LNP) Formulations

| Formulation # | Composition | Molar Ratio |
|---|---|---|
| L051 | CLinDMA/DSPC/Chol/PEG-n-DMG | 48/40/10/2 |
| L053 | DMOBA/DSPC/Chol/PEG-n-DMG | 30/20/48/2 |
| L054 | DMOBA/DSPC/Chol/PEG-n-DMG | 50/20/28/2 |
| L069 | CLinDMA/DSPC/Cholesterol/PEG-Cholesterol | 48/40/10/2 |
| L073 | pCLinDMA or CLin DMA/DMOBA/DSPC/Chol/PEG-n-DMG | 25/25/20/28/2 |
| L077 | eCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |
| L080 | eCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L082 | pCLinDMA/DSPC/Cholesterol/2KPEG-DMG | 48/40/10/2 |
| L083 | pCLinDMA/DSPC/Cholesterol/2KPEG-Chol | 48/40/10/2 |

### TABLE IV-continued

Lipid Nanoparticle (LNP) Formulations

| Formulation # | Composition | Molar Ratio |
|---|---|---|
| L199 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG/Linoleyl alcohol, N/P ratio of 2.85 | 43/34/10/6/7 |
| L200 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 50/46/4 |
| L201 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 50/44/6 |
| L206 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 40/56/4 |
| L207 | CLinDMA/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 60/36/4 |
| L208 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 40/10/46/4 |
| L209 | CLinDMA/DOPC/Cholesterol/2KPEG-DMG, N/P ratio of 3.0 | 60/10/26/4 |

Jadhav '218 at Table IV (excerpt); *see also* Jadhav '218 at [0161]–[0165].

978.    Jadhav '218 further discloses that various ranges of lipid components can be used in a four-component lipid particle:

- "the cationic lipid component . . . comprises *from about 2% to about 60%*, from about 5% to about 45%, from about 5% to about 15%, or *from about 40% to about 50%*";

- "the neutral lipid component . . . comprises *from about 5% to about 90%*, or from about 20% to about 85%";

- "the PEG conjugate . . . comprises *from about 1% to about 20%*, or from about 4% to about 15%";

- "the cholesterol component . . . comprises from about 10% to about 60%, or *from about 20% to about 45%*."

*E.g.*, *id.* at [0198]–[0201], [0377]–[0380] (emphases added).

979.    Jadhav '218 further discloses that siRNA compositions "are able to enter the cells, and affectively engage the cellular RNAi machinery" when formulated in formulations L051, L053, and L054, as described in Table IV above. *E.g.*, *id.* at [0707], [0715].

980.    Therefore, a POSA reading Jadhav '218 would have recognized that various ranges of the lipid components and exemplary lipid formulations were available, including, for example, lipid formulations with a molar composition of cationic lipid:phospholipid:cholesterol:PEG-lipid in the ratio of 48:40:10:2, 50:20:28:2, or 60:10:26:4. A POSA would have further recognized that at least formulations L051, L053, and L054 were demonstrated to be effective for formulating siRNAs for cellular delivery.

981.    Additionally, MacLachlan '189 discloses nucleic-acid lipid particles that "comprise a nucleic acid, a cationic lipid, a non-cationic lipid, . . . a PEG-lipid conjugate," and "may further comprise cholesterol." MacLachlan '189 at [0152]. Specifically, MacLachlan '189 teaches that in the nucleic-acid lipid particles:

- "[t]he cationic lipid typically comprises from *about 2 mol % to about 60 mol %*, from about 5 mol % to about 50 mol %, from about 10 mol % to about 45 mol %, from about 20 mol % to about 40 mol %, or from about 30 mol % to about 40 mol %";

- "[t]he non-cationic lipid typically comprises *from about 5 mol % to about 90 mol %*, *from about 10 mol % to about 85 mol %*, from about 20 mol % to about 80 mol %, from about 30 mol % to about 70 mol %, from about 40 mol % to about 60 mol % or about 48 mol %";

287

- "[t]he PEG-lipid conjugate typically comprises *from about 0.5 mol % to about 20 mol %*, *from about 1.5 mol % to about 18 mol %*, from about 4 mol % to about 15 mol %, from about 5 mol % to about 12 mol %, *or about 2 mol %*"; and

- the cholesterol typically comprises from about 0 mol % to about 10 mol %, about 2 mol % to about 10 mol %, *about 10 mol % to about 60 mol %, from about 12 mol % to about 58 mol %, from about 20 mol % to about 55 mol %*, or about 48 mol %."

