# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-252-JDW |
| MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## EXHIBIT QQ TO DECLARATION OF YAN-XIN LI IN SUPPORT OF MODERNA'S *DAUBERT* REPLY

I, Yan-Xin Li, hereby declare and state as follows:

1. I am over the age of eighteen and, if called as a witness, could competently testify to the matters set forth herein.

2. I am an attorney at Kirkland & Ellis LLP, and counsel to Defendants and Counterclaim-Plaintiffs Moderna, Inc. and ModernaTX, Inc. ("Moderna") in this matter.

3. I make this declaration in support of Moderna's *Daubert* Reply.

4. Attached as Exhibit QQ is a true and correct copy of excerpts from the April 9, 2025 Sur-Reply Expert Report of Owen Shea Fenton, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

1

EXECUTED in San Francisco, California, this 5th day of December 2025.

<u>/s/ Yan-Xin Li</u><br>
Yan-Xin Li