# EXHIBIT QQ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. <br><br>――――――― <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | C.A. No. 22-252-MSG <br><br> **CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES BY THE PARTIES** |

## <u>SUR-REPLY EXPERT REPORT OF OWEN SHEA FENTON, PHD</u>

Dated: April 9, 2025

*Owen S. Fenton*
_____

processing steps that the samples had undergone did not affect the lipid compositions of the LNPs in the formulation. Further, without this lipid content testing, it is impossible to determine whether the lipid content results obtained after Dr. Schuster's reply testing would mirror the results obtained after Dr. Schuster's opening testing. If they did not, that would be a clear sign that this additional testing is not representative of the testing presented in Dr. Schuster's opening report and therefore could not support Dr. Schuster's conclusion that "the sample preparation and UC methodology described in [his] Opening Report do not cause particle change or disruption." Shuster Reply ¶110. In fact, the differences (or lack thereof) that he presents in his additional reply testing with respect to the NTA and DLS measures are not consistent with the differences seen in his initial set of testing (even if Dr. Schuster's own calculations are considered).[1] Yet, Dr. Schuster chose to omit lipid content testing from his reply report.

10.    Fourth, despite the critiques expressed in my Rebuttal Report, Dr. Schuster still has not demonstrated that the LNPs being measured in his experiments actually comprise mRNA. As laid out in Section IV of my Rebuttal Report, all asserted claims of the Molar Ratio Patents require the presence of nucleic acid, RNA, or mRNA. Yet, Dr. Schuster makes no effort to show that there is mRNA in the LNPs being tested. In fact, he has not even presented the same type of UV analysis in his additional reply testing as that he presented in his opening report (the problems with which I describe in my Rebuttal Report).

11.    Finally, the NTA and DLS measurements are not sufficient to "demonstrate" that "the sample preparation and UC methodology described in [his] Opening Report do not cause particle change or disruption," as Dr. Schuster contends. Schuster Reply ¶110. At best, when taken

---

[1]    I also note that whereas Dr. Schuster reports z-average measurements of 135.19 nm and 134.11 nm for the native and ultra-centrifuged samples, respectively, the Certificate of Analysis for lot 7036623031 reports a particle size of 117 nm. MRNA-GEN-01551972 at 973.

at face value, Dr. Schuster's additional testing shows that the processing described in Exhibit 7 did not change the average particle size or concentration. But that does not mean that there were *no* changes to the LNPs in the composition. For example, to the extent there was any rearrangement of the lipids in the particles, that would not be captured by these measurements. Again, I find it odd that Dr. Schuster did not repeat the lipid composition testing as part of this new analysis, despite lipid content being a key set of limitations in the Molar Ratio Patents.

## III.    SUPPLEMENTATION

12.    I reserve the right to amend or supplement my report if additional information is made available to me. I expressly reserve the right to expand, supplement, and/or modify my opinions in response to any additional information that becomes available, including any matters raised by Plaintiffs, opinions provided by Plaintiffs' experts, or any other new testimony or materials generated in further discovery proceedings or presented at trial.