# EXHIBIT DD

## Redacted in its Entirety