# EXHIBIT EE

| Row Labels | Average of PEG2000-DMG molar ratio [%] | StdDev of PEG2000-DMG molar ratio [%] | Average of Cholesterol molar ratio [%] | StdDev of Cholesterol molar ratio [%] | Average of DSPC molar ratio [%] | StdDev of DSPC molar ratio [%] | Average of SM-102 molar ratio [%] | StdDev of SM-102 molar ratio [%] |
|---|---|---|---|---|---|---|---|---|
| 010L21A_F01 | 1.8 | 0.1 | 36.5 | 0.3 | 9.3 | 0.1 | 52.4 | 0.2 |
| 010L21A_F02 | 1.9 | 0.1 | 36.8 | 0.5 | 9.9 | 0.3 | 51.3 | 0.8 |
| 010L21A_F03 | 1.7 | 0.0 | 35.1 | 0.4 | 9.3 | 0.1 | 53.9 | 0.4 |
| 010L21A_F04 | 1.8 | 0.0 | 33.9 | 0.2 | 9.4 | 0.1 | 54.9 | 0.2 |
| 010L21A_F05 | 2.0 | 0.0 | 33.9 | 0.2 | 9.3 | 0.0 | 54.8 | 0.2 |
| 010L21A_F06 | 2.4 | 0.0 | 35.4 | 1.2 | 9.9 | 0.1 | 52.3 | 1.1 |
| 010L21A_F07 | 2.5 | 0.0 | 37.0 | 1.2 | 10.3 | 0.1 | 50.2 | 1.1 |
| 010L21A_F08 | 2.7 | 0.0 | 38.8 | 1.0 | 11.1 | 0.1 | 47.4 | 0.8 |
| 010L21A_F09 | 2.6 | 0.1 | 41.8 | 1.0 | 11.6 | 0.2 | 44.1 | 0.9 |
| 010L21A_F10 | 2.4 | 0.1 | 41.7 | 1.1 | 12.8 | 0.2 | 43.1 | 0.9 |
| 010L21A_native_2-fold | 7.4 | 0.7 | 16.6 | 1.1 | 2.2 | 1.3 | 73.8 | 1.6 |
| Grand Total | 2.7 | 1.6 | 35.3 | 6.6 | 9.6 | 2.6 | 52.5 | 7.9 |

| Sample | PEG2000-DMG [%] | Cholesterol [%] | DSPC [%] | SM-102 [%] |
|---|---|---|---|---|
| 010L21A_F01 | 1.8 ± 0.1 | 36.5 ± 0.3 | 9.3 ± 0.1 | 52.4 ± 0.2 |
| 010L21A_F02 | 1.9 ± 0.1 | 36.8 ± 0.5 | 9.9 ± 0.3 | 51.3 ± 0.8 |
| 010L21A_F03 | 1.7 ± 0 | 35.1 ± 0.4 | 9.3 ± 0.1 | 53.9 ± 0.4 |
| 010L21A_F04 | 1.8 ± 0 | 33.9 ± 0.2 | 9.4 ± 0.1 | 54.9 ± 0.2 |
| 010L21A_F05 | 2 ± 0 | 33.9 ± 0.2 | 9.3 ± 0 | 54.8 ± 0.2 |
| 010L21A_F06 | 2.4 ± 0 | 35.4 ± 1.2 | 9.9 ± 0.1 | 52.3 ± 1.1 |
| 010L21A_F07 | 2.5 ± 0 | 37 ± 1.2 | 10.3 ± 0.1 | 50.2 ± 1.1 |
| 010L21A_F08 | 2.7 ± 0 | 38.8 ± 1 | 11.1 ± 0.1 | 47.4 ± 0.8 |
| 010L21A_F09 | 2.6 ± 0.1 | 41.8 ± 1 | 11.6 ± 0.2 | 44.1 ± 0.9 |
| 010L21A_F10 | 2.4 ± 0.1 | 41.7 ± 1.1 | 12.8 ± 0.2 | 43.1 ± 0.9 |
| 010L21A_native_2-fold | 7.4 ± 0.7 | 16.6 ± 1.1 | 2.2 ± 1.3 | 73.8 ± 1.6 |

