# EXHIBIT HH

**Redacted in its Entirety**