# EXHIBIT KK

| | |
|---|---|
| **From:** | JJ Schariter II [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=71C034FA12E6491886A8F5C9E7C8B4E2-JOE SCHARIT] |
| **Sent:** | 10/4/2020 9:30:04 PM |
| **To:** | Don Parsons [donald.parsons@modernatx.com] |
| **Subject:** | Re: mRNA-1273 Compositional Heterogeneity Study |

Sounds good to me.

Get Outlook for iOS

---

**From:** Don Parsons <Donald.Parsons@modernatx.com>
**Sent:** Sunday, October 4, 2020 1:37:15 PM
**To:** JJ Schariter II <joe.schariter@modernatx.com>
**Subject:** RE: mRNA-1273 Compositional Heterogeneity Study

Hi JJ,
Can we make this a topic of our 1-1? Totally understand and appreciate the scientific motivation for this study; I'd like to think through the potential outcomes and implications for what we hope will soon be a commercial product. What could we learn that will help support our registration and ongoing manufacturing efforts or, on the other hand, pose uncomfortable questions.

Thanks,
Don

VP, Early Technical Development and LNP Process Development

---

**From:** JJ Schariter II <joe.schariter@modernatx.com>
**Sent:** Friday, October 2, 2020 10:42 AM
**To:** Don Parsons <Donald.Parsons@modernatx.com>; Michael Smith <mike.smith@modernatx.com>; Mike Collier <Michael.Collier@modernatx.com>; Flaviu Gruia <Flaviu.Gruia@modernatx.com>; Christopher Kohanski <Christopher.Kohanski@modernatx.com>; Huijuan Li <Huijuan.Li@modernatx.com>; Joan Guo <Joan.Guo@modernatx.com>; Caitlin Crandall <Caitlin.Crandall@modernatx.com>
**Cc:** JJ team <JJteam@modernatx.com>; Jeffrey Smith <Jeffrey.Smith@modernatx.com>
**Subject:** mRNA-1273 Compositional Heterogeneity Study

All,

I would like to run a comprehensive study on the compositional heterogeneity of several mRNA-1273 batches. We will draft a protocol for the testing soon, but would like to get some guidance on material availability. We also would like to pull just frozen material at -80C fore better comparability. I was thinking of the below formulations and will be open to suggestions or comments about availability. We would like to have ~5-10 mg of each of the formulations for this comprehensive study.

**Formulations**
1. mRNA-1273 fLNP 100 g batch (5007320001) (DPPD already reserved us a 30 mL frozen aliquot)
2. mRNA-1273 fLNP 15 g batch (PPQ lot or 5006820002) – not sure on fLNP availability
3. mRNA-1273 fLNP Development lot (Need guidance here)

**Basic Study Design**

Semi-Prep Size Exclusion Chromatography – (5 mg loading)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                         MRNA-GEN-01274243

Fraction Analysis
- Compositional Heterogeneity: RNA Content and Lipid Content
- DLS
- FFF-MALS
- HIC
- In-vitro Expression (Depending on Potency Team bandwidth)

Semi-Prep Hydrophobic Interaction Chromatography – (1 mg loading)
Fraction Analysis
- Compositional Heterogeneity: RNA Content and Lipid Content
- DLS
- FFF-MALS (Optional)


Density Gradient Ultracentrifugation – (1 mg loading)
Fraction Analysis
- Compositional Heterogeneity: RNA Content and Lipid Content
- DLS
- FFF-MALS (Optional)

Thanks and have a nice weekend.



 Please consider the environment before printing this email

Confidentiality notice and disclaimer: The information in this message and any attachments is intended for the exclusive use of the addressee(s), is confidential and may be privileged or otherwise protected from disclosure. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, of any such information by persons or entities other than the intended addressee(s) is prohibited. If you have received this message in error and are not the intended addressee, please notify the sender immediately and delete this message and any attachments from your system without reading or disclosing them. If you are not the intended addressee, be advised that any use of the information in this message and any attachment is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.