# EXHIBIT NN

Case 1:22-cv-00252-JDW   Document 672-18   Filed 12/16/25   Page 2 of 10 PageID #: 52298

5/17/2024          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
Highly Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

C.A. No. 22-252-MSG

-----------------------------------x

ARBUTUS BIOPHARMA CORPORATION

and GENEVANT SCIENCES GmbH,

              Plaintiff,

    v.

MODERNA, INC. and MODERNATX, INC.,

              Defendants.

-----------------------------------x

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF MODERNA,

INC. and MODERNATX, INC., PURSUANT TO RULE

30(B)(6) designee, KERRY BENENATO, Ph.D.

    Friday, May 17, 2024 8:38 a.m.

Reported By: MaryJo O'Connor, RDR, RMR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 1:22-cv-00252-JDW   Document 672-18   Filed 12/16/25   Page 3 of 10 PageID #: 52299

5/17/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
Highly Confidential

Page 2

1         Friday, May 17, 2024

2             8:38 a.m. EDT

3

4

5      VIDEOTAPED DEPOSITION OF MODERNA,

6  INC. and MODERNATX, INC., PURSUANT TO RULE

7  30(B)(6) designee, KERRY BENENATO, Ph.D.,

8  held at Kirkland & Ellis, 200 Clarendon

9  Street, Boston, Massachusetts, pursuant to

10 notice, before MaryJo O'Connor, Registered

11 Diplomat Reporter, Registered Merit Reporter

12 and Notary Public in and for the

13 Commonwealth of Massachusetts.

14

15

16

17

18

19

20

21

22

Case 1:22-cv-00252-JDW   Document 672-18   Filed 12/16/25   Page 4 of 10 PageID #: 52300

5/17/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
Highly Confidential

Page 206

1   A.   Yes.

2   Q.   So what Acuitas library is that

3   referring to, do you know?

4   A.   I don't know.  I wasn't part of

5   the Acuitas collaboration.

6   Q.   Were you part of that second

7   bullet "Create our own internal proprietary

8   versions"?

9   A.   I was responsible for designing

10  new lipids.

11  Q.   And so what does it mean when it

12  says "proprietary versions"?

13  A.   Meaning, a unique lipid that would

14  be unique to Moderna.

15  Q.   And why did you want a lipid that

16  was unique to Moderna?

17  A.   The lipids -- I was -- the

18  decisions to hire me and to start doing this

19  work were made before.  So I was hired in to do

20  a job, and that's the job that I was asked to

21  do.

22  Q.   To find proprietary lipids?

Case 1:22-cv-00252-JDW   Document 672-18   Filed 12/16/25   Page 5 of 10 PageID #: 52301

5/17/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
Highly Confidential

Page 207

1       A.      To look at and explore new lipids
2   for mRNA.
3       Q.      Was part of the motivation to be
4   able to have a patentable lipid?
5       A.      Presumably.
6       Q.      And what's your understanding of
7   the word "versions" there?
8       A.      The word "version."  I don't know.
9   I didn't make this slide.
10      Q.      So you don't know what versions
11  you were trying to work on?
12      A.      I don't -- yeah, no, I didn't make
13  this slide.
14      Q.      You don't know if you were trying
15  to develop versions of existing biodegradable
16  lipids?
17      A.      I was -- what I was trying to do
18  was the job that I was hired for and was set
19  forth to me by my manager.
20      Q.      Did someone ask you to work on
21  biodegradable lipids specifically?
22      A.      When I joined, I was described

Case 1:22-cv-00252-JDW    Document 672-18    Filed 12/16/25    Page 6 of 10 PageID #: 52302

5/17/2024    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
Highly Confidential

Page 208

1   what they thought the issues were in general

2   with lipids, and biodegradability they felt was

3   something important because we wanted to do

4   chronic dosing.

5        Q.    And so were you given instructions

6   to look for a biodegradable lipid?

7        A.    "Instructions."  I was asked to

8   start novel lipid discovery within Moderna.

9   Biodegradability was one of our design

10  attributes.

11       Q.    So if you look at page 975.

12       A.    Yes.

13       Q.    So this describes the Acuitas L319

14  lipid, right?

15       A.    Yup.

16       Q.    And that's the one with the esters

17  in the alkyl chains?

