# EXHIBIT A

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| MODERNA, INC. and MODERNATX, INC., | ) ) | C. A. No. 22-252 (MSG) |
| Defendants. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Counterclaim-Defendants. | | |

# EXPERT REPORT OF CATHARINE M. LAWTON

**November 25, 2024**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

## I.    INTRODUCTION

### A.    Assignment

1. I am Catharine M. Lawton, a Managing Director at Berkeley Research Group, LLC ("BRG"). I have been retained by Williams & Connolly LLP, counsel to Genevant Sciences GmbH ("Genevant") to provide analysis and opinions related to the economic damages, if any, incurred by Plaintiffs Genevant and Arbutus Biopharma Corporation ("Arbutus") (collectively, "Plaintiffs") in the patent infringement matter, *Arbutus Biopharma Corporation and Genevant Sciences GmbH v. Moderna, Inc. and ModernaTX, Inc.* ("Moderna"), filed on February 28, 2022.[1]

2. I have been retained to investigate, analyze and provide opinions regarding the amount of damages, if any, that Plaintiffs have sustained and are sustaining as a result of Moderna's alleged "infringing manufacture, use, sale, offer for sale, and/or the supplying from the United States of the Accused Product.[2] I understand that Genevant and Arbutus' technical expert Dr. Mitchell has defined "Accused Product" as "Moderna's mRNA-1273 COVID-19 vaccine product ('Moderna's COVID-19 vaccine'), including any supplemental or booster COVID-19 vaccine product. For clarity, . . . the Accused Product also includes certain intermediates used by Moderna in the manufacturing of Moderna's COVID-19 vaccine."[3]

3. Plaintiffs assert that the claimed inventions of the Patents-in-Suit cover the pioneering work by Arbutus scientists and their "proprietary LNP platform [which] is the leading nucleic acid delivery technology."[4] I understand the Patents-in-Suit claim nucleic acid-lipid particles and lipid vesicles, as well as compositions and methods of using them [5] and relate to nucleic acid-lipid delivery

---

[1] *Arbutus Biopharma Corporation and Genevant Sciences GmbH v. Moderna, Inc. and ModernaTX, Inc.*, Civil Action No. 1:22-cv-00252 (D. Del.), Dkt. No. 1, Complaint filed February 28, 2022 (hereinafter, "Complaint"). I understand and/or have been informed that at all relevant times, Arbutus owned the Asserted Patents and licensed exclusive rights to sublicense, practice, and sue for infringement of them to Genevant in certain fields of use that include the vaccine application at issue in this case, with certain exceptions not relevant here.

[2] *Arbutus Biopharma Corporation and Genevant Sciences GmbH v. Moderna, Inc. and ModernaTX, Inc.*, Civil Action No. 1:22-cv-00252 (D. Del.), Dkt. No. 316-2, Amended Complaint filed May 13, 2024 (hereinafter, "Amended Complaint"), ¶ 8.

[3] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section II.

[4] "Arbutus Biopharma To Present Data On New LNP Formulations For Delivery Of mRNA At The 2016 Controlled Release Society Conference," Biospace, July 19, 2016, available at https://www.biospace.com/arbutus-biopharma-to-present-data-on-new-lnp-formulations-for-delivery-of-mrna-at-the-b-2016-controlled-release-society-conference-b.

[5] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section V.

4

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

or function of the Accused Product, including an impact on safety, efficacy, or stability, and Moderna's statements to FDA and internal documents confirm this conclusion."[32]

8. I understand that "in late 2021 / early 2022," Moderna once again changed its target lipid molar ratio to 48.0:38.5:11.0:2.5 (SM102:Cholesterol:DSPC:PEG) referred to as "v2 Formulation."[33]

9. "From approximately December 2020 through August 2023, Moderna made worldwide product net sales in the amount of about **$38.3 billion**."[34]  As of May 2024, the COVID-19 vaccine was Moderna's first and at that point still only commercial product.[35]  Moderna manufactures the Accused Product at four different locations: "MTC" or "Moderna Technology Center, South Building, located in Norwood, Massachusetts" third party contract manufacturer Lonza AG at two different locations – Portsmouth, New Hampshire, and Visp, Switzerland, and third party contract manufacturer Rovi's site located at Granada, Spain.[36]

---

[32] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section X.D.2.

[33] July 15, 2024 Defendants' Corrected Sixteenth Supplemental Objections and Responses To Plaintiffs' First Set Of Interrogatories (Nos. 1-10), Interrogatory No. 7, p. 101. November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section X.D.3.

[34] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 121 (emphasis added).

[35] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 86:7-86:10 ("Q. Okay. COVID-19 vaccine was the company's first and at this point still only commercial product, correct?  A. That is correct on both counts.").  May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 60:11-60:22 ("Q. And I'm correct that before the COVID-19 vaccine was approved by the US Government, Moderna had never had a product – an approved product?  A. Yes.  COVID was our first approved product.  Q. And Moderna had never had a commercial product before that, correct?  A. Yes.  Q. Yes, I'm correct?  A. Yes.  COVID was our first commercial product."); 65:12-65:13 ("A. The only approved product that Moderna has is COIVID-19 vaccine.").  MRNA-GEN-01725410-507 at 420 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 43:2-43:4 ("Q. Okay.  So before Spikevax, Moderna didn't have a single FDA-approved drug, right?  A. That's correct."); 43:16-43:21 ("Q. So before that, Moderna didn't have any vaccine, therapeutics or any other commercial product, on the market, right?  A. That's correct.  Our COVID-19 vaccine is our first and currently only commercial product.").  MRNA-GEN-01724969-024, at 974 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 23:12-23:17 ("Q. Spikevax was Moderna's first commercial product; is that right?  A. Yes.  Q. Moderna didn't have any FDA approved products before Spikevax?  A. Spikevax was our first approved product.").

[36] May 20, 2024 Deposition of Marcus Boyer, 45:12-46:11 ("Q. What about – there's different manufacturing sites here. There's Moderna MTC-S. Do you know what that refers to? A. Yes, that's MTC, or Moderna Technology Center, South Building, located in Norwood, Massachusetts. Q. And there's also Lonza Visp. What does that refer to? A. A third-party manufacturer. Lonza is the company. And Visp, Switzerland, is the location of manufacturing.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

10.     Moderna has produced vaccine sales data for the period December 2020 through January 2024.[37] As described below in Section VI.E, Dr. Mitchell offers several different infringement theories, and I analyze different scenarios where different asserted patents drop out. However, if all patents remain in, Dr. Mitchell's analysis finds that 100% of Moderna's U.S. Nexus doses infringe the Patents in Suit. That is, based on currently available data, Moderna's Accused Product sales with a U.S. nexus since December 1, 2020 through at least January 31, 2024 will be subject to Plaintiffs' claim for damages.

11.     My work and opinions are based on certain assumptions, which are outlined in detail in this report. For purposes of my work in this case, I make certain assumptions regarding liability. My report and opinions do not in any way address the issue of liability (*e.g.*, validity, infringement).

### B.     Qualifications

12.     A copy of my current CV is attached as **Exhibit A**.

13.     A list of my testimony is attached as **Exhibit B**.

14.     I have 40 years of experience advising clients on a variety of subjects including the general issue of damages, intellectual property infringement damages, and related subjects. I am currently a Managing Director at Berkeley Research Group, LLC ("BRG") and one of the leaders of BRG's Intellectual Property practice. BRG is a leading international consulting firm that specializes in advising companies and counsel regarding the economic, financial, valuation, and strategy issues related to complex business problems, disputes, and litigation. Prior to joining BRG, I was a Director at LECG, LLC ("LECG"). Prior to joining LECG, I was a Managing Director of InteCap, Inc. ("InteCap"), a member of InteCap's Management Committee, and one of its founders. Previously, I was an Executive Vice President and one of the founders of Technology and Intel Corp & Dispute Resolution Consulting, Inc. ("TDRC"), the predecessor of InteCap. Prior to founding TDRC, I was a Vice President of Peterson Consulting, LLC (f/k/a Peterson & Co.) and Service Line Leader of Peterson Consulting's commercial litigation and intellectual property practice.

---

Q. Okay. And then what about Lonza Portsmouth, where is that site located? A. Similar, a third-party manufacturer. Lonza is the company. And Portsmouth, New Hampshire is the location. Q. And then, finally, there's Rovi (Granada); is that right? A. Correct. In that case -- Q. And where is Rovi (Granada), sorry? A. Rovi is the company, and Granada is in Spain.")

[37] *See* Section II.E.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**(1)    Tekmira/Arbutus**

32.    In April 2015, Moderna described Tekmira as follows: "Founded as an RNA formulation and delivery company, with a deep pipeline of LNP technology,"[89] and provided an overview of Tekmira as shown in **Figure 2.2**,[90] below.



FIGURE 2.2

---

fields of use including the vaccine application at issue here.  Under the terms of the license, Genevant's Exclusive Rights include the right to sue for the infringement alleged in this Complaint.").

[89] MRNA-GEN-01240180-198, at 189 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 10 of 19) ("Tekmira").

[90] MRNA-GEN-01240180-198, at 190 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 11 of 19) ("Tekmira – an RNA and LNP company").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:4-195:9 ("Q. You wrote in a slide to a subcommittee of Moderna's board that Tekmira had a validated LNP formulation that are in the clinic that serve as the RNA industry gold standard, did you not?  A. Those are the words on the slides.").

24

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

33.    Moderna's April 2015 "Business Development Update" also included certain Tekmira slides that claimed "Tekmira's LNP Enable mRNA Products" and "mRNA require intracellular delivery for activity[;] LNP is the GOLD STANDARD for mRNA delivery[,]" as shown in **Figure 2.3**,[91] below.

**FIGURE 2.3**

34.    Tekmira recognized the value of its LNP technology more broadly, as well as its applicability in

---

[91] MRNA-GEN-01240180-198, at 191 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 12 of 19) ("Tekmira ( -2014) – an RNA and LNP company").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:18-196:7 ("Q. And you've selected to display here a slide that says, 'Tekmira's LNP Enable mRNA Products.'  Do you see that?  A. That's a screen shot of a Tekmira slide where they presented themselves as – with the title that you read.  So that's their presentation of themselves.  Q. And you decided to select that slide and include it in this presentation to a subcommittee of Moderna's board, correct?  A. As an update, yes.").

25

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

mRNA constructs. For example, in a March 12, 2015 earnings call, Tekmira CEO Mark Murray stated: "It is important to note that today, our LNP technology represents the most widely adopted and advanced delivery technology in RNAi…LNP can enable a wide variety of new nucleic acid payloads including messenger RNA."[92]

35. Arbutus also recognized the value of its LNP technology. For example, in a April 13, 2017 press release, Arbutus stated: "We believe LNP technology is a valuable asset which, in addition to our HBV pipeline, will drive the value of Arbutus."[93]

### (2)    Genevant Sciences GmbH

36. Genevant was formed in early 2018 as a joint partnership between Arbutus Biopharma and Roivant Sciences, Ltd.[94] Dr. Murray described the circumstances surrounding Arbutus's decision to launch Genevant as follows:

> By this point in time, Tekmira had merged with another company, and the strategic focus of the newly formed company, newly named Arbutus, was to focus on developing a cure, a multidrug combination cure for chronic hepatitis B. And that left the LNP technology, employees, you know, all of the assets around LNP and the product candidates and so forth, a bit out of the strategic mainstream of the company. Right?

> And so we wanted to – we wanted to find a home for that, right, so it could – the people, the technology could continue to progress, partner with others, develop products, and so forth and so on, and flower. Right? And at the same time, have some structure whereby Arbutus could benefit from that. So we launched Genevant.[95]

37. On April 11, 2018, Arbutus and Roivant "announced that they ha[d] entered into an agreement to launch Genevant Sciences, a jointly owned company focused on the discovery, development, and commercialization of a broad range of RNA-based therapeutics enabled by Arbutus' proprietary

---

[92] "Tekmira Pharmaceuticals' (TKMR) CEO Mark Murray on Q4 2014 Results – Earnings Call Transcript," *Seeking Alpha*, March 12, 2015, *available at* https://seekingalpha.com/article/2997966-tekmira-pharmaceuticals-tkmr-ceo-mark-murray-on-q4-2014-results- Earnings-call-transcript.

[93] Arbutus BioPharma Corporation 8-K dated April 13, 2017, Exhibit 99.1, *available at* https://www.sec.gov/Archives/edgar/data/1447028/000117184317002101/exh_991.htm ("Arbutus Injunction Survives Attempted Appeal by Acuitas," *Arbutus,* April 13, 2017).

[94] GENV-00021679-029 (April 11, 2018 Master Contribution and Share Agreement between Gevenant/Arbutus and Roivant).

[95] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 40:6-40:19.

26

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.4**

55.     The COVID-19 vaccine, however, proved to be remarkably profitable—with "Pfizer-BioNTech and Moderna [] charging governments as much as US$41 billion above the estimated cost of production."[132]  In July 2021, ActionAid International reported: "Big Pharma's business model—receive billions in public investments, charge exorbitant prices for life-saving medicines, play little tax—is gold dust for wealthy investors and corporate executives but devastating for global public health."[133]

---

[132] Jason McBride, "The Vaccine Godfather: Meet the Canadian Who Helped Pioneer mRNA Technology," *Canadian Business,* February 22, 2022, *available at* https://canadianbusiness.com/people/derrick-rossi-moderna-mrna/.

[133] "Pharmaceutical companies reaping immoral profits from Covid vaccines yet paying low tax rates," *ActionAid International,* September 15, 2021, *available at* https://actionaid.org/news/2021/pharmaceutical-companies-reaping-immoral-profits-covid-vaccines-yet-paying-low-tax-rates.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

56.     As of May 2024, the COVID-19 vaccine was Moderna's first, and at that point, still only commercial product.[134]   In fact, Stephen Hoge, M.D., who joined Moderna as Senior Vice President, Corporate Development and New Drug Concepts[135] on January 1, 2013,[136] testified that "[i]t's certainly true that the COVID pandemic **dramatically accelerated the company's development and allowed us to accelerate our investment in our pipeline and science technology**.  The medicines that we're now filing for approval [an RSV vaccine under review for approval in many geographies; successful phase 3 results for several other respiratory viruses; a cancer therapeutic in collaboration with our partner Merck which is in mid-stage studies; rare disease programs[137]] are as a result of that, you know, **five, ten-year acceleration in our business plan**."[138]

---

[134] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 86:7-86:10 ("Q. Okay. COVID-19 vaccine was the company's first and at this point still only commercial product, correct?  A. That is correct on both counts.").

[135] *See, e.g.,* "Stephen Hoge, M.D.," *Moderna,* January 7, 2015 (archive), *available at* https://web.archive.org/web/20150107200905/http://modernatx.com/about-us/leadership.

[136] MRNA-GEN-01725410-507 at 414, 416, 477 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 20:23-21:2 ("Q. . . . So eight years before 2020 you joined Moderna in 2012?  A. I joined the end of 2012.  Q. December?  A. December, correct."); 28:10 ("A. . . . I joined early 2013, late 2012. . . ."); 270:24-270:25 ("A. Yes.  When I joined the company, which was January 1, 2013, . . .").

[137] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 88:2-88:16 ("Q. What medicines are you referring to in that answer for which you're filing approval, for approval?  A. So we have an RSV vaccine under review for approval in many geographies.  We've had a successful phase 3 results for several other respiratory viruses.  We have a cancer therapeutic in collaboration with our partner Merck which is in mid-stage studies, and there's a potential for an accelerated approval filing.  And then we have rare disease programs that we're in discussions with regulators about what would be necessary for a submission.").

[138] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 87:16-88:1 (emphasis added). *See also* 88:17-89:12 ("Q. And it's fair to say, and I think you just said this, that COVID dramatically accelerated the maturation of Moderna in those projects, correct?  A. Absolutely. Q. And it provided Moderna access to capital, correct?  A. Absolutely.  Q. It expanded the scope of regulatory and safety development efforts, correct?  A. Yes.  Commercializing the COVID vaccine at that scale dramatically accelerated our clinical experience, our development experience, our safety experience, required us to dramatically accelerate our manufacturing capabilities, and **in all cases many years ahead of what we would have been doing under any plan prior to COVID.**" (emphasis added)); 89:21-90:8 ("Q. The company was transformed.  It was transformative, you've heard that word used, in connection with COVID and Moderna, right?  A. I think for the field of mRNA broadly, and Moderna for sure as a leader in it.  Q. And being able to sell the COVID vaccine as one of the first companies on the market caused a major

36

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

57.  The significant acceleration of Moderna's business, enabled in large measure by its prior vaccine programs that make use of Plaintiffs' LNP technology and its U.S. Government funding, made its executives multi-billionaires.  U.S. Senator Bernie Sanders summarized this in a January 10, 2023 letter to Stéphane Bancel:

> Mr. Bancel: In the last two years, Moderna made over $19 billion in profits and used those profits to provide incredibly extravagant compensation packages to you and other top officials at your company.  It is reported that you, yourself, became a multi-billionaire as a direct result of Moderna's COVID vaccine with Forbes currently estimating your wealth at $6.1 billion.
>
> Moreover, Noubar Afeyan, Moderna's chairman and co-founder is currently worth $2.1 billion.  Robert Langer, another co-founder of Moderna, is now worth $2.2 billion.  Timothy Springer, a founding investor in Moderna is now worth $2.6 billion.  Further, my understanding is that Moderna approved a $926 million golden parachute for you once you leave the company along with $160 million for Stephen Hoge (Moderna's president) and $53 million for Juan Andres (Moderna's chief technical officer).
>
> I should point out that all of this corporate welfare and profiteering has taken place in the midst of the worst public health crisis in America in 100 years.  In the last three years, nearly 1.1 million Americans died from COVID-19 and over 100 million more have become ill.  It has also been estimated that the cost of producing the vaccine is now as low as $2.85 per dose – 2.2% of what Moderna has suggested charging to the public.
>
> Let's be clear: The purpose of the recent taxpayer investment in Moderna was to protect the health and lives of the American people, not to turn a handful of corporate executives and investors into multi-billionaires.
>
> As you know, the federal government, over the years, has supported Moderna every step of the way going back to 2013 when your company reportedly only had three employees.  Now, in the midst of a continuing public health crisis and a growing federal deficit, is not the time for Moderna to be quadrupling the price of this vaccine.  Now is not the time for unacceptable corporate greed.[139]

accretion in share price, cash, and capital sources for Moderna, right?  A. Yes, it did."); 91:16-91:18 ("A. . . . So no doubt that COVID transformed the company, accelerated the company's development."); 92:2-92:12 ("A. . . . I think it's just fair to say, without question, the COVID response and our success in doing – in developing the vaccine, delivering it, manufacturing it, selling it did transform the company, accelerated us in many years, and created a, as you said a moment ago, huge access to capital for us, 10s of billions of dollars of sales, and that allowed us to continue investing in things, including our work in cancer, in a way that continues to accelerate and benefit the company.").

[139] January 10, 2023 letter from U.S. Senator Bernie Sanders to Stéphane Bancel, *available at* https://www.sanders.senate.gov/wp-content/uploads/Moderna-Letter-01.09.20231.pdf.

37

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

without . . . introducing chemical modifications into an mRNA, you get a far inferior vaccine."[150]

Dr. de Fougerolles further testified that getting mRNA inside cells was "a fundamental issue" and testified:

> You know, again, these were really trying to solve what at the time is a fundamental issue, is how do you enable mRNA to effectively, you know get inside cell. Because, obviously, an mRNA for it to be active needs to be inside the cell in order for it to be translated and to make protein. So, you know, what is key here is understanding how we can improve the platform to improve fundamentally how an mRNA can be delivered to a cell.[151]

61. Harvard's Dr. Derrick Rossi also emphasized the importance of delivery and stated that getting the mRNA "into the cells" was "the big thing":

> "The real important discovery here was you could now use mRNA, and if you got it into the cells, then you could get the mRNA to express any protein in the cells, and this was the big thing," Rossi says.[152]

62. Since October 2011,[153] Moderna has been led by Stéphane Bancel, "a first-time biotech CEO"[154]

---

[150] MRNA-GEN-01731538-597, at 554 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 65:24-66:6.).

[151] MRNA-GEN-01731538-597, at 570 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 130:1-130:7.).

[152] Joe O'Connor, "Meet the Canadian hockey dad behind COVID-19 vaccine developer Moderna," *National Post,* May 28, 2020, *available at* https://nationalpost.com/news/canada/heroes-of-the-pandemic-meet-the-canadian-hockey-dad-behind-covid-19-vaccine-developer-moderna.

[153] See, e.g., June 28, 2024 Deposition of Stéphane Bancel, 13:4-13:11 ("Q. And your first role at Moderna was CEO? A. SO I was first board member associated with the company in 2011, and I became CEO later that year. Q. In July 2011? A. No. A bit later. In October, I think. We can check that if that's important."). See also "Moderna Chief Executive Officer Stéphane Bancel Elected to National Academy of Engineering," Moderna, February 7, 2024, available at https://investors.modernatx.com/news/news-details/2024/Moderna-Chief-Executive-Officer-Stphane-Bancel-Elected-to-National-Academy-of-Engineering/default.aspx ("Stéphane Bancel has served as Moderna's Chief Executive Officer since October 2011 and as a member of Moderna's board of directors since March 2011.") Gregory Zuckerman*, A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, 2021, pp. 111-116. "About us – Our Story," Moderna, 2024, https://www.modernatx.com/en-US/about-us/our-story.

[154] Damian Garde, "Ego, ambition, and turmoil: Inside one of biotech's most secretive startups," *STAT News,* September 13, 2016, *available at* https://www.statnews.com/2016/09/13/moderna-therapeutics-biotech-mrna/.

40

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

with a "combustible personality"[155] and "no experience running a drug development operation. . . . He'd spent most of his career in sales and operations, not science."[156] A September 2016 profile described Moderna as follows: "'It's a case of the emperor's new clothes,' said a former Moderna scientist. 'They're running an investment firm, and then hopefully it also develops a drug that's successful.'"[157]

### b.      Moderna's Origin

63.    Moderna's "Founding CSO," Antonin de Fougerolles claims "we all united in our appreciation of the work that had come before us,"[158] and described Moderna's origin as follows:

> The concept of using mRNA as a means to express proteins lay in the notion that mRNAs could transfer the information from DNA to the cell machinery that makes proteins. In other words, if DNA is the cell's hardware, mRNA is effectively the software that runs everything inside the cell. Introducing mRNA into cells to produce proteins had historically been hampered by the immune system recognising it as foreign which generated an immune response that severely limited its effectiveness. Back in the mid-2000s, a team at the University of Pennsylvania led by Drs. Katalin Karikó and Drew Weissman sought to get around this issue. They discovered that adding chemical modifications into mRNA could blunt immune recognition and lead to far greater production of proteins which is essential in creating effective drugs. Professor Derrick Rossi at Harvard then took his cue from this work and started exploring the utility of modified mRNA as a drug platform – it was largely from this work that Moderna was founded in 2010.[159]

### (1)      Dr. Rossi's Work

64.    Dr. Rossi's work—which formed the basis to start Moderna—was focused *additional* modifications to mRNA—***not* delivery.** "[D]espite the role of mRNA being known to scientists

---

[155] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine*, New York: Portfolio / Penguin, 2021, p. 211.

[156] Damian Garde, "Ego, ambition, and turmoil: Inside one of biotech's most secretive startups," *STAT News,* September 13, 2016, *available at* https://www.statnews.com/2016/09/13/moderna-therapeutics-biotech-mrna/.

[157] Damian Garde, "Ego, ambition, and turmoil: Inside one of biotech's most secretive startups," *STAT News,* September 13, 2016, *available at* https://www.statnews.com/2016/09/13/moderna-therapeutics-biotech-mrna/.

[158] MRNA-GEN-01739421-425, at 423 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 3 – Antonin de Fougerolles, "The early foundations of Moderna's mRNA technology and the back story to its now flourishing use in vaccines," LinkedIn, December 18, 2020, p. 3 of 5).

[159] MRNA-GEN-01739421-425, at 422-423 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 3 – Antonin de Fougerolles, "The early foundations of Moderna's mRNA technology and the back story to its now flourishing use in vaccines," *LinkedIn,* December 18, 2020, pp. 2-3 of 5).

41

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

since the 1960s, molecular biologist had struggled to leverage it in their work."[160]  Dr. Derrick Rossi, one of Moderna's co-founders explained this as follows: "'The question is: why?  Well, the answer is that most molecular biologists would give you is that RNA is very unstable – it's a very transient molecule, it's easily digested by enzymes. . . and that's true, . . .,' says Rossi."[161]  At the time of Moderna's founding in late-2010, Dr. Rossi had been at Harvard Medical School since 2007[162]—hired "as an assistant professor in stem cell and regenerative biology department but also worked as an investigator at the Immune Disease Institute and at Boston's Children's Hospital, considered the country's finest pediatric hospital."[163]  Dr. Rossi work centered on modifying mRNA.  Moderna's September 10, 2010 "Founders Meeting" slide deck summarized its "Engineered Synthetic mRNA" strategy[164] as follows:

> The modified nucleotides in the most recent studies evade the immune system by altering RNA immune protein binding sites on the major groove side of the nucleotide.[165]

---

[160] Rahul Kalvapalle, "From the lab to saving lives: Moderna co-founder Derrick Rossi on becoming a serial entrepreneur," *University of Toronto – Alumni,* February 22, 2021, *available at* https://alumni.utoronto.ca/news/lab-saving-lives-moderna-co-founder-derrick-rossi-becoming-serial-entrepreneur?utm_source=linkedin&utm_medium=alumni-linkedin&utm_campaign=alumni-linkedin.

[161] Rahul Kalvapalle, "From the lab to saving lives: Moderna co-founder Derrick Rossi on becoming a serial entrepreneur," *University of Toronto – Alumni,* February 22, 2021, *available at* https://alumni.utoronto.ca/news/lab-saving-lives-moderna-co-founder-derrick-rossi-becoming-serial-entrepreneur?utm_source=linkedin&utm_medium=alumni-linkedin&utm_campaign=alumni-linkedin.

[162] *See also* Peter Loftus, *The Messenger: Moderna, the Vaccine and the Business Gamble That Changed the World*, p. 14 (". . . in 2007, Rossi landed a job on the prestigious faculty of Harvard Medical School in Boston, running a lab at the Harvard-affiliated Immune Disease Institute (IDI).").

[163] Jason McBride, "The Vaccine Godfather: Meet the Canadian Who Helped Pioneer mRNA Technology," *Canadian Business,* February 22, 2022, *available at* https://canadianbusiness.com/people/derrick-rossi-moderna-mrna/.

[164] *See also* MRNA-GEN-01731538-597, at 544 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 28:22-29:7 ("Q. And what did Moderna explain to you as to why they were interested in what you do?  A. So, again, Moderna was really interested in developing their own platform, which was the mRNA chemically modified platform.  And you know, when I talked to them, I was really struck by the enormous potential that modified mRNA could bring as a clear alternative to, for instance, kind of DNA-based gene therapy, et cetera, and so that's what really attracted me to Moderna.").

[165] MRNA-GEN-01744459-489, at 479 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 1 – Jason P. Schrum, Ph.D., ModeRNA Therapeutics, Inc. – Founders Meeting," *Moderna,* September 10, 2010, Slide 21 of 31) ("Engineered Synthetic mRNA: Modified Nucleotides").

42

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

. . .

Additional chemical modifications can be made in the major groove of all the nucleotides.[166]

65.   While Dr. Weissman claims "that after purifying the RNA and modifying it, he and Kariko **eliminated any immune reaction**,"[167] the purported objective Moderna's "additional chemical modifications" was to reduce immune activation from "20-40% immune stimulation" to "achieve <10% immune activation," and also "Engineer specific mRNA sequences . . . to achieve >50% translation efficiency," as shown in **Figure 2.5**,[168] below.



**FIGURE 2.5**

---

[166] MRNA-GEN-01744459-489, at 480 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 1 – Jason P. Schrum, Ph.D., ModeRNA Therapeutics, Inc. – Founders Meeting," *Moderna,* September 10, 2010, Slide 22 of 31) ("Engineered Synthetic mRNA: Modified Nucleotides").

[167] MRNA-GEN-01744750-765, at 756 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), p. 112.).

[168] MRNA-GEN-01744459-489, at 477 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 1 – Jason P. Schrum, Ph.D., ModeRNA Therapeutics, Inc. – Founders Meeting," *Moderna,* September 10, 2010, Slide 19 of 31) ("Engineered Synthetic mRNA: Modified Nucleotides").

43

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

66.    While Moderna identified "Delivery" as a "Technical Risk," as shown in **Figure 2.6**,[169] below, work to address delivery did not start until years later.  For example, formulation and delivery technologies ("FDT") was described as "a new function" in September 2013,[170] and the first hire in its "Chemistry Organization,"[171] was not until 2013.[172]  Dr. de Fougerolles, Moderna's "founding CSO," and previously associated with Alnylam,[173] did not join Moderna until around October 2011 as employee #5.[174]  Mr. Bancel testified that he "first became aware of LNP

---

[169] MRNA-GEN-01744459-489, at 487 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 1 – Jason P. Schrum, Ph.D., ModeRNA Therapeutics, Inc. – Founders Meeting," *Moderna,* September 10, 2010, Slide 29 of 31) ("Engineered Synthetic mRNA: Modified Nucleotides").

[170] MRNA-GEN-01237261-286, at 264 (Almarsson Deposition Exhibit No. 20 – Örn Almarsson, "Formulations & Delivery Technologies (FDT) – 2014-2015 Roadmap," *Moderna,* September 12, 2013, Slide 4 of 26) ("Overview of FDT").

[171] MRNA-GEN-01067716-763, at 717 (Benenato Deposition Exhibit No. 28 – "R&D Meeting – Chemistry Update," *Moderna,* July 15, 2015, Slide 2 of 48) ("Chemistry Organization").

[172] "Christopher Conlee," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/crconlee/details/experience/ (Moderna Therapeutics: Senior Research Associate (2013-2016); "Led project to discover new uridine-based nucleosides for incorporation into mRNA, resulting in greater therapeutic relevance and intellectual property coverage. Directed configuration of new chemistry lab and negotiated equipment purchases. Acted as chemistry department liaison for design and implementation of new informatics system for company-wide use. Oversaw a team of 12-19 contract chemists.
• Co-inventor on 7 patents for discovery and synthesis of novel nucleosides and nucleoside triphosphates.
• Developed automated techniques for nucleoside triphosphate purification, leading to greater efficiency and shortened synthesis time.").

[173] *See, e.g.,* MRNA-GEN-01730671-719, at 696 (November 20, 2023 Deposition of Derrick Rossi, Ph.D. (*Moderna v. Pfizer*), 102:21-102:23 ("Q. . . . Do you recall when Moderna started working on developing lipid nanoparticles?  A. No."); 104:3-104:11 ("Q. . . . Do you recall when or if Moderna hired a scientist focused on lipid nanoparticles?  A. I don't know if it was solely lipid nanoparticles.  But certainly when we hired Tony De Fougerolles and Sayda Elbashir they had both come out of Alnylam and had experience working with LNPs.  They're – to the best of my recollection.  And then I think we hired other people as well.  I can't recall the names.").  Sayda Elbashir joined Moderna in July 2011 as Director of Research and Development.  *See* "Sayda Elbashir," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/sayda-elbashir-3b0ab225/.

[174] MRNA-GEN-01737721-744, at 722 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 2 – Antonin de Fougerolles CV) ("As founding CSO and **employee #5**, led all research activities at Moderna, drove the platform and therapeutics strategy, initiated the expansion into mRNA vaccines, and promoted and secured government funding for mRNA as a rapid drug delivery platform. . . .").  Mr. Bancel, named Moderna's CEO in October 2011 was employee #2.  Dr. Fougerolles joined Moderna *after* Mr. Bancel and was employee #5.

44

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

technology in 2013 or 2012,"[175] when Dr. de Fougerolles mentioned it to him.[176]



**FIGURE 2.6**

### (2)   Moderna's Founding and Founders

67.   On April 16, 2010, Dr. Rossi and his co-inventor filed a provisional patent application on their discovery—and a week later, on April 23, 2010, Dr. Rossi had prepared a slide deck to pitch his

---

[175] June 28, 2024 Deposition of Stéphane Bancel, 19:13-19:18 ("Q. When did you first become aware of Tekmira?  A. Gee, I don't remember.  This is a long time ago.  I think I first became aware of LNP technology in 2013 or 2012, I would guess, given it's a long time ago.").

[176] June 28, 2024 Deposition of Stéphane Bancel, 19:19-20:1 ("Q. Do you recall how you became aware of the technology?  A. Yes.  It's our chief scientific officer, Tony de Fougerolles, who mentioned the technology.  I was not familiar with it before.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

idea of starting a company based on his research.[177]  On **June 10, 2010**, Dr. Afeyan met with Drs. Rossi, Langer, and Springer.  According to Moderna's S-1, Moderna was incorporated as Newco LS18, Inc. in **2009.**  The connection between Newco LS18, Inc. and Moderna is unclear, given that Newco LS18, Inc.'s founding in **2009** was months *before* Dr. Afeyan's **June 10, 2010** meeting with Dr. Rossi.  There are other inconsistencies as well.  For example, Dr. Rossi testified that Moderna was founded around the **second half of 2010**.[178]  Moderna's first employee, Dr. Jason P. Schrum testified that he joined Moderna in **November 2010**.[179]  In contrast, Flagship Pioneering account of the origin of Moderna on Flagship Pioneering's current website, is quite different:

> **In early 2010**, LS18 was renamed Moderna and its scientists moved into a lab on First Street in Cambridge, Mass.
> . . .

---

[177] MRNA-GEN-01744750-765, at 755-756 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), pp. 111-112.) ("There is ample documentation to prove that Rossi had using mRNA as a drug in mind before he ever met Afeyan.  I the patent Rossi and Warren provisionally filed on April 16, 2010, they included the possibility of using mRNA as a treatment for genetic defects. . . . But the smoking gun, if one is even needed, is the PowerPoint presentation Rossi gave when he pitched the idea of Moderna.  The file is date-stamped April 23, 2010, seven weeks before Afeyan met with Rossi [on June 10, 2010].  Most of the slides explained the research he and Warren had done, but the key slide was one that broke down how to cash in on the research.  Rossi estimated the company could make $15 billion to $20 billion over 15 years through the sale of therapeutics.  As the slide shows, this included both stem-cell therapies as well as using mRNA as a drug.").

[178] MRNA-GEN-01730671-719, at 677 (November 20, 2023 Deposition of Derrick Rossi, Ph.D. (*Moderna v. Pfizer*), 27:29-27:22 ("Q. If I have this correct, Moderna was founded around the second half of 2010.  Does that sound right to you?  A. Yes.").

[179] December 9, 2023 Deposition of Jason P. Schrum, Ph.D. (*Moderna v. Pfizer*), 9:22-10:3 ("Q. Dr. Schrum, are you familiar with a company called Moderna?  A. I am.  I am the founding scientist and Employee No. 1 of Moderna Therapeutics.  Q. When did you begin working at Moderna?  A. In the fall of 2010, November of 2010.").  MRNA-GEN-01730671-719, at 693 (November 20, 2023 Deposition of Derrick Rossi, Ph.D. (*Moderna v. Pfizer*), 91:24-92:23 ("Q. And is it right that Jason Schrum as the first scientist that Moderna hired?  A. Yes and no.  He was – he was employed by Flagship Ventures, to the best of my knowledge.  And then when Flagship became – I invited them to cofound with me.  It was up to me.  And I agreed.  He was assigned to work on it from an office in Flagship, along with another guy whose name was Kinichee, I think.  I don't recall his last name.  And then when Moderna got founded, I guess incorporated as a Delaware corp., I think C Corp., and then had some office space, I believe Jason was the first person officially to become a Moderna employee.  Q. Do you remember when Jason Schrum first because a Moderna employee?  A. Not exactly, no.  Probably would have been late 2010 or early 2011.  I don't exactly – no, I don't remember. . . . A. And he'll remember.  So I think you're going to be talking to him, so he'll probably know.").

46

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

On First Street, Moderna began the hard work of building a company.  Flagship's Venture Labs group filed provisional patents in **July and October 2010**.

68.    Moderna was reportedly "launched in **late 2010**[180] [first employee hired in **November 2010**[181]] with about $2 million in its coffers, just enough money to get the ball rolling,"[182] following a discovery in the labs of Harvard researchers Derrick Rossi and Kenneth Chien.  Award-winning business journalist, Gregory Zuckerman—who states that during his 17-month investigation[183] he "had access to senior officials, researchers, and others at Moderna"[184] including at least Stéphane Bancel, CEO, and Dr. Stephen Hoge, President,[185] and "[did his] best to check and confirm every

---

[180] *See also* MRNA-GEN-01725294-299, at 294-295 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 1 – July 21, 2020 Testimony of Dr. Stephen Hoge – President, Moderna, Inc. at Hearing Before the House Energy and Commerce Committee – Subcommittee on Oversight & Investigation, p. 2 of 6) ("Founded in 2010, . . .").

[181] December 9, 2023 Deposition of Jason P. Schrum, Ph.D. (*Moderna v. Pfizer*), 9:22-10:3 ("Q. Dr. Schrum, are you familiar with a company called Moderna?  A. I am.  I am the founding scientist and Employee No. 1 of Moderna Therapeutics.  Q. When did you begin working at Moderna?  A. In the fall of 2010, November of 2010.").

[182] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, 2021, p. 106.

[183] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/ ("I spent 17 months investigating how the Covid-19 vaccines were developed.  I spoke with more than three hundred [300] scientists, academics, executives, government officials, investors, and others who made the Covid-19 vaccines possible.").

[184] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, 2021, p. xvi.

[185] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/ (citing statements made to him by both Stéphane Bancel and Stephen Hoge).  *See also* MRNA-GEN-01725410-507 at 454; 492 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 177:24-178:25 ("Q. Right.  You e-mailed, for example, with someone named, I think, it's Peter Loftus.  Does that ring a bell?  A. Pete Loftus was a reporter at the Wall Streety Journal, and that makes sense, yes.  Q. Someone named, his last name is Zuckerman.  Does that ring a bell?  A. Yes.  Greg Zuckerman, also a reported as The Wall Street Journal. . . . A. I gave a number of interview, on the record interview, with reporters around the time of the patent pledge.  And then I've had several instances, many, where reported have asked me follow-up questions about that. . . ."); 329:19-330:5 ("Q. All right.  Peter Loftus, you said you talked to him from time to time?

47

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

fact, incident and quote"[186]—summarized the origin of Moderna as follows:

A bit later, a physician-scientist and colleague of **[Derrick] Rossi**'s[187] at Harvard named **Kenneth Chien** made a key discovery.  Chien, who focused on cardiovascular research, had long searched for a way to regenerate heart muscle and vessels as a way to treat victims of heart attacks.  Injecting a protein called a vascular endothelial growth factor (VEGF) had failed in trials, as it degraded too rapidly to be of much help.  But then Chien asked scientists in his Harvard laboratory, working with members of Rossi's lab, to inject modified mRNA into the heart muscle of mice, hoping it might prompt the mice's bodies to create the protein exactly where it was needed.

In one of their very first experiments, conducted at three a.m., bleary-eyed researchers injected mRNA that succeeded in producing luciferase enzymes, a promising sign they might be able to generate different kinds of proteins in the heart.  Later, a postdoc working in the lab, **Kathy Oi Lan**, emailed Chien to deliver truly good news: Their mRNA had served a regenerative role, actually strengthening the hearts of mice.

"It's exciting because this is the first-time *in vivo* data," she wrote, referring to the process of injecting the mRNA directly in the body.  "It means the RNA can be translated *in vivo*" in the heart.

Now there was evidence that injecting mRNA into muscle could generate proteins in the body, not just in a disk in the lab, exciting Rossi and others about his idea for a start-up.  **[Noubar] Afeyan** ["a bioengineer and Beirut native who had started a venture-capital firm called Flagship Engineering a decade earlier. . . In decade it had been around, though, Flagship had invested in numerous companies, but none had yet produced an approved drug or vaccine, resulting in some skepticism in the

A. **I have had many conversations with Peter, who is a reporter at The Wall Street Journal, who covers the industry.**  Q. Do you find him to be a good reporter, generally?  A. Yes.  I think Pete is a good reporter.  Q. Did you read his book, 'The Messenger'"  A. I read some excerpts. . . ." (emphasis added)).  MRNA-GEN-01725205-210, at 205 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 22 – October 3-10, 2021 email string between Gregory Zuckerman and Stephen Hoge, Subject: Re: what do you think of this criticism of you guys/Pfizer??) (". . . I should have made clear – I'm gearing up for the rollout of my book in a couple weeks and I know I'll get these kinds of questions from media, etc.  So need to prepare some responses. . . .").  MRNA-GEN-01725410-507 at 460 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 202:2-202:13 ("Q. First I've put in front of you a document marked as Exhibit 22.  Do you recognize what this is?  A. I'd have to read it, but it looks to be an e-mail between me and Greg Zuckerman.  Q. Greg Zuckerman is reporter at The Wall Street Journal?  A. That is correct.  Q. And in your interactions with Mr. Zuckerman, you tried to be honest, true?  A. Yes.  **I had a number of calls with Mr. Zuckerman on a range of different topics.**" (emphasis added); ).

[186] Gegory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. xvi.

[187] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, pp. 84, 92-95.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

venture capital world."[188]] agreed to launch the company, with Flagship, **[Derrick] Rossi** [who received "his PhD in 2003 at the University of Helsinki in Finland"[189], **[Robert] Langer** [a chemical engineer at the Massachusetts Institute of Technology who had written over one thousand scientific papers and helped launch dozens of companies[190]], and **[Kenneth] Chien** sharing ownership stakes, and **[Timothy] Springer** ["a fellow professor at Harvard Medical School who sometimes invested in biotech companies"[191]] becoming an original investor. They didn't spend much time pondering a name. Afeyan simply called it NewcoLS18, signifying the eighteenth life-science company his firm had launched. Afeyan liked to number Flagship's infant companies, rather than name them, partly because it helped prevent him from becoming too attached, in case he had to pull the plug on them.

The company launched in late 2010 with about $2 million in its coffers, just enough money to get the ball rolling. Rossi and his partners were filled with optimism, confident they had a chance to change the course of science. It would prove harder than they expected.[192]

### (3) Moderna had "no money and no expertise" and was "new to the field of mRNA"

69. Dr. Hoge testified that "[i]n the early stages, the company did have a lot of challenges associated with it . . . and we were worried that others were going to quickly copy our work and progress."[193] "In the early days," Moderna was trying to build a biotech company even though it had **"no money**

---

[188] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 104.

[189] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 94.

[190] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 103.

[191] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, pp. 103.

[192] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 105-106.

[193] MRNA-GEN-01725410-507 at 418 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 33:18-33:23.).

49

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

and no expertise,"[194] was "new in the field of mRNA,"[195] and "there was a lot of capabilities we didn't have, either it's on the science, on the manufacturing, on the clinical setting"[196] — facts that Mr. Bancel has acknowledged. In a June 2021 *Newsweek* interview, Moderna's CEO, Mr. Bancel—employee #2[197]—described the company's first two years (*i.e.,* 2011 to c. March 2013) as follows:

---

[194] "Moderna CEO Stéphane Bancel In Conversation With Newsweek CEO Dev Pragad," *Newsweek,* June 22, 2021, 18:04-18:53 of 38:45, *available at* https://www.youtube.com/watch?v=ZPR_ksxiXag ("In the early days, because **we had no money and no expertise**, we partnered a lot. And as the company has developed more and more, we partner less and less. If you look at the company now, you know we have shown we can do successful Phase 3. We have shown we can get the FDA to authorize our products; we have shown we can commercialize products at gigantic scale. You know we're trying to make a billion dollars this year. We know we have delivered a lot of doses to the US government and to many governments around the world. And so we have a lot of cash now. The company is sitting on, at the of Q1, $80 billion of cash. So we have capital, we have teams, we have capabilities. So I think as you look forward we'll do, I think very focused partnerships when they make sense." (emphasis added)).

[195] June 28, 2024 Deposition of Stéphane Bancel, 35:16- 36:16 ("Q. . . . Do you have an understanding of why Moderna was looking for a useful alternative to dealing with Tekmira at this time? A. I don't know the details of the reason why. As I said before, we were trying to build portfolios, and so I remember I was not involved. We were working ███████████ ████████████████████████████████ in the field of LNPs. There was Acuitas you mentioned. There's Tekira. There were some universities, I think. Again, you will have to check with the team. I think there were discussions with MIT, I think, Don Anderson, who is also an LNP expert. So there was a lot of people that had been working on LNPs. And again, **being new in the field of mRNA**, we are trying to test, as I mentioned to you, a lot of different technologies. And so for any technologies that we looked at, the team thought it was good to talk to a lot of players in that different type of technology to figure out who had what in terms of capabilities." (emphasis added)).

[196] June 28, 2024 Deposition of Stéphane Bancel, 26:9-26:22 ("A. . . . So if you go back in time for a bit of context, Moderna in 2013 is a company with, I think, 20 employees. . . . And so having studied the biotech industry, given I've been in the field for a long time, but more from a pharmacological company side, it was clear to us that **there was a lot of capabilities we didn't have, either it's on the science, on the manufacturing, on the clinical setting**. . . ." (emphasis added)).

[197] Dev Pragad, "Moderna CEO Stéphane Bancel in Conversation with Newsweek CEO Dev Pragad," *Newsweek,* June 17, 2021, *available at* https://www.newsweek.com/moderna-ceo-stephane-bancel-conversation-dev-pragad-1601655 (". . . Stéphane Bancel joined Moderna as Employee #2 . . ."). Moderna's employee no. 1 was Jason P. Schrum, Ph.D. *See* December 9, 2023 Deposition of Jason P. Schrum, Ph.D. (*Moderna v. Pfizer*), 9:22-10:3 ("Q. Dr. Schrum, are you familiar with a company called Moderna? A. I am. I am the founding scientist and Employee No. 1 of Moderna Therapeutics. Q. When did you begin working at Moderna? A. In the fall of 2010, November of 2010.").

50

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

> We were extremely focused on doing great science. You know, the way I like to describe the company in the first two years, because we had no money, it was what I call spaghetti science, which is you try something, if it sticks on a wall because it works, great. If it does not, you try something else. What happened to us two years in, is we got a big partnership signed with AstraZeneca [announced on March 21, 2013[198]]. That got us a quarter-billion-dollars of cash up front. And so we could start to do high quality science. It's your own experiments. . . .[199]

70.     During the period from Moderna's founding in November 2010[200] through 2012, Moderna's total R&D expenditures were just $8 million, and its total "Gross Outflows for OpEx + CapEx" (including R&D) were just $17 million, as shown in **Figure 2.7**,[201] below.

---

[198] "AstraZeneca and Moderna Therapeutics announce exclusive agreement to develop pioneering messenger RNA Therapeutics™ in cardiometabolic diseases and cancer," *AstraZeneca,* March 21, 2013, *available at* https://www.astrazeneca.com/media-centre/press-releases/2013/astrazeneca-moderna-therapeutics-cardiometabolic-diseases-cancer-treatment-21032013.html#.

[199] "Moderna CEO Stéphane Bancel In Conversation With Newsweek CEO Dev Pragad," *Newsweek,* June 22, 2021, 05:30-06:10 of 38:45, *available at* https://www.youtube.com/watch?v=ZPR_ksxiXag.

[200] *See, e.g.,* December 9, 2023 Deposition of Jason P. Schrum, Ph.D. (*Moderna v. Pfizer*), 9:22-10:3 ("Q. Dr. Schrum, are you familiar with a company called Moderna? A. I am. I am the founding scientist and Employee No. 1 of Moderna Therapeutics. Q. When did you begin working at Moderna? A. In the fall of 2010, November of 2010."). MRNA-GEN-01744459-489 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 1 – Jason P. Schrum, Ph.D., ModeRNA Therapeutics, Inc. – Founders Meeting," *Moderna,* September 10, 2010, 31 Slides). MRNA-GEN-01741447-474 (*Moderna v. Pfizer* Rossi Deposition Exhibit No. 13 – Jason P. Schrum, Ph.D., ModeRNA Therapeutics, Inc. – Founders Meeting," *Moderna,* September 10, 2010, 28 Slides).

[201] "35th Annual J.P. Morgan Healthcare Conference," *Moderna*, January 9, 2017, Slide 39 of 41 *available at* https://web.archive.org/web/20200715033036/https://www.modernatx.com/newsroom/events/events-1 ("And a Strong Balance Sheet Positions Moderna for Success").

51

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

## And a Strong Balance Sheet Positions Moderna for Success

| $ in millions | Founding - 2012 | 2013 | 2014 | 2015 | 2016E | 2017E Budget |
|---|---|---|---|---|---|---|
| Inflows - Reimbursement & Product Milestones | - | $2 | $6 | $12 | $36 | |
| Outflows | | | | | | |
| Research & Development | $(8) | $(24) | $(61) | $(124) | $(225) | |
| General & Administrative | $(7) | $(13) | $(18) | $(20) | $(32) | |
| Capital Expenditures | $(2) | $(4) | $(17) | $(28) | $(39) | |
| Gross Outflows for OpEx + CapEx | $(17) | $(41) | $(96) | $(172) | $(296) | |
| Net Outflows for OpEx + CapEx | $(17) | $(39) | $(90) | $(160) | $(260) | >($300) |
| Year End Cash | $22 | $330 | $796 | $802 | $1,307 | ~$1,000 |

Note: Cash-based financial information reflected above. Financial statements have been audited through 2015.

Slide 39    © 2017 Moderna Therapeutics    moderna

**FIGURE 2.7**

71.     From 2016 through 2020, Moderna's total revenues were $\underline{\$1.312}$ billion and losses from operations totaled $\underline{\$2.215}$ billion, as shown in **Chart 2.1**, below.

52

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**CHART 2.1**

c.     **"Moderna 1.0"**

72.     "Moderna 1.0" was from its founding in 2009 to 2013—referred to as "the early days"—when Moderna was "new in the field of mRNA,"[202] "had no money" and was doing what Mr. Bancel called "spaghetti science," [203] as described above. Dr. Hoge joined Moderna on January 1, 2013[204]

---

[202] June 28, 2024 Deposition of Stéphane Bancel, 35:16- 36:16 ("Q. . . . Do you have an understanding of why Moderna was looking for a useful alternative to dealing with Tekmira at this time? A. I don't know the details of the reason why. As I said before, we were trying to build portfolios, and so I remember I was not involved. We were working ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ in the field of LNPs. There was Acuitas you mentioned. There's Tekira. There were some universities, I think. Again, you will have to check with the team. I think there were discussions with MIT, I think, Don Anderson, who is also an LNP expert. So there was a lot of people that had been working on LNPs. And again, **being new in the field of mRNA**, we are trying to test, as I mentioned to you, a lot of different technologies. And so for any technologies that we looked at, the team thought it was good to talk to a lot of players in that different type of technology to figure out who had what in terms of capabilities." (emphasis added)).
[203] "Moderna CEO Stéphane Bancel In Conversation With Newsweek CEO Dev Pragad," *Newsweek,* June 22, 2021, 05:30-06:10 of 38:45, *available at* https://www.youtube.com/watch?v=ZPR_ksxiXag.
[204] MRNA-GEN-01725410-507 at 414, 416, 477 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 20:23-21:2 ("Q. . . . So eight years before 2020 you joined Moderna in 2012? A. I joined the end of 2012. Q. December? A. December, correct.");

53

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

and became President of Moderna in late 2014, early 2015,[205] and was also "head of R&D."[206]  Dr. Hoge described the "early days of Moderna," dubbed "Moderna 1.0," as "'when we were living in the caves.'  The company often had only enough cash to keep the lights on for six months at a time[.]  The strategy was just to survive.'  Moderna 1.0, and life in the caves, came to a close in 2013, according to company lore."[207]

73.    During the 18-month period from January 2012 through June 2013, Moderna operated in "Stealth mode" with "Limited internal capabilities (1 FTE); no business development[.]"[208]  As of January 1, 2013, "Moderna's drug platform strategy" included **"'Leverage the world experts'"** and **"Aggressive business development and partnering for POC,"** a shown in **Figure 2.8**,[209] below.

---

28:10 ("A. . . . I joined early 2013, late 2012. . . ."); 270:24-270:25 ("A. Yes.  When I joined the company, which was January 1, 2013, . . .").

[205] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 15:19-16:8 ("Q. You joined Moderna in 2012?  A. At the end of 2012.  Q. And you joined as the SVP for corporate development, is that right?  A. I think the title was SVP corporate development and new product concepts.  Q. And you were responsible for Moderna's scientific strategy?  A. Yes, I was."  Q. And you became president of Moderna in late '14, early '15?  A. Yes, that's correct.").

[206] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 215:4-215:5 ("THE WITNESS: . . . I'm giving you the answer I have as the president of the company [Moderna] and the head of R&D, . . .").

[207] Damian Garde, "Ego, ambition, and turmoil: Inside one of biotech's most secretive startups," *STAT News,* September 13, 2016, *available at* https://www.statnews.com/2016/09/13/moderna-therapeutics-biotech-mrna/.

[208] MRNA-GEN-01725300-386, at 329 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 28 – "Confidential introduction," *Moderna,* June 13, 2013, Slide 30 of 87).

[209] MRNA-GEN-01725300-386, at 329 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 28 – "Confidential introduction," *Moderna,* June 13, 2013, Slide 30 of 87).

54

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.8**

74. Dr. de Fougerolles testified that it "is broadly true in scientific discovery [] that you are building on work that others have done before you. You obviously appreciate that work[.]"[210] While Dr. de Fougerolles credits the people, including Tekmira, that laid the first foundations for the success of the Accused Product—Moderna has not.

75. Dr. Rossi also credits the decades of "delivery science" that benefited Moderna. In a July 2021 DG Early-Morning Show podcast, Dr. Rossi stated: "So the delivery science has been evolving for many decades now and is part of – part of the timing of Moderna was good in mRNA therapeutics that we really could take advantage of already decades of delivery experience that had already

---

[210] MRNA-GEN-01731538-597, at 548 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 42:16-42:18.).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

been sort of developed and could be developed further to deliver mRNA."[211]  Dr. Himansu acknowledged that Moderna used the same LNPs that had been used in siRNA and testified: "We had used LNPs – again, that Moderna was using at the time as a standard LNP and LNP composition for vaccines.  Some of these lipids have been tested previously with siRNA, . . .[212] So the ratios [50/10/38.5/1.5[213]] that they [Alnylam, AlCana scientists] used were identical to the ratios that we used for vaccines."[214]  Dr. Ciaramella also testified: "In that case [the MERS experiments cited in Moderna's '600 patent], actually we use MC3 which is a formulation that had been used in the siRNA world."[215]  In contrast, in **February 2015**, Moderna's FDT "Principles"

---

[211] MRNA-GEN-01730671-719, at 705 (November 20, 2023 Deposition of Derrick Rossi, Ph.D. (*Moderna v. Pfizer*), 139:8-139:14.).  No Bates No. (*Moderna v. Pfizer* Rossi Deposition Exhibit No. 17 – "Interviewing one of the cofounders of Moderna (Dr. Derrick Rossi)!!" *DG Early-Morning Show,* July 3, 2021, 22:22-22:47 of 46:27, *available at* https://music.amazon.com/podcasts/f050b86c-1dad-4bc3-b12f-6aa5fa62438c/episodes/c283ca1c-87c6-419f-b8a4-90b3187f441f/dg-early-morning-show-interviewing-one-of-the-cofounders-of-moderna-dr-derrick-rossi.).

[212] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 200:25-201:3.  *See also* 201:15-201:18 ("Q. But you did use the same LNPs with the mRNA that had been used with the siRNA; right? . . . A. Correct, . . ."); 202:2-202:8 ("Q. So, but you took the same lipid that had been used in siRNA, you applied it to the mRNA, and it encapsulated; right? . . . A. I took the LNP that was given to me by Moderna as their standard platform technology and applied that."); 204:19-204:23 ("Q. And when you carried out that idea, you picked the LNP that had been previously used with siRNA; right? . . . A. That was accessible to me at that time.").

[213] MRNA-GEN-01742330-334, at 334 (*Moderna v. Pfizer* Himansu Deposition Exhibit No. 22 – Muthusamy Jayaraman, Steven M. Ansell, Barbara L. Mui, Ying K. Tam, Jianxim Chen, Xinyao Du, David Butler, Laxman Eltepu, Shigeo Matsuda, Jayaprakash K. Narayanannair, Kallanthottathil G. Rajeev, Ismail M. Hafez, Akin Akinc, Martin A. Maier, Mark A. Tracy, Pieter R. Cullis, Thomas D. Madden, Muthiah Manoharan, Michael J. Hope, "Maximizing the Potency of siRNA Lipid Nanoparticles for Hepatic Gene Silencing In Vivo," *Angew. Chem. Int. Ed.,* Vol. 51, 2010, pp. 8529-8533, at 8533).

[214] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 224:22-224:23.  *See also* 226:11-226:16 ("Q. Okay.  But I want to focus on the specific lipid that you used in the mRNA for the MERS vaccine in the '600 patent.  That lipid is the same lipid that's described in 2012 in the – by the AlCana/Alnylam group.  A. It has the same ratio."); 227:15-227:23 ("A. . . . I picked this lipid because that was the option that was available to me at the time as a Moderna employee, because that was their standard lipid based on the experience on working with vaccines.  Q. So who determined, to your knowledge, that the Moderna standard lipid would match the lipid from AlCana/Alnylam for siRNA?  A. I do not know.").

[215] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 126:3-126:5. *See also* 127:18-127:24 ("Q. But just to be clear, the actual formulation that is being used and described in Example 20 [in Moderna's '600 patent] is the same formulation that had been used

56

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

stated: **"We have been able to opportunistically repurpose technologies . . . MC LNP from IV therapeutic to intradermal/IM(?) vaccine system!"**[216]

> **(1)    Moderna's Patent Attorney to UPenn's Drs. Karikó and Weissman: "We're going to do everything we can to get around your patent"**

76. In addition to "opportunistically repurpose[ing]" delivery technology, Moderna also "repurposed' other technology without regard for whether it was patented. Mr. Bancel testified that Moderna was "new in the field of mRNA,"[217] and "there was a lot of capabilities we didn't have, either it's on the science, on the manufacturing, on the clinical setting."[218] Drs. "Karikó and Weissman's

---

in siRNA, correct? . . . THE WITNESS: It is the same LNP that has been used for siRNA, . . ."); 154:15-154:21 ("Q. So the LNP formulation, though, used to delivery mRNA encoding antibodies was the same LNP that Alnylam had used to delivery siRNA, correct? A. It was the MC3 formulation, which as I mentioned earlier, was an example of an LNP that was, for expediency sake, one that we have been using. . . .").

[216] MRNA-GEN-01042034-041, at 035 (Almarsson Deposition Exhibit No. 8 – "Project Org FDT," *Moderna,* February 8, 2015-draft, Slide 2 of 8) ("Principles"). May 31, 2024 Deposition of Örn Almarsson, Ph.D., 113:6- 114:13 ("Q. . . . Going down to the third bullet point, it says, 'We have been able to opportunistically repurpose technologies.' Do you see that? A. I see that. . . . Q. Do you agree with the statement that Moderna opportunistically repurposed technologies? . . . A. That's a no. No. Q. You don't agree that Moderna opportunistically repurposed technologies? A. Sitting here today, my answer is, no. Q. Why not? A. Like I said, I don't recall who wrote this, and what the intent and the meaning was, and I won't impute."); 115:4-116:13 ("Q. The sub-bullet underneath says, 'MC3 LNP from IV therapeutic to intradermal/IM vaccine system!' So it seems that what the person is saying on this slide is that the MC3 LNP from IV therapeutic was opportunistically repurchased [sic – repurposed] to IM vaccine systems. Do you agree that seems to be what the slide is trying to convey? . . . A. I think I wouldn't read it that way. Q. How would you read it? A. I'm reading it literally, 'MC3 LNP from IV therapeutic to intradermal/IM(?) vaccine system!' And I don't know what the author really meant by that at the time. Q. Given that we had just looked at a bunch of exhibits where Moderna talked about how it used the lipid composition from the TTR-02 IV program, you don't think that this – that that is what this sub-bullet is referring to? . . . A. I don't know that. Q. And you don't know why this sub-bullet is underneath the bullet about opportunistically repurposing technologies? A, I don't know that.").

[217] June 28, 2024 Deposition of Stéphane Bancel, 36:9- 36:10.

[218] June 28, 2024 Deposition of Stéphane Bancel, 26:9-26:22 ("A. . . . So if you go back in time for a bit of context, Moderna in 2013 is a company with, I think, 20 employees. . . . And so having studied the biotech industry, given I've been in the field for a long time, but more from a pharmacological company side, **it was clear to us that there was a lot of capabilities we didn't have, either it's on the science, on the manufacturing, on the clinical setting**. . . ." (emphasis added)).

57

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

papers had been something of a Rosetta stone for Rossi" and his colleagues.[219]  Dr. Rossi described Drs. Karikó and Weissman's work as "important work,"[220] and testified "it led us on the pathway that modified nucleosides would be important for making mRNA therapeutics."[221]  Dr. de Fougerolles testified that "in the early days we were aware of what we could call the UPenn patent."[222]

77.   From the beginning, Moderna knew it would need access to the technology of others.  For example, in or about **July 2010**,[223] months before Moderna's "Founders Meeting" on **September 10, 2010**,[224] and its first employee, Dr. Jason P. Schrum, began work in **November 2010**,[225] Flagship sought to license the technology developed by UPenn scientists Katalin Karikó and Drew Weissman.[226]   Gregory Zuckerman described the result of that effort as follows:

---

[219] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 97.

[220] MRNA-GEN-01730671-719, at 676-677 (November 20, 2023 Deposition of Derrick Rossi, Ph.D. (*Moderna v. Pfizer*), 24:14-25:2 ("Q. Is it fair to say that without the work performed by you in your lab, Moderna would not exist today?  A. I think that's fair to say.  Q. Okay.  Is it also fair to say that without the benefit of the teachings of Dr. Karikó and Dr. Weissman, your lab would not have found success? . . . A. So I'm not sure, but certainly reading that paper facilitated us.  We may have gotten there eventually.  Not sure.  But it was important.  I've cited their work.  It's important work.").

[221] MRNA-GEN-01730671-719, at 678 (November 20, 2023 Deposition of Derrick Rossi, Ph.D. (*Moderna v. Pfizer*), 30:20-30:22.).

[222] MRNA-GEN-01731538-597, at 577 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 159:2-159:4.).

[223] MRNA-GEN-01744750-765, at 758 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), p. 114.).

[224] MRNA-GEN-01744459-489 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 1 – Jason P. Schrum, Ph.D., ModeRNA Therapeutics, Inc. – Founders Meeting," *Moderna,* September 10, 2010, 31 Slides).

[225] December 9, 2023 Deposition of Jason P. Schrum, Ph.D. (*Moderna v. Pfizer*), 9:22-10:3 ("Q. Dr. Schrum, are you familiar with a company called Moderna?  A. I am.  I am the founding scientist and Employee No. 1 of Moderna Therapeutics.  Q. When did you begin working at Moderna?  A. In the fall of 2010, November of 2010.").

[226] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 107.  *See also* MRNA-GEN-01730671-719, at 676-677 (November 20, 2023 Deposition of Derrick Rossi, Ph.D. (*Moderna v. Pfizer*), 69:19-70:21 ("Q. Do you recall what you heard about those discussions [regarding the UPenn patent] even though you weren't directly involved?  A. Not particularly.  I think that one of the lawyers working for – IP attorneys working for Flagship, my understanding was went to

58

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

But Penn wouldn't license their technology to Flagship. . . . The new partners were in a bind—if their venture couldn't follow the Penn professors' road map, how were they going to make mRNA work as a drug?[227]  [So] Greg Sieczkiewicz[228] . . . [a] young patent attorney at Afeyan's Flaship Pioneering[229] . . . traveled down to Philadelphia . . . to explore other ways Flagship's start-up might employ Karikó and Weissman's methods, and whether they were devising new approaches or iterations of their existing technology that might provide a solution to the problem. . . .

The conversation quickly spiraled, however.  It became clear to Sieczkiewicz that he wasn't going to be able to license their work, there was nothing the professors could do about it, and they didn't have any new technologies or approaches to help the venture.  Sieczkiewicz grew frustrated.  Then he got angry, Weissman recalls.  Rising to leave, Sieczkiewicz turned to the professors and delivered a vow.  **'We're going to do everything we can to get around your patent,'** Sieczkiewicz said, before storming out of the office.  Weissman and Karikó looked at each other in disbelief, feeling they had been threatened.  (Sieczkiewicz says he didn't mean his comments to sound threatening and that he was pointing out that biotech companies regularly improve on existing technologies.)"[230]

UPenn to talk about some patents.  Whether or not they were these – they likely are – I don't actually know, but I assume so.  But again, that's just something I heard but was not directly involved in.  Q. Okay.  Do you have any understanding of why Moderna as seeking a license to Dr. Kariko's and Weissman's patents?  A. Well, no, but you can speculate.  Q. If you don't mind giving me your best understanding, that would be much appreciated. . . . A. I don't have a – I wasn't involved in those discussions, so I really don't have an . . .As far as I know, Drew and Kati – I don't know which of these patents.  But one of these patents was licensed to some reagents company, CELLSCRIPT, as far as I know.  So they went first to talk to UPenn and then ended up taking to CELLSCRIPT, if that was the name of the company.  I think it was CELLSCRIPT.")).

[227] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, pp. 107-108.

[228] "Grey Sieczkiewicz," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/grey-sieczkiewicz-a6b3013/details/experience/ (Flagship Ventures: Vice President, Intellectual Property (May 2009-October 2012); Intellectual Property Counsel, Affiliated (October 2012-March 2015)).

[229] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 107.

[230] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 108 (emphasis added).  *See also* Peter Loftus, *The Messenger: Moderna, the Vaccine and the Business Gamble That Changed the World*, pp. 36, 83 ("(The same [Flagship Pioneering] patent attorney also visited Drew Weissmann and Katalin Karikó at Penn to inquire about licensing the Penn patents based on their work, Weissman recalled.  But Penn had licensed them to another company and the lawyer couldn't reach an agreement to sublicense the patents.  In their final meeting, the lawyer said Flagship and its new venture would find a way to 'get around' Penn's patents and 'let in a huff,'

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

78.    David Heath provided the following more detailed account of the foregoing events in his January 2022 book, *Longshot - The Inside Story of the Race for a COVID-19 Vaccine,* which shows within ***just weeks*** after Flagship's **May 28, 2010**[231] and **June 10, 2010** meetings with Drs. Rossi, Langer and Springer,[232] Flagship sent its vice president of intellectual property to meet with UPenn Drs. Kariko and Weissman. By that time, however, UPenn had already granted an exclusive license to the patent just months earlier, on or about **April 2010**[233]:

---

Weissmann said.) . . . In addition to building its research pipeline, Moderna was bulking up on its patent portfolio.  The lawyer who had failed to broker a deal with Penn to license the work of Weissman and Karikó and said he'd find a way around it evidently didn't.  Moderna would eventually come back to them and ink a new license deal for Penn's mRNA patents, agreement to pay about $75 million over a three-year period, along with royalties if certain products made it to market.  There was no way around this, otherwise Moderna risked patent-infringement litigation if it sold an mRNA product that relied in part on the research of Karikó and Weissman, which it probably would.").  MRNA-GEN-01725289-293 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 40 – Excerpt from Peter Loftus's book, *The Messenger*).  MRNA-GEN-01725410-507 at 492 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 331:22-332:9 ("Q. And you had heard that a lawyer for Flagship years earlier had talked with UPenn about potentially getting a license for Karikó, but didn't; are you aware of that fact? . . . A. I was aware that there had been a prior exchange between Cellscript and Flagship.  Q. That didn't result in a license, right?  A. It did not result in a license.").

[231] David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022, p. 95 (". . . Springer had also set up an afternoon meeting on May 28 [2010] with Doug Cole at Flagship Ventures.  Springer knew Cole from the board of directors of another biotech in which he was an investor.  That went well enough to schedule the next meeting with Noubar Afeyan.").

[232] MRNA-GEN-01744750-765, at 754 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), p. 110.).

[233] David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022, pp. 71-72 ("On February 5, 2010, Kariko and Weissman were sent a letter from the associate vice provost for research, Michael Cleare, who oversaw selling the rights to intellectual property.  It was deflating news.  Gary Dahl [from Cellscript LLC, a subsidiary of Epicentre Biotechnologies, based in Madison, Wisconsin] was back, and he wanted to buy the rights to their discovery.  "As we have been unable to reach agreement with RNARx, we have determined to speak with EPICENTRE Technologies Corporation concerning a possible license to the RNA technologies you have developed at Penn."  Cleare said that if talks with Epicentre fell apart and Penn licensed only a portion of the rights to them, RNARx would be able to return to the negotiating table.  But now, he needed them to agree that Penn could sell the rights to their patent.  Two weeks later, both Kariko and Weissman signed.  Penn, in a highly unusual move, sold all the rights to Epicentre.  Weissman

60

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Flagship also sent its vice president of intellectual property to meet with Weissman and Kariko in hopes of licensing their patent. But by the time Flagship's Gregory Sieczkiewicz, reached out to the pair, they no longer had any leverage to negotiate. Sieczkiewicz first insisted that Kariko sign a confidential disclosure agreement. The CDA she signed **July 20, 2010**, was to prevent her from talking about Moderna's efforts to acquire the license or to reveal a possible collaboration between Moderna and the Penn scientists. Although Kariko signed it, she told Sieczkiewicz that Penn had already sold the rights to Gary Dahl.

"Moderna would later claim that they discovered it. They never even heard about that we did modified RNA already," Kariko said. Sieczkiewicz had several meetings with Weissman and Kariko to seek their advice on mRNA. According to Weissman, Sieczkiewicz was still interested in whether to pursue IPS cells. But Weissman cautioned him against it. **The real potential of modified mRNA was in vaccines in therapeutics.**

"Flagship tried to bully Penn into licensing them the patent essentially for nothing. Penn refused to give it to them, and they got very upset," Weissman recalls. Penn had no choice. It had already licensed the technology to someone else. Flagship turned to Dahl to sublicense the patent from him. But Dahl said Flagship wasn't offering nearly enough, so he didn't bother to get into detailed discussions with Sieczkiewicz.

Sieczkiewicz became frustrated, Weissman recalled. **At the last meeting, "He told us that they were going to form a company and that they were going to find a way to get around the patent."** In fact, rather than fixing Weissman and Kariko's science, Moderna spent its first few months looking for another way to modify mRNA to get around the Penn patent.[234]

. . .

Weissman and Kariko's original patent included broad enough language that

---

and Kariko were puzzled. 'They usually never give full rights unless it's a pharmaceutical company that's done clinical trials,' Weissman said. 'I don't understand why they did that.' Kariko remains bitter about it. She accused the university of selling the rights at a huge discount. When asked why Penn sold the exclusive rights, Kariko didn't hold back. 'Because they are assholes,' she said. Weissman believes the university gave away a major discovery without realizing that it had made a big mistake. Does the school know now? 'I would hope that they realize it. Every time they talk to Kati, she tells them how much they screwed up.'"). *The Trustees of the University of Pennsylvania v. BioNTech SE and BioNTech RNA Pharmaceuticals GmbH,* Civil Action No. 2:24-cv-03801 (E.D. Pa.), Complaint filed August 5, 2024, ¶ 16 ("Penn licensed the mRNA Patent Rights to commercial entities who wished to bring the mRNA products to market. Between April 2010 and August 2020, Penn licensed these mRNA Patent Rights to a series of related entities, including Epicentre Technologies Corporation, mRNA RiboTherapeutics, Inc. ('RTX'), and Cellscript LLC ('Cellscript'). The Cellscript entities sublicensed the Penn technology to BioNTech (as well as Moderna) [redacted].").

[234] MRNA-GEN-01744750-765, at 758-759 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), pp. 114-115.).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

> Schrum's modification was included in it, according to Weissman. Moderna efforts to elude that [UPenn] patent ultimately failed. The company in June 2017 went back to Cellscript and sublicensed the intellectual rights to Weissman and Kariko's discovery. . . . Moderna paid upfront grant fees of $75 million and [sic – as] well as additional fees and royalties. In the first quarter of 2021 alone, Moderna paid Cellscript $84 million for the license. The patent that the University of Pennsylvania would not license to its own inventors and gave away for a pittance is now worth hundreds of millions of dollars. Penn splits some royalties with Weissman and Kariko, reportedly worth millions of dollars. But while several people became billionaires from Kariko and Weissman's breakthrough, they did not.

> "The University of Pennsylvania, their tech transfer office is impossible to work with," recalls Schrum. "What they did, which was incredibly foolish, was to give an exclusive license of [sic – for] the use of these modified nucleotides to a research tools company."[235]

79. The foregoing highlights the issue of who profits from innovation and the factors that drive it, which will be discussed in detail later.[236] .

80. The "mRNA pioneers," "Karikó, Rossi, and others," however, were not working with LNPs.[237]

### (2) Moderna Also "lack[ed] [] internal LNP expertise or focus"

81. Similarly, Moderna lacked internal LNP expertise and focus and its strategy was to leverage the work of its partners. Dr. de Fougerolles was Moderna's "founding CSO." and was hired from Alnylam where his work on LNP technology started with collaboration with Protiva scientists.[238]

---

[235] MRNA-GEN-01744750-765, at 765 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), p. 121.).

[236] *See* Section IV.B.

[237] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 128.

[238] MRNA-GEN-0173490-538, at 515 (November 20, 2023 Deposition of Derrick Rossi, Ph.D (*Moderna v. Pfizer*), 104:3-104:11 ("Do you recall when or if Moderna hired a scientist focused on lipid nanoparticles'? A. I don't know if it was solely lipid nanoparticles. But certainly when we hired Tony De Fougerolles and Sayda Elbashir they had both come out of Alnylam and had experience working with LNPs. They're -- to the best of my recollection. And then T think we hired other people as well. I can't recall the names.")). MRNA-GEN-01735097-156, at 117 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 81:3-81:16 ("Q. When were lipid nanoparticles first developed by Alnylam? MS. WHELAN: Objection, foundation. A. You know, again, we first started collaborating with what would become Tekmira, I believe at the time, it was called Protiva. And at some point in the mid 2000s,

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Dr. de Fougerolles testified: "When did we begin working on LNPs? Again, I think the end of 2011, was when – November or December, was when we started looking at lipid nanoparticles. And then the majority, if not most of the work, was in 2012. And then, obviously, through beyond that into 2013."[239] Gregory Zuckerman, however, describes Moderna's work with LNPs beginning in around early-2013:

> When Moderna's scientists first began doing experiments, they used 'naked' mRNA, meaning they created a version of the molecule in the lab that encoded for a particular protein and injected it into the body with nothing more than a crude chemical encasement, hoping for the best. Naked mRNA was used on a repeated basis to produce the VEGF in mice, demonstrating enough of that protein to get AstraZeneca excited that a cardiovascular medicine could be manufactured using Moderna's mRNA technology.

> By early 2013, though, it was clear that the VEGF protein was a rare exception. As the Moderna team tried development mRNA molecules for several other rare diseases, they found they couldn't produce nearly enough protein to be of much help to anyone. Almost all their mRNA was getting cut up and eliminated by an enzyme called nuclease, well before the molecule could get into the cell. To address this problem, the Moderna researchers began inserting their mRNA in lipid nanoparticles, or LNPs[.][240]

82. Moderna's internal documents show the extent to which Moderna lacked in-house LNP experience prior to 2013 and what it expected its "partner" to bring to a collaboration to enable "Rapid entry into phase 1." For example, Moderna's November 28, 2011, "BOD: R&D Update," slide deck included the **"Obtaining Formulations"** slide, in **Figure 2.9**,[241] below, which included: "**Access formulations used in clinical trials – Partner would bring formulation expertise to adapt modRNA**[;] . . . Previous clinical experiences will guide IND-enabling studies and clinical trial design[;] Test formulation in rodent safety and NHP POC[;] **Rapid entry into phase 1**":

---

it became Tekmira. We started collaborating with Protiva in, I think, it was -- may have been 2004, 2005, time frame. That's when we first started doing work, and then we also then started doing a lot of our own work using different LNPs, different types of lipid nanoparticles, et cetera.")).

[239] MRNA-GEN-01731538-597, at 568 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 123:1-123:6.).

[240] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 127.

[241] MRNA-GEN-01740989-016, at 012 (*Moderna v. Pfizer* Rossi Deposition Exhibit No. 14 – "BOD: R&D Update," *Moderna,* November 28, 2011, Slide 24 of 28) ("Obtaining Formulations").

63

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.9**

83.    In February 2013, Moderna again stated: "**Moderna lacks the resources or internal expertise to conduct this work [LNP formulation].  Therefore we have initiated discussions with external partners with deep expertise in LNPs (Tekmira).**[242] . . . Given the lack of internal LNP expertise or focus, Moderna has initiated discussions with partners with deep expertise in LNP (Tekmira) to being to optimize the platform and confirm its suitability for mRNA therapeutics."[243]

---

[242] MRNA-GEN-01725509-518, at 509 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 27 – "MIS6. LNP Integrated Summary," *Moderna,* February 19, 2013 (metadata).) (emphasis added). MRNA-GEN-01725410-507 at 473 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 254:2-257:5 (testimony regarding *Moderna v. Pfizer* Hoge Deposition Exhibit No. 27)).

[243] MRNA-GEN-01725509-518, at 514 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 27 – "MIS6. LNP Integrated Summary," *Moderna,* February 19, 2013 (metadata).).  MRNA-GEN-01725410-507 at 474 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 257:8-257:22 ("Q. . . . It says in the third paragraph [on 474], again, 'Given

64

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

84. In June 2013, Moderna's internal documents outlined the company's plan to leverage its partners. For example, in Moderna's June 13, 2013 "Formulation White Paper," Dr. de Fougerolles stated **"[t]he majority of the formulation work will be done in conjunction with external labs and companies who have the specific expertise in particular formulation approaches"** as follows:

> While progress has been achieved in formulation of mRNA to date, much more remains to be done.  This represents a key element of the success of mRNA therapeutics and an area where significant improvements can be made.  Work on formulation will consist of limited internal work focusing on a few approaches and reducing to practice for IP purposes other formulation approaches.  The majority of the formulation work will be done in conjunction with external labs and companies who have the specific expertise in particular formulation approaches.[244]

85. Moderna's June 13, 2013 "Confidential introduction" slide deck included a summary of the "Principles behind Moderna's drug platform strategy" during the "Stealth mode (last 18 months)" which stated, among other things: "Leveraged easy formulations for exploratory research in the core mRNA platform (saline, lipoplex, cationic LNP)[.]"[245]  Regarding the "easy formulation" "cationic LNPs" that Moderna was leveraging, Dr. Hoge testified:

> I don't know the characterization, but I know we were using a range of different amino lipids, MC2, MC3 previously mentioned. ████████████████████ ████████████████████████████████ So there was a range of things.[246]

86. Dr. de Fougerolles did acknowledge that Moderna started work with the LNPs of others.  Dr. de Fougerolles testified: "we used some of the cationic lipid that were in the scientific literature and

---

the lack of internal LNP expertise or focus, Moderna has initiated discussions with partners with deep expertise to LNP (Tekmira) to begin to optimize the platform and confirm its suitability for mRNA therapeutics.' Do you see that?  A. I do see that.  Q. And Tony de Fougerolles was at Moderna when that statement was written, right?  A. Tony de Fougerolles was at Moderna.  I do not believe that Tony de Fougerolles would agree with that statement.").

[244] MRNA-GEN-01737710-719, at 710 (de Fougerolles (*Moderna v. Pfizer*) Deposition Exhibit No. 11 – Tony de Fougerolles, "Formulation White Paper, Version #2," *Moderna,* June 13, 2013, p. 1 of 10).

[245] MRNA-GEN-01725300-386, at 329 (Hoge (*Moderna v. Pfizer*) Deposition Exhibit No. 28 – "Confidential introduction," *Moderna,* June 13, 2013, Slide 30 of 87).

[246] MRNA-GEN-01725410-507 at 477 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 272:5-272:9.).

65

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

we started working with those"[247] and "tested them in a variety of different ratios."[248]    Dr. Benenato testified that when she joined in **September 2014**, "[t]he main lipid nanoparticle the team was working with at the time, I believe in the early days, would have been MC3 as well as N – [Merck's] L608, which is another lipid,"[249] Tekmira's LNP was "a lipid nanoparticle that was used internally to – as a benchmark,"[250] and Moderna did not have any in-house developed lipids for LNPs.[251]

### (3)    January 2013: "a very transformative moment"

87.    On January 1, 2013,[252] Stephen Hoge, M.D., "a partner at McKinsey & Company and former physician,"[253] joined Moderna as Senior Vice President, Corporate Development and New Drug

---

[247] MRNA-GEN-01731538-597, at 548, 589 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 46:4-46:6; 205:9-205:17 ("Q. So a standard formulations process used for siRNA could be used as a starting point to formulate mRNA, right? . . . A. So, again, we used those known lipids, and we did part of a larger body of work, obviously, part of what we were doing was, you know, using, you know, the different components that were used before.").

[248] MRNA-GEN-01731538-597, at 548 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 46:16-46:17.

[249] MRNA-GEN-01722470-534, at 479 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 39:13-39:16.).

[250] MRNA-GEN-01722470-534, at 477 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 101:15-102:3 ("Q. If we go to the page ending in 713 [of *Moderna v. Pfizer* Benenato Deposition Exhibit No. 9]. The header is 'Novel LNPs enhance immunogenicity in mice compared to legacy LNP and show robust immune response in mice compared to legacy LNP and show robust immune response in NHP.' Do you see that? A. yes. Q. What's a legacy LNP? A. This is referring to a lipid nanoparticle that as used internally to – as a benchmark. And so legacy meaning this is what this started with. Q. What LNP was that? A. This was – that was an MC3.")). MRNA-GEN-01721965-044, at 033 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 9 – Kerry Benenato, "Lipid Nanoparticles (LNPs)," *Moderna,* December 15, 2021, Slide 69 of 80).

[251] MRNA-GEN-01722470-534, at 477 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 31:1-31:6 ("Q. Did Moderna use any in-house developed lipids for lipid nanoparticles when you joined? A. Before I joined, no. Q. That was your role, right, to design lipids? A. Yes.")).

[252] *See, e.g.,* MRNA-GEN-01725410-507 at 414, 416, 477 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 20:23-21:2 ("Q. . . . So eight years before 2020 you joined Moderna in 2012? A. I joined the end of 2012. Q. December? A. December, correct."); 28:10 ("A. . . . I joined early 2013, late 2012. . . ."); 270:24-270:25 ("A. Yes. When I joined the company, which was January 1, 2013, . . .").

[253] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 124. *See also* MRNA-GEN-

66

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Concepts[254]—when Moderna had about 10 employees.[255]  Dr. Hoge testified: "I was responsible for getting the business going.[256] . . . I was responsible for our scientific strategy. . . . And in particular, thinking about how we advance our platform technology into applications in disease, either prevention or treatment. . . . I also ended up responsible for some of the initial research teams, and although it wasn't there in December when I first joined, by the end of the first year was responsible for our investments and our platform and messenger RNA science."[257]

88. Mr. Bancel claims that when Dr. Hoge joined the company in January 2013,[258] it was **"a very transformative moment,"** which he described as follows:

> So a lot of people did not join the company in the early days.  And because we didn't have the scientific leadership that we have had since then, it was indeed a big challenge to first get high quality enough people.  And then we brought the scientific leadership because the team was very, very small, to try to guide them.  What really changed our life a lot is when Steven Hoge who is the President of the

---

01725294-299, at 294-295 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 1 – July 21, 2020 Testimony of Dr. Stephen Hoge – President, Moderna, Inc. at Hearing Before the House Energy and Commerce Committee – Subcommittee on Oversight & Investigation, pp. 1-2 of 6) ("A decade later, while working for companies in the healthcare sector, I learned about a ten-person start-up pursuing a revolutionary approach to treating disease: Moderna.  If it worked, the vision and technology driving the company could unlock new frontiers in medicine.  The chance to pursue that future is why I joined Moderna."). MRNA-GEN-01725410-507 at 415 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 21:16-22:3 ("A. So after I actually left my residency at NYU in Bellevue Hospital after medical school, and I joined a consulting company.  Q. Which one?  A. McKinsey in New York.  Q. How long were you with McKinsey?  A. In total, it was about seven and a half years.  Q. What position did you ultimately achieve at McKinsey?  Di you become a partner?  A. In the last couple of years I was a partner, yes.").

[254] *See, e.g.,* "Stephen Hoge, M.D.," *Moderna,* January 7, 2015 (archive), *available at* https://web.archive.org/web/20150107200905/http://modernatx.com/about-us/leadership.

[255] No Bates Nos. (Hoge Deposition Exhibit No. 8 – Testimony of Dr. Stephen Hoge, President, Moderna, Inc., Hearing Before the House Energy and Commerce Committee – Subcommittee on Oversight & Investigations, July 21, 2020, pp. 1-2 ("A decade later, while consulting for companies in the healthcare sector, **I learned about a 10-person start-up** pursuing a revolutionary approach to treating disease: Moderna.  If it worked, the vision and technology driving the company could unlock new frontiers for medicine.  The chance to pursue that future is why I joined Moderna." (emphasis added)).

[256] MRNA-GEN-01725410-507 at 415 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 22:24-22:25.

[257] MRNA-GEN-01725410-507 at 415 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 22:24-23:20.

[258] June 28, 2024 Deposition of Stéphane Bancel, 89:22-90:1 ("A. . . . Stephen [Hoge] joined the company in January 2013. . . .").

67

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

company and running R&D, joined us two years into the company's history, and then started to lead the science.  That was a very transformative moment because on the one hand, we're getting more data, two, we have the capital to do science correctly, not spaghetti science, and three, there was the right leader to lead the science because I'm not a scientist, I understand enough about science.[259]

. . .

You know, in the early days before Steven [Hoge] started on the science, I didn't know the scientific answers or how to get there.  But I was able to ask what were the key scientific questions, the business, the company needed answers for, so we could move the business forward into getting closer to product from science.  And these are about asking the questions. . . . [260]

. . .

Stephen [Hoge] had this very unique attribute, he understands science deeply, he understands business development, . . . [261]

89.    In October 2013, Moderna summarized the **"Moderna 1.0 history,"** as shown in **Figure 2.10**,[262] below, which mentioned the following as claimed accomplishments with no detail: "Non-human primate proof of concept; Establish credibility, IP; and Business development."

---

[259] "Moderna CEO Stéphane Bancel In Conversation With Newsweek CEO Dev Pragad," *Newsweek,* June 22, 2021, 08:00-08:44 of 38:45, *available at* https://www.youtube.com/watch?v=ZPR_ksxiXag.
[260] "Moderna CEO Stéphane Bancel In Conversation With Newsweek CEO Dev Pragad," *Newsweek,* June 22, 2021, 09:39-10:11 of 38:45, *available at* https://www.youtube.com/watch?v=ZPR_ksxiXag.
[261] June 28, 2024 Deposition of Stéphane Bancel, 52:20-52:22.
[262] MRNA-GEN-01237622-687, at 669 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 49) ("Moderna 1.0 history").

68

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.10**

90.    In comparison, Moderna provided much more detail regarding its fundraising activity, which shows that at that time, Moderna was heavily dependent on outside sources of capital:  Moderna had raised $39 million in three (3) equity rounds, and $266.5 million from outside sources that were **"Non-dilutive"**: AstraZeneca upfront cash ($240 million), DARPA "seedling" and grant ($26 million), and Degorce grant ($0.5 million).[263]

### d.    "Moderna 2.0"

91.    By June 2013, Moderna's "Company vision" included: "Build a patient focused, science-driven, fully-integrated pharmaceutical company.  Be the world leader in mRNA therapeutics."[264]  In

---

[263] MRNA-GEN-01237622-687, at 669 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 49) ("Moderna 1.0 history").

[264] MRNA-GEN-01725521-592, at 526 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 2 – "June Board Meeting," *Moderna,* June 19-20, 2013, Slide 6 of 72) ("Company vision" (emphasis in original)).

69

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

October 2013, Moderna's plan for "Building the next stage of Moderna" included **"Build the mRNA platform"** as part of "Moderna 2.0," as shown in **Figure 2.11A**,[265] below, which included "Business development[:] Build a portfolio of in-licensed formulations," as shown in **Figure 2.11B**, [266] below. At that time, Moderna had exchanged a term sheet with Tekmira.[267]



**FIGURE 2.11A**

---

[265] MRNA-GEN-01237622-687, at 674 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 54) ("Building the next stage of Moderna"). *Compare to* MRNA-GEN-01237261-286, at 262 (Almarsson Deposition Exhibit No. 20 – Örn Almarsson, "Formulations & Delivery Technologies (FDT) – 2014-2015 Roadmap," *Moderna,* September 12, 2013, Slide 2 of 26) ("Moderna 2.0 integrated goals . . . *We are here.....*Moderna 2.0[:] 2-3 drugs in the clinic[;] Build distinctive technology platform (science, IP)[;] Build foundation to scale up (IT, talent, systems) and set up franchise model . . ."). 
[266] MRNA-GEN-01237622-687, at 675 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 55) ("Building the next stage of Moderna"). 
[267] MRNA-GEN-01237622-687, at 633 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 12) ("Identify Strongest Biology and Data Through Partnerships").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.11B**

92.    In September 2014, Moderna's "Long-term vision" was to have "100 drugs in clinic in 10 years" as shown in **Figure 2.12**,[268] below.

---

[268] MRNA-GEN-00792008-020, at 011 (Almarsson Deposition Exhibit No. 6 – "Board update on Moderna strategy & Venture operating model," *Moderna,* September 2014, Slide 4 of 13) ("Long-term vision: Take an emerging technology and turn it into 100 drugs in clinic in 10 years").

71

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.12**

93. As of January 2017, however, Moderna had just <u>5</u> drugs in clinical trials,[269] and was now showing "Moderna's mRNA Technology Platform" on an "S-curve," as shown in **Figure 2.13**,[270] below. Mr. Bancel stated: "We believe this is a 20-year game this is an S-curve. Every technology that mankind has touched has always gone through S curve and we want to be the company that going

---

[269] "35th Annual J.P. Morgan Healthcare Conference," *Moderna*, January 9, 2017, Slide 13 of 41, *available at* https://web.archive.org/web/20200715033036/https://www.modernatx.com/newsroom/events/events-1 ("We are Continuing to Gain Momentum – 12 development candidates nominated and 5 in the clinic").

[270] "35th Annual J.P. Morgan Healthcare Conference," *Moderna*, January 9, 2017, Slide 8 of 41, *available at* https://web.archive.org/web/20200715033036/https://www.modernatx.com/newsroom/events/events-1 ("Moderna's mRNA Technology Platform").

72

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

to go the fastest to the top."[271]



**FIGURE 2.13**

### (1)    Moderna's mRNA Platform Strategy

94.    In October 2013, Moderna's vision was "building an ecosystem (Biotech 2.0)" (analogous to Google[272]) as shown in **Figure 2.14**,[273] below.  Mr. Francis described "the ecosystem" as follows: "the ecosystem in general, what we're building is essentially creating partnerships around Moderna and having essentially people part of our world, so they can ultimately be contributing and we can

---

[271] "35th Annual J.P. Morgan Healthcare Conference," *Moderna*, January 9, 2017, Stéphane Bancel presentation at 6:44-6:54 of 26:14, *available at* https://web.archive.org/web/20200715033036/https://www.modernatx.com/newsroom/events/events-1.

[272] MRNA-GEN-01237622-687, at 670 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 50) ("Where do we go from here?").

[273] MRNA-GEN-01237622-687, at 671 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 51) ("Our vision").

73

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

work together on certain activities."[274]



**FIGURE 2.14**

95.    A year later, in September 2014, Moderna's "Ecosystem approach" had evolved, as shown in **Figure 2.15**,[275] below, and included pursuing "Development candidates" with both "Partners" and "Ventures."  On January 8, 2015, announced the launch of Valera, to pursue "messenger vaccines," which it described as "a new Moderna venture focused exclusively on the advancement of vaccines and therapeutics for the prevention and treatment of viral, bacterial and parasitic infection

---

[274] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 201:4-201:9, 346:10-346:12 ("A. . . . part of what we do is we build an ecosystem of partners around us. . . .").

[275] MRNA-GEN-00792008-020, at 010 (Almarsson Deposition Exhibit No. 6 – "Board update on Moderna strategy & Venture operating model," *Moderna,* September 2014, Slide 3 of 13) ("Ecosystem approach").

74

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

diseases."[276]



**FIGURE 2.15**

96.    In May 2015, Moderna was apparently considering "pulling Tekmira and Acuitas into the ecosystem."[277]

---

[276] "Moderna Launches New Venture Valera LLC for Infectious Diseases," *Moderna,* January 8, 2015, *available at* https://investors.modernatx.com/news/news-details/2015/Moderna-Launches-New-Venture-Valera-LLC-for-Infectious-Diseases/default.aspx.

[277] MRNA-GEN-01754119-122, at 119 (Francis Deposition Exhibit No. 28 – May 17, 2015 email from Stephen Hoge to Said Francis, cc: Lorence Kim, Shaun Ryan, Subject: Re: Tekmira) ("Execution of #1 is admittedly complicated.  But if we want to pull tekmira and Acuitas into the ecosystem then we need to do it."). May 22, 2024 30(b)(6) Deposition of Said E. Francis, 202:1-202:9 ("Q. . . . Was Moderna interested in pulling Tekmira into its ecosystem in 2015?  . . . A. Moderna was interested in entering discussions and we were in active discussions.  So the fact that we were having these exchanges shows that we were exploring, and exploring it means there's some interest.").

75

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### (2)    Moderna's Early Collaborations

97. Moderna's collaboration with AstraZeneca marked the end of "Moderna 1.0." Moderna's early collaborations started as deals that involved development and commercial milestone agreements that were followed by later agreements that included a 50:50 profit sharing arrangements.

### AstraZeneca

98. In March 2013, with just 25 employees, Moderna "signed a staggering $240 million partnership with UK pharmaceutical giant AstraZeneca.[278] It was the most money pharma had ever spent on drugs that had not yet been tested in humans."[279] At that time, AstraZeneca had experienced "[a] series of clinical failures that led the firm to fire its head of research and lay off 1,600 scientists. Pascal Soriot, just six months into his tenure as CEO, was under pressure from investors to chart a new course." Mr. Soriot was attracted by Moderna's "brash ambition to bring 100 drugs to clinical trials within a decade [which] gave Soriot a way forward."[280] A March 21, 2013 AstraZeneca press release described the terms of the agreement as follows:

> AstraZeneca today announced an exclusive agreement with Moderna Therapeutics to discover, develop and commercialise pioneering messenger RNA therapeutics™ for the treatment of serious cardiovascular, metabolic and renal diseases as well as cancer. Messenger RNA therapeutics™ are an entirely new treatment approach that enables the body to produce therapeutic protein in vivo, opening up new treatment options for a wide range of diseases that cannot be addressed today using existing technologies.

> Under the terms of the agreement, AstraZeneca will make an upfront payment of $240 million. AstraZeneca will have exclusive access to select any target of its choice in cardiometabolic diseases, as well as selected targets in oncology, over a period of up to five years for subsequent development of messenger RNA. In addition, Moderna is entitled to an additional $180 million for the achievement of three technical milestones.

---

[278] *See also* "AstraZeneca and Moderna Therapeutics announce exclusive agreement to develop pioneering messenger RNA Therapeutics™ in cardiometabolic diseases and cancer," *AstraZeneca,* March 21, 2013, *available at* https://www.astrazeneca.com/media-centre/press-releases/2013/astrazeneca-moderna-therapeutics-cardiometabolic-diseases-cancer-treatment-21032013.html#.

[279] Damian Garde, "Ego, ambition, and turmoil: Inside one of biotech's most secretive startups," *STAT News,* September 13, 2016, *available at* https://www.statnews.com/2016/09/13/moderna-therapeutics-biotech-mrna/.

[280] Damian Garde, "Ego, ambition, and turmoil: Inside one of biotech's most secretive startups," *STAT News,* September 13, 2016, *available at* https://www.statnews.com/2016/09/13/moderna-therapeutics-biotech-mrna/.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

> Through this agreement, AstraZeneca has the option to select up to 40 drug products for clinical development and Moderna will be entitled to development and commercial milestone payments as well as royalties on drug sales ranging from high single digits to low double digits for each product. AstraZeneca will lead the preclinical, clinical development and commercialisation of therapeutics resulting from the agreement and Moderna will be responsible for designing and manufacturing the messenger RNA against selected targets.[281]

99. Moderna's Said Francis testified: "Moderna and Astra Zeneca entered into a multiyear partnership collaboration around the – essentially coming up with mRNA medicines for the cardiometabolic field and/or oncology, certain oncology targets."[282]  "Part of [Moderna's] agreement [with AstraZeneca] at that time . . . was to explore partnerships with delivery technologies and see – there were a lot of companies at that time saying they can do systemic administration with different payloads to get the tumor, and we were trying to understand what that looks like, who has it, and if it makes sense, again, we're part of partnering with companies.  So if that's the right solution, that is the right solution."[283]  In October 2013, as part of the AstraZeneca collaboration,[284] Moderna

---

[281] "AstraZeneca and Moderna Therapeutics announce exclusive agreement to develop pioneering messenger RNA Therapeutics™ in cardiometabolic diseases and cancer," *AstraZeneca,* March 21, 2013, *available at* https://www.astrazeneca.com/media-centre/press-releases/2013/astrazeneca-moderna-therapeutics-cardiometabolic-diseases-cancer-treatment-21032013.html#.

[282] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 90:12-90:16.  MRNA-GEN-01237622-687, at 624-639 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slides 3-19).

[283] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 93:5-93:15.

[284] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 95:7-96:18 ("Q. On the slide that ends in 7632 [Francis Deposition Exhibit No. 10], there's a slide that's titled 'Categories of Formulation Technologies.'  Do you see that? A. Yes.  Q. And there are – these are categories of formulation technologies that Moderna is considering to try to meet the AZ [AstraZeneca] delivery milestone?  . . . A. It is categories of formulation technologies that I was engaged with many, if not all, of these companies.  But our limited – our interaction with them was not limited for the milestone, I was also exploring what else could be useful.  As I said, if some company had an interesting delivery to the ear canal, it's about, you know, how to get the right patients to – the right drug to patients.  So that was the agreement, figuring out who has the right technology out there.  Q. And included within that is figuring out if one of these companies had the right technology for the AZ delivery milestone, correct?  . . . A. As I mentioned, and parallel to the internal effort, yes.  There's no reason not to also explore external.  As I mentioned, part of the business development is to create options."); 97:18-98:6 ("A. As part of the collaboration, Astra Zeneca and Moderna explored many different delivery vehicles.  Some of them are under external partnerships that we had.  ██████████████████████████

77

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

summarized "Categories of Formulation Technologies", and explicitly mentioned Tekmira, as shown in **Figure 2.16**,[285] below.



**FIGURE 2.16**

100.    In January 2016, AstraZeneca and Moderna announced a new collaboration, which was described as follows:

> AstraZeneca, along with its global biologics research and development arm, MedImmune, and Moderna Therapeutics today announced a new collaboration to discover, co-develop and co-commercialise messenger RNA (mRNA) therapeutic candidates for the treatment of a range of cancers. The collaboration is in addition

---

we had a collaboration with, and that technology, for instance, was used as an example. So there are different technologies we evaluated, including LNPs.").

[285] MRNA-GEN-01237622-687, at 632 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 11 or 66) ("Categories of Formulation Technologies"). *See also* MRNA-GEN-01238100-234, at 102 (Hoge Deposition Exhibit No. 27 – John Podobinski, "Lipid Based Nanoparticle Delivery Systems – Living Technology File," *Moderna,* January 2014, Slide 3 of 126) ("Company Collection" (similar)).

78

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

to the agreement announced by the companies in 2013 to develop mRNA Therapeutics™ for the treatment of cardiovascular, metabolic and renal diseases as well as selected targets in oncology.

The collaboration will combine MedImmune's protein engineering and cancer biology expertise with Moderna's mRNA platform. mRNA-based therapies are an innovative treatment approach that enables the body to produce therapeutic protein *in vivo*, opening up new treatment options for a wide range of diseases that cannot be addressed today using existing technologies.

Under the terms of the new agreement, AstraZeneca and Moderna, a pioneer of mRNA Therapeutics™, have agreed to collaborate on two specific immuno-oncology programmes, based on promising pre-clinical data, including pharmacology in tumour models. Moderna will fund and be responsible for discovery and preclinical development of product candidates, with the aim of delivering one Investigational New Drug (IND) application-ready molecule for each of the two programmes. Moderna's efforts will be led by its oncology-focused venture, Onkaido. AstraZeneca will be responsible for early clinical development, led by MedImmune, and Moderna and AstraZeneca will share the costs of late-stage clinical development. The two companies will co-commercialise resulting products in the US under a 50:50 profit sharing arrangement. AstraZeneca will lead ex-US commercialisation efforts, with Moderna receiving tiered royalties up to substantial double digits on ex-US sales.[286]

101.   Based on the AstraZeneca collaboration, Dr. Hoge testified that Moderna never advanced a product to approval as follows:

We have a VEGF program that got to Phase 2.  We're not currently expecting to fund it moving forward.  We haven't finally determined that, so I guess – I guess we haven't yet sorted.  But the short version, we had never advanced a product to approval, and at this point, I don't expect us to.[287]

**Merck**

102.   Moderna's first contact with Merck was in 2014.[288]  In January 2015, Moderna "announced a

---

[286] "AstraZeneca and Moderna Therapeutics announce new collaboration to co-develop and co-commercialise immune-oncology mRNA therapeutics™," *AstraZeneca,* January 11, 2016, *available at* https://www.astrazeneca.com/media-centre/press-releases/2016/AstraZeneca-and-Moderna-Therapeutics-announce-new-collaboration-to-co-develop-and-co-commercialise-immuno-oncology-mRNA-therapeutics-11012016.html#.

[287] MRNA-GEN-01725410-507 at 472 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 252:25-253:7).

[288] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 284:7-284:15 ("Q. How did Moderna come to begin working with Merck?  A. 2014, what was the first contact candidate, I don't recall,  But we got to know their head of business development and licensing, Ben Thorner, and their head of infectious disease research, Daria Hazuda, and they were both Boston based, and that was the beginning of a productive dialogue.").

79

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

license and collaboration agreement with Merck . . . for the discovery and development of vaccines and passive immunity treatments against viral diseases using modified messenger RNA (mRNA)," which was further described as follows:

> The three-year research collaboration (with the possibility of a one-year extension) is focused on the development of new mRNA-based treatments and vaccines against four undisclosed viruses. Under the terms of the agreement, Merck will make an upfront cash payment to Moderna of $50 million to give Merck the ability to utilize the granted licenses to commercialize five product candidates, and will make a $50 million equity investment in Moderna. This is in addition to the $450 million financing from other investors previously announced on January 5, 2015. Moderna will be eligible for undisclosed per-product development and commercial milestones under the license as well as tiered royalties on commercial sales. Merck will lead the discovery and development of candidates and commercialization of any products resulting from this license and collaboration agreement, while Moderna will design and synthesize the messenger RNA product candidates directed against selected targets.[289]

103. In June 2016, Merck and Moderna announced "a strategic collaboration and license agreement to develop and commercialize novel messenger RNA (mRNA)-based personalized cancer vaccines," which was further described as follows:

> The collaboration will combine Merck's established leadership in immuno-oncology with Moderna's pioneering mRNA vaccine technology and GMP manufacturing capabilities to advance individually tailored cancer vaccines for patients across a spectrum of cancers.
>
> Moderna and Merck will develop personalized cancer vaccines that utilize Moderna's mRNA vaccine technology to encode a patient's specific neoantigens, unique mutations present in that specific patient's tumor. When injected into a patient, the vaccine will be designed to elicit a specific immune response that will recognize and destroy cancer cells. The companies believe that the mRNA-based personalized cancer vaccines' ability to specifically activate an individual patient's immune system has the potential to be synergistic with checkpoint inhibitor therapies, including Merck's anti-PD-1 therapy, KEYTRUDA® (pembrolizumab). In addition, Moderna has developed a rapid cycle time, small-batch manufacturing technique that will uniquely allow the company to supply vaccines tailored to individual patients within weeks.

---

[289] "Moderna Announces License and Collaboration Agreement with Merck to Develop Messenger RNA-based Antiviral Vaccines and Passive Immunity Therapies," *Moderna,* January 15, 2015, *available at* https://www.prnewswire.com/news-releases/moderna-announces-license-and-collaboration-agreement-with-merck-to-develop-messenger-rna-based-antiviral-vaccines-and-passive-immunity-therapies-300019513.html.

80

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Under the terms of the agreement, Merck will make an upfront cash payment to Moderna of $200 million, which Moderna will use to lead all research and development efforts through proof of concept. The development program will entail multiple studies in several types of cancer and include the evaluation of mRNA-based personalized cancer vaccines in combination with Merck's KEYTRUDA. Moderna will also utilize the upfront payment to fund a portion of the build-out of a GMP manufacturing facility in suburban Boston for the purpose of personalized cancer vaccine manufacturing.

Following human proof of concept studies, Merck has the right to elect to make an additional undisclosed payment to Moderna. If exercised, the two companies will then equally share cost and profits under a worldwide collaboration for the development of personalized cancer vaccines. Moderna will have the right to elect to co-promote the personalized cancer vaccines in the U.S. The agreement entails exclusivity around combinations with KEYTRUDA. Moderna and Merck will each have the ability to combine mRNA-based personalized cancer vaccines with other (non-PD-1) agents.[290]

104.    In May 2024, Moderna's Said Francis testified that no commercial products had come out of the collaboration and there have never been any such products.[291]

### (3)    Moderna's Pivot from Therapeutics to Vaccines

105.    Moderna "[f]ocus[ed] initially on rare diseases and oncology with high-unmet needs."[292]

---

[290] "Collaboration Combines Merck's Leadership in Immuno-Oncology with Moderna's Pioneering mRNA Vaccine Technology and Rapid Cycle Time, Small-Batch GMP Manufacturing Capabilities," *Merck & Moderna,* June 29, 2016, *available at* https://investors.modernatx.com/news/news-details/2016/Merck-and-Moderna-Announce-Strategic-Collaboration-to-Advance-Novel-mRNA-Based-Personalized-Cancer-Vaccines-with-KEYTRUDA-pembrolizumab-for-the-Treatment-of-Multiple-Types-of-Cancer/default.aspx.
[291] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 285:16-285:22 ("Q. Has Moderna developed any commercial stage products out of its collaboration with Merck?  A. Today there are no commercial products out of the collaboration.  Q. Have there ever been?  A. No.").
[292] MRNA-GEN-01725521-592, at 526 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 2 – "June Board Meeting," *Moderna,* June 19-20, 2013, Slide 6 of 72) ("Company vision"). *Compare to* MRNA-GEN-01731538-597, at 546 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 36:12-36:24 ("Q. . . . In the early days of Moderna, as its first chief scientific officer, you can attest to the fact that at that time, vaccines were not everyone's first choice option at Moderna for how to best harness mRNA as a drug, correct? . . . A. So, again, we worked on a range of different things.  I would say if you consider 2012 the early days of Moderna, which I think I would, we were then working, and 2012, 2013, we were working on vaccines as well as using mRNA to produce a variety of different proteins."). MRNA-GEN-01739421-425, at 422 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 3 – Antonin de Fougerolles, "The early foundations of Moderna's mRNA technology and the back story to its now flourishing use in vaccines," *LinkedIn,* December 18, 2020, p. 2 of 5) ("Having

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

According to Dr. de Fougerolles, "in 2012, and then going into 2013," Moderna "started to look at doing work using modified mRNA lipid nanoparticles in the vaccine context."[293]

> i.    **Moderna's "infectious disease vaccines platform" strategy was "conceptualized" in "late spring 2013"**

106.    In contrast, Moderna's "infectious disease vaccines platform" strategy was not even "conceptualized" until later,[294] in "late spring 2013" by Eric Huang who has been described as "[t]he doctor behind the vaccine."[295]

> It was not until "late spring 2013" that Eric "Huang brought his idea to Hoge: Moderna should be making vaccines, not drugs."[296] …According to Mr.

---

been personally involved in the early days of Moderna as its first Chief Scientific Officer (CSO), I can attest to the fact that at that time vaccines were not everyone's first-choice option at Moderna for how to best harness mRNA as drug – but it's just as well we proceeded down that route now!").

[293] MRNA-GEN-01731538-597, at 546 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 34:15-34:24 ("A. In terms of, you know, just to give you the fuller answer, while I was at Moderna, I oversaw a large part of the science.  I was chief scientific officer.  One of the things in 2012, and then going into 2013, that was clear was that vaccines could become a useful application for the technology.  And so given some of my prior experience in infectious disease, I, along with people at Moderna, started to look at doing work using modified mRNA lipid nanoparticles in the vaccine context.  And so that early work was with influenza and so that is what that is referencing in the CV.").

[294] "2022 Recipients – Eric Huang," *Warren Alpert Foundation,* 2024, *available at* https://warrenalpert.org/prize-recipients/eric-huang ("He was formerly the CSO of Moderna's New Venture Labs, an internal incubator where a select group of scientists explores novel clinical applications of Moderna's mRNA technology. **Moderna's infectious diseases vaccine platform that led to the COVID-19 vaccine was conceptualized under Dr. Huang's leadership.** Prior to joining Moderna in 2012, Dr. Huang held several positions within business and corporate development at biotechnology companies including Seaside Therapeutics, Stromedix, and Domantis." (emphasis added)).

[295] Lucy Clark, "The Doctor Behind The Moderna Vaccine Just Bought A $8.1 Million NYC Duplex," *HouseDigest,* March 6, 2023, *available at* https://www.housedigest.com/774766/the-doctor-behind-the-moderna-vaccine-just-bought-a-8-1-million-nyc-duplex/.

[296] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 130.  See also MRNA-GEN-01725844 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 41 – December 19, 2020 email from Stephen Bancel to Stephen Hoge, Subject: Eric H) ("He has been feeling a little neglected in all the vaccine excitement.  The press stories are all about Melissa, or Karikó, or Ugur, but Eric [Huang] is as important a contributor for the early discoveries around how to make mRNA-LNP vaccines work.  Would mean a lot to him to hear from you directly…that you know he was as much a father of this as anyone…etc."). MRNA-GEN-01725410-507 at 493 (December 1, 2023

82

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Zuckerman, the initial test results from Moderna's "influenza vaccine using mRNA" were received "[a] few days before the Thanksgiving holiday" in 2013,[297] more than a year *before* the May 22, 2015 Acuitas-Moderna sublicense for

---

30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 333:20-334:7 ("Q. [referring to Moderna-Pfizer Hoge Deposition Exhibit No. 41] And you were proposing Eric [Huang] as an important contributor for early discoveries around how to make mRNA-LNP vaccines work. You were pushing for people to give credit to Eric Huang, right? A. I think Eric did make those contributions, and I thought in this case that – well, I knew that Eric was feeling like his contributions weren't being recognized in a simpler version of the story, and that included, as you know, Melissa Moore, who is our chief scientific officer. I was asking Stéphane to send him a thank you note."); 336:14-336:17 ("A. . . . One of the things that I felt Eric specifically deserved recognition for is that he was the one that ran that first experiment that you had been showing me data on.")). MRNA-GEN-01725797-798 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 42 – April 1, 2021 email from Lavina Talukdar to Melissa Moore, CC: Stephen Hoge, Subject: Breakthrough Prize; Attachments: re_Breakthrough Prize Nomination – Deadline April 1st.msg, Eric Huang 1.docx) ("In speaking to Stephen, he suggested Eric Huang as an individual that did the work and experiments to prove out the expression of viral proteins with modified mRNA would result in strong recognition of the antigen and immunogenicity. At the time, I believe the use of modified mRNA in a vaccine may have been counterintuitive.")). MRNA-GEN-01725410-507 at 494 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 338:14-338:25 ("Q. And did you make that submission [for the breakthrough prize nomination in *Moderna v. Pfizer* Hoge Deposition Exhibit No. 42]? A. I believe it did happen. I don't know if it was for both. I think it might have only been for Eric. So I think the submission might gone for Eric. Q. They took a shot at getting Eric awarded the breakthrough prize in life sciences? A. I think so. I know he received the Warren Alpert Prize, which is like people call it an American Nobel, but it's a Harvard award, alongside Katie Karikó and others."). See also "Warren Alpert Foundation Prize Recipients – 2022," Warren Alpert Foundation, 2024, available at https://warrenalpert.org/prize-recipients ("2022: For pioneering work leading to the discovery and development of mRNA vaccines – Ugar Sahin, Eric Huang, Katalin Karikó, Oslem Tureci, Drew Weissman"). "2022 Recipients – Eric Huang," Warren Alpert Foundation, 2024, available at https://warrenalpert.org/prize-recipients/eric-huang ("He was formerly the CSO of Moderna's New Venture Labs, an internal incubator where a select group of scientists explores novel clinical applications of Moderna's mRNA technology. **Moderna's infectious diseases vaccine platform that led to the COVID-19 vaccine was conceptualized under Dr. Huang's leadership.** Prior to joining Moderna in 2012, Dr. Huang held several positions within business and corporate development at biotechnology companies including Seaside Therapeutics, Stromedix, and Domantis." (emphasis added)).

[297] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 130. *See also* pp. 147 ("Three years earlier, in 2014, Eric Huang and Stephen Hoge had convinced Stéphane Bancel and the rest of Moderna's leadership to shift the company's focuse to vaccines from drugs."); 211 ("In late 2013, Eric Huang pushed the company to focus on vaccines.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

influenza A.[298]

107.   Other evidence suggests that Moderna "focus" did not shift from vaccines to drugs in late-2013 or 2014.  For example, when Dr. Tal Zaks joined Moderna in March 2015 as Chief Medical Officer,[299] he testified that his transition from oncology to infectious diseases "was exciting.  It was something new,"[300] and at that time, "the more knowledgeable people [about infectious disease] were consultants outside of Moderna, and then I hired additional folks to come in."[301]  In addition, Moderna's First-in-human clinical trial was not until December 2015.[302]

### Mid-2015: Moderna "initiated the vaccine delivery exploratory work"

108.   According to Dr. Benenato, Moderna "initiated the vaccine delivery exploratory work in mid-2015."[303]  Regarding the timing of the shift to vaccines, Dr. Benenato testified: "Once there became a decision to we want to explore vaccines, formulations, then we built off the work that we had done doing to see how, you know, the different molecules could perform in that – that application."[304]  Regarding that process, Dr. Benenato testified: "we did not know the space at all and we did not know what, you know, would be the best and what wouldn't work[.]"[305]

---

[298] MRNA-GEN-00225679-790 (May 22, 2015 Acuitas Therapeutics, Inc.-Moderna Therapeutics, Inc. Non-Exclusive License Agreement).  GENV-00900185-215 (Murray Deposition Exhibit No. 19 – May 22, 2015 Acuitas Therapeutics, Inc.-Moderna Therapeutics, Inc. Non-Exclusive License Agreement - **Redacted**).  *See also* "35th Annual J.P. Morgan Healthcare Conference," *Moderna,* January 9, 2017, Slide 14 of 41, *available at* https://web.archive.org/web/20200715033036/https://www.modernatx.com/newsroom/events/events-1 (showing Moderna's lead vaccine candidate, mRNA-1440 (Influenza H10), start of Phase 1 trial in December 2015).

[299] MRNA-GEN-01734848-096, at 861 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 14:2-14:4 ("Q. . . . You moved from Sanofi to Moderna Therapeutics in March 2015. A. Correct.")).

[300] MRNA-GEN-01734848-096, at 864 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 17:2-17:9.).

[301] MRNA-GEN-01734848-096, at 865 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 18:1-18:4.).

[302] *See, e.g.,* MRNA-GEN-01570975-1159, at 076 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 102 of 186) ("Evolution of our portfolio and objectives").

[303] MRNA-GEN-01721886-889 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 16 – May 11, 2020 to May 21, 2020 email from Kerry Benenato to Gregory Zuckerman, Subject: Re: you advice/thoughts please…thanks).

[304] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 82:14-82:19.

[305] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 83:1-83:3.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

109.    Moderna's internal documents show, however, that SM-102 was *not* developed for vaccines—but rather, was developed as part of Moderna's efforts to develop a proprietary lipid to replace MC3 for mRNA therapeutics.  This will be discussed in more detail later.

### January 2017: Moderna's Pipeline Included Viral Vaccines, Immuno-Oncology, and CV

110.    As of January 2017, Moderna's pipeline included "Viral Vaccines," "Immuno-Oncology," and "CV," as shown in **Figure 2.17**,[306] below.

## Our Pipeline Today
### 4 vaccines & 1 therapeutic in the clinic, 12 DCs total

| | Development Candidate (DC) | Lead | Indication / Target | Formulation | GLP Toxicology | IND/CTA Filed | Ph I | Ph 2 | Funding |
|---|---|---|---|---|---|---|---|---|---|
| Viral Vaccines | mRNA-1440 | Moderna | Influenza H10 | In Licensed | ✓ | ✓ | Started: Dec '15 | | |
| | mRNA-1851 | Moderna | Influenza H7 | In Licensed | ✓ | ✓ | Started: May '16 | | |
| | mRNA MRK-1777 | Merck | Undisclosed | In Licensed | ✓ | ✓ | Started: Nov '16 | | |
| | mRNA-1388 | Moderna | Chikungunya | In Licensed | ✓ | ✓ | Safe to Proceed to Clinic | | DARPA |
| | mRNA-1325 | Moderna | Zika | In Licensed | ✓ | ✓ | Started: Dec '16 | | DARPA, BARDA |
| | mRNA-1706 | Moderna | Zika | V1GL | Ongoing | | | | |
| | mRNA-1647 | Moderna | CMV | V1GL | | | | | |
| | mRNA-1653 | Moderna | HMPV/PIV3 | V1GL | | | | | |
| Immuno-Oncology | mRNA-4157 | Moderna Merck | Personalized Cancer Vaccine | V1GL | Ongoing | | | | |
| | mRNA-2416 | Moderna | OX40L | N1GL | ✓ | ✓ | | | |
| | mRNA-2905 | AstraZeneca Moderna | IL-12 | N1GL | Ongoing | | | | |
| CV | mRNA AZD-8601 | AstraZeneca | VEGF-A | Citrate / Saline | ✓ | ✓ | Started: Jan '17 | | |

Abbreviations: GLP = good laboratory practice; IND = investigational new drug; CTA = clinical trial authorization; CMV = cytomegalovirus; CV = cardiovascular; HMPV = human metapneumovirus; PIV3 = parainfluenza virus 3; IL-12 = interleukin-12; VEGF-A = vascular endothelial growth factor A.
Slide 14                                   © 2017 Moderna Therapeutics                                   moderna

**FIGURE 2.17**

---

[306] "35th Annual J.P. Morgan Healthcare Conference," *Moderna,* January 9, 2017, Slide 14 of 41, *available at* https://web.archive.org/web/20200715033036/https://www.modernatx.com/newsroom/events/events-1. *See also* MRNA-GEN-00514954-995-002, at 958 ("Roche-Moderna meeting – JPMorgan Conference 2017," *Moderna,* January 9, 2017, Slide 5 of 44) ("Our Pipeline Today") (same).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

111.    Moderna's pivot from drugs to vaccines "seemed to save Moderna from failure."[307]   In 2017, Moderna shifted its focus to vaccines.  According to *STAT,* "Moderna has had to focus instead on developing a handful of vaccines, turning to a less lucrative field that might not justify the company's nearly $5 billion valuation.  'It's all vaccines right now, and vaccines are a loss-leader,' said one former Moderna manager.  'Moderna right now is a multibillion-dollar vaccines company, and I don't see how that holds up.'"[308]

### February 2017: Moderna's Evaluation of the "Vaccine landscape"

112.    Shortly after Moderna's "top therapeutic prospect . . . [was] indefinitely delayed," Moderna pivoted to vaccines.  In February 2017, Moderna's "BD Update to Executive Committee" included "Infectious disease related partnerships" and characterizes "Global Threats" including "pandemics, developing world public health" (*i.e.,* Ebola, Zika, Chikungunya, MERS) as "low economic value assets," but noted, "How much of a 'strategic' benefit must a program or partnership bring for it to make the cut?" as shown in **Figure 2.18A**[309] and **Figure 2.18B**,[310] below.

---

[307] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 149.

[308] Damian Garde, "Lavishly funded Moderna hits safety problems in bold bid to revolutionize medicine," *STAT,* January 10, 2017, *available at* https://www.statnews.com/2017/01/10/moderna-trouble-mrna/.

[309] MRNA-GEN-01708238-321, at 287 (Francis Deposition Exhibit No. 35 – "BD Update to Executive Committee," *Moderna,* February 27, 2017, Slide 50 of 86) ("Vaccine landscape as a backdrop for BD activity").

[310] MRNA-GEN-01708238-321, at 288 (Francis Deposition Exhibit No. 35 – "BD Update to Executive Committee," *Moderna,* February 27, 2017, Slide 51 of 86) ("Assessing the BD landscape for vaccines").

86

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**FIGURE 2.18A**

87

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.18B**

### e.    Moderna's Strategy

113.    In a June 15, 2020 *Bloomberg* interview, Mr. Bancel stated that in 2011 he "came to believe that it was possible that this company [Moderna] could be a big disruption to the entire pharmaceutical industry[.]"[311]  From the beginning, Moderna's strategic objective was to become *the* world leader of mRNA therapeutics.  In September 2013, Dr. Almarsson stated: "We must be the company that wins in this space[.]"[312] . . . Desired state in 2015: Success in clinical delivery of mRNA in multiple programs and a strong position for Moderna to be the world leader in mRNA-based

---

[311] David Rubenstein, "Moderna CEO Stéphane Bancel on the Race for a Covid-19 Vaccine," *Bloomberg Leadership Live,* June 15, 2020, 3:48-4:02 of 30:42, *available at* https://www.youtube.com/watch?v=iS-HhepWt1I.

[312] MRNA-GEN-01237261-286, at 280 (Almarsson Deposition Exhibit No. 20 – Örn Almarsson, "Formulations & Delivery Technologies (FDT) – 2014-2015 Roadmap," *Moderna,* September 12, 2013, Slide 20 of 26) ("Broad Strategic Initiatives").

88

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

therapeutics[.]"[313]    Dr. Almarsson outlined FDT's View regarding "Winning in mRNA Therapeutics" entailed "using . . . **external innovation**" as shown in **Figure 2.19**,[314] below, which shows Step 1 was to **"Select [external] technology partners" "to enable products."**[315]  By September 2014, Moderna was **"Adapting clinically tested LNP"** and had **"Selected MC3."**[316]

---

[313] MRNA-GEN-01237261-286, at 281 (Almarsson Deposition Exhibit No. 20 – Örn Almarsson, "Formulations & Delivery Technologies (FDT) – 2014-2015 Roadmap," *Moderna,* September 12, 2013, Slide 21 of 26) ("FDT key deliverables").

[314] MRNA-GEN-01237261-286, at 284 (Almarsson Deposition Exhibit No. 20 – Örn Almarsson, "Formulations & Delivery Technologies (FDT) – 2014-2015 Roadmap," *Moderna,* September 12, 2013, Slide 24 of 26).

[315] *See also* MRNA-GEN-00741030-056, at 037 (Almarsson Deposition Exhibit No. 5 – "Alexion meeting – Formulation and Delivery," *Moderna,* September 4, 2014, Slide 8 of 28) (**"Formulation and Delivery: Strategy and Options**[:] Leverage internal and external capabilities to enable mRNA platform and partners by exploring stable, pharmaceutically acceptable, active formations and clinically tested delivery approaches . . . **External** . . . **License technologies** (LNP +) . . ." (emphasis in original)).

[316] MRNA-GEN-00741030-056, at 034 (Almarsson Deposition Exhibit No. 5 – "Alexion meeting – Formulation and Delivery," *Moderna,* September 4, 2014, Slide 5 of 28) ("FDT projects – timelines, deliverables").

89

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.19**

114. In September 2014, Moderna's "Board update on Moderna strategy & Venture operating model" stated: "Today's platform [mRNA platform v1] (G5 chemistry, **MC3-LNP**, current process) **already enables these development candidates** [MDC448327 & H10N8 vaccine]."[317]

115. In February 2015, Moderna's FDT "Principles" stated: "We have been able to opportunistically repurpose technologies . . . MC LNP from IV therapeutic to intradermal/IM(?) vaccine system!" as shown in **Figure 2.20**,[318] below:

---

[317] MRNA-GEN-00792008-020, at 010 (Almarsson Deposition Exhibit No. 6 – "Board update on Moderna strategy & Venture operating model," *Moderna,* September 2014, Slide 3 of 13) ("Current drug candidate 'shots on goal'").

[318] MRNA-GEN-01042034-041, at 035 (Almarsson Deposition Exhibit No. 8 – "Project Org FDT," *Moderna,* February 8, 2015-draft, Slide 2 of 8) ("Principles"). May 31, 2024 Deposition of Örn Almarsson, Ph.D., 113:6- 114:13 ("Q. . . . Going down to the third bullet point, it says, 'We have been able to opportunistically repurpose technologies.' Do you see that?  A. I see that.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



FIGURE 2.20

---

. . . Q. Do you agree with the statement that Moderna opportunistically repurposed technologies? . . . A. That's a no.  No.  Q. You don't agree that Moderna opportunistically repurposed technologies?  A. Sitting here today, my answer is, no.  Q. Why not?  A. Like I said, I don't recall who wrote this, and what the intent and the meaning was, and I won't impute."); 115:4-116:13 ("Q. The sub-bullet underneath says, 'MC3 LNP from IV therapeutic to intradermal/IM vaccine system!' So it seems that what the person is saying on this slide is that the MC3 LNP from IV therapeutic was opportunistically repurchased [sic – repurposed] to IM vaccine systems. Do you agree that seems to be what the slide is trying to convey? . . . A. I think I wouldn't read it that way.  Q. How would you read it?  A. I'm reading it literally, 'MC3 LNP from IV therapeutic to intradermal/IM(?) vaccine system!'  And I don't know what the author really meant by that at the time.  Q. Given that we had just looked at a bunch of exhibits where Moderna talked about how it used the lipid composition from the TTR-02 IV program, you don't think that this – that that is what this sub-bullet is referring to? . . . A. I don't know that.  Q. And you don't know why this sub-bullet is underneath the bullet about opportunistically repurposing technologies?  A, I don't know that.").

91

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**(1)    Background**

116.    In 2011, Flagship Pioneering's Noubar Afeyan hired Stéphane Bancel, who joined the company's board of directors in March 2011 and was named the company's CEO in October 2011,[319] as employee #2.[320]  "Within weeks" Mr. Bancel reportedly "went from cocky to concerned. . . . Moderna needed to prove that its approach worked and raise a ton of money to develop multiple drugs, all before rivals caught up. . . . Moderna had a chance to own the world of mRNA therapeutics, maybe even do something historic.  But it would have to act swiftly,"[321] which Mr. Zuckerman further described as follows:

> The academic papers published by Karikó and Rossi were in the public domain, for anyone to see.  If mRNA was truly capable of revolutionizing the drug world, pharmaceutical companies, biotech firms, and others were sure to catch on.  The German company CureVac already was using mRNA for vaccines, though it wasn't modifying the nucleosides of its mRNA.  Another company in that country, BioNTech, was doing its own mRNA experiment.[322]
>
> . . .
>
> By 2012, employees were trying to match Bancel's pace and meet his expectations.  They, too, sensed the new company had a unique opportunity to change medicine and felt pressure to make progress before others caught up.[323]
>
> . . .

---

[319] June 28, 2024 Deposition of Stéphane Bancel, 13:4-13:11 ("Q. And your first role at Moderna was CEO?  A. SO I was first board member associated with the company in 2011, and I became CEO later that year.  Q. In July 2011?  A. No. A bit later.  In October, I think.  We can check that if that's important.").  *See also* "Moderna Chief Executive Officer Stéphane Bancel Elected to National Academy of Engineering," *Moderna,* February 7, 2024, *available at* https://investors.modernatx.com/news/news-details/2024/Moderna-Chief-Executive-Officer-Stphane-Bancel-Elected-to-National-Academy-of-Engineering/default.aspx ("Stéphane Bancel has served as Moderna's Chief Executive Officer since October 2011 and as a member of Moderna's board of directors since March 2011.")  Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, pp. 111-116.  "About us – Our Story," *Moderna,* 2024, https://www.modernatx.com/en-US/about-us/our-story.

[320] Dev Pragad, "Moderna CEO Stéphane Bancel in Conversation with Newsweek CEO Dev Pragad," *Newsweek,* June 17, 2021, *available at* https://www.newsweek.com/moderna-ceo-stephane-bancel-conversation-dev-pragad-1601655 (". . . Stéphane Bancel joined Moderna as Employee #2 . . .").

[321] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, pp. 116-117.

[322] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 117.

[323] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 119.

92

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

In Bancel's view, the ire and impatience were necessary. Moderna had a chance to revolutionize health care and he was sure competition was around the bend, so he had to push his team to move as fast as possible.[324]

117. Dr. Hoge underscored this point and testified: "In the early stages . . . we were worried that others were going to quickly copy our work and progress."[325] Gregory Zuckerman described this as follows:

> Over time, though, Bancel became convinced someone was going to catch up to Moderna. Starting a successful company was never his goal – Bancel already was wealthy and accomplished. He wanted to *dominate* a new industry in a way Genentech never could [because "others quickly joined the game, preventing Genentech from dominating the field. They had squandered an opportunity, Bancel felt."[326]]. That was the point of all that cash he worked so hard to raise.
>
> "Time is your enemy," Bancel began telling groups at the company, over and over again.
> . . .
> Every minute counts, every second counts, Bancel kept emphasizing. We're in a race, he said.
>
> "If we're not ahead, we're behind," Bancel told another group.
> . . .
> But Bancel was clear: Rivals were lurking. To be the world's dominant mRNA company Moderna had to find success, and do it quickly. Underlings may have rolled their eyes, but Bancel was indeed on to something. There was another company, nearly four thousand miles and a huge ocean away, making its own progress working with mRNA. That company [bioNTech] would emerge as the very rival Bancel most feared.[327]

118. Mr. Bancel also underscored this point in a June 2021 *Newsweek* interview when he stated that "one of our biggest risk was Big Pharma learning too early about our technology, and killing us," which he described as follows:

> We made a very conscious decision that because [mRNA] was such a novel technology that could change medicine, one of our biggest risk was Big Pharma learning too early about our technology, and killing us. Because remember, we

---

[324] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin pp. 119-120.

[325] MRNA-GEN-01725410-507 at 418 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 33:18-33:23.).

[326] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 117.

[327] MRNA-GEN-01721928-964, at 958-964 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 4 – 37-page draft excerpt from Gregory Zuckerman's book, pp. 32-37).

93

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

didn't have the right people, enough capital. And so our biggest nightmare in the first three, four years as a company, was we wanted as little people as possible knowing what we're doing. This is why we did not publish. That is why for two years, we had no website. I mean, think about this: in today's world, any company with two employees and a dog can go have a beautiful website with flashy colors and so on, and try to pretend to be somebody they are not, that they wish to become. In our case, we did the exact opposite. Very Moderna-like—which is, we didn't do what other people do. . . .[328]

119.    Mr. Bancel's strategy was to attempt to "prevent any competitor from patenting any mRNA coded for a protein before Moderna," which David Heath described in his book as follows:

> One of the first tasks assigned by Bancel was to file as many patents as possible. "Let me just give you a window into Stéphane's mind," one early employee said. "Once Stéphane learned that there's over 20,000 functional proteins in the human body, we were basically charged with producing them all." It was not about science. It was about business. Bancel wanted to prevent any competitor from patenting any mRNA coded for a protein before Moderna, even if no one knew yet what they would ultimately do with that protein. Officially, this plan was called Project 800. The number in the name says it all.[329]

120.    Mr. Bancel acknowledges that he is paranoid.[330] And, Moderna was also worried that its partners could become rivals or competitors. For example, Moderna's June 13, 2013 "Formulation White Paper," as well as a revised version dated September 2, 2013 stated:

---

[328] "Moderna CEO Stéphane Bancel In Conversation With Newsweek CEO Dev Pragad," *Newsweek,* June 22, 2021, 12:17-13:09 of 38:45, *available at* https://www.youtube.com/watch?v=ZPR_ksxiXag.

[329] MRNA-GEN-01743339-365, at 353-354 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 36 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), pp. 136-137.). *See also* Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 117 ("'Let's make all the proteins in the body,' Bancel told a staffer. Moderna began a frenzied effort to file patents, one for each new protein produced, hoping to stake claims before other had a chance. Soon staffers were filing patents even before doing lab experiments proving they could create the proteins, all in a mad rush to accumulate intellectual property so drugs could be rolled out, at least down the road.").

[330] *See, e.g.,* Catherine Elton, "The Untold Story of Moderna's Race for a COVID-19 Vaccine," *Boston Magazine,* June 4, 2020, *available at* https://www.bostonmagazine.com/health/2020/06/04/moderna-coronavirus-vaccine/ ("**Bancel proudly refers to himself as a paranoid optimist.** 'I believe in science and the possibility of great teams coming together to do things that were thought to be impossible,' he says. 'But I also know that shit happens.' . . . As he brainstormed options with Andres—**someone Bancel affectionately calls as paranoid as he is**—their solutions quickly spun out of hand. At one

94

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Where possible we have identified formulations which we believe have the highest likelihood of success based on previous work using other drug payloads. **Interaction with external companies also adds a business risk in being able to collaborate and arrive at mutually agreeable terms. Many formulation companies are entering the mRNA space themselves or with others and so it will be a competitive space.**[331]

121.    In addition, Moderna's **January 2014** draft **"SWOT: Lipid Based Nanoparticle Delivery Systems"** in **Figure 2.21**,[332] below, highlighted **"By working with partners, we unwittingly teach them about mRNA therapeutics"** as a "Threat." Tekmira was clearly a potential rival or competitor to Moderna, given that by late-2010 it was seeking "to advance [its own] drug development pipeline while also supporting [its] partners as they advance their programs."[333]

---

point, they started having a fantastical discussion about using some combination of high-end cold-chain logistics combined with Brinks-style security. At another, they considered putting a Moderna employee on the truck to personally chaperone the vials to the NIH in Maryland. **Someone less prone to paranoia finally talked them off the ledge**, and Bancel settled on planting a GPS chip in the package so Moderna could track its golden goose the entire way." (emphasis added)).

[331] MRNA-GEN-01737710-719, at 710 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 11 – Tony de Fougerolles, "Formulation White Paper, Version #2," *Moderna,* June 13, 2013, p. 1 of 10) (emphasis added). *See also* MRNA-GEN-01042549-561, at 550 (Tony de Fougerolles, Örn Almarsson, "Formulation White Paper," *Moderna,* September 2, 2013, p. 2 of 13) (same).

[332] MRNA-GEN-01238100-234, at 109 (Hoge Deposition Exhibit No. 27 – John Podobinski, "Lipid Based Nanoparticle Delivery Systems – Living Technology File," *Moderna,* January 2014, Slide 10 of 136) "SWOT: Lipid Based Nanoparticle Delivery Systems").

[333] "Tekmira Intellectual Property Portfolio Expands With Granting of Key Patents Covering LNP Manufacturing and Mitigation of siRNA Immune Stimulation," *NBC News,* November 22, 2010, *available at* https://www.nbcnews.com/id/wbna40313029.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.21**

122.    Another **"Threat"** Moderna recognized was: **"Others own technology[.]"**[334]  By that time, "Tekmira ha[d] been working in the field of nucleic acid delivery for over a decade and ha[d] broad intellectual property covering LNPs."[335]  Tekmira's Dr. Murray claimed that its "LNP

---

[334] MRNA-GEN-01238100-234, at 109 (Hoge Deposition Exhibit No. 27 – John Podobinski, "Lipid Based Nanoparticle Delivery Systems – Living Technology File," *Moderna,* January 2014, Slide 10 of 136) "SWOT: Lipid Based Nanoparticle Delivery Systems").

[335] *See, e.g.,* "Tekmira Intellectual Property Portfolio Expands With Granting of Key Patents Covering LNP Manufacturing and Mitigation of siRNA Immune Stimulation," *NBC News,* November 22, 2010, *available at* https://www.nbcnews.com/id/wbna40313029.

96

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

technology" was "recognized as the gold standard in the systemic delivery of siRNA" and that it had a "dominant position in nucleic acid delivery,"[336] and Moderna  agreed.[337]

123.    In February 2014, one of Moderna's questions was: **"What can we do to ensure that we win in the space?"**[338]

### (2)    Moderna's launch into the mRNA industry was late

124.    While Flagship Noubar Afeyan was allegedly "always on the prowl for companies that can change medical science,"[339] Moderna's entry into the mRNA industry was *late*.[340]    Founded in 2000,

---

[336] *See, e.g.,* "Tekmira Intellectual Property Portfolio Expands With Granting of Key Patents Covering LNP Manufacturing and Mitigation of siRNA Immune Stimulation," *NBC News,* November 22, 2010, *available at* https://www.nbcnews.com/id/wbna40313029.

[337] MRNA-GEN-01240180-198, at 190 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 11 of 19) ("Tekmira – an RNA and LNP company").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:4-195:9 ("Q. You wrote in a slide to a subcommittee of Moderna's board that Tekmira had a validated LNP formulation that are in the clinic that serve as the RNA industry gold standard, did you not?  A. Those are the words on the slides.").

[338] MRNA-GEN-01044245- 295, at 287 (Hoge Deposition Exhibit No. 7 – Örn Almarsson, "Formulation and Delivery of messenger RNA Therapeutics," *Moderna,* February 6, 2014, Slide 43 of 52) ("A Few Questions").

[339] MRNA-GEN-01744750-765, at 754 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), p. 110.).

[340] *Compare to* June 28, 2024 Deposition of Stéphane Bancel, 20:5-21:8 ("A. . . . What I recall is at the time we had been working on mRNA technology.  As you know, mRNA is a very new field, and at the time very few people had either worked on mRNA technology in academia or industry, and so we're trying to figure out how to invent the technology and to understand what works, what doesn't work.  And we started to work on mRNA formulated in water, so with not delivery technology, just in water.  And as we were trying to understand what other applications we could do, we actually embarked on a pretty expensive journey of trying different type of delivery technology.  Because we're not the first nucleic acid technology.  As you might know, there was DNA before us, there was RNA technology before us.  And so we were trying – because nobody in the field knew what would work with mRNA, being this novel field, and so we went into trying literally thousands of different technology from different labs, from academia or different companies, so that we could understand where the technology might be working.  This was a totally novel field at the time.").  *See also* MRNA-GEN-01744750-765, at 752, 753 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), pp. 108, 109.) ("From the start, Moderna has constructed its own story of the company's origins, and in that version, Rossi plays a miniscule role, akin to a footnote.  A search of Rossi's name on Moderna's website draws a blank.  In their revisionist history, Moderna not only tosses Rossi's contributions to the side, but they also don't acknowledge the work of Kariko

97

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CureVac claims that it "is the world's first company to successfully harness mRNA for medical purposes—because we saw opportunities where others saw obstacles."[341]    In March 2001, CureVac claimed it was "developing a new direction in Genetherapy: RTU – Ready to use vaccines for treatment of cancer, bacterial- and viral disease."[342]    BioNTech was founded in 2008, three years before Moderna commenced operations, and claimed "[t]he development of fundamentally novel, cutting-edge biopharmaceutical for treatment of many diseases with high medical need drives our success."[343]    "BioNTech was founded on the idea of using mRNA to activate the immune system against a patient's individual tumor."[344]

---

and Weissman.  In Moderna's telling, Noubar Afeyan and CEO Stéphane Bancel crafted the concept for the company and solved the problems associated with mRNA.  In one account, these obstacles were overcome during Moderna's first two years of 'stealth mode'—a common dark period for startups. . . . The most dubious claim is that Moderna's own scientists solved the riddle of mRNA.  Actually, Katalin Kariko and Drew Weissman made the groundbreaking discoveries.  Weissman recounts with a sigh how he has seen Bancel say the same thing during presentations for scientists, even when Weissman was sitting in the audience.  'Banel has been saying that at scientific meetings for years, where he credits with Moderna as inventing nucleoside modified mRNA.  And all the researchers in the audience point out to him that that's not true. . . I think it's purely a marketing and an ego thing.  So if they can market that they invented it, people will give them more money.  When I first shared the TED Talk with Rossi, he was incredulous, saying that the notion of scientists sitting in Cambridge coming u with the idea out of the blue is so ridiculous.  Said Rossi, 'Their whole modus is to rewrite the truth.'").  *See also* pp. 107-121.

[341] "About Us," *CureVac,* 2024, *available at* https://www.curevac.com/en/about-us/.  *See also* MRNA-GEN-01744750-765, at 758 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), p. 114.) ("There were in fact already mRNA biotech companies.  The German company CureVac was founded in 2000 by biologist Ingmar Hoerr, based in part on his graduate work in college.  CureVac focused on using mRNA as a therapeutic and a vaccine.  'mRNA is like a memory stick,' Hoerr once told a billionaire and potential investor.  'You can just plug the memory stick into the body, it reads the information, makes any protein you want and the body cures itself.'").

[342] "Welcome on the Webpage of CureVac," *CureVac,* March 10, 2001 (archive), *available at* https://web.archive.org/web/20010310071441/http://www.curevac.com/.

[343] "Welcome to Biopharmaceutical New Technologies AG!", *BioNTech,* March 13, 2015 (archive), *available at* https://web.archive.org/web/20150313043109/http://www.biontech.de/.

[344] "Our History," *BioNTech,* 2024, *available at* https://www.biontech.com/int/en/home/about/who-we-are/history.html#:~:text=BioNTech%20was%20founded%20on%20the,target%20several%20kin ds%20of%20diseases.  *See also* MRNA-GEN-01744750-765, at 758 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-*

98

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

125.    The foundational science that enabled the use of mRNA in medicines also predated Moderna.  Dr. Hoge testified that "the concept of lipid nanoparticles did exist prior to 2011," when Moderna commenced operations."[345]    In addition, Moderna recognized that "publications on mRNA delivery in cells by non-viral means" dated back to the 1970s and ballooned in number in the 2000s, as shown in **Figure 2.22**,[346] below.

---

*19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), p. 114.) ("There were two other German companies only a couple years old, Ethris and BioNTech.  Ethris was focused on using mRNA to treat cystic fibrosis.  BioNTech would of course go on to develop a COVID-19 vaccine in collaboration with Pfizer.  Also in 2008, the UK company Shire Pharmaceuticals started work on using mRNA to treat cystic fibrosis.").

[345] MRNA-GEN-01725410-507 at 464 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 217:24-218:2.).  *See also* MRNA-GEN-01731538-597, at 557, 558, 560, 561 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 78:5-78:16 ("Q. When were lipid nanoparticles having a cationic lipid, a sterol, a PEG lipid, and DSPC first developed? . . . A. You know, again, in terms of the lipid nanoparticle field, you know, that early work was done by Pieter Cullis' group in the '90s, the early 2000s.  A lot of that work was done using other payloads, non-nucleic acid payloads.  And then there was later work done in the siRNA field, you know, as we've talked about, in, you know, the mid to late 2000s."); 80:1-80:8 ("Q. Who was the first to use LNPs to deliver siRNA? . . . A. You know, again, the first to use it to deliver siRNA, I would be – you know, I can't say for certain, but it would be either Pieter Cullis' group or the group at what became Tekmira."); 81:3-81:16 ("Q. When were lipid nanoparticles first developed at Alnylam? . . . A. You know, again, we first started collaborating with what would become Tekmira, I believe at the time, it was called Protiva.  And at some point in the mid 2000s, it became Tekmira.  We started collaborating with Protiva in, I think, it was – may have been 2004, 2005, time frame.  That's when we first started doing work, and then we also then started doing a lot of our own work using different LNPs, different types of lipid nanoparticles, et cetera.").

[346] MRNA-GEN-01044245-295, at 263 (Hoge Deposition Exhibit No. 7 – Örn Almarsson, "Formulation and Delivery of messenger RNA Therapeutics," *Moderna,* February 6, 2014, Slide 19 of 52) ("Formulations for Nucleic Acid Delivery").

99

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



FIGURE 2.22

126.    In 2011, when Moderna commenced operations,[347] Moderna also recognized that other companies were already working on mRNA.  For example, "[t]he Germany company CureVac was already using mRNA for vaccines, though it wasn't modifying the nucleosides of its mRNA.[348]  Another company in that country, BioNTech, was doing its own mRNA experiments."[349]

127.    Finally, while Moderna was new to the industry, Protiva and Tekmira had been working on LNP delivery systems for nearly two (2) decades.

---

[347] "About us – Our Story," *Moderna,* 2024, *available at* https://www.modernatx.com/en-US/about-us/our-story.

[348] *See also* MRNA-GEN-01044245- 295, at 260 (Hoge Deposition Exhibit No. 7 – Örn Almarsson, "Formulation and Delivery of messenger RNA Therapeutics," *Moderna,* February 6, 2014, Slide 16 of 52) ("CureVac Process").

[349] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 117.

100

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

(3)    **"Moderna was too underfunded and small to create its own delivery system"**

128.    In addition, "Moderna was too underfunded and small to create its own delivery system," and so it "vetted over a dozen external delivery methods for mRNA," including the Arbutus technology, which *Forbes* described as follows:

> [At the time of] Moderna's 2011 start, [] Robert Langer, an MIT professor, Moderna board member[, Moderna academic co-founder,] and founder of dozens of biotech companies, told Bancel that Moderna was too underfunded and small to create its own delivery system. So Moderna vetted over a dozen external delivery methods for mRNA and settled on at least three. One belonged to Arbutus, but Moderna turned to tiny Acuitas [beginning in or about February 6, 2013 and culminating in a July 3, 2014 agreement ] to get access to it.[350]

129.    In **July 2012**, Moderna's internal documents show that it had considered for its "Delivery Priority" two-dozen different formulations and technologies.[351]

130.    In **May 2013**, Moderna's internal presentations showed that Moderna was still investigating over a dozen different formulation options.[352]

131.    In **June 2013**, Moderna's presentation to its board stated: "As of today we do not have a formulation capable of moving into the clinic[.]"[353]

132.    In addition, as late as **September 2014**,[354] with respect to lipids, Moderna was apparently not even *set up* to do "spaghetti science." When Dr. Kerry Benenato joined Moderna in September 2014—

---

[350] Nathan Vardi, Matthew Herper, "Moderna's Mysterious Medicines," *Forbes,* December 14, 2016, *available at* https://www.forbes.com/sites/nathanvardi/2016/12/14/modernas-mysterious-medicines/?sh=4f0c94116ef6.

[351] MRNA-GEN-01042778 ("Formulation & Delivery Prioritization," *Moderna*, April 2013).

[352] MRNA-GEN-01248933-954 (Almarsson Deposition Exhibit No. 1 – May 24, 2013 Moderna Formulation Brainstorm Deck).

[353] MRNA-GEN-01725521-592, at 539 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 2 – "June Board Meeting," *Moderna,* June 19-20, 2013, Slide 19 of 72) ("R&D platform: Formulation"). MRNA-GEN-01725410-507 at 418-419 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 36:1-39:3 (testimony regarding Slide 19), at 38:12-39:3 ("Q. Okay. Your best current understanding, regardless of what happened later, was that as of June 2013 when this document was written, Moderna did not have a formulation capable of moving into the clinic, right? . . . A. So I don't believe that that captures the context of that's what the slide says to me, if you're asking me in my personal capacity.").

[354] "Kerry Benenato," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/kerry-benenato-a513419/details/experience/ (**Moderna**: Principal Scientist (September 2014-February 2016), Associate Director (February 2016-August 2017), Director (August 2017-September 2019),

101

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

she reportedly stated that Moderna "wasn't set up to do the chemistry necessary to solve their LNP problem.  Much of its equipment was old or secondhand, and it was the kind used to tinker with mRNAs, not lipids.  'It was scary,' she says."[355]

133.    In contrast, Dr. Tony de Fougerolles, Alnylam's VP of research at Alnylam from 2003 to 2010 (where he collaborated with Tekmira on LNPs[356]) and Moderna's "founding CSO and among the first 10 employees" (*i.e.,* "employee #5"[357]) from around **October 2011**[358] **to August 2013**,[359]

---

Senior Director (September 2019-July 2020), Vice President, Platform Chemistry (July 2020-May 2021), Vice President, Platform Chemistry and Formulation Discovery (May 2021-October 2022); **76Bio, Inc.**: Chief Scientific Officer (October 2022-January 2024); **Sail Biomedicines**: Chief Platform Officer (February 2024-Present)).

[355] Gregory Zuckerman, "The Inside Story of Two Young Scientists Who Helped Make Moderna's Covid Vaccine Possible," *Upworthy Science,* November 24, 2021, *available at* https://upworthyscience.com/moderna-covid-vaccine/.  *Compare to* MRNA-GEN-01725410-507 at 466 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 225:24-226:6 ("A. We worked in 2012 and 2011 with lipid nanoparticles at Moderna with compositions that I believe were, in fact, probably the same as were used in 2016 in the MERS publication or the MERS patent in question, and therefore, it is true that we had probably had those same ratios and compositions in 2012.").

[356] MRNA-GEN-01731538-597, at 542, 543 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 20:22-20:25 ("Q. Which companies did you collaborate with [at Alnylam]?  A. In terms of companies back then, we collaborated with a company at the time called Tekmira on the lipid nanoparticle technologies."); 22:21-22:4 ("Q. What were the LNP components that you were working on in the 2005 to 2010, time frame, if you can recall? . . . A. Yeah.  You know, again, the components we were working on included a cat – you know, typical lipid nanoparticles included a cationic lipid, a helper lipid, a cholesterol moiety as well as what's called PEG lipid.").

[357] MRNA-GEN-01737721-744, at 722 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 2 – Antonin de Fougerolles CV) ("As founding CSO and **employee #5**, led all research activities at Moderna, drove the platform and therapeutics strategy, initiated the expansion into mRNA vaccines, and promoted and secured government funding for mRNA as a rapid drug delivery platform. . . .").

[358] Mr. Bancel, named Moderna's CEO in October 2011 was employee #2.  Dr. Fougerolles joined Moderna *after* Mr. Bancel and was employee #5.

[359] "Antonin de Fougerolles," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/antonin-de-fougerolles-a41a819/details/experience/ (Moderna Therapeutics, Founding Chief Scientific Officer (2011-August 2013): "As founding CSO and among the first 10 employees, led all research activities at Moderna, drove the platform and therapeutic strategy, initiated the expansion into mRNA vaccines, and promoted and secured government funding for mRNA as a rapid drug development platform. Initiated, oversaw, and patent protected the mRNA chemistry (inventor of 1-methyl pseudouridine) and lipid nanoparticle formulations (inventor of LNP-mRNA formulations that showed 1st activity in rodents and non-human primate) that are the

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

claims that "he pioneered modified mRNA as a new therapeutic and vaccine drug modality" and further claims that "[h]e is the inventor of the mRNA chemistry and delivery systems that for the basis of both approved COVID-19 mRNA vaccines."[360]

134.    Moderna's witness testimony and internal documents, however, appear to show that Moderna was following Dr. Langer's instruction.  For example, Dr. de Fougerolles testified: "In terms lipid nanoparticles and kind of doing that work, we were taking a very broad look at a variety of means to deliver mRNA.  Lipid nanoparticles were one of those.  And so we looked at a wide range of things because we didn't know what was going to work.[361] . . . And obviously, it [lipid nanoparticles] was one of the delivery methods that was relatively advanced, albeit with siRNA. Hence, it made sense to include that as one of multiple things that we would look at."[362]  As of

foundation of the approved Moderna and Pfizer/BioNTech covid-19 vaccines and initiated work in 2012-2013 with the US government on mRNA as a rapid pandemic preparedness platform. Presented to prospective partners the Moderna mRNA platform and science that within 18 months led to $240m upfront deal with Astra-Zeneca with a total deal value >$15 billion. Also presented to multiple other prospective partners, that subsequently led to $100m upfront deal with Alexion in rare diseases. Also successfully raised and completed a $7m Series B financing that advanced the mRNA therapeutic platform within the first 9 months from start-up to positive in vivo pharmacology data in non-human primates with modified mRNA. Participated and helped raise a $27m Series C financing. Grew company less than 10 people to 75+ in 18 months. Helped develop broad intellectual property estate covering all aspects of mRNA technology, comprising of 125 patent filings and 6,500 claims, including largest patent filing in USPTO history at that time. Over 100 different mRNA chemistries, 10 LNP formulations, and 150 different mRNA targets reduced to practice in vitro and in vivo. Inventor on over 50 Moderna patents including 3 key seminal patents covering both the Moderna and BioNTech mRNA covid vaccines and technology more broadly. Frequent presentations to Board, SAB, investors, and prospective partners. Author and Principal Investigator on 2 non-dilutive DARPA grants totaling over $25M. Report to CEO.").

[360] "Tony de Fougerolles," *Harvard,* 2024, *available at* https://gsas.harvard.edu/person/tony-de-fougerolles.  *Compare to* MRNA-GEN-01737721-744, at 722 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 2 – Antonin de Fougerolles CV) ("As founding CSO and employee #5, led all research activities at Moderna, drove the platform and therapeutics strategy, initiated the expansion into mRNA vaccines, and promoted and secured government funding for mRNA as a rapid drug delivery platform.  Discovered and led the development of the mRNA chemistry and lipid nanoparticle formulations used in both the Moderna and bioNTech/Pfizer approved covid vaccines. . . . Inventor on over 50 Moderna patents including 3 key seminal patents covering both the Moderna and BioNTech mRNA covid vaccines and technology more broadly.").

[361] MRNA-GEN-01731538-597, at 568 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 123:11-123:16.).

[362] MRNA-GEN-01731538-597, at 568 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 124:6-124:9.).

103

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

February 19, 2013, Moderna acknowledged that it had a "lack of internal LNP expertise or focus," and "initiated discussions with partners with deep expertise in LNP (Tekmira [a predecessor to Arbutus and Genevant[363]]) to begin to optimize the platform and confirm its suitability for mRNA therapeutics."[364]

135.    As of October 15, 2013—after Dr. de Fougerolles had already left the company—Moderna's business development objectives included "Build a portfolio of in-licensed formulations."[365] Moderna's Said Francis testified that "in 2013, there were ongoing evaluations in LNPs, yes."[366] Moderna's October 15, 2013 board meeting slide deck included a snapshot of the status of its evaluation at that time in **Figure 2.23**,[367] below, showing "Introductory discussions (CDA)" with Acuitas, "Term sheet exchanged" with Tekmira, and "License discussions" with Axo and In-Cell-Art.

---

[363] *See, e.g.,* May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 123:9-123:21 ("Q. Now, you mentioned before various negotiations between Moderna on the one hand and Tekmira on the other. A. Yes. Q. Do you recall that generally? And you've understood that there are a lot of names that have been used in connection with Tekmira over the years? Protiva – A. IONEX. Q. – Arbutus, Genevant, others. Do you understand that? A. Yes.").

[364] MRNA-GEN-01247736-744, at 741 (Hoge Deposition Exhibit No. 6 – "MIS6. LNP Integrated Summary," *Moderna,* n.d. (metadata=February 19, 2023 (Date Last Modified))). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 54:6-54:16 ("Q. . . . And if we go to page 6 of this document, Bates ending 741. I'm going to read from the paragraph in the middle of the page, the last sentence of that paragraph. It says, 'Given the lack of internal LNP expertise or focus, Moderna has initiated discussions with partners with deep expertise in LNP (Tekmira) to begin to optimize the platform and confirm its suitability for mRNA therapeutics.' Is that right? A. That's what it says, yes.").

[365] MRNA-GEN-01237622-687, at 675 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 55 of 66) ("Top-line objectives by area 2014-2015").

[366] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 174:1-174:2.

[367] MRNA-GEN-01237622-687, at 633 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 12 of 66) ("Identify Strongest Biology and Data Through Partnerships"). *Compare to See also* MRNA-GEN-01725521-592, at 577 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 2 – "June Board Meeting," *Moderna,* June 19-20, 2013, Slide 57 of 72) ("Overview of external formulation collaborations" showing Tekmira in the "Early terms" category).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.23**

136.    The Tekmira term sheet referred to above is dated May 29, 2013, however, as shown above, Moderna's discussions with Tekmira did *not* progress to the "MTA [Material Transfer Agreement] / Agreement drafting," "Evaluation phase" and "Licensing discussion" during the period May 2013 through October 15, 2013.  In late-October 2013, Mr. Bancel reportedly told Dr. MacLachlan that Tekmira was "too expensive," in a discussion which *Forbes* recounted as follows:

> In October 2013, MacLachlan, then the chief scientific officer of Tekmira Pharmaceuticals, trudged up the hill to the castle to attend a cocktail party at the first International mRNA Health Conference [in Tubingen, Germany].[368] During the evening, MacLachlan struck up a conversation with Stéphane Bancel, the CEO

---

[368] Moderna's document production included Dr. MacLachlan's October 24, 2013 slide deck. *See also* MRNA-GEN-01237689-720 (Bancel Deposition Exhibit No. 1/Francis Deposition Exhibit No. 8 – Ian MacLachlan, Ph.D., "Lipid Nanoparticle-Mediated Delivery of Messenger RNA," *Tekmira* (presentation at 1st International mRNA Health Conference (Tubingen, Germany)), October 24, 2013, 32 Slides).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

of an upstart mRNA company called Moderna Therapeutics. MacLachlan suggested Tekmira and Moderna collaborate using his innovative drug delivery system. "You are too expensive," Bancel told him.[369]

The exchange gave MacLachlan a bad feeling. So did the presence of a former colleague, Thomas Madden, who had been fired by Tekmira five years earlier. By this point MacLachlan had spent more than a decade working on his delivery system, yet people like Bancel seemed more interested in working with the London-born Madden.[370]

137.    Dr. Madden, formerly at Tekmira and its predecessors from 1995 to 2008,[371] founded AlCana in February 2009,[372] and was its President and CEO.[373] Moderna's Said Francis testified that AlCana

---

[369] *See also* June 28, 2024 Deposition of Stéphane Bancel, 41:9-41:22 ("Q. . . . Do you recall having any discussions with either Mark Murray or Ian MacLachlan at this conference [in Tubingen, Germany in October 2013] in 2013?  A. So I don't recall – and remember it's a conference with, I will guess, at that time 100-ish people, so I don't remember who I talked to. This is, again, 11 years ago or 10 years ago, so I don't remember who I talked to.  I would not be surprised given it was only 100 people I might have bumped into them, you know, at a coffee break or whatever at the conference, but no specific discussion with any party.  At the time it was just a scientific conference."); 43:17-44:11 ("A. There's a portion here [Bancel Deposition Exhibit No. 3] at the end that says – it's referring to this October 2013 mRNA conference in Germany, and it says, 'During the' event, 'McLachlan [sic – MacLachlan] struck up a conversation with Stéphane Bancel. The CEO of a upstart mRNA company, called Moderna Therapeutics.  MacLachlan suggested Tekmira and Moderna collaborate using his innovative drug delivery system.  'You are too expensive,' Bancel told him.'  Do you have a recollection of that conversation at all?  A. Not at all.  Q. You don't have a basis to dispute what's reported here?  A. I don't remember it, so I don't know how I could dispute something I don't remember."); 45:4-45:8 ("Q. But my question was simply, do you remember this at all?  A. No. Q. Do you recall any other time when you had a conversation with Ian MacLachlan?  A. No.").

[370] No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).

[371] "Tom Madden," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/tom-madden-6401471b/.

[372] "Our History," *Acuitas Therapeutics,* 2024, *available at* https://acuitastx.com/company/history/.  "Acuitas Therapeutics – NON-CONFIDENTIAL PRESENTATION," *Acuitas Therapeutics,* July 2013, Slide 2 of 9, *available at* https://web.archive.org/web/20131021010931/http://acuitastx.com/wp-content/uploads/2013/07/2013_07_Acuitas-non-confidential-presentation.pdf ("Company Background[:] Founded February 2009, based in Vancouver, British Columbia[;] Formerly Alcana Technologies Inc . . .").

[373] "Tom Madden," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/tom-madden-6401471b/.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

was a "small company, I think seven-ish people."[374]  According to *Forbes* reporting in December 2016, "Acuitas is so small, in fact, that its worldwide headquarters are in its CEO's single-family home."[375]  Shortly after AlCana's November 12, 2012 litigation settlement between and among Tekmira Pharmaceuticals Corporation, Protiva Biotherapeutics Inc. (a wholly-owned subsidiary of Tekmira), Alnylam Pharmaceuticals, Inc. and AlCana Technologies, Inc.[376]—Dr. Madden claimed that pursuant to its cross license with Tekmira, it could sublicense Tekmira's IP to Moderna for use in the field of mRNA, and offered to do so at *a much lower cost* than Tekmira had offered in the May 29, 2013 term sheet.

138.    On December 3, 2013, "Arbutus finalized and entered a cross-license agreement with Acuitas" with an effective date of November 12, 2012.[377]

---

[374] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 49:18-50:4 ("Q. What is AlCana?  A. AlCana is what today is Acuitas, and it was former ex-Tekmira employees that had consulted after they left Tekmira with Alnylam, and they they created AlCana.  And they were set up next to the University of British Columbia.  There are – a lot of them are alums of Peter Cullis.  And it was a small company, I think seven-ish people.").

[375] Nathan Vardi, "Moderna's Mysterious Medicines," *Forbes,* December 14, 2016, *available at* https://www.forbes.com/sites/nathanvardi/2016/12/14/modernas-mysterious-medicines/#fc82927730ee.

[376] ABUS-00000001-051 (Murray Deposition Exhibit No. 8 - Tekmira Pharmaceuticals Corporation-Protiva Biotherapeutics Inc. (a wholly-owned subsidiary of Tekmira)-Alnylam Pharmaceuticals, Inc.-AlCana Technologies, Inc. Settlement Agreement and General Release effective November 12, 2012).  GENV-00040141-234 (Murray Deposition Exhibit No. 9 – November 12, 2012 Alnylam Pharmaceuticals, Inc.-Tekmira Pharmaceuticals Corporation-Protiva Biotherapeutics Inc. Cross-License Agreement).

[377] Arbutus BioPharma Corporation 8-K dated April 13, 2017, Exhibit 99.1, *available at* https://www.sec.gov/Archives/edgar/data/1447028/000117184317002101/exh_991.htm ("Arbutus Injunction Survives Attempted Appeal by Acuitas," *Arbutus,* April 13, 2017) ("Consistent with the terms of the settlement agreement signed in November 2012, Arbutus finalized and entered a cross-license agreement with Acuitas in December 2013.").  ABUS-00023263-430 (Murray Deposition Exhibit No. 10 – December 3, 2013 Acuitas Therapeutics Inc.-Tekmira Pharmaceuticals Corporation/Protiva Biotherapeutics Inc. Cross License Agreement, effective November 12, 2012).  May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 63:7-63:12 ██████████████████████████████████████

107

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

139.    In January 2014, Moderna's John Podobinski, who joined the company as a research associate in 2012,[378] was "Collecting [its] Insights and Knowledge" in a "Living Technology File" as shown in **Figure 2.24**,[379]  below, which he described as "a kind of strategy document related to external companies" that "[a]ggregated evaluations of technologies outside Moderna by categories[.]"



**FIGURE 2.24**

[378] "John W. Podobinski," *in* "The Nucleus," *Northeastern Section of the American Chemical Society,* Vol. XCII, No. 9, May 2014, p. 17 of 28, *available at* https://www.nesacs.org/pub_nucleus/2014/May14.pdf.  "John W. Podobinski," *Armstrong Teasdale,* 2024, https://www.armstrongteasdale.com/john-podobinski/ ("A former research associate, John's scientific background makes him invaluable to U.S. and international clients in the areas of biotechnology, stem cell biology, neuroscience, devices and materials sciences.").
[379] MRNA-GEN-01238100-234, at 101 (Hoge Deposition Exhibit No. 27 – John Podobinski, "Lipid Based Nanoparticle Delivery Systems – Living Technology File," *Moderna,* January 2014, Slide 2 of 136) ("Collecting our Insights and Knowledge: *Living Technology File: 'LTF'*").

108

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**(4)    Moderna Negotiated a License with AlCana/Acuitas as an Alternative Path to Tekmira's IP**

140.    By early-2013—during the Moderna 1.0 "spaghetti science" period when it "had no money"—Moderna's internal documents show that it was at least considering a possible alternative path to access Tekmira's IP. Moderna's Dr. Hoge testified that during the period 2013-2014, Moderna continued to negotiate with AlCana/Acuitas and Tekmira.[380] Dr. Hoge testified that in the history of the company, Moderna never had a collaboration with Tekmira[381]—even though Mr. Bancel acknowledged that Moderna had discussions with Tekmira for a decade.[382] Moderna's internal records show that Said Francis, hired in June 2013 as Moderna's Director, Corporate Development was tracking certain information disclosed in Tekmira's SEC filings during the period FY 2007 through Q3 2012, created on August 29, 2013.[383]

141.    Mr. Francis testified regarding the background of Moderna's collaboration and agreement with Acuitas as follows:

> Acuitas was one of the players that was active in the decade before in RNAi. RNAi is essentially short interfering RNA, which is different kind of nucleic acid drug class. Delivery was a challenge for them, and they were trying to figure out how to get the RNAi into different cells, so they ended up using lipid nanoparticles, but – and that was with a company called Alnylam and they were part of Techmira [sic – Tekmira], so there's a whole – a few players in the RNAi world.

---

[380] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 140:19-141:15 ("Q. And so you continued to negotiate with AlCana, or we'll call them Acuitas, during this period 2013-2014? A. Yes. Q. And when you were negotiating with Tekmira in the 2013-2014 time frame, did you advise Tekmira that you were also negotiating with Acuitas to obtain rights to the Tekmira patents? A. No. Any negotiations with a partner are usually covered by confidentiality agreements, and so you don't usually disclose discussions with other partners. Tekmira would have become aware, did become aware, as a cross-licensor with AlCana – or Acuitas, sorry, that we had entered into an eventual agreement, because they would have – I believe Acuitas informed them or had to inform them of that.").

[381] MRNA-GEN-01725410-507 at 473 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 255:17-255:21 ("A. We never had a collaboration with Moderna in the history of the company. Q. With Tekmira you mean? A. I'm sorry. Thank you. With Tekmira.").

[382] June 28, 2024 Deposition of Stéphane Bancel, 141:12-141:19 ("Q. . . . Moderna has been involved in trying to negotiate a license to Genevant, Arbutus, and Tekmira's IP for over ten years, correct? . . . THE WITNESS: Moderna has had discussion with Tekmira for ten years, that's correct, . . .").

[383] MRNA-GEN-01716910-912 (Francis Deposition Exhibit No. 17 – Undated Summary of certain statements in Tekmira's SEC filings during the period FY 2007 through Q3 2012).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

2014 is some – we were – and I joined in 2013, so part of what I was trying to do is create essentially a toolbox of potential technologies that may or may not be useful to us.

By the time essentially they were one of the players that were out there, these scientists came from Techmira [sic – Tekmira], so they have a history in lipid-based delivery vehicles, but they were essentially a year or two after formation of the company, so…

. . .

They were one of them technologies that were in the toolbox. I wouldn't say we built it on it. So it's one of few that we looked at. And Acuitas was excited to work with us because they were a small shop and they were looking at ways to work with certain players in the market of mRNA, and we were one of the most established player.[384]

### i.   February 2013

142.    By February 2013, Moderna had identified Tekmira as having "deep expertise in LNPs." In February 2013, Moderna's "LNP Integrated Summary" stated:

> Recently, Moderna has conducted exploratory work with lipid nanoparticle formulation (LNPs). Moderna's primary focus in formulation has been for IP defense. Moderna's single formulation scientist lead the work in the M11 patent filing (600+ pages, experimental data across >5 formulations in 8 chemistries). There has been no effort put in optimizing LNP formulations for mRNA therapeutics to date, however some of the early results show potential.
> . . .
> Moderna lacks the resources or internal expertise to conduct this work [LNP formulation]. Therefore we have initiated discussions with external partners with deep expertise in LNPs (Tekmira).[385]
> . . .
> Given the lack of internal LNP expertise or focus, Moderna has initiated discussions with partners with deep expertise in LNP (Tekmira) to being to optimize the platform and confirm its suitability for mRNA therapeutics.[386]

---

[384] MRNA-GEN-01726934-7000, at 971 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 151:5-152:11.).

[385] MRNA-GEN-01725509-518, at 509 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 27 – "MIS6. LNP Integrated Summary," *Moderna,* February 19, 2013 (metadata).). MRNA-GEN-01725410-507 at 473 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 254:2-257:5 (testimony regarding *Moderna v. Pfizer* Hoge Deposition Exhibit No. 27)).

[386] MRNA-GEN-01725509-518, at 514 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 27 – "MIS6. LNP Integrated Summary," *Moderna,* February 19, 2013 (metadata).). MRNA-GEN-01725410-507 at 474 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 257:8-257:22 ("Q. . . . It says in the third paragraph [on 474], again, 'Given

110

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

143.   Moderna's internal documents show that by early-2013, Moderna was having discussions with both Tekmira and AlCana, later known as Acuitas, which Dr. Tony de Fougerolles, Moderna's "founding CSO," described as **"a useful alternative to dealing with Tekmira."**[387]  Mr. Bancel testified: "Tony de Fougerolles was the one who, as we were looking at a lot of technology, mentioned lipid nanoparticles as a technology, and he's the one who carried that work.  He was the chief scientific officer.[388] . . . Tony de Fougerolles had the expertise in LNP.  I had none, and I didn't know anybody in the field of LNP[.]"[389]

144.   In a **February 6, 2013** email, Dr. de Fougerolles summarized his discussion with Tom Madden at AlCana as follows:

> Had a good talk with Tom Madden at AlCana.  He reached out to me to see if we were interested in working with them on LNP for mRNA delivery.  They themselves have only recently gotten started and are having mRNA made by someone at UBC.  More important, is their IP situation.  AlCana is comprised of a group of ex-Tekmira people (Tom Madden, Mick Hope along with Dr. Pieter Cullis at UBC) who are world-experts in the LNP field with over 25 years experience.  They did work with both Tekmira, and later Alnylam, and developed MC3.  **They were part of the settlement with Tekmira and as a result of that have non-exclusive sub-licensable rights to all the Tekmira IP with regards to fields outside of siRNA – this field definition explicitly includes mRNA.  They are in the process of finalizing the agreement, but according to Tom those terms were part of the legal settlement with Tekmira.  Susan will follow up with Tom to confirm those details, but a useful alternative to dealing with Tekmira and also adding technical expertise in LNP development.**  Obviously we'll need to see if we can overcome the LNP repeat dosing issues.[390]

---

the lack of internal LNP expertise or focus, Moderna has initiated discussions with partners with deep expertise to LNP (Tekmira) to begin to optimize the platform and confirm its suitability for mRNA therapeutics.'  Do you see that?  A. I do see that.  Q. And Tony de Fougerolles was at Moderna when that statement was written, right?  A. Tony de Fougerolles was at Moderna.  I do not believe that Tony de Fougerolles would agree with that statement.").

[387] MRNA-GEN-01759820 (Hoge Deposition Exhibit No. 12 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).  MRNA-GEN-01247585 (Bancel Deposition Exhibit No. 2/ Francis Deposition Exhibit No. 3 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).

[388] June 28, 2024 Deposition of Stéphane Bancel, 21:17-21:21.

[389] June 28, 2024 Deposition of Stéphane Bancel, 34:16-34:18.

[390] MRNA-GEN-01759820 (Hoge Deposition Exhibit No. 12 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re:

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

145. Dr. Hoge, who had been a Partner at McKinsey & Co. and at that time, had recently joined Moderna (in December 2012) as SVP Corporate Development, New Drug Concepts, Oncology,[391] testified that AlCana was "one of multiple companies that had LNP experience.  Merck, Alnylam, Tekmira, Acuitas [first known as AlCana[392]], ▮▮▮▮▮▮▮ all had prior development experience in a range of different LNPs.  And so, yes, this is – this was a useful alternative, another of the five companies."[393]  Dr. Hoge testified that Mr. Francis "was probably, from our side, the person who spent the most time with Tom [Madden of AlCana], and I think was always present when I was speaking with Tom.  But, yes, I was also directly involved."[394]

146. Dr. Hoge was also involved in the discussions with Tekmira.  On or about **February 11, 2013**— five days after Dr. de Fougerolles' discussion with AlCana's (later renamed, Acuitas) Tom Madden—Moderna's Dr. Hoge and Susan Whoriskey, Senior Vice President Technology Strategy

---

AlCana and Tekmira update) (emphasis added).  MRNA-GEN-01247585 (Bancel Deposition Exhibit No. 2/Francis Deposition Exhibit No. 3 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).

[391] "Stephen Hoge," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/stephen-hoge-28b47210/.

[392] *See, e.g.,* May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 140:11-140:18 ("Q. And Acuitas also at the time you believe had access and could provide access to the Tekmira patents, correct?  A. So AlCana and Acuitas are functionally the same, so, yes, it's the same statement.  Q. Later called Acuitas had access?  A. Correct.").

[393] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 138:20-139:4.  MRNA-GEN-01759820 (Hoge Deposition Exhibit No. 12 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).  MRNA-GEN-01247585 (Bancel Deposition Exhibit No. 2/Francis Deposition Exhibit No. 3 - February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).  *See also* June 28, 2024 Deposition of Stéphane Bancel, 35:16- 36:16 ("Q. . . . Do you have an understanding of why Moderna was looking for a useful alternative to dealing with Tekmira at this time?  A. I don't know the details of the reason why.  As I said before, we were trying to build portfolios, and so I remember I was not involved.  We were working ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ in the field of LNPs.  There was Acuitas you mentioned.  There's Tekira.  There were some universities, I think.  Again, you will have to check with the team.  I think there were discussions with MIT, I think, Don Anderson, who is also an LNP expert.  So there was a lot of people that had been working on LNPs.  And again, being new in the field of mRNA, we are trying to test, as I mentioned to you, a lot of different technologies.  And so for any technologies that we looked at, the team thought it was good to talk to a lot of players in that different type of technology to figure out who had what in terms of capabilities.").

[394] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 136:14-136:18.

112

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

and part of the "Founding Executive Team" from August 2011 to February 2014,[395] and Tekmira's Paul Brennan discussed the possibility of a collaboration; on February 15, 2013, Tekmira's Paul Brennan stated "We'd like to advance our discussion. I guess that the next step is for us to sign a CDA."[396]

**Fall 2013**

147. By September 2013, however, Moderna had apparently concluded that in-licensing from Tekmira could be **"problematic from a business perspective."**[397] With **"no money and no expertise,"**[398] Moderna's goal was to "be the world leader in mRNA-based therapeutics[.]"[399] In contrast, Tekmira was "one of the pioneers in the field of RNAi therapeutics" credited with developing the

---

[395] "Susan K. Whoriskey, Ph.D.," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/susanwhoriskey/. *See also* Erika Kurt, "Inspiring the Next Generation of Scientists – A Conversation with Dr. Susan K. Whoriskey," *Small World Initiative,* September 28, 2016, *available at* https://www.smallworldinitiative.org/blog/2016/8/3/inspiring-the-next-generation-of-scientists-a-conversation-with-dr-susan-k-whoriskey-by-erika-kurt-small-world-initiative ("Subsequently, Whoriskey was senior vice president of technology strategy on the Founding Executive Team of Moderna. Moderna is pioneering messenger RNA (mRNA) therapeutics, a novel technology to develop therapies faster and at lower cost to treat a variety of diseases, including cancer and infectious disease. She helped develop a science and business strategy that raised $450M in investment funding, the largest biotech venture financing on record. Currently, Moderna employs more than 300 people.").

[396] MRNA-GEN-01247643-646, at 643 (Francis Deposition Exhibit No. 4 – February 15, 2013 email from Paul Brennan to Susan Whoriskey, cc: Stephen Hoge, Subject: Follow-up from Monday's discussion).

[397] MRNA-GEN-01042549-561, at 554 (Tony de Fougerolles, Örn Almarsson, "Formulation White Paper," *Moderna,* September 2, 2013, p. 6 of 13).

[398] "Moderna CEO Stéphane Bancel In Conversation With Newsweek CEO Dev Pragad," *Newsweek,* June 22, 2021, 18:04-18:53 of 38:45, *available at* https://www.youtube.com/watch?v=ZPR_ksxiXag ("In the early days, because **we had no money and no expertise**, we partnered a lot. And as the company has developed more and more, we partner less and less. If you look at the company now, you know we have shown we can do successful Phase 3. We have shown we can get the FDA to authorize our products; we have shown we can commercialize products at gigantic scale. You know we're trying to make a billion dollars this year. We know we have delivered a lot of doses to the US government and to many governments around the world. And so we have a lot of cash now. The company is sitting on, at the of Q1, $80 billion of cash. So we have capital, we have teams, we have capabilities. So I think as you look forward we'll do, I think very focused partnerships when they make sense." (emphasis added)).

[399] MRNA-GEN-01237261-286, at 281 (Almarsson Deposition Exhibit No. 20 – Örn Almarsson, "Formulations & Delivery Technologies (FDT) – 2014-2015 Roadmap," *Moderna,* September 12, 2013, Slide 21 of 26) ("FDT key deliverables").

113

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

"'gold standard' systemic RNAi delivery technology: lipid nanoparticle (LNP) platform,"[400] and had announced that it was transitioning "from a technology company into a product company."[401] More broadly, I understand that Dr. Mitchell's report indicates that "Plaintiffs' innovations in the field of delivery were seen as a major advancement in the capabilities of lipid-based systems and a turning point in the enablement of nucleic acid-based therapeutics."[402] Tekmira's goal was to leverage its "delivery technology" and "shifted its focus to be product-focused."[403]  In addition, in 2013, liver disease was a large potential market and both Moderna and Tekmira had plans to pursue this market.  For example, in an October 8, 2013 corporate update, Tekmira stated:

> TKM-HBV is being developed as a multi-component RNAi therapeutic that targets multiple sites on the HBV genome. Tekmira previously published work showing that these multi-component payloads can prevent the emergence of viral escape mutants.  Because HBV is a viral infection of the liver, the TKM-HBV therapeutic will employ a liver-centric-LNP formulation that is more potent and has a broader therapeutic index than any LNP currently in clinical development.

> Tekmira anticipates completing the necessary preclinical work and be in a position to file an IND in the second half of 2014 in order to advance TKM-HBV into chronically infected HBV patients with Phase I data available in 2015.[404]

148.    Around the same time, Moderna's plan was to "Develop/obtain a proprietary LNP formulation, thereby **enabling rare liver disease pipeline**."[405] Moderna's September 2, 2013 "Formulation White Paper" stated: **"in-licensing . . . from Tekmira [] may prove problematic from a business perspective,"** as follows:

> Upon de-risking of the LNP platform, **we are looking to obtain access to a proprietary LNP platform to enable development of our own drugs.**  Both KC2

---

[400] "Tekmira Pharmaceuticals," *Zacks Small-Cap Research,* November 14, 2023, p. 2 of 11, *available at* https://s27.q4cdn.com/906368049/files/doc_coverage/Biotech%20-%20Grant%20Zeng/TKMR/November%2014%202013_TKMR_Zeng.pdf.

[401] Doug Macron, "Tekmira Adds HBV to Pipeline, Aims to Move Drug into Clinic in '14," *GenomeWeb,* October 10, 2013, *available at* https://www.genomeweb.com/rnai/tekmira-adds-hbv-pipeline-aims-move-drug-clinic-14.

[402] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section VI.A.

[403] "Tekmira Pharmaceuticals," *Zacks Small-Cap Research,* November 14, 2023, p. 2 of 11, *available at* https://s27.q4cdn.com/906368049/files/doc_coverage/Biotech%20-%20Grant%20Zeng/TKMR/November%2014%202013_TKMR_Zeng.pdf.

[404] "Tekmira Provides Corporate Update on RNAi Therapeutics Pipeline," *Tekmira,* October 8, 2013, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/tekmira-provides-corporate-update-rnai-therapeutics-pipeline.

[405] MRNA-GEN-01042549-561, at 553 (Tony de Fougerolles, Örn Almarsson, "Formulation White Paper," *Moderna,* September 2, 2013, p. 5 of 13).

114

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

and MC3-based LNP have extensive pre-clinical and clinical experience using siRNA payloads. **While we are evaluating in-licensing opportunities to obtain rights to mRNA use of the LNP KC2 and MC3 lipids from Tekmira, this may prove problematic from a business perspective.** Other alternatives include obtaining access to lipidoid (MIT) or other LNP formations. With regards to the latter, we are evaluating some promising LNP lipids ███████████████ ██████████████████ show comparable efficacy to KC2 and MC3 but with better pre-clinical safety – they are also structurally distinct from the KC2/MC3 lipids. We are currently evaluating and optimizing their use with mRNA, and in parallel, evaluating and pursuing IP access to these lipids.[406]

149.    "Problematic from a business perspective" appears to refer to both availability of a license at all and/or its cost. For example, Moderna's S-1 stated: "companies that perceive us to be a competitor may be unwilling to assign or license rights to us. We also may be unable to license or acquire third-party intellectual property rights on terms that would allow us to make an appropriate return on our investment. If we are unable to successfully obtain rights to required third-party intellectual property rights, our business, financial condition, and prospects for growth could suffer."[407] Moderna also stated that it may require a license for "research and development or other activities": "Further, we may be required to obtain licenses under third-party patents to market our proposed products or conduct our research and development or other activities. If licenses are not available to us on favorable terms, we may not be able to market the affected products or conduct the desired activities."[408]

### January 2014

150.    As shown in **Figure 2.25**,[409] below, on October 15, 2013, Moderna advised its board that it was in

---

[406] MRNA-GEN-01042549-561, at 554 (Tony de Fougerolles, Örn Almarsson, "Formulation White Paper, Version #3," *Moderna,* September 2, 2013, p. 6 of 13). MRNA-GEN-01737710-719, at 713 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 11 – Tony de Fougerolles, "Formulation White Paper, Version #2," *Moderna,* June 13, 2013, p. 4 of 10) (same).

[407] Moderna, Inc. Form S-1 Registration Statement dated November 9, 2018, p. 48, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312518323562/d577473ds1.htm.

[408] Moderna, Inc. Form S-1 Registration Statement dated November 9, 2018, p. 49, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312518323562/d577473ds1.htm.

[409] MRNA-GEN-01238100-234, at 138 (Hoge Deposition Exhibit No. 27 – John Podobinski, "Lipid Based Nanoparticle Delivery Systems – Living Technology File," *Moderna,* January 2014, Slide 39 of 136).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

"Initial discussions" with Acuitas, whereas, a "Term sheet [had been] exchanged" with Tekmira.[410] By **January 7, 2014**, however, Moderna was already in the midst of a "Partnership Evaluation" of Acuitas.[411]

**FIGURE 2.25**

---

[410] MRNA-GEN-01237622-687, at 633 (Francis Deposition Exhibit No. 10 – "Moderna Board Meeting," *Moderna,* October 15, 2013, Slide 12 of 66) ("Identify Strongest Biology and Data Through Partnerships").  *See also* MRNA-GEN-01725521-592, at 577 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 2 – "June Board Meeting," *Moderna,* June 19-20, 2013, Slide 57 of 72) ("Overview of external formulation collaborations" showing Tekmira in the "Early terms" category).

[411] MRNA-GEN-01238100-234, at 131-138 (Hoge Deposition Exhibit No. 27 – John Podobinski, "Lipid Based Nanoparticle Delivery Systems – Living Technology File," *Moderna,* January 2014, Slides 32-39 of 136).

116

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

151. Notwithstanding the foregoing, Moderna's Stéphane Bancel met with Tekmira's CEO, Dr. Murray, during J.P. Morgan's Healthcare Conference, which was held January 13-17, 2014[412] in San Francisco.

152. At that time, Moderna was already using Tekmira's patented technology.  As of January 2014, the **"Moderna LNP Composition"** was **50:38.5:10:1.5**, which is shown in **Figure 2.26**,[413] below— which I understand is the same composition of lipid components that that Moderna used years later to gain approval for mRNA-1273.  As discussed below, this ratio was Moderna's "standard" composition for numerous clinical trials subsequent to this point, and Moderna had conducted numerous successful studies using this ratio.[414]

---

[412] *See, e.g.,* "J.P. Morgan 32nd Annual Healthcare Conference 2014 San Francisco," *Life-Sciences-USA,* January 13-17, 2014, *available at* https://www.life-sciences-usa.com/product/morgan-32nd-annual-healthcare-investment-management-inc-jpmorgan-2001-24909.html.

[413] MRNA-GEN-01238100-234, at 165 (Hoge Deposition Exhibit No. 27 – John Podobinski, "Lipid Based Nanoparticle Delivery Systems – Living Technology File," *Moderna,* January 2014, Slide 66 of 136) ("Moderna LNP Composition").

[414] *See infra* Section II.C.1.

117

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.26**

153.   Moderna's internal documents also show that as of January 2014, Moderna was *not* pursuing a license directly from Tekmira.  Mr. Francis testified that in January 2014 "one of my priorities was to expand LNP strategy that the R&D organization is delivering on, and seek access to an LNP that's already been in a clinical study or is in a clinical study.[415] . . . [T]here was an expansion of the strategy to also include the exploration of partnerships of licenses for an LNP that's in a clinical study.[416] . . . And in this scenario you see there was another objective, which is about creating and seeing what LNP components that have been in the clinic.  From a safety perspective, that's one

---

[415] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 100:19-101:1.  MRNA-GEN-00789689 (Francis Deposition Exhibit No. 11 – Said Francis, "Corporate Development – 1Q14 priorities," *Moderna,* c. January 13, 2014) ("Corporate Development – 1Q14 priorities . . . Formulation collaborations and licensing . . . b. Expand LNP strategy to ensure access to a license of at least one LNP already in clinic (MC3, KC2,…) . . .").

[416] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 102:10-102:13.

118

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

variable that certain regulators already know of, because they have seen it in a human."[417]   In or about January 13, 2014,[418]   Moderna's "Corporate Development – 1Q14 priorities" included: "Formulation collaborations and licensing . . . Expand LNP strategy and ensure access to a license of at least one LNP already in the clinic (MC3, KC2,…) . . ."[419]   MC3 is one of the components of an LNP.  It's a cationic lipid, amino lipid . . . it is a component that was in Alnylam's clinical candidates.  . . . [T]hat's [MC3] the one that ended up Onpattro, yes.  . . . Onpattro is LNP based, and it is MC3 based, . . .   The intent here [Francis Deposition Exhibit No. 11] I presume was essentially an LNP where the cationic lipid is MC3."[420]

154.  As of January 2014, Moderna had developed an "LNP Strategy," shown in **Figure 2.27**,[421] below, which stated **"Need access and must not be excluded[.]"**  At that time, Moderna's "LNP Strategy" shows that its "Current targets external to Moderna" *did not* include Tekmira—even though "AZ Hot Button: Requires Clinically Experienced Cationic Lipids,"[422] and Dr. Hoge

---

[417] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 103:11-103:17.

[418] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 100:2-100:4 ("A. . . . So these are essentially the – apparently January 13, 2014.  So these are the areas I was supposed to focus on.").  MRNA-GEN-00789689 (Francis Deposition Exhibit No. 11 – Said Francis, "Corporate Development – 1Q14 priorities," *Moderna,* c. January 13, 2014).

[419] MRNA-GEN-00789689 (Francis Deposition Exhibit No. 11 – Said Francis, "Corporate Development – 1Q14 priorities," *Moderna,* c. January 13, 2014).

[420] MRNA-GEN-00789689 (Francis Deposition Exhibit No. 11 – Said Francis, "Corporate Development – 1Q14 priorities," *Moderna,* n.d.).

[421] MRNA-GEN-01238100-234, at 107 (Hoge Deposition Exhibit No. 27 – John Podobinski, "Lipid Based Nanoparticle Delivery Systems – Living Technology File," *Moderna,* January 2014, Slide 8 of 136) ("Strategy LNP").

[422] MRNA-GEN-01238100-234, at 105 (Hoge Deposition Exhibit No. 27 – John Podobinski, "Lipid Based Nanoparticle Delivery Systems – Living Technology File," *Moderna,* January 2014, Slide 6 of 136) ("AZ Hot Button: Requires Clinically Experienced Cationic Lipids"). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 289:20-290:21 ("Q. . . . So did you understand that it was a hot button issue for AZ to have a clinically experienced cationic lipid? A. So in 2014 after we had entered into a research collaboration with . . . AstraZeneca, we did a deal with AstraZeneca, looking across a range of different things.  Included in that was a milestone that we would get paid if we could demonstrate certain features of a delivery system and it was obviously very important to AstraZeneca that we try and work to show that we could get a delivery system because the subject of our dela the year prior had been just focused on messenger RNA.  So I was aware that throughout 20133 and 2014 AstraZenece was interested in us exploring as part of the collaboration and independently different delivery systems.  We ere also aware of the clinically experienced or, you know, cationic lipids of which the MC3 system was, I believe, at the time the most advanced.").

119

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

testified that he believed that at that time Tekmira's LNP system was "the most advanced."[423]

Instead, Moderna described Acuitas and Arcturus "as feasibility"



---

[423] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 291:18-291:21 ("A. . . . We were also aware of the clinically experienced or, you know, cationic lipids of which the MC3 system was, I believe, at the time the most advanced.").

[424] MRNA-GEN-01238100-234, at 107 (Hoge Deposition Exhibit No. 27 – John Podobinski, "Lipid Based Nanoparticle Delivery Systems – Living Technology File," *Moderna,* January 2014, Slide 8 of 136) ("Strategy LNP"). *See also* MRNA-GEN-01725521-592, at 583 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 2 – "June Board Meeting," *Moderna,* June 19-20, 2013, Slide 63 of 72)

[425]

[426]

[427] June 28, 2024 Deposition of Stéphane Bancel, 41:1-41:4. *See also* 40:6-41:4



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**FIGURE 2.27**

155.    Less than two weeks after Mr. Bancel met with Dr. Murray at the J.P. Morgan Healthcare Conference in San Francisco, Mr. Bancel proposed a Research Plan to Tekmira.  Based on the foregoing, including Moderna's "Strategy LNP," above, Mr. Bancel's proposal appears to have been a fool's errand.  On **January 24, 2014**, Moderna's Stéphane Bancel forwarded the "Moderna – Tekmira partnership framework" and "Moderna – Tekmira work plan – v8,"[428] to Dr. Murray,

---

[428] GENV-00247092 (Francis Deposition Exhibit No. 12 – January 24, 2014 email from Stéphane Bancel to Mark Murray, Subject: Moderna Tekmira potential strategic partnership; Attachments: Moderna – Tekmira partnership framework 01.24.14.docx; . . . Moderna – Tekmira work plan – v8.docx).  GENV-00247093-095 (Francis Deposition Exhibit No. 13 – "Framework for Possible Partnership between Moderna and Tekmira," *Moderna,* January 24, 2014).  GENV-00247097-106 (Francis Deposition Exhibit No. 14 – "Exhibit A – Research Project," *Moderna,* January 24, 2014).  GENV-00247092-106 (Murray Deposition Exhibit No. 31/Bancel Deposition Exhibit No. 4 – January 24, 2014 email from Stéphane Bancel to Mark Murray, Subject:

121

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

which was about characterizing candidates and was "not about a specific medicine or specific product."[429] Dr. Murray described Moderna's proposal—which Tekmira rejected—as follows:

> So he [Stéphane Bancel] was – they [Moderna] were calling for a very extensive research plan, right, and asking us to sort of take our technology off the market, if you will, while this research plan went on.  And we didn't feel like we could do that.[430]
> . . .
> Well, as you know, using LNP with other companies and partners and so forth and so on was a part of our business strategy.  This would have required us to basically stop all of that until such time as Moderna decided to take an option or not, and that was – that was problematic for our business.[431]
> . . .
>  I mean, if – well, look at the research plan attached to it.  It was very, very in depth and would have taken considerable time and energy and expense, and all during that time, they [Moderna] wanted us to – they wanted to hold an option to our LNP technology until that was completed and they made a decision.[432]
> . . .
> What I said was, it was an extensive research plan.  That would have taken quite a bit of time to get to the answer, quite a bit of resource from – from Arbutus/Tekmira.  And during that point, we would have not been able to do – entertain other business ideas or business possibilities because Moderna held an option.[433]

156.    By late-January 2014, Moderna's internal documents show that it was moving forward with Acuitas, Arcturus, and Axo—but was having "C-level discussions" with Tekmira.  On January 30, 2014, Moderna reported to AstraZeneca on "the four buckets of formulations" it was pursuing,

Moderna Tekmira potential strategic partnership; Attachments: Moderna – Tekmira partnership framework 01.24.14.docx; . . . Moderna – Tekmira work plan – v8.docx)

[429] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 111:2-111:8 ("Q. So it's characterization of candidates, there was no advanced commercial-ready product that the companies were discussing at this stage, right?  A. This is more of proving you can repeat those.  It's not about a specific medicine or specific product.").

[430] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 148:10-148:14.

[431] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 148:16-148:21.

[432] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 148:24-149:4.

[433] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 150:6-150:11.  *See also* (Murray Deposition Exhibit No. 32 – January 25, 2014 email from Ian MacLachlan to Mark Murray, Subject: RE: Moderna Tekmira potential strategic partnership; Attachments: Moderna – Tekmira work plan - v8_IM.docx).  May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 151:5-151:15 ("Q. So you sent this proposal to Ian [MacLachlan] on January 24th, 2014; is that right?  A. Yes.  Q. Why did you do that?  A. Well, he would have been responsible for conducting our portion of the research plan.  Q. And he agrees, it seems, in his email here on page 633 that this would have been s [sic – a] significant amount of work for Tekmira to do? . . . THE WITNESS: So he describes it as significant.").

122

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

which included "LNP category . . .: **Acuitas** (FTO [freedom to operate] given [Tekmira] cross licensing and materials shipped to us to perform in vivo, **Arcturus** (in vitro characterization ongoing), **Tekmira** (C-level discussions and focus evaluation on safety and tumor targeting…), **Axo** (optimization plan to be executed starting February 2014)[.]"[434]

**April 2014**

157.    On April 2, 2014, Said Francis' **"Acuitas: follow-up"** notes, in **Figure 2.28**,[435] below, appear to show that Moderna had doubts about Acuitas' claim that it could sublicense Tekmira's IP which stated: "ALNY/TEK → sub-license rights preserved → strongly doubt that targets license outside RNAi product . . . IP management → same interpretation[;] No scenarios envisioned that this makes sense to Tekmira . . ."[436]

---

[434] MRNA-GEN-01449131-132, at 131 (Francis Deposition Exhibit No. 16 – January 30, 2014 email from Said Francis to Paula [Soteropoulos], Örn Almarsson, Subject: [AZ] minutes from call with David [Blackey] and Maria [D]).

[435] MRNA-GEN-00913738-819, at 817 (Francis Deposition Exhibit No. 18 – Said Francis notes dated April 2, 2014) (emphasis in original).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 131:11-131:17 ("Q. Exhibit 18 is another set of handwritten notes that appear to be yours. . . . A. Yes.").

[436] MRNA-GEN-00913738-819, at 817 (Francis Deposition Exhibit No. 18 – Said Francis notes dated April 2, 2014) (emphasis in original).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 131:11-131:17 ("Q. Exhibit 18 is another set of handwritten notes that appear to be yours. . . . A. Yes.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

FIGURE 2.28

158.    On April 11, 2014, Torsten Woehr of Corden Pharma advised Moderna that Tekmira was "the inventor of the original formulation with MC3[437] . . . they call it the SNALP[438] [stable nucleic acid-

_____

[437] *See also* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 172:15-173:3 (" Q. Do you know what MC3 is?  A. Yes.  Q. Is that an amino lipid that Tekmira developed?  A. Yes.  Q. Is that the amino lipid that Tekmira developed with Alnylam? . . . THE WITNESS: I don't know what you – I don't know what developed with Alnylam means.  It was – it was invented by Tekmira chemists.  Q. So Alnylam did not invent MC3?  A. I don't believe so."); 174:15-174:17 ("A. Because the scientists that I believe invented MC3 were Tekmira employees who left the company and went to another company called AlCana.").

[438] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 89:4-89:11 ("Q. I've seen reference to SNALP in a number of documents, S-N-A-L-P.  What is that? . . . THE WITNESS: It's an early name, kind of a nickname, that we gave to LNP. . . . Q. So SNALP means the same thing as LNP?  A. Yes.").

124

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

lipid particles] technology."[439]    Mr. Francis testified that in April 2014 there were "several different parties that can provide access" to Tekmira's LNP formulation with MC3.[440]

## May 2014

159. In May 2014, Moderna's discussions with both Tekmira and Acuitas were continuing[441] and Mr. Francis testified that there were two negotiations ongoing,[442] however, Moderna did not communicate this to either party.[443]  With respect to Acuitas, Moderna was requesting freedom-

---

[439] MRNA-GEN-01754010-012, at 011 (Francis Deposition Exhibit No. 19 – April 11, 2014 email from Torsten Woehr [Corden Pharma] to Said Francis, cc: Michael Middleditch, Subject: RE: Contact).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 138:18-140:1 ("Q. He goes on to say here, 'As indicated in my previous e-mail my day-to-day contact at Alnylam, David Watkins, thinks that you may have to talk also to Tekmira, the inventor of the original formulation with MC3 (I think they call it the SNALP technology).'  Do you see that? A. Mm-hmm.  Q. Had you heard the term 'SNALP' before it was used in this e-mail? A. This is April 2014, SNALP was on Tekmira's website.  Q. And SNALP is what Tekmira called their LNP technology, correct?  A. Yes.  Q. And what Dr. Woehr is telling you is that Tekmira was the inventor of the original LNP formulation with MC3, correct? . . . A. He – that's the words in the e-mails he had.  He thinks that we have to talk to this person and he characterized it as such. Torsten Woehr is head of sales and marketing, not subject matter expert in inventorship, and I don't think he's privy to the Alnylam/Tekmira agreement.  So just from – the e-mail – his line says that, but . . .").  "Torsten Woehr, PhD, MBA," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/torstenwoehr/.

[440] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 140:8-141:1.  *See also* 143:17-143:22 ("A. . . . So for the sake of the specific case of MC3, that is Tekmira, and we were essentially saying there's a framework that could be put between the two companies, that would provide the licenses, but there were other paths as well.").

[441] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 149:14-149:15.

[442] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 150:4-150:8 ("A. . . . Again, this is May [2014], before the other agreement [Acuitas] was signed, so it's more about if included in May, then it would have given a signal [to Tekmira] that there's another negotiation ongoing."); 151:17-151:18 ("A. In May [2014] there were discussions between Moderna and Acuitas, yes.").

[443] June 28, 2024 Deposition of Stéphane Bancel, 67:17-69:1 ("Q. Di you ever discuss – we talked before about discussions that you were having or that Moderna was having with a company called Acuitas – A. Yes.  Q. – around the same time.  Did you ever discuss the fact that Moderna was having those conversations with Mark Murray?  A. Did I discuss with Acuitas about the Tekmira discussion?  I want to make sure I understand the question.  Q. Well, I was asking a different question, but I'm interested in the answer to both.  A. Sure.  Q. Did you discuss with Mark Murray the fact that Moderna was also having discussions with Acuitas?  A. I don't think so.  I don't recall, but that would be weird for us to do that.  Q. Did you discuss with Acuitas that you were having discussions with Tekmira.  A. I don't think so.  And I was not leading the Acuitas discussion.  It was, I think, Said Francis who was leading the Acuitas discussion under Stephen's [Hoge] lead, because Said, as you're aware of, at that time worked

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

to-operate ("FTO") and indemnification.  Mr. Francis testified regarding the IP rights it was discussing with Acuitas as follows: "they had their own portfolio that they were developing in their labs in Vancouver, they had cross licenses from Alnylam and Tekmira.  So that's the IP portfolio that they were essentially bringing into collaboration."[444]  As of May 20, 2014, the "Acuitas Open Item[s]" included "No FTO [freedom to operate] rep and no indemnification for FTO."[445]

160.  At the same time, Moderna was apparently also seeking an exclusive license from Tekmira.[446]  On May 22, 2014, Dr. Murray indicated that "Moderna [was] not able to support the economics of an exclusive agreement,"[447] and suggested the possibility "an agreement more limited in scope."  Five

directly for Stephen.").  *See also* MRNA-GEN-01754060-064, at 060 (Francis Deposition Exhibit No. 24 – July 3, 2014 email from Stephen Hoge to Executive Committee, cc: Said Francis; Shuan Ryan, Örn Almarsson, Matt Stanton, Subject: FW: Acuitas Final Documents) ("As discussed at EC, we will want to keep this deal relatively quiet . . . ."); MRNA-GEN-01754025-056, at 054 (Francis Deposition Exhibit No. 20 – Framework for Possible Partnership between Moderna and Tekmira) (Comment from S. Francis or Moderna counsel: "If we include such a detailed provision and then we transact with Acuitas instead, they will figure out what the rights flow are of the improvements…" (ellipsis in original)).

[444] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 161:4-161:9.

[445] MRNA-GEN-01754019 (Francis Deposition Exhibit No. 21 – May 20, 2014 email from Said Francis, Subject: Acuitas Open Item).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 158:8-158:9 ("A. . . . This says at that time, based on this note, there was no FTO rep yet in the contract.").  *See also* MRNA-GEN-01754057-058, at 057(Francis Deposition Exhibit No. 23 – June 21, 2014 email from Said Francis to Stephen Hoge, Subject: Re: Update) (". . . No FTO guarantee but wants to increase price of what they [Acuitas] offer.").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 177:20-178:7 ("Q. In this e-mail it's clear that you're saying there's not FTO guarantee, right? . . . A. That's not what I said.  The e-mail is referencing that the agreement has some concept of no – some FTO guarantee is not included.  So it's a matter of continuing negotiations at that point and understanding their intent.  But again, I don't have the context for it here.").

[446] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 162:9-162:20 ("Q. Was one of the things that Moderna was looking for in a Tekmira deal at the time, exclusivity that only Moderna could use Tekmira's technology?  A. Sounds, based on this e-mail [Francis Deposition Exhibit No. 22], that exclusivity was a term that we asked for.  And just to put things in context in 2014, ██████████████████████████████████████████  Earlier, we talked about the question in my notes about exclusive rights to mRNA. . . .").  GENV-00247108-109, at 108 (Francis Deposition Exhibit No. 22 – May 22, 2014 email from Mark Murray to Stéphane Bancel, Subject: Tekmira_Moderna).

[447] GENV-00247108-109, at 108 (Francis Deposition Exhibit No. 22 – May 22, 2014 email from Mark Murray to Stéphane Bancel, Subject: Tekmira_Moderna).  GENV-00247130-131, at 131 (Bancel Deposition Exhibit No. 6 – May 22, 2014 email from Mark Murray to Stéphane Bancel, Subject: Tekmira_Moderna).

126

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

days later, on May 27, 2024, Mr. Bancel responded stating that "a more target focused approach works also better for us now,"[448] and offered to send "a new term sheet, based on a non exclusive, target by target licensing partnership."[449]  It does not appear, however, that Moderna sent the "new term sheet" at that time.[450]  Instead, the Moderna-Tekmira discussions appear to have picked up again about a year later, in March 2015,[451] which is discussed later.

### July 2014

161.  About a month later, on or about **July 3, 2014**, Acuitas executed a Development and Option Agreement with Moderna.[452]  Mr. Francis testified that Moderna "entered the collaboration with Acuitas because it had a, . . . they have the team, they were doing development of LNPs, and they had their own portfolio, and they had different portfolios [*i.e.,* Alnylam, Tekmira] that they can

---

[448] GENV-00247108-109, at 108 (Francis Deposition Exhibit No. 22 – May 27, 2014 email from Stéphane Bancel to Mark Murray, Subject: Re: Tekmira_Moderna).  GENV-00247130-131, at 130 (Bancel Deposition Exhibit No. 6 – May 27, 2014 email from Stéphane Bancel to Mark Murray, Subject: Re: Tekmira_Moderna).  June 28, 2024 Deposition of Stéphane Bancel, 54:20-55:16 ("Q. . . . and you respond in the e-mail above that would actually fit Moderna's current needs better than an exclusive deal.  Do you see that?  A. I see that, yes.  Q. Why did you think that at the time?  A. I don't recall, so I'm reading the e-mail.  I assume because of what I said, which is we don't know whether it works, and maybe – I mean, I explain it.  I think I answer the question in the e-mail, right?  Whether or not it will work, we think it might work for some niche approaches, we have come to understand several important limitations of the LNP technology.  Dosing frequency is just not what is required to develop therapeutics, so a more targeted might work.  So I give you the answer in the e-mail, I think.").

[449] GENV-00247108-109, at 108 (Francis Deposition Exhibit No. 22 – May 27, 2014 email from Stéphane Bancel to Mark Murray, Subject: Re: Tekmira_Moderna).  GENV-00247130-131, at 130 (Bancel Deposition Exhibit No. 6 – May 27, 2014 email from Stéphane Bancel to Mark Murray, Subject: Re: Tekmira_Moderna).

[450] *See, e.g.,* GENV-00247138-140, at 139 (Bancel Deposition Exhibit No. 7 – July 14, 2014 email from Mark Murray to Stéphane Bancel, Subject: RE: Tekmira_Moderna) (". . . It has been sometime since we connected on the topic of license / collaboration. . . .").

[451] MRNA-GEN-01674451 (Bancel Deposition Exhibit No. 8 – March 10, 2015 email from Stéphane Bancel to Lorence Kim, Said Francis, Stephen Hoge, Subject: Canadian roulette) ("Just spoke with Marck ceo of Tekmira[.]  I proposed the idea of us taking LNP exclusively for mRNA or for everything with a back license to them for their hep B[.]  He liked the idea then went on to ask if we could cross license mRNA for hep B[.] . . .").  MRNA-GEN-01717733-758, at 756 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, 26 Slides).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 204:12-204:15 ("Q. And this [Francis Deposition Exhibit No. 29] describing the negotiation of a potential exclusive license agreement with Tekmira, correct?  A. Yes.").

[452] MRNA-GEN-00225558-678 (Hoge Deposition Exhibit No. 14 – July 3, 2014 Acuitas Therapeutics Inc.-Moderna Therapeutics, Inc. Development and Option Agreement).

127

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

access as well.  So there was a variety of reasons."[453]  In addition, Acuitas offered purported access to Tekmira's IP on what Dr. Hoge described as "attractive terms. . . . [A]s of today we have access to a formulation that is safe in Phase 3 in man!"[454]  Dr. de Fougerolles testified that LNPs in clinical testing, such as Alnylam's, were "instructive per se."[455]

162.    Moderna's summary of the "Acuitas / Tekmira cross license" terms shows that the cost is significantly *lower* when compared to Tekmira's May 29, 2013 proposal to Moderna, as shown in **Figure 2.29**,[456] below, with *no* upfront cash (v. $30 million[457]), up to $5.25 million in milestones (v. up to $52 million[458]) and tiered royalties of 4%-6% (v. flat 7%[459]).

---

[453] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 128:11-128:17.

[454] MRNA-GEN-01754060-064, at 060 (Francis Deposition Exhibit No. 24 – July 3, 2014 email from Stephen Hoge to Executive Committee, cc: Said Francis; Shuan Ryan, Örn Almarsson, Matt Stanton, Subject: FW: Acuitas Final Documents).

[455] MRNA-GEN-01731538-597, at 572 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 140L9-140:25 ("Q. . . . I think in one of your answers you mentioned Alnylam advancing its lipid nanoparticles into clinical testing.  A. Yes.  Q. Do you remember that?  A. Yeah.  Q. Would that work have been instructive in terms of developing an mRNA formulation? . . . A. Would that work have been instructive?  I think, you know, the fact that it was being tested in people, that in itself is – is information that says it – you know, it can be injected into a human, right?  And – but, you know, that in essence was the fact that you know, that was the aspect that was instructive per se.").

[456] MRNA-GEN-01717733-758, at 753 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 21 of 26) ("Acuitas/Moderna agreement (July 2014)").

[457] MRNA-GEN-01717733-758, at 754 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 22 of 26) ("Comparison of Tekmira deals").

[458] MRNA-GEN-01717733-758, at 754 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 22 of 26) ("Comparison of Tekmira deals").

[459] MRNA-GEN-01717733-758, at 754 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 22 of 26) ("Comparison of Tekmira deals").

128

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

## Acuitas/Moderna agreement (July 2014)

| | Acuitas / Tekmira cross license | Acuitas / Alnylam cross license | Acuitas internal IP |
|---|---|---|---|
| **Product license fee** | — | — | • — |
| **Milestones:** | up to $5.25m | up to $5.25m | up to $4.75m (excl.) |
| • Initiation of 1ˢᵗ GLP tox | • — | • — | • — |
| • initiation of Ph. I | • $0.25m | • $0.25m | • $0.25m |
| • initiation of Ph. II | • $1.0m | • $1.0m | • $0.5m |
| • initiation of Ph. III | • $1.0m | • $1.0m | • $1.0m |
| • NDA filing in 1ˢᵗ major mkt | • $1.0m | • $1.0m | • — |
| • US Approval milestone | • $2.0m | • $2.0m | • $1.0m |
| • EU Approval milestone | | | |
| • 1ˢᵗ commercial sale | • — | • — | • $2.0m |
| • Cumul. Sales >$500m | • — | • — | • — |
| **Royalties:** | | | Non-exclusive – exclusive |
| • $0 - $250m | • 4% | • 3.0% | • 3.0% -3.75% |
| • $250m - $500m | • 5% | • 3.5% | • 3.0% -3.75% |
| • > $500m | • 6% | • 4.0% | • 3.0% -3.75% |
| | For the longer of (i) 12 years and (ii) lifetime of patents and patent applications 50% stacking with 3% floor | Royalty stacking with a floor of 3.5% | |

COMPANY CONFIDENTIAL INFORMATION                    21                    moderna

Moderna™

5/23/2015

Company Confidential Information

**FIGURE 2.29**

163.    Thereafter, "[i]n 2015 and 2016, Acuitas sublicensed certain Protiva/Arbutus LNP patents to Moderna for certain products against four viral targets: Influenza A, Chikungunya virus, Respiratory Syncytial Virus ('RSV'), and Zika virus."[460]  In particular, Acuitas granted four (4)

---

[460] Answer to Amended Complaint, p. 22.

129

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

sublicenses to Moderna on May 22, 2015,[461] August 19, 2016,[462] October 12, 2016,[463] and December 14, 2016.[464],[465]

164. On July 14, 2014, 11 days after the July 3, 2014 Acuitas-Moderna Agreement, Dr. Murray emailed Mr. Bancel and stated: "It has been sometime since we connected on the topic of license / collaboration. I see from some recently issued patents that our technology certainly is of interest to you. I look forward to receiving a proposal or talking further."[466]

**September 2014**

165. Dr. Benenato testified that when she joined in September 2014, Moderna did not have any in-house developed lipids for LNPs,[467] and stated that the LNPs Moderna was working with at that time (*i.e.,* mainly MC3) "worked":

> When I got there [to Moderna], I saw that they were working with lipid nanoparticles. . . . **The lipid nanoparticles they were working with worked.**[468]

166. Dr. Benenato reiterated:

> I think as demonstrated by the work that Moderna did early on, is that MC3 and lipid nanoparticles, whoever initiated the work, that was not me, seemed like a logical place to start, based on the siRNA precedents and that you can encapsulate SI. RNA is very different, but Moderna was able to demonstrate that you could use MC3-based LNP to encapsulate and deliver RNA in a vehicle.

---

[461] MRNA-GEN-00225679-790 (May 22, 2015 Acuitas Therapeutics, Inc.-Moderna Therapeutics, Inc. Non-Exclusive License Agreement). GENV-00900185-215 (Murray Deposition Exhibit No. 19 – May 22, 2015 Acuitas Therapeutics, Inc.-Moderna Therapeutics, Inc. Non-Exclusive License Agreement - **Redacted**).

[462] MRNA-GEN-00225906-6020 (August 19, 2016 Acuitas Therapeutics, Inc.-Moderna Therapeutics, Inc. Non-Exclusive License Agreement).

[463] MRNA-GEN-00225791-905 (October 12, 2016 Acuitas Therapeutics, Inc.-ModernaTX, Inc. Non-Exclusive License Agreement).

[464] MRNA-GEN-00225516-557 (December 14, 2016 Acuitas Therapeutics, Inc.-ModernaTX, Inc. Non-Exclusive License Agreement).

[465] *See, e.g.,* Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, pp. 79-80.

[466] GENV-00247138-140, at 139 (Bancel Deposition Exhibit No. 7 – July 14, 2014 email from Mark Murray to Stéphane Bancel, Subject: RE: Tekmira_Moderna).

[467] MRNA-GEN-01722470-534, at 477 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 31:1-31:6 ("Q. Did Moderna use any in-house developed lipids for lipid nanoparticles when you joined? A. Before I joined, no. Q. That was your role, right, to design lipids? A. Yes.")).

[468] MRNA-GEN-01722470-534, at 476 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 27:11-27:19.).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

So that's where I think taking advantage of the effort is that that work had been done and it afforded the initial being able to combine with what the innovations with the RNA to be able to show that you could do this.[469]

**January 2015**

167.    In late-January 2015, Moderna summarized **"The Evolution of LNPs"** shown in **Figure 2.30A**,[470] below, crediting **"Industry and academic efforts"** as having **"improved initial lipid potency orders of magnitude"** and also noting that Tekmira's "Dlin-MC3-DMA currently in clinical trials."

---

[469] MRNA-GEN-01722470-534, at 491 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 106:3-106:17.). *Compare to* May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 167:6-167:21 ("Q. Do you think that siRNA work accelerated Moderna's mRNA work?  A. I can't – I can't comment.  I don't know what happened before I joined and where they started and what they did at the beginning.  I can't comment.  Q. Do you think that the development that you did would have been as rapid without the siRNA development work that had come before?  A. I can't comment -- . . . A. Yeah, no.  I can't comment.  It's subjective. Q. You don't know?  A. I don't know.")

[470] MRNA-GEN-01721311-379, at 316 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 5 – "FDT R&D Presentation – Modulating LNP properties and performance through composition selection," *Moderna,* January 23, 2015, Slide 6 of 69) ("The Evolution of LNPs").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



FIGURE 2.30A

168.    As shown above, Moderna's stated **"Goal"** was to **"contribute to this evolution by developing novel improved LNPs."**[471]

169.    Moderna described "Optimal formulation standards" as including **"Composition mol%: 50:10:38.5:1.5"** as shown in **Figure 2.30B**,[472] below, which Dr. Benenato testified: "You can form a lipid nanoparticle with those ratios and it can deliver mRNA."[473]

---

[471] MRNA-GEN-01721311-379, at 316 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 5 – "FDT R&D Presentation – Modulating LNP properties and performance through composition selection," *Moderna,* January 23, 2015, Slide 6 of 69) ("The Evolution of LNPs").

[472] MRNA-GEN-01721311-379, at 334 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 5 – "FDT R&D Presentation – Modulating LNP properties and performance through composition selection," *Moderna,* January 23, 2015, Slide 24 of 69) ("Amino Lipid Tool Box").

[473] MRNA-GEN-01722470-534, at 491 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 87:5-87:6.).

132

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.30B**

170. Moderna's internal documents show that it used Tekmira's "current state of the art" composition in its own testing. Dr. Benenato testified that her original tests she used the "50:10:38.5:1.5" composition that Moderna had "high confidence would be useful" and kept "that composition the same so I could have confidence in comparing and interpreting my data" as follows:

> That was a – how we originally tested this lipid in conjunction with. And so we started with basically a composition that we had high confidence would be useful relative to, and we wanted to match what we were comparing to, so that's why we used this one.
> . . .
> [Regarding how the molar ratio of 50:10:38.5:1.5 was chosen:] If I remember, again, I was – when I first started, I was exclusively lipid synthesis and design, and so I did not choose these specific ratios. What I did ask the team is because as we test all these lipid nanoparticles in animals, is we need to be able to compare across many studies. And the challenge there is data in mice can – **for a clean**

133

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**experiment, you want to be able to compare across and be able to normalize.**

**Therefore, we chose a MC3 lipid nanoparticle** because Moderna had already shown it as an effective nanoparticle to deliver RNA expresses based on publications, what is in the literature, that's the composition.

And so when we start testing our novel lipids, the thing that I cared about the most was to be able to have as close comparison as across the formulations. And so for the types of experiments that I was involved in, **I wanted to keep that composition the same so I could have confidence in comparing and interpreting my data.**[474]

171. In a December 2021 presentation, Dr. Benenato acknowledged: "RNA therapeutics become a reality is really because of two efforts that have been ongoing for decades. The first is research in RNA . . . At the same time, in the field of drug delivery . . . Over time, the technology evolved such that encapsulation of RNA like molecules was possible. In 2018, the first lipid nanoparticle siRNA drug was approved by the FDA, this is Onpattro. . . . **The industry, and us at Moderna have been building on that.** In 2017 we introduced an influenza vaccine. . . ."[475]

172. As Dr. Mitchell explains, Moderna made extensive use of Tekmira LNPs using the "same components and target ratios developed by Plaintiffs' predecessors and the companies with whom Plaintiffs collaborated."[476] Dr. Mitchell's report catalogues examples of Moderna's use of this technology:

> Moderna, with the assistance of contract research organizations ("CROs") and contract manufacturing organizations ("CMOs"), began conducting in-vivo studies using mRNA-LNPs at least as early as May 30, 2012. MRNA-GEN-01424991 at -014-21 (Laboratory Notebook 00022, Kristy Wood, issued March 23, 2012). . . . The LNPs used in [these early studies] have a target molar ratio of 50:10:38.5:1.5 (DLin-KC2-DMA: DSPC: Cholesterol: PEG-c-DOMG), which falls within the scope of claims asserted in this case.
> …
> From 2013 onwards, Moderna continued to use the 50:38.5:10:1.5 target ratio extensively, including for its early clinical work, and acknowledged repeatedly the extent to which its composition was rooted in prior siRNA-lipid particle work, including work done by Tekmira. For example, in a February 6, 2014 PowerPoint presented by Örn Almarsson who was head of delivery sciences at Moderna, there is a slide entitled "LNPs of mRNA" and it says "[a]dapted from the siRNA field." MRNA-GEN-01044245 at -267. On the next slide entitled "LNP Formulation,"

---

[474] MRNA-GEN-01722470-534, at 490 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 82:16-84:2.) (emphasis added).

[475] MRNA-GEN-01721965-044, at 983 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 9 – Kerry Benenato, "Lipid Nanoparticles (LNPs)," *Moderna,* December 15, 2021, Slide 19 of 80).

[476] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.A.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

one of the graphics shown is an illustration of a nucleic acid-lipid particle presented by Ian MacLachlan on behalf of Plaintiffs' predecessor Tekmira at the 2013 International mRNA Health Conference. MRNA-GEN-01044245 at -268. Dr. Stephen Hoge, Moderna's President, noted that he attended this conference and has stated his belief that he saw Ian MacLachlan's present there. Hoge 5/22/2024 Tr. 63:3-18. Notably, when Nobel Laureate Katalin Karikó presented her Keynote Lecture at the 2023 International mRNA Health Conference, she noted that Ian MacLachlan's lecture provided the "first time I heard somebody publicly talk about lipid nanoparticle formulated mRNA; prior to that only siRNA . . . . [Ian] presented here [at] this meeting 10 years ago that it was in vivo studies, LNP mRNA and we heard about cancer as well as infectious disease vaccines." *See* GENV-00246910 (Katalin Karikó, Keynote Lecture, International mRNA Health Conference October 31, 2023) at 5:15-5:50. Moderna's February 2014 PowerPoint presentation further includes Tekmira's mRNA-LNP protein expression data. MRNA-GEN-01044245 at -270.

…

Moderna's contemporaneous documents indicate both (1) that it simply used the same components and target ratios developed by Plaintiffs' predecessors and the companies with whom Plaintiffs collaborated, without modification, and (2) that it considered the resulting mRNA LNP formulations desirable.

…

In addition to its LNP "composition," Moderna also noted that one of the aspects of LNP technology "[b]orrow[ed] from siRNA to use with mRNA" are "[p]rocess option(s)." MRNA-GEN-00741030 at -038; *see supra* ¶ **Error! Reference source not found.**. In this same presentation, Moderna described its use of T-junction mixing to formulate large-scale pre-clinical and clinical development batches of LNPs. MRNA-GEN-00741030 at -039.

…

It is my understanding that Moderna conducted clinical tests across five programs using the MC3-LNP, i.e., an LNP with lipid composition 50:10:38.5:1.5 (MC3:DSPC:cholesterol:PEG lipid): (1) influenza H7N9 (mRNA-1851), (2) influenza H10N8 (mRNA-1440), (3) Zika (mRNA-1325), (4) Chikungunya (mRNA-1388), and (5) RSV (mRNA MRK-1777).[477]

### f.    Moderna's Purported Transition to SM-102 Delivery Systems

173.    Dr. Hoge testified: "we had by 2017 moved away from MC3 as a delivery systems, and I think from 2017 forward all of our work, to my knowledge, was SM-102 as a delivery systems for vaccines, SM-86 for therapeutics, . . .[478] [B]y 2017 we had pivoted to SM-102 and our internally developed lipid nanoparticle technologies and had no longer been pursuing licensing of the Acuitas

---

[477] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.A.
[478] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 165:9-165:13.

135

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

or Tekmira lipids."[479]  SM-102 was the replacement for MC3, which Moderna could no longer use due to the February 7, 2017 injunction that prohibited Acuitas from providing additional sublicenses to Tekmira's technology.[480]   I understand that Dr. Mitchell has opined that: "[u]ltimately, however, the ionizable lipid that Moderna selected for its vaccine platform—SM-102—did not provide an improvement in immunogenicity in primates, and its principal touted benefit, improved tolerability, appears marginal at best and inconsistent across experiments."[481]

### (1)    Moderna's Purported New Formulations

174.  On **January 9, 2017** at the J.P. Morgan Healthcare Conference—disclosed a purported new formulation, **"V1GL,"** (*i.e.,* SM-102 for "Vaccines / prophylactic"[482]) which Mr. Bancel apparently did *not* disclose during the December 2016 *Forbes* interview.  This was just months *after* Arbutus filed (on October 25, 2016) a "Notice of Civil Claim in the Supreme Court of British Columbia seeking an order that Arbutus perform its obligations under the Cross License Agreement, for damages ancillary to specific performance, injunctive relief, interest and costs" together "a counterclaim seeking, among other relief, a declaration that the Cross License Agreement had been terminated."[483]  *STAT* reported on Mr. Bancel's January 9, 2017 presentation and stated that Moderna disclosed **"a new technology . . . called V1GL";** in December 2016 Mr. Bancel "told Forbes about another new technology, N1GL [SM-86[484]].  But in neither case has the company provided any details.  And that lack of specificity has inevitably raised questions."[485]  Described as **"Hail Mary's,"** "[t]hree former employees and collaborators close to the process

---

[479] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 170:9-170:13.  *Compare to* May 31, 2024 Deposition of Örn Almarsson, Ph.D., 132:11-132:14 ("Q. Dr. Almarsson, what was Moderna's ultimate goal for its ionizable lipid projects? . . . A. I don't recall that.").

[480] "Arbutus Settles Litigation, Terminating Acuitas' Rights to LNP Technology," *Arbutus,* February 22, 2018, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-settles-litigation-terminating-acuitas-rights-lnp-0.

[481] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XV.

[482] *See, e.g.,* MRNA-GEN-01057449-453, at 452 ("Versions of LNP in 1Q2019," *Moderna,* n.d., Slide 4 of 5) ("Matrix of LNP Versions: June 2018").

[483] "Arbutus Injunction Survives Attempted Appeal by Acuitas," *Arbutus,* April 13, 2017, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-injunction-survives-attempted-appeal-acuitas.

[484] *See, e.g.,* MRNA-GEN-01057449-453, at 452 ("Versions of LNP in 1Q2019," *Moderna,* n.d., Slide 4 of 5) ("Matrix of LNP Versions: June 2018").

[485] Damian Garde, "Lavishly funded Moderna hits safety problems in bold bid to revolutionize medicine," *STAT,* January 10, 2017, *available at* https://www.statnews.com/2017/01/10/moderna-trouble-mrna/.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

said Moderna was always toiling away on new delivery technologies . . . The three former employees and collaborators said they believe N1GL and V1GL are either very recent discoveries, just in the earliest stages of testing – or else new names slapped on technologies Moderna has owned for years. '[The technology] would have to be a miraculous, Hail Mary sort of save for them to get to where they need to be on their timelines,' one former employee said. 'Either [Bancel] is extremely confident that it's going to work, or he's getting kind of jittery that with a lack of progress he needs to put something out there."[486]  It also appears to be a response to the *Arbutus v. Acuitas* litigation, which is discussed in more detail below.

175.    Moderna highlighted the purported new formulations, N1GL and V1GL, during the January 9, 2017 J.P. Morgan Healthcare Conference, as shown in the "Our Pipeline Today" slide in **Figure 2.31**,[487] below.

---

[486] Damian Garde, "Lavishly funded Moderna hits safety problems in bold bid to revolutionize medicine," *STAT,* January 10, 2017, *available at* https://www.statnews.com/2017/01/10/moderna-trouble-mrna/.
[487] "35th Annual J.P. Morgan Healthcare Conference," *Moderna,* January 9, 2017, Slide 14 of 41, *available at* https://web.archive.org/web/20200715033036/https://www.modernatx.com/newsroom/events/ev ents-1. *See also* MRNA-GEN-00514954-995.002, at 958 ("Roche-Moderna meeting – JPMorgan Conference 2017," *Moderna,* January 9, 2017, Slide 5 of 44) ("Our Pipeline Today") (same).

137

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**FIGURE 2.31**

176.    A month later, on **February 7, 2017**, "Arbutus obtained an injunction preventing Acuitas from further providing Arbutus LNP technology to any third party."[488] As a result, Moderna could not obtain any further sublicenses to Arbutus' IP beyond its existing four (4) sublicenses obtained in 2015 and 2016 for certain viral targets, namely: "Influenza A, Chikungunya virus, Respiratory Syncytial Virus ('RSV'), and Zika virus."[489]

(a)    **Moderna's Purported New mRNA** *Vaccine* **Formulations**

177.    A few months after the injunction, in a June 9, 2017, Dr. Hoge stated "**that there are incredibly strong business reasons**" to develop an alternative LNP formulation, and further stated: "**I've**

---

[488] "Arbutus Settles Litigation, Terminating Acuitas' Rights to LNP Technology," *Arbutus,* February 22, 2018, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-settles-litigation-terminating-acuitas-rights-lnp-0.

[489] Answer to Amended Complaint, p. 22.

138

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**tried to underscore that preference for the last few months so this is nothing new."**[490]  SM-

---

[490] MRNA-GEN-02619870-871, at 870 (Hoge Deposition Exhibit No. 30/Almarsson Deposition Exhibit No. 15 – June 9, 2017 email from Stephen Hoge to Donald Parsons, cc: Örn Almarsson, Subject: Composition).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 309:6-309:8 ("Q. You meant what you wrote here [Hoge Deposition Exhibit No. 30], correct?  A. Yes."); 311:15-312:4 ("Q. Okay, you say below, the next paragraph [Hoge Deposition Exhibit No. 30], 'I've tried to underscore that preference for the last few months so this is nothing new.'  Do you see that?  A. Yes.  Q. So you had expressed to your scientists working under your direction that you had this preference for 40 percent amino lipid for several months, correct?  A. That's what I said, and I believe that to be true.").  May 31, 2024 Deposition of Örn Almarsson, Ph.D., 183:10-184:21 ("Q. . . .'I would like to reemphasize that there are incredibly strong business reasons why a composition with 40 percent amino lipid is more attractive.'  Why do you think a composition with 40 percent amino lipid is more attractive?  A. I don't know.  I don't know.  I didn't write this, so I don't know.  Q. And you have no idea what incredibly strong business reasons Stephen is talking about?  A. No.  I mean, he's a business leader, and he's making a business comment here.  I see that, but I don't know what he means.  Q. Did you ever ask him?  A. No.  I don't recall doing that.  Q. He says 'reemphasize.'  So is this something he had spoken to you about before?  A. I don't know if he spoke to me or Don about it, but – so I don't know.  Q. Okay.  Do you know why he would have picked 40 percent instead of any other percent amino lipid?  A. I don't."); 190:13-191:17 ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████; 194:8-195:3 ("Q. You don't recall if you had ever done any DOE studies with lower than 50 percent cationic lipid in 2013, 2014, 2015?  A. I do recall us looking at ranges on those early formulations, but I don't recall the specific results of those.  Q. But even after looking at those ranges in those years, Moderna continued to use the 1.5:50 in early clinical trial; is that correct? . . . A. The 50 percent was in clinical trials for mRNA.  Q. Sitting here today, can you recall any formulations that have properties superior to the 1.550 [sic – 1.5:50] formulation? . . . A. Not specifically."); 196:20-197:14 ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ MRNA-GEN-00501644-664, at 660 (Almarsson Deposition Exhibit No. 16 – "R&D Meeting – MC3 DOE: Search for Clinical LNP Composition," *Moderna,* June 7, 2014, Slide 17 of 22) ("*In*

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

102, which was synthesized in May 2015—lost the **"bake-off"** to "[s]elect **best candidate** to proceed to more formal evaluation of safety **for a therapeutic mRNA formulation**"[491] to SM-86.

178.  In addition, Moderna's internal documents show little, if any, continuing work on SM-102—until it was "nominated as lead for vaccine LNPs." Based on the segmented arrow in the timeline in Moderna's October 25, 2019 town hall presentation, shown in **Figure 2.32**,[492] below, the purported "nomination" allegedly occurred in either early-2016 or late-2016.



**FIGURE 2.32**

179.  This purported early-2016 or late-2016 timing of the SM-102 "nomination," however, is inconsistent with other evidence that shows that Moderna's decision to move to SM-102 was later, likely sometime after June 9, 2017, including at least:

   a)  **Dr. Hoge's June 9, 2017 email** referenced above.

   b)  **The story outlined in Gregory Zuckerman's book**, which reflects the accounts of Dr.

---

*vivo* Results and Conclusions . . . Reducing mol% of MC3 to 40 from 50 decreases protein expression for both IM and IV delivery . . .MC3 standard formulation gives ~2x the expression levels compared to other formulations via IM delivery. . . .").

[491] MRNA-GEN-01062619-652, at 642 (Benenato Deposition Exhibit No. 27 – "L608 and Amino Lipids: EC Update," *Moderna,* October 30, 2015, Slide 24 of 34) ("Summary and Next Steps") (bold emphasis in original; bold/underline emphasis added).

[492] MRNA-GEN-01722402-467, at 431 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 10 – "Confidential project," *Moderna,* October 25, 2019 (metadata), Slide 30 of 66) (timeline slide).

140

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Benenato and others at Moderna.   Dr. Benenato testified that "the Moderna communications team" put her in contact with Gregory Zuckerman,[493] "a special reporter for The Wall Street Journal," who wrote a book,[494] and corresponded[495] and shared drafts with Dr. Benenato.[496]  Gregory Zuckerman described Dr. Benenato's work on SM-102 as occurring in **2017**[497] as follows: "After finishing her 102nd version of the lipid molecule, which was named SM102, Benenato was confident enough in her work to show it to Hoge and others. . . . That year [2017], Benenato was asked to deliver a presentation to Stéphane Bancel, Moderna's chief executive, Afeyan, and Moderna's executive committee to explain why it made sense to use the new, simpler LNP formulation for all of its mRNA vaccines. . . The board complimented her work and agreed with the idea of switching to the new LNP. . . ."[498]

c) **Moderna's December 23, 2019 Pre-IND Meeting Package for mRNA-1345** which, like Dr. Hoge's email, stated that Moderna switched from MC3 to SM-102 for "business reasons."[499]

---

[493] MRNA-GEN-01722470-534, at 474 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 20:20-20:21.).

[494] MRNA-GEN-01722470-534, at 474 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 20:3:20:7.).

[495] *See, e.g.,* MRNA-GEN-01721886-889 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 16 – May 11, 2020 to May 21, 2020 email string between Gregory Zuckerman and Dr. Benenato, Subject: you advice/thoughts please…thanks).

[496] MRNA-GEN-01722468-469, at 468 *(Moderna v. Pfizer* Benenato Deposition Exhibit No. 3 – August 2, 2021 email from Kerry Benenato to Gregory Zuckerman, Subject: RE: do u have a minute to answer an emailed question related to your section??; Attachments: SectionForKerry (003)_KB_comment.docx (". . . Beyond this I have attached my comments from the last draft you shared.  No changes since I sent it last.").  MRNA-GEN-01722470-534, at 474-475 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 20:18-22:1 (testimony regarding *Moderna v. Pfizer* Benenato Deposition Exhibit No. 3)).

[497] Gregory Zuckerman, "The Inside Story of Two Young Scientists Who Helped Make Moderna's Covid Vaccine Possible," *Upworthy Science,* November 24, 2021, *available at* https://upworthyscience.com/moderna-covid-vaccine/.  MRNA-GEN-01721928-964 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 4 – 37-page draft excerpt from Gregory Zuckerman's book). MRNA-GEN-01722470-534, at 475-482 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 22:5-52:13 (testimony regarding *Moderna v. Pfizer* Benenato Deposition Exhibit No. 4)).

[498] Gregory Zuckerman, "The Inside Story of Two Young Scientists Who Helped Make Moderna's Covid Vaccine Possible," *Upworthy Science,* November 24, 2021, *available at* https://upworthyscience.com/moderna-covid-vaccine/.

[499] MRNA-GEN-01991228-309, at (Hoge Deposition Exhibit No. 21 – "ModernaTX, Inc. Pre-IND Meeting Background Document: mRNA-1345 (a mRNA-based prophylactic vaccine encoding the RSV F glycoprotein stabilized in the prefusion conformation)," *ModernaTX,*

141

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

180. According to Moderna's technical expert, Dr. Mitchell, Moderna's SM-102 ionizable lipid has shown little to no improvements in vaccine efficacy or tolerability, and the development of the SM-102 relied heavily upon technology developed by others.[500] Moreover, Moderna's decision to transition from MC3 to SM-102 was motivated by financial considerations, such as avoiding having to pay royalties for commercial products to Plaintiffs.[501] As Dr. Mitchell points out, in December 2019 Moderna informed the FDA through its Pre-IND Meeting Background Document for a separate RSV product (mRNA-1345), that "[f]or business reasons, the Sponsor has discontinued development of vaccines using this matrix and has advanced a number of mRNA-based vaccines formulated in a standard LNP matrix replacing the MC3 lipid with the SM-102 lipid that is proprietary to the Sponsor."[502] Dr. Hoge explained that Moderna made this statement, because "it's important for us to clarify that we did not do it because we believed that there was a safety issue."[503] Dr. Mitchell further noted that part of the reason why Moderna transitioned from MC3 to SM-102 "was to develop a *proprietary* ionizable lipid."[504]   Dr. Mitchell further stated

---

December 23, 2019, p. 15 of 82) (". . . **For business reasons**, the Sponsor has discontinued development of vaccines using this matrix and has advanced a number of mRNA-based vaccines formulated in a standard LNP matrix replacing the MC3 lipid with the SM-102 lipid that is proprietary to the Sponsor. This lipid was developed to optimize mRNA delivery for vaccines administered via intramuscular injections. . . ." (emphasis added)). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 231:22-232:22 ("Q. Then it says, 'For business reasons, the Sponsor has discontinued development of vaccines using this matrix and has advanced a number of mRNA-based vaccines formulated in a standard LNP matrix replacing the MC3 lipid with the SM-102 lipid that is proprietary to the Sponsor.' Do you see that? A. Yes. Q. That statement is true and accurate, right? A. In this context, yes. Q. . . . That statement is true and accurate, right? . . . THE WITNESS: I think it's incomplete to just look at that statement. You have to look at the following statements."). May 31, 2024 Deposition of Örn Almarsson, Ph.D., 159:15-160:12 ("Q. What is your understanding of why Moderna switched from MC3 to SM-102? A. I don't recall. Q. Would you say that Moderna switched from MC3 to SM-102 for business reasons? A. I would -- . . . Q. I would say the reasons were multiple. Q. Including business reasons? A. Possibly, but I'm not the business leader in this case. Q. Do you believe that Moderna switched to SM-102 to avoid having to pay royalties? . . . A. Royalties, it is possible, but I would not know all of the reasons. I do not recall that.").

[500] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XV.

[501] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XV.

[502] MRNA-GEN-00598337-418, at 351 (Almarsson Deposition Exhibit No. 13 – "Pre-IND Meeting Background Document," *Moderna*, December 23, 2019).

[503] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., at 234:21-235:4.

[504] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.B, *citing* May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D.,207:3-5, 211:12-16.

142

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

that: "Moderna wanted to abandon MC3—likely to avoid intellectual property related to that lipid—and instead use a lipid that it 'owned.' . . . Moderna's preference for using a 'proprietary' ionizable lipid of its own was likely a driver in Moderna's decision to switch from MC3 to SM-102.

> (b) **Moderna's Purported New mRNA *Therapeutic* Formulations**

181. From the beginning, Moderna was focused on mRNA therapeutics. Moderna's "Timeline of liver delivery development" in **Figure 2.33A**, [505] below, from October 2019 presentation that was given at a Moderna town hall,[506] provides an overview of the "5 year process"—which included **SM-102** (in May 2015 but not mentioned again), among other internally developed lipids.



**FIGURE 2.33A**

182. As of October 2019, MC3 was still state of the art.  For example, Moderna's 5-year process started

---

[505] MRNA-GEN-01722402-467, at 450 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 10 – "Confidential project," *Moderna,* October 25, 2019 (medadata), Slide 49 of 66) ("MC3 represents state of the art for oligonucleotide delivery").

[506] MRNA-GEN-01722470-534, at 499 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 119:16-119:23 ("Q. Going to hand you what's Exhibit 10.  Do you recognize this?  A. I do.  Q. What is it?  A. This is a presentation that was given at a town hall.  Q. A Moderna town hall?  A. Yes.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

with "state of the art LNPs" and acknowledged that **"MC3 represents state of the art for oligonucleotide delivery,"** as shown in **Figure 2.33B**,[507] below.



**FIGURE 2.33B**

183.    I discuss Moderna's internal lipid development efforts in more detail in the next section.

### (2)    Moderna's Formulation and Delivery Technologies Function

184.    Dr. de Fougerolles testified one of the first formulation scientists Moderna hired was Kristy Wood, in 2012[508] and had departed prior to June 2013,[509] followed by Örn Almarsson,[510] in June 2013. Dr. Almarsson "was leading the formulation discovery team, so it was really formulations that

---

[507] MRNA-GEN-01722402-467, at 446 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 10 – "Confidential project," *Moderna,* October 25, 2019 (medadata), Slide 45 of 66) ("MC3 represents state of the art for oligonucleotide delivery").

[508] "Kristy Wood," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/kristywood/details/experience/ (Moderna Therapeutics: Senior Scientist (2012-2013)).

[509] May 31, 2024 Deposition of Örn Almarsson, Ph.D., 22:10-22:13 ("Q. Why did you not meet her [Kristy Wood] at that time [June 2013]?  A. She had left the company prior to my arrival.").

[510] May 31, 2024 Deposition of Örn Almarsson, Ph.D., 13:11-13:15 ("Q. . . . What date did you starting working at Moderna?  A. 2013.  Q. Do you know around what month?  A. June.").

144

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

were part of [Moderna's] initial experimentation into generation of lipid nanoparticles."[511]  Dr. Almarsson testified that in his prior work prior he did *not* work with nucleic acid, lipids or any type of lipid-based carrier."[512]

185.    As of September 2013, "Formulation & Delivery Technologies (FDT) [was] a new function at Moderna[.]"[513]   At that time, FDT was comprised of three people: John Podobinski (joined Moderna in 2012,[514] Staci Sabnis (joined Moderna in May 2013[515]) and Örn Almarsson (joined Moderna in June 2013[516]), but was "expected to grow from 3 to 7 internal contributors by 1Q2014," as shown in **Figure 2.34**,[517] below.

---

[511] June 7, 2024 Deposition of Donald M. Parsons, Ph.D.,18:1-18:4.  *See also* May 31, 2024 Deposition of Örn Almarsson, Ph.D., 14:11-14:14 ("A. My team was the delivery sciences team, and we developed formulations for all programs.  We developed the discover formulations for all programs at Moderna."); 19:17-20:1 ("Q. Would you say that you played a pivotal role in Moderna's early formulation work? . . . A. I was leading the delivery science team.  We had many formulations we developed and I had responsibility for that team, yes.").

[512] May 31, 2024 Deposition of Örn Almarsson, Ph.D., 15:11-16:1 ("Q. . . .[W]hat did you do at Alkermes; more specifically, what kinds of projects did you work on?  A. Anything related to drug substance and formulation for clinical trials.  Q. Did you work with nucleic acids?  A. No.  Q. Did you work with lipids?  A. No.  Q. Did you work with any type of lipid-based carrier?  A. No.").

[513] MRNA-GEN-01237261-286, at 264 (Almarsson Deposition Exhibit No. 20 – Örn Almarsson, "Formulations & Delivery Technologies (FDT) – 2014-2015 Roadmap," *Moderna,* September 12, 2013, Slide 4 of 26) ("Overview of FDT").

[514] "John W. Podobinski," *in* "The Nucleus," *Northeastern Section of the American Chemical Society,* Vol. XCII, No. 9, May 2014, p. 17 of 28, *available at* https://www.nesacs.org/pub_nucleus/2014/May14.pdf.  "John W. Podobinski," *Armstrong Teasdale,* 2024, https://www.armstrongteasdale.com/john-podobinski/ ("A former research associate, John's scientific background makes him invaluable to U.S. and international clients in the areas of biotechnology, stem cell biology, neuroscience, devices and materials sciences.").

[515] *See, e.g.,* "Staci Sabnis," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/staci-sabnis-9361b7b/ (Moderna Therapeutics, Sr. Scientist (May 2013-Present)).

[516] May 31, 2024 Deposition of Örn Almarsson, Ph.D., 13:11-13:15 ("Q. . . . What date did you starting working at Moderna?  A. 2013.  Q. Do you know around what month?  A. June.").

[517] MRNA-GEN-01237261-286, at 264 (Almarsson Deposition Exhibit No. 20 – Örn Almarsson, "Formulations & Delivery Technologies (FDT) – 2014-2015 Roadmap," *Moderna,* September 12, 2013, Slide 4 of 26) ("Overview of FDT").

145

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.34**

186.    In September 2014, Moderna's FDT team had expanded as shown in **Figure 2.35**,[518] below.

---

[518] MRNA-GEN-00741030-056, at 033 (Almarsson Deposition Exhibit No. 5 – "Alexion meeting – Formulation and Delivery," *Moderna,* September 4, 2014, Slide 4 of 28) ("Who is FDT").

146

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.35**

### (3)      Moderna's Internal Lipid Development Efforts

187.    While SM-102 was developed in May 2015, later it became the purported solution to the February 7, 2017 injunction that prevented Moderna from obtaining additional sublicenses to Tekmira's technology.

188.    According to Dr. Benenato, SM-102 was first synthesized in "maybe spring 2015,"[519] or 'early

---

[519] MRNA-GEN-01722470-534, at 495 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 103:12-103:16 ("Q. When did you first synthesize it [SM-102]?  I think spring – A. Spring, maybe spring 2015.  I don't remember exactly.")).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

summer" 2015;[520] the timeline in **Figure 2.35**,[521] above, shows SM-102 in **May 2015**.   A few months later, in late-October 2015, Moderna was "**Test[ing] 2 internal lipids** (SM-86, **SM-102**, SM-138) in both rat (ongoing) and low-dose NHP study **'bake-off'**" to "**Select best candidate** to proceed to more formal evaluation of safety **for a therapeutic mRNA formulation**."[522]

### (a)     Dr. Kerry Benenato

189.     Dr. Kerry Benenato claims that she designed and her team synthesized SM-102.[523]  Dr. Benenato was deposed in *Moderna v. Pfizer* on December 15, 2023; at that time, she was Chief Scientific Officer at 76Bio.  A few months later, on May 17, 2024, Dr. Benenato was deposed in this case.  Between these two depositions, Dr. Benenato left 76Bio and on or about February 7, 2024[524] joined Sail Biomedicines ("Sail"), a Flagship Pioneering company,[525] as Chief Platform Officer.[526]  Sail stated: "Dr. Benenato brings to Sail a storied career in the development of mRNA products and

---

[520] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 78:20-79:6 ("Q. Okay.  How long did it take to invent SM-102?  A. SM-102, I don't remember exact dates of when we first synthesized it.  It was – it took, you know, as we started maybe it was early summer that we started, generated some data that found that was interesting.  Q. Early summer of 2015?  A. Mnhmm.  I think so.").

[521] MRNA-GEN-01722402-467, at 450 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 10 – "Confidential project," *Moderna,* October 25, 2019 (medadata), Slide 49 of 66) ("MC3 represents state of the art for oligonucleotide delivery").

[522] MRNA-GEN-01062619-652, at 642 (Benenato Deposition Exhibit No. 27 – "L608 and Amino Lipids: EC Update," *Moderna,* October 30, 2015, Slide 24 of 34) ("Summary and Next Steps") (bold emphasis in original; bold/underline emphasis added).

[523] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 16:8-16:11 ("A. My role was in the early days, I worked on the novel lipids and SM-102, which is a component of the vaccine, was something that I designed and my team synthesized."); 78:2-78:14 ("Q. Who else contributed to the invention of the SM-102 molecule?  A. From the design, it was myself.  And within my chemistry team, Sathya was the person who was doing the synthesis on that series.  Q. Did anyone else provide suggestions of structural motifs to try?  A. Not at the time.  Sathya and I, you'll see there is others on patents.  And as you know, as things evolved, Sathya had made some suggestions on future, you know, different molecules.  But the SM-102 was mine.").

[524] "Sail Biomedicines Appoints Kerry Benenato as Chief Platform Officer," *FirstWord Pharma,* February 7, 2024, *available at* https://firstwordpharma.com/story/5825611.

[525] "Sail Biomedicines," *Flagship Pioneering,* 2024, *available at* https://www.flagshippioneering.com/companies/sail-biomedicines ("Founding Team: Noubar Afeyan, Avak Kahvejian, Ignacio Martinez, John Mendlein, Guillaume Pfefer . . . Founded 2017/2023)."

[526] "Kerry Benenato," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/kerry-benenato-a513419/.

148

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

product candidates."[527]  Sail Biomedicines was created on or about October 19, 2023, by combining two other Flagship companies, Laronde and Senda Biosciences, and was described as "a company pioneering the design and deployment of fully programmable medicines to transform patient care."[528]  Dr. Benenato replaced Stuart Milstein, Ph.D., who had been Sail's Chief Platform Officer.[529]

190.  Dr. Benenato left AstraZeneca and joined Moderna in September 2014.[530]  While at AstraZeneca, Dr. Benenato worked on "small molecule antibacterials" and did not work on vaccines, nucleic acids or LNPs.[531]  Before Dr. Benenato joined Moderna, she had not worked with either mRNA or LNPs,[532] and further testified:

> At that time I'd never worked in this space in my career.  As I said, I had no background in messenger RNA.  I never had even taken a biology class in college.[533]  So, you know, that was completely new to me.  And lipid nanoparticles and drug deliveries was a completely new space to me.  What I knew was medicinal chemistry, how to design molecules to ask biological questions.  And so for me

---

[527] "Sail Biomedicines Appoints Kerry Benenato as Chief Platform Officer," *FirstWord Pharma,* February 7, 2024, *available at* https://firstwordpharma.com/story/5825611.

[528] "Flagship Pioneering Announces the Merger of Two Leading Programmable Medicine Platforms to Form Saile Biomedicines," *PR Newswire,* October 19, 2023, *available at* https://www.prnewswire.com/news-releases/flagship-pioneering-announces-the-merger-of-two-leading-programmable-medicine-platforms-to-form-sail-biomedicines-301961581.html.

[529] "Sail Biomedicines Appoints Kerry Benenato as Chief Platform Officer," *FirstWord Pharma,* February 7, 2024, *available at* https://firstwordpharma.com/story/5825611.

[530] MRNA-GEN-01722116-118, at 118 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 2 – "Kerry Benenato," *LinkedIn,* December 11, 2023, *available at* https://www.linkedin.com/in/kerry-benenato-a513419/details/experience/ (**Moderna**: Principal Scientist (September 2014-February 2016), Director (August 2017-September 2019), Associate Director (February 2016-August 2017) Senior Director (September 2019-July 2020), Vice President, Platform Chemistry (July 2020-May 2021), Vice President, Platform Chemistry and Formulation Discovery (May 2021-October 2022); **76Bio, Inc.**: Chief Scientific Officer (October 2022-Present).).

[531] MRNA-GEN-01722470-534, at 473 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 13:3-13:14 ("Q. Did you work at vaccines at all at AstraZeneca?  A. No.  Q. No. So when you said infectious diseases, what did that involve?  A. It was small molecule antibacterials.  Q. . . . Did you do any work with nucleic acids at AstraZeneca?  A. No. Q. LNPs at all?  A. No.")).

[532] MRNA-GEN-01722470-534, at 473 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 14:15-14:19 ("Q. Before you joined Moderna, had you worked with mRNA at all?  A. No.  Q. What about LNPs?  A. No.")).

[533] *See also* May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 89:18-89:21 ("Q. Did you take any biology courses in college?  A. No.  We didn't have to as a chemistry major.").

149

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

personally, it was like any new endeavor.  Okay, I have a lot to learn. . . .[534]

191.    Dr. Benenato testified that she "knew nothing about them [lipid nanoparticles].  I knew nothing about this space."[535]  Notwithstanding her lack of experience Dr. Benenato testified that Moderna "hired [her] to do novel lipid design,"[536] and "[s]pecifically my focus when I joined and, again, when I first joined the company, my focus was on the **systemic delivery for rare disease to specific tissues and cells**,"[537] *not* vaccines.[538]  Dr. Benenato testified regarding the potential to predict what compounds would be toxic as follows: "With the – with the information that I have today, I can have a good sense.  And at the time, this was a learning process[.][539] . . . So again, you generate data, you learn, and then you figure it out."[540]

### (b)    Moderna's "Chemistry Organization"

---

[534] MRNA-GEN-01722470-534, at 475 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 24:10-24:20.).  *See also* 90:3-90:17 ("Q. And then two pages later [in *Moderna v. Pfizer* Benenato Deposition Exhibit No. 9], so its 658, you see the 'Speaker Notes' for that slide?  And the first bullet reads, 'mRNA is not suitable to be used as a medicine on its own.  mRNA once introduced to the body would be subject to rapid degradation by RNases. Your body is trained if it sees an exogenous RNA to rapidly destroy it.'  Do you see that?  A. yes.  Q. The degradation of mRNA by RNases is fundamental biology, right? . . . A. I'm not a – I'm not – again, like I said earlier, I've never taken a biology class, so…").  MRNA-GEN-01721965-044, at 978 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 9 – Kerry Benenato, "Lipid Nanoparticles (LNPs)," *Moderna,* December 15, 2021, Slide 14 of 80).
[535] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 82:1-82:2.
[536] MRNA-GEN-01722470-534, at 473 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 14:20-14:22 ("Q. What was the focus of your work at Moderna?  A. I was hired to do novel lipid design.")).  May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 78:15-78:19 ("Q. Okay.  And I guess whose idea was it originally to go down this path to develop new ionizable lipids?  A. I don't know.  I was hired to come do that job, but I don't know.")).
[537] MRNA-GEN-01722470-534, at 476 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 26:13-26:16.).
[538] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 82:6-82:10 ("Q. And so doing this work was your primary focus on vaccines at that time or therapeutic applications?  A. My early work was focused on therapeutic applications.").
[539] MRNA-GEN-01722470-534, at 486 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 68:22-68:24.).
[540] MRNA-GEN-01722470-534, at 487 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 69:1-69:2.).

150

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**FIGURE 2.36**

192.    Moderna's February 6, 2014 "Formulation and Delivery Strategy" in **Figure 2.36**,[541] above, includes Moderna's "Internal" capabilities at the time as: "**LNP** – adding more expertise and building capability[;] systemic and local delivery."[542] As of mid-2015, nearly all of the personnel in Moderna's "Chemistry Organization" were hired *after* February 2014, and many of them came from Merck.

193.    As of July 17, 2015, Moderna's "Chemistry Organization" was comprised of eleven (11) people,

---

[541] MRNA-GEN-01044245-295, at 249 (Hoge Deposition Exhibit No. 7 – Örn Almarsson, "Formulation and Delivery of messenger RNA Therapeutics," *Moderna,* February 6, 2014, Slide 5 of 52) ("Formulation and Delivery Strategy").
[542] MRNA-GEN-01044245-295, at 249 (Hoge Deposition Exhibit No. 7 – Örn Almarsson, "Formulation and Delivery of messenger RNA Therapeutics," *Moderna,* February 6, 2014, Slide 5 of 52) ("Formulation and Delivery Strategy").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

as shown in **Figure 2.37**,[543] below, and was headed by **Dr. Matt Stanton** (Ph.D., Chemistry, 2003), who was hired in **April 2014**, after 16 years at Merck—and left Moderna in September 2017.[544]



**FIGURE 2.37**

[543] MRNA-GEN-01067716-763, at 717 (Benenato Deposition Exhibit No. 28 – "R&D Meeting – Chemistry Update," *Moderna,* July 15, 2015, Slide 2 of 48) ("Chemistry Organization").

[544] "Matthew Stanton," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/matthew-stanton-a2a1a28/ ("Matt currently leads all platform research at Generation Bio. Matt previously served as vice president, head of chemistry and platform immunology at Moderna from 2014 – 2017. Matt was director and head of RNA medicinal chemistry at Merck, spending 16 years in several roles including small molecule program leadership and head of chemistry capabilities enhancement. He was involved in numerous therapeutic areas including oncology, cardiovascular, neuroscience and infectious disease that spanned a range of modalities including small molecules, siRNA and peptide conjugates. Matt graduated from Virginia Tech with a Bachelor of Science in chemistry and earned his doctorate in chemistry from the University of North Carolina at Chapel Hill, with a focus on physical organic chemistry and natural product synthesis.").

152

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

194.    The next level of Moderna's "Chemistry Organization" was hired between May 2014 and January 2015:

- **Dr. Gabor Butora** (Ph.D., Synthetic Organic Chemistry, Medicinal Chemistry, 1991) was hired in **May 2014** as Director, RNA Chemistry, after 16 years at Merck;[545]

- **Dr. Kerry Benenato** (Ph.D., Organic Chemistry, 2004) was hired in **September 2014** as a Principal Scientist, after 8 years at AstraZeneca—and left Moderna in October 2022;[546]

- **Dr. Jin Lim** (Ph.D., Organic Chemistry, 2000) was hired in **January 2015** as Senior Scientist, Process Chemistry, CMC, External Mfg, Early-Stage PD, after nearly 7 years at Idenix Pharmaceuticals that was acquired by Merck in 2014.[547]

195.    The other 7 members of Moderna's "Chemistry Organization" were hired between 2013 and April 2015:

- **Chris Conlee** (B.S. Chemistry, c. 2002) was hired in **2013** as Senior Research Associate, Chemistry, and left Moderna in 2016.[548]

- **Gary Shen** was hired in **2015**[549] as Senior Scientist, Medicinal Chemistry;

- **Dawn Mampreian** (M.S. Organic Chemistry, 2004) was hired in **January 2015** as Research Associate, Chemistry after more than 7 years at Merck.[550]

- **William Butcher** (B.S. Chemistry, 2013) was hired in **January 2015** as Research

[545] "Gabor Butora," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/gabor-butora-23b88712/.

[546] "Kerry Benenato," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/kerry-benenato-a513419/.

[547] "Jin Lim," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/jin-lim-147623a/.

[548] "Christopher Conlee," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/crconlee/details/experience/ ("Led project to discover new uridine-based nucleosides for incorporation into mRNA, resulting in greater therapeutic relevance and intellectual property coverage. Directed configuration of new chemistry lab and negotiated equipment purchases. Acted as chemistry department liaison for design and implementation of new informatics system for company-wide use. Oversaw a team of 12-19 contract chemists.
• Co-inventor on 7 patents for discovery and synthesis of novel nucleosides and nucleoside triphosphates.
• Developed automated techniques for nucleoside triphosphate purification, leading to greater efficiency and shortened synthesis time.").

[549] "About Gary Shen," *ZoomInfo,* n.d., *available at* https://www.zoominfo.com/p/Gary-Shen/-2018488378.

[550] "Dawn Mampreian," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/dawn-mampreian-26a10b16/.

153

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Associate, Delivery Chemistry—and left Moderna in May 2018.[551]

- **Thomas Steele** (B.S. Chemistry, 1992) was hired in **February 2015** as Scientist, Chemistry, after nearly 20 years at Merck that was followed by a brief 5-month stint at GSK.[552]

- **Sathyajith Kumarasinghe** (M.S.) was hired in **March 2015** as Research Associate, Chemistry (Contractor).[553]

- **Rosalie Philpot** (B.S. Chemical Engineering, 2015) was hired in **April 2015** as Research Associate Bioorganic Chemistry—and left Moderna in August 2019.[554]

196. As of September 2014, Moderna's Matt Stanton of the "Chemistry Organization" was identified as "Owner" for both "New Lipid SAR" and "Biodegradable," as shown in **Figure 2.38**,[555] below.

---

[551] "William Butcher," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/william-butcher/ ("Development of a new class of drugs utilizing messenger RNA to produce nearly any protein of interest, from native proteins to antibodies and other entirely novel protein constructs that can have therapeutic activity inside and outside of cells. Specifically responsible for small molecule synthesis/purification and SAR studies to assist delivery chemistry.").

[552] "Thomas Steele," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/thomas-steele-6baa8382/.

[553] "Sathyajith Kumarasinghe," *SignalHire,* n.d., *available at* https://www.signalhire.com/profiles/sathyajith-kumarasinghe%27s-email/152732840. *See also* "Ellalahewage Sathyajith Kumarasinghe,: *IDiyas,* n.d., *available at* https://idiyas.com/inventor/ellalahewage-sathyajith-kumarasinghe.

[554] "Rosalie Philpot," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/rosalie-philpot-8163aa48/.

[555] MRNA-GEN-00741030-056, at 047 (Almarsson Deposition Exhibit No. 5 – "Alexion meeting – Formulation and Delivery," *Moderna,* September 4, 2014, Slide 18 of 28) ("Novel Amino Lipids Undergoing Formulation Screening").

154

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.38**

### (c)    The Strategy

197.    From the beginning, Moderna's LNP strategy was focused on mRNA *therapeutics, not* vaccines. Moderna's LNP plan was to "build a bridge" from MC3 to a proprietary lipid—for mRNA *therapeutics.* The July 3, 2014 Acuitas-Moderna agreement purportedly gave the company access to the technology of the leading LNP companies: Tekmira, Alnylam and Acuitas, and critically, Tekmira's MC3, which Dr. Hoge described: "access to a formulation that is safe in Phase 3 in man!"[556] Tekmira's MC3 was used in Alnylam's Onpattro; Onpattro's safety and efficacy study results were both presented and published shortly before the Acuitas-Moderna agreement was executed:  presented "at the 2013 Biennial Meeting of the Peripheral Nerve Society being held

---

[556] MRNA-GEN-01754060-064, at 060 (Francis Deposition Exhibit No. 24 – July 3, 2014 email from Stephen Hoge to Executive Committee, cc: Said Francis; Shuan Ryan, Örn Almarsson, Matt Stanton, Subject: FW: Acuitas Final Documents).

155

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**July 29 to July 1 [2013]** in St. Malo, France,[557] and published shortly thereafter in *The New England Journal of Medicine* on **August 29, 2013**.[558]

198.    Moderna had evaluated the potential "Delivery Routes" and concluded that **"LNPs and lipids likely feature in the majority of the formulations,"** as shown in **Figure 2.39**,[559] below, from a November 18, 2014 internal presentation.

---

[557] "Tekmira Pharmaceuticals' CEO Discusses Q1 2013 Results – Earnings Call Transcript," *Seeking Alpha,* May 14, 2013, p. 6 of 16, *available at* https://seekingalpha.com/article/1434991-tekmira-pharmaceuticals-ceo-discusses-q1-2013-results-earnings-call-transcript (Mark Murray, President & CEO: As guided by Alnylam, we expect that the initial data from the Phase III, ALN-TTR02 trial will be presented at the 2013 Biennial Meeting of the Peripheral Nerve Society being held June 20 to July 1 in St. Malo, France.  By year end [2020], it is expected that ALN-TTR02 will enter a Phase III trial, triggering a $5 million milestone payment to Tekmira.").
[558] Teresa Coelho, M.D., David Adams, M.D., Ph.D., Ana Silva, M.D., Pierre Lozeron, M.D., Philip N. Hawkins, Ph.D., F.Med.Sci., Timothy Mant, M.B., Javier Perez, M.D., Joseph Chiesa, M.D., Steve Warrington, M.D., Elizabeth Tranter, M.B., Malathy Munisamy, M.D., Rick Falzone, M.P.H., Jamie Harrop, B.A., Jeffrey Cehelsky, M.B.A., Brian R. Bettencourt, Ph.D., Mary Geissler, M.P.H., James S. Butler, Ph.D., Alfica Sehgal, Ph.D., Rachel E. Meyers, Ph.D., Qingmin Chen, Ph.D., Todd Borland, B.S., Renta M. Hutabarat, Ph.D., Valerie A. Clausen, Ph.D., Rene Alvarez, Ph.D., Kevin Fitzgerald, Ph.D., Christina Gamba Vitalo, Ph.D., Saraswathy V. Nochur, Ph.D., Akshay K. Vaishnaw, M.D., Ph.D., Dinah W.Y. Sah, Ph.D., Jared A. Gollob, M.D., and Ole B. Suhr, M.D., "Safety and Efficacy of RNAIi Therapy for Transthyretin Amyloidosis," *The New England Journal of Medicine,* Vol. 369, No. 9, August 29, 2013, *available at* https://www.nejm.org/doi/full/10.1056/NEJMoa1208760.
[559] MRNA-GEN-01041970-991, at 991 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Örn Almarsson, Kerry Benenato, Charles Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 22 of 22) ("Arraying Delivery Routes").

156

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.39**

199. At the June 2014 BOD meeting—just before the July 3, 2014 Moderna-Acuitas agreement was executed—Moderna envisioned an **"LNP Evolution,"** as shown in **Figure 2.40**,[560] below, that included three (3) versions over the 3-year period 2014 to 2016. Moderna's Örn Almarsson described the work towards a "Next-Generation Bio-Degradable Delivery Lipids for mRNA" as "Design **platform** evolution for mRNA **formulation and delivery chemistry**."[561] The "Version

---

[560] MRNA-GEN-01041970-991, at 990 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Örn Almarsson, Kerry Benenato, Charles Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 21 of 22) ("Biodegradability with Retention of Potency: Not Yet a Solved Problem").

[561] MRNA-GEN-01041970-991, at 970 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Örn Almarsson, Kerry Benenato, Charles Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 1 of 22) (cover page) (emphasis in original).

157

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

1.1 objective (2014)" was "ALN-TTR02 like formulation for IV and IM." "ALN-TTR02" is Alnylam's Onpattro.[562] **In other words, Moderna's first objective was an MC3 formulation.**



**FIGURE 2.40**

200.    In fact, Moderna's LNP strategy was built on Tekmira's MC3, which it described as "Benchmark

---

[562] *See, e.g.,* "Tekmira Pharmaceuticals' CEO Discusses Q1 2013 Results – Earnings Call Transcript," *Seeking Alpha,* May 14, 2013, p. 6 of 16, *available at* https://seekingalpha.com/article/1434991-tekmira-pharmaceuticals-ceo-discusses-q1-2013-results-earnings-call-transcript (Mark Murray, President & CEO: "ALN-TTR02 is an RNAi therapeutic for the treatment of TTR-mediated amyloidosis, or ATTR, is enabled by Tekmira's LNP technology."). *See also* "PropThink Hosts Special Call and Interview with Tekmira Pharmaceuticals' CEO Dr. Mark Murray (Transcript)," *Seeking Alpha,* October 5, 2013, p. 3 of 10, *available at* https://seekingalpha.com/article/1730292-propthink-hosts-special-call-and-interview-with-tekmira-pharmaceuticals-ceo-dr-mark-murray-transcript (Dr. Mark Murray, CEO: "So our technology enables leading drugs in the class, most notably the advanced product being developed Alnylam-TTR02.").

158

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

lipid."[563]   The stated goal of Moderna's "LNP Evolution" strategy was to develop an **"Improved Amino Lipid to Replace MC3 for Platform Version 2"**—for mRNA *therapeutics*—as shown in **Figure 2.41**,[564] below, by starting with a "Benchmark lipid," Tekmira's **MC3**, which resulted from prior industry work with **"Many lipids, ~2 decades of pDNA, siRNA."**



---

[563] MRNA-GEN-01041970-991, at 971 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Örn Almarsson, Kerry Benenato, Charles Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 2 of 22) ("Requirements for an Improved Amino Lipid to Replace MC3 for Platform Version 2" identifies "MC3" as "Benchmark lipid").

[564] MRNA-GEN-01041970-991, at 971 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Örn Almarsson, Kerry Benenato, Charles Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 2 of 22) ("Requirements for an Improved Amino Lipid to Replace MC3 for Platform Version 2" identifies "MC3" as "Benchmark lipid").  *See also* MRNA-GEN-00741030-056, at 052 (Almarsson Deposition Exhibit No. 5 – "Alexion meeting – Formulation and Delivery," *Moderna,* September 4, 2014, Slide 23 of 28) ("Requirements for an improved Amino Lipid to replace MC3 – preliminary thoughts" earlier version of same slide).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**FIGURE 2.41**

201. As Dr. Benenato testified[565] and Moderna's internal documents show, Moderna was focused on mRNA therapeutics—*not* vaccines.  By mid-November 2014, Moderna had developed a **"two-pronged approach"** strategy to replace MC3, as shown in **Figure 2.42**,[566] below: **"explore Acuitas library"** and **"create our own internal proprietary versions[,]"** ███████████ ██████████████████

---

[565] *See, e.g.,* MRNA-GEN-01722470-534, at 476 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 26:13-26:16.).  *See also* May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 96:5-96:13 (Q. So we talked about a little about this earlier, but this goes to the point that your focus at this time was to look at these sort of repeated chronic dosing for therapeutics; is that right?  A. That was the initial target and focus, you know, as we designed these compounds.  Those were the attributes we were looking for.").

[566] MRNA-GEN-01041970-991, at 973 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Örn Almarsson, Kerry Benenato, Charles Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 4 of 22) ("Biodegradability with Retention of Potency: Not Yet a Solved Problem").  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 225:4-225:21 ("Q. And I says on that slide, 'Our strategy: Take a two-pronged approach: 1) explore Acuitas library, and 2) create our own internal proprietary versions.'  So you see that?  A. I do. Q. Did you tell Acuitas that you were exploring its library and trying to create your own internal proprietary versions of their lipids? . . . THE WITNESS: I don't think that's an accurate statement.  So we were exploring the Acuitas library, we were independently doing our own work, and so we were creating our own SM lipids, including SM-102, SM-86, and other lipid components that were subsequently invented by Kerry and others.").  May 31, 2024 Deposition of Örn Almarsson, Ph.D., 135:15-137:11 ("Q. Then further down, the third bullet [on Almarsson Deposition Exhibit No. 10, Slide 4 of 22] says 'Our Strategy.'  Do you see that?  A. Yes.  Q. Then it says, 'Take a two-pronged approach: One, explore Acuitas library; and two, create our own internal proprietary versions.'  Do you see that?  A. I see that.  Q. What does that mean?  A. The 'create our own internal proprietary versions' could mean a number of different things.  It could mean lipid formulations or lipids, but I think – I hesitate to speculate more than that.  Q. What do you think Moderna is saying in that sub-bullet overall with the two-pronged approach, what do you understand the two pronged approach to be? . . . A. I don't know the full meaning of what was meant here, but there was a collaboration with Acuitas, and there was an internal effort.  Q. You were an author on this PowerPoint.  Do you think if this sub-bullet was unclear that you would have asked for the working to have been changed?  A. That's possible, but I don't know.  Q. Do you think that what this bullet is saying is that Moderna's plan was to create its own internal proprietary versions of lipids from the Acuitas library? . . . A. No.  That's not what this is intended.  Q. What does 'versions' here mean?  A. I don't know what is meant by 'versions' in here.  It could be any number of things.").

160

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

## Biodegradability with Retention of Potency: Not Yet a Solved Problem

- No clinical delivery compound advanced as yet
- Key developments in the past couple of years:
  - Alnylam L319: part of Acuitas collaboration, in progress
  - Merck L608: initial tests disappointing, but still a live option
  - Dithio reducible linkages: EGEN etc.
- Our strategy:
  - Take a two-pronged approach: 1) explore Acuitas library, and 2) create our own internal proprietary versions
  - Example of 2): KL22 template

moderna
messenger therapeutics

Confidential and Proprietary

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-01041973

**FIGURE 2.42**

202.    Moderna's internal documents show that on May 6, 2015—around the same time Dr. Benenato synthesized SM-102—Moderna and its partner, AstraZeneca were still targeting MC3. The May 6, 2015 Moderna/AstraZeneca "Lipid Chemistry Update" identified "Lipid Series Targeted by Moderna" for the collaboration as including "MC3 series – Chosen over KC2."[567]

203.    As of mid-November 2014, however, the results for at least one of its candidates was "disappointing." In particular, Moderna stated that the "initial tests [of Merck's L608] were disappointing," but it was "still a live option."[568] Notwithstanding the disappointing results, 8

---

[567] MRNA-GEN-01721845-851, at 846 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 18 – "Lipid Chemistry Update," *Moderna/AstraZeneca JSC,* May 6, 2015, Slide 2 of 7).

[568] MRNA-GEN-01041970-991, at 973 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Örn Almarsson, Kerry Benenato, Charles

161

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

months later, on July 17, 2015, Moderna was still targeting **"L-608 – improved tolerability and biodegradability."**[569] Just months later, however, on October 30, 2015, Moderna's "L608 and Amino Lipids: EC Update" reported: "Current data in rats with L608 shows . . . While expression is likely comparable to MC3, L608 safety findings indicate lower tolerability vs. MC3."[570]

204.    By late-October 2015, Moderna's plan was still to "Discover and transition a preferred, proprietary amino lipid for IV-to-liver to replace MC3" for "Therapeutic applications (we are OK for vaccines)."[571]  At that time, Moderna stated: "LNP Options for Therapeutic mRNA – MC3 is our initial bridge to the clinical delivery of Moderna mRNA[,]"[572] however, it was apparently considering either dropping or at least delaying "Version 1.2 objective" (*i.e.,* L608).  Moderna's "Strategy Options" are shown in **Figure 2.43A**,[573] below, and "Summary and Next Steps," shown in **Figure 2.43B**,[574] below, show that Moderna was continuing to benchmark against MC3.

---

Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 4 of 22) ("Biodegradability with Retention of Potency: Not Yet a Solved Problem").

[569] MRNA-GEN-01067716-763, at 739 (Benenato Deposition Exhibit No. 28 – "R&D Meeting – Chemistry Update," *Moderna,* July 15, 2015, Slide 24 of 48) ("Moderna's ionizable lipid efforts").  *See also* May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 255:19-256:3 ("Q. . . . Can you just remind me what was the role of L608 compound in the work that you did? A. It didn't play a role in the work that I did.  The formulation team used it; and it was, again, one of the known tools out there that was explored.").

[570] MRNA-GEN-01062619-652, at 624 (Benenato Deposition Exhibit No. 27 – "L608 and Amino Lipids: EC Update," *Moderna,* October 30, 2015, Slide 8 of 34) ("Summary and Next Steps").

[571] MRNA-GEN-01062619-652, at 626 (Benenato Deposition Exhibit No. 27 – "L608 and Amino Lipids: EC Update," *Moderna,* October 30, 2015, Slide 6 of 34) ("What are we trying to do?").

[572] MRNA-GEN-01062619-652, at 627 (Benenato Deposition Exhibit No. 27 – "L608 and Amino Lipids: EC Update," *Moderna,* October 30, 2015, Slide 9 of 34) ("LNP Options for Therapeutic mRNA").

[573] MRNA-GEN-01062619-652, at 637 (Benenato Deposition Exhibit No. 27 – "L608 and Amino Lipids: EC Update," *Moderna,* October 30, 2015, Slide 19 of 34) ("Strategy Options").

[574] MRNA-GEN-01062619-652, at 642 (Benenato Deposition Exhibit No. 27 – "L608 and Amino Lipids: EC Update," *Moderna,* October 30, 2015, Slide 24 of 34) ("Summary and Next Steps").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.43A**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.43B**

205.    By 2016, Moderna's "Amino Lipid Update" shows that SM-86 ranking first in its "Data Summary

for Top i.v. Lipids – CD-1 mice," as shown in **Figure 2.44**,[575] below.

---

[575] MRNA-GEN-00492772-785, at 784 (Benenato Deposition Exhibit No. 38 – "Amino Lipid
Update," *Moderna,* November 1, 2017 (metadata date last modified), Slide 13 of 14).

164

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.44**

206.    At some point *after* the December 2016 *Forbes* interview and the January 9, 2017 J.P. Morgan Healthcare conference when Moderna disclosed V1GL as "a new technology,"[576] Moderna

---

[576] Damian Garde, "Lavishly funded Moderna hits safety problems in bold bid to revolutionize medicine," *STAT,* January 10, 2017, *available at* https://www.statnews.com/2017/01/10/moderna-trouble-mrna/ ("His [Mr. Bancel] presentation instead focused on four vaccines that the company is moving through the first phase of clinical trials: two target strains of influenza, a third is for Zika virus, and the fourth remains a secret. Bancel clicked through graphs of data from animal studies before hurrying on to tout Moderna's balance sheet and discuss the company's cancer vaccines, slated for clinical testing later this year. . . . The company did disclose a new technology on Monday that it says will more safely deliver mRNA. It's called V1GL. Last month, Bancel told Forbes about another new technology, N1GL.  But in neither case has the company provided any details. And that lack of specificity has inevitably raised questions.  Are N1GL and V1GL better? The company has produced no data to answer that question. When STAT asked about new technologies, Bancel referred questions to the company's patent filings.  The three former employees and collaborators said

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

appears to have "nominated" SM-102 as its new lipid.  At that point, however, it appears that it was likely still using the "in-licensed" composition based on Dr. Hoge's June 9, 2017 email **"reemphasiz[ing] that there are incredibly strong business reasons why a composition with 40 percent amino lipid is more attractive."**[577]  Years earlier, however, Moderna had already concluded based on its testing that ███████████████████████████████████████ ████████████████████████████████████████████████████████ ███████████████████████████[578]

207.   In 2017, Dr. Benenato was continuing to prepare internal presentations directed to delivery for mRNA *therapeutics,* including the March 22, 2017 (metadata) presentation titled "New Amino Lipid Series for Efficient and Safe Lipid Nanoparticle Delivery of **mRNA Therapeutics,**"[579] which focused on "repeat dosing" stating: "Does favorable profile of optimized LNPs translate to

they believe N1GL and V1GL are either very recent discoveries, just in the earliest stages of testing — or else new names slapped on technologies Moderna has owned for years.  '[The technology] would have to be a miraculous, Hail Mary sort of save for them to get to where they need to be on their timelines,' one former employee said. 'Either [Bancel] is extremely confident that it's going to work, or he's getting kind of jittery that with a lack of progress he needs to put something out there.'  Former employees and collaborators who spoke with STAT requested anonymity because they had signed nondisclosure agreements — which the highly secretive Moderna requires even some job candidates to sign.  Three former employees and collaborators close to the process said Moderna was always toiling away on new delivery technologies in hopes of hitting on something safer than what it had. (Even Bancel has acknowledged, in an interview with Forbes, that the delivery method used in Moderna's first vaccines 'was not very good.'").

[577] MRNA-GEN-02619870-871, at 870 (Hoge Deposition Exhibit No. 30 – June 9, 2017 email from Stephen Hoge to Donald Parson, cc: Örn Almarsson, Subject: Composition).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 309:6-309:8 ("Q. You meant what you wrote here [Hoge Deposition Exhibit No. 30], correct?  A. Yes."); 311:15-312:4 ("Q. Okay, you say below, the next paragraph [Hoge Deposition Exhibit No. 30], 'I've tried to underscore that preference for the last few months so this is nothing new.'  Do you see that?  A. Yes.  Q. So you had expressed to your scientists working under your direction that you had this preference for 40 percent amino lipid for several months, correct?  A. That's what I said, and I believe that to be true.").

[578] MRNA-GEN-00501644-664, at 660 (Almarsson Deposition Exhibit No. 16 – "R&D Meeting – MC3 DOE: Search for Clinical LNP Composition," *Moderna,* June 7, 2014, Slide 17 of 22) ("*In vivo* Results and Conclusions").

[579] MRNA-GEN-00473016-031 (Benenato Deposition Exhibit No. 21 – Kerry Benenato, "A New Amino Lipid Series for Efficient and Safe Lipid Nanoparticle Delivery of mRNA Therapeutics," *Moderna,* March 22, 2017 (metadata), 16 Slides) (emphasis added).

166

repeat dosing?"[580]

208. In a January 15, 2018 email, Dr. Almarsson referred to SM-102 and SM-86 as "decoys."[581] Moderna's June 2018 "Matrix of LNP Versions" is shown in **Figure 2.45**,[582] below.

---

[580] MRNA-GEN-00473016-031, at 025 (Benenato Deposition Exhibit No. 21 – Kerry Benenato, "A New Amino Lipid Series for Efficient and Safe Lipid Nanoparticle Delivery of mRNA Therapeutics," *Moderna,* March 22, 2017 (metadata), Slide 10 of 16).

[581] MRNA-GEN-01504990-991, at 990 (Almarsson Deposition Exhibit No. 12 – January 15, 2018 email from Örn Almarsson to Melissa Moore, Hari Pujar, John Joyal, CC: Stephen Hoge, Subject: Two science / corp communication topics re. LNPs and SM- issuances (". . . 1) Four amino lipid composition of matters patents are issuing on Tuesday 1/16 via USPTO; SM-102, SM-86 and two other decoys. . . ."). May 31, 2024 Deposition of Örn Almarsson, Ph.D., 161:6-162:13 ("Q. And next to the No. 1 it says, 'Four amino composition of matter patents are issuing on Tuesday, January 16th via the USPTO, SM-102, SM-86 and two other decoys.' Do you see that? A. Yes. Q. What is a decoy? A. I don't know what it means in this case. Q. You authored this e-mail; is that correct? A. I know I authored it, yeah. I'm not sure what I meant by that. Q. What do you typically mean by the word 'decoy' when you use it? . . . A. A decoy is something that's there but not the main thing or some kind of item. I'm not sure what I meant by that and not a native English speaker, so I can't tell you what I meant. Q. Do you think it's possible that you meant that Moderna had filed various different patents, some of which the intention was to throw off others so that they were not aware of the actual ionizable – lead ionizable lipids that Moderna was making? A. Not sure. I think common practice to include multiple compounds in a filing, as far as I know.").

[582] MRNA-GEN-01057449-453, at 452 ("Versions of LNP in 1Q2019," *Moderna,* n.d., Slide 4 of 5) ("Matrix of LNP Versions: June 2018").

167

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.45**

### 3.    Commercial Relationship Between Arbutus/Genevant and Moderna

209.    As of May 31, 2020, Genevant and Moderna were competitors, and Genevant and especially its licensing business, had been under the overhang of the IPRs that Moderna had filed beginning in February 2018.[583]  As discussed above, when Genevant was founded, its strategy was to develop a broad range of RNA therapeutics for genetic disease.  In particular, Genevant "aim[ed] to advance 5-10 product candidates into the clinic by 2020 across RNAi, mRNA, and gene editing modalities using Arbutus' LNP and ligand conjugate platforms."[584]    Mr. Bancel testified that

---

[583] Amended Complaint, ¶ 35; Answer to Amended Complaint, p. 32.
[584] "Arbutus and Roivant Launch Genevant Sciences with Industry-Leading Platform to Develop Broad Range of RNA Therapeutisc for Genetic Diseases," *Arbutus Biopharma Corporation and Roivant Sciences,* April 11, 2018,

168

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

"Genevant, making mRNA products like we are doing, so they are a de facto competitor."[585]

210. The commercial relationship between Arbutus/Genevant and Moderna during the period 2012/2013 through 2020 included "exploring collaborations, and that includes licensing,"[586] as well as administrative proceedings and litigation. The first contact between Moderna and Tekmira, Arbutus's predecessor,[587] was "2012, early 2013."[588] By September 2013, Moderna had apparently concluded that in-licensing from Tekmira could be **"problematic from a business**

---

[585] June 28, 2024 Deposition of Stéphane Bancel, 121:1-121:18 ("A. . . . Every year when we do a five-year plan the board asks us to do an analysis of the competitive landscape of who is development mRNA technologies. And so we do that review once a year, so you imagine when there's a new entrant in the mRNA field, which if I just look at the sub-head of the press release. 'Genevant aims to advance 5 to 10 products into the clinical by 2020 across RNAi, mRNA, and gene editing.' We are an mRNA company. By this [April 11, 2018] press release, Genevant is becoming an mRNA player. So as you would expect, it is my duty to inform my directors and there's potentially a new company, Genevant making mRNA products like we are doing, so they are a de facto competitor."). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 178:5-178:15. MRNA-GEN-01764293 (December 10, 2018 email from Stephen Hoge to John Mendlein, CC: Lisa Emanuello, Subject: Re: Frenemies) ("A. . . . At the time Genevant was spun out [on April 11, 2018], they were focused on rare diseases in particular. They had done a deal, I think, with Bio-NTech [sic] around that time, I can't remember whether it was a few months before or after, and that was their interest, is they wanted to position themselves as a rare disease company, gene editing, gene therapy, DNA, mRNA, even siRNA, built around a novel, improved delivery system. That was our understanding, . . ."); *see also*, SLAOUI_00000020-027, at 021 (Bancel Deposition Exhibit No. 14 – April 11, 2018 email from Stephane Bancel to Board of Directors).

[586] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 47:7-47:22 ("A. There were discussions about exploring collaborations, and that includes licensing. Q. And what was the subject of the collaborations that Moderna was exploring with Tekmira at that time? . . . A. Like we were also talking to other formulation companies. We were essentially discussion what Tekmira wanted to discuss with us, the technology they had from the RNAi delivery days, and whether that could be suitable for mRNA. Q. And what technology was that? A. Tekmira had a portfolio of certain lipid nanoparticles.").

[587] *See, e.g.,* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 48:13-48:15 ("Q. And he [Mark Murray] became the CEO of Arbutus after Tekmira became Arbutus? A. That's right. . . .").

[588] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 46:12-46:16 ("Do you know when the first contact was between Moderna and Tekmira? A. Specifically, I would – I don't know the exact date, but it would be late 2012 – sorry, 2012, early 2013.").

169

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**perspective"**[589] because it adds business risk.[590]  In 2015, both Arbutus and Moderna had hepatitis B programs.  Dr. Himansu testified: "when I first started at Moderna [in April 2015[591]], we had a program on hepatitis B.[592] . . . I designed an siRNA construct for hepatitis B as a control to see whether our [mRNA] hepatitis B immunotherapy based on vaccine would work, as well as an siRNA, which was a cure.  I never ended up testing that siRNA.[593] . . . I made the siRNA for hepatitis B, and I have a pretty significant, you know, knowledge about what siRNAs are, given the research that I had to do for hepatitis B.[594] . . . I made an siRNA, which we ended up not testing because we believe that data would not be relevant."[595]  In July 2015, Tekmira announced plans change its corporate name to Arbutus Biopharma Corporation, "an industry-leading therapeutic solutions company focused on developing a cure for chronic hepatitis B virus infection (HBV)[.]"[596]

211.    Beginning in late-2016, the parties were embroiled in a series of disputes. On **February 7, 2017**, "Arbutus obtained an injunction preventing Acuitas from further providing Arbutus LNP

---

[589] MRNA-GEN-01042549-561, at 554 (Tony de Fougerolles, Örn Almarsson, "Formulation White Paper," *Moderna,* September 2, 2013, p. 6 of 13)

[590] *See also* MRNA-GEN-01737710-719, at 710 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 11 – Tony de Fougerolles, "Formulation White Paper, Version #2," *Moderna,* June 13, 2013, p. 1 of 10) ("Where possible we have identified formulations which we believe have the highest likelihood of success based on previous work using other drug payloads.  **Interaction with external companies also adds a business risk in being able to collaborate and arrive at mutually agreeable terms.  Many formulation companies are entering the mRNA space themselves or with others and so it will be a competitive space**.") (emphasis added)).  *See also* MRNA-GEN-01042549-561, at 550 (Tony de Fougerolles, Örn Almarsson, "Formulation White Paper," *Moderna,* September 2, 2013, p. 2 of 13) (same).

[591] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 29:13-29:15 ("Q. When was your start date at Moderna?  A. Oh, man.  I don't remember the exact date, but it was sometime in April 2015.").

[592] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 248:20-248:21.

[593] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 248:9-248:13.

[594] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 248:18-248:21.

[595] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 249:2-249:4.

[596] "Tekira Announces Launch of Arbutus Biopharma, a Hepatitis B Solutions Company," *Arbutus,* July 20, 2015, https://www.globenewswire.com/news-release/2015/07/20/753419/10141916/en/Tekmira-Announces-Launch-of-Arbutus-Biopharma-a-Hepatitis-B-Solutions-Company.html.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

technology to any third party,"[597] including Moderna.  In May 2017, *Forbes* described the competitive situation between Arbutus and Moderna as "a David-and-Goliath fight between two unprofitable startups," which was marked by vast financial asymmetry noting: "Moderna Therapeutics is valued by its private investors at $5 billion . . . Arbutus Biopharma, a publicly traded firm, has a market capitalization of just $187 million."[598]  On July 27, 2017 *STAT* reported on the "escalating legal fight" between Arbutus and Moderna and stated:

> At the same time, an escalating legal fight is threatening Moderna's ability to ever make a dollar from its most advanced work.  Moderna doesn't own the technology key to making its mRNA vaccines work, and the company [Arbutus] that does claims Moderna is using it illegally.  A Canadian judge recently sided against Moderna, setting the stage for a trial this fall that could leave the company with no right to sell its most advanced products.[599]

212.   In February 2018, Moderna filed the first in a series of IPRs,[600] seeking to invalidate certain Arbutus patents.  Dr. Hoge described the IPRs as "hitting them [Arbutus] where it hurts",[601] in an email to journal Gregory Zuckerman.  In December 2018, Moderna's internal emails discussing an upcoming meeting with Genevant are under the subject caption: "Frenemies."[602]  According to Moderna, in "Q4 2019 attempts for 'peace' fell apart ([Genevant] Board opposed a key term we

---

[597] "Arbutus Settles Litigation, Terminating Acuitas' Rights to LNP Technology," *Arbutus,* February 22, 2018, *av*
*ailable at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-settles-litigation-terminating-acuitas-rights-lnp-0.

[598] No Bates No. (Murray Deposition Exhibit No. 3 – Matthew Herper, Nathan Vardi, "Moderna Can't Escape My Intellectual Property, Says Arbutus CEO," *Forbes,* May 16, 2017, p. 1 of 6).

[599] GENV-00510452-453, at 453 (Murray Deposition Exhibit No. 42 – July 27, 2017 email from Brittanie Dougherty to Mark Murray, Mike McElhaugh, Adam Cutler, Tiffany Tolmie, Bruce Cousins, cc: David Schull, Subject: STAT: Key partner cuts ties with brash biotech startup Moderna, raising big questions about its pipeline).

[600] Amended Complaint, ¶ 35; Answer to Amended Complaint, p. 32.

[601] MRNA-GEN-01654918-922, at 919 (Hoge Deposition Exhibit No. 18 – June 3, 2021 email from Stephen Hoge to Gregory Zuckerman (WSJ), Subject: Re: quick question on this language in bold, thanx).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 193:13-194:4 ("Q. So I want to talk about what you read a moment ago.  You said, 'it never really mattered to us.  We were just telling the bully to stop by hitting them where it hurts.'  Do you see that?  A. Mm-hmm.  Q. And where it hurts is by attacking their [Arbutus's] patents, right?  A. By asking the patent office to conduct a legal proceeding to review whether or not the patents are valid, and that is an objective legal process that we're allowed to go through if and where we think that those assertions are inaccurate, . . .").

[602] MRNA-GEN-01764293 (December 10, 2018 email from Stephen Hoge to John Mendlein, CC: Lisa Emanuello, Subject: Re: Frenemies).

171

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

needed)[,]"[603] ███████████████████████.[604]  Said Francis testified: "Pete Zorn and I were talking about if, you know, was there a reason ██████████████████████ ██, that's the peace. . . . So their board could not sign up to it, and that was the end of the discussion."[605]

213.    On March 19, 2020, while Moderna's '069 IPR was still pending, "Genevant informed [Moderna's] BD that SVB Leerink has been hired to run a[n] [M&A] process"[606] to sell Genevant.[607]  The next day, SVB Leerink reportedly called Moderna's CFO, Lorence Kim and advised "There is an offer on the table, not perfect on value and structure.  Roivant 'does not have the energy to keep putting $ in'." [608]  According to Moderna the "Process" was "Preliminary indication of interest by 'end of April', then narrow and go with 1 or 2."[609]  Moderna almost

---

[603] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 20 of 64) ("Genevant – M&A process run by SVB Leerink").

[604] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 308:3-309:2 ("A. This is Genevant's board.  At that point the discussion was around the, if my memory is right, about the IPRs, and they were – Pete Zorn and I were talking about if, you know, was there a reason w████████ ████████████████████████, that's the peace.  And the key term that their board opposed was they didn't want to have that sub-licensable – not sub-licensable, but essentially if they go and partner out their estate, that a third party will come and they would not honor the covenant not to sue.  So the idea of ████████████████████████████████ ████████████████ if they go and license their stuff or someone has access to their stuff, they don't given them the right to come after us, because that would be silly for us to say, yes, that's a fair arrangement.  So their board could not sign up to it, and that was the end of the discussion. . . .").

[605] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 308:3-309:2.

[606] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 20 of 64) ("Genevant – M&A process run by SVB Leerink").

[607] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 304:15-304:20 ("Q. What is being discussed on this slide [Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40, Slide 20]?  A. The investment bank, SVB Leerink had reached out saying they would be running or they are running a process for the sale of Genevant on behalf of its shareholders.").

[608] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 20 of 64) ("Genevant – M&A process run by SVB Leerink").

[609] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 20 of 64) ("Genevant – M&A process run bVB Leerink").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

immediately declined the opportunity.  In or about March 25, 2020 Moderna, decided that it would *not* participate in the process.[610]  Mr. Francis described the situation at the time as follows:

> I think contemporary to this, there was IPRs, if I'm not mistaken.  So essentially the interest in being part of this process, and, you know, allocating capital to it [to buy Genevant] was not our strategic intent at that point.[611]

214.    The SVB Leerink "M&A process" did not result in the sale of Genevant.

215.    On July 23, 2020, two (2) months *after* the May 31, 2020 hypothetical negotiation, the U.S. Patent Trial and Appeal Board ("PTAB") decision on the '069 Patent IPR stated: "we determine that Petitioner [Moderna] has not shown by a preponderance of the evidence that claims 1-22 of the '069 patent are unpatentable under 35 U.S.C. § 103."[612]  A few days later, on July 31, 2020— "Genevant was recapitalized through an equity investment and conversion of previously issued convertible debt securities held by Roivant.  In addition, Arbutus participated in the recapitalization of Genevant with an investment of $2.5 million" to fund Genevant's prior losses.[613]  At that time, Genevant "set off on a different business model than [it] had been running

---

[610] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 304:21-305:15 ("Q. Did Moderna participate in that process or consider participating in the process?  A. We did not participate in the process.  Q. Did you consider participating in that process?  A. When I get the call, I have to think about it.  So that's what consider is.  It's something that we thought about, yes.  Q. And you discussed it with the partnering committee?  A. As per this agenda item in this document [Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40, Slides 2 and 20], that was presented to them as part of the process with the next steps of what their process is.  So I was essentially laying out what the process is.  So it was discussed."); 305:22-306:2 ("A. The outcome of this was we decided not to participate in the process.  So the discussion was what led to that decision."); 306:14-306:18 ("A. . . . There was a discussion in the partnering committee per the deck, and the outcome was we did not partake in the process, and that's the signal of our level of interest in being part of the process.").

[611] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 306:22-307:4.

[612] PTAB Judgment in the '069 IPR dated July 23, 2020, p. 2, *available at* https://s3-us-west-1.amazonaws.com/ptab-filings%2FIPR2019-00554%2F40.

[613] Arbutus Biopharma Corporation 10-Q for the quarterly period ended September 30, 2020, p. 11, *available at* https://investor.arbutusbio.com/node/15781/html.  June 5, 2024 30(b)(6) Deposition of Peter Zorn, 229:11-229:24 ("Q. . . . What does that mean, successful relaunch of Genevant?  A. Yeah, so in the – in or about July 2020, we – Roivant recapitalized Genevant, provided additional capital, and we set off on a different business model than we had been running previously.  Q. Did Roivant recapitalize Genevant because cash flow was low?  A. Yes.  The company had been formed in April 2018 and – with $40 million, I believe was the number.  And, you know, had used – I don't remember the specific numbers, but had used up much of that cash by that period of time in 2020.").

173

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

previously,"[614] and began "to focus on partnering, collaborating, licensing its delivery technology to third parties."[615]

216. Mr. Zorn testified that to his knowledge, Genevant has never received any funding from Flagship Pioneering.[616]

### a.  Technology Licensing Discussions & Correspondence

217. While Genevant and its predecessors and Moderna had licensing discussions spanning a decade, there was never any agreement. Mr. Bancel testified that Moderna has been aware of Tekmira's LNP technology since February 2013,[617] and "Moderna has had discussions with Tekmira [regarding licensing] for ten years, that's correct[.]"[618] Dr. Hoge testified: "I don't think we ever got to a substantive financial framework that felt like it represented what both parties wanted, so it never went anywhere like the two or three times before."[619]

218. Moderna's technology licensing conversations with Arbutus's predecessor, Tekmira, started in early-2013,[620] as part of its business development efforts with potential partners about LNP

---

[614] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 229:15-229:17.

[615] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 230:13-230:15.  November 21, 2024 Interview of Pete Zorn.

[616] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 237:13-237:15.

[617] June 28, 2024 Deposition of Stéphane Bancel, 142:10-142:17 ("Q. Moderna has been aware of Tekmira's LNP technology since at least 2013, correct? . . . THE WITNESS: Moderna has been aware of Tekmira since 2013 and LNP technology.  That's what we've been aware of."). *See also* MRNA-GEN-01248933-954, at 934 (Almarsson Deposition Exhibit No. 1 – "Formulation brainstorm," *Moderna,* February 11, 2013, Slide 2 of 22) ("Current BD formulation opportunities . . . Cationic LNP . . . 1. Tekmira – negotiating for MTA/POC seeking additional forms . . .").

[618] June 28, 2024 Deposition of Stéphane Bancel, 141:12-141:19 ("Q. . . . Moderna has been involved in trying to negotiate a license to Genevant, Arbutus, and Tekmira's IP for over ten years, correct? . . . THE WITNESS: Moderna has had discussion with Tekmira for ten years, that's correct, . . .").

[619] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 177:4-177:19.

[620] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 127:12-128:6 ("Q. And it says at the top left [of Slide 48 of Hoge Deposition Exhibit No. 11] it started in 2013 back and forth. Do you see that? . . . A. Oh, it started in 2013.  I see that, yes.  Q. And does that accord with your history of the back-and-forth between Moderna and Genevant or its predecessors?  A. Yes.  I have – that would have been one – a conversation that I was part of before Said Francis joined in the second quarter of 2013.").  MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 48 of 64 ("Project Zurich – history . . .").

174

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

technology,[621] and continued through at least June 20, 2019.[622] Moderna's CEO, Stéphane Bancel, was personally involved in these licensing discussions, particularly around 2014 and 2015.[623] Moderna's Mr. Francis described Moderna's evaluation or potential collaboration with Tekmira in 2013 as follows: "Tekmira had an LNP portfolio that was for siRNA, and the idea . . . is to essentially explore it with mRNA."[624] At that time, Moderna's "chief scientific officer, Tony [de

---

*See also* MRNA-GEN-01719608-637, at 626-627 (Hoge Deposition Exhibit No. 13 – "Project Rodeo," *Moderna,* February 3, 2016, Slides 19-20) ("Tekmira proposal to Moderna 05.29.13 – Non-exclusive license with exclusivity option"; "Comparison of Tekmira deals").

[621] MRNA-GEN-01238301-309, at 309 (Francis Deposition Exhibit No. 9 – "Business development strategy (2014-2015)," *Moderna,* September 23, 2013, Slide 9) (Corporate development – Key objectives 2. Pursue development agreements for next wave of formulation: PLGA (Bind Cerulean), EP (Inovio, Ichor), Device (Intarcia), LNP (Merck, Acuitas, Tekmira) . . . ). May 22, 2024 30(b)(6) Deposition of Said E. Francis, 80:16-81:1 ("A. . . . [T]his [Francis Deposition Exhibit No. 9] was three months after I joined. So what I was essentially engaged on is talking to a lot of the formulation companies out there. And certain companies we've done evaluations and we decided to stop in certain cases. We were having discussions and continued to have discussions. . . ."); 83:9-83:15 ("Q. Who at Moderna identified LNP as one of the formulation approaches to pursue? . . . A. You're asking me to speculate. I can't point to a person or the organization in one."); 86:5-86:21 ("Q. Beside LNP, there are three companies listed here; Merck, Acuitas and Tekmira. Do you see that? A. Yes. Q. How are those companies identified in this presentation? A. It's been a while since[,] why we listed them in that order. But Merck had an LNP portfolio, Acuitas had an LNP portfolio as well, and Tekmira had an LNP portfolio. There were others that emerged over time, and we also talked to them. Q. When you say 'LNP portfolio,' what do you mean? A. They worked in th si world on LNP technology."); 87:4-87:14 ("Q. Two, where it says, 'Pursue development agreements for the next wave of formulation,' what does 'formulation' mean in this context? A. It is not the active ingredients. The mRNA in this case is the payload acting ingredient. It's the delivery vehicle. Q. And here it would be the delivery vehicle for mRNA? A. The payload that we were working with at the time was mRNA, yes.").

[622] *See, e.g.,* MRNA-GEN-01470185-251, at 234 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 47 of 64) ("Moderna / Genevant negotiations in 2019"). No Bates Nos. (Hoge Deposition Exhibit No. 17 – *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.,* Confidential Declaration of Shaun Ryan in Support of Appellant's Opposition to Protiva's Motion to Dismiss dated January 27, 2020, p. 6.) ("Up to and including 2019, Protiva/Arbutus or its affiliates and Moderna have been in discussions regarding providing Moderna further rights to the '435 patent, among other patents.").

[623] June 28, 2024 Deposition of Stéphane Bancel, 24:2-25:11, 34:41-35:9, 38:12-18, 45:12-57:14; May 22, 2024 30(b)(6) Deposition of Said E. Francis, 114:9-14 ("Q. But do you know what the engagements were between Mark Murray and Stéphane Bancel about this deal? A. Yes. They were about the content of the deal and the proposals that are being shared.")

[624] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 63:8-63:11.

175

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Fougerolles] came from Alnylam, which had an active collaboration with Tekmira.  So he . . . must have been aware at that time of Tekmira's portfolios."[625]

219.    The May 29, 2013 Tekmira-Moderna Term Sheet noted that the companies were "considering entering into a 'long-term' license and research agreement in which Tekmira licenses its lipid nanoparticle (LNP) Technology to Moderna for use with its mRNA Technology for the development of human therapeutics."[626]  However, the intent of the Term Sheet was "as a basis for further discussion and [was] not intended and [did] not constitute a legally binding obligation."[627]  Moderna summarized the Tekmira's May 2013 proposed term sheet and Moderna's January 2014 counterproposal term sheet as shown in **Figure 2.46**,[628] below; Mr. Francis testified regarding why he was making this comparison as follows: "Because your practice is to do comparables is to how do different licensing agreements stack up."[629]

---

[625] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 64:1-64:6.

[626] MRNA-GEN-01767964-971, at 964 (Francis Deposition Exhibit No. 6 – May 29, 2013 Tekmira-Moderna Term Sheet (Moderna Redline)).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 68:16-68:20 ("Q. And what – again, what the parties are discussing here is using Tekmira's LNP with Moderna's mRNA?  A. That's the license grant is to use the Tekmira LNP with mRNA.").

[627] MRNA-GEN-01767964-971, at 964 (Francis Deposition Exhibit No. 6 – May 29, 2013 Tekmira-Moderna Term Sheet (Moderna Redline)).

[628] MRNA-GEN-01717733-758, at 756 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 24 of 26).

[629] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 211:21-212:1.

176

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

## Comparison of Alnylam and Tekmira TS to Moderna (2/2)

### Product by Product terms

| Alnylam to Moderna TS | Tekmira to Moderna (May 2013 TS) | Moderna to Tekmira (January 2014 TS) | |
|---|---|---|---|
| | $5m (up to 5 can be excl. / rest non-excl.) | $0.5m (excl.) | — (non-excl) |
| | up to $52m | up to $11.5m (excl.) | up to $5m (non-excl) |
| | • — | • — | • — |
| | • $5.0m (first 2 products then $3m) | • — | • $0.25m |
| | • $5.0m | • $0.5m | • $0.25m |
| | • $7.0m | • $1.0m | • $0.5m |
| | • $10.0m | • $2.0m | • — |
| | • $15.0m | • — | • $1.5m |
| | | • $3.0m | |
| | • $10.0m | • $5.0m | • $2.5m |
| | • 7% | • 2.0% | • 1.0% |
| | • 7% | • 2.5% | • 1.5% |
| | • 7% | • 3.0% | • 2.0% |
| | Royalty stacking with a floor of 3.5% | | |
| | • **Manufacturing**: from GMP and GLP LNP formulated materials to Phase II studies at a pre-agreed rate | | |
| | • **Guaranteed FTE funding**: 3-year minimum FTE funding of at least 3.3m per year | | |
| | • **Other**: Tech transfer for Phase III of $1m | | |

COMPANY CONFIDENTIAL INFORMATION

moderna

Moderna™

5/23/2015

Company Confidential Information

**FIGURE 2.46**

220.    In May 2015, Moderna was negotiating a potential exclusive license agreement with Tekmira.[630] The "rationale" included: "Access to: broad LNP IP portfolio," "Access to: Accumulated clinical safety and efficacy expertise," and "Access to: proven manufacturing know-how."[631]

[630] MRNA-GEN-01717733-758, at 756 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, 26 Slides).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 204:12-204:15 ("Q. And this [Francis Deposition Exhibit No. 29] describing the negotiation of a potential exclusive license agreement with Tekmira, correct?  A. Yes.").
[631] MRNA-GEN-01717733-758, at 735 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 3 of 26).

177

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

221.    Moderna's March 25, 2020 "Partnering Committee Update" summarized its discussions and negotiations with Arbutus/Genevant as shown in **Figure 2.47**,[632] below.



**FIGURE 2.47**

222.    Dr. Hoge testified: "Said Francis, who's our – who led these negotiations would have much more detail presentation on that."[633] "Said Francis would have been leading business development through these periods.  He wasn't there in early '13, but certainly in 2015 and 2017 I would have expected him to be preparing these slides, or someone on his team."[634]  Dr. Hoge testified regarding the circumstances of these discussions and negotiations as follows:

---

[632] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 48 of 64) ("Project Zurich – history . . ."). June 28, 2024 Deposition of Stéphane Bancel, 110:2-115:1 (testimony regarding 235, Slide 48).

[633] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 129:9-129:11.

[634] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 130:4-130:9.

178

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

THE WITNESS: So I think the reason I struggle in the historical examples [in Hoge Deposition Exhibit No. 11, Slides 48 and 47] is oftentimes the conversation was about, you know, third, fourth generation technologies, and so I remember repeatedly having conversations about that, that were purportedly going to be more potent or, you know, better pharmaceutical properties. And, you know, we never obviously entered into a relationship, never accessed those technologies, those third, fourth generation lipid nanoparticles. By the time of 2015 we had pivoted away from MC3, what I would consider sort of the first, second generation technologies, and so it was sort of – it's sort of hard in retrospect to say, you know, would they have come up with or would we have entered into an agreement for an SM-102-like technology, you know, a different amino lipid with other properties, and would that have been incorporated in the 1273 product, and would that have been in the structure of the agreement owed a royalty. And so that's the reason it's particularly hard, is it's a very – I believe these conversations were about Arbutus at the time, Tekmira before, Genevant subsequently, talking about their improvements on the early siRNA technologies and how they could be useful to us.

. . .

Q. So you don't think that – you don't see the applicability of these discussions to how much Moderna would pay in connection with a mRNA-1273 or COVID vaccine?

. . .

THE WITNESS: We never accessed those technologies, the third and fourth generation, with them, so I don't know how to – it's a hypothetical so I don't really know how to answer it.

. . .

Q. Okay. Because you're talking about something different, is what you're saying, isn't it? Am I misunderstanding that? You think these discussions were about something different than what the mRNA-1273 technology turned out to be.

. . .

THE WITNESS: So these – the SM-102 amino lipid and the compositions that eventually we took into 1273 were invented by Moderna scientists separately, and so it's very hard to answer a hypothetical on would Arbutus have had a similarly improved formulation and would we have chosen to partner and use that I the development of a COVID vaccine six years later or four or five years later. It's a – I don't know how to answer that question.[635]

. . .

THE WITNESS: . . . Look, I – having engaged repeatedly with Tekmira and Arbutus and Acuitas and others, very often our interests were on next generation technologies. We didn't believe the current generations of technologies were effective at all of [sic – for] our purposes, and so we were often talking about third or fourth generation with the nanoparticles, novel amino lipids that have increased potency and safety, and in that context any conversations we were having was often broad and therefore not limited to MC3. None of those agreements ever got to a substantive even agreement on highest-level terms, so actually answering what

---

[635] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 133:7-136:1.

179

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

patents were in or out of scope of agreement is not possible at this point.

. . .

Q. Okay.  It's not possible because –

A. Because there was never an agreement on what would be in or out between the parties.  It was just a beginning of a discussion.  For sure our strategic interests were broader and, from my perspective leading R&D, were always more on the is there new improvements to be had.

. . .

THE WITNESS: So as I tried to say, my interest in potential collaboration with Arbutus/Tekmira was always more broad then just the MC3 work, and that included novel generation 3, 4 platforms.[636]

223.  Moderna's March 25, 2020 "Partnering Committee Update" also included "Genevant – interlopers,"[637] which Mr. Francis testified meant: "[i]n the context of M&A, you typically look at – bankers talk about interlopers, bankers running the process, essentially companies that could be bidding or could be interested in bidding.  So a good idea is if you're thinking about the process, who could be also in the process, and that is what the slide is saying."[638]

224.  "On November 23, 2020, Arbutus and Genevant sent Moderna a letter stating that the Accused Product may infringe claims of each of the then-issued Asserted Patents and offering to discuss the terms of a collaboration or license to further both parties' goal of ending the COVID-19 pandemic.  Moderna acknowledged receipt of this letter on November 25, 2020."[639]  "On December 10, 2020, Moderna sent a letter to Arbutus and Genevant stating that Moderna was 'open to hearing [Genevant's] proposal for a partnership or patent license.'"[640]  "Upon receiving the Arbutus and Genevant proposal, however, Moderna declined to negotiate."[641]

---

[636] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 147:22-149:20.

[637] MRNA-GEN-01470185-251, at 236 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 49 of 64) ("Genevant - interlopers" listing various companies under the following category headings: "mRNA cos", "Gene editing cos", "Nucleic acid cos", and "Pharm partnered with nucleic acid cos").

[638] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 312:17-313:3.

[639] Amended Complaint, ¶ 63.  Answer to Amended Complaint, p. 46.  *See also* MRNA-GEN-02658509 (Nov. 23, 2020 Ltr. from Plaintiffs to Moderna).

[640] Amended Complaint, ¶ 64.  Answer to Amended Complaint, pp. 47.  *See also* GENV-00247417 (Dec. 10, 2020 Ltr. from Moderna to Plaintiffs).

[641] Amended Complaint, ¶ 65.  Answer to Amended Complaint, pp. 44-46, 48 (". . . Moderna admits that it declined Arbutus's licensing offers . . ."); 47 ("Moderna further admits that Moderna declined to engage in further licensing discussion after receiving Plaintiffs' proposed licensing terms, . . ."); 46, 48 ("Moderna admits that it declined Arbutus's licensing offers, . . .").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

225.    On January 8, 2021, Arbutus and Genevant sent a letter to Moderna reiterating their "willing[ness] and read[iness] to work with Moderna and contribute further [their] expertise in LNP technology, to assist in further development, manufacture, and distribution of COVID-19 vaccine doses."[642]

226.    On January 21, 2021, Genevant sent an email to Moderna explaining that Plaintiffs "ha[ve] developed extensive LNP know-how that [they] believe [could] be helpful in Moderna's Covid-19 vaccine efforts as [Moderna] ramp[s] up production and distribution."[643]

227.    On March 12, 2021, Genevant expressed its "committ[ment] to exploring a potential collaboration with Moderna to help address the continuing COVID-19 pandemic."[644]  Moreover, Genevant also noted that although "Moderna contend[ed] it does not infringe the [Patents-in-Suit]," Genevant had "no substantiation for Moderna's position" and suggested that the parties enter a "confidentiality agreement that would protect information Moderna share[d] with [Plaintiffs]," and that Moderna share "mRNA-1273 samples."[645]  On March 17, 2021, Moderna rejected Plaintiffs' proposal.[646]

228.    On April 5, 2021, Genevant once again reached out to Moderna, indicating Plaintiffs' "read[iness] to partner with Moderna to help with the important work of manufacturing and distributing the

[642] GENV-00247309-310 (January 8, 2021 Letter from Plaintiffs to Moderna).

[643] GENV-00247410-411 (January 21, 2021 Email from Pete Zorn to Said Francis, cc: Shaun Ryan and Pete Lutwyche).

[644] GENV-00247481-483, at 482 (Zorn Deposition Exhibit No. 4 – March 12, 2021 email from Peter Zorn to Neal Dahiya, Subject: Follow Up).  June 6, 2024 30(b)(6) Deposition of Pete Zorn, 114:24-115:16 ("Q. . . . Was Genevant's interest in reaching out to Moderna to discuss a potential license for LNP technology?  A. We were interested in collaborating with Moderna to help address the COVID-19 pandemic.  Q. Were there any other reasons that you were – that Genevant was reaching out Moderna?  A.  We were discussing the possibility – the potential – or a resolution to patent infringement.").

[645] GENV-00247481-483, at 482 (Zorn Deposition Exhibit No. 4 – March 12, 2021 email from Peter Zorn to Neal Dahiya, Subject: Follow Up).  *See also* June 6, 2024 30(b)(6) Deposition of Pete Zorn, 262:10-263:1 ("Q. At any time in any of your written or oral communications with Moderna, did Moderna provide any explanation of why it believed it did not infringe Genevant's patents?  A. No.  And in fact, we asked several different ways.  Q. Did any of Moderna's public statements, to your knowledge, explain why Moderna believed it did not infringe Genevant's patents?  A. Absolutely not.  Q. Did any of Moderna's written or oral statements to you or public statements suggest that it believed the cationic lipid amount or percentage in its LNP was one of its non-infringement arguments?  THE WITNESS: No.").

[646] GENV-00247481-483, at 482 (Zorn Deposition Exhibit No. 4 – March 17, 2021 email from Neal Dahiya to Pete Zorn, Subject: RE: Follow Up).

181

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

COVID-19 vaccine worldwide, as well as other applications of [Plaintiffs'] LNP technology."[647] Genevant also noted Moderna's "puzzling" decision to not share the "relevant materials with [Plaintiffs]" so that they could assess Moderna's infringement of the Patents-in-Suit.[648]

229. On June 23, 2021, Genevant once again reached out to Moderna and set out Plaintiffs and set out potential "key terms of a nonexclusive license" between the two parties.[649]  Genevant further explained that Plaintiffs' proposal reflected "the contribution of the Arbutus-patented technology to Moderna's COVID-19 vaccine and Moderna's associated revenue and growth."[650]  On June 30, 2021, Moderna rejected Plaintiffs' proposal.[651]

230. On September 14, 2021, Genevant, "in the spirit of cooperation toward [the] common goal of ending the pandemic," reached out to Moderna to see "if there had been any change in Moderna's interest in discussing a licensing arrangement or potential collaboration relating to Arbutus and Genevant's LNP intellectual property estate and the COVID-19 vaccine."[652]  Moderna declined the proposal.[653]

### b.    Moderna Filed *Inter Partes* Review Petitions

231. "Deprived of a broad license to Arbutus's valuable LNP technology and hoping to make unrestricted use of that technology without having to pay royalties, Moderna began filing *inter parties* review ('IPR') petitions requesting that the Patent and Trademark Office ['PTO'] cancel

---

[647] GENV-00247481-483, at 481 (Zorn Deposition Exhibit No. 4 – April 5, 2021 email from Peter Zorn to Neal Dahiya, Subject: Follow Up).

[648] GENV-00247481-483, at 481(Zorn Deposition Exhibit No. 4 – April 5, 2021 email from Peter Zorn to Neal Dahiya, Subject: Follow Up).

[649] GENV-00247321-322, at 321-322 (Zorn Deposition Exhibit No. 12 – June 23, 2021 Email from Pete Zorn to Neal Dahiya, Subject: Proposal).  *See also* June 5, 2024 30(b)(6) Deposition of Pete Zorn, 117:24-118:22.

[650] GENV-00247321-322, at 321-322 (Zorn Deposition Exhibit No. 12 – June 23, 2021 Email from Pete Zorn to Neal Dahiya, Subject: Proposal).  *See also* June 5, 2024 30(b)(6) Deposition of Pete Zorn, 117:24-118:22.

[651] GENV-00247321-322, at 321 (Zorn Deposition Exhibit No. 12 – June 30, 2021 Email from Neal Dahiya to Pete Zorn, Subject: RE: Proposal).

[652] GENV-00247323-325, at 323 (September 14, 2021 Email from Pete Zorn to Neal Dahiya, Subject: RE: Proposal; Notification of Patent Publications).

[653] *See* Amended Complaint, ¶ 65.  Answer to Amended Complaint, pp. 46, 48 (". . . Moderna admits that it declined Arbutus's licensing offers . . ."); 47 ("Moderna further admits that Moderna declined to engage in further licensing discussion after receiving Plaintiffs' proposed licensing terms, . . ."); 46, 48 ("Moderna admits that it declined Arbutus's licensing offers, . . .").

182

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

certain of Arbutus's patents, including some asserted here."[654]  Dr. Hoge testified that the early decision to file the IPRs was "a strategic matter, not a legal matter."[655]  I understand Moderna "had no products and no products imminently were going to be approved when it filed the IPRs in 2018."[656]

232.  In February 2018, Moderna filed its first IPR petition, challenging the validity of Arbutus's U.S. Patent No. 9,404,127 (the "'127 Patent"), which like the Asserted Patents, is directed to Arbutus's LNP technology.[657]  Plaintiffs have not asserted the '127 Patent in this litigation.  The PTAB ruled that all claims of the '127 Patent should be cancelled, and  the Federal Circuit affirmed, holding that the '127 Patent was "anticipated by the disclosures of the '069 patent."[658] The '069 patent is

---

[654] Amended Complaint, ¶ 36; Answer to Amended Complaint, p. 32.  *See also* May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 171:20-172:6 ("Q. . . Did there come a time when Moderna filed submissions at the US Patent & Trademark Office to try to invalidate various Tekmira patents?  A.  So we did enter into IPRs through the patent office on some Tekmira patents, that's correct.  I can't remember if it was Arbutus at the time, but one of the legacy companies.").

[655] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 187:3-188:13 ("THE WITNESS: So I was – without advice – without relying on privileged counsel information, I was involved in some of the early decision to file the IPRs, as a strategic matter, not as a legal matter, and our interests at that time were based on – there had been a number of press interviews granted by Tekmira executives making aspersions or disparaging Moderna related to the patent portfolio, very pretty broad, expansive statements being stated without any backup in our opinion, and investors – we were a private company at the time, but investors would repeatedly reach out to us and point this out and say, You need to respond.  If you don't respond, you know, their statements which we believe to be inaccurate and inappropriate will just stand.  And so we chose not to respond for a number of years, or maybe a year or two.  As that – those accusations in the press escalated, those attacks in the press escalated, we decided the more appropriate response – we thought the more measured response was to seek a legal proceeding where that – where the US patent office would review some of the assertions.  And so we viewed it as an appropriate legal forum as opposed to trying to, you know, pick each other apart with, you know, aspersions in the press, which we just didn't see the point of.").

[656] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 192:18-193:12 ("Q. How much money did Moderna spend in connection with filing and prosecuting its IPRs, approximately?  A. I don't know.  I would have assumed it's in the hundreds of thousands of dollars.  Q. Throughout the whole proceedings hundreds of thousands of dollars?  A. Yes, I believe so.  Q. At the time Moderna had no products and no products imminently were going to be approved when it filed the IPRs in 2018, right?  A. That's correct, we did not have any products.  As I describe here, you know, and as I said previously, this was a response to building investor frustration that we were allowing Arbutus to just make any assertion they want and not countering it.").

[657] Amended Complaint, ¶ 35; Answer to Amended Complaint, p. 32.

[658] *Arbutus Biopharma Corp. v. ModernaTX, Inc.*, 65 F.4th 656, 666 (Fed. Cir. 2023)

183

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

one of the Patents in Suit.

233.    On March 5, 2018, Moderna filed an IPR petition seeking to invalidate the claims of the '435 Patent.[659] On September 11, 2019, the Patent Trial and Appeal Board ("PTAB") panel rejected Moderna's attempt to invalidate the entire '435 Patent and upheld certain claims of the '435 Patent.[660] Moderna challenged that ruling on appeal, but in December 2021, the United States Court of Appeals for the Federal Circuit dismissed that appeal for lack of standing.[661] I understand that Plaintiffs have asserted claims 5, 7, 10, 13 and 16 in this case.[662]

234.    On January 9, 2019, Moderna filed an IPR seeking to invalidate the claims of the '069 Patent.[663] After briefing and oral argument, on July 23, 2020, the three-judge panel denied Moderna's attempt to invalidate the '069 patent, finding that the claims were not unpatentable.[664] Moderna challenged that ruling appeal, but in December 2021, the United States Court of Appeals for the Federal Circuit affirmed the decision of the PTAB.[665]

235.    I understand Moderna's efforts to challenge several Arbutus's patents, including two of which are asserted here, were largely unsuccessful, notwithstanding the resources, time, and money Moderna invested in these efforts. [666]

---

[659] *See* Petition for Inter Partes Review [Paper 2], *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.*, No. 2018-00739 (P.T.A.B Mar. 5, 2018) at 1–4.

[660] Final Written Decision [Paper 51], *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.*, No. 2018-00739 (P.T.A.B Sep. 11, 2019).

[661] *ModernaTx Inc. v. Arbutus Biopharma Corp.*, 18 F.4th 1352, 1364 (Fed. Cir. 2021).

[662] See Table 3.1.

[663] *See* Petition for Inter Partes Review [Paper 1], *Moderna Therapeutics, Inc. v. Arbutus Biopharma Corp.*, No. 2019-00554 (P.T.A.B Jan. 9, 2019).

[664] *See* Judgment and Final Written Decision [Paper 40], *Moderna Therapeutics, Inc. v. Arbutus Biopharma Corp.*, No. 2019-00554 (P.T.A.B July 23, 2020).

[665] *ModernaTx, Inc. v. Arbutus Biopharma Corp.*, 18 F.4th 1364, 1377 (Fed. Cir. 2021).

[666] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 192:18-193:12 ("Q. How much money did Moderna spend in connection with filing and prosecuting its IPRs, approximately? A. I don't know. I would have assumed it's in the hundreds of thousands of dollars. Q. Throughout the whole proceedings hundreds of thousands of dollars? A. Yes, I believe so. Q. At the time Moderna had no products and no products imminently were going to be approved when it filed the IPRs in 2018, right? A. That's correct, we did not have any products. As I describe here, you know, and as I said previously, this was a response to building investor frustration that we were allowing Arbutus to just make any assertion they want and not countering it.").

184

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

or oral communications with Moderna, did Moderna provide an explanation of why it believed it did not infringe Genevant's patents.[675]  Mr. Zorn also testified that to his knowledge, none of Moderna's public statements explained why Moderna believed it did not infringe Genevant's patents.[676]

238.    I understand that Plaintiffs assert that Moderna infringes the Patents-in-Suit and it is entitled to a reasonable royalty based on its alleged making, using, offering to sell, and selling in the U.S., and importing into the U.S.  Further, I understand that Plaintiffs assert that Moderna's infringement is willful and it is entitled to enhanced damages.

**C.    The Accused Product**

239.    In May 2024, Moderna's Dr. Stephen Hoge testified: "there have been . . . at least four [versions of the COVID vaccine product] that I can think of inclusive of this year," comprising the primary series, the seasonal updates, and the strain updates.[677]  In addition, Dr. Hoge testified that the various versions of the COVID vaccine also had different molar ratios of lipids in LNPs.[678]  In September 2020, Moderna's September 11, 2020 "mRNA-1273 Drug Products (Clinical and

---

**intellectual property impediments for any products we intend to commercialize, including mRNA-1273**." Though it is still unclear whether Moderna's vaccine development efforts use the LNP technology in question, the PTAB's ruling increases the pressure on Moderna to seek a sublicense on the technology." (emphasis added)).

[675] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 262:10-262:19 ("Q. At any time in any of your written or oral communications with Moderna, did Moderna provide any explanation of why it believed it did not infringe Genevant's patents?  A. No. And in fact, we asked several different ways.").

[676] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 262:16-262:19 ("Q. Did any of Moderna's public statements, to your knowledge, explain why Moderna believed it did not infringe Genevant's patents?  A. Absolutely not.").

[677] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 255:9-255:18 ("Q. There have been multiple versions of the COVID vaccine product, is that right?  A. If you're referring to the seasonal updates, the strain updates, yes, there have been – I would have to – at least four that I can think of inclusive of this year.  There have also been product – primary series, so people when they first got two doses, they needed two doses, versus a booster, which is you only need to get it once.").

[678] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 257:10-258:1 ("Q. The various versions of the COVID vaccine also had different molar ratios with the LNPs, correct?  A. I don't – so the primary series, I was referring to that as the 100-microgram does, had a, I believe, a lower PEG component.  The booster doses, forward, as I referred to it, the 50-microgram dose level, which is now where we have now had multiple strains – . . . is that subsequent updates to the vaccine have all been in the booster context and been in the same composition.").

187

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

In a deal to cancel more than 200 million doses reached late last year, **Gavi agreed to allow Moderna to keep an advance payment it had made.** In exchange, Gavi was released from having to make any additional payments for the doses, meaning they were canceled at a cost "substantially lower" than expected, according to the documents. **Moderna also issued Gavi a credit for $58 million for future products, which is good until 2030.**

. . .

Moderna . . . declined to comment on the terms.[726]

### 3.    Significant Evidence Supports the May 31, 2020 Date of Moderna's First Alleged Infringement

266.    Significant evidence supports my opinion regarding Moderna's earliest date of first alleged infringement in connection with mRNA-1273 outside the 35 U.S.C. § 271 (e)(1) safe harbor which is its **offer to sell** to the U.S Government on **May 31, 2020**.

### a.    Events Leading Up To and Just After May 31, 2020

267.    Various events leading up to and just after the May 31, 2020 date of Moderna's earliest date of first alleged infringement include, e.g.,:

- Moderna's immediate deployment of at-risk capital to make mRNA-1273, which was authorized by Moderna's board of directors on **May 15, 2020**.[727]

- Moderna's **May 18, 2020** press release announcing "Positive Interim Phase 1 Data for its mRNA Vaccine (mRNA-1273) Against Novel Coronavirus."[728]

---

[726] Stephanie Nolen, Rebecca Robbins, "Vaccine Makers Kept $1.4 Billion in Prepayments for Canceled Covid Shots for the World's Poor," *The New York Times,* February 1, 2023, *available at*
https://web.archive.org/web/20230201100728/https://www.nytimes.com/2023/02/01/health/covid-vaccines-covax-gavi-prepayments.html (emphasis added).

[727] *See, e.g.,* MRNA-GEN-02645690-752, at 743, 745 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slides 55-56 of 63) ("MODERNA, INC. Minutes of a Meeting of the Board of Directors – May 15, 2020 . . . RESOLVED: That **the preparation and filing of the S-3 is in all respects approved**; and that Stéphane Bance and Lorence Kim . . ., be, and each of them acting singly hereby is, authorized, in the name and on behalf of the Company, to execute the S-3 in substantially the form contemplated by these resolutions . . .   RESOLVED: **To authorize the Company to issue and sell up to $1,500,000,000 of Shares**, plus any additional amount as is approved under the greenshoe, as is approved by the Financing Committee in an underwritten public offering . . . (emphasis added)).

[728] "Moderna Announces Positive Interim Phase 1 Data for its mRNA Vaccine (mRNA-1273) Against Novel Coronavirus," *Moderna,* May 18, 2020, *available at*
https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Positive-Interim-Phase-1-Data-for-its-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

- manufacturing tech transfer to Lonza in preparation for at-risk manufacturing that began in **June 2020**,[729]

- manufacturing at-risk that began no later than **June 16, 2020**[730], and

- use of historical clinical data and manufacturing experience for mRNA-1273 to attempt to design around the Arbutus' patents that began on or about **July 29, 2020**.[731]

268.   On **May 15, 2020,** Moderna made the decision to raise and immediately deploy at-risk capital, including Dr. Hoge's statement that **"[w]e have clearly made a pivot to 'commercial' once we deploy risk-capital . . ."**[732]

269.   In advance of "deploy[ing] risk capital," however, Moderna undertook certain commercial activities.  The following timeline of events shows that Moderna's commercial activities relating to mRNA-1273 began in May 2020—shortly *before* it "deploy[ed] risk capital":

---

[729] MRNA-GEN-01725205-210, at 206 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 22 – October 10, 2021 email from Stephen Hoge to Gregory Zuckerman, Subject: Re: what do you think of this criticism of you guys/Pfizer??) (". . . We successfully transferred to Lonza starting in June 2020 . . .")).  MRNA-GEN-01729273-277, at 273 (*Moderna v. Pfizer* Parsons Deposition Exhibit No. 6 – October 10, 2021 email from Stephen Hoge to Gregory Zuckerman, Subject: Re: what do you think of this criticism of you guys/Pfizer??) (same)).  MRNA-GEN-01729540-580, at 573 (*Moderna v. Pfizer* 30(b)(6) Deposition of Don Parsons, Ph.D., 134:3-134:5 ("Q. And that process, the tech transfer process started in June 2020, correct?  A. Yes.")).

[730] See, e.g., MRNA-GEN-00038969-981, at 971 (indicating disposition of mRNA-1273 LNP lot Number 5006820003 for Phase 3 [Study P301] and disposition of mRNA-1273 LNP lot Number 5006820004 for Phase 3 [Study P301] and for Commercial use), at 974 (indicating Date of Manufacture for mRNA-1273 LNP lot Number 5006820003 as June 16, 2020 and mRNA-1273 LNP lot Number 5006820004 as June 24, 2020); see also MRNA-GEN-00044097-131 (November 19, 2021 mRNA-1273 Drug Product Manufacturing Drug History Report). See also, e.g., MRNA-GEN-00141068 at -106 (Genealogy Data).

[731] MRNA-GEN-00601091-095, at 094 (Parsons Deposition Exhibit No. 13 – July 29, 2020 7:49 AM email from Paul Dawidczyk to Don Parsons, Michael Smith, Cc: Soraya Landers, Melissa Mortell, Subject: Some assistance please; Importance: High).

[732] MRNA-GEN-01639767-768, at 767 (Hoge Deposition Exhibit No. 43 – May 12, 2020 email from Stephen Hoge to Tal Zaks, Patrick Bergstedt, Lorence Kim, Subject: RE: following up on today's call) (". . . c. $15/dose = $30/course (2 doses)…this is in support of the MOU pricing (i.e., we create $1000/course in Tier 1-3, and $380/course average across the whole population so $30 is a steal.  We should honestly debate whether $100 is a better answer on value split.  And commission someone external to do the same analysis.  **We have clearly made a pivot to 'commercial' once we deploy risk-capital (we could lose the $1bn of working capital if the drug fails) so I think we have every right to price based on a minority share of the value delivered."** (emphasis added)).

205

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**(1)    May 1, 2020 Lonza Strategic Collaboration Agreement**

270.    Mr. Bancel's January 3, 2021 letter to shareholders in Moderna's 2020 Annual Report establishes both importance and the commercial nature of its May 1, 2020 strategic collaboration agreement with Lonza, which he described as follows:

> To enable larger scale manufacture of mRNA-1273 globally, we announced a 10-year strategic collaboration agreement with Lonza on May 1 [2020]. Lonza shared our commitment to rapidly addressing the pandemic and enabled us to accelerate our manufacturing capacity for mRNA-1273—and our ability to help protect as many people as possible.

**(2)    Dr. Hoge's May 12, 2020 email**

271.    By late-March-2020, the evidence shows that Moderna had decided to "opportunistically" pursue mRNA-1273—but it had not yet made the decision to deploy "risk-capital." In a May 12, 2020 email, Dr. Hoge stated:

> **We have clearly made a pivot to "commercial" once we deploy risk-capital (we could lose the $1bn of working capital if the drug fails) so I think we have every right to price based on a minority share of the value delivered.**[733]

272.    Moderna's internal documents show that on or about May 15, 2020 it "clearly made a pivot to 'commercial'" when it made the decision to raise $1.25 billion in "risk-capital," which is discussed in the next sections.

**(3)    Moderna's Friday, May 15, 2020 "Board Discussion"**

273.    By mid-May 2020, "Time was ticking, rivals were acting, people were dying, and Moderna as sitting on its hands. It was eating them up,"[734] according to Gregory Zuckerman. Moderna needed

---

[733] MRNA-GEN-01639767-768, at 767 (Hoge Deposition Exhibit No. 43 – May 12, 2020 email from Stephen Hoge to Tal Zaks, Patrick Bergstedt, Lorence Kim, Subject: RE: following up on today's call) (". . . c. $15/dose = $30/course (2 doses)…this is in support of the MOU pricing (i.e., we create $1000/course in Tier 1-3, and $380/course average across the whole population so $30 is a steal. We should honestly debate whether $100 is a better answer on value split. And commission someone external to do the same analysis. **We have clearly made a pivot to 'commercial' once we deploy risk-capital (we could lose the $1bn of working capital if the drug fails) so I think we have every right to price based on a minority share of the value delivered."**) (emphasis added).

[734] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.

206

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

to get its manufacturing process going, but it did not have the money, which Mr. Zuckerman described as follows:

> Juan Andres, a Madrid-born executive who headed Moderna's manufacturing effort, was desperate to start making tens of millions of doses of the company's vaccines, or even hundreds of millions of doses, so they could be ready to be distributed as soon as the shots were authorized by regulators.
> . . .
> Now, Andres couldn't get Moderna's vaccine-manufacturing process going; he didn't have enough money to buy the essential ingredients for the shots. The company needed hundreds of millions of dollars, perhaps even more than a billion dollars. Andres didn't know where the money was going to come from; neither did Bancel and Hoge.
> . . .
> By May 2020, Moderna still couldn't produce much of its vaccine. AstraZeneca, Pfizer, and J&J were all bulking up their own manufacturing capacities, preparing to produce tens of millions of doses as soon as regulators authorized their shots. Moderna was sitting still, though, and Andres was becoming more frustrated. People were suffering all over the world. He and his company were in a position to help, yet he couldn't do a thing to pitch in.
>
> "We need to place the orders if we want vaccines," an exasperated Andres told a colleague. "We need to do it now!"[735]

274. Faced with the foregoing, Moderna convened a board meeting to request approval to immediately raise $1 billion in risk capital.  In desperate need for cash, and fresh off the "humbling" February 2020 share offering at $19/share, *below* the $23/share IPO price, discussed in more detail below, Moderna announced certain limited mRNA-1273 Phase 1 results as an "appropriate catalyst" for its May 18, 2020 offering.[736]

275. Moderna's Friday, May 15, 2020 "Board Discussion" stated: "Executive Summary[:] Management believes, and COVID committee agrees, that **Moderna should deploy ~$1 billion of risk capital immediately to capture an unprecedent opportunity in [mRNA-]1273[.]** . . . Management recommends, and financing committee agrees, that we should pursue a financing in the near-

---

[735] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.

[736] *See, e.g.,* May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 91:10-91:12 ("THE WITNESS: Successful clinical data helped to raise markets [sic – money] from capital markets, yes.").

207

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

term."[737]  Moderna's May 15, 2000 "Board Discussion" slide deck shows that it planned to announce Phase1 clinical data—and that it would be a "catalyst" for "raising capital" stating: **"Expected announcement of Phase 1 clinical data creates appropriate catalyst for articulating mRNA-1273 use of proceeds story and raising capital[.]"**[738]  Moderna did in fact announce the Phase I clinical data early on Monday, May 18, 2020[739]—before the markets opened—and announced a stock offering on the same day, after the markets closed.

276.  Moderna's "Proposed Resolutions" associated with the May 15, 2020 Board Meeting included a "Proposed Public Offering" pursuant to which Moderna would "issue and sell, pursuant to the S-3 to be filed the Securities Act, . . ."[740]  The meeting minutes of the May 15, 2020 Board Meeting establish the Moderna's BoD authorized the preparation and filing of the S-3 at that meeting, and the company was "authorize[d] . . . to issue and sell up to $1,500,000,000 of Shares."[741]

277.  After the markets closed—and nine hours after the Phase I clinical data press release—Moderna issued a second press release announcing a stock offering.  The SEC's website shows that it accepted Moderna's S-3, an approximately 50-page document,[742] on Monday, May 18, 2020 at

---

[737] MRNA-GEN-02645641-677, at 642 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 2 of 37) (emphasis added).

[738] MRNA-GEN-02645641-677, at 642 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 2 of 37) (emphasis added).

[739] "Moderna Announces Positive Interim Phase 1 Data for its mRNA Vaccine (mRNA-1273) Against Novel Coronavirus," *Moderna,* May 18, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Positive-Interim-Phase-1-Data-for-its-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx.

[740] MRNA-GEN-02645641-677, at 674 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 34 of 37).

[741] MRNA-GEN-02645690-752, at 743, 745 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slides 55-56 of 63) ("MODERNA, INC. Minutes of a Meeting of the Board of Directors – May 15, 2020 . . . RESOLVED: That **the preparation and filing of the S-3 is in all respects approved**; and that Stéphane Bance and Lorence Kim . . ., be, and each of them acting singly hereby is, authorized, in the name and on behalf of the Company, to execute the S-3 in substantially the form contemplated by these resolutions . . .  RESOLVED: **To authorize the Company to issue and sell up to $1,500,000,000 of Shares**, plus any additional amount as is approved under the greenshoe, as is approved by the Financing Committee in an underwritten public offering . . . (emphasis added)).

[742] Moderna, Inc. Form S-3 Registration Statement filed May 18, 2020, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312520145034/d934454ds3asr.htm.

208

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

16:13:38 (*i.e.,* 4:13 p.m. EDT).[743]  Five minutes later, Moderna issued the press release announcing its $1.25 billion stock offering and the filing of the S-3.[744]  This sequence of events set off "an uproar," and "[b]y Tuesday, a backlash was underway. . . . And the stock sale stirred concerns about whether the company had sought to jack up the price of its stock offering with the news."[745] "David Maris, managing director of Phalanx Investment Partners, and a longtime analyst covering the pharmaceutical industry . . . said he would leave it to regulators to decide if the company acted inappropriately in not announcing the stock sale sooner, and said that investors should have been told earlier that the company was considering a stock offering.  'There's something wrong with that,' he said."[746]  On Tuesday, May 19, 2020, CNBC's Fast Money Guy Adami commented: "it just didn't past the sniff test it just the optics were not good and maybe everything was on the up and up I have no idea whether or not that's the case, but the optics weren't great, Mel, and I think we're seeing the aftermath now."[747]

278.    In response to the uproar, Dr. Afeyan, "Flagship's CEO and Moderna's chairman, defended the decision to raise capital on the day of the vaccine press release in an interview with The New York Times.  Afeyan said the biotech company's board was considering an offering prior to Monday's announcement, but finalized the decision only late in the day.[748]  "'It was based on our looking at

[743] Moderna, Inc. Form S-3 Registration Statement Index filed May 18, 2020, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312520145034/0001193125-20-145034-index.html.

[744] "Moderna Announces Proposed Public Offering of Shares of Common Stock," *Moderna,* May 18, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Proposed-Public-Offering-of-Shares-of-Common-Stock/default.aspx.

[745] Katie Thomas, Denise Grady, "How Upbeat Vaccine News Fueled a Stock surge, and an Uproar," *The New York Times,* May 23, 2020, Updated July 14, 2020, *available at* https://www.nytimes.com/2020/05/23/health/coronavirus-vaccine-moderna.html.

[746] Katie Thomas, Denise Grady, "How Upbeat Vaccine News Fueled a Stock surge, and an Uproar," *The New York Times,* May 23, 2020, Updated July 14, 2020, *available at* https://www.nytimes.com/2020/05/23/health/coronavirus-vaccine-moderna.html.

[747] "Moderna raises eyebrows with stock offering ahead of STAT News report," *CNBC Television,* May 19, 2020, video at 7:44-7:57 of 9:00, *available at* https://www.youtube.com/watch?v=nPgm1nfH1HQ.

[748] Contrary to Dr. Afeyan's statement to *The New York Times,* Moderna's BoD meeting minutes of the May 15, 2020 meeting show that Moderna's BoD authorized the offering on **May 15, 2020.** *See* MRNA-GEN-02645690-752, at 743, 745 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slides 55-56 of 63) ("MODERNA, INC. Minutes of a Meeting of the Board of Directors – May 15,

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

the data and concluding that we needed to have our own resources going into develop this vaccine and not simply wait for government grants,' he told the newspaper."[749]

279.   Moderna's internal documents, however, show that the company had presented investment analysis to its Board of Directors and requested approval to raise capital days earlier. ███████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████ "[750]  Moderna further stated: "Accelerating working capital financing immediately would generate $1-3Bn+ in incremental gross margin in 2021," based on incremental risk-adjusted mRNA vaccine revenue of $2 to $5

2020 . . . RESOLVED: That **the preparation and filing of the S-3 is in all respects approved**; and that Stéphane Bance and Lorence Kim . . ., be, and each of them acting singly hereby is, authorized, in the name and on behalf of the Company, to execute the S-3 in substantially the form contemplated by these resolutions . . .  RESOLVED: **To authorize the Company to issue and sell up to $1,500,000,000 of Shares**, plus any additional amount as is approved under the greenshoe, as is approved by the Financing Committee in an underwritten public offering . . . (emphasis added)).  Moderna's BoD meeting minutes of the May 18, 2020 meeting that was convened at 2:00 pm ET and adjourned at 7:30 pm ET are **redacted**. *See* MRNA-GEN-02645690-752, at 730-732 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slides 41-43 of 63) (". . . Dr. Afeyan called the Meeting to order at 2:00 pm ET and turned the meeting over to Dr. Kim to inform the Financing Committee of the proposed offering terms.  Questions were asked and answered, and a discussion ensued.  Following discussion and upon a motion duly made and seconded, it was agreed by all members present as follows: **Redacted – Nonresponsive**  There being no further business, the Meeting was, upon a motion duly made and seconded, adjourned at approximately 7:30 pm (ET).").

[749] Matt Egan, Robert Kuznia, "Moderna's coronavirus vaccine announcement set off a frenzy on Wall Street.  Now some are calling for an investigation," *CNN,* June 1, 2020, *available at* https://www.cnn.com/2020/06/01/business/moderna-vaccine-stock-sales-invs/index.html.  *See also* Katie Thomas, Denise Grady, "How Upbeat Vaccine News Fueled a Stock surge, and an Uproar," *The New York Times,* May 23, 2020, Updated July 14, 2020, *available at* https://www.nytimes.com/2020/05/23/health/coronavirus-vaccine-moderna.html.

[750] MRNA-GEN-02645641-677, at 644 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 4 of 37).

billion, as shown in **Figure 2.49**,[751] below.  Moderna's projections will be discussed in more detail later.  *See* IV.C.1.c.



**FIGURE 2.49**

---

[751] MRNA-GEN-02645641-677, at 660 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 20 of 37).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 411:1-412:4 ("

211

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

280. Moderna's May 15, 2020 "Board Discussion" shows that the company had assessed the potential economic risks and rewards and concluded that "[a]cceleration of $1Bn in working capital immediately delivers 12-29x return within 18 months," as shown above.[752]  In particular,



.[754]

<b>(4)    Moderna's Monday, May 18, 2020 Press Releases and
Conference Call</b>

281. While Moderna publishes press releases to report certain business updates to the public, it "has been criticized in the past for not publishing much at all."[755]  "In a 2017 interview with the Financial Times, Moderna's CEO, Stéphane Bancel, defended the firm's secretiveness as necessary for 'competitive reasons.'"[756]  Moderna's objective was "dominate the space," and it knew it had to act swiftly and avoid the mistakes made by other biotech companies, which was explained as follows:

> The academic papers published by Karikó and Ross were in the public domain, for anyone to see.  If mRNA was truly capable of revolutionizing the drug world, pharmaceutical companies, biotech firms, and others were sure to catch on.  The German company CureVac already was using mRNA for vaccines, though it wasn't modifying the nucleosides of its mRNA.  Another company in that country BioNTech, was doing its own mRNA experiments.
>
> Moderna needed to prove that its approach worked and raise a ton of money to develop multiple drugs, all before rivals caught up, Bancel decided.  Biotech pioneer Genentech had been the first to produce recombinant proteins, introducing human insulin and growth hormone, which because the first biotech drugs.  But others quickly joined the game, preventing Genentech from dominating the field. They had squandered an opportunity, Bancel felt.  Now Moderna had a chance to

---

[752] MRNA-GEN-02645641-677, at 660 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 20 of 37).

[753] MRNA-GEN-02645641-677, at 658 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 18 of 37).

[754] MRNA-GEN-02645641-677, at 654 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 14 of 37).

[755] Michael Hiltzik, "Column: Moderna execs sold $29 million in stock after its early vaccine announcement," *Los Angeles Times,* May 26, 2020, *available at* https://www.latimes.com/business/story/2020-05-26/moderna-execs-stock-sales.

[756] Michael Hiltzik, "Column: Moderna execs sold $29 million in stock after its early vaccine announcement," *Los Angeles Times,* May 26, 2020, *available at* https://www.latimes.com/business/story/2020-05-26/moderna-execs-stock-sales.

212

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

own the world of mRNA therapeutics, maybe even do something historic.  But it would have to act swiftly.[757]

. . .

In Bancel's view, the ire and impatience were necessary.  Moderna had a chance to revolutionize health care and he was sure competition was around the bend, so he had to push his team to move as fast as possible.[758]

. . .

[T]he Moderna team had been trained to avoid conversations.  The company was still in stealth mode.  It didn't have a website, wouldn't talk to the press, and forced employees to sign confidentiality agreements preventing them from sharing information, even with spouses.  The researchers were accumulating valuable data, but Afeyan and Bancel didn't want it published in scientific journals, as most other biotechs did.  Bancel didn't want to tip potential rivals off to what his team was up to, nor did he want to alert big drug companies, which might then shift dozens of their scientists to focus on mRNA work.  "All we need is for Genentech to find out" what the company was doing, Bancel told a colleague.[759]

282.    In June 2020, *CNN* published an interview with Gary Schwitzer, a journalist, publisher, and University of Minnesota professor whose research areas include "health care journalism," "health communication," "media ethics," and "conflicts of interest in health care, research,  [and] journalism."[760]The *CNN* article described the difference between press releases, pre-print papers and published papers and stated they "all serve different purposes, and carry different weight with both scientists and journalists."[761]  Schwitzer described the purpose of a press release as follows:

A press release "is there to make your institution, your client, your big name researcher, your product, your drug company and its products, look as good as can be, hoping that that press release will convince journalists to write about it."…

---

[757] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 117.

[758] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, pp. 119-120.

[759] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 122.

[760] "Gary J Schwitzer," *Experts@Minnesota*, University of Minnesota, n.d., *available at* https://experts.umn.edu/en/persons/gary-j-schwitzer. Dr. Sanjay Gupta, "Science by press release: When the story gets ahead of the science," *CNN Health,* June 27, 2020, *available at* https://www.cnn.com/2020/06/27/health/science-by-press-release-gupta/index.html.

[761] Dr. Sanjay Gupta, "Science by press release: When the story gets ahead of the science," *CNN Health,* June 27, 2020, *available at* https://www.cnn.com/2020/06/27/health/science-by-press-release-gupta/index.html.

213

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Because it's written by whoever is promoting the product, it's almost never negative[.][762]

283.    On the first business day after the May 15, 2020 Board meeting, Moderna had a conference call and issued the three (3) press releases as follows:

(a)    May 18, 2020 at 7:30 a.m. EDT Press Release

284.    On May 18, 2020 at 7:30 a.m. EDT—Moderna issued a press release announcing "Positive Interim Phase 1 Data for its mRNA Vaccine (mRNA-1273) Against Novel Coronavirus."[763] Dr. William Haseltine, a former Harvard Medical School professor stated:

> The Moderna announcement described a safety trial of its vaccine based on eight healthy participants. The claim was that in all eight people, the vaccine raised the levels of neutralizing antibodies equivalent to those found in convalescent serum of those who recovered from covid-19. What to make of that claim? Hard to say, because we have no sense of what those levels were. This is the equivalent of a chief executive of a public company announcing a favorable earnings report without supplying supporting financial data, which the Securities and Exchange Commission would never allow.[764]

285.    Nonetheless, Moderna's stock price surged on the news, as shown in **Figure 2.50**,[765] below.  Jacob Frankel, a former SEC enforcement lawyer summarized Moderna's stock surge as follows: "Friday [May 15, 2020] close at $66; . . . Monday [May 18, 2020] open at $86, a close at $80, aftermarket

---

[762] Dr. Sanjay Gupta, "Science by press release: When the story gets ahead of the science," *CNN Health,* June 27, 2020, *available at* https://www.cnn.com/2020/06/27/health/science-by-press-release-gupta/index.html.

[763] "Moderna Announces Positive Interim Phase 1 Data for its mRNA Vaccine (mRNA-1273) Against Novel Coronavirus," *Moderna,* May 18, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Positive-Interim-Phase-1-Data-for-its-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx.

[764] William Haseltine, "Opinion | Moderna's claim of favorable results in its vaccine trial is an example of 'publication by press release,'" *The Washington Post,* May 19, 2020, *available at* https://www.washingtonpost.com/opinions/2020/05/19/rush-share-good-news-covid-19-drugs-is-undermining-science/.

[765] "Moderna raises eyebrows with stock offering ahead of STAT News report," *CNBC Television,* May 19, 2020, video at 0:45 of 9:00, *available at* https://www.youtube.com/watch?v=nPgm1nfH1HQ.

214

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

press release at $76 on the offering, and a Tuesday [May 19, 2020] close at $71, you know that market reaction defines materiality."[766]



**FIGURE 2.50**

286.    On May 12, 2020, "Moderna's $23 billion enterprise value [was described] as 'astonishingly high' for a company with no approved products and no appreciable revenue."[767]    A week later, Moderna's enterprise value "was $29 billion, with the stock reaching another all-time high of $80 per share, or four times the price from the beginning of the year." [768]

287.    By May 23, 2023, Dr. Afeyan acknowledged that "[p]eople are basically saying, you know, one shouldn't do this [release partial Phase I data]. And if you don't put out data, people will say, why

---

[766] "Moderna raises eyebrows with stock offering ahead of STAT News report," *CNBC Television,* May 19, 2020, video at 0:49-1:07 of 9:00, *available at* https://www.youtube.com/watch?v=nPgm1nfH1HQ.

[767] Adam Feuerstein, "Moderna carries a big-boy market valuation now, so it shouldn't act like a biotech penny stock," *STAT News,* May 19, 2020, *available at* https://www.statnews.com/2020/05/19/moderna-carries-a-big-boy-market-valuation-now-so-it-shouldnt-act-like-a-biotech-penny-stock/.

[768] Adam Feuerstein, "Moderna carries a big-boy market valuation now, so it shouldn't act like a biotech penny stock," *STAT News,* May 19, 2020, *available at* https://www.statnews.com/2020/05/19/moderna-carries-a-big-boy-market-valuation-now-so-it-shouldnt-act-like-a-biotech-penny-stock/.

215

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

are you withholding the data?  People are trading without knowing the data.  So it's a tough situation to be doing science in, and we have no choice because we ae trying to develop a vaccine. . . . As a public company, if we have it [the latest data], we cannot give this to them [governments around the world] and hide it from other people."[769]

288.   On May 20, 2020, *ABC News* reported, which included a statement by Mr. Bancel referencing **"[t]he totality of data from our vaccines platform** gives us reason to be optimistic about the prospects for our vaccines to come, including our vaccine against the novel coronavirus" and stated:

> In response to questions from ABC News, Moderna's Chief Executive Officer Stéphane Bancel issued a brief statement.

> "The totality of data from our vaccines platform gives us reason to be optimistic about the prospects for our vaccines to come, including our vaccine against the novel coronavirus," Bancel said.

> After announcing a vaccine candidate in January, Moderna reported on Monday that its potential vaccine "elicited neutralizing antibodies in all eight" of the participants for which data was available so far from its Phase 1 trial. The vaccine was also "generally safe and well tolerated," the release said, meaning there were no serious side effects observed.

> Stéphane Bancel, Chief Executive Officer at Moderna, said the company "could not be happier about this interim data," and its stock soared following the news – from $66.69 per share at close on Friday to $86.28 following the announcement – leading at least one expert to question the motives behind the release.

> "They are not speaking to the American public," Hotez told ABC News. "They are speaking to their investors and their shareholders, and that's the way they do business."[770]

289.   Years earlier, in September 2016, a *STAT* profile reported that "former employees said they felt that Bancel prized the company's ever-increasing valuation, now approaching $5 billion, over its

---

[769] Katie Thomas, Denise Grady, "How Upbeat Vaccine News Fueled a Stock surge, and an Uproar," *The New York Times,* May 23, 2020, Updated July 14, 2020, *available at* https://www.nytimes.com/2020/05/23/health/coronavirus-vaccine-moderna.html.

[770] Olivia Rubin, "'Science by press release': Sudden rise of vaccine developer Moderna rankles some in scientific establishment – Favorable early results have generated excitement and brought scrutiny," *ABC News,* May 21, 2020, *available at* https://abcnews.go.com/US/science-press-release-sudden-rise-vaccine-developer-moderna/story?id=70814887.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

science."[771]  In addition, Moderna's Dr. Hoge testified that Moderna's market capitalization pre- and post- the mRNA vaccine: "I guess the most obvious estimate is, I guess, the current share price . . ." meaning that the value of Moderna's share price or the market capitalization compared to what the market capitalization was before COVID began in late 2019 "would be a simplistic way" to estimate the value Moderna derived from being able to be one of the first two companies to supply the COVID vaccine.[772]

290.   Moderna's share price ballooned during the period 2020 to 2022, as shown in **Figure 2.51**,[773] below.



**FIGURE 2.51**

291.   Moderna's share price has closed above $100 since mid-November 2020—a more than 5x increase from its pre-pandemic share price of $18.89.  The closing price of Moderna's share price during selected dates was as follows:

  ▪ **December 30, 2019 (Pre-pandemic):**   $18.89
  ▪ **May 18, 2020 (Press Release[774]):**   $69.00 (opened at $86.14, high $87.00)

---

[771] Damian Garde, "Ego, ambition, and turmoil: Inside one of biotech's most secretive startups," *STAT News,* September 13, 2016, *available at* https://www.statnews.com/2016/09/13/moderna-therapeutics-biotech-mrna/.
[772] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 90:9-91:20.
[773] "Moderna, Inc.," *Yahoo!Finance,* July 7, 2024, *available at* https://finance.yahoo.com/quote/MRNA/.
[774] "Moderna Announces Positive Interim Phase 1 Data for its mRNA Vaccine (mRNA-1273) Against Novel Coronavirus," *Moderna,* May 18, 2020, *available at*

217

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

- **November 30, 2020 (Press Release[775]):**    $152.52
- **September 7, 2021 (Peak):**              $449.38

### (b)    May 18, 2020 at 8:30 a.m. EDT Conference Call

292.    One hour later, at 8:30 a.m. EDT, Moderna held a conference call to discuss the SARS-CoV-2 Vaccine (mRNA-1273) Interim Phase 1 Data.[776]  Moderna's Stéphane Bancel, CEO, stated: "The totality of the data released today, the interim Phase 1 data and the preclinical mouse challenge model give us confidence that mRNA-1273 has a high probability to provide protection from COVID-19 disease in humans. . . . We couldn't be happier about this interim data."[777]

293.    Based on the foregoing, and Moderna's decision to commit risk capital, it appears that the company had concluded that mRNA-1273 had achieved proof of concept ("POC"[778]), which means "actually generating the effect you expect the molecules to be doing."[779]  This is consistent with Mr. Francis's testimony that POC can "sometimes [occur] in Phase 1, it could be the end of Phase 2, depending on the time marker and the data you can generate."[780]

294.    Moderna's internal business development slides show that at POC, the value of the asset increases significantly, as shown in **Figure 2.52**,[781] below, an example of "P&L impact and value splits"

https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Positive-Interim-Phase-1-Data-for-its-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx.
[775] "Analysis in Phase 3 COVE Study for Its COVID-19 Vaccine Candidate and Filing Today with U.S. FDA for Emergency Use Authorization," *Moderna,* November 30, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Primary-Efficacy-Analysis-in-Phase-3-COVE-Study-for-Its-COVID-19-Vaccine-Candidate-and-Filing-Today-with-U.S.-FDA-for-Emergency-Use-Authorization/default.aspx.
[776] "Moderna, Inc. (MRNA) SARS-CoV-2 Vaccine (mRNA-1273) Interim Phase 1 Data Conference (Transcript)," *Seeking Alpha,* May 18, 2020, *available at* https://seekingalpha.com/article/4348593-moderna-inc-mrna-sars-covminus-2-vaccine-mrnaminus-1273-interim-phase-1-data-conference.
[777] "Moderna, Inc. (MRNA) SARS-CoV-2 Vaccine (mRNA-1273) Interim Phase 1 Data Conference (Transcript)," *Seeking Alpha,* May 18, 2020, p. 4 of 30, *available at* https://seekingalpha.com/article/4348593-moderna-inc-mrna-sars-covminus-2-vaccine-mrnaminus-1273-interim-phase-1-data-conference.
[778] *See, e.g.,* May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 23:7-23:8 ("Q. What is POC?  A. Proof of concept.").
[779] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 300:15-300:16.
[780] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 300:11-300:13.
[781] MRNA-GEN-01708238-321, at 242 (Francis Deposition Exhibit No. 35 – "BD Update to Executive Committee," *Moderna,* February 27, 2017, Slide 7 of 86).

218

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

showing the asset value ███████████████████████████████████████ at "POC" (proof of concept).



**FIGURE 2.52**

### (c)    May 18, 2020 at 4:18 p.m. EDT Press Release

295.    Nine hours later, at 4:18 p.m. EDT on May 18, 2020, Moderna issued a second press release that announced a "Proposed Public Offering of Shares of Common Stock," stating that it "ha[d] commenced an underwritten public offering of $1.25 billion in shares of common stock. . . . Moderna expects to use the net proceeds of the offering to fund working capital needs related to the manufacturing of mRNA-1273, its vaccine candidate against the novel coronavirus (SARS-CoV-2), for distribution in the United States and outside the United States, assuming necessary regulatory approvals are obtained, and the remainder, if any, to fund clinical development and drug discovery in existing and new therapeutic areas; to fund further development of its mRNA

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

technology platform and the creation of new modalities; or to fund working capital and other general corporate purposes."[782]

296.    On June 1, 2020, *CNN* reported: "Moderna set off a frenzy on Wall Street earlier this month when it announced positive, preliminary results from its coronavirus vaccine trial. . . .Just hours after revealing the promising vaccine results, Moderna (MRNA) sold 17.6 million shares to the public. That share sale, unveiled after the closing bell on May 18, was priced at $76; Moderna (MRNA) traded at just $48 as recently as May 6.  The deal instantly raised $1.3 billion."[783]   In addition, Moderna's executives and founder also cashed in, transactions that Harvey Pitt, the former chairman of the Securities and Exchange Commission from 2001 to 2003, described as "highly problematic."[784]   *CNN* described these transactions as follows:

> Even as critics accused Moderna of overhyping the results released on May 18, a series of transactions were executed before its share price fizzled over the next week. The timing of those deals, former SEC officials said, appear to be "highly problematic" and should be investigated for potential illegal market manipulation.
> . . .
> Two of Moderna's top executives also cashed in on the boom at their company, which had suddenly amassed a $29 billion market value despite the fact it has no marketed products.
>
> Moderna's chief financial officer [Lorance Kim] and chief medical officer [Tal Zaks] sold nearly $30 million of shares combined on May 18 and May 19. Those stock sales, reported first by CNN Business, were done through frequently used automated insider-trading plans. These plans, known as 10b5-1 plans, lay out future trades at set prices or on set dates to shield executives from accusations they are profiting from confidential information and Moderna says the plans are in line with its policies.
>
> Days later, Moderna's leading shareholder, venture capital firm Flagship Pioneering, sold 1 million shares on May 21 and 22 at an average price of $69.47, according to filings reviewed by CNN Business. The sales raked in $69.5 million for the venture capital firm.

---

[782] "Moderna Announces Proposed Public Offering of Shares of Common Stock," *Moderna,* May 18, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Proposed-Public-Offering-of-Shares-of-Common-Stock/default.aspx.

[783] Matt Egan, Robert Kuznia, "Moderna's coronavirus vaccine announcement set off a frenzy on Wall Street.  Now some are calling for an investigation," *CNN,* June 1, 2020, *available at* https://www.cnn.com/2020/06/01/business/moderna-vaccine-stock-sales-invs/index.html.

[784] Matt Egan, Robert Kuznia, "Moderna's coronavirus vaccine announcement set off a frenzy on Wall Street.  Now some are calling for an investigation," *CNN,* June 1, 2020, *available at* https://www.cnn.com/2020/06/01/business/moderna-vaccine-stock-sales-invs/index.html.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Flagship Pioneering was founded by Noubar Afeyan, the co-founder and chairman of Moderna. The VC firm owned nearly 51 million Moderna shares as of the end of March, according to the most recent filings.

Those sales by Flagship Pioneering were not done through the automated 10b5-1 plans even though the firm is listed as a Moderna insider. Insiders are not necessarily required to trade through such automated plans, though many opt to do so.

By the time the selling was disclosed to the public via securities filings, Moderna's stock price had crashed back to Earth.[785]

297.   On May 26, 2020, the *Los Angeles Times* questioned the timing of the events and described how Moderna and its executives cashed in as follows:

> The money-losing biotech firm Moderna thrilled the investment world last week by announcing encouraging results from a COVID-19 vaccine trial.
>
> But few investors may have been more thrilled than four top executives of the firm.
>
> With exquisite timing, in the two days following the announcement they reaped more than $29 million in gains from selling shares in the company. In most cases, they sold at prices near the peak of Moderna's surge in value after the vaccine announcement.
> . . .
> But there was nothing automated about Moderna's vaccine announcement, which preceded by hours or days the executives' scheduled stock deals. The timing of the vaccine announcement was entirely under the control of Moderna, which in other contexts has been criticized for being secretive about its data.
>
> Was the timing coincidental? Moderna didn't reply to my question about that. But it's something the Securities and Exchange Commission should be examining, because if it wasn't a coincidence, then that would imply that the company manipulated the stock market for its executives' benefit.
> . . .
> Moderna instantly took advantage of the [stock price] spike by announcing the sale of 17.6 million new shares at $76 each. As we noted at the time, the share price would have been a premium of nearly 14% over the company's $66.69 price on May 15, the last trading day before the vaccine announcement. But it was a 5% discount to the stock's price at the May 18 closing.
> . . .
> Bancel has been a frequent and steady seller of Moderna shares, having unloaded shares worth more than $4.8 million this month alone. His most recent sales, on May 15 and 20, still left him with nearly 8 million shares in hand, according to SEC disclosures.

---

[785] Matt Egan, Robert Kuznia, "Moderna's coronavirus vaccine announcement set off a frenzy on Wall Street. Now some are calling for an investigation," *CNN,* June 1, 2020, *available at* https://www.cnn.com/2020/06/01/business/moderna-vaccine-stock-sales-invs/index.html.

221

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Three other top executives exercised options to acquire shares and immediately sold the shares on May 18, the day of the vaccine announcement, and the two following days.

Among them was Moderna general counsel Lori M. Henderson, who reported exercising options for 64,000 shares on May 20 and selling them the same day. . . . Henderson exercised her options at $14.85 per share and sold the shares for $70, producing a gain of more than $3.5 million. Henderson still holds options on 463,522 shares, according to her SEC filing.

Tal Zaks, chief medical officer, exercised options for 125,044 shares at $12.21 and sold the shares for $78.16 on May 19, producing a gain of $8.25 million. Zaks still holds options for nearly 400,000 shares.

. . .

Chief Financial Officer Lorence H. Kim exercised options for about 241,000 shares for $14.22 and $12.21 on May 18, and sold the shares the same day for prices ranging from $78.35 to $86.96, for a total gain of $16.8 million. He still holds options for nearly 1 million shares.[786]

### (d)    May 18, 2020 at 10:32 p.m. EDT Press Release

298.    Later that evening, at 10:32 p.m. EDT on May 18, 2020, Moderna issued a third press release that "announced the pricing of an underwritten public offering of 17,600,000 shares of common stock at a public offering price of $76.00 per share, before underwriting discounts and commissions. In addition, Moderna has granted the underwriters a 30-day option to purchase up to an additional 2,640,000 shares of common stock at the public offering price, less underwriting discounts and commissions. All shares of common stock are being offered by Moderna. Gross proceeds from the offering will be approximately $1.34 billion. The offering is expected to close on or about May 21, 2020, subject to the satisfaction of customary closing conditions."[787]

299.    As noted above, the $76 per share offering price was a $10 per share premium over Moderna's May 15, 2020 closing price of $66 per share, and a $4 per share discount to the $80 per share closing price on May 18, 2020.

---

[786] Michael Hiltzik, "Column: Moderna execs sold $29 million in stock after its early vaccine announcement," *Los Angeles Times,* May 26, 2020, *available at* https://www.latimes.com/business/story/2020-05-26/moderna-execs-stock-sales.

[787] "Moderna Announces Pricing of Public Offering of Shares of Common Stock," *Moderna,* May 18, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Pricing-of-Public-Offering-of-Shares-of-Common-Stock/default.aspx.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### (5)    Moderna's July 26, 2020 Press Release

300.    The foregoing establishes that in May 2020, Moderna was planning at-risk production of mRNA-1273 that included raising risk capital.  Moderna's July 26, 2020 press release reported on Moderna's at-risk production plans and stated: "**Initial funding of $1.3 billion for Moderna to begin producing mRNA-1273 supply at-risk** was secured from investors in the Company's most recent public equity offering in **May 2020**."[788]

### (6)    Moderna's August 5, 2020 Earnings Call

301.    By early-August 2020, Moderna was **"making commercial products"** and **"stockpiling at risk."** During Moderna's August 5, 2020 earnings call, Stéphane Bancel, CEO, stated: "What I can tell you is that as we speak, **our teams are making commercial products**, receiving the potential approval of mRNA-1273.  **So, we are literally making products and stockpiling at risk.**[789] . . . because we discuss in our remarks, **like us have started to make products at risk**, not knowing if 1273 in our case will be approved or not, . . . [790]

### (7)    Moderna's April 2021 "mRNA Competitive landscape emerging post COVID-19" slide deck

302.    Furthermore, the evidence of the value of Moderna's use was established "by Q2 2020."  In April 2021, Moderna stated: "**By Q2 2020**, it was clear mRNA vaccines are superior to other platforms, and have made a profound impact on the vaccine industry, potentially transforming it[.][791]

---

[788] "Moderna Announces Expansion of BARDA Agreement to Support Larger Phase 3 Program for Vaccine (mRNA-1273) Against COVID-19," *Moderna,* July 26, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Expansion-of-BARDA-Agreement-to-Support-Larger-Phase-3-Program-for-Vaccine-mRNA-1273-Against-COVID-19/default.aspx.

[789] "Moderna, Inc. (MRNA) CEO Stéphane Bancel on Q2 2020 Results – Earnings Call Transcript," *Seeking Alpha,* August 5, 2020, p. 17 of 36, *available at* https://seekingalpha.com/article/4364866-moderna-inc-mrna-ceo-stephane-bancel-on-q2-2020-results-earnings-call-transcript (Stéphane Bancel, CEO).

[790] "Moderna, Inc. (MRNA) CEO Stéphane Bancel on Q2 2020 Results – Earnings Call Transcript," *Seeking Alpha,* August 5, 2020, p. 24 of 36, *available at* https://seekingalpha.com/article/4364866-moderna-inc-mrna-ceo-stephane-bancel-on-q2-2020-results-earnings-call-transcript (Stéphane Bancel, CEO).

[791] MRNA-GEN-01578471-521, at 481 (Francis Deposition Exhibit No. 42 – "mRNA Competitive landscape emerging post COVID-19," *Moderna,* April 2021, Slide 10 of 50) ("COVID-led Transformation (2020)").

223

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### E.    Situation at the Time of the Hypothetical Negotiation in May 2020

313.    "The key element in setting a reasonable royalty . . . is the necessity for return to the date when the infringement began."[812]  As the Federal Circuit stated in *Integra LifeSciences I, Ltd. v. Merck KGaA,* "[t]he first step in a reasonable royalty calculation is to ascertain the date on which the hypothetical negotiation in advance of infringement would have occurred.  The correct determination of this date is essential to properly assessing damages.  The value of a hypothetical license negotiated in 1994 could be drastically different from one undertaken in 1995 due to the more nascent state of the RGD peptide research in 1994.  Indeed, factoring in the rapid development of biotechnological arts, a year can make a great difference in economic risks and rewards."[813]

314.    In this case, establishing the date of the hypothetical negotiation, the situation and circumstances at the time, and the expectation of the parties to the hypothetical negotiation is particularly important.  This is because, as Dr. Hoge testified: "in this instant in time that was a perspective we had [that "[t]he demand for vaccines will far outstrip supply over most of the next 18 months, . . ."[814]].  It obviously changed in the couple few months right afterwards."[815]  As of May 2020, Moderna estimated the "Total HE [health economic] value potential of $462 billion through 2021,"[816] and that at a price of "$30/course, manufacturers would represent only 8% value share in the pandemic phase."[817]  Dr. Hoge testified that this, however, turned out to be "a gross underestimate":

---

[812] *Wang Laboratories, Inc. v. Toshiba Corp.,* 993 F.2d 858 870, (Fed. Cir. 1993), *citing Hanson v. Alpine Valley Ski Area, Inc.,* 718 F.2d 1075, 1079, 219 USPQ 679, 682 (Fed. Cir. 1983) (quoting *Panduit Corp. v. Stahlin Bros. Fibre Works, Inc.,* 575 F.2d 1152, 1158, 197 USPQ 726, 731 (6th Cir. 1978)); *see also Fromson,* 853 F.2d at 1575, 7 USPQ2d at 1613 (hypothetical royalty negotiations methodology "speaks of negotiations as of the time infringement began").
[813] *Integra LifeSciences I, Ltd. v. Merck KGaA, 331 F.3d 869*, 870 (Fed. Cir. 2003).
[814] MRNA-GEN-02645641-677, at 644 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 4 of 37).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 403:5-403:12 ("Q. And if we go to the fourth slide [of Hoge Deposition Exhibit No. 45], Bates ending in 644, it says, 'The demand for vaccines will far outstrip supply over most of the next 18 months, but the underlying value of a course of vaccine will evolve significantly from late 2020 into late 2021.'  Do you see that?  A. I do see that, yeah.").
[815] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 404:13-404:16.
[816] MRNA-GEN-02645641-677, at 648 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 8 of 37).
[817] MRNA-GEN-02645641-677, at 649 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 9 of 37).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

This again was a view of the potential health economic value as of May. As we all know, within a few months that was a gross underestimate, and over the course of several years the economic impact was into the many trillions of dollars. So this is what we thought we knew in May of 2020.[818]

. . .

It's [the health economic value] one way [to estimate the value of the vaccine]. As I said, the retrospective analyses by outside groups when you look at the economic impact as well as the health impact put this more in the tens of trillions of dollars, so I think this is obviously an understated situation, understated analysis, got it wrong, it was too low.[819]

315. Dr. Hoge described how Moderna's projections changed between May 2020 and July 2020 as follows:

What happened in between May and July when we decided to ultimately do that is we started actually entering into negotiations with governments, not just the United States Government, but actually Europe, Canada, UK, Australia, Japan, and actually by the time – by August [2020] had started to enter into many supply agreements with governments that required us to deliver more than the full capacity we had for manufacturing for all of 2021. So if you think of it as like an order book, you know, we initially were saying, We think that there's going to be demand for, you know, a couple of quarters. Within two months and before we'd even started the phase 3, and certainly before we had the phase 3 results, it had become very clear that this was an inaccurately low estimate and that, in fact, supply would be called for all of 2021, and in the end most of all of 2022 as well.[820]

### 1.    Background

316. The date of the hypothetical negotiation date is the date that the alleged infringements first began. "In both direct and indirect infringement cases, the courts repeatedly emphasize the need to 'go back in time' and approach the problem from the perspective of the parties in a manner that is as economically realistic as possible."[821] "[T]he fact finder must be guided by the evidence of what the parties would have done had they participated in a real-world negotiation."[822] "The correct determination of [the hypothetical negotiation date] is essential for properly assessing damages.

---

[818] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 405:15-405:21.

[819] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 406:2-406:8.

[820] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 408:3-408:22.

[821] Dmitry Karshtedt, "Damages for Indirect Patent Infringement," *Washington University Law Review,* Vol. 91, Issue 4, 2014, pp. 911-978, at 938, *available at* https://openscholarship.wustl.edu/cgi/viewcontent.cgi?article=6081&context=law_lawreview.

[822] Dmitry Karshtedt, "Damages for Indirect Patent Infringement," *Washington University Law Review,* Vol. 91, Issue 4, 2014, pp. 911-978, at 937-938, *available at* https://openscholarship.wustl.edu/cgi/viewcontent.cgi?article=6081&context=law_lawreview.

233

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

The value of a hypothetical license" can be "drastically different" depending on the hypothetical negotiation date.[823]

317.    "The key element in setting a reasonable royalty is the necessity for return to the date when infringement began."[824]    "The hypothetical negotiation must be scheduled as of *the time infringement began.*"[825]  "[T]he hypothetical negotiation framework . . . seeks to discern the value of the patented technology to the parties in the marketplace when infringement began."[826] "[T]he basic question posed in a hypothetical negotiation is:  if, on the eve of infringement, a willing licensor and licensee had entered into an agreement instead of allowing infringement of the patent to take place, what would that agreement be? . . . Were we to permit a later notice date to serve as the hypothetical negotiation date, the damages analysis would be skewed because, as a legal construct, we seek to pin down how the prospective infringement might have been avoided via an out-of-court business solution."[827]    "[T]he hypothetical negotiation date may nevertheless be properly set before marking or notice begins."[828]

318.    Regarding licensing deals, Moderna's Said Francis testified that "no two things are similar.  So you have to look at the scope. . . . You have to look at key factors. . . . ultimate the contribution of what the technology is and you have to make that determination."[829]  Mr. Francis further testified that "royalties are a form of sharing profits, whether it's a percentage of sales or percentage of profits,"[830] and added that "your making an assessment of what the right balance of financials

---

[823] I*ntegra Lifesciences I, Ltd. v. Merck KGaA*, 331 F.3d 860, 869 (Fed. Cir. 2003). *LaserDynamics, Inc. v. Quanta Comput., Inc.*, 694 F.3d 51, 75 (Fed. Cir. 2012).

[824] *LaserDynamics, Inc. v. Quanta Comput., Inc.*, 694 F.3d 51, 76 (Fed. Cir. 2012) (citing *Hanson v. Alpine Valley Ski Area, Inc.*, 718 F.2d 1075, 1079 (Fed. Cir. 1983)).

[825] *Oracle America, Inc. v. Google, Inc.*, 798 F. Supp. 2d 1111, 1116 (N.D. Cal. 2011) (emphasis in original) (internal citations omitted).  *See also LaserDynamics, Inc. v. Quanta Comput., Inc.*, 694 F.3d 51, 76 (Fed. Cir. 2012) ("[T]he hypothetical negotiation must focus on the 'date when the infringement began'" *Hanson,* 718 F.2d at 1079, …")

[826] *LaserDynamics, Inc. v. Quanta Comput., Inc.*, 694 F.3d 51, 76 (Fed. Cir. 2012).

[827] *LaserDynamics, Inc. v. Quanta Comput., Inc.*, 694 F.3d 51, 76 (Fed. Cir. 2012).

[828] *LaserDynamics, Inc. v. Quanta Comput., Inc.*, 694 F.3d 51, 75 (Fed. Cir. 2012).

[829] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 164:18-165:7.

[830] MRNA-GEN-01726934-7000, at 973 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 157:8-157:10.  *See also* 157:2-157:23 ("Q. Okay.  Well, let me change the statement.  You would agree that it is common in the pharmaceutical industry to license technology for royalties without profit sharing arrangements, correct?  . . . A. I disagree, again, because royalties are a form of sharing profits, whether it's a percentage of sales or

234

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

are"[831] and "it depends on the balance of how much was paid upfront, what are the structures of the milestones and whatnot. So again, every deal has a different financial consideration. You have to take into account the balance of payments essentially."[832]

319. In a September 2014 email, Mr. Francis stated that the "customary" license terms for clinical and commercial use of delivery technology would be "milestones and royalties,"[833] and testified in May 2024 that ███████████████████████████████████[834] On May 14, 2015, Moderna's Lorence Kim, CFO, ██████████████████████████████████████████



██████████████"[835] In contrast, regarding out licensing, Mr. Francis testified ████████████

███████████████████████████████████████████████████████████████████.[836]

---

percentage of profits. So it is – profit is revenue minus certain costs. It is ultimately a different – you're getting certain cash flows off the commercialization activities that are occurring. So I generally can't tell you what common is because it is not – in our industry, if you look at the last ten years, there's been many co-development, co-commercialization activities. Co-commercialization, they can take any form. Again, you can have the formula as a profit split or royalty that essentially inures to a profit split, whatever the parties feel that they would – that they're putting forward is worth.")).

[831] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 288:4-288:6.

[832] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 287:2-287:7.

[833] MRNA-GEN-01674425-427, at 425 (Francis Deposition Exhibit No. 25 – September 11, 2014 email from Said Francis to Paula Paula Soteropoulos, Örn Almarsson, Subject: RE: questions on MC3).

[834] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 224:12-224:14.

[835] MRNA-GEN-01754119-122, at 121 (Francis Deposition Exhibit No. 28 – May 14, 2015 email to Stéphane Bancel, Stephen Hoge, Said Francis, Subject: Tekmira).

[836] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 276:6-276:19 ████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████ "Moderna Licenses COVID-19-related Intellectual Property to a Pharmaceutical Company in Japan," *Moderna,* April 28, 2024, *available at* https://investors.modernatx.com/Statements--Perspectives/Statements--Perspectives-Details/2024/Moderna-Licenses-COVID-19-related-Intellectual-Property-to-a-Pharmaceutical-Company-in-Japan/default.aspx ("Moderna non-exclusively out-licenses COVID-19-related patents for the territory of Japan[;] Moderna to receive upfront payment and low double-digit royalty on net sales of the company's COVID-19 product[.]").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

In contrast, in the *Moderna v. Pfizer* litigation, Moderna's damages expert, James E. Malackowski, claims the reasonable royalty would be ███ .[837]

320.    In addition, Moderna has acknowledged that "[t]o determine a royalty, the price or profit per dose as between Moderna and the U.S. Government around 2020 are potential starting points."[838]

### 2.    mRNA Industry Background

321.    Moderna was founded in 2010, after nearly two decades of work had already taken place in **"the LNP space,"** which it summarized in **Figure 2.54** (as of May 2015),[839] below, as follows:

---

[837] MRNA-GEN-02616560-811, at 568 (*ModernaTX, Inc. and Moderna US, Inc. v. Pfizer Inc., BioNTech SE, BioNTech Manufacturing GmbH, BioNTech US Inc.*, Expert Report of James E. Malackowski dated February 23, 2024, p. 7 of 172).

[838] Defendants' Fourteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated June 10, 2024, p. 148.

[839] MRNA-GEN-01717733-758, at 744 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 12 of 26) ("Evolution of the LNP space").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.54**

322.    Dr. Murray testified that Tekmira "had been working on encapsulating nucleic acids since the year 2000, and encapsulating a variety of nucleic acid payloads.  We had deep experience here, and we knew what would work."[840]    Dr. Murray described the contribution of Protiva, Tekmira, and Arbutus to mRNA vaccines delivered by LNPs as follows:

> So the scientific teams at Protiva, Tekmira, and Arbutus invented LNP as we know it today.  Invested considerable time and resource in using it and applying it to different nucleic acid payloads with the objective to provide novel drugs to treat patients.

---

[840] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 160:5-160:8.

And we interact with a number of other companies to try to effect that, right?  There would be no COVID vaccine today without LNP.  And we're very proud of that work, and I'm honored to have led those teams.[841]

323.    During at least the period 2010 through 2019, Arbutus and its predecessors were the recognized leader in LNP technology.  For example:

a)  In November 2010, Tekmira's Dr. Murray claimed that its "LNP technology" was **"recognized as the gold standard in the systemic delivery of siRNA"** and that it had a **"dominant position in nucleic acid delivery."**[842]

b)  In a February 2013 presentation to AstraZeneca entitled "LNP Integrated Summary," Moderna stated, "[t]he LNPs Moderna has used to date were previously optimized for the RNAi field" and "[t]here has been no effort put into optimizing LNP formulations for mRNA therapeutics to date," noting that they had been "simply porting the experiences and chemistries used in RNAi," and going on to explained that Moderna had "initiated discussions with partners with deep expertise in LNP (Tekmira) to begin to optimize the platform."[843]

c)  During Tekmira's November 2014 Analyst Day, the company claimed: **"Tekmira's LNP Enable mRNA Products"** and "mRNA require intracellular delivery for activity[;] **LNP is the GOLD STANDARD for mRNA delivery**[.]"[844]

d)  In January 2015 Moderna stated: **"MC3 is the Current State of the Art for Lipid-Based Oligonucleotide Delivery;"**[845]  Nearly five (5) years later, in an October 2019 presentation

---

[841] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 233:17-233:25.

[842] *See, e.g.,* "Tekmira Intellectual Property Portfolio Expands With Granting of Key Patents Covering LNP Manufacturing and Mitigation of siRNA Immune Stimulation," *NBC News,* November 22, 2010, *available at* https://www.nbcnews.com/id/wbna40313029.

[843] MRNA-GEN-01247736-744, at 736, 740-41 (Feb. 19, 2013 "LNP Integrated Summary").

[844] MRNA-GEN-01240180-198, at 191 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 12 of 19) ("Tekmira ( -2014) – an RNA and LNP company").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:18-196:7 ("Q. And you've selected to display here a slide that says, 'Tekmira's LNP Enable mRNA Products.'  Do you see that?  A. That's a screen shot of a Tekmira slide where they presented themselves as – with the title that you read.  So that's their presentation of themselves.  Q. And you decided to select that slide and include it in this presentation to a subcommittee of Moderna's board, correct?  A. As an update, yes.").

[845] MRNA-GEN-01721311-379, at 321 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 5 – "FDT R&D Presentation – Modulating LNP properties and performance through composition selection," *Moderna,* January 23, 2015, Slide 11 of 69) ("MC3 is the Current State of the Art for Lipid-Based Oligonucleotide Delivery").

238

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

that was given at a Moderna town hall,[846] Moderna stated: **"MC3 represents state of the art for oligonucleotide delivery."**[847]

e) In an April 9, 2015 "Business Development Update" to Moderna's Investment Committee of the Board of Directors, Moderna described Tekmira as "an RNA and LNP company" that had "**Validated LNP formulation that are in the clinic and serve as the RNA industry gold standard**"[848]

f) In April 2016, Arbutus claimed that it was "the leader in LNP technology," as shown in **Figure 2.55**,[849] below, with "Dominating IP."

---

[846] MRNA-GEN-01722470-534, at 499 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 119:16-119:23 ("Q. Going to hand you what's Exhibit 10. Do you recognize this? A. I do. Q. What is it? A. This is a presentation that was given at a town hall. Q. A Moderna town hall? A. Yes.").

[847] MRNA-GEN-01722402-467, at 446 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 10 – "Confidential project," *Moderna,* October 25, 2019 (medadata), Slide 45 of 66) ("MC3 represents state of the art for oligonucleotide delivery").

[848] MRNA-GEN-01240180-198, at 190 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 11 of 19) ("Tekmira – an RNA and LNP company") (emphasis added). *See also* 191 (Slide 12: "Tekmira (  -2014) – an RNA and LNP company . . . Tekmira's LNP Enable mRNA Products . . . mRNA require intracellular delivery for activity[;] LNP is the GOLD STANDARD for mRNA delivery" (emphasis in original)). May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:4-195:9 ("Q. You wrote in a slide [Slide 11 of 19] to a subcommittee of Moderna's board that Tekmira had a validated LNP formulation that are in the clinic that serve as the RNA industry gold standard, did you not? A. Those are the words on the slides.").

[849] ABUS-00004992-010, at 993 (Murray Deposition Exhibit No. 38 – "Arbutus LNP IP Overview," *Arbutus,* April 2016 – DRAFT, Slide 2 of 19) ("Overview – Arbutus is the leader in LNP technology").

239

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.55**

324.    In May 2017, *Forbes* reported that Arbutus's CEO, Dr. Mark Murray stated "We invented, developed and dominate the field of LNP[.]"[850]  In this case, Dr. Mark Murray, testified that one of Arbutus's predecessors, "Protiva was the first company to make LNP as we understand it and configure it today,"[851] meaning "a multilipid component particle in which the nucleic acid is internalized."[852]  Dr. Murray, who is not a patent attorney,[853] testified his belief was that Arbutus "had broad dominant, []claims that covered the field," and that it had an umbrella of intellectual

---

[850] No Bates No. (Murray Deposition Exhibit No. 3 – Matthew Herper, Nathan Vardi, "Moderna Can't Escape My Intellectual Property, Says Arbutus CEO," *Forbes,* May 16, 2017, p. 3 of 6).

[851] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 27:22-27:23.

[852] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 28:1-28:2.

[853] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 25:19-25:23 ("A. . . . I'm not a patent attorney with the claims in front of me.  All right?  So I'm telling you generally what I felt as the CEO of the company, that a specific element of a formulation does not mean tha you evade dominance by another claim.").

240

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

property that covered the field of lipid nanoparticle formulations."[854]  Dr. Murray further testified: "[s]o we thought that the patents that we had were broad, covered most things [that] were being done in the field, and a specific lipid did not get you out from under that."[855]

325.    Similarly, Genevant stated that it "has the industry-leading LNP technology," which is designed to deliver all forms of RNA therapeutics, including mRNA and gene editing constructs."[856]

326.    Moderna's Hamilton Bennett acknowledged that Moderna's "science builds on the science of others, and it's pretty standard in our field. . . . [I]t builds on foundational science that occurred in other labs."[857]   Ms. Bennett also acknowledged that when a company builds on and uses technology others developed, "[i]t needs to provide appropriate recognition of that contribution."[858]   In a December 2021 presentation, Dr. Benenato acknowledged: "RNA therapeutics becoming a reality is really because of two efforts that have been ongoing for decades. The first is research in RNA . . . At the same time, in the field of drug delivery . . . Over time, the technology evolved such that encapsulation of RNA like molecules was possible.  In 2018, the first lipid nanoparticle siRNA drug was approved by the FDA, this is Onpattro. . . . **The industry, and us at Moderna have been building on that.**  In 2017 we introduced an influenza vaccine."[859]

327.    In May 2017, *Forbes* described the competitive situation between Arbutus and Moderna as "a David-and-Goliath fight between two unprofitable startups," which was marked by vast financial

---

[854] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 25:1-25:6.

[855] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 26:12-26:15.

[856] GENV-00848709-781, at 721 (Heyes Deposition Exhibit No. 23 – July 2018 Genevant Overview Presentation).

[857] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 363:11-363:18 ("A. Our sciences builds on the science of others, and it's pretty standard in our field.  I think that we feel pretty confident – or I feel confident that the technology that is in our vaccine is the result of Moderna innovation and Moderna investment, but it builds on foundational science that occurred in other labs.").

[858] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 363:19-364:1 ("Q. And when a company builds on and uses technology others developed, it has to pay for that, correct?  A. It needs to provide appropriate recognition of that contribution.").  *Compare to* MRNA-GEN-01724969-024, at 990 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 87:3-87:11 ("Q. This was the first time that mRNA technology was shown to be effective in the clinic?  A. That we saw our technology, yes, to have clinical efficacy.  Q. The technology that you're referring to, what is it?  A. The **mRNA LNP technology** that Moderna had been developing for vaccines.") (emphasis added)).

[859] MRNA-GEN-01721965-044, at 983 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 9 – Kerry Benenato, "Lipid Nanoparticles (LNPs)," *Moderna,* December 15, 2021, Slide 19 of 80).

241

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

asymmetry noting: "Moderna Therapeutics is valued by its private investors at $5 billion . . . Arbutus Biopharma, a publicly traded firm, has a market capitalization of just $187 million."[860] Both companies were racing to develop a commercial mRNA product. Dr. Murray testified that while he was at Protiva, Tekmira, and Arbutus: "We were partnering with other companies, and we were developing our own products"[861] and had made LNP formulations with mRNA.[862] Genevant also considered Moderna to be a competitor. For example, the May 11, 2020 License and Development Agreement between Providence Therapeutics and Genevant restricted Providence from granting sublicenses to an 'LNP Company' which included Moderna.[863]

---

[860] No Bates No. (Murray Deposition Exhibit No. 3 – Matthew Herper, Nathan Vardi, "Moderna Can't Escape My Intellectual Property, Says Arbutus CEO," *Forbes,* May 16, 2017, p. 1 of 6).

[861] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 31:4-31:10. *See also* 40:20-40:23 ("Q. Okay. Was the hep B product an LNP, nucleic acid product? A. There was initially an LNP component, yes. An LNP based product, yes.").

[862] *See, e.g.,* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 93:24-94:1 ("Q. Did Tekmira and/or Arbutus ever make LNP formulations with mRNA? A. We did."). MRNA-GEN-01237689-720 (Francis Deposition Exhibit No. 8 – Ian MacLachlan, Ph.D., "Lipid Nanoparticle-Mediated Delivery of Messenger RNA," *Tekmira* (presentation at 1st International mRNA Health Conference (Tubingen, Germany)), October 24, 2013, 32 Slides). GENV-00247110-129 (Murray Deposition Exhibit No. 33 – Ian LacLachlan, Ph.D., "Recent Advances in the Lipid Nanoparticle-Mediated Delivery of Messenger RNA," *Tekmira* (presentation at AsiaTIDES Conference in Tokyo, Japan)*,* February 25, 2014, 37 Slides). May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 157:10-157:15 ("Q. So at this time in February of 2014, had Tekmira or Alnylam used mRNA-LNP products in humans? . . . THE WITNESS: No. But by this time, we had certainly been working on mRNAs as we've discussed. We had not taken an mRNA based product into humans."). GENV-00497497-500, at 498 (Murray Deposition Exhibit No. 36 – "Tekmira Presents Recent Advances in mRNA Delivery at Scientific Symposium," *Tekmira,* February 25, 2014) ("'. . . Our LNP technology is the most widely adopted delivery solution for therapeutics based on RNA interference triggers. However, in addition to RNAi, other important nucleic acid payloads, including messenger RNA, can be efficiently and effectively delivered using Tekmira's LNP. By leveraging improvements in LNP technology garnered through Tekmira's siRNA-based product development programs, we have made substantial improvements in mRNA delivery, positioning us to enable the development of mRNA therapeutics by our partners as we have done with RNAi-based therapies,' said Dr. Mark J. Murray, Tekmira's President and CEO.").

[863] GENV-00022307 –315, 322 and 415 (Providence Therapeutics and Genevant License and Development Agreement dated May 11, 2020).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

328. Furthermore, Moderna has acknowledged that Arbutus/Genevant are competitors in the "mRNA industry." For example, prior to February 2019,[864] Moderna had identified Genevant as a competitor.[865] In April 2021, Moderna summarized the industry situation as follows: "[b]y YE 2019, the mRNA industry was being built around a handful of players," as shown in **Figure 2.56**,[866] below, describing Genevant as a "Delivery pure play" that "chose an out-licensing model as their business model to enable others – Repurposed delivery IP from RNAi days for mRNA

---

[864] Dr. John Mendlein, Moderna's President of Corporate and Product strategy, and the author of Francis Deposition Exhibit No. 41, left Moderna effective February 1, 2019 to join Flagship Pioneering as an Executive Partner, but was "a strategic consultant to Moderna for six months to ensure a smooth transition." *See* "Dr. John Mendlein to Transition to an Advisory Role at Moderna and Join Flagship Pioneering as an Executive Partner," *Business Wire,* January 18, 2019, *available at* https://www.businesswire.com/news/home/20190118005093/en/Dr.-John-Mendlein-to-Transition-to-an-Advisory-Role-at-Moderna-and-Join-Flagship-Pioneering-as-an-Executive-Partner. May 22, 2024 30(b)(6) Deposition of Said E. Francis, 314:3-314:7 ("Q. . . . When did he [John Mendlein] leave the company? A. I think in the 12 months past after the IPO. So late '19. Again, this is assumption.").

[865] MRNA-GEN-01242640-681, at 668 (Francis Deposition Exhibit No. 41 – John Mendlein, "Partnering, IP, & Competition," *Moderna,* n.d. (before February 1, 2019), Slide 29 of 42). May 22, 2024 30(b)(6) Deposition of Said E. Francis, 315:11-315:18 ("Q. The slide on Page 2666 [of Francis Deposition Exhibit No. 41] is titled 'mRNA Competitive Landscape.' A. Mm-hmm. Q. And it lists eight companies, correct? A. Yes. Q. And Genevant is one of them? A. Yes."). *See also* SLAOUI_00000020 (S. Bancel Email of April 11, 2018 to Moderna's Board of Directors) ("FYI below [Genevant] a new competitor in mRNA."); MRNA-GEN-01240180-198, at 191 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 12 of 19) ("Tekmira ( - 2014) – and RNA and LNP company" citing the following quotes from Mark Murray during Tekmira's March 7, 2014 earnings call: "By leveraging improvements of LNP technology, we have made substantial improvements in mRNA delivery and performance, positioning us to enable mRNA therapeutics. . . **Clearly presents another business development activity for Tekmira**" and ". . . We know there are companies out there who are quite interested in applying delivery for mRNA right away; on the other hand, **we may be ultimately interested in delivery drugs in this area ourselves – little further out there in the distance**." (emphasis added)).

[866] MRNA-GEN-01578471-521, at 474 (Francis Deposition Exhibit No. 42 – "mRNA Competitive landscape emerging post COVID-19," *Moderna,* April 2021, Slide 6 of 50) ("By YE 2019, the mRNA industry was being built around a handful of players").

243

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

applications[.]"[867]    In contrast, Moderna described it as an "integrated mRNA + delivery + infrastructure" company.[868]



**FIGURE 2.56**

329.    According to Moderna, "[b]y YE 2019, the pipeline of the [mRNA] industry was pre-POC [proof of concept][.]"[869]

---

[867] MRNA-GEN-01578471-521, at 474 (Francis Deposition Exhibit No. 42 – "mRNA Competitive landscape emerging post COVID-19," *Moderna,* April 2021, Slide 6 of 50) ("By YE 2019, the mRNA industry was being built around a handful of players").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 318:8-318:19 ("Q. And the [Moderna] board was being advised that Genevant was in the mRNA competitive industry at this time?  A. Yes.  Q. competitive landscape at this time.  I'm sorry.  Q. It's one of many companies in this landsacape and its part of the delivery pure plays, like Acuitas and Arcturus.  Q. And you note here that Genevant was formerly known as Tekmira/Protiva?  A. Yes.").

[868] MRNA-GEN-01578471-521, at 474 (Francis Deposition Exhibit No. 42 – "mRNA Competitive landscape emerging post COVID-19," *Moderna,* April 2021, Slide 6 of 50) ("By YE 2019, the mRNA industry was being built around a handful of players").

[869] MRNA-GEN-01578471-521, at 475 (Francis Deposition Exhibit No. 42 – "mRNA Competitive landscape emerging post COVID-19," *Moderna,* April 2021, Slide 7 of 50) ("By YE 2019, the pipeline of the industry was pre-POC; several sentinel programs with catalyst

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 3.    Genevant

330.    Genevant's negotiator in the May 31, 2020 hypothetical negotiation would be Peter Zorn, Genevant's chief operating officer in January 2019, and became president and chief legal officer in July 2020.[870]    On November 23, 2020, Genevant's letter signed by Sascha Bucher, Director, Genevant Sciences GmbH and William H. Collier, President and CEO, Arbutus Biopharma Corp., to Moderna directed Moderna to contact Mr. Zorn.[871]

---

potential"). *See also* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 33:25-34:4 ("Q. . . . So while you were at Protiva, Tekmira, and Arbutus, did either of those companies ever submit a BLA for a lipid nanoparticle product encapsulating nucleic acid?  A. No."); 34:12-35:11 ("Q. . . . Let's start with Protiva.  While you were at Protiva, did Protiva ever have a lipid nanoparticle formulation containing a nucleic acid product approved by the FDA? . . . THE WITNESS: Protiva's own product? . . . Q. Correct?  A. No.  Q. Okay.  What about while you were at Tekmira, did Tekmira have a product approved?  A. So we had a partner product that was approved that was the product.  Q. What was that product?  A. That was – it's now called Onpattro.  Q. And who makes Onpattro?  A. Who currently manufactures the product?  A. Who sells the product?  A. I think Alnylam sells it. . . . Q. And while  you were at Arbutus, did Arbutus have any commercial products approved by the FDA?  A. No."); 45:11-45:14 ("Q. . . . Did Tekmira or Arbutus ever have any LNP formulation with mRNA as the payload in clinical trials? . . . THE WITNESS: No."); 185:21-186:8 ("Q. Had Arbutus used an mRNA-LNP formulation in clinical development at this time – as of this time in 2016? . . . THE WITNESS: We had not taken an mRNA-LNP into the clinic, if that's what you're asking me. . . . Q. Had Arbutus given any LNP formulations containing mRNA to humans as of 2016?  A. Not that I know of.").

[870] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 11:8-11:22 ("Q. And could you tell me what your current title and role are at Genevant?  A. I'm the president and chief legal officer.  Q. And how long have you been with Genevant?  A. I joined Genevant in January of 2019.  Q. And when you joined Genevant, were you president and chief legal officer?  A. I was not.  Q. Okay. What was your title when you joined Genevant?  A. The chief operating officer.  Q. And when did you become president and chief legal officer?  A. I'm not sure I remember specifically.  I believe it was in the middle of 2020.").  "Our Team – Pete Zorn," *Genevant,* 2024, https://www.genevant.com/team/ ("Pete Zorn has served as President and Chief Legal Officer of Genevant Sciences, Inc. since July 2020. . . .").

[871] MRNA-GEN-02658508-060 (Bancel Deposition Exhibit No. 17 – November 23, 2020 Letter from Sascha Bucher, William H. Collier to Stéphane Bancel, Lori Henderson, and ModernaTX, Inc. General Counsel, Re: Arbutus/Genevant LNP Technology and Intellectual Property).

245

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### a.    Background

331.    Genevant's primary source of revenue is licensing,[872] as of June 5, 2024, Genevant hadn't received royalties on net sales for licensed products.[873] Neither Arbutus nor Roivant have any input into the terms of Genevant's licensing agreements.[874] Mr. Zorn testified in license agreements the parties are "agreeing to share value from the product in a particular way"[875] (*i.e.,* "the split of the economics between the two parties"[876]) and that "every [license] agreement is individually negotiated and a function of the circumstances of that deal, so it sort of depends on the circumstances,"[877] and further testified:

> [E]very circumstance is different.  It's hard to say what we would have a preference for.  In any particular deal, it's a function of the terms of that deal and the counterparty and the scope of the license and what else we're doing, et cetera.[878]
>
> . . .
>
> You have to look at the economics in totality of the agreements, and the scope of the license.[879]

332.    Mr. Zorn testified that Genevant "typically licenses [its] know-how in conjunction with [its] patents,"[880] however, Genevant doesn't "typically parse it out."[881]  Mr. Zorn also testified that "[i]t's not typically an option to receive a lump sum payment, so it's not something I've had an occasion to consider."[882]

---

[872] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 132:3-132:6 ("Q. Is licensing the primary source of revenue for Genevant?  A. Yes.  Licensing and associated FDA revenue that comes from licensing it.").

[873] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 204:20-204:21.

[874] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 133:2-133:9 ("Q. When Genevant negotiated licenses in the 2020 time frame, did Arbutus or Roivant have any input as to the terms of any license agreement?  A. No.  Q. And generally, does Arbutus or Roivant have any input into the terms of Genevant's licensing agreements?  A. No.").

[875] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 269:12-269:13.

[876] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 270:17-270:18.

[877] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 125:12-125:15.

[878] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 125:18-125:23.

[879] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 168:6-168:8.

[880] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 128:25-129:1.

[881] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 129:6.

[882] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 126:4-126:7.

246

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

333.  Mr. Zorn testified that there is no "typical royalty rate"[883] or general percentage that Genevant prefers to license its technology for, but that "[a] higher number is better than a lower number,"[884] and that the royalty rate is a negotiated outcome and each deal is individually negotiated, as follows:

> Each deal is individually negotiated, depending on the circumstances of the deal, the scope of the license, the strengths of the counterparty, the time to market, risk to market, what else we're doing, how interested we are in working with that company and with that technology.
>
> All of those things are considered when we look at any particular deal.  And then, obviously, it's negotiated.  So we can't dictate the answer; it's a – it's a negotiated outcome.[885]
> . . .
> Every deal is different and it takes into account all the different circumstances that I mentioned earlier, and it's a function of what the two parties will agree to.
>
> So if the question is, you know, do we ask for different royalty rates for oncology versus COVID vaccines, I can't parse that out from all of the considerations that would go with any one negotiation.[886]
> . . .
> Not all licenses are the same.  You can't answer that question [is a license to Genevant's patents-in-suit today worth more or less than a license for Genevant's patents-in-suit in 2018].  It's all dependent on the scope of the license and all the other considerations that I've mentioned.[887]
> . . .
> Every deal is individually negotiated and a function of the circumstances of that deal.  So among the factors would be the partners' interest in exclusive versus non-exclusive and the partner – what the partner was willing to pay for that – I mean, those would play into it.  And then the circ- -- the other circumstances of the deal.[888]

334.  As discussed briefly above and in more detail below, Plaintiffs and its predecessors and Moderna had licensing discussions beginning in 2013 and continuing through 2021.  These licensing

---

[883] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 242:3-242:7 ("THE WITNESS: . . . As I've said now a few times, there is no sort of typical.  It's a function of the circumstance.  It's a function of the full terms of the deal, both financial and nonfinancial, and what else we're doing at the time.").

[884] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 147:14-147:20 ("Q. Is there a general percentage that Genevant prefers to license its technology for license agreement?  A. No.  Q. Okay.  A. A higher number is better than a lower number.").

[885] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 126:11-126:21.

[886] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 130:4-130:12.

[887] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 132:21-132:2.

[888] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 137:1-137:8.

247

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

discussions provide some insight regarding the negotiations between the parties, however, most of them are colored by the overhang of competition that was later determined to be improper[889] and administrative proceedings and litigation. The history between the parties, including, these negotiations would provide a backdrop for the May 31, 2020 hypothetical negotiation.

335. Moderna's Said Francis testified that "precedence" is one of the considerations in licensing negotiations.[890] Moderna's internal documents show that it tracked in detail both Tekmira's history[891] and its licensing activity,[892] the Tekmira/Alnylam collaboration,[893] as well as the history of Tekmira and Moderna's licensing offers and counteroffers.[894] Moderna's licensing

---

[889] *See, e.g.,* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 64:17-65:1 ("Q. And did Acuitas have the right to sublicense under this agreement? A. It had the right to sublicense to sublicensable product by product, yeah. So the product having demonstrated those characteristics could be sublicensed. Q. Did Acuitas sublicense under this agreement? A. Acuitas sublicensed outside of this agreement. Q. What do you mean by that? A. They sublicensed technology to Moderna which did not meet this definition.").

[890] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 264:19-265:4 ("Q. What are the considerations that Moderna takes into account [in licensing negotiations]? A. The type of licensing, whether there's collaboration licensing, whether it's exclusive or non-exclusive, whether there are alternatives or not. I mean, there's many considerations taken into account, precedence, and whatnot.").

[891] *See, e.g.,* MRNA-GEN-01716910-912 (Francis Deposition Exhibit No. 17 – Undated Summary of certain statements in Tekmira's SEC filings during the period FY 2007 through Q3 2012).

[892] *See, e.g.,* MRNA-GEN-01717733-758, at 754 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 22 of 26) ("Comparison of Tekmira deals"). MRNA-GEN-01719608-637, at 626-627 (Hoge Deposition Exhibit No. 13 – "Project Rodeo," *Moderna,* February 3, 2016, Slides 19-20) ("Comparison of Tekmira deals").

[893] *See, e.g.,* MRNA-GEN-01717733-758, at 745-751 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slides 13-19 of 26) ("Tekmira / Alnylam collaboration timeline"; "Alnylam-Tekmira licensing terms (US $)"; "Tekmira / Alnylam – fees paid to date"; "2007 License and Collaboration agreement – Amended and restated in May 2008"; "2007 Cross-License Agreement – Alnylam / Protiva (merged with Tekmira)"; "Tekmira / Alnylam in courts"; "Tekmira / Alnylam post settlement licensing agreement – November 2012"). MRNA-GEN-01719608-637, at 631-635 (Hoge Deposition Exhibit No. 13 – "Project Rodeo," *Moderna,* February 3, 2016, Slides 24-28) ("Tekmira / Alnylam collaboration timeline"; "Alnylam-Tekmira licensing terms (US $)"; "Tekmira / Alnylam – fees paid to date"; "2007 License and Collaboration agreement – Amended and restated in May 2008"; "2007 Cross-License Agreement – Alnylam / Protiva (merged with Tekmira)").

[894] *See, e.g.,* MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 48 of 64) ("Project Zurich – history . . .").

248

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

"precedents" included both executed licenses and offers/counteroffers.  For example, in May 2015, Moderna "Precedent Financial Terms in LNP Licensing (Executed and Negotiations Terms)"[895] included the following:

- "Acuitas/Moderna agreement (July 2014)"[896]

- "Comparison of Tekmira deals" reporting **"Proposal to Moderna (05.29.13),"** "Alnylam (overview in subs. Slides)," "Talon (a.k.a Hana) (2006)," "Roche"[897]

- "Comparison of Alnylam and Tekmira TS to Moderna" which included **"Tekmira to Moderna (May 2013 TS [Term Sheet])"**[898]

- "Counter proposal key terms" reporting Moderna's negotiation with Alnylam during the period June 12, 2014 through September 4, 2014.[899]

336.    As shown above, Moderna identified Tekmira's May 29, 2013 offer to Moderna as a "precedent" two (2) years later in May 2015 when it was considering a "Potential Exclusive License Agreement" with Tekmira.[900]   Moderna continued to refer to this "precedent" in its slide decks years later.[901] This "precedent" provides a baseline that is *not* colored by Acuitas's improper

---

[895] MRNA-GEN-01717733-758, at 752 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 21 of 26) ("PRECENDENT FINANCIAL TERMS IN LNP LICENSING (EXECUTED AND NEGOTIATIONS TERMS)").

[896] MRNA-GEN-01717733-758, at 753 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 21 of 26) ("Acuitas/Moderna agreement (July 2014)").

[897] MRNA-GEN-01717733-758, at 754 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 22 of 26) ("Comparison of Tekmira deals").

[898] MRNA-GEN-01717733-758, at 755-756 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slides 23-24 of 26) ("Comparison of Alnylam and Tekmira TS to Moderna (1/2)"; "Comparison of Alnylam and Tekmira TS to Moderna (2/2)").

[899] MRNA-GEN-01717733-758, at 757-758 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slides 25-26 of 26) ("Counter proposal key terms (1/2)"; "Counter proposal key terms (2/2)").

[900] MRNA-GEN-01717733-758 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, 26 Slides).

[901] *See, e.g.,* MRNA-GEN-01717733-758, at 754 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 22 of 26) ("Comparison of Tekmira deals").  MRNA-GEN-01719608-637, at 626-627 (Hoge Deposition Exhibit No. 13 – "Project Rodeo," *Moderna,* February 3, 2016, Slide 19 of 30) ("Tekmira proposal to Moderna 05.29.13 – Non-exclusive license with exclusivity option").

249

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

competition (*i.e.,* by improperly offering an alternative path to obtain a license to Tekmira's IP)[902] and/or litigation and IPRs.

### b.    May 2013 to June 2015: Tekmira/Arbutus Pre-Litigation Offers to Moderna

337.    In mid-April 2013, Tekmira was working on data to present to Moderna.[903]  During the period May 2013 through June 2015, Tekmira/Arbutus made two (2) proposals to Moderna that preceded Arbutus's August 2016 breach of contract notice to Acuitas and the subsequent litigation that ensued.

### (1)    Tekmira's May 29, 2013 Offer to Moderna

338.    During Tekmira's May 14, 2013 earnings call, Mark Murray, CEO, reported on the status of its LNP platform and claimed that its LNP platform . . . technology is the absolute gold standard in the delivery of RNAi therapeutics. . . . For over a decade, the Tekmira team has focused its scientific expertise on overcoming the challenges of RNAi deliver, which resulted in Tekmira owning the gold standard in LNP delivery technology.[904] . . . Our work over the last decade has established Tekmira's LNP technology as the gold standard solution to the challenge of RNAi

---

[902] *See, e.g.,* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 196:20-197:8 ("Q. And the bottom row [Murray Deposition Exhibit No. 39, Slide 13], it says, Terminate Acuitas license, is the action, and then the objective is to, Disrupt competition.  Do you know what that's referring to?  A. Well, as I mentioned earlier, Acuitas was out representing that they had a right to license our technology and was interfering with our business possibilities.  Q. And the only entity that you understood Acuitas to have license to is Moderna; is that right?  A. But -- . . . THE WITNESS: They were actively talking to a lot of other people.").  GENV-00900097-107, at 107 (Murray Deposition Exhibit No. 39 – "Arbutus LNP Strategy," *Arbutus,* May 2016 – DRAFT, Slide 13 of 13) ("Key next steps/timeline").

[903] GENV-00599169-172 (Murray Deposition Exhibit No. 30 – April 18-19, 2013 email string between/among Paul Brennan, Ian MacLachlan and Mark Murray, Subject: RE: mRNA data for Moderna).  May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 143:3-143:17 ("Q. Why were you sending data on mRNA to Moderna?  A. Well, as I mentioned, we were in discussions with Moderna over a period of time about providing – you know, providing LNP technology to them for their product.  . . . Q. Why were you trying to generate your own mRNA data to provide to Moderna?  . . . THE WITNESS: Our general practice was always to confirm that – you know, with data that we could what we believed we could do.").

[904] "Tekmira Pharmaceuticals' CEO Discusses Q1 2013 Results – Earnings Call Transcript," *Seeking Alpha,* May 14, 2013, p. 5 of 16, *available at* https://seekingalpha.com/article/1434991-tekmira-pharmaceuticals-ceo-discusses-q1-2013-results-earnings-call-transcript (Mark Murray, President & CEO).

250

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

delivery."[905]  In October 2013, Tekmira's Dr. Mark Murray, further described the company's LNP

platform as follows: "we refer to LNP as an enabling technology, delivery in this space isn't a nice

to have, it's a need to have and because without delivery you simply don't have a viable RNAi

drug."[906]  Dr. Murray further stated:

> I feel confident in saying that we have the best in class delivery for RNAi.  Now as I mentioned before, Tekmira and LNP have really enabled the critical milestones in the evolution of the field and certainly RNAi drugs.  So for example, we have supported eight human trials, LNP based products have been dosed over 200 patients and the critical human proof of concept which has been done with drugs that are based on LNP technology.  So I feel very confident in saying even that LNP will enable the first FDA approved drugs in this class.[907]
> . . .
> LNP . . . we have been at this for 10 years and we understand it well, it's very well characterized and we don't envision being displaced as the leading class in the field.  And we also of course, we are not standing still we continue to improve the technology . . .[908]
> . . .
> [I]nterest in our technology has never been higher.  So, we're getting expressions of interest from big pharma, big bio, small bio and even as I've alluded to before, companies outside the pharmaceutical or human therapeutic space, right.  So, we're never able to predict precisely when these arrangements can be consummated and so we don't guide them.  But I can confidently say we will do more deals.[909]
> . . .

---

[905] "Tekmira Pharmaceuticals' CEO Discusses Q1 2013 Results – Earnings Call Transcript," *Seeking Alpha,* May 14, 2013, p. 8 of 16, *available at* https://seekingalpha.com/article/1434991-tekmira-pharmaceuticals-ceo-discusses-q1-2013-results-earnings-call-transcript (Mark Murray, President & CEO).

[906] "PropThink Hosts Special Call and Interview with Tekmira Pharmaceuticals' CEO Dr. Mark Murray (Transcript)," *Seeking Alpha,* October 5, 2013, p. 2 of 10, *available at* https://seekingalpha.com/article/1730292-propthink-hosts-special-call-and-interview-with-tekmira-pharmaceuticals-ceo-dr-mark-murray-transcript (Dr. Mark Murray, CEO).

[907] "PropThink Hosts Special Call and Interview with Tekmira Pharmaceuticals' CEO Dr. Mark Murray (Transcript)," *Seeking Alpha,* October 5, 2013, p. 3 of 10, *available at* https://seekingalpha.com/article/1730292-propthink-hosts-special-call-and-interview-with-tekmira-pharmaceuticals-ceo-dr-mark-murray-transcript (Dr. Mark Murray, CEO).

[908] "PropThink Hosts Special Call and Interview with Tekmira Pharmaceuticals' CEO Dr. Mark Murray (Transcript)," *Seeking Alpha,* October 5, 2013, p. 3 of 10, *available at* https://seekingalpha.com/article/1730292-propthink-hosts-special-call-and-interview-with-tekmira-pharmaceuticals-ceo-dr-mark-murray-transcript (Dr. Mark Murray, CEO).

[909] "PropThink Hosts Special Call and Interview with Tekmira Pharmaceuticals' CEO Dr. Mark Murray (Transcript)," *Seeking Alpha,* October 5, 2013, p. 6 of 10, *available at* https://seekingalpha.com/article/1730292-propthink-hosts-special-call-and-interview-with-tekmira-pharmaceuticals-ceo-dr-mark-murray-transcript (Dr. Mark Murray, CEO).

251

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

> Now, one of the things that is important to remember is we have the benefit now of an already approved product. So the first product to receive approval based on LNP technology is [Talon] Marqibo. Okay. Marqibo[910] as you know is a liposomal formulation of vincristine and it was launched last month by Spectrum Pharmaceuticals. So, we're expecting royalty payments to flow from them . . .[911]

339.   On May 29, 2013—*before* the December 2013 Tekmira-Acuitas cross-license agreement—Tekmira's "Non-exclusive license with exclusivity option" proposal to Moderna included $30 million upfront, $52 million in development and commercial milestone payments and a royalty rate of 7%, as shown in **Figure 2.57A**,[912] below.

---

[910] *See also* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 43:17-43:20 ("Q. What is Marqibo? A. Marqibo is a product that is a lipid formulation containing vincristine, I believe, which was an oncology product that was sold by another company.").

[911] "PropThink Hosts Special Call and Interview with Tekmira Pharmaceuticals' CEO Dr. Mark Murray (Transcript)," *Seeking Alpha,* October 5, 2013, p. 7 of 10, *available at* https://seekingalpha.com/article/1730292-propthink-hosts-special-call-and-interview-with-tekmira-pharmaceuticals-ceo-dr-mark-murray-transcript (Dr. Mark Murray, CEO).

[912] MRNA-GEN-01719608-637, at 626-627 (Hoge Deposition Exhibit No. 13 – "Project Rodeo," *Moderna,* February 3, 2016, Slide 19 of 30) ("Tekmira proposal to Moderna 05.29.13 – Non-exclusive license with exclusivity option").

252

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

## Tekmira proposal to Moderna 05.29.13
*Non-exclusive license with exclusivity option*

| Financial consideration of licensing fee | |
|---|---|
| Upfront: | Moderna will pay Tekmira $30 million upon execution of the License and Research Agreement. |
| Milestones: | For each Product developed by Moderna or its sublicensees, Moderna will pay to Tekmira the following milestones: |
| Start of Phase I | $5 million for first 2 Products, thereafter $3 million |
| Start of Phase II | $5 million |
| Start of Phase III | $7 million |
| NDA filing in first major market | $10 million |
| NDA approval in first major market | $15 million |
| Cum. Sales > $0.5 bn | $10 million |
| Exclusivity Fee: | For each mRNA Target nominated for exclusivity and accepted by Tekmira (up to 5): • $5 million upon acceptance by Tekmira |

**Other terms:**
- **Research**: Tekmira responsible of formulation/ Moderna responsible for providing mRNA and conducting all studies
- **Manufacturing**: from GMP and GLP LNP formulated materials to Phase II studies at a pre-agreed rate
- **Guaranteed FTE funding**: 3-year minimum FTE funding of at least 3.3m per year
- **Other**: Tech transfer for Phase III of $1m

moderna

2/3/2016

Confidential and Proprietary • © 2014 Moderna Therapeutics

**FIGURE 2.57A**

340.    Moderna's "Comparison of Tekmira deals" shows Tekmira's offers to other parties *years* earlier (*i.e.,* Alnylam (in 2007/May 2008[913]), Talon (in May 2006[914]), and Roche (May 11, 2009,

---

[913] MRNA-GEN-01717733-758, at 748 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 16 of 26) ("2007 License and Collaboration agreement – *Amended and restated in May 2008*").

[914] *See, e.g.,* Tekmira Pharmaceuticals Corporation 20-F for the fiscal year ended December 31, 2011, p. 26, *available at* https://arbutusbio.gcs-web.com/static-files/082863d2-fab6-4468-a62d-b0ce4f51c851 ("Talon is developing targeted chemotherapy products under a legacy license agreement entered into in **May 2006**. Marqibo (Optisomal Vincristine), Alocrest (formerly INX-0125, Optisomal Vinorelbine) and Brakiva (formerly INX-0076, Optisomal Topotecan), products originally developed by us, have been exclusively licensed to Talon. Talon has agreed to pay us milestones and single-digit royalties and is responsible for all future development and future

253

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

discontinued on November 17, 2010[915]) appear to have *lower* total consideration, as shown in **Figure 2.57B**,[916] below.

---

expenses. In May 2009, the license agreement with Talon was amended to decrease the size of near-term milestone payments and increase the size of long-term milestone payments. On September 20, 2010, the license agreement with Talon was amended a second time such that Talon paid $5.9 million (US$5.75 million) in consideration for reducing certain future payments associated with the product candidates. The payment of $5.9 million (US$5.75 million) from Talon has been paid to our contingent creditors in full settlement of a contingent obligation. We are now eligible to receive milestone payments from Talon of up to US$19.0 million upon achievement of further development and regulatory milestones and we are also eligible to receive single-digit royalties on product sales. The milestone payments can be made in common shares of Talon. If Talon sublicenses any of the product candidates, Tekmira is eligible to receive a percentage of any upfront fees or milestone payments received by Talon. Depending on the royalty rates Talon receives from its sublicensees, our royalty rate may be lower on product sales by the sublicensees. The royalty rate will be reduced to low single digits if there is generic competition." (emphasis added)).

[915] *See, e.g.,* Tekmira Pharmaceuticals Corporation 20-F for the fiscal year ended December 31, 2011, p. F-15-F-16, *available at* https://arbutusbio.gcs-web.com/static-files/082863d2-fab6-4468-a62d-b0ce4f51c851 (""(c) **Roche collaboration**[:] On **May 11, 2009** the Company announced a product development agreement with F. Hoffman-La Roche Ltd (the 'Roche Product Development Agreement'). Under the Roche Product Development Agreement Roche was to pay the Company up to US$8,800,000 to support the advancement of each Roche RNAi product candidate using the Company's lipid nanoparticle technology through to the filing of an Investigational New Drug ('IND') application. Under the Roche Product Development Agreement Roche was paying the Company for the provision of staff and for external costs incurred. The Company recognized revenue in proportion to the services provided up to the reporting date by comparing actual hours spent to estimated total hours for each product under the contract. Revenue from external costs incurred on Roche product candidates was recorded in the period that Roche was invoiced for those costs. The difference between service revenue recognized and cash received was recorded in the Company's balance sheet as deferred revenue. On November 17, 2010, Roche announced that, as part of a corporate restructuring, they would discontinue research and development in the field of RNAi. Following the announcement Roche confirmed that, except for completing some product stability studies, they would be discontinuing product development with the Company. The stability studies were completed in 2011 and the Company has no further obligation to Roche.").

[916] MRNA-GEN-01717733-758, at 754 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 22 of 26) ("Comparison of Tekmira deals").  MRNA-GEN-01767964-971 (Francis Deposition Exhibit No. 6 – May 29, 2013 Tekmira-Moderna Term Sheet (Moderna Redline)).  MRNA-GEN-01719608-637, at 626-627 (Hoge Deposition Exhibit No. 13 – "Project Rodeo," *Moderna,* February 3, 2016, Slides 19-20 of 30).

254

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**FIGURE 2.57B**

341.    Tekmira's May 29, 2013 offer was made *before* Alnylam's Phase II and Phase III trial results were known.  For example, on February 12, 2013, Tekmira stated: "Looking at our partners, **we anticipate results from Alnylam's ALN-TTR02 Phase II trial in mid-2013 and the initiation of a Phase III trial by the end of 2013** and we expect to receive $10 million in milestone payments from Alnylam in 2013."[917]  Under the terms of Tekmira's **May 29, 2013 offer**—*if* it applied to mRNA-1273—Moderna would have paid Tekmira/Arbutus a total of **$1.767 billion**, or approximately 18.2% of its reported operating income during the same period, comprised of: $30

---

[917] "Tekmira Outlines Key 2013 Product Development and Corporate Milestones," *Tekmira,* February 12, 2013, *available at* https://www.sec.gov/Archives/edgar/data/1447028/000117184313000548/newsrelease.htm.

255

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

million upfront, $52 million in milestones, and $1.685 billion in royalties on its $24.078 billion in mRNA-1273 U.S. Nexus revenue during the period December 2020 through January 2024. [918][919]

342.    Moderna, however, did *not* accept Tekmira's May 29, 2013 offer.  In January 2014, Moderna's counterproposal terms were a fraction Tekmira's May 29, 2013 ask, as shown in **Figure 2.58A**[920] and **Figure 2.58B**,[921] below.  For example, compared to Tekmira's *flat* **7%** royalty rate for a non-exclusive license, Moderna proposed a *tiered* royalty rate that increased as sales increased from **1%** for sales less than $250 million to **2%** for sales over $500 million.[922]  Similarly, Moderna's proposed development and commercial milestones were "up to $5m (non-excl)"—a fraction of Tekmira's proposed "up to $52m."[923]  While Tekmira proposed a $30 million upfront fee, Moderna proposed $1 million + $8 million in milestones.[924]

---

[918] [[Table 6.6 and Schedules 4.1 and 4.2.]]

[919] Table 6.6 and Schedules 4.1 and 4.2.

[920] MRNA-GEN-01717733-758, at 755 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 23 of 26) ("Comparison of Alnylam and Tekmira TS to Moderna (1/2)").

[921] MRNA-GEN-01717733-758, at 756 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 24 of 26) ("Comparison of Alnylam and Tekmira TS to Moderna (2/2)").

[922] MRNA-GEN-01717733-758, at 756 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 24 of 26) ("Comparison of Alnylam and Tekmira TS to Moderna (2/2)").

[923] MRNA-GEN-01717733-758, at 756 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 24 of 26) ("Comparison of Alnylam and Tekmira TS to Moderna (2/2)").

[924] MRNA-GEN-01717733-758, at 755 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 23 of 26) ("Comparison of Alnylam and Tekmira TS to Moderna (1/2)").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.58A**

257

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

## Comparison of Alnylam and Tekmira TS to Moderna (2/2)

### Product by Product terms

| | Alnylam to Moderna TS | Tekmira to Moderna (May 2013 TS) | Moderna to Tekmira (January 2014 TS) | |
|---|---|---|---|---|
| | | $5m (up to 5 can be excl. / rest non-excl.) | $0.5m (excl.) | — (non-excl) |
| | | up to $52m | up to $11.5m (excl.) | up to $5m (non-excl) |
| | | — | — | — |
| | | $5.0m (first 2 products then $3m) | — | $0.25m |
| | | $5.0m | $0.5m | $0.25m |
| | | $7.0m | $1.0m | $0.5m |
| | | $10.0m | $2.0m | — |
| | | $15.0m | — | $1.5m |
| | | | $3.0m | |
| | | $10.0m | $5.0m | $2.5m |
| | | 7% | 2.0% | 1.0% |
| | | 7% | 2.5% | 1.5% |
| | | 7% | 3.0% | 2.0% |
| | | Royalty stacking with a floor of 3.5% | | |
| | | **Manufacturing:** from GMP and GLP LNP formulated materials to Phase II studies at a pre-agreed rate | | |
| | | **Guaranteed FTE funding:** 3-year minimum FTE funding of at least 3.3m per year | | |
| | | **Other:** Tech transfer for Phase III of $1m | | moderna |

COMPANY CONFIDENTIAL INFORMATION

Moderna™

5/23/2015

Company Confidential Information

**FIGURE 2.58B**

343.   While Moderna had been seeking an *exclusive* license from Tekmira, by May 22, 2014, Tekmira observed that "Moderna [was] not able to support the economics of an exclusive agreement."[925] Stéphane Bancel agreed, and offered to "send [] a new term sheet, based on a non exclusive, target by target licensing partnership."[926]   It does not appear, however, that Moderna sent the "new term

[925] GENV-00247108-109, at 108 (Francis Deposition Exhibit No. 22 – May 22, 2014 email from Mark Murray to Stéphane Bancel, Subject: Tekmira_Moderna).

[926] GENV-00247108-109, at 108 (Francis Deposition Exhibit No. 22 – May 27, 2014 email from Stéphane Bancel to Mark Murray, Subject: Re: Tekmira_Moderna).

sheet" at that time.[927]  Instead, the Moderna-Tekmira discussions appear to have picked up again about a year later, in March 2015,[928] which is discussed below.

344.    While the 2013-2014 Moderna-Tekmira license negotiations did not result in an agreement, in parallel and at the same time—and without advising Tekmira[929]—Moderna continued its negotiations with Acuitas that began on or about February 6, 2013 and eventually culminated in the July 3, 2014 Acuitas-Moderna *non-exclusive* agreement.[930]  In a July 3, 2014 email to Moderna's Executive Committee, Dr. Hoge stated: "We have officially closed on Acuitas giving us access to MC3 and the Alnylam LNP portfolio at attractive terms. . . . [A]s of today we have access to a formulation that is safe in Phase 3 in man!"[931],  which was a reference to Alnylam's Phase 3 clinical testing of Onpattro, that used MC3,[932] which Tekmira claimed enabled ALN-TTR02.[933]  In a 2021 *Vaccines* article, Dr. Weissman and his colleagues stated that the formulation

---

[927] *See, e.g.,* GENV-00247138-140, at 139 (Bancel Deposition Exhibit No. 7 – July 14, 2014 email from Mark Murray to Stéphane Bancel, Subject: RE: Tekmira_Moderna) (". . . It has been sometime since we connected on the topic of license / collaboration. . . .").

[928] MRNA-GEN-01674451 (Bancel Deposition Exhibit No. 8 – March 10, 2015 email from Stéphane Bancel to Lorence Kim, Said Francis, Stephen Hoge, Subject: Canadian roulette) ("Just spoke with Marck ceo of Tekmira[.]  I proposed the idea of us taking LNP exclusively for mRNA or for everything with a back license to them for their hep B[.]  He liked the idea then went on to ask if we could cross license mRNA for hep B[.] . . ."). MRNA-GEN-01717733-758, at 756 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, 26 Slides).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 204:12-204:15 ("Q. And this [Francis Deposition Exhibit No. 29] describing the negotiation of a potential exclusive license agreement with Tekmira, correct?  A. Yes.").

[929] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 141:1-141:6 ("Q. And when you were negotiating with Tekmira in the 2013-2014 time frame, did you advise Tekmira that you were also negotiating with Acuitas to obtain rights to the Tekmira patents?  A. No. . . ."); 141:22-142:8 ("Q. But you before you entered into the agreement with Acuitas didn't tell Tekmira that you were also trying to obtain rights of Tekmira patents through negotiations with Acuitas? . . . THE WITNESS: Again, that would have been a violation of our confidentiality agreement with Acuitas.").

[930] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 140:19-140:22 ("Q And so you continued to negotiate with AlCana, or we'll call them Acuitas, during this period in 2013-2014? A. Yes.").

[931] MRNA-GEN-01754060-064, at 060 (Francis Deposition Exhibit No. 24 – July 3, 2014 email from Stephen Hoge to Executive Committee, cc: Said Francis; Shuan Ryan, Örn Almarsson, Matt Stanton, Subject: FW: Acuitas Final Documents).

[932] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 181:14-182:3.

[933] "Tekmira Pharmaceuticals' CEO Discusses Q1 2013 Results – Earnings Call Transcript," *Seeking Alpha,* May 14, 2013, p. 6 of 16, *available at* https://seekingalpha.com/article/1434991-

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

used in used in Onpattro "is the basis for the subsequent development of LNPs" used in the

Moderna and Pfizer COVID-19 vaccines:

> The last step in the optimization was to tune the mole ratios of these lipids to 50/10/38.5/1.5 for MC3/DSPC/Cholesterol/PEG-lipid.  Overall, this optimization process from DLin-DMA to DLin-MC3-DMA required more than 300 ionizable lipids to be screened in thousands of formulations and resulted a 200-fold increase in potency and corresponding reduction in the effective dose in order to achieve durable suppression of the target gene >80% and a therapeutic window that permitted the clinical approval of Onpattro™ in 2018.  **This MC3 formulation developed for siRNA is the basis for the subsequent development of LNPs . . . which are now under emergency use after being approved for the delivery of SARS-CoV-2 mRNA vaccines**.[934]
>
> . . .
>
> Moderna carried out several preclinical and clinical studies using MC3 in the Onpattro formulation described above in order to deliver nucleoside-modified mRNA-encoded immunogens.  MC3 was later identified as the ionizable lipid in these studies comparing a new class of ionizable lipids to MC3.  This new class includes Lipid H, which is ionizable lipid SM-102 in Moderna's SARS-CoV-2 product mRNA-1273.[935]

345. Tekmira's May 29, 2013 offer to Moderna was early—*before* Alnylam's "MC3-based 2[nd] generation LNP (ALN-TTR02, patisiran) was advanced to the clinic in a first-in-human phase 1 trial,"[936] was planned to "be presented at the 2013 Biennial Meeting of the Peripheral Nerve

---

tekmira-pharmaceuticals-ceo-discusses-q1-2013-results-earnings-call-transcript (Mark Murray, President & CEO: "ALN-TTR02 is an RNAi therapeutic for the treatment of TTR-mediated amyloidosis, or ATTR, is enabled by Tekmira's LNP technology.").  *See also* "PropThink Hosts Special Call and Interview with Tekmira Pharmaceuticals' CEO Dr. Mark Murray (Transcript)," *Seeking Alpha,* October 5, 2013, p. 7 of 10, *available at* https://seekingalpha.com/article/1730292-propthink-hosts-special-call-and-interview-with-tekmira-pharmaceuticals-ceo-dr-mark-murray-transcript (Dr. Mark Murray, CEO: "So our technology enables leading drugs in the class, most notably the advanced product being developed Alnylam-TTR02.").

[934] Michael D. Buschmann, Manuel J. Carrasco, Suman Alishetty, Mikell Paige, Mohamad Gabriel Alameh, Drew Weissman, "Nanomaterial Delivery Systems for mRNA Vaccines," *Vaccines,* 2021, pp. 5-6 of 30, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7836001/pdf/vaccines-09-00065.pdf.

[935] Michael D. Buschmann, Manuel J. Carrasco, Suman Alishetty, Mikell Paige, Mohamad Gabriel Alameh, Drew Weissman, "Nanomaterial Delivery Systems for mRNA Vaccines," *Vaccines,* 2021, p. 6 of 30, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7836001/pdf/vaccines-09-00065.pdf.

[936] Akin Akinc, Martin A. Maier, Muthiah Manoharan, Kevin Fitzgerald, Muthusamy Jayaraman, Scott Barros, Steven Ansell, Xinyao Du, Michael J. Hope, Thomas D. Madden,

260

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Society being held July 29 to July 1 [2013] in St. Malo, France,[937] and published in *The New England Journal of Medicine* on **August 29, 2013**,[938] and *years before* Alnylam's Onpattro was approved by the FDA on **August 10, 2018**.[939]  In addition, in October 2013, Tekmira's Dr. Mark

---

Barbara L. Mui, Sean C. Semple, Ying K. Tam, Marco Ciufolini, Dominik Witzigmann, Jayesh A. Kulkarni, Roy van der Meel and Pieter R. Cullis, "The Onpattro story and the clinical translation of nanomedicines containing nucleic acid-based drugs," *Nature Nanotechnology,* Vol. 14, December 2019, pp. 1084-1087, at 1086-87, *available at* https://www.liposomes.ca/publications/2010s/Akinc%20et%20al%202019%20-%20The%20Onpattro%20story%20and%20the%20clinical%20translation%20of%20nanomedicines%20containing%20nucleic%20acid-based%20drugs.%20Nature%20Nanotechnology.pdf.

[937] "Tekmira Pharmaceuticals' CEO Discusses Q1 2013 Results – Earnings Call Transcript," *Seeking Alpha,* May 14, 2013, p. 6 of 16, *available at* https://seekingalpha.com/article/1434991-tekmira-pharmaceuticals-ceo-discusses-q1-2013-results-earnings-call-transcript (Mark Murray, President & CEO: As guided by Alnylam, we expect that the initial data from the Phase III, ALN-TTR02 trial will be presented at the 2013 Biennial Meeting of the Peripheral Nerve Society being held June 20 to July 1 in St. Malo, France.  By year end [2020], it is expected that ALN-TTR02 will enter a Phase III trial, triggering a $5 million milestone payment to Tekmira.").

[938] Teresa Coelho, M.D., David Adams, M.D., Ph.D., Ana Silva, M.D., Pierre Lozeron, M.D., Philip N. Hawkins, Ph.D., F.Med.Sci., Timothy Mant, M.B., Javier Perez, M.D., Joseph Chiesa, M.D., Steve Warrington, M.D., Elizabeth Tranter, M.B., Malathy Munisamy, M.D., Rick Falzone, M.P.H., Jamie Harrop, B.A., Jeffrey Cehelsky, M.B.A., Brian R. Bettencourt, Ph.D., Mary Geissler, M.P.H., James S. Butler, Ph.D., Alfica Sehgal, Ph.D., Rachel E. Meyers, Ph.D., Qingmin Chen, Ph.D., Todd Borland, B.S., Renta M. Hutabarat, Ph.D., Valerie A. Clausen, Ph.D., Rene Alvarez, Ph.D., Kevin Fitzgerald, Ph.D., Christina Gamba-Vitalo, Ph.D., Saraswathy V. Nochur, Ph.D., Akshay K. Vaishnaw, M.D., Ph.D., Dinah W.Y. Sah, Ph.D., Jared A. Gollob, M.D., and Ole B. Suhr, M.D., "Safety and Efficacy of RNAi Therapy for Transthyretin Amyloidosis," *The New England Journal of Medicine,* Vol. 369, No. 9, August 29, 2013, *available at* https://www.nejm.org/doi/full/10.1056/NEJMoa1208760.

[939] "ONPATTRO™ (patisiran) and Investigational ALN-TTRsc02 for the Treatment of ATTR Amyloidosis," *Alnylam,* September 11, 2018, Slide 11 of 32, *available at* https://capella.alnylam.com/wp-content/uploads/2018/09/RNAi-Roundtable_TTR_Slides_FINAL.pdf.  *See also* "Arbutus Biopharma's (ABUS) CEO Mark Murray on Q4 2017 Results – Earnings Call Transcript, *Seeking Alpha,* March 14, 2018, p. 4 of 20, *available at* https://seekingalpha.com/article/4156517-arbutus-biopharmas-abus-ceo-mark-murray-on-q4-2017-results-earnings-call-transcript (Dr. Mark Murray, CEO: "Last year, our LNP technology achieve a major clinical validation after the successful completion of Alnylam Phase 3 trial for its patisiran product, which is enabled by our LNP technology.  Alnylam has since completed regulatory filings required for approval of patisiran which could result in regulatory approval in the second half of this year.  Arbutus is owed a low-to-mid single digit royalties tiered based on global sales of patisiran and we could receive its – our first royalty payments late this year.  The company anticipates that this royalty could provide meaningful runway extending capital to fund our HBV development programs.").

261

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Murray, CEO, stated that "as this class of medicines continues to generate positive clinical data and others are more interested in the LNP technology that we expect the economics of future deals to improve."[940]  As such, the May 29, 2013 offer would require *upward* adjustment to reflect the circumstances at the time of the hypothetical negotiation on May 31, 2020—including the fact that at that time, the *only* FDA-approved LNP was Tekmira's LNP used in Onpattro.[941]

**(2)   Moderna's January 24, 2014 Research Plan Proposal**

346.   As discussed above, on January 24, 2014, Moderna's Stéphane Bancel forwarded its January 24, 2014 "Moderna – Tekmira partnership framework" and "Moderna – Tekmira work plan – v8,"[942] which was about characterizing candidates and was "not about a specific medicine or specific product."[943]  Dr. Murray testified: "So he [Stéphane Bancel] was – they [Moderna] were calling

---

[940] "PropThink Hosts Special Call and Interview with Tekmira Pharmaceuticals' CEO Dr. Mark Murray (Transcript)," *Seeking Alpha,* October 5, 2013, p. 3 of 10, *available at* https://seekingalpha.com/article/1730292-propthink-hosts-special-call-and-interview-with-tekmira-pharmaceuticals-ceo-dr-mark-murray-transcript (Dr. Mark Murray, CEO).

[941] *See, e.g.,* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 35:22-36:3 ("Q. And so what role, if any, did Tekmira and/or Arbutus have in developing the Onpattro product?  A. Well – excuse me – we developed the LNP.  And we did the early formulations and manufactured the early clinical batches for Alnylam, as well as providing, you know, all of the regulatory submissions and so forth that they needed to do the clinical trial."); 36:10-36:18 ("Q. Do you know what role Tekmira or Arbutus had in developing that LNP [used in Onpattro]?  . . . THE WITNESS: Well, I think I just told you that we developed the LNP.  We encapsulated their – the SI that they provided.  We provided batches for them to do preclinical development, and we manufactured the first few or – numbers of clinical batches that they used in the clinical trials.").  June 5, 2024 30(b)(6) Deposition of Peter Zorn, 233:15-233:22 ("A. . . . But the first nucleic acid LNP product to be approved by the FDA is ONPATTRO, which uses Genevant's LNP technology.  So it predates Genevant, but there's a Genevant LNP approval.  Q. Do you know what the payload is in ONPATTRO?  A. It's an siRNA.").

[942] GENV-00247092 (Francis Deposition Exhibit No. 12 – January 24, 2014 email from Stéphane Bancel to Mark Murray, Subject: Moderna Tekmira potential strategic partnership; Attachments: Moderna – Tekmira partnership framework 01.24.14.docx; . . . Moderna – Tekmira work plan – v8.docx).  GENV-00247093-095 (Francis Deposition Exhibit No. 13 – "Framework for Possible Partnership between Moderna and Tekmira," *Moderna,* January 24, 2014).  GENV-00247097-106 (Francis Deposition Exhibit No. 14 – "Exhibit A – Research Project," *Moderna,* January 24, 2014).  GENV-00247092-106 (Murray Deposition Exhibit No. 31/Bancel Deposition Exhibit No. 4 – January 24, 2014 email from Stéphane Bancel to Mark Murray, Subject: Moderna Tekmira potential strategic partnership; Attachments: Moderna – Tekmira partnership framework 01.24.14.docx; . . . Moderna – Tekmira work plan – v8.docx)

[943] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 111:2-111:8 ("Q. So it's characterization of candidates, there was no advanced commercial-ready product that the

262

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

for a very extensive research plan, right, and asking us to sort of take our technology off the market, if you will, while this research plan went on.  And we didn't feel like we could do that."[944]

### (3)    Moderna's March 10, 2015 Offer to Tekmira

347.    On March 10, 2015, Mr. Bancel spoke to Dr. Murray and "proposed the idea of use taking LNP exclusively for mRNA or for everything with a back license to them for their hep B[.]  He liked the idea then went on to ask if we could cross license mRNA for hep B[.]  I said it was not part of the Merck deal[.]  I also said if we get to a cash plus equity framework it might make sense to go brainstorm with peter [Peter Kolchinsky, an investor in Boston who was an investor in Tekmira at the time[945]] who might lead a follow on of Tekmira.  Maybe moderna might invest to fund hep B[.] . . ."[946]

### (4)    Arbutus's June 2, 2015 Counteroffer to Moderna

348.    During Tekmira's May 12, 2015 earnings call, Dr. Murray, CEO, stated: "[t]he foundation of these valuable assets is the leading position we have built in RNAI technology with our proprietary Lipid Nanoparticle or LNP technology"[947] and "[w]e're committed to maximizing the value of these assets,"[948] and Bruce Cousins, CFO, further stated:

> It is important to note that today, our LNP technology represents the most widely adopted and advanced delivery technology in RNAi having enabled eight clinical trials and administer to more than 250 human subjects.  Because LNP can enable a wide variety of new nucleic acid payloads including messenger RNA, we continue

---

companies were discussing at this stage, right?  A. This is more of proving you can repeat those. It's not about a specific medicine or specific product.").

[944] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 148:10-148:14.

[945] June 28, 2024 Deposition of Stéphane Bancel, 63:10-63:12 ("Q. Who is Peter?  A. I would guess it's Peter, I think, Kolchinsky.  He's an investor in Boston who I think was an investor in Tekmira at the time.").

[946] MRNA-GEN-01674451 (Bancel Deposition Exhibit No. 8 – March 10, 2015 email from Stéphane Bancel to Lorence Kim, Said Francis, Stephen Hoge, Subject: Canadian roulette).

[947] "Tekmira Pharmaceuticals' (TKMR) CEO Mark Murray on Q4 2014 Results – Earnings Call Transcript," *Seeking Alpha,* March 12, 2015, p. 5 of 25, *available at* https://seekingalpha.com/article/2997966-tekmira-pharmaceuticals-tkmr-ceo-mark-murray-on-q4-2014-results-earnings-call-transcript (Dr. Mark Murray, CEO).

[948] "Tekmira Pharmaceuticals' (TKMR) CEO Mark Murray on Q4 2014 Results – Earnings Call Transcript," *Seeking Alpha,* March 12, 2015, p. 5 of 25, *available at* https://seekingalpha.com/article/2997966-tekmira-pharmaceuticals-tkmr-ceo-mark-murray-on-q4-2014-results-earnings-call-transcript (Dr. Mark Murray, CEO).  *See also* p. 17 of 18 (Dr. Murray: "there is a number of possible ways forward and our focus is really maximizing the value and then at the same time preserving our focus on HBV.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

to see new product development and partnering opportunities based on our industry-leading delivery expertise.[949]

349.    Notwithstanding its existing July 3, 2014 *non-exclusive* license with Acuitas, in May 2015, Moderna again attempted to obtain an *exclusive* license directly from Tekmira.    Moderna summarized the "Rationale" for "Exclusive licensing of Tekmira technology" as shown in **Figure 2.59A**[950] (May 2015), and **Figure 2.59B**[951] (February 2016), below, which is redacted but adds "Potential savings."

---

[949] "Tekmira Pharmaceuticals' (TKMR) CEO Mark Murray on Q4 2014 Results – Earnings Call Transcript," *Seeking Alpha,* March 12, 2015, p. 13 of 25, *available at* https://seekingalpha.com/article/2997966-tekmira-pharmaceuticals-tkmr-ceo-mark-murray-on-q4-2014-results-earnings-call-transcript (Bruce Cousins, CFO).

[950] MRNA-GEN-01717733-758, at 735 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 3 of 26).

[951] MRNA-GEN-01719608-637, at 614 (Hoge Deposition Exhibit No. 13 – "Project Rodeo," *Moderna,* February 3, 2016, Slide 7 of 30).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.59A**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.59B**

350.    On May 14, 2015, around the time that Tekmira changed its name to Arbutus and shifted its focus to Hepatitis B,[952] Moderna's Lorence Kim summarized an oral offer he made to Paul Brennan, Tekmira's Senior Vice President, Business Development[953]: "I floated $30-35mm plus 'market royalties' where we have licensed lipid families for anything from zero up to low-to-mid single

---

[952] Nicole Gray, "Tekmira to become Arbutus, shift focus to hep B," *BioPharma Dive,* July 21, 2015, *available at* https://www.biopharmadive.com/news/tekmira-to-become-arbutus-shift-focus-to-hep-b/402671/.

[953] "Addition of Paul Brennan as Senior Vice President, Business Development," *Arbutus,* September 8, 2010, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/tekmira-pharmaceuticals-strengthens-management-team-addition.

266

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

digits.  Plus some sort of capacity commitment is doable . . ."[954]   At that time, Moderna apparently thought that licensing directly from Tekmira was now a potentially *lower cost* option than its existing agreement with Acuitas, as shown in **Figure 2.60**,[955] below.  In particular, Moderna estimated that "[t]he NPV [net present value] of savings realized by licensing the technology directly from Tekmira as opposed to Acuitas agreement for 1 product successfully launched and reaches $500M PYS [peak year sales] (100% POS [probability of success]) is **$29.4M**[.]"



**FIGURE 2.60**

---

[954] MRNA-GEN-01754119-122, at 121 (Francis Deposition Exhibit No. 28 – May 14, 2015 email to Stéphane Bancel, Stephen Hoge, Saïd Francis, Subject: Tekmira).
[955] MRNA-GEN-01717733-758, at 737 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 5 of 26) ("NPV of savings: by company").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

351.    Twelve (12) days later, Moderna followed up with a written proposal to Tekmira.  Moderna's summary of its May 26, 2015 proposal and Tekmira's June 2, 2015 counterproposal in **Figure 2.61**,[956] below, shows that Moderna's assumption that an exclusive license to Tekmira's technology at that time would be *lower cost* was incorrect.  Comparing Arbutus's **June 2, 2015** *exclusive* license with retained fields proposal to Tekmira's earlier **May 29, 2013** *non-exclusive* license with right to nominate up to five (5) exclusive mRNA targets for an additional fee proposal shows that in May 2015 Arbutus asked for both *new* business terms (*i.e.,* non-cash) and changes to the consideration (net change in upfront cash/milestones/FTE: +$15 million), namely:

a)   *increased* upfront cash ($45 million v. $30 million),

b)   *decreased* milestones ($42 million v. $52 million),

c)   *decreased* royalties (tiered 4-6% v. 7%),

d)   *no* FTE ($0 v. >$10 million),

e)   *new* Tekmira Retained Fields (HBV, HDV, and gene editing),

f)   *new* "exclusive sublicensable license under Moderna IP to exploit a therapeutic vaccine against HBV and HDV.  AND is looking for an option on the pathogens[,]"

g)   *new* Moderna to service Tekmira HBV program.

---

[956] MRNA-GEN-01719608-637, at 626-627 (Hoge Deposition Exhibit No. 13 – "Project Rodeo," *Moderna,* February 3, 2016, Slide 8 of 30) ("…Recall summary of key terms in Arbutus (formerly Tekmira) term sheet negotiation (Q2 2015)").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.61**

352. On November 30, 2015, Moderna reported "Tekmira discussions open again… November 2015," as shown in **Figure 2.62**,[957] below, which appears to be a reference to the May/June 2015 discussions above.

---

[957] MRNA-GEN-01719145-190, at 173 (Bancel Deposition Exhibit No. 9 – "BD update to EC," *Moderna,* November 30, 2015, Slide 29 of 46) ("Tekmira discussions open again… November 2015"). June 28, 2024 Deposition of Stéphane Bancel, 69:2-72:20 (testimony regarding Bancel Deposition Exhibit No. 9).

269

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.62**

353.    While the May/June 2015 Moderna proposal and Arbutus counterproposal also did *not* result in an agreement,[958] it does provide insight regarding the parties' licensing proposals over time.  As between the **June 2, 2015** Arbutus proposal to Moderna and the **May 29, 2013** Tekmira proposal to Moderna, the terms of the latter constitute a more comparable starting point metric for the May 31, 2020 hypothetical negotiation in this case for two reasons.  <u>First</u>, the May 29, 2013 Tekmira proposal is *non-exclusive* with an exclusivity option and does not include the non-cash business terms.  <u>Second</u>, while the expected value of the non-cash business terms is not known, it appears

---

[958] In February 2016, Moderna was referring to its term sheet negotiation with Arbutus in Q2 2015. *See, e.g.,* MRNA-GEN-01719608-637, at 626-627 (Hoge Deposition Exhibit No. 13 – "Project Rodeo," *Moderna,* February 3, 2016, Slide 8 of 30) ("…Recall summary of key terms in Arbutus (formerly Tekmira) term sheet negotiation (Q2 2015)").

270

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

that the overall value to Arbutus of the June 2, 2015 proposal is *higher* than Tekmira's earlier May 29, 2013 proposal.  For these reasons, I use Tekmira's May 29, 2013 proposal as a baseline metric for the May 31, 2020 hypothetical negotiation. As I discuss further, later proposals between the parties are colored by the overhangs caused by the Arbutus-Acuitas breach of contract litigation, and later the Moderna's IPRs.

### c.    December 2015: Proposed Transaction ████████ & Moderna $42 Mil. Offer

354.    On December 16, 2015, Arbutus's Bruce Cousins advised Alnylam's DA Gros that Arbutus's board had "an interest on moving forward immediately" with a potential "transaction [for Arbutus's LNP estate] valued at ██████████" pursuant to which Arbutus would "retain exclusive LNP rights for HBV, for use in all potential applications . . . All other fields to be owned by [Alnylam] – for all applications – with the exception of any rights previously granted by ABUS (e.g. DRNA/PH1, Monsanto/Agricultural, Acuitas)," together with certain other terms.[959]  Mr. Cousins further stated: "DA, my clear take away from the last call was an unwillingness to partake in a competitive process on the sales of this IP estate.  On the above outlined terms ABUS is prepared to abandon such undertakings and move forward immediately with a transaction."[960]  Dr. Murray testified that Arbutus did not enter into a deal like this with Alnylam.[961]

---

[959] GENV-00521389 (Murray Deposition Exhibit No. 24 – December 16, 2015 email from Bruce Cousins to DA Gros, Subject: LNP IP estate).  May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 116:17-116:22 ("Q. As laid out here, the board had approved that Arbutus would retain exclusive LNP rights for HBV, and all other fields would be owned by Alnylam for all applications; is that right? . . . THE WITNESS: That's what it says.").
[960] GENV-00521389 (Murray Deposition Exhibit No. 24 – December 16, 2015 email from Bruce Cousins to DA Gros, Subject: LNP IP estate).
[961] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 118:2-118:4 ("Q. Did you enter into a deal like this with Alnylam?  A. No, we did not.").

271

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

355.    Around the same time, Moderna submitted an offer for an "Exclusive license under all ABUS LNP IP" together with a "Non-exclusive license under Encumbered IP" for an upfront payment of $42 million.[962]  In mid-January 2016, Arbutus advised Moderna that "this bid was not competitive."[963]

> **d.    August 2016 through February 2018: Acuitas and the Breach of Contract Litigation Overhang**

356.    In May 2016, Arbutus outlined "Monetizing LNP Assets – Options Explored," as shown in **Figure 2.63**,[964] below, noting "Offers received to date are sub-optimal (ALNY, Moderna)," and stated "Near and long term value of licensing deals significantly greater than other options."

---

[962] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 48 of 64) ("Project Zurich – history . . .").  GENV-00900219-223, at 219 (Murray Deposition Exhibit No. 25 – July 12, 2016 email from Tom Frohlich to Mark Murray, cc Bruce Cousins, Subject: LNP Monetisation General Update; Attachments: LNP Partnering Update July 2016.docx) ("Moderna previously offered a fully paid up (no milestones/royalties) $42mm bid for all LNP assets. . . .").

[963] GENV-00900219-223, at 219 (Murray Deposition Exhibit No. 25 – July 12, 2016 email from Tom Frohlich to Mark Murray, cc: Bruce Cousins, Subject: LNP Monetisation General Update; Attachments: LNP Partnering Update July 2016.docx).

[964] GENV-00900097-107, at 099 (Murray Deposition Exhibit No. 39 – "Arbutus LNP Strategy," *Arbutus,* May 2016 – DRAFT, Slide 5 of 13) ("Monetizing LNP Assets – Options Explored").

272

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



# Monetizing LNP Assets – Options Explored

- **Sale**
  - Offers received to date are sub-optimal (ALNY, Moderna)
  - Selling assets would preclude continued LNP development in support of ABUS HBV applications
  - Loss of ability to leverage assets to access gene editing/mRNA technology for HBV
  - Eliminates/restricts ABUS participation in future value

- **Spin out**
  - Spin out of assets in their current form not compelling/difficult to finance
  - Discussions with Silence Therapeutics not fruitful
  - Potential longer term option for consideration

- **Licensing (indication basis)**
  - High degree of interest from pharma (Alexion, Merck, Vertex) and gene editing companies to license LNP for specific indications
  - Near and long term value of licensing deals significantly greater than other options
  - Retains ability to continue development in LNP technology & leverage investment with collaborators
  - Maturation of LNP collaborations may facilitate longer term spin out

> Licensing LNP on an indication basis presents path forward – and represents complexity for the company

Arbutus BIOPHARMA                    CONFIDENTIAL                    3

**FIGURE 2.63**

357.    In May 2016, Arbutus summarized the status of its negotiations with Moderna as follows:

- They proposed a one-time, fully paid-up fee of $42M to acquire LNP for all mRNA fields.
- This deal would preclude any further mRNA deals for ABUS in mRNA.
- We have rejected the deal and are considering various strategies for further licensing discussions.[965]

358.    On July 28, 2016, Arbutus summarized the status of the negotiations with Moderna as follows:

---

[965] GENV-00900097-107, at 105 (Murray Deposition Exhibit No. 39 – "Arbutus LNP Strategy," *Arbutus,* May 2016 – DRAFT, Slide 11 of 13) ("BD Update").  May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 195:23-196:11 ("Q. Do you see there's a section here on Moderna?  A. I do.  Q. And they proposed one-time, fully paid up fee of 42 million to acquire LNP for all mRNA fields?  A. I see that.  Q. Then it says, This deal would preclude any further mRNA deal for ABUS and mRNA?  A. Yes.  Q. It says, We have rejected the deal and are considering various strategies for further licensing discussions.  Do you know what further strategies you were considering at this time?  A. No, not specifically.").

273

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

*Moderna* – at this point, we do not believe that Moderna will respond to a direct overture to take a broad license.[966]

359. The Arbutus-Moderna licensing discussions during the period August 2016 through February 2018, however, are colored by the overhang of the Arbutus-Acuitas breach of contract litigation.[967] In or about February 6, 2013,[968] Moderna began its initial discussions with Acuitas,[969] first known as AlCana.[970] According to Moderna, Tom Madden at AlCana "reached out to [Moderna's Tony de Fougerolles] to see if [Moderna] was interested in working with them on LNP for mRNA

---

[966] GENV-00901497-501, at 500 (Murray Deposition Exhibit No. 40 – July 28, 2016 email from Mark Murray to V. Ramaswamy, Mark Murray, Keith Manchester, Herb Conrad, Frank Karbe, Frank Karbe, Richard Henriques, Bill Symonds, cc: Gloria Pichii, Subject: Interim Board Report; Attachments: 20160728_Arbutus Interim Board Report_Final.pdf). May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 200:6-200:19 ("Q. But current status with respect to potential licensees, Moderna is listed first here? A. Yes. Q And you state, At this point, we do not believe that Moderna will respond to a direct overture to take a broad license. Why did you believe that at this point? A. Well, you know, we've had a number of interactions with Moderna. Apparently, this was our view at the moment. Q. So in July 28th – on July 28th of 2016, Arbutus didn't think that Moderna would respond to a direct overture to take a broad license? A. Apparently not."); 200:25-201:16 ("A. Okay. Well, I remember, as I said, you know, we had various discussions with them [Moderna] over a period of time. Q. Who was typically involved in those discussions? A. Our business development people were involved. I was involved. Q. Who from the business development group at Arbutus? A. I think we've seen Paul Brennan being involved. There was a point where Bruce Cousins, our CFO, was involved. I was involved. I had a myriad of conversations with Stéphane Bancel about it. Q. And who from Moderna was involved? A. Stéphane, and I think Steven Hoge, and people in the business development function. Q. Sayeed [sic – Said]? A. Sayeed [sic – Said (Francis)]. Yeah, you see him in an email. Lawrence Kim.").

[967] *See, e.g.,* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 65:22-66:3 ("A. The – Acuitas filed a lawsuit against Tekmira because we were questioning them about their activities under this agreement and contemplating terminating it, and they sued us to prevent that. Q. Acuitas sued Tekmira to prevent Tekmira from terminating the agreement? A. Yes.").

[968] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 51:16-51:20 ("Q. Do you know why Moderna was having discussions with AlCana at that time? A. yes. I mean, it started in February before I joined, and then when I joined, I was involved in the discussions.").

[969] MRNA-GEN-01759820 (Hoge Deposition Exhibit No. 12 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update). MRNA-GEN-01247585 (Bancel Deposition Exhibit No. 2/ Francis Deposition Exhibit No. 3 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).

[970] *See, e.g.,* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 49:19-49:22 ("Q. AlCana is what today is Acuitas, and it was former ex-Tekmira employees that had consulted after they left Tekmira with Alnylam and they created AlCana. . . .")

274

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

delivery" and claimed that they had "non-exclusive sub-licensable rights to all the Tekmira IP with regards to field outside of siRNA—this field definition explicitly includes mRNA."[971]   At that time, Moderna stated that AlCana was "a useful alternative to dealing with Tekmira[.]"[972]

### (1)   Acuitas's Licensing Was Undercutting Arbutus

360.   Acuitas's sublicensing of Tekmira's technology provided what Moderna saw as an alternative path that was undercutting Arbutus.  Dr. Murray testified "Acuitas was talking in meetings, talking to a bunch of other companies, asserting that they had the right to do this with our LNP.  And that they could do it less expensively, for example."[973]   While the total number of sublicenses that Acuitas granted is not known, in 2014 it granted sublicenses to at least UPenn scientist, Drew Weissman[974] and Moderna, which was described in detail above.[975]   In an affidavit submitted in

---

[971] MRNA-GEN-01759820 (Hoge Deposition Exhibit No. 12 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).  MRNA-GEN-01247585 (Bancel Deposition Exhibit No. 2/Francis Deposition Exhibit No. 3 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).
[972] MRNA-GEN-01759820 (Hoge Deposition Exhibit No. 12 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).  MRNA-GEN-01247585 (Bancel Deposition Exhibit No. 2/Francis Deposition Exhibit No. 3 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).
[973] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 104:23-105:4.
[974] Fabrice Delaye, "Messenger RNA: The Outsiders Strike Back," *Les Explorations,* No. 11, September 2021, pp. 54-55, *available at* https://am.pictet.com/us/en/investment-research/messenger-rna-vaccines.
[975] *See also* MRNA-GEN-01247585 (Bancel Deposition Exhibit No. 2/Francis Deposition Exhibit No. 3 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).  *See also* MRNA-GEN-01754060-064, at 060 (Francis Deposition Exhibit No. 24 – July 3, 2014 email from Stephen Hoge to Executive Committee, cc: Said Francis; Shuan Ryan, Örn Almarsson, Matt Stanton, Subject: FW: Acuitas Final Documents). *See also* MRNA-GEN-01674425-427, at 425 (Francis Deposition Exhibit No. 25 – September 11, 2014 email from Said Francis to Paula Soteropoulos, Örn Almarsson, Subject: RE: questions on MC3).  *See also* MRNA-GEN-01240713-741, at 715 (External Evaluations, January 13, 2017 Update).  *See also,* MRNA-GEN-01717063-074, 065 (Acuitas Therapeutics Development and Option Agreement, Update to the Investment Committee, June 26, 2014 – "Key terms benchmarking against other related term sheets").  *See also*, MRNA-GEN-01719874 ("Acuitas – a possible expansion / extension beyond tolling").  *Compare to*, MRNA-GEN-01754052-056, at 054 (May 29, 2014 term sheet 'Framework for Possible Partnership between Moderna and Tekmira').  MRNA-GEN-01754157—159, at 157 (May 26, 2015 Email from Shaun Ryan to Tom Madden; Meg Valeur-

275

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

the Canadian litigation of *Acuitas v. Arbutus*, Dr. Murray stated that in addition to Moderna, it was his belief that Acuitas had also discussed or provided sublicenses to other companies, including CureVac and Merck.[976] *See* II.A.2.d.(3).

361. "On August 29, 2016, Arbutus provided Acuitas with notice that Arbutus considered Acuitas to be in material breach of the companies' cross-license agreement, citing sublicenses with third party Moderna."[977] Dr. Murray testified that Arbutus was considering terminating the license with Acuitas "[b]ecause Acuitas was out representing that they had the ability and the right to use Tekmira intellectual property to collaborate with others and license others, and it was a huge interference in our potential business activities."[978] Dr. Murray testified that Arbutus preferred to license its LNP technology directly,[979] and Acuitas was undercutting it in the market which he described as follows:

> So one of our business activities was to collaborate with others and license our LNP technology to develop products to treat patients, right? Acuitas was talking in meetings, talking to a bunch of other companies, asserting that they had the right to do this with our LNP. And that they could do it less expensively, for example.[980]
> . . .
> [W]e had, you know, an ongoing dialogue between Arbutus and Moderna seeking to do – to so dome business around LNP. . . . [A]s I told you earlier, Acuitas was out making assertions. We didn't think they had the right to do it, and we were seeking to do business with Moderna ourselves.[981]
> . . .
> I mean, as I told you before, we were interested in a business relationship with Moderna and talked about that for some time. . . . [O]ur general business strategy was to apply our LNP delivery technology to a variety of applications where therapeutic products could be made, and Moderna was interested in developing

Jensen, CC: Jim Kasinger; Said Francis, "Could we ask that you please let us know by email notify us when the redacted version of the agreement is sent over to Tekmira?").

[976] *Acuitas Therapeutics Inc., v. Arbutus Biopharma Corporation,* In the Superior Court of British Columbia, January 10, 2017, Affidavit of Mark Murray.

[977] "Arbutus Injunction Survives Attempted Appeal by Acuitas," *Arbutus,* April 13, 2017, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-injunction-survives-attempted-appeal-acuitas.

[978] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 104:7-104:13.

[979] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 105:5-105:9 ("Q. So you would have preferred that entities license the LNP technology directly from you rather than through Acuitas; is that right? . . . THE WITNESS: That's right.").

[980] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 104:23-105:4.

[981] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 109:23-110:8.

276

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

mRNA delivered products. And I already told you, we knew that they were using LNP or were interested in LNP.[982]

362. Two years after the July 3, 2014 Acuitas-Moderna agreement, Arbutus's July 12, 2016 "LNP Partnering Update" establishes that it was pursuing "four main strategies in parallel" and was "moving on all fronts" to "monetize the LNP assets."[983] At that time, Arbutus's "Priority #1" strategy was a "Broad deal with Moderna" as shown in **Figure 2.64**,[984] below.

| Strategy | Updates | Desired Outcome |
|---|---|---|
| **Priority #1:**<br><br>**Broad deal with Moderna** | **Moderna** previously offered a fully paid up (no milestones/royalties) $42mm bid for all LNP assets. They were advised in mid-January this bid was not competitive.<br><br>Next steps:<br>• Continue to pressure Acuitas to terminate cross-license<br>• Re-engage Moderna with the following messaging:<br>  ○ Technical superiority of ABUS LNP (efficacy and tolerability profile of LNP, formulation team, manufacturing/regulatory experience)<br>  ○ _Redacted – Privileged_<br>  ○ Many of Moderna's collaborators are approaching us for delivery<br>  ○ We believe we can solve Moderna's delivery problems with a business transaction | Sale of LNP assets to Moderna for an upfront greater than $60mm, and downstream milestones/royalties |

**FIGURE 2.64**

363. Dr. Murray testified that as of July 2016, "a general business matter, we were looking to partner with people to apply LNP to – in various applications to support their product development."[985] At that time, Arbutus was "placing a clear priority on the potential transaction with Moderna and hoping to use the other levers to exert more pressure on that deal."[986] Dr. Murray testified that Moderna was "a clear priority" because "Moderna was a company pursuing mRNA therapeutics. As I mentioned before, we knew they were using and need to LNP, and they were potentially a

---

[982] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 112:17-113:3.

[983] GENV-00900219-223, at 219 (Murray Deposition Exhibit No. 25 – July 12, 2016 email from Tom Frohlich to Mark Murray, cc Bruce Cousins, Subject: LNP Monetisation General Update; Attachments: LNP Partnering Update July 2016.docx).

[984] GENV-00900219-223, at 222 (Murray Deposition Exhibit No. 25 – July 12, 2016 email from Tom Frohlich to Mark Murray, cc: Bruce Cousins, Subject: LNP Monetisation General Update; Attachments: LNP Partnering Update July 2016.docx).

[985] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 119:1-119:4.

[986] GENV-00900219-223, at 219 (Murray Deposition Exhibit No. 25 – July 12, 2016 email from Tom Frohlich to Mark Murray, cc: Bruce Cousins, Subject: LNP Monetisation General Update; Attachments: LNP Partnering Update July 2016.docx).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

good candidate to partner with."[987] At that time, Arbutus's desired outcome was "Sale of LNP assets to Moderna for an upfront greater than $60mm and downstream/milestones royalties."[988]

364.  Arbutus "advised Acuitas of planned termination of their LNP sub-license and received Notice of Civil Action in response to this."[989]  "On October 25, 2016, Acuitas filed a Notice of Civil Claim in the Supreme Court of British Columbia seeking an order that Arbutus perform its obligations under the Cross License Agreement, for damages ancillary to specific performance, injunctive relieve, interest and cost.  Arbutus disputed Acuitas' position . . . [and] also filed a counterclaim seeking, among other relief, a declaration that the Cross License Agreement had been terminated."[990]  On November 1, 2016, Arbutus's Bruce Cousins, CFO, stated: "It has become clear to us Moderna is supporting the Acuitas legal action."[991]

### (2) The Injunction That Prohibited Acuitas from Granting Further Licenses was *Not* Moot

365.  "On January 10, 2017, Arbutus filed an application seeking an order to enjoin Acuitas from, *inter alia*, entering into any further agreements purporting to sublicense Arbutus' technology from the date of the order to the date of the trial or further order from the court."[992]

---

[987] May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 120:7-120:12.

[988]  GENV-00900219-223, at 219, 222 (Murray Deposition Exhibit No. 25 – July 12, 2016 email from Tom Frohlich to Mark Murray, cc: Bruce Cousins, Subject: LNP Monetisation General Update; Attachments: LNP Partnering Update July 2016.docx).  May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 121:1-121:11 ("Q. And he [Tom Frohlich] suggests a desired outcome is the sale of LNP assets to Moderna for an upfront greater than 60 million and downstream/milestones royalties; is that right?  A. That's what he's suggesting.  Q. Do you know what royalties he was – he is contemplating at this time?  A. I don't.  Q. did you have specific royalties in mind at this time?  A. No.").

[989] GENV-00519947-950, at 949 (Murray Deposition Exhibit No. 22 – November 1, 2016 Memo from Bruce Cousins to Arbutus Board of Directors, Subject: Cash Runway and Financing Options).

[990] "Arbutus Injunction Survives Attempted Appeal by Acuitas," *Arbutus,* April 13, 2017, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-injunction-survives-attempted-appeal-acuitas.

[991] GENV-00519947-950, at 949 (Murray Deposition Exhibit No. 22 – November 1, 2016 Memo from Bruce Cousins to Arbutus Board of Directors, Subject: Cash Runway and Financing Options).

[992] "Arbutus Injunction Survives Attempted Appeal by Acuitas," *Arbutus,* April 13, 2017, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-injunction-survives-attempted-appeal-acuitas.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

366. "On February 7, 2017, Arbutus obtained an injunction preventing Acuitas from further providing Arbutus LNP technology to any third party."[993]  While Moderna's CEO, Stéphane Bancel asserted that injunction was "a moot point, because Moderna has developed its own LNPs that would not be covered by Arbutus' IP" and its partner, "Merck, also has LNP technology that dates back to its 2006 purchase of RNA-drug expert Sirna Therapeutics,"[994] one of Moderna's "2017 Platform objectives" was: **"Fix backward risk balance . . . LNP/Abus . . ."**[995]

367. Other events, however, show that the injunction was *not* "moot," as Mr. Bancel had claimed.  <u>First</u>, during Moderna's February 23, 2017 Executive Committee meeting—two weeks after the injunction was granted—Moderna's **"Project Mozart – Alternatives to access [Arbutus] IP"** were outlined, as shown in **Figure 2.65**,[996] below, which identifies that for **"Straight IP Licensing**

---

[993] "Arbutus Settles Litigation, Terminating Acuitas' Rights to LNP Technology," *Arbutus,* February 22, 2018, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-settles-litigation-terminating-acuitas-rights-lnp-0.

[994] No Bates No. (Murray Deposition Exhibit No. 3 – Matthew Herper, Nathan Vardi, "Moderna Can't Escape My Intellectual Property, Says Arbutus CEO," *Forbes,* May 16, 2017, p. 3 of 6).

[995] MRNA-GEN-01503761 (Hoge Deposition Exhibit No. 31 – December 5, 2017 email from Stephen Hoge to Stephen Hoge) (emphasis added).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 320:19-322:18 ("Q. . . . if we could look at number 4 [on Hoge Deposition Exhibit No. 31], it says, 'Fix backward risk balance.' Do you see that?  A. Right.  Q. And then 4.2 underneath that is, 'LNP/Abus.'  That's LNP Arbutus, I assume?  A. Mm-hmm.  Q. And how did you intend to fix the backward risk balance with respect to LNP Arbutus in 2017? A. It would have to be in the context of our discussions with them, which I think there had been multiple in 2017.  I can't remember whether this is related to – where it is in relation to the litigation between Arbutus and Acuitas in time, but we were obviously aware of that litigation and, as you'd previously covered, had been in discussions with Tekmira that never went anywhere about the possibility of a direct license to some of the patents, intellectual property related to a couple of those products that in 2017 were still under development.  So -- . . . So that's what I would assume I meant by 4.2.  Q. What does it mean to fix the backward risk balance.  A. When I look at the five things underneath there, it's not entirely clear to me. Reorganizing R&D, biodistribution, Alexion, LNP, UPenn, I mean, they're all very different things, so I'm not exact – it's hard for me to imagine how that covers all of them.  For instance, reorganizing R&D feels like a weird way to characterize, you know, a backward risk balance.  I don't actually know what is meant there.  Q. Would filing an IPR fix a backward risk balance if it was successful?  A. Possibly, but obviously reorganizing R&D wouldn't.").

[996] MRNA-GEN-01708238-321, at 277 (Francis Deposition Exhibit No. 35 – "BD Update to Executive Committee," *Moderna,* February 27, 2017, Slide 7 of 86).

279

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**& know-how transfer"** as having the highest "Likelihood?" of <u>75%</u>, and states: **"Access fee could be too expensive given uncertainty of Moderna's need for the estate long-term."**[997]



**FIGURE 2.65**

368.    <u>Second</u>, a few weeks later, on March 17, 2017,[998] one of Moderna's partners, Alexion, obtained a license from Arbutus to its LNP technology—described as "a vote of no confidence in Moderna's legal position [that it was not using Arbutus' patents], according to former Moderna employees and collaborators, who spoke on condition of anonymity because of strict nondisclosure

---

[997] MRNA-GEN-01708238-321, at 277 (Francis Deposition Exhibit No. 35 – "BD Update to Executive Committee," *Moderna,* February 27, 2017, Slide 7 of 86).

[998] *See, e.g.,* March 17, 2017 Alexion Pharma Holding-Arbutus Biopharma Corporation and Protiva Biotherapeutics Inc. License Agreement, *available at* https://www.sec.gov/Archives/edgar/data/1447028/000162828017002760/exhibit1067alexionagr eemen.htm.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

agreements."[999]   The "Alexion-partnered treatment for the rare Crigler-Najjar syndrome" was described as "[t]he company's top therapeutic prospect."[1000]  Two months later, Moderna's general counsel, James Kasinger, left the company.  *STAT* reported: "Kasinger's exit comes at an inopportune time for Moderna.  An intellectual property expert, he's quitting in the middle of an all-important legal dispute that could bar the company from ever marketing its products."[1001]

369.   During Arbutus's March 21, 2017 earnings call, shortly after the injunction was granted, Dr. Murray provided the following "update on Arbutus' LNP technology"[1002] and described the March 17, 2017 Arbutus-Alexion license agreement as "a single therapeutic target deal with attractive economics **which will guide future deals with other companies**"[1003]:

> Now turning to LNP technology and Alexion.  On March 16 [2017][1004] we announced that we had licensed Alexion Pharmaceutical our proprietary lipid

---

[999] Damian Garde, "Moderna's top attorney quits during an all-important legal dispute," *STAT,* May 25, 2017, *available at* https://www.statnews.com/2017/05/25/moderna-attorney-exit/.

[1000] Damian Garde, "Moderna's top attorney quits during an all-important legal dispute," *STAT,* May 25, 2017, *available at* https://www.statnews.com/2017/05/25/moderna-attorney-exit/.

[1001] Damian Garde, "Moderna's top attorney quits during an all-important legal dispute," *STAT,* May 25, 2017, *available at* https://www.statnews.com/2017/05/25/moderna-attorney-exit/.

[1002] "Arbutus Biopharma's (ABUS) CEO Mark Murray on Full Year 2016 Results – Earnings Call Transcript," *Seeking Alpha,* March 21, 2017, p. 2 of 15, *available at* https://seekingalpha.com/article/4056947-arbutus-biopharmas-abus-ceo-mark-murray-on-full-year-2016-results-earnings-call-transcript (Dr. Mark Murray, CEO).

[1003] *See also* GENV-00900097-107, at 106, 107 (Murray Deposition Exhibit No. 39 – "Arbutus LNP Strategy," *Arbutus,* May 2016 – DRAFT, Slide 12 of 13) ("BD Update . . . CureVac . . . Negotiations are currently on hold until Alexion transaction is closed in order to set benchmark price for LNP targets[.]"  "Key next steps/timeline . . . Close Alexion Transaction . . . Set benchmark value for LNP targets . . .").

[1004] *See, e.g.,* Arbutus Biopharma Corporation 10-K for the fiscal year ended December 31 ,2017, p. 78, *available at* https://www.sec.gov/Archives/edgar/data/1447028/000162828018003276/arbutus10k2017.htm. ("On March 16, 2017, the Company signed a license agreement with Alexion that entitles Alexion to research, develop, manufacture, and commercialize products with the Company's LNP technology in their single orphan disease target. In consideration for the rights granted under the agreement, the Company received a $7,500,000 non-refundable upfront cash payment, as well as payments for services provided. This upfront payment was amortized over the period of expected benefit.  On July 27, 2017, the Company received notice of termination from Alexion for the Company's LNP license agreement. The termination was driven by a strategic review of Alexion's business and research and development portfolio, which included a decision to discontinue development of mRNA therapeutics. The $7,500,000 upfront payment received in March 2017 is non-refundable, and the Company has recorded the upfront payment as well as any revenue and costs related to closeout procedures in the statement of operations and comprehensive loss for the period ended December 31, 2017.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

nanoparticle or LNP technology for exclusive use in one of Alexion's rare disease programs. Under the terms of the license agreement Alexion will pay Arbutus $7.5 million upfront and payments of up to $75 million for achievement of development, regulatory and commercial milestones, as well as a single-digit royalty. In addition, Arbutus will conduct technology development work and provide manufacturing and regulatory support for which we will be fully reimbursed by Alexion. **This MRNA program for rare diseases is part of Alexion's collaboration with Moderna.** Alexion wanted access to our industry-leading LNP technology and know-how.

I want to remind everyone that this is **a single therapeutic target deal with attractive economics which will guide future deals with other companies**. Based on the broad applicability of our LNP technology to enable the delivery of nucleic acids, we are discussing other licensing transactions and collaborations with several other parties. Including companies focused on messenger-RNA and companies focused on gene editing constructs. While we do not give guidance on the timing or the magnitude of prospective licensing transactions, we believe there is tremendous potential here and we are confident that we will be able to complete additional LNP transactions that would generate meaningful near and long-term value for Arbutus.

I want to remind you that we own the field of LNP delivery based on a decade of research of development. And we are actively seeking additional licensing transactions to enable new products and to generate value for Arbutus.[1005]

370. By May 2017, the "Alexion-partnered treatment . . . ha[d] been indefinitely delayed because it never proved safe enough to test in humans, according to former employees. Subsequent attempts have run into the same problems, they said."[1006] A few months later, on July 27, 2017, Alexion terminated its LNP license agreement with both Arbutus and "venture capital darling Moderna Therapeutics,"[1007] a decision that was reportedly "driven by a strategic review of Alexion's

---

[1005] "Arbutus Biopharma's (ABUS) CEO Mark Murray on Full Year 2016 Results – Earnings Call Transcript," *Seeking Alpha,* March 21, 2017, p. 5 of 15, *available at* https://seekingalpha.com/article/4056947-arbutus-biopharmas-abus-ceo-mark-murray-on-full-year-2016-results-earnings-call-transcript (Dr. Mark Murray, CEO) (emphasis added).
[1006] Damian Garde, "Moderna's top attorney quits during an all-important legal dispute," *STAT,* May 25, 2017, *available at* https://www.statnews.com/2017/05/25/moderna-attorney-exit/.
[1007] Jacob Bell, "Alexion leaves Moderna, others behind in R&D shake-up," *Biopharma Dive,* July 28, 2017, *available at* https://www.biopharmadive.com/news/alexion-leaves-moderna-others-behind-in-rd-shake-up/448165/ ("Alexion Pharmaceuticals is ditching three partnerships as part of continued efforts to refine the company's R&D focus around core therapeutic areas. Moving forward, drug development will center on hematology, nephrology, neurology and metabolic disorders, Alexion leadership said during a second quarter earnings call on Thursday. To that end, the rare disease company has terminated collaborations with Arbutus Biopharma, Blueprint Medicines and, most surprisingly, venture capital darling Moderna Therapeutics.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

business and research and development portfolio, which included a decision to discontinue development of mRNA therapeutics,"[1008] which had started in January 2014.[1009] Moderna claimed that "[a]ll [Alexion] programs reverted back to Moderna with all the IP; $100m paid up-front."[1010]

371.  Third, in November 2017, Mr. Bancel and Dr. Hoge "traveled to Berlin for the International mRNA Health Conference, the most important annual gathering of mRNA specialists. . . . Bancel [] gave a speech sharing details how his company was using lipid nanoparticles to deliver the mRNA[.] . . . Hoge gave his own presentation about Moderna's work on infectious-disease vaccines[.]"[1011]

372.  On February 22, 2018, Arbutus announced that it had settled the litigation with Acuitas, which terminated Acuitas' rights to LNP Technology.[1012]  At that time, Arbutus stated: "The settlement stipulates that the four non-exclusive viral vaccine sublicenses previously granted to Moderna are

---

[1008] See, e.g., Arbutus Biopharma Corporation 10-K for the fiscal year ended December 31 ,2017, p. 78, available at
https://www.sec.gov/Archives/edgar/data/1447028/000162828018003276/arbutus10k2017.htm.
[1009] See, e.g., "Alexion Pharmaceuticals and Moderna Therapeutics Announce Exclusive Strategic Agreement to Develop Messenger RNA Therapeutics™ for Rare Diseases," Moderna, January 13, 2014, available at https://investors.modernatx.com/news/news-details/2014/Alexion-Pharmaceuticals-and-Moderna-Therapeutics-Announce-Exclusive-Strategic-Agreement-to-Develop-Messenger-RNA-Therapeutics-for-Rare-Diseases/default.aspx ("Under the agreement, Alexion will make an upfront payment to Moderna of $100 million to purchase 10 product options to develop and commercialize treatments for rare diseases with Moderna's mRNA Therapeutics™ platform. Alexion will lead the discovery, development and commercialization of the treatments produced through this broad, long-term strategic agreement, while Moderna will retain responsibility for the design and manufacture of the messenger RNA against selected targets. Following option exercise by Alexion, Moderna will be entitled to drug development and commercial milestone payments, as well as high single to double digit royalties on commercial sales. In addition, Alexion has made a $25 million preferred equity investment into Moderna today.").
[1010] MRNA-GEN-01242640-681, at 646 (Francis Deposition Exhibit No. 41 – John Mendlein, "Partnering, IP, & Competition," Moderna, n.d. (before February 1, 2019), Slide 7 of 42).
[1011] Gregory Zuckerman, A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine, New York: Portfolio / Penguin, p. 212.
[1012] "Arbutus Settles Litigation, Terminating Acuitas' Rights to LNP Technology," Arbutus, February 22, 2018, available at https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-settles-litigation-terminating-acuitas-rights-lnp-0.

283

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

the only sublicenses to survive. . . . Moderna has no other rights to Arbutus' broad suite of LNP intellectual property."[1013]

### (3)    Arbutus-Moderna Licensing Negotiations Were *Not* Guided by the Arbutus-Alexion License Terms

373.    During the pendency of the Arbutus-Acuitas litigation—both *before* and *after* the February 7, 2017 injunction—licensing discussions between Moderna and Arbutus continued, but do *not* appear to have been guided by the terms of the March 17, 2017 Tekmira-Alexion license agreement.  For example:

a) *Before* the injunction: in **December 6, 2016**, Moderna *verbally* offered $50 million in upfront cash and up to $23 million in development/regulatory milestones but *no* non-gene editing royalties.[1014]  In a **December 13, 2016** email, Arbutus countered with $80 million in upfront cash, $25 million per product in development and regulatory milestones, up to $50 million per product in sales milestones, and a 5% non-gene editing royalty.[1015]

b) Just 1-week *after* the injunction: on **February 14, 2017**, Moderna countered with $70 million in upfront cash, up to $20 million in development and regulatory milestones, $15 million per product in sales milestones if product sales exceed $500 million, and *no* royalties.

c) *After* the injunction: on **June 13, 2017**, *after* Arbutus' March 21, 2017 announcement of the Alexion deal which Arbutus stated would "guide future deals with other companies,"[1016] and prior to the April 2018 launch of Genevant,[1017] Arbutus countered

---

[1013] "Arbutus Settles Litigation, Terminating Acuitas' Rights to LNP Technology," *Arbutus,* February 22, 2018, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-settles-litigation-terminating-acuitas-rights-lnp-0.

[1014] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 48 of 64) ("Project Zurich – history…").

[1015] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 48 of 64) ("Project Zurich – history…").

[1016] "Arbutus Biopharma's (ABUS) CEO Mark Murray on Fully Year 2016 Results – Earnings Call Transcript," *Seeking Alpha,* March 21, 2017, p. 5 of 15, *available at* https://seekingalpha.com/article/4056947-arbutus-biopharmas-abus-ceo-mark-murray-on-full-year-2016-results-earnings-call-transcript (Dr. Mark Murray, CEO).

[1017] *See, e.g.,* Arbutus Biopharma Corporation 10-Q for the quarterly period ended September 30, 2020, p. 11, *available at* https://investor.arbutusbio.com/node/15781/html ("In April 2018, Arbutus entered into an agreement with Roivant Sciences Ltd. ('Roivant'), its largest shareholder, to launch Genevant Sciences Ltd. ('Genevant'), a company focused on the discovery, development, and commercialization of a broad range of RNA-based therapeutics

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Moderna's February 14, 2014 offer with $80 million + $10 million in upfront cash, $20 million per product in development and regulatory milestones, $10 million per product sales milestones if sales exceed $250 million, and 3-5% non-gene editing royalty.  On **June 30, 2017**, Moderna countered a substantially different deal structure: $50 million in upfront cash and $50 million in equity with *no* milestone payments and *no* royalties "for a full mRNA field exclusive license."[1018]  On **July 11, 2017**, Arbutus countered with $75 million in upfront cash and $75 million in equity issuance.[1019]

---

enabled by Arbutus' lipid nanoparticle ("LNP") and ligand conjugate delivery technologies. Arbutus licensed exclusive rights to its LNP and ligand conjugate delivery platforms to Genevant for RNA-based applications outside of HBV, except to the extent certain rights had already been licensed to other third parties. Arbutus retained all rights to its LNP and conjugate delivery platforms for HBV. Arbutus is entitled to receive tiered low single-digit royalties on future sales of Genevant products covered by the licensed patents. If Genevant sub-licenses the intellectual property licensed by Arbutus to Genevant, Arbutus would receive upon the commercialization of a product developed by such sub-licensee the lesser of (i) twenty percent of the revenue received by Genevant for such sublicensing and (ii) tiered low single-digit royalties on product sales by the sublicensee.").

[1018] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 48 of 64) ("Project Zurich – history…").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 311:19-312:12 ("Q. And do you see on the page ending 0235 [of Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40], in the chart that has '2016-2017 Negotiations,' it shows that the offer with $50 million in upfront cash and $50 million in equity was made by Moderna in June of 2017?  A. That's right.  Q. So in June of 2017 Moderna offered $100 million in equity and cash for license to the Arbutus patents to deal with Arbutus? . . . A. We countered to their guidance by saying $50 million cash and 50 million through Moderna equity for a full mRNA field exclusive license.  Q. And – A. Not a single product."). GENV-00898454-460, at 455 (Murray Depositions Exhibit No. 26 – December 4, 2017 email from Bruce Cousins, Subject: Re: Arbutus Valuation – Initial Thoughts) ("David, **the bid from Moderna this past June was $50mm cash and $50mm in Moderna equity, with an option to monetize the equity as part of their next financing planned late this year.**  We chose to counter with $75/$75.  Unfortunately Saqib departed the company [Moderna] shortly thereafter and talks fell off.  I have spoken with Lorence [Kim, Moderna CFO] since and they are focussed [sic] on financing at the moment." (emphasis added)).

[1019] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 48 of 64) ("Project Zurich – history…").  GENV-00898454-460, at 455 (Murray Depositions Exhibit No. 26 – December 4, 2017 email from Bruce Cousins, Subject: Re: Arbutus Valuation – Initial Thoughts) ("David, the bid from Moderna this past June was $50mm cash and $50mm in Moderna equity, with an option to monetize the equity as part of their next financing planned late this year.  **We chose to counter with $75/$75.**  Unfortunately Saqib departed the company [Moderna] shortly thereafter and talks fell off.  I have spoken with Lorence [Kim, Moderna CFO] since and they are focussed [sic] on financing at the moment."

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

e.        **March 2018 through July 2020: The Moderna IPR Overhang**

374.    Similarly, the Genevant-Moderna licensing negotiations during the period March 2018 through July 2020 were also colored—this time, by the overhang of Moderna's IPRs.[1020]  See Section II.A.3.b.  In an email to journalist, Gregory Zuckerman, Dr. Hoge described the IPRs as "hitting them [Arbutus] where it hurts."[1021]  During Arbutus' March 14, 2018 earnings call, days after Moderna filed its first IPR, Dr. Murray announced the settlement of the Acuitas litigation and stated:

> Recently we announced a settlement of litigation initiated by Acuitas in October 2016.  The settlement terminates Acuitas's right to use or further sublicense any of our LNP technology.  This is a major milestone which establishes Arbutus as the owner and only source of this industry-leading technology platform with the ability to develop a full range of negotiations.[1022]

(emphasis added)). May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 127:16-127:23 ("Q. David, the bid from Moderna this past June was 50 million cash and 50 million in Moderna equity with an option to monetize the equity as part of their next financing planned late this year. We chose to counter with 75/75.  Does this mean 75 million in cash and 75 million in Moderna equity?  A. I believe it does."); 128:4-128:6 ("Q. Do you know whether or not Moderna responded to the 75/75 offer?  A. I don't recall."); 131:1-131:13 ("Q. Okay.  And then in December of 2017, so a few month later, Bruce [Cousins, CFO] is now saying that if Moderna will stand by the 50-50 bid, it warrants serious consideration.  Did something change with Arbutus between June and December [2017] that now that offer would warrant serious consideration? . . . THE WITNESS: I don't remember something – some specific change that would – . . . I don't – I don't recall a specific change.").

[1020] *See, e.g.,* June 28, 2024 Deposition of Stéphane Bancel, 128:22-129:5 ("Q. I'm saying, you understand that this was happening – these conversations [Bancel Deposition Exhibit No. 16] were happening in the context of the IPRs or at the same time that the IPRs were ongoing?  A. I did not remember, but you just reminded me by reading the e-mail.").  GENV-00246922-929 (Bancel Deposition Exhibit No. 16 – November 17, 2018-December 18-2018 email string between Bo Rode Hansen and Stéphane Bancel).

[1021] MRNA-GEN-01654918-922, at 919 (Hoge Deposition Exhibit No. 18 – June 3, 2021 email from Stephen Hoge to Gregory Zuckerman (WSJ), Subject: Re: quick question on this language in bold, thanx).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 193:13-194:4 ("Q. So I want to talk about what you read a moment ago.  You said, 'it never really mattered to us.  We were just telling the bully to stop by hitting them where it hurts.'  Do you see that?  A. Mm-hmm.  Q. And where it hurts is by attacking their [Arbutus's] patents, right?  A. By asking the patent office to conduct a legal proceeding to review whether or not the patents are valid, and that is an objective legal process that we're allowed to go through if and where we think that those assertions are inaccurate, . . .").

[1022] "Arbutus Biopharma's (ABUS) CEO Mark Murray on Q4 2017 Results – Earnings Call Transcript, *Seeking Alpha,* March 14, 2018, p. 4 of 20, *available at* https://seekingalpha.com/article/4156517-arbutus-biopharmas-abus-ceo-mark-murray-on-q4-2017-results-earnings-call-transcript (Dr. Mark Murray, CEO).

286

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

375.    Further licensing negotiations between the parties continued during the pendency of the IPRs.  For example, "Genevant CEO sent note to Stéphane (email and Fedex),"[1023] and there were subsequent interactions between the parties in December 2018.[1024]

376.    According to Moderna, in "Q4 2019 attempts for 'peace' fell apart ([Genevant] Board opposed a key term we needed)[.]"[1025]  Moderna's Said Francis testified:

> This is Genevant's board.  At that point the discussion was around the, if my memory is right, about the IPRs, and they were – Pete Zorn and I were talking about if, you know, was there a reason ███████████████████████████████ ███, that's the peace.  And the key term that their board opposed was they didn't want to have that sub-licensable – not sub-licensable, but essentially if they go and partner out their estate, that a third party will come and they would not honor the covenant not to sue.  So the idea of ████████████████████████████████ ██████████████████ as long as if they go and license their stuff or someone has access to their stuff, they don't given them the right to come after us, because that would be silly for us to say, yes, that's a fair arrangement.  So their board could not sign up to it, and that was the end of the discussion. . . .[1026]



377.    On March 19, 2020, while the '069 IPR was still pending, "Genevant informed [Moderna's] BD that SVB Leerink has been hired to run a[n] [M&A] process"[1027] to sell Genevant.[1028]  The next day, SVB Leerink reportedly called Moderna's CFO, Lorence Kim and advised "There is an offer on the table, not perfect on value and structure.  Roivant 'does not have the energy to keep putting

---

[1023] GENV-00247013 (Bancel Deposition Exhibit No. 15 – November 17, 2018 Letter from Bo Rode Hansen to Stéphane Bancel)

[1024] GENV-00246922-929 (Bancel Deposition Exhibit No. 16 – November 17, 2018-December 18-2018 email string between Bo Rode Hansen and Stéphane Bancel).

[1025] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 20 of 64) ("Genevant – M&A process run by SVB Leerink").

[1026] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 308:3-309:2.

[1027] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 20 of 64) ("Genevant – M&A process run by SVB Leerink").

[1028] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 304:15-304:20 ("Q. What is being discussed on this slide [Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40, Slide 20]?  A. The investment bank, SVB Leerink had reached out saying they would be running or they are running a process for the sale of Genevant on behalf of its shareholders.").

287

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

$ in'."[1029] According to Moderna the "Process" was "Preliminary indication of interest by 'end of April', then narrow and go with 1 or 2."[1030]

378. In or about March 25, 2020, however, Moderna, decided *not* participate in the process.[1031] Mr. Francis described the situation at the time as follows:

> I think contemporary to this, there was IPRs, if I'm not mistaken. So essentially the interest in being part of this process, and, you know, allocating capital to it [to buy Genevant] was not our strategic intent at that point.[1032]

379. The SVB Leerink "M&A process" did not result in the sale of Genevant.

380. On July 23, 2020, the U.S. Patent Trial and Appeal Board ("PTAB") decision on the '069 Patent IPR stated: "we determine that Petitioner [Moderna] has not shown by a preponderance of the evidence that claims 1-22 of the '069 patent are unpatentable under 35 U.S.C. § 103."[1033]

381. On July 31, 2020—just days after the PTAB decision on the '069 Patent—"Genevant was recapitalized through an equity investment and conversion of previously issued convertible debt

---

[1029] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 20 of 64) ("Genevant – M&A process run by SVB Leerink").

[1030] MRNA-GEN-01470185-251, at 235 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 20 of 64) ("Genevant – M&A process run by SVB Leerink").

[1031] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 304:21-305:15 ("Q. Did Moderna participate in that process or consider participating in the process? A. We did not participate in the process. Q. Did you consider participating in that process? A. When I get the call, I have to think about it. So that's what consider is. It's something that we thought about, yes. Q. And you discussed it with the partnering committee? A. As per this agenda item in this document [Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40, Slides 2 and 20], that was presented to them as part of the process with the next steps of what their process is. So I was essentially laying out what the process is. So it was discussed."); 305:22-306:2 ("A. The outcome of this was we decided not to participate in the process. So the discussion was what led to that decision."); 306:14-306:18 ("A. . . . There was a discussion in the partnering committee per the deck, and the outcome was we did not partake in the process, and that's the signal of our level of interest in being part of the process.").

[1032] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 306:22-307:4.

[1033] PTAB Judgment in the '069 IPR dated July 23, 2020, p. 2, *available at* https://s3-us-west-1.amazonaws.com/ptab-filings%2FIPR2019-00554%2F40.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

securities held by Roivant.  In addition, Arbutus participated in the recapitalization of Genevant with an investment of $2.5 million" to fund Genevant's prior losses.[1034]

### 4.    Moderna

382.    Moderna's negotiator at the May 31, 2020 hypothetical negotiation would be Dr. Hoge and Said Francis.[1035]  Mr. Bancel would be "involved in the final decision to approve a deal that we brought

---

[1034] Arbutus Biopharma Corporation 10-Q for the quarterly period ended September 30, 2020, p. 11, *available at* https://investor.arbutusbio.com/node/15781/html.  June 5, 2024 30(b)(6) Deposition of Peter Zorn, 229:11-229:24 ("Q. . . . What does that mean, successful relaunch of Genevant?  A. Yeah, so in the – in or about July 2020, we – Roivant recapitalized Genevant, provided additional capital, and we set off on a different business model than we had been running previously.  D. Roivant recapitalize Genevant because cash flow was low?  A. Yes.  The company had been formed in April 2018 and – with $40 million, I believe was the number.  And, you know, had used – I don't remember the specific numbers, but had used up much of that cash by that period of time in 2020.").

[1035] June 28, 2024 Deposition of Stéphane Bancel, 94:12-94:21 ("A. . . . Like I told you before, since there is a deal, **all the deals have been negotiated by the BD team.** However, big ones, Stephan [Hoge] and Said [Francis]; the smaller ones, Said alone.  And so as Said has got more and more experience overs [sic] the years, he has managed bigger and bigger deals, as you would expect.  **So I don't remember specifically who led the negotiations** [with Chiesi announced in September 2020 (*see* "Moderna Announces Progress Across Broad Portfolio and all Three Clinical Stage Therapeutic Areas at 2020 R&D Day," *Moderna,* September 17, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Progress-Across-Broad-Portfolio-and-all-Three-Clinical-Stage-Therapeutic-Areas-at-2020-RD-Day/default.aspx)], **Stephen or Said, but it was clearly not me.**").  *See also* 33:19-34:12 ("Q. And what role did you have in negotiations with Acuitas?  A. I did not negotiate directly with Acuitas.  The way we run the company is Stephen Hoge was hired as head of business development, and so Stephen will lead all those discussions and negotiations.  Sometimes what I will do, which is typical, is opening the doors.  I do that with our suppliers, I do that with potential partners for technology, potential partner for licensing like AstraZeneca or Merck.  Is – if the CEO on the other side has awareness, things go faster, and so usually what I will do is open the door when it happens, and then Stephen will take the lead behind.");  67:7-67:16 ("A. . . . our practice usually is me to open doors for our team, and then the team, Stephen [Hoge] mostly, driving all the discussions and negotiations. In this case, as I'm noticing in the exhibit you just gave me, it's consistently Mark [Murray] reaching to me first.  And so given we're still talking, I'm having this chain with another CEO who is calling me, which is just usual practice in business.");  88:5-91:5 ("Q. I want to go through a list of counterparties that Moderna had a license or collaboration agreements with at various times and understand what your role was in those.  A. Okay.  Q. One is the Merck agreement.  Moderna had various agreements that it signed with Merck over the years, is that correct?  A. That is correct.  Q. Did you have involvement with those, negotiating those?  A. Negotiating, no.  What I've done, like we discussed earlier on other topics, is I will be part of usually of intro meeting, talking about the

289

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

to the board," but would *not* be involved in the negotiation.[1036]  Regarding the process, Mr. Bancel

testified that the BD team (*i.e.,* Stephen Hoge and Said Francis) "come back with term sheet, if we

---

science, scope of deals, during of deals, and that type of features.  Because I'm trying to save my team time, to not waste time on the deal where there's no chance of doing a deal because they want for eternity the license and we are willing to do a couple years, this type of things.  And then usually Stephen will take over as head of BD and led the discussions, will be headed by Said, of course, and that's how those partnerships will be done.  Q. Do you recall how many phone calls or meetings you were personally involved with with Merck?  A. When you mean 'personally,' you mean me alone, or me with a team, or – Q. Well, let's start with you alone.  A. On negotiating the deal terms? Q. Yes.  A. I don't think I was involved in any call, because that's – the BD team does that.  Q. Were you – in negotiating the deal, were you involved with anyone on the BD team, or anyone else from Moderna?  A. The team was negotiating the deal.  So if you remember for context, Stephen joined the company in January 2013,  As we discussed earlier, we negotiated a deal together, and I got a very good appreciation through that time that Stephen is a very good negotiator, he's a good trader.  Because, as you know, to do a partnership, you need to trade things sometimes.  Stephen is a good trader.  He's a very honest person, and so he doesn't ask for things he doesn't need.  He's trying to find ways to threat the needle with the other party.  So I observed that firsthand, which really led how sub- -- after the AZ deal [AstraZeneca deal in March 2013], I really decide to delegate to Stephen the negotiations.  I would be involved, like I just discussed earlier about the General Perna, if a counterparty asked me to get involved because we're in an impasse, so that's an example that happened once in that situation.  But for most of the discussions of all those deals the team will deal with them.  They'll come back with term sheet, if we were to get to a term sheet, which then we will review with the full executive committee to make sure we look at all the dimensions of the deal, and then we'll take it to the board.  Because none of those deals that you talked about were exactly approved by myself."); 95:20-96:8 ("Q. So in all of the deals that I just mentioned, NIH, Merck, ███████ Chiesi, CytomX, Life Edit, Vertex, and Generation Bio, you had no discussions or calls or involvement in the negotiations of those deals?  A. That's correct.  I was not in the room, I was not negotiating.  I'm not part of it.  Stephen [Hoge] led the discussions -- sorry, Stephen and sometimes Said [Francis] alone or Stephen and Said together with the BD team and the legal team, not me."); 102:14-103:18 ("Q. . . . When you say – 'legal team,' who do you mean?  A. So anybody who works in our legal department and their outside counsel.  So general counsel, the head of IP, the IP experts that manage different parts of a portfolio, and the legal team that does deal negotiation.  We talked about – you asked me a lot of questions about partnerships.  Those are what I mean by the legal team.  The way we are organized at Moderna is within the leadership of a joint counse, there's lawyers leading the negotiation, but there's also lawyers leading our intellectual property, and this is what I mean by the legal team. Q. Do you –when you refer to 'IP team,' do you mean people with in the legal department, or are you referring to something else?  A. No, I mean people within the legal department.  Buecause the way we are organized, as I just mentioned, is the head of IP and the IP team reporting to the general counsel, so that when I mean the legal department, that's what I mean, yes.").

[1036] *See, e.g.,* June 28, 2024 Deposition of Stéphane Bancel, 95:10-95:16 ("Q. What about Vertex?  A. So I wasn't involved in negotiating.  I was involved in the final decision to approve a

290

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

were to get to a term sheet, which then we will review with the full executive committee to make sure we look at all the dimensions of the deal, and then we'll take it to the board.  Because none of those deals that you talked about were exactly approved by myself."[1037]

### a.    Background

383.    As of May 31, 2020, Moderna had no FDA approved product on the market[1038] and had negotiated an in-license with Cellscript for access to the UPenn patents in 2017.

### (1)    "Context" of the Hypothetical Negotiation

384.    Moderna's Dr. Hoge testified: "context is always important when you're in a negotiation for sure. . . .[1039] I think that there's a lot of context that determines a negotiation.  For instance, if essentially all of the things – all the technology and product were developed by a government, a company, and they were handing that off in total to somebody, it would be different than if it was a piece of technology.  And obviously there's also the question of when you are in, what risks have been taken.  So there are many different things that would impact a negotiation.  The timing of product launch is really only one.  I would say probably more substantively it's all of the other things that have happened around that between the parties, but --"[1040]  Mr. Brackmann joined Moderna as SVP, Finance[1041] on October 7, 2019[1042] and described Moderna's long range forecast at that time as "discussions around scenarios.  At the beginning they were very kind of high level, if you will, more back of – a bit more sophisticated back-of-the-envelope math, but that was all we had."[1043] Mr. Brackmann testified that mid-2020 was "a very early time of the pandemic.  So, you know, there were, you know, a wide range of scenarios, and rather to be exact on one scenario, we wanted

---

deal that we brought to the board, but I wasn't involved in any negotiation with Vertex.  Stepehn [Hoge] led the negotiations.").

[1037] June 28, 2024 Deposition of Stéphane Bancel, 90:21-91:5.

[1038] *See, e.g.,* MRNA-GEN-01726934-7000, at 946 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 49:17-49:21 (Q. Okay.  Now, as of July 2020, Moderna didn't have a single FDA approved produce on the market, true?  A. As of July 2020, there was no commercial mRNA product on the market.").

[1039] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 120:7-120:14 ("Q. And you understand that a license negotiation is different if conducted at a time when a company either has a product or is imminently launching a product, correct? . . . THE WITNESS: I guess context is always important when you're in a negotiation for sure.").

[1040] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 120:21-121:14.

[1041] May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 31:18-31:20.

[1042] May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 31:10-31:12.

[1043] May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 38:12-38:16.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

to ensure that the scenarios captured sort of all possible outcomes."[1044]  By early-2020, "the COVID vaccine was an undeniable arms race[,]"[1045] with "[m]ore than 100 different programs [] seeking to develop a Covid-19 vaccine."[1046]  Veteran reporter and author, Peter Loftus, described Moderna's situation at the time as follows:

> At the start of 2020, Moderna was a biotech unicorn with dim prospects.  Yes, there was the promise of its disruptive innovation that could transform medicine by using something called mRNA, one of the body's building blocks of life, to combat disease.  But its stock was under water.  There were reports of a toxic work culture.  And despite ten years of work, the company was still years away from delivering its first product.  Investors were getting antsy, or worse, skeptical.[1047]

385.    Moderna's Hamilton Bennett testified that the development and approval of Moderna's COVID-19 vaccine, its first commercial product, was "a major inflection point for the company,"[1048] which she further described as follows:

> At this stage we, as an industry, hadn't yet demonstrated efficacy with an mRNA-based vaccine so this was on track to be at least one of the first two vaccines to demonstrate efficacy.

---

[1044] May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 40:15-40:19.

[1045] Jason McBride, "The Vaccine Godfather: Meet the Canadian Who Helped Pioneer mRNA Technology," *Canadian Business,* February 22, 2022, *available at* https://canadianbusiness.com/people/derrick-rossi-moderna-mrna/.

[1046] MRNA-GEN-01251960-028, at 974 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 15 of 69).  May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 65:17-65:21 ("Q. And, Mr. Brackmann, I'll represent to you that when Moderna produced the document to us, they provided the file name for this document.  And the file name for this document was 2020 EC LRP off-site materials 05.2020.2020. . . ."); 66:11-66:17 ("Q. Do you recall there being an off-site for the LRP in May of 2020?  A. I don't recall the specific off-site, but typically the EC would meet in the May time frame or, let's say, the Q2 time frame as part of an off-site meeting to discuss sort of key topics for the LRP.").  MRNA-GEN-01720778-781 (*Moderna v. Pfizer* Francis Deposition Exhibit No. 5 – "DRAFT landscape of COVID-19 candidate vaccines," *Moderna,* March 20, 2020) (list of 44 COVID-19 vaccine candidates: 2 in clinical evaluation, 42 in clinical evaluation).

[1047] Peter Loftus, *The Messenger: Moderna, the Vaccine and the Business Gamble That Changed the World*, dust cover.

[1048] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 258:4-258:12 ("Q. What is the significance of the CEO's involvement to the fact that Moderna was trying to involve – trying to develop its first product to licensure? . . . THE WITNESS: It's a major inflection point for any company.  And so for a CEO to transition a company from a biotech to a commercial-stage pharma, . . ."); 258:17-259:7 ("Q. And do you agree that the development and approval of Moderna's COVID-19 vaccine was a . . . [m]ajor inflection point for the company[?] . . . THE WITNESS: I think I would characterize it as that.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

After spending a decade developing a technology, that's a major milestone for a platform, and I think it de-risked our continued investment in infectious diseases and it gave us confidence that that pipeline was something that was going to support products in the future.  It allowed us to bring forward a vaccine at a time when it was critical that we find a response to end the pandemic and that we were going to have a major role to play in that response.  And it allowed us to have a line of sight to what was hopefully and did become our first commercial product.

So those were all big milestones to de-risk a company that had been progressing towards something for over a decade.[1049]

386.    As discussed above, the context and circumstances are particularly important in this case, because they changed significantly over a short period of time.  During the period January 2020 through early-August 2020, Moderna worked with four (4) U.S. Government entities.[1050]  The May 31, 2020 date of the hypothetical negotiation, was shortly *after* the creation of Operation Warp Speed ("OWS"),[1051] which was announced on Friday, May 15, 2020.[1052]  Two weeks later Moderna submitted its May 31, 2020, offer to General Gustave Perna, the head of OWS.[1053]

387.    In addition, by May 18, 2020, before the date of the hypothetical negotiation, Moderna was confident that mRNA-1273 would be effective; Moderna had publicly announced that its "results

---

[1049] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 259:10-260:8.

[1050] MRNA-GEN-01928809-819, at 813 (Hoge Deposition Exhibit No. 42 – August 3, 2020 email from Stephen Hoge to Kenyata L. Wesley, Paul Hamilton Pardew, cc: Douglas W. Bryce, Jason W. Roos, Subject: RE: [Non-DoD Source] follow-up from today) ("I respect that the ACC is just fulfilling its mission.  The ACC is the fourth Government entity I have been required to work with to try to complete my mission.  Please forgive my fatigue." (emphasis added)).

[1051] MRNA-GEN-01928809-819, at 813 (Hoge Deposition Exhibit No. 42 – August 3, 2020 email from Stephen Hoge to Kenyata L. Wesley, Paul Hamilton Pardew, cc: Douglas W. Bryce, Jason W. Roos, Subject: RE: [Non-DoD Source] follow-up from today) ("In the current crisis we stepped forward first.  From January until April we advanced without USG financial support.  We entered into the BARDA agreement in April (before OWS [Operation Warp Speed] even existed) without expectation of supply, only that we would negotiate a fair and reasonable price in the future if we succeeded.  We bore the risk of manufacturing alone, and we still do.").

[1052] *See, e.g.,* David Vergun, "Army general to co-lead Operation Warp Speed for COVID-19 vaccine," *U.S. Army,* May 18, 2020, *available at* https://www.army.mil/article/235694/army_general_to_co_lead_operation_warp_speed_for_covid_19_vaccine ("President Donald J. Trump announced on Friday [May 15, 2020] that Army Gen. Gustave F. Perna, the commander of Army Materiel Command, will co-lead an effort, dubbed Operation Warp Speed, to find a vaccine for COVID-19 by January 2021.").

[1053] HHS-0000828-830 (Bennett Deposition Exhibit No. 21 – May 31, 2020 letter from Stéphane Bancel to Dr. Moncel Slaoui (Warp Speed/HHS), General Gustave F. Perna (Warp Speed/HHS), Dr. Gary Disbrow (BARDA).

293

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

signified that Modern's vaccine was likely to be effective against COVID-19.  [Moderna's chief Medical Officer, Tal Zaks stated:] 'The totality of the science tells us that this is the right antigen and we should be protective.'"[1054]  During Moderna's May 18, 2020 call with analysts and investors, Dr. Zaks added:

> So, I think really, as I look forward, I think this – these data to-date take off the table the risk of not being immunogenic, or the risk of the antibody type being wrong?  No, it works and you see the demonstration of neutralizing activity.  So, I think the major risk, as I look ahead is just operationally being able to demonstrate clearly that there's safety and efficacy in a large randomized trial.  So, we'll get there.  It's just – it's really a question of time.[1055]

388.    As of late-2019, Moderna claimed that it was "positioned as the clear leader in the field" of "mRNA therapeutics and vaccines" which "have the potential to become a large ($200B+) segment of the biopharmaceutical industry."[1056]  However, by late-August 2019 Moderna was facing both "Program headwinds" and "Market headwinds" with "commercial milestones" not expected until "2023+."[1057]  In view of the headwinds, Moderna needed to "preserve capital" and stated it would: "**decrease our investment in some core areas** and forego strategic investments in others to preserve capital[.]"[1058]  With respect to the prospects for Moderna's fundraising, the situation in late-2019 stood in stark contrast to its earlier success.  For example, in January 2015, *Forbes*

---

[1054] Michael Hiltzik, "Column: Moderna execs sold $29 million in stock after its early vaccine announcement," *Los Angeles Times,* May 26, 2020, *available at* https://www.latimes.com/business/story/2020-05-26/moderna-execs-stock-sales.  *See also* "Moderna, Inc. (MRNA) SARS-CoV-2 Vaccine (mRNA-1273) Interim Phase 1 Data Conference (Transcript)," *Seeking Alpha,* May 18, 2020, p. 10 of 30, *available at* https://seekingalpha.com/article/4348593-moderna-inc-mrna-sars-covminus-2-vaccine-mrnaminus-1273-interim-phase-1-data-conference ("Tals Zak, Moderna CMO: "I think the totality of science tells us that this is the right antigen and that we should be protective.").

[1055] "Moderna, Inc. (MRNA) SARS-CoV-2 Vaccine (mRNA-1273) Interim Phase 1 Data Conference (Transcript)," *Seeking Alpha,* May 18, 2020, p. 10 of 30, *available at* https://seekingalpha.com/article/4348593-moderna-inc-mrna-sars-covminus-2-vaccine-mrnaminus-1273-interim-phase-1-data-conference.

[1056] MRNA-GEN-01709216-221, at 218 (Brackmann Deposition Exhibit No. 4 – "2019 Long Range Plan," *Moderna,* August 27-28, 2019, Slide 3 of 6) ("LRP 2019 – Executive summary").

[1057] MRNA-GEN-01709216-221, at 220 (Brackmann Deposition Exhibit No. 4 – "2019 Long Range Plan," *Moderna,* August 27-28, 2019, Slide 5 of 6) ("LRP 2019 – Executive summary (2/3)").

[1058] MRNA-GEN-01709216-221, at 221 (Brackmann Deposition Exhibit No. 4 – "2019 Long Range Plan," *Moderna,* August 27-28, 2019, Slide 6 of 6) ("LRP 2019 – Executive summary (3/3)" (emphasis in original)).

294

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

reported that Moderna's $450 million private fundraising round appeared to be "the largest private fundraising round for any biotechnology company, ever."[1059]

389.    In late-2019, Moderna had an uncertain future.  A few months later, however, the COVID-19 pandemic changed everything: "Moderna [] emerged as a biotech power – and a household name – thanks to its success in developing a Covid-19 vaccine."[1060]  According to Gregory Zuckerman, Moderna "cam perilously close to being the biggest loser in the race for a Covid-19 vaccine."[1061]  Mr. Zuckerman highlighted timing, and in particular, Moderna's announcement of its Phase 1 data on May 18, 2020 and the willingness of Morgan Stanley to purchase $1.34 billion in newly-issued Moderna shares also on March 18, 2020 and its role in enabling Moderna to capitalize on the "historic opportunity" which he summarized as follows:

> But Moderna's executives know how close they came to missing out on a historic opportunity, were it not for a timely piece of data and a willing investment bank.
>
> "We had bet the company on a Covid-19 vaccine, but one misstep last year and Moderna and possibly mRNA vaccines were goners," Hoge says.  "We spent 10 years building the company for the moment, but we needed a lot of luck to survive the year."[1062]

---

[1059] Matthew Herper, "Moderna Therapeutics Raises $450 Million in Biggest Biotech Private Round Ever," *Forbes,* January 5, 2015, *available at* https://www.forbes.com/sites/matthewherper/2015/01/05/moderna-therapeutics-raises-450-million-in-biggest-biotech-private-round-ever/.

[1060] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.

[1061] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.

[1062] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### (2)    Moderna was an early-stage biotech

390.    As of January 2020, Moderna was an early-stage company,[1063] described as "a barely-known biotechnology company[1064] with an unproven approach. . . . Experts doubted the Boston-based company would meet success. . . . Moderna encountered such difficulties over the course of its eleven-year history that some executives worried it wouldn't survive."[1065]

391.    Biotech companies have special challenges, and "Biotech startups are unique from other startups in three main ways: High Failure Rates, Long Timelines, and High Cash Needs.  Biotech companies have large failure rates that create only winners or losers, not many in between. This can cause investors to add a risk factor when assessing their investments. Long timelines are unappealing to investors, as they typically want a return in 3-5 years. However, biotech companies can take 12+ years to develop a drug, or even more for a Class III device. The high cash needs of early stage biotech companies signals to investors that they will mostly get diluted in the process. This could cause them to ask for higher shares in the company if they are investing early on."[1066]

---

[1063] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 85:20-86:6 ("Q. Okay.  Now, in January 2020, Moderna was an early-stage development company, right?  A. I think that's fair.  Although, we like to characterize that as mid-stage because we had enrolled our first phase 2 study, which is the middle stage of clinical development.  But I think it's fair to say we were early-stage development company.").  *See also* 118:20-119:1 ("Q. This [the royalty terms in the **June 26, 2017** Cellscript-Moderna Patent Sublicense Agreement] is what Moderna agreed to when it was a not profitable, **early-stage development company**, correct?  A. So that is correct. . . ." (emphasis added)); 120:2-120:6 ("Q. At the time that Moderna entered into this deal [the June 26, 2017 Cellscript-Moderna Patent Sublicense Agreement], it did not have any products that it was launching imminently?  A. No.  2017, we were not imminently launching anything."). *Compare to* MRNA-GEN-01725410-507 at 419 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 39:8-39:12 ("Q. . . . As of January 2020, fair to say Moderna was an early stage development company?  A. As of January 2020, I wouldn't characterize it that way. . . .").

[1064] *See also* Noah Higgins-Dunn, "Moderna lays plans for new Canadian mRNA vaccine manufacturing site—and more could be on the way," *Fierce Pharma,* August 10, 2021, *available at* https://www.fiercepharma.com/manufacturing/moderna-scouts-plans-for-new-canadian-mrna-vaccine-manufacturing-site-and-more-could ("Moderna, once a little-known mRNA biotech before its COVID-19 efforts launched it to pharma stardom, . . .").

[1065] Gregory Zuckerman, "The Inside Story of Two Young Scientists Who Helped Make Moderna's Covid Vaccine Possible," *Upworthy Science,* November 24, 2021, *available at* https://upworthyscience.com/moderna-covid-vaccine/.

[1066] "Valuation for Your Early Stage Biotech Company," *University Lab Partners,* March 7, 2022, *available at* https://www.universitylabpartners.org/blog/valuing-your-early-stage-biotech-company.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

392.  While Moderna had been a public company since its IPO on December 6, 2018,[1067] described as the "set[ting] record for biggest biotech IPO,"[1068] a year, in late-2019, "things were [] turning grimmer for Bancel and Moderna.  By then, cash from investors had stopped pouring in, partnerships with Merck and some others had been discontinued, and the company was resorting to cutting its research budget and other costs.  In executive meetings, Bancel emphasized the need to stretch each dollar, and employees were told to reduce travel and other expenses, a frugality they were advised would last for several years.  'We were freaked out about money,' Hoge says.[1069] . . . Years of sniping from critics had taken a toll on Moderna, however.  At the end of 2019, the company's shares were 15 percent below their IPO price, making it hard for Bancel to raise new money to keep the business going.  Even former fans, including Viking Global Investors [one of Moderna's early (*i.e.,* pre-IPO) investors[1070]], were dumping the stock.  The $29 billion New York

---

[1067] *See, e.g.,* Mark Terry, "Moderna Therapeutics Sets Record for Biggest Biotech IPO," *BioSpace,* December 7, 2018, *available at* https://www.biospace.com/article/moderna-therapeutics-biggest-ipo-in-biotech-history/.

[1068] Mark Terry, "Moderna Therapeutics Sets Record for Biggest Biotech IPO," *BioSpace,* December 7, 2018, https://www.biospace.com/moderna-therapeutics-biggest-ipo-in-biotech-history.

[1069] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 225.

[1070] "Moderna Closes $450 Million Financing to Support Growth of Messenger RNA Therapeutics™ Platform across Diverse Therapeutic Areas," *Moderna,* January 5, 2015, *available at* https://investors.modernatx.com/news/news-details/2015/Moderna-Closes-450-Million-Financing-to-Support-Growth-of-Messenger-RNA-Therapeutics-Platform-across-Diverse-Therapeutic-Areas/default.aspx ("Participating in the financing round were new investors **Viking Global Investors LP**, Invus, RA Capital Management, and Wellington Management Company, LLP, as well as existing investors AstraZeneca and Alexion Pharmaceuticals. Additional existing investors participated in the financing." (emphasis added)). "Moderna Closes $500 Million Equity Financing," *Moderna,* February 1, 2018, *available at* https://investors.modernatx.com/news/news-details/2018/Moderna-Closes-500-Million-Equity-Financing/default.aspx ("New investors include a wholly-owned subsidiary of the Abu Dhabi Investment Authority (ADIA), BB Biotech AG, Julius Baer, Singapore-based EDBI and Sequoia Capital China. Existing investors that also participated in this round include Fidelity Management & Research Company, Pictet, **Viking Global Investors**, ArrowMark Partners and Alexandria Venture Investments. (emphasis added)).

297

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

hedge fund had owned 5 percent of the stock at the end of 2018, but it now owned almost no Moderna shares,[1071] a sign of the enduring skepticism about Bancel and Moderna."[1072]

393.    The foregoing summary, by Gregory Zuckerman, is consistent with Moderna's August 2019 LRP, which outlines a **"new reality"** expected to persist until **"2023+"** which was causing it to propose "paus[ing] our growth."[1073]  Moderna stated: "We face increasing risk over the near term" citing "[p]rogram delays and decreased financing flexibility" and stating "[t]his tension – between the timing of clinical catalysts and our financial strength – will remain acute until we have advanced our portfolio closer to commercial milestones in 2023+," as shown in **Figure 2.66**,[1074] below.

---

[1071] *See also* MRNA-GEN-01709216-221, at 220 (Brackmann Deposition Exhibit No. 4 – "2019 Long Range Plan," *Moderna,* August 27-28, 2019, Slide 5 of 6) ("LRP 2019 – Executive summary (2/3) . . . Post-IPO lockup we have seen a rotation-out of some early shareholders that depresses the share price below IPO (excess supply at low cost basis) . . ."). "Viking Global Investors Cuts Passive Stake In Moderna," *Reuters,* February 11, 2020, https://www.reuters.com/article/business/healthcare-pharmaceuticals/viking-global-investors-cuts-passive-stake-in-moderna-idUSFWN2AB0U8/ ("*VIKING GLOBAL INVESTORS LP REPORTS 1% PASSIVE STAKE IN MODERNA AS OF DEC 31, 2019 – SEC FILING[.] *VIKING GLOBAL INVESTORS LP HAD PREVIOUSLY REPORTED PASSIVE STAKE OF 5.2% IN MODERNA AS OF JAN 1, 2019[.]").

[1072] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, pp. 226-227.

[1073] MRNA-GEN-01709216-221, at 218 (Brackmann Deposition Exhibit No. 4 – "2019 Long Range Plan," *Moderna,* August 27-28, 2019, Slide 3 of 6) ("LRP 2019 – Executive summary").

[1074] MRNA-GEN-01709216-221, at 218 (Brackmann Deposition Exhibit No. 4 – "2019 Long Range Plan," *Moderna,* August 27-28, 2019, Slide 3 of 6) ("LRP 2019 – Executive summary").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

MRNA-GEN-01709218

**FIGURE 2.66**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### (3) Moderna's Licensing is "context specific"

394. Moderna's ██████████████████," [1075] ██████████████," [1076] ████████
████," [1077] ██████████████," [1078] ██████████████████. [1079]

With respect to "In-licensed intellectual property," Moderna's 2019, 2020, and 2021 10-Ks stated: "While we develop and manufacture our potential mRNA medicines using our internally created mRNA technology platform, we also seek out and evaluate third party technologies and IP that may be complementary to our platform." [1080]

395. In May 2020, at the time of the hypothetical negotiation, Moderna would be negotiating with Genevant for a license to Arbutus's foundational technology; this is the context. In addition, Moderna would understand that access to this technology was important to investors and others. For example, around the time of Moderna's IPO in December 2018, Peter Loftus provided the following account in *The Messenger*:

> Some fund managers simply doubted that mRNA would ever work, and not just in a general sense. They had done their homework and asked pointed questions about whether Moderna could keep the material from breaking down before it did its job. They wondered if the fatty chemical envelope that Moderna used to ferry mRNA through the body to where it needed to go would cause toxic side effects. [1081]

---

[1075] *See, e.g.,* MRNA-GEN-01726934-7000, at 959 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 101:18-101:22 ████████████████████████████
████████████████████████████████████████████
████████████

[1076] *See, e.g.,* MRNA-GEN-01726934-7000, at 959 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 101:14-101:15 ("A. . . . Again, it's context specific. . .").

[1077] MRNA-GEN-01726934-7000, at 972 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 156:17.).

[1078] MRNA-GEN-01726934-7000, at 967 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 133:17.

[1079] MRNA-GEN-01726934-7000, at 955 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 85:13.).

[1080] Moderna, Inc. 10-K for the fiscal year ended December 31, 2019, p. 144, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000168285220000006/moderna10-k12312019.htm. Moderna, Inc. 10-K for the fiscal year ended December 31, 2020, p. 84, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000168285221000006/mrna-20201231.htm. Moderna, Inc. 10-K for the fiscal year ended December 31, 2021, p. 45, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000168285222000012/mrna-20211231.htm.

[1081] Peter Loftus, *The Messenger: Moderna, the Vaccine and the Business Gamble That Changed the World*, p. 88.

300

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### ii. Evolution of Moderna's Approach to Licensing

396. Said Francis, who is "responsible for Moderna's business development, including licensing"[1082] and has been involved in business development since the first day he joined Moderna in 2013[1083] testified regarding the evolution of Moderna's approach to licensing. According to Mr. Francis, Moderna ██████ █ ████ ██████ █ ██████ ████ █ ████ █ █ ███████████████████████████████████████████████████ as follows:



**No Licensing Policy**

---

[1082] MRNA-GEN-01726934-7000, at 938 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 17:3-17:4.). *See also* 20:14-20:23 ("A. I'm not an expert in patent specifics.  I'm aware of the relevance of patents and what they do and the content of patents and how we engage with different counterparties that are interested in licensing our patents on wha they were looking for and what they were doing.  And the technical documentation of the process of patenting, I'm not necessarily – that's outside of the scope of what I do.").

[1083] MRNA-GEN-01726934-7000, at 995 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 246:25-247:9 ("Q. Okay.  Now, remind me, how long have you worked at Moderna? . . . A. I've been at Moderna for over ten and a half years.  Q. And for how long have you been involved in business development at Moderna? . . . A. Since I joined the first day.")).

[1084] MRNA-GEN-01726934-7000, at 995 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 247:13-248:18.).

301

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

397. Mr. Francis testified that Moderna does not have "a specific policy" for in-licenses, ███████████

███████████████████████████████████████████

███████ ██████████████████████████████████

████████████████[1086]

398. More generally, Mr. Francis testified that Moderna doesn't have a licensing policy,[1087] and further

testified as follows:



[1088]

. . .

.[1090]

. . .

[1085] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 302:14-303:7 ("Q. Does Moderna have a policy or a strategy or approach for in-licenses? . . . A. We don't have a specific policy. We've handled every case by itself. We talked about a few earlier today. Q. And has that been true at all times that Moderna has not – all times since you've worked at the company that Moderna does not have a policy governing in-licenses? A. Again, as I mentioned, this concept of in-licenses and how you do them and what's the framework depends on the context of the specific scope that you are talking about. So I don't think the company has an umbrella policy for such a matter."). MRNA-GEN-01726934-7000, at 955 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 86:19-87:3 ("Q. Does Moderna have a written internal policy on the licensing of intellectual property? A. No. We don't have a formal policy for licensing or collaborations in general. Have you ever considered creating such a policy? A. No, because it's very much circumstances-specific, counterparty-specific depending on what you're trying to do. So no. I don't think it's a productive use.").

[1086] MRNA-GEN-01726934-7000, at 955 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 87:1-87:2.).

[1087] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 273:1-273:2 ("A. As I mentioned, we don't have a licensing policy. . . .").

[1088] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 264:6-264:8.

[1089] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 264:13-264:18.

[1090] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 264:21-265:8.

302

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



399.    Regarding standalone licenses, Mr. Francis again testified that it depends on "the use case" as follows:



. . .

. . .

---

[1091] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 266:5-266:12.  *See also* MRNA-GEN-01726934-7000, at 949 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 62:7-62:22 ("

[1092] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 267:9-268:2.

[1093] MRNA-GEN-01726934-7000, at 949 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 63:8-63:12.).

[1094] MRNA-GEN-01726934-7000, at 949 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 64:2-64:9.).

[1095] MRNA-GEN-01726934-7000, at 952 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 76:1-76:3.).

303

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**Licenses in Strategic Alliances**

400.    Moderna has negotiated licenses in the context of global strategic alliances as well as licenses outside of global strategic alliances.  With respect to global strategic alliances, Mr. Francis testified that there are ██████████████████████████████████████████████████ ██████████████████[1096] and that there are licenses in all three stages as follows:



401.    Mr. Francis testified that part of the context of a global strategic alliance negotiation is the stage of product development—and whether it was ████████  In the case of Moderna's alliances with AstraZeneca, DARPA, Vertex, and Chiesi Mr. Francis testified they were all negotiated █████████ ██████████████████████████ as follows:



**Licenses *Outside* of Global Strategic Alliances**

---

[1096] MRNA-GEN-01726934-7000, at 952 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 75:1-75:13 ████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████

[1097] MRNA-GEN-01726934-7000, at 952 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 75:18-75:24.).

[1098] MRNA-GEN-01726934-7000, at 951 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 72:13-72:21.).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

402.    Moderna has also licenses outside of global strategic alliances,[1099] including the June 2017 Cellscript-Moderna agreement and the December 2022 NIAID-Moderna agreement,[1100] which was

---

[1099] MRNA-GEN-01726934-7000, at 954 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 84:15-85:85:9 ████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████

[1100] MRNA-GEN-01720811-844 (*Moderna v. Pfizer* Francis Deposition Exhibit No. 12 – December 14, 2022 NIH-Moderna Patent License-Non-Exclusive).  MRNA-GEN-01726934-7000, at 962 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*),113:22-114:4 ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████████████████.

305

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

*not* negotiated by Mr. Francis,[1101] but rather, was negotiated by Moderna's general counsel,[1102] and was part of resolving a dispute with the U.S. Government.[1103]

---

[1101] MRNA-GEN-01726934-7000, at 963, 964, 965 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer)*, 118:13-118:18 ("Q. Did you speak to anyone about this license [*Moderna v. Pfizer* Francis Deposition Exhibit No. 12 (December 2022 NIH-Moderna agreement)]to prepare for your 30(b)(6) testimony?  A. Since I was not the party negotiating it, I had to discuss with legal just to understanding – I can read what's on it and I understood that."); 119:10-119:20 ("Q. Okay.  Did you talk to anyone else about the circumstances of the negotiation of this document?  A. No.  Q. Okay.  Did you review any documents about the circumstances of the negotiation of this document?  A. No.  Q. Okay.  So to prepare for your 30(b)(6) testimony, you reviewed this document?  A. Yes."); 122:8-122:14 ██████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████

[1103] MRNA-GEN-01726934-7000, at 965 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 128:4-128:14 ("Q. Okay.  Who negotiated this – by the way, this license is part of resolving the dispute we have just looked at with the government, true? . . . A. again, I did not negotiate it and I was not in the dispute, as you said.  I have not seen this document.  So it is merged in – what was the date of this – December 2022, so I disagree with your characterization of the result of.  Again, you have to ask people who were involved at that time.  Q. Well, sir, did you ask any of the people who were involved at that time in preparing to testify on Moderna's behalf on this document [*Moderna v. Pfizer* Francis Deposition Exhibit No. 12]?  A. that specific question, no.  Q. Did you ask anyone who negotiated this agreement any questions in preparing for today's deposition?  A. No.")).  MRNA-GEN-01720845-854 (*Moderna v. Pfizer* Francis Deposition Exhibit No. 13 – May 19, 2021 letter from Dale D. Berkely, Ph.D., J.D. (Senior Attorney, NIH Office of General Counsel), Michael R. Mowatt, Ph.D. (Director, Technology Transfer, NIAID), to Stéphane Bancel (CEO, Moderna Therapeutics), cc: Francis S. Collins, M.D. Ph.D., Director, NIH; Lawrence A. Tabak, D.D.S., Ph.D., Principal Deputy Director, NIH; Anthony Fauci, M.D., Director, NIAID; Stephen Hoge,

306

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**Timing of the Licensing Negotiation**

403.    Mr. Francis testified: "typically what happens in companies, if you're infringing on someone's technology, you approach them and seek a license."[1104]    Regarding the timing of licensing discussions, Mr. Francis testified as to the timing of when Pfizer and bioNTech should have reached out to Moderna for a license to Moderna's patents as follows:

> The patent [Moderna U.S. Patent No. 10,702,600 issued July 7, 2020[1105]] was out there [in July 2020 at the time of Pfizer and Moderna's clinical trials[1106]]. Whether – there's a time frame – people can reach out at any time for a license, and we've always been open for discussions on partnerships, as our history can tell.  So for years we've been doing many partnerships with many companies like Pfizer, and the intent is to essentially create those partnerships under which there are licenses.  So to the extent Pfizer and BioNTech wanted to seek a license, they should have approached us.[1107]

---

M.D., President, Moderna Therapeutics[;] Debra Milasincic, Ph.D., Senior Vice President, Intellectual Property, Moderna Therapeutics; Lori Henderson, General Counsel, Moderna Therapeutics; Neal Dahiya, Senior Vice President, Litigation, Moderna Therapeutics, Re: Inventorship and determination of rights in the mRNA-1273 vaccine).

[1104] MRNA-GEN-01726934-7000, at 990 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 226:156-226:18.).

[1105] MRNA-GEN-01720770 (*Moderna v. Pfizer* Francis Deposition Exhibit No. 1 – Cover page of U.S. Patent No. 10,702,600).

[1106] MRNA-GEN-01726934-7000, at 949 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 14:3-14:7 ("Q. Now, you understand, sir, that as of July 2020, both Pfizer and Moderna were in clinical trials for their COVID-19 vaccine?  A. As of the date you're quoting, they were active in clinical studies, yes.").

[1107] MRNA-GEN-01726934-7000, at 938 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 17:14-17:24.).  *See also* 15:3-16:25 ("Q. Okay.  Is it your position that Pfizer should have stopped executing on its clinical trial after this patent [Moderna's '600 patent] issued?  MR. DANFORD: Same objections.  A. There was an issued patent at the time, and typical industry practice in pharmaceutical industry, if there is an ongoing program, as if you're essentially developing a competing or infringing product, for a company that's spent ten years investing and building the platform that's reflected in that program, that if you want to develop a COVID vaccine, that it should look different.  But to the extent it looks similar, then there are considerations to be taken, as in, do you continue the trials or do you commercialize.  So there's many considerations to take into account, but the general space, yes, there were active trials.  Pfizer had several COVID vaccines in development, many of them were different.  But the one that ultimately got commercialized, the one similar to the ones that we ended up having, which is majorly reflected in this patent.  MR PODOLL: Okay.  Move to strike as nonresponsive.  Let me try again.  Q. Sir, I'm asking you a very straightforward question.  Is it your position that when this patent issued, Pfizer should have stopped its clinical trial?  MR. DANFORD: Objection, outside the scope of the 30(b)(6) and asked and answered.  MR. PODOLL: Not answered; asked.  A. I'm not in a capacity within the business development

307

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

404.    Dr. Carfi testified that when Moderna obtains research licenses *prior* to testing:



[1108]

405.    The evidence in this case, however, shows that Moderna did *not* obtain either a research license or a commercial license to the technology it needed *prior* to testing. For example, Flagship Pioneering approached Drs. Karikó and Weissman seeking a license to their inventions in or about early-2011, however, Moderna did not obtain a license from Cellscript until more than six (6) years later—in June 2017. Similarly, with respect to LNP, Moderna's internal documents establish that in February 2013, Moderna "lack[ed] the resources or internal expertise to conduct this work [LNP formulation]"[1109] and "initiated discussions with partners with deep expertise in LNP (Tekmira) to begin to optimize the platform and confirm its suitability for mRNA therapeutics."[1110] While

---

function to answer what Pfizer should have done at that time. But the industry practices are well known and obvious, and the role of patents is obvious, and Pfizer knew what they were developing, and they knew what we were developing because we were out there in July with our candidate. We didn't have a portfolio of candidates, whereas Pfizer had a portfolio of candidates, and they should have at that time assessed the value and development of this patent to what they're doing. MR. PODOLL: Move to strike everything after 'at that time.'").

[1108] MRNA-GEN-01731282-343, at 333 (December 8, 2023 Deposition of Andrea Carfi, Ph.D., (*Moderna v. Pfizer*), 208:19-208:23.). *See also* 334 (211:24-212:16 ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

[1109] MRNA-GEN-01725509-518, at 509 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 27 – "MIS6. LNP Integrated Summary," *Moderna,* February 19, 2013 (metadata).). MRNA-GEN-01725410-507 at 473 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 254:2-257:5 (testimony regarding *Moderna v. Pfizer* Hoge Deposition Exhibit No. 27)).

[1110] MRNA-GEN-01725509-518, at 514 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 27 – "MIS6. LNP Integrated Summary," *Moderna,* February 19, 2013 (metadata).). MRNA-GEN-01725410-507 at 474 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 257:8-257:22 ("Q. . . . It says in the third paragraph [on 474], again, 'Given the lack of internal LNP expertise or focus, Moderna has initiated discussions with partners with deep expertise to LNP (Tekmira) to begin to optimize the platform and confirm its suitability for

308

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Moderna "had discussions with Tekmira [regarding licensing] for ten years,"[1111] it never took a license.

### (4)    Moderna's Value Split "Precedents"

406.    Mr. Francis, Moderna's SVP, head of business development and corporate strategy since April 2019,[1112] testified that ██████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████[1113]

### i.    "[R]oyalties are a form of sharing profits"

407.    Mr. Francis further testified that **"royalties are a form of sharing profits, whether it's a percentage of sales or percentage of profits,"**[1114] and further testified:

mRNA therapeutics.' Do you see that? A. I do see that. Q. And Tony de Fougerolles was at Moderna when that statement was written, right? A. Tony de Fougerolles was at Moderna. I do not believe that Tony de Fougerolles would agree with that statement.").

[1111] June 28, 2024 Deposition of Stéphane Bancel, 141:12-141:19 ("Q. . . . Moderna has been involved in trying to negotiate a license to Genevant, Arbutus, and Tekmira's IP for over ten years, correct? . . . THE WITNESS: Moderna has had discussion with Tekmira for ten years, that's correct, . . .").

[1112] MRNA-GEN-01726934-7000, at 9724 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 162:14-162:20 ("Q. So Mr. Francis, you became Moderna's head of business development and corporate strategy in 2019, correct? A. That's right. Q. So you had assumed that position before the pandemic, correct? A. Yes.")). "Said Francis," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/said-francis-54902210/details/experience/ (Moderna: Director, Corporate Development (June 2013-March 2015); Senior Director of Business Development (March 2015-October 2017); VP, Head of Business Development (April 2019-December 2023); General Manager, Individualized Neoantigen Therapy (INT) (December 2023-Present); Chief Business Officer (December 2023-Present)).

[1113] MRNA-GEN-01726934-7000, at 972-973 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 156:10-157:1 ██████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████

[1114] MRNA-GEN-01726934-7000, at 973 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 157:8-157:10. *See also* 157:2-157:23 █████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████

309

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



. . .

. . .

. . .

. . .

[1115] MRNA-GEN-01726934-7000, at 973 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 158:14-158:23.).

[1116] MRNA-GEN-01726934-7000, at 973 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 159:6-159:18.).

[1117] MRNA-GEN-01726934-7000, at 973 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 160:8-160:13.).

[1118] MRNA-GEN-01726934-7000, at 974 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 161:1-161:14.).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

.[1119]

408.   With respect to patents, Mr. Francis testified: "not all aspects of technologies or now let's call it patents are going to be equal in importance to the product; some would be useful, some would be quite important as part of the product."[1120]

**Profit Splitting in Third-Party Strategic Alliances**

409.   With respect to "Third-Party Strategic Alliances," Moderna's 2019 and 2020 10-Ks stated: "One key principle of our approach to strategic alliances is to share the rewards and risks of developing a new mRNA modality. . . . We plan to continue to identify potential strategic collaborators who can contribute meaningful resources and insights to our programs and allow us to more rapidly expand our impact to broader patient populations."[1121]  Mr. Francis testified that the reward sharing takes into account the extent of the "de-risking" that the partner provides, which, for example, reduces the development time.[1122]

---

[1119] MRNA-GEN-01726934-7000, at 974 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 161:22-162:13.).

[1120] MRNA-GEN-01726934-7000, at 951 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 69:23-70:2.).

[1121] MRNA-GEN-01720798-803, at 799 (*Moderna v. Pfizer* Francis Deposition Exhibit No. 7 – 6-page excerpt from Moderna, Inc. 10-K for the fiscal year ended December 31, 2020, p. 76.). Moderna, Inc. 10-K for the fiscal year ended December 31, 2019, p. 132, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000168285220000006/moderna10-k12312019.htm.  *Compare to* Moderna, Inc. 10-K for the fiscal year ended December 31, 2021, p. 39, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000168285222000012/mrna-20211231.htm ("**Through certain of our strategic alliances,** we share the rewards and risk of developing a new mRNA modality or program, . . . We plan to continue to identify potential strategic collaborators who can contribute meaningful technology and insights to our programs and allow us to more rapidly expand our impact to broader patient populations." (emphasis added)).

[1122] MRNA-GEN-01726934-7000, at 954 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 81:13-81:25 ("Q. . . . And as you [sic – your] [2020] 10-K says, this is all pat of sharing the rewards and risks of development a new mRNA modality, right?  A. Yes. But there's been a lot of derisking that's already happened.  So in 2017, this is seven years after we started the company, so there's been a lot of derisking.  So let's call it reward sharing with AstraZenec at that point because we are from that time until we started the study, it was less than two years to get it to this stage, so whereas, typically if you don't – you haven't done the derisking, it would take a lot longer.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

410. Moderna's approach to splitting value with its partners depended on the scope of its role v. that of its partner. For example, in January 2014, it negotiated a development and license agreement with Alexion, that had the following general terms:

> Under the agreement, Alexion will make an upfront payment to Moderna of $100 million to purchase 10 product options to develop and commercialize treatments for rare diseases with Moderna's mRNA Therapeutics™ platform. Alexion will lead the discovery, development and commercialization of the treatments produced through this broad, long-term strategic agreement, while Moderna will retain responsibility for the design and manufacture of the messenger RNA against selected targets. **Following option exercise by Alexion, Moderna will be entitled to drug development and commercial milestone payments, as well as high single to double digit royalties on commercial sales**. In addition, Alexion has made a $25 million preferred equity investment into Moderna today.[1123]
>
> . . .
>
> That's the date of the patent [July 2020]. I would say the existence of the patent and the industry player, when there's a patent like this, [Pfizer and bioNTech] should have considered it and reached out at that time.[1124]

411. The January 2014 Alexion partnership is an example of Moderna's "███████████████ ███████████████████████████████████,[1125] below, in which Moderna retains a relatively ████████████████████████████████████████████████ shown in **Figure 2.67B**,[1126] below.



---

[1123] "Alexion Pharmaceuticals and Moderna Therapeutics Announce Exclusive Strategic Agreement to Develop Messenger RNA Therapeutics™ for Rare Diseases," *Moderna,* January 13, 2014, *available at* https://investors.modernatx.com/news/news-details/2014/Alexion-Pharmaceuticals-and-Moderna-Therapeutics-Announce-Exclusive-Strategic-Agreement-to-Develop-Messenger-RNA-Therapeutics-for-Rare-Diseases/default.aspx.(emphasis added).

[1124] MRNA-GEN-01726934-7000, at 938 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 18:1-18:4.).

[1125] MRNA-GEN-01708238-321, at 277 (Francis Deposition Exhibit No. 35 – "BD Update to Executive Committee," *Moderna,* February 27, 2017, Slide 40 of 86).

[1126] MRNA-GEN-01708238-321, at 282 (Francis Deposition Exhibit No. 35 – "BD Update to Executive Committee," *Moderna,* February 27, 2017, Slide 45 of 86).

312

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.67A**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.67B**

**As Technology is De-Risked, Moderna's Value Share Increased**

412.  Mr. Francis testified that ███████████████████████████████████████ ███████████████████████████████████████████."[1127] This is shown

---

[1127] MRNA-GEN-01726934-7000, at 972-973 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 156:10-157:1 ███████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████

(emphasis added)).

314

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.68**

413.    Other evidence shows that ███████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

315

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.69**

      **b.**      **February 2020: Moderna's "financial issues became even more pressing"**

---

[1129] "Alexion Pharmaceuticals and Moderna Therapeutics Announce Exclusive Strategic Agreement to Develop Messenger RNA Therapeutics™ for Rare Diseases," *Moderna,* January 13, 2014, *available at* https://investors.modernatx.com/news/news-details/2014/Alexion-Pharmaceuticals-and-Moderna-Therapeutics-Announce-Exclusive-Strategic-Agreement-to-Develop-Messenger-RNA-Therapeutics-for-Rare-Diseases/default.aspx.
[1130] ███████████████████████

316

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

414.    Following Moderna's December 7, 2018 record-breaking IPO[1131] through mid-March 2020, the company's shares were generally trading *below* the $23.00 per share offering price,[1132] as shown in **Figure 2.70**,[1133] below.



**FIGURE 2.70**

415.    In late-August 2019, Moderna's shares were trading at about $15.00 per share, which limited the company's fundraising options.  Moderna's August 2019 LRP, which Dr. Hoge testified reflects

---

[1131] Phil Taylor, "Moderna's cash juggernaut rolls on with record $604M IPO," *Fierce Biotech,* December 7, 2018, *available at* https://www.fiercebiotech.com/biotech/moderna-s-cash-juggernaut-rolls-record-604m-ipo.

[1132] "Moderna Announces Pricing of Initial Public Offering," *Moderna,* December 6, 2018, *available at* https://investors.modernatx.com/news/news-details/2018/Moderna-Announces-Pricing-of-Initial-Public-Offering/default.aspx.

[1133] MRNA Stock Chart: 12/7/2018-5/31/2020, *Moderna,* July 18, 2024, *available at* https://investors.modernatx.com/stock-info/default.aspx.  *See also* Damian Garde, "Moderna's record-setting IPO dives in its debut," *STAT,* December 7, 2018, *available at* https://www.statnews.com/2018/12/07/modernas-record-setting-ipo-slumps-in-its-debut/ ("Moderna Therapeutics watched its share price slip within hours of pulling off the biggest initial public offering in biotech history, a sign the company and its underwriters might have over-estimated demand for the richly valued company.  Moderna, headquartered in Cambridge, Mass., priced its offering at $23 per share Thursday but opened trading down about 4 percent Friday, leaving IPO buyers instantly underwater. By the time the markets closed, shared were down 19 percent.").

317

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

the company's best thinking at the time,"[1134] described this as follows: "We face significant near-term share price pressure that will limit our ability to finance prior to the anniversary of our IPO[.] . . . We believe we have limited options for financing below the IPO price while close to the IPO[.]"[1135]  In the face of these headwinds, Moderna stated" "we will aggressively pursue . . . a new fundraising event in 1H 2020 to help us manage execution and financing risks[.]"[1136]  In February 2020, Moderna sold new shares in order to raise capital.  Gregory Zuckerman described the situation at the time as follows:

> Bancel oozed confidence, at least publicly.
>
> Privately, however, Bancel and his colleagues were becoming disheartened.  Some were even despondent.  Although the Moderna team was certain it had a winning formula for a vaccine, it was facing a huge problem: the company barely had money to manufacture any doses.
>
> Moderna had begun the year [2020] dealing with financial pressures. In late 2019, executives began cutting back on research and other expenditures. Cash from investors had stopped pouring in and partnerships with some drug makers had been discontinued. In meetings at Moderna, Bancel emphasized the need to stretch every dollar and employees were told to reduce travel and other expenses, a frugality they were advised would last several years.
>
> "We were freaked out about money," Stephen Hoge, Moderna's president, told me.
>
> In January 2020, after Covid-19 emerged and Moderna decided to develop a vaccine, the financial issues became even more pressing. In February, the company raised $500 million by selling new shares at a price of $19 apiece. That sounds like a lot of money, but in many ways the sale was an embarrassment, because in late 2018, Moderna had gone public at $23 a share. Over the following year or so, the company made substantial progress on a number of vaccines, including one against cytomegalovirus (CMV). Now it was making headway on a vaccine to halt a virus that held the world in its grip. Yet its stock price had gone down, suggesting that Moderna was *less* valuable than before.
>
> "It was humbling," Hoge said.

---

[1134] MRNA-GEN-01725410-507 at 433 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 96:1-96:3 ("Q. Maybe a better way to put it, they [the LRP] reflect your best thinking at the time?  A. Yeah, I think as a general statement, that's true.").

[1135] MRNA-GEN-01709216-221, at 220 (Brackmann Deposition Exhibit No. 4 – "2019 Long Range Plan," *Moderna,* August 27-28, 2019, Slide 5 of 6) ("LRP 2019 – Executive summary (2/3)").

[1136] MRNA-GEN-01709216-221, at 221 (Brackmann Deposition Exhibit No. 4 – "2019 Long Range Plan," *Moderna,* August 27-28, 2019, Slide 5 of 6) ("LRP 2019 – Executive summary (3/3)").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

The worst part about the stock sale was that the Moderna executives didn't feel they could use the new cash for their Covid-19 work. Some of the big investors who had purchased the shares told Hoge and others they didn't want the company to become distracted with a coronavirus vaccine. Vaccine development was viewed as a dead-end endeavor with little potential payoff, and potential shots for the new virus seemed to have an uncertain likelihood of success.[1137]

### c.    March 2020: "Moderna decided to go alone"

416.    In the face of financial issues that had become even more pressing, and with no partner,[1138] Moderna opted for the **"go alone"** strategy, described above.  In particular, at some point after March 25, 2020, "**Moderna decided to go alone, working with the NIH, BARDA and Lonza[,]**"[1139] *after* it was advised that BARDA would provide funding for Moderna's R&D efforts.  Moderna apparently decided it would *not* partner with big pharma[1140]—notwithstanding the fact that such partnership help "deliver innovative new drugs to patients faster," which has been described as follows:

> Why partner? Biotech startups have limited resources and experience. Teaming up with a large biopharma company is often a great strategy for accelerating time to validation and having a real impact on patients. At a basic level, these partnerships

---

[1137] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.

[1138] *See, e.g.,* MRNA-GEN-01726934-7000, at 974 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 162:24-163:5 ("Q. Okay.  And unlike BioNTech, Moderna in 2020, did not enter into a profit sharing collaboration agreement with another pharmaceutical company to develop its COVID-19 vaccine, correct?  A. Moderna advanced the product without a pharmaceutical player, yes.")).

[1139] MRNA-GEN-01578471-521, at 481 (Francis Deposition Exhibit No. 42 – "mRNA Competitive landscape emerging post COVID-19," *Moderna,* April 2021, Slide 10 of 50) ("COVID-led Transformation (2020)").

[1140] *See, e.g.,* Dale Buss, "Moderna's CFO David Meline On Meeting The Pandemic Moment," *Chief Executive,* June 7, 2022, *available at* https://chiefexecutive.net/modernas-cfo-david-meline-on-meeting-the-pandemic-moment/ ("**Go it alone. Moderna could have latched on with another firm in a joint venture or been acquired early on, as many other pharma startups are. "But in our case, there is a very strong belief by the management and the board that we have an opportunity to build a company as a standalone, successful global enterprise, and that's what we're building," Meline said.** "Have there been moments of truth even in the last couple of years where you say, can we really do this, or not? We made the call that we thought we could [do it], and so far, so good. That gets tested very regularly and will continue to be tested.  "We have the talent, and the benefit of a very strong financial position, and the continuing challenge is to continue to scale successfully." (emphasis added)).

319

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

marry the scientific innovation that thrives in startups with the deep drug development expertise of established companies, **ultimately delivering innovative new drugs to patients faster**.[1141]

### (1) Moderna's "go alone" strategy was unusual

417. Given that speed was the imperative, Moderna's decision to "go alone" was unusual. As of January 2020, Moderna was an early-stage company,[1142] described as "a barely-known biotechnology company[1143] with an unproven approach. . . . Experts doubted the Boston-based company would meet success. . . . Moderna encountered such difficulties over the course of its eleven-year history that some executives worried it wouldn't survive."[1144] In addition, it had no commercial products, no commercial infrastructure, and limited resources and experience. Furthermore, Moderna's strategy to "[b]alance moderating burn with long term value to shareholders and patients," in **Figure 2.71**,[1145] below, suggests that Moderna would *not* have attempted a "go alone" strategy on the COVID-19 opportunity, but rather, given the "High Biology & Commercial Risk," likely

---

[1141] Jorge Conde, Becky Pferdehirt, "Anatomy of a Biotech Business development Deal," *Andreessen Horowitz,* January 25, 2022, *available at* https://a16z.com/anatomy-of-a-biotech-business-development-deal/.

[1142] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 85:20-86:6 ("Q. Okay. Now, in January 2020, Moderna was an early-stage development company, right? A. I think that's fair. Although, we like to characterize that as mid-stage because we had enrolled our first phase 2 study, which is the middle stage of clinical development. But I think it's fair to say we were early-stage development company."). *See also* 118:20-119:1 ("Q. This [the royalty terms in the **June 26, 2017** Cellscript-Moderna Patent Sublicense Agreement] is what Moderna agreed to when it was a not profitable, **early-stage development company**, correct? A. So that is correct. . . ." (emphasis added)); 120:2-120:6 ("Q. At the time that Moderna entered into this deal [the June 26, 2017 Cellscript-Moderna Patent Sublicense Agreement], it did not have any products that it was launching imminently? A. No. 2017, we were not imminently launching anything.").

[1143] *See also* Noah Higgins-Dunn, "Moderna lays plans for new Canadian mRNA vaccine manufacturing site—and more could be on the way," *Fierce Pharma,* August 10, 2021, *available at* https://www.fiercepharma.com/manufacturing/moderna-scouts-plans-for-new-canadian-mrna-vaccine-manufacturing-site-and-more-could ("Moderna, once a little-known mRNA biotech before its COVID-19 efforts launched it to pharma stardom, . . .").

[1144] Gregory Zuckerman, "The Inside Story of Two Young Scientists Who Helped Make Moderna's Covid Vaccine Possible," *Upworthy Science,* November 24, 2021, *available at* https://upworthyscience.com/moderna-covid-vaccine/.

[1145] MRNA-GEN-01242640-681, at 648 (Francis Deposition Exhibit No. 41 – John Mendlein, "Partnering, IP, & Competition," *Moderna,* n.d. (before February 1, 2019), Slide 9 of 42).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

would have pursued a ██████████████████████████████████████████ ██.[1146]



**FIGURE 2.71**

### (2)    Moderna's Expected Benefits of "go alone" strategy

418.    By **"going alone,"** however, Moderna would *not* have to share the profits with a big pharma partner—and could capitalize on the "[o]pportunity to lead a category of new medicines"[1147] and claim that it was *the* leader.    This strategy was only feasible, however, if the U.S. Government were to provide support, including R&D funding, advance payments, and distribution. With the

---

[1146] ████████████████████████████████████████████████████████

[1147] MRNA-GEN-01242640-681, at 681 (Francis Deposition Exhibit No. 41 – John Mendlein, "Partnering, IP, & Competition," *Moderna,* n.d. (before February 1, 2019), Slide 42 of 42) ("Competition summary").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

U.S. Government's support, Moderna's lack of experience, capital and infrastructure—including the fact that it had *no* commercial operation[1148]—would *not* block it from moving forward on a strategy to keep *all* the profits if its vaccine was successful.[1149]

           **(3)**        **Money was critical to Moderna's "go alone" strategy**

419. Without money, however, Moderna's "going alone" strategy was not possible. Moderna's March 25, 2020 "Partnering Committee Update" stated (in discussions with the Gates Foundation): "Moderna signaled that we are not looking to put our BS [balance sheet] at risk and are seeking

---

[1148] Moderna's first commercial employee was Patrick Bergstedt, who joined Moderna on June 1, 2020. *See* May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 231:10-232:8 ("Q. Who is Patrick Bergstedt?  A. He was the commercial representative for Moderna.  Q. What does that mean?  A. I think he might have been our sole commercial employee at this stage.  Q. What do you mean by 'commercial employee'?  A. So he was sort of – as we've talked about before, this was Moderna's first – this would have been Moderna's first licensed product, and so we were in the process of transitioning from a clinical-stage company to commercial or a full pharmaceutical company that's supporting a commercial product, and that meant that our business development R&D strategy team that really focused on program initiation and concepts to define the pipeline needed to be augmented to commercial support that is assigned to a product, and so Patrick was our first commercial employee.").  May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 40:9-40:12 ("A. Okay.  I think we had our first commercial person at that time [mid-2020], Patrick Bergstedt.  So he would have definitely been involved in that [making decision about what the assumptions would be for the various forecasting scenarios in the 2019-2020 time frame], as well.").  "Moderna Reports First Quarter 2020 Financial Results and Provides Business Updates," *Business Wire,* May 7, 2020, *available at* https://www.businesswire.com/news/home/20200507005478/en/Moderna-Reports-First-Quarter-2020-Financial-Results-and-Provides-Business-Updates ("Patrick Bergstedt will join Moderna on June 1 as SVP, Commercial Vaccines.").

[1149] *See, e.g.,* MRNA-GEN-01726934-7000, at 976-977 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 172:23-173:20 ("Q. The U.S. Government does not receive a share of Moderna's profits, correct?  A. The BARDA arrangement with the U.S. Government was designed a priori before we started work, not to have that structure.  Q. So Moderna keeps all the profits it earns from Spikevax for itself, notwithstanding all of the U.S. Government assistance, correct? . . . A. As I mentioned, the arrangement, the agreements, the documents that we have with the government was under a BARDA agreement by which we defined the rules of how the financial arrangement would work, including profits, and that, as was designed before we started the endeavor, that was not – a profit sharing was not a concept that was requested because that's not what the government technically designed their agreements to.  So to answer your question, no, it's not structured there, but that's by design by the government as well.")).

322

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

3rd party funding."[1150]  In fact, during the period February through April 2020, Mr. Bancel "begged

for money," which Gregory Zuckerman described as follows:

> Throughout February, March, and April, Bancel begged for money. He asked Trevor Mundel, a top leader of the Gates Foundation. He reached out to an arm of the World Health Organization called COVAX. He phoned or scheduled Zoom calls with representatives of other government bodies and charitable foundations. He presented reasons why Moderna deserved financial assistance. Bancel became frustrated by the rejections and his requests became more plaintive.
>
> "Look, if you don't help us, and this [vaccine] works, it will cost hundreds of thousands of lives, if not hundreds of millions," Bancel told one person. "It's a tragedy . . . we need help."
>
> Each time, Bancel came up empty. Sometimes he swallowed his pride and asked an organization a second time, hoping for a change of heart. The answers remained no. Some of the potential funders deemed mRNA too risky. Some were committed to helping other companies' vaccine efforts. Still others didn't have the free cash.
>
> Moderna managed to get some money from the Biomedical Advanced Research and Development Authority (BARDA), an arm of the U.S. Government, but it wasn't enough to manufacture many doses.
>
> . . .
>
> In the early years after Moderna had been started in 2010, Bancel was impatient with staffers.  They became fearful of letting him down.  Now, Bancel was upset with himself. He was convinced that he had failed his company, his shareholders, and the world. He was a master fundraiser but when it truly counted, he had come up short. Lives were at stake and he had blown it. Bancel had risked his company's reputation pursuing a Covid-19 vaccine but he was losing that bet. He was overcome with sadness.
>
> "I wasn't good enough to get it done," Bancel told me later, looking back on that time.[1151]

420.    Because Moderna's "begging for money" for RNA-1273 from private sources in early-2020 failed,

the U.S. Government support it received became especially critical.  For example, in a February

---

[1150] MRNA-GEN-01470185-251, at 200 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 13 of 64) ("COVID vaccine – <u>Gates Foundation</u> funding").

[1151] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.  *See also* MRNA-GEN-01470185-251, at 200 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 13 of 64) ("COVID vaccine – <u>Gates Foundation</u> funding").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

3, 2022 email, Ms. Bennett stated: "We never would have done it without BARDA."[1152]  Ms. Bennett testified that BARDA's investment was a major factor that provided Moderna with needed capital:

> Q. Is it fair to say that the significant investments that Moderna received from BARDA for development of the COVID-19 vaccine were a major reason for why Moderna was able to eventually have a successful product?
>
> . . .
>
> THE WITNESS: It would have been significantly more difficult for us to develop a COVID vaccine without the support of the government based on where we were as a biotech in 2020.  We would have needed to raise significantly more capital.  We raised capital in 2020 to support our manufacturing outside the scope of the R&D program, and we would have needed to do the same.  It's not clear whether the market would have supported that ask.[1153]

---

[1152] MRNA-GEN-01724969-024, at 007, 014 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*),154:10-154:22 ("Q. And then in the top email you indicate . . .on the next day, February 3rd, 2022, to Ruben Donis, you say 'Hi.  We never would have done it without BARDA.'  Do you see that?  A. Yes.  Q. And that was in reference to getting Spikevax approved and on the market, right?  A. Yeah.  And the role that – specifically that BARDA funding played in our ability to move the program forward at that time of uncertainty in 2020."); 182:18-183:4 ("Q. And Moderna could not have developed Spikevax without the U.S. Government's assistance, correct? . . . A. We partnered with the government because they allowed us to offset the financial cost of the program at a time when we didn't know whether the virus was going to continue to circulate and whether it was going to need a vaccine, and when we were a small company that hadn't yet built the infrastructure required to take on that risk without external funding.")).  MRNA-GEN-01724046-052, at 046 (*Moderna v. Pfizer* Bennett Deposition Exhibit No. 31 – February 3, 2022 email from Hamilton Bennett to Ruben Donis, Subject: RE: flu vaccine program).

[1153] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 264:17-265:11.  *See also* Mark Terry, "Moderna Therapeutics Sets Record for Biggest Biotech IPO," *BioSpace,* December 7, 2018, *available at* https://www.biospace.com/article/moderna-therapeutics-biggest-ipo-in-biotech-history/ ("As *MarketWatch* observes, 'It's a high-risk, high-reward situation.  Losses may never be recouped, as the company is years away from actual product sales.  Moderna currently depends on revenue from grants and its collaborations with other companies.'").  Amitabh Chandra, Sumon Mazumdar, "Biotech Asset Valuation Methods: A Practitioner's Guide," *Journal of Investment Management,* Vol. 22, No. 1, Q1 2024, pp. 36-57, at 39, 52, *available at* https://www.analysisgroup.com/globalassets/insights/publishing/2024-biotech-asset-valuation-methods.pdf ("Given such information asymmetry [between the VC and management regarding a drug candidate's expected development costs] and the significant costs and risk of drug development, VCs either avoid investing in early stage biotech companies or estimate the company's pre-money value significantly below the company's own estimate, and correspondingly demand an equity stake which the company may not find acceptable.  As a result of such a difference of opinion (or 'valuation gap') about the company's (or its drug

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

421. Ms. Bennett also acknowledged that the advance purchase agreements and payment terms and timing of payments was also important and testified: "the commitments and the upfront payments that they were willing to make so that we could fund the supply and the scaleup of the vaccine, it was the recognition that they were supporting the R&D and allowed us to de-risk that."[1154]

422. On March 23, 2020, Moderna received its first indication that the U.S. Government would provide funding. Moderna's internal documents show that on March 23, 2020, "DARPA responded to [Moderna's] proposal for COVID-19 mAb development and vertical integration of raw materials and indicated **our proposal was selectable for funding**[.]"[1155] The next day, on March 24, 2020, "DARPA committed to fund COVID-19 mAb program through Ph 1 (option remains open for funding of vertical integration of raw materials)[.]"[1156]

### (4) Moderna Considered Potential "big pharma" Partnering Strategies

423. Small biotech companies typically depend on "big pharma" to "help them cross the finish line," and avoid the "biotech valley of death" which *The New York Times* described as follows:

> Dr. James E. Crowe Jr., the director of a vaccine research center at Vanderbilt University, said that academic researchers who developed a prototype drug or vaccine that worked in animals often encountered a "biotech valley of death" in which no drug company would help them cross the finish line.
>
> To that point, the research may have cost a few million dollars, but tests in humans and scaling up production can cost hundreds of millions, and bringing a new vaccine all the way to market typically costs $1 billion to $1.5 billion, Dr. Crowe

---

candidate's) value, VC funding of a start-up's drug development efforts related to a potentially life-changing drug could stop. This could prevent a critical drug from ever coming to market, which would be a loss to society. . . . If the VC and the company cannot agree about the company's pre-money valuation (and correspondingly, the VC's appropriate equity stake in exchange for its capital contribution), then VC funding for it's the drug candidate's development may stop which could have significant social repercussions.").

[1154] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 264:8-264:12.

[1155] MRNA-GEN-01470185-251, at 201 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 14 of 64) ("COVID-19: options for advancing mRNA-encoded antibodies").

[1156] MRNA-GEN-01470185-251, at 201 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 14 of 64) ("COVID-19: options for advancing mRNA-encoded antibodies").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

said. "Who's going to pay for that?" he asked. "People invest in order to get money back."[1157]

424.    While Mr. Bancel was "begging for money" during the period February, March and April, and recognizing Moderna's lack of capabilities, Moderna also pursued potential partnering strategies to gain access to the big pharma's capabilities including "F/F [fill and finish] capability" and "build capacity."[1158]  For example, Gregory Zuckerman's investigation revealed that Moderna pursued a Pfizer-BioNTech-type partnership with Merck, which he summarized as follows:

> At one point, Bancel called Roger Perlmutter, who was then Merck's R&D chief, suggesting that the companies team up on a Covid-19 vaccine, just like Pfizer and BioNTech were doing. Perlmutter was enthusiastic about the idea. A few years earlier, Merck had worked with Moderna on vaccines against various infectious diseases, so it made sense that they would join forces against SARS-CoV- 2.

> But Merck never followed through on Bancel's pitch. Some at Moderna got the sense that Merck executives, including the company's head of infectious disease discovery, Daria Hazuda, viewed mRNA-based vaccines as unproven, a stumbling block for an alliance.[1159]

425.    Moderna's internal documents confirm ███████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

---

[1157] Denise Grady, "Ebola Vaccine, Ready for Test, Sat on the Shelf," *The New York Times,* October 23, 2014, *available at* https://web.archive.org/web/20141031204942/http://www.nytimes.com/2014/10/24/health/without-lucrative-market-potential-ebola-vaccine-was-shelved-for-years.html.

[1158] MRNA-GEN-01470185-251, at 198 (Bancel Deposition Exhibit No. 13/Hoge Deposition Exhibit No. 11/Francis Deposition Exhibit No. 40 – "Partnering Committee Update," *Moderna,* March 25, 2020, Slide 11 of 64) ("COVID vaccine – big pharma discussions – Test Pharma willingness to sign up to an ex-US collaboration").

[1159] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/. ████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

██████████████████████████████  ██████  ████████████████████████
█████████████████████████████████.



**FIGURE 2.72A**

426.    ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████ ██ █████,

─────────────────────────
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
              █████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

327

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



1162

FIGURE 2.72B

427.    A "co/co" (*i.e.,* "co-development/co-commercialization") deal "is different from the simple royalty-based deals in that they often involve sharing profits and losses, as well as development

---

1162 MRNA-GEN-01725263-264, at 263 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 18 – March 13, 2020 email from Stéphane Bancel to Executive Committee, Said Francis, Subject: FW: [EXTERNAL] FW: Vaccines).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

costs, for the co-commercialized product."[1163]    By March 2020, Moderna already had some "co/co" experience—although neither experience had achieved product commercialization—given its two prior "co/co" agreements with AstraZeneca and Merck, discussed above.  In addition, by February 2017, "BD Update to Executive Committee" slide deck shows "Co-development / Co-commercialization" deal terms including: ███████████████████████████ or Moderna to book US, Partner to book OUS; cross-royalties[,]"[1164] as shown in **Figure 2.72B**, above.

428.    As of March 2020, Moderna was apparently considering a "Co/co with Big Pharma? (GSK)" in the U.S., as shown in **Figure 2.72C**,[1165] below.

---

[1163] Jorge Conde, Becky Pferdehirt, "Anatomy of a Biotech Business development Deal," *Andreessen Horowitz,* January 25, 2022, *available at* https://a16z.com/anatomy-of-a-biotech-business-development-deal/.

[1164] MRNA-GEN-01708238-321, at 279 (Francis Deposition Exhibit No. 35 – "BD Update to Executive Committee," *Moderna,* February 27, 2017, Slide 42 of 86).

[1165] ████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.72C**

### (5)    In parallel, Moderna sought BARDA grants

429.    In addition to big pharma partners, Moderna was also seeking BARDA funding.  As discussed above, three years earlier, in February 2017, Moderna had assessed the "landscape for vaccines" and concluded that **"Global Threats"** were a **"low economic value asset"** that Moderna might pursue **"opportunistically?"**, however, it would require **"non-dilutive capital"** (*i.e.*, grants, awards, or subsidies, such as BARDA,[1166] that can be "obtain[ed] without giving up any equity or

---

[1166] *See also* Anton Xavier, MSc, MBA, "Non-dilutive capital for biotech startups," *Silicon Valley Bank,* January 9, 2024, *available at* https://www.svb.com/startup-insights/raising-capital/non-dilutive-capital-biotech-startups/ ("BARDA provides several different grant funding opportunities for startups working on solutions to address health security threats in the United States.").

330

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

ownership [interest in the business]"[1167]). In addition, Moderna questioned both *whether* it could handle and *when* it should take on "these sorts of programs," as shown in **Figure 2.73**,[1168] below.



**FIGURE _2.73**

430.    Consistent with the foregoing Moderna sought non-dilutive capital for its global health programs. For example, Moderna's December 4, 2018 S-1/A states that it established "strategic alliances with . . . BARDA and DARPA on global health vaccine programs.[1169] . . . For our global health

---

[1167] Anton Xavier MSc, MBA, "Non-dilutive capital for biotech startups, Part 2," *Silicon Valley Bank,* May 29, 2024, *available at* https://www.svb.com/startup-insights/raising-capital/non-dilutive-capital-biotech-startups-part2/.

[1168] MRNA-GEN-01708238-321, at 288 (Francis Deposition Exhibit No. 35 – "BD Update to Executive Committee," *Moderna,* February 27, 2017, Slide 51 of 86) ("Assessing the BD landscape for vaccines").

[1169] Moderna, Inc. Form S-1/A dated December 4, 2018, PDF p. 150 of 444, *available at* https://d18rn0p25nwr6d.cloudfront.net/CIK-0001682852/4d4a9e86-076f-4d89-a0d0-54a094e57379.pdf.

331

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

programs, we do not intend to advance our H10N8 vaccine (mRNA-1440), our H7N9 vaccine (mRNA-1851), or our Chikungunya vaccine (mRNA-1388) through further clinical development without government or other third-party funding."[1170]    Moderna has continued to rely on government funding for public health.  For example, Ms. Bennett testified Chikungunya has been "formally paused" because Moderna has "funding that [it] could put towards those programs [Zika] but we didn't have funding that we could put towards Chikungunya."[1171]  In other words, Moderna is unwilling to invest its capital to develop public health products. But if the U.S. Government will provide grants, it will undertake the development and retain all the profits associated with doing so.

431.    By obtaining funding (*i.e.,* grants) from BARDA and DARPA, Moderna minimized the equity dilution of its shareholders.  This has been described as follows:

> Looking at it from a dilution perspective, the answer [regarding start-up funding] is clear: take as little outside capital as you can get away with.  The money you raise early on, "is going to be the most expensive money you ever take," says David Van Horne, a partner in the technology practice at law firm Goodwin Procter. Your initial backers are getting equity at a time when your company has the least value, so each dollar invested buys a proportionally larger stake.[1172]

432.    Dilution inures to the benefit of a company's shareholders—and Mr. Bancel was reportedly obsessed with avoiding dilution.[1173]  Dr. Hoge testified that prior to the IPO in December 2018, he

---

[1170] Moderna, Inc. Form S-1/A dated December 4, 2018, PDF p. 152 of 444, *available at* https://d18rn0p25nwr6d.cloudfront.net/CIK-0001682852/4d4a9e86-076f-4d89-a0d0-54a094e57379.pdf.

[1171] MRNA-GEN-01724969-024, at 974 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 65:14-66:10 ("Q. And are any of these programs still ongoing?  A. Many of them are ongoing, yes.  Q. Well, why don't we approach from the other way.  Which ones are not ongoing?  Q. Our Chikungunya vaccine.  Q. Why is that discontinued?  A. I fell like you have to run back through the list.  I think that's the only one that we've formally passed. And that's because we have other programs in the portfolio that would allow us – like the Zika vaccine, that would have allowed us to engage in the regulatory strategy, the development strategy that was specifically accelerated approval for a vaccine, and we had funding that we could put towards those programs but we didn't have funding that we could put towards Chikungunya.").

[1172] "How equity dilution impacts early stage startups," *Silicon Valley Bank,* May 24, 2021, *available at* https://www.svb.com/startup-insights/startup-equity/startup-equity-dilution/.

[1173] David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022, p. 138 ("Scientists started noticing that people would get fired not long before their stock options were supposed to vest.  By not doling out those

332

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

believed Moderna's largest shareholders were "Flagship and Noubar Afeyan, Stéphane Bancel, our CEO, who had also invested his own money in all of our rounds. . . . some of the other founders, Bob Langer. And then many of the – AstraZeneca, which was an investor as a partner, a pharmaceutical company."[1174]   As of February 21, 2020, Moderna insiders owned <u>29.2%</u> of the <u>363,967,131</u> shares outstanding, as shown in **Figure 2.74**,[1175] below, with Flagship Pioneering/Dr. Afeyan and Mr. Bancel owning <u>22.9%</u> of the shares outstanding.

| Name and Address of Beneficial Owner[1] | Shares Beneficially Owned | |
| --- | --- | --- |
| | Number | Percentage |
| **Named Executive Officers, Directors and Director Nominees:** | | |
| Noubar B. Afeyan, Ph.D., *Chairman*[2] (see Flagship Pioneering and affiliated entities below) | 51,585,995 | 14.2% |
| Stéphane Bancel, *Chief Executive Officer*[3] | 31,586,769 | 8.7% |
| Robert Langer, Sc.D., *Director*[4] | 11,720,433 | 3.2% |
| Stephen Hoge M. D., *President* [5] | 5,055,724 | 1.4% |
| Lorence Kim, M.D., *Chief Financial Officer*[6] | 3,104,272 | *% |
| Tal Zaks, M.D., *Chief Medical Officer* [7] | 1,075,705 | *% |
| Juan Andres, *Chief Technical Operations and Quality Officer*[8] | 671,391 | *% |
| Paul Sagan, *Director*[9] | 550,819 | *% |
| Elizabeth Nabel, M.D., *Director*[10] | 158,552 | *% |
| Stephen Berenson, *Director*[11] | 105,306 | *% |
| Moncef Slaoui, Ph.D., *Director*[12] | 82,508 | *% |
| Israel Ruiz, *Director*[13] | 87,067 | *% |
| Francois Nader, M.D., *Director* | — | *% |
| Sandra Horning, M.D., *Director Nominee* | — | *% |
| **All executive officers, directors and director nominees as a group (16 persons)[14]** | 106,132,299 | 29.2% |
| **Other 5% Stockholders:** | | |
| Flagship Pioneering and affiliated entities[2] (see Noubar B. Afeyan, Ph.D., *Chairman* above) | 51,585,995 | 14.2% |

\*    Represents beneficial ownership of less than one percent
(1)    Unless otherwise indicated, the address for each beneficial owner is c/o Moderna, Inc., 200 Technology Square, Cambridge, MA 02139.

48

**FIGURE 2.74**

---

shares, Bancel would keep existing shares from getting diluted. That meant more money for him. 'Stéphane use to obsessively look at the cap table—the [market] capitalization table—and try to come up with ways to get all of the equity back to himself. So he would actively look at how to not have to deplete or dilute equity that he thought should have been his own,' one employee said. 'People were fired like the day before the vesting date. Things like that that would happen regularly.'").

[1174] MRNA-GEN-01725410-507 at 416 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 25:20-26:1.).

[1175] Moderna, Inc. Schedule 14A dated March 16, 2020, p. 48, *available at* https://d18rn0p25nwr6d.cloudfront.net/CIK-0001682852/66031459-6de2-4984-ba3a-c7546672c885.pdf.

333

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**(6)    Moderna's "go alone" decision came after it received
the BARDA commitment**

433.    While Moderna pursued a two-prong funding strategy: "big pharma" and BARDA, Moderna's "go alone" decision came *after* it received BARDA's $483 million commitment. On April 16, 2020, just weeks after Moderna's March 25, 2020 "Partnering Committee Update," Moderna "announced an agreement for a commitment of up to $483 million from the Biomedical Advanced Research and Development Authority (BARDA) . . . to accelerate development of the Company's mRNA vaccine candidate (mRNA-1273) against the novel coronavirus (SARS-CoV-2)."[1176]

434.    By May 20, 2020, Moderna had decided for the U.S. market to "go alone," as shown in



---

[1176] "Moderna Announces Award from U.S. Government Agency BARDA for up to $483 Million to Accelerate Development of mRNA Vaccine (mRNA-1273) Against Novel Coronavirus," *Moderna,* April 16, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Award-from-U.S.-Government-Agency-BARDA-for-up-to-483-Million-to-Accelerate-Development-of-mRNA-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx.

[1177]

334

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.75**

### d.    Moderna Could Not Execute its Sublicense Strategy

435.    At the May 31, 2020 hypothetical negotiation, Moderna would have to pay a royalty rate that would reflect *its* use of the claimed inventions of the Patents-in-Suit.   Moderna would know that, this time, it could *not* execute its sublicense strategy, pursuant to which it gained the benefit of rates negotiated by *other* parties in *earlier* negotiations in which Moderna was not a party. Moderna executed this strategy in both the July 3, 2014 Acuitas-Moderna agreement and also in the June 26, 2017 Cellscript-Moderna agreement.

436.    Moderna would also know that it could not expect its partner to obtain a license from Tekmira/Arbutus.  In March 2017—shortly after the February 7, 2017 injunction cut off Moderna's access to additional sublicenses from Acuitas—Moderna's partner obtained a license directly from

335

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Arbutus, which was described as "a vote of no confidence in Moderna's legal position"[1178] as described above.

### (1)    July 3, 2014 Acuitas-Moderna Agreement

437.    Mr. Francis testified that Acuitas "had their own portfolio . . ., they had cross licenses from Alnylam and Tekmira.  So that's the IP portfolio that they were essentially bringing into collaboration."[1179]  Mr. Francis described the Acuitus-Tekmira and Acuitus-Alnylam cross-licenses as "terms that were already prenegotiated with Acuitas . . . they have been preagreed by Alnylam and Tekmira with Acuitas. . . . But we did not negotiate the cross licenses between the parties.  Those are prenegotiated by Tekmira and Alnylam with Acuitas."[1180]  In other words, the terms of the Acuitas-Moderna agreement reflect *Acuitas's* negotiation with Tekmira and Alnylam—*not* Moderna's.

### (2)    June 26, 2017 Cellscript-Moderna Patent Sublicense Agreement

438.    Cellscript was the exclusive licensee of the UPenn technology developed by Drs. Karikó and Weissmann, which Gregory Zuckerman described as follows:

> Karikó and Weissman had taken a crucial step, showing that a revolution in molecular biology was possible by tweaking a building block of the mRNA molecule.  They had injected synthetic mRNA in mice and monkeys to create EPO proteins.  But they hadn't created anything therapeutic or even very useful.  They had developed a delicious recipe but never had the chance to cook it up.[1181]
>
> . . .
>
> Eventually, Penn licensed the work, but not to Karikó and Weissman.  It went to a small company in Madison, Wisconsin, called Cellscript, which was working on kits for making mRNA with modified nucleosides.  By 2009, Karikó and Weissman had given up on their hopes of starting a biotechnology company.  They still believed in mRNA, but few shared their faith.  They remained at Penn, but their mRNA research would be largely forgotten.[1182]

---

[1178] Damian Garde, "Moderna's top attorney quits during an all-important legal dispute," *STAT,* May 25, 2017, *available at* https://www.statnews.com/2017/05/25/moderna-attorney-exit/.

[1179] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 161:4-161:9.

[1180] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 179:8-179:21.

[1181] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 97.

[1182] Gregory Zuckerman, *A Shot To Save the World – The Inside Story of the Life-or-Death Race for a COVID-19 Vaccine,* New York: Portfolio / Penguin, p. 82.

336

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

439.    Similar to Moderna's agreement with Acuitas, the terms of the Cellscript-Moderna agreement reflect *Cellscript's* negotiation with the University of Pennsylvania—*not* Moderna's.  Mr. Hoge testified that the terms of the June 26, 2017 Cellscript-Moderna Patent Sublicense Agreement[1183] are **"unrelated to Moderna"** and Moderna "agreed to pay Cellscript's obligation from that 10-year-old, 15-year-old negotiation" as follows:



.[1185]

. . .

---

[1183] MRNA-GEN-00457584-627 (Hoge Deposition Exhibit No. 10 – June 26, 2017 Cellscript, LLC-ModernaTx, Inc. Patent Sublicense Agreement).

[1184] Fabrice Delaye, "Messenger RNA: The Outsiders Strike Back," *Les Explorations,* No. 11, September 2021, p. 54, *available at* https://am.pictet.com/us/en/investment-research/messenger-rna-vaccines.

[1185] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 119:1-120:1 (emphasis added).  *See also* MRNA-GEN-01725410-507 at 426 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 66:14-67:6 ▮▮▮▮▮▮▮▮▮▮▮

337

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



.[1186]

### e. Moderna Expected to (and did) Achieve Substantial Value as a Result of its Use of the Patents-in-Suit

440. The facts clearly show that by May 31, 2020, Moderna expected to (and did) achieve substantial value as a result of its use of the Patents-in-Suit, which included both billions in revenues and profits on sales of mRNA-1273 as well as the derivative and additional value that Moderna expected mRNA-1273 would drive:

### (1) By May 15, 2020, Moderna was Projecting that mRNA-1273 Would Generate Billions in Revenue and Profits

441. The facts show that by mid-May 2020, it was not a question of *whether* Moderna would achieve *any* mRNA-1273 revenue and profits, but rather, the only question was *how much*. In an April 3, 2020 *MIT Sloan* article, Mr. Bancel was quoted as stating: "If all goes smoothly, the company could be producing millions of doses per month later this year, ramping up to 'dozens of millions of doses per month toward next year,' Bancel said."[1187] As discussed above, by May 15, 2020, Moderna had concluded that "payers (e.g., governments, CEPI) are starting procurement exercises" and it "ha[d] fallen back into pack" and "[a]ny further delays in investing risks losing a share of the most valuable early [COVID-19 vaccine] deliveries."[1188] Moderna further stated:

---

[1186] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 121:20-122:9 (emphasis added).

[1187] Tam Harbert, "How Moderna is racing to a coronavirus vaccine," *MIT Sloan,* April 3, 2020, *available at* https://mitsloan.mit.edu/ideas-made-to-matter/how-moderna-racing-to-a-coronavirus-vaccine.

[1188] MRNA-GEN-02645641-677, at 644 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 4 of 37).

338

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

██████████████████████████████████████████████████

████████.[1189]

442.    Moderna's May 20, 2020 "mRNA 5-yr accelerated plan" stated that mRNA-1273 **"could be the fastest and largest drug launch in history"**████████████████████████████

████████████████████████████████████████████████

████████████████████████████."[1190]    In particular, ███████████████████

██████████████████████████████████████████ ██████.[1191]    In addition,

Moderna stated: "██████████████████████████████████████████████



[1190] MRNA-GEN-01251960-028, at 961 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 2 of 69).  May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 74:15-75:20 ("Q. Is it fair to say that in May 2020, Moderna expected to be able to unlock about 65 billion in value for non-COVID programs, because it would now be able to make the capital investments that without COVID it would not have been able to make? . . . THE WITNESS: So I think from, you know, I mean, reading this, yeah, there was an expectation that the ability to respond to the pandemic would give us faster access to a commercial product than was the plan before the pandemic, and those funds or profits would – we would be able to reinvest into the pipeline.  I think what was always the case, as I mentioned before, as well, that we – you know, financial constrain was sort of the bottleneck for us, is currently still the bottleneck for us to create more value to patients, and basically a higher commercial revenue.  But that was the case back then and it's the case today and, yes, we – the COVID response or, you know, being able to positively contribute a product to the market was an accelerated path to a commercial revenue.").

[1191] MRNA-GEN-01251960-028, at 965 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 6 of 69) ("5-yr cash needs can be split into three envelopes").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**Figure 2.76**,[1192] below.



**FIGURE 2.76**

443.    Importantly, Moderna expected that its mRNA-1273 could be the first to market.  Moderna's May 29, 2020 "mRNA-1273 pricing workstream" stated that Moderna was "potentially the first company to gain approval for a COVID19 vaccine" and "ha[d] the opportunity to make worldwide impact when delivering on the promise of mRNA medicines for the first time," as shown in **Figure 2.77A**,[1193] below, which was supported by Moderna's "Clinical trial timelines for leading

---

[1192] MRNA-GEN-01251960-028, at 976 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 17 of 69) ("mRNA-1273 could be the fastest and largest drug launch in history").
[1193] MRNA-GEN-02193029-122, at 031 ("mRNA-1273 pricing workstream," *Moderna,* May 29, 2020, Slide 3 of 94 ("Executive summary").

340

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

developers," shown in **Figure 2.77B**,[1194] below, that shows Moderna's Phase 1 clinical trial head start.

**FIGURE 2.77A**

---

[1194] MRNA-GEN-02193029-122, at 031 ("mRNA-1273 pricing workstream," *Moderna,* May 29, 2020, Slide 3 of 94 ("Executive summary")).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**FIGURE 2.77B**

444.    In addition, the "internal set of principles" that guided its "initial pricing strategy" included "Reflect the value of our innovative technology."[1195]  Moderna's "learnings from relevant historical examples" showed the launch price of "select innovative vaccines" as ranging from **$46/dose** to **$134/dose** (public) and **$39/dose** to **$178/dose** (private), as shown in **Figure 2.78**,[1196] below.

---

[1195] MRNA-GEN-02193029-122, at 053 ("mRNA-1273 pricing workstream," *Moderna,* May 29, 2020, Slide 25 of 94 ("Clinical trial timelines for leading developers").

[1196] MRNA-GEN-02193029-122, at 045 ("mRNA-1273 pricing workstream," *Moderna,* May 29, 2020, Slide 17 of 94 ("Overview of select innovative vaccines").

342

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**FIGURE 2.78**

445.    Achieving *any* mRNA-1273 revenue and profits, however, required Moderna to successfully develop and launch its product on a very aggressive timeline.  In order to do so, Moderna selected the "optimal LNP," which used Genevant's Patents-in-Suit, as part of its risk-avoidance strategy. As Moderna's Dr. Stewart-Jones testified: "I was . . . pushing the program forward as rapidly as possible,"[1197]  and "all optimal technologies were brought to bear on this challenge.  **We needed to bring together the optimal LNPs**, . . ."[1198]  By March 2017, Moderna claimed that its mRNA "vaccine platform" generated **"optimized lipid nanoparticles."**[1199]  In a March 9, 2017 *Cell*

---

[1197] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 104:7-104:9.

[1198] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 194:13-194:16 (emphasis added).

[1199] Justin M. Richner, Sunny Himansu, Kimberly A. Dowd, Scott L. Butler, Vaness Salazar, Julie M. Fox, Justin G. Julander, William W. Tang, Sujan Shresta, Theodore C. Pierson, Giuseppe Ciaramella, Michael S. Diamond, "Modified mRNA Vaccines Protect against Zika Virus Infection," *Cell,* March 9, 2017, pp. 1114-25, at 16, *available at*

343

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

article, Moderna scientists stated: "We developed a vaccine platform for generating optimized lipid nanoparticles that encapsulate modified mRNA for intramuscular delivery to induce high levels of protein expression in vivo[,]"[1200] which they further described as follows—highlighting Genevant's patented molar ratio: "LNP formulations were prepared using a modified procedure of a method described for siRNA (Chen et al., 2016). Briefly, lipids were dissolved in ethanol at **molar ratios of 50:10:38.5:1.5 (ionizable lipid: DSPC: cholesterol: PEG-lipid). . . .**"[1201]  In addition, Moderna **"followed a path of least risk"**[1202] and "decided to not tinker" because "that might introduce additional risk into the vaccine's performance[.]"[1203] Moderna pursued "de-risking measure[s] because we didn't want to be caught in Phase II or in Phase III not getting the optimal immunogenicity, . . ."[1204]  As discussed above, Moderna used these "optimized lipid

---

https://pdf.sciencedirectassets.com/272196/1-s2.0-S0092867416X00062/1-s2.0-S0092867417301952/mainext.pdf.

[1200] Justin M. Richner, Sunny Himansu, Kimberly A. Dowd, Scott L. Butler, Vaness Salazar, Julie M. Fox, Justin G. Julander, William W. Tang, Sujan Shresta, Theodore C. Pierson, Giuseppe Ciaramella, Michael S. Diamond, "Modified mRNA Vaccines Protect against Zika Virus Infection," *Cell,* March 9, 2017, pp. 1114-25, at 16, *available at* https://pdf.sciencedirectassets.com/272196/1-s2.0-S0092867416X00062/1-s2.0-S0092867417301952/mainext.pdf.

[1201] Justin M. Richner, Sunny Himansu, Kimberly A. Dowd, Scott L. Butler, Vaness Salazar, Julie M. Fox, Justin G. Julander, William W. Tang, Sujan Shresta, Theodore C. Pierson, Giuseppe Ciaramella, Michael S. Diamond, "Modified mRNA Vaccines Protect against Zika Virus Infection," *Cell,* March 9, 2017, pp. 1114-25, e1-e10, at e4, *available at* https://pdf.sciencedirectassets.com/272196/1-s2.0-S0092867416X00062/1-s2.0-S0092867417301952/mainext.pdf (emphasis added).

[1202] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 79:6 (emphasis added).  *See also* 79:2-79:11 ("A. . . . We needed to de-risk the design as much as possible at this stage given the emerging pandemic that was occurring, and so we needed to ensure that the decisions we made around the antigen design followed a path of least risk, and so we decided to include the 2P mutations going forward as a company.  Or at least my recommendation to the company was to do that.  [C]an't speak for the company.  And so it was generally accepted.").

[1203] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 166:4-166:6.

[1204] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 188:11-188:13.

344

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

nanoparticles" in its early clinical trials—as it has admitted to using the 50% formulation in Phase 1 - in an effort to accelerate its mRNA-1273 clinical testing.[1205]

446.   In addition, to address the accelerated timeline, Moderna had to and did rely on its prior clinical studies that used Genevant's "gold standard" LNP of the Patents-in-Suit.  In particular, Moderna submitted these studies to the FDA, which resulted in it being the first company to advance to Phase 1 clinical trials.  The evidence also shows that the mRNA-1273 formulation used in Moderna's Phase 1 clinical trials (and was also used in the later Phase 2 and Phase 3 clinical trials) used Genevant's Patents-in-Suit.  While this activity is *not* accused of infringement because it is in the safe harbor, it positioned Moderna to participate in the U.S. Government's Warp Speed program and receive billions in development and advance purchase funding, enabled it to make commercial offers to the U.S. Government and other governments in May 2020, and helped it rapidly develop and commercially launch its mRNA-1273 product in the U.S. on Sunday, December 20, 2020[1206]—just five (5) days after Pfizer's U.S. launch on Tuesday, December 15, 2020.[1207]  In contrast, without a license to Genevant's Patents-in-Suit, Moderna could not move forward to commercialize mRNA-1273.

447.   Later in this section, I will discuss in detail Moderna's mRNA-1273 projections.

---

[1205] Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (No. 7) at 101 (July 15, 2024) ("The initial drug product formulation of Moderna's COVID-19 Vaccine was prepared using equipment in Moderna's small-scale personalized vaccine unit ("PVU Formulation"), which comprised a lipid ratio of 50:38.5:10:1.5 (SM102:Cholesterol:DSPC:PEG). See, e.g., MRNA-GEN-00044132; MRNA-GEN-00044166. The PVU Formulation was used in at least Preclinical and Phase 1 and Phase 2 Clinical Studies.").

[1206] Ben Kesslen, "First shipments of Moderna vaccine roll out, a new weapon in U.S. Covid-19 response; Following the distribution of the Pfizer vaccine last week, Moderna's effort means the U.S. now has two vaccines in its arsenal to fight the coronavirus," *NBC News,* December 20, 2020, *available at* https://www.nbcnews.com/news/us-news/first-shipments-moderna-vaccine-roll-out-new-weapon-u-s-n1251856.

[1207] *See, e.g.,* Lauren Mascarenhas, Kristen Holmes, "First shipments of Pfizer vaccine to be delivered December 15," *CNN,* December 2, 2020, *available at* https://www.cnn.com/2020/12/01/health/first-pfizer-vaccine-shipments/index.html.

345

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### (2) Moderna Expected that mRNA-1273 Would Drive Significant Derivative and Additional Value

448. The facts show that Moderna expected that mRNA-1273 would drive significant derivative and additional value that is causally connected to its use of Genevant's Patents-in-Suit in mRNA-1273 and includes at least the following:

### (a) Moderna Expected that mRNA-1273 would "de-risk the entire platform"

449. Moderna expected that mRNA-1273 would "de-risk the entire platform" and "increase the probability of success of all [its] vaccines."  For example, during Moderna's September 14, 2020 appearance at the Morgan Stanley 18th Annual Global Healthcare Conference, Mr. Bancel stated:

> I think COVID is kind of the first product that has a chance to get approved and to show that mRNA can be, and you may have seen, **if this happens, which would be very de-risking to the entire platform,** because all of our products use the same chemistry.  Of course, formulation varies by application, which is also why the **COVID vaccine gets approved I think you will be very powerful with across and increase the priority [sic – probability] of success of all our vaccines**.[1208]

### Moderna Expected to Leverage mRNA-1273 to "build key commercial capabilities . . . and provide a foundation for the future"

450. Moderna expected to leverage mRNA-1273 to "build key commercial capabilities . . . and provide a foundation for the future."[1209]  To that end, Moderna's goal was to establish mRNA-1273 manufacturing capacity of 1 billion doses.

451. On May 1, 2020, *CNN* reported that "Moderna is ahead of the pack."[1210]  By mid-May 2020, Morgan Stanley and Barron's identified Moderna as the "leading player" based on "Potential

---

[1208] "Moderna, Inc. (MRNA) CEO Stephane Bancel at Morgan Stanley 18th Annual Global Healthcare Conference (Transcript)," *Seeking Alpha,* September 14, 2020, p. 15 of 16, *available at* https://seekingalpha.com/article/4374230-moderna-inc-mrna-ceo-stephane-bancel-morgan-stanley-18th-annual-global-healthcare-conference (Stephane Bancel, CEO).

[1209] MRNA-GEN-01570975-1159, at 1057 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 83 of 186) ("We are building key commercial capabilities to execute on pandemic opportunity and provide a foundation for the future").

[1210] Robert Kuznia, Katie Polglase, Gianluca Mezzofiore, "In quest for vaccine, US makes 'big bet' on company with unproven technology," *CNN,* May 1, 2020, *available at* https://www.cnn.com/2020/05/01/us/coronavirus-moderna-vaccine-invs/index.html.

346

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Vaccine Timeline and Production Capacity" as shown in **Figure 2.79**,[1211] below, with Moderna ahead of both BioNTech/Pfizer and Univ. of Oxford/AstraZeneca in both "Time to BLA" (in Q4'2020) and Production Capacity in 2021 in millions of doses ("~1B runrate in 2021").



**FIGURE 2.79**

452. This generated "increased media exposure" and "Positive stories showcasing Moderna's progress on mRNA-1273" as shown in **Figure 2.80**,[1212] below, which again highlighted Moderna's plan "to make 1 billion doses of its coronavirus vaccine[.]"

---

[1211] MRNA-GEN-01251960-028, at 974 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 15 of 69) ("External perspectives: Moderna, Pfizer, and AZ viewed as leading players").

[1212] MRNA-GEN-01570975-1159, at 008 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 34 of 186) "With maturation has also come increased media exposure: Positive stories showcasing Moderna's progress on mRNA-1273 . . ."). *See also* 1133 (Side 159 of 186: "Technical drivers: we have signaled a supply capacity of 500M and possibly to a billion doses").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.80**

### Moderna Expected mRNA-1273 to Enable a "Quantum Leap" that Would Accelerate its Growth Plans by at Least 2 to 3 Years

453.   Moderna expected that mRNA-1273 would enable a "quantum leap"[1213] that would accelerate its growth plans by at least 2 to 3 years.  On May 7, 2020, Moderna advised analysts and investors that its "vaccine against SARS-CoV-2 virus, mRNA-1273, is **a major acceleration of our company's development**."[1214]   At that time, Mr. Bancel predicted: "Moderna should be a

---

[1213] MRNA-GEN-01570975-1159, at 109 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 26 of 186) ("LRP 2020 – Capital formation & allocation – executive summary (2/2) . . . We would build on the quantum leap we took in our execution thus far in the fight against the COVID pandemic (we have accelerated the company's growth plans by at least 3 years").

[1214] "Moderna, Inc. (MRNA) CEO Stéphane Bancel on Q1 2020 Results – Earnings Call Transcript, *Seeking Alpha,* May 7, 2020, p. 4 of 32, *available at* https://seekingalpha.com/article/4344414-moderna-inc-mrna-ceo-stephane-bancel-on-q1-2020-results-earnings-call-transcript (Stéphane Bancel, CEO).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

commercial-stage company in 2021. **That is two to three years ahead of our previous plans** [presented in February 2020], plans we outlined just months ago."[1215]

454.    Moderna's May 20, 2020 "mRNA 5-yr accelerated plan" shows that mRNA-1273 was **"a major acceleration"** of the company's development[1216] that would enable the **"transition to commercial on the back of COVID licensure"** that would **"transform"**[1217] the company and **"change [Moderna's] trajectory"**:

> We believe that our pandemic response to COVID will change our trajectory, as it could be the fastest and largest drug launch in history.
>
> -    With success, there is potential to generate >$5Bn in post-tax cash flows by the end of 2021, providing us with an organic source of capital to be reinvested into our existing and future pipeline.[1218]

455.    Moderna's May 20, 2020 "mRNA 5-yr accelerated plan" graphically showed the expected change

---

[1215] "Moderna, Inc. (MRNA) CEO Stéphane Bancel on Q1 2020 Results – Earnings Call Transcript, *Seeking Alpha,* May 7, 2020, p. 4 of 32, *available at* https://seekingalpha.com/article/4344414-moderna-inc-mrna-ceo-stephane-bancel-on-q1-2020-results-earnings-call-transcript (Stéphane Bancel, CEO) (emphasis added).

[1216] *See, e.g.,* ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

[1217] MRNA-GEN-01251960-028, at 961 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 2 of 69) ("Executive Summary . . . We could experience three major transformations in this horizon: transition to commercial on the back of COVID licensure . . .").

[1218] MRNA-GEN-01251960-028, at 961 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 2 of 69). May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 74:15-75:20 ("Q. Is it fair to say that in May 2020, Moderna expected to be able to unlock about 65 billion in value for non-COVID programs, because it would now be able to make the capital investments that without COVID it would not have been able to make? . . . THE WITNESS: So I think from, you know, I mean, reading this, yeah, there was an expectation that the ability to respond to the pandemic would give us faster access to a commercial product than was the plan before the pandemic, and those funds or profits would – we would be able to reinvest into the pipeline. I think what was always the case, as I mentioned before, as well, that we – you know, financial constrain was sort of the bottleneck for us, is currently still the bottleneck for us to create more value to patients, and basically a higher commercial revenue. But that was the case back then and it's the case today and, yes, we – the COVID response or, you know, being able to positively contribute a product to the market was an accelerated path to a commercial revenue.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

in "trajectory" in **Figure 2.81**,[1219] below.



FIGURE 2.81

456.    Moderna's September 2, 2020 LRP reiterated this point and stated: "COVID has dramatically accelerated Moderna's maturation . . . through continued access to capital as pandemic endures[;]"[1220] "Anticipated YE2021 cash of $6-10Bn could enable independence from capital

---

[1219] MRNA-GEN-01251960-028, at 962 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 3 of 69) ("We are on an accelerated path to value creation over the next five years").

[1220] MRNA-GEN-01570975-1159, at 004-007 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 30-33 of 186) ("COVID has dramatically accelerated Moderna's maturation . . . through continued access to capital as pandemic endures" ". . . by expanding scope of regulatory, development & safety efforts" ". . . through global build-out of manufacturing operations via strategic partnerships and scale-up efforts" "and led to early transition to becoming a commercial company with product sales and operating subsidiaries outside of the US").

350

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

markets and unlock additional value creation."[1221] Moderna further stated that the COVID pandemic opportunity **"accelerated the company's growth plans by at least 3 years[.]"**[1222]

457.    As discussed above, the *actual* acceleration that Moderna realized greatly exceeded Moderna's expectations in May 2020.  Dr. Hoge testified that "[i]t's certainly true that the COVID pandemic **dramatically accelerated the company's development and allowed us to accelerate our investment in our pipeline and science technology**.  The medicines that we're now filing for approval [an RSV vaccine under review for approval in many geographies; successful phase 3 results for several other respiratory viruses; a cancer therapeutic in collaboration with our partner Merck which is in mid-stage studies; rare disease programs[1223]] are as a result of that, you know, **five, ten-year acceleration in our business plan**."[1224]

---

[1221] MRNA-GEN-01570975-1159, at 1000 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 135 of 186) ("Anticipated YE 2021 cash of $6-10Bn could enable independence from capital markets and unlock additional value creation . . . Capital allocation 1) Fund ongoing business[;] 2) Accelerate investment in &D[;] External investments[;] 4) Return capital to shareholders[.]").

[1222] MRNA-GEN-01570975-1159, at 109 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 26 of 186) ("LRP 2020 – Capital formation & allocation – executive summary (2/2)") (emphasis added).

[1223] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 88:2-88:16 ("Q. What medicines are you referring to in that answer for which you're filing approval, for approval?  A. So we have an RSV vaccine under review for approval in many geographies.  We've had a successful phase 3 results for several other respiratory viruses.  We have a cancer therapeutic in collaboration with our partner Merck which is in mid-stage studies, and there's a potential for an accelerated approval filing.  And then we have rare disease programs that we're in discussions with regulators about what would be necessary for a submission.").

[1224] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 87:16-88:1 (emphasis added). *See also* 88:17-89:12 ("Q. And it's fair to say, and I think you just said this, that COVID dramatically accelerated the maturation of Moderna in those projects, correct?  A. Absolutely. Q. And it provided Moderna access to capital, correct?  A. Absolutely.  Q. It expanded the scope of regulatory and safety development efforts, correct?  A. Yes.  Commercializing the COVID vaccine at that scale dramatically accelerated our clinical experience, our development experience, our safety experience, required us to dramatically accelerate our manufacturing capabilities, and **in all cases many years ahead of what we would have been doing under any plan prior to COVID.**" (emphasis added)); 89:21-90:8 ("Q. The company was transformed.  It was transformative, you've heard that word used, in connection with COVID and Moderna, right?  A. I think for the field of mRNA broadly, and Moderna for sure as a leader in it.  Q. And being able to sell the COVID vaccine as one of the first companies on the market caused a major accretion in share price, cash, and capital sources for Moderna, right?  A. Yes, it did."); 91:16-91:18 ("A. . . . So no doubt that COVID transformed the company, accelerated the company's

351

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**Moderna Expected mRNA-1273 to Drive its Share Price and
Company Valuation**

458.    By May 2020, Moderna expected that mRNA-1273 would continue to drive both its share price and company valuation.  On May 1, 2020, *CNN* stated that "Moderna's stock price has nearly doubled in the past 12 months, as shown in **Figure 2.82**,[1225] below, and summarized the mRNA-1273 news and the resulting stock price jumps as follows:

> As the economy tanked, shares in Moderna surged in February [2020] when news of its vaccine candidate emerged.  They shot up again – by more than 24% to $26.49 – on March 16 [2020], the day NIH announced the clinical trial of Moderna's vaccine.  The stock price kept rising and rocketed again on April 17 [2020] – with news of the federal government's nearly half-a-billion-dollar grant – to beyond $45.  Its valuation climbed to $10 billion.
> . . .
> Moderna's shares closed at $46.37 on April 29 [2020].[1226]

---

development."); 92:2-92:12 ("A. . . . I think it's just fair to say, without question, the COVID response and our success in doing – in developing the vaccine, delivering it, manufacturing it, selling it did transform the company, accelerated us in many years, and created a, as you said a moment ago, huge access to capital for us, 10s of billions of dollars of sales, and that allowed us to continue investing in things, including our work in cancer, in a way that continues to accelerate and benefit the company.").

[1225] Robert Kuznia, Katie Polglase, Gianluca Mezzofiore, "In quest for vaccine, US makes 'big bet' on company with unproven technology," *CNN,* May 1, 2020, *available at* https://www.cnn.com/2020/05/01/us/coronavirus-moderna-vaccine-invs/index.html.

[1226] Robert Kuznia, Katie Polglase, Gianluca Mezzofiore, "In quest for vaccine, US makes 'big bet' on company with unproven technology," *CNN,* May 1, 2020, *available at* https://www.cnn.com/2020/05/01/us/coronavirus-moderna-vaccine-invs/index.html.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.82**

459.    Moderna's ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████   ████████
██████████████████████████████████████████████████████████████████████
██████████████████████[1227] At that time, Moderna's ███████████████████
██████████████████████████████████████████████████████████████████████
██████████████████████████ **Figure 2.83**,[1228] below, which Moderna further described
as follows: "████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████



[1227] ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
[1228] ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

███████████████████,"[1229] and added: **"Without COVID, these capital needs will far exceed our current pace of fundraising[.]"**[1230]



**FIGURE 2.83**

460.     Moderna's September 2, 2020 LRP graphically showed how the COVID opportunity did, in fact, drive its stock price beginning in March 2020, as shown in **Figure 2.84A**,[1231] below.  In addition, Moderna claimed that its share price increased 260% from December 31, 2019 to August 26, 2020,

---

[1229] MRNA-GEN-01251960-028, at 962 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 3 of 69) ("We are on an accelerated path to value creation over the next five years").

[1230] MRNA-GEN-01251960-028, at 961 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 2 of 69) ("Executive Summary").

[1231] MRNA-GEN-01570975-1159, at 978 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 4 of 186) ("Our original vision is intact. . .2020 turned it into a reality in one of our core modalities").

354

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

which it characterized as evidence of "External value recognition" that shows that the "Potential of mRNA in the broader vaccine space has been reflected in the market."[1232]



**FIGURE 2.84A**

461.    Moderna's September 2, 2020 LRP identified mRNA-1273 as a "core value driver" that was driving the company's valuation, as shown in **Figure 2.84B**,[1233] below.  In addition, Moderna stated that the "Analyst consensus" showed that 52% of $92/share valuation was attributable to COVID (*i.e.,* mRNA-1273).[1234]

---

[1232] MRNA-GEN-01570975-1159, at 1019 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 45 of 186) ("Potential of mRNA in the broader vaccine space has been reflected in the market").

[1233] MRNA-GEN-01570975-1159, at 997 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 23 of 186) ("Our core value drivers are well funded and can support robust long-term valuation").

[1234] MRNA-GEN-01570975-1159, at 1119 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 145 of 186) ("Consolidated LRP base case: internal valuation of ~$26Bn ($63/sh)").

355

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.84B**

462.   The fact that Moderna believed that both its share price and its company valuation were causally connected to mRNA-1273 is further established by Moderna's claim that its **"2020 stock price performance likely reflects investor belief in read through of mRNA-1273 on rest of ID vaccines,"** as shown in **Figure 2.84C**,[1235] below.

---

[1235] MRNA-GEN-01570975-1159, at 998 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 24 of 186) ("2020 stock price performance likely reflects investor belief in read-through of mRNA-1273 on rest of ID vaccines").

356

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.84C**

### mRNA-1273 Allowed Moderna to "'go big' in Infectious Disease vaccines"

463.  Moderna's September 2, 2020 LRP shows that it planned to leverage the "read-through of mRNA-1273 on rest of ID vaccines"[1236] and expected to derive significant benefits from the mRNA-1273 data, which it summarized as follows:

> Looking forward, we propose to "go big" in **Infectious Disease vaccines**[.]
> . . .
> Our success with mRNA-1273 provides enabling data (100s of millions of subjects), capabilities, and capital to invest in expansion in vaccines[.]
>
> We **propose to develop options during 4Q20 and to bring to the Board in December specific plans to dramatically increase our investment** in vaccine development, taking on **higher-risk opportunities**. The objective is to **advance**

---

[1236] MRNA-GEN-01570975-1159, at 998 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 24 of 186) ("2020 stock price performance likely reflects investor belief in read-through of mRNA-1273 on rest of ID vaccines").

357

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**at least two programs to pivotal studies in the next 3 years** and to **accelerate value creation in other attractive programs**[.][1237]

> **Moderna Expected to Leverage mRNA-1273 to "Establish the Moderna brand and customer experience with key stakeholders and customers"**

464. According to Dr. Tal Zaks, Moderna's Chief Medical Officer, in early-2020, Moderna was "relatively unknown."[1238]  mRNA-1273 made Moderna a household name.  Dr. Zaks testified that mRNA-1273 was "given to hundreds of millions, if not a billion people or more":

> Our vaccine has been since then [December 2020] given to hundreds of millions, if not a billion people or more.  The safety profile of this vaccine is the most intensely studied safety profile in the history of any medicinal intervention in humankind.  And I think has withstood this – the test of time and data.
>
> And so I think we created one of the most efficacious and safe vaccines in history against a huge pandemic threat.  And I believe it's our vaccine that enabled the world to actually come back to normal, both in terms of saving millions of lives but also in terms of our behavior and our economics to come back to normal.
> . . .
> I think the success of our vaccine is what enabled a start of return to normal.  It enabled people to get vaccinated to – to not get sick and to not fear getting sick.  And I think that is what changed the tide in the beginning of '21 against this pandemic.[1239]

465. Moderna expected to leverage mRNA-1273 to "Establish the Moderna brand and customer experience with key stakeholders and customers and ensure seamless customer experience during pandemic phase which will position Moderna as a customer centric and trustworthy company for the future."[1240]  Moderna's "Commercial Strategic Vision" included "Establish Moderna brand and leadership in key markets" in order to "[e]stablish strong foundation to drive access during the

---

[1237] MRNA-GEN-01570975-1159, at 077 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 103 of 186) ("Looking forward, we propose to 'go big' in **Infectious Disease vaccines**" (emphasis in original)).

[1238] MRNA-GEN-01734848-096, at 916 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 69:7-69:8. ("A. . . . Because we were relatively unknown . . .")).

[1239] MRNA-GEN-01734848-096, at 050-051 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 203:10-204:12.).

[1240] MRNA-GEN-01570975-1159, at 1057 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 83 of 186) ("We are building key commercial capabilities to execute on pandemic opportunity and provide a foundation for the future").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

pandemic while building to win for the future."[1241]   In particular, Moderna was "[b]randing and positioning Moderna across the entire ecosystem – government and policy makers, payors, health care professionals, health care consumers."[1242]

### mRNA-1273 "provided cover" for Moderna's "biggest shortcoming" in 2019

466.    On May 1, 2020, *CNN* reported: "there were signs of an impending nosedive . . . For Moderna, it [COVID-19] arrived just in time."[1243]   *CNN* explained: "Moderna – which currently generates revenue primarily through investments by collaboration partners – ended 2019 with a $514 million net loss.  True to swashbuckling startup form, the nation's wealthiest biotech firm has incurred significant losses since its 2010 inception; at the close of 2019, its accumulated deficit was $1.5 billion, according to a year-end filing with the Securities and Exchange Commission."[1244]  In 2019, Moderna failed to advance its Rare Disease program.  Moderna's September 2, 2020 LRP acknowledged that the **"diversification (in this case with mRNA-1273) has provided cover"** for "our biggest shortcoming since last year [] the failure to advance a Rare Disease program into FIH studies."[1245]

### f.    Moderna's Expectations Regarding Volume, Price, Cost, and Profit

467.    Mr. Brackmann testified that he did not recall what Moderna's expectation regarding COVID-related revenue was in May 2020.[1246]  As noted above, Moderna has acknowledged that "[t]o

---

[1241] MRNA-GEN-01570975-1159, at 1058 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 84 of 186) ("Establish a strong foundation to drive access during the pandemic while building to win for the future").

[1242] MRNA-GEN-01570975-1159, at 1057 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 83 of 186) ("We are building key commercial capabilities to execute on pandemic opportunity and provide a foundation for the future").

[1243] Robert Kuznia, Katie Polglase, Gianluca Mezzofiore, "In quest for vaccine, US makes 'big bet' on company with unproven technology," *CNN,* May 1, 2020, *available at* https://www.cnn.com/2020/05/01/us/coronavirus-moderna-vaccine-invs/index.html.

[1244] Robert Kuznia, Katie Polglase, Gianluca Mezzofiore, "In quest for vaccine, US makes 'big bet' on company with unproven technology," *CNN,* May 1, 2020, *available at* https://www.cnn.com/2020/05/01/us/coronavirus-moderna-vaccine-invs/index.html.

[1245] MRNA-GEN-01570975-1159, at 075 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slide 101 of 186) ("Our portfolio strategy and progress (2 of 2)").

[1246] May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 73:18-73:20 ("THE WITNESS: I don't recall what was our expectation at the time on the COVID-related revenue.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

determine a royalty, the **price or profit per dose** as between Moderna and the U.S. Government around 2020 are potential starting points."[1247]  The April 16, 2020 BARDA-Moderna contract expressly stated:

> Although this contract does not cover the purchase of vaccine, Moderna shall negotiate in good faith along with fair and reasonable pricing that accounts for the Government's providing funds on this cost plus fixed fee contract.  At this time the government is not negotiating for any type of follow-on contract.[1248]

468.  Shortly thereafter, on May 15, 2020, Operation Warp Speed was established. Like BARDA, "the ACC is used to working with cost data," a fact that Dr. Hoge acknowledged in an August 1, 2020 email.  In the same email, Dr. Hoge stated: "I cannot provide [the cost data] because our systems (and audited data) are built around GAAP," and added: "We entered into the BARDA agreement before OWS existed and negotiated the terms in good faith" and claimed it was being required to "renegotiate[e] the terms of the prior [BARDA] agreement."[1249]

---

[1247] Defendants' Fourteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated June 10, 2024, p. 148 (emphasis added).

[1248] MRNA-GEN-00456091-202, at 095 (Bennett Deposition Exhibit No. 19 – April 16, 2020 ASPR-BARDA-ModernaTX, Inc. Contract No. 75A50120C00034).

[1249] MRNA-GEN-01928809-819, at 818 (Hoge Deposition Exhibit No. 42 – August 1, 2020 email from Stephen Hoge to Kenyata L. Wesley, Paul Hamilton Pardew, Subject: [Non-DoD Source] follow-up from today) ("I also respect that ACC is seeking recognition for BARDA's financial support. **We entered into the BARDA agreement before OWS existed and negotiated the terms in good faith.  We recognize the forces at play.  I hope you appreciate we are in a difficult position renegotiating the terms of a prior agreement here.**  We have hoped you would see the discount vs. our ex-US sales, and to a lesser extent the discount vs. Pfizer's price, as good faith attempts to work with the USG on the issues that matter to you all." (emphasis added)).  *See also* MRNA-GEN-01928809-819, at 813, 814-815 (Hoge Deposition Exhibit No. 42 – August 3, 2020 email from Stephen Hoge to Kenyata L. Wesley, Paul Hamilton Pardew, cc: Dougla W. Bryce, Jason W. Roos, Subject: RE: [Non-DoD Source] follow-up from today) ("I do not understand why the USG is willing to pay $19.50 for a Pfizer vaccine dose, and believes that a lower price of $19.00 is not fair and reasonable. . . . Price of options 1 & 2 – We do not believe the Government is offering a fair and reasonable price for our vaccine.  We are trying to avoid an impasse with the concessions above on the base deal, but we cannot accept a permanent discount to Pfizer after the base deal.  We believe we will be shown to have a superior vaccine.  **We see two potential solutions to this problem.  First, we could abandon the options altogether as these are not contemplated by our existing agreement with the USG (BARDA).  This would be a reasonable recognition of the fact that we are effectively being asked to renegotiate a prior agreement.  This is my preference.**  Alternatively, we could agree that the price for the options will be determined based on the average price paid by other [OUS] major markets.  This is the only way to guarantee that the price is fair and reasonable.  I

360

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

469.    Moderna had an incentive to increase the costs that Moderna provided to the U.S. Government as part of its offer to enter into a contract with the Government.  Indeed, a ██████████████ ██████████████████████████████ that reflected the views of Charles River Associates ("CRA") recommended Moderna pursue a ████████████████ which ███████████ ████████████████████████████████████████████████████████████ ████████████████."[1250]  For example, on May 12, Christoph Brackman, S.V.P. of Finance at Moderna, told Stephen Hoge that the request from Stephen Hoge to show that ████████████ ████████████████████."[1251]  Similarly, on July 6, 2020, Moderna  prepared a presentation for its Executive Committee, which laid out its commercial strategies, concluding that ████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████.[1252]  And on July 18, 2020, Moderna's Hamilton Bennett asked others, including Stephen Hoge and Christoph Brackmann, "██████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████[1253]

_____

would prefer to eliminate the options, but not knowing how important these are to the USG I have proposed the second approach in our counter." (emphasis added)).

[1250] ████████████████████████████████████████████████████ ██████████████████████████████████

[1251] ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████

[1252] ████████████████████████████████████

[1253] ████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

470.    By August 1, 2020, when Moderna was in final negotiation with the U.S. Government, it knew that the other five (5) companies had *already* agreed to per dose prices that were much lower than its $30/dose "value-based" price, as shown in **Figure 2.85**,[1254] below.

FIGURE 2.85

### (1)    Expected mRNA-1273 Dose Volume

471.    From the beginning of the COVID-19 outbreak in January 2020, Moderna expected that dose volume could reach 1 billion. For example, Mr. Bancel testified before a U.S. Senate committee that in January 2020, he "challenged Moderna's head of manufacturing to come up with a plan to produce a billion doses for distribution in 2021, a daunting 10,000 times more doses than we had

---

[1254] MRNA-GEN-02651410-423, at 411 (Hoge Deposition Exhibit No. 44 – "COVID Committee Mtg – Presentation," *Moderna,* August 5, 2020, Slide 2 of 14) ("Summary of competitor OWS agreements to date").

362

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

ever produced before."[1255]    By early-May 2020, Moderna's publicly announced plan was to produce up to 1 billion mRNA-1273 doses[1256]—and its goal as deliver 1 billion doses by the end

---

[1255] MRNA-GEN-01721302-310, at 306 (*Moderna v. Pfizer* Francis Deposition Exhibit No. 15 – "Hearing before the Senate Health, Education, Labor and Pensions Committee – Testimony of Stéphane Bancel, Chief Executive Officer, Moderna, Inc.," *Moderna,* March 22, 2023, p. 5.).

[1256] *See, e.g.,* "Moderna and Lonza Announce Worldwide Strategic Collaboration to Manufacture Moderna's Vaccine (mRNA-1273) Against Novel Cornonavirus," *Moderna,* May 1, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-and-Lonza-Announce-Worldwide-Strategic-Collaboration-to-Manufacture-Modernas-Vaccine-mRNA-1273-Against-Novel-Coronavirus/default.aspx ("Under the terms of the agreement, the companies plan to establish manufacturing suites at Lonza's facilities in the United States and Switzerland for the manufacture of mRNA-1273 at both sites. Technology transfer is expected to begin in June 2020, and the companies intend to manufacture the first batches of mRNA-1273 at Lonza U.S. in July 2020. Over time, the parties intend to establish additional production suites across Lonza's worldwide facilities, ultimately allowing for the manufacture of material equivalent to **up to 1 billion doses of mRNA-1273 per year for use worldwide assuming the currently expected dose of 50 μg.** The manufacturing facilities at Lonza complement Moderna's ongoing U.S. manufacturing efforts, which continue to ramp up to prepare for the further clinical development and commercialization of mRNA-1273. . . .." (emphasis added)).  John Miller, "Exclusive: Lonza sets new goal to make Moderna COVID-19 vaccine ingredients," *Reuters,* June 2, 2020, *available at* https://www.reuters.com/article/world/exclusive-lonza-sets-new-goal-to-make-moderna-covid-19-vaccine-ingredients-idUSKBN2392BS/ ("Moderna, flush with $483 million from the U.S. Government and $1 billion-plus in fresh capital, is paying for the first U.S. production line, and up to three more at Lonza facilities in Portsmouth and Visp, Baehny said.  Combined capacity could produce ingredients for 600 million to 1 billion vaccine doses annually, he said, depending on the size of the dose needed.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

of 2021.[1257]  In addition, Mr. Francis testified "I know we had the capacity to do over a billion doses a year."[1258]

472.    Moderna's internal documents also show that it was evaluating ███████████████
███████████████████████████, as shown in **Figure 2.86**, below.

---

[1257] *See, e.g.,* Leah Rosenbaum, "Fueled By $500 Million In Federal Cash, Moderna Races To Make A Billion Doses Of An Unproven Cure," *Forbes,* May 8, 2020, *available at* https://web.archive.org/web/20200508185931/https://www.forbes.com/sites/leahrosenbaum/2020/05/08/fueled-by-500-million-in-federal-cash-moderna-races-to-make-1-billion-doses-of-an-unproven-cure/ ("Moderna's phase three clinical trial is expected to start early this summer, but Bancel is already preparing to scale up. On May 1, 2020, the company announced a new partnership with Swiss manufacturing company Lonza to produce up to 1 billion doses of the new coronavirus vaccine per year**.** Manufacturing is supposed to start in July, well before any vaccine would be approved by the FDA, which probably won't happen until sometime next year."  "Moderna's path to vaccine innovation: A talk with CEO Stéphane Bancel," *McKinsey & Co.,* August 2021, pp. 2-3 of 6, *available at* https://www.mckinsey.com/~/media/mckinsey/industries/life%20sciences/our%20insights/modernas%20path%20to%20vaccine%20innovation%20a%20talk%20with%20ceo%20stephane%20bancel/modernas-path-to-vaccine-innovation-a-talk-with-ceo-stephane-bancel-vf.pdf (". . . Stéphane Bancel: By March 2020, the World Health Organization [WHO] declared COVID-19 a pandemic, and we were racing against the virus every day . . . To deliver on our goal of 100 million doses of COVID-19 vaccines within 12 months and **a billion doses by the end of 2021**, . . ." (emphasis added)).
[1258] MRNA-GEN-01726934-7000, at 956 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 91:19-91:21.  *See also* 91:15-92:20 ████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

364

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**FIGURE 2.86**

**(2)    Expected mRNA-1273 Dose Price**

473.    On May 31, 2020, Moderna's offer for sale to the U.S. Government for mRNA-1273 was **$30/dose,** described as "pandemic access price."  Mr. Brackmann described Moderna's approach to pricing as follows:

> [C]osts are, obviously, a minimum threshold for the price of a product that we would sell, right.  Typically, in a pharmaceutical world, you would price the product based on value.  The – in the pandemic, we said that we would want to price – I think we called it pandemic access price.  And so, you know, we went with pricing in general that was significantly lower than what it would have been if we applied sort of a generally accepted methodology to calculate what is the value of the product.[1259]
>
> . . .
>
> [Moderna's pandemic access price was not based on cost,] [i]t was a price that, you know, we wanted to maximize – we wanted to have access to medicines not to be

---

[1259] May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 44:12-44:22.

365

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

a problem for people.  We wanted to maximize access to medicine.  But, obviously, we wanted to also generate a profit margin on it, as in any other business; right?[1260]

. . .

We decided that we would choose a price that would provide the maximum possible access to medicines.  And that was significantly lower than the price we would have chose if you price the product based on value or if you compared it to other innovative vaccines, yeah, again, probably by the factor of eight or so.[1261]

### (a)    Background

474.    Dr. Hoge testified that "in the context of negotiating the purchase price, they [the U.S. Government] repeatedly referenced cost as one of the criteria they were using."[1262]  Ms. Bennett testified "they [the U.S. Government] were proposing something around [$]7, we were proposing something closer to [$]30" per dose,[1263] which Ms. Bennett described as "a discrepancy in the methodology that we should use, you know, where we started from."[1264]

475.    Ms. Bennett testified that "the deal that we were following most closely was for the other mRNA product that was brought forward by Pfizer and Bio-NTech as that was the most comparable to ours,"[1265] and added: "we felt like once there is a competitor or a price that has been accepted, that that becomes the benchmark, and we recognize that there was an investment [by the U.S. Government]."[1266]  On July 22, 2020, Pfizer announced its COVID-19 vaccine contract with the

---

[1260] May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 45:9-45:15.

[1261] May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 46:3-46:10.

[1262] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 384:22-385:20 ("Q. You participated in negotiations with the United States Government relating to the COVID contract, correct?  A. I did, yes.  Q. And the United States Government used a cost-based approach for the contract with Moderna in 2020, correct?  A. You'd have to ask them what their approach was.  I do know that in the context of negotiating the purchase price, they repeatedly referenced cost as one of the criteria they were using.  Q. They used a cost-based approach, Moderna didn't want to use a cost-based approach, correct?  A. I think we objected to reducing our contributions over the decade of work that we'd done simply to calculating the raw materials and labor that was going into the vaccine, which I think unfairly disregarded all the work that went into getting us to that point.").  May 16, 2024 30(b)(6) Deposition of Christoph Brackmann, 47:13-47:21 ("Q. And in the negotiations with the U.S. Government, the U.S. Government's position was that the price of the vaccine should be calculated based on the costs of making the vaccine, plus a profit for Moderna; right? . . . THE WITNESS: Generally speaking, that's correct, from what I recall.").

[1263] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 262:13-262:15.

[1264] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 262:11-262:13.

[1265] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 351:10-351:14.

[1266] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 216:14-216:17.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

U.S. Government including the $19.50 per dose price.[1267]  During Pfizer's July 28, 2022 earnings call, Angela Hwang stated: "we're pricing the vaccine for broad access.  Broad access is our main goal and making sure that we can supply to multiple governments around the world."[1268]  Pfizer's

---

[1267] "Pfizer and BioNTech Announce an Agreement with U.S. Government for up to 600 Million Doses of mRNA-based Vaccine Candidate Against SARS-CoV-2," *Pfizer & BioNTech,* July 22, 2020, 7:10 a.m., *available at* https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-announce-agreement-us-government-600 ("**The U.S. Government will pay the companies $1.95 billion upon the receipt of the first 100 million doses**, following FDA authorization or approval. The U.S. Government also can acquire up to an additional 500 million doses." (emphasis added)).  *See also* "Pfizer's (PFE) CEO Albert Bourla on Q2 2020 Results – Earnings Call Transcript," *Seeking Alpha,* July 28, 2020, pp. 23-24 of 37 , *available at* https://seekingalpha.com/article/4361582-pfizers-pfe-ceo-albert-bourla-on-q2-2020-results-earnings-call-transcript ("**Albert Bourla[:]** Yes. Why don't I let Angela answer the question on the U.S. pricing of the vaccine?  **Angela Hwang[:]** The pricing strategy for our vaccines is universal across the board. And it is based on volumes, advanced commitments, equity and affordability principles. So this agreement in the U.S. that you referred to relates to the first 100 million doses for which Pfizer will receive $1.95 billion, and this is assuming the regulatory approval or authorization. And if the government would like to purchase an additional 500 million doses, it would be at that same price and it's also subject to future mutual agreements. Switching over to the EU or ex U.S., I think, was your other question, how we're thinking about that. Again, we're using the same pricing principles across the globe. And specifically, I won't be able And specifically, I won't be able to disclose to you the content of those confidential discussions. But again, the principles are the same. And because of that, no country in the developed world will receive doses at a lower price than the U.S. for similar volume commitments.  **Albert Bourla[:]** Yes. And I want to emphasize what Angela said in her statement that no country in the developed world, which means Europe, Japan, all the countries that are developed right now, will not receive a lower price for the same volume commitment than the U.S. But that, of course, excludes African countries or other countries that they don't have the means to pay over there. We may do exceptions and offer it to lower price. Thank you very much, Angela. Let's go to the next question.").

[1268] "Pfizer's (PFE) CEO Albert Bourla on Q2 2020 Results – Earnings Call Transcript," *Seeking Alpha,* July 28, 2020, p. 22 of 37, *available at* https://seekingalpha.com/article/4361582-pfizers-pfe-ceo-albert-bourla-on-q2-2020-results-earnings-call-transcript (Angela Hwang, Group President-Pfizer Biopharmaceuticals Group: "So picking up on your – the points about the two phases.  Some additional comments on these two phases.  I think when it comes to the pandemic phase, we're thinking about it from the perspective of the fact that it could last until the end of 2021 or into 2022 where high volumes of doses will need to be provided for mass vaccinations to mass vaccinations to take place, right? **And so I think in this pandemic period, the way that we're thinking about it, and as you've seen, is that we're pricing the vaccine for broad access.  Broad access is our main goal and making sure that we can supply it to multiple governments around the world**.  After that, the next phase is a phase where we think it will become more standard, more seasonal, as you've described it, I think, where we anticipate that we will have to have continued vaccination for a number of years. And this is going to be

367

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Albert Bourla, CEO, described the $19.50/dose price as "a very good benchmark. . . . Obviously, it is priced well, well, well below the value that brings to society this product."[1269]  Ms. Bennett testified: "we were aware that their [Pfizer's] price had been disclosed = and it was, as I recall correctly, in the high teens."[1270]  The final price that Moderna agreed to was $12.25 per dose plus a $3 per dose incentive was obtained no later than January 31st, 2021.[1271]

476.    Moderna's expectations regarding price changed over time based on its changing *approach* to pricing, which Ms. Bennett testified "transition[ed] from the **cost proposal** that we submitted to

---

important to create and maintain the herd immunity globally. So in this time period, we anticipate to return to more regular supply channels and a more value-based pricing approach. So a combination of both of these two is how we see the next many years playing out.").

[1269] "Pfizer's (PFE) CEO Albert Bourla on Q2 2020 Results – Earnings Call Transcript," *Seeking Alpha,* July 28, 2020, p. 31 of 37, *available at* https://seekingalpha.com/article/4361582-pfizers-pfe-ceo-albert-bourla-on-q2-2020-results-earnings-call-transcript (Albert Bourla, CEO: ". . . **Look, it's – [$19.50/dose] the price that we have said in the U.S. is the price that basically is a good benchmark for this level of volumes that people will order.** If they order less, the price would be higher. If they order more, it could be a little bit lower. **But this is a very good benchmark.** And I don't think that this will change during the pandemic because irrelevant how many products will be – it's not irrelevant, but I assume that – and I hope that many vaccines will be registered and will make the cut. But still, the demand for 7.5 billion people will be very, very high. And so this, I think, will be maintained.  As Angela said in her answer, after the pandemic, which is, after we have this significant sets of volumes, demand for volumes now, which will take us all the way to 2021, beginning maybe of 2022, obviously, we could go to a much more normal type of situation where volumes will be much more normal and the price also will be based on the competition of the time and also will be based on the value that the product brings, which is not the case right now. **Obviously, it is priced well, well, well below the value that brings to society this product.**").

[1270] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 252:4-252:6.

[1271] MRNA-GEN-00079284-336, 286, 289 (Bennett Deposition Exhibit No. 30 – August 9, 2020 U.S.-ModernaTX, Inc. Contract No. W911QY20C0100).  May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 255:6-255:9 ("Q. . . . Exhibit 30, which is the final signed version of the C0100 contract, is that correct?  A. Yes."); 261:20-262:5 ("Q. . . . The final price that was agreed here was $12.25, and then there was a $3 -- $12.25 per dose, and then there was a $3 per dose incentive if emergency use authorization was obtained no later than January 31st, 2021, is that correct?  A. Yes.  That's outlined in these item numbers.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

the government to where we landed,"[1272] which was a **negotiated price** based on Pfizer's

$19.50/dose price[1273] (publicly announced on July 22, 2020[1274]) as follows:

a) On March 6, 2020, Moderna proposed *cost-plus* pricing to the U.S. Government that was "limited exclusively to the development of the product," and was "not for procurement."[1275]  This proposal covered a phase II study based on "400 participants,

---

[1272] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 255:17-255:18.

[1273] MRNA-GEN-01928809-819, at 813, 814-815 (Hoge Deposition Exhibit No. 42 – August 3, 2020 email from Stephen Hoge to Kenyata L. Wesley, Paul Hamilton Pardew, cc: Douglas W. Bryce, Jason W. Roos, Subject: RE: [Non-DoD Source] follow-up from today) ("I do not understand why the USG is willing to pay $19.50 for a Pfizer vaccine dose, and believes that a lower price of $19.00 is not fair and reasonable. . . . Price of options 1 & 2 – We do not believe the Government is offering a fair and reasonable price for our vaccine.  We are trying to avoid an impasse with the concessions above on the base deal, but we cannot accept a permanent discount to Pfizer after the base deal.  We believe we will be shown to have a superior vaccine.  We see two potential solutions to this problem.  First, we could abandon the options altogether as these are not contemplated by our existing agreement with the USG (BARDA).  This would be a reasonable recognition of the fact that we are effectively being asked to renegotiate a prior agreement.  This is my preference.  Alternatively, we could agree that the price for the options will be determined based on the average price paid by other major markets.  This is the only way to guarantee that the price is fair and reasonable.  I would prefer to eliminate the options, but not knowing how important these are to the USG I have proposed the second approach in our counter.").  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 426:21-427:12 ("A. As a part of pricing negotiations.  We didn't ultimately submit those costs.  Ultimately the way the Department of Defense decided to procure the vaccine was based on a negotiated price.  They did their own analysis on what they thought was a reasonable price.  We supplied information, but it was never then subsequently required that we provide any of that information, because what was ultimately agreed was a price per dose that was in the prior documents.  So we weren't submitting anything in the ultimate procurement agreement as relates to costs. . . .").

[1274] "Pfizer and BioNTech Announce an Agreement with U.S. Government for up to 600 Million Doses of mRNA-based Vaccine Candidate Against SARS-CoV-2," *Pfizer & BioNTech,* July 22, 2020, 7:10 a.m., *available at* https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-announce-agreement-us-government-600 ("**The U.S. Government will pay the companies $1.95 billion upon the receipt of the first 100 million doses**, following FDA authorization or approval. The U.S. Government also can acquire up to an additional 500 million doses." (emphasis added)).

[1275] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 422:5-422:18 ("Q. . . . And in connection with the BARDA contract, Moderna likewise was required to submit its costs to that they could be recognized, correct?  A. BARDA, the contract specifically dealt with clinical trials, and the funding of our clinical development program, the original work was 480-odd million, and had an obligation to obviously invoice them and provide clarity on what we're invoicing for, those expenses, and they had an opportunity to review those expenses.  It was for procurement, it was limited exclusively to the development of the product.").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 296:16-297:2 ("Q. And the government provided over a billion dollars of

369

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

enrolled at a single selected dose level[,] . . . [a] pivotal phase III study . . . [with] approximately 10,000 subjects, . . . [and that] "Moderna's manufacturing facility in Norwood, Massachusetts"[1276] for "Pilot Scale Manufacturing,"[1277] and would also include "technical development efforts to scale-up the process [to] demonstrate the capability of several million doses per month at licensure."[1278]  This proposal ultimately led into Moderna's C-0034 Contract with BARDA, for the clinical trials and development of the Accused Product.[1279]

b)  By May 12, 2020, Moderna's Dr. Hoge stated "we have every right to price based on a minority share of the value delivered[,]" (. . . $30 [per course] is a steal). We should honestly debate whether $100 is a better answer on value split.  And commission someone external to do the same analysis."[1280]  On May 18, 2020, Stéphane Bancel public stated: **"we have not finalized our analysis on pricing."**[1281]  During Moderna's August 5, 2020

---

support for Moderna's COVID-19 vaccine before this agreement [the 2022 NIH-Moderna license agreement]? . . . A. As part of our collaboration with BARDA, there was agreements with the government about is there certain funding provided for the development activities.").

[1276] MRNA-GEN-01765137-138, 189-220, at 191 (Hoge Deposition Exhibit No. 48 – March 7, 2020 email from Hamilton Bennett to Juan Andres, Stéphane Bancel, cc Tal Zaks, Stephen Hoge, Lori Henderson, Subject: FW: BAA-18-100-SOL-00003 Area of Interest 8.3 Full Proposal Submission; Attachments: Volume I Technical Proposal – mRN-1273 – FINAL signed.pdf; Volume II Cost Proposal -mRNA-1273 – FINAL.pdf).

[1277] MRNA-GEN-01765137-138, 189-220, at 192 (Hoge Deposition Exhibit No. 48 – March 7, 2020 email from Hamilton Bennett to Juan Andres, Stéphane Bancel, cc: Tal Zaks, Stephen Hoge, Lori Henderson, Subject: FW: BAA-18-100-SOL-00003 Area of Interest 8.3 Full Proposal Submission; Attachments: Volume I Technical Proposal – mRN-1273 – FINAL signed.pdf; Volume II Cost Proposal -mRNA-1273 – FINAL.pdf).

[1278] MRNA-GEN-01765137-138, 189-220, at 191 (Hoge Deposition Exhibit No. 48 – March 7, 2020 email from Hamilton Bennett to Juan Andres, Stéphane Bancel, cc: Tal Zaks, Stephen Hoge, Lori Henderson, Subject: FW: BAA-18-100-SOL-00003 Area of Interest 8.3 Full Proposal Submission; Attachments: Volume I Technical Proposal – mRN-1273 – FINAL signed.pdf; Volume II Cost Proposal -mRNA-1273 – FINAL.pdf).

[1279] MRNA-GEN-00456091-124 (Bennett Deposition Exhibit No. 19 – April 16, 2020 Final (Original) BARDA Contract - 75A50120C00034_Moderna.pdf).

[1280] MRNA-GEN-01639767-768, at 767 (Hoge Deposition Exhibit No. 43 – May 12, 2020 email from Stephen Hoge to Tal Zaks, Patrick Bergstedt, Lorence Kim, Subject: RE: following up on today's call).

[1281] "Moderna, Inc. (MRNA) SARS-CoV-2 Vaccine (mRNA-1273) Interim Phase 1 Data Conference (Transcript)," *Seeking Alpha,* May 18, 2020, p. 26 of 30, *available at* https://seekingalpha.com/article/4348593-moderna-inc-mrna-sars-covminus-2-vaccine-mrnaminus-1273-interim-phase-1-data-conference (Stéphane Bancel, Moderna CEO, responding to the following question from Geoffrey Porges, SVB Leerink regarding *profitability*: "And then, lastly, Stéphane, could you give us a sense of your -- whether your expectations are that this vaccine will be profitable for Moderna, because a number of your competitors are talking about

370

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

earnings call, Dr. Hoge and Mr. Bancel publicly outlined its value approach in detail, which included its pricing plan for both the pandemic stage and the endemic stage.[1282]

c) On May 31, 2020, Moderna's offer to sell to the U.S. Government was *not* cost-based. Moderna claimed that its $30.00/dose price was "a fair and reasonable price" as required under its existing BARDA contract,[1283] that "has taken into account a range of factors including the following: True value of mRNA-1273 to the US. . . . Comparable innovative vaccines. . . . Comparable pricing under existing agreements for supply of mRNA-1273. . . . Current pricing for mRNA-1273. . . . Commercial pricing for mRNA-1273. . . ."[1284]

d) On July 10, 2020, Moderna submitted its "Volume II: Cost Proposal" to the U.S. Government with a proposed "Price (Cost + Fee)" of ████████████ ████████████████ ████████████ ████████████ .[1286]

e) Dr. Hoge testified that in August 2020, Moderna agreed to a negotiated price for doses supplied to the U.S. Government that was *not* based on cost[1287] and that was lower than

---

giving product away, but obviously, if you're at 1 billion dose level? Just wondering how you're talking to investors about what that profitability might look like, or whether it should be profitable?").

[1282] "Business Updates and Second Quarter 2020 Financial Results," *Moderna,* August 5, 2020, Slides 20-26 of 34, *available at* https://static.seekingalpha.com/uploads/sa_presentations/674/58674/original.pdf. "Moderna, Inc. (MRNA) CEO Stéphane Bancel on Q2 2020 Results – Earnings Call Transcript," *Seeking Alpha,* August 5, 2020, pp. 10-11 of 36, *available at* https://seekingalpha.com/article/4364866-moderna-inc-mrna-ceo-stephane-bancel-on-q2-2020-results-earnings-call-transcript (Stephen Hoge, Moderna President; Stéphane Bancel, Moderna CEO).

[1283] MRNA-GEN-00456091-202, at 095 (Bennett Deposition Exhibit No. 19 – April 16, 2020 ASPR-BARDA-ModernaTX, Inc. Contract No. 75A50120C00034) ("Although this contract does not cover the purchase of vaccine, Moderna shall negotiate in good faith along with fair and reasonable pricing that accounts for the Government's providing funds on this cost plus fixed fee contract. At this time the government is not negotiating for any type of follow-on contract.").

[1284] MRNA-GEN-00773106-108, at 106-107 (Bennett Deposition Exhibit No. 26 – June 16, 2020 Letter from Hamilton B. Bennett to Camille B. Connell-Magaw).

[1285] ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████

[1287] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 426:17-427:15 ("Q. I'm asking more generally. You spent a lot of time deciding what costs to submit to the United States Government in connection with the OWS contract, right? A. As part of pricing negotiations. We didn't ultimately submit those costs. Ultimately the way the Department of Defense decided to procure the vaccine was based on a negotiated price. They did their own analysis on what they thought was a reasonable price. We supplied information, but it was never then subsequently required that we provide any of that information, because what was ultimately

371

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Moderna's contention regarding the "market price."[1288]  Ms. Bennett testified: "The government started with a significantly lower price per dose, and we looked at the way that they considered pricing the product, which is sort of a bottoms-up estimate, . . .[1289] We started with two very different pricing methodologies.  And we felt like once there is a competitor or a price that has been accepted, that that becomes the benchmark, and we recognize that there was an investment.[1290] . . . And as we were in discussions with the government, their [Pfizer's] price became known, and then you have multiple players in the field, that sort of becomes an anchor price."[1291]

477.    It is unclear whether it was foreseeable to Moderna that the U.S. Government would reject its value-based pricing methodology and the resulting $30.00/dose and insist on a cost-based price anchored to Pfizer's price.  Moderna's witnesses testified that they "weren't privy to their [Pfizer's] specific negotiations [with the U.S. Government],"[1292] "had no knowledge actually of what the basis of Pfizer's pricing was,"[1293] but they "were aware that their [Pfizer's] price had been disclosed"[1294] on July 22, 2020.  A May 28, 2020 presentation on "mRNA-1273 US Pricing Strategy," that reflected the views of Charles River Associates ("CRA") recommended Moderna pursue a "cost-plus approach" which took a broad view of costs including historical platform and payload development costs, manufacturing costs and "opportunity costs."[1295]  It was however foreseeable to Moderna that the U.S. Government may request a discount on the price on account of the BARDA funding that Moderna had received.[1296]

### (b)    Dr. Hoge's May 12, 2020 email

---

agreed was a price per dose that was in the prior documents.  So we weren't submitting anything in the ultimate procurement agreement as relates to costs.  We were just making sure that we were providing the vaccine at the dose – sorry, at the price that was agreed in the procurement contract and the supply agreement.").

[1288] MRNA-GEN-01928809-819, at 817 (Hoge Deposition Exhibit No. 42 – August 1, 2020 email from Stephen Hoge to Kenyata L. Wesley, Paul Hamilton Pardew, Subject: [Non-DoD Source] follow-up from today).

[1289] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 215:14-215:18.

[1290] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 216:13-216:17.

[1291] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 214:3-214:7.

[1292] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 351:20-351:21.

[1293] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 389:6-389:7.

[1294] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 352:4-352:5.

[1295] MRNA-GEN-02180160-200, at 163 (mRNA-1273 US Pricing Strategy, CRA Preliminary View Regarding US Stockpile Purchasing Opportunity, Mary 28, 2020)

[1296] *See for e.g.*, MRNA-GEN-0174908 (May 29, 2020 Email from Hamilton Bennett to Stephen Hoge, Subject: BARDA funding).

372

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

478.    By May 12, 2020, Moderna's internal documents show that it was discussing a price of $30/course based on its internal analysis of economic value.    In a May 12, 2020 internal email, Moderna's Dr. Hoge stated: "I think we have every right to price based on a minority share of the value delivered."[1297]  At that time, Moderna characterized $30/course as "a steal," and stated "We should honestly debate whether $100 is a better answer on value split.  And commission someone external to do the same analysis."[1298]  Dr. Hoge testified regarding this email as follows:

> Q.  But at this time [May 12, 2020] you were asking $30 a dose?
>
> A.  I think we were being asked to propose a price.  I actually don't know whether we actually ever formally went into negotiations with a counterparty.  But $30 per dose does sound like a number at about that time, and as you can see in the text [of Hoge Deposition Exhibit No. 43], we were talking about that might be the right price.  It's important to note that we had not yet selected the dose that were going into phase 3, we hadn't even run the phase 2 at that point, so this was all sort of independent of the product at that moment.  We didn't know the mass of what we'd have to make.  You can imagine if you make twice as much mass, it would cost twice as much.
>
> Q.  You initiated negotiations with the government on the 31st of May [2020], is that right?
>
> A.  Well, again, there was a change to the structure of this.  There was a stand-up of General Perna's office under Operation Warp Speed, and he took over.  I don't know if he was – I don't remember exactly when that announcement happened.[1299]  It was towards the end of May.[1300]

---

[1297] MRNA-GEN-01639767-768, at 767 (Hoge Deposition Exhibit No. 43 – May 12, 2020 email from Stephen Hoge to Tal Zaks, Patrick Bergstedt, Lorence Kim, Subject: RE: following up on today's call).

[1298] MRNA-GEN-01639767-768, at 767 (Hoge Deposition Exhibit No. 43 – May 12, 2020 email from Stephen Hoge to Tal Zaks, Patrick Bergstedt, Lorence Kim, Subject: RE: following up on today's call).

[1299] *See, e.g.,* David Vergun, "Army general to co-lead Operation Warp Speed for COVID019 vaccine," *U.S. Army,* May 18, 2020, *available at* https://www.army.mil/article/235694/army_general_to_co_lead_operation_warp_speed_for_covid_19_vaccine ("President Donald J. Trump announced on Friday [May 15, 2020] that Army Gen. Gustave F. Perna, the commander of Army Materiel Command, will co-lead an effort, dubbed Operation Warp Speed, to find a vaccine for COVID-19 by January 2021.").  General Perna was a recipient of Moderna's May 31, 2020 offer.  *See* HHS-0000828-830 (Bennett Deposition Exhibit No. 21 – May 31, 2020 letter from Stéphane Bancel to Dr. Moncel Slaoui (Warp Speed/HHS), General Gustave F. Perna (Warp Speed/HHS), Dr. Gary Disbrow (BARDA).

[1300] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 396:7-397:10.  MRNA-GEN-01639767-768, at 767 (Hoge Deposition Exhibit No. 43 – May 12, 2020 email from Stephen

373

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

479.    At that time, Moderna estimated the value of mRNA-1273 as "$1000/course in Tier 1-3, and $380/course average across the whole population."[1301]

### (c)    Moderna's May 15, 2020 "Board Discussion" Slide Deck

480.    Dr. Hoge testified "[a]t this point we had not entered phase 2.  We had not even entered not any supply agreements with any government."[1302]  Moderna's May 15, 2020 "Board Discussion" slide deck price assumption was "$30 price / course."[1303]

### (d)    Moderna's May 18, 2020 SARS-CoV-2 (mRNA-1273) Interim Phase I Data Conference

481.    On May 18, 2020, Mr. Bancel stated publicly: **"we have not finalized our analysis on pricing,"**[1304] which indicates that the pricing in both Dr. Hoge's May 12, 2020 email and

---

Hoge to Tal Zaks, Patrick Bergstedt, Lorence Kim, Subject: RE: following up on today's call) (". . . c. $15/dose = $30/course (2 doses)…this is in support of the MOU pricing (i.e., we create $1000/course in Tier 1-3, and $380/course average across the whole population so $30 is a steal. We should honestly debate whether $100 is a better answer on value split.  And commission someone external to do the same analysis.  We have clearly made a pivot to 'commercial' once we deploy risk-capital (we could lose the $1bn of working capital if the drug fails) so I think we have every right to price based on a minority share of the value delivered.").

[1301] MRNA-GEN-01639767-768, at 767 (Hoge Deposition Exhibit No. 43 – May 12, 2020 email from Stephen Hoge to Tal Zaks, Patrick Bergstedt, Lorence Kim, Subject: RE: following up on today's call) (". . . c. $15/dose = $30/course (2 doses)…this is in support of the MOU pricing (i.e., we create $1000/course in Tier 1-3, and $380/course average across the whole population so $30 is a steal.  We should honestly debate whether $100 is a better answer on value split. **And commission someone external to do the same analysis.**  We have clearly made a pivot to 'commercial' once we deploy risk-capital (we could lose the $1bn of working capital if the drug fails) so I think we have every right to price based on a minority share of the value delivered." (emphasis added)).

[1302] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 404:3-404:6.

[1303] MRNA-GEN-02645641-677, at 660 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 20 of 37) (emphasis added).

[1304] "Moderna, Inc. (MRNA) SARS-CoV-2 Vaccine (mRNA-1273) Interim Phase 1 Data Conference (Transcript)," *Seeking Alpha,* May 18, 2020, p. 26 of 30, *available at* https://seekingalpha.com/article/4348593-moderna-inc-mrna-sars-covminus-2-vaccine-mrnaminus-1273-interim-phase-1-data-conference (Stéphane Bancel, Moderna CEO, responding to the following question from Geoffrey Porges, SVB Leerink regarding *profitability*: "And then, lastly, Stéphane, could you give us a sense of your -- whether your expectations are that this vaccine will be profitable for Moderna, because a number of your competitors are talking about giving product away, but obviously, if you're at 1 billion dose level? Just wondering how you're talking to investors about what that profitability might look like, or whether it should be profitable?").

374

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Moderna's "Board Discussion" slide deck was preliminary.  During Moderna's May 18, 2020 SARS-CoV-2 Vaccine (mRNA-1273) Interim Phase I Data Conference," Stéphane Bancel was questioned by an investment analyst regarding Moderna's expected mRNA-1273 *profitability* and responded with the following answer related to *pricing*:

> So, as we said in the past, we have not finalized our analysis on pricing. As you said, we moved so fast since January. We have been literally focusing on the clinical plan, and telling this team have done a remarkable drug. And on the manufacturing plan. Because trust me, it was not part of the business plan to be having a line of sight of how we're going to make given a 100 million dose for 2020 -- 2021, not even talking about 1 billion. So that has really been our focus and will remain for the coming weeks.
>
> We want to do a detailed analysis of value. When you think about the healthcare costs and the healthcare system, we want to understand the value of this vaccine. And when we have this analysis done [indiscernible]. We are only in the starting line, obviously.[1305]

### (e)    Moderna's May 20, 2020 Off-Site Executive Committee Meeting

482.    Two days later, Moderna's May 20, 2020 off-site Executive Committee meeting slide deck shows that Moderna was projecting an mRNA-1273 price of **$25/dose**: "$50/course, ██████████ ██████████████████████████████████████."[1306]  This price also appears to be preliminary—as Moderna was considering prices in the range of $30/course to $150/course (*i.e.,* $15/dose to $75/dose), as shown in **Figure 2.87**,[1307] below.

---

[1305] "Moderna, Inc. (MRNA) SARS-CoV-2 Vaccine (mRNA-1273) Interim Phase 1 Data Conference (Transcript)," *Seeking Alpha,* May 18, 2020, p. 26 of 30, *available at* https://seekingalpha.com/article/4348593-moderna-inc-mrna-sars-covminus-2-vaccine-mrnaminus-1273-interim-phase-1-data-conference (Stéphane Bancel, Moderna CEO, responding to the following question from Geoffrey Porges, SVB Leerink regarding *profitability*: "And then, lastly, Stéphane, could you give us a sense of your -- whether your expectations are that this vaccine will be profitable for Moderna, because a number of your competitors are talking about giving product away, but obviously, if you're at 1 billion dose level? Just wondering how you're talking to investors about what that profitability might look like, or whether it should be profitable?").

[1306] MRNA-GEN-01251960-028, at 964 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," Moderna, n.d. (May 20, 2020), Slide 5 of 69).  *Compare to* 976 (Slide 17 of 69: "mRNA-1273 could be the fastest and largest drug launch in history" showing $30/course equating to $5Bn in 1st year sales).

[1307] MRNA-GEN-01251960-028, at 976 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," Moderna, n.d. (May 2020), Slide 17 of 69) ("mRNA-1273 could be the fastest and largest drug launch in history").

375

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.87**

**(f)    Moderna's May 31, 2020 Offer for Sale to the U.S. Government**

483.    Eleven (11) days later, Moderna's May 31, 2020 offer for sale to the U.S. Government was **$30/dose**. Moderna's May 31, 2020 letter to the U.S. Government that stated: "Moderna is prepared to enter discussions with the US Government to manufacture an initial supply of 100 million doses of mRNA-1273 at $30 per 100-microgram dose (sufficient to vaccinate 50 million people based on our current 2-dose assumption), delivered as a 10-dose multidose vial."[1308] Ms. Bennett testified regarding how Moderna determined the $30 per dose price as follows:

---

[1308] HHS-0000828-830, at 828 (Bennett Deposition Exhibit No. 21 – May 31, 2020 letter from Stéphane Bancel to Dr. Moncel Slaoui (Warp Speed/HHS), General Gustave F. Perna (Warp Speed/HHS), Dr. Gary Disbrow (BARDA)). May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 211:7-211:17.

376

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

> The number was arrived at looking at a few different inputs.  So most relevant to this is, while I was engaging with the US Government and we were conducting the vast majority of our development efforts with the US Government, there was an external group led by our business development colleagues that were engaging foreign governments on potential procurement of the vaccine.
>
> And so those discussions helped to frame what was a realistic vaccine price that we could take to market, and refine the projections that otherwise would have been based on health economics outcomes research, which are wildly inaccurate when you're dealing with a global pandemic.  It's very difficult to use those numbers.
>
> So we were informed by negotiations that they were happening with other governments, and based on where – at this time I don't recall whether those were landed or whether they were just in discussions, we arrived at something around 30 to \$40 a dose, and then this reflected the US contribution to our development program.[1309]

484.    Ms. Bennett testified that Moderna "ultimately arrived at a different price than the \$30 that we started and we kind of opened the discussions with here," which he described as follows:

> We ultimately arrived at a different price than the \$30 that we started and we kind of opened the discussions with here.  That was largely informed by the fact that there was another vaccine manufacturer using a similar technology that was in the space.  And as we were in discussions with the government, their price became known, and when you have multiple players in the field, that sort of becomes an anchor price.
>
> And so that anchor price was lower than our initial offer.  I don't recall exactly what it was.  I think it was somewhere between 17 and \$19.
>
> And so then our negotiations with the government took into account the fact that that other developer had not received R&D funding from the f=government, they had developed it solely at their own expense, while we had developed it partially at government expense.
>
> And so it was – when the government and Moderna too that into account, we ended up slightly lower, maybe a dollar or two lower, than that competitor.[1310]

485.    Ms. Bennett explained the U.S. Government's approach to pricing compared to Moderna's approach and testified that "we started with two very different pricing methodologies"[1311] which he described as follows:

> The government started with a significantly lower price per dose, and we looked at the way that they considered pricing the product, which is sort of a bottoms-up estimate, and the way our health economics team priced the product, which is

---

[1309] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 211:20-212:21.
[1310] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 213:19-214:22.
[1311] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 216:13-216:14.

377

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

> impact to health systems and the cost of putting a person in an ICU, and arrived at what we thought was a market rate based on the competitive landscape.[1312]
>
> . . .
>
> What the government often looks for is these – the way that a pharma company and external consultants are going to think about pricing is going to be based on health economics outcomes, and that doesn't necessarily translate into an argument that is accepted by the US Government, and certain DoD [U.S. Department of Defense]. So the pieces that were moving internally had little impact, I think, in my communication with the government on where we landed and – ultimately landed on price. It was more informed by what could Moderna justify from having contracted deals in a space, and I think that these might have informed those prior deals. I was not involved in those deals.[1313]
>
> . . .
>
> So our price analysis takes into account the value of the platform, the impact that our response has on the company, and the cost-based analysis is strictly looking at the cost for the discrete work performed, so it's often based on a bill of materials looking at the requirements for manufacturing to support the volumes. It's much more limited in scope.[1314]

Ms. Bennett testified that the U.S. Government cost methodology did not appropriately compensate Moderna for the vaccine."[1315]   Ms. Bennett further testified that Moderna "fundamentally disagreed with the [U.S. Government's] cost-based methodology. It often undervalued the extrinsic factors of developing the vaccine. . . . The opportunity cost and benefit, depending on how you look at it, of developing the vaccine, the application of our platform technology that we had developed with private investment over the preceding decade all, all of those are typically undervalued in the government methodology.[1316] . . . As I recall, their initial methodology – cost-based methodology was maybe 30, 40 percent of what we thought the value of the vaccine would ultimately be – or the cost of the vaccine to the government should be, I should say."[1317]

> **(g)     Moderna Manufacturing Technology Transfer to Lonza in June 2020**

---

[1312] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 215:14-216:1.

[1313] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 233:12-234:4.

[1314] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 249:16-250:2.

[1315] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 230:4-230:8 ("Q. So is the answer to my question, yes, you thought that this cost methodology was not appropriately compensating Moderna for the vaccine?  A. Yes.").

[1316] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 229:5-229:15.

[1317] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 229:20-230:3.

378

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

486. Dr. Parsons testified that the manufacturing tech transfer process to Lonza started in June 2020.[1318] Dr. Hoge stated the following in an October 10, 2021 email to Gregory Zuckerman of *The Wall Street Journal*: "We successfully transferred [manufacturing technology] to Lonza starting in June 2020."[1319]  Dr. Parson described the technology transfer process as follows: "Technology transfer is a complex endeavor where new equipment and procedures are conveyed from one organization to another, that effort can require effort and investment from both parties."[1320]

### (h)  Moderna's June 15, 2020 "Board Meeting – CEO Update"

487. During Moderna's June 15, 2020 "Board Meeting – CEO Update" summarized the status of its pricing discussions with the U.S. Government in **Figure 2.88**,[1321] below, stating: **"USG 100m doses negotiations at $30/dose have not concluded yet.  They insist we price at COST+ and we are resisting and countering with a value and market approach."**

---

[1318] MRNA-GEN-01729540-580, at 573 (*Moderna v. Pfizer* 30(b)(6) Deposition of Don Parsons, Ph.D., 134:3-134:5 ("Q. And that process, the tech transfer process started in June 2020, correct? A. Yes.")).

[1319]  MRNA-GEN-01725205-210, at 206 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 22 – October 10, 2021 email from Stephen Hoge to Gregory Zuckerman, Subject: Re: what do you think of this criticism of you guys/Pfizer??) (". . . We successfully transferred to Lonza starting in June 2020 . . .")).  MRNA-GEN-01729273-277, at 273 (*Moderna v. Pfizer* Parsons Deposition Exhibit No. 6 – October 10, 2021 email from Stephen Hoge to Gregory Zuckerman, Subject: Re: what do you think of this criticism of you guys/Pfizer??) (same)).

[1320] MRNA-GEN-01729540-580, at 551 (*Moderna v. Pfizer* 30(b)(6) Deposition of Don Parsons, Ph.D., 47:1-47:5.).

[1321] MRNA-GEN-02645690-752, at 691 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slide 2 of 63) ("Context for covid vaccine Environment").

379

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY MRNA-GEN-02645691

**FIGURE 2.88**

488.    The first item on the BoD's June 15, 2020 Agenda was "mRNA-1273: Value and recommended pricing,"[1322] which was outlined on a series of <u>15</u> slides.[1323]  Moderna claimed that its target product profile ("TPP") enabled "Premium product positioning" based on its claim that "we have a high-efficacy vaccine which allows us to focus on a premium price product to be used in high risk subjects" v. AZ [AstraZeneca], JNJ [Johnson & Johnson] and others to be used as a Public

---

[1322] MRNA-GEN-02645690-752, at 693 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slide 3 of 63) ("Agenda").
[1323] MRNA-GEN-02645690-752, at 693-695, 700-711 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slides 4-6, 11-22 of 63).

380

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Health product for the general population,"[1324] and summarized its "Recommended Pricing," as shown in **Figure 2.89**,[1325] below.

**FIGURE 2.89**

---

[1324] MRNA-GEN-02645690-752, at 694 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slide 5 of 63) ("Premium product positioning").

[1325] MRNA-GEN-02645690-752, at 695 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slide 6 of 63) ("Recommended Pricing"). *See also* 708 (Slide 19: "In summary, we recommend proceeding with $60/course during EUA and migrating to a list price of $75-$150/course after approval . . . Recommended Pricing / Deal[:] **PRE-EUA** – Previously communicated price: $60/course ($30/dose)[,] Limit deal to a defined quantity (e.g., 100MM) with opportunity for a different price for an additional quantity[;] **EUA** - $60/course unless negotiation reveals opportunity for increase up to list[,] Forego deal (e.g., for 200M) in favor of manufacturing for commercial approval only with high degree of confidence in alternative transation at $60+[;] **Full Approval** – $75 to $150/course list price[,] Pairing with substantial patient out-of-pocket support for uninsured / low income[.] . . .").

381

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

489.    The June 10, 2020 "mRNA-1273 US Pricing Strategy" presentation states: "An initial deal for 100M doses is a must-do, even if Moderna is forced to a cost-based price."[1326]

> **(i)    Ms. Bennett's June 16, 2020 Letter to the U.S. Government**

490.    The next day, Moderna again offered mRNA-1273 to the U.S. Government at $30/dose. Moderna's June 16, 2020 letter to the U.S. Government responded to a "request for information regarding Moderna's determination of the current price for the company's mRNA-1273 vaccine."[1327]  Ms. Bennett stated that $25.17 was "the lowest net purchase price per 100 mcg dose offered by Moderna to any buyer to date":

> Moderna's Board of Directors has approved the commercial price of mRNA-1273 to be US$49/dose for filled and finished product during the pandemic phase.  If the U.S. Government places an order to purchase 100M doses of mRNA-1273 from Moderna at US$30/dose for filled and finished product, minus the credit for the existing BARDA contract payments (assuming full reimbursement up to US$483M), the net price per dose would be US$25.17,  The price represents a 49% discount from the commercial price of mRNA-1273, a 28% discount from the price of US$35/dose which is currently being quoted to new requests by foreign governments for bulk drug products, and would be the lowest net purchase price per 100 mcg dose offered by Moderna to any buyer to date.  We believe that this discount provides for a fair and reasonable price for the US Government to procure the vaccine candidate to help the fight against COVID-19.[1328]

491.    Moderna, however, contended that "it would not be practical to ask Moderna to certify that it has provided current and complete cost or pricing date before contract execution" and that "[a] waiver of certified cost or pricing date would [] be appropriate in these circumstances."[1329] Ms. Bennett further stated:

---

[1326] MRNA-GEN-02645690-752, at 705 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slide 16 of 63) ("We recommend negotiating an initial deal for 100M doses now and a subsequent purchase of 200M, potentially with a higher price").

[1327] MRNA-GEN-00773106-108, at 106 (Bennett Deposition Exhibit No. 26 – June 16, 2020 Letter from Hamilton B. Bennett to Camille B. Connell-Magaw).

[1328] MRNA-GEN-00773106-108, at 107 (Bennett Deposition Exhibit No. 26 – June 16, 2020 Letter from Hamilton B. Bennett to Camille B. Connell-Magaw).

[1329] MRNA-GEN-00773106-108, at 108 (Bennett Deposition Exhibit No. 26 – June 16, 2020 Letter from Hamilton B. Bennett to Camille B. Connell-Magaw).

382

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

[W]e reiterate that mRNA-1273 will need to be treated like a commercial item or Moderna will need a waiver of certified cost or pricing date for the contract. [1330]

**(j)    Dr. Hoge's August 1, 2020 email to the U.S. Government**

492.    In an August 1, 2020 email to the U.S. Government, Dr. Hoge referenced "market price."  Dr. Hoge referenced a "recently executed deal with Canada [that] includes an option to purchase 50 million doses at $37/dose" and "another deal for which we have entered into an LOI [letter of intent] for 40 million doses at $37/dose"—which he characterized as the "market price."[1331]

**(k)    Dr. Hoge's August 3, 2020 email to the U.S. Government**

493.    In an August 3, 2020 email to the U.S. Government, Dr. Hoge summarized Moderna's expectations around the time of the hypothetical negotiation in April/May 2020 as follows: "We [Moderna] entered into the BARDA agreement in April (before OWS even existed) without an expectation of supply, only that we would negotiate a fair and reasonable price in the future if we succeeded."[1332]

**(l)    Moderna's August 5, 2020 earnings call**

494.    Moderna did commission an external analysis by "Quadrant Health Economics, Inc. with consultation from Milton Weinstein, Ph.D. (Harvard T.H. Chan School of Public Health)."[1333] This analysis was presented during Moderna's August 5, 2020 earnings call,[1334] and also shows

---

[1330] MRNA-GEN-00773106-108, at 108 (Bennett Deposition Exhibit No. 26 – June 16, 2020 Letter from Hamilton B. Bennett to Camille B. Connell-Magaw).

[1331] MRNA-GEN-01928809-819, at 817 (Hoge Deposition Exhibit No. 42 – August 1, 2020 email from Stephen Hoge to Kenyata L. Wesley, Paul Hamilton Pardew, Subject: [Non-DoD Source] follow-up from today).

[1332] MRNA-GEN-01928809-819, at 813 (Hoge Deposition Exhibit No. 42 – August 3, 2020 email from Stephen Hoge to Kenyata L. Wesley, Paul Hamilton Pardew, cc: Douglas W. Bryce, Jason W. Roos, Subject: RE: [Non-DoD Source] follow-up from today) ("In the current crisis we stepped forward first.  From January until April we advanced without USG financial support. We entered into the BARDA agreement in April (before OWS [Operation Warp Speed] even existed) without expectation of supply, only that we would negotiate a fair and reasonable price in the future if we succeeded.  We bore the risk of manufacturing alone, and we still do.").

[1333] "Business Updates and Second Quarter 2020 Financial Results," *Moderna,* August 5, 2020, Slide 22 of 34, *available at* https://static.seekingalpha.com/uploads/sa_presentations/674/58674/original.pdf.

[1334] "Business Updates and Second Quarter 2020 Financial Results," *Moderna,* August 5, 2020, Slides 20-26 of 34, *available at* https://static.seekingalpha.com/uploads/sa_presentations/674/58674/original.pdf.

383

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Moderna's plan to "price based on a minority share of the value delivered."[1335]   In particular, Moderna's executives outlined the company's **"[a]pproach to assigning value to a COVID-19 pandemic vaccine,"** and concluded that the value ranged from **"~$300"** to **"~$725,"** per course,[1336] which did *not* include: "Long-term medical sequelae, Social disruption, or Economic loss."[1337]   At that time, Moderna's **"Approach to <u>delivering</u> value during the COVID-19 pandemic"** was to "Price well below vaccine value during the pandemic,"[1338] which was **"$32-37 / dose"** for "smaller volume agreements" and "Price in-line with other innovative vaccines" during the Endemic phase.[1339]  This will be discussed in more detail later.  *See* Section IV.C.1.d.

### (3)    Expected mRNA-1273 Dose Cost

495.    Moderna's June 28, 2020 "mRNA-1273 cost analysis – Discussion document" outlines Moderna's approach to estimating the mRNA-1273 cost that it reported to the U.S. Government is shown in **Figure 2.90A**[1340] and **Figure 2.90B**,[1341] below.

---

[1335] MRNA-GEN-01639767-768, at 767 (Hoge Deposition Exhibit No. 43 – May 12, 2020 email from Stephen Hoge to Tal Zaks, Patrick Bergstedt, Lorence Kim, Subject: RE: following up on today's call).

[1336] "Business Updates and Second Quarter 2020 Financial Results," *Moderna,* August 5, 2020, Slide 22 of 34, *available at* https://static.seekingalpha.com/uploads/sa_presentations/674/58674/original.pdf.

[1337] "Business Updates and Second Quarter 2020 Financial Results," *Moderna,* August 5, 2020, Slide 23 of 34, *available at* https://static.seekingalpha.com/uploads/sa_presentations/674/58674/original.pdf.

[1338] "Business Updates and Second Quarter 2020 Financial Results," *Moderna,* August 5, 2020, Slide 25 of 34, *available at* https://static.seekingalpha.com/uploads/sa_presentations/674/58674/original.pdf.

[1339] "Business Updates and Second Quarter 2020 Financial Results," *Moderna,* August 5, 2020, Slide 26 of 34, *available at* https://static.seekingalpha.com/uploads/sa_presentations/674/58674/original.pdf.

[1340] MRNA-GEN-02412836-844, at 840 (Hoge Deposition Exhibit No. 47 – "mRNA-1273 cost analysis – Discussion document," *Moderna,* June 28, 2020, Slide 2 of 6).

[1341] MRNA-GEN-02412836-844, at 842 (Hoge Deposition Exhibit No. 47 – "mRNA-1273 cost analysis – Discussion document," *Moderna,* June 28, 2020, Slide 4 of 6).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.90A**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.90B**

496.    Moderna's internal documents show an estimated COGS as follows:

■    ████████████████

■    ███████████████

386

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

- ██████████████████████[1344]
- █████████████████████████████████████████████)[1345]
- ████████████████████████

### (4)    Expected mRNA-1273 Dose Profitability

497.    As noted above, Moderna has acknowledged that ███████████████████████████ ████████████████████████████████████████████████████[1347] During Moderna's April 14, 2020 Vaccine Day, Mr. Bancel's presentation included the slide in **Figure 2.91**,[1348] below, "Innovative vaccines are a great opportunity" which states: "Substantial pricing power due to value proposition for patients and payors (EBIT margins of ~50%)."[1349] With respect to Moderna's CMV, Moderna stated: "Assuming GARASIL like average selling price; GM estimated to be >90% (EBIT margins estimated at approximately 50%)[.]"[1350] Applying this to mRNA-1273, Moderna's expected EBIT margin was ████████ based on the $30/dose price.



[1344] ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

[1345] ████████████████████████████████████████████████████████████████████████████

[1346] ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

[1347] Defendants' Fourteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated June 10, 2024, p. 148 (emphasis added).

[1348] "First Vaccines Day," *Moderna,* April 14, 2020, Slide 17 of 259, *available at* https://web.archive.org/web/20200501220624/https://investors.modernatx.com/static-files/e5fd7ac7-53c9-4804-b89d-4e51d5121960.

[1349] "First Vaccines Day," *Moderna,* April 14, 2020, Slide 17 of 259, *available at* https://web.archive.org/web/20200501220624/https://investors.modernatx.com/static-files/e5fd7ac7-53c9-4804-b89d-4e51d5121960.

[1350] "First Vaccines Day," *Moderna,* April 14, 2020, Slide 128 of 259, *available at* https://web.archive.org/web/20200501220624/https://investors.modernatx.com/static-files/e5fd7ac7-53c9-4804-b89d-4e51d5121960 ("CMV is a blockbuster opportunity").

387

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.91**

498. Based on Moderna's internal documents, as of May 31, 2020, Moderna's expected COGS was ██████,[1351] thus, its expected gross margin was ████████ based on the $30/dose price, which would be a potential starting point for the hypothetical negotiation.

          **(a)**      **Moderna's Acceptable Profit Margin**

499. Moderna's July 10, 2020 "Volume II: Cost Proposal" to the U.S. Government stated that ██████ ████████████████████████████████████████████████████████

---

[1351] Moderna was projecting a ████████████████████████████████████████████████████. *See* MRNA-GEN-01251960-028, at 964 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," Moderna, n.d. (May 20, 2020), Slide 5 of 69) ("We are on pace to >$100Bn valuation in five years . . .  179M courses sold to OECD markets through 2021 @$50/course, ████████████ during pandemic phase . . ." (emphasis added)).  Later documents confirm an expected ████████████ in the May/June 2020 timeframe.  *See, e.g.,* MRNA-GEN-02645690-752, at 696 (Hoge Deposition Exhibit No. 46/Thomas Deposition Exhibit No. 26 – "Board Meeting – CEO Update," *Moderna,* June 15, 2020, Slide 7 of 63) ████████████████████████████ ████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

████████████████████,"[1352] as shown in **Figure 2.92**,[1353] below. ████████

████████████████████████████████████

| Table 4:  Summary of Proposed Cost Per Dose of mRNA-1273 (Base) | |
|---|---|
| **Cost Category** | **Cost + Fee** |
| Drug Product Manufacturing | $6.74 |
| R&D | $0.34 |
| G&A Rate (61.12%) | $4.32 |
| MRNA Platform Development | $7.75 |
| **Total Costs** | **$19.15** |
| Fee/Profit (25.5%) | $4.88 |
| Price (Cost + Fee) | $24.03 |

**FIGURE 2.92**

500.    A ████████████ is *high,* as it includes a ████████ on Moderna's prior R&D that it attributed to the mRNA-1273 product, and it is only marginally lower than the ████████████████

[1352] ████████████████████████████████████████████████

████████████████████████████████████████████████

[1353] ████████████████████████████████████████████████

████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

of the <u>15</u> largest life sciences companies in 2019[1354]—which, according to IQVIA, could only be maintained going forward with a 15% reduction in SG&A.[1355]

501.    This constitutes a benchmark for estimating the apportioned value of Moderna's contribution. This is confirmed by Mr. Bancel's comments during an April 1, 2020 lecture at MIT, which were as follows:

> Yes, so that's [product price and profit] a very important question, and as you can imagine, we think about that a lot across our portfolio. As you said, we have spent no time, not one meeting, thinking or talking about price. Our only focus now is how quickly can we get the clinical trial going, how quickly we can make product,

---

[1354] "Operating Margin Dynamics for Life Sciences Companies," *IQVIA,* August 17, 2020, *available at* https://www.iqvia.com/insights/the-iqvia-institute/reports-and-publications/reports/operating-margin-dynamics-for-life-sciences-companies ("The combination of the rising investment in research and development with a more constrained environment for commercialization returns provides significant pressure on life sciences companies as they seek to maintain or increase their operating margins. **For the 15 largest life sciences companies, based on their corporate entities, operating margins averaged 25.7% in 2019,** up about 1.0% over the prior five years. Over the next five years, if these companies are to maintain that level of operating margin, they will need to reduce Selling, General and Administrative (SG&A) operating costs by about $23 billion in order to maintain their current level of Research and Development activity. This is based on modeling the level of future growth from new and existing products, price changes and losses of exclusivity. Cost of goods sold are assumed to remain at current levels of 28.1% of sales. R&D activity — related to drug discovery, clinical development and registration — is assumed to incur 5% higher costs each year, reflecting increased specialization and complexity of efforts. With a $23 billion reduction in operating costs — about 15% of total SG&A in 2019 — these companies would, in aggregate, be able to deliver a 25.7% level of operating profit in 2024 (see Exhibit 3)." (emphasis added)).

[1355] "Operating Margin Dynamics for Life Sciences Companies," *IQVIA,* August 17, 2020, *available at* https://www.iqvia.com/insights/the-iqvia-institute/reports-and-publications/reports/operating-margin-dynamics-for-life-sciences-companies ("The combination of the rising investment in research and development with a more constrained environment for commercialization returns provides significant pressure on life sciences companies as they seek to maintain or increase their operating margins. For the 15 largest life sciences companies, based on their corporate entities, operating margins averaged 25.7% in 2019, up about 1.0% over the prior five years. **Over the next five years, if these companies are to maintain that level of operating margin, they will need to reduce Selling, General and Administrative (SG&A) operating costs by about $23 billion in order to maintain their current level of Research and Development activity.** This is based on modeling the level of future growth from new and existing products, price changes and losses of exclusivity. Cost of goods sold are assumed to remain at current levels of 28.1% of sales. R&D activity — related to drug discovery, clinical development and registration — is assumed to incur 5% higher costs each year, reflecting increased specialization and complexity of efforts. **With a $23 billion reduction in operating costs — about 15% of total SG&A in 2019 — these companies would, in aggregate, be able to deliver a 25.7% level of operating profit in 2024 (see Exhibit 3).**" (emphasis added)).

390

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

scale-up manufacturing.  This is the hundred percent focus for the team.  And the team is working extremely long days seven days a week and now we have been doing that for two months.  It's going to be a long marathon.  So let me tell you bit how we think about it at the high level.  The public/private partnership that BARDA enables in the US, which is a very unique set up from the US.  I know several European countries that are trying to emulate a BARDA-like organization and I'm sure after this pandemic they will have to, because they are way behind the ball. The US was really leading by having such an organization sanctioned by the government.  It's helping us to be able to take risk that would make no sense for us to take from a financial standpoint.  Doing the clinical study of spending millions of dollars on the phase two preparation which we  are doing now.  Making phase two material which we are doing now, is millions of dollars hat if the phase one fails, will go to waste..  We are making the phase three material now as I told you . As well, we're scaling up the process.  All those cost will go to waste if the vaccine fails, and the vaccine can fail in the phase one.  It can fail in phase two, it can fail in phase three.  And so those private public partnerships are critical because if you think about Moderna, the reason we were able to do the vaccine in 63 days from sequence to injecting the first human is because we have invested so far in the last ten years more than two billion dollars of capital.  Our shareholders have not seen a return yet of a penny because we are still losing and investing in the business. Around five hundred million dollars a year right now to run the clinical studies, to keep invest in the science to build a manufacturing plant and so on.  And so what BARDA and the US government is enabling us to do is to invest at risk and not in sequence or not spent too much time thinking about should we do it or not, because what nobody know now, because it's a new virus, is Corona, SARS-CoV-2, gonna be like the flu and stay with humans forever mutating?  Which might be down the road a commercial opportunity.  Is it gonna be like a respiratory virus that it stays with us mostly impact the elderly?  And you might need every few years we don't know yest, because in the clinical data and the clinical experience to know is it once a year?  Once every five years or whatever, the science tells us the kind of boost that will require to keep protections for the population at risk.  And that's how we think about it.  As we go down the road to get closer to launch we'll have to be of course very thoughtful about pricing.  **We know this is a public health matter, so it is not at all the intent of a company, especially given we have a platform – we don't have one product, we have many products – to use a potential position where we are the first one put a price that is not justified or that is not reasonable, if you want, so we're going to be extremely reasonable** and we work with the insurance with the US government to figure out the way – clearly we cannot give a vaccine away for free, because no company in the world can given a product away for free because you can do that for so long.  Given we lose money anyway, we have no revenues, if we give away the vaccine for free, the company will go bankrupt pretty quickly because we have to pay the salary of the employees, we have to pay raw materials, electricity, and gas, and so on to make the products like any company in the world.  But we believe that the vaccine can be made affordable and I'm sure that working with governments and the payers a bit like has be done for the testing.  If you think about it, the testing is free for the end consumer,

391

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

for the patient, but the diagnostic companies are selling their product at a reasonable price, which is the same price they sell all of their product for HIV or other types of viruses. I don't know maybe they are, but I'm not aware of any diagnostic companies that has put a very high price on their testing because it will not be appropriate given the urgency. **But basically all of the governments and all of the private payers are paying those companies a fair price that is reasonable like other products and I think we will have exactly the same approach. It would just be totally unjustified and not the right thing to do to put a premium price on such a vaccine given the need, and we will, I am sure, be in good constructive dialogue with the authorities and with the payers to do what's right for the country.**[1356]

502.     In a June 15, 2020 *Bloomberg* interview, Mr. Bancel stated that Moderna would sell its product "at a fair price":

> So the price, we are working on it as we speak, because we so far focused on getting the drug moving as fast as we could safely into the clinic and the manufacturing scale-up. We're not going to get on pricing. I think like other products before this pandemic, diagnostics you know PPEs, those **need to be sold at a fair price.** The manufacturers, as you can appreciate, cannot give them away in the street. Business doesn't work like that. **But the manufacturers need to commit to not charge a price that is not fair as use over other product.** The diagnostic companies sold their tests to our governments either federal or state or to the payer the bigger insurers at **typical product they would sell for other test other virus. But we need to make sure that the vaccine is affordable at the price ranges comparable to other commercial vaccines.**[1357]
>
> . . .
>
> It's difficult for me to comment at this stage publicly on this but that's a bit the mindset that we have **which is, we want to be very fair with the taxpayer money** we are very thankful and appreciative for the help we got when it was very risky. **And so we'll be happy to do what it makes – to make it fair to government.**[1358]

503.     This is further confirmed by Mr. Bancel's later comments during a June 7, 2021 podcast published by the *Science History Institute,* which were as follows:

---

[1356] "The First COVID-19 Vaccine in the Clinic: A Lecture with Stéphane Bancel, CEO of Moderna," *MIT Laboratory for Financial Engineering,* April 2, 2020, at 1:14:02-1:19:13 of 1:28:07, *available at* https://www.youtube.com/watch?v=XvYiuoJ_lrI.

[1357] David Rubenstein, "Moderna CEO Stéphane Bancel on the Race for a Covid-19 Vaccine," *Bloomberg Leadership Live,* June 15, 2020, 22:05-23:06 of 30:42, *available at* https://www.youtube.com/watch?v=iS-HhepWt1I.

[1358] David Rubenstein, "Moderna CEO Stéphane Bancel on the Race for a Covid-19 Vaccine," *Bloomberg Leadership Live,* June 15, 2020, 23:11-23:35 of 30:42, *available at* https://www.youtube.com/watch?v=iS-HhepWt1I.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

It was not an easy discussion [regarding "should we charge no profit for the product? Should we charge what should be a fair market price?"]. We did not decide in five minutes or in one meeting. We had many discussions about it, to try to find the right path forward. **And I think, overall we did uh, a good job to find a part that is not maximizing value, not at cost but something that is close to cost but with a bit of profit** so that it would send the right signals.[1359]

504. While *publicly* Mr. Bancel referred to "a bit of profit," his *internal* communications highlighted Spikevax's *high* profitability. For example, Mr. Bancel's April 7, 2021 email to Moderna's Executive Committee and others stated: "In a life saving, 90% GM [gross margin] business, missing sales is a really bad idea."[1360]

505. And contrary to Mr. Bancel's June 7, 2021 comments, industry experts viewed Moderna's COVID-19 vaccine pricing to be "blatantly greedy."[1361] So much so that Moderna was given the 2020 "Shkreli Award" by the Lown Institute, a healthcare think tank.[1362] The "Shkreli Award" goes to the "perpetrators of the ten most egregious examples of profiteering and dysfunction in healthcare."[1363] The judges attributed the award to "Moderna's pricing of its COVID-19 vaccine, which was developed with $1 billion in federal funding" and "despite the taxpayer backing, Moderna set the estimated prices for its vaccine significantly higher than other vaccine

[1359] Alex Pedrick, "Distillations Podcast: Interview with Stéphane Bance – The Moderna CEO reflects on the incredibly fast development of the COVID-19 vaccine," *Science History Institute,* June 7, 2021, *available at* https://www.sciencehistory.org/stories/distillations-pod/interview-with-stephane-bancel/.

[1360] MRNA-GEN-01729156-158, at 156 (*Moderna v. Pfizer* Parsons Deposition Exhibit No. 3 – April 7, 2021 email from Stéphane Bancel to Executive Committee, Colleen Hussey, Lavina Talukdar, Chasen Richter, Subject: FW: Trump and Biden teams were warned months ago about troubled vaccine plant).

[1361] Beth Mole, "'Shkreli Award' goes to Moderna for 'blatantly greedy' COVID vaccine prices," ars Technica, January 6, 2021, *available at* https://arstechnica.com/science/2021/01/moderna-shamed-with-shkreli-award-over-high-covid-vaccine-prices/.

[1362] Beth Mole, "'Shkreli Award' goes to Moderna for 'blatantly greedy' COVID vaccine prices," ars Technica, January 6, 2021, *available at* https://arstechnica.com/science/2021/01/moderna-shamed-with-shkreli-award-over-high-covid-vaccine-prices/.

[1363] Beth Mole, "'Shkreli Award' goes to Moderna for 'blatantly greedy' COVID vaccine prices," ars Technica, January 6, 2021, *available at* https://arstechnica.com/science/2021/01/moderna-shamed-with-shkreli-award-over-high-covid-vaccine-prices/.

393

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

developers." [1364]  One award Judge, Deborah Blum, a Pulitzer Prize winning science journalist and director of the Knight Science Journalism program at the Massachusetts Institute of Technology, commented "This is so blatantly greedy from a company that has no track record in producing vaccines and built its current one with taxpayer help."[1365]

506.   Notwithstanding the foregoing submission to the U.S. Government and Mr. Bancel's comments during the June 7, 2021 interview, Ms. Bennett testified that she was not involved in any discussions of "what an acceptable profit margin would be," as follows:

> I was not involved in any discussions on what an acceptable profit margin would be.  I recall that there was – and I don't know the specifics of timing, but there were other companies that had committed to making product available at not-for-profit pricing, and we needed, obviously, as our first product to be licenses, to have a profit in order for our company to be sustainable.  So I think we needed to be clear that we would not fall into the category of doing this strictly as a public health service at not-for-profit pricing.[1366]

507.   In mid-May 2020, Moderna viewed COVID-19 as a "narrow window" opportunity and stated,

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████.[1367]  By September of 2020, Moderna's outlook had changed and it was now expecting in the Consolidated LRP base case that the █████

████████████████████████████████████████████████████████

████████████████████████████████.[1368]

        **(b)**      **Moderna Actual mRNA-1273 Gross Margin and Operating Profit Margin**

[1364] Beth Mole, "'Shkreli Award' goes to Moderna for 'blatantly greedy' COVID vaccine prices," ars Technica, January 6, 2021, *available at* https://arstechnica.com/science/2021/01/moderna-shamed-with-shkreli-award-over-high-covid-vaccine-prices/.

[1365] Beth Mole, "'Shkreli Award' goes to Moderna for 'blatantly greedy' COVID vaccine prices," ars Technica, January 6, 2021, *available at* https://arstechnica.com/science/2021/01/moderna-shamed-with-shkreli-award-over-high-covid-vaccine-prices/.

[1366] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 234:18-235:8.



394

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

508.    In 2021, Moderna's *actual* gross margin was ███ [1369] – higher than its expected gross margin. In 2021 and 2022, Moderna's total gross profits on sales of the Accused Product was ███ ███ .[1370]

509.    Moderna's *actual* mRNA-1273 Operating Profit Margin during the period December 2020 to January 2024 ███ [1371] as shown in **Table 2.4**,[1372] below, and exceeds Moderna's claimed



**TABLE 2.4**

**(c)      Moderna's mRNA-1273 Expected Gross Margin** ███

510.    In May 2020, Moderna's mRNA-1273 expected gross margin was ███ For example, Moderna's May 2020 offsite Executive Committee meeting slide deck states: ███ ███," which establishes an

---

[1369] *See, e.g.,* MRNA-GEN-01726934-7000, at 993 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*), 239:10-239:16 ("Q. So Moderna's gross profit margin in 2021 on Spikevax was 85 percent, correct? . . . A. Gross profit generally in finance is defined as your sales minus your cost of sales.  So gross profit is technically 1 minus 15 percent.")).

[1370] ███

[1371] Schedule 7.3.

[1372] Schedule 7.3.

[1373] ███

395

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

███████████████████████[1374] Moderna's May 20, 2020 "Pro forma for COVID" in

**Figure 2.93**,[1375] below (green box added for clarity), also shows a ██████████ in 2020 and 2021.



**FIGURE 2.93**

511.    Moderna's later documents also show an expected gross margin of at least ██████ For example, Moderna's June 15, 2020 "Board Meeting – CEO Update" slide deck shows an expected gross margin of ████████ based on an mRNA-1273 COGS of ███████████████████████.[1376]

---

[1374] ████████████████████████████████████
████████████████████████████████████████████

[1375] ████████████████████████████████████████
████████████████████████████

[1376] ████████████████████████████████████████
████████████████████████████████████

396

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Moderna's August 5, 2020 "COVID Committee Mtg – Presentation" reports shows an expected gross margin of ▮▮▮▮, based on an mRNA-1273 COGS of ▮▮▮▮▮, as shown in **Figure 2.94**,[1377] below, and Moderna's May 31, 2020 offer to sell price of $30/dose.



**FIGURE 2.94**

512. Moderna's ▮▮▮▮▮▮▮▮▮▮▮▮▮ was approximately ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮[1378] of the 15 largest life sciences companies: Abbie, Amgen AstraZeneca, Bristol Myers-Squibb, Eli Lilly, Gilead, GlaxoSmithKline, Johnson & Johnson,



▮) ("Recommended Pricing…**$30/dose**") ▮▮▮▮▮▮

[1377] ▮▮▮▮▮▮▮▮▮▮▮▮▮

[1378] *Calculated as* ▮▮▮▮▮▮▮▮▮▮

397

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Merck, Novartis, Novo Nordisk, Pfizer, Roche, Sanofi, and Takeda—"totaling over $550 billion in total sales in 2019," based on IQVIA's MIDAS sales data as of June 2019.[1379]  As such, Moderna's excess gross margin (*i.e.,* gross margin *above* the benchmark for the 15 largest life sciences companies based on June 2019 sales data) is at least ███████████████

████████████████    This, however, understates Moderna's actual excess gross margin—in view of the fact that the U.S. Government provided: a) significant investment in Moderna's mRNA-1273 R&D and was *not* credited with a return on its investment, and b) favorable payment terms for both the R&D contract and the Supply contracts.  For example, the payment terms in Moderna's May 31, 2020 offer were back-end loaded (*i.e.,* upfront payment of $15/dose at the time of contract execution would *not* include the discount; the discount would be applied at the time of delivery, resulting in a 2nd payment for each delivered dose of approximately $5).[1380]

[1379] "Operating Margin Dynamics for Life Sciences Companies," *IQVIA,* August 17, 2020, *available at* https://www.iqvia.com/insights/the-iqvia-institute/reports-and-publications/reports/operating-margin-dynamics-for-life-sciences-companies ("The combination of the rising investment in research and development with a more constrained environment for commercialization returns provides significant pressure on life sciences companies as they seek to maintain or increase their operating margins.  For the 15 largest life sciences companies, based on their corporate entities, operating margins averaged 25.7% in 2019, up about 1.0% over the prior five years. Over the next five years, if these companies are to maintain that level of operating margin, they will need to reduce Selling, General and Administrative (SG&A) operating costs by about $23 billion in order to maintain their current level of Research and Development activity. This is based on modeling the level of future growth from new and existing products, price changes and losses of exclusivity. **Cost of goods sold are assumed to remain at current levels of 28.1% of sales.** R&D activity — related to drug discovery, clinical development and registration — is assumed to incur 5% higher costs each year, reflecting increased specialization and complexity of efforts. With a $23 billion reduction in operating costs — about 15% of total SG&A in 2019 — these companies would, in aggregate, be able to deliver a 25.7% level of operating profit in 2024 (see Exhibit 3)." (emphasis added)).  *See also* "Quarterly Industry Update As of September 30, 2013," *Cogent Valuation,* n.d., *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7780918/ (showing Median Gross Profit Margin in the Biotech industry of approximately 70%).
[1380] HHS-0000828-830, at 830 (Bennett Deposition Exhibit No. 21 – May 31, 2020 letter from Stéphane Bancel to Dr. Moncel Slaoui (Warp Speed/HHS), General Gustave F. Perna (Warp Speed/HHS), Dr. Gary Disbrow (BARDA)) ("Payment Terms: The product will be priced at $30 per dose, for this initial 100 million dose order.  **50% of the purchase price will be paid upfront upon execution of the contract. The remaining 50% for each dose will be paid upon each dose's delivery, net of the fixed BARDA discount.**" (emphasis added)).

398

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

513.    The ███████████████ (*i.e.,* before accounting for U.S. Government-funded R&D[1381] and favorable payment terms) is ███████████████ than the <u>7%</u> royalty rate in the May 29, 2013 Tekmira-Moderna Term Sheet.[1382]   Assuming a benchmark operating profit margin of <u>24.7%</u> (in 2014 per IQVIA), the implied operating profit split inherent in a <u>7%</u> royalty rate is <u>28.3%</u>|<u>71.7%</u> (Tekmira|Moderna) v. ██████████(Tekmira|Moderna) using an ████. assumed royalty rate.[1383]

        **(d)    Expected    Margin    Based    on    mRNA-1273**
████████████████████

514.    Moderna's July 10, 2020 "Cost Proposal" outlined per dose pricing for 300 million doses in three (3) 100 million tranches: ████████████████████ ██████████████████████████ which averages ███████ ████████████████).   This includes a ████████████████ ████████████████ ███████ ████████████████ This *higher* Composite Average Price



[1381] Neeraj Sood, Karen Mulligan, Kimberly Zhong, "Do companies in the pharmaceutical supply chain earn excess returns?" *International Journal of Health Economics Management,* Vol. 21, No. 1, pp. 99-114, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7780918/.

[1382] MRNA-GEN-01767964-971, at 969 (Francis Deposition Exhibit No. 6 – May 29, 2013 Tekmira-Moderna Term Sheet (Moderna Redline))

[1383] For a 7% royalty rate, Tekmira's Share (%) = 7% / 24.7% * 100 = 28.3% and Moderna's Share (%) = 100% - 28.3% = 71.7%. ████████████████████████ ████████████████████  See also, "Operating Margin Dynamics for Life Sciences Companies," *IQVIA,* August 17, 2020, *available at* https://www.iqvia.com/insights/the-iqvia-institute/reports-and-publications/reports/operating-margin-dynamics-for-life-sciences-companies.

[1384] ████████████████████████ ████████████████████████

[1385] ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████

[1386] ████████████████████████ ████████████████████████

399

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

*increases* Moderna's expected gross profit to ██████████████[1387]based on an mRNA-1273 COGS of ████████,[1388]

515.    Moderna's ███████████████████████████ based on the Composite Average Price is approximately ████████████████████████████████████[1389] of the 15 largest life sciences companies, as described above.[1390]  As such, Moderna's excess gross margin (*i.e.,* gross margin *above* the benchmark for the 15 largest life sciences companies based on June 2019 sales data) is ████████████████████████████.[1391]  This, however, understates Moderna's actual excess gross margin—in view of the fact that the U.S. Government provided: a) significant investment in Moderna's mRNA-1273 R&D and was *not* credited with a return on its investment, and b) favorable payment terms for both the R&D contract and the Supply contracts.

516.    The ███████████████████ (*i.e.,* before accounting for U.S. Government-funded R&D[1392] and favorable payment terms) is ██████████ the 7% royalty rate in the May 29, 2013 Tekmira-Moderna



[1387] ████████████████████████████████████████████████████████████████████████████████

[1388] ████████████████████████████████████████████████████████████████████████████████████████

[1389] *Calculated as* 1 – COGS (28.1%) = **Gross Margin (71.9%)**.

[1390] "Operating Margin Dynamics for Life Sciences Companies," *IQVIA,* August 17, 2020, *available at* https://www.iqvia.com/insights/the-iqvia-institute/reports-and-publications/reports/operating-margin-dynamics-for-life-sciences-companies ("The combination of the rising investment in research and development with a more constrained environment for commercialization returns provides significant pressure on life sciences companies as they seek to maintain or increase their operating margins.  For the 15 largest life sciences companies, based on their corporate entities, operating margins averaged 25.7% in 2019, up about 1.0% over the prior five years. Over the next five years, if these companies are to maintain that level of operating margin, they will need to reduce Selling, General and Administrative (SG&A) operating costs by about $23 billion in order to maintain their current level of Research and Development activity. This is based on modeling the level of future growth from new and existing products, price changes and losses of exclusivity. **Cost of goods sold are assumed to remain at current levels of 28.1% of sales.** R&D activity — related to drug discovery, clinical development and registration — is assumed to incur 5% higher costs each year, reflecting increased specialization and complexity of efforts. With a $23 billion reduction in operating costs — about 15% of total SG&A in 2019 — these companies would, in aggregate, be able to deliver a 25.7% level of operating profit in 2024." (emphasis added).

[1391] ████████████████████████████████████████████████████████████████████████████████████████

[1392] Neeraj Sood, Karen Mulligan, Kimberly Zhong, "Do companies in the pharmaceutical supply chain earn excess returns?" *International Journal of Health Economics Management,*

400

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Term Sheet.[1393]  Assuming a benchmark operating profit margin of 24.7% (in 2014 per IQVIA), the implied operating profit split inherent in a 7% royalty rate is 28.3%|71.7% (Tekmira|Moderna) v. ███████ (Tekmira|Moderna) in an ██████████████.[1394]

### g.      Moderna's Other Assets

517.    In early-November 2018, Moderna claimed that its "IP estate" included "patent coverage for LNP-encapsulated mRNAs having specific chemical modification suited for vaccine and therapeutic mRNA use," as follows:

> Our IP estate provides protection for the multiple programs within our modalities both at the product-specific level and at various broader levels. For example, we have patent coverage for LNP-encapsulated mRNAs having specific chemical modification suited for vaccine and therapeutic mRNA use. Our estate also includes pending and issued patents that feature proprietary lipid components and LNP-formation processes. We also have IP covering certain LNP-encapsulated mRNAs coding for infectious disease antigens for use in prophylactic vaccination. Many individual development candidates are protected at the mRNA sequence level and at the level of the encoded antigen. Moreover, broad method claims cover specific methods of synthesizing mRNAs, for example, using improved enzymatic processes, methods of making LNPs, and methods for improved and efficient encapsulation of mRNA to formulate mRNA medicines.[1395]

Vol. 21, No. 1, pp. 99-114, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7780918/.

[1393] MRNA-GEN-01767964-971, at 969 (Francis Deposition Exhibit No. 6 – May 29, 2013 Tekmira-Moderna Term Sheet (Moderna Redline))

[1394] For a 7% royalty rate, Tekmira's Share (%) = 7% / 24.7% * 100 = 28.3% and Moderna's Share (%) = 100% - 28.3% = 71.7%. For an ████████████████████████████████ ██████████████████████████████████ See also, "Operating Margin Dynamics for Life Sciences Companies," *IQVIA,* August 17, 2020, *available at* https://www.iqvia.com/insights/the-iqvia-institute/reports-and-publications/reports/operating-margin-dynamics-for-life-sciences-companies.

[1395] Moderna, Inc. Form S-1 Registration Statement dated November 9, 2018, p. 272, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312518323562/d577473ds1.htm.

401

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

518.    Moderna's November 9, 2018 S-1 Registration Statement[1396] filed in connection with its December 6, 2018 IPO,[1397] outlined Moderna's other "key platform advancement[]" assets as including the following:

- "issued U.S. patents featuring proprietary lipid nanoparticle components, in particular, cationic lipids featured in many of our vaccine and therapeutic mRNA compositions (U.S. 9,868,691 and U.S. 9,868,692), in addition to other issued and pending patent applications directed to alternative lipid components suitable for use in lipid nanoparticle formulations of mRNA";[1398]

- "a patent family including pending applications in Australia, Canada, Europe, Japan and the United States directed to novel lipid nanoparticle compositions and methods for therapeutic use of such compositions, particularly, for repeat dosing of therapeutic mRNAs";[1399]

---

[1396] Moderna, Inc. Form S-1 Registration Statement dated November 9, 2018, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312518323562/d577473ds1.htm.

[1397] *See, e.g.,* Mark Terry, "Moderna Therapeutics Sets Record for Biggest Biotech IPO," *BioSpace,* December 7, 2018, *available at* https://www.biospace.com/moderna-therapeutics-biggest-ipo-in-biotech-history.

[1398] Moderna, Inc. Form S-1 Registration Statement dated November 9, 2018, p. 272, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312518323562/d577473ds1.htm.

[1399] Moderna, Inc. Form S-1 Registration Statement dated November 9, 2018, p. 272, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312518323562/d577473ds1.htm.

402

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

in its COVID-19 vaccine[.]"[1409]

522.    Moderna's *internal* documents show that early on it recognized the value of Arbutus's patented technology.  For example, in 2013, Moderna internally acknowledged that Tekmira had "deep expertise in LNP."[1410]  On January 2, 2013, Dr. Kristy Wood, one of Moderna's earliest formulation scientists, circulated to John Podobinski and David Hile a number of "LNP papers" by Tekmira authors that she stated "will be helpful."[1411]  Dr. Wood also described that "[a] few key players are Tekmira and Alnylam" and "both have clinical data with these formulations."[1412]  In early 2013, Moderna's internal presentations also identified Ian MacLachlan and Adam Judge as "Lipid Nanoparticle Thought Leaders" and clarified that Tekmira and Moderna are entities "doing LNP work with mRNA."[1413]  In or about 2014, Moderna's Dr. Hoge reportedly recognized Arbutus's work and stated: "There's no way the only innovations in LNP are going to come from some academics and a small Canadian company[.]"[1414]  At that time, Moderna was described as "a hot Boston-area start-up" that "wasn't set up to do the chemistry necessary to solve their LNP problem.  Much of its equipment was old or secondhand, and it was the kind used to tinker with mRNAs, not lipids."[1415]  In a July 3, 2014 email to Moderna's Executive Committee, Dr. Hoge stated: "We have officially closed on Acuitas giving us access to MC3 and the Alnylam LNP portfolio at attractive terms. . . . [A]s of today we have access to a formulation that is safe in Phase

---

[1409] MRNA-GEN-1758810-813, at 811 (Francis Deposition Exhibit No. 37 – April 5, 2021 email from Pete Zorn to Neal Dahiya, Subject: RE: Follow Up).

[1410] *See, e.g.,* May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 123:9-123:21 ("Q. Now, you mentioned before various negotiations between Moderna on the one hand and Tekmira on the other.  A. Yes.  Q. Do you recall that generally?  And you've understood that there are a lot of names that have been used in connection with Tekmira over the years?  Protiva – A. IONEX.  Q. – Arbutus, Genevant, others.  Do you understand that?  A. Yes.").

[1411] MRNA-GEN-01041604 (Almarsson Deposition Exhibit No. 2 – January 2, 2013 Email from Kristy Wood to David Hile, cc: John Podobinski, Subject: LNP papers).

[1412] MRNA-GEN-01041604 (Almarsson Deposition Exhibit No. 2 – January 2, 2013 Email from Kristy Wood to David Hile, cc: John Podobinski, Subject: LNP papers).

[1413] MRNA-GEN-01051273-382, at 276, 286 (January 2013 Moderna PowerPoint entitled, "Formulation in Lipid Nanoparticles," *Moderna,* January 2013, Slide 14 of 110).

[1414] Gregory Zuckerman, "The Inside Story of Two Young Scientists Who Helped Make Moderna's Covid Vaccine Possible," *Upworthy Science,* November 24, 2021, *available at* https://upworthyscience.com/moderna-covid-vaccine/.

[1415] Gregory Zuckerman, "The Inside Story of Two Young Scientists Who Helped Make Moderna's Covid Vaccine Possible," *Upworthy Science,* November 24, 2021, *available at* https://upworthyscience.com/moderna-covid-vaccine/.

405

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

3 in man!"[1416], which was a reference to Alnylam's Phase 3 clinical testing of Onpattro, that used the Tekmira LNP.[1417] The significance of Moderna having access to such a formulation at that time was "[i]t is a formulation that already is at least understood at the doses Alnylam administered with an RNAi payload[1418] that it is safe. That's the significance."[1419] In an August 2014 Final Progress Report to the U.S. Government, Moderna stated: "The lipid ratio used in the ALN-TTR-02 [Onpattro] product appears close to optimal for mRNA as well as siRNA."[1420] In an April 9, 2015 "Business Development Update" to Moderna's Investment Committee of the Board of Directors, Moderna described Tekmira as "an RNA and LNP company" and described its "Technology capabilities" as follows:

> **Validated LNP formulation that are in the clinic and serve as the RNA industry gold standard**
> - Generation 2 has been advanced to the clinic with Alnylam (subject to cross-license to Acuitas)
> - Generation 3 and 4 have been advanced to the clinic with TKM-EBOLA program[1421]

---

[1416] MRNA-GEN-01754060-064, at 060 (Francis Deposition Exhibit No. 24 – July 3, 2014 email from Stephen Hoge to Executive Committee, cc: Said Francis; Shaun Ryan, Örn Almarsson, Matt Stanton, Subject: FW: Acuitas Final Documents).

[1417] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 181:14-182:3.

[1418] Dr. Murray testified that "payload" is "a general word they use to talk about what we're encapsulating." *See* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 30:24-30:25.

[1419] May 22, 2024 30(b)(6) Deposition of Said E. Francis, 184:2-184:9.

[1420] MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014 (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86 ("The preferred formulations were identified based on size of particles (≤100 nm), polydispersity (<0.2 PDI), encapsulation efficiency (mRNA protection), as well as in vitro and in vivo expression of protein. The lipid ratio used in the ALN-TTR-02 product appears close to optimal for mRNA as well as siRNA. Precise process conditions may differ, and such evaluations are underway using the T-junction technology with Antibody mRNAs.") (emphasis added).

[1421] MRNA-GEN-01240180-198, at 190 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 11 of 19) ("Tekmira – an RNA and LNP company") (emphasis added). *See also* 191 (Slide 12: "Tekmira (  -2014) – an RNA and LNP company . . . Tekmira's LNP Enable mRNA Products . . . mRNA require intracellular delivery for activity[;] LNP is the GOLD STANDARD for mRNA delivery" (emphasis in original)). May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:4-195:9 ("Q. You wrote in a slide [Slide 11 of 19] to a subcommittee of Moderna's board that Tekmira had a validated LNP formulation that are in the clinic that serve as the RNA industry gold standard, did you not? A. Those are the words on the slides.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

On May 17, 2015, Dr. Hoge stated: "My ideal situation would be: 1. Buy the [Tekmira] legacy patents for mRNA. . . ."[1422]  Moderna's February 27, 2017 "BD update to Executive Committee" stated the following "Preliminary view" regarding "Straight IP Licensing [of Arbutus LNP IP for mRNA field broadly] & know-how transfer": "Access fee could be too expensive given uncertainty of Moderna's need for the estate long-term."[1423]

523.  Moderna's 2017 "Lipid Nanoparticle (LNP) Formulations of mRNA" presentation includes "a brief history" of LNPs: "Fast forward to 2000's, new process developed by team at Protiva to encapsulate plasmid DNA without the need for thin film hydration with very high encapsulation.  Prior to this high encapsulation was very difficult to achieve without highly charged species."[1424]

524.   In addition, Dr. Hoge testified that during at least the period 2012 through 2016, Moderna used Tekmira's MC3.[1425]  In various contexts, Moderna employees have used the moniker "MC3" to refer to both the specific cationic lipid Moderna used, which Moderna associated with Tekmira,[1426] along with the "MC3-LNP," which is as an LNP with a lipid molar ratio of 50:38.5:10:1.5 (MC3:Cholesterol:DSPC:PEG-DMG-2K).[1427]  I understand that it is the opinion of Dr. Mitchell

---

[1422] MRNA-GEN-01754119-122, at 119 (Francis Deposition Exhibit No. 28 – May 17, 2015 email from Stephen Hoge to Said Francis, cc: Lorence Kim, Shaun Ryan, Subject: Re: Tekmira).
[1423] MRNA-GEN-01708238-321, at 242 (Francis Deposition Exhibit No. 35 – "BD Update to Executive Committee," *Moderna,* February 27, 2017, Slide 7 of 86).
[1424] MRNA-GEN-01056385-406.001, at 393 (Almarsson Deposition Exhibit No. 9 – "Lipid Nanoparticle (LNP) Formulations of rRNA," *Moderna,* 2017, Slide 9 of 23) ("Speaker Notes for Slide 8").
[1425] *See, e.g.,* MRNA-GEN-01725410-507 at 466 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 225:24-226:6 ("A. We worked in 2012 and 2011 with lipid nanoparticles at Moderna with compositions that I believe were, in fact, probably the same as were used in 2016 in the MERS publication or the MERS patent [*i.e.,* MC3] in question, and therefore, it is true that we had probably had those same ratios and compositions in 2012.").
[1426] *See, e.g.*, MRNA-GEN-01067716-763, at 752 (Benenato Deposition Exhibit No. 28 – "Chemistry Update – R&D Meeting," *Moderna*, July 17, 2015, Slide 37 of 48) ("Tekmira compounds" showing MC3); MRNA-GEN-01290882-893, at 887 ("MC3 ownership overview," *Moderna,* June 26, 2014, Slide 6 of 12); MRNA-GEN-01061710-720, at 714-17 (Benenato Deposition Exhibit No. 18 – Benenato notes article: Michael J. Hope (Acuitas), "Enhancing siRNA delivery by employing lipid nanoparticles," *Therapeutic Delivery,* 2014, pp. 663-673).
[1427] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 45:9-47:1; May 22, 2024 30(b)(6) Deposition of Said E. Francis,99:11-107:17 ("Q. MC3, as you said, is a cationic lipid, correct? A. Yes.  Q. And the bullet is about accessing an LNP that's already in the clinic, correct? A. Those are the words before it, yes. Q. Does this mean an LNP contains MC3 in it is

407

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

that this LNP infringes the Patents-in-Suit, irrespective of the cationic lipid.[1428]  In other words, 'MC3-LNP' is Tekmira's LNP.   In April 2021, Moderna's "mRNA Competitive landscape emerging post COVID-19 – Confidential pre-read" "Executive Summary" stated:

> **Where we stand** – **we are leading the frontier on therapeutics, thanks to our early investments in LNPs**,[1429] but given the industry's hunt for disruptive delivery technologies, we need to ensure we continue to invest in LNPs and delivery more broadly[.][1430]

525.   In contrast, in the same presentation, Moderna claimed that its LNP was **"in-house"** – and did *not* reference (or credit) Acuitas (or Genevant, Arbutus and its predecessors, Protiva and Tekmira[1431]),

---

what you were trying to get access to? A. The intent here I presume was essentially an LNP where the cationic lipid is MC3."); 139:11-140:1 ("Q. And what Dr. Woehr [Corden] is telling you is that Tekmira was the inventor of the original LNP formulation with MC3, correct? A. He – that's the words in the emails he had.  He thinks that we have to talk to this person and he characterized it as such.  Torstein Woehr is head sales and marketing, not subject matter expert in inventorship, and I don't think he's privy to the Alnylam/Tekmira Agreement.  So just from – the email – his line says that . . ."); MRNA-GEN-01754010-012, at 011 (Francis Deposition Exhibit No. 19 – April 11, 2014 email from Torsten Woehr [Corden Pharma] to Said Francis, cc: Michael Middleditch, Subject: RE: Contact) ("you may have to talk also to Tekmira, the inventor of the original formulation with MC3 (I think they call it the SNALP technology).").

[1428] November 25, 2024 Expert Report of Michael Mitchell, Ph.D,

[1429] *See also* MRNA-GEN-01654918-922, at 918 (Hoge Deposition Exhibit No. 18 – June 3, 2021 email from Stephen Hoge to Gregory Zuckerman (WSJ), Subject: Re: quick question on this language in bold, thanx) ("Prior to Kerry [Benenato] we inlicensed some early lipids from Acuitas.  We never had any relationship with arbutus (Acuitas had licenses from them).  Neither company had ever done anything with mRNA in LNP, but we thought they might have something useful.  We quickly figured out there was not much there.  So we went about trying to solve the issues ourselves.  Hence our investments in discovery chemistry (Kerry).  Bear in mind that Acuitas has/had no real discovery chemistry.  They are a formulation shop…the problem was chemical.").  MRNA-GEN-01578471-521, at 476 (Francis Deposition Exhibit No. 42 – "mRNA Competitive landscape emerging post COVID-19," *Moderna,* April 2021, Slide 5 of 50) ("Era of belief in the promise (until 2019) . . . **Moderna** – founded in 2010 by Flagship Pioneering, working together with MIT and Harvard Medical School, focused on chemically modified mRNA and **early on intensified delivery efforts around LNPs**" (emphasis added)).

[1430] MRNA-GEN-01578471-521, at 474 (Francis Deposition Exhibit No. 42 – "mRNA Competitive landscape emerging post COVID-19," *Moderna,* April 2021, Slide 3 of 50) ("Executive Summary" (emphasis added)).

[1431] *See, e.g.,* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 57:13-57:16 ("Q. And Protiva became Tekmira?  A. Yes.  Q. Okay.  A. And Tekmira became Arbutus."); 111:11-111:14 ("Q. So was it Tekmira or Arbutus that merged with OnCore?  A. It was Tekmira that merged with OnCore.  And after the merger, we changed the name to Arbutus.").

408

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

as shown in **Figure 3.1**,[1432] below.



**FIGURE 3.1**

526.    The foregoing reference to "in-house" is consistent with Moderna's position in this litigation; I
        understand Moderna claims that it "began working with MC3 because it was an available ionizable
        lipid that had been used before, but quickly determined that it would be unsuitable for long-term
        development, and realized that the company would need to develop its own proprietary ionizable
        lipid."[1433]   Moderna's Dr. Ciaramella testified that he used Tekmira's LNP "for convenience
        sake,"[1434] and claimed: "we use [Tekmira's LNP] as an expedient way of using an LNP for, you

---

[1432] MRNA-GEN-01578471-521, at 491 (Francis Deposition Exhibit No. 42 – "mRNA
Competitive landscape emerging post COVID-19," *Moderna,* April 2021, Slide 20 of 50) ("The
5 established pure plays[;] Breadth of pipeline and other differentiating factors" (emphasis
added)).

[1433] Defendants' Fourteenth Supplemental Objections and Responses to Plaintiffs' First Set of
Interrogatories (Nos. 1-10) dated June 10, 2024, p. 146.

[1434] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 134:11-134:15
("Q. So just to be clear, though, the examples we just looked at, Example 20 to 24 [in Moderna's
'600 Patent], use one specific formulation of LNP, right?  A. For convenience sake, we have
used in those examples MC3. . . ."); 135:8-135:14 ("Q. And to be clear, with respect to the

409

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

know, the initial test."[1435]   In contrast, as noted above, Dr. Hoge testified that Moderna used Tekmira's LNP from at least 2012 through 2016.[1436]   Later, Moderna developed a lipid, SM-102. However, I understand that Dr. Mitchell has opined that SM-102, "is no more effective in vaccines than MC3,"[1437] and that LNPs with SM-102 are not conclusively more tolerable than LNPs with MC3."[1438]

### A.    Introduction

527.    Plaintiffs assert the six (6) Patents-in-Suit, which are summarized in **Table 3.1**, below.

---

MERS vaccine, there's only one formulation that's disclosed, right?  A. As an example, we have used MC3 in that case.  We could have used other LNPs.  It was just a convenience selection on the basis of what was available at the time.").

[1435] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 127:4-127:6.

[1436] *See, e.g.,* MRNA-GEN-01725410-507 at 466 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 225:24-226:6 ("A. We worked in 2012 and 2011 with lipid nanoparticles at Moderna with compositions that I believe were, in fact, probably the same as were used in 2016 in the MERS publication or the MERS patent [*i.e.,* MC3] in question, and therefore, it is true that we had probably had those same ratios and compositions in 2012.").

[1437] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.B.

[1438] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.B.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

a vaccine or a medicine, the fragile molecules would need to be shielded in the bloodstream to prevent degradation on their way to cells."[1456]

### b.    Moderna Recognizes the Importance of Delivery

536.    In July 2020, Moderna's Dr. Hoge testified before the House Committee on Energy and Commerce and stated:

> A key challenge in developing mRNA vaccines and treatments has been to develop a vehicle for getting the mRNA into the cell—in other words, the 'packaging' for shipping the mRNA software into the cell.  You need technology that both protects the mRNA in transmittal and will not be mistakenly targeted by the body's nature defenses.[1457]

537.    Harvard's Dr. Derrick Rossi also emphasized the importance of delivery and stated that getting the mRNA "into the cells" was "the big thing":

> "The real important discovery here was you could now use mRNA, and if you got it into the cells, then you could get the mRNA to express any protein in the cells, and this was the big thing," Rossi says.[1458]

538.    Dr. de Fougerolles testified: "[w]ithout lipid nanoparticle formulation, it's highly likely that the mRNA vaccines wouldn't work.  And without . . . introducing chemical modifications into an mRNA, you get a far inferior vaccine."[1459]  Dr. de Fougerolles further testified that getting mRNA inside cells was "a fundamental issue" and testified:

> You know, again, these were really trying to solve what at the time is a fundamental issue, is how do you enable mRNA to effectively, you know get inside cell. Because, obviously, an mRNA for it to be active needs to be inside the cell in order

[1456] Kolata, Gina and Meuller, Benjamin, "Halting Progress and Happy Accidents: How mRNA Vaccines Were Made," *New York Times*, January 15, 2022, *available at* https://www.nytimes.com/2022/01/15/health/mrna-vaccine.html.

[1457] No Bates Nos. (Hoge Deposition Exhibit No. 8 – Testimony of Dr. Stephen Hoge, President, Moderna, Inc., Hearing Before the House Energy and Commerce Committee – Subcommittee on Oversight & Investigations, July 21, 2020, p. 4).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 74:2-74:8 ("Q. . . . And I take it you agree that 'a key challenge in developing mRNA vaccines and treatments has been to develop a vehicle for getting the mRNA into the cell – in other words, the 'packaging' for shipping the mRNA software into the cell,' right?  A. That is correct.").

[1458] Joe O'Connor, "Meet the Canadian hockey dad behind COVID-19 vaccine developer Moderna," *National Post,* May 28, 2020, *available at* https://nationalpost.com/news/canada/heroes-of-the-pandemic-meet-the-canadian-hockey-dad-behind-covid-19-vaccine-developer-moderna.

[1459] MRNA-GEN-01731538-597, at 554 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 65:24-66:6.).

416

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

for it to be translated and to make protein. So, you know, what is key here is understanding how we can improve the platform to improve fundamentally how an mRNA can be delivered to a cell.[1460]

539.    Flagship Pioneering's profile of Moderna described the delivery problem as "daunting":

> Moderna's scientists have doggedly pursued answers to the questions that seemed so daunting in the summer of 2010. For instance: the company realized early on that the immune system was identifying mRNA as foreign and hostile, and reacting by shutting down protein production—the very thing these potential drug candidates were supposed to increase. The problem took years to solve, but Moderna has now developed proprietary ways to package mRNA so it can evade the immune system and deliver it to the right cells in the body, and has demonstrated the ability to repeatedly dose therapeutics for rare diseases in animals.[1461]

540.    Moderna's corporate presentations have also identified the challenges associated with delivery noting that: "naked mRNAs are subject to rapid degradation by extracellular RNAses, have no mechanism for targeting to particular cell types, and have no means to efficiently cross cell membranes. So with rare exception, naked mRNAs are not suitable for use as medicines."[1462] Moderna's "Talking points" address the importance of delivery, as shown in **Figure 3.2**,[1463] below, noting: "To enable mRNA as a potential new class of medicine, efficient delivery of mRNA to the cytosol of cells of interest is required."

**Speaker Notes for Slide 6**

Talking points:
1. To enable mRNA a a potential new class of medicines, efficient delivery of mRNA to the cytosol of cells of interest is required.
2. Several biological barriers and interactions must be navigated: nuclease protection, protein opsonization and distribution, endosomal escape and cytosolic availability.
3. In addition, biocompatibility and metabolism of the delivery agent is critical for safety/tolerability.
4. Lipid nanoparticles (LNPs) have been engineered to efficiently deliver mRNA safely.

**FIGURE 3.2**

---

[1460] MRNA-GEN-01731538-597, at 570 (December 20, 2023 Deposition of Antonin de Fougerolles, Ph.D. (*Moderna v. Pfizer*), 130:1-130:7.).

[1461] "Moderna," *Flagship Pioneering,* 2024, *available at* https://www.flagshippioneering.com/companies/moderna.

[1462] MRNA-GEN-01068552-632.081 at 563 (Kerry Benenato, "Lipid Nanoparticles (LNPs)," *Moderna*, n.d., PDF p. 12 of 162) ("Speaker Notes for Slide 5").

[1463] MRNA-GEN-01068552-632.081 at 566 (Kerry Benenato, "Lipid Nanoparticles (LNPs)," *Moderna*, n.d., PDF p. 15 of 162) ("Speaker Notes for Slide 6").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

541.    In October 2014, Moderna's Drs. Almarsson and Lawlor stated: "Formulation and delivery represent keys to ultimate success of mRNA therapeutics[.]"[1464]  In addition, Dr. Parsons testified that "[t]he lipid nanoparticle is an important part of – yeah, an important component of the vaccine mechanism of action."[1465]

542.    In an April 2019 article, Moderna's scientists acknowledged that "[a] potent and well-tolerated delivery technology is integral to fully realizing the potential of mRNA vaccines."[1466]  "mRNA-based medicines rely on an effective delivery technology to protect nucleic acids from degradation and enable mRNA to reach target membranes."[1467]  In an October 11, 2021 *NPR* interview, Moderna's co-founder and Board Chairman, Dr. Noubar Afeyan, described mRNA-based medicines as follows: "it's just a code molecule.  You just sequence, put the sequence in for the DNA, make the RNA in one step, you put it in an LNP in a second step and your done.  It's – I'm simplifying, but not by much."[1468]  Dr. Afeyan described Moderna's work as follows: "Here we

---

[1464] MRNA-GEN-00742618-624, at 618 (Almarsson Deposition Exhibit No. 7 – Örn Almarsson, Ph.D., Ciaran Lawlor, Ph.D., "Formulation and Delivery of modified mRNA: IM and IV dosing of LNP," *Moderna,* October 12, 2014, p. 1 of 7).  May 31, 2024 Deposition of Örn Almarsson, Ph.D., 104:21-105:9 ("Q. The very first sentence of this paragraph states, 'Formulation and delivery represent keys to ultimate success of mRNA therapeutics.'  Do you see that ?  A. Yes.  Q. Do you agree with that statement?  A. It is a reference to a paper which I – so I don't know the genesis of the statement.  The formulation of mRNA therapeutics is an important aspect, yes.").

[1465] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 389:4-389:6.

[1466] No Bates No. (Benenato Deposition Exhibit No. 9 – Kimberly J. Hassett, Kerry E. Benenato, Eric Jacquinet, Aisha Lee, Angela Woods, Olga Yuzhakov, Sunny Himansu, Jessica Deterling, Benjamin M. Geilich, Tatiana Ketova, Cosmin Mihai, Andy Lynn, Iain McFadyen, Melissa J. Moore, Joseph J. Senn, Matthew G. Stanton, Örn Almarsson, Giuseppe Ciaramella, Luis A. Brito, "Optimization of Lipid Nanoparticles for Intramuscular Administration of mRNA Vaccines," *American Society of Gene & Cell Therapy,* Vol. 15, April 2019, p. 1, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6383180/pdf/main.pdf.).

[1467] Answer to Amended Complaint, p. 28.

[1468] Guy Raz, Casey Herman, Neva Grant, "Moderna and Flagship Pioneering: Noubar Afeyan," *NPR,* October 11, 2021, Audio at 53:12-53:23 of 1:07:52, *available at* https://www.npr.org/2021/10/08/1044644976/moderna-and-flagship-pioneering-noubar-afeyan#. *See also* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 42:7-42:17 ("A. . . . But at the end of the day, it's payload that ultimately expresses proteins in cells, and needs to be trafficked to different cells.  Now, different payloads have different features.  mRNA is a long oligo.  RNAi is short.  RNA is stable.  RNAi is stable, mRNA is not.  So you have different features you have to design for and manage for, so delivery is what do you want your delivery to be able to solve it, . . .").

418

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

were, putting a single protein, delivered a known way, to specific cells, and so we were really priming the immune system."[1469]

543.    In June 2024, Dr. Parsons testified that "[t]he lipid nanoparticle is an important part of – yeah, an important component of the vaccine mechanism of action."[1470]

### c.    Genevant Recognizes the Importance of Delivery

544.    As of 2018, Genevant had "15+ years pioneering the field of RNA therapeutics and delivery" and had invested ▮▮▮▮ in delivery technology,"[1471] and stated: "Delivery is the primary challenge with RNA therapeutics. . . . Payload technology and its delivery are equally critical for successful RNA drug development." [1472]  Genevant has identified the "Barriers to RNA therapeutics delivery" as including: "Require intracellular delivery," "Prone to rapid degradation and excretion," "Do not pass freely through cell membranes" and "mRNA and gene editing cannot utilize 'traditional' chemical modifications or delivery technologies."[1473]

### 3.    mRNA Medicines & the Work of Arbutus Scientists

545.    Dr. Mitchell describes the background regarding mRNA medicines and Lipid nanoparticles as follows:

> The LNPs at issue in this case differ from predecessor lipid-based delivery systems, including cationic lipoplexes, and are generally comprised of three or four lipid components: (1) "cationic" (or "ionizable" lipids or "aminolipids") that are neutral or uncharged at physiological pH (approximately pH 7) but which become positively charged at low pH due to the presence of nitrogen- or amine-bearing chemical groups; (2) cholesterol and (3) phospholipids, which are "structural" lipids that maintain the LNP structure; and (4) conjugated lipids that contain a lipid "anchor" attached (or "conjugated") to a hydrophilic component, generally

---

[1469] Guy Raz, Casey Herman, Neva Grant, "Moderna and Flagship Pioneering: Noubar Afeyan," *NPR,* October 11, 2021, Audio at 59:22-59:31 of 1:07:52, *available at* https://www.npr.org/2021/10/08/1044644976/moderna-and-flagship-pioneering-noubar-afeyan#.

[1470] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 389:4-389:6.

[1471] GENV-00848709-781, at 712 (Heyes Deposition Exhibit No. 23 – "Genevant - Overview Presentation," *Genevant,* July 2018, Slide 4 of 73) ("Vision: Become the leader in RNA therapeutics by addressing genetic conditions with a pan-RNA approach").

[1472] GENV-00848709-781, at 714 (Heyes Deposition Exhibit No. 23 – "Genevant - Overview Presentation," *Genevant,* July 2018, Slide 6 of 73) ("Delivery is the primary challenge with RNA therapeutics").

[1473] GENV-00848709-781, at 714 (Heyes Deposition Exhibit No. 23 – "Genevant - Overview Presentation," *Genevant,* July 2018, Slide 6 of 73) ("Delivery is the primary challenge with RNA therapeutics").

419

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

polyethylene glycol or "PEG." The hydrophilic nature of PEG reduces the propensity of LNPs to aggregate or fuse during manufacture and also "shields" them from being rapidly cleared in the bloodstream. However, PEG-lipids can also can interfere with the ability of LNPs to fuse with cell membranes. As explained in greater detail below, the ratio of the four components in the claimed LNPs is important to their desirable properties.

The LNPs at issue in this case generally are formed by the self-assembly of the lipids and the nucleic acids into particles. In particular, when the lipid components and nucleic acid are combined under certain conditions, they form LNPs due to the electrostatic interaction of the positively charged ionizable lipid (the cationic state of the lipid) with the negatively charged nucleic acid, as well as clustering of the lipids together to minimize their contact with water (the same phenomenon behind the formation of oil droplets in water). The resulting particles have a lipid outer layer surrounded by a "corona" of hydrophilic PEG domains from the conjugated lipid at the particle surface, which are so oriented due to the affinity of the PEG for water. The nucleic acid resides in the interior of the LNP, surrounded by the cationic lipid, phospholipid, and cholesterol. Although it is difficult to capture the exact structure of particles at the nanoscale, various schematic or "cartoon" depictions of LNPs from the literature reflect common depictions of the LNP's structure, as informed by various insights in the field, such as the ones discussed in this paragraph. Below is an example of such a graphical depiction:[1474]

**Samaridou 2020,[1475] Graphical Abstract**



---

[1474] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section VI.A.

[1475] E. Samaridou *et al.*, "Lipid nanoparticles for nucleic acid delivery: Current perspectives," *Advanced Drug Delivery Reviews*, Vols. 154-55, 2020, pp. 37-63, *available at* https://www.sciencedirect.com/science/article/abs/pii/S0169409X2030048X.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

The "Amino Lipid" above corresponds to the cationic lipid, while the "Structural Lipid" encompasses the phospholipid.[1476]

546.  The scientists at Tekmira and Arbutus, including the named inventors on the Patents-in-Suit, spent substantial time and effort to develop their LNP technology.  Indeed, Tekmira and its predecessors invested more than 500 person-years and more than $200 Million into their LNP platform as of 2012.[1477]

547.  Dr. Mitchell explains how the researchers at Protiva and Tekmira worked to develop a new type of lipid delivery system to improve upon  prior lipid delivery systems (what Dr. Mitchell generally refers to as lipoplexes), which had low levels of expression, safety concerns, and toxic side effects.[1478]  The problem that the Protiva and Tekmira scientists sought to address was the lack formulation techniques that could achieve high levels of nucleic acid encapsulation, particularly via a commercially viable manufacturing process and produce uniform particles.[1479]

548.  Plaintiffs' LNP formulations and formation process innovations were a major advancement in the capabilities of lipid-based systems and a turning point in the enablement of nucleic acid-based therapeutics.   For example, Michael D. Buschmann, stated: "[t]his [50/10/38.5/1.5 for Cationic/DSPC/Cholesterol/PEG–lipid] formulation developed for siRNA *is the basis for the subsequent development of LNPs* . . . which are now under emergency use after being approved

---

[1476] *See* E. Samaridou *et al.*, "Lipid nanoparticles for nucleic acid delivery: Current perspectives," *Advanced Drug Delivery Reviews*, Vols. 154-55, 2020, pp. 38-41, *available at* https://www.sciencedirect.com/science/article/abs/pii/S0169409X2030048X.  *See also* J. A. Kulkarni *et al.*, "On the Formation and Morphology of Lipid Nanoparticles Containing Ionizable Cationic Lipids and siRNA," *ACS Nano*, Vol. 12, 2018, pp. 4787-95, *available at* https://pubs.acs.org/doi/10.1021/acsnano.8b01516; Michael D. Buschmann *et al.*, "Nanomaterial Delivery Systems for mRNA Vaccines," *Vaccines (Basel)*, Vol. 9, No. 65, January 19, 2021, pp. 1-30, *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC7836001/pdf/vaccines-09-00065.pdf; November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section VI.A,.
[1477] May 21, 2024 Deposition of Dave Kille, 42:18-45:19. *See also* GENV-00233655-707, at 659 (March 16, 2011 Complaint in *Tekmira Pharms. Corp., et al. v. Alnylam Pharms. Inc., et al.*, Civil Action No. 11-1010-BLS2); Dirk Haussecker, "The Business of RNAi Therapeutics in 2012," *Molecular Therapy-Nucleic Acids*, Vol. 2, No. e8, 2012, pp. 1-12 at 8, *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC3381602/pdf/mtna20119a.pdf ("[I]t took Tekmira 500 person-years and over US$200M to turn a single technology, SNALP, into the prolific drug development engine it is today.").
[1478] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section VI.A.
[1479] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section VI.A.

421

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

for the delivery of SARS-CoV-2 mRNA vaccines."[1480] *Forbes* has also explained how "the [Inex] system could not consistently deliver bigger molecules, the type needed for gene therapy, in medically useful ways. They tried other approaches, including using ethanol, but didn't succeed. 'We assembled all the LNP [lipid nanoparticle] pieces at Inex, but we didn't get it to work' for genetic material, Cullis says.'"[1481]

549.    As described elsewhere, Dr. Katalin Karikó, recognized both the importance and challenge associated with delivery and also acknowledged the pivotal role played by Plaintiffs' inventions. Dr. Karikó has been quoted as stating the Plaintiffs' LNPs were her "number one choice" and that "a lot of credit goes to [Arbutus scientist and named inventor] Ian MacLachlan for the LNP" used in various COVID-19 vaccines.[1482]   She has further discussed how "formulation was important" and Ian MacLachlan was the "first time I heard somebody publicly talk about lipid nanoparticle formulated mRNA; prior to that only siRNA . . . .  [Ian] presented here [at] this meeting 10 years ago that it was in vivo studies, LNP mRNA and we heard about cancer as well as infectious disease vaccines."[1483]

550.    Moderna also acknowledged the role that Plaintiffs' work has played in overcoming key challenges in the field, as shown in **Figure 3.3**,[1484] below, crediting the "team at Protiva" for developing the "new process . . . with very high encapsulation."

---

[1480] Michael D. Buschmann *et al.*, "Nanomaterial Delivery Systems for mRNA Vaccines," *Vaccines (Basel)*, Vol. 9, No. 65, January 19, 2021, pp. 1-30, at 5-6, *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC7836001/pdf/vaccines-09-00065.pdf.

[1481] No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).

[1482] No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).

[1483] Katalin Karikó, Keynote Lecture, International mRNA Health Conference, October 31, 2023, 5:15-5:50.

[1484] MRNA-GEN-01068552-632.081 at 632.034 (Kerry Benenato, "Lipid Nanoparticles (LNPs)," *Moderna*, n.d., PDF p. 115 of 162) ("Speaker Notes for Slide 48").

422

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**Speaker Notes for Slide 48**

Talking points:  There are decades of research and innovation in Lipid nanoparticles (LNPs)
1. Late 80's Phil Felgner illustrated that cationic lipids can transfect cells in-vitro with plasmid DNA
2. Fast forward to 2000's, new process developed by team at Protiva to encapsulate plasmid DNA without the need for thin film hydration with very high encapsulation.  Prior to this high encapsulation was very difficult to achieve without highly charged species.
3. MC3 identified through medicinal chemistry approach used for siRNA
4. MC3 vs DlinDMA phase I trial for siRNA for a hepatic rare disease
5. Moderna demonstrated large mRNAs can also be encapsulated within LNPs and work for vaccines:  First example that LNPs can work in man for vaccines

**FIGURE 3.3**

### C.    Description of the Claimed Inventions of the Patents-in-Suit

551.    The Patents-in-Suit relate to nucleic acid-lipid delivery technology.[1485]  "mRNA-based medicines rely on an effective delivery technology to protect nucleic acids from degradation and enable mRNA to reach target membranes."[1486]  In an October 11, 2021 *NPR* interview, Moderna's co-founder and Board Chairman, Dr. Noubar Afeyan, described mRNA-based medicines as follows: "it's just a code molecule.  You just sequence, put the sequence in for the DNA, make the RNA in one step, you put it in an LNP in a second step and your done.  It's – I'm simplifying, but not by much."[1487]  Dr. Afeyan described Moderna's work as follows: "Here we were, putting a single protein, delivered a known way, to specific cells, and so we were really priming the immune system."[1488]

552.    *Forbes* has described the claimed inventions of the Lipid Composition Patents as follows:

> The team he [Ian MacLachlan] led quickly went on to develop a new lipid nanoparticle made of four specific kinds of lipids.  Though these were among the lipids Inex had also been using in its experiments, MacLachlan's LNP had a dense core that differed significantly from the sac-like liposome bubbles developed by Inex.  MacLachlan's team had figured out the specific ratios of the four kinds of

---

[1485] *See, e.g.,* Amended Complaint, ¶ 28.

[1486] Answer to Amended Complaint, p. 28.

[1487] Guy Raz, Casey Herman, Neva Grant, "Moderna and Flagship Pioneering: Noubar Afeyan," *NPR,* October 11, 2021, Audio at 53:12-53:23 of 1:07:52, *available at* https://www.npr.org/2021/10/08/1044644976/moderna-and-flagship-pioneering-noubar-afeyan#. *See also* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 42:7-42:17 ("A. . . . But at the end of the day, it's payload that ultimately expresses proteins in cells, and needs to be trafficked to different cells.  Now, different payloads have different features.  mRNA is a long oligo.  RNAi is short.  RNA is stable.  RNAi is stable, mRNA is not.  So you have different features you have to design for and manage for, so delivery is what do you want your delivery to be able to solve it, . . .").

[1488] Guy Raz, Casey Herman, Neva Grant, "Moderna and Flagship Pioneering: Noubar Afeyan," *NPR,* October 11, 2021, Audio at 59:22-59:31 of 1:07:52, *available at* https://www.npr.org/2021/10/08/1044644976/moderna-and-flagship-pioneering-noubar-afeyan#.

423

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

vivo," and "a significant increase in the therapeutic index as compared to nucleic acid-lipid particle compositions previously described." [1507]

### E.    Evidence of Demand for and Use of the Claimed Inventions of the Patents-in-Suit

558.    An mRNA-based COVID-19 vaccine would not be possible without either the payload or the delivery vehicle.[1508]  Pfizer's CEO, Albert Bourla, has acknowledged the critical role of delivery vehicle as follows:

> "The whole mRNA platform is not how to build an mRNA molecule; that's the easy thing," Bourla says.  "It is how to make sure the mRNA molecule will go into your cells and give the instructions."[1509]

559.    In August 2021, *Forbes* reported on its "months-long investigation" that concluded that Ian MacLachlan and his team at Protiva and Tekmira were most responsible for the critical mRNA delivery system:

> Yet the story of how Moderna, BioNTech and Pfizer managed to create that vital delivery system has never been told.  It's a complicated saga involving 15 years of legal battles and accusations of betrayal and deceit.  What is clear is that when humanity needed a way to deliver mRNA to human cells to arrest the pandemic, there was only one reliable method available—and it wasn't one originated in-house by Pfizer, Moderna, BioNtech or any other major vaccine companies.
>
> A months-long investigation by *Forbes* reveals that the scientist most responsible for this critical delivery method is a little-known 57-year-old Canadian biochemist named Ian MacLachlan.  As chief scientific officer of two small companies, Protiva Biotherapeutics and Tekmira Pharmaceuticals, MacLachlan led the team that developed this crucial technology.  Today, though, few people—and none of the big pharmaceutical companies—openly acknowledge his groundbreaking work, and MacLachlan earns nothing from the technology he pioneered.
> . . .

---

[1507] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section VIII, *citing* '069 patent at 5:44-58.

[1508] *See, e.g.,* June 5, 2024 30(b)(6) Deposition of Peter Zorn, 269:21-270:1 ("Q. Is an mRNA-based COVID-19 vaccine possible with the payload? . . . THE WITNESS: It's not possible without either the payload or the delivery vehicle.").  July 18, 2024 Interview of Peter Zorn. July 25, 2024 Interview of Dr. Mark Murray. November 21, 2024 Interview of Dr. Frederick W. Porter, Ph.D.  November 21, 2024 Interview of Pete Zorn.  November 22, 2024 Interview of Michael Mitchell, Ph.D.

[1509] No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).

427

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Moderna Therapeutics vigorously disputes the idea that its mRNA vaccine uses MacLachlan's delivery system, and BioNTech, the vaccine maker that partnered with Pfizer talks about it carefully.  Legal proceedings are pending[.][1510]

560.    In a February 28, 2022 press release announcing this lawsuit, Genevant stated:

It is well established in the scientific literature that the most significant technological hurdle to developing and deploying medicines using mRNA is engineering a safe and effective way to deliver the mRNA to human cells. Scientists at Arbutus and Genevant have spent years developing and refining lipid nanoparticle (LNP) delivery technology, which has been licensed for various applications to many different third parties.  Genevant and Arbutus's LNP technology relies on microscopic particles built from four carefully selected types of fat-like molecules to shelter and protect RNA molecules.  With this technology, the RNA can travel through the human body to a target cell and through the target cell's membrane before releasing the RNA.  Without this crucial delivery technology, the RNA would quickly degrade in the body and be ineffective.[1511]

561.    Genevant's Mr. Zorn added: "I am not a historian in nucleic acid drug development, but it is my understanding that the delivery of nucleic acid, specifically mRNA, has been viewed as the greatest historical challenge and that there are – have been public statements by Nobel [prize-winning scientists] that say essentially that."[1512]

562.    There is significant evidence of demand for and use of the claimed inventions of the Patents-in-Suit including at least the following:

### 1.    The Patents-in-Suit Enabled mRNA Products

563.    As noted above, during Tekmira's November 2014 Analyst Day, the company claimed: **"Tekmira's LNP <u>Enable</u> mRNA Products"** and "mRNA require intracellular delivery for activity[;] **LNP is the GOLD STANDARD for <u>mRNA</u> delivery**[.]"[1513]

---

[1510] No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).

[1511] GENV-00245776-777, at 776 (Zorn Deposition Exhibit No. 7 – "Genevant Sciences and Arbutus Biopharma File Patent Infringement Lawsuit Against Moderna," *Genevant,* February 28, 2022).

[1512] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 79:16-79:24.

[1513] MRNA-GEN-01240180-198, at 191 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 12 of 19) ("Tekmira ( -2014) – an RNA and LNP company").  May 22, 2024 30(b)(6)

428

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

564.    A 2017 Moderna presentation, also states "siRNA lipid nanoparticle technology has enabled mRNA delivery," as shown in **Figure 3.4**,[1514] below.  Dr. Benenato testified: "It's [MC3] really great science and a good example and a tool that, like I said, enables early questions with messenger RNA. . . . This was, you know, an important thing for siRNA.[1515] . . . This was public information that talked about lipid nanoparticles, and that was a really great tool, as I said before, tool to be able to start asking questions with messenger RNA."[1516]



---

Deposition of Said E. Francis, 195:18-196:7 ("Q. And you've selected to display here a slide that says, 'Tekmira's LNP Enable mRNA Products.'  Do you see that?  A. That's a screen shot of a Tekmira slide where they presented themselves as – with the title that you read.  So that's their presentation of themselves.  Q. And you decided to select that slide and include it in this presentation to a subcommittee of Moderna's board, correct?  A. As an update, yes.").

[1514] MRNA-GEN-00473016-031, at 018 (Benenato Deposition Exhibit No. 21 – Kerry Benenato, "A New Amino Lipid Series for Efficient and Safe Lipid Nanoparticle Delivery of mRNA Therapeutics," *Moderna,* 2017, Slide 3 of 16).

[1515] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 185:18-186:1.

[1516] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 186:8-186:12.

429

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**FIGURE 3.4**

565. In the March 2017 book, *Topics in Medicinal Chemistry,* Dr. Benenato and her colleague, Dr. Matthew Stanton discussed "the two main hurdles to implementation of this technology [mRNA as a therapeutic modality] . . . —RNA delivery and innate immunology"[1517] and stated the following:

> A critical factor in mRNA therapeutics becoming a viable clinical option is the identification of a delivery vehicle that enables efficient and safe systemic delivery of mRNA to multiple tissues.[1518]
>
> . . .
>
> Early discovery efforts in the development of mRNA based therapies have taken advantage of the effort that has gone into the identification of clinically viable delivery vehicles for other nucleic acid based therapies, such as siRNA.[1519]   Of

---

[1517] MRNA-GEN-01293269-276, at 262 (Benenato Deposition Exhibit No. 17 - Matthew G. Stanton, Kerry E. Murphy-Benenato, "Messenger RNA as a Novel Therapeutic Approach," *in* Amanda L. Garner, Ed., *Topics in Medicinal Chemistry,* (New York: Springer, March 17, 2017), pp. 237-253, *available at* https://link.springer.com/chapter/10.1007/7355_2016_30.). May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 152:6-152:15 ("Q. The first full paragraph towards the top, it identifies two main hurdles to mRNA therapeutics.  Do you see that?  . . . Q. And those hurdles are RNA delivery and innate immunology, right?  A. That's what it says."); 154:3-154:11 ("Q. So between delivery and innate immunology, what was the most significant hurdle to mRNA therapeutics?  A. I can't comment.  It's they're together.  Q. What do you mean they're together?  A. I can't separate the two of them and say one was harder than the other or bigger than the other.").

[1518] MRNA-GEN-01293269-276, at 262 (Benenato Deposition Exhibit No. 17 - Matthew G. Stanton, Kerry E. Murphy-Benenato, "Messenger RNA as a Novel Therapeutic Approach," *in* Amanda L. Garner, Ed., *Topics in Medicinal Chemistry,* (New York: Springer, March 17, 2017), pp. 237-253, *available at* https://link.springer.com/chapter/10.1007/7355_2016_30.).

[1519] *See also* May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 157:16-159:15 ("Q. . . . It says: 'Early discovery efforts in the development of mRNA based therapies have taken advantage of the effort that has gone into the identification of clinically viable delivery vehicles for other nucleic acid based therapies, such as siRNA.'  Do you see that?  A. Yes.  Q. So how did the early discovery efforts with mRNA take advantage of the previous work that had been done with siRNA?  A. The work done with siRNA, a broad variety of work, looked at different ways to delivery siRNA.  Lipid nanoparticles is one of them.  Polymeric particles is another one, and a variety.  So the fact that they were known entities enables those first experiments to see that you could delivery mRNA.  Q. . . . [H]ow did that siRNA work enable Moderna's early LNP work? . . . A. I don't – I wouldn't say it enabled Moderna's LNP work.  It enabled Moderna because there was something that existed that they could encapsulate and see that delivery messenger RNA has – could be a thing.  Q. How does that relate to the siRNA work?  A. Just because they were delivery vehicles; and from the public literature and academics that had been used to encapsulate and deliver siRNA.  And therefore, there was a tool to use with messenger RNA.  Q.

430

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

these delivery systems, one of the most advanced are lipid nanoparticles (LNPs) which are being utilized in multiple clinical trials.[1520]

. . .

The ability of LNPs, which have been optimized for siRNA delivery, to be repurposed for mRNA delivery has been verified by three different groups. In 2012, researchers at Novartis demonstrated intramuscular delivery of a self-amplifying RNA vaccine in a rodent model of RSV using D-Lin-DMA based LNPs, a vehicle that has been employed by Alnylam in a Phase 1 study for the delivery of siRNA. This was the first study that established amino lipid based LNPs (which had been optimized specifically for siRNA delivery to the liver) for stable particles with mRNA and effectively release the mRNA for protein translation in vivo.[1521]

In 2015 the Acuitas family of amino lipids were utilized for the systemic delivery of mRNA to mice via multiple routes of administration.[1522] . . . Following this report, scientists at CureVac GmbH employed the same lipid class and showed this class of LNPs were a viable delivery route for mRNA in both pig and cynomolgus monkeys. . . .

A group at Pfizer has also lent support to the concept of LNPs for mRNA delivery. The researchers demonstrated intravenous and intrathecal delivery of frataxin

---

And Moderna used that tool that existed to delivery mRNA. A. I can't speak to what happened at Moderna before I started. However, when I started, what I saw was that Moderna was using a number of different known lipid nanoparticles.").

[1520] MRNA-GEN-01293269-276, at 262-263 (Benenato Deposition Exhibit No. 17 - Matthew G. Stanton, Kerry E. Murphy-Benenato, "Messenger RNA as a Novel Therapeutic Approach," *in* Amanda L. Garner, Ed., *Topics in Medicinal Chemistry,* (New York: Springer, March 17, 2017), pp. 237-253, *available at* https://link.springer.com/chapter/10.1007/7355_2016_30.)

[1521] *See also* May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 159:21-161:10 ("Q. Could you go to 264. The first full paragraph describes work that Novartis did on self-amplifying RNA. Do you see that? A. Yes. Q. Novartis used DLin-DMA-based LNPs that Alnylam had developed, right? A. I don't know who development them, but they were used. Q. Fair. Alnylam used those to deliver siRNA? A. Yes. Q. And Novartis showed that those LNPs could form stable particles with mRNA? A. That's what it says here. I don't remember any details of the publication that they're referring to, but that's what it says. Q. To the best of your knowledge, was Novartis the first to demonstrate that mRNA could be delivered with LNPs? A. I don't – I don't remember if they were the first. Q. Okay. A. If that's what I'm saying here, then that's what I'm saying here. But I very well could have missed references, so I can't explicitly say. Q. Do you know if Moderna had demonstrated delivery of mRNA prior to this Novartis work? A. I don't know. Q. Moderna wasn't involved in this Novartis work, was it? A. Based on my understanding, no.").

[1522] *See also* May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 161:11-162:1 ("Q. The next paragraph is – it's about an Acuitas family of amino lipids. Do you see that? A. Yes. Q. So what group did that work that you're referring to in the first sentence? A. I don't know. I'd have to go back to the references. Q. I presume this was not Moderna work. A. I'm not referencing anything in Moderna. This was a review, and Moderna had not disclosed any of their work.").

431

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

mRNA in MC3 effective based LNPs, Alnylam's second generation clinical LNP formulation for their siRNA programs. In this report, using mRNA encapsulated in an MC based LNP, they were able to show mRNA LNPs behave similarly in vivo to siRNA LNPs, delivering to the liver when dosed intravenously.[1523]

In addition to the classes of amino lipids exemplified by MC3 (single ionizable amine) Anderson and co-workers have pioneered the development of a series of poly-amino lipid-like materials for siRNA delivery. The lipidoids, exemplified by C12-200, enter cells via a non-LDLr dependent mechanism. Starting with the optimal C12-200 formulation for siRNA delivery, C12-200:DSPC:Chol:DMG-PEG2000 (50:10:38.5:1.5), Anderson and co-workers performed a systematic design of experiment (DOE) to optimize for mRNA delivery.[1524] . . .

. . .

Being able to build on the work that has enabled siRNA and other nucleic acid based therapies to enter the clinic has allowed the power of mRNA based therapies to be realized.[1525]

---

[1523] *See also* May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 162:6-164:10 ("Q. The next paragraph is about work that Pfizer did. A. Yes. Q. And they also used Alnylam's formulation from their siRNA program, right? A. That's what it says here. Q. And the conclusion is that the mRNA LNPs performed similarly to the siRNA LNPs; is that right? A. That's what it states here. Q. Do you think that's accurate? A. I don't know what I'm referring to here. But based on the sentence of saying that the LNP that they used to deliver to the liver also went to deliver, presumably, when there was another cargo. But, again, I don't remember the data from this paper or which data they showed I saw to them write that sentence, I don't remember. Q. Okay. I guess the takeaway message from these paragraphs is that multiple groups had shown that mRNA could be delivered with LNPs; is that fair? A. There were a few publications that reported that. Q. And, in particular, these siRNA-optimized formulations were able to successfully deliver mRNA? . . . A. Lipid nanoparticles that were used with siRNA could encapsulate mRNA and deliver mRNA. Q. Are you aware of any instances where the clinical siRNA LNP formulation did not encapsulate mRNA? A. I can't comment. Q. Can you not comment because you are not aware of any such instances? A. Yes. Because I'm not aware of all the clinical siRNA programs. There is a lot, and different things. So, therefore, I can't comment. Q. But in your review of the literatures, can you recall any instances when someone had a clinical siRNA formulation and it didn't work with mRNA? A. I can't remember one, but that doesn't mean there isn't one.").

[1524] MRNA-GEN-01293269-276, at 264-266 (Benenato Deposition Exhibit No. 17 - Matthew G. Stanton, Kerry E. Murphy-Benenato, "Messenger RNA as a Novel Therapeutic Approach," *in* Amanda L. Garner, Ed., *Topics in Medicinal Chemistry,* (New York: Springer, March 17, 2017), pp. 237-253, *available at* https://link.springer.com/chapter/10.1007/7355_2016_30.).

[1525] MRNA-GEN-01293269-276, at 267 (Benenato Deposition Exhibit No. 17 - Matthew G. Stanton, Kerry E. Murphy-Benenato, "Messenger RNA as a Novel Therapeutic Approach," *in* Amanda L. Garner, Ed., *Topics in Medicinal Chemistry,* (New York: Springer, March 17, 2017), pp. 237-253, *available at* https://link.springer.com/chapter/10.1007/7355_2016_30.). May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 166:2-167:5 ("Q. Go to 267 [of Benenato

432

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 2.    Published Papers Establish That Moderna Used the Claimed Inventions of the Patents-in-Suit

566.    Published papers, both before mRNA-1273 and for mRNA-1273 establish that Moderna used the claimed inventions of the Patents-in-Suit—and further establish that the scientific foundation of Moderna's clinical data was based on Genevant's "gold standard" LNP.

### a.    Moderna's Published Papers *Before* mRNA-1273

567.    Moderna's published papers relating to its clinical studies for pipeline products prior to mRNA-1273 established that it used Genevant's "gold standard" formulation, and include at least the following:

   a)  Justin M. Richner, Sunny Himansu, Kimberly A. Dowd, Scott L. Butler, Vaness Salazar, Julie M. Fox, Justin G. Julander, William W. Tang, Sujan Shresta, Theodore C. Pierson, Giuseppe Ciaramella, Michael S. Diamond, "Modified mRNA Vaccines Protect against Zika Virus Infection," *Cell,* March 9, 2017, pp. 1114-25,e1-e10, at e4, *available at* https://pdf.sciencedirectassets.com/272196/1-s2.0-S0092867416X00062/1-s2.0-S0092867417301952/mainext.pdf.

   b)  Kapil Bahl, Joe J. Senn, Olga Yuzhakov, Alex Bulychev, Luis A. Brito, Kimberly J. Hassett, Michael E. Laska, Mike Smith, Orn Almarsson, James Thompson, Amilcar (Mick) Ribeiro, Mike Watson, Tal Zaks, Giuseppe Ciaramella, "Preclinical and Clinical Demonstration of Immunogenicity by mRNA Vaccines against H10N8 and H7N9 Influenza Viruses," *Molecular Therapy,* Vol. 25, No. 6, June 2017, pp. 1316-1327, *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC5475249/pdf/main.pdf.

   c)  John Shinu, Olag Yuzhakov, Angela Woods, Jessica Deterling, Kimberly Hassett, Christine A. Shaw, Giuseppe Ciaramella, "Multi-antigenic human cytomegalovirus mRNA vaccines that elicit potent humoral and cell-mediated immunity," *Vaccine,* February 2018, pp. 1689-1699, at 1690-91, 98, *available at* https://www.researchgate.net/profile/Giuseppe-Ciaramella/publication/323189644_Multi-antigenic_human_cytomegalovirus_mRNA_vaccines_that_elicit_potent_humoral_and_cell-mediated_immunity/links/5a8dbc77458515eb85ac7992/Multi-antigenic-human-

---

Deposition Exhibit No. 17]. The last paragraph says: 'Being able to build on the work that has enabled siRNA and other nucleic acid based therapies to enter the clinic has allowed the power of mRNA based therapies to be realized.' Do you see that? A. yes. Q. Do you feel that Moderna's work has built on the work that enabled siRNA to enter the clinic? A. It's not saying mRNA, enabling mRNA to enter the clinic. It's saying 'si' and other nucleic acid-based therapies. Q. Okay. So, do you think that the work that was done to enable siRNA and other nucleic acid-based therapies to enter the clinic, did that allow Moderna to realize the power of mRNA-based therapies? A. Like I said, there were tools available that allowed, first, you know, work and looking at mRNA and whether or not it could – it could be used. I think saying 'to be realized,' I think was going a little far with that statement.").

433

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

cytomegalovirus-mRNA-vaccines-that-elicit-potent-humoral-and-cell-mediated-immunity.pdf.

d)  Kimberly J. Hassett, Kerry E. Benenato, Eric Jacquinet, Aisha Lee, Angela Woods, Olga Yuzhakov, Sunny Himansu, Jessica Deterling, Benjamin M. Geilich, Tatiana Ketova, Cosmin Mihai, Andy Lynn, Iain McFadyen, Melissa J. Moore, Joseph J. Senn, Matthew G. Stanton, Örn Almarsson, Giuseppe Ciaramella, Luis A. Brito, "Optimization of Lipid Nanoparticles for Intramuscular Administration of mRNA Vaccines," *American Society of Gene & Cell Therapy,* Vol. 15, April 2019, p. 1, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6383180/pdf/main.pdf.

e)  Robert A. Feldman, Rainard Fuhr, Igor Smolenov, Amilcar (Mick) Ribeiro, Lori Panther, Mike Watson, Joseph J. Senn, Mike Smith, Orn Almarsson, Hari S. Pujar, Michael E. Laska, James Thompson, Tal Zaks, Giuseppe Ciaramella, "mRNA vaccines against H10N8 and H7N9 influenza viruses of pandemic potential are immunogenic and well tolerated in healthy adults in phase 1 randomized clinical trials," *Vaccine,* May 10, 2019, pp. 3326-34, at 26, *available at* https://pdf.sciencedirectassets.com/271205/1-s2.0-S0264410X19X00225/1-s2.0-S0264410X19305626/main.pdf.

f)  Antonios O. Aliprantis, Christine A. Shaw, Paul Griffin, Nicholas Farinola, Radha A. Railkar, Xin Cao, Wen Liu, Jeffrey R. Sachs, Christine J. Swenson, Heather Lee, Kara S. Cox, Daniel S. Spellman, Colleen J. Winstead, Igor Smolenov, Eseng Lai, Tal Zaks, Amy S. Espeseth, Lori Panther, "A phase 1, randomized, placebo-controlled study to evaluate the safety and immunogenicity of an mRNA-based RSV prefusion F protein vaccine in healthy younger and older adults," *Human Vaccines & Immunotherapeutics,* October 2020, pp. 1248-1261, at 1249, *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC8078688/pdf/KHVI_17_1829899.pdf.

g)  Alison August, Christine A. Shaw, Heather Lee, Conor Knightly, Shiva Kalidindia, Laurence Chu, Brandon J. Essink, William Seger, Tal Zaks, Igor Smolenov, Lori Panther, "Safety and Immunogenicity of an mRNA-Based Human Metapneumovirus and Parainfluenza Virus Type 3 Combined Vaccine in Healthy Adults," *Open Forum Infectious Diseases,* May 2022, *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC9251669/pdf/ofac206.pdf.

h)  Allison August, Husain Z. Attarwala, Sunny Himansu, Shiva Kalidindi, Sophia Lu, Rolando Pajon, Shu Han, Jean-Michel Lecerf, Joanne E. Tomassini, Marjie Hard, Leon M. Ptaszek, James E. Crowe, Tal Zaks, "A phase 2 trial of lipid-encapsulated mRNA encoding a monoclonal antibody with neutralizing activity against Chikungunya virus," *Nature Medicine,* Vol. 27, December 2022, pp. 2224-33, at 2224, *available at* https://www.nature.com/articles/s41591-021-01573-6.pdf.

i)  Christine A. Shaw, Allison August, Stephan Bart, Peta-Gay Jackson Booth, Conor Knightly, Trevor Brasel, Scott C. Weaver, HongHong Zhou, Lori Panther, "A phase 1, randomized, placebo-controlled, dose-ranging study to evaluate the safety and immunogenicity of an mRNA-based chikungunya virus in health adults," *Vaccine,* Vol. 41, Issue 26, June 2023, pp. 398-3906, *available at* https://www.sciencedirect.com/science/article/abs/pii/S0264410X23004887?via%3Dihub.

434

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### b.      mRNA-1273 Papers

568.  Other published papers establish that Moderna used Genevant's "gold standard" formulation in mRNA-1273. For example, The June 11, 2020 "Moderna/NIH preprint ["SARS-CoV-2 mRNA Vaccine Development Enabled by Prototype Pathogen Preparedness"[1526]] detailed Moderna's use of Arbutus's LNP technology and its infringement of the Asserted Patents. . . . Specifically, the Moderna/NIH preprint indicates that the Accused Product includes lipid particles comprising the following lipids in the following ratio: 50 mol % of an ionizable lipid that is cationic; 10 mol % of a phospholipid (DSPC); 38.5 mol % of cholesterol; and 1.5 mol % of a conjugated lipid that inhibits aggregation of particles (PEG-lipid)."[1527]    The [Moderna/NIH] preprint article was

---

[1526] *See* Kizzmekia S. Corbett, Darin Edwards, Sarah R. Leist, Olubukola M. Abiona, Seyhan Boyoglu-Barnum, Rebecca A. Gillespie, Sunny Himansu, Alexander Schafer, Cynthia T. Ziwawo, Anthony T. DiPiazza, Kenneth H. Dinnon, Sayda M. Elbashir, Christine A. Shaw, Angela Woods, Ethan J. Fritch, David R. Martinez, Kevin W. Bock, Mahnaz Minai, Bianca M. Nagata, Geoggrey B. Hutchinson, Kapil Bahl, Dario Garci-Dominguez, LingZhi Ma, Isabella Renzi, Wing-Pui Kong, Stephen D. Schmidt, Lingshu Wang, Yi Zhang, Laura J. Stevens, Emily Phung, Lauren A. Chang, Rebecca J. Loomis, Nedim Emil Altaras, Elisabeth Narayanan, Mihir Metkar, Vlad Presnyak, Catherine Liu, Mark K. Louder, Wei Shi, Kwanyee Leung, Eun Sung Yang, Ande West, Kendra L. Gully, Nianshuang Wang, Daniel Wrapp, Nicole A. Doria-Rose, Guillaume Steward-Jones, Hamilton Bennett, Martha C. Nason, Tracy J. Ruckwardt, Jason S. McLellan, Mark R. Denison, James D. Chappell, Ian N. Moore, Kaitlyn M. Morabito, John R. Mascola, Ralph S. Baric, Andrea Carfi, Barney S. Graham, "SARS-CoV-2 mRNA Vaccine Development Enabled by Prototype Pathogen Preparedness," *bioRxiv* preprint, June 11, 2020, *available at* https://www.biorxiv.org/content/10.1101/2020.06.11.145920v1.full.pdf.

[1527]  Kizzmekia S. Corbett, Darin Edwards, Sarah R. Leist, Olubukola M. Abiona, Seyhan Boyoglu-Barnum, Rebecca A. Gillespie, Sunny Himansu, Alexander Schafer, Cynthia T. Ziwawo, Anthony T. DiPiazza, Kenneth H. Dinnon, Sayda M. Elbashir, Christine A. Shaw, Angela Woods, Ethan J. Fritch, David R. Martinez, Kevin W. Bock, Mahnaz Minai, Bianca M. Nagata, Geoggrey B. Hutchinson, Kapil Bahl, Dario Garci-Dominguez, LingZhi Ma, Isabella Renzi, Wing-Pui Kong, Stephen D. Schmidt, Lingshu Wang, Yi Zhang, Laura J. Stevens, Emily Phung, Lauren A. Chang, Rebecca J. Loomis, Nedim Emil Altaras, Elisabeth Narayanan, Mihir Metkar, Vlad Presnyak, Catherine Liu, Mark K. Louder, Wei Shi, Kwanyee Leung, Eun Sung Yang, Ande West, Kendra L. Gully, Nianshuang Wang, Daniel Wrapp, Nicole A. Doria-Rose, Guillaume Steward-Jones, Hamilton Bennett, Martha C. Nason, Tracy J. Ruckwardt, Jason S. McLellan, Mark R. Denison, James D. Chappell, Ian N. Moore, Kaitlyn M. Morabito, John R. Mascola, Ralph S. Baric, Andrea Carfi, Barney S. Graham, "SARS-CoV-2 mRNA Vaccine Development Enabled by Prototype Pathogen Preparedness," *bioRxiv* preprint, June 11, 2020, p. 11 of 39, *available at* https://www.biorxiv.org/content/10.1101/2020.06.11.145920v1.full.pdf ("**Methods** . . . mRNA was then purified, diluted in citrate buffer to the desired concentration and encapsulated into lipid nanoparticles (LNP) by ethanol drop nanoprecipitation.  **At molar ratio of 50:10:38.5:1.5 (ionizable lipid:DSPC:cholesterol:PEG-lipid)**, lipids were dissolved in

435

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

published *after* Moderna's change from PVU to v1 Formulation, which Moderna contends changed the molar lipid ratio from 50% down to 49% and alleges does not infringe the Asserted Patents.[1528]

569.   On July 28, 2020, "another preclinical study of Moderna's COVID-19 vaccine, authored by Corbett et al, and published on the website of *The New England Journal of Medicine . . .,* confirmed that the mRNA was encapsulated in an LNP 'as described previously' and cited a prior Moderna publication that discloses the same lipid molar ratio as the Moderna/NIH preprint.  Four of the article's authors were affiliated with Moderna at the time of the article's publication.  Moderna has not requested retraction of the Corbett 2020 *The New England Journal of Medicine* article or otherwise submitted a correction of the Corbett 2020 *The New England Journal of Medicine* article."[1529]

570.   Less than a year later, "on May 14, 2021, Moderna submitted an international Patent application titled 'Coronavirus RNA Vaccines and Methods of Use,' which published on August 12, 2021 . . . Example 1 also recites that the particles used in the Phase I clinical trial of Moderna's vaccine are prepared with the same lipid molar ratio identified in the Moderna/NIH preprint, i.e.: 50 mol % of an ionizable lipid that is cationic; 10% mol % of a phospholipid (DSPC); 38.5 mol % of cholesterol; and 1.5 mol % of a conjugated lipid that inhibits aggregation of particles (PEG-lipid)."[1530]

---

ethanol . . ." (emphasis added)).  In June 2020, CNN's Dr. Sanjay Gupta described a "pre-print paper" as follows: "Traditionally, pre-print papers have been articles that researchers and academics put out on pre-print servers to get feedback from their peers before they submit their study to a journal. During this pandemic, the profiles of at least two of them
– medRxiv (pronounced med-archive), for health sciences, and bioRxiv (pronounced bio-archive), for biology – have been greatly elevated. "Pre-print servers are much, much more important than they ever have been in Covid-related areas – in other words, in life sciences, in clinical medicine. They just weren't a player before this," Dr. Ivan Oransky told us. Oransky is the co-founder of RetractionWatch.org, Vice President of Editorial at Medscape, and a medical journalism professor at New York University.").  *See* Dr. Sanjay Gupta, "Science by press release: When the story gets ahead of the science," *CNN Health,* June 27, 2020, *available at* https://www.cnn.com/2020/06/27/health/science-by-press-release-gupta/index.html.
[1528] MRNA-GEN-00547580-585, at 081 (Parsons Deposition Exhibit No. 15 – "Change to SM102 LNP Molar Targets," *Moderna,* Approved June 4, 2020,).
[1529] Answer to Amended Complaint, pp. 38-39.
[1530] Answer to Amended Complaint, pp. 39-40.

436

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 3.    Moderna's "Standard Formulation" was Cationic:DSPC:CHOL:DMGPEG (50:10:38.5:1.5)

571.    In June 2014, Moderna's "Search for Clinical LNP Composition" referred to MC3:DSPC:CHOL:DMGPEG (50:10:38.5:1.5) as the "Standard Formulation."[1531] The results of Moderna's study, as shown in **Figure 3.5**,[1532] below, concluded that ███████████
████████████████████████████████████████████████████████████
███████████████████████████████████████████████[1533]



---

[1531] *See, e.g.,* MRNA-GEN-00501644-664, at 650 (Almarsson Deposition Exhibit No. 16 – "R&D Meeting – MC3 DOE: Search for Clinical LNP Composition," *Moderna,* June 7, 2014, Slide 7 of 22) ("MC3 and DSPC Formulations – 40% and 50% Cationic Lipid").

[1532] MRNA-GEN-00501644-664, at 660 (Almarsson Deposition Exhibit No. 16 – "R&D Meeting – MC3 DOE: Search for Clinical LNP Composition," *Moderna,* June 7, 2014, Slide 17 of 22) ("*In vivo* Results and Conclusions").

[1533] MRNA-GEN-00501644-664, at 660 (Almarsson Deposition Exhibit No. 16 – "R&D Meeting – MC3 DOE: Search for Clinical LNP Composition," *Moderna,* June 7, 2014, Slide 17 of 22) ("*In vivo* Results and Conclusions"). *Compare to* June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 228:6-228:19 ███████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
MRNA-GEN-00604539-565, at 555 (Parsons Deposition Exhibit No. 18 – "mRNA-1273 Drug Products (Clinical and Commercial) Definition Report," *Moderna,* Approved September 11, 2020, at p. 17 of 27) ████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
." (emphasis added)).

437

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 3.5**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 4.    Moderna Used Tekmira's MC3 as a "Benchmark" Lipid Nanoparticle

572.    As discussed above, Dr. Benenato testified that Tekmira's LNP was "a lipid nanoparticle that was used internally to – as a benchmark,"[1534] and could *not* cite any "data point in the vaccine world" as evidence that SM-102 LNPs were more efficacious than MC3 LNPs.[1535]

---

[1534] MRNA-GEN-01722470-534, at 477 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 101:15-102:3 ("Q. If we go to the page ending in 713 [of *Moderna v. Pfizer* Benenato Deposition Exhibit No. 9]. The header is 'Novel LNPs enhance immunogenicity in mice compared to legacy LNP and show robust immune response in mice compared to legacy LNP and show robust immune response in NHP.' Do you see that? A. Yes. Q. What's a legacy LNP? A. This is referring to a lipid nanoparticle that as used internally to – as a benchmark. And so legacy meaning this is what this started with. Q. What LNP was that? A. This was – that was an MC3.")). MRNA-GEN-01721965-044, at 033 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 9 – Kerry Benenato, "Lipid Nanoparticles (LNPs)," *Moderna,* December 15, 2021, Slide 69 of 80). *Compare to* May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 168:18-169:3 ("Q. So, do you think that the siRNA work in literature that existed assisted your research in any way? A. The literature taught me about what a lipid nanoparticle is. I didn't know what lipid nanoparticles are. And so it gave me that education of what lipid nanoparticles are."); 182:13-183:13 ("Q. Did your mRNA LNP work build on any particular siRNA LNP work? A. I wouldn't say build, no, because we started from – I started from zero. There was compounds that were known and, you know, started from zero. Q. Started from – those two things seem different to me. You started from zero, but there were compounds that were known. What do you mean by that? A. Meaning I started with the education of what had been done with siRNA types of compounds that had been utilized. And then in thinking about mRNA being a very different molecule, I took a very broad approach to the design, not knowing what was going to work. Q. Would you agree that siRNA lipid nanoparticle technology has enabled mRNA delivery? A. I guess I previously – it built really good tools for people to start asking questions with mRNA."). *See also* MRNA-GEN-01041970-991, at 971 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Orm Almarsson, Kerry Benenato, Charles Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 2 of 22) ("Requirements for an Improved Amino Lipid to Replace Mc3 for Platform Version 2" identifies "MC3" as "Benchmark lipid").

[1535] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 110:4-112:4 ("Q. So this paragraph [in Benenato Deposition Exhibit No. 9, p. 4] is saying that the antibody titers for SM-102 and MC3 were not statistically different? . . . A. This is referring to that specific experiment. In that experiment, that was the observation. . . . Q. For vaccines, does Moderna have any evidence that SM-102 LNPs were more efficacious than MC3 LNPs? A. I haven't looked at every data point in the vaccine world. Q. Are you aware of any such data? A. Again, I don't know. The only data I saw was from the specific, but not every antigen is the same. Like, you know, again, I'm not a virologist. Q. I guess what I'm trying to get at, it seems like this is saying that the – these particular antibody titers are not different between SM-102 and MC3 in primates, right? A. That specific endpoint with this experiment with that – this antigen, that's what it's

573.    Dr. Benenato testified regarding how she used MC3 to develop SM-102 as follows:

> That was a – how we originally tested this lipid in conjunction with.  And so we started with basically a composition that we had high confidence would be useful relative to, and we wanted to match what we were comparing to, so that's why we used this one.
>
> . . .
>
> [Regarding how the molar ratio of 50:10:38.5:1.5 was chosen:] If I remember, again, I was – when I first started, I was exclusively lipid synthesis and design, and so I did not choose these specific ratios.  What I did ask the team is because as we test all these lipid nanoparticles in animals, is we need to be able to compare across many studies.  And the challenge there is data in mice can – for a clean experiment, you want to be able to compare across and be able to normalize.
>
> **Therefore, we chose a MC3 lipid nanoparticle because Moderna had already shown it as an effective nanoparticle to deliver RNA expresses based on publications, what is in the literature, that's the composition.**
>
> And so when we start testing our novel lipids, **the thing that I cared about the most was to be able to have as close comparison as across the formulations. And so for the types of experiments that I was involved in, I wanted to keep that composition the same so I could have confidence in comparing and interpreting my data.**[1536]

574.    In this litigation, Dr. Benenato testified about her use of the 50:10:38.5:1.5 molar ratio as providing

"a constant control to be able to compare across compounds" as follows:

> Q.    Page 15 and 16 [sic – 1516].  So under "Formulation," there is a description of the LNPs that you used and how you made them.
>
> A.    Yes.

---

saying.  Q. And you're sort of caveating it, so I just want to know are there other experiments that you're aware of where there are improved antibody titers for SM-102 in primates compared to MC3?  A. I can't speak to that.  I haven't seen all the data.  This is the experiment that I'm most familiar with in seeing this – in seeing this data.  That was one data point in this experiment, but then there are other data points in this experiment that, you know, showed different readouts.  Q. Are there any experiments in this paper that show different readout for immunogenicity in primates?  A. That was the only experiment.").  No Bates No. (Benenato Deposition Exhibit No. 9 – Kimberly J. Hassett, Kerry E. Benenato, Eric Jacquinet, Aisha Lee, Angela Woods, Olga Yuzhakov, Sunny Himansu, Jessica Deterling, Benjamin M. Geilich, Tatiana Ketova, Cosmin Mihai, Andy Lynn, Iain McFadyen, Melissa J. Moore, Joseph J. Senn, Matthew G. Stanton, Örn Almarsson, Giuseppe Ciaramella, Luis A. Brito, "Optimization of Lipid Nanoparticles for Intramuscular Administration of mRNA Vaccines," *American Society of Gene & Cell Therapy,* Vol. 15, April 2019, p. 1, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6383180/pdf/main.pdf.).

[1536] MRNA-GEN-01722470-534, at 490 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 82:16-84:2.).

440

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Q. And there is a molar ratio set forth here, 50:10:38.5:1.5.  Do you see that?

A. Yes.

Q. Had that lipid ratio been developed originally for siRNA LNPs?

A. That lipid ratio is published.  It's in the siRNA literature.

Q. Why did Moderna use that ratio for this study?

A. When we started doing this work, that decision that what I needed was I needed a constant control to be able to compare the compounds.  So you need to fix everything, except for the variable.  The decision, in terms of, again, which composition, that's the formulation scientists.  That's not my decision.

Q. Who was the formulation scientist that decided on this ratio?

A. I don't know exactly.  The formulation scientists on this project were Staci, Timothy – Staci [Sabnis] and Timothy [Salerno], and Örn Almarsson.

Q. Why didn't Moderna create a new formulation that was specific to mRNA?

A. That wasn't the point of the work that we were doing here.  So it was just we decided to keep something fixed such that we could compare across.  And so that wasn't the point of what we were doing here.[1537]

575.  In a paper published in 2019, Moderna publicly reported that it used Tekmira's "gold standard" formulation as a "control" for its own studies.[1538]  Dr. Almarsson testified Moderna "used a number of controls and literature precedent which contributed to the work that we were doing at the

---

[1537] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 103:13-105:3.  No Bates No. (Benenato Deposition Exhibit No. 8 – Staci Sabnis, E. Sathyajith Kumarasinghe, Timothy Salerno, Cosmin Mihai, Tatiana Ketova, Joseph J. Senn, Any Lynn, Alex Bulychev, Iain McFadyen, Joyce Chan, Örn Almarsson, Matthew G. Stanton, Kerry E. Benenato, "A Novel Amino Lipid series for mRNA Delivery: Improved Endosomal Escape and Sustained Pharmacology and Safety in Non-human Primates," *American Society of Gene & Cell Therapy,* Vol. 26, No. 6, June 2018, pp. 1509-1519, at 1516).

[1538] No Bates No. (Benenato Deposition Exhibit No. 9 – Kimberly J. Hassett, Kerry E. Benenato, Eric Jacquinet, Aisha Lee, Angela Woods, Olga Yuzhakov, Sunny Himansu, Jessica Deterling, Benjamin M. Geilich, Tatiana Ketova, Cosmin Mihai, Andy Lynn, Iain McFadyen, Melissa J. Moore, Joseph J. Senn, Matthew G. Stanton, Örn Almarsson, Giuseppe Ciaramella, Luis A. Brito, "Optimization of Lipid Nanoparticles for Intramuscular Administration of mRNA Vaccines," *American Society of Gene & Cell Therapy,* Vol. 15, April 2019, p. 8, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6383180/pdf/main.pdf.) ("LNP formulations were prepared using a modified procedures of a method previously described.  Briefly, lipids were dissolved in ethanol at molar ratios of 50:10:38.5:1.5 (ionizable lipid:DSPC: cholesterol:PEG lipid).  LNPs formulated with the ionizable lipid MC3 were used as a control throughout these studies and were produced as previously described.").

441

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

time,"[1539] that the Alnylam TTR-0 siRNA LNP composition was "one of the considerations that went into the decision to formulate the mRNA for this flu trial,"[1540] and testified that "[t]he use of the 50 percent as a control was just common,"[1541] and Moderna used the 50% cationic lipid formulation in early clinical studies.[1542]

### 5.    UPenn Scientists, Drs. Katalin Karikó and Drew Weissman Attested to the Importance of Tekmira's Technology

576.    The UPenn scientists that won the Nobel Prize for medicine in October 2023, Drs. Karikó and Weissman,[1543] recognized the importance of Tekmira's technology. I understand that Dr. Karikó has praised the contributions of Dr. Ian MacLachlan, one of the named inventors of the Patents-in-Suit, as advancing the field of lipid nanoparticles. For example, in July 2021, *Forbes* reported that Dr. Karikó has acknowledged Dr. MacLachlan's contribution:

> Not everyone ignores MacLachlan. "A lot of credit goes to Ian MacLachlan for the LNP [lipid nanoparticle]," says Katalin Karikó, the scientist who laid the ground work for mRNA therapies before joining BioNTech in 2013, But Karikó, . . . is angry that MacLachlan didn't do more to help her use his delivery system to build

---

[1539] May 31, 2024 Deposition of Örn Almarsson, Ph.D., 121:19-121:22.

[1540] May 31, 2024 Deposition of Örn Almarsson, Ph.D., 122:8-122:16 ("Q. You said that it contributed to Moderna's work as a control, and I'm just confirming that the Alnylam TTR-0 siRNA LNP composition directly contributed to Moderna's flu -- . . . A. It was one of the considerations that went into the decision to formulate the mRNA for this flu trial.").

[1541] May 31, 2024 Deposition of Örn Almarsson, Ph.D., 193:10-193:17 ("Q. Okay. So you did conduct these formulation studies with lower than 50 percent cationic lipid, but before the year 2019 Moderna had stuck with the 1.5:50 formulation; is that correct? A. I don't know the answer to that. The use of the 50 percent as a control was just common.").

[1542] May 31, 2024 Deposition of Örn Almarsson, Ph.D., 193:18-194:1 ("Q. Moderna didn't just use 50 percent a control, though, did they? They used it in numerous clinical studies; is that correct? . . . A. They used them in early clinical studies.").

[1543] *See, e.g.,* Tom Avril, Sarah Gantz, "Penn mRNA scientists Karikó and Weissman win Nobel Prize," *The Philadelphia Inquirer,* October 2, 2023, *available at* https://web.archive.org/web/20231007091846/https://www.inquirer.com/health/coronavirus/nobel-prize-medicine-penn-covid-mrna-katalin-kariko-drew-weissman-20231002.html. Sarah Gantz, Tom Avril, "Who is Penn Nobel prize winner Katalin Karikó?" *The Philadelphia Inquirer,* October 2, 2023, *available at* https://web.archive.org/web/20231007151353/https://www.inquirer.com/health/who-is-katalin-kariko-nobel-prize-medicine-2023-winner-20231002.html. Abraham Gutman, "Scientists' Nobel-winning vaccine research brought Penn prestige – and a whole lotta money; University of Pennsylvania received more licensing revenue than any other U.S. university in the past two years," *The Philadelphia Inquirer,* October 3, 2023, *available at* https://web.archive.org/web/20231007091832/https://www.inquirer.com/health/nobel-prize-covid-19-vaccine-mrna-moderna-pfizer-biontech-licensing-20231003.html.

442

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

her own mRNA company years ago. "[MacLachlan] might be a great scientist, but he lacked vision," she says.[1544]

577. Separately, Dr. Karikó referred to Dr. MacLachlan's 2013 presentation at the International mRNA Health Conference, in which he discussed how "formulation was important [in] that time" and and stated that this was the "first time I heard somebody publicly talk about lipid nanoparticle formulated mRNA; prior to that only siRNA … [Ian] presented here [at] this meeting 10 years ago that it was in vivo studies, LNP mRNA and we heard about cancer as well as infectious disease."[1545] That presentation by Dr. MacLachlan explicitly referred to the manufacturing process disclosed in the Encapsulation Patent, and disclosed experiments utilizing LNPs falling within the ranges covered by the Lipid Composition patents.[1546]

### 6. Plaintiffs' Demonstrated Success in Licensing The Patents-in-Suit

578. Plaintiffs' lipid formulations have achieved significant commercial success, which includes numerous licenses such as the Takeda collaboration. Under the terms of this agreement, Genevant is eligible to receive up to $600 million in upfront and milestone payments, plus royalties on future product sales.[1547]

579. Many companies have entered into license agreements in order to access Genevant's LNP technology, including BioNTech RNA Pharmaceuticals GmbH, Providence Therapeutics COVID Inc., Sarepta Therapeutics, Inc., Chulalongkorn University, ███████████, Gritstone Oncology, Inc., ST Pharm Co., Ltd., bluebird bio, Inc., Takeda Pharmaceuticals U.S.A., Inc., ████ ███████████, and Korro Bio, Inc., Novo Nordisk A/S, and Gritstone bio, Inc. These license agreements will be discussed in more detail later.

---

[1544] No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).

[1545] Katalin Karikó, Keynote Lecture, International mRNA Health Conference October 31, 2023 5:15-5:50

[1546] *See* GENV-00152961-992, at 965 ("Lipid Nanoparticle-Mediated Delivery of Messenger RNA," *Tekmira*, October 24, 2013, Slide 5 of 32).

[1547] "Genevant Sciences Announces Global Collaboration and License Agreement with Takeda to Develop Novel Nucleic Acid Therapeutics for Liver Fibrosis," *Genevant,* March 15, 2021, *available at*, https://www.genevant.com/genevant-sciences-announces-global-collaboration-and-license-agreement-with-takeda-to-develop-novel-nucleic-acid-therapeutics-for-liver-fibrosis/.

443

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

580.    "Within a few months [of the creation of Genevant in 2018], BioNTech CEO Sahin struck a deal with Genevant to use [Genevant's] delivery system for five of BioNTech's existing mRNA cancer programs.  The companies also agreed to work together on five other mRNA programs targeting rare diseases." [1548]  2seventy bio took a license in order to "access to Genevant's industry-leading LNP technology platform for use in 2seventy bio's collaboration with Novo Nordisk for the treatment of patients with hemophilia A. 2seventy bio plans to use the Genevant LNP platform for efficient delivery of megaTAL mRNA to hepatocyte cells within the liver."[1549]

---

[1548] No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/); GENV-00013022-123 (July 4, 2018 BioNTech Genevant License and Co-Development Agreement); GENV-00022037-269 (July 4, 2018 BioNTech Genevant License and Co-Development Agreement with Exhibits); GENV-00013140-142, at 140 (July 10, 2018 BioNTech Genevant Joint Press Release quoting co-founder and CEO of BioNTech as stating, "[t]his partnership with Genevant will allow us to access a highly potent, clinically validated LNP delivery platform.").

[1549] GENV-00013020-021 ("2seventy bio Announces Expanded Collaboration Agreement With Novo Nordisk to Continue Development in vivo Gene Editing Approach," *2seventy bio,* January 6, 2022, *available at* https://www.businesswire.com/news/home/20220106005301/en/2seventy-bio-Announces-Expanded-Collaboration-Agreement-With-Novo-Nordisk-to-Continue-Development-of-in-vivo-Gene-Editing-Approach); GENV-00023278-336 (February 18, 2022 Helix Nanotechnologies, Inc. and Genevat Sciences GmbH Nonexclusive License and Collaboration Agreement).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

581. Protiva, Tekmira, and Arbutus have also achieved success in licensing the Patents-in-Suit. For example, Arbutus and Tekmira granted licenses to Gritstone,[1550] Alexion,[1551] Monsanto,[1552] Alnylam,[1553] Acuitas,[1554] and Dicerna.[1555]

### 7. Alnylam's Onpattro® Commercialized Using Arbutus LNP technology

582. I understand that Alnylam has commercialized an siRNA drug—*i.e.*, Onpattro®, otherwise known as Patisiran—using Plaintiffs' LNP technology that Alnylam licensed from Arbutus. *See, e.g.*, Samaridou 2020 at 41 (stating that "[w]ithout a doubt, the development of LNP [] has been critical in launching and realizing the era of RNA interference. . . . LNP enabled the commercialization of the first siRNA drug, Onpattro."). "Alnylam reports growth in sales of rare disease treatments."[1556]

583. Moderna has credited MC3 as "a key delivery component of Onpattro, the first United States Food and Drug Administration (FDA)-approved siRNA drug."[1557]

---

[1550] GENV-00023476-615 (October 16, 2017 License Agreement between Gritstone Oncology, Arbutus Biopharma, and Protiva Biotheraputics).

[1551] GENV-00716638-715 (March 16, 2017 License Agreement between Alexion Pharma, Arbutus Biopharma, and Protiva Biotheraputics).

[1552] GENV-00716927-970 (January 12, 2014 License and Services Agreement between Protiva Agricultural Development Company, Protiva Biotheraputics, and Tekmira Pharmaceuticals); GENV-00716716-719 (March 4, 2016 First Amendment to Protiva-Monsanto Services Agreement).

[1553] GENV-00062905-998 (November 12, 2012 Cross-License Agreement between Alnylam Pharmaceuticals, Tekmira Pharmaceuticals, and Protiva Biopharma).

[1554] ABUS-00023263-430 (Murray Deposition Exhibit No. 10 – November 12, 2012 Cross-License Agreement between Acuitas Theraputics, Tekmira Pharmaceuticals, and Protiva Biotheraputics).

[1555] GENV-00716974-7029 (November 16, 2014 License Agreement between Dicerna Pharmaceuticals, Protiva Biotheraputics, and Tekmira Pharmaceuticals).

[1556] Brittany Trang and Adam Feuerstein, "Alnylam reports growth in sales of rare disease treatments", *Stat News*, August 3, 2023, *available at* https://www.statnews.com/2023/08/03/alnylam-reports-growth-in-sales-of-rare-disease-treatments/) (noting that in the second quarter of 2023 alone, sales of Onpattro® were roughly $91 million.).

[1557] MRNA-GEN-01068552-632.081 at 632.013 (Kerry Benenato, "Lipid Nanoparticles (LNPs)," *Moderna*, n.d., PDF p. 94 of 162) ("Speaker Notes for Slide 39").

445

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 8.    Use of Plaintiffs' Technology in COVID-19 Vaccines

584.    I understand that Genevant asserts that the commercial success of its LNP is evidenced by the sales of mRNA COVID-19 vaccines that use its patented delivery technology,[1558] including both Moderna and Pfizer.  For example, in 2021 and 2022, Moderna's total reported mRNA-1273 product sales were approximately $32.68 billion.[1559] During the period December 2020 through August 2023, Moderna's total reported mRNA-1273 product sales are approximately $38.14 billion.[1560]

585.    The Pfizer-BioNTech SE Covid-19 vaccine, Comirnaty, Tozinameran, BNT162b2, or PF-07302048 are also alleged to infringe Genevant's U.S. Patent Nos. 9,504,651, 8,492,359, and 11,141,378, including pediatric doses; booster doses; supplemental doses; reformulations; boosters or re-vaccinations; variant-specific formulations; bivalent formulations.[1561]  In 2021 and 2022, Pfizer's reported sales of Comirnaty were $36.7 billion and $37.8 billion, respectively.[1562]

586.    Genevant's technology has been licensed to other parties for use in developing COVID-19 vaccines, including: Chulalongkorn University; Providence Therapeutics; Gritstone; ▮▮▮▮▮; and ST Pharm.  Genevant's licensees have experienced commercial challenges as a result of Moderna's and Pfizer's infringement.[1563]

---

[1558] *See, e.g.*, GENV-00013128-130 (January 20, 2021 "Gritstone and Genevant Sciences Announce License Agreement for COVID-19,") (Quoting Dr. Allen Andrew, co-founder, President, and CEO of Gritstone, as stating, "[w]e are pleased to extend our longstanding and productive collaboration with the Genevant team to include our newly launched COVID-19 program."); GENV-00013131-136 (September 13, 2021 "Providence Therapeutics Reports PTX-COVID19-B, its mRNA Vaccine for COVID-19, Neutralizes SARS-CoV-2 and Variants of Concern, Including Delta" ); GENV-00013143-145 (June 1, 2021 "ST Pharm has started developing Korea's first LNP-based mRNA vaccine," *Korea Biomedical Review*).

[1559] MRNA-GEN-00044172 (Brackmann Deposition Exhibit No. 12 – Moderna P&L Statements January 2020-August 2022).

[1560] *See, e.g.*, MRNA-GEN-01352335 (Brackmann Deposition Exhibit No. 13 – Moderna P&L Statements January 2020 – August 2023).

[1561] *Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE*, Case 2:23-cv-01876-ZNQ (D.N.J. Apr. 4, 2023), ECF No. 1

[1562] Spencer Kimball, "The Covid pandemic drives Pfizer's 2022 revenue to a record $100 billion," *CNBC,* January 31, 2023, *available at* https://www.cnbc.com/2023/01/31/the-covid-pandemic-drives-pfizers-2022-revenue-to-a-record-100-billion.html.

[1563] June 5, 2024 30(b)(6) Deposition of Peter Zorn, 76:13-76:20 ("Q. Are there any COVID-19 products that have been brought to market through the collaborations that you just mentioned with – I think you mentioned ST Pharm, Chula, Providence, ▮▮▮, and Gritstone?  A. No, some

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 9. Moderna's Reliance on Plaintiffs' Technology and Efforts to Avoid Plaintiffs' Patents

587. In part due to Moderna's late arrival to the industry, Moderna relied on the decades of prior work that had been done by Protiva and Tekmira as part of its early experiments. Indeed, Moderna's first Chief Scientific Officer, Dr. de Fougerolles, was "quite familiar" with Protiva and Tekmira's work, including the subject matter claimed in the Patents-in-Suit, as a result of his prior work as Vice President of Research at Alnylam during Alnylam's collaboration with Tekmira.[1564] As noted by Dr. Mitchell, Moderna used Tekmira's technology as part of its early work due to the success that those formulations had already achieved.[1565]

588. As Dr. Mitchell also explains, Moderna enjoyed "early successes" using Plaintiffs' LNP formulations, specifically, "a target lipid molar ratio . . . that [Moderna] acknowledges to include particles within the scope of the patent claims asserted in this case."[1566] Dr. Mitchell noted that "this composition was what Moderna called its 'standard' vaccine formulation for many years."[1567] Moderna also relied on an LNP formulation that is covered by the Asserted Patents to conduct a study "to show that mRNA could be delivered into cells of various living animals," and that "Moderna presented [the] data [from that study] to AstraZeneca as part of Moderna's due diligence leading to a $240 million deal, with the for a further $180 million for the achievement of three technical milestones as a part of a technical collaboration deal.[1568] Dr. Mitchell further indicated that from 2013 onwards, Moderna continued to use the composition with a . . . target ratio [that is covered by the Asserted Patents] extensively, including for its early clinical work."[1569] Dr. Mitchell further stated that Moderna was using an MC3 cationic lipid, which "[Moderna]

---

of our partners have experienced commercial challenges as a result of the head start that Moderna and Pfizer had.").

[1564] May 22, 2024 30(b)(6) Deposition of Said E. Francis 40:3-20.

[1565] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.A.

[1566] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.A.

[1567] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.A.

[1568] MRNA-GEN-01247648-730, at 716 ("Introduction: AstraZeneca due diligence," *Moderna*, February 19-20, 2013); "AstraZeneca and Moderna Therapeutics announce exclusive agreement to develop pioneering messenger RNA Therapeutics™ in cardiometabolic diseases and cancer," *AstraZeneca*, March 12, 2013, *available at* https://www.astrazeneca.com/media-centre/press-releases/2013/astrazeneca-moderna-therapeutics-cardiometabolic-diseases-cancer-treatment-21032013.html#!.

[1569] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.A.

447

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

associated with Tekmira," and that Moderna referred to the "MC3 composition it was using . . . as the 'gold standard.'"[1570]

589.    Dr. Mitchell further has explained how Moderna used the 1.5:50 molar ratio in its early non-human primate and mouse studies.[1571]   With respect to Moderna's early non-human primate study, Stéphane Bancel, Moderna's CEO, commented in a 2014 email that this study used Tekmira's technology—in reference to a conversation with Tekmira's Paul Brennan, he discusses Moderna's "monkey data with his [i.e., Tekmira's] LNP."[1572]  Further, in February 2013—during the midst of negotiations with Tekmira—Moderna's prior Senior Vice President of Technology Strategy, Susan Whorinskey, said in an email to Stéphane Bancel about a pitch-deck PowerPoint prepared for Tekmira that she has "blinded[] delivery vehicle[] slide 15[] as it will just make them mad/turned off to us otherwise" and that "[t]his way we can . . . leave them wondering if it is theirs . . ."[1573]

590.    In selecting the 50:38.5:10:1.5 for its early studies, Moderna appeared to recognize the success the formulation had in Plaintiffs' siRNA-LNP studies.  For example, in a November 2011 Moderna PowerPoint entitled "Company Goals and Delivery," Moderna presents extensively on the "**Tekmira/Alnylam**" collaboration work.[1574]   In one slide, entitled "Obtaining Formulations," Moderna states its goal to "[a]ccess formulations used in clinical trial," and that "[p]revious clinical experience will guide IND-enabling studies and clinical trial design" followed by its plan to "[t]est formulation in rodent safety and NHP POC."[1575]  Similarly, in a Moderna PowerPoint entitled "LNP Background" dated April 27, 2012, Moderna notes that "[p]roof of concept [was] achieved in humans (phase 1) with 1st and 2nd generation LNP" citing various TTR programs, and further displays a slide with "LNP in Clinical Trials" listing various "Tekmira Products" and "Partner Products."[1576]

---

[1570] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.A.

[1571] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.A.

[1572] MRNA-GEN-01674430-432 (October 15, 2014 Email from Stéphane Bancel to Said Francis).

[1573] MRNA-GEN-01759821 (February 11, 2013 Email from Susan Whoriskey to Stephen Hoge).

[1574] MRNA-GEN-02178605-659, at 623-642 (emphasis added) ("Company Goals and Delivery R&D Deep Dive," *Moderna*, November 2, 2011).

[1575] MRNA-GEN-02178605-659, at 647-648 ("Company Goals and Delivery R&D Deep Dive," *Moderna*, November 2, 2011).

[1576] MRNA-GEN-01041709-729, at 728-29 ("LNP Background," *Moderna*, April 27, 2012).

448

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

591.   In fact, Moderna presented the data from its early NHP studies using Plaintiffs' LNP formulations and the accompanying mouse and rat data to AstraZeneca in a February 2013 due diligence deck before securing a deal in which AstaZeneca agreed to pay Moderna $240 million upfront with the potential additional payment of $180 million for the achievement of three technical milestones.[1577] The due diligence document for AstraZeneca document entitled "LNP Integrated Summary," presents various data including proof-of-concept NHP data and states, "[t]he LNPs Moderna has used to date were previously optimized for the RNAi field" and further that "[t]here has been no effort put into optimizing LNP formulations for mRNA therapeutics to date," and imply that they have been "simply porting the experiences and chemistries used in RNAi."[1578] Finally, Moderna noted that it had "initiated discussions with partners with deep expertise in LNP (Tekmira) to begin to optimize the platform."[1579] A few slides later, Moderna's presentation continues to focus on future delivery capabilities and notes its plans to engage with "partners and expertise to evaluate and optimize formulations," listing solely Tekmira next to LNP.[1580] See **Figure 3.6** below.

---

[1577] MRNA-GEN-01247648-730, at 716 ("Introduction: AstraZeneca due diligence," *Moderna*, February 19-20, 2013); "AstraZeneca and Moderna Therapeutics announce exclusive agreement to develop pioneering messenger RNA Therapeutics™ in cardiometabolic diseases and cancer," *AstraZeneca*, March 12, 2013, *available at* https://www.astrazeneca.com/media-centre/press-releases/2013/astrazeneca-moderna-therapeutics-cardiometabolic-diseases-cancer-treatment-21032013.html#!.

[1578] MRNA-GEN-01247736-744, at 736, 740-41 (Hoge Deposition Exhibit No. 6 – "LNP Integrated Summary," *Moderna*, February 19, 2013).

[1579] MRNA-GEN-01247736-744, at 741 (Hoge Deposition Exhibit No. 6 – "LNP Integrated Summary," *Moderna*, February 19, 2013).

[1580] MRNA-GEN-01247648-730, at 719 ("Introduction: AstraZeneca due diligence," *Moderna*, February 19-20, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 3.6**

592.    Moderna's assertions regarding current and future delivery prospects, including its results from the NHP proof-of-concept study, appear to have played a substantial role in the AstraZeneca deal, as both Milestone 1 and Milestone 2 of Moderna's deal with AstraZeneca were centered around delivery.[1581]

593.    Moderna's internal presentations emphasize the extent to which Moderna viewed its NHP proof-of-concept study—conducted using a lipid molar ratio from Plaintiffs and Plaintiffs' ionizable lipid—as instrumental to the early success of the company.[1582] See **Figure 3.7** below.

---

[1581] MRNA-GEN-01045111-212, at 172-73 ("FDT mission: Design the appropriate formulation for the application," *Moderna*, November 26, 2014).

[1582] MRNA-GEN-01237261-286, at 262 (Almarsson Deposition Exhibit No. 20 – "Formulation & Delivery Technologies (FDT): 2014-2015 Roadmap," *Moderna*, September 12, 2013).

450

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 3.7**

594.    I also understand from Dr. Mitchell that Moderna had numerous successful clinical trials using LNPs that fall within the scope of Plaintiffs' claims.[1583]  For example, he points out that Moderna used Plaintiffs' LNP formulation as part of the clinical studies for influenza virus published in June 2017.[1584]  Moderna's President, Stephen Hoge, testified that the published results of this study constituted a "successful clinical trial."[1585]

595.    In its discovery responses in this case, Moderna has pointed to one of its prior clinical studies that failed an internal test, and contends that this shows that the 1.5:50 ratio was unsuitable.[1586] But I understand that Dr. Mitchell does not agree with this conclusion, in part because Moderna conducted many trials using LNPs with the 50:10:38.5:1.5 ratio, in part based on his review of

[1583] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Ph.D Section IX.A.
[1584] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Ph.D, Section IX.A.
[1585] May 22, 2024 Deposition of Stephen Hoge 37:15-38:14.
[1586] Defendants' Fourteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated June 10, 2024, at 142-43 (*citing* MRNA-GEN-01266205).

451

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Moderna's internal materials concerning this study, because Moderna conducted many other studies (including human clinical trials) using the same target ratio that it reported to be successful (and that Dr. Hoge testified was successful[1587]), and Moderna continued to use the target 50:10:38.5:1.5 ratio, including in its initial COVID-19 clinical trials using the so-called PVU Formulation.[1588]

596.    I understand that Dr. Mitchell has also stated that even though Moderna's vaccine clinical pipeline used a target lipid molar ratio of 50:10:38:5:1.5 (ionizable lipid:DSPC:cholesterol:PEG) for many years, throughout essentially that entire time that Moderna has used LNPs, Moderna has attempted to find and work with alternative LNP compositions.[1589]  Dr. Mitchell describes at least ten different studies Moderna has conducted to identify different compositions, but describes "Moderna's internal documents, and the testimony from its witnesses, reveal extensive efforts to identify alternative lipid molar ratios.  These efforts were largely unsuccessful, and Moderna ultimately adopted target lipid molar ratios for its COVID-19 product that differed insubstantially from the 50:10:38.5:1.5 ratio."[1590]

597.    Dr. Mitchell explains that Moderna, ▮▮▮▮▮▮▮▮▮▮▮ conducted studies as early as April 2012 to test various lipid compositions ranging in cationic lipid from 40-65 mol%, DSPC from 0-15 mol%, cholesterol from 32-48.5 mol%, and PEG from 1-3 mol%.[1591]  He further details the numerous additional experiments and studies that Moderna conducted to identify new lipid compositions over the ensuring years, none of which were deemed successful, or resulted in Moderna changing the standard lipid compositions for its products.[1592]

598.    Notwithstanding the extensive testing Moderna had conducted, on June 9, 2017, Dr. Hoge emailed Donald Parsons and Örn Almarsson the following[1593]:

> Don/Örn,
> I am thoroughly impressed with the work that is going into the DRC on DP

[1587] May 22, 2024 Deposition of Stephen Hoge 37:15-38:14.

[1588] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.A.

[1589] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.C.

[1590] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.C.

[1591] MRNA-GEN-00940901-945, at 911, 913 ("Update for Moderna Therapeutics," ▮▮▮▮▮▮ April 11, 2012).

[1592] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.C.

[1593] MRNA-GEN-02619870-871, at 870 (Hoge Deposition Exhibit No. 30/Almarsson Deposition Exhibit No. 15 – June 9, 2017 email from Stephen Hoge to Donald Parsons, cc: Örn Almarsson, Subject: Composition).

452

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

readiness. I recognize that we have a tremendous amount going on, but we shouldn't loose sight of the fact this is really a generational leap from where we were just 1 year ago when we were trying to identify SM102 for vaccines.

Against that backdrop I almost feel bad suggesting any areas for improvement. I'll hold back from pushing the compositions during the DRC discussion next week. But I would like to reemphasize that there are incredibly strong business reasons why a composition with 40% amino lipid is more attractive. I would be willing to contemplate a delay to identify such a composition for one of the rare disease programs or CHIKVab.

I've tried to underscore that preference for the last few months so this is nothing new. I want the best product across all dimensions, with highest priority on efficacy and safety. And certainly speed (and thus expediency) is also a factor. But we will never find what we don't look for. And speed is probably at best equivalent to the business considerations in relative weighting.

So...Going forward I would like to be presented with an option (impact on timing, cost) to advance an alternative composition for programs going to DRC program in the narrowly defined "standard composition" for expediency.

I recognize I am asking you to advocate for something the Venture CSOs (and therefore project teams) will not appreciate and thus will resist. Unfortunately I don't expect these changes to make their way into our preclinical research until we have our first instance of success in preclinical development (which means I need you to help me make it so ;)[1594]

599.    Dr. Hoge then further responded "Thank you both. I'm sorry for being a broken record (and for asking you to carry the torch!)...just a request to help me evolve our thinking across the company."[1595]

600.    As Dr. Hoge's emails set out, Moderna has "incredibly strong business reasons" to decrease the amount of cationic lipid in its products to 40%—namely attempting to avoid infringement of the Lipid Composition Patents[1596]—and █████████████████████████████ ████████████████████████████████████████████████████████████

---

[1594] MRNA-GEN-02619870-871, at 870 (Hoge Deposition Exhibit No. 30/Almarsson Deposition Exhibit No. 15 – June 9, 2017 email from Stephen Hoge to Donald Parsons, cc: Örn Almarsson, Subject: Composition).

[1595] MRNA-GEN-02619870-871, at 870 (Hoge Deposition Exhibit No. 30/Almarsson Deposition Exhibit No. 15 – June 9, 2017 email from Stephen Hoge to Donald Parsons, cc: Örn Almarsson, Subject: Composition).

[1596] May 22, 2024 Deposition of Stephen Hoge 304:17-311:14 (noting a desire to arrive at "compositions that would be outside of those that were in the siRNA field" and further noting "[f]or sure as a business I didn't think it was -- you know, it made sense for us to subject ourselves to those sorts of aspersions," referring to Tekmira alleging patent infringement.).

453

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

████████████████.[1597]

601.  As Dr. Mitchell further explains, Moderna had conducted such experiments for five years by that time, and it consistently found that formulations with ████████████ were inferior to formulations with 50% cationic lipid, and it pursued only the latter—and never the former—in its many clinical vaccine programs.[1598]  Ultimately, as described below, Moderna opted to use formulations with targets of 48.5% and 48% SM-102, not ███, for its COVID-19 vaccine, notwithstanding the "incredibly strong business reasons" to use a composition with ████████ ███.[1599]

602.  In June 2018, Jack Kramarczyk sent to Don Parsons a presentation titled "SM-102 Developmental Plan, Infectious Disease Vaccines."[1600]  On slide 9, which is titled "Platform Process Changes," one of the bullets is to "Optimize drug product composition," and the sub-bullet begins, ████████ █████."[1601] Dr. Parsons does not provide any alternative explanation for that statement other than that Moderna was attempting to identify alternative LNP compositions that contained ████████ ████████.[1602] It is Dr. Mitchell's opinion that the most reasonable interpretation of this slide as a whole was that, in June 2018, Moderna believed that it needed to use ████████████████ in order to avoid infringing the Lipid Composition Patents at issue in this case.[1603]

---

[1597] November 25, 2024 Expert Report of Michael Mitchell, Ph.D, Section IX.C.

[1598] November 25, 2024 Expert Report of Michael Mitchell, Ph.D, Section IX.C.

[1599] November 25, 2024 Expert Report of Michael Mitchell, Ph.D, Section IX.C.

[1600] MRNA-GEN-00587057-074 (Parsons Exhibit No. 3 – Email from John Kramarczyk to Donald Parsons and attached presentation, "SM-102 Development Plan").

[1601] MRNA-GEN-00587057-074, at 068 (Parsons Exhibit No. 3 – Email from John Kramarczyk to Donald Parsons and attached presentation, "SM-102 Development Plan").

[1602] *See* June 7, 2024 Deposition of Donald M. Parsons 73:13-78:10 (testifying that the goal was only to "optimize the overall composition of the product in order to achieve . . . a safe and efficacious product that was stable and manufacturable," without reference to the ████████ I find Dr. Parsons' explanation to be not credible, as it does not account for the ████████ target.  I also note that the notes to the slide state that "don [*sic*] will set up discussion with IP." MRNA-GEN-00587058 at 069.  Parsons testified that he had no recollection of that conversation. June 7, 2024 Deposition of Donald M. Parsons 80:1-19.

[1603] November 25, 2024 Expert Report of Michael Mitchell, Ph.D, Section IX.C *See also* June 7, 2024 Deposition of Donald M. Parsons 26:16-20 ("We were aware that there were some – there

454

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 10.    Evidence of Widespread Use of Plaintiffs' LNP Technology

603.    I understand that there has been widespread use of the Patents-in-Suit.  According to Genevant, several companies, including but not limited to Moderna, CureVac, Arcturus Therapeutics, and Acuitas, revealed that they were using Genevant's LNP technology, including the '651 and '435 Patents, in publications, as set out in **Figure 3.8**[1604]

**FIGURE 3.8**

604.    Further, as described in III.E..8, Moderna's internal documents and its public presentations establish that Moderna has engaged in extensive use of the Patents-in-Suit.

---

was intellectual property around lipid molar ratios, and we wanted to avoid infringing that if that was possible to do."); MRNA-GEN-01747429 at 31 ("Avoid licensing (intellectual property regarding 50 mole percent cationic lipid)").

[1604] GENV-00272743-779, at 778 (July 3, 2018 Genevant "LNP School" Deck).

455

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### F.        Availability of Acceptable, Non-Infringing Alternatives

605.   I understand that Moderna asserts that it has designed around the Patents-in-Suit.[1605]  In particular, I understand that Moderna's response to Interrogatory No. 9 asserts that it v1 Formulation and v2 Formulation constitute available, acceptable, non-infringing alternatives ("NIA") to the Lipid Composition Patents.[1606]  As noted by Dr. Mitchell, "Moderna formulated its Phase 1, Phase 2 lots, and the earliest of its Phase 3 drug product lots . . . through early June [2020] using the PVU Formulation, and then subsequently switched to formulated its drug product lots using the v1 Formulation."[1607]

606.   Contrary to Moderna's assertions, I understand that Mitchell has opined that both the v1 and v2 Formulations infringe the Patents-in-Suit.[1608]  Moreover, Moderna has not established that  either

---

[1605] *See, e.g.,* June 5, 2024 30(b)(6) Deposition of Peter Zorn, 37:5-37:17 ("Q. And so on March 12th, 2021, you were aware that Moderna had represented to Genevant that it does not infringe Arbutus' patents.  Agree?  A. Yes.  Q. And so there was a possibility that plaintiffs were aware that Moderna had tried to design around Arbutus' patents, right? . . . THE WITNESS: I was aware that Neal [Dahiya] had said that to me.  That's what I was aware of.  And I was also aware of public statements that Moderna had made.").  GENV-00247481-483, at 482 (Zorn Deposition Exhibit No. 4 – March 12, 2021 email from Peter Zorn to Neal Dahiya).

[1606] Defendants' Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10), First Supplemental Response to Interrogatory No. 9 (Jan. 19, 2024), pp. 123-124 ("As noted in Moderna's response to Plaintiffs' Interrogatory No. 7, the initial drug product formulation of Moderna's COVID-19 Vaccine, PVU Formulation, comprised a lipid molar ratio of 50 : 38.5 : 10 : 1.5 SM102 / Cholesterol / DSPC / PEG. The PVU Formulation was used in at least Preclinical and Phase 1 and Phase 2 Clinical Studies, which are immune from infringement under § 271(e)(1). MRNA-GEN-00044132; MRNA-GEN-00044166. Moderna modified its formulation, v1 Formulation, to harmonize with its existing larger-scale SM-102 platform formulation. The v1 Formulation comprised of a lipid molar ratio of 48.5 : 38.9 : 11.1 : 1.5 (SM102 / Cholesterol / DSPC / PEG). MRNA-GEN-00044166; MRNA-GEN-00044132; MRNA-GEN-00044160. Moderna again modified its formulation, v2 Formulation, by increasing the amount of PEG to 2.5% such that the v2 Formulation comprised a lipid molar ratio of 48.0 : 38.5 : 11 : 2.5 (SM102 / Cholesterol / DSPC / PEG). MRNA-GEN-00044160; MRNA-GEN-00018601; MRNA-GEN-00044173; MRNA-GEN-00044183. . . . Moderna's v1 Formulation and v2 Formulation do not infringe the Asserted Claims of the '069 Patent, '359 Patent, '668 Patent, or '435 Patent based at least on the content of the cationic lipid, *i.e.*, SM-102, and do not infringe the '378 Patent based at least on Plaintiffs' disclaimer. . . .").

[1607] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section X.D.2..; MRNA-GEN-00141068  at -089, -094, -105-106, -116, -122-135; MRNA-GEN-00604539 at -549; Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (July 15, 2024) at 101. *See also* MRNA-GEN-00044097-131 at 103 ("mRNA-1273 Drug Product Manufacturing History Report," *Moderna*, November 19, 2021).

[1608] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell,  Section XVI.

456

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

of these alleged alternatives would have been available and ready to go on May 31, 2020, at the time of the hypothetical negotiation—or that Moderna would have or could have attempted to switch to a purported alternative in view of its business strategy and the time and cost to do so. Furthermore, Moderna's response to Interrogatory No. 9 does not identify *any* non-LNP purported NIAs[1609] or *any* purported NIAs to the Encapsulation Patent.

607.    Moderna recognized that developing a successful formulation is difficult with no guarantee of success.  For example, Moderna's June 2013 "Formulation White Paper" stated: "Development and advancement of new mRNA formulations entails a significant amount of scientific research and formulation development with no guarantee of success."[1610]  By August 2014, Moderna had concluded that "[t]he lipid ratio used in ALN-TTR-02 [used in Alnylam's Onpattro] **appears close to optimal for mRNA as well as siRNA**,"[1611] and "initial indications are that a formulation similar to the quantitative composition of ALN-TTR-02 [ used in Alnylam's Onpattro] **is close to optimal for mRNA**."[1612]  In an October 2014 memo, Dr. Almarsson stated:

---

[1609] *See also* November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 238:4-238:6 ("A. . . . So far LNPs are the only ones that have really been successful in getting the vaccines – to licensed vaccines for modified mRNA.").

[1610] MRNA-GEN-01737710-719, at 710 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 11 – Tony de Fougerolles, "Formulation White Paper, Version #2," *Moderna,* June 13, 2013, p. 1 of 10) (emphasis added).  *See also* MRNA-GEN-01042549-561, at 550 (Tony de Fougerolles, Örn Almarsson, "Formulation White Paper," *Moderna,* September 2, 2013, p. 2 of 13) ("Development and advancement of new mRNA formulations entails a significant amount of scientific research and formulation design, and many approaches will not succeed given the magnitude of the challenge.").

[1611] MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86

(emphasis added).

[1612] MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

> Development and advancement of new mRNA formulations entails scientific research and formulation design, and it is recognized that many approaches will not succeed given the magnitude of the challenge and multitude of criteria for success. . . . Where possible we have sought to adapt formulations which we believe have the highest likelihood of success based on previous work done using other drug payloads, usually nucleic acid.[1613]

608. Dr. Parsons underscored this point with respect to potential alternatives and testified: "The potential outcomes from selecting something different [re: the percentage of ionizable lipid in the formulation] I think is really a hypothetical.[1614] . . . What I know is the formulation that we had at that time was the most advanced, that was the one that we picked. I can't say whether or not we would have been able to commercialize a different formulation than that.[1615] . . . So there are other candidate formulations that would have met the success criteria, technical success criteria, that we had. The development pathway for each one of those formulations is uncertain and would have had to have been explored."[1616]

### 1. Moderna Did Not have A Non-Infringing Alternative Available on May 31, 2020

609. At the time Moderna made the May 31, 2020 offer to the U.S. Government, Moderna did not have an available non-infringing alternative to the patented formulation. I understand from Dr. Mitchell that Moderna's mRNA vaccine platform was based on Genevant's Patents-in-Suit, and that at the time Moderna made the May 31, 2020 offer to sell mRNA-1273 to the U.S. Government, the only clinical data Moderna had about mRNA-1273 was for the PVU Formulation; it had *no* clinical data for the v1 Formulation.[1617] I further understand that Moderna opted to use the patented formulation

---

[1613] MRNA-GEN-00742618-624, at 619 (Almarsson Deposition Exhibit No. 7 – Örn Almarsson, Ph.D., Ciaran Lawlor, Ph.D., "Formulation and Delivery of modified mRNA: IM and IV dosing of LNP," *Moderna,* October 12, 2014, p. 2 of 7).
[1614] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 145:16-145:18.
[1615] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 146:2-146:7.
[1616] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 146:16-146:21.
[1617] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.; MRNA-GEN-00141068 at -089, -094, -105-106, -116, -122-135; MRNA-GEN-00604539 at -549;

458

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

notwithstanding Dr. Himansu's testimony that Moderna tested a wide range of lipids and formulations and was not aware of *any* LNP that did not work as follows:

> But in general, yes, we have tested – I have collaborated with others at Moderna to test a big range of lipids as well as a multitude of different compositions to manufacture LNPs for the use of vaccines and therapeutics.
>
> . . .
>
> I'm not aware of any LNP that to date did not work. They all work at different degrees, but they all work.[1618]

610.   Having "developed the delivery platform prior to the pandemic"[1619] was key to the speed of Moderna's response.  Dr. Parsons testified that "clinical advancement of a vaccine was the most important priority" and "any changes to the product have the potential to delay clinical trials"[1620]; Moderna's "rationale" was to avoid "interruption of the clinical trial process"[1621] because "the

---

Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (July 15, 2024) at 101.

[1618] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 235:23-236:9.

[1619] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 69:2-70:4 ("Q. I guess I'm wondering if there were any other options, including this Acuitas lipid, that Moderna could have used? . . . A. When COVID hit, at the time there was zero option for Moderna.  SM-102 platform to be able to respond to the pandemic in the speed that it did.  Q. And was that because Moderna had sort of already done all the work with the SM-102 platform before the pandemic?  A. Moderna had developed the delivery platform prior to the pandemic.  Q. So there was no other options that Moderna had at that point other than its SM-102 delivery platform? . . . A. SM-102 delivery platform – SM-102 lipid-containing delivery vehicle was clinically validated safe.  So it was the option.  Q. And so did having the clinically validated safe platform allow Moderna to more quickly deploy its COVID vaccine?  A. I would say yes.").

[1620] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 122:17-123:8 ("A. . . . so we were in the context of the pandemic, and clinical advancement of a vaccine was the most important priority.  I've mentioned to you a couple of times that any changes to the product have the potential to delay clinical trials, so we made the change that we thought was necessary but that had a low possibility of delay due to the – due to regulatory concerns about the change there.  So we implemented as much as we felt comfortable, bearing in mind that the overall priority of the company was to do what we could to participate in pandemic response.").

[1621] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 124:20-125:10 ("A. So again, I think we had a formulation in hand that we knew or we believed to be optimal for our commercial platform.  We were conducting phase-up – sorry, scaleup of the vaccine to the 15-gram scale.  We wanted to implement that formulation, because we considered it to be overall optimal, at the earliest point in clinical development and **we felt we could have confidence would not interrupt our clinical trials.**  That was the thought process.  We wanted to go to the platform vaccine formulation, and we were going to do that as quickly as possible."); 126:1-126:9 ("A. . . . But in the context of pandemic response, we needed to make a decision about how much of that

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

overall priority of the company was to do what [it] could to participate in pandemic response."[1622]

Dr. Parsons also testified: "I can't say whether or not we would have been able to commercialize a different formulation than" the one it picked;[1623] while there were "other candidate formulations" that had the potential to be acceptable, "[t]he development pathway for each one of those formulations was uncertain and would have had to have been explored."[1624]

---

formulation optimization could be interrupted – or could be included in that scaleup activity without the likelihood of interruption of the clinical trial process.  That was really our rationale.  Ultimately we wanted to move quickly toward our optimized formulation."); 193:18-194:10 ("THE WITNESS: So I think we've discussed a few times that we needed to make this change in a two-step manner because **our main objective in addition to arriving at the final composition was to ensure continuity of clinical trials.**  We reviewed a memorandum – or an e-mail exchange with the project leader who explained what **some delays might be expected if we made the full change at one go, and we decided not to do that.**  This was the change that we felt we could prudently make at this time and was the closest harmonization that was **consistent with keeping the clinical trials going without interruption.**") (emphasis added).

[1622] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 123:6-123:8.

[1623] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 145:20-146:10 ("Q. So you don't know whether Moderna would have been able to commercialize a different formulations in 2020? . . . THE WITNESS: What I know is the formulation that we had at that time was the most advanced, that was the one that we picked.  I can't say whether or not we would have been able to commercialize a different formulation than that.  We had other formulations that appeared from the studies that we conducted at that time to potentially be acceptable.").

[1624] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 147:12-147:21 ("Q. So sitting here today, is there another non-infringing alternative that you can identify that Moderna could have commercialized in 2020?  A. So there are other candidate formulations that would have met the success criteria, technical success criteria, that we had.  The development pathway for each one of those formulations is uncertain and would have had to have been explored.")

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 2.    Moderna Did Not Have the Time to Develop a Non-Infringing Alternative

611.    In addition, given the urgency of developing a vaccine to address the pandemic, Moderna did not have *time* to develop an alternative. Moderna was trying "[t]o save time, because every day matters."[1625] Moderna's "overall priority . . . was . . . to participate in pandemic response"[1626] and its "most important priority" was "clinical advancement of a vaccine"[1627]; "the most important priority of the company at that time was to participate in pandemic response and keep our clinical trials going"[1628]; "What we wanted to do was make phase 1 clinical supplies as rapidly as we could."[1629]

612.    Moderna recognized that "any changes to the product have the potential to delay clinical trials,"[1630] and concluded on May 29, 2020—just two days before the hypothetical negotiation—that **"no changes [to mRNA-1273] will be allowed."**[1631]    I understand that Genevant's expert, Dr. Kimberly A. Benton, PH.D, has opined that "Moderna's COVID-19 vaccine likely would have been delayed" if "Moderna had chosen or been required to conduct additional clinical trials to justify switching to a different LNP formulation (e.g., from the PVU Formulation to the v1

---

[1625] "The First COVID-19 Vaccine in the Clinic: A Lecture with Stéphane Bancel, CEO of Moderna," *MIT Laboratory for Financial Engineering,* April 2, 2020, at 45:27-45:33 of 1:28:07, *available at* https://www.youtube.com/watch?v=XvYiuoJ_lrI.

[1626] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 123:7-123:8.

[1627] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 122:18-122:19.

[1628] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 448:9-448:12.  *See also* 446:5-446:13 ("Q. Okay.  What was Moderna's highest priority at that point in time?  A. At which point in time, sir?  Q. At the start of the pandemic? . . . THE WITNESS: Our highest priority was to provide hopefully some response to the pandemic and hopefully create a vaccine that could be used to help protect people.").

[1629] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 166:5-166:7.  *See also* 220:1-220:12 ("A. . . . Moderna prior to the beginning of the COVID pandemic had developed what we felt was an optimized formulation, but at the same time we were using the formulation in the PVU infrastructure for the purposes of phase 1 clinical studies.  So I'm not going to reiterate too much, but it was our intent to move to an optimized formulation that we believed was right for messenger RNA.  At the same time, we wanted to move quickly and get the vaccine into clinical trials.").

[1630] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 122:21-122:22.  *See also* 54:3-54:6 ("A. . . . and any change to the product has the potential to introduce delay, so their [the project teams] objective being to, you know, go quickly for clinical development, they would prefer not to have any delay to that.").

[1631] MRNA-GEN-00657193-196, at 193 (Parsons Deposition Exhibit No. 12 – May 27, 2020 email from Don Parsons to Linda McKerral, Subject: RE: Lipid Composition Adjustment).

462

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Formulation)."[1632]  I understand that Dr. Mitchell has further opined that the v1 Formulation would therefore not have been available to Moderna at the time of the May 31, 2020 offer to sell mRNA-1273 to the U.S. Government.[1633]  Moreover, for the reasons set forth below, I further understand that the v2 Formulation likewise would not have been available to Moderna at the time of the May 31, 2020 offer to sell mRNA-1273 to the U.S. Government.[1634]

613.  Moderna recognized the risk associated with *any* delay.  Moderna recognized that there would be a "narrow window" of opportunity.[1635]  As such, any delay was likely to be costly.  For example, in mid-May 2020, Moderna projected that a 3-month delay would result in foregoing billions in profits.[1636]  In addition, Moderna understood this risk given its prior experience with both MERS and Zika where the epidemics fizzled out before the company had a product that was ready to commercialize.  Ms. Bennett underscored the risk surrounding COVID-19 vaccine development at the time and testified: "I think a lot of people in public health had negative experiences from pandemic influenza in the past, where no matter how quickly you moved, you missed the epidemic,

---

[1632] November 25, 2024 Opening Expert Report of Dr. Kimberly A. Benton, Ph.D ¶¶ 90.

[1633] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

[1634] *Infra*, Section III.F.4.b.

[1635] *See, e.g.,* MRNA-GEN-01570975-1159, at 991, 1020 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slides 17, 46 of 186) (At 991: "Our 2020 LRP strategic pillars . . . 1) Respond to the COVID pandemic and strengthen the company's outlook – Navigate highly unstable market dynamics[;] Deliver on the promise of our pandemic product in a **narrow window**[;] Maintain operational flexibility as the endemic market is shaped . . ." (emphasis added).  At 1020: "**Commercial strategy**: Deliver on the promise of our pandemic product in a **narrow window**" (emphasis added)).

[1636] *See, e.g.,* MRNA-GEN-02645641-677, at 660 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 20 of 37).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 411:1-412:4 ("Q. And so the conclusion here is that by delaying three months, you would have lost between 2 and $5 billion?  A. 'By delaying three months, you would have lost between 2 and $ billion' . . . I think directionally we would expect what this analysis is doing in May of 2015, purely outside-in, says about what you said, which is $2 billion difference if you were not a – if you don't start making the vaccine for distribution.  Q. 2 to $5 billion?  A. I don't think that that's what it says.  I don't think that it says 5.  I think the 5 relates to the probability of success of execution.  That's a technical and scientific assessment.  It has nothing to – it's a probability scenario, nothing to do with when you started.  So I don't believe it's accurate to say 2 to 5 related to timing.  I think it is accurate to say the difference between 3.2 and 5.2 as relates to timing.  Probability of success on execution, like actually can you solve the engineering problems, is independent of when you started the work. . . .").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

which meant you weren't able to have an impact on public health,"[1637] or achieve any revenue or return on investment.

614. Dr. Benenato underscored the urgency "[w]hen COVID hit" and testified: "at that time there was zero option for Moderna . . . to be able to respond to the pandemic in the speed that it did."[1638]

### a. Genevant's Patents-in-Suit Enabled Moderna's "platform"

615. Genevant's Patents-in-Suit enabled Moderna's "platform." In fact, in 2021, Moderna characterized Genevant, with its delivery technology, as a "platform enabling company."[1639] Moderna's witnesses have acknowledged that it relied on the prior work of others.[1640] For example, Dr. Carfi testified: "the technology of making, you know, the mRNA LNP is known,[1641] . . . it's know how to make mRNA LNP[.]"[1642] Moderna's internal documents clearly establish that its "platform" was based on Tekmira's MC3 LNP. By August 2014, Moderna had concluded that "[t]he lipid ratio used in ALN-TTR-02 [used in Alnylam's Onpattro] **appears close to optimal for mRNA as**

---

[1637] MRNA-GEN-01724969-024, at 981 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 50:9-50:14.).

[1638] May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 69:6-69:7.

[1639] MRNA-GEN-02409289-312 at 292, (April 2021 Moderna PowerPoint entitled, "mRNA Competitive landscape emerging post-COVID-19," *Moderna*, Slide 4 of 24).

[1640] *See, e.g.,* May 31, 2024 Deposition of Örn Almarsson, Ph.D., 23:5-24:16 ("Q. . . . How big of a role did earlier work on siRNA LNPs play in Moderna's ability to create siRNA LNPs? . . . A. As we were developing in the area of lipid-based delivery, we looked at all the literature and we used a number of controls from the literature, even if they involved other nucleic acids. Q. And you said that you used controls from the literature. Did you only use formulations from the literature as controls? . . . A. We used many controls. I cannot control specifically, but we used many controls. Q. . . . Was the purpose of the formulations that you used, did they only act as controls or were they also used in a more functional capacity? . . . A. They were controls because over time it's good to use controls to know how your progress is in formulating something towards a development goal. Q. Being able to use these controls is that important for Moderna? . . . A. It's a standard form of conducting science and R&D. Q. Would you say that the siRNA LNPs were a starting place for Moderna? A. They were a control."); 25:4-25:15 ("Q. What was Moderna's starting place for LNPs? . . . A. There were many different literature LNPs that we looked at, and we used them initially as controls in order to then ultimately design what as appropriate for mRNA as a payload. Q. So the literature LNPs were the starting place? A. And I would emphasize many literature.").

[1641] MRNA-GEN-01731282-343, at 323 (December 8, 2023 Deposition of Andrea Carfi, Ph.D., (*Moderna v. Pfizer*), 167:11-167:12.).

[1642] MRNA-GEN-01731282-343, at 323 (December 8, 2023 Deposition of Andrea Carfi, Ph.D., (*Moderna v. Pfizer*), 168:3-168:4.).

464

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**well as siRNA**"[1643]; "initial indications are that a formulation similar to the quantitative composition of ALN-TTR-02 [used in Alnylam's Onpattro] **is close to optimal for mRNA**."[1644]

616.    Moderna internal documents show that Tekmira's LNP enabled Moderna's development candidates.  For example, in September 2014, Moderna's "Board update on Moderna strategy & Venture operating model" stated: "Today's platform [mRNA platform v1] (G5 chemistry, **MC3-LNP**, current process) **already enables these development candidates** [MDC448327 & H10N8 vaccine]."[1645]  As discussed above, in February 2015, Moderna's FDT "Principles" included: **"We have been able to opportunistically repurpose technologies . . . MC LNP from IV therapeutic to intradermal/IM(?) vaccine system!"**,[1646] an apparent reference to Moderna's "Strategy for

---

[1643] MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86

(emphasis added).
[1644] MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86

(emphasis added).
[1645] MRNA-GEN-00792008-020, at 010 (Almarsson Deposition Exhibit No. 6 – "Board update on Moderna strategy & Venture operating model," *Moderna,* September 2014, Slide 3 of 13) ("Current drug candidate 'shots on goal'").
[1646] MRNA-GEN-01042034-041, at 035 (Almarsson Deposition Exhibit No. 8 – "Project Org FDT," *Moderna,* February 8, 2015-draft, Slide 2 of 8) ("Principles").  May 31, 2024 Deposition of Örn Almarsson, Ph.D., 113:6- 114:13 ("Q. . . . Going down to the third bullet point, it says, 'We have been able to opportunistically repurpose technologies.'  Do you see that?  A. I see that. . . . Q. Do you agree with the statement that Moderna opportunistically repurposed technologies? . . . A. That's a no.  No.  Q. You don't agree that Moderna opportunistically repurposed technologies?  A. Sitting here today, my answer is, no.  Q. Why not?  A. Like I said, I don't recall who wrote this, and what the intent and the meaning was, and I won't impute."); 115:4-

465

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

first clinical LNP: Adapt ALN-TTR-02 formulation."[1647]  Moderna's internal documents also refer to **"Borrow[ing] from siRNA to use with mRNA,"** as shown in **Figure 3.9**,[1648] below.

116:13 ("Q. The sub-bullet underneath says, 'MC3 LNP from IV therapeutic to intradermal/IM vaccine system!' So it seems that what the person is saying on this slide is that the MC3 LNP from IV therapeutic was opportunistically repurchased [sic – repurposed] to IM vaccine systems. Do you agree that seems to be what the slide is trying to convey? . . . A. I think I wouldn't read it that way.  Q. How would you read it?  A. I'm reading it literally, 'MC3 LNP from IV therapeutic to intradermal/IM(?) vaccine system!'  And I don't know what the author really meant by that at the time.  Q. Given that we had just looked at a bunch of exhibits where Moderna talked about how it used the lipid composition from the TTR-02 IV program, you don't think that this – that that is what this sub-bullet is referring to? . . . A. I don't know that.  Q. And you don't know why this sub-bullet is underneath the bullet about opportunistically repurposing technologies?  A, I don't know that.").

[1647] MRNA-GEN-00741030-056, at 044 (Almarsson Deposition Exhibit No. 5 – "Alexion meeting – Formulation and Delivery," *Moderna,* September 4, 2014, Slide 15 of 28) ("Strategy for first clinical LNP: Adapt ALN-TTR-02 formulation").

[1648] MRNA-GEN-00741030-056, at 038 (Almarsson Deposition Exhibit No. 5 – "Alexion meeting – Formulation and Delivery," *Moderna,* September 4, 2014, Slide 9 of 28) ("Lipid Nanoparticles (LNPs) for Delivery of mRNA").  May 31, 2024 Deposition of Örn Almarsson, Ph.D., 70:19-71:14 ("Q. And on the left the top text [on Almarsson Deposition Exhibit No. 5, Slide 9] says, 'Borrow from siRNA to use with mRNA:' And then it lists three things. 'Qualitative composition, Process options, Analytical strategy.'  Do you see that?  A. Yes.  Q. So is what this slide is saying that top corner that Moderna plans to borrow the qualitative composition, process options, and analytical strategy from siRNA to use with mRNA?  . . . A. So I don't recall this slide specifically.  I likely did not write it.  However, the words say that, and it's a discovery discussion with Alexion, as I can read from the front page."); 72:8-72:15 ("Q. And so, on this slide, in their conversations with Alexion about LNPs, for delivery of mRNA, why do you think that somebody from Moderna would write 'Borrow from siRNA to use with mRNA'?  . . . A. I can't speculate as to why people would say that.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 3.9**

617.    Hari Pujar, Moderna's Head, Technical Development and Manufacturing from 2015 through September 2019 (and returned to Flagship Pioneering in October 2020), stated the following in an August 26, 2018 email: "It [Moderna's work done to date on the lipid composition space] **starts with MC3**[.]"[1649]  A year later, however, Dr. Hoge instructed Moderna's scientists to **"take out the mc3 part of the story."**[1650]  On **November 15, 2019**, Dr. Benenato wrote: "Stephen [Hoge] does not want to see any revenues [sic – references] **to us 'learning' from mc3.**  This deck states

---

[1649] MRNA-GEN-01264023-024 at 024 (Parsons Deposition Exhibit No. 4 – August 26, 2018 email from Hari Pujar to Donald Parsons, Örn Almarsson, Subject: Summary of work performed on N/P and mol ratios).

[1650] MRNA-GEN-01430937 (Hoge Deposition Exhibit No. 51/Benenato Deposition Exhibit No. 2 – November 15, 2019 email from Kerry Benenato to Mark Cornebise, Subject: Re: MC3 vs. legacy).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 436:22-441:4.  May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 21:1-33:3.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

that. I know it is hard as a chemist but we have to fib a bit and not tell the whole structure story. The slides look great,…**but I think you need to take out the mc3 part of the story.**"[1651]

618. While Dr. Hoge attempted to erase MC3, others have acknowledged that it was the prior work that enabled the speed of the pandemic response. For example, in March 2020 by Mikael Dolsten, M.D., Ph.D.,[1652] Pfizer's Chief Scientific Officer, described as "a key figure behind its [Pfizer's] development of its COVID-19 vaccine,"[1653] who stated: "I think some of the new technologies that have come – we heard today about mRNA and DNA, where you use completely new tools and technologies – they give us an opportunity to move fast and that's why some of the companies that have been working on other diseases can quickly change priorities and meet the huge public health threat."[1654] Years later, in October 2023, Stephen Susalka, the CEO of AUTM, underscored the point again and stated:

> "If none of that work underneath the surface had been accomplished ahead of time, we never would have had this vaccine in the record speed that we had[.]"[1655]

### b.    Clinical precedents and prior clinical studies were critical to gain FDA approval for clinical testing

619. The available evidence shows that clinical precedents and prior testing were critical to gain FDA approval for clinical testing.

---

[1651] MRNA-GEN-01430937 (Hoge Deposition Exhibit No. 51/Benenato Deposition Exhibit No. 2 – November 15, 2019 email from Kerry Benenato to Mark Cornebise, Subject: Re: MC3 vs. legacy). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 436:22-441:4. May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 21:1-33:3.

[1652] "Mikael Dolsten, M.D., Ph.D., Chief Scientific Officer, President Pfizer Research & Development," *Pfizer,* 2024, *available at* https://www.pfizer.com/people/leadership/executives/mikael_dolsten-md-phd.

[1653] "Pfizer's chief scientist Mikael Dolsten to step down," *Reuters,* July 9, 2024, *available at* https://www.reuters.com/business/healthcare-pharmaceuticals/pfizers-longtime-science-chief-mikael-dolsten-step-down-2024-07-09/.

[1654] "President Trump Meeting with Pharmaceutical Executives on Coronavirus," *C-Span,* March 2, 2020, *available at* https://www.c-span.org/video/?469926-1/president-trump-meeting-pharmaceutical-executives-coronavirus.

[1655] Abraham Gutman, "Scientists' Nobel-winning vaccine research brought Penn prestige – and a whole lotta money; University of Pennsylvania received more licensing revenue than any other U.S. university in the past two years," *The Philadelphia Inquirer,* October 3, 2023, *available at* https://web.archive.org/web/20231007091832/https://www.inquirer.com/health/nobel-prize-covid-19-vaccine-mrna-moderna-pfizer-biontech-licensing-20231003.html.

468

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### (1)   Importance of Clinical Precedents

620.   Dr. Almarsson testified that Moderna "used a number of controls and literature precedent which contributed to the work that we were doing at the time."[1656]

621.   Dr. Almarsson testified that "clinical precedent is important in selecting formulations for human use."[1657]  As of September 2014, Moderna's "Strategy for first clinical LNP: Adapt ALN-TTR-02 formulation," as shown in **Figure 3.10**,[1658] below.

---

[1656] May 31, 2024 Deposition of Örn Almarsson, Ph.D., 121:19-121:22.

[1657] May 31, 2024 Deposition of Örn Almarsson, Ph.D., 238:9-238:20 ("Q. So we discussed earlier a little bit why the MC3, the 1.5:50 MC3 formulation was selected based on DOE studies, correct?  . . . A. We've discussed those formulations before.  Q. And you stated that one of the reasons why it was selected was because of its precedent in the clinic; is that correct?  A. I'm not sure exactly how I phrased it, but clinical precedent is important in selecting formulations for human use.").  *See also* 88:10-88:22 (Q. . . .  But why did Moderna use the same lipid composition as the Alnylam Phase 3 TTR product after having already looked at different formulations as you stated?  A. There would be many reasons to select formulation, including precedence in clinical trials.  Q. Did you select the Alnylam Phase 3 TTR composition because it both performed the best and had precedence?  . . . The selection was based on a number of factors.  I don't recall all of them.");  90:9-90:18 ("Q. Why would somebody write that the formulation DOE supports the use of the Alnylam Phase 3 TTR composition of the DOE experiments hadn't shown that this product was the best?  A. The statement says that the DOE supports the same lipid composition as a clinical product, which is a precedent.  So I don't know exactly all of what was meant at the time, but it is – it's what I read.").

[1658] MRNA-GEN-00741030-056, at 044 (Almarsson Deposition Exhibit No. 5 – "Alexion meeting – Formulation and Delivery," *Moderna,* September 4, 2014, Slide 15 of 28) ("Strategy for first clinical LNP: Adapt ALN-TTR-02 formulation"). May 31, 2024 Deposition of Örn Almarsson, Ph.D., 84:9-90:2 ("Q. The top bullet or the title says, 'Strategy for First Clinical LNP: Adapt ALN-TTR-02 Formulation.'  Do you see that?  A. Yes, I see that.  Q. Do you agree that was Moderna's strategy for its first clinical LNP? . . . A. I don't recall that.  Q. You were the head of formulation at Moderna.  This is their first ever clinical program that is being developed, and you cannot recall whether the description of Moderna's strategy is accurate?  . . . A. Yeah.  I cannot recall that.").

469

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 3.10**

622.    Mr. Bancel underscored that point in an April 1, 2020 lecture—emphasizing that later vaccines would be made using the same lipid, formulation and manufacturing as the first vaccine that was successful in a clinical trial as follows:

> The second piece that got me very excited because over the years I got very frustrated of a failure of drugs in clinical trial is we believed that the probability of technical success of mRNA medicine should be materially higher than reported probability of success of traditional medicines and we thought there was two reason for that: the first one is mRNA is a platform, **the way we make mRNA for one vaccine is exactly the same way we make mRNA for another vaccine.** The chemistry we use to make the mRNA molecule is the same, manufacturing process is the same. **Lipid that we use to formulate and package the mRNA in the vial is the same, manufacturing process is the same**. So the way you think about it is because mRNA is an information molecule **the difference between a flu vaccine** and **Zika vaccine** and a **COVID-19** vaccine **is only the order of a nucleotide, the follicles of life on the message.** And so it made a lot of scientific sense that if one

470

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

vaccine was going to work in the clinic the next vaccine if you were coding correctly for the sequence of a virus should have a very high chance of working.[1659]

623.    Thirteen days later, during Moderna's "First Vaccine Day," Dr. Hoge underscored the same point, namely, that "Uniform process allows for fast scale-up," in **Figure 3.11**,[1660] below, which specifically highlighted **"Same LNP formulation."**



**FIGURE 3.11**

### (2)    Importance of Moderna's Prior Work and Testing

624.    Moderna's prior work and testing was critical to its quick development of mRNA-1273 and getting the FDA's green light to move forward with clinical testing and further assert that no one had more

---

[1659] "The First COVID-19 Vaccine in the Clinic: A Lecture with Stéphane Bancel, CEO of Moderna," *MIT Laboratory for Financial Engineering,* April 2, 2020, at 13:01-14:23 of 1:28:07, *available at* https://www.youtube.com/watch?v=XvYiuoJ_lrI (emphasis added).
[1660] "First Vaccines Day," *Moderna,* April 14, 2020, Slide 94 of 259, *available at* https://web.archive.org/web/20200501220624/https://investors.modernatx.com/static-files/e5fd7ac7-53c9-4804-b89d-4e51d5121960 ("Uniform process allows for fast scale-up").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

"experience and know-how on how to make a coronavirus vaccine" than Moderna.[1661]   For example:

### (a)    MERS

625.    Moderna made two (2) generations of mRNA vaccines for MERS:  a 1st generation in 2015/2016 with Dr. Albert Osterhaus, Eramus Medical Center (Netherlands),[1662] and a 2nd generation in 2019 with Dr. Barney Graham, VRC.[1663]   Dr. Ciaramella testified that he started working on MERS

---

[1661] MRNA-GEN-01731282-343, at 335-336 (December 8, 2023 Deposition of Andrea Carfi, Ph.D., (*Moderna v. Pfizer*), 216:21-217:14 ("Q. In January 2020, did anyone have more experience developing coronavirus vaccines than Moderna? . . . A. I don't think anyone had more experience than Moderna, not only in the context of the design of the antigen, but also, you know, the ability to make relatively large mRNA, and to show that the vaccine was immunogenic and protective.  We were the only one that developed that data.  Q. What are the reasons that Moderna decided to develop a COVID-19 vaccine?  A. We decided to work on the COVID-19 because we had, on one end the experience and know-how on how to make a coronavirus vaccine, how to make mRNA vaccine, so we had a large experience with mRNA vaccines in humans, and also we thought that the technology was the most, how to put, to have a faster response to the pandemic.").

[1662] MRNA-GEN-01742275-277, at 276 (Himansu (*Moderna v. Pfizer*) Deposition Exhibit No. 7 – "mRNA MERS coronavirus vaccine," *Moderna,* June 4, 2019 (metadata), Slide 2 of 3) ("1st generation MERS mRNA vaccine is highly immunogenic and protect against challenge in Rabbits").  November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 20:4-20:25 ("Q. . . . In 2016 were you in possession of a vaccine to treat COVID-19? . . . A. We were not in possession of a vaccine encoding COVID-19 sequence, but again, we had a vaccine which was a prototype for all betacoronaviruses regardless of their sequence in the future.  Q. MERS.  A. Correct.  Q. And the MERS vaccine is a prototype for every betacoronavirus?  A. Yes.  Q. And it works against every betacoronavirus?  A. It's a prototype.  Q. Sir, does the MERS vaccine work against every betacoronavirus?  A. No, but it's a prototype for other betacoronoaviruses."); 22:9-22:20 ("A. . . . The vaccine had incredibly high efficacy in the animal models that we tested.  We did not expect it to have such high effectiveness given the precedents at the time was mRNA vaccines were bad, they weren't going to work and that you needed to use unmodified or do some crazy stuff with the, you know, antigen.  And what we basically found was a wild-type vaccine using modified mRNA and using LNP could express protein and be immunogenic and protect in a very stringent animal model."); 73:25-74:13 ("Q. And who's Albert Osterhaus?  A. So he was leading the virology team at Erasmus Medical Center, and postdocs from his team were in the spinoff Viroclinics.  He was not directly involved.  I don't know why I put his name on that.  I can't remember.  It should have just been Erasmus Medical center.  Q. Now, you refer here [Himansu (*Moderna v. Pfizer*) Deposition Exhibit No. 7, Slide 2] to the first-generation MERS vaccine.  Do you see that?  A. Yes.  Q. And that's referring to the MERS vaccine that we talked about form 2016 in the patent-in-suit; right?  A. Correct.").

[1663] MRNA-GEN-01742275-277, at 277 (Himansu (*Moderna v. Pfizer*) Deposition Exhibit No. 7 – "mRNA MERS coronavirus vaccine," *Moderna,* June 4, 2019 (metadata), Slide 3 of 3)

472

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

shortly after he joined Moderna[1664] in February 2014,[1665] and "led the infectious disease vaccine group pretty much from the beginning.  So I was involved in the various vaccines that were being discovered and developed at Moderna."[1666]  In July 2014, Moderna made a MERS-CoV proposal to Saudi Arabia for a $3 million "Proof-of-concept study design,"[1667] which would enable it to conduct a study without needing FDA approval.[1668]  At that time, Moderna claimed that "MERS-

---

("Prefusion Stabilized MERS S-2P (2nd Gen) mRNA elicits better neutralizing antibodies than MERS S-WT mRNA").  November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 74:14-74:17 ("Q. And then what you're talking about here is a second-generation MERS vaccine; right?  In the slide presentation?  A. Yes.").  MRNA-GEN-01740873-877, at 877 (Himansu (*Moderna v. Pfizer*) Deposition Exhibit No. 10 – "VRC's Coronavirus Vaccine Project," *Vaccine Research Center,* September 4, 2019, Slide 5 of 5) (MERS S-2P mRNA elicits better neutralizing antibodies than MERS S-WT mRNA . . . We plan to evaluate MERS S-2P mRNA in the DPP4 mouse model this year").

[1664] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 62:24-63:5 ("Q. When did you start working on MERS vaccine?  A. I started soon after I joined.  You can probably refer, you know, some of the dates there and some of the lab notebooks.  I can't remember exactly the time, but soon after I joined the company.").

[1665] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 24:18-24:19 ("Q. . . . You joined Moderna in 2014, right?  A. That's correct."); 45:8-45:11 ("A. . . . I joined the – I joined in February [2014].  So I can't remember exactly the date, . . .").

[1666] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 156:16-156:19. *See also* 193:20-193:21 ("A. . . . I was essentially the chief scientific officer of Valera.").

[1667] MRNA-GEN-01737684-701, at 701 (Ciaramella (*Moderna v. Pfizer*) Deposition Exhibit No. 8 – Axel Bouchon, "Moderna Vaccines: Introduction to Valera & Proposal for MERS-CoV prevention in Saudi Arabia; Presentation to Saudi Arabia MoH," *Valera/Moderna,* June 2014, Slide 18 of 18) ("Proof-of-concept study design & estimated cost").

[1668] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 71:16-72:19 ("Q So just so I understand the proposal in 2014 that was shown to the Saudi government in Exhibit 8, the idea is that Moderna would vaccinate camels against MERS, and then because the camels were vaccinated, they would not – no longer infect people; is that right?  A. Potentially, yeah.  That was at least one of the ideas that was being contemplated.  Q. If you vaccinate camels, you wouldn't need to do clinical trials with the FDA, right?  A. I mean, in this case, you wouldn't even be involving the FDA.  The FDA has no jurisdiction in Saudi Arabia.  Q. You don't have to do any clinical trials before you test on camels, right?  A. Potentially, yeah.  Q. Unlike if you were to test on humans, you wold typically have to go through a regulatory agency for that, right?  A. Of course.  Q. Why did Moderna want to test its vaccines on camel rather than humans in 2014?  A. it was probably the most – it was an expedient way of doing it.  I think the – in this case, it was a zoonotic disease.  It's novel technology.  You would probably, you know, go the animal route with that.  It was, you know obviously just a proposal that came through to them.").

473

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CoV is one of the core areas of Valera."[1669]  Dr. Ciaramella testified: "[a]nd so we, I think, came with the idea to see whether the Saudi government might be interested in essentially allowing us to test our mRNA vaccine for the immunization actually of camels in order to prevent then further transmission in humans."[1670]  Regarding experiments, Dr. Ciaramella could not recall "specifically whether anything had been done between February and June [2014]."[1671]  Dr. Ciaramella testified that the proposal to Saudi Arabia did not move forward.[1672]

626.   In December 2015, WHO "convened a consultation of leading experts . . . to develop a roadmap for MERS-CoV activities as part of the blueprint agenda."[1673]  As of July 2016, there were "currently a dozen [sic – 13[1674]] [MERS-CoV] vaccine candidates in preclinical development,"[1675]

---

[1669] MRNA-GEN-01737684-701, at 692 (Ciaramella (*Moderna v. Pfizer*) Deposition Exhibit No. 8 – Axel Bouchon, "Moderna Vaccines: Introduction to Valera & Proposal for MERS-CoV prevention in Saudi Arabia; Presentation to Saudi Arabia MoH," *Valera/Moderna,* June 2014, Slide 9 of 18) ("MERS-CoV is one of the core areas of Valera").

[1670] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 67:11-67:16.

[1671] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 68:10-68:15 ("Q. Had Moderna done any experiments with the MERS virus?  A. I don't recall.  You'd have to go back and look at the records, but – yeah, I don't recall specifically whether anything had been done between February and June."); 69:10-69:14 ("Q. Between February and June 2014, did Moderna do any – perform any characterization work on the MERS vaccine? . . . THE WITNESS: I can't recall."); 70:25-71:3 ("Q. Between February and June of 2014, did Moderna do any experiments in animals to determine an appropriate antigen for MERS?  A. I do not recall."); 79:5-79:7 ("Q. And – but Moderna had not conducted any experiments on MERS at this point, right?  A. I do not recall.").

[1672] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 79:8-79:16 ("Q. What happened to the proposal to the Saudi government?  A. I don't believe it was, you know, accepted.  Q. So Saudi government rejected the proposal?  A. It didn't go forward.  I don't know exactly the specifics of the conversation, but I don't believe it went ahead.").

[1673] MRNA-GEN-01737679-783, at 679 (Ciaramella (*Moderna v. Pfizer*) Deposition Exhibit No. 9 – Kayvon Modharrad, Vasee S. Moorthy, Peter Ben Embarek, Maria Van Kerkhove, Jerome Kim, Marie-Paule Kieny, "A roadmap for MERS-CoV research and product development: report from a World Health Organization consultation," *Nature Medicine,* Vol. 22, No. 7, July 2016, pp. 701-705, at 701).

[1674] December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 82:5-82:8 ("Q. And I'm just counting them up here. . . . there's 13 candidates listed on that page, right?  A. Uh-huh.").

[1675] MRNA-GEN-01737679-783, at 681 (Ciaramella (*Moderna v. Pfizer*) Deposition Exhibit No. 9 – Kayvon Modharrad, Vasee S. Moorthy, Peter Ben Embarek, Maria Van Kerkhove, Jerome Kim, Marie-Paule Kieny, "A roadmap for MERS-CoV research and product development: report from a World Health Organization consultation," *Nature Medicine,* Vol. 22, No. 7, July 2016, pp. 701-705, at 703).

which did *not* list a Moderna MERS candidate, but did list a NIH "Prime-boost" candidate based on "Full length S DNA prime, S1 subunit protein boost."[1676]

627.   Moderna's first MERS study was an immunogenicity study started in or about October 30, 2015 with an endpoint in or about January 2016, with a Rabbit challenge study conducted by Viroclinics in the Netherlands[1677] that began on March 15, 2016 and completed on July 12, 2016, with the

[1676] MRNA-GEN-01737679-783, at 681 (Ciaramella (*Moderna v. Pfizer*) Deposition Exhibit No. 9 – Kayvon Modharrad, Vasee S. Moorthy, Peter Ben Embarek, Maria Van Kerkhove, Jerome Kim, Marie-Paule Kieny, "A roadmap for MERS-CoV research and product development: report from a World Health Organization consultation," *Nature Medicine,* Vol. 22, No. 7, July 2016, pp. 701-705, at 703 Table 2).

[1677] MRNA-GEN-01741017-046, at 046 (Himansu (*Moderna v. Pfizer*) Deposition Exhibit No. 6 – Sunny Himansu, "Vaccines and Therapeutics," *Valera,* October 21, 2015, Slide 30 of 30) ("MERS-CoV vaccine . . . Immunogenicity study . . . Starts Oct 30th[;] Endpoint- Jan 2016 timeframe[;] Rabbit challenge study – Study pending approval from animal ethics committee at Viroclinics"). November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 56:9-56:17 ("Q. So you were planning a MERS vaccine for the full-length spike protein; right? A. We were planning to test a full-length spike protein for MERS because we expected that the responses for MERS would be virus-specific, that you would get very poor cross-reactive responses. So for each virus you would have to make its own full-length vaccine – again, and using MERS as a prototypic example."); 60:25-61:5 ("Q. Now, after this 2015 paper, you went on to work with a MERS vaccine that encodes the full-length spike protein; right? A. And the S2 subunit. Q. For MERS. A. Correct."); 65:10-66:12 ("Q. The you say, 'Immunogenicity study.' That was going to start October 30th? End point January 2016. Do you see that? A. yes. Q. Did that actually happen? A. Yes. Q. And then a rabbit challenge pending approval from the animal ethics committee at Viroclinics? A. Yes. Q. Who was Viroclinics? A. That was a CRO that we used to test an efficacy of a MERS vaccine at that time. They were the experts in MERS, since they discovered MERS; at least the people who were working there. And it was spinoff from Erasmus Medical Center in the Netherlands. Q. And why were you using them? A. Well, MERS and SARS are high biosafety-level pathogens, so there's only a few labs who had the capabilities to handle those pathogens at the time. And these were the only individuals at that time who could, you know, from what I recall, who could do any betacoronavirus challenge studies. Q. Sorry, the individuals you're referring to, who was that? A. So these would be employees of Viroclinics, which was a CRO. So they did this for fee for service."). MRNA-GEN-01737409-438, at 438 (Ciaramella (*Moderna v. Pfizer*) Deposition Exhibit No. 10 – Sunny Himansu, "Vaccines and Therapeutics," *Valera,* October 21, 2015, Slide 30 of 30) ("MERS-CoV vaccine . . . Immunogenicity study . . . Starts Oct 30th[;] Endpoint- Jan 2016 timeframe[;] Rabbit challenge study – Study pending approval from animal ethics committee at Viroclinics"). December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 100:1-100:16 ("Q. And are you – do you know if this is first animal testing of a vaccine against MERS? A. I don't recall exactly whether that is the case or not, but I'm sure you can look at the records, really. But October 30th, 2015, if that's the case, is a fair amount of time. Q. So would you – would Dr. Himansu have more information about when the experiment started?

475

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

final report dated September 27, 2016.[1678]  Dr. Hoge, Dr. Himansu and Dr. Ciaramella testified

that Moderna used the 50:38.5:10:1.5 formulation composition in MERS study cited in Moderna's

'600 patent.[1679]

---

A. I believe he would or, you now, Sunny would have what the Moderna records might indicate.
Q. You're not aware of an experiment that started before the animal study that's referenced in
Exhibit – A. 10.  I can't recall, to be honest with you, but yeah."); 102:23-103:4 ("Q. Now, is the
immunogenicity study that was referenced in Exhibit 10 that was going to start in October of
2015?  A. I don't recall.  I can't – as I said, I don't know exactly the various dates.  But this – I
now that it was one of the immunogenicity studies that we did."); 103:9-103:18 ("Q. What was
your role in the immunogenicity studies for MERS?  A. Yeah, the idea was, first of all, to do
immunogenicity study and my role was basically the identification and decision to use the full-
length spike as well as the S2 spike.  And Sunny [Himansu] essentially designed essentially the
study and was responsible for coordinating it with the – with the contract organization that did
this for us.").  MRNA-GEN-01737385-391 (Ciaramella (*Moderna v. Pfizer*) Deposition Exhibit
No. 13 – Sunny Himansu, "MERS vaccine rabbit challenge data," *Valera,* n.d., 7 Slides).
December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 149:12-149:18 ("Q.
So just to be clear, Exhibit 13 and Example 24 in the '600 Patent refer to the same experiment on
rabbits, correct?  A. I believe that's to be the case, yes.  Q. And that is a rabbit challenge study,
correct?  A. It is a rabbit challenge study.").
[1678] MRNA-GEN-01741923-958, at 925 (Himansu (*Moderna v. Pfizer*) Deposition Exhibit No.
17 – "Final Report – Evaluation of the efficacy of an anti-MERS-CoV vaccine in rabbits,"
*Viroclinics,* September 27, 2016, p. 3 of 36).  November 17, 2023 Deposition of Sunny Himansu
(*Moderna v. Pfizer*), 117:15-117:22 ("Q. And what is this final report from September 2016?  A.
This is the final report written and audited by Viroclinics for the study they performed under a
contract with Valera, or Moderna at the time, to test the RNA-encoded, the modified spike
protein for MERS coronavirus in an LNP for – to measure its efficiency against a challenge in
rabbits.").
[1679] *See, e.g.,* MRNA-GEN-01725410-507 at 466 (December 1, 2023 30(b)(6) Deposition of
Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 225:24-226:6 ("A. We worked in 2012 and 2011
with lipid nanoparticles at Moderna with compositions that I believe were, in fact, probably the
same as were used in 2016 in the MERS publication or the MERS patent in question, and
therefore, it is true that we had probably had those same ratios and compositions in 2012.").
November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 135:8-135:14 ("**Q. And
to be clear, with respect to the MERS vaccine, there's only one formulation that's
disclosed, right?  A. As an example, we have used MC3 in that case.  We could have used
other LNPs.  It was just a convenience selection on the basis of what was available at the
time**." (emphasis added)); 225:11-225:25 ("A. . . . Again, I had never used KC2 at the time I was
at Moderna [joined in 2015].  They had prior precedents and data of using KC2 and MC3, **and
they narrowed down to the use of MC3** for a small period of time, until we came up with our
own proprietary lipid.  Q. But in the examples here [Moderna's '600 patent] you talk about using
DLin-KC2-DMA or **DLin-MC3-DMA; right?  Those are the two cationic lipids.  A. Yes.**  Q.
So in these examples of the betacoronavirus, you were using those lipids and not the proprietary
one you said you came up with later; correct? . . . **A. The vaccine that we tested [in 2016**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

628.    The 2nd generation MERS vaccine animal study was ongoing in Australia as of August 2019.[1680]

Dr. Himansu described the 2019 VRC-Moderna MERS/Nipah collaboration as follows:

---

**MERS study] for which the data is shown used the MC3. . . .**" (emphasis added)); 226:11-227:19 ("Q. Okay.  But I want to focus on the specific lipid that you used in the mRNA for the MERS vaccine in the '600 patent.  That lipid is the same lipid that's described in 2012 in the – by the AlCana/Alnylam group.  **A. It has the same ratio. . . . A. It has the same name.**  I have no way of confirming they're the same lipids.  I'm not a chemist.  **Q. And your example mentions DLin-MC3-DMA.  Do you see that?  A. Yes.**  Q. And if we go to Page 8533 of the Alnylam/Alcana publication, 2012, they actually refer to DLin-MC3-DMA as one of the most potent lipids in the world.  Do you see that?  A. Yes, I see it. . . . Q. But you picked it and used it in your patent [the '600 patent]; right? . . . A. . . . **I picked this lipid [MC3] because that was the option that as available to me at the time as a Moderna employee, because that was their standard lipid based on the experience on working with vaccines.**" (emphasis added)). December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 126:3-126:5 ("A. In that case [MERS experiments in the '600 patent], actually we use MC3 which is a formulation that had been used in the siRNA world."); 126:18-127:4 ("Q. But just to be clear, the actual formulation that is being used and described in Example 20 [in Moderna's '600 patent] is the same formulation that had been used in siRNA, correct?  . . . THE WITNESS: It is the same LNP that has been used for siRNA, . . . And so we use that as an expedient way of using an LNP for, you know, the initial test.  And then, as you know, Moderna has developed several others, but fundamentally, all of them have given us the opportunity for an immune response."); 127:12-127:24 ("Q. . . . So example 23 [in Moderna '600 patent] describes the immunogenicity study in mice and Example 24 [in Moderna's '600 patent] describes the immunogenicity study in New Zealand in white rabbits, right?  A. That's right.  Q. And if you look at the procedures in these sections, they don't describe the specific formulation that was used, right?  A. It doesn't appear to do so, but I think I can certainly tell you that we use MC3 and that, you know, it's probably – you can infer from the – from the patent that's the LNP that you would use. . . ."); 128:4-128:13 ("Q. . . . So Example 23 and 24 [in Moderna's '600 patent], you use the formulation that was described in Example 20, right?  A. Yeah, it was MC3 in this case.  And the Example 20 formulation [in Moderna's '600 patent], that was the only LNP that you had tested in the animal studies for a MERS vaccine, correct?  A. I can't recall, but I believe at that time – that would be at that time, but, yeah, again . . ."); 128:17-128:25 ("Q. . . . That's – in Example 20 [of Moderna's '600 patent], the LNP that's described has a specific ratio of various lipids [50:38.5:10:1.5], correct?  A. There is a particular ratio, and I think that, you know, would describe MC3, if I remember correctly.  Agan, the important point here is, you know, if you were to essentially try the experiments, if you generated that LNP, you would be able to generate an immune response."); 135:8-135:14 ("Q. And to be clear, with respect to the MERS vaccine, there's only one formulation that's disclosed [in Moderna's '600 patent], right?  A. As an example, we have used MC3 in that case.  We could have used other LNPs.  It was just convenience selection on the basis of what was available at the time.").
[1680] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 139:23-140:8 ("A. . . . Yeah, before I left, you know, we were working on the Nipah, and that kind of really ramped up the – you know, the collaboration was focused on Nipah, and that was ramped

477

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

We approached VRC for continued development of a MERS vaccine, which is taking it to the clinic as a prototype for betacoronaviruses and were seeking funding from CEPI.  NIH came up with the idea that they could potentially make the MERS vaccine better and that would give us a better chance of getting funding from CEPI if they were listed as a partner on antigen design. . . .[1681]

. . .

So we had been collaborating with the VRC, as I said, on MERS as a prototype for betacoronaviruses, because of their potential pandemic threat, and we had applied for the CEPI funding.  While we had applied for the CEPI funding, we, somewhat at risk, started the work that was being proposed under the funding in anticipation we will get the grant.  So we started working with NIH on this research work, but we actually never ended up getting the CEPI grant.

And because we had done a body of work – and the other thing that had happened since our original work was that MERS, the coronavirus, binds the human DPP4 receptor, and now there was a mouse, a transgenic mouse model that you can use to study that may be more physiologically relevant that a rabbit in terms of determining an efficacy of a MERS vaccine.  It doesn't represent anything about a betacoronavirus vaccine because the receptors might be different in that context.

And we – that means leadership of VRC, John Mascola, Barney Graham; leadership of Moderna, St phane [sic – Stephane Bancel], Mike Watson and myself – we went and met with Dr. Tony Fauci, presented these data, and had a conversation with him to say, you know – we were also working on other potential pandemic-threat pathogens, and what can we learn from them for their applications in case something related to them was found as a pandemic threat, which was NEPA [sic – Nipah] at the time.  So NEPA [sic – Nipah] and MERS were the two programs.

And the discussion that was happening around this time was what is the purpose – the mRNA LNP vaccine technology had – there was no licensed product, so there was still a lot of skepticism that a vaccine could work even though we had – again, we hadn't disclosed any of our data publicly for MERS to date.

So the purpose – you know, one of the ideas was that in a joint collaboration with the NIH in 2020 we simulate a pandemic, whether it will be NEPA [sic – Nipah] or MERS, and then using Moderna's technology, we will try to rapidly respond to the simulated pandemic as quickly as possible, so we can demonstrate the value of the platform in a pandemic response and how quickly can we respond and how we can leverage this information, not only to these pathogens, but as a prototype to related pathogens.  That was the whole concept that was discussed at the meeting.

---

up in terms of interactions between Moderna and VRC, but yeah, maybe – maybe I can say that at around 2017, we were having, say, monthly meetings.  By the time it was 2019, there might have been meetings every couple of weeks or even every week given that there was materials being exchanged and animals being immunized in Australia.").

[1681] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 80:7-80:15.

478

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

> We decided to advance NEPA [sic – Nipah], at least try to advance NEPA [sic – Nipah], to simulate a pandemic in 2020, which we didn't.  We pivoted to SARS-CoV-2 when that outbreak occurred.
>
> For the MERS program, given the SARS-CoV-2 had happened and we decided to pick that up, we deprioritized some of the activities here and shifted those to SARS-CoV-2.
>
> So in September we really just again are still thinking about advancing a MERS vaccine to the clinic.[1682]

629.    Dr. Himansu directly connected the data from Moderna's MERS work in 2015/2016 as what "allowed us to . . . have confidence that we could both manufacture and have a vaccine that will be effective in humans" and testified as follows:

> We started this work again in the context of pandemic preparedness to enable us as a company to be in a position to respond to pandemics, and the data from this patent allowed us to get the confidence we needed to respond to the SARS-CoV-2 outbreak and have confidence that we could both manufacture and have a vaccine that will be effective in humans.[1683]

630.    While Moderna made and tested at least two (2) MERS vaccines, Mr. Bancel **"dropped the MERS data from [Moderna's] S3"** SEC filing in March 2010.[1684]

### (b)    "Very strong database" of clinical studies

631.    Mr. Bancel also underscored the importance of having **"a good scientific rationale"** as well as **"all the work done before"** and its **"very strong database"** of clinical studies as elements needed to quickly gain the FDA's green light to move forward with clinical testing as follows:

---

[1682] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 86:12-88:20.

[1683] November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 240:24-241:5.

[1684] MRNA-GEN-01725263-264, at 263 (*Moderna v. Pfizer* Hoge Deposition Exhibit No. 18 – March 13, 2020 email from Stéphane Bancel to Executive Committee, Said Francis, Subject: FW: [EXTERNAL] FW: Vaccines).  MRNA-GEN-01725410-507 at 448 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 153:3-153:19 ("Q. And of course you see Mr. Bancel replies [in *Moderna v. Pfizer* Hoge Deposition Exhibit No. 18], 'Just public info.'  True?  A. Yes.  And then he says, 'And dropped the MERS data from S3,' and that's the only think I'm not sure where that – I know what he means by 'MERS data.'  I'm not sure what he means by 'from S3.'"  Q. I think he means an SEC Form S3.  A. Okay.  Right.  I was trying to figure out why we had an S3.  That's correct.  We had just done a follow-on filing, a follow-on capital raising.  Thank you for reminding me.  Now I understand why there was an S3 in March [2020].  So that would have been public at that point, to my knowledge, and therefore, yes, all public.").

479

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

The technologies [of the various COVID-19 products] are quite different, first in term of a chemistry we use for the messenger RNA and then the chemistry we use for delivery those products. You know Moderna has done nine clinical studies of nine different vaccines more than a thousand people have been in those as we discussed. So we have **a very strong database** and understanding of our technology and I think the regulators as well because of course the FDA has all that data.[1685]

. . .

I think people are in the same mindset as the FDA, which is the risk reward profile. So the other regulatory agencies I've talked to so far personally in the last few few week want to be as aggressive as the FDA. I don't think many wants to be much more aggressive than the FDA. Again I cannot speak for, you know, 100-plus countries because I have not spoken to hundred plus regulatory groups but I think everybody wants to be very aggressive while being careful with a safety profile.[1686]

. . .

I think the FDA is very aggressive in their thinking, while being careful so that we don't hurt anybody.[1687]

. . .

And so if a virus were to mutate in three months or two years or five years we will have the ability to very quickly to change the sequence and as it is done for seasonable flu, **we believe that agencies like the FDA will be comfortable with all the work done before if a chemistry for the mRNA is the same, if the chemistry for the lipid is the same, which it will be and the manufacturing process is the same.** It is just a few nucleotide sequence change. The agency has shown in the past **if there is a good, scientific rationale, to be comfortable to have a product shipped to humans.**[1688]

632. Ms. Bennett underscored this point and testified: "What we've seen with our platform is that we have very strong translation of preclinical to clinical immune responses. And so we're pretty

---

[1685] "The First COVID-19 Vaccine in the Clinic: A Lecture with Stéphane Bancel, CEO of Moderna," *MIT Laboratory for Financial Engineering,* April 2, 2020, at 40:11-40:47 of 1:28:07, *available at* https://www.youtube.com/watch?v=XvYiuoJ_lrI (emphasis added).

[1686] "The First COVID-19 Vaccine in the Clinic: A Lecture with Stéphane Bancel, CEO of Moderna," *MIT Laboratory for Financial Engineering,* April 2, 2020, at 46:23-47:12 of 1:28:07, *available at* https://www.youtube.com/watch?v=XvYiuoJ_lrI.

[1687] "The First COVID-19 Vaccine in the Clinic: A Lecture with Stéphane Bancel, CEO of Moderna," *MIT Laboratory for Financial Engineering,* April 2, 2020, at 47:51-48:02 of 1:28:07, *available at* https://www.youtube.com/watch?v=XvYiuoJ_lrI.

[1688] "The First COVID-19 Vaccine in the Clinic: A Lecture with Stéphane Bancel, CEO of Moderna," *MIT Laboratory for Financial Engineering,* April 2, 2020, at 1:10:10-1:11:03 of 1:28:07, *available at* https://www.youtube.com/watch?v=XvYiuoJ_lrI (emphasis added).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

thoughtful about which programs move into clinical testing. It's not required to expose human subjects for us to demonstrate the science behind what we're doing."[1689]

633.    The "very strong database" of clinical studies includes those undertaken with the Tekmira MC3 LNP "in-licensed" formulation which Moderna highlighted in its "Progress in prophylactic vaccines platform to date," in **Figure 3.12**,[1690] below, from Moderna's September 12, 2019 "First Vaccines Day" presentation (green boxes added for clarity to highlight the in-licensed formulations).



**FIGURE 3.12**

---

[1689] MRNA-GEN-01724969-024, at 974 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 22:22-23:3.).

[1690] "R&D Day," *Moderna,* September 12, 2019, Slide 19 of 196, *available at* https://s29.q4cdn.com/435878511/files/doc_presentations/2019/09/12/R-D-Day-2019-final.pdf.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

634. Moderna also achieved positive results from clinical studies using Plaintiff's LNP technology with SM-102, including: CMV (mRNA-1647), Zika (mRNA-1893), HMPV-PIV3 (mRNA-1653), Personalized Cancer Vaccine (PCV) (mRNA-4157), and COVID-19 (mRNA-1273).[1691]

635. I understand that as of **July 27, 2020**, when Ms. Bennett advised the U.S. Government that: "[r]egarding the Arbutus patent, the LNP formula used to manufacture mRAN-1273 [sic – mRNA-1273] is not covered by the Arbutus patent,"[1692] Moderna had not undertaken *any* clinical studies using a cationic lipid ratio of 48.5%,[1693] and there were no other products in Moderna's

---

[1691] MRNA-GEN-00601067-089, at 070, 075, 084, 087 (Kramarczyk Deposition Exhibit No. 12 – "Infectious Disease Vaccines: SM-102 LNP Platform Process, 2019 Process capabilities are listed, not operating targets," *Moderna,* March 14, 2019/Updated January 15, 2020, Slides 4, 8, 18, 21 of 24) (showing "Final Lipid Content" of 50:10:38.5:1.5 in Phase 1 of mRNA-1647 (CMV), mRNA-1893 (Zika), and mRNA 1653 (HMPV-PIV3), and mRNA-5671 (KRAS)); Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (No. 7) at 101 (July 15, 2024) (describing Moderna's use of the 50:10:38.5:1.5 target molar ratio in Phase 1 and 2 of mRNA-1273); MRNA-GEN-00545575 at -581 (describing Moderna's use of the 50:10:38.5:1.5 target molar ratio for mRNA-4157)

[1692] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 277:21-278:3. MRNA-GEN-01125789-790, at 789 (Bennett Deposition Exhibit No. 33 – July 24, 2020 email from Camille Connell-Magaw to Hamilton Bennett, Subject: Moderna Negotiation (UNCLASSIFIED)). *See also* MRNA-GEN-01724969-024, at 999 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 121:13-121:16 ("Q. So the government was asking Moderna about this Arbutus patents; is that correct? A. They were asking about our attempts to avoid the Arbutus patent."); 122:16-122:19 ("Q. Okay. So you were telling the government that Moderna mRNA-1273 was not covered by the Arbutus patent, right? A. I seem to be conveying that, yes."); 123:8-123:11 ("A. Okay. And what you're telling the government is this patent exists, but Moderna, its product was not covered by the patents, right? A. That is what we're stating here.")). MRNA-GEN-01722930-931, at 930 (*Moderna v. Pfizer* Deposition Exhibit No. 24 – July 24-27 email string between Camille B. Connell-Magaw and Hamilton Bennett, Subject: RE: Moderna Negotiation (UNCLASSIFIED)).

[1693] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 124:7-124:11 ("Q. So is the 48.5 percent formulation safer than the 50 percent formulation? A. I would say that it has a lower concentration of SM-102, **but we did not conduct specific safety studies on that formulation**."); 125:15-125:22 ("Q. I'm just asking whether you had any data showing that the 48.5 percent formulation that you initially adopted was more stable than the 50 percent formulation from phase 1. A. **We did not conduct specific studies on that part of the formulation**. As I've said quite a few times, we optimized all of the variables together. . . ."); 127:15-128:4 ("Q. All I'm asking is, as a scientist, was there any data showing that the 48.5 percent formulation was more stable in any way than the 50 percent formulation? . . . THE WITNESS: I think I've said that **we did not conduct additional stability studies with that formulation prior to introduction**."); 129:4-130:12 ("Q. Okay. I need you to answer the actual questions that I'm asking and not about the goals of the vaccine program. My question is about

482

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

development pipeline that contained 48.5% SM-102.[1694]  In fact, I understand from Dr. Mitchell that at that time, Moderna had completed clinical studies for at least nine different disease targets, and they *all* used Tekmira's optimized "gold standard" formulation that included at least 50%

---

whether – so maybe the answer is that the advantage was that it could be implemented quickly, maybe that's the answer, but I'm wondering whether there were any quality attributes that were improved or advantageous for the 48.5 formulation specifically as compared to the 50 percent formulation?  A. So I think I mentioned that at that time **we had not conducted additional studies on the formulation specifically.**  Q. Have you conducted any studies since then showing that the 48.5 formulation has advantages?  A. That was really an interim step.  We have not invested additional research.  We have our optimal formulation for the vaccine, and that's what we're using.  Q. So sitting here today, you can't identify any quality advantages or safety and efficacy advantages of the 48.5 percent formulation compared to the 50 percent formulation? . . . THE WITNESS: So I think I've said as much as I can.  **We did not collect data on that specific formulation prior to introduction.**"); 182:21-184:7 ("Q. Okay.  So did you have any data at this time [July 29, 2020] showing that the 48.5 percent composition had improved safety, efficacy, or stability versus the 50 percent composition? . . . THE WITNESS: I think I've explained a couple times already about the fact that **we did not have specific studies here,** but I think my justification remains appropriate.  Generally speaking, we understood that cholesterol content and in particular cholesterol precipitation could be a stability impact, and also that there was an association of SM-102 with local tolerability, and that adjusting both of those downward could only be a good thing.  Q. But you didn't have any data showing that this change actually improved tolerability, for example? . . . A. **We did not have specific studies on this particular formulation,** but we did have good reason to believe and had demonstrated through safety studies that SM-102 generally was associated with local tolerability, and cholesterol precipitation was a phenomenon that was associated with instability of the product.  So, yes, we had data about those two things."); 190:10-191:9 ("Q. You had to go without a justification because there was no data supporting your original justification? . . . THE WITNESS: I think we've gone over this a few times, and what I have mentioned to you is that **we did not have stability data on this particular formulation?  Q. Or safety and efficacy data?** . . . THE WITNESS: **We believed additional safety data would not be required.**  That's the reason that we made the change in the way that we did.  Clearly we did not believe that there was an impact to immunogenicity, and so the change could be affirmatively made without an impact to the clinical study."); 226:17-227:8 ("Q. And did those submissions [to the FDA] show that the V1 formulation was more tolerable than – A. **We did not submit separate toxicology reports for that V1 formulation.** . . . **So you didn't submit any data to the FDA showing that the 48.5 percent composition was more tolerable than the 50 percent composition?  A. No, we did not.**").  (emphasis added).
[1694] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 192:17-193:9 ("Q. There were no other development products that contained 48.5 percent SM-102?  A. So we had determined that 48.5 – that the general composition that I've described a few times before was our ultimate intended commercial platform.  I'm not sure if I'm answering your question.  Q. I guess my big picture question, what I'm confused about, how is it a platform harmonization if the other products in the pipeline had 48 mol percent SM-102 but you were proposing a change to 48.5 percent SM-102?  A. Because we're harmonizing the lipid structure solution composition.").

483

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

cationic lipid.[1695]  Moderna emphasized that it was *this* data that was considered in its decision to change the composition.  Dr. Parsons testified: "What I know is that we had a lot of data and a clear direction in regard to the composition of our platform product, and that was what we considered and that was what motivated our change."[1696]

636.    Plaintiffs' claimed lipid composition was also used in the drug Onpattro, making it the only composition as of the hypothetical negotiation that was used to formulate an LNP in an approved, commercial drug.[1697]

### c.    Moderna would not risk "missing the pandemic"

---

[1695] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section IX.A. (describing clinical trials for: influenza H7N9 (mRNA-1851), influenza H10N8 (mRNA-1440), (3) Zika (mRNA-1325 and mRNA-1893), Chikungunya (mRNA-1388), RSV (mRNA MRK-1777), CMV (mRNA-1647), HMPV-PIV3 (mRNA-1653), Personalized Cancer Vaccine (PCV) (mRNA-4157), and COVID-19 (mRNA-1273).

[1696] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 138:10-138:14.  *See also* 138:21-139:10 ("Q. What are those non-infringing alternative lipid molar ratios?  A. So as I said, we studied a range of molar ratios as part of the definition of the selection process for the platform. We could go back to those studies and take a look at them.  Q. Can you tell me what those non-infringing alternative lipid molar ratios are?  A. I'd have to go back and look at the information that we gathered as part of that selection process."); 143:20-144:11 ("THE WITNESS: So the formulation that we had the most data on that was in our intended commercial formulation for our infectious disease platform, there was obviously data there that was more substantial, because we had optimized that and we were working toward commercializing it.  Alternative formulations had shown in preliminary studies that they were potentially acceptable, but the formulation with the most data that could be implemented with the greatest confidence was the one that we chose.").

[1697]



484

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

637.    Moderna would not accept any delay because it would risk "missing the pandemic" altogether.  As of early-2020, Moderna recognized, based on its prior experience with MERS and Zika, the critical importance of having a vaccine ready to get into testing at the time of an outbreak.[1698]

### 1.    2014: Ebola

638.    Ms. Bennett cited the "Merck" Ebola vaccine (which was approved by the FDA on **December 19, 2019**[1699])—which was discovered and developed in a small lab in Canada during the period 2001 to 2005[1700]—and provided the following incomplete summary:

---

[1698] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 70:3-70:8 ("Q. And so in any of the past – I don't remember the exact year when there was a bigger [Ebola] outbreak in Africa – Moderna didn't have a vaccine ready to get into testing at that point?  A. That's correct.").

[1699] "Merck Announces FDA Approval for ERVEBO® (Ebola Zaire Vaccine, Live)," *Merck,* December 20, 2019, *available at* https://www.merck.com/news/merck-announces-fda-approval-for-ervebo-ebola-zaire-vaccine-live/.

[1700] *See* Matthew Herder, Janice E. Graham, Richard Gold, "The public science behind the 'Merck' Ebola vaccine," *STAT,* January 16, 2020, *available at* https://web.archive.org/web/20200126215913/https://www.statnews.com/2020/01/16/public-science-behind-merck-ebola-vaccine/ ("A search that we performed across thousands of documents obtained through a freedom of information request revealed that **a small group of scientists working at Canada's National Microbiology Laboratory in Winnipeg, Manitoba, with limited support from U.S. researchers funded by the U.S. Department of Defense, not only discovered the vaccine in 2001, but proved it safe and highly effective in animals in 2005. These Canadian scientists developed clinical-grade vaccine suitable for clinical trials, sought and obtained Canadian government funding for this research, and did all the development work.**  Meanwhile, the private sector promised much and delivered little. In 2007, a small Iowa company called BioProtection Systems Corporation approached the Canadian lab to obtain rights to the vaccine in return for helping manufacture larger quantities of high-quality vaccine, conducting expensive clinical experiments, and obtaining regulatory approval.  Our analysis, published Thursday in the Journal of Law and the Biosciences, of more than 1,600 pages of Canadian government records, however, reveals that the company did little more than participate in teleconferences and meet with officials at the U.S. FDA to gain insight into the agency's expectations regarding the vaccine.  Many scientists at the Canadian lab, facing funding and other constraints, sought greener pastures and left the lab. By late 2010, the lab contemplated halting work on the vaccine. If not for the efforts of a single scientist, Judie Alimonti — working on a nonpermanent contract — who set up a skunk works operation at the lab, it is doubtful that a clinical-grade vaccine suitable for clinical trials would have been produced.  **In the end, it was a combination of funding by the Canadian government, work by Canada's National Microbiology Laboratory, and persistence by Alimonti that made it possible for Canada to contribute clinical-grade vaccine during and following the Ebola epidemic in West Africa from 2014 to 2016.**  In collaboration with the World Health Organization, Guinea's Ministry of Health, Doctors Without Borders, and other nongovernmental organizations on the ground in West Africa and the Democratic Republic of Congo, public-sector science also designed, paid

485

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Most vaccines require demonstration of clinical efficacy for licensure, and to do that you have to have people that are sick. And so you have to have placebos and controls, and that means that we have to deploy a vaccine into an active outbreak because it's not endemic so there isn't stable transmission, thankfully, of Ebola.

So the vaccines that have been successful, and **Merck has a licensed vaccine** [announced by Merck on December 20, 2019,[1701] and stated that it had "not yet

---

for, and carried out the clinical trials that ensured last month's approval of Ervebo. Far from American leadership, this was a collective effort to improve global health. Azar's false claim of credit matches another reality, however: **It was BioProtection Systems [Corporation and a wholly owned subsidiary NewLink Genetics Corporation] that garnered the financial benefit from these public investments** <u>when it sold the patent rights to Merck for $50 million in [November] 2014 at the height of the West African epidemic, and it is Merck that is now being credited for bringing the vaccine to market.</u> The real issue is neither the money that BioProtection Systems made nor the credit given to Merck. Rather, it is the general assumption that only the private sector can advance drug and vaccine development. There is little market interest in diseases like Ebola that disproportionately affect the world's poor. **Still, we turn to the private sector to commercialize a vaccine on the strength of the assumption that it is better positioned to bring such therapies to market even when most small-to medium-sized biotech companies, including BioProtection Systems, have never done so and likely never will. For four years before the Ebola epidemic in West Africa, BioProtection Systems failed to deliver a single written report of its progress. And we found no evidence it ever conducted even a single scientific experiment with the vaccine.** The story of Ervebo offers several lessons. It illustrates that health research is international and that the United States does not always lead. It shows how even precarious public-sector science can do so much more than pure discovery research. It reveals how tired our approach to medical innovation has become. And it underscores growing concerns that important interventions like lifesaving vaccines may be neglected, delayed in development, or priced beyond reach unless and until we entertain alternative ways of bringing innovations to market." (emphasis added)). *See* November 21, 2014 Merck Sharp & Dohme Corp.-BioProtection Systems Corporation/NewLink Genetics Corporation License and Collaboration Agreement, *available at* https://web.archive.org/web/20200126215925/https://www.sec.gov/Archives/edgar/data/1126234/000112623415000054/nlnk-20141231xex10105.htm.

[1701] "Merck Announces FDA Approval for ERVEBO® (Ebola Zaire Vaccine, Live)," *Merck,* December 20, 2019, *available at* https://www.merck.com/news/merck-announces-fda-approval-for-ervebo-ebola-zaire-vaccine-live/ ("[Merck] today announced that the U.S. Food and Drug Administration (FDA) has approved ERVEBO® (Ebola Zaire Vaccine, Live) (pronounced er-VEE-boh) for the prevention of disease caused by Zaire ebolavirus in individuals 18 years of age and older. . . . As previously announced, Merck is working to initiate manufacturing of licensed doses and expects these doses to start becoming available in approximately the third quarter of 2020. Merck is working closely with the U.S. Government, WHO, UNICEF, and Gavi (the Vaccine Alliance) to plan for how eventual, licensed doses will support future public health preparedness and response efforts against *Zaire ebolavirus* disease. During this transition period, Merck continues to work urgently with its partners to ensure uninterrupted access to the investigational Ebola Zaire vaccine (V920) in support of ongoing international response efforts

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

established the price for the vaccine"[1702]], **they were able to get their vaccine into a study during an outbreak and collect a few cases that supported an immunogenicity endpoint that they had previously demonstrated that they thought would be effective**.

We're getting, thankfully, much better at responding to outbreaks so those outbreaks are much smaller, which means your ability to capture cases and to start a clinical program when you're trying to stop an outbreak means that we're kind of prioritizing stopping the outbreak over testing new countermeasures.[1703]

639.     An October 2022 *Science* article outlined the facts regarding "Merck's" ebola vaccine including the critical importance of having a vaccine ready for testing at the time of a public health outbreak, in this case, the "2014-2016 outbreak in West Africa, the largest Ebola outbreak in history, [] caused by Ebola Zaire, starting in Guinea and then moving across land borders to Sierra Leone and Liberia," which "eventually spread to 10 countries and took the lives of more than 11,000 people,"[1704] as follows:

> Then came West Africa's Zaire outbreak, which engulfed the capitals of Guinea, Sierra Leone, and Liberia in 2014 and sickened tens of thousands of people in a matter of months, including a handful in Mali, Senegal, Nigeria, the United States, and Europe. [Thomas] Geisbert [at the U.S. Army Medical Research Institute of Infectious Diseases in the early-2000s] and [Heinz] Feldmann [at the Public Health Agency of Canada (PHAC) in the early-2000s] were deeply dispirited because their vaccine had languished. "It was really frustrating because we had vaccines that were developed back in the early 2000s, and we knew that they would work, but we're just lab guys," says Geisbert, who now has a lab at the University of Texas Medical Branch.

---

in the Democratic Republic of the Congo and neighboring countries. Merck has, to date, shipped more than 275,000 1.0mL doses of V920 based on requests by the WHO.  Merck has also made submissions to African country national regulatory authorities in collaboration with the African Vaccine Regulatory Forum (AVAREF), that will allow the vaccine to be registered in African countries considered to be at-risk for Ebola outbreaks by the WHO.").

[1702] "Merck says Ebola vaccine to be available at lowest access price for poor nations," *Reuters,* December 20, 2019, *available at* https://www.reuters.com/article/idUSKBN1YO29G/ ("'We have made a commitment to making the vaccine available to GAVI-eligible countries at the lowest possible access price,' Merck spokesman Skip Irvine said. 'We have made that commitment but we have not yet established the price for the vaccine.'").

[1703] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 69:2-70:2.

[1704] "GSK grants exclusive technology license for clinical-stage Ebola vaccines to Sabin Vaccine Institute," *GlaxoSmithKline,* August 6, 2019, https://www.gsk.com/en-gb/media/press-releases/gsk-grants-exclusive-technology-license-for-clinical-stage-ebola-vaccines-to-sabin-vaccine-institute/.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**In late September 2014**, scientists at the U.S. Centers for Disease Control and Prevention projected that if control measures didn't improve, Sierra Leone and Liberia together could have between 550,000 and 1.4 million Ebola cases by January 2015. That's when Merck decided to license the vaccine from NewLink Genetics [a subsidiary of BioProtection Systems Corporation in November 2014[1705]], Feinberg says. "Merck knew from the very beginning that it was not going to be a profitable product," he says. "They were moving it specifically for the public health reasons."

**Other major vaccine makers jumped in to develop their own candidates, but by then public health measures and behavior changes began to put the brakes on West Africa's epidemic, causing cases to fall.** (All told, nearly 29,000 people fell ill and more than 11,000 died.) **Merck's ring vaccination trial in Guinea, conducted with WHO and local health officials, crossed the finish line in mid-2015, just before the epidemic ended, but other candidates were too late. GSK later decided to give away its vaccine[1706] to Sabin.**[1707]

### 2.    2014-2016: MERS

640.    Like GSK's Ebola vaccine before it, Moderna's MERS and Zika vaccines were also too late to deliver any return on investment.[1708]  According to NIAID, in 2016, [s]cientists from NIH and Moderna beg[a]n to collaborate on a general vaccine design that uses viral mRNA."[1709]

---

[1705] November 21, 2014 Merck Sharp & Dohme Corp.-BioProtection Systems Corporation/NewLink Genetics Corporation License and Collaboration Agreement, *available at* https://web.archive.org/web/20200126215925/https://www.sec.gov/Archives/edgar/data/1126234/000112623415000054/nlnk-20141231xex10105.htm.

[1706] *See* "GSK grants exclusive technology license for clinical-stage Ebola vaccines to Sabin Vaccine Institute," *GlaxoSmithKline,* August 6, 2019, https://www.gsk.com/en-gb/media/press-releases/gsk-grants-exclusive-technology-license-for-clinical-stage-ebola-vaccines-to-sabin-vaccine-institute/.

[1707] Jon Cohen, "Merck locates frozen batch of undisclosed Ebola vaccine, will donate for testing in Uganda's outbreak," *Science,* October 23, 2022, *available at* https://www.science.org/content/article/uganda-may-use-destroyed-ebola-vaccine-merck-fight-its-growing-outbreak.

[1708] *See, e.g.,* Peter Loftus, *The Messenger: Moderna, the Vaccine and the Business Gamble That Changed the World*, p. 3 ("Bancel knew Graham because NIAID and Moderna had collaborated on finding a vaccine for another virus that caused an outbreak, Zika.  Although Zika abated and the vaccine efforts lost urgency, the collaboration continued, as Fauci saw promise in the messenger RNA (mRNA) technology Moderna was betting on.").

[1709] "Decades in the Making: mRNA COVID-19 Vaccines," *NIAID,* April 4, 2024, *available at* https://www.niaid.nih.gov/diseases-conditions/decades-making-mrna-covid-19-vaccines.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

641.    Moderna's MERS vaccine never made it to human testing because "[t]he MERS epidemic [in South Korea] died out"[1710] in just two months: May to July 2015.[1711] Ms. Bennett testified that Moderna "conducted preclinical work in small animals to demonstrate immunogenicity and efficacy of that vaccine," and "did not test [its] MERS vaccine in humans."[1712] Dr. Hoge testified:

> Q. At some point did Moderna begin developing an mRNA vaccine for Middle East Respiratory Syndrome or MERS?
>    . . .
> A. We began – yes.  The short answer is yes.
> Q. When was that?
>    . . .
> A. I believe it was in 2014 or '15 when the Middle Eastern Respiratory Syndrome first immerse merged [sic – emerged again].
> Q. What type of virus is MERS?
>    . . .
> A. MERS is a betacoronavirus, just like SARS-CoV-1 and SARS-CoV-2.
> Q. What were the results of moderna's effort to develop an mRNA vaccine for MERS?
>    . . .
> A. So we designed a vaccine.  We tested it.  We showed that it made protein, the spike protein, and making that spike protein led to neutralizing antibodies in animals.  And ultimately, that was taken into a series of animal challenge

---

[1710] MRNA-GEN-01721928-964, at 946 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 4 – 37-page draft excerpt from Gregory Zuckerman's book, p. 19 of 37 ("The two partners immediately produced a vaccine for MERS that generated impressive levels of antibodies in tests on mice and monkeys.  The MERS epidemic died out, though, much as SARS had more than a decade earlier, so the new MERS vaccine couldn't be tested in humans.")).

[1711] *See, e.g.,* Myoung-don Oh, Wan Beom Park, Sang-Won Park, Pyoeng Gyun Choe, Ji Hwan Bang, Kyoung-Ho Song, Eu Suk Kim, Hong Bin Kim, Nam Joong Kim, "Middle East respiratory syndrome: what we learned from the 2015 outbreak in the Republic of Korea," *Korean Journal of Internal Medicine,* Vol. 22, No. 2, February 27, 2018, pp. 233-246, at 233, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5840604/pdf/kjim-2018-031.pdf.

[1712] MRNA-GEN-01724969-024, at 974 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 23:18-24:15 ("Q. You had mentioned MERS in one of your prior answers; that is the Middle East Respiratory Syndrome.  Is that right?  A. Yes.  Q. And you referenced Moderna having done some work on a MERS vaccine.  When did, to your knowledge, Moderna test its MERS vaccine in humans?  A. We did not test our MERS vaccine in humans.  We conducted preclinical work in small animals to demonstrate immunogenicity and efficacy of that vaccine.  Q. Okay.  So Moderna did preclinical development work with a MERS vaccine, right?  A. We did preclinical development work with SARS-CoV-1 and MERS to demonstrate the proof of concept of those designs.  Q. And neither for MERS or SARS-CoV-1 did Moderna put a vaccine candidate into human clinical testing, right?  A. We did preclinical development work for the immunogenicity and efficacy of our MERS and SARS-CoV-1 vaccines.")).

489

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

> models where you give the virus to those animals and show they are protected if they have been vaccinates.  So proved that it could protect an animal from the MERS virus.
>
> Q.  Did Moderna ever commercialize . . . [a]n mRNA vaccine for MERS?
>
> . . .
>
> A.  No, we never commercialized.
>
> Q.  Why not?
>
> . . .
>
> A.  By the time that – by the time that we had been ready to move that one forward, actually the MERS virus, fortunately came under control.  And so there was not a need for it.[1713]

642.    Dr. Hoge further testified that in early-2020, based on its "large amount of experience across the nine other vaccines," including MERS, Moderna took only one candidate into the clinic:

> Q.  What were the reasons you took only one candidate into the clinic in 2020?
>
> . . .
>
> A.  Because we had a large amount of experience across the nine other vaccines, and we knew that we could generate vaccines that generated immune responses in humans, and the work that we had done in MERS give years, four or five years earlier, had also shown that we could generate a coronavirus vaccine, a betacoronavirus vaccine by expressing the spike protein.  So from our perspective, we felt highly confident on the back of that technology and that prior work that it only needed one shot, and we knew which one it was.[1714]

643.    As discussed above, according to Dr. Hoge, Moderna "**worked in 2012 and 2011 with lipid nanoparticles at Moderna with compositions that I believe were, in fact, probably the same as were used in 2016 in the MERS publication or the MERS patent in question**, and therefore, it is true that we had probably had those same ratios and compositions in 2012."[1715]

---

[1713] MRNA-GEN-01725410-507 at 501-502 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 368:7-370:1.).

[1714] MRNA-GEN-01725410-507 at 503-504 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 376:13-377:5.).

[1715] MRNA-GEN-01725410-507 at 466 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 225:24-226:6.) (emphasis added).

### 3.    2016-2017: Zika

644.    Like MERS[1716], Moderna's Zika program started **"using legacy LNP"** (*i.e.,* Tekmira's LNP [1717]), as shown in **Figure 3.13**,[1718] below.



**FIGURE 3.13**

645.    Mr. Bancel said "he was 'traumatized' by [the Zika] experience," which author Peter Loftus described as a "difficult experience in 2016 trying to develop a Zika vaccine that never worked

---

[1716] MRNA-GEN-01069916-953 at -927 (Feb. 22, 2018 CEPI funding application) ("LNP formulations are prepared using a modified procedure of a method previously described for siRNA whereby lipids are dissolved in ethanol at molar rations of 50:18:38.5:1.5 (ionizable lipid : DSPC : cholesterol : PEG-lipid)"); MRNA-GEN-01725410-507 at 466 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer)*, 225:24-226:6.). *See also* 224:25-225:21.

[1717] MRNA-GEN-01430937 (Hoge Deposition Exhibit No. 51/Benenato Deposition Exhibit No. 2 – November 15, 2019 email from Kerry Benenato to Mark Cornebise, Subject: Re: MC3 vs. legacy). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 436:22-441:4. May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 21:1-33:3 at 24:17-24:20 ("Q. And so Stephen's instructions to you is to refer to MC3 as legacy lipid?  A. The ask was on slides refer to MC3 as legacy lipid."); 184:22-185:2 ("Q. . . . [D]o you remember Stephen Hoge asked you to stop using MC3 and use something else?  A. Legacy lipid.").

[1718] "First Vaccines Day," *Moderna,* April 14, 2020, Slide 99 of 259, *available at* https://web.archive.org/web/20200501220624/https://investors.modernatx.com/static-files/e5fd7ac7-53c9-4804-b89d-4e51d5121960.

491

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

and then wasn't needed when the outbreak fizzled" and Moderna took a "bruising . . . from the doomed Zika effort[.]"[1719]  David Heath, author of *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* described Moderna's Zika effort as "[a] key turning point . . . that led the National Institutes of Health to partner with Moderna and ultimately to select to collaborate on a COVID-19 vaccine."[1720]

646.  Ms. Bennett testified that Moderna's Phase 1 candidate failed and "the Zika outbreak had subsided by the time [Moderna] got that data from [its] Phase 1.  And so we didn't have the opportunity or the need at that point to continue to dose escalate to recover the study.  And so the Phase 1, that as it was originally designed, was – failed in meeting its objective of mounting an immune response."[1721]  On January 14, 2020, Ms. Bennett stated in an internal email: "We cannot afford another Phase 1 failure for moving too fast."[1722]  Ms. Bennett further testified that Moderna and others "missed the Zika epidemic" and the "pandemic flu in 2009":

> [S]ome of the work that we did with – "we" being the field did with Zika and that we talked about the fact that the VRC was able to move quickly, they still missed the Zika epidemic.  And in pandemic flu in 2009, despite the fact that a lot of manufacturers moved quickly, they weren't able to get product available before the large wave of cases in the fall of 2009.
>
> So I think the BARDA funding was really critical for us to be able to take on that risk when shareholders and investors could point to a lot of good attempts but failures to respond quickly enough in the past.[1723]

---

[1719] Peter Loftus, *The Messenger: Moderna, the Vaccine and the Business Gamble That Changed the World*, p. 9.  MRNA-GEN-01724969-024, at 974 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 38:14-43:19 (testimony regarding Moderna's Zika program).  MRNA-GEN-01723104-153, at 111-112 (*Moderna v. Pfizer* Bennett Deposition Exhibit No. 4 – "The Vaccine Developer: The Gamble – January 7-January 23, 2020," *The Helpers,* May 10, 2021 draft)).

[1720] MRNA-GEN-01743339-365, at 364-365 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 36 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), pp. 147-148.).

[1721] MRNA-GEN-01724969-024, at 980 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 46:4-46:11.).

[1722] MRNA-GEN-01723069-070, at 069 (*Moderna v. Pfizer* Bennett Deposition Exhibit No. 5 – January 14, 2020 email from Hamiton Bennett to Andrea Carfi, Subject: Re: CoV Update).  MRNA-GEN-01724969-024, at 980 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 43:20-46:25 (testimony regarding *Moderna v. Pfizer* Bennett Deposition Exhibit No. 5).

[1723] MRNA-GEN-01724969-024, at 014 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 184:8-184:22.).

492

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

647.    Today, Moderna still does not have an approved Zika vaccine.  After eight years of work—that began in or about December 2015[1724] and continued when Moderna received U.S. Government funding September 2016[1725] in the midst of an active Zika outbreak that started in March 2015 in Brazil[1726] and on February 1, 2016, WHO declared Zika a Public Health Emergency of International Concern,[1727] but had subsided in Brazil a few months later with few cases being reported in late-2016[1728]—however, Moderna (like GSK and other late candidates in the case of Ebola) still does not have an approved Zika product.[1729]  While Moderna has apparently *not* decided to "give away" its Zika program to a not-for-profit, like GSK reportedly did with its Ebola

---

[1724] "35th Annual J.P. Morgan Healthcare Conference," *Moderna,* January 9, 2017, Slide 22 of 41, *available at* https://web.archive.org/web/20200715033036/https://www.modernatx.com/newsroom/events/events-1 ("Our mRNA Approach Allowed us to Move mRNA 1325 to First-in-Human in Less than 1 Year" showing: December 2015: First construct ordered; March 2016: First animal experiment; September 2016: Awarded BARDA grant; October 2016: IND; December 2016: First in Human).

[1725] *See, e.g.,* Moderna, Inc. 10-K for the fiscal year ended December 31, 2018, p. 255, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000168285219000009/moderna10-k12312018.htm ("In **September 2016**, we received an award of up to $125.8 million under Agreement No. HHSO100201600029C from BARDA, a component of the Office of the Assistant Secretary for Preparedness and Response, or ASPR within the U.S. Department of Health and Human Services, or HHS, to help fund our Zika vaccine program. . . .").

[1726] "Zika virus disease – Outbreak 2015 – 2016," *World Health Organization,* n.d., *available at* https://www.who.int/emergencies/situations/zika-virus-outbreak.

[1727] Juniorcaius Ikejezie, MPH1; Craig N. Shapiro, MD; Jisoo Kim; Monica Chiu, MPH; Maria Almiron, MS; Ciro Ugarte, MD; Marcos A. Espinal, MD, DrPH; Sylvain Aldighieri, MD, "Zika Virus Transmission – Region of the Americas, May 15, 2015-December 15, 2016," *CDC Morbidity and Mortality Weekly Report,* March 31, 2017, Figure 3, *available at* https://www.cdc.gov/mmwr/volumes/66/wr/mm6612a4.htm.

[1728] *See, e.g.,* Rachel Lowe, Christovam Barcellos, Patricia Brasil, Oswaldo G. Cruz, Nildimar Alves Honorio, Hannah Kuper, Marilia Sa Carvalho, "The Zika Virus Epidemic in Brazil: From Discovery to Future Implications," *International Journal of Environmental Research Public Health,* January 9, 2018, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5800195/.

[1729] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 17:12-17:14 ("Q. And Moderna does not have any approved Zika product, correct?  A. That's correct."); 60:7-60:10 ("Q. And the [Zika] product has not been taken to licensure, correct?  A. That's correct.  It's in phase 2 right now."); 337:8-337:12 ("Q. And for – is the third generation version of the [Zika] vaccine the one that is still under development?  A. Yes.  That's the one that currently in phase 2.")

493

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

vaccine, it has publicly stated that it does *not* anticipate "advancing the Zika program into further studies" without "further outside [*i.e.,* U.S. Government] funding."[1730]

### 4. Risk of "missing the pandemic"

648. The foregoing examples show that "[c]hasing outbreaks with vaccines is tricky"—and often "fruitless" (*i.e.,* not profitable) for the reasons Mr. Loftus stated:

> Chasing outbreaks with vaccines is a tricky, sometimes fruitless business, often because of a disconnect: the science of developing a cure takes a lot of time, whereas outbreaks in the past tended to flare and then fade before the development process could pan out. Even if someone could design a vaccine quickly, it would take, in the best case, months of testing, first in animals, then in humans, with studies that include placebo controls to determine if the vaccine was working and how well, and then months more to manufacture enough doses.[1731]

649. Hamilton Bennett underscored this point and testified: "I think a lot of people in public health had negative experiences from pandemic influenza in the past, where no matter how quickly you moved, you missed the epidemic, which meant you weren't able to have an impact on public health,"[1732] or achieve any revenue or return on investment.

650. Furthermore, Moderna and its investors viewed COVID-19 as too risky because, as Ms. Bennett testified, it was possible that Moderna could have "missed the pandemic,"[1733] which would have been a repeat of Moderna's Zika experience.

651. Thus, based the Ebola vaccine experience, which had played out just prior to the May 31, 2020 hypothetical negotiation in this case, and Moderna's Zika experience which was top of mind in

---

[1730] Moderna 2023 Annual Report, pp. 19-20, https://www.sec.gov/Archives/edgar/data/1682852/000130817924000168/lmrna2023_ars.pdf ("In partnership with BARDA, we are conducting a Phase 2 study in the United States and Puerto Rico to evaluate mRNA-1893 . . . We do not anticipate advancing the Zika program into further studies in the absence of further outside funding.").

[1731] Peter Loftus, *The Messenger: Moderna, the Vaccine and the Business Gamble That Changed the World,* p. 3.

[1732] MRNA-GEN-01724969-024, at 981 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 50:9-50:14.).

[1733] MRNA-GEN-01724969-024, at 977 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 34:3-34:10 ("A. I think there was a lot of uncertainty in 2020, so I think in this sense, fail could take a lot of different forms. It could mean that we didn't get the funding that we needed. It could mean that great for public health but maybe not for Moderna resources, that the – we missed the pandemic. . . .")).

494

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

2020,[1734] Moderna would understand the risk of the vaccine "disconnect," described above. In addition, Moderna would recognize that *if* it attempted to develop an alternative to Patents-in-Suit, it would almost certainly miss the critical window of opportunity and would not be able to capitalize on the COVID-19 window of opportunity—which "transformed" Moderna into a commercial company as of January 3, 2021. In contrast, as of late-2019, the prospects of *any* transformation was clearly in doubt. "Moderna was always looking for chances to prove its technology,"[1735] and COVID-19 was such an opportunity. Moderna clearly recognized the limited window of opportunity around COVID-19; as of "the second half of 2020," Moderna "had actually bet the entire company" on its mRNA-1273 vaccine.[1736]

###### d.    On March 2, 2020, Stéphane Bancel Promised President Trump a "lightning-fast pace for his company's vaccine development"

652.    Regarding the March 2, 2020 meeting, Mr. Bancel stated: "I was there to give an update to the US government of what we had done and what we are planning to do. And so it was my responsibility

---

[1734] *See, e.g.,* Peter Loftus, *The Messenger: Moderna, the Vaccine and the Business Gamble That Changed the World,* p. 9 ("At one meeting in the company's new manufacturing plant in Norwood, Massachusetts, some executives suggested finding some sort of 'off ramp' to quietly exit the [COVID-19] project, Bancel recalled, citing the bruising the company took from the doomed Zika effort four years earlier. 'Are we sure we should be doing this?' Hoge asked in one meeting. Would work on a promising vaccine for cytomegalovirus and rare disease treatments freeze if Moderna chose to pursue a Covid-19 vaccine? 'My concern through the middle of February was: Are we going to go chasing after a rabbit that's not going to get anywhere in the end, and as a result take our eye off the ball on the thing that people are expecting us to do?' Hoge recalled later. 'I was struggling with that.'").

[1735] Peter Loftus, *The Messenger: Moderna, the Vaccine and the Business Gamble That Changed the World*, p. 2.

[1736] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 93:3-93:4. *See also* 92:13-93:16 ("Q. Is there an amount of money that Moderna would not have been willing to pay I the second half of 2020 to be one of the first companies to commercialize a COVID vaccine? A. In the second half of 2020, we were all focused on trying to do the best we could on the pandemic. I mean, as we entered into that period of our lives, which were really stressful as a company, as individuals, we were just trying to do our part. We were just trying to do everything we could to get lives back to normal. We had actually bet the entire company on something that at that point had not yet been proven in a pivotal clinical trial, phase 3 clinical trial, which is that we could protect against a vaccine – or, sorry, a virus. There were many that thought the mRNA approaches, ours and somebody else's, BioNTech and Pfizer's. were not going to be successful and that other approaches were. So I think we were deeply focused on trying to do our part in the science. I couldn't even begin to know how to answer that question because money wasn't at all a consideration.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

to inform the President and his advisers of the situation and the fact. . . . And I explained in my best judgment, what I believed could happen and in what type of time frame[.]"[1737]  Given Mr. Bancel's promise to President Trump regarding timing, the delay associated with developing an alternative would not have even been considered—let alone acceptable to Moderna.  Before a **March 2, 2020** meeting at the White House with pharmaceutical executives[1738] "officially began, one of the president's aides introduced Trump to Bancel, explaining that Moderna had the first vaccine ready for trial.  Trump looked him in the eye and asked, 'Can I count on you? Can you get it done?  'Yes, sir,' Bancel replied."[1739]

653.    During the March 2, 2020 meeting, Mr. Bancel stated: "We're now waiting for the vaccine to be a green light from the FDA so that the team can start dosing [in the Phase 1 trial] as soon as possible."[1740]

654.    And Moderna and the NIH did get through the FDA "very, very quickly," as President Trump had directed.  As Mr. Zuckerman noted above, *two days later,* on **March 4, 2020**, the NIH's IND for Moderna's mRNA-1273 received FDA approval to begin Phase I testing in humans.[1741]

---

[1737] Alex Pedrick, "Distillations Podcast: Interview with Stéphane Bance – The Moderna CEO reflects on the incredibly fast development of the COVID-19 vaccine," *Science History Institute,* June 7, 2021, *available at* https://www.sciencehistory.org/stories/distillations-pod/interview-with-stephane-bancel/.

[1738] *See also* June 28, 2024 Deposition of Stéphane Bancel, 83:21-84:7 ("A. . . . In 2020, the only involvement with the White House was when President Trump organized a meeting, I believe, early March [2020] with CEOs of the industry and directors of NIH, CDC, and FDA to understand what the industry was doing again, early March before it was declared a pandemic. And then I had no involvement with the White House through the Trump Administration. . . .").

[1739] Catherine Elton, "The Untold Story of Moderna's Race for a COVID-19 Vaccine," *Boston Magazine,* June 4, 2020, *available at* https://www.bostonmagazine.com/health/2020/06/04/moderna-coronavirus-vaccine/.

[1740] "President Trump Meeting with Pharmaceutical Executives on Coronavirus," *C-Span,* March 2, 2020, *available at* https://www.c-span.org/video/?469926-1/president-trump-meeting-pharmaceutical-executives-coronavirus.

[1741] *See, e.g.*, Moderna, Inc. 8-K dated March 16, 2020, Exhibit 99.1, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312520074867/d884510dex991.htm ("**On March 4, 2020**, the U.S. Food and Drug Administration (FDA) completed its review of the Investigational New Drug (IND) application filed by the NIH for mRNA-1273 and allowed the study to proceed to begin clinical trials." (emphasis added)).  *Compare to* "The First COVID-19 Vaccine in the Clinic: A Lecture with Stéphane Bancel, CEO of Moderna," *MIT Laboratory for Financial Engineering,* April 2, 2020, at 28:39-29:03 of 1:28:07, *available at*

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### e.    Moderna would not risk losing its first to Clinical Trials advantage

655.    "Moderna was the first drug maker to deliver a potential vaccine for clinical trials," on February 24, 2020. [1742]  On March 4, 2020, when Moderna received the FDA's "green light" to proceed with clinical trials it gained a time-to-market advantage: mRNA-1273 "was the first vaccine candidate in clinical trials,"[1743] and its  "its vaccine became the first to undergo testing on humans, in a small early-stage trial"[1744] with the first dose administered on March 16, 2020.[1745] Moderna's 2020 Annual Report stated:

https://www.youtube.com/watch?v=XvYiuoJ_lrI ("And we shipped the vials once the certificate of analysis was complete and successful to the NIH on February 24th [2020].  The FDA opened the IND, giving us and the NIH a green light to start the phase one study on Monday March 2nd [2020].  And as you know, it has been widely publicized, on Monday March 16 [2020] the first subjects in Seattle were dosed with a product.").

[1742] Damian Garde, Jonathan Saltzman, "The story of mRNA: How a once-dismissed idea became a leading technology in the Covid vaccine race," *STAT,* November 10, 2020, https://www.statnews.com/2020/11/10/the-story-of-mrna-how-a-once-dismissed-idea-became-a-leading-technology-in-the-covid-vaccine-race/.

[1743] MRNA-GEN-01724969-024, at 021 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 211:4-211:8 ("Q. When Moderna's clinical trials for COVID-19 began, were any other mRNA vaccine candidates for COVID-19 in human clinical trials?  A No. Ours was the first vaccine candidate in clinical trials.").  MRNA-GEN-01725410-507 at 466 (December 1, 2023 30(b)(6) Deposition of Stephen G. Hoge, M.D. (*Moderna v. Pfizer*), 377:6-377:14 ("Q. When Moderna's clinical trials for COVID-19 vaccine began, were there any other mRNA vaccine candidates for COVID-19 in clinical trials? . . . A. No.  We were the first, and that's, as far as I understand, the first in the world.").  MRNA-GEN-01731282-343, at 305, 335 (December 8, 2023 Deposition of Andrea Carfi, Ph.D., (*Moderna v. Pfizer*), 94:5-94:6 ("A. . . . We entered into Phase 1 clinical study before Pfizer. . . ."); 214:13-214:24 ("Q. Could you remind me, which company was the first company to test an mRNA vaccine for COVID-19 in patients?  A. Yeah.  The first company to test a mRNA vaccine in patients, in absolute actually, and then for – as mRNA vaccine, in general, and then for COVID-19, has been Moderna.  We – for the COVID-19 vaccine, we started the trial, you know, 60 days from the time the sequence was available.  And also you know we had a lot of previous experience in clinical studies about the safety immunogenicity of mRNA vaccines.").

[1744] Damian Garde, Jonathan Saltzman, "The story of mRNA: How a once-dismissed idea became a leading technology in the Covid vaccine race," *STAT,* November 10, 2020, https://www.statnews.com/2020/11/10/the-story-of-mrna-how-a-once-dismissed-idea-became-a-leading-technology-in-the-covid-vaccine-race/.

[1745] *See, e.g.,* Moderna, Inc. 8-K dated March 16, 2020, Exhibit 99.1, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312520074867/d884510dex991.htm ("On March 4, 2020, the U.S. Food and Drug Administration (FDA) completed its review of the Investigational New Drug (IND) application filed by the NIH for mRNA-1273 and allowed the

497

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

[O]n March 16 [2020], NIH announced that the first participant in its Phase 1 study of mRNA-1273 was dosed—only 63 days from sequence selection to first human dosing. Moderna was the first company to launch a SARS-CoV-2 vaccine trial in humans. It was a historic moment.[1746]

656. "And on July 28, it became the first to start getting tested in a late-stage trial in a scene that reflected the firm's receptiveness to press coverage. The first volunteer to get a shot in Moderna's late-stage trial was a television anchor at the CNN affiliate in Savannah, Ga., a move that raised eyebrows at rival vaccine makers."[1747] The next day, on July 29, 2020, Moderna's internal emails show that it was attempting to develop a "justification" for the "change in the SM-102 LNP from 50 to 48.5%."[1748]

657. As of May 31, 2020, Moderna had a lead on its better capitalized competitors, including Pfizer/BioNTech, and if it pursued an alternative at that time, would have caused it to give up that lead.

---

study to proceed to begin clinical trials. **On March 16, 2020, the NIH announced that the first participant in its Phase 1 study for mRNA-1273 was dosed**, a total of 63 days from sequence selection to first human dosing." (emphasis added)). Moderna, Inc. 8-K dated March 16, 2020, Exhibit 99.2, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312520074867/d884510dex992.htm ("Moderna, Inc., (Nasdaq: MRNA) a clinical stage biotechnology company pioneering messenger RNA (mRNA) therapeutics and vaccines to create a new generation of transformative medicines for patients, **today announced that the first participant has been dosed in the Phase 1 study of the Company's mRNA vaccine (mRNA-1273) against the novel coronavirus (SARS-CoV-2).** This Phase 1 study is being conducted by the National Institutes of Health (NIH) under its own Investigational New Drug (IND) application." (emphasis added)). Catherine Elton, "The Untold Story of Moderna's Race for a COVID-19 Vaccine," *Boston Magazine,* June 4, 2020, *available at* https://www.bostonmagazine.com/health/2020/06/04/moderna-coronavirus-vaccine/ ("A pharmacist gives Jennifer Haller, left, the first shot in the first-stage safety study clinical trial of a potential vaccine for COVID-19, the disease caused by the new coronavirus, **Monday, March 16, 2020, at the Kaiser Permanente Washington Health Research Institute in Seattle**.").
[1746] Moderna, Inc. 2020 Annual Report, p. 11, *available at* https://s29.q4cdn.com/435878511/files/doc_financials/2020/ar/Chasen-Richter-Moderna-Annual-Report-2020.pdf.
[1747] MRNA-GEN-01724969-024, at 021 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 211:4-211:8 ("Q. When Moderna's clinical trials for COVID-19 began, were any other mRNA vaccine candidates for COVID-19 in human clinical trials? A No. Ours was the first vaccine candidate in clinical trials.").
[1748] MRNA-GEN-00601091-095, at 094 (Parsons Deposition Exhibit No. 13 – July 29, 2020 7:49 AM email from Paul Dawidczyk to Don Parsons, Michael Smith, Cc: Soraya Landers, Melissa Mortell, Subject: Some assistance please; Importance: High).

498

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 3.    Moderna Did Not Have the *Money* to Develop an Alternative

658.    In addition to not having the *time* to develop an alternative, Moderna also did not have the *money*. As discussed above, in early-2020 Moderna was "begging for money" without success, and its February 2020 stock offering at $19/share, below the $23/share IPO, was "humbling," according to Dr. Hoge.  In addition, "[t]he worst part about the stock sale was that the Moderna executives didn't feel they could use the new cash for their Covid-19 work.  Some of the big investors who had purchased the shares told Hoge and others they didn't want the company to become distracted with a coronavirus vaccine. Vaccine development was viewed as a dead-end endeavor with little potential payoff, and potential shots for the new virus seemed to have an uncertain likelihood of success."[1749]  *See* II.E.4. b. & c. and II.D.3.b.

659.    In view of the foregoing, as of early-2020, cash from the U.S. Government appears to have been the only option that was potentially available to Moderna to finance mRNA-1273's development and commercialization.  The U.S. Government money, however, did not begin to flow to Moderna until April 16, 2020—*after* Moderna's March 2, 2020 promise to President Trump of **"a lightning-fast pace of development of the company's vaccine."**[1750]  In addition, the BARDA money was critically important as Ms. Bennett acknowledged in a February 3, 2022 email, which stated: "We never would have done it without BARDA."[1751]

---

[1749] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.

[1750] Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.

[1751] MRNA-GEN-01724969-024, at 007, 014 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*),154:10-154:22 ("Q. And then in the top email you indicate . . .on the next day, February 3rd, 2022, to Ruben Donis, you say 'Hi.  We never would have done it without BARDA.'  Do you see that?  A. Yes.  Q. And that was in reference to getting Spikevax approved and on the market, right?  A. Yeah.  And the role that – specifically that BARDA funding played in our ability to move the program forward at that time of uncertainty in 2020."); 182:18-183:4 ("Q. And Moderna could not have developed Spikevax without the U.S. Government's assistance, correct? . . . A. We partnered with the government because they allowed us to offset the financial cost of the program at a time when we didn't know whether the virus was going to continue to circulate and whether it was going to need a vaccine, and when we were a small company that hadn't yet built the infrastructure required to

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

660. The "lightning-fast pace of development," however, also could not have been achieved without the prior work and investment by other scientists including those at Protiva and Tekmira.

### 4. Moderna Continued to Use Genevant's Patented 50%:38.5%:10%:1.5% "Gold Standard" Formulation for Years

661. While Mr. Bancel reportedly claimed in a December 2016 *Forbes* interview that Moderna had "**stopped using the Acuitas tech for new drugs**,"[1752] the evidence shows that Moderna continued to use Genevant's patented 50%:38.5%:10%:1.5% "Gold Standard" Formulation for years.

662. Moderna's internal documents and witness testimony shows that Genevant's "gold standard" formulation was Moderna's "standard LNP." In contrast, *publicly* Moderna was dismissive of Genenvant's technology. For example, pursuant to the July 3, 2014 Acuitas-Moderna agreement, Moderna obtained purported "sublicenses to certain Asserted Patents, for four specific viral targets"[1753]—that did *not* include COVID-19[1754]—from Acuitas[1755] on May 22, 2015,[1756] August

---

[1752] Nathan Vardi, "Moderna's Mysterious Medicines," *Forbes,* December 14, 2016, *available at* https://www.forbes.com/sites/nathanvardi/2016/12/14/modernas-mysterious-medicines/#fc82927730ee.

take on that risk without external funding.")). MRNA-GEN-01724046-052, at 046 (*Moderna v. Pfizer* Bennett Deposition Exhibit No. 31 – February 3, 2022 email from Hamilton Bennett to Ruben Donis, Subject: RE: flu vaccine program).

[1753] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 45.

[1754] Defendants' Fourteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated June 10, 2024, p. 145 ("Plaintiffs do not dispute that the sublicenses that Acuitas provided Moderna were for specific targets that did not include COVID-19."). May 22, 2024 30(b)(6) Deposition of Said E. Francis, 235:4-235:14 ("Q. My question is not whether Moderna thought it needed a license. My question was, did Moderna understand it didn't have a license to use Tekmira and Arbutus technology in its COVID-19 vaccine? . . . A. I can tell you what the four sublicenses that we have were about, pathogen specific, and they were not SARS-CoV. That's the nature of the four sublicenses.").

[1755] *See also* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 186:2-186:10 ("Q. . . . Was it accurate that Moderna believed at the time [September 11, 2014] that there were two parties that you can license MC3 for mRNA from Tekmira and Acuitas? A. Yes. Q. And that the company that Moderna chose to pursue a license from was Acuitas? A. As of September [2014], that's the company we had transacted with.").

[1756] MRNA-GEN-00225679-790 (May 22, 2015 Acuitas Therapeutics, Inc.-Moderna Therapeutics, Inc. Non-Exclusive License Agreement).

500

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

19, 2016,[1757] October 12, 2016,[1758] and December 14, 2016[1759].[1760] As of **December 2016**, Moderna was developing products "under those licenses [that] included a formulation with a lipid molar ratio of 50:38.5:10:1.5 (cationic: cholesterol:phospholipid:PEG),"[1761]  Around the same time, Moderna's Stéphane Bancel, CEO, "met with FORBES . . . to dispel the implications of the [*Arbutus v. Acuitas*] lawsuit.  He [was] dismissive of Acuitas' technology. 'We knew it was not very good,' he says.  'It was just okay.'"[1762]  Mr. Bancel further claimed: "Moderna is in the process of producing its own nanoparticle lipids. . . . **Bancel says Moderna has stopped using the Acuitas tech for new drugs**."[1763]  Moderna's internal documents, however, show that as of December 2016, Moderna had *not* stopped—and that it continued to use the "standard formulation" for years.  Dr. Zaks testified that based on successful clinical trials on first eight (8) drug products—using Genevant's patented formulation—it had confidence that its mRNA platform would work on the ninth candidate, mRNA-1273.[1764]  Dr. Zaks testified:

> Remember for us in 2020, when the COVID started, we had successfully

---

[1757] MRNA-GEN-00225906-6020 (August 19, 2016 Acuitas Therapeutics, Inc.-Moderna Therapeutics, Inc. Non-Exclusive License Agreement).

[1758] MRNA-GEN-00225791-905 (October 12, 2016 Acuitas Therapeutics, Inc.-ModernaTX, Inc. Non-Exclusive License Agreement).

[1759] MRNA-GEN-00225516-557 (December 14, 2016 Acuitas Therapeutics, Inc.-ModernaTX, Inc. Non-Exclusive License Agreement).

[1760] *See, e.g.,* Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, pp. 79-80.

[1761] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 14.

[1762] Nathan Vardi, "Moderna's Mysterious Medicines," *Forbes,* December 14, 2016, *available at* https://www.forbes.com/sites/nathanvardi/2016/12/14/modernas-mysterious-medicines/#fc82927730ee.  *See also* No Bates No. (Murray Deposition Exhibit No. 3 – Matthew Herper, Nathan Vardi, "Moderna Can't Escape My Intellectual Property, Says Arbutus CEO," *Forbes,* May 16, 2017, p. 2 of 6) ("Moderna's chief executive, Stéphane Bancel, has been dismissive of the Arbutus technology.  'We knew it was not very good,' he told Forbes last year.  'It was just okay.'").

[1763] Nathan Vardi, "Moderna's Mysterious Medicines," *Forbes,* December 14, 2016, *available at* https://www.forbes.com/sites/nathanvardi/2016/12/14/modernas-mysterious-medicines/#fc82927730ee.

[1764] MRNA-GEN-01734848-096, at 920 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (*Moderna v. Pfizer*), 73:1-73:10 ("A. Remember for us in 2020, when the COVID started, we had successfully immunized – we had tried to immunize people, human beings, against eight different viruses by the beginning of 2020.  **And our track record in the clinic was 8 out of 8.** For us, COVID was number 9.  **I had a high expectation and conviction that this would work.**").

501

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

immunized – we had tried to immunize people, human beings, against eight different viruses by the beginning of 2020.  And our track record in the clinic was 8 out of 8.  For us, COVID was number 9.  **I had a high expectation and conviction that this would work.**[1765]

663.    And even when Moderna did adjust the formulation, it turned to its extensive internal data and years of manufacturing experience with Arbutus's "gold standard"[1766] and used it to quickly attempt to prepare a purported regulatory "justification" to reduce the cationic lipid from 50% to 48.5%.[1767]  Moderna also used the Arbutus "gold standard" formulation as a "control lot" for **"de-risking . . . proposed lipid content values."**[1768]

> **a.**    **Moderna Used Genevant's Patents-in-Suit in All of its Clinical Trials Until mRNA-1647 (CMV) Phase 2 that Began in October 2019**

664.    Moderna's mRNA "vaccine platform" (with Genevant's patented technology) was initially developed based on the July 2014 Acuitas license.  Only five (5) of Moderna's eight (8) pre-COVID clinical trials were undertaken pursuant to licenses granted *prior* to the January 26, 2017 injunction.  As discussed above, the licenses were granted in 2015 and 2016 for "Influenza A,

---

[1765] MRNA-GEN-01734848-096, at 920 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (*Moderna v. Pfizer*), 73:1-73:10.).

[1766] *See, e.g.,* June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 136:14-136:17 ("A. So we selected that ratio [48.5%] as I think we've discussed a couple of times, based on all of the studies that we conducted around the optimal composition for our platform. . . ."); 137:11-137:15 ("THE WITNESS: So **we evaluated a variety of formulations** as part of development of the SM-102 LNP platform for CMV.  I would say among those formulations we attempted to select the optimum."); 138:6-138:14 ("Q. Would Moderna have been able to pursue a composition with 45 percent ionizable lipid?  A. That's a hypothetical question that I have a hard time answering. What I know is that **we had a lot of data and a clear direction in regard to the composition of our platform product, and that was what we considered and that was what motivated our change.**") (emphasis added).

[1767] MRNA-GEN-00601091-095, at 094 (Parsons Deposition Exhibit No. 13 – July 29, 2020 7:49 AM email from Paul Dawidczyk to Don Parsons, Michael Smith, Cc: Soraya Landers, Melissa Mortell, Subject: Some assistance please; Importance: High).  "Paul Dawidczyk," *LinkedIn,* n.d., https://www.linkedin.com/in/paul-dawidczyk-5881615/ (Various (1990-2003); Miltenyi Biotec: Senior Manager, Regulatory Affairs (2003-2012); Sanofi Genzyme: Associated Director, Regulatory Affairs CMC (July 2012-November 2014), Director, Global Regulatory Affairs – CMC Biologics (November 2014-April 2017); Moderna: Senior Director Regulatory Affairs (April 2017-August 2020), Vice President Regulatory Affairs CMC (August 2020-October 2022); Lundbeck: Vice President, Regulatory Affairs CMC (October 2022-Present)).

[1768] MRNA-GEN-00547580-585, at 583 (Parsons Deposition Exhibit No. 15 – "Change to SM102 LNP Molar Targets," *Moderna,* Approved June 4, 2020, p. 4 of 6).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Chikungunya virus, Respiratory Syncytial Virus ('RSV'), and Zika virus."[1769]  Other Moderna clinical trials— .e.g., CMV, which was Moderna's "lead" candidate before mRNA-1273, HMPV and PIV3—were *not* covered by the Acuitas license.

665. Moderna's mRNA "vaccine platform" was used in Moderna's first clinical trials on influenza, RSV and Zika, among others, and later was used in the mRNA-1273 clinical trials.[1770]  As of August 2017, Moderna's "vaccine platform" was based on its then current "standard composition" was 50.0 mol percent cationic lipid, 10.0 percent DSPC, 38.5 percent cholesterol, and 1.50 percent PEG.[1771]  Dr. Smith described the meaning of "standard" at that time as follows: "There were – so MC3, there were two, I would call them, kind of technology prototype programs relating to flu, H10N8 and H7N9.  Those were our first clinical programs, which were discontinued that used MC3.  So in some instances, but not all, I think people would refer to standard as that, you know, something relevant to formulations like that[.]"[1772]

666. In addition, Dr. Zaks testified, as follows:[1773]

> Remember for us in 2020, when the COVID started, we had successfully immunized – we had tried to immunize people, human beings, against eight different viruses by the beginning of 2020.  And our track record in the clinic was

---

[1769] Answer to Amended Complaint, p. 22.

[1770] *See, e.g.,* May 14, 2024 Deposition of Michael Smith, Ph.D., 88:22-89:7 ("A. I'm not sure what MC3 for specific timing came into the picture in a real sense. . . . I can say with certainty that MC3 came into discussion later when it came to the initial type of prototype programs.").

[1771] MRNA-GEN-01551984-997, at 986, 992 (Smith Deposition Exhibit No. 3 – Max Elkus, Mike Smith, "Report 2017_0102-03-7: Program Stability of Small Scale Lipid Compositions – Project: 10 Composition Design Space for Zika, hMPV-PIV, CMV, and ONK3," *Moderna,* August 24, 2017, pp. 3, 9) (At 992: "Four compositions surrounding the **current standard of 50% mol cationic lipid, 10 mol% DSPC, 38.5 mol% cholesterol, and 1.5 mol% PEG-DMG** were formulated at five distinct PEG levels . . ." (emphasis added)).

[1772] May 14, 2024 Deposition of Michael Smith, Ph.D., 55:14-55:21.  MRNA-GEN-01551984-997, at 986, 992 (Smith Deposition Exhibit No. 3 – Max Elkus, Mike Smith, "Report 2017_0102-03-7: Program Stability of Small Scale Lipid Compositions – Project: 10 Composition Design Space for Zika, hMPV-PIV, CMV, and ONK3," *Moderna,* August 24, 2017, pp. 3, 9) (At 992: "Four compositions surrounding the **current standard of 50% mol cationic lipid, 10 mol% DSPC, 38.5 mol% cholesterol, and 1.5 mol% PEG-DMG** were formulated at five distinct PEG levels . . ." (emphasis added)).

[1773] MRNA-GEN-01734848-096, at 920 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (*Moderna v. Pfizer*), 73:1-73:10.).

503

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

8 out of 8. For us, COVID was number 9. I had a high expectation and conviction that this would work.[1774]

667.  Dr. Zaks further testified, as follows [with additional explanatory cites threaded through his testimony]:[1775]

> And the fact that it's a platform is manifest in the fact that once we did the first infectious disease vaccine for [**influenza**] H10 in [December[1776]] 2015[1777] [enrollment: December 2015 to August 2017[1778] (LNP used Genevant's patented molar ratio[1779])] we put it in the clinic, then the next one also worked, and the one after that also worked, the one fact that also worked. **So vaccine after vaccine**

---

[1774] MRNA-GEN-01734848-096, at 920 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (*Moderna v. Pfizer*), 73:1-73:10.).

[1775] MRNA-GEN-01734848-096, at 045-046 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 198:19-199:4.) (emphasis added).

[1776] *See, e.g.,* "Corporate Presentation," *Moderna,* March 2020, Slide 13 of 37, *available at* https://static.seekingalpha.com/uploads/sa_presentations/157/53157/original.pdf ("Progression towards a new class of medicines . . . First-in-human (Dec. 2015) . . .").

[1777] *See also* May 14, 2024 Deposition of Michael Smith, Ph.D., 143:1-143:4 ("A. . . . engineering activities happened for H10N8 happened in 2015. That's when the first sort of version of the process was introduced to supply those Phase 1 lots."); 143:8-143:13 ("Q. Do you remember, approximately, when in 2015 those first scale-up lots for H10N8 would have been made? A. I can give approximate time period, but I couldn't give you a rough date. I think it was about the summer of 2015.").

[1778] Robert A. Feldman, Rainard Fuhr, Igor Smolenov, Amilcar (Mick) Ribeiro, Lori Panther, Mike Watson, Joseph J. Senn, Mike Smith, Orn Almarsson, Hari S. Pujar, Michael E. Laska, James Thompson, Tal Zaks, Giuseppe Ciaramella, "mRNA vaccines against H10N8 and H7N9 influenza viruses of pandemic potential are immunogenic and well tolerated in healthy adults in phase 1 randomized clinical trials," *Vaccine,* May 10, 2019, pp. 3326-34, at 26, *available at* https://pdf.sciencedirectassets.com/271205/1-s2.0-S0264410X19X00225/1-s2.0-S0264410X19305626/main.pdf ("Two randomized, placebo-controlled, double-blind, phase 1 clinical trials enrolled participants between December 2015 and August 2017 at single centers in Germany (H10N8) and USA (H7N9). Healthy adults (ages 18–64 years for H10N8 study; 18–49 years for H7N9 study) participated.").

[1779] *Id.,* at 3327 ("An LNP delivery system was used as previously described [15]."); at 3334 ("[15] Richner JM, Himansu S, Dowd KA, Butler SL, Salazar V, Fox JM, et al. Modified mRNA vaccines protect against Zika Virus infection. Cell 2017;168(6). 1114-25.e10."). *See* Justin M. Richner, Sunny Himansu, Kimberly A. Dowd, Scott L. Butler, Vaness Salazar, Julie M. Fox, Justin G. Julander, William W. Tang, Sujan Shresta, Theodore C. Pierson, Giuseppe Ciaramella, Michael S. Diamond, "Modified mRNA Vaccines Protect against Zika Virus Infection," *Cell,* March 9, 2017, pp. 1114-25,e1-e10, at e4, *available at* https://pdf.sciencedirectassets.com/272196/1-s2.0-S0092867416X00062/1-s2.0-S0092867417301952/mainext.pdf ("LNP formulations were prepared using a modified procedure of a method described for siRNA (Chen et al., 2016). Briefly, lipids were dissolved in ethanol at **molar ratios of 50:10:38.5:1.5 (ionizable lipid: DSPC: cholesterol: PEG-lipid).** . . ." (emphasis added))

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**after vaccine kept working <u>because they were all based on the same fundamental technology and platform.</u>**[1780]

. . .

668.  Dr. Zaks additionally further testified, as follows [with additional explanatory cites threaded through his testimony]:[1781]

So prior to 2020 and 2019, we actually had quite a significant experience [developing vaccines for infectious disease].  Not only that, our experience was the majority of the totality of experience in the world up until then.  We were the first to demonstrate and publish an mRNA and an LNP infectious disease vaccine in mankind.  We published that [the mRNA-1440 influenza clinical trials] in 2016 or 2017 [**June 2017** in *Molecular Therapy,*[1782] Moderna's "First human proof-of-concept data" [1783]; *see also* May 10, 2019 in *Vaccine*[1784] (using Genevant's patented

---

[1780] MRNA-GEN-01734848-096, at 045-046 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 198:19-199:4.) (emphasis added).

[1781] MRNA-GEN-01734848-096, at 047-048 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 200:6-201:14.).

[1782] No Bates No. (Hassett Deposition Exhibit No. 1 – Kapil Bahl, Joe J. Senn, Olga Yuzhakov, Alex Bulychev, Luis A. Brito, Kimberly J. Hassett, Michael E. Laska, Mike Smith, Orn Almarsson, James Thompson, Amilcar (Mick) Ribeiro, Mike Watson, Tal Zaks, Giuseppe Ciaramella, "Preclinical and Clinical Demonstration of Immunogenicity by mRNA Vaccines against H10N8 and H7N9 Influenza Viruses," *Molecular Therapy,* Vol. 25, No. 6, June 2017, pp. 1316-1327, *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC5475249/pdf/main.pdf.).

[1783] *See, e.g.,* "Moderna Announces Pipeline and Corporate Update," *Moderna,* September 14, 2017, *available at* https://investors.modernatx.com/news/news-details/2017/Moderna-Announces-Pipeline-and-Corporate-Update/default.aspx ("In April 2017, Moderna published in the journal *Molecular Therapy* positive interim data from a 100 µg intramuscular (IM) cohort from its ongoing Phase 1 study of mRNA-1440, an influenza A virus subtype H10N8 mRNA prophylactic vaccine. 31 subjects were enrolled in the cohort, 23 of whom received mRNA-1440 and 8 of whom received placebo. mRNA-1440 demonstrated strong efficacy based Hemagglutination Inhibition Assay (HAI) and Microneutralization Assay (MN) titers, two measures of immunogenicity in response to vaccination, and was safe and well-tolerated. 100% (n = 23) and 87% (n = 20) achieved titers consistent with protection at day 43 as measured by HAI titers and MN titers, respectively, compared to 0% in the placebo arm. These were the first-ever published data demonstrating an mRNA vaccine's ability to elicit robust prophylactic immunity in humans, as well as the first human proof-of-concept data from Moderna's mRNA platform.").

[1784] Robert A. Feldman, Rainard Fuhr, Igor Smolenov, Amilcar (Mick) Ribeiro, Lori Panther, Mike Watson, Joseph J. Senn, Mike Smith, Orn Almarsson, Hari S. Pujar, Michael E. Laska, James Thompson, Tal Zaks, Giuseppe Ciaramella, "mRNA vaccines against H10N8 and H7N9 influenza viruses of pandemic potential are immunogenic and well tolerated in healthy adults in phase 1 randomized clinical trials," *Vaccine,* May 10, 2019, pp. 3326-34, at 26, *available at* https://pdf.sciencedirectassets.com/271205/1-s2.0-S0264410X19X00225/1-s2.0-S0264410X19305626/main.pdf.

505

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

molar ratios)]. I'm very proud to be an author on that paper. And that was the first two vaccines against pandemic preparedness for respiratory viruses [**influenza**][1785] H10 [N10N8 (mRNA-1440)[1786]] and H5 [H7N9 (mRNA-1851) [1787]] [published in **June 2017,** enrollment: December 2015 to August 2017; used Genevant's patented molar ratios]. We then developed a vaccine for **chikungunya** [mRNA-1388[1788]:

---

[1785] *See also* May 14, 2024 Deposition of Michael Smith, Ph.D., 55:16-55:17 ("A. . . . prototype programs relating to flu, H10N8 and N7N9. Those were our first clinical programs . . ."); 56:3-56:22 ("Q. I think you referred to two programs relating to flu, H10N8, and what was the other program? A. H7N9. And so it's mRNA encoding for the antigens against those flu strains. So the program is targeting an antigen against that specific flu strain. Q. All right. I wanted to make sure the record is clear. There were two flu strains; is that right? A. So Moderna had two separate programs that were intended for two separate flu strains, vaccines against two separate flu strains. Q. And what were those flu strains? A. H10N8 and H7N9 as separate programs. I'm just being specific to not imply it's a multivalent formulation.").

[1786] *See, e.g.,* "Moderna Announces Pipeline and Corporate Update," *Moderna,* September 14, 2017, *available at* https://investors.modernatx.com/news/news-details/2017/Moderna-Announces-Pipeline-and-Corporate-Update/default.aspx ("**Enrollment completed for Phase 1 studies of mRNA-1440 (influenza A virus subtype H10N8 vaccine) and mRNA-1851 (influenza A virus subtype H7N9 vaccine):** The ongoing Phase 1 studies for mRNA-1440 (H10N8 mRNA vaccine) and mRNA-1851 (H7N9 mRNA vaccine) have completed enrollment, with 201 and 156 healthy volunteers enrolled, respectively. Both studies remain active, with subjects continuing to be followed for safety monitoring. Moderna published interim data from the mRNA-1440 Phase 1 study in April 2017 in the journal *Molecular Therapy*, and plans to publish complete findings from both the mRNA-1440 and mRNA-1851 Phase 1 studies in 2018. As previously described, these first two programs were strategically selected with the goal of quickly assessing both the safety and efficacy of Moderna's mRNA vaccine platform in humans. H10N8 and H7N9 both represent influenza strains with pandemic potential. Currently, there is no approved vaccine for either strain of the virus." (emphasis in original)).

[1787] *See, e.g.,* "Moderna Announces Pipeline and Corporate Update," *Moderna,* September 14, 2017, *available at* https://investors.modernatx.com/news/news-details/2017/Moderna-Announces-Pipeline-and-Corporate-Update/default.aspx ("**Enrollment completed for Phase 1 studies of mRNA-1440 (influenza A virus subtype H10N8 vaccine) and mRNA-1851 (influenza A virus subtype H7N9 vaccine):** The ongoing Phase 1 studies for mRNA-1440 (H10N8 mRNA vaccine) and mRNA-1851 (H7N9 mRNA vaccine) have completed enrollment, with 201 and 156 healthy volunteers enrolled, respectively. Both studies remain active, with subjects continuing to be followed for safety monitoring. Moderna published interim data from the mRNA-1440 Phase 1 study in April 2017 in the journal *Molecular Therapy*, and plans to publish complete findings from both the mRNA-1440 and mRNA-1851 Phase 1 studies in 2018. As previously described, these first two programs were strategically selected with the goal of quickly assessing both the safety and efficacy of Moderna's mRNA vaccine platform in humans. H10N8 and H7N9 both represent influenza strains with pandemic potential. Currently, there is no approved vaccine for either strain of the virus." (emphasis in original)).

[1788] *See, e.g.,* "Moderna Announces Pipeline and Corporate Update," *Moderna,* September 14, 2017, *available at* https://investors.modernatx.com/news/news-details/2017/Moderna-

506

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

published **June 2023**,[1789] trial dates: July 2017 to March 2019,[1790] LNP identical to Moderna's influenza vaccines[1791] (which used Genevant's patented molar ratios); *see also* mRNA-1944: published **December 2022**, conducted from January 2019 to

---

Announces-Pipeline-and-Corporate-Update/default.aspx ("**Phase 1 study of Chikungunya vaccine, mRNA-1388, initiated:** In August, Moderna began enrolling healthy volunteers in the US for a Phase 1 study of mRNA-1388, an mRNA Chikungunya prophylactic vaccine. The randomized, placebo-controlled, dose-ranging study will evaluate the safety and immunogenicity of mRNA-1388 in healthy adults. Chikungunya typically causes mild fever and transient joint pain. In approximately 15 percent of infected patients, it can cause long-term, severe arthritis. Chikungunya historically has been limited to warmer climates in Asia and Africa, but recent cases have been identified in the Americas and Europe. Currently, there is no approved vaccine for Chikungunya. Clinical development of mRNA-1388 is supported by an award from the Defense Advanced Research Projects Agency (DARPA), an agency of the U.S. Department of Defense.").

[1789] Christine A. Shaw, Allison August, Stephan Bart, Peta-Gay Jackson Booth, Conor Knightly, Trevor Brasel, Scott C. Weaver, HongHong Zhou, Lori Panther, "A phase 1, randomized, placebo-controlled, dose-ranging study to evaluate the safety and immunogenicity of an mRNA-based chikungunya virus in health adults," *Vaccine,* June 2023,

[1790] "A Clinical Trial of a Chikungunya Vaccine in Healthy Adults," *Moderna,* Trial Dates: July 2017 to March 2019, *available at* https://trials.modernatx.com/study/?id=VAL-181388-P101.

[1791] "Clinical Study Protocol – A Phase 1, Randomized, Placebo-Controlled, Dose-Ranging Study to Evaluate the Safety and Immunogenicity of VAL-181388 in Healthy Adults in a Non-Epidemic Chikungunya Region" (NCT03325075), *Moderna,* August 30, 2018, p. 28 of 106, *available at* https://cdn.clinicaltrials.gov/large-docs/75/NCT03325075/Prot_000.pdf ("In support of VAL-181388 [**mRNA-1388**], the immunogenicity of similar mRNA-based influenza vaccines VAL-339851 (encoding hemagglutinin [HA] from the **H7N9 influenza strai**n) and VAL-506440 (encoding HA from the **H10N8 influenza strain**) was assessed in cynomolgus monkeys to provide immunogenicity data in a larger animal species. Both vaccines utilize the same lipid nanoparticle (LNP) composition as VAL-181388 [**mRNA-1388**] but contain different mRNA sequences." (emphasis added)).

507

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

June 2020,[1792] molar ratio not disclosed[1793]].[1794]  We developed a vaccine for **Zika**
[mRNA-1325[1795]: published **March 2017**, used Genevant's patented molar

---

[1792] Allison August, Husain Z. Attarwala, Sunny Himansu, Shiva Kalidindi, Sophia Lu, Rolando Pajon, Shu Han, Jean-Michel Lecerf, Joanne E. Tomassini, Marjie Hard, Leon M. Ptaszek, James E. Crowe, Tal Zaks, "A phase 2 trial of lipid-encapsulated mRNA encoding a monoclonal antibody with neutralizing activity against Chikungunya virus," *Nature Medicine,* Vol. 27, December 2022, pp. 2224-33, at 2224, *available at* https://www.nature.com/articles/s41591-021-01573-6.pdf.

[1793] *See also* "Edited Transcript MRNA.OQ – Moderna Inc Corporate Analyst Meeting," *Refinitiv StreetEvents,* September 17, 2020, p. 9 of 43, https://s29.q4cdn.com/435878511/files/doc_events/2020/09/17/2020-R-D-Day-Transcript-(09.17.20).pdf (Stephen Hoge: "So Slide 35 briefly summarizes some of that data around the next-generation MMA candidate that we're announcing today. mRNA-3705 is a superior mRNA. Specifically, it is a new messenger RNA that otherwise uses the same lipid nanoparticle. And importantly, the same lipid nanoparticle for 3704 as well as propionic acidemia, but also the same lipid nanoparticle that was used and described previously by Tal, mRNA -- for **mRNA-1944**, the chikungunya antibody program, for which we believe we are building substantial evidence of the safety tolerability and pharmacology." (emphasis added)).

[1794] *See* Allison August, Husain Z. Attarwala, Sunny Himansu, Shiva Kalidindi, Sophia Lu, Rolando Pajon, Shu Han, Jean-Michel Lecerf, Joanne E. Tomassini, Marjie Hard, Leon M. Ptaszek, James E. Crowe, Tal Zaks, "A phase 2 trial of lipid-encapsulated mRNA encoding a monoclonal antibody with neutralizing activity against Chikungunya virus," *Nature Medicine,* Vol. 27, December 2022, pp. 2224-33, at 2224, *available at* https://www.nature.com/articles/s41591-021-01573-6.pdf ("The mRNA-1944 drug product consisted of 2 mRNAs encoding the heavy and light chains of the previously described CHKV-24 monoclonal antibody54 in an LNP formulation intended for intravenous infusion. This mRNA contains the previously described LS mutations (M428L and N434S) in the constant (Fc) region of the antibody to extend its serum half-life. **The mRNA-1944 drug product formulation included four lipid excipients: a proprietary IAL; a proprietary high-purity PEG-2k-stearate monoester (modified PEG); and the commercially available lipids cholesterol and 1,2-distearoyl-sn-glycero-3-phosphocholine.** The mRNA-1944 drug product was formulated with 20mM of Tris buffer, 60mM of NaCl, 8% sucrose, 1.3% ethanol and 1mM of diethylenetriaminepentaacetic acid at pH 7.5; placebo was 0.9% sodium chloride. Additional details describing the overall planned treatment strategy are provided in the Supplementary protocol."). "Supplementary information – A phase 1 trial of lipid-encapsulated mRNA encoding a monoclonal antibody with neutralizing activity against Chikungunya virus," *Nature Portfolio,* July 30, 2020, p. 58 of 110, *available at* https://www.nature.com/articles/s41591-021-01573-6#Sec23).

[1795] *See, e.g.,* "Moderna Announces Pipeline and Corporate Update," *Moderna,* September 14, 2017, *available at* https://investors.modernatx.com/news/news-details/2017/Moderna-Announces-Pipeline-and-Corporate-Update/default.aspx ("**Phase 1/2 study of Zika mRNA vaccine, mRNA-1325, continues to progress:** Moderna continues to enroll healthy subjects in a Phase 1/2 study of mRNA-1325, a Zika mRNA vaccine. The randomized, placebo-controlled, dose-ranging study is underway in the US. Children born to mothers infected with Zika can

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

ratios].[1796]  We developed a vaccine for two respiratory viruses, **HMPV and PIV3** given together [mRNA-1653[1797]: published **May 2022**, used Genevant's patented molar ratios (cited Hassett 2019)].[1798]   And we developed a vaccine for **CMV**

---

develop microcephaly, a severe disease characterized by abnormally small heads and severe neurologic disabilities. Zika infection is also strongly associated with Guillain-Barré Syndrome (GBS), an autoimmune disease that attacks the peripheral nervous system, leading to rapidly progressive and potentially life-threatening muscle weakness. GBS can lead to death caused by respiratory arrest if a patient is not ventilated. Currently, there are no treatment options or approved vaccines for the Zika virus or congenital Zika syndrome.  Moderna received a funding award of up to $125 million from the Biomedical Advanced Research and Development Authority (BARDA), a division of the Office of the Assistant Secretary for Preparedness and Response (ASPR) within the U.S. Department of Health and Human Services (HHS), to accelerate development of its Zika mRNA vaccine." (emphasis in original)).

[1796] *See* Justin M. Richner, Sunny Himansu, Kimberly A. Dowd, Scott L. Butler, Vaness Salazar, Julie M. Fox, Justin G. Julander, William W. Tang, Sujan Shresta, Theodore C. Pierson, Giuseppe Ciaramella, Michael S. Diamond, "Modified mRNA Vaccines Protect against Zika Virus Infection," *Cell,* March 9, 2017, pp. 1114-25, e1-e10, at e4, *available at* https://pdf.sciencedirectassets.com/272196/1-s2.0-S0092867416X00062/1-s2.0-S00928674417301952/mainext.pdf ("LNP formulations were prepared using a modified procedure of a method described for siRNA (Chen et al., 2016). Briefly, lipids were dissolved in ethanol at **molar ratios of 50:10:38.5:1.5 (ionizable lipid: DSPC: cholesterol: PEG-lipid).** The lipid mixture was combined with a 50 mm citrate buffer (pH 4.0) containing mRNA at a ratio of 3:1 (aqueous:ethanol) using a microfluidic mixer (Precision Nanosystems, Vancouver, BC). Formulations were dialyzed against PBS (pH 7.4) in dialysis cassettes for at least 18 hr. Formulations were concentrated using Amicon Ultra Centrifugal Filters (EMD Millipore, Billerica, MA), passed through a 0.22-mm filter and stored at 4°C until use. All formulations were tested for particle size, RNA encapsulation, and endotoxin and were found to be between 80 to 100 nm in size, with greater than 90% encapsulation and < 1 EU/ml of endotoxin." (emphasis added)).

[1797] *See, e.g.,* "Moderna Announces Pipeline and Corporate Update," *Moderna,* September 14, 2017, *available at* https://investors.modernatx.com/news/news-details/2017/Moderna-Announces-Pipeline-and-Corporate-Update/default.aspx ("**mRNA-1653, a combination human metapneumovirus (HMPV) and parainfluenza virus (PIV3) vaccine.** GLP toxicology studies have been successfully completed for mRNA-1653. HMPV and PIV3 typically cause mild respiratory illness, but can become severe in young children, the elderly and other immunocompromised adults. HMPV and PIV3 are the second and third most common causes, respectively, of lower respiratory hospitalizations in children, behind RSV. Currently, there is no approved vaccine for either HMPV or PIV3." (emphasis in original)).

[1798] *See* Alison August, Christine A. Shaw, Heather Lee, Conor Knightly, Shiva Kalidindia, Laurence Chu, Brandon J. Essink, William Seger, Tal Zaks, Igor Smolenov, Lori Panther, "Safety and Immunogenicity of an mRNA-Based Human Metapneumovirus and Parainfluenza Virus Type 3 Combined Vaccine in Healthy Adults," *Open Forum Infectious Diseases,* May 2022, *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC9251669/pdf/ofac206.pdf ("The mRNA-1653 vaccine is bivalent, containing 2 distinct nucleoside-modified mRNA sequences

509

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

[mRNA-1647[1799]: published **February 2018**, used Genevant's patented molar ratios].[1800]  We developed a vaccine for **RSV** [mRNA-1777 (in partnership with Merck)[1801]: published **October 2020**, study conducted in Australia between

---

[1799] encoding the native, membrane-anchored fusion glycoproteins of hMPV and PIV3 **encapsulated in a lipid nanoparticle, as described previously [29,** 30]. . . . **29. Hassett KJ**, Benenato KE, Jacquinet E, et al. Optimization of lipid nanoparticles for intramuscular administration of mRNA vaccines. Mol Ther Nucleic Acids **2019**; 15:1–11. doi:10.1016/j.omtn.2019.01.013." (emphasis added)).

[1799] "Moderna Announces Pipeline and Corporate Update," *Moderna,* September 14, 2017, *available at* https://investors.modernatx.com/news/news-details/2017/Moderna-Announces-Pipeline-and-Corporate-Update/default.aspx ("**mRNA-1647, a cytomegalovirus (CMV) mRNA vaccine**, which consists of six mRNAs, including five proteins (gH, gL, UL128, UL130 and UL131A) designed to express the Pentamer complex, and another CMV antigen, the herpesvirus glycoprotein (gB) protein. GLP toxicology studies have been successfully completed for mRNA-1647.  CMV is the most common cause of newborn disability, leading to deafness, microcephaly (small, not fully developed heads and severe disabilities), vision loss and mental deficiencies, among other serious complications. It is also the most frequent viral disease in transplant recipients, often leading to transplant failure. Currently, there is no approved vaccine for CMV." (emphasis added)).

[1800] *See* John Shinu, Olag Yuzhakov, Angela Woods, Jessica Deterling, Kimberly Hassett, Christine A. Shaw, Giuseppe Ciaramella, "Multi-antigenic human cytomegalovirus mRNA vaccines that elicit potent humoral and cell-mediated immunity," *Vaccine,* February 2018, pp. 1689-1699, at 1690-91, 98, *available at* https://www.researchgate.net/profile/Giuseppe-Ciaramella/publication/323189644_Multi-antigenic_human_cytomegalovirus_mRNA_vaccines_that_elicit_potent_humoral_and_cell-mediated_immunity/links/5a8dbc77458515eb85ac7992/Multi-antigenic-human-cytomegalovirus-mRNA-vaccines-that-elicit-potent-humoral-and-cell-mediated-immunity.pdf ("**LNPs were formulated as previously described [39]. Briefly, lipids were dissolved in ethanol at molar ratios of 50:10:38.5:1.5 (ionizable lipid:DSPC:cholesterol:PEG lipid).** Two different LNPs having different ionizable lipids, referred to as LNP1 and LNP2, respectively, were developed. mRNA was combined with the lipid mixture, dialyzed and concentrated as previously described [35]. Empty LNPs lacking mRNA were also generated as controls. All formulations had particle sizes ranging from 80 nm to 100 nm, with greater than 90% encapsulation and <1 EU/ml of endotoxin. . . . [35] **Richner JM**, Himansu S, Dowd KA, Butler SL, Salazar V, Fox JM, et al. Modified mRNA vaccines protect against **Zika** virus infection. Cell 2017;168(6):1114–25." (emphasis added)).

[1801] Moderna, Inc. 10-K for the fiscal year ended December 31, 2020, p. 30, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000168285221000006/mrna-20201231.htm ("Respiratory syncytial virus, or RSV, is one of the most common causes of respiratory disease in children under the age of five and also in older adults. The RSV vaccine (mRNA-1345) is our first RSV vaccine to enter the clinic with the same proprietary LNP as our COVID-19 vaccine. **We previously had two different RSV candidates in partnership with Merck (mRNA-1777 and mRNA-1172) enter the clinic.**  mRNA-1345 was initially nominated as a pediatric vaccine for RSV. In October 2020, we announced that we regained the rights to adult RSV vaccines from Merck and will be moving mRNA-1345 into the adult population." (emphasis added)).

510

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

November 2016 and May 2019,[1802] LNP formulation not disclosed, however, it was an Acuitas licensed target].[1803]  In all of these cases, these vaccines in the clinic led to neutralizing antibodies.  **So by the time COVID hit in the beginning of 2020, this was our ninth.  And so we had a high – I had a high expectation that indeed this was going to work and would lead to neutralizing antibodies.**  And it became quickly apparent that we had a benchmark in terms of the neutralizing antibodies from the clinic, and so that's – **that was the foundational work for the success of our COVID vaccine it didn't come out of the blue suddenly in 2020.**[1804]

> b.   **Moderna's History Establishes that Moderna Continued to Use the Patents-in-Suit After December 2016**

669.   As noted above, in December 2016, Mr. Bancel reportedly claimed that Moderna had allegedly

---

[1802] Antonios O. Aliprantis, Christine A. Shaw, Paul Griffin, Nicholas Farinola, Radha A. Railkar, Xin Cao, Wen Liu, Jeffrey R. Sachs, Christine J. Swenson, Heather Lee, Kara S. Cox, Daniel S. Spellman, Colleen J. Winstead, Igor Smolenov, Eseng Lai, Tal Zaks, Amy S. Espeseth, Lori Panther, "A phase 1, randomized, placebo-controlled study to evaluate the safety and immunogenicity of an mRNA-based RSV prefusion F protein vaccine in healthy younger and older adults," *Human Vaccines & Immunotherapeutics,* October 2020, pp. 1248-1261, at 1249, *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC8078688/pdf/KHVI_17_1829899.pdf.

[1803] Antonios O. Aliprantis, Christine A. Shaw, Paul Griffin, Nicholas Farinola, Radha A. Railkar, Xin Cao, Wen Liu, Jeffrey R. Sachs, Christine J. Swenson, Heather Lee, Kara S. Cox, Daniel S. Spellman, Colleen J. Winstead, Igor Smolenov, Eseng Lai, Tal Zaks, Amy S. Espeseth, Lori Panther, "A phase 1, randomized, placebo-controlled study to evaluate the safety and immunogenicity of an mRNA-based RSV prefusion F protein vaccine in healthy younger and older adults," *Human Vaccines & Immunotherapeutics,* October 2020, pp. 1248-1261, at 1249, *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC8078688/pdf/KHVI_17_1829899.pdf ("**Vaccine description**[:] The mRNA-1777 (V171) vaccine consisted of chemically modified mRNA encoding a full length (membrane-associated) RSV F protein stabilized in the prefusion conformation using the modification described by McLellan et al.17(mDS-Cav1),26 and an LNP delivery system. **The LNP consisted of cholesterol, DSPC (1,2-Distearoyl-sn-glycero-3-phosphocholine), MC3 (also known as DLin-MC3-DMA), and PEG2000-DMG.** The mRNA-1777 (V171) vaccine was diluted to the target dose using 0.9% Sodium Chloride Injection, USP or BP as the diluent. Placebo was a matched volume of 0.9% Sodium Chloride Injection, USP or BP. All products were prepared, packaged, and labeled according to Good Manufacturing Practice (GMP) guidelines from the International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use (ICH), and applicable local laws and regulations. Drug supplies were shipped, stored, and distributed in accordance with the trial protocol." (emphasis added)).

[1804] MRNA-GEN-01734848-096, at 047-048 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 200:6-201:14.).

511

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

"stopped using the Acuitas [*i.e.,* Genevant] tech for new drugs."[1805]  However, the evidence in this case establishes that Moderna continued to Genevant's patented technology for years after the Supreme Court of British Columbia's January 26, 2017 decision which granted Arbutus a pre-trial injunction against Acuitas that prevented Acuitas from "entering into any further agreements purporting to sublicense Arbutus' technology from the date of the order to the date of trial or further order from the court."[1806]  This evidence includes at least the following:

### 1.    June 2017

670.    Dr. Parsons testified regarding the situation in **June 2017**, and stated that the LNP composition Moderna was using clinically at that time was **50% ionizable lipid**,[1807] "Moderna had been evaluating formulations to optimize them for the purposes of messenger RNA for its history"[1808] and already "had a formulation that was in the clinic."[1809]  At that time, Dr. Hoge was directing Moderna personnel to "advance an alternative composition"—even though Moderna's objective was "to seek the optimum, whatever that optimum might be,"[1810] which presumably was the formula Moderna had in the clinic at the time.  On June 9, 2017, Dr. Hoge was "asking [Moderna]

---

[1805] Nathan Vardi, "Moderna's Mysterious Medicines," *Forbes,* December 14, 2016, *available at* https://www.forbes.com/sites/nathanvardi/2016/12/14/modernas-mysterious-medicines/#fc82927730ee.  *See also* No Bates No. (Murray Deposition Exhibit No. 3 – Matthew Herper, Nathan Vardi, "Moderna Can't Escape My Intellectual Property, Says Arbutus CEO," *Forbes,* May 16, 2017, p. 2 of 6) ("Moderna's chief executive, Stéphane Bancel, has been dismissive of the Arbutus technology.  'We knew it was not very good,' he told Forbes last year.  'It was just okay.'").

[1806] "Arbutus Injunction Survives Attempted Appeal by Acuitas," *Arbutus,* April 13, 2017, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-injunction-survives-attempted-appeal-acuitas.

[1807] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 40:6-40:21 ("Q. Okay.  And then moving to the two paragraphs later [in Parsons Deposition Exhibit No. 1], in the paragraph after the one we just talked about, he says that he wants to be presented with options to advance alternative compositions to the standard composition.  Do you see that? A. Yes.  Q. What's the standard composition?  A. I believe that he's using imprecise language there so I can't be sure exactly what he was referring to, but I presume that he was referring to the composition we were using clinically at that time.  Q. And did that have 50 percent ionizable lipid in it?  A. Yes, it did.").

[1808] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 43:22-44:2.

[1809] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 46:18.  *See also* 48:20-48:22 ("Q. And that was the formulation [with 50% ionizable lipid] that you brought to the clinic?  A. Initially.").

[1810] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 46:5-46:7.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

evaluate an alternative set of compositions for performance"[1811] and testified that he "was telling Örn [Almarsson] and Don [Parsons] in no uncertain terms that I wanted them to do that regardless of whether or not colleagues that they had from a different portion of the organization wouldn't like the delay."[1812]  Dr. Hoge's June 9, 2017 email stated:

> . . . **I would like to reemphasize that there are incredibly strong business reasons why a composition with 40 percent amino lipid is more attractive.**  I would be willing to contemplate a delay to identify such a composition for one of the rare disease programs or CHIKVab.

> **I've tried to underscore that preference for the last few months so this is nothing new.**  I want the best product across all dimensions, with highest priority on efficacy and safety.  And certainly speed (and thus expediency) is also a factor.  But we will never find what we don't look for.  And speed is probably at best equivalent to the business considerations in relative weighting.

> So. . .Going forward it would like to be presented with an option (impact on timing, cost) to advance an alternative composition for programs going to DRC [development review committee] program in the narrowly defined "standard composition" for expediency.

> I recognize I am asking you to advocate for something the venture CSOs (and therefore project teams) will not appreciate and thus will resist.  Unfortunately I don't expect these changes to make their way into our preclinical research until we have our first instance of success in preclinical development (which means I need you to help me make it so ;)[1813]

671.  Dr. Hoge testified: "So for a range of reasons I think it was in the business interest to – if we could find a better formulation that had an amino lipid composition lower than 50 percent, that we would choose to do that."[1814]  Dr. Hoge further testified:

> Q.  Did the incredibly strong business reasons that made a 40 percent amino lipid more attractive include avoiding patents?
> . . .

---

[1811] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 312:21-312:22.

[1812] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 313:18-313:22.

[1813] MRNA-GEN-02619870-871, at 870 (Hoge Deposition Exhibit No. 30 – June 9, 2017 email from Stephen Hoge to Donald Parson, cc: Örn Almarsson, Subject: Composition).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 309:6-309:8 ("Q. You meant what you wrote here [Hoge Deposition Exhibit No. 30], correct?  A. Yes."); 311:15-312:4 ("Q. Okay, you say below, the next paragraph [Hoge Deposition Exhibit No. 30], 'I've tried to underscore that preference for the last few months so this is nothing new.'  Do you see that? A. Yes.  Q. So you had expressed to your scientists working under your direction that you had this preference for 40 percent amino lipid for several months, correct?  A. That's what I said, and I believe that to be true.").

[1814] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 305:4-305:8.

513

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

THE WITNESS:  Again, purely based on my role as a scientific leader and not based on any assessment of patents, we would have been aware at that point of the quagmire between all of the siRNA companies and their disputes around their compositions, amino lipids that are 50 percent and higher, and so avoiding that would be in our interest.[1815]

### 2.    December 2017

672.  By late-2017, Moderna was still using Arbutus's technology.  In or about December 5, 2017, Moderna's "2017 Platform objectives" included: "**4. Fix backward risk balance . . . 4.2. LNP/Abus** [LNP/Arbutus]."[1816]

### 3.    February-May 2018

673.  As of February 2018, Moderna still had "incredibly strong business reasons" to develop an alternative that would avoid the Arbutus patents.  At that time, the Arbutus-Acuitas settlement "stipulate[d] that the four non-exclusive viral vaccine sublicenses previously granted to Moderna [were] the only sublicenses to survive.  These four sublicenses, previously granted by Acuitas to Moderna [in 2014 and 2015] under the pre-April 15, 2010 Arbutus LNP patent families, [were] each limited to a specific viral target.  Moderna ha[d] no other rights to Arbutus' broad suite of LNP intellectual property."[1817]

674.  At that time, Moderna's goal was to "[a]void licensing" Arbutus's technology.  Moderna's May 2018 presentation titled "Improving the infectious disease SM-102 drug product platform; Potential changes for phase 2 (mRNA-1647, mRNA-1653)" stated: "DP [Drug Product]

---

[1815] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 308:1-308:15.

[1816] MRNA-GEN-01503761 (December 5, 2017 email from Stephen Hoge to Stephen Hoge re: 2017 Platform objectives).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 320:19-322:2 ("Q. . . . if we could look at number 4, it says, 'Fix backward risk balance.'  Do you see that?  A. Right.  Q. And then 4.2 underneath that is, 'LNP/Abus.'  That's LNP Arbutus, I assume?  A. Mm-hmm.  Q. And how did you intend to fix the backward risk balance with respect to LNP Arbutus in 2017.  A. It would have to be in the context of our discussions with them, which I think there had been multiple in 2017.  I can't remember whether this is related to – where it is in relation to the litigation between Arbutus and Acuitas in time, but we were obviously aware of that litigation and, as you'd previously covered, had been in discussions with Tekmira that never went anywhere about the possibility of a direct license to some of the patents, intellectual property related to a couple of those products that in 2017 were still under development.  So -- . . . A. So that's what I would assume I meant by 4.2.").

[1817] "Arbutus Settles Litigation, Terminating Acuitas' Rights to LNP Technology," *Arbutus,* February 22, 2018, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-settles-litigation-terminating-acuitas-rights-lnp-0.

514

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

development goals . . . **Avoid licensing (intellectual property regarding 50 mole percent cationic lipid).**"[1818]  Dr. Hoge testified "it was a consideration," and that he interpreted this as referring to the Tekmira/Arbutus patents.[1819]

### 4.    June-September 2018

675.    During the period June to August 2018, Moderna's internal documents show that Moderna continued to use Arbutus's "gold standard" formulation.  For example, in June 2018, Moderna's "Summary Values of Historical Batches" in **Figure 3.14**,[1820] below, shows that Moderna had used

---

[1818] MRNA-GEN-01747429-436 (Hoge Deposition Exhibit No. 33 – Jack Kramarczyk, "Improving the infectious disease SM-102 drug product platform; Potential changes for phase 2 (mRNA-1647, mRNA-1653)," *Moderna,* May 2018, Slide 3 of 8).

[1819] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 333:5-334:13 ("Q. And one of the drug product development goals that he's listing in May 2018 is 'Avoid licensing (intellectual property regarding 50 mol percent cationic lipid).'  Do you see that?  A. I do see that. Q. And you agree that was one of the drug product development goals in 2018 for Moderna?  A. There are six listed there.  As I said before, I think we would index primarily on robustness, scalability, yield, the other ones listed.  Shelf life was important, it was a consideration.  Q. And when he says 'intellectual property regarding 50 mol percent cationic lipid,' that's referring to the Tekmira/Arbutus patents, right?  A. I didn't write this.  That is the way I would interpret the language, but as I said there are, you know, multiple objectives we were solving for. . . ."); 336:7-336:15 ("Q. Okay.  And when it says earlier 'avoid licensing,' how would you effectuate the goal of avoiding licensing?  A. I think if you're referring generically to patents, and again I'm not relying on any conversations I would have had with counsel, if you're outside of the scope of those patents, then you will avoid licensing requirements.").

[1820] MRNA-GEN-00648787-807.005, at 792 (Parsons Deposition Exhibit No. 7 – SM-102 team, Katie Martinick, "Lipid Composition Batch History: GMP and Tox," *Moderna,* Updated June 6, 2018, Slide 4) ("Summary Values of Historical Batches").  June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 99:1-100:7 ("Q. And this [Parsons Deposition Exhibit No. 7, at 792] is a summary of molar ratio measurements across a variety of batches, is that right?  A. Yes.  Q. For the cationic lipid, the molar ratio varied from 48.5 percent to 50.4 percent? . . . THE WITNESS: Yes. . . . Q. Is that level of variability in the cationic lipid, is that similar to Moderna's COVID vaccine.  A. So you can see that this presentation, the date was [June] 2018, so this is a summary of information that was available at this time.  I don't think it has any implication for the level of control that we have today.  It was simply a study across a wide variety of batches that were made for different purposes with different manufacturing processes that were summarized together just to give a picture of the state of the art at that time."); 101:1-101:2 ("A. . . . This was a retrospective analysis to understand where we had been, . . ."); 109:9-110:3 ("A. So as you can see from the presentation [Parsons Deposition Exhibit No. 7] – so, first of all, this was data that was collected two years before we even began working on the COVID vaccine, before we had selected the manufacturing process for the COVID vaccine or had any of the process controls associated with that, and it encompassed many years – previous years, so obviously we have

515

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Arbutus's "gold standard" formulation as a target in all of the batches analyzed:  the **"Target mol
%"** for MC3, SM-102 and SM-86 for the 36 batches analyzed was <u>50%</u>.



**FIGURE 3.14**

676.    In August 2018—nearly two years after Mr. Bancel's *Forbes* interview—Moderna's internal
documents show that Moderna's mol ratios were still virtually identical Patisiran (Onpattro).  Dr.
Parsons stated: **"I had Max back calculate for me; the Patisiran N/P is 3.48 and the mole ratios
virtually identical to ours."**[1821]

---

been working in this area for quite a long time, and encompassed many years of research.  And
that included a variety of different manufacturing processes, a variety of different compositions
of the product, so was strictly a post-hoc analysis of previous experience.  I don't think it could
be expected to read into something that wouldn't happen for two years.").
[1821] MRNA-GEN-01264023-024 at 023 (Parsons Deposition Exhibit No. 4 – August 26, 2018
email from Donald Parsons to Hari Pujar, Örn Almarsson, Subject: RE: Summary of work
performed on N/P and mol ratios).  June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 85:16-
86:8 ("Q. Would you agree that this formulation listed here [on Parsons Deposition Exhibit No. 4
at 023] is virtually identical to the formulation you were using with 50 percent ionizable lipid?
A. I see that it speaks to the patisiran formulation.  Obviously I had another formulation in mind,

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

677.   As of September 14, 2018, Moderna still had not changed its "standard" formulation, however, Dr. Parsons' email stated: "A large study exploring the impact of lipid ratios on LNP stability in the 102 system will kick off shortly."[1822]

### 5.   October 2018

678.   In October 2018, CMV was Moderna's lead drug candidate.  Moderna claimed that In a March "CMV is a blockbuster opportunity.  We estimate annual peak sales of $2-5 billion. . . . We believe our CMV vaccine (mRNA-1647) will build Moderna's future and embodies our mission."[1823]

679.   Moderna's mRNA-1647 was developed using Genevant's patented technology.  For example, Moderna's October 4, 2018 "CMV [mRNA-1647] development plan – CMC strategy" presentation shows "SM-102 Content 50 mole %" in "Phase 1"[1824] which Dr. Parsons testified was **"the formulation that we had in hand and that we were using[.]"**[1825]  This presentation shows

---

but as I said, I can't tell you exactly what formulation I was speaking about at that time.  Q. You have no idea if it was the formulation that was being used in clinical trials at the time at Moderna?  A. I think I've been as clear as possible.  I don't recall exactly what I was referring to."); *see also* 82:2-86:18.

[1822] MRNA-GEN-00646526-527, at 526 (Parsons Deposition Exhibit No. 5 – September 14, 2018 email from Don Parsons to Stephen Hoge, Nedim Amil Altaras, Juan Andrews, Hari Pujar, Orn Almarsson, Phil White, Subject: RE: Merck posted H10 Slides with Different Lipids).  June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 87:16-88:15 ("Q. At this time you were using 38.5 percent cholesterol in your formulations in the SM-102 platform, is that right?  A. Yes.  Q. And he says you should seriously consider backing off cholesterol in the SM-102 vaccine formulations.  Do you see that?  A. Yes.  Q. And you respond that there's going to be a large study on lipid ratios kicking off soon, right?  A. Yes.  Q. As part of that study, were decreases in cholesterol down to 30 percent explored?  A. I can't remember the details of the study.  I'm sure we looked at the – as I said a couple times, generally we did these studies adjusting the ratio of all the different lipids, but I don't remember the details of this particular study.").

[1823] "Corporate Presentation," *Moderna,* March 2020, Slide 18 of 37, *available at* https://static.seekingalpha.com/uploads/sa_presentations/157/53157/original.pdf.

[1824] MRNA-GEN-00646561-582, at 574 (Parsons Deposition Exhibit No. 6 – Jack Kramarczyk, Don Parsons, Chris Knapp, Katie Martinick, Kari Paisley-Flango, Beth Lally, "CMV development plan – CMC strategy," *Moderna,* October 4, 2018, Slide 15 of 21) ("A. Baseline Process Option (Optimized PA-PEG DP process) . . . Phase 1 . . . **50 mole %**" (emphasis added)).  *See also* "Moderna Announces Positive Interim Results from Phase 1 Cytomegalovirus (CMV) Vaccine (mRNA-1647) Study and Progress Toward Phase 2 and Pivotal Trials," *Moderna,* September 12, 2019, *available at* https://www.flagshippioneering.com/news/press-release/moderna-announces-positive-interim-results-from-phase-1-cytomegalovirus-cmv-vaccine-mrna-1647-study-and-progress-toward-phase-2-and-pivotal-trials.

[1825] *See, e.g.,* MRNA-GEN-00646561-582, at 570 (Parsons Deposition Exhibit No. 6 – Jack Kramarczyk, Don Parsons, Chris Knapp, Katie Martinick, Kari Paisley-Flango, Beth Lally,

517

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

a change in molar ratio for **"Phase 2,"** which, at that time, was not planned to start until **October 2019** (actual Phase 201/202 manufacturing **June 2019** (Lot No. AL6684)[1826]), while noting "significant changes to product profile," Moderna does not address "regulatory impact."[1827]  In addition, while Moderna was planning the Phase 2 change in October 2018—by March 2020, it

---

"CMV development plan – CMC strategy," *Moderna,* October 4, 2018, Slide 11 of 21).  June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 92:9-92:12 ("A. . . . As I said, we understood that the formulation that we had in hand and that we were using, which is cited here [Parsons Deposition Exhibit No. 6, at 570] as the phase 1 formulation, . . .").  *See also* MRNA-GEN-00535854-940, at 859 (Kramarczyk Deposition Exhibit No. 11 – Undated draft report summarizing many of Moderna's development experiments, (metadata date=September 24, 2020), PDF p. 6 of 88) ("In some instances, the lipid composition of LNPs has been based on the historical ratios of 50 mol% ionizable lipid, 38.5 mol% cholesterol, 10 mol% DSPC, and 1.5 mol% PEG-DMG that was initially developed for hepatic delivery of siRNA and has translated well for delivery of multiple modalities to multiple target areas.  **The CMV SM102 mRNA-1647 Drug Product (DP) tested in Phase 1 clinical trials used these ratios.**" (emphasis added)).

[1826] MRNA-GEN-00535854-940, at 856-857 (Kramarczyk Deposition Exhibit No. 11 – Undated draft report summarizing many of Moderna's development experiments, (metadata date=September 24, 2020), PDF pp. 3-4 of 88).  April 30, 2024 Deposition of John Kramarczyk, 131:5-131:9 ("Q. What is this document [Kramarczyk Deposition Exhibit No. 11]?  A. This is a draft of a report in which my team summarized many of our development experiments of the prior years, in which I mean process, process controls, composition included."); 151:8-151:20 ("Q. Do you know approximately when those changes were implemented that are listed in Phase 202? . . . A. Implemented into the CMV clinical development plan?  Q. Yes.  A. Prior to dosing Phase 202.  Q. Do you know when that would have been approximately?  A. Between the manufacturer [sic] of the lots for P 101 final in 2018 and the June 2019 lot manufactured for Phase 202.").

[1827] MRNA-GEN-00646561-582, at 563 (Parsons Deposition Exhibit No. 6 – Jack Kramarczyk, Don Parsons, Chris Knapp, Katie Martinick, Kari Paisley-Flango, Beth Lally, "CMV development plan – CMC strategy," *Moderna,* October 4, 2018, Slide 2 of 21) ("Phase 2 Plan, mRNA-1647 – Start Phase 2 in October 2019 with two process options").

518

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

did not expect to have **"First interim analysis"** until **3Q2020,**[1828] as shown in **Figure 3.15,**[1829] below, (actually reported on **September 17, 2020**[1830])—months *after* the May 31, 2020 hypothetical negotiation.

---

[1828] "Moderna Completes Enrollment of Cytomegalovirus (CMV) Vaccine (mRNA-1647) Phase 2 Study," *Moderna,* March 3, 2020, *available at* https://investors.modernatx.com/news/news-details/2020/Moderna-Completes-Enrollment-of-Cytomegalovirus-CMV-Vaccine-mRNA-1647-Phase-2-Study/default.aspx ("On January 9, the Company announced positive seven-month interim safety and immunogenicity data after the third and final vaccination of the 30, 90, and 180 µg dose level cohorts of the Phase 1 study, which built on the previously reported three-month interim analysis, after two vaccinations. The first interim analysis of the Phase 2 study is expected in the third quarter of 2020. . . . The Phase 2 study is evaluating the safety and immunogenicity of mRNA-1647 in 252 healthy adults in the U.S. at three dose levels (50, 100 and 150 µg) in both CMV-seronegative and CMV-seropositive participants administered in a three-dose vaccination schedule (0, 2 and 6 months). The first interim analysis at three months (one month after the second vaccination) is expected in the third quarter of 2020 and is intended to inform Phase 3 dose selection. The Company is actively preparing for a Phase 3 pivotal study expected to start in 2021, which will evaluate prevention of primary CMV infection in a population that includes women of childbearing age.").

[1829] "Corporate Presentation," *Moderna,* March 2020, Slide 17 of 37, *available at* https://static.seekingalpha.com/uploads/sa_presentations/157/53157/original.pdf.

[1830] "Edited Transcript MRNA.OQ – Moderna Inc Corporate Analyst Meeting," *Refinitiv StreetEvents,* September 17, 2020, pp. 4, 15-18 of 43, https://s29.q4cdn.com/435878511/files/doc_events/2020/09/17/2020-R-D-Day-Transcript-(09.17.20).pdf (At p. 4: Stephane Bancel, CEO: "We are very happy to report today that the Phase II of CMV is positive, and we picked up the dose, and we are preparing actively for the start of Phase III next year. . . . On next slide, you'll see the 2 big news over there. The first one is, of course, on CMV. The team will be sharing with you in detail the data of our Phase II study, which we had anticipated having a readout in Q3 of this year."). *See also* "Moderna Reports Third Quarter 2020 Financial Results and Provides Business Updates," *Moderna,* October 29, 2020, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312520280422/d134701dex991.htm ("**Cytomegalovirus (CMV) vaccine (mRNA-1647):** Positive interim data from the Phase 2 study assessing the safety, reactogenicity, and immunogenicity of different dose levels of mRNA-1647 were presented at Moderna's annual R&D Day [on September 17, 2020]. Based on the interim analysis of the Phase 2 study, the 100 mg dose has been chosen for the Phase 3 pivotal study, which is expected to begin in 2021. Moderna owns worldwide commercial rights for mRNA-1647.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 3.15**

680.  Moderna identified the "Benefit" of "Phase 2" **SM0102 Content . . . 48% mole %** (extra DSPC & PA PEG)" as **"IP and Stability,"** as shown in **Figure 3.16**,[1831] below.

---

[1831] MRNA-GEN-00646561-582, at 574 (Parsons Deposition Exhibit No. 6 – Jack Kramarczyk, Don Parsons, Chris Knapp, Katie Martinick, Kari Paisley-Flango, Beth Lally, "CMV development plan – CMC strategy," *Moderna,* October 4, 2018, Slide 15 of 21) ("A. Baseline Process Option (Optimized PA-PEG DP process) . . . Phase 1 . . . **50 mole %**" (emphasis added)).  June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 90:18-91:9 ("Q. Do you see the benefits are IP and stability ["50 mole %" on Parsons Deposition Exhibit No. 4, at 574]?  A. Yes. Q. What IP benefits is this referring to? . . . THE WITNESS: So we were generally aware that there were – there as intellectual property out there which claimed 50 percent mol ratio of the ionizable lipid.  I think Jack was referring to that."); 93:8-93:12 ("Q. So what data did Moderna have that showed that this changed formulation improved those [stability] quality attributes?  A. We were working at that time to obtain that data.").  *See also* MRNA-GEN-00601067-089, at 070 (Kramarczyk Deposition Exhibit No. 12 – "Infectious Disease Vaccines: SM-102 LNP Platform Process, 2019 Process capabilities are listed, not operating targets," *Moderna,* March

520

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 3.16**

681.    In October 2018, Moderna did recognize the magnitude of the potential regulatory impact associated with **"getting CMC 'right' in 2019"**—namely, **"a delay of 3-6 months (for feedback from FDA and a new tox study)."**[1832]   In an October 7, 2018 email, Dr. Hoge addressed the "narrow mol% issue" in the context of the its KRAS program with Merck as follows:

> Let me start with a global perspective, then I will answer the narrow mol% question…

---

14, 2019/Updated January 15, 2020, Slides 4 of 24) ("mRNA-1647, CMV LNP Process changes" showing "Final Lipid Content" of 50:10:38.5:1.5 in Phase 101, and 48:11:38.5:3.0 in Phase 202).  April 30, 2024 Deposition of John Kramarczyk, 150:17-151:5 ("Q. And during Phase 101 [mRNA-1647 (CMV)], Moderna was using 50 mole [sic – mol] percent SM-102, 10 mole [sic - mole] percent DSPC, 38.5 mole [sic – mol] percent cholesterol, and 1.5 mole [sic – mol] percent PEG in the core.  Is that right?  A. Both that column [on Slide 4 of Kramarczyk Deposition Exhibit No.12] and the one to the right are Phase 101.  And I can see that the 1.5 mole [sic - mol] percent PEG is differentiated for Phase 101 final from core to spike.  But the sum is the same.  Q. Okay.  And were both of those Phase 101 initial and final used in human clinical studies?  A. To the best of my awareness, yes.").

[1832] MRNA-GEN-01510948-950, at 948-949 (Parsons Deposition Exhibit No. 8 – October 7, 2018 email from Stephen Hoge to Don Parsons, Subject: Re: Composition of KRAS reload).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

My 2 cents is that we should be minimizing the risk of the need for a new tox study (and associated FIH [first in human] delays), even if that increases risk to shelf life. We can pursue extension through other means (e.g., specification change to permit particulates, planned reloads at 9 months for Phase 1).

My rationale is simple: I think the value of getting CMC "right" in 2019 is outweighed by the value getting immunogenicity data by the end of 2019. If the current timeline has earliest FIH in Feb/March under a small-amendment-to-the-current-IND strategy, then a delay of 3-6 months (for feedback from FDA and a new tox study) necessarily will push immunogenicity data to 2020.

In general I do not believe we should be risking that kind of outcome; but you are in the best position to judge what is acceptable or not since I have no visibility to the other changes you allude to below. Ultimately you need to get Merck to agree to.

On the micro question…

I don't have any concern about lowering SM102 to 48%, provided we maintain timelines to FIH. I am a little surprised that you view the "SM ratio" as a big deal (both technically and strategically). I am aware that current early thinking is we have an excess of amino lipid (in fact all lipids) I our formulations, but a move from 50->48 will do little on that area. . . .[1833]

682.    At this time, in order to avoid unacceptable delays, Moderna apparently opted to use its existing manufacturing process, which Dr. Parsons described as "our understanding of LNP manufacturing 18 months ago" rather than "incorporate" what it claimed was "the current 'drug product state of the art' into that manufacture[.]"[1834]

### 6.    December 2019

683.    In December 2019 Moderna was still using Arbutus's "gold standard" formulation and was attempting to rapidly develop an "mRNA Rapid Vaccine Manufacturing Platform," as shown in **Figure 3.17**,[1835] below, by adapting its existing PCV platform to attempt to leverage "a unique competitive advantage."

---

[1833] MRNA-GEN-01510948-950, at 948-949 (Parsons Deposition Exhibit No. 8 – October 7, 2018 email from Stephen Hoge to Don Parsons, Subject: Re: Composition of KRAS reload).
[1834] MRNA-GEN-01510948-950, at 949 (Parsons Deposition Exhibit No. 8 – October 6, 2018 email from Don Parsons to Stephen Hoge, Subject: Composition of KRAS reload).
[1835] MRNA-GEN-00615852-867, at 856 (Parsons Deposition Exhibit No. 10 – December 12, 2019 Memo to Executive Committee Re: mRNA Rapid Vaccine Manufacturing Platform for Early Clinical Read: Scope, process comparability and technical development).

522

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 3.17**

684. Moderna stated: "Both speed and robustness of the PCV infrastructure provide a unique competitive advantage for early clinical reads on vaccine and therapeutic development candidates."[1836] Opting again for speed, Moderna made no change to the LNP process. Moderna stated: "[t]here are no LNP process activities planned since the LNP PHL process comparability has been demonstrated *in vitro* and *in vivo* to **legacy vaccine processes for the PCV and CMV program.**"[1837]

685. At the same time Moderna internal documents point to discussions to revise documents by

---

[1836] MRNA-GEN-00615852-867, at 856 (Parsons Deposition Exhibit No. 10 – December 12, 2019 Memo to Executive Committee Re: mRNA Rapid Vaccine Manufacturing Platform for Early Clinical Read: Scope, process comparability and technical development).

[1837] MRNA-GEN-00615852-867, at 856 (Parsons Deposition Exhibit No. 10 – December 12, 2019 Memo to Executive Committee Re: mRNA Rapid Vaccine Manufacturing Platform for Early Clinical Read: Scope, process comparability and technical development).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**"tak[ing] out the mc3 part of the story."** In a December 15, 2019 email, Kerry Benenato—who joined Moderna in September 2014 as a Principal Scientist[1838] "to help develop its delivery technology"[1839] and was Vice President, Platform Chemistry and Formulation Discovery in May 2021—then a Moderna Senior Director[1840] stated:

> I hate to say it but yeah people may have a problem with it [using the term "MC3" instead of "legacy lipid"]. Stephen [Hoge] does not want to see any revenues [sic – references] to us "learning" from mc3. This deck states that. I know it is hard as a chemist but we have to fib a bit and not tell the whole structure story. The slides look great,….but I think you need to take out the mc3 part of the story.[1841]

### 7.    May-June 2020

686.    As of late-May 2020, Moderna personnel were again pushing back on any changes to the lipid composition. As discussed above, at that time, Moderna's CMV (mRNA-1647) Phase 2 trial was ongoing—but "First interim results" were not expected until 3Q2020.[1842] In a May 29, 2020 email,

---

[1838] MRNA-GEN-01722116-118, at 118 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 2 – "Kerry Benenato," *LinkedIn,* December 11, 2023, *available at* https://www.linkedin.com/in/kerry-benenato-a513419/details/experience/ (**Moderna**: Principal Scientist (September 2014-February 2016), Associate Director (February 2016-August 2017) , Director (August 2017-September 2019, Senior Director (September 2019-July 2020), Vice President, Platform Chemistry (July 2020-May 2021), Vice President, Platform Chemistry and Formulation Discovery (May 2021-October 2022); **76Bio, Inc.**: Chief Scientific Officer (October 2022-Present).).

[1839] Gregory Zuckerman, "The Inside Story of Two Young Scientists Who Helped Make Moderna's Covid Vaccine Possible," *Upworthy Science,* November 24, 2021, *available at* https://upworthyscience.com/moderna-covid-vaccine/.

[1840] MRNA-GEN-01722116-118, at 118 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 2 – "Kerry Benenato," *LinkedIn,* December 11, 2023, *available at* https://www.linkedin.com/in/kerry-benenato-a513419/details/experience/ (**Moderna**: Principal Scientist (September 2014-February 2016); Associate Director (February 2016-August 2017), Director (August 2017-September 2019, Senior Director (September 2019-July 2020), Vice President, Platform Chemistry (July 2020-May 2021), Vice President, Platform Chemistry and Formulation Discovery (May 2021-October 2022); **76Bio, Inc.**: Chief Scientific Officer (October 2022-Present).).

[1841] MRNA-GEN-01430937 (Hoge Deposition Exhibit No. 51/Benenato Deposition Exhibit No. 2 – November 15, 2019 email from Kerry Benenato to Mark Cornebise, Subject: Re: MC3 vs. legacy). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 436:22-441:4. May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 21:1-33:3.

[1842] *See, e.g.,* "Corporate Presentation," *Moderna,* March 2020, Slide 17 of 37, *available at* https://static.seekingalpha.com/uploads/sa_presentations/157/53157/original.pdf.

524

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Dr. Parsons stated: "while I hear Nedim [Emil Altaras, SVP Technical Development[1843]] say **that no changes will be allowed,**"[1844] in response to Linda McKerral's (then Director Analytical Technical Ops and Strategic Operations[1845]) May 27, 2020 email that stated:

> I am still having some difficulty understanding the rationale for the PEG change for this program, at this time, given the investment the teams have made into the current product, versus the benefits.
> . . .
> Separate arguments would need to be made (as Nedim mentioned) to address that this change is expected to only affect product biophysical stability and doesn't have biological impact (human and animal models) given where we are in the program.[1846]

687.    Notwithstanding the foregoing, Moderna's June 4, 2020 "Change to SM102 LNP Molar Targets" approved a "proposed change on mRNA 1273 lipid content," in **Figure 3.18**,[1847] below (final drug product), which again shows the "Previous Target – Lipid mol%" of 50.0%. However, as a result of internal concerns about the FDA's reaction and logistical challenges, Moderna chose not to make any change to the amount of PEG.[1848]

---

[1843] "Nedim Emil Altaras," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/nedim-emil-altaras/ (**Merck**: Associate Director (2006-December 2010), Director – Fermentation and Cell Culture (January 2011-February 2011), Product Leader – Vaccines Product and Technical Operations (March 2011-April 2015); **Seres Therapeutics**: Head of Manufacturing (April 2015-November 2016); **Moderna**: Head, External Manufacturing (November 2016-December 2017), CMC Therapeutic Area Lead, Infectious Disease (December 2017-September 2019), SVP Technical Development (September 2019-Present)).

[1844] MRNA-GEN-00657193-196, at 193 (Parsons Deposition Exhibit No. 12 – May 27, 2020 email from Don Parsons to Linda McKerral, Subject: RE: Lipid Composition Adjustment) (emphasis added).

[1845] "Linda McKerral," *LinkedIn,* n.d., *available at* https://www.linkedin.com/in/linda-mckerral-056b2929/details/experience/ (**Merck**: Director (2001-September 2016); **Moderna**: Director, Analytical Development (October 2016-April 2018), Director of Quality Control (April 2018-December 2019), Director Analytical Technical Ops and Strategic Operations (December 2019-May 2020), Senior Director (May 2020-December 2021), Executive Director (December 2021-April 2023; . . . **Immunovant**: Vice President of Analytical Sciences (January 2024-Present)).

[1846] MRNA-GEN-00657193-196, at 194 (Parsons Deposition Exhibit No. 12 – May 27, 2020 email from Linda McKerral to Don Parsons, Nedim Emil Altaras, Cc: Satish Singh, Huijuan Li, Jason Murphy, Subject: RE: Lipid Composition Adjustment).

[1847] MRNA-GEN-00547580-585, at 582 (Parsons Deposition Exhibit No. 15 – "Change to SM102 LNP Molar Targets," *Moderna,* Approved June 4, 2020, p. 3 of 6).

[1848] MRNA-GEN-00657047-049 (May 27, 2020 email from Jason Murphy to Nedim Emil Altaras, Linda McKerral, Don Parsons, Subject: RE: AMP Process New Constructs FW:

525

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**Table 4.** Impact of proposed change on mRNA 1273 LNP lipid content at 0.2 mg/mL mRNA concentration.

| Component | Previous Target | | New Target | |
|---|---|---|---|---|
| | Lipid mol% | Lipid Content, mg/mL | Lipid mol% | Lipid Content, mg/mL |
| SM102 | 50.0 | 2.22 | 48.5 | 2.15 |
| Cholesterol | 38.5 | 0.93 | 38.9 | 0.94 |
| DSPC | 10.0 | 0.49 | 11.1 | 0.55 |
| PEG 2000-DMG | 1.5 | 0.23 | 1.5 | 0.23 |

**FIGURE 3.18**

688.    In addition, Moderna used the "Previous Target" to "de-risk" the "New Target." In particular, Moderna used the Arbutus "gold standard" formulation as a "control lot" for **"de-risking . . . proposed lipid content values,"** as shown in **Figure 3.19**,[1849] below.

Number: PD-REP-0102    Version: 1.0    Approved Date: 04 Jun 2020

| moderna | Development Report SM102 LNP Lipid Concentration Target Revision | PAGE # |
|---|---|---|
| | Change to SM102 LNP Molar Targets | 4 of 5 |

| Document Number | Version Number | Date |
|---|---|---|
| PD-REP-0102 | See Veeva | See Veeva |

**Table 6.** Lipid content targets achieved for control lot AMPDP-200062 (previous target) and for de-risking lot AMPDP-200063 with proposed lipid content values.

| Process Step | Lot# | PEG2000-DMG mol% | SM102 mol% | Cholesterol mol% | DSPC mol% |
|---|---|---|---|---|---|
| LSS | AMPDP-200062 | 0.5 | 50.1 | 39.1 | 10.3 |
| | AMPDP-200063 | 0.5 | 47.8 | 40.1 | 11.5 |
| TFF Harvest | AMPDP-200062 | 0.5 | 49.3 | 39.6 | 10.6 |
| | AMPDP-200063 | 0.5 | 47.4 | 40.4 | 11.7 |

**FIGURE 3.19**

Proposed lipid changes to eLNP and mRNA-1273-LNP); MRNA-GEN-00657193-196 (May 29, 2020 email from Don Parsons to Linda McKerral, Subject: RE: Lipid Composition Adjustment).

[1849] MRNA-GEN-00547580-585, at 583 (Parsons Deposition Exhibit No. 15 – "Change to SM102 LNP Molar Targets," *Moderna,* Approved June 4, 2020, p. 4 of 6).

526

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 8.    July-August 2020

689.   By July 2020, Moderna recognized and accepted the risks associated with its decision to continue to use Arbutus's technology for years without a license.  In fact, at the time of its late-2018 IPO, Moderna had acknowledged the significant consequences that could result if it lost the IPRs it had filed on Arbutus's patents, as stated in  Moderna's November 9, 2018 S-1:

> [I]f any third-party patents were held by a court of competent jurisdiction to cover aspects of our formulations, processes for manufacture or methods of use, including combination therapy, the holders of any such patents may be able to block our ability to develop and commercialize the applicable investigational medicine unless we obtained a license or until such patent expires. In either case, such a license may not be available on commercially reasonable terms or at all. **For example, if we are unsuccessful in invalidating certain of the third-party patents that we are currently challenging, those third parties may attempt to assert those patents against us should certain of our investigational medicines obtain regulatory approval.**

> Defense of infringement and other claims, regardless of their merit, would involve substantial litigation expense and would be a substantial diversion of employee resources from our business. **In the event of a successful claim of infringement against us, we may have to pay substantial damages, including treble damages and attorneys' fees for willful infringement, pay royalties, redesign our infringing products, or obtain one or more licenses from third parties, which may not be made available on commercially favorable terms, if at all, or may require substantial time and expense.**

> In addition, such licenses are likely to be non-exclusive and, therefore, our competitors may have access to the same technology licensed to us. **If we fail to obtain a required license and are unable to design around a patent, we may be unable to effectively market some of our technology and products, which could limit our ability to generate revenues or achieve profitability and possibly prevent us from generating revenue sufficient to sustain our operations.**[1850]

690.   On July 27, 2020, at 2:18:55 AM, Hamilton Bennett advised the U.S. Government that mRNA-1273 purportedly did *not* use "the Arbutus patent," as follows:

> Regarding the Arbutus patent, the LNP formula used to manufacture mRAN-1273 [sic – mRNA-1273] is not covered by the Arbutus patent.[1851]

---

[1850] Moderna, Inc. Form S-1 Registration Statement dated November 9, 2018, pp. 47-48, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312518323562/d577473ds1.htm (emphasis added).

[1851] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 277:21-278:3. MRNA-GEN-01125789-790, at 789 (Bennett Deposition Exhibit No. 33 – July 27, 2020 email from Hamilton

527

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

691.   Two days later, on **July 29, 2020**, Moderna was for the first time, "compil[ing] a technical blurb to explain/justify the cholesterol change in the SM-102 LNP from 50 to 48.5% by noon today please."[1852]   Prior to that time, Moderna did not have a "justification" "ready to go."[1853]   The "justification" that Dr. Parsons drafted, however, contained errors—cholesterol was *not* moved downward:



[1854]

Bennett to Camille Connell-Magaw, Subject: Moderna Negotiation (UNCLASSIFIED)).  *See also* MRNA-GEN-01724969-024, at 999 (December 19, 2023 30(b)(6) Deposition of Hamilton Bennett (*Moderna v. Pfizer*), 121:13-121:16 ("Q. So the government was asking Moderna about this Arbutus patents; is that correct?  A. They were asking about our attempts to avoid the Arbutus patent."); 122:16-122:19 ("Q. Okay.  So you were telling the government that Moderna mRNA-1273 was not covered by the Arbutus patent, right?  A. I seem to be conveying that, yes."); 123:8-123:11 ("A. Okay.  And what you're telling the government is this patent exists, but Moderna, its product was not covered by the patents, right?  A. That is what we're stating here.")).

[1852] MRNA-GEN-00601091-095, at 094 (Parsons Deposition Exhibit No. 13 – July 29, 2020 7:49 AM email from Paul Dawidczyk to Don Parsons, Michael Smith, Cc: Soraya Landers, Melissa Mortell, Subject: Some assistance please; Importance: High).

[1853] MRNA-GEN-00601091-095, at 094 (Parsons Deposition Exhibit No. 13 – July 29, 2020 12:27 PM email from Jack Kramarczyk to Don Parsons, Michael Smith, Subject: RE: Some assistance please) ("Seems good, Don.  Sorry we did not have that ready to go.  My only comment is that you say you optimized efficacy but did not affect potency.  May mislead a reader….  Else, it's good.").

[1854] MRNA-GEN-00601091-095, at 091 (Parsons Deposition Exhibit No. 13 – July 29, 2020 7:49 AM email from Don Parsons to Michael Smith, Jack Kramarczyk, Subject: RE: Some assistance please).  June 7, 2024 Deposition of Donald Parsons, Ph.D., 188:4-188:12



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

692.    Dr. Parson corrected the error in his "original note" a few days later on **August 4, 2020** and stated "we have to go w/out a justification":



.[1855]

### 9.    September 2020

693.    I understand that Moderna's "mRNA-1273 Drug Products (Clinical and Commercial) Definition Report" approved September 11, 2020, described the change from 50% to 48.5% as "a small change"[1856]; Dr. Parson testified: "I think from a numerical perspective clearly 50 to 48 is small."[1857]  Moderna further described the change as follows:

> The mRNA-1273 LNP comprises four lipids, SM-102, DSPC, cholesterol, PEG-lipid.    The molar lipid ratio of 50:38.5:10:1.5 (Ionizable lipid: Cholesterol:DSPC:PEG-lipid) has been used in the literature for systemic delivery of LNPs.  Further verification of the lipid composition was conducted using one of Moderna's vaccine constructs.  **Reducing the molar percentage of SM-102 and increasing the molar percentage of cholesterol in the LNP (by 5 of 10% levels) was observed to result in a reduction in immunogenicity.  Increasing the amount of PEG-lipid (by 5 or 10%) during the mixing was shown to decrease the immunogenicity, but decreasing it led to particle instability.**  The amount of PEG present in the current formulation is a balance between optimal potency and stability.  It was observed however that slight variations in the percentage of SM-102, DSPC, or PEG-lipid could be made without a detectable difference in immunogenicity indicating that the selected composition was robust (DPAD-00823).  Minor adjustments were made to the literature composition to harmonize

---

[1855] MRNA-GEN-01272098 (Parsons Deposition Exhibit No. 14 – August 4, 2020 email from Paul Dawidczyk to Paul Dawidczyk, Don Parsons, Subject: Missed conversation with Paul Dawidczyk).

[1856] MRNA-GEN-00604539-565, at 549 (Parsons Deposition Exhibit No. 18 – "mRNA-1273 Drug Products (Clinical and Commercial) Definition Report," *Moderna,* Approved September 11, 2020, at p. 11 of 27) ("A small change in lipid composition of the mRNA-1273 was made during the clinical trials, as documented in PD-MEM-0102.  A few batches of the UDP 60075 were produced with the older LNP composition (called 'Previous Target'), before moving to the use of the new LNP composition (called 'New Target').").

[1857] June 7, 2024 Deposition of Donald Parsons, Ph.D., 224:3-224:5.

529

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

with the platform composition, which resulted in a molar lipid ratio of 48.5:38.9:11.1:1.5 (Ionizable lipid:Cholesterol:DSPC:PEG-lipid) for Phase 3 and commercial products (PD-REP-0102).[1858]

694. Moderna's BLA regulatory submission for the mRNA-1273, however, did *not* include the highlighted text above. Instead, Moderna submitted a revised version of the statement above, as shown below—which was the justification provided to this regulatory authority[1859]:

> The mRNA-1273 LNP comprises four lipids,: SM-102, DSPC, cholesterol, and PEG-lipid. The molar lipid ratio of 50:38.5:10:1.5 (Ionizable lipid: Cholesterol: DSPC: PEG-lipid) has been used in the literature for systemic delivery of LNPs. Further verification of the lipid composition was conducted using one of Moderna's vaccine.-It was observed that slight variations in the percentage of SM-102, DSPC, or PEG-lipid can be made without a detectable difference in immunogenicity. Minor adjustments were made to the literature composition to harmonize with the platform composition, which resulted in a molar lipid ratio of 48.5:38.9:11.1:1.5 (ionizable lipid: cholesterol: DSPC: PEG-lipidA further refinement in the lipid ratio was made to optimize colloidal stability by slightly increasing the PEG-lipid content to a new molar ratio (48.0:38.5:11.0:2.5) for ionizable lipid: cholesterol: DSPC: PEG-lipid).[1860]

695. Dr. Parsons again testified that the change was "slight in the context of numerical values" but added: "The significance of those values in regard to both the company in terms of aligning to its platform and to achieve the objectives, the technical objectives that we were looking to achieve, I would not characterize those as slight."[1861]

### 5. Moderna Would Not Have Attempted to Switch to a Non-Infringing Alternative

696. Moderna would not have attempted to switch to a non-infringing alternative because speed, and

---

[1858] MRNA-GEN-00604539-565, at 555 (Parsons Deposition Exhibit No. 18 – "mRNA-1273 Drug Products (Clinical and Commercial) Definition Report," *Moderna,* Approved September 11, 2020, at p. 17 of 27).

[1859] June 7, 2024 Deposition of Donald Parsons, Ph.D., 233:7-233:22 ("Q. Okay. The next sentence says that, 'Minor adjustments were made to the literature composition to harmonize with the platform composition, which resulted in a molar lipid ratio of 48.5:38.9:11.1:1.5.' Do you see that? A. I do. Q. And this is the – this harmonization is the only justification provided to the FDA for this lipid molar ratio change, is that right? A. I see that's what we wrote. Q. Are you aware of any other justifications that were provided to this regulatory authority for this change? A. I'm not.").

[1860] MRNA-GEN-00044183-219, at 188 (Parsons Deposition Exhibit No. 19 – mRNA-1273 Document Number: VV-QUAL-002917 eDMS Version: 15.0, *Moderna,* n.d., p. 6 of 38).

[1861] June 7, 2024 Deposition of Donald Parsons, Ph.D., 232:21-233:6.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

being first to clinical trials was the overriding objective.  Dr. Parsons testified that "prior to the beginning of the COVID pandemic [Moderna] had developed what we felt was an optimized formulation, but at the same time we were using the formulation in the PVU infrastructure for the purposes of phase 1 clinical studies.  So I'm not going to reiterate too much, but it was our intent to move to an optimized formulation that we believed was right for messenger RNA.  At the same time, we wanted to move quickly and get the vaccine into clinical trials."[1862]

697.    In the real-world, Moderna's decision-making shows it opted for speed over and over again.  It did so, even though Moderna expressly acknowledged that it had "incredibly strong business reasons" to switch to a non-infringing alternative for years beginning with the **January 26, 2017** injunction in the Arbutus-Acuitas litigation.  For example, Dr. Hoge testified that in **June 2017**, "avoiding that [the patents covering amino lipids that are 50% and higher] would be in our interest."[1863]  Dr. Hoge's June 9, 2017 email to Dr. Parsons underscored this point and stated: ". . . **I would like to reemphasize that there are incredibly strong business reasons why a composition with 40 percent amino lipid is more attractive.**  I would be willing to contemplate a delay to identify such a composition for one of the rare disease programs or CHIKVab.  **I've tried to underscore that preference for the last few months so this is nothing new.**"[1864]

698.    By **late-2017**, however, Moderna still had not addressed the issue and the associated risk.  Dr. Hoge's December 5, 2017 email regarding "2017 Platform objectives" addressed this problem again and stated: "**4. Fix backward risk balance . . . 4.2. LNP/Abus** [LNP/Arbutus]."[1865]

---

[1862] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 220:1-220:12

[1863] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 308:1-308:15.

[1864] MRNA-GEN-02619870-871, at 870 (Hoge Deposition Exhibit No. 30 – June 9, 2017 email from Stephen Hoge to Donald Parson, cc: Örn Almarsson, Subject: Composition).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 309:6-309:8 ("Q. You meant what you wrote here [Hoge Deposition Exhibit No. 30], correct?  A. Yes."); 311:15-312:4 ("Q. Okay, you say below, the next paragraph [Hoge Deposition Exhibit No. 30], 'I've tried to underscore that preference for the last few months so this is nothing new.'  Do you see that?  A. Yes.  Q. So you had expressed to your scientists working under your direction that you had this preference for 40 percent amino lipid for several months, correct?  A. That's what I said, and I believe that to be true.").

[1865] MRNA-GEN-01503761 (December 5, 2017 email from Stephen Hoge to Stephen Hoge re: 2017 Platform objectives).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 320:19-322:2 ("Q. . . . if we could look at number 4, it says, 'Fix backward risk balance.'  Do you see that?  A. Right.  Q. And then 4.2 underneath that is, 'LNP/Abus.'  That's LNP Arbutus, I assume?  A. Mm-hmm.  Q. And how did you intend to fix the backward risk balance with

531

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

699.    A few months later, Moderna was investigating alternative LNP formulations with the express goal was to "[a]void licensing" Arbutus's technology. Moderna's **May 2018** presentation titled "Improving the infectious disease SM-102 drug product platform; Potential changes for phase 2 (mRNA-1647, mRNA-1653)" stated: "DP [Drug Product] development goals . . . **Avoid licensing (intellectual property regarding 50 mole percent cationic lipid).**"[1866] Dr. Hoge testified "it was a consideration," and that he interpreted this as referring to the Tekmira/Arbutus patents.[1867]

700.    By **October 2018**, Moderna was still using Genevant's patented formulation, but had identified a purported alternative that it described as **"SM0102 Content . . . 48% mole %** (extra DSPC & PA PEG)" with alleged "Benefit" of **"IP and Stability."**[1868] At or about that time, Moderna "dropped

respect to LNP Arbutus in 2017. A. It would have to be in the context of our discussions with them, which I think there had been multiple in 2017. I can't remember whether this is related to – where it is in relation to the litigation between Arbutus and Acuitas in time, but we were obviously aware of that litigation and, as you'd previously covered, had been in discussions with Tekmira that never went anywhere about the possibility of a direct license to some of the patents, intellectual property related to a couple of those products that in 2017 were still under development. So -- . . . A. So that's what I would assume I meant by 4.2.").

[1866] MRNA-GEN-01747429-436 (Hoge Deposition Exhibit No. 33 – Jack Kramarczyk, "Improving the infectious disease SM-102 drug product platform; Potential changes for phase 2 (mRNA-1647, mRNA-1653)," *Moderna,* May 2018, Slide 3 of 8).

[1867] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 333:5-334:13 ("Q. And one of the drug product development goals that he's listing in May 2018 is 'Avoid licensing (intellectual property regarding 50 mol percent cationic lipid).' Do you see that? A. I do see that. Q. And you agree that was one of the drug product development goals in 2018 for Moderna? A. There are six listed there. As I said before, I think we would index primarily on robustness, scalability, yield, the other ones listed. Shelf life was important, it was a consideration. Q. And when he says 'intellectual property regarding 50 mol percent cationic lipid,' that's referring to the Tekmira/Arbutus patents, right? A. I didn't write this. That is the way I would interpret the language, but as I said there are, you know, multiple objectives we were solving for. . . ."); 336:7-336:15 ("Q. Okay. And when it says earlier 'avoid licensing,' how would you effectuate the goal of avoiding licensing? A. I think if you're referring generically to patents, and again I'm not relying on any conversations I would have had with counsel, if you're outside of the scope of those patents, then you will avoid licensing requirements.").

[1868] MRNA-GEN-00646561-582, at 574 (Parsons Deposition Exhibit No. 6 – Jack Kramarczyk, Don Parsons, Chris Knapp, Katie Martinick, Kari Paisley-Flango, Beth Lally, "CMV development plan – CMC strategy," *Moderna,* October 4, 2018, Slide 15 of 21) ("A. Baseline Process Option (Optimized PA-PEG DP process) . . . Phase 1 . . . **50 mole %**" (emphasis added)). June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 90:18-91:9 ("Q. Do you see the benefits are IP and stability ["50 mole %" on Parsons Deposition Exhibit No. 4, at 574]? A. Yes. Q. What IP benefits is this referring to? . . . THE WITNESS: So we were generally aware that

532

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

the SM-102 mole ratio – from 50% to 48%, AKA to 96% of what it was."[1869]  On October 6, 2018, Dr. Parsons stated: "we intend to implement this [lipid ratio change] (with project team approval) for CMV and the 102 platform," even though he described it was a "more 'visible' change "from a regulatory or partner perspective."[1870]  Dr. Hoge, however, rejected the proposal to implement the change for KRAS in the Merck collaboration and because he prioritized time to FIH clinical study results, which he summarized as follows:

> My rationale is simple: I think the value of getting CMC "right" in 2019 is outweighed by the value getting immunogenicity data by the end of 2019.  If the current timeline has earliest FIH in Feb/March under a small-amendment-to-the-current-IND strategy, then a delay of 3-6 months (for feedback from FDA and a new tox study) necessarily will push immunogenicity data to 2020.

> In general I do not believe we should be risking that kind of outcome; but you are in the best position to judge what is acceptable or not since I have no visibility to the other changes you allude to below.  Ultimately you need to get Merck to agree to.

---

there were – there as intellectual property out there which claimed 50 percent mol ratio of the ionizable lipid.  I think Jack was referring to that."); 93:8-93:12 ("Q. So what data did Moderna have that showed that this changed formulation improved those [stability] quality attributes?  A. We were working at that time to obtain that data.").  *See also* MRNA-GEN-00601067-089, at 070 (Kramarczyk Deposition Exhibit No. 12 – "Infectious Disease Vaccines: SM-102 LNP Platform Process, 2019 Process capabilities are listed, not operating targets," *Moderna,* March 14, 2019/Updated January 15, 2020, Slides 4 of 24) ("mRNA-1647, CMV LNP Process changes" showing "Final Lipid Content" of 50:10:38.5:1.5 in Phase 101, and 48:11:38.5:3.0 in Phase 202).  April 30, 2024 Deposition of John Kramarczyk, 150:17-151:5 ("Q. And during Phase 101 [mRNA-1647 (CMV)], Moderna was using 50 mole [sic – mol] percent SM-102, 10 mole [sic - mole] percent DSPC, 38.5 mole [sic – mol] percent cholesterol, and 1.5 mole [sic – mol] percent PEG in the core.  Is that right?  A. Both that column [on Slide 4 of Kramarczyk Deposition Exhibit No.12] and the one to the right are Phase 101.  And I can see that the 1.5 mole [sic - mol] percent PEG is differentiated for Phase 101 final from core to spike.  But the sum is the same.  Q. Okay.  And were both of those Phase 101 initial and final used in human clinical studies?  A. To the best of my awareness, yes.").

[1869] MRNA-GEN-00648787-807.005, at 787 (Parsons Deposition Exhibit No. 7 – April 5, 2019 email from Jack Kramarczyk to Don Parsons, CC: Beth Lally, Christopher Knapp, Katie Martinick, Subject: design basis for our process change; Attachments: Lipid Composition Control GMP Tox.pptx) ("I spoke to my team this week in detail about the lipids, and mass ratios, etc.  Chris reminded us all that back in Q3 of last year, we did discuss the effect of these changes on N:P (slide 6 attached).  By the logic of this slide, we almost locked our N:P, but ultimately, we did not.  What we did do was drop our N:P by the same ratio as we dropped the SM-102 mole ratio – from 50% to 48%, AKA to 96% of what it was.").

[1870] MRNA-GEN-01510948-950, at 948-949 (Parsons Deposition Exhibit No. 8 – October 7, 2018 email from Stephen Hoge to Don Parsons, Subject: Re: Composition of KRAS reload).

533

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

> On the micro question…
>
> I don't have any concern about lowering SM102 to 48%, provided we maintain timelines to FIH.  I am a little surprised that you view the "SM ratio" as a big deal (both technically and strategically).  I am aware that current early thinking is we have an excess of amino lipid (in fact all lipids) in our formulations, but a move from 50->48 will do little on that area. . . .[1871]

701. As of **December 2019** Moderna still had not formally adopted the alternative 48% LNP formulation.  At that time, Moderna chose Arbutus's "gold standard" as the formulation  for its "mRNA Rapid Vaccine Manufacturing Platform"[1872]—which it later used to manufacture the mRNA-1273 for the Phase 1 clinical study which enabled it to achieve its first to clinical trial objective.[1873]

702. Moderna did not formally adopt the alternative 48% LNP formulation for any drug product until in or about **September 2020**[1874]—months after the May 31, 2020 hypothetical negotiation.

703. In view of the foregoing, as of May 31, 2020, Moderna could not and would not have attempted to switch to a purported alternative for at least the following reasons:

---

[1871] MRNA-GEN-01510948-950, at 948-949 (Parsons Deposition Exhibit No. 8 – October 7, 2018 email from Stephen Hoge to Don Parsons, Subject: Re: Composition of KRAS reload).

[1872] MRNA-GEN-00615852-867, at 856 (Parsons Deposition Exhibit No. 10 – December 12, 2019 Memo to Executive Committee Re: mRNA Rapid Vaccine Manufacturing Platform for Early Clinical Read: Scope, process comparability and technical development).

[1873] *See, e.g.,* December 20, 2023 Deposition of Giuseppe Ciaramella (*Moderna v. Pfizer*), 227:19-227:22 ("Q. Who was the first to test an mRNA LNP vaccine for SARS-CoV-2 in humans? . . . THE WITNESS: I believe it was Moderna.").

[1874] MRNA-GEN-00535854-940, at 859, 874 (Kramarczyk Deposition Exhibit No. 11 – Undated draft report summarizing many of Moderna's development experiments, (metadata date=September 24, 2020), PDF pp. 6, 21 of 88) (At 859: "In some instances, **the lipid composition of LNPs has been based on the historical ratios of 50 mol% ionizable lipid, 38.5 mol% cholesterol, 10 mol% DSPC, and 1.5 mol% PEG-DMG** that was initially developed for hepatic delivery of siRNA and has translated well for delivery of multiple modalities to multiple target areas.  **The CMV SM102 mRNA-1647 Drug Product (DP) tested in Phase 1 clinical trials used these ratios.**" (emphasis added); At 874: **"CONCLUSION AND FUTURE DIRECTIONS** . . . Based on this data, **the lipid composition going forward for mRNA-1647 and mRNA-1653 program were chosen to be 48% SM102 : 11% DSPC : 38.5% cholesterol : 0.5 mol% PEG-DMG present during V-mixing + 1.0 mol% PEG-DMG added during excipient addition. . . .**" (emphasis added)).

534

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

a) Moderna's mRNA-1273 business strategy was to use the "optimal LNP,"[1875] Genevant's patented formulation, in mRNA-1273 and pursue the "path of least risk." Moderna's mRNA-1273 business objective was to be first to clinical studies and first to market—and it used its "mRNA Rapid Vaccine Manufacturing Platform"[1876] with Genevant's patented formulation to achieve its objective.

b) Moderna recognized that there would be a "narrow window" of opportunity.[1877] As such, any delay was likely to be costly. For example, in mid-May 2020, Moderna projected that a 3-month delay would result in foregoing billions in profits.[1878]

c) As of May 31, 2020, Moderna did not have *any* clinical studies for *any* alternative formulation. The results of the mRNA-1657 (CMV) Phase 2 clinical trial, which started in October 2019 and included an alternative formulation, were not available as of May 31, 2020. Moderna's investor presentations show that as of March 2020, it did not expect to report the first interim test results for this clinical study until **September 17, 2000**.[1879]

---

[1875] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 194:13-194:16 ("A. . . .all optimal technologies were brought to bear on this challenge. **We needed to bring together the optimal LNPs**, . . ." (emphasis added))

[1876] MRNA-GEN-00615852-867, at 856 (Parsons Deposition Exhibit No. 10 – December 12, 2019 Memo to Executive Committee Re: mRNA Rapid Vaccine Manufacturing Platform for Early Clinical Read: Scope, process comparability and technical development).

[1877] *See, e.g.,* MRNA-GEN-01570975-1159, at 991, 1020 (Thomas Deposition Exhibit No. 24 – "2020 Long Range Plan," *Moderna,* September 2, 2020, Slides 17, 46 of 186) (At 991: "Our 2020 LRP strategic pillars . . . 1) Respond to the COVID pandemic and strengthen the company's outlook – Navigate highly unstable market dynamics[;] Deliver on the promise of our pandemic product in a **narrow window**[;] Maintain operational flexibility as the endemic market is shaped . . ." (emphasis added). At 1020: "**Commercial strategy**: Deliver on the promise of our pandemic product in a **narrow window**" (emphasis added)).

[1878] *See, e.g.,* MRNA-GEN-02645641-677, at 660 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 20 of 37). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 411:1-412:4



[1879] *See, e.g.,* "Edited Transcript MRNA.OQ – Moderna Inc Corporate Analyst Meeting," *Refinitiv StreetEvents,* September 17, 2020, pp. 4, 15-18 of 43,

535

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

704.    Moderna selected the patented formulation, notwithstanding the fact that Moderna had purportedly tested "a big range of lipids as well as a multitude of different compositions to manufacture LNPs for the use of vaccines and therapeutics."[1880]

    a)  In **January 2020**, Moderna elected to use the patented formulation even though it had manufactured lots using a modified formulation for mRNA-1647 (CMV) (which included

---

https://s29.q4cdn.com/435878511/files/doc_events/2020/09/17/2020-R-D-Day-Transcript-(09.17.20).pdf (At p. 4: Stephane Bancel, CEO: "We are very happy to report today that the Phase II of CMV is positive, and we picked up the dose, and we are preparing actively for the start of Phase III next year. . . . On next slide, you'll see the 2 big news over there. The first one is, of course, on CMV. The team will be sharing with you in detail the data of our Phase II study, which we had anticipated having a readout in Q3 of this year."). *See also* "Moderna Reports Third Quarter 2020 Financial Results and Provides Business Updates," *Moderna,* October 29, 2020, *available at* https://www.sec.gov/Archives/edgar/data/1682852/000119312520280422/d134701dex991.htm ("**Cytomegalovirus (CMV) vaccine (mRNA-1647):** <u>Positive interim data</u> from the Phase 2 study assessing the safety, reactogenicity, and immunogenicity of different dose levels of mRNA-1647 were presented at Moderna's annual R&D Day [on September 17, 2020]. Based on the interim analysis of the Phase 2 study, the 100 mg dose has been chosen for the Phase 3 pivotal study, which is expected to begin in 2021. Moderna owns worldwide commercial rights for mRNA-1647.").

[1880] November 17, 2023 Deposition of Sunny Himansu (Moderna v. Pfizer), 235:23-236:9

536

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

a change to the mRNA-1647 (CMV) mRNA with the **v2 LNP**[1881]), in **June 2019,**[1882] as part of following the "path of least risk."[1883]

b) Moderna apparently did not take any steps to even consider a change mRNA-1273's formulation until **April 28, 2020**[1884]—12 days after it had received $483 million from BARDA, when it had become a **"hot button issue"** for Dr. Hoge.

---

[1881] MRNA-GEN-00601067-089, at 070 (Kramarczyk Deposition Exhibit No. 12 – "Infectious Disease Vaccines: SM-102 LNP Platform Process, 2019 Process capabilities are listed, not operating targets," *Moderna,* March 14, 2019/Updated January 15, 2020, Slides 4 of 24) ("mRNA-1647, CMV LNP Process changes" showing "Final Lipid Content" of 50:10:38.5:1.5 in Phase 101, and 48:11:38.5:3.0 in Phase 202).

[1882] MRNA-GEN-00601067-089, at 070 (Kramarczyk Deposition Exhibit No. 12 – "Infectious Disease Vaccines: SM-102 LNP Platform Process, 2019 Process capabilities are listed, not operating targets," *Moderna,* March 14, 2019/Updated January 15, 2020, Slides 4 of 24) ("mRNA-1647, CMV LNP Process changes" showing "Final Lipid Content" of 50:10:38.5:1.5 in Phase 101, and 48:11:38.5:3.0 in Phase 202).  MRNA-GEN-00535854-940, at 856-857 (Kramarczyk Deposition Exhibit No. 11 – Undated draft report summarizing many of Moderna's development experiments, (metadata date=September 24, 2020), PDF pp. 3-4 of 88).  April 30, 2024 Deposition of John Kramarczyk, 131:5-131:9 ("Q. What is this document [Kramarczyk Deposition Exhibit No. 11]?  A. This is a draft of a report in which my team summarized many of our development experiments of the prior years, in which I mean process, process controls, composition included."); 151:8-151:20 ("Q. Do you know approximately when those changes were implemented that are listed in Phase 202? . . . A. Implemented into the CMV clinical development plan?  Q. Yes.  A. Prior to dosing Phase 202.  Q. Do you know when that would have been approximately?  A. Between the manufacturer [sic] of the lots for P 101 final in 2018 and the June 2019 lot manufactured for Phase 202.").

[1883] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 79:2-79:11 ("A. . . . We needed to de-risk the design as much as possible at this stage given the emerging pandemic that was occurring, and so we needed to ensure that the decisions we made around the antigen design **followed a path of least risk**, and so we decided to include the 2P mutations going forward as a company.  Or at least my recommendation to the company was to do that. [C]an't speak for the company.  And so it was generally accepted.").

[1884] MRNA-GEN-01269810-811, at 810 (Smith Deposition Exhibit No. 11 – April 28, 2020 email from Don Parsons to Michael Smith, Subject: FW: Agenda for the TDLT Meeting w/S. Hoge on May 1st) ("In the PHL discussion, can you please confirm for Stephen that we will adjust the SM ratio?  As you know that's a hot button issue for him.").  May 14, 2024 Deposition of Michael H. Smith, Ph.D., 246:3-248:5 ("Q. All right.  And Dr. Parsons writes, 'Afternoon Mike.  . . . I meant to confirm that this meeting topic was on your radar at our one-to-one this morning.'  And then Dr. Parsons continues, 'In the PHL discussion, can you please confirm for Stephen that we will adjust the SM ratio?  As you know that's a hot button topic for him.'  Do you see that?  A. Yes.  Q. The Stephen there that's being referred to is Dr. Stephen Hoge; is that right?  A. So yeah, I think I would deduce that from the subject line, because it says 'Meeting with S. Hoge.'  And Stephen, yeah, I think that's the case.  Q. Okay.  What is your understanding of why that's a – why the issue of the SM ratio is a hot button for Dr. Hoge? . . . A. I'm not sure

537

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 6.      Purported Alternatives to the Lipid Composition Patents

705.   I understand that Moderna has asserted that "[a]t least an available and acceptable non-infringing alternative would consist of a lipid combination different from that claimed in the Patents-in-Suit."[1885]

706.   As discussed above, Moderna has made, used, offered for sale, and sold three (3) formulations that are accused of infringement: PVU Formulation, v1 Formulation, and v2 Formulation,[1886] which it claims have the lipid molar ratios shown in **Figure 3.20**,[1887] below.

| Lipid | PVU | v1 | v2 |
|---|---|---|---|
| SM-102 | 50 | 48.5 | 48 |
| Cholesterol | 38.5 | 38.9 | 38.5 |
| DSPC | 10 | 11.1 | 11 |
| PEG | 1.5 | 1.5 | 2.5 |

**FIGURE 3.20**

707.   I understand that Moderna contends that "Moderna's v1 Formulation and v2 Formulations are commercially acceptable and available non-infringing alternatives to the Lipid Composition Patents."[1888]

708.   Moderna contends that "[b]efore the emergence of COVID-19, Moderna had developed a new formulation with a molar ratio that was ultimately implemented in the v2 Formulation of SpikeVax 48.0:38.5:11.0:2.5 (SM102:Cholesterol:DSPC:PEG).  Lipid nanoparticles with this molar ratio

---

what that means, as he said it, like a hot button for him.  I don't recall getting any more information on like hot button.  I'm not sure.  I'm not sure why.  I know it was discussed that we had sort of changed composition, but I would only be speculating on why he would think it's a hot button issue.  Q. Did you have an understanding whether the cationic lipid ratio was a hot button for Dr. Hoge before receiving this e-mail from Dr. Parsons? . . . A. To be honest, it would just be speculating on my part, because I haven't had a conversation with Stephen about this or didn't clarify what the hot button issue is.  So I couldn't give you a factual answer.  I don't know why Don wrote 'confirm for Stephen,' specifically it's 'a hot button issue.'  I don't know.").

[1885] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 103.

[1886] *See, e.g.,* Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 14.

[1887] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 96.

[1888] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 96.

538

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

(48.0:38.5:11.0:2.5) did not infringe the '069, '435, '668, and '359 patents at least because it has PEG at 2.5 mol% and cationic lipid at 48.0 mol%."[1889]

709.  Moderna has admitted that "[t]he initial drug product formulation of Moderna's COVID-19 Vaccine was prepared using equipment in Moderna's small-scale personalized vaccine unit ('PVU Formulation'), which comprised a lipid ratio of 50:38.5:10:1.5 (SM102:Cholesterol:DSPC:PEG),"[1890] and "[w]hen the COVID-19 pandemic began, [it] promptly began manufacturing mRNA-1273 using its small-scale personalized vaccine unit ('PVU'), which used the PVU Formulation ratio of 50:38.5:10:1.5 (SM102:Cholesterol:DSPC:PEG)."[1891]  I understand that Moderna admits that "[t]he PVU Formulation was used in at least Preclinical and Phase 1 and Phase 2 Clinical Studies,"[1892] which establishes that the FDA's EUA was obtained using the PVU Formulation.

710.  Moderna contends:

> In the course of scaling up to commercial production, [it] modified the formulation to harmonize with Moderna's existing larger-scale SM-102 platform formulation ("**v1 Formulation**"), with a lipid molar ratio of 48:5:38.9:11.1:1.5 (SM102:Cholesterol:DSPC:PEG). . . .
>
> Moderna later modified the formulation by increasing the amount of PEG to 2.5% ("**v2 Formulation**"), with a lipid molar ratio of 48:0:38.5:11.0:2.5 (SM102:Cholesterol:DSPC:PEG).[1893]

711.  Moderna further contends that it "was working to implement the new [v2 Formulation] ratio (48.0:38.5:11.0:2.5) at commercial scale without delaying the development, distribution, or approval of its COVID-19 vaccine[.]"[1894]  Moderna claims the new ratio (48.0:38.5:11.0:2.5) "was

---

[1889] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 46.

[1890] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, pp. 77, 96.

[1891] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 46.

[1892] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, pp. 77, 96.

[1893] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, pp. 77-78.  *See also* p. 96 (similar).

[1894] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 46.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

ultimately implemented in two stages as the v1 Formulation and v2 Formulation."[1895]   Moderna further claims that by October 12, 2021, it had begun manufacturing the v2 Formulation.[1896]

### a.      Not Non-Infringing

712.   I understand that it is Dr. Mitchell's opinion that Moderna's v1 and v2 formulations infringe the Patents-in-Suit.  Accordingly, they are not non-infringing alternatives.

713.   Moreover, I understand that Dr. Mitchell has opined that Moderna's manufacture of the v1 formulation resulted in infringing lots based on Moderna's own COA data.[1897]  Accordingly, even if some the v1 formulation lots are found to be non-infringing, I understand Dr. Mitchell has opined that, based on the COA data, Moderna could not have manufactured such non-infringing lots without also manufacturing infringing lots, and indeed, Moderna could not determine infringement until testing undertaken *after* manufacture (and thus *after* infringement).[1898]  Thus, even if some lots that v1 formulation lots are found to be non-infringing, the process of manufacturing v1 lots would still necessarily result in infringement that is unavoidable. Dr. Mitchell's report states as follows:

> "Moderna's own COAs demonstrate that there are lots of both the v1 and v2 Formulations that literally infringe the Lipid Composition Patents…The COA data indicate that (even setting aside the evidence of widespread infringement discussed above) Moderna was unable to manufacture non-infringing lots of the v1 and v2 Formulations without also manufacturing infringing lots."[1899]

714.   Moreover, I understand that Moderna has asserted that Pfizer's COVID-19 vaccine is a non-infringing alternative.[1900]   First, Moderna has not identified Pfizer's COVID-19 vaccine as an alternative available to Moderna that would have enabled Moderna to make sales of its own vaccine without infringing.  Additionally, I understand from Dr. Mitchell that Moderna has not demonstrated that Pfizer's COVID-19 vaccine is a non-infringing alternative, and Plaintiffs have filed suit against Pfizer asserting that its COVID-19 vaccine infringes several of the Lipid

---

[1895] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 46.

[1896] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 47.

[1897] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

[1898] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

[1899] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI .

[1900] Defendants' Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated July 15, 2024, p. 124.

540

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Composition Patents.[1901]    In addition, when Moderna's corporate representative was asked about potential non-infringing alternatives, Pfizer's vaccine was not mentioned.[1902]

715.    Moreover, Moderna states that it intends to rely on various testimony and documents with respect to non-infringing alternatives,[1903] but Moderna does not make any specific allegations or identify any specific allegations.  I understand that Dr. Mitchell is not able to respond to these unidentified allegations at this time, nor am I able to do so. Nevertheless, I reserve the right to respond to any additional arguments or theories that Moderna may assert regarding non-infringing alternatives.

### b.    Not Available

716.    Moderna has not identified either the time or cost to develop and implement the purported NIAs as of May 31, 2020, and Dr. Hoge testified only that it "became a simpler exercise" in 2022.[1904]

717.    I understand that Dr. Mitchell has opined that he "disagree[s] that Moderna's v1 Formulation was an 'available' alternative to Moderna's PVU Formulation prior to late June 2020, when Moderna formulated its first v1 Formulation drug product lot."[1905]  I also understand that Dr. Mitchell agrees that Moderna "implemented the v1 Formulation 'as quickly as [they] could,' and that it was not available prior to the manufacture of their first v1 Formulation lot."[1906]

718.    Additionally, I understand from Dr. Mitchell that at the time Moderna made the May 31, 2020 offer to sell mRNA-1273 to the U.S. Government, the only clinical data Moderna had about mRNA-1273 concerned the PVU Formulation, not the v1 Formulation.[1907]  I understand that Dr. Mitchell has observed that "Moderna formulated its Phase 1, Phase 2 lots, and the earliest of its Phase 3 drug product lots . . . through early June using the PVU Formulation, and then

---

[1901] *Arbutus Biopharma Corporation and Genevant Sciences GmbH v. Pfizer, Inc. and BioNTech SE*, Civil Action No. 2:23-cv-01876-ZNQ (D. Del.), Dkt. No. 1, Complaint filed April 4, 2023.

[1902] June 7, 2024 Deposition of Donald Parsons, Ph.D., 138:15-146:21.

[1903] Defendants' Twelfth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated May 10, 2024, p. 123.

[1904] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 382:2-382:10 ("Q. You didn't change to 2.5:48 until 2022, right?  A. I believe it happened then.  As I said before, associated with a booster dose that started to happen at a 50-microgram dose level, it became a simpler exercise to do as a part of that refiling.  Q. In 2022?  A. In 2022.").

[1905] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

[1906] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

[1907] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.; MRNA-GEN-00141068  at -089, -094, -105-106, -116, -122-135; MRNA-GEN-00604539 at -549; Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (July 15, 2024) at 101.

541

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

subsequently switched to formulating its drug product lots using the v1 Formulation."[1908]  I further understand that Dr. Benton has opined that "Moderna's COVID-19 vaccine likely would have been delayed" if  "Moderna had chosen or been required to conduct additional clinical trials to justify switching  to  a  different  LNP  formulation  (e.g.,  from  the  PVU  Formulation  to  the  v1 Formulation)."[1909]  I understand that Dr. Mitchell has further opined that the v1 Formulation would therefore not have been available to Moderna at the time of the May 31, 2020 offer to sell mRNA-1273 to the U.S. Government.[1910]

719.    As to the v2 formulation, Dr. Mitchell stated that he is "not aware of any evidence suggesting that Moderna  could  have  implemented  the  v2  formulation  at  the  initial  commercial  launch  of  the COVID-19 vaccine," and opined that Moderna's v2 formulation was not available as of the time of Modera's initial infringement of the Patents-in-Suit.[1911]  Dr. Mitchell's report states as follows:

> "I disagree with Moderna that the v2 Formulation was an "available" alternative to the v1 Formulation...Moderna considered and rejected using the v2 Formulation having 2.5 mol% PEG as part of the initial commercial launch of Moderna's COVID-19 vaccine, at least in part due to a lack of data and the potential for regulatory delay.  Supra ¶¶ 421-427; see also, e.g., Parsons 6/7/2024 Tr. 121:8-123:14 (testifying that Moderna elected to use the v1 Formulation initially rather than the v2 Formulation because 'clinical advancement of a vaccine was the most important priority,' so Moderna "made the change that we thought was necessary but that had a low possibility of delay due to . . . regulatory concerns about the change there,' and noting that 'some individuals felt that [the v2 Formulation] would be more risky" to implement initially).  Moderna's corporate witness testified that Moderna's objective was to use the v2 Formulation and that the v1 Formulation was 'an interim step as part of that.'...If Moderna would have been capable of implementing the v2 Formulation upon the launch of its COVID-19 vaccine, presumably it would have done so.  I am not aware of any evidence suggesting that Moderna could have implemented the v2 Formulation prior to when it did so, including at the initial commercial launch of the COVID-19 vaccine."[1912]

---

[1908] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section X.D.2.; MRNA-GEN-00141068  at -089, -094, -105-106, -116, -122-135; MRNA-GEN-00604539 at -549; Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (July 15, 2024) at 101.

[1909] November 25, 2024 Opening Expert Report of Dr. Kimberly A. Benton, Ph.D ¶¶ 90.

[1910] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

[1911] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

[1912] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

720.    For example, I understand from Dr. Mitchell that Moderna actually considered and rejected using the v2 formulation having 2.5 mol% PEG in late-July 2020.[1913]  Indeed, Moderna's corporate witness testified that Moderna was trying to implement the v2 formulation "as quickly as we could," but that "clinical advancement of a vaccine was the most important priority," so Moderna "made the change that we thought was necessary but that had a low possibility of delay due to . . . regulatory concerns about the change there," in part because "some individuals felt that [the v2 formulation] would be more risky" to implement initially.[1914]  Correspondence in May 2020, for example, reveal that the Head of Moderna's Nucleic Acid Process Development, Jason Murphy, had concerns about FDA approval.[1915]

721.    Others at Moderna also raised questions about the rationale for implementing the v2 formulation.[1916]  For example, members of the technical development team at Moderna stated:

> I am still having some difficulty understanding the rationale for the PEG change for this program, at this time, given the investment the teams have made into the current product, versus the benefits.[1917]

722.    Moderna's corporate witness further testified that Moderna's ultimate objective was to use the v2 formulation, and that the v1 formulation was "an interim step as part of that," but that Moderna

---

[1913] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

[1914] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 121:8–123:14

[1915] MRNA-GEN-00657047 (May 27, 2020 Email from Jason Murphy to Nedim Emil Altaras, Linda McKerral, and Don Parsons) ("A larger question is the PEG% change after we have already made phase III supplies.  Are we going to get this into a clinical study?  I know we are aligning with a platform but on PCV we made a decision to keep the PEG levels at 1.5 m% in the Ph2 study.  There are theoretical arguments around efficacy impact with additional PEG.  Just want to make sure this is going to fly?  Are we discussing with FDA?").

[1916] MRNA-GEN-00657193 (May 27, 2020 Email from Linda McKerral to Don Parsons, Nedim Emil Altaras, Satish Singh, Huijuan Li, and Jason Murphy).

[1917] MRNA-GEN-00657193 (May 27, 2020 Email from Linda McKerral to Don Parsons, Nedim Emil Altaras, Satish Singh, Huijuan Li, and Jason Murphy) (noting that "Stability and F/T studies would need to be reinitiated in parallel" and various impacts on "method pre-validation in AD and method validation in QC," "upcoming Interim Ref Material (IRM) batch for IVRP, "setting acceptance criteria for characterization methods," and "Vmax filtration studies."); *see also* MRNA_GEN-01533434 (May 20, 2020 Email from Michael Smith to Aaron Allen); MRNA-GEN-00598526 (May 27, 2020 Email from Michael Smith to Linda McKerral, Don Parsons, and Mike Collier); MRNA-GEN-01533656 (May 28, 2020 Conversation Thread Between Mike Collier and Michael Smith).

543

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

moved "as close to that as we could" under the pandemic circumstances.[1918] Accordingly, I understand from Dr. Mitchell that if Moderna would have been capable of implementing the v2 formulation upon the launch of its COVID-19 vaccine, it would have done so.[1919]

723.    Furthermore, with respect to Moderna's assertion that the molar ratio of Pfizer's product would be a non-infringing alternative, I understand from Dr. Mitchell that Moderna has not cited any evidence that Moderna could have used the allegedly non-infringing composition in Pfizer's COVID-19 vaccine, either when Moderna first commercially launched its COVID-19 vaccine or anytime thereafter, that Moderna has failed to establish that it knew the target lipid molar ratios in Pfizer's COVID-19 vaccine when Moderna launched its own vaccine, and that Dr. Mitchell has opined that Moderna would not have been able to use any alternative formulation in the timeframe of Moderna's COVID-19 vaccine launch.[1920]

724.    Furthermore, I understand that Moderna has identified a putative non-infringing alternative for the batches that Plaintiffs have accused under § 271(f) "the foreign manufacture of the alleged components that Plaintiffs rely upon for their § 271(f) claim."[1921]  However, I further understand that Dr. Mitchell has opined that the deposition testimony of Moderna's own witnesses "undercuts Moderna's position that foreign manufacture would have been an available non-infringing alternative."[1922]

725.    I understand from Counsel for Genevant and Arbutus that Moderna's counsel has represented that Moderna is not asserting any non-LNP based non-infringing alternatives.[1923]  (Nor has Moderna

---

[1918] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 188:13-189:8 ("Our ultimate objective was to go to the platform [v2] formulation that we ultimately did go to . . . .  This [v1 formulation] was an interim step as part of that, and we made that step in view of our ultimate desire to get to that platform, but also in combination with where we were in regard to pandemic response.  So it was clearly not our intended ultimate goal, it was a step that we took in the context of that complex clinical situation to advance **as close to that as we could**." (emphasis added)).

[1919] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

[1920] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI. June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 141:1-146:21.

[1921] *See* Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories at 125 (July 15, 2024).

[1922] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell, Section XVI.

[1923] *See also* November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 238:4-238:6 ("A. . . . So far LNPs are the only ones that have really been successful in getting the vaccines – to licensed vaccines for modified mRNA.").

544

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

disclosed any non-infringing alternatives in response to Plaintiffs' Interrogatory No. 9 that rely on technologies other than LNPs).

### c.    Not Acceptable

726.    As discussed above, by mid-May 2020, any delay associated with developing a purported NIA would have been unacceptable to Moderna.  On May 15, 2020, Moderna executives advised the Board of Directors that "payers (e.g., governments, CEPI) are starting procurement exercises" and it "ha[d] fallen back into pack" and "[a]ny further delays in investing risks losing a share of the most valuable early [COVID-19 vaccine] deliveries."[1924]  Furthermore, Moderna recognized the magnitude of the opportunity and that it could accelerate Moderna's corporate development by 2 to 3 years.  For example, by early-May 2020, Moderna advised analysts and investors that its "vaccine against SARS-CoV-2 virus, mRNA-1273, is a major acceleration of our company's development."[1925]  At that time, Mr. Bancel predicted: "Moderna should be a commercial-stage company in 2021.  **That is two to three years ahead of our previous plans** [presented in February 2020], plans we outlined just months ago."[1926]

727.    Moderna's designated corporate witness regarding the "facts known to Moderna regarding non-infringing alternatives to the Patents-in-Suit as identified in Moderna's response to Plaintiffs' Interrogatory No. 9," Dr. Michael Smith, further stated that it would be "years of undertaking" to understand the data necessary to determine whether an LNP composition for the Accused Product of ███████ would be acceptable.[1927]

---

[1924] MRNA-GEN-02645641-677, at 644 (Hoge Deposition Exhibit No. 45 – "Board Discussion," *Moderna,* May 15, 2020, Slide 4 of 37).  *See also* MRNA-GEN-01251960-028, at 967 (Brackmann Deposition Exhibit No. 6 – "MRNA 5-yr accelerated plan," *Moderna,* n.d. (May 20, 2020), Slide 8 of 69) ("Executive Summary" (same)).

[1925] "Moderna, Inc. (MRNA) CEO Stéphane Bancel on Q1 2020 Results – Earnings Call Transcript, *Seeking Alpha,* May 7, 2020, p. 4 of 32, *available at* https://seekingalpha.com/article/4344414-moderna-inc-mrna-ceo-stephane-bancel-on-q1-2020-results-earnings-call-transcript (Stéphane Bancel, CEO).

[1926] "Moderna, Inc. (MRNA) CEO Stéphane Bancel on Q1 2020 Results – Earnings Call Transcript, *Seeking Alpha,* May 7, 2020, p. 4 of 32, *available at* https://seekingalpha.com/article/4344414-moderna-inc-mrna-ceo-stephane-bancel-on-q1-2020-results-earnings-call-transcript (Stéphane Bancel, CEO) (emphasis added).

[1927] May 14, 2024 Deposition of Michael Smith, Ph.D., 292:8-294:2 (**Are you aware of such data for a composition using ████████████ compared to any of the SM-102 targets that have been used with the COVID-19 vaccine?** A. To the best of my knowledge, a lot of these systematic composition analyses with pertinent processes were done with CMV, and

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### 7.     Purported Alternatives to the Encapsulation Patent

728.    I understand that Moderna has not identified any non-infringing alternatives to the Encapsulation Patent beyond using Pfizer's COVID-19 vaccine.[1928]  For the reasons described above, Pfizer's COVID-19 vaccine was neither non-infringing, nor was it available to Moderna to sell. . I understand from Dr. Mitchell that by fully encapsulating the mRNA, the LNP in Moderna's system fully protects the mRNA from rapid degradation that would occur without encapsulation.  Even small amounts of mRNA degradation would cause it to become ineffective, which is why it is important that the LNP delivery system fully encapsulates the mRNA.[1929]

## IV.    PATENT VALUATION ANALYSIS

729.    As discussed throughout this report, Genevant and Arbutus are entitled to damages adequate to compensate it for Moderna's alleged infringement.  This section addresses technology valuation principles and the available valuation evidence, together with the facts that show that Moderna's IP strategy from the beginning was to attempt to avoid paying patent royalties by claiming that it

---

seen here, and to the best of my knowledge, studies like this have not been performed with mRNA-1273. **Q. And you would want that data before you decided whether ▮▮▮▮▮ would be acceptable for 1273, correct?** . . . A. I think it's more than that. I 1 think what - to summarize our whole development cycles, this is years of development and not just in the specific mol percents, but other attributes. And I think you would be very cautious to overextrapolate data from one slice of the data, which is in vivo activity. I think there would be an assessment on things like manufacturability, stability and process. But those data could be captured potentially, but it's years of undertaking to sort of understand that. **Q. And those years wouldn't have been available at the time that Moderna developed the COVID-19 vaccine, right? . . .** A. I'm not sure what you mean by "those years wouldn't have been available"? **Q. Those years worth of data.** A. Yeah, so the pandemic hit in 2020, and we had built a significant sort of understanding of the SM-102 system for delivery. I think it would take more time to-- and there wasn't necessarily a reason to do that.

[1928] Moderna's Corrected Sixteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (July 15, 2024) at 120-126, Moderna's First Supplemental Response to Interrogatory No. (Jan. 19, 2024) ("In their answer to Plaintiffs' complaint for patent infringement, Pfizer and BioNTech have asserted that COMIRNATY®, which is commercially available, uses a non-infringing alternative to any valid claim of at least the '651 Patent, '359 Patent, and '378 Patent. See C.A. No. 23-01876 (D.N.J.), Dkt. 17, ¶¶ 63-115 (Pfizer and BioNTech "deny that the patent is valid or infringed"). Plaintiffs have not established that the molar ratio in COMIRNATY® falls within the scope of the Asserted Claims.")

[1929] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

was not using the technology and employing various other strategies including at least the following:

- **"[F]ind a way to get around the patent,"**[1930] which was unsuccessful in the case of the UPenn patent. In June 2017—*seven years* after it first sought a license in or about July 2010,[1931] Moderna apparently did fix its "backward risk balance" vis-à-vis the UPenn patent, and took a license from Cellscript. In contrast, in June 2017, shortly after the injunction had issued in Arbutus-Acuitas litigation in February 2017, Moderna still had not **"Fix[ed] backward risk balance . . . LNP/Abus . . ."**[1932] Instead, beginning in February 2018, Moderna elected challenge Arbutus' patents which Dr. Hoge described as "hitting them [Arbutus] where it hurts."[1933]

---

[1930] MRNA-GEN-01744750-765, at 759 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), p. 1-15.).

[1931] MRNA-GEN-01744750-765, at 758 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), p. 114.).

[1932] MRNA-GEN-01503761 (Hoge Deposition Exhibit No. 31 – December 5, 2017 email from Stephen Hoge to Stephen Hoge) (emphasis added). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 320:19-322:18 ("Q. . . . [I]f we could look at number 4 [on Hoge Deposition Exhibit No. 31], it says, 'Fix backward risk balance.' Do you see that? A. Right. Q. And then 4.2 underneath that is, 'LNP/Abus.' That's LNP Arbutus, I assume? A. Mm-hmm. Q. And how did you intend to fix the backward risk balance with respect to LNP Arbutus in 2017? A. It would have to be in the context of our discussions with them, which I think there had been multiple in 2017. I can't remember whether this is related to – where it is in relation to the litigation between Arbutus and Acuitas in time, but we were obviously aware of that litigation and, as you'd previously covered, had been in discussions with Tekmira that never went anywhere about the possibility of a direct license to some of the patents, intellectual property related to a couple of those products that in 2017 were still under development. So -- . . . So that's what I would assume I meant by 4.2. Q. What does it mean to fix the backward risk balance. A. When I look at the five things underneath there, it's not entirely clear to me. Reorganizing R&D, biodistribution, Alexion, LNP, UPenn, I mean, they're all very different things, so I'm not exact – it's hard for me to imagine how that covers all of them. For instance, reorganizing R&D feels like a weird way to characterize, you know, a backward risk balance. I don't actually know what is meant there. Q. Would filing an IPR fix a backward risk balance if it was successful? A. Possibly, but obviously reorganizing R&D wouldn't.").

[1933] MRNA-GEN-01654918-922, at 919 (Hoge Deposition Exhibit No. 18 – June 3, 2021 email from Stephen Hoge to Gregory Zuckerman (WSJ), Subject: Re: quick question on this language in bold, thanx). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 193:13-194:4 ("Q. So I want to talk about what you read a moment ago. You said, 'it never really mattered to us. We were just telling the bully to stop by hitting them where it hurts.' Do you see that? A. Mm-hmm. Q. And where it hurts is by attacking their [Arbutus's] patents, right? A. By asking the patent office to conduct a legal proceeding to review whether or not the patents are valid, and

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

- **Obtain access to technology through invalid agreements**, as was the case with the July 2014 Acuitas-Moderna agreement.  Even after Moderna was enjoined from accessing Tekmira's technology through Acuitas on February 7, 2017, Moderna continued its discussions with Arbutus, but never did take a license from the Plaintiffs, apparently hoping: a) its IPRs would be successful, or b) alternatively, it could leverage the IPRs to obtain a covenant not to sue, or c) potentially, that Arbutus' patents would expire before Moderna would commercially launch its first product.[1934]

- **"Fib a bit" and attempt to erase the contributions of others**, as was the case with Tekmira's MC3 LNP.  In mid-November 2019, shortly before the May 31, 2020 hypothetical negotiation, and while it was in the midst of the collaboration with the U.S. Government on MERS/Nipah, Dr. Hoge instructed Moderna's scientists to **"take out the mc3 part of the story."**[1935]  On **November 15, 2019**, Dr. Benenato wrote: "Stephen [Hoge] does not want to see any revenues [sic – references] **to us 'learning' from mc3.**  This deck states that.  **I know it is hard as a chemist <u>but we have to fib a bit</u> and not tell the whole structure story**.  The slides look great,…**but I think you need to take out the mc3 part of the story.**"[1936]

- **Continue to deny the contributions of others for years,** as was the case, for example, with both Genevant and NIAID.  In the case of NIAID, Moderna took a license to NIAID's patented technology in December 2022 and agreed to pay ███████ in "Pre-Effective

---

that is an objective legal process that we're allowed to go through if and where we think that those assertions are inaccurate, . . .").

[1934] "The Evolving IP Marketplace – The Operation of IP Markets," *Federal Trade Commission,* May 4, 2009 Tr., 42:11-42:18, *available at* https://www.ftc.gov/sites/default/files/documents/public_events/evolving-ip-marketplace/090504transcript.pdf (Suzanne M. Shema, Senior Vice President and General Counsel, ZymoGenetics, Inc.: "They're all case-by-case analyses. You look at the claims. You look at whether it covers the product or a method of making the product. You look at whether you can engineer around it. And, very importantly, what's the expiration date. Because, as we know at least in therapeutic proteins that are used as therapeutics, it takes a long time to get to market. **So will the patent even be around by the time we launch the product**." (emphasis added)).

[1935] MRNA-GEN-01430937 (Hoge Deposition Exhibit No. 51/Benenato Deposition Exhibit No. 2 – November 15, 2019 email from Kerry Benenato to Mark Cornebise, Subject: Re: MC3 vs. legacy) (emphasis added).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 436:22-441:4.  May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 21:1-33:3.

[1936] MRNA-GEN-01430937 (Hoge Deposition Exhibit No. 51/Benenato Deposition Exhibit No. 2 – November 15, 2019 email from Kerry Benenato to Mark Cornebise, Subject: Re: MC3 vs. legacy) (emphasis added)..  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 436:22-441:4.  May 17, 2024 30(b)(6) Deposition of Kerry Benenato, Ph.D., 21:1-33:3.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Date Royalties" together with go forward royalties on Net Sales of Licensed Products at a rate ▮▮▮▮▮[1937]

730.   In short, based on my investigation, if Moderna could not obtain a license **"essentially for nothing,"**[1938] it simply continued to use the technology without a license.  In May 2010, shortly before Moderna was founded, Pat Choate characterized this as a "'steal-what-you-want' approach to business [that was] spreading throughout our economy."[1939]  Dr. Choate stated: "What makes patent theft so attractive is that infringement is not a criminal act and those found guilty face no jail time.  Paying up is the worst that can happen to the infringer." [1940]  In an earlier 2005 book, Dr. Choate stated: "The theft of artistic and scientific creation is draining our economy.  It is the great economic crime of the twenty-first century."[1941]  This, however, is not actually a new phenomenon.  Decades earlier, in 1988, Chief Judge Markey described the "cold, 'bottom' line logic" of infringement in *Fromson v. Western Litho Plate & Supply Co.,* in the context of an individual inventor as follows:

> Thus a cold, "bottom line" logic would dictate to some a total disregard of the individual inventor's patent because: (1) ill-financed, he probably would not sue;

[1937] MRNA-GEN-01720811-844, at 833 (*Moderna v. Pfizer* Francis Deposition Exhibit No. 12 – December 14, 2022 NIH-Moderna Patent License-Non-Exclusive, p. 23 of 34 (Exhibit C) (emphasis added)).  MRNA-GEN-01726934-7000, at 962 (December 11, 2023 30(b)(6) Deposition of Said Francis (*Moderna v. Pfizer*),113:22-114:4 ("A. . . . this is in 2022, was when we entered the license, but the structure of it manages for the time domain and the pandemic that started in 2020 has been evolving and took different forms in different jurisdictions, so I disagree with your characterization that this is late in the pandemic.")).

[1938] MRNA-GEN-01744750-765, at 759 (*Moderna v. Pfizer* Schrum Deposition Exhibit No. 38 – David Heath, *Longshot – The Inside Story of the Race for a COVID-19 Vaccine,* (New York: Center Street Publishing, January 18, 2022), p. 115.).

[1939] Pat Choate, "Patent Theft as a Business Strategy," *Huffington Post,* May 23, 2010, *available at* https://www.huffpost.com/entry/patent-theft-as-a-busines_b_508780.  *Compare to* Mike Masnick [founder and CEO of Floor64 and editor of the Techdirt blog], "Economist Assumes That The Problem Is 'Thieves' Rather Than Bad Patent Laws," *Techdirt,* April 12, 2010, *available at* https://www.techdirt.com/2010/04/12/economist-assumes-that-the-problem-is-thieves-rather-than-bad-patent-laws/.

[1940] Pat Choate, "Patent Theft as a Business Strategy," *Huffington Post,* May 23, 2010, *available at* https://www.huffpost.com/entry/patent-theft-as-a-busines_b_508780.  *Compare to* Mike Masnick [founder and CEO of Floor64 and editor of the Techdirt blog], "Economist Assumes That The Problem Is 'Thieves' Rather Than Bad Patent Laws," *Techdirt,* April 12, 2010, *available at* https://www.techdirt.com/2010/04/12/economist-assumes-that-the-problem-is-thieves-rather-than-bad-patent-laws/.

[1941] Pat Choate, Hot Property – The Stealing of Ideas in an Age of Globalization, (New York: Knopf, April 26, 2005), inside cover.

549

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

(2) cost of counsel's opinion could await suit; (3) the patent may well be held invalid on one of many possible bases; (4) infringement may not be proven; (5) if the case be lost, a license can be compelled, probably at the same royalty that would have been paid if the patentee's rights had been respected at the outset. Though the methodology must on occasion be used for want of a better, it must be carefully applied to achieve a truly reasonable royalty, for the methodology risks creation of the perception that blatant, blind appropriation of inventions patented by individual, nonmanufacturing inventors is the profitable, can't-lose course.[1942]

731.     Based on my investigation in this case, Moderna never did **"Fix backward risk balance . . . LNP/Abus . . ,"**[1943] even though it received many invitations from Plaintiffs to do so. And, by 2017 and continuing through at least May 31, 2020, the "backward risk balance" was significant. This is because Moderna marketed itself as a "platform" company—but its platform was built on Tekmira's delivery technology which it was not licensed to use commercially. In addition, nearly all of Moderna's clinical testing was based on Tekmira's delivery technology—including the clinical testing that it cited to the U.S. Government to gain approval for human testing of mRNA-1273.

---

[1942] *Fromson v. Western Litho Plate & Supply Co.*, 853 F.2d 1568, 1574-1575 (Fed. Cir. 1988).
[1943] MRNA-GEN-01503761 (Hoge Deposition Exhibit No. 31 – December 5, 2017 email from Stephen Hoge to Stephen Hoge) (emphasis added). May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 320:19-322:18 ("Q. . . . [I]f we could look at number 4 [on Hoge Deposition Exhibit No. 31], it says, 'Fix backward risk balance.' Do you see that? A. Right. Q. And then 4.2 underneath that is, 'LNP/Abus.' That's LNP Arbutus, I assume? A. Mm-hmm. Q. And how did you intend to fix the backward risk balance with respect to LNP Arbutus in 2017? A. It would have to be in the context of our discussions with them, which I think there had been multiple in 2017. I can't remember whether this is related to – where it is in relation to the litigation between Arbutus and Acuitas in time, but we were obviously aware of that litigation and, as you'd previously covered, had been in discussions with Tekmira that never went anywhere about the possibility of a direct license to some of the patents, intellectual property related to a couple of those products that in 2017 were still under development. So -- . . . So that's what I would assume I meant by 4.2. Q. What does it mean to fix the backward risk balance. A. When I look at the five things underneath there, it's not entirely clear to me. Reorganizing R&D, biodistribution, Alexion, LNP, UPenn, I mean, they're all very different things, so I'm not exact – it's hard for me to imagine how that covers all of them. For instance, reorganizing R&D feels like a weird way to characterize, you know, a backward risk balance. I don't actually know what is meant there. Q. Would filing an IPR fix a backward risk balance if it was successful? A. Possibly, but obviously reorganizing R&D wouldn't.").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

732.   While "Moderna [] had discussions with Tekmira [regarding licensing] for ten years,"[1944] at the same time it was developing its LNP platform,[1945] it never took a license.  As a result, at the time of the hypothetical negotiation on May 31, 2020—Moderna was negotiating a license at the worst possible time: **"at the doorstep of the commercialization."**[1946]  Because FTO (freedom to

---

[1944] June 28, 2024 Deposition of Stéphane Bancel, 141:12-141:19 ("Q. . . . Moderna has been involved in trying to negotiate a license to Genevant, Arbutus, and Tekmira's IP for over ten years, correct? . . . THE WITNESS: Moderna has had discussion with Tekmira for ten years, that's correct, . . .").

[1945] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 449:13-449:15 ("Q. How many years would you say Moderna has spent developing its LNP platform?  A. Over ten years.").

[1946] "The Evolving IP Marketplace – The Operation of IP Markets," *Federal Trade Commission,* May 4, 2009 Tr., 41:18-42:9, *available at* https://www.ftc.gov/sites/default/files/documents/public_events/evolving-ip-marketplace/090504transcript.pdf (Earl (Eb) Bright, General Counsel and Vice President, Intellectual Property, ExploraMed: "So the larger the opportunity I think the less certainty you need at the earliest phases, and so it's kind of a seesaw. But I would say that in all phases there is a fundamental level in which it is very important because, to your point about litigation is expensive, nobody wants to make investments in an early stage, prove out the concept works, develop a product, and then at the end of the day not be able to commercialize that technology. The litigation is expensive, but not nearly as expensive as the development. Oftentimes for us to bring a product to market in the medical device space, we're spending usually in the neighborhood of 75,- to $100 million in order to bring that to commercialization. **So once you've made that kind of investment, you don't want to be stopped at the doorstep of the commercialization**." (emphasis added)).

551

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

operate)[1947] had apparently not been "high on [Mr. Bancel's or Dr. Hoge's] agenda"[1948] for years, Moderna would have little, if any, bargaining leverage in the hypothetical negotiation.  By April 28, 2020, this had apparently become a **"hot button issue"** for Dr. Hoge.[1949]  However, at that

---

[1947] For a discussion of FTO, *see, e.g.,* "The Evolving IP Marketplace – The Operation of IP Markets," *Federal Trade Commission,* May 4, 2009 Tr., 43:1-44:9, *available at* https://www.ftc.gov/sites/default/files/documents/public_events/evolving-ip-marketplace/090504transcript.pdf (Dianna L DeVore, Partner, Virtual Law Partners LLP: " Well, I think most venture capitalists use attorneys who are trained, be they in-house attorneys at the venture capital firm or attorneys such as myself, to actually look through the portfolios. So generally the people who are looking at the questions of freedom to operate have a pretty good idea about that area of technology because they tend to be specialists in it. And so I think that the freedom-to-operate analysis is getting more and more savvy. I do think that in terms of the freedom-to-operate analysis, one thing people are looking at more is also not just are there patents out there that could be problematic, but is there the possibility of licensing those patents in. So if the patent that is problematic is held by a vendor or a university that is, you know, giving nonexclusive licenses, that's one thing. If it happens to be held by who you think will be your closest competitor, who just doesn't want you to get the product to the market, that's another thing entirely. So it's a case-by-case analysis, but it's also a little bit more sophisticated in terms of not just is this going to be a problem but if this looks like it could be a problem, is there a way to solve it, be it design around or actually working with the other group. And a lot of the companies that I worked with, they go and they approach these other groups and sometimes it even leads to a collaboration that can be fruitful. And that's another thing that venture capitalists are looking at right now. With a lot of the very-early stage opportunities, they're not just looking at opportunities singly anymore. They're saying, well, you know, this looks really interesting, but there's this other opportunity over here that we think will be complementary. And if you put the IP portfolios together, now you really have something. So there's more and more bundling of opportunities at the very early stage that we're starting to see in order to create a stronger patent portfolio in the early stages of the company.").

[1948] Y. Philip Zhang, "Around the block," *Nature Biotechnology,* October 21, 2010, p. 1, *available at* https://www.nature.com/articles/bioe.2010.10.pdf.

[1949] MRNA-GEN-01269810-811, at 810 (Smith Deposition Exhibit No. 11 – April 28, 2020 email from Don Parsons to Michael Smith, Subject: FW: Agenda for the TDLT Meeting w/S. Hoge on May 1st) ("In the PHL discussion, can you please confirm for Stephen that we will adjust the SM ratio?  As you know that's a hot button issue for him.") (emphasis added).  May 14, 2024 Deposition of Michael H. Smith, Ph.D., 246:3-248:5 ("Q. All right.  And Dr. Parsons writes, 'Afternoon Mike. . . . I meant to confirm that this meeting topic was on your radar at our one-to-one this morning.'  And then Dr. Parsons continues, 'In the PHL discussion, can you please confirm for Stephen that we will adjust the SM ratio?  As you know that's a hot button topic for him.'  Do you see that?  A. Yes.  Q. The Stephen there that's being referred to is Dr. Stephen Hoge; is that right?  A. So yeah, I think I would deduce that from the subject line, because it says 'Meeting with S. Hoge.'  And Stephen, yeah, I think that's the case.  Q. Okay. What is your understanding of why that's a – why the issue of the SM ratio is a hot button for Dr. Hoge? . . . A. I'm not sure what that means, as he said it, like a hot button for him.  I don't recall

552

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

time Moderna was in a race with Pfizer/BioNTech and in the midst of the mRNA-1273 clinical trials that used Plaintiffs' Patents-in-Suit. Because Moderna's strategy was based using the "optimal LNP" as part of **"follow[ing] a path of least risk,"**[1950] Moderna would not have pursued an alternative which would risk its key objective:  the "**major acceleration of our company's development**."[1951]

733.   My analysis is directed to determining the value of the use Moderna made of the Patents-in-Suit and the license fee (*i.e.,* reasonable royalty) Moderna and Genevant would have agreed to on May 31, 2020.  This will be discussed in detail in the remaining sections of this report.

### A.   Background

734.   One inquiry that informs the *Georgia-Pacific* analysis is the use the defendant made of the patented invention.  The amount that the defendant would be willing to pay in the hypothetical negotiation will be informed by its use of the patent and the value of that use.  The incremental benefit associated with the patented invention should be the focus of the valuation analysis.[1952]  The

getting any more information on like hot button.  I'm not sure.  I'm not sure why.  I know it was discussed that we had sort of changed composition, but I would only be speculating on why he would think it's a hot button issue.  Q. Did you have an understanding whether the cationic lipid ratio was a hot button for Dr. Hoge before receiving this e-mail from Dr. Parsons? . . . A. To be honest, it would just be speculating on my part, because I haven't had a conversation with Stephen about this or didn't clarify what the hot button issue is.  So I couldn't give you a factual answer.  I don't know why Don wrote 'confirm for Stephen,' specifically it's 'a hot button issue.'  I don't know.").

[1950] MRNA-GEN-01731771-2011, at 1849 (December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfize* 79:6 (emphasis added).  *See also id.* at  79:2-79:11 ("A. . . . We needed to de-risk the design as much as possible at this stage given the emerging pandemic that was occurring, and so we needed to ensure that the decisions we made around the antigen design followed a path of least risk, and so we decided to include the 2P mutations going forward as a company.  Or at least my recommendation to the company was to do that.  [C]an't speak for the company.  And so it was generally accepted.").

[1951] "Moderna, Inc. (MRNA) CEO Stéphane Bancel on Q1 2020 Results – Earnings Call Transcript, *Seeking Alpha,* May 7, 2020, p. 4 of 32, *available at* https://seekingalpha.com/article/4344414-moderna-inc-mrna-ceo-stephane-bancel-on-q1-2020-results-earnings-call-transcript (Stéphane Bancel, CEO).

[1952] *AstraZeneca AB v. Apotex Corp.*, 633 F.3d 1042 (Fed. Cir. 2010) (*citing Ericsson, Inc. v. D-Link Sys., Inc.,* 773 F.3d 1201, 1233 (Fed. Cir. 2014 ("The patent holder should only be compensated for the approximate incremental benefit derived from his invention.").  *See also* Peter B. Frank, CPA, Vincent E. O'Brien, DBA, and Michael J. Wagner, JD, CPA, "Chapter 24 – Patent Infringement Damages," *in* Roman L. Weil, Michael J. Wagner, Peter B. Frank, *Litigation Services Handbook – The Role of the Financial Expert,* (New York:  John Wiley & Sons, Inc., 2001), p. 24-25.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

**don't want to be stopped at the doorstep of the commercialization**."[2166]  By failing to negotiate a license with Genevant or its predecessors at an earlier stage, Moderna elected accept the risk that it could be "stopped at the doorstep of commercialization" and the resulting financial consequences.

### 3.    Detecting Infringement

811.    Another factor that affects the distribution of the profits from innovation, is the ability to detect infringement.[2167]  Patents do not "confer perfect appropriability," particularly in the case of process innovations, that are difficult to detect.[2168]  Moderna has been described as a "highly secretive" company.[2169]   In this case, Moderna has attempted to use secrecy to prevent Plaintiffs from evaluating its claim that it allegedly was and is not using the Patents-in-Suit.  For example, Genevant requested samples of Moderna's product, which Moderna declined to provide.[2170]  On

---

[2166] "The Evolving IP Marketplace – The Operation of IP Markets," *Federal Trade Commission,* May 4, 2009 Tr., 41:18-42:9, *available at* https://www.ftc.gov/sites/default/files/documents/public_events/evolving-ip-marketplace/090504transcript.pdf (Earl (Eb) Bright, General Counsel and Vice President, Intellectual Property, ExploraMed: "So the larger the opportunity I think the less certainty you need at the earliest phases, and so it's kind of a seesaw. But I would say that in all phases there is a fundamental level in which it is very important because, to your point about litigation is expensive, **nobody wants to make investments in an early stage, prove out the concept works, develop a product, and then at the end of the day not be able to commercialize that technology**.  The litigation is expensive, but not nearly as expensive as the development. Oftentimes for us to bring a product to market in the medical device space, we're spending usually in the neighborhood of 75,- to $100 million in order to bring that to commercialization. So once you've made that kind of investment, **you don't want to be stopped at the doorstep of the commercialization**." (emphasis added)).

[2167] David J. Teece, "Profiting from technological innovation:  Implications for integration, collaboration, licensing and public policy," *Research Policy,* 1986, pp. 285-305, at 285, *available at* http://www.politicipublice.ro/uploads/technological_innovation.pdf.

[2168] David J. Teece, "Profiting from technological innovation:  Implications for integration, collaboration, licensing and public policy," *Research Policy,* 1986, pp. 285-305, at 287, *available at* http://www.politicipublice.ro/uploads/technological_innovation.pdf.

[2169] *See, e.g.,* Damian Garde, "Lavishly funded Moderna hits safety problems in bold bid to revolutionize medicine," *STAT,* January 10, 2017, *available at* https://www.statnews.com/2017/01/10/moderna-trouble-mrna/ ("Former employees and collaborators who spoke with STAT requested anonymity because they had signed nondisclosure agreements — which the highly secretive Moderna requires even some job candidates to sign.").

[2170] *See, e.g.,* June 28, 2024 Deposition of Stéphane Bancel, 138:8-139:8 ("Q. Are you aware that Genevant asked for samples of Moderna's product in response to Moderna's statement that it didn't believe it infringed these patents?  A. I'm not aware.  Q. Are you aware that Moderna

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



[2171]

812. ████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████ [2172]

813. ████████████████████████████████████████

████████████████████████████████████████████████████

---

didn't provide the samples?  A. I wasn't aware on the first question, how can I be aware on the second question?  A. Who would have made that decision not to provide samples to Genevant? . . . THE WITNESS: As I said, I was not aware of the that request, so I cannot answer that question.  How can I answer that question?  I'm not aware of a request. . . . Q. Had you been aware of that request, do you think that Moderna should have provided samples?  A. I don't know.").  *See also,* May 22, 2024 30(b)(6) Deposition of Said E. Francis at pp. 253:6-256:21.;

[2171] GENV-00247481-483, at 482-483 (Zorn Deposition Exhibit No. 4 – March 12, 2021 email from Peter Zorn to Neal Dahiya, Subject: Follow Up).

[2172] GENV-00247481-483, at 482 (Zorn Deposition Exhibit No. 4 – March 17, 2021 email from Neal Dahiya to Pete Zorn, Subject: RE: Follow Up).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



.[2173]

814.   While Moderna consistently maintained that it was purportedly not using the Plaintiffs' technology, the June 11, 2020 "Moderna/NIH preprint[2174] detailed Moderna's use of Arbutus's LNP technology and its infringement of the Asserted Patents. . . . Specifically, the Moderna/NIH preprint indicates that the Accused Product includes lipid particles comprising the following lipids in the following ratio: 50 mol % of an ionizable lipid that is cationic; 10 mol % of a phospholipid (DSPC); 38.5 mol % of cholesterol; and 1.5 mol % of a conjugated lipid that inhibits aggregation of particles (PEG-lipid)."[2175]   I understand that Moderna contends that "the [Moderna/NIH]

---

[2173] GENV-00247481-483, at 481 (Zorn Deposition Exhibit No. 4 – April 5, 2021 email from Peter Zorn to Neal Dahiya, Subject: Follow Up).

[2174] *See* Kizzmekia S. Corbett, Darin Edwards, Sarah R. Leist, Olubukola M. Abiona, Seyhan Boyoglu-Barnum, Rebecca A. Gillespie, Sunny Himansu, Alexander Schafer, Cynthia T. Ziwawo, Anthony T. DiPiazza, Kenneth H. Dinnon, Sayda M. Elbashir, Christine A. Shaw, Angela Woods, Ethan J. Fritch, David R. Martinez, Kevin W. Bock, Mahnaz Minai, Bianca M. Nagata, Geoggrey B. Hutchinson, Kapil Bahl, Dario Garci-Dominguez, LingZhi Ma, Isabella Renzi, Wing-Pui Kong, Stephen D. Schmidt, Lingshu Wang, Yi Zhang, Laura J. Stevens, Emily Phung, Lauren A. Chang, Rebecca J. Loomis, Nedim Emil Altaras, Elisabeth Narayanan, Mihir Metkar, Vlad Presnyak, Catherine Liu, Mark K. Louder, Wei Shi, Kwanyee Leung, Eun Sung Yang, Ande West, Kendra L. Gully, Nianshuang Wang, Daniel Wrapp, Nicole A. Doria-Rose, Guillaume Steward-Jones, Hamilton Bennett, Martha C. Nason, Tracy J. Ruckwardt, Jason S. McLellan, Mark R. Denison, James D. Chappell, Ian N. Moore, Kaitlyn M. Morabito, John R. Mascola, Ralph S. Baric, Andrea Carfi, Barney S. Graham, "SARS-CoV-2 mRNA Vaccine Development Enabled by Prototype Pathogen Preparedness," *bioRxiv* preprint, June 11, 2020, *available at* https://www.biorxiv.org/content/10.1101/2020.06.11.145920v1.full.pdf.

[2175] Kizzmekia S. Corbett, Darin Edwards, Sarah R. Leist, Olubukola M. Abiona, Seyhan Boyoglu-Barnum, Rebecca A. Gillespie, Sunny Himansu, Alexander Schafer, Cynthia T. Ziwawo, Anthony T. DiPiazza, Kenneth H. Dinnon, Sayda M. Elbashir, Christine A. Shaw, Angela Woods, Ethan J. Fritch, David R. Martinez, Kevin W. Bock, Mahnaz Minai, Bianca M. Nagata, Geoggrey B. Hutchinson, Kapil Bahl, Dario Garci-Dominguez, LingZhi Ma, Isabella Renzi, Wing-Pui Kong, Stephen D. Schmidt, Lingshu Wang, Yi Zhang, Laura J. Stevens, Emily Phung, Lauren A. Chang, Rebecca J. Loomis, Nedim Emil Altaras, Elisabeth Narayanan, Mihir Metkar, Vlad Presnyak, Catherine Liu, Mark K. Louder, Wei Shi, Kwanyee Leung, Eun Sung Yang, Ande West, Kendra L. Gully, Nianshuang Wang, Daniel Wrapp, Nicole A. Doria-Rose, Guillaume Steward-Jones, Hamilton Bennett, Martha C. Nason, Tracy J. Ruckwardt, Jason S. McLellan, Mark R. Denison, James D. Chappell, Ian N. Moore, Kaitlyn M. Morabito, John R.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

preprint article does not describe the lipid ratio used in the commercial formulations of Moderna's COVID-19 Vaccine."[2176]    I understand that Moderna's witnesses have offered various explanations.  For example, Ms. Bennett testified that the molar ratio of the LNP in a preprint is "a level of detail that we typically don't include. I think I would have generally thought that it was -- I would be surprised to see it in [the preprint]." [2177]  Ms. Bennett further testified that while an earlier version of the preprint included the LNP molar ratios (*i.e.,* 50:38.5:10:1.5), the published copy "deleted that."[2178]  In contrast, Dr. Hoge attempted to downplay the issued and testified that Moderna planned to change the molar ratio all along.  Dr. Hoge testified that the molar ratio is simply a ratio and by "tak[ing] the range of those ratios, you will get an extremely wide range. . . . [I]n research -- early in clinical research and R&D you have very wide ranges of things you're

---

Mascola, Ralph S. Baric, Andrea Carfi, Barney S. Graham, "SARS-CoV-2 mRNA Vaccine Development Enabled by Prototype Pathogen Preparedness," *bioRxiv* preprint, June 11, 2020, p. 11 of 39, *available at* https://www.biorxiv.org/content/10.1101/2020.06.11.145920v1.full.pdf ("**Methods** . . . mRNA was then purified, diluted in citrate buffer to the desired concentration and encapsulated into lipid nanoparticles (LNP) by ethanol drop nanoprecipitation. **At molar ratio of 50:10:38.5:1.5 (ionizable lipid:DSPC:cholesterol:PEG-lipid)**, lipids were dissolved in ethanol . . ." (emphasis added)).  In June 2020, CNN's Dr. Sanjay Gupta described a "pre-print paper" as follows: "Traditionally, pre-print papers have been articles that researchers and academics put out on pre-print servers to get feedback from their peers before they submit their study to a journal. During this pandemic, the profiles of at least two of them – medRxiv (pronounced med-archive), for health sciences, and bioRxiv (pronounced bio-archive), for biology – have been greatly elevated. "Pre-print servers are much, much more important than they ever have been in Covid-related areas – in other words, in life sciences, in clinical medicine. They just weren't a player before this," Dr. Ivan Oransky told us. Oransky is the co-founder of RetractionWatch.org, Vice President of Editorial at Medscape, and a medical journalism professor at New York University.").  *See* Dr. Sanjay Gupta, "Science by press release: When the story gets ahead of the science," *CNN Health,* June 27, 2020, *available at* https://www.cnn.com/2020/06/27/health/science-by-press-release-gupta/index.html.

[2176] *Arbutus Biopharma Corporation and Genevant Sciences GmbH v. Moderna, Inc. and ModernaTX, Inc.*, Civil Action No. 1:22-cv-00252 (D. Del.), Dkt. No. 321, Defendants' Counterclaims and Answer to Amended Complaint Declaratory Judgment Counterclaims dated May 15, 2024 (hereinafter, "Answer to Amended Complaint"), p. 36-38.

[2177] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 314:21-315:3.

[2178] May 20, 2024 30(b)(6) Deposition of Hamilton B. Bennett, 315:19.  See also 315:15-19, ("Q. And by that, one of the pieces of information that was deleted from the article was the molar ratio of the LNP that as used in the study, is that your understanding? A. Yes. So we deleted that.")

616

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

looking at, and then as you get closer to intending to commercialize and launch a product, you are obligated to tighten that up to what you intend to commercialize."[2179]

815.    Other evidence shows that Moderna had not been forthright with Tekmira from the beginning. For example, in February 2013, Susan Whorinskey, Moderna's former Senior Vice President of Technology Strategy emailed Moderna's CEO Stéphane Bancel about a PowerPoint created for presentation to Tekmira, in which Dr. Whorinskey stated that she "blinded[] delivery vehicle[] slide 15[] as it will just make them mad/turned off to us otherwise" and that "[t]his way we can . . . leave them wondering if it is theirs . . ."[2180]

### 4.    Capability to Exploit the Patent through Licensing

816.    In addition to timing and the ability to detect infringement, success in exploiting a patent through licensing depends principally on licensing strategy and the financial wherewithal to get infringers to pay royalties,[2181] in the event that litigation and "stick" licensing is required.[2182]

### (1)    Licensing Strategy

817.    Licensing strategy is a critical factor that impacts a patentee's ability to profit from his or her innovation. In May 2009, Richard (Chip) J. Lutton, Jr., Apple's Chief Patent Counsel explained this as follows:

> The patent value and its necessity to an enterprise is judged really in relation to the business options that it creates for that enterprise in the context of their other business commitments and model. So a patent that may directly cover a competitor is – doesn't have the same value in the hands of an enterprise that has no willingness for whatever reason to assert it in that way. A patent may be extremely valuable for licensing but have very little value to a company that is not willing to license their technology.
>
> So the context and the business option, one way to look at a patent, sort of it secures the option to have a certain business model if that fits with the rest of what the enterprise is doing, which sets up the possibility that a patent is worth a whole lot

---

[2179] May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 197:14-198:8.

[2180] MRNA-GEN-01759821 (February 11, 2013 email from Susan Whoriskey to Stephen Hoge, Subject: Doc for Tekmira).

[2181] *See, e.g.,* David J. Teece, "Reflections on 'Profiting from Innovation,'" *Research Policy,* 2006, pp. 1131-1146, at 1135-36, *available at* https://pdfs.semanticscholar.org/a2ef/6337a50af13b0bda3e2968a5fcf2c00d31d1.pdf.

[2182] Marco Ceccagnoli, Frank T. Rothaermel, "Chapter 1 – Appropriating the Returns from Innovation," in Technological Innovation: Generating Economic Results; Advances in the Study of Entrepreneurship, Innovation and Economic Growth, (Elsevier Ltd., 2008), pp. 11-34, at 28, available at https://pdfs.semanticscholar.org/ad2d/dd8529ca7f2b9559d8f9e3538f67b5268540.pdf.

617

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

opportunity to investigate Moderna's claims of non-infringement.  The financial asymmetry was severe as of May 31, 2020 given Mr. Bancel's fundraising capabilities and Moderna's access to U.S. Government funding to accelerate mRNA-1273's development—and has only become exponentially more severe given the billions in mRNA-1273 revenue and profits Moderna has realized without paying any royalties to Genevant.

**(3) Pricing**

834. A key component of the licensing strategy is pricing the patented technology.  The fact that "there are difficulties in pricing an intangible asset whose true performance features are difficult to ascertain *ex ante,*" has been widely accepted for decades.[2209]  This is exacerbated by the fact that "parties are often loath to provide sensitive financial information about sales, profits or past licenses, for example, until they have to,"[2210] and confidential financial data typically is not provided in commercial license negotiations.  In addition, historical licensing data is limited because the terms of license agreements are typically confidential.  As such, in practice, in setting the price, patent owners typically consider intangible asset pricing data that they can access and/or that is publicly available.

835. In this case, while both parties have provided license agreements, they provide only limited insights given the facts of this case for at least three (3) reasons.  First, as discussed above, the overhangs during the period early-2013 through at least July 2020 associated with Acuitas's attempts to sublicense Arbutus/Tekmira's technology, which was followed by the Moderna-initiated IPRs, render Plaintiffs' licenses during this period of limited value.  Second, the circumstances of the hypothetical negotiation—in this highly unusual "on the doorstep of

---

[2209] David J. Teece, "Profiting from technological innovation:  Implications for integration, collaboration, licensing and public policy," *Research Policy,* 1986, pp. 285-305, at 303, *available at* http://www.politicipublice.ro/uploads/technological_innovation.pdf.  *See also* "The Evolving IP Marketplace – The Operation of IP Markets," *Federal Trade Commission,* May 4, 2009 Tr. 179:9-179:12, *available at* https://www.ftc.gov/sites/default/files/documents/public_events/evolving-ip-marketplace/090504transcript.pdf ("Mr. [Ron] Epstein [CEO, Ipotential, and IP Broker, and former head of licensing at Intel Corporation (Tr. at 94:5-95:10)]: [I]ts very difficult to understand in some generalized way how you're going to value the value of a particular invention with particular production ahead of time with some sort of algorithmic rule.").

[2210] Colleen Chien, "'Holding Up' and 'Holding Out,'" *Santa Clara University School of Law – Legal Studies Research Papers Series,* August 2013, p. 26, *available at* https://digitalcommons.law.scu.edu/cgi/viewcontent.cgi?article=1798&context=facpubs.

626

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

commercialization" scenario—are far different than the typical early-stage licensing in the biotech industry generally, which is consistent with Genevant's licensing agreements. Because neither Plaintiffs nor Moderna has negotiated a patent license "on the doorstep of commercialization," empirical evidence to estimate the profit split delta is not available. As Mr. Francis testified, a licensor's share of the profits would increase, but the extent of the increase cannot be estimated based on empirical evidence.[2211]  Third, the severity and immediacy of the pandemic and the circumstances attendant thereto are on a far different time scale and economic scale than anything that had come before.

836.    My valuation analysis, described in detail next, focuses on the economic value that Moderna expected to derive from its alleged use of the Patents-in-Suit.  As discussed above, Arbutus/Genevant has experienced significant harm as a result of Moderna's alleged infringement, and the objective of the valuation analysis is to estimate the reasonable royalty that is adequate to compensate Plaintiffs for the use Moderna has made of the claimed inventions of the Patents-in-Suit.

### C.    Patent Valuation Methodologies

837.    Market value "remains the logical basis for this first, 'primary' criterion of damages."[2212]  "The real value—the actual value—of what has been taken is always the ultimate question.  Proof of

---

[2211] *See* MRNA-GEN-00458927-9065, at 991 (Francis Deposition Exhibit No. 44 – Strategic Collaboration and License Agreement between Vertex Pharmaceuticals Incorporated and Moderna Therapeutics, Inc., Inc. dated July 1, 2016); MRNA-GEN-00457429-580, at 497 (Francis Deposition Exhibit No. 45 – Strategic Collaboration and License Agreement between Vertex Pharmaceuticals Incorporated and ModernaTX, Inc. dated September 16, 2020).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 339:13-340:12  (█████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████████

[2212] *United States Frumentum Co. v. Lauhoff, et al.,* 261 F. 610, 619-621 (6th Cir. 1914) ("Infringement upon the patentee's rights is a tort; it is a taking of the patentee's property.  The measure of damages for that wrong is sometimes clear and sometimes its borders are obscure. We may with benefit compare the rules of damages as applied to property generally; for patents have no peculiarities making general rules of law wholly inapplicable.  When we are asked to determine how much compensation an owner of any property should have because it has been

627

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

comparable parties, at a comparable stage of development.  So one is commonly performing some interpretation of available data to apply to one's present situation."[2359]

906.   In this case, my "interpretation of [the] available data" establishes there are cardinal differences between the available license agreements and the hypothetical license, including but not limited to the magnitude of the commercial opportunity that was expected to significantly accelerate Moderna's corporate development, the stage of technology development, and the time pressure and risk avoidance strategies that made pursuit of non-infringing alternatives impossible.  For example:

    a)   None of the available license agreements were negotiated "on the doorstep of commercialization," and a commercial patent licensing negotiation at this stage is both highly unusual and likely without precedent in the real world.

    b)   None of the available license agreements negotiated before the May 31, 2020 hypothetical negotiation reflect the perceived *commercial opportunity* at issue in this case.  Shortly before the date of the hypothetical negotiation, Moderna's Dr. Stewart-Jones described the perceived commercial opportunity in an April 15, 2020 email as follow: "SARS-CoV-2 IP is a hot area as it could be a multi-bn product[.]"[2360]  As of May 31, 2020, Genevant had only negotiated one COVID-19 license, the May 10, 2020 Genevant-Providence agreement.  The commercial opportunity available to Providence, however, is in no way comparable to Moderna's.

    c)   None of the available license agreements cover LNP delivery technology for use in COVID-19 vaccine by a company that *was participating in the U.S. Government's WARP*

---

[2359] Richard Razgaitis, "Pricing the Intellectual Property of Early-Stage Technologies:  A Primer of Basic Valuation Tools and Considerations," *Intellectual Property Management in Health and Agricultural Innovation – a handbook of best practices,* (Davis, CA:  PIPRA, 2007), pp. 813-860, at 829, *available at* http://www.iphandbook.org/handbook/ch09/p03/. *See also* pp. 831-832 ("What is a true comparable?  Each agreement is a snapshot in time, no two technologies are really identical, the market is almost never the same, and the negotiators and organizations will likely be different.  In addition, there are many tradeoffs and exchanges in every agreement; a technology transfer manager cannot simply compare one single aspect, such as a royalty rate, and look at it without considering what else was in the agreement.  What about the differentiating factors selected?  Does a technology transfer manager really know what the important ones are for this opportunity?").

[2360] MRNA-GEN-01744490-503, at 491 (Stewart-Jones (*Moderna v. Pfizer*) Deposition Exhibit No. 6 – April 15, 2020 email from Guillaume Stewart-Jones to Yen-Ting Lai, Subject: RE: Cytoplasmic domains for Covid-19 swapping).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

*Speed program*, established on or about May 15, 2020,[2361] shortly before the date of the May 31, 2020 hypothetical negotiation.

d) None of the available license agreements reflect a fact pattern similar to the one in this case in which Moderna chose to attempt to gain access to Tekmira's technology from a third party. After Arbutus challenged this use, Moderna's CEO *publicly* claimed it was not using Tekmira's technology and dismissed it as not very good, whereas its *internal* documents show that these claims were not true. Moderna approached Tekmira in early-2013 for a license years before the May 31, 2020 hypothetical negotiation, but instead executed an agreement with Acuitas in July 2014 that was lower cost—and was later, on February 7, 2017 following litigation,[2362] enjoined from using Tekmira's technology in any targets *except*: "Influenza A, Chikungunya virus, Respiratory Syncytial Virus ('RSV'), and Zika virus."[2363] In a December 14, 2016 *Forbes* article, Moderna's CEO, Mr. Bancel was quoted as follows: "Moderna's chief executive, Stéphane Bancel, has been dismissive of the Arbutus technology. 'We knew it was not very good,' he told Forbes last year. 'It was just okay.' . . . Bancel says Moderna has stopped using the Acuitas tech for new drugs."[2364] Moderna's internal documents, however, show that these claims were false, and establish that Moderna continued to use Tekmira's patented LNP formulation in its products for years after 2016.

e) None of the available licensing agreements appear to reflect the dynamics between these parties—namely, technology discussions that spanned more than eight (8) years (February

---

[2361] *See, e.g.,* David Vergun, "Army general to co-lead Operation Warp Speed for COVID-19 vaccine," *U.S. Army,* May 18, 2020, *available at* https://www.army.mil/article/235694/army_general_to_co_lead_operation_warp_speed_for_covid_19_vaccine ("President Donald J. Trump announced on Friday [May 15, 2020] that Army Gen. Gustave F. Perna, the commander of Army Materiel Command, will co-lead an effort, dubbed Operation Warp Speed, to find a vaccine for COVID-19 by January 2021.").

[2362] "Arbutus Injunction Survives Attempted Appeal by Acuitas," *Arbutus,* April 13, 2017, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-injunction-survives-attempted-appeal-acuitas. "Arbutus Settles Litigation, Terminating Acuitas' Rights to LNP Technology," *Arbutus,* February 22, 2018, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-settles-litigation-terminating-acuitas-rights-lnp-0.

[2363] Answer to Amended Complaint, p. 22.

[2364] Nathan Vardi, "Moderna's Mysterious Medicines," *Forbes,* December 14, 2016, *available at* https://www.forbes.com/sites/nathanvardi/2016/12/14/modernas-mysterious-medicines/#fc82927730ee. *See also* No Bates No. (Murray Deposition Exhibit No. 3 – Matthew Herper, Nathan Vardi, "Moderna Can't Escape My Intellectual Property, Says Arbutus CEO," *Forbes,* May 16, 2017, p. 2 of 6) ("Moderna's chief executive, Stéphane Bancel, has been dismissive of the Arbutus technology. 'We knew it was not very good,' he told Forbes last year. 'It was just okay.'").

671

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

2013[2365] through at least March 2021[2366]) without resulting in a license or other agreement. This appears to have been due, at least in part, to Moderna's apparent early assessment that in-licensing from Tekmira could be **"problematic from a business perspective"**[2367] and Moderna's IP strategy, which Dr. Stewart-Jones summarized in an April 15, 2020 email as follows: "Moderna likes to have proprietary IP meaning that it likes to conceive and own 100% of the IP as it builds value."[2368]

f) None of the available license agreements appear to reflect the circumstances facing Moderna at the time of the May 31, 2020 hypothetical negotiation including but not limited to the extreme time pressures and risk avoidance that made pursuit of non-infringing alternatives impossible.  The deadline to "find a vaccine" was unprecedented.  As of May 15, 2020, the goal was "to find a vaccine for COVID-19 by January 2021."[2369] Moderna's business decisions reflected this commercial circumstance.  As Moderna's Dr. Stewart-Jones testified: "I was . . . pushing the program forward as rapidly as possible,"[2370] and "all optimal technologies were brought to bear on this challenge.  **We needed to bring together the optimal LNPs**, . . ."[2371]  In addition, Moderna **"followed a path of least**

---

[2365] MRNA-GEN-01759820 (Hoge Deposition Exhibit No. 12 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).  MRNA-GEN-01247585 (Bancel Deposition Exhibit No. 2/ Francis Deposition Exhibit No. 3 – February 6, 2013 email from Tony de Fougerolles to Stéphane Bancel, cc: Stephen Hoge, Susan Whoriskey, Subject: Re: AlCana and Tekmira update).

[2366] GENV-00247481-483, at 482 (Zorn Deposition Exhibit No. 4 – March 12, 2021 email from Peter Zorn to Neal Dahiya, Subject: Follow Up).  June 6, 2024 30(b)(6) Deposition of Pete Zorn, 114:24-115:16 ("Q. . . . Was Genevant's interest in reaching out to Moderna to discuss a potential license for LNP technology?  A. We were interested in collaborating with Moderna to help address the COVID-19 pandemic.  Q. Were there any other reasons that you were – that Genevant was reaching out Moderna?  A.  We were discussing the possibility – the potential – or a resolution to patent infringement.").

[2367] MRNA-GEN-01042549-561, at 554 (Tony de Fougerolles, Örn Almarsson, "Formulation White Paper," *Moderna,* September 2, 2013, p. 6 of 13).

[2368] MRNA-GEN-01744490-503, at 491 (Stewart-Jones (*Moderna v. Pfizer*) Deposition Exhibit No. 6 – April 15, 2020 email from Guillaume Stewart-Jones to Yen-Ting Lai, Subject: RE: Cytoplasmic domains for Covid-19 swapping).

[2369] *See, e.g.,* David Vergun, "Army general to co-lead Operation Warp Speed for COVID-19 vaccine," *U.S. Army,* May 18, 2020, *available at* https://www.army.mil/article/235694/army_general_to_co_lead_operation_warp_speed_for_covid_19_vaccine ("President Donald J. Trump announced on Friday [May 15, 2020] that Army Gen. Gustave F. Perna, the commander of Army Materiel Command, will co-lead an effort, dubbed Operation Warp Speed, to find a vaccine for COVID-19 by January 2021.").

[2370] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 104:7-104:9.

[2371] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 194:13-194:16 (emphasis added).

672

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

risk"[2372] and "decided to not tinker" because "that might introduce additional risk into the vaccine's performance[.]"[2373] Moderna pursued "de-risking measure[s] because we didn't want to be caught in Phase II or in Phase III not getting the optimal immunogenicity, . . ."[2374]

907.    I have considered the available license agreements and offers including Tekmira's May 29, 2013 term sheet, which reflects Tekmira's actual offer to license Moderna (which Moderna did not accept), which I discuss below.

## 12.    Analysis

908.    Based on currently available information and my investigation and analysis to date, the patent license and patent transaction agreements produced are, at best, only minimally economically comparable.  However, due to the cardinal differences, the economics/value terms are not indicative of the economic/value terms that would result from the hypothetical negotiation.  These agreements do provide evidence regarding the payment structure of the license agreements that the parties have actually negotiated and executed.  In particular, these agreements show that both Genevant and its predecessors and Moderna have negotiated and executed license agreements that include running royalties and profit sharing.

909.    It should be noted, however, that at the time of the May 31, 2020 hypothetical negotiation, Moderna had few, if any, in-licenses of third-party technology.  Around that time, Moderna's apparent strategy was to claim that it owned 100% of the IP related to mRNA-1273.[2375]  While Moderna was aware of Tekmira's LNP patents and the NIH's 2P patent at that time, it did not seek

---

[2372] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 79:6 (emphasis added).  *See also* 79:2-79:11 ("A. . . . We needed to de-risk the design as much as possible at this stage given the emerging pandemic that was occurring, and so we needed to ensure that the decisions we made around the antigen design followed a path of least risk, and so we decided to include the 2P mutations going forward as a company.  Or at least my recommendation to the company was to do that.  [C]an't speak for the company.  And so it was generally accepted.").

[2373] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 166:4-166:6.

[2374] December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 188:11-188:13.

[2375] MRNA-GEN-01744490-503, at 491 (Stewart-Jones (*Moderna v. Pfizer*) Deposition Exhibit No. 6 – April 15, 2020 email from Guillaume Stewart-Jones to Yen-Ting Lai, Subject: RE: Cytoplasmic domains for Covid-19 swapping) ("Moderna likes to have proprietary IP meaning that it likes to conceive and own 100% of the IP as it builds value.").

673