# EXHIBIT B

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ARBUTUS BIOPHARMA CORPORATION
and GENEVANT SCIENCES GmbH,    )

        Plaintiffs,    )

v.    )

MODERNA, INC. and MODERNATX, INC.,    )    C. A. No. 22-252 (MSG)

        Defendants.    )    **JURY TRIAL DEMANDED**

---

MODERNA, INC. and MODERNATX, INC.,    )

        Counterclaim-Plaintiffs,    )

v.    )

ARBUTUS BIOPHARMA CORPORATION
and GENEVANT SCIENCES GmbH,    )

        Counterclaim-Defendants.


**REBUTTAL EXPERT REPORT OF CATHARINE M. LAWTON**


**February 14, 2025**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

delivery, delivery' from day 1."[126]    Alnylam, however, was founded in 2002,[127] years before Moderna's founding in 2010.

52.    Delivery, described as "RNAi's biggest problem,"[128] was a key challenge to developing RNAi products. It is widely recognized that "[t]he most critical technical bottleneck in the development of RNAi drugs is how to achieve safe and efficient *in vivo* delivery."[129] As of 2009, ████████

████████████████████████████████████████████████████

████████████████████.[130]    However, it had not yet advanced to clinical trials, and

---

[126] John Maraganore, "Reflections on Alnylam," *Nature Biotechnology,* Vol. 40, May 2022, pp. 641-650, at 645 *available at* https://www.nature.com/articles/s41587-022-01304-3.

[127] *See, e.g.,* "Alnylam – About Us," *Science,* 2025, *available at* https://www.science.org/content/page/alnylam-employer-profile. "Alnylam's 20-Year Journey of Discovery," *Oligonucleotide Therapeutics Society,* January 19, 2023, *available at* https://www.oligotherapeutics.org/wp-content/uploads/2023/01/OTS-Alnylam.pdf.

[128] "A triumph of perseverance over interference," *Nature Biotechnology,* Vol. 26, No. 8, September 2018, p. 775, *available at* https://www.nature.com/articles/nbt.4255.pdf. *See also* Kathryn A. Whitehead, Robert Langer, Daniel G. Anderson, "Knocking down barriers: advances in siRNA delivery," *Nature Reviews Drug Discovery,* Vol. 8, February 2009, pp. 129-138, at 136, *available at* https://www.nature.com/articles/nrd2742.pdf ("Delivery remains the most significant barrier to the widespread use of RNAi therapeutics in a clinical setting, and future work focusing on the development of safe and effective delivery materials is needed to ensure the broadest application of RNAi in the clinic."). Pieter R. Cullis, Michael J. Hope, "Lipid Nanoparticle Systems for Enabling Gene Therapies," *Molecular Therapy,* Vol. 25, No. 7, July 2017, pp. 1467-1475, at 1467, *available at* https://www.cell.com/action/showPdf?pii=S1525-0016%2817%2930111-9 ("The central problem preventing the widespread implementation of gene therapies based on RNA and DNA polymers is delivery. The complexity of the problem is enormous. Naked RNA or DNA molecules are rapidly degraded in biological fluids, do not accumulate in target tissues following systemic administration, and cannot penetrate into target cells even if they get to the target tissue. Further, the immune system is exquisitely designed to recognize and destroy vectors containing genetic information.").

[129] Yuhua Weng, Haihua Xiao, Jinchao Zhang, Xing-Jie Liang, Yuanyu Huang, "RNAi therapeutic and its innovative biotechnological evolution," *Biotechnology Advances,* Vol. 37, No. 5, September/October 2019, pp. 801-825, *available at* https://www.sciencedirect.com/science/article/abs/pii/S0734975019300710. Lei Yang, Liming Gong, Ping Wang, Xinghui Zhao, Feng Zhao, Zhijie Zhang, Yunfei Li, Wei Huang, "Recent Advances in Lipid Nanoparticles for Delivery of mRNA," *Pharmaceutics,* December 2022, p. 4 of 44, *available at* https://www.mdpi.com/1999-4923/14/12/2682/pdf?version=1669885165 ("Therefore, as of the 1990s, the development of suitable mRNA delivery systems was the key to the clinical application of mRNA therapeutics and was the first problem to be solved.").

[130] February 14, 2025 Rebuttal Expert Report of Dr. Michael Mitchell ¶ 44–49.

30

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

coincided with "a nightmarish time for the [biotech] industry and most of the economy"[131] described in 2011 as "one of the toughest years on record for biotech."[132]  The evidence shows that Moderna sought to leverage Alnylam's work, apparently based on Dr. Langer's advice.  ADr. Langer had privately warned Moderna in 2011 that it "was too underfunded and small to create its own delivery system,"[133] others were stating the same thing publicly.  For example, in a January 31, 2011 article, Alan Sachs, head of Merck's exploratory and translational sciences, was quoted as stating: "It is difficult for a small company in an area that doesn't have major revenues associated with it to be launching a discovery platform for delivery."[134]

53.    The clinical validation of RNAi delivery appears to have taken longer than the pharma industry had expected—and big players bailed out in the wake of the 2009 financial crisis[135] and instead pursued "alternatives that seem closer to producing marketable drugs."[136]  By late-2010, "it was apparent that the early 2000s RNAi boom had become a bust"[137] when "pharma exited the RNAi

---

[131] "The 2012 Biotech Graveyard," *Fierce Biotech,* October 31, 2012, *available at* https://www.fiercebiotech.com/special-report/2012-biotech-graveyard.

[132] "The 2011 Biotech Graveyard," *Fierce Biotech,* October 31, 2011, *available at* https://www.fiercebiotech.com/special-report/2011-biotech-graveyard.

[133] Lawton Opening Report, ¶ 128 (*citing* Nathan Vardi, Matthew Herper, "Moderna's Mysterious Medicines," *Forbes,* December 14, 2016, *available at* https://www.forbes.com/sites/nathanvardi/2016/12/14/modernas-mysterious-medicines/?sh=4f0c94116ef6.).

[134] Lisa Jarvis, "RNAi Growing Pains – Roche's exit cast a pall, but other claim progress in developing RNAi-based drugs," *Chemical & Engineering News,* Vol. 89, No. 5, January 31, 2011, *available at* https://cen.acs.org/articles/89/i5/RNAi-Growing-Pains.html.

[135] *See, e.g.,* "The 2009 Biotech Graveyard," *Fierce Biotech,* October 28, 2009, *available at* https://www.fiercebiotech.com/special-report/2009-biotech-graveyard ("Last year National Venture Capital Association President Mark Heesen predicted that the coming financial crisis would make or break many small developers. The strong would survive, and the weak would not have what it took to raise cash during the credit crunch. . . . Bankruptcies and liquidations were coming fast and furious in early 2009.  Hardly a week would go by without news of yet another biotech collapse.").  "The 2010 Biotech Graveyard," *Fierce Biotech,* October 5, 2010, *available at* https://www.fiercebiotech.com/special-report/2010-biotech-graveyard ("When the economic crisis reached its peak in 2009, biotech companies were hit hard.").

[136] Andrew Pollack, "Drugmakers' Fever for the Power of RNA Interference Has Cooled," *The New York Times,* February 7, 2011, *available at* https://web.archive.org/web/20120827112514/www.https://www.nytimes.com/2011/02/08/science/08rna.html.

[137] "Alnylam's 20-Year Journey of Discovery," *Oligonucleotide Therapeutics Society,* January 19, 2023, p. 3 of 6, *available at* https://www.oligotherapeutics.org/wp-content/uploads/2023/01/OTS-Alnylam.pdf.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

64.   I understand that Dr. Mitchell has opined that **"The Lipid Composition Patents are also a direct cause of the efficacy of ONPATTRO . . . . [T]he Lipid Composition Patents are fundamental and enabling technology for ONPATTRO, which are necessary for the successful delivery of ONPATTRO's siRNA payload."**[186]   As explained in a 2019 article in the *Accounts of Chemical Research*:

> **[ONPATTRO®] is critically dependent on lipid nanoparticle (LNP) technology** for delivering TTR targeted siRNA to hepatocytes in the liver and inhibit protein production following systemic infusion.  **LNPs protect the siRNA from degradation and ensure its stability in the circulation, reduce immune activation, enable localization to the target tissue, and facilitate intracellular delivery**.[187]

65.   The evidence in this case shows Moderna took steps to determine whether Plaintiffs' clinically validated LNP "delivery platform" used in ONPATTRO® would work for mRNA and concluded that it did.  On October 2, 2013, Moderna announced that it had received a $25 million grant from DARPA,[188] Grant No. W911NF-13-1-0417,[189] which included "Objective 2/3: Evaluate & develop IM/SC formulations to deliver mRNA"[190] and focused on Plaintiffs' patented LNP formulation

---

Pieter R. Cullis, Thomas D. Madden, Muthiah Manoharan, and Michael J. Hope, "Maximizing the Potency of siRNA Lipid Nanoparticles for Hepatic Gene Silencing in Vivo," *Angewandte Chemie International Edition*, Vol. 51, No. 32, August 2012, pp. 8529-8533, at 8533, *available at* https://www.researchgate.net/profile/Muthusamy-Jayaraman/publication/229065241_Maximizing_the_Potency_of_siRNA_Lipid_Nanoparticles_for_Hepatic_Gene_Silencing_In_Vivo/links/0912f50741bf3d7463000000/Maximizing-the-Potency-of-siRNA-Lipid-Nanoparticles-for-Hepatic-Gene-Silencing-In-Vivo.pdf.

[186] February 14, 2025 Rebuttal Expert Report of Dr. Michael Mitchell ¶ 33

[187] GENV-00285865-874 (JA Kulkarni et al., *Lipid Nanoparticle Technology for Clinical Translation of siRNA Therapeutics,* 52(9) ACC CHEM RES 2435-2444 (2019))..

[188] *See, e.g.,* "DARPA Awards Moderna Therapeutics a Grant for up to $25 Million to Develop Messenger RNA Therapeutics™," *Moderna,* October 2, 2013, *available at* https://web.archive.org/web/20200727061854/https://investors.modernatx.com/news-releases/news-release-details/darpa-awards-moderna-therapeutics-grant-25-million-develop/.

[189] *See, e.g.,* Luis Gil Abinader, "2020:3 KEI Research Note: Moderna failures to disclose DARPA funding in patented inventions," *Knowledge Economy International,* August 27, 2020, pp. 4-5 of 25, *available at* https://www.keionline.org/wp-content/uploads/RN-2020-3.pdf

[190] MRNA-GEN-02204816-901, at 855 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 40 of 86.).

43

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

used in Alnylam's ONPATTRO®: ALN-TTR02.[191]  The evidence further shows that since at least June 2014, Moderna's "objective" was to develop an **"ALN-TTR02 like formulation for IV and IM."**[192]  At that time, Moderna had concluded that "The lipid ratio used in the ALN-TTR-02 [ONPATTRO®] product appears close to optimal for mRNA as well as siRNA."[193]

### (3)    ONPATTRO®'s Recognition and Awards

66.    A large measure of the success of RNA drugs is credited to ONPATTRO®.  A September 2018 *Nature Biotechnology* Editorial commented on the significance of the FDA's approval of ONPATTRO® and described it as Alnylam's "trailblazing siRNA treatment for neuropathy in hereditary transthyretin amyloidosis (hATTR).  The approval validates siRNA as a new type of disease-modifying treatment[.]  . . .  [I]t is still thrilling to see a new class of experimental therapeutic take flights for the first time."[194]  In a March 2019 article, Rachel Myers, Alnylam's

---

[191] MRNA-GEN-02204816-901, at 821 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 6 of 86.) (". . . Towards the accomplishment of this goal, the research plan has focused on the following key themes: . . . (2) The development and optimization of formulations for the safe and effective delivery via IM or SC of the modRNAs; . . . Significant progress has been made towards the accomplishment of these goals and the following are some of [the] more notable achievements: . . . **Of the several formulations and delivery options explored, Lipid Nanoparticle (LNPs) formulations have been found to provide a significant advantage in *in vivo* expression levels (>100x).  The MC3 LNP formulation chosen for further exploration due to the fact that it is currently being used in a phase 3 clinical trial for the delivery of siRNA [Alnylam, see clinicaltrials.gov NCT01960348]. . . .**" (emphasis added)).

[192] Lawton Opening Report, ¶ 199 (*citing* MRNA-GEN-01041970-991, at 990 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Örn Almarsson, Kerry Benenato, Charles Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 21 of 22) ("Biodegradability with Retention of Potency: Not Yet a Solved Problem").).

[193] Lawton Opening Report, ¶ 522 (*citing* MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86 ("The preferred formulations were identified based on size of particles (≤100 nm), polydispersity (<0.2 PDI), encapsulation efficiency (mRNA protection), as well as in vitro and in vivo expression of protein. The lipid ratio used in the ALN-TTR-02 product appears close to optimal for mRNA as well as siRNA. Precise process conditions may differ, and such evaluations are underway using the T-junction technology with Antibody mRNAs.") (emphasis added).).

[194] "A triumph of perseverance over interference," *Nature Biotechnology,* Vol. 26, No. 8, September 2018, p. 775, *available at* https://www.nature.com/articles/nbt.4255.pdf.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



**FIGURE 2.1**

### (4) Moderna's Products Including Spikevax® Modeled Their Formulation on ONPATTRO®

70. The evidence also shows that Moderna's products including Spikevax® modeled their formulation on ONPATTRO®.[203]  For example:

   a) In August 2018, Moderna's internal documents show that Moderna's mol ratios were still virtually identical to ALN-TTR02, which is used in Patisiran (ONPATTRO®).  Dr. Parsons stated: **"I had Max back calculate for me; the Patisiran N/P is 3.48 and the mole ratios virtually identical to ours."**[204]

   b) As Dr. Mitchell explained, Moderna used the 50:10:38.5:1.5 formulation found in

---

[203] I understand Moderna made certain changes to its formulation(*i.e.,* v1 and v2);I understand that Dr. Mitchell has opined that both the v1 and v2 formulations infringe the Patents-in-Suit.

[204] Lawton Opening Report, ¶ 676 (*citing* MRNA-GEN-01264023-024 at 023 (Parsons Deposition Exhibit No. 4 – August 26, 2018 email from Donald Parsons to Hari Pujar, Örn Almarsson, Subject: RE: Summary of work performed on N/P and mol ratios).  June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 85:16-86:8 ("Q. Would you agree that this formulation listed here [on Parsons Deposition Exhibit No. 4 at 023] is virtually identical to the formulation you were using with 50 percent ionizable lipid?  A. I see that it speaks to the patisiran formulation.  Obviously I had another formulation in mind, but as I said, I can't tell you exactly what formulation I was speaking about at that time.  Q. You have no idea if it was the formulation that was being used in clinical trials at the time at Moderna?  A. I think I've been as clear as possible.  I don't recall exactly what I was referring to."); *see also* 82:2-86:18.).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

ONPATTRO numerous clinical studies:

> In around April of 2014 Moderna selected the 50:10:38.5:1.5 composition for its first clinical program (i.e., the influenza vaccine), see MRNA-GEN-01449144, and the 50:10:38.5:1.5 composition remained Moderna's lead clinical vaccine composition for at least 5 years. Moderna has executed trials for at least nine different products with that composition, including the initial clinical trials for its COVID-19 vaccine. See MRNA-GEN-00601067 at - 067, -070, -075, -084, -087 (identifying as using the 50:10:38.5:1.5 composition clinical trials for mRNA-1647, CMV; mRNA-1893, Zika; mRNA-1653, HMPV-PIV3; mRNA-5671, KRAS); MRNA-GEN-00537952 at -952 (identifying as using the 50:10:38.5:1.5 composition clinical trials for mRNA-1440, H10N8; mRNA-1851, H7N9; mRNA-1388, Chikungunya; and mRNA- 1325, Zika)).[205]

c) Moderna's chief scientific officer, Dr. Tal Zaks, likewise testified that successful clinical trials on its first eight (8) drug products—using Plaintiffs' patented formulation—gave Moderna confidence that its COVID-19 vaccine would likewise work on the ninth candidate, mRNA-1273.  Dr Zaks testified:

> Remember for us in 2020, when the COVID started, we had successfully immunized – we had tried to immunize people, human beings, against eight different viruses by the beginning of 2020. And our track record in the clinic was 8 out of 8. For us, COVID was number 9. I had a high expectation and conviction that this would work.[206]

### (5)    Alnylam's ONPATTRO® Sales

71.    As noted above, ONPATTRO® is a treatment for hATTR, which is "a rare condition" that affects "about 50,000 people worldwide,"[207] of which only 20,000 to 30,000 were within ONPATTRO®'s

---

[205] November 25, 204 Opening Expert Report of Dr. Michael Mitchell ¶ 784.

[206] Lawton Opening Report, ¶ 676 (*citing* MRNA-GEN-01734848-096, at 920 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (*Moderna v. Pfizer*), 73:1-73:10.); *see also* Lawton Opening Report, ¶¶ 667-668.

[207] "FDA approves first-of-its kind targeted RNA-based therapy to treat a rare disease," *FDA,* August 10, 2018, *available at* https://www.fda.gov/news-events/press-announcements/fda-approves-first-its-kind-targeted-rna-based-therapy-treat-rare-disease.  *See also* Yvonne Greenstreet, MBChB, MBA, CEO, "41st Annual J.P. Morgan Healthcare Conference," *Alnylam,* January 9, 2023, Slide 11 of 28, *available at* https://alnylampharmaceuticalsinc.gcs-web.com/static-files/5ef75d9b-1efa-4e02-8b55-31c05ee3714b ("ATTR Amyloidosis – Rare, Progressively Debilitating, and Fatal Disease . . . Hereditary ATTR (hATTR) Amyloidosis ~50,000 patients worldwide . . .").

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

### (4)     Moderna's Higher COVID-19 Vaccine Price is Explained by Superior Efficacy

132. The higher price of Moderna's COVID-19 vaccine appears to be explained by its comparatively higher efficacy, which will be discussed in more detail below.  *See* II.C.2.c.4.

### f.     Moderna's "standard LNP" was the Patented 50:10:38.5:1.5 Molar Ratio Formulation, which it used in all of Clinical Trials from 2015 Through at Least Late-2019

133. As discussed above, Tekmira (Plaintiffs' predecessor) is credited with developing the "'gold standard' systemic RNAi delivery technology: lipid nanoparticle (LNP) platform"[372] that "Enable RNA Products."[373]  Genevant's engineers have stated that "the lipid composition [] used in patisiran, the first approved RNAi product, . . . is frequently used as a gold standard benchmark."[374]

134. In this case, Moderna's documents show, and its witnesses testified, that Moderna used Plaintiffs' patented formulation as a "gold standard benchmark."  For example, an April 2015 internal Moderna presentation stated that Tekmira had a **"Validated LNP Formulation** that are in the clinic and serve as **the RNA industry gold standard"**[375]

---

https://seekingalpha.com/article/4463021-sanofi-sny-ceo-paul-hudson-on-q3-2021-results-earnings-call-transcript (Thomas Triomphe, Global Business Unit Head - Vaccines).

[372] Lawton Opening Report, ¶ 147 (*citing* "Tekmira Pharmaceuticals," *Zacks Small-Cap Research,* November 14, 2013, p. 2 of 11, *available at* https://s27.q4cdn.com/906368049/files/doc_coverage/Biotech%20-%20Grant%20Zeng/TKMR/November%2014%202013_TKMR_Zeng.pdf.).

[373] *See, e.g.,* Lawton Opening Report, ¶ 563 (*citing* MRNA-GEN-01240180-198, at 191 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 12 of 19) ("Tekmira ( -2014) – an RNA and LNP company").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:18-196:7 ("Q. And you've selected to display here a slide that says, 'Tekmira's LNP Enable mRNA Products.'  Do you see that?  A. That's a screen shot of a Tekmira slide where they presented themselves as – with the title that you read.  So that's their presentation of themselves.  Q. And you decided to select that slide and include it in this presentation to a subcommittee of Moderna's board, correct?  A. As an update, yes.").).

[374] *See, e.g.,* International Patent Publication No. WO 2020/219941 A1, published October 29, 2020, p. 80, *available at* https://patentimages.storage.googleapis.com/04/45/98/3e78d91fca9d90/WO2020219941A1.pdf.

[375] MRNA-GEN-01240180-198, at 190 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 11 of 19) ("Tekmira – an RNA and LNP company") (emphasis added).  *See also* 191 (Slide 12: "Tekmira ( -2014) – an RNA and LNP company . . . Tekmira's LNP Enable mRNA

97

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

135. As discussed in the Lawton Opening Report, Moderna used its "standard LNP"[376] in all of its clinical trials from 2015 through at least late-2019. Dr. Zaks testified: "Remember for us in 2020, when the COVID started, we had successfully immunized – we had tried to immunize people, human beings, against eight different viruses by the beginning of 2020. **And our track record in the clinic was 8 out of 8. For us, COVID was number 9. I had a high expectation and conviction that this would work.**"[377]

136. As stated in the Lawton Opening Report, Moderna has continued to use the Patents-in-Suit after the first of the patents issued November 15, 2011, both at the time of the May 31, 2020 hypothetical negotiation, continuing after the litigation was filed in February 28, 2022, and continues today.[378] This is also addressed in detail in Dr. Mitchell's Opening Report.[379]

### g.  Summary of Marketplace Results Opinion

137. It is my opinion based on the foregoing that the products alleged to embody the claimed inventions of the Patents-in-Suit achieved "remarkable" market success, which was largely driven by both timing and efficacy, *both* of which are directly related to the claimed inventions of the asserted claims of the Patents-in-Suit and is discussed next. In addition, Plaintiffs' "patented invention has not only achieved significant sales in its relevant market, it rapidly ascended to the dominant position the relevant market, eclipsing not only [other COVID-19 vaccines in the U.S.], but all

---

Products . . . mRNA require intracellular delivery for activity[;] LNP is the GOLD STANDARD for mRNA delivery" (emphasis in original)). May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:4-195:9 ("Q. You wrote in a slide [Slide 11 of 19] to a subcommittee of Moderna's board that Tekmira had a validated LNP formulation that are in the clinic that serve as the RNA industry gold standard, did you not? A. Those are the words on the slides.").

[376] *See, e.g.,* Lawton Opening Report, ¶ 1501 (*citing See, e.g.,* November 17, 2023 Deposition of Sunny Himansu (*Moderna v. Pfizer*), 203:6-203:23 ("Q. Okay, let's talk about the LNPs you actually described using. Let's go to column 212 [of Moderna's '600 patent]: This is where we're getting into the betacoronavirus studies, column 212, line 47. 'In experiments where a lipid nanoparticle formulation is used, the formulation may include a cationic lipid, non-cationic lipid, PEG lipid and structural lipid in the **ratio of 50 to 10 to 1.5 to 38.5.**' You go on to specify, 'The cationic lipid, the non-cationic lipid (DSPC), the PEG lipid, and the structural lipid is cholesterol.' Do you see that? A. Yes. Q. Is it your testimony that you or Moderna thought of this formulation? **A. Moderna was using MC3 lipid and the ratios of the composition as our standard LNPs to test vaccines at the time. That's what was accessible to me. That's what I used. . . .**" (emphasis added)).).

[377] Lawton Opening Report, ¶ 1519 (*citing* MRNA-GEN-01734848-096, at 920 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 73:1-73:10.).).

[378] Lawton Opening Report, ¶ 802.

[379] November 25, 2024 Expert Report of Dr. Michael Mitchell at ¶¶ 261-265, 784.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

other competing technologies [*i.e.,* "viral vector" and "protein"] as well."[380]    Furthermore, Moderna's "standard LNP" was the patented 50:10:38.5:1.5 molar ratio formulation, which it used in all of clinical trials from 2015 through at least late-2019.

### 2.    Nexus

138.    "For objective evidence of secondary considerations to be relevant, there must be a nexus between the merits of the claimed invention and the objective evidence. . . . A showing of nexus can be made in two ways: (1) via a presumption of nexus, or (2) via a showing that the evidence is a direct result of the unique characteristics of the claimed invention."[381]

139.    Based on my investigation and analysis and for the reasons stated below, it is my opinion that there is a causal relationship (nexus)[382] that demonstrates that the marketplace success, which was described in detail above (*see* I.C.), is attributable to the improvement associated with the unique characteristics and merits of the claimed invention of the Patents-in-Suit. In his opening report, Dr. Mitchell stated: "[t]he Lipid Composition Patents and the '651 Patent work together to enable Moderna's COVID-19 vaccine to deliver its payload; consequently, the vaccine requires the technology found in these patents to function."[383]    I understand that Dr. Mitchell has opined that Moderna's COVID-19 vaccine would not be able to function without Plaintiffs' claimed inventions and thus the efficacy of the vaccines was directly caused by the claimed features.[384]

### a.    Features/Advantages Enabled by the Patents-in-Suit

140.    The specific merits of the novel aspects of the asserted claims of the Patents-in-Suit-namely, its recognized status as the "gold standard" and "optimal formulation" for mRNA delivery which

---

[380] *Intri-Plex Technologies, Inc. and MMI Holdings, Ltd. V. Saint-Gobain Performance Plastics Rencol Limited,* Case IPR2014-00309, Final Written Decision at 46 (P.T.A.B. March 23, 2014), *available at* https://casetext.com/admin-law/intri-plex-technologies-inc-v-saint-gobain-performance-plastics-rencol-limited.

[381] *Volvo Penta of the Americas, LLC v. Brunswick Corporation,* No. 22-765, slip op. at 11 (Fed. Cir. August 24, 2023), *available at* https://cafc.uscourts.gov/opinions-orders/22-1765.OPINION.8-24-2023_2179988.pdf.

[382] *See, e.g., Merck & Co. v. Teva Pharmaceuticals USA, Inc.,* 395 F.3d 1364, 1376 (Fed. Cir. 2005) ("Thus, the law deems evidence of (1) commercial success, and (2) some causal relation or 'nexus' between an invention and commercial success of a product embodying that invention, probative of whether an invention was non-obvious. *See Graham,* 383 U.S. at 17-18, 86 S.Ct. 684 . . .").

[383] November 25, 2024 Expert Report of Dr. Michael Mitchell¶ 787.

[384] February 14, 2025 Rebuttal Expert Report of Dr. Michael Mitchell, SectionIV.C.1.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

formulation in the COVID-19 vaccine.

**(a)    Moderna Scientists Emphasized the Significance of the LNP Formulation to the Overall Efficacy of Moderna's COVID-19 Vaccine**

155.    Moderna's scientists have also emphasized the importance of the LNP delivery mechanism to the success of the vaccine.  For example, Don Parsons wrote, with respect to the COVID-19 vaccine, that "significant scientific and clinical evidence demonstrates that only in combination with a lipid nanoparticle is messenger RNA active in the context of a medicinal product."[439]  And a publication by Moderna scientists Dr. Matthew Stanton and Dr. Kerry Benenato explained that RNA delivery was one of "two main hurdles" to mRNA therapeutics, noting that "a critical factor" for such drugs to be "a viable clinical option is the identification of a delivery vehicle that enables efficient and safe systemic delivery of mRNA."[440]  Drs. Stanton and Benenato remarked that "[s]ignificant improvements in oligonucleotide delivery have been realized over the past decade and their application to mRNA has enabled a more rapid path toward clinical development of this new modality."[441]

156.    Indeed, consistent with the view of these Moderna scientists, I understand that Dr. Mitchell has opined that "Plaintiffs' innovations in the field of delivery were seen as a major advancement in the capabilities of lipid-based systems and a turning point in the enablement of nucleic acid-based therapeutics."[442]

**(b)    Pfizer stated "the pharmacokinetics of mRNA formulation encapsulated in LNP is dependent not on the encapsulated mRNA but on the LNP"**

157.    Similarly, Pfizer also acknowledged the importance of the formulation of the LNP in its COVID-19 vaccine and stated the following in a December 18, 2020 submission to Japan's health authority:

> Cormirnaty is a formulation consisted [sic] of tozinameran (mRNA) encapsulated in LNP.  Usually, mRNA administered into the body is rapidly metabolized as with nucleic acid within the body.  In contrast, mRNA encapsulated in LNP is taken up

---

[439] MRNA-GEN-00671691 at -691

[440] Matthew G. Stanton & Kerry E. Murphy-Benenato, *Messenger RNA as a Novel Therapeutic Approach*, TOPICS IN MEDICINAL CHEMISTRY (2017), MRNA-GEN-01293260.

[441] Matthew G. Stanton & Kerry E. Murphy-Benenato, *Messenger RNA as a Novel Therapeutic Approach*, TOPICS IN MEDICINAL CHEMISTRY (2017), MRNA-GEN-01293260.

[442] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell ¶ 72.

114

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

difference in efficacy numbers can sway patients and doctors."[448]  I understand this high efficacy is attributable to the claimed inventions of the Patents-in-Suit, without which, Dr. Mitchell has opined, "Moderna's COVID-19 vaccine would not be able to function."[449]

> **(a)    Moderna's    Preference    as    Evidenced    by Spikevax®**

161.    The evidence demonstrates Moderna's preference for Plaintiffs' patented "gold standard" formulation.[450]  As discussed in the Lawton Opening Report, by August 2014, Moderna had concluded that "[t]he lipid ratio used in ALN-TTR-02 [used in Alnylam's Onpattro] **appears close to optimal for mRNA as well as siRNA,**"[451] and "initial indications are that a formulation similar to the quantitative composition of ALN-TTR-02 [used in Alnylam's Onpattro] **is close to optimal for mRNA.**"[452]  And Moderna's "objective" from at least June 2014 was to develop a "similar"

---

[448] Matthew Herper, "The tragedy of Johnson & Johnson's Covid vaccine," *STAT News,* December 17, 2021, *available at* https://www.statnews.com/2021/12/17/the-tragedy-of-johnson-johnsons-covid-vaccine/.

[449] February 14, 2025 Rebuttal Expert Report of Dr. Michael Mitchell ¶¶ 27-30.

[450] No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, pp. 3-4 of 17, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/) ("For years, Moderna claimed it was using its own proprietary delivery system, but when it came time for the company to test its Covid-19 vaccine in mice, it used the same four kinds of lipids as MacLachlan's technology, in identical ratios.  Moderna insists the preclinical formulation of the vaccine was not the same as the vaccine itself.  Subsequent regulatory filings by Moderna show its vaccine uses the same four types of lipids as MacLachlan's delivery system but with a proprietary version of one of the lipids and the ratios 'slightly modified' in a still undisclosed manner.").

[451] Lawton Opening Report, ¶ 607 (*citing* MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86 ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ (emphasis added).).

[452] Lawton Opening Report, ¶ 607 (*citing* MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86 █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

116

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

formulation.  At that time, Moderna advised its Board that ███████████████████████ ████████████████████████████████ as shown in **Figure 2.14**,[453] below.



162.    Moderna, however, did not achieve this objective in 2014—or at any later time.  In fact, Moderna

[453] Lawton Opening Report, ¶ 199 (*citing* MRNA-GEN-01041970-991, at 990 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Örn Almarsson, Kerry Benenato, Charles Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 21 of 22) ("Biodegradability with Retention of Potency: Not Yet a Solved Problem").).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

continued to use Plaintiffs' patented formulation even after the February 2017 injunction.  For example, a few months after the injunction, in a June 9, 2017 email, Dr. Hoge stated "**that there are incredibly strong business reasons**" to develop an alternative LNP formulation and further stated: "**I've tried to underscore that preference for the last few months so this is nothing new.**"[454]

---

[454] Lawton Opening Report, ¶ 177 (*citing* MRNA-GEN-02619870-871, at 870 (Hoge Deposition Exhibit No. 30/Almarsson Deposition Exhibit No. 15 – June 9, 2017 email from Stephen Hoge to Donald Parsons, cc: Örn Almarsson, Subject: Composition).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 309:6-309:8 ("Q. You meant what you wrote here [Hoge Deposition Exhibit No. 30], correct?  A. Yes."); 311:15-312:4 ("Q. Okay, you say below, the next paragraph [Hoge Deposition Exhibit No. 30], 'I've tried to underscore that preference for the last few months so this is nothing new.'  Do you see that? A. Yes.  Q. So you had expressed to your scientists working under your direction that you had this preference for 40 percent amino lipid for several months, correct?  A. That's what I said, and I believe that to be true.").  May 31, 2024 Deposition of Örn Almarsson, Ph.D., 183:10-184:21 ("Q. . . .'I would like to reemphasize that there are incredibly strong business reasons why a composition with 40 percent amino lipid is more attractive.'  Why do you think a composition with 40 percent amino lipid is more attractive? A. I don't know.  I don't know.  I didn't write this, so I don't know.  Q. And you have no idea what incredibly strong business reasons Stephen is talking about?  A. No.  I mean, he's a business leader, and he's making a business comment here.  I see that, but I don't know what he means.  Q. Did you ever ask him? A. No.  I don't recall doing that.  Q. He says 'reemphasize.'  So is this something he had spoken to you about before?  A. I don't know if he spoke to me or Don about it, but – so I don't know.  Q. Okay.  Do you know why he would have picked 40 percent instead of any other percent amino lipid?  A. I don't."); 190:13-191:17 ████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ 194:8-195:3 ("Q. You don't recall if you had ever done any DOE studies with ████████████████████████ in 2013, 2014, 2015?  A. I do recall us looking at ranges on those early formulations, but I don't recall the specific results of those.  Q. But even after looking at those ranges in those years, Moderna continued to use the 1.5:50 in early clinical trial; is that correct? . . . A. The 50 percent was in clinical trials for mRNA.  Q. Sitting here today, can you recall any formulations that have properties superior to the 1.550 [sic – 1.5:50] formulation? . . . A. Not specifically."); 196:20-197:14 ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

163.  Notwithstanding the urgency caused by the injunction, more than a year later Moderna still had *not* developed an alternative LNP formulation.  For example, in August 2018, Moderna's internal documents show that Moderna's mol ratios were still virtually identical to ALN-TTR02, which is used in Patisiran (Onpattro).  Dr. Parsons stated: **"I had Max back calculate for me; the Patisiran N/P is 3.48 and the mole ratios virtually identical to ours."**[455]

164.  And in early-2020, when Moderna "bet the company" on its COVID-19 vaccine,[456] it again chose



MRNA-GEN-00501644-664, at 660 (Almarsson Deposition Exhibit No. 16 – "R&D Meeting – MC3 DOE: Search for Clinical LNP Composition," *Moderna,* June 7, 2014, Slide 17 of 22)

[455] Lawton Opening Report, ¶ 676 (*citing* MRNA-GEN-01264023-024 at 023 (Parsons Deposition Exhibit No. 4 – August 26, 2018 email from Donald Parsons to Hari Pujar, Örn Almarsson, Subject: RE: Summary of work performed on N/P and mol ratios).  June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 85:16-86:8 ("Q. Would you agree that this formulation listed here [on Parsons Deposition Exhibit No. 4 at 023] is virtually identical to the formulation you were using with 50 percent ionizable lipid?  A. I see that it speaks to the patisiran formulation.  Obviously I had another formulation in mind, but as I said, I can't tell you exactly what formulation I was speaking about at that time.  Q. You have no idea if it was the formulation that was being used in clinical trials at the time at Moderna?  A. I think I've been as clear as possible.  I don't recall exactly what I was referring to."); *see also* 82:2-86:18.

[456] Lawton Opening Report, ¶ 1135 (*citing* May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 93:3-93:4.  *See also* 92:13-93:16 ("Q. Is there an amount of money that Moderna would not have been willing to pay I the second half of 2020 to be one of the first companies to commercialize a COVID vaccine?  A. In the second half of 2020, we were all focused on trying to do the best we could on the pandemic.  I mean, as we entered into that period of our lives, which were really stressful as a company, as individuals, we were just trying to do our part.  We were just trying to do everything we could to get lives back to normal.  We had actually bet the entire company on something that at that point had not yet been proven in a pivotal clinical trial, phase 3 clinical trial, which is that we could protect against a vaccine – or, sorry, a virus.  There were many that thought the mRNA approaches, ours and somebody else's, BioNTech and Pfizer's were not going to be successful and that other approaches were.  So I think we were deeply focused on trying to do our part in the science.  I couldn't even begin to know how to answer that question because money wasn't at all a consideration.").  *See also* Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at*

119

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Plaintiffs' patented formulation.  Dr. Jones-Stewart testified: "I was . . . pushing the [COVID-19] program forward as rapidly as possible,"[457]  and "all optimal technologies were brought to bear on this challenge.  **We needed to bring together the optimal LNPs**, . . ."[458] noting that "we didn't want to be caught in Phase II or in Phase III not getting the optimal immunogenicity, . . ."[459]

165.  The fact that Moderna has continued to use Plaintiffs' patented formulation is not a secret.  For example, in August 2021, *Forbes* reported:

> After the Moderna and Pfizer-BioNTech vaccines were authorized, Drew Weissman, a prominent mRNA researcher at the University of Pennsylvania concluded in a peer-reviewed journal that both use delivery systems that are "similar to the Alnylam Onpattro product" but with a proprietary version of one of the lipids.  Weissman noted that both companies were using T-junction mixing.[460]

### (b)    Pfizer/BioNTech's Preference as Evidenced by Comirnaty®

166.  The available evidence shows that BioNTech has also expressed its preference for Plaintiffs' patented delivery formulation.[461]  In fact, following the February 2017 injunction and Genevant's founding in April 2018[462] "to house the intellectual property related to the four-lipid delivery system and commercialize it," BioNTech was "quick to come onboard" (which may be explained

---

https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.

[457] Lawton Opening Report, ¶ 1520 (*citing* December 15, 2023 Deposition of Guillaume Stewart-Jones (Pfizer), 104:7-104:9.).

[458] Lawton Opening Report, ¶ 1520 (*citing* December 15, 2023 Deposition of Guillaume Stewart-Jones (Pfizer), 194:13-194:16 (emphasis added).).

[459] Lawton Opening Report, ¶ 1520 (*citing* December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 188:11-188:13.).

[460] No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, p. 15 of 17, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).

[461] *See, e.g.,* No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, p. 4 of 17, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/) ("It's a similar story for Pfizer and BioNTech.  FDA documents show their vaccine uses the same four kinds of lipids in nearly the exact rations that MacLachlan and his team patented years ago, albeit with one of those lipids being a new proprietary variation.").

[462] Lawton Opening Report, ¶¶ 36-37.

120

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

claimed inventions of the Patents-in-Suit.[476]

### (4)    Moderna Continuously Used the Claimed Inventions of the Patents-in-Suit

178.    "[C]ontinuous use of the patented feature while other features were not copied gives rise to an inference that there is a nexus between the patented feature and the commercial success."[477]

179.    From the beginning, Moderna used the claimed inventions of the Patents-in-Suit continuously during its development efforts—even after it switched from MC3 to SM-102 in or about 2017.[478] In addition, Moderna spent nearly ten years discussing a license to the Patents-in-Suit with Genevant and its predecessors.[479]  The first contact between Moderna and Tekmira, Arbutus's predecessor,[480] was "2012, early 2013,"[481] when Tekmira's "lipid nanoparticle (LNP) platform"

---

[476] February 14, 2025 Rebuttal Expert Report of Dr. Michael Mitchell, ¶¶ 27-30.

[477] *See, e.g., Demaco Corp. v. F. Von Langsdorff Licensing Ltd.,* 851 F. 2d 1387, 1392-1393 (Fed. Cir. 1988) ("For example, in *Hughes Tool Co. v. Dresser Industries, Inc.,* 816 F.2d 1549, 1556, 2 USPQ2d 1396, 1402 (Fed.Cir.), *cert. denied,* 484 U.S. 914, 108 S.Ct. 261, 98 L.Ed.2d 219 (1987), this court reviewed the relation between the patented feature and the thing sold and held that: [']Such continuous use of the patented feature while other features were not copied gives rise to an inference that there is a nexus between the patented feature and the commercial success.[']").

[478] Lawton Opening Report, ¶ 179b (*citing* Gregory Zuckerman, "The Inside Story of Two Young Scientists Who Helped Make Moderna's Covid Vaccine Possible," *Upworthy Science,* November 24, 2021, *available at* https://upworthyscience.com/moderna-covid-vaccine/. MRNA-GEN-01721928-964 (*Moderna v. Pfizer* Benenato Deposition Exhibit No. 4 – 37-page draft excerpt from Gregory Zuckerman's book). MRNA-GEN-01722470-534, at 475-482 (December 15, 2023 Deposition of Kerry Benenato, Ph.D. (*Moderna v. Pfizer*), 22:5-52:13 (testimony regarding *Moderna v. Pfizer* Benenato Deposition Exhibit No. 4)).).  *See also* Lawton Opening Report, ¶ 180.

[479] Lawton Opening Report, ¶ 1669 (*citing See Supra* Section II.A.3; June 28, 2024 Deposition of Stéphane Bancel, 141:12-141:19 ("Q. . . . Moderna has been involved in trying to negotiate a license to Genevant, Arbutus, and Tekmira's IP for over ten years, correct? . . . THE WITNESS: Moderna has had discussion with Tekmira for ten years, that's correct, . . .").).

[480] Lawton Opening Report, ¶ 1669 (*citing See, e.g.,* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 48:13-48:15 ("Q. And he [Mark Murray] became the CEO of Arbutus after Tekmira became Arbutus?  A. That's right. . . .").).

[481] Lawton Opening Report, ¶ 1669 (*citing* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 46:12-46:16 ("Do you know when the first contact was between Moderna and Tekmira?  A. Specifically, I would – I don't know the exact date, but it would be late 2012 – sorry, 2012, early 2013.").).

126

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

was already recognized as the "'gold standard' systemic RNAi delivery technology."[482]  During the subsequent decade, Moderna and Genevant (and its predecessors) "explor[ed] collaborations, and that includes licensing."[483]  Moderna did acquire licenses to Plaintiffs' patents to develop and commercialize mRNA vaccines directed to certain therapeutic targets other than COVID-19.[484]  However, Moderna knew it did not have a license to the Patents-in-Suit for purposes of its COVID-19 vaccine.[485]  As explained in the Lawton Opening Report:

> Moderna's "Platform" was built on copying Plaintiffs' Patented LNP Technology As I explain above, and as I understand Dr. Mitchell has explained, Moderna's "entire 'platform' was built on its copying of the [Plaintiffs' claimed lipid composition] formulation, which it used in numerous successful clinical programs over the years."[486]

> In addition, nearly all of Moderna's clinical testing was based on Tekmira's delivery technology—including the clinical testing that it cited to the U.S. Government to gain approval for human testing of mRNA-1273.[487]

---

[482] Lawton Opening Report, ¶ 147 (*citing* "Tekmira Pharmaceuticals," *Zacks Small-Cap Research,* November 14, 2013, p. 2 of 11, *available at* https://s27.q4cdn.com/906368049/files/doc_coverage/Biotech%20-%20Grant%20Zeng/TKMR/November%2014%202013_TKMR_Zeng.pdf.).

[483] Lawton Opening Report, ¶ 1669 (*citing* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 47:7-47:22 ("A. There were discussions about exploring collaborations, and that includes licensing.  Q. And what was the subject of the collaborations that Moderna was exploring with Tekmira at that time? . . . A. Like we were also talking to other formulation companies.  We were essentially discussion what Tekmira wanted to discuss with us, the technology they had from the RNAi delivery days, and whether that could be suitable for mRNA.  Q. And what technology was that?  A. Tekmira had a portfolio of certain lipid nanoparticles.").).

[484] Lawton Opening Report, ¶ 1669 (*citing See Supra* Section II.A.3; November 25, 2024 Expert Report of Dr. Mitchell at Section IX.A.).

[485] Lawton Opening Report, ¶ 1674 (*citing* Defendants' Fourteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) dated June 10, 2024, p. 145 ("Plaintiffs do not dispute that the sublicenses that Acuitas provided Moderna were for specific targets that did not include COVID-19.").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 235:4-235:14 ("Q. My question is not whether Moderna thought it needed a license.  My question was, did Moderna understand it didn't have a license to use Tekmira and Arbutus technology in its COVID-19 vaccine? . . . A. I can tell you what the four sublicenses that we have were about, pathogen specific, and they were not SARS-CoV.  That's the nature of the four sublicenses.").).

[486] Lawton Opening Report, ¶ 1674 (*citing* November 25, 2024 Expert Report of Dr. Mitchell, at Section IX.A; *Supra* Section II.A.2.g.).

[487] Lawton Opening Report, ¶ 1674 (*citing Supra* Section IV.).

127

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

180.    By August 2014, Moderna had concluded that LNP formulation used in Alnylam's ONPATTRO® "**appears close to optimal for mRNA as well as siRNA,**"[488] and "initial indications are that a formulation similar to the quantitative composition of ALN-TTR-02 [used in Alnylam's ONPATTRO®] **is close to optimal for mRNA**."[489]  In an October 2014 memo, Dr. Almarsson stated:

> Development and advancement of new mRNA formulations entails scientific research and formulation design, and it is recognized that many approaches will not succeed given the magnitude of the challenge and multitude of criteria for success. . . . Where possible we have sought to adapt formulations which we believe have the highest likelihood of success based on previous work done using other drug payloads, usually nucleic acid.[490]

181.    A month later, during Tekmira's November 2014 Analyst Day, the company claimed: **"Tekmira's LNP Enable mRNA Products"** and "mRNA require intracellular delivery for activity[;] **LNP is**



[488] Lawton Opening Report, ¶ 607 (*citing* MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86

(emphasis added).).

[489] Lawton Opening Report, ¶ 607 (*citing* MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86

(emphasis added).)

[490] Lawton Opening Report, ¶ 607 (*citing* MRNA-GEN-00742618-624, at 619 (Almarsson Deposition Exhibit No. 7 – Örn Almarsson, Ph.D., Ciaran Lawlor, Ph.D., "Formulation and Delivery of modified mRNA: IM and IV dosing of LNP," *Moderna,* October 12, 2014, p. 2 of 7).).

128

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

the **GOLD STANDARD for <u>mRNA</u> delivery**[.]"[491]  A few months later, in April 2015, an internal Moderna presentation to its investment committee included the Tekmira November 2014 Analyst Day slides that referred to the Tekmira's LNP as a "[v]alidated LNP formulation" and Tekmira "as the RNA industry gold standard."[492]  In the same presentation, Moderna's Said Francis wrote: **"Tekmira – an RNA and LNP company: . . . Technology capabilities - Validated LNP formulation that are in the clinic that serve as the RNA industry gold standard."**[493]

182.   In a September 2015 presentation, Moderna was "exploiting" Tekmira's patented technology and stated: "MC3 LNP is a work horse that we exploit in discovery and early development[.]"[494]

---

[491] Lawton Opening Report, ¶ 563 (*citing* MRNA-GEN-01240180-198, at 191 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 12 of 19) ("Tekmira ( -2014) – an RNA and LNP company").  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:18-196:7 ("Q. And you've selected to display here a slide that says, 'Tekmira's LNP Enable mRNA Products.'  Do you see that?  A. That's a screen shot of a Tekmira slide where they presented themselves as – with the title that you read.  So that's their presentation of themselves.  Q. And you decided to select that slide and include it in this presentation to a subcommittee of Moderna's board, correct?  A. As an update, yes.").).

[492] Lawton Opening Report, ¶ 1668 (*citing* MRNA-GEN-01240180-198, at 190 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 11 of 19) ("Tekmira – an RNA and LNP company") (emphasis added).  *See also* 191 (Slide 12: "Tekmira ( -2014) – an RNA and LNP company . . . Tekmira's LNP Enable mRNA Products . . . mRNA require intracellular delivery for activity[;] LNP is the GOLD STANDARD for mRNA delivery" (emphasis in original)).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:4-195:9 ("Q. You wrote in a slide [Slide 11 of 19] to a subcommittee of Moderna's board that Tekmira had a validated LNP formulation that are in the clinic that serve as the RNA industry gold standard, did you not?  A. Those are the words on the slides.").).

[493] Lawton Opening Report, ¶ 1124 (*citing* MRNA-GEN-01240180-198, at 190 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 11 of 19) ("Tekmira – an RNA and LNP company") (emphasis added).  *See also* 191 (Slide 12: "Tekmira ( -2014) – an RNA and LNP company . . . Tekmira's LNP Enable mRNA Products . . . mRNA require intracellular delivery for activity[;] LNP is the GOLD STANDARD for mRNA delivery" (emphasis in original)).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:4-195:9 ("Q. You wrote in a slide [Slide 11 of 19] to a subcommittee of Moderna's board that Tekmira had a validated LNP formulation that are in the clinic that serve as the RNA industry gold standard, did you not?  A. Those are the words on the slides.").).

[494] Defendants' Corrected Sixteenth Supplemental Objections and Responses To Plaintiffs' First Set Of Interrogatories (Nos. 1-10), Interrogatory No. 10 dated July 15, 2024, p. 158.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

183.    Moderna was still using Plaintiffs' patented LNP technology in June 2017—about six months after a court had granted a pre-trial injunction that prevented Acuitas from "entering into any further agreements purporting to sublicense Arbutus' technology from the date of the order to the date of trial or further order from the court."[495]  Specifically, Dr. Parsons testified that in June 2017, the LNP composition Moderna was using clinically was 50% ionizable lipid.[496]  At that time, Moderna's President, Dr. Hoge, was directing Moderna personnel to "advance an alternative composition."[497]  On June 9, 2017, Dr. Hoge was "asking that [Moderna] evaluate an alternative set of composition for performance."[498]  In fact, he stated: "I would like to reemphasize that there are incredibly strong business reasons why a composition with 40 percent amino lipid is more attractive. . . . I've tried to underscore that preference for the last few months so this is nothing new."[499]

184.    As of October 2018, Moderna continued to use the patented formulation and Dr. Parson apparently

_____

[495] Lawton Opening Report, ¶ 1688 (*citing Supra* Section III.F.3.a; "Arbutus Injunction Survives Attempted Appeal by Acuitas," *Arbutus,* April 13, 2017, *available at* https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-injunction-survives-attempted-appeal-acuitas.).

[496]  Lawton Opening Report, ¶ 1688 (*citing* June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 40:6-40:21 ("Q. Okay.  And then moving to the two paragraphs later [in Parsons Deposition Exhibit No. 1], in the paragraph after the one we just talked about, he says that he wants to be presented with options to advance alternative compositions to the standard composition.  Do you see that?  A. Yes.  Q. What's the standard composition?  A. I believe that he's using imprecise language there so I can't be sure exactly what he was referring to, but I presume that he was referring to the composition we were using clinically at that time.  Q. And did that have 50 percent ionizable lipid in it?  A. Yes, it did.").).

[497] Lawton Opening Report, ¶ 1688 (*citing* June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 46:5-46:7.).

[498] Lawton Opening Report, ¶ 1688 (*citing* May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 312:21-312:22.).

[499] Lawton Opening Report, ¶ 1688 (*citing* MRNA-GEN-02619870-871, at 870 (Hoge Deposition Exhibit No. 30 – June 9, 2017 email from Stephen Hoge to Donald Parson, cc: Örn Almarsson, Subject: Composition).  May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 309:6-309:8 ("Q. You meant what you wrote here [Hoge Deposition Exhibit No. 30], correct?  A. Yes."); 311:15-312:4 ("Q. Okay, you say below, the next paragraph [Hoge Deposition Exhibit No. 30], 'I've tried to underscore that preference for the last few months so this is nothing new.'  Do you see that?  A. Yes.  Q. So you had expressed to your scientists working under your direction that you had this preference for 40 percent amino lipid for several months, correct?  A. That's what I said, and I believe that to be true.").).

130

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

██████████████████████████████████)."[500]

185. More than a year later, in December 2019, and shortly before the first cases of COVID-19, Moderna was still using Arbutus's "gold standard" formulation and was attempting to rapidly develop an "mRNA Rapid Vaccine Manufacturing Platform"[501] by adapting its existing PCV platform to attempt to leverage "a unique competitive advantage." Moderna stated: "Both speed and robustness of the PCV infrastructure provide a unique competitive advantage for early clinical reads on vaccine and therapeutic development candidates."[502]

186. In early-2020, Moderna chose to use the patented formulation in its COVID-19 vaccine in order to leverage its "unique competitive advantage for early clinical read" on its COVID-19 vaccine candidate. In fact, Dr. Hoge testified that as of the second half of 2020, Moderna "had actually bet the entire company" on its mRNA-1273 vaccine.[503] Dr. Stewart-Jones's testimony highlighted

---

[500] Lawton Opening Report, ¶ 681 (*citing* MRNA-GEN-01510948-950, at 948-949 (Parsons Deposition Exhibit No. 8 – October 7, 2018 email from Stephen Hoge to Don Parsons, Subject: Re: Composition of KRAS reload).).

[501] Lawton Opening Report, ¶ 683 (*citing* MRNA-GEN-00615852-867, at 861 (Parsons Deposition Exhibit No. 10 – December 12, 2019 Memo to Executive Committee Re: mRNA Rapid Vaccine Manufacturing Platform for Early Clinical Read: Scope, process comparability and technical development).).

[502] Lawton Opening Report, ¶ 684 (*citing* MRNA-GEN-00615852-867, at 856 (Parsons Deposition Exhibit No. 10 – December 12, 2019 Memo to Executive Committee Re: mRNA Rapid Vaccine Manufacturing Platform for Early Clinical Read: Scope, process comparability and technical development).).

[503] Lawton Opening Report, ¶ 1135 (*citing* May 22, 2024 30(b)(6) Deposition of Stephen G. Hoge, M.D., 93:3-93:4. *See also* 92:13-93:16 ("Q. Is there an amount of money that Moderna would not have been willing to pay I the second half of 2020 to be one of the first companies to commercialize a COVID vaccine? A. In the second half of 2020, we were all focused on trying to do the best we could on the pandemic. I mean, as we entered into that period of our lives, which were really stressful as a company, as individuals, we were just trying to do our part. We were just trying to do everything we could to get lives back to normal. We had actually bet the entire company on something that at that point had not yet been proven in a pivotal clinical trial, phase 3 clinical trial, which is that we could protect against a vaccine – or, sorry, a virus. There were many that thought the mRNA approaches, ours and somebody else's, BioNTech and Pfizer's were not going to be successful and that other approaches were. So I think we were deeply focused on trying to do our part in the science. I couldn't even begin to know how to answer that question because money wasn't at all a consideration."). *See also* Gregory Zuckerman, "How Moderna nearly lost the race to develop a Covid-19 vaccine," *STAT,* October 26, 2021, *available at* https://web.archive.org/web/20211026113555/https://www.statnews.com/2021/10/26/how-moderna-nearly-lost-the-race-to-develop-a-covid-19-vaccine/.

131

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

the stakes at the time:  "I was . . . pushing the [COVID-19] program forward as rapidly as possible,"[504] and "all optimal technologies were brought to bear on this challenge.  **We needed to bring together the optimal LNPs**, . . ."[505]  In addition, Moderna **"followed a path of least risk"**[506] and "decided to not tinker" because "that might introduce additional risk into the vaccine's performance[.]"[507]  Moderna pursued "de-risking measure[s] because we didn't want to be caught in Phase II or in Phase III not getting the optimal immunogenicity, . . ."[508]  As discussed above, "[o]ne of the biggest biotech sinkers is a failed clinical trial"[509] and "one failure in the clinic [] can ruin a small drug developer[.]"[510]

187.   Moderna's COVID-19 *trials* relied on the patented formulation.[511]  Dr. Parsons underscored the importance of the patented formulation and testified: "this is not a single variable problem, the

---

[504] Lawton Opening Report, ¶ 1520 (*citing* December 15, 2023 Deposition of Guillaume Stewart-Jones (Pfizer), 104:7-104:9.).

[505] Lawton Opening Report, ¶ 1520 (*citing* December 15, 2023 Deposition of Guillaume Stewart-Jones (Pfizer), 194:13-194:16 (emphasis added).).

[506] Lawton Opening Report, ¶ 1520 (*citing* December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 79:6 (emphasis added).  *See also* 79:2-79:11 ("A. . . . We needed to de-risk the design as much as possible at this stage given the emerging pandemic that was occurring, and so we needed to ensure that the decisions we made around the antigen design followed a path of least risk, and so we decided to include the 2P mutations going forward as a company.  Or at least my recommendation to the company was to do that.  [C]an't speak for the company.  And so it was generally accepted.").).

[507] Lawton Opening Report, ¶ 1520 (*citing* December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 166:4-166:6.).

[508] Lawton Opening Report, ¶ 1520 (*citing* December 15, 2023 Deposition of Guillaume Stewart-Jones (*Moderna v. Pfizer*), 188:11-188:13.).

[509] Gabrielle Masson, "The 2024 Biotech Graveyard," *Fierce Biotech,* October 31, 2024, *available at* https://www.fiercebiotech.com/special-reports/2024-biotech-graveyard.  *See also* Max Beyer, "The 2022 Biotech Graveyard," *Fierce Biotech,* November 21, 2022, *available at* https://www.fiercebiotech.com/biotech/2022-biotech-graveyard (". . . we bring you the 2022 Biotech Graveyard, a list of the biotechs that crumbled under the treacherous weight of financial turmoil and clinical failure. Now in its fifth installment, it's been 10 years since the graveyard was last published.").

[510] "The 2011 Biotech Graveyard," *Fierce Biotech,* October 31, 2011, *available at* https://www.fiercebiotech.com/special-report/2011-biotech-graveyard.

[511] *See, e.g.,* Lawton Opening Report, ¶ 6 (*citing* Defendants' Corrected Sixteenth Supplemental Objections and Responses To Plaintiffs' First Set Of Interrogatories (Nos. 1-10), Interrogatory No. 7 dated July 15, 2024, p. 101.); ¶ 1124 (*citing See* Kizzmekia S. Corbett, Darin Edwards, Sarah R. Leist, Olubukola M. Abiona, Seyhan Boyoglu-Barnum, Rebecca A. Gillespie, Sunny Himansu, Alexander Schafer, Cynthia T. Ziwawo, Anthony T. DiPiazza, Kenneth H. Dinnon,

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

overall composition is something that needs to be really carefully considered, and that overall composition impacts lots of variables simultaneously."[512]

188.    The formulation Moderna **commercialized** is accused of infringement.[513]  Dr. Parsons testified that "the formulation we had at that time was the most advanced" and the "development pathway" for other "formulations is uncertain": "The potential outcomes from selecting something different [re: the percentage of ionizable lipid in the formulation] I think is really a hypothetical.[514] . . . What I know is the formulation that we had at that time was the most advanced, that was the one that we picked.  I can't say whether or not we would have been able to commercialize a different formulation than that.[515] . . . So there are other candidate formulations that would have met the success criteria, technical success criteria, that we had.  The development pathway for each one of those formulations is uncertain and would have had to have been explored."[516]

### (5)    Summary of Nexus Opinion

189.    I understand that Dr. Mitchell has opined that "[b]oth the Lipid Composition Patents and the '651 patent are necessary and enabling technology for mRNA delivery systems and Moderna's COVID-19 vaccine" and that the efficacy of the vaccine was directly caused by the claimed inventions of

---

Sayda M. Elbashir, Christine A. Shaw, Angela Woods, Ethan J. Fritch, David R. Martinez, Kevin W. Bock, Mahnaz Minai, Bianca M. Nagata, Geoggrey B. Hutchinson, Kapil Bahl, Dario Garci-Dominguez, LingZhi Ma, Isabella Renzi, Wing-Pui Kong, Stephen D. Schmidt, Lingshu Wang, Yi Zhang, Laura J. Stevens, Emily Phung, Lauren A. Chang, Rebecca J. Loomis, Nedim Emil Altaras, Elisabeth Narayanan, Mihir Metkar, Vlad Presnyak, Catherine Liu, Mark K. Louder, Wei Shi, Kwanyee Leung, Eun Sung Yang, Ande West, Kendra L. Gully, Nianshuang Wang, Daniel Wrapp, Nicole A. Doria-Rose, Guillaume Steward-Jones, Hamilton Bennett, Martha C. Nason, Tracy J. Ruckwardt, Jason S. McLellan, Mark R. Denison, James D. Chappell, Ian N. Moore, Kaitlyn M. Morabito, John R. Mascola, Ralph S. Baric, Andrea Carfi, Barney S. Graham, "SARS-CoV-2 mRNA Vaccine Development Enabled by Prototype Pathogen Preparedness," *bioRxiv* preprint, June 11, 2020, *available at* https://www.biorxiv.org/content/10.1101/2020.06.11.145920v1.full.pdf.).

[512] June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 144:17-144:22.

[513] *See, e.g.,* Lawton Opening Report, ¶ 7 (*citing* July 15, 2024 Defendants' Corrected Sixteenth Supplemental Objections and Responses To Plaintiffs' First Set Of Interrogatories (Nos. 1-10), Interrogatory No. 7, p. 101.); ¶ 1679 (*citing* November 25, 2024 Expert Report of Dr. Mitchell, at Section IX.A.).

[514] Lawton Opening Report, ¶ 608 (*citing* June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 145:16-145:18.).

[515] Lawton Opening Report, ¶ 608 (*citing* June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 146:2-146:7.).

[516] Lawton Opening Report, ¶ 608 (*citing* June 7, 2024 Deposition of Donald M. Parsons, Ph.D., 146:16-146:21.).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

195.    Licenses to the asserted patent can be "strong indicia that the patent is not obvious."[526] "The theory behind licensing [as evidence of nonobviousness] is that market actors do not generally take a license for patents with invalid claims.  For claims covering even a single unpatentable embodiment, according to the theory, market actors would prefer to invalidate the patent than to take a license."[527]

196.    When the licenses include both asserted patent(s) as well as other patents, the licensing evidence should address whether the "licensing . . . arose out of recognition and acceptance of the subject matter claimed in the [asserted patent(s)]"[528] as well as "the extent to which the licensing agreement was a result of the novel features in the [asserted patent(s)], as opposed to the other patents involved."[529]

### B.    Methodology

197.    My licensing analysis is based on the number of licenses to the Patents-in-Suit, and the extent to which such licensing was driven by claimed inventions of the Patents-in-Suit.

### C.    Analysis

#### 1.    Number of Licenses

198.    The Lawton Opening Report[530] together with the Lawton First Supplemental Report[531] summarize my opinions and the basis for my opinion regarding licensing to the Patents-in-Suit and show that Genevant and its predecessors executed a total of ███████████████████████ ███████████ which are summarized in **Schedule 1.3_RR**. These include Alnylam's license to the Lipid Composition Patents that led to the launch of ONPATTRO®, the first authorized product using an LNP delivery system, a license of the Patents-in-Suit to Acuitas, which in turn offered unauthorized sublicenses to Tekmira's technology to Moderna, as well as other licenses to one or more of the Patents-in-Suit.

199.    The IPRs filed by Moderna and the February 2017 injunction are discussed in detail in the Lawton

---

[526] *WMS Gaming, Inc. v. International Game Technology*, 184 F.3d 1339, 1360.
[527] Jason Reinecke, "Assessing Evidence of Secondary Considerations," *Villanova Law Review,* Vol. 68, No. 4, pp. 643-666, at 659, *available at* https://digitalcommons.law.villanova.edu/cgi/viewcontent.cgi?article=3634&context=vlr.
[528] *In re GPAC Inc.,* 57 F.3d 1573, 1580 (Fed. Cir. 1995).
[529] *Merck & Cie v. Gnosis S.P.A., Gnosis Bioresearch S.A., Gnosis U.S.A., Inc.*, 808 F.3d 829, 838 (Fed. Cir. 2015).
[530] Lawton Opening Report, ¶¶ 919-1038.  Schedules 6.2(a) and 6.2(b).
[531] Lawton First Supplemental Report, ¶¶ 8-14.

136

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Opening Report.[532]  Following the February 2017 injunction, Genevant was founded in April 2018[533] "to house the intellectual property related to the four-lipid delivery system and commercialize it," and BioNTech was "quick to come onboard"[534] as Genevant's first licensee in July 2018, notwithstanding the fact that, like Moderna, BioNTech had been working with Acuitas since 2014.[535]

200.   Immediately after the PTAB rejected Moderna's final IPR (on the '069 Patent) on July 23, 2020, Genevant intensified its focus on licensing. On or about July 31, 2020, Genevant "set off on a different business model than [it] had been running previously,"[536] and began "to focus on partnering, collaborating, licensing its delivery technology to third parties."[537]

201.   Moderna does not dispute the success of Genevant's licensing program and that "the patent ha[s] been licensed to many market actors."[538]  In fact, Moderna acknowledges Genevant's licensing and asserts that "[t]he fact that others have obtained licenses to Plaintiffs' IP . . . **does not reflect any value in the Patents-in-Suit**" and instead alleges an alternative explanation for the very existence of these licenses, namely, "Plaintiffs' longstanding efforts to obtain overbroad IP

---

[532] Lawton Opening Report, Section II.A.3.b.

[533] Lawton Opening Report, ¶¶ 36-37.

[534] Plaintiff Genevant Sciences GmbH's Sixth Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s First Set of Interrogatories (Nos. 2, 3 & 6), Interrogatory No. 6 dated December 15, 2023, p. 33 (*citing* Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021,*available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).

[535] *See, e.g.,* Ivan Semeniuk, "UBC professor Pieter Cullis awarded for role in COVID-19 vaccines," *The Globe and Mail,* November 22, 2021, *available at* https://www.theglobeandmail.com/canada/article-ubc-professor-pieter-cullis-awarded-for-role-in-covid-19-vaccines/ ("By this point Dr. Cullis had already co-founded Acuitas to develop lipid nanoparticle pharmaceuticals. In 2014 the company received an e-mail from Dr. Weissman, who was working with BioNTech on messenger RNA vaccines and needed a delivery system. More years of work followed, and by late 2019 Pfizer had also joined the project to make an mRNA influenza vaccine using lipid nanoparticles.").

[536] Lawton Opening Report, ¶ 215 (*citing* June 5, 2024 30(b)(6) Deposition of Peter Zorn, 229:15-229:17.).

[537] Lawton Opening Report, ¶ 215 (*citing* June 5, 2024 30(b)(6) Deposition of Peter Zorn, 230:13-230:15.  November 21, 2024 Interview of Pete Zorn.).

[538] Jason Reinecke, "Assessing Evidence of Secondary Considerations," *Villanova Law Review,* Vol. 68, No. 4, pp. 643-666, at 643, *available at* https://digitalcommons.law.villanova.edu/cgi/viewcontent.cgi?article=3634&context=vlr.

137

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

covering . . . the entire nucleic-acid LNP field."[539]  In advancing this argument, however, Moderna ignores the fact that it continued discussions with Genevant and its predecessors regarding a potential license for nearly a decade beginning in "2012, early 2013" and continuing through 2021.[540]

202.    Moderna also asserts that the cited licenses cover more than the Patents-in-Suit and that Plaintiffs have "conflated Plaintiffs' alleged platform with the alleged inventions of the Asserted Claims."[541] However, Dr. Anderson's report neither addresses this contention nor provides any evidence in support of it.  In fact, contrary to Moderna's unsupported contention, the evidence in this case establishes:

   a)  Plaintiffs' patented formulation is used in Alnylam's ONPATTRO®, which is credited with paving the way for Moderna's Spikevax® and Pfizer's Comirnaty®.  *See* II.C.1.a.

   b)  By June 2014, Moderna's "objective" was to develop an "**ALN-TTR02 like formulation for IV and IM**"[542] (*i.e.,* 50%:10%:38.5%:1.5%).

   c)  On July 4, 2014, Moderna executed a license to gain access to Plaintiffs' patents covering the ONPATTRO® formulation[543] on cheaper terms than Tekmira had offered.[544]

---

[539] Lawton Opening Report, ¶ 1040 (*citing* Defendants' Corrected Sixteenth Supplemental Objections and Responses To Plaintiffs' First Set Of Interrogatories (Nos. 1-10), Interrogatory No. 10 dated July 15, 2024, p. 175.).

[540] Lawton Opening Report, ¶¶ 210, 217-230, 1424, 1439.

[541] Lawton Opening Report, ¶ 1040 (*citing* Defendants' Corrected Sixteenth Supplemental Objections and Responses To Plaintiffs' First Set Of Interrogatories (Nos. 1-10), Interrogatory No. 4 dated July 15, 2024, p. 86.).

[542] Lawton Opening Report, ¶ 199 (*citing* MRNA-GEN-01041970-991, at 990 (Hoge Deposition Exhibit No. 20/Almarsson Deposition Exhibit No. 10/Benenato Deposition Exhibit No. 26 – Örn Almarsson, Kerry Benenato, Charles Bowerman, "Designing Next-Generation Bio-Degradable Delivery Lipids for mRNA," *Moderna,* November 18, 2014, Slide 21 of 22) ("Biodegradability with Retention of Potency: Not Yet a Solved Problem").).

[543] Lawton Opening Report, ¶ 522 (*citing* MRNA-GEN-01754060-064, at 060 (Francis Deposition Exhibit No. 24 – July 3, 2014 email from Stephen Hoge to Executive Committee, cc: Said Francis; Shaun Ryan, Örn Almarsson, Matt Stanton, Subject: FW: Acuitas Final Documents).) (emphasis added).

[544] Lawton Opening Report, ¶ 136 (*citing* No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).  *See also* June 28, 2024 Deposition of Stéphane Bancel, 41:9-41:22 ("Q. . . . Do you recall having any discussions with either Mark Murray or Ian MacLachlan at this conference [in Tubingen, Germany in October

138

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

d) In an August 2014 Final Progress Report to the U.S. Government, Moderna stated: "The lipid ratio used in the ALN-TTR-02 [ONPATTRO®] product appears close to optimal for mRNA as well as siRNA."[545]

e) Moderna's "standard formulation" was Plaintiffs' patented 50%:10%:38.5%:1.5% formulation, which it used in all of its clinical trials during the period at least 2015 through late-2019.[546]

### 2. Nexus

203. The evidence in this case clearly shows there is causal relationship (nexus)[547] between Plaintiffs' licensing and the claimed inventions of the Patents-in-Suit.

---

2013] in 2013?  A. So I don't recall – and remember it's a conference with, I will guess, at that time 100-ish people, so I don't remember who I talked to.  This is, again, 11 years ago or 10 years ago, so I don't remember who I talked to.  I would not be surprised given it was only 100 people I might have bumped into them, you know, at a coffee break or whatever at the conference, but no specific discussion with any party.  At the time it was just a scientific conference."); 43:17-44:11 ("A. There's a portion here [Bancel Deposition Exhibit No. 3] at the end that says – it's referring to this October 2013 mRNA conference in Germany, and it says, 'During the' event, 'McLachlan [sic – MacLachlan] struck up a conversation with Stéphane Bancel. The CEO of a upstart mRNA company, called Moderna Therapeutics.  MacLachlan suggested Tekmira and Moderna collaborate using his innovative drug delivery system.  'You are too expensive,' Bancel told him.'  Do you have a recollection of that conversation at all?  A. Not at all.  Q. You don't have a basis to dispute what's reported here?  A. I don't remember it, so I don't know how I could dispute something I don't remember."); 45:4-45:8 ("Q. But my question was simply, do you remember this at all?  A. No.  Q. Do you recall any other time when you had a conversation with Ian MacLachlan?  A. No.").).

[545] Lawton Opening Report, ¶ 522 (*citing* MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████ emphasis added).).

[546] Lawton Opening Report, ¶ 1519 (*citing* MRNA-GEN-01734848-096, at 920 (January 5, 2024 Deposition of Tal Zaks, M.D., Ph.D. (Pfizer), 73:1-73:10.).).

[547] *See, e.g., Merck & Co. v. Teva Pharmaceuticals USA, Inc.,* 395 F.3d 1364, 1376 (Fed. Cir. 2005) ("Thus, the law deems evidence of (1) commercial success, and (2) some causal relation or 'nexus' between an invention and commercial success of a product embodying that invention, probative of whether an invention was non-obvious. *See Graham,* 383 U.S. at 17-18, 86 S.Ct. 684 . . .").

139

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

a.    **Moderna's Objective From the Beginning Was Access to Plaintiffs' "Gold Standard" Patented Formulation**

204.    As discussed in detail in the Lawton Opening Report, Moderna's internal documents clearly establish that from the beginning, Moderna's objective was to gain access to Plaintiffs' "gold standard" patented formulation.  For example, in a July 3, 2014 email to Moderna's Executive Committee, Dr. Hoge stated: "We have officially closed on Acuitas giving us access to MC3 and the Alnylam LNP portfolio at attractive terms. . . . [A]s of today we have **access to a formulation** that is safe in Phase 3 in man!"[548],  which was a reference to Alnylam's Phase 3 clinical testing of ONPATTRO®, that used the Tekmira LNP.[549]  Said Francis testified that the significance of Moderna having access to such a formulation at that time was "[i]t is a formulation that already is at least understood at the doses Alnylam administered with an RNAi payload[550] that it is safe. That's the significance."[551]  By that time, Moderna had already concluded that Plaintiffs' patented formulation was "close to optimal for mRNA."  In an August 2014 Final Progress Report to the U.S. Government, Moderna stated: "The lipid ratio used in the ALN-TTR-02 [Onpattro] product appears close to optimal for mRNA as well as siRNA."[552]  Moderna's desire to acquire a license to the Plaintiffs' patented formulation through Acuitas is an indication of the Moderna's "respect for the invention."   An April 2015 internal Moderna presentation stated that Tekmira had a **"Validated LNP Formulation** that are in the clinic and serve as **the RNA industry gold**

---

[548] Lawton Opening Report, ¶ 522 (*citing* MRNA-GEN-01754060-064, at 060 (Francis Deposition Exhibit No. 24 – July 3, 2014 email from Stephen Hoge to Executive Committee, cc: Said Francis; Shaun Ryan, Örn Almarsson, Matt Stanton, Subject: FW: Acuitas Final Documents).) (emphasis added).

[549] Lawton Opening Report, ¶ 522 (*citing* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 181:14-182:3.).

[550] Lawton Opening Report, ¶ 522 (*citing* Dr. Murray testified that "payload" is "a general word they use to talk about what we're encapsulating."  *See* May 30, 2024 30(b)(6) Deposition of Mark Murray, Ph.D., 30:24-30:25.).

[551] Lawton Opening Report, ¶ 522 (*citing* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 184:2-184:9.).

[552] Lawton Opening Report, ¶ 522 (*citing* MRNA-GEN-02204816-901, at 868 ("Final progress report (IPR) for Moderna Grant W911 NF-13-1-0417*," August 14, 2014  (summarizing "the research data generated between October 2013 and the end of July 2014."), PDF p. 53 of 86 ████████████████████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████ ████████████████████████ (emphasis added).).

140

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

standard"[553]

205.    While Moderna continued licensing discussions with Genevant and its predecessors from "2012, early 2013,"[554] when Tekmira's "lipid nanoparticle (LNP) platform" was already recognized as the "'gold standard' systemic RNAi delivery technology"[555] to 2021, it never executed a license with Genevant or its predecessors.  In fact, such discussions appear to have been a fool's errand all along for at least two reasons.  <u>First</u>, from the beginning, Moderna regarded Tekmira as a rival and by September 2013 had concluded that in-licensing from Tekmira could be **"problematic from a business perspective"**[556] and would also **"add[] a business risk."**[557]  <u>Second</u>, in 2013, "Moderna was too underfunded and small to create its own delivery system"[558] and was seeking

---

[553] MRNA-GEN-01240180-198, at 190 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 11 of 19) ("Tekmira – an RNA and LNP company") (emphasis added).  *See also* 191 (Slide 12: "Tekmira ( -2014) – an RNA and LNP company . . . Tekmira's LNP Enable mRNA Products . . . mRNA require intracellular delivery for activity[;] LNP is the GOLD STANDARD for mRNA delivery" (emphasis in original)).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:4-195:9 ("Q. You wrote in a slide [Slide 11 of 19] to a subcommittee of Moderna's board that Tekmira had a validated LNP formulation that are in the clinic that serve as the RNA industry gold standard, did you not?  A. Those are the words on the slides.").

[554] Lawton Opening Report, ¶ 1669 (*citing* May 22, 2024 30(b)(6) Deposition of Said E. Francis, 46:12-46:16 ("Do you know when the first contact was between Moderna and Tekmira?  A. Specifically, I would – I don't know the exact date, but it would be late 2012 – sorry, 2012, early 2013.").).

[555] Lawton Opening Report, ¶ 147 (*citing* "Tekmira Pharmaceuticals," *Zacks Small-Cap Research,* November 14, 2013, p. 2 of 11, *available at* https://s27.q4cdn.com/906368049/files/doc_coverage/Biotech%20-%20Grant%20Zeng/TKMR/November%2014%202013_TKMR_Zeng.pdf.).

[556] Lawton Opening Report, ¶¶ 147-149, 1101 (*citing* MRNA-GEN-01042549-561, at 554 (Tony de Fougerolles, Örn Almarsson, "Formulation White Paper," *Moderna,* September 2, 2013, p. 6 of 13).).

[557] Lawton Opening Report, ¶ 210 (*citing See also* MRNA-GEN-01737710-719, at 710 (*Moderna v. Pfizer* de Fougerolles Deposition Exhibit No. 11 – Tony de Fougerolles, "Formulation White Paper, Version #2," *Moderna,* June 13, 2013, p. 1 of 10) ("Where possible we have identified formulations which we believe have the highest likelihood of success based on previous work using other drug payloads.  **Interaction with external companies also adds a business risk in being able to collaborate and arrive at mutually agreeable terms.  Many formulation companies are entering the mRNA space themselves or with others and so it will be a competitive space**.") (emphasis added)).  *See also* MRNA-GEN-01042549-561, at 550 (Tony de Fougerolles, Örn Almarsson, "Formulation White Paper," *Moderna,* September 2, 2013, p. 2 of 13) (same).).

[558] *See, e.g.,* Lawton Opening Report, ¶¶ 128-131.

141

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

"cheap" access to Plaintiffs' patented formulation; In October 2013—with Tekmira's May 29, 2013 licensing offer in hand[559]—Moderna's Mr. Bancel stated to Dr. MacLachlan that a license from Tekmira was "too expensive."[560]

206.  As discussed above, Moderna has continuously used Plaintiffs' patented formulation.  *See* II.C.2.c.3.

### b. Alnylam's License from Tekmira was "a key factor in Onpattro's success"

207.  Alnylam's license with Tekmira, the development of ONPATTRO® and its recognition and awards were discussed above.  *See* II.C.1.a.  Alnylam's license from Tekmira is credited with solving with the RNAi delivery challenge was described in a September 2018 *Nature Biotechnology* Editorial as **"a key factor in Onpattro's success,"** which was described as "a $2.5

---

[559] Lawton Opening Report, ¶ 162 (*citing* MRNA-GEN-01717733-758, at 754 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 22 of 26) ("Comparison of Tekmira deals"); MRNA-GEN-01717733-758, at 753 (Francis Deposition Exhibit No. 29 – "Potential Exclusive License Agreement," *Moderna,* May 2015, Slide 21 of 26) ("Acuitas/Moderna agreement (July 2014)").).

[560] Lawton Opening Report, ¶ 136 (*citing* No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).  *See also* June 28, 2024 Deposition of Stéphane Bancel, 41:9-41:22 ("Q. . . . Do you recall having any discussions with either Mark Murray or Ian MacLachlan at this conference [in Tubingen, Germany in October 2013] in 2013?  A. So I don't recall – and remember it's a conference with, I will guess, at that time 100-ish people, so I don't remember who I talked to.  This is, again, 11 years ago or 10 years ago, so I don't remember who I talked to.  I would not be surprised given it was only 100 people I might have bumped into them, you know, at a coffee break or whatever at the conference, but no specific discussion with any party.  At the time it was just a scientific conference."); 43:17-44:11 ("A. There's a portion here [Bancel Deposition Exhibit No. 3] at the end that says – it's referring to this October 2013 mRNA conference in Germany, and it says, 'During the' event, 'McLachlan [sic – MacLachlan] struck up a conversation with Stéphane Bancel. The CEO of a upstart mRNA company, called Moderna Therapeutics.  MacLachlan suggested Tekmira and Moderna collaborate using his innovative drug delivery system.  'You are too expensive,' Bancel told him.'  Do you have a recollection of that conversation at all?  A. Not at all.  Q. You don't have a basis to dispute what's reported here?  A. I don't remember it, so I don't know how I could dispute something I don't remember."); 45:4-45:8 ("Q. But my question was simply, do you remember this at all?  A. No.  Q. Do you recall any other time when you had a conversation with Ian MacLachlan?  A. No.").).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

various COVID-19 vaccines.[565]   I also understand that Dr. Mitchell has opined that "Plaintiffs' innovations in the field of delivery were seen as a major advancement in the capabilities of lipid-based systems and a turning point in the enablement of nucleic acid-based therapeutics," and that "[t]he impact of Plaintiffs' innovations in manufacturing and formulation specifically have been widely recognized."[566]

209.   Moderna also agreed that Plaintiffs' LNP was the industry gold standard, writing in an internal presentation in April 2015 that Tekmira had a **"Validated LNP <u>Formulation</u> that are in the clinic and serve as <u>the RNA industry gold standard.</u>"**[567]   Indeed, when Moderna itself sought a license to Plaintiffs' LNP technology (through a sublicense from Acuitas), it stressed the importance of the having access to a clinically validated formulation, with Stephen Hoge writing "as of today we have access to a formulation that is **safe in Phase 3 in man!**"[568]

210.   Like its predecessors, Genevant also emphasized this clinical validation in its marketing materials. For example, in an October 2020 corporate presentation, Genevant stressed that its LNP technology was "Clinically validated for hepatocyte and vaccine applications" and was used in an FDA-approved drug, ONPATTRO®.[569]

211.   Nor was Moderna the only licensee for whom this clinical validation was important.  For instance, during licensing negotiations with Genevant, ████████████████████████████████ ████████████████████████████████████████████████████

---

[565] Lawton Opening Report, ¶ 549 (*citing* No Bates No. (Bancel Deposition Exhibit No. 3 – Nathan Vardi, "Covid's Forgotten Hero: The Untold Story Of The Scientist Whose Breakthrough Made The Vaccines Possible," *Forbes,* August 17, 2021, *available at* https://www.forbes.com/sites/nathanvardi/2021/08/17/covids-forgotten-hero-the-untold-story-of-the-scientist-whose-breakthrough-made-the-vaccines-possible/).).

[566] November 25, 2024 Opening Expert Report of Dr. Michael Mitchell ¶¶ 72, 74.

[567] MRNA-GEN-01240180-198, at 190 (Francis Deposition Exhibit No. 27 – "Business Development Update – Moderna Investment Committee Discussion," *Moderna,* April 9, 2015, Slide 11 of 19) ("Tekmira – an RNA and LNP company") (emphasis added).  May 22, 2024 30(b)(6) Deposition of Said E. Francis, 195:4-195:9 ("Q. You wrote in a slide [Slide 11 of 19] to a subcommittee of Moderna's board that Tekmira had a validated LNP formulation that are in the clinic that serve as the RNA industry gold standard, did you not?  A. Those are the words on the slides.").

[568] Lawton Opening Report, ¶ 522 (*citing* MRNA-GEN-01754060-064, at 060 (Francis Deposition Exhibit No. 24 – July 3, 2014 email from Stephen Hoge to Executive Committee, cc: Said Francis; Shaun Ryan, Örn Almarsson, Matt Stanton, Subject: FW: Acuitas Final Documents).) (emphasis added).

[569] GENV-00469196 ("Corporate Presentation," *Genevant*, October 2, 2020).

144

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

at least late-2019, shows that this formulation was also a "key factor" for Moderna. Similarly, the licenses to the Patents-in-Suit show that the clinically-validated LNP formulation and improved "encapsulation efficiency" were key considerations for licensees. It is my opinion that the evidence described above clearly shows causal relationship (nexus)[575] between Plaintiffs' licenses and the novel aspects of the claimed inventions of the Patents-in-Suit.

## SIGNATURE

Respectfully submitted this 14th day of February, 2025.

Catharine M. Lawton

---

[575] *See, e.g., Merck & Co. v. Teva Pharmaceuticals USA, Inc.,* 395 F.3d 1364, 1376 (Fed. Cir. 2005) ("Thus, the law deems evidence of (1) commercial success, and (2) some causal relation or 'nexus' between an invention and commercial success of a product embodying that invention, probative of whether an invention was non-obvious. *See Graham,* 383 U.S. at 17-18, 86 S.Ct. 684 . . .").

146