# EXHIBIT O

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____

ARBUTUS BIOPHARMA            )

CORPORATION and GENEVANT     )

SCIENCES GmbH,               )

                             ) Case No.

        Plaintiffs,          ) 1:22-cv-00252-MSG

    v.                       )

MODERNA, INC. and MODERNATX, )

INC.,                        )

        Defendants.          )

_____)

 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

         VIDEOTAPED 30(b)(6) DEPOSITION of

         MODERNA, INC. and MODERNATX, INC.,

         taken by JOSEPH ALAN SCHARITER II

         Wednesday, May 8, 2024, 8:35 a.m.


             Kirkland & Ellis LLP

             200 Clarendon Street

          Boston, Massachusetts 02116


Reported By:  Michelle Keegan, RMR, CRR, CSR

_____

             DIGITAL EVIDENCE GROUP

          1730 M Street, NW, Suite 812

             Washington, D.C. 20036

               (202) 232-0646

5/8/2024                Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.          Joseph Alan Schariter II 30(b)(6)
                              Highly Confidential - Outside Counsel's Eyes Only

Page 24

```
 1      A. 2016, 2020 maybe.  I don't remember the

 2   dates, though.

 3      Q. Any presentations specifically about 1273?

 4      A. One of them used 1273.  Yes.

 5      Q. Okay.  And generally, did they relate to

 6   ███████████████████████?

 7      A. It depends what type of ████████████ are

 8   you referring to.  It's kind of a general term.

 9      Q. ███████████████████

10      A. ████, yes.  Some of it.  Yes.

11      Q. And generally, what did the documents show

12   with respect to the ████████████████ of 1273?

13      MR. MCLENNAN:  Objection to form.

14      A. Like, what do you mean, what do they show?

15      Q. I'll circle back to that.

16      Did you talk to anyone to prepare for this

17   topic other than counsel?

18      A. No, I did not.

19      Q. Okay.  Within an ████████████████, what

20   attributes vary?

21      MR. MCLENNAN:  Objection to form, lacks

22   foundation.
```

5/8/2024          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.          Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 25

1      A. I mean, it's very broad.  It could be a

2   wide variety of different things.

3      Q. What are the attributes that you're aware

4   of that vary within an ████████████?

5          MR. MCLENNAN:  Objection to form, lacks

6   foundation.

7      A. It depends -- actually, it really depends

8   on -- you said ███.  Right?

9      Q. Uh-hmm.

10     A. It depends on cargo.  It depends on the

11  type of lipids.  It depends on the process.  It

12  depends on a lot of things.

13     Q. For the 1273 COVID product, what

14  attributes are you aware of that vary within that

15  ████████████?

16         MR. MCLENNAN:  Objection to form, lacks

17  foundation.

18     A. When you're asking -- when you say the --

19  you said the COVID vaccine?

20     Q. Yeah.  The 1273 product.

21     A. Are you referring to, like, Phase 1?  Are

22  you referring to the commercial?

5/8/2024                     Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.          Joseph Alan Schariter II 30(b)(6)
                                  Highly Confidential - Outside Counsel's Eyes Only

Page 26

1        Q. Let's start with Phase 1.

2        A. So the Phase 1.  And you're asking what

3   varied?

4        Q. Yeah.

5        A. Between what exactly?

6        Q. Within an ████████████.  We're talking

7   about ████████████.  Do you understand that?

8        A. Okay.

9        Q. What varies across ████████████

██   ████████████ of the 1273 product for

11  Phase 1?

12        MR. MCLENNAN:  Objection to form, lacks

13  foundation.

14        A. That data would be part of the formal

15  comparability.  So I don't have it in front of me,

16  so I don't know, off the top of my head.

17        Q. Moderna studies ████████████ within its

18  LNP products?

19        MR. MCLENNAN:  Objection to form.

20        A. I would say not routinely, no.

21        Q. Does it ever study ████████████ within

22  its LNP products?

5/8/2024    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.    Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 27

1      A. Yes.  My group has done that work.

2      Q. And what's the purpose of conducting those

3  studies?

4      A. It's a research activity usually to

5  compare an unusual sample to a control.

6      Q. In what way would the samples be unusual?

7      A. Manufacturing failure, stress condition,

8  anything like that.  And a control would be just a

9  control.

10      Q. So when a problem arises, Moderna studies

11  the ███████████████████████████.  Is

12  that what you're saying?

13          MR. MCLENNAN:  Objection to form, lacks

14  foundation.

15      A. No, I'm not saying that.  Again, it's not

16  something we run routinely.  It's been done

17  sporadically based off a hypothesis-driven type of

18  research activity.  It's never been used on

19  anything formal before.

20      Q. Why doesn't Moderna routinely study

21  ██████████████████████?

22          MR. MCLENNAN:  Objection to form.

5/8/2024                Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.        Joseph Alan Schariter II 30(b)(6)
                              Highly Confidential - Outside Counsel's Eyes Only

Page 28

1      A. Again, the term ███████████ is vague.

2   It can mean ████████████████████████

   █ ██████████████. It can mean anything.

4        So what are you actually referring to?

5        Q. I'm talking about differences between the

6   ██████████████████. What would you

7   call that?

8        A. Again, differences could be tons of

9   different attributes.

10       Q. Let's talk about ██████████████.

11       A. Okay.

12       Q. So does Moderna routinely study

13   differences in ████████████████████

   █ ████████████████████?

15       MR. MCLENNAN:  Objection to form.

16       A. No, it's not routinely done.  No.

17       Q. Why not?

18       A. Again, mainly because it's not a validated

19   qualified method.  And there's nothing -- there's

20   no way to make decisions based off it.

21       Q. Moderna doesn't have a validated qualified

22   method to study differences in ██████████

5/8/2024          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.          Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 29

1    ████████████████████████?

2        A. Yes.

3        Q. Yes -- sorry.  Yes, you agree that there

4    is no validated method that Moderna has?

5        A. Yes.

6        Q. Okay.  What techniques has Moderna used to

7    ██████████████████████████████████████?

8            MR. MCLENNAN:  Objection to form.

9        A. So it depends.  Would you -- I mean, it's

10   kind of like another formulation exercise.  Are

11   you talking about doing something via stressing it

12   or just to try to isolate something?

13       Q. I'm talking about ████████████████

██  ████████████████████████████████████████.

15       A. Okay.

16       Q. Is that a concept that you're familiar

17   with?

18       A. Yes.

19       Q. Okay.  And what are the techniques that

20   you're familiar with that Moderna has used to

21   ██████████████████████████?

22       A. Sure.  ████████████████████████

5/8/2024          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.          Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 30

1    ████████████████████████████████████████

██   ████████████████████████████████████████████

3    Those are really the main ones.

4        Q. Okay.  So with respect to ████████

██   ██████████████████████████████ can you just

6    describe that briefly?

7        A. Yes.  Again, that could mean -- there's a

8    lot of different ways of doing the experiment, but

9    one way is to ██████████████████████████.

10        ████████████████████████████████████

██   ████████████████████    ██████████████████████████████

██   ██████████████████████████████

██   ████████████████████████████████████

██   ████████████████████████████████████████████

██   ██████████████████████████████

16        Q. And is that technique, ████████████████

██   ██████████████████████, is that something that

18   Moderna came up with or is that a technique that

19   was known in the literature?

20        MR. MCLENNAN:  Objection to form, lacks

21   foundation, expert testimony.

22        A. I mean, it's just a basic technique that

Page 31

1    could be used for just about -- it's used for

2    almost -- tons of different applications.  So I

3    couldn't even comment on all the different

4    applications.

5        Q. I guess I'm just wondering whether Moderna

6    invented the use of that technique ███████████

7    or was that not something that Moderna invented?

8        MR. MCLENNAN:  Objection to form.

9        A. To ██████████ anything?

10       Q. Yeah.

11       A. ████ is mainly used for cellular

12   extractions, I believe.  I mean, that's its main

13   application.

14       Q. Do you know if Moderna was the first to

15   use that to ██████████████████?

16       MR. MCLENNAN:  Objection to form, lacks

17   foundation.

18       A. I honestly don't know.

19       Q. Okay.  What about ███████████████

██   ██████████████?  How does that work generally?

21       MR. MCLENNAN:  Objection to form.

22       A. It's a ███████████████████

5/8/2024                    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.        Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 33

1        A. No.  Nothing that has a good proof of

2    concept.

3        Q. I think I've seen docs about -- documents

4    about ███████████████████████.  Is that a

5    technique you're familiar with?

6        A. Yes.  Definitely.  It's within my group.

7        Q. And what is that?

8        A. It's a technique that does a ████████████

█    ███████████████████████████.

10       Q. What do you mean, ███████████████████

11       A. It is a technique that uses ██████████████

█    ████████████████████████████████████.

13       Q. And when you say that's a technique within

14   your group, what do you mean by that?

15       A. We have the equipment and we do it.

16       Q. And for what purpose do you use that

17   technique?

18       A. Typically just to do ████████████████

█    █████████████.

20       Q. Okay.  So like ██████████████████

█    █████████████████████████████████████████████

█    █████████

5/8/2024          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.          Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 34

1      A. Yes.  That is correct.

2      Q. And was that a technique that you knew

3   about before you came to Moderna?

4      A. Yes, but not a lot of detail.

5      Q. Okay.  So we've talked about ways of

6   ███████████████████████.

7         Moderna has also analyzed ██████████

   ██ ████████████████████████.  Is that right?

9      A. Correct.

10      Q. And how does Moderna do that?

11      A. Using what first dimension?

12      Q. For example, ██████████████████

   ██ ████████████████.

14      A. The last time we did it, we used a ██████

   ██ ██████████████████.

16      Q. And what technique does Moderna use to

17   ███████████████████████████████████████████████

   ██ ██████?

19         MR. MCLENNAN:  Objection to form.

20      A. Well, there's what we do in my group and

21   what Moderna does might be different.  So I don't

22   know.  There's different ways to do ██████████████

Page 35

1    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

2        Q. What are those ways?

3        A. I mean, there's all the different flavors

4    of ▮▮▮▮ as an example. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I mean, tons.

6        Q. And which of those techniques does your

7    group do?

8        A. We typically use a ▮▮▮▮▮▮▮▮.

9        Q. Okay.  Why do you use that technique?

10       A. Convenient, mainly.

11       Q. Okay.  Do you know if Moderna uses any

12   other techniques besides ▮▮▮▮▮▮▮▮▮▮

13   ▮▮▮▮▮▮

14       MR. MCLENNAN:  Objection to form.

15       A. I mean, I can't comment on what other

16   groups do.  I can just say that that's what we do.

17       Q. Okay.  Which products has Moderna

18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮

20       MR. MCLENNAN:  Objection to form.

21       A. What do you mean by "products" per se

22   exactly?

5/8/2024          Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.          Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 36

1      Q. Of the experiments you can think of where

2   Moderna ██████████████████████████████████████

███   ████████████████████████████, what are the

4   products or processes -- I don't know how -- I

5   don't know what term you want to use.  What

6   instances can you think of where Moderna did that?

7      A. CMV would be one, a little on 1273, and

8   then just research batches.

9      Q. So starting with CMV, how much ███████

10  ██████████████████████    did Moderna observe as part

11  of those experiments?

12      MR. MCLENNAN:  Objection to form, lacks

13  foundation.

14      A. It's very -- it would be very process

15  dependent as well.

16      Q. So different processes give different

17  levels of ████████████████████████████████

18  ███████████

19      MR. MCLENNAN:  Objection to form, lacks

20  foundation.

21      A. They could.  But again, I don't have like

22  a chart in front of me to see, so . . .

Page 37

1      Q. So -- sorry.  Go ahead.

2      A. Also, yes, the process matters.

3      Q. Okay.  And which processes tend to give

4   the most █████████

5           MR. MCLENNAN:  Objection to form, lacks

6   foundation.

7      A. So ████████  in the context of what,

8   again?

9      Q. ████████████████████████████████████

10          MR. MCLENNAN:  Objection to form.

11     A. Again, I don't know.  Like, off the top of

12  my head, I don't know.

13     Q. Do you know the general range of ████████

14  ████████████████████████████████████████████████

15  ██████████████████████████████?

16          MR. MCLENNAN:  Objection to form, lacks

17  foundation.

18     A. No.  I couldn't give a simple answer to

19  that.  No.

20     Q. Can you give a general answer or a not

21  simple answer to it?

22          MR. MCLENNAN:  Objection to form, lacks

Page 38

 1    foundation.

 2        A. In order to really understand that, I

 3    would have to do, like legit, a very controlled

 4    study because the technique is so researchy.

 5        Q. Has Moderna does such a controlled study?

 6        A. To try to develop this into an actual

 7    analytical technique that could be used for

 8    decision-making?

 9        Q. To assess the level of ████████████████

10    ████████████████████████████████████████████

11            MR. MCLENNAN:  Objection to form.

12        A. I'm sorry.  Can you please repeat the

13    question?

14        Q. Yeah.  Has Moderna done a controlled study

15    to assess ██████████████████████████████████████

16    ████████████████████████████

17            MR. MCLENNAN:  Objection to form.

18        A. I'm confused by ██████████████████    I'm

19    sorry.

20        Q. Has Moderna -- so you mentioned you'd have

21    to do a controlled study to understand how much

22    ████████████████████████████ Moderna observes in a

Page 39

1    particular process.

2        A. Yes, I would have to.

3        Q. Has that sort of study to assess how much

4    ████████████████████████ there is in a

5    particular process ever been done?

6        A. No.  Because there's no easy way to

7    validate a ██████████████████ for

8    decision-making.

9        Q. Why is there no easy way to validate a

10   ██████████████████ for decision-making?

11       A. You have a lot of the chicken or the egg

12   problem when you do ███████████ studies.

13       Q. What does that mean?

14       A. Since the system is so, I would say,

15   dynamic, because it's not a solid particle, it's

16   not like a polymeric particle, when you treat it

17   to ████████████████████████████, it's

18   very possible you're also changing it.

19       So it's difficult to turn that into an

20   actual nonresearch tool because of that.

21       Q. Okay.  Sitting here today, do you have any

22   sense of the ████████████████████ in the

Page 40

1  1273 product?

2       MR. MCLENNAN:  Objection to form, lacks

3  foundation.

4       A. No.  I'm sorry.  I do not.

5       Q. Do you believe that there is ▮▮▮▮▮▮▮▮▮▮

6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in, for

7  example, the 1273 product?

8       MR. MCLENNAN:  Objection to form, lacks

9  foundation, outside the scope to the extent it's

10  not limited to lipid content.

11      A. Again, I'd have to go back to my previous

12  answer.  I would have to do a study after

13  qualifying the method.

14      Q. So you don't know whether there's any

15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16  ▮▮▮▮▮▮▮  of the 1273 product?

17      MR. MCLENNAN:  Objection to form, lacks

18  foundation, outside the scope.

19      A. If you're referring to the commercial

20  vaccine, then no.

21      Q. Just generally speaking, do you know

22  whether there is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5/8/2024    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.    Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 41

1    ███████████████  generally?

2        MR. MCLENNAN:  Objection to form, lacks

3    foundation, outside the scope.

4        A. Could you repeat the question?  I didn't

5    see what type of ███████████ you said.

6        Q. ████████████████████████

7        MR. MCLENNAN:  Objection to form.

8        MR. MAHAFFY:  Sorry.  I'm not done with my

9    question.

10       Q. Just generally speaking, do you think

11   there is ████████████████████████████████

12   ██████████████

13       MR. MCLENNAN:  Objection to form.

14       A. Again, I don't know what -- I would have

15   to look at data.  I'd also have to have

16   statistics.  I would actually have to have a study

17   to make solid conclusions.

18       Q. Did you look at any such studies to

19   prepare to testify about this topic?

20       MR. MCLENNAN:  Objection to form.

21       A. I looked at studies but not the type of

22   study that we're talking about now.

5/8/2024    Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.    Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 42

1    Q. Did you look at any studies where █████

2    ████████████████████████████████████████████

3    ████████

4        MR. MCLENNAN:  Objection to form.

5    A. Yes.  Where we've assayed it, but we

6    didn't make solid conclusions comparing anything.

7    Q. And when you assayed it, did you see

8    ██████████████████████████████████████████?

9        MR. MCLENNAN:  Objection to form, lacks

10   foundation.

11   A. It depends what you consider the

12   analytical variation.  And again, I would have to

13   look at something specific.

14   Q. So do you think that -- just sitting here

15   today, do you think that it's possible that in an

16   ████████████████████████████████████████████

17   █████████████████████████████████?

18       MR. MCLENNAN:  Objection to form, lacks

19   foundation, incomplete hypothetical,

20   mischaracterizes testimony.

21   A. Again, I would be guessing.  It's a

22   complicated experiment, and you can't just do it

5/8/2024                Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.        Joseph Alan Schariter II 30(b)(6)
Highly Confidential - Outside Counsel's Eyes Only

Page 246

1   COMMONWEALTH OF MASSACHUSETTS

2   SUFFOLK, SS.

3

4       I, Michelle Keegan, Registered Merit Reporter

5   and Notary Public in and for the Commonwealth of

6   Massachusetts, do hereby certify that JOSEPH ALAN

7   SCHARITER II, the witness whose deposition is

    hereinbefore set forth, was duly sworn by me and

8   that such deposition is a true record, to the best

    of my ability, of the testimony given by the

9   witness.

10      I further certify that I am neither related to

11  or employed by any of the parties in or counsel to

12  this action, nor am I financially interested in

13  the outcome of this action.

14      In witness whereof, I have hereunto set my hand

15  and seal this 12th day of May, 2024.

16

17

18

19

20                      Notary Public

21                      My commission expires:

22                      May 15, 2026