**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) | |
| Defendants. | ) ) | C.A. No. 22-252-JDW |
| MODERNA, INC. and MODERNATX, INC., | ) ) | |
| Counterclaim-Plaintiffs, | ) ) | REDACTED - PUBLIC VERSION |
| v. | ) ) | |
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Counterclaim-Defendants. | ) ) | |

**EXHIBITS 31, 33, AND 36-38 TO DECLARATION OF YAN-XIN LI IN SUPPORT OF
MODERNA'S OPPOSITION TO
PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY**

I, Yan-Xin Li, hereby declare and state as follows:

1. I am over the age of eighteen and, if called as a witness, could competently testify to the matters set forth herein.

2. I am an attorney at Kirkland & Ellis LLP, and counsel to Defendants and Counterclaim-Plaintiffs Moderna, Inc. and ModernaTX, Inc. ("Moderna") in this matter.

3. I make this declaration in support of Moderna's Opposition to Plaintiffs' *Daubert* Motion to Exclude Expert Testimony.

4. Attached as Exhibit 31 is a true and correct copy of Exhibit 4 (including Exhibit 4-A) to the February 14, 2025 Rebuttal Expert Report of Christopher A. Vellturo, Ph.D.

1

5.  Attached as Exhibit 33 is a true and correct copy of excerpts from a Genevant Sciences GmbH license agreement with beginning bates production number GENV-00022307.

6.  Attached as Exhibit 36 is a true and correct copy of Exhibit 10 to the February 14, 2025 Rebuttal Expert Report of Christopher A. Vellturo, Ph.D.

7.  Attached as Exhibit 37 is a true and correct copy of excerpts from a Genevant Sciences GmbH license agreement with beginning bates production number GENV-00022689.

8.  Attached as Exhibit 38 is a true and correct copy of excerpts from the November 25, 2024 Expert Report of Catharine M. Lawton.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in San Francisco, California, this 21st day of November 2025.

*/s/ Yan-Xin Li*
Yan-Xin Li

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 16, 2025, upon the following in the manner indicated:

John W. Shaw, Esquire                                    *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs Arbutus Biopharma*
*Corporation and Genevant Sciences GmbH*

Daralyn J. Durie, Esquire                                *VIA ELECTRONIC MAIL*
Adam R. Brausa, Esquire
Eric C. Wiener, Esquire
Annie A. Lee, Esquire
Shaelyn K. Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

Kira A. Davis, Esquire                                   *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

David N. Tan, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma*
*Corporation*

*VIA ELECTRONIC MAIL*

David I. Berl, Esquire
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Shaun P. Mahaffy, Esquire
Andrew L. Hoffman, Esquire
Matthew W. Lachman, Esquire
Ricardo Leyva, Esquire
Arthur J. Argall III, Esquire
Falicia Elenberg, Esquire
Kathryn Larkin, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

*VIA ELECTRONIC MAIL*

Andrei Iancu, Esquire
Jeffrey B. Wall, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
*Attorneys for Plaintiff Genevant Sciences GmbH*

*VIA ELECTRONIC MAIL*

*/s/ Travis J. Murray*

Travis J. Murray (#6882)

2