*Id.* (emphases added.)

982.    After disclosing various ranges of the four lipid components, MacLachlan '189 acknowledges that "[i]t will be readily apparent one of skill in the art that the proportions of the components of the nucleic acid-lipid particles may be varied," and teaches that different ratios may be used for delivery. *Id.* ("For example . . . for local or regional delivery, the cationic lipid may comprise from about 30 mol % to about 50 mol %, or about 40 mol % of the total lipid present in the particle.")

983.    MacLachlan '189 also discloses working examples of nucleic acid-lipid particles. For example, MacLachlan '189 describes a study "demonstrat[ing] the efficacy of liver-targeted anti-ApoB SNALP in lowering total blood-mediated cholesterol level." *Id.* at [0350], Example 13. Specifically, the study used a SNALP formulation with "DSPC:Cholesterol:PEG-C-DMA:DLinDMA, 10:48:2:40% molar composition." *Id.* at [0351], Example 13.

984.    Therefore, a POSA reading MacLachlan '189 would have recognized that various ranges of the four lipid components were available and that it would be "readily apparent" to vary the molar ratios within the ranges depending on, such as, different delivery methods. A POSA would have further recognized that a formulation with cationic lipid:phospholipid:cholesterol:PEG-lipid in the ratio of 40:10:48:2 was demonstrated to work. *See also* Zimmermann 2006 at Abstract, 113 (disclosing a single siRNA injection in a SNALP formulation comprising DLinDMA:DSPC:cholesterol:PEG-C-DMA in a molar ratio of

40:10:48:2 "resulted in dose-dependent silencing of APOB messenger expression in the liver 48h after administrations").

985.    As such, knowing that nucleic acid-lipid particles with a molar composition of cationic lipid:phospholipid:cholesterol:PEG-lipid in the ratio of 48:40:10:2, 30:20:48:2, 50:20:28:2, or 40:10:48:2 would produce a recognized result based on the prior art, a POSA would have found it obvious start with these examples that were demonstrated to form and effective for cellular delivery and adjust the molar ratios of the four lipids components based on the disclosed ranges of the four lipid components in the prior art to arrive at the claimed molar ratios through routine experimentation. *See* § XII.E.2.

986.    A POSA would have also found it obvious to mix and match the molar percentages in these examples, and to formulate, for example, compositions with a molar composition of cationic lipid:phospholipid:cholesterol:PEG-lipid in the ratio of 48:10:40:2 (combining disclosed 48:40:10:2 and 40:10:48:2), or 50:10:38:2 (combining disclosed 50:20:28:2 and 40:10:48:2).

987.    Indeed, as explained above and in §§ XII.B, XII.C, and XII.D, the prior art contains extensive teachings about the molar ratios of the four lipid components, including both specific formulations using different molar ratios and ranges of each of the four lipid components that may be used in a nucleic acid-lipid particle, which supports my opinion that modifications of lipid molar ratios were routine conducted in the field. *See* MacLachlan '189 at [0152] ("It will be readily apparent one of skill in the art that the proportions of the components of the nucleic acid-lipid particles may be varied").

988.    Indeed, the Molar Ratio Patents themselves state that adjustment of lipid molar ratios can be varied:

It will be readily apparent to one of skill in the art that depending on the intended use of the particles, the proportions of the components can be varied and the delivery efficiency of a particular formulation can be measured using, e.g., an endosomal release parameter (ERP) assay.

'069 patent at 49:63–67.

989.    The Molar Ratio Patents specifically state that the proportion of the lipid conjugate (such as, a PEG conjugate) can be varied:

One of ordinary skill in the art will appreciate that the concentration of the lipid conjugate can be varied depending on the lipid conjugate employed and the rate at which the nucleic acid-lipid particle is to become fusogenic.

*Id.* at 57:24–46.

990.    Although I base my opinions on what was known by a POSA, I also considered the invention documents produced by Plaintiffs, which are consistent with my opinion that the Asserted Claims of the Molar Ratio Patents are obvious. For example:

- GENV-00839022, GENV-00839023 at 033 (Sept. 21, 2006 email from named inventor Lloyd Jeffs describing the reformulation project, describing an approach as "Tinker with 2:40 Formulation," which was described in MacLachlan '189); GENV-00063770 (describing approach of performing a "factorial based on the 2:40:10:48 system)

-  GENV-00103704 (describing use of the "statistical DOE models to formulation development," to "optimize composition of lead formulations")

- GENV-00172523 (describing factorial design approach as known since 1926)

- GENV-00084118,  GENV-00084119 (indicating 1:57 formulation was designated in the "2:40-DPPC Factorial" and based on the 2:40 formulation)

- GENV-00084570 (describing reformulation approach, noting a plan to test 15 formulations plus a control, based on +/-25% of the control, and that "making these formulations is easy, however testing them is quite laborious")

- Yaworski Dep. Tr. at 74:14–75:3, 77:13–78:19 (testifying that it took him about a week to come up with the experimental design presented in Table 2 of the '069 patent)

- Yaworski Exs. 4 and 10 (noting Plaintiffs' reasons for reformulation lipid particles in 2006 related to their intellectual property position)

290

991.    As discussed above, the prior art teaches nucleic acid-lipid particles with a variety of molar compositions, which could affect properties of the particles. *See, e.g.*, §§ XII.B.13, XII.C, XII.D; *see also* § XII.E.2. Further, the Molar Ratio Patents themselves acknowledge that "[i]t will be readily apparent to one of skill in the art that depending on the intended use of the particles, the proportions of the components can be varied." *E.g.*, '069 patent at 49:63–65.

### 2.    Modifications of the Prior Art Formulations

992.    The prior art taught that modifying certain lipid components would have been an obvious to a POSA. *See, e.g.*, Joshi at 26:24–46 ("Having been taught the various lipid-plasmid particle formulations suitable for systemic delivery in this example, it would be obvious to one skilled in the art to modify them, for example, for improved plasmid delivery and/or intracellular expression using one or more possible variations. Variations of the following type are suggested: percentage of PEG-lipid; size of PEG; length of hydrophobic (anchor) chain; pH sensitive PEG-lipids; replacement of PEG by ATTA (disclosed in U.S. patent application Ser. No. 60/073852, filed Dec. 2, 1997 bearing TTC Attorney Docket No. 16303-005810, which is assigned to the assignee of the instant invention and incorporated herein by reference); addition of membrane modifying lipids, such as cholesterol or DOPE; use of alternative cationic lipids, such as DMRIE, DOTAP, DOTMA, DODMA, AL-1, etc.; use of fusogenic components, such as pH sensitive lipids, peptides (EALA) SEQ ID NO:2 polymers (PEAA); use of targeting agents; use of DNA condensing peptides (i.e., polylysine or spermine) or polymers (i.e., PEI); use of negatively charged lipids, such as phosphatidylserine; or use of alternative PEG-lipid linkers, such as SPDPs or PDPH (disclosed in U.S. patent application Ser. No. 08/536,584, which is assigned to assignee of the instant invention)."). References cited in my analysis of the Molar Ratio Patents are in the same field involving nucleic acid-lipid formulations. They demonstrate a

291

number of formulations and components that had been described and studied. *See, e.g.*, Chen '554, Table IV, at [0090]–[0096]; Jadhav '218 at Table IV; MacLachlan '189 at [0009]–[0012].

993.    Should Plaintiffs argue that there are unexpected results in the examples of formulations provided in the Molar Ratio Patents, I do not agree that these support the ranges of lipid mole percentages claimed. *See, e.g.*, '069 patent Tables 2 and 4; *see also infra* § XIII.A. I note that the examples shown in the specification do not span the ranges claimed.  For example, those tables do not include 4-component formulations with PEG-conjugated lipid below 1 mol %, nor cationic lipid above 57.1 mol %. *See, e.g.*, '359 Patent Claims 1, 18; '668 Patent Claims 1, 15; '435 Patent all asserted claims; '378 Patent all asserted claims.

> a.    **A POSA would have been motivated to pursue a composition comprising a cationic lipid between 43–50 mol % or between 43–65 mol %.**

994.    As an initial matter, as discussed above, the prior art discloses that nucleic acid-lipid particles with a cationic lipid of 48 mol% and 50 mol % are capable of cellular delivery (*see, e.g.*, Chen '554 at [0603], Example 10; Jadhav '218 at [0707], [0715]; MacLachlan '189 at [0351], Example 13), and that a nucleic acid-lipid particle can comprise, among other ranges, from 2 to 60 mol % of a cationic lipid. *See, e.g.*, Chen '554 at [0116]; Jadhav '218 at [0198], [0377]–[0380]; MacLachlan '189 at [0152].

995.    To the extent that the prior art formulations contain less than 43 mol % of a cationic lipid, a POSA would have recognized it can be desirable to increase the proportion of the cationic lipid. For example, a POSA would have known that increasing the molar ratio of the cationic lipid may facilitate the charge interactions between the cationic lipid (which is positively charged) and the nucleic acid (which is negatively charged), thus increasing encapsulation efficiency. *See* MacLachlan '031 at [0040] ("an electrostatic interaction between the negatively charged nucleic acid and positively charged cationic lipid brings about encapsulation"); Cullis

292

'813 at 23:17–19 ("Nucleic acid is negatively charged and may be combined with a positively charged entity to form a lipid complex or a fully encapsulated stable plasmid-lipid particle."); Li 2007 at 440 ("A multivalent cation is the essential component to condense negatively charged nucleic acid by charge–charge interaction into a small particle. For most of the NP cationic lipids are the key element used to package the DNA. An added advantage of the cationic lipids is that they can bind to negatively charged mammalian cell membranes and induce the uptake of the associated nucleic acid into cells."); Semple Article at Fig. 2 (showing increase encapsulation efficiency as DODAP (a cationic lipid) increases).

996.   A POSA would have also understood that increasing the cationic lipid content could have benefits in some contexts, such as improving encapsulation and transfection efficiency. *See, e.g.*, Semple Article at 153 ("The inclusion of cationic lipids in lipid formulations improves the association with polyanionic nucleic acids. Moreover, the presence of a net positive surface charge on nucleic acid/lipid particles facilitates binding and uptake by cells in vitro").

997.   The Semple Article discloses testing various amounts of cationic lipid, at the expense of phospholipid, in order to achieve desired encapsulation results. Semple Article at 158 ("The optimal DODAP concentration for formulation was determined in DSPC [phospholipid]/CH [cholesterol]/DODAP [cationic lipid]/PEGCerC$_{14}$ vesicles in the presence of 40% ethanol, 2 mg/ml ODN and 10 mg/ml total lipid. The mol% DODAP in the formulation was varied at the expense of DSPC.").

b.   **A POSA would have been motivated to pursue a nucleic acid-lipid particle comprising about or below 2 mol % of PEG-conjugated lipid.**

998.   To the extent that the prior art formulations comprise more than 2 mol % of a PEG-conjugated lipid, a POSA would have recognized it can be desirable to decrease the

proportion of PEG-conjugated lipid to about 2 mol % or below and thus increasing the percentages of other lipid components.

999.    As an initial matter, as discussed above with respect to Claim 1[d] of the '378 Patent, the prior art discloses nucleic acid-lipid particles with PEG-conjugated lipid at mol percentages that overlap or are within 0.1 mol % to 2 mol % of the total lipid in the particle. *See, e.g.*, §§ XII.C.1.e, XII.C.2.e, XII.C.3.e. The prior art also teaches specific formulations comprising 2 mol % of PEG-conjugated lipid that could deliver nucleic acid to cells, including, for example, nucleic acid-lipid particles with a molar composition of cationic lipid:phospholipid:cholesterol:**PEG-lipid** in the ratio of 48:40:10:**2**, 30:20:48:**2**, 50:20:28:**2**, or 40:10:48:**2**. *See* §§ XII.E.1, XII.B.13; *see also, e.g.*, Chen '554 at [0603], Example 10; MacLachlan '189 at [0351], Example 13. The prior art also discloses nucleic acid-lipid particles with a PEG conjugate of "about 2 mol %" were available. *See* §§ XII.E.1, XII.B.13; *see also, e.g.*, MacLachlan '189 at [0152] ("The PEG-lipid conjugate typically comprises from about 0.5 mol % to about 20 mol %, from about 1.5 mol % to about 18 mol %, from about 4 mol % to about 15 mol %, from about 5 mol % to about 12 mol %, or about 2 mol % of the total lipid present in said particle."); Chen '554, Table IV, at [0090]–[0096]; [0120] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation."); Jadhav '218 at [0202] ("In one embodiment, a formulated siNA composition of the invention comprises a cationic lipid component comprising from about 30 to about 50% of the total lipid present in the formulation, a neutral lipid

294

comprising from about 30 to about 50% of the total lipid present in the formulation, and a PEG conjugate (i.e., PEG-DAG, PEG-cholesterol, PEG-DMB) comprising about 0 to about 10% of the total lipid present in the formulation."). Therefore, a POSA would have been motivated to select 2 mol % of PEG-conjugated lipid when formulating nucleic acid-lipid particles.

1000.  Further, a POSA would have recognized that, based on the prior art in the field, that less than 4 mol %, and preferable less than 3 mol % PEG-conjugated lipid can be preferred for functional delivery. *See, e.g.*, WO '152 at 20 ("the present inventors have surprisingly found that liposomes containing more than about 4% of PEG-containing helper lipid(s) are not active, whereas liposomes with less than 4% (preferably less than 3%) do mediate functional delivery").

1001.  As discussed above (e.g., §§ XII.B.13, XII.E.1), such modifications of molar ratios, including the molar ratio of a PEG-conjugated lipid, would have been routine to a POSA. As stated in the Molar Ratio Patents, a POSA would have known how to adjust the mol % of PEG-conjugated lipid:

> One of ordinary skill in the art will appreciate that the concentration of the lipid conjugate can be varied depending on the lipid conjugate employed and the rate at which the nucleic acid-lipid particle is to become fusogenic.
>
> By controlling the composition and concentration of the lipid conjugate, one can control the rate at which the lipid conjugate exchanges out of the nucleic acid-lipid particle and, in turn, the rate at which the nucleic acid-lipid particle becomes fusogenic. For instance, when a PEG-phosphatidylethanolamine conjugate or a PEG-ceramide conjugate is used as the lipid conjugate, the rate at which the nucleic acid-lipid particle becomes fusogenic can be varied, for example, by varying the concentration of the lipid conjugate, by varying the molecular weight of the PEG, or by varying the chain length and degree of saturation of the acyl chain groups on the phosphatidylethanolamine or the ceramide. In addition, other variables including, for example, pH, temperature, ionic strength, etc. can be used to vary and/or control the rate at which the nucleic acid-lipid particle becomes fusogenic. Other methods which can be used to control the rate at which the nucleic acid-lipid particle becomes fusogenic will become apparent to those of skill in the art upon reading this disclosure.

*E.g.*, '069 Patent at 57:24–46; *see also id.* at 49:63–67.

      c.      **A POSA would have been motivated to vary the proportions of cholesterol and phospholipid during optimization**

1002. To the extent prior art formulations comprise less cholesterol content than claimed and more phospholipid content than claimed, a POSA would have been motivated to adjust the amounts of cholesterol and phospholipid based on teachings in the prior art. *See, e.g.*, §§ XII.B.13 (¶¶ 588–600) XII.C.1.d (¶¶ 612–619), XII.C.2.d (717–723), XII.C.3.d (819–826).

1003. For example, as discussed above (see § XII.E.1), a POSA would have recognized that nucleic acid-lipid particles with a molar composition of cationic lipid:phospholipid:cholesterol:PEG-lipid in the ratio of 48:40:10:2, 30:20:48:2, 50:20:28:2, or 40:10:48:2 were demonstrated to form and work for cellular delivery, and it would have been obvious for a POSA to try these examples. *See also* §§ XII.E.2.a, XII.E.2.b. Following these, it would have been obvious for a POSA to vary phospholipid and cholesterol through routine experimentation to arrive at the claimed molar ratios. For example, as discussed above, the prior art teaches that a lipid particle with a molar composition of cationic lipid:phospholipid:cholesterol:PEG-lipid in the ratio of 40:10:48:2 could be made. *See, e.g.*, MacLachlan '189 at [0351]; Zimmerman 2006 at 113; Thomas 2007 at 126.

1004. A POSA would have also been motivated to pursue the claimed molar ratios of a phospholipid and cholesterol based on teachings in the prior art. For example, Regelin 2000, which describes studies of liposomes and lipoplexes with DOTAP analogs either as single components or in combination with either DOPE or cholesterol, teaches that "[i]nclusion of an additional 50 mol% of cholesterol into lipoplexes (finally containing 33 mol % of cholesterol) resulted in a different profile of lipid-mediated transfections." Regelin 2000 at 158. A POSA reading Regelin 2000 would have recognized that inclusion of 33 mol % of cholesterol can improve stability of the liposomes. *Id.* at Table 1; *see also id.* at 160 ("As cholesterol-containing

liposomes are stable, even at RT, cholesterol seems to have a positive influence on bilayer stability. This can be attributed to interactions between the rigid cholesterol molecule and the hydrophobic part of the more flexible cationic lipid.").

1005.   Semple 1996 describes the influence of cholesterol on the plasmas clearance of liposomes comprising DSPC and cholesterol. Semple 1996 at 2523, Figure 3. A POSA reading Semple 1996, and specifically Figure 3 therein, would have recognized that the liposome recovery was at the highest with a molar composition of cholesterol:DSPC in the ratios of 4:6 and 3:7, then 5:5, and notably decreased when the cholesterol content decreased (i.e., when cholesterol:DSPC is 2:8, 1:9, or when there is no cholesterol at all). *Id.*, Figure 3. As Semple 1996 explains, "[a]n increase in the membrane cholesterol content" resulted in "reduction in protein binding," which "correlates well with the significant increase in the circulatory lifetimes of DSPC:CHOL liposomes." Semple 1996 at 2523.

1006.   A POSA would consider the prior art that I discuss above and through this report.

## XIII.   ALLEGED SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS

1007.   I have reviewed Plaintiffs' response to Moderna's Interrogatory No. 6 regarding secondary considerations of non-obviousness. They do not alter my opinion regarding the obviousness of the Asserted Claims of the Patents-in-Suit.

1008.   I understand from counsel that Plaintiffs have identified alleged evidence of (1) unexpected results, (2) copying, (3) long-felt need and failure of others, (4) skepticism, (5) praise and acceptance in the field, (6) commercial success and licensing. I have reviewed and considered Plaintiffs' alleged evidence for each. *See* Genevant's 11th Supp. Resp. to Moderna's 1st Set of Interrogatories at 142–169; Arbutus's 10th Supp. Resp. to Moderna's 1st Set of Interrogatories at 116–142. These secondary considerations do not alter the opinions I set forth in this report about the Patents-in-Suit. I explain my views and provide examples of this below.

297