| Row Labels | Average of PEG | StdDev of PEG | Average of Chol | StdDev of Chol | Average of DSPC | StdDev of DSPC | Average of SM | StdDev of SM-102 molar |
|---|---|---|---|---|---|---|---|---|
| 010L21A_backup_fraction_F01 | 1.4 | 0.0 | 37.4 | 0.9 | 9.2 | 0.2 | 52.0 | 1.0 |
| 010L21A_backup_fraction_F02 | 1.7 | 0.0 | 37.3 | 0.6 | 9.6 | 0.0 | 51.4 | 0.6 |
| 010L21A_backup_fraction_F03 | 1.7 | 0.1 | 37.0 | 0.8 | 9.7 | 0.2 | 51.5 | 0.6 |
| 010L21A_backup_fraction_F04 | 1.8 | 0.0 | 35.3 | 0.6 | 9.6 | 0.1 | 53.3 | 0.5 |
| 010L21A_backup_fraction_F05 | 1.9 | 0.0 | 34.6 | 1.0 | 9.6 | 0.1 | 54.0 | 0.9 |
| 010L21A_backup_fraction_F06 | 2.1 | 0.1 | 35.0 | 1.2 | 9.7 | 0.2 | 53.2 | 1.0 |
| 010L21A_backup_fraction_F07 | 2.2 | 0.0 | 36.6 | 1.2 | 10.4 | 0.1 | 50.7 | 1.1 |
| 010L21A_backup_fraction_F08 | 2.3 | 0.0 | 38.6 | 1.5 | 11.2 | 0.0 | 47.9 | 1.4 |
| 010L21A_backup_fraction_F09 | 2.3 | 0.0 | 41.2 | 0.5 | 11.5 | 0.1 | 45.0 | 0.5 |
| 010L21A_backup_fraction_F10 | 3.7 | 0.2 | 50.2 | 1.0 | 16.9 | 0.4 | 29.2 | 1.6 |
| 010L21A_backup_fraction_native | 5.2 | 0.2 | 15.8 | 0.8 | 5.2 | 0.4 | 73.9 | 1.3 |
| Grand Total | 2.4 | 1.1 | 36.3 | 7.8 | 10.2 | 2.7 | 51.1 | 10.0 |

| Sample | PEG2000-DMG [%] | Cholesterol [%] | DSPC [%] | SM-102 [%] |
|---|---|---|---|---|
| 010L21A_backup_fraction_F01 | 1.4 ± 0 | 37.4 ± 0.9 | 9.2 ± 0.2 | 52 ± 1 |
| 010L21A_backup_fraction_F02 | 1.7 ± 0 | 37.3 ± 0.6 | 9.6 ± 0 | 51.4 ± 0.6 |
| 010L21A_backup_fraction_F03 | 1.7 ± 0.1 | 37 ± 0.8 | 9.7 ± 0.2 | 51.5 ± 0.6 |
| 010L21A_backup_fraction_F04 | 1.8 ± 0 | 35.3 ± 0.6 | 9.6 ± 0.1 | 53.3 ± 0.5 |
| 010L21A_backup_fraction_F05 | 1.9 ± 0 | 34.6 ± 1 | 9.6 ± 0.1 | 54 ± 0.9 |
| 010L21A_backup_fraction_F06 | 2.1 ± 0.1 | 35 ± 1.2 | 9.7 ± 0.2 | 53.2 ± 1 |
| 010L21A_backup_fraction_F07 | 2.2 ± 0 | 36.6 ± 1.2 | 10.4 ± 0.1 | 50.7 ± 1.1 |
| 010L21A_backup_fraction_F08 | 2.3 ± 0 | 38.6 ± 1.5 | 11.2 ± 0 | 47.9 ± 1.4 |
| 010L21A_backup_fraction_F09 | 2.3 ± 0 | 41.2 ± 0.5 | 11.5 ± 0.1 | 45 ± 0.5 |
| 010L21A_backup_fraction_F10 | 3.7 ± 0.2 | 50.2 ± 1 | 16.9 ± 0.4 | 29.2 ± 1.6 |
| 010L21A_backup_fraction_native | 5.2 ± 0.2 | 15.8 ± 0.8 | 5.2 ± 0.4 | 73.9 ± 1.3 |

| Row Labels | Average of PEG | StdDev of PEG | Average of Chol | StdDev of Chol | Average of DSPC | StdDev of DSPC | Average of SM | StdDev of SM-102 molar |
|---|---|---|---|---|---|---|---|---|
| 010L21A_native_4-fold | 2.4 | 0.0 | 36.7 | 0.6 | 9.3 | 0.4 | 51.6 | 0.2 |
| 013H23_F01 | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 013H23_F02 | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 013H23_F03 | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 013H23_F04 | 3.5 | 0.5 | 20.4 | 2.0 | 8.6 | 0.1 | 67.5 | 1.5 |
| 013H23_F05 | 2.2 | 0.0 | 30.8 | 0.5 | 8.8 | 0.1 | 58.2 | 0.4 |
| 013H23_F06 | 2.3 | 0.0 | 33.2 | 0.1 | 9.3 | 0.0 | 55.2 | 0.1 |
| 013H23_F07 | 2.6 | 0.0 | 34.9 | 0.2 | 9.9 | 0.2 | 52.7 | 0.3 |
| 013H23_F08 | 2.8 | 0.0 | 36.7 | 0.5 | 11.4 | 0.1 | 49.1 | 0.5 |
| 013H23_F09 | 2.7 | 0.0 | 39.1 | 0.2 | 12.2 | 0.1 | 46.0 | 0.1 |
| 013H23_F10 | 3.3 | 0.1 | 42.6 | 0.5 | 14.8 | 0.1 | 39.3 | 0.7 |
| 013H23_native_4-fold | 2.5 | 0.0 | 36.5 | 0.3 | 8.7 | 0.2 | 52.3 | 0.4 |

| Sample | PEG2000-DMG [%] | Cholesterol [%] | DSPC [%] | SM-102 [%] |
|---|---|---|---|---|
| 010L21A_native_4-fold | 2.4 ± 0 | 36.7 ± 0.6 | 9.3 ± 0.4 | 51.6 ± 0.2 |
| 013H23_F01 | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 013H23_F02 | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 013H23_F03 | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 013H23_F04 | 3.5 ± 0.5 | 20.4 ± 2 | 8.6 ± 0.1 | 67.5 ± 1.5 |
| 013H23_F05 | 2.2 ± 0 | 30.8 ± 0.5 | 8.8 ± 0.1 | 58.2 ± 0.4 |
| 013H23_F06 | 2.3 ± 0 | 33.2 ± 0.1 | 9.3 ± 0 | 55.2 ± 0.1 |
| 013H23_F07 | 2.6 ± 0 | 34.9 ± 0.2 | 9.9 ± 0.2 | 52.7 ± 0.3 |
| 013H23_F08 | 2.8 ± 0 | 36.7 ± 0.5 | 11.4 ± 0.1 | 49.1 ± 0.5 |
| 013H23_F09 | 2.7 ± 0 | 39.1 ± 0.2 | 12.2 ± 0.1 | 46 ± 0.1 |
| 013H23_F10 | 3.3 ± 0.1 | 42.6 ± 0.5 | 14.8 ± 0.1 | 39.3 ± 0.7 |

| Row Labels | Average of PEG | StdDev of PEG | Average of Chol | StdDev of Chol | Average of DSPC | StdDev of DSPC | Average of SM | StdDev of SM-102 molar |
|---|---|---|---|---|---|---|---|---|
| 006H23A_F01 | 1.4 | 0.1 | 26.9 | 0.9 | 8.7 | 0.1 | 63.0 | 0.8 |
| 006H23A_F02 | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 006H23A_F03 | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |

| Sample | PEG2000-DMG [%] | Cholesterol [%] | DSPC [%] | SM-102 [%] |
|---|---|---|---|---|
| 006H23A_F01 | 1.4 ± 0.1 | 26.9 ± 0.9 | 8.7 ± 0.1 | 63 ± 0.8 |
| 006H23A_F02 | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 006H23A_F03 | #VALUE! | #VALUE! | #VALUE! | #VALUE! |

| Row Labels | Average of PEG | StdDev of PEG | Average of Chol | StdDev of Chol | Average of DSPC | StdDev of DSPC | Average of SM-102 | StdDev of SM-102 |
|---|---|---|---|---|---|---|---|---|
| 006H23A_F04 | 2.1 | 0.1 | 26.8 | 1.0 | 8.7 | 0.1 | 62.4 | 0.9 |
| 006H23A_F05 | 2.1 | 0.0 | 31.7 | 0.1 | 8.6 | 0.1 | 57.6 | 0.1 |
| 006H23A_F06 | 2.3 | 0.0 | 33.8 | 0.2 | 9.1 | 0.1 | 54.7 | 0.3 |
| 006H23A_F07 | 2.6 | 0.0 | 34.5 | 0.7 | 9.6 | 0.1 | 53.3 | 0.8 |
| 006H23A_F08 | 3.0 | 0.1 | 37.1 | 0.5 | 11.1 | 0.1 | 48.8 | 0.6 |
| 006H23A_F09 | 2.6 | 0.0 | 39.9 | 0.0 | 12.2 | 0.1 | 45.4 | 0.1 |
| 006H23A_F10 | 3.3 | 0.1 | 42.5 | 0.5 | 16.5 | 0.3 | 37.7 | 0.9 |
| 006H23A_native_4-fold | 2.4 | 0.0 | 37.5 | 0.3 | 8.5 | 0.3 | 51.6 | 0.3 |

| Sample | PEG2000-DMG [%] | Cholesterol [%] | DSPC [%] | SM-102 [%] |
|---|---|---|---|---|
| 006H23A_F04 | 2.1 ± 0.1 | 26.8 ± 1 | 8.7 ± 0.1 | 62.4 ± 0.9 |
| 006H23A_F05 | 2.1 ± 0 | 31.7 ± 0.1 | 8.6 ± 0.1 | 57.6 ± 0.1 |
| 006H23A_F06 | 2.3 ± 0 | 33.8 ± 0.2 | 9.1 ± 0.1 | 54.7 ± 0.3 |
| 006H23A_F07 | 2.6 ± 0 | 34.5 ± 0.7 | 9.6 ± 0.1 | 53.3 ± 0.8 |
| 006H23A_F08 | 3 ± 0.1 | 37.1 ± 0.5 | 11.1 ± 0.1 | 48.8 ± 0.6 |
| 006H23A_F09 | 2.6 ± 0 | 39.9 ± 0 | 12.2 ± 0.1 | 45.4 ± 0.1 |
| 006H23A_F10 | 3.3 ± 0.1 | 42.5 ± 0.5 | 16.5 ± 0.3 | 37.7 ± 0.9 |
| 006H23A_native_4-fold | 2.4 ± 0 | 37.5 ± 0.3 | 8.5 ± 0.3 | 51.6 ± 0.3 |

| Row Labels | Average of PEG | StdDev of PEG | Average of Chol | StdDev of Chol | Average of DSPC | StdDev of DSPC | Average of SM-102 | StdDev of SM-102 |
|---|---|---|---|---|---|---|---|---|
| 031H23A_native_3-fold | 2.8 | 0.0 | 41.7 | 0.2 | 3.6 | 0.2 | 51.9 | 0.3 |
| 031H23A_native_4-fold | 2.6 | 0.0 | 38.7 | 0.2 | 9.7 | 0.4 | 49.1 | 0.2 |
| AR5186C_F01 | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| AR5186C_F02 | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| AR5186C_F03 | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| AR5186C_F04 | 1.7 | 0.1 | 31.1 | 0.2 | 10.3 | 0.2 | 56.8 | 0.3 |
| AR5186C_F05 | 2.0 | 0.0 | 33.8 | 0.4 | 10.0 | 0.1 | 54.1 | 0.5 |
| AR5186C_F06 | 2.4 | 0.0 | 36.1 | 0.2 | 10.5 | 0.1 | 51.0 | 0.2 |
| AR5186C_F07 | 2.4 | 0.0 | 37.4 | 0.2 | 11.1 | 0.1 | 49.0 | 0.2 |
| AR5186C_F08 | 2.5 | 0.0 | 39.4 | 0.2 | 12.1 | 0.2 | 46.0 | 0.4 |
| AR5186C_F09 | 2.7 | 0.0 | 42.3 | 0.3 | 12.7 | 0.0 | 42.3 | 0.3 |
| AR5186C_F10 | 3.7 | 0.2 | 47.4 | 0.8 | 20.4 | 0.8 | 28.4 | 1.7 |
| AR5186C_native_3-fold | 2.7 | 0.0 | 42.5 | 0.2 | 3.2 | 0.4 | 51.6 | 0.3 |
| AR5186C_native_4-fold | 2.5 | 0.0 | 39.4 | 0.3 | 9.7 | 0.5 | 48.3 | 0.4 |

| Sample | PEG2000-DMG [%] | Cholesterol [%] | DSPC [%] | SM-102 [%] |
|---|---|---|---|---|
| 031H23A_native_3-fold | 2.8 ± 0 | 41.7 ± 0.2 | 3.6 ± 0.2 | 51.9 ± 0.3 |
| 031H23A_native_4-fold | 2.6 ± 0 | 38.7 ± 0.2 | 9.7 ± 0.4 | 49.1 ± 0.2 |
| AR5186C_F01 | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| AR5186C_F02 | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| AR5186C_F03 | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| AR5186C_F04 | 1.7 ± 0.1 | 31.1 ± 0.2 | 10.3 ± 0.2 | 56.8 ± 0.3 |
| AR5186C_F05 | 2 ± 0 | 33.8 ± 0.4 | 10 ± 0.1 | 54.1 ± 0.5 |
| AR5186C_F06 | 2.4 ± 0 | 36.1 ± 0.2 | 10.5 ± 0.1 | 51 ± 0.2 |
| AR5186C_F07 | 2.4 ± 0 | 37.4 ± 0.2 | 11.1 ± 0.1 | 49 ± 0.2 |
| AR5186C_F08 | 2.5 ± 0 | 39.4 ± 0.2 | 12.1 ± 0.2 | 46 ± 0.4 |
| AR5186C_F09 | 2.7 ± 0 | 42.3 ± 0.3 | 12.7 ± 0 | 42.3 ± 0.3 |
| AR5186C_F10 | 3.7 ± 0.2 | 47.4 ± 0.8 | 20.4 ± 0.8 | 28.4 ± 1.7 |
| AR5186C_native_3-fold | 2.7 ± 0 | 42.5 ± 0.2 | 3.2 ± 0.4 | 51.6 ± 0.3 |
| AR5186C_native_4-fold | 2.5 ± 0 | 39.4 ± 0.3 | 9.7 ± 0.5 | 48.3 ± 0.4 |

| Row Labels | Average of PEG | StdDev of PEG | Average of Chol | StdDev of Chol | Average of DSPC | StdDev of DSPC | Average of SM-102 | StdDev of SM-102 |
|---|---|---|---|---|---|---|---|---|
| 006H23A_native_3-fold | 2.6 | 0.0 | 41.3 | 0.1 | 4.1 | 0.1 | 52.0 | 0.1 |
| 006H23A_native_4-fold | 2.4 | 0.0 | 37.9 | 0.5 | 10.4 | 0.4 | 49.3 | 0.2 |
| 027J23a_F01 | 2.6 | 0.1 | 36.9 | 0.6 | 15.0 | 0.7 | 45.5 | 1.2 |
| 027J23a_F02 | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 027J23a_F03 | 4.4 | 1.0 | 31.2 | 0.4 | 20.6 | 3.7 | 43.7 | 4.4 |
| 027J23a_F04 | 2.0 | 0.0 | 33.4 | 0.2 | 10.7 | 0.1 | 53.8 | 0.3 |
| 027J23a_F05 | 2.0 | 0.0 | 34.7 | 0.3 | 10.0 | 0.0 | 53.3 | 0.3 |
| 027J23a_F06 | 2.4 | 0.0 | 36.0 | 0.2 | 10.2 | 0.1 | 51.5 | 0.1 |
| 027J23a_F07 | 2.6 | 0.0 | 37.2 | 0.2 | 10.9 | 0.0 | 49.2 | 0.2 |
| 027J23a_F08 | 2.8 | 0.0 | 39.7 | 0.3 | 12.8 | 0.1 | 44.8 | 0.3 |
| 027J23a_F09 | 2.8 | 0.0 | 41.4 | 0.2 | 13.7 | 0.1 | 42.2 | 0.1 |
| 027J23a_F10 | 3.3 | 0.1 | 43.6 | 0.7 | 17.6 | 0.3 | 35.5 | 1.1 |
| 027J23a_native_3-fold | 2.6 | 0.0 | 41.6 | 0.1 | 3.8 | 0.1 | 51.9 | 0.1 |
| 027J23a_native_4-fold | 2.4 | 0.0 | 38.2 | 0.1 | 10.6 | 0.1 | 48.8 | 0.2 |

| Sample | PEG2000-DMG [%] | Cholesterol [%] | DSPC [%] | SM-102 [%] |
|---|---|---|---|---|
| 006H23A_native_3-fold | 2.6 ± 0 | 41.3 ± 0.1 | 4.1 ± 0.1 | 52 ± 0.1 |
| 006H23A_native_4-fold | 2.4 ± 0 | 37.9 ± 0.5 | 10.4 ± 0.4 | 49.3 ± 0.2 |
| 027J23a_F01 | 2.6 ± 0.1 | 36.9 ± 0.6 | 15 ± 0.7 | 45.5 ± 1.2 |
| 027J23a_F02 | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 027J23a_F03 | 4.4 ± 1 | 31.2 ± 0.4 | 20.6 ± 3.7 | 43.7 ± 4.4 |
| 027J23a_F04 | 2 ± 0 | 33.4 ± 0.2 | 10.7 ± 0.1 | 53.8 ± 0.3 |
| 027J23a_F05 | 2 ± 0 | 34.7 ± 0.3 | 10 ± 0 | 53.3 ± 0.3 |
| 027J23a_F06 | 2.4 ± 0 | 36 ± 0.2 | 10.2 ± 0.1 | 51.5 ± 0.1 |
| 027J23a_F07 | 2.6 ± 0 | 37.2 ± 0.2 | 10.9 ± 0 | 49.2 ± 0.2 |
| 027J23a_F08 | 2.8 ± 0 | 39.7 ± 0.3 | 12.8 ± 0.1 | 44.8 ± 0.3 |
| 027J23a_F09 | 2.8 ± 0 | 41.4 ± 0.2 | 13.7 ± 0.1 | 42.2 ± 0.1 |
| 027J23a_F10 | 3.3 ± 0.1 | 43.6 ± 0.7 | 17.6 ± 0.3 | 35.5 ± 1.1 |
| 027J23a_native_3-fold | 2.6 ± 0 | 41.6 ± 0.1 | 3.8 ± 0.1 | 51.9 ± 0.1 |
| 027J23a_native_4-fold | 2.4 ± 0 | 38.2 ± 0.1 | 10.6 ± 0.1 | 48.8 ± 0.2 |

| Row Labels | Average of PEG | StdDev of PEG | Average of Chol | StdDev of Chol | Average of DSPC | StdDev of DSPC | Average of SM-102 | StdDev of SM-102 |
|---|---|---|---|---|---|---|---|---|
| 023J23A_F01 | 1.6 | 0.0 | 36.2 | 0.5 | 11.1 | 0.2 | 51.1 | 0.7 |
| 023J23A_F02 | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 023J23A_F03 | 2.7 | 0.1 | 35.6 | 0.6 | 12.3 | 0.2 | 49.5 | 0.9 |
| 023J23A_F04 | 2.1 | 0.0 | 34.0 | 0.2 | 10.4 | 0.0 | 53.5 | 0.2 |
| 023J23A_F05 | 2.2 | 0.0 | 34.8 | 0.1 | 10.2 | 0.0 | 52.9 | 0.1 |

| Sample | PEG2000-DMG [%] | Cholesterol [%] | DSPC [%] | SM-102 [%] |
|---|---|---|---|---|
| 023J23A_F01 | 1.6 ± 0 | 36.2 ± 0.5 | 11.1 ± 0.2 | 51.1 ± 0.7 |
| 023J23A_F02 | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 023J23A_F03 | 2.7 ± 0.1 | 35.6 ± 0.6 | 12.3 ± 0.2 | 49.5 ± 0.9 |
| 023J23A_F04 | 2.1 ± 0 | 34 ± 0.2 | 10.4 ± 0 | 53.5 ± 0.2 |
| 023J23A_F05 | 2.2 ± 0 | 34.8 ± 0.1 | 10.2 ± 0 | 52.9 ± 0.1 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **023J23A_native_4-fold** | **2.5** | **0.0** | **39.3** | **0.5** | **9.0** | **0.6** | **49.1** | **0.5** | 023J23A_native_4-fold | 2.5 ± 0 | 39.3 ± 0.5 | 9 ± 0.6 | 49.1 ± 0.5 |