18       A.    Yes.

19       Q.    And so was it someone's idea to

20  introduce biodegradability using the same

21  approach?

22       A.    I don't know who -- what ideas

Case 1:22-cv-00252-JDW   Document 672-18   Filed 12/16/25   Page 7 of 10 PageID #: 52303

5/17/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
Highly Confidential

Page 209

1  people had.

2      Q.    I guess I'm just trying to figure
3  out, I mean, was it your idea to make the lipid
4  biodegradable, or is it someone else's idea to
5  make the lipid biodegradable with an ester
6  group?

7      A.    Biodegradability was a design
8  criteria.  We wanted them to metabolize for it,
9  because they would be using chronic dosing.

10     Q.    Did you explore any mechanisms of
11 biodegradability other than ester groups?

12     A.    I believe we made amide.  I think
13 we made maybe a couple of disulfide oxime
14 carbonate.

15     Q.    Okay.  Did you ever get
16 suggestions from Örn, for example, about what
17 types of lipids to explore?

18     A.    No.

19           (Document marked for
20           identification as Benenato Exhibit 27)

21     Q.    I'm handing you what's been marked
22 as Exhibit 27.  This has a Bates number ending

Case 1:22-cv-00252-JDW  Document 672-18  Filed 12/16/25  Page 8 of 10 PageID #: 52304

5/17/2024  Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
Highly Confidential

Page 210

1  1062619.

2           Do you recognize this document?

3     A.   I don't really.  No, I didn't make
4  this.

5     Q.   You didn't make this document?

6     A.   I don't think so.  I don't know.
7  Some of our data is -- I don't remember.

8     Q.   Okay.  If you go to 620, there are
9  recommendations what to do next.  The first one
10 is "Retain L608 as a vaccine formulation
11 compound."

12          Do you see that?

13    A.   Yes.

14    Q.   What is L608?

15    A.   L608 refers to an ionizable lipid.

16    Q.   Is that one of the lipids that you
17 were working with?

18    A.   Within the formulation scientist
19 team, I think it was one that they looked at.

20    Q.   Okay.  Was that one of the sort of
21 starting points that you used in your design?

22    A.   It was a structure that I saw, and

Case 1:22-cv-00252-JDW   Document 672-18   Filed 12/16/25   Page 9 of 10 PageID #: 52305

5/17/2024                Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
                                          Highly Confidential

Page 211

1   it was -- and it was an interesting strategy.

2         Q.    If you go to 626.

3         A.    Yes.

4         Q.    This is titled "What are we trying

5   to do?"

6         A.    Yes.

7         Q.    And the first bullet is "Discover

8   and transition a preferred, proprietary amino

9   lipid for IV-to-liver to replace MC3."

10              Do you see that?

11        A.    Yes.

12        Q.    And I think we've already

13  discussed this, but one of the goals was to

14  develop a proprietary lipid of Moderna's own,

15  right?

16        A.    Yes.

17        Q.    And it says, the sub-bullet there

18  is "Therapeutic applications (we are OK for

19  vaccines)."

20              Do you see that?

21        A.    Yes.

22        Q.    So as of this presentation,

Case 1:22-cv-00252-JDW Document 672-18 Filed 12/16/25 Page 10 of 10 PageID #: 52306

5/17/2024    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Kerry Benenato, Ph.D. 30(b)(6)
Highly Confidential

Page 261

2          C E R T I F I C A T E

4    COMMONWEALTH OF MASSACHUSETTS
5    SUFFOLK, SS.
6              I, MaryJo O'Connor, a Notary Public
7    in and for the Commonwealth of
8    Massachusetts, do hereby certify:
9              That KERRY BENENATO, Ph.D., the
10   witness whose testimony is hereinbefore set
11   forth, was duly sworn by me and that such
12   testimony is a true and accurate record of
13   my stenotype notes taken in the foregoing
14   matter to the best of my knowledge, skill
15   and ability.
16             IN WITNESS WHEREOF, I have hereunto
17   set my hand and Notarial Seal this 18th day
18   of May 2024.

*[signature: MaryJo O'Connor]*

             MARYJO O'CONNOR, RDR/RMR
21                 Notary Public

     My Commission expires:
22   September 12, 2025