# EXHIBIT 31

**Exhibit 4**
**Plaintiff Agreements Summary[1]**

| | Licensor | Licensee | Date | Agreement Title | Includes Rights to Patents-in-Suit | Territory | License/Agreement Type | Payments[2] | Amendments & Related Documents |
|---|---|---|---|---|---|---|---|---|---|
| [1] | ██████ | Lipex | 2/1/93 | Research Agreement | No | ███ | • Option for an exclusive license | ███████ | |
| [2] | Inex | Protiva | 1/18/01 | Consent of the University of British Columbia to Inex - Protiva Sublicense Agreement | No | ███ | • Sublicense with commercial rights | N/A | |
| [3] | Protiva (Arbutus)/ ██████ and ██ | Protiva (Arbutus)/ ██████ | 10/9/07 | Settlement Agreement | No | ███ | • Non-exclusive license with commercial rights | ███████ | |
| [4] | ██████ | ██████ | ███ | ██████ | █ | ███ | ██████ | ██████ | |
| [5] | Tekmira/ Protiva/ Alnylam/ AlCana | Tekmira/ Protiva/ Alnylam/ AlCana | 11/12/12 | Settlement Agreement and General Release | N/A | N/A | N/A | N/A | |
| [6] | Tekmira (Arbutus)/ Protiva/ Alnylam | Tekmira (Arbutus)/ Protiva/ Alnylam | 11/12/12 | Cross-License Agreement | Yes | ███ | • Cross-license between parties granting commercial rights as a result of a settlement agreement | ██████ | |
| [7] | ██████ | ██████ | ████ | ██████ | █ | ███ | ██████ | ███ | |

**Exhibit 4**
**Plaintiff Agreements Summary[1]**

| | Licensor | Licensee | Date | Agreement Title | Includes Rights to Patents-in-Suit | Territory | License/Agreement Type | Payments[2] | Amendments & Related Documents |
|---|---|---|---|---|---|---|---|---|---|
| [8] | Protiva/Protiva Agricultural Development Company /Tekmira/ ▮▮▮ | Protiva/Protiva Agricultural Development Company/ Tekmira/ ▮▮▮ | 1/12/14 | Option Agreement | No | N/A | • Option to convey capital stock or intellectual property | ▮▮▮ | • GENV-00716971: First Amendment<br>• GENV-00716716: First Amendment to Protiva-Monsanto Services Agreement<br>• Amended and Restated License and Services Agreement for LNP use in the field of agriculture between Protiva Agricultural Development Company-Protiva and Monsanto |
| [9] | Protiva/ Tekmira | Protiva Agricultural Development Company Inc (PadCo) | 1/12/14 | License and Services Agreement | Yes | ▮▮▮ | • Exclusive license granting commercial rights for Protiva's wholly-owned subsidiary, PadCo | ▮▮▮ | |
| [10] | Protiva/ Tekmira | ▮▮▮ | 11/16/14 | License Agreement | Yes | ▮▮▮ | • Exclusive license granting commercial rights | ▮▮▮ | • Terminated in 2016 |
| [11] | Protiva/ Arbutus | Alexion | 3/16/17 | License Agreement | Yes | ▮▮▮ | • Exclusive license granting commercial rights | • Upfront fee ▮▮▮ | • Terminated in 2017 |
| [12] | Arbutus/ Protiva | Gritstone | 10/16/17 | License Agreement | Yes | ▮▮▮ | • Exclusive license granting commercial rights | ▮▮▮ | |
| [13] | Genevant/ Arbutus | Genevant/ Arbutus | 4/11/18 | Cross License Agreement | Yes | ▮▮▮ | Arbutus to Genevant:<br>• Exclusive license to develop and commercialize products<br>Genevant to Arbutus:<br>• Exclusive license to develop and commercialize products<br><br>Related to agreement whereby Arbutus and Roivant jointly contributed to found Genevant | ▮▮▮ | • GENV-00021659: First Amendment<br>• GENV-00021663: Second Amendment<br>• GENV-00021671: Third Amendment<br>• GENV-00021677: Annex A |
| [14] | Genevant/ Arbutus/ Roivant | Genevant/ Arbutus/ Roivant | 4/11/18 | Master Contribution and Share Subscription Agreement | No | N/A | Agreement whereby Arbutus and Roivant jointly contribute to found Genevant<br><br>Arbutus to Genevant:<br>• Contribution of LNP Assets, shares of Genevant Sciences Corporation<br>Genevant to Arbutus:<br>• Contribution of equity<br>Roivant to Genevant:<br>• Assignment of employment contract<br>Genevant to Roivant:<br>• Contribution of equity | N/A | • GENV-00022030: Contribution and Assignment and Assumption Agreement |

**Exhibit 4**
**Plaintiff Agreements Summary[1]**

| | Licensor | Licensee | Date | Agreement Title | Includes Rights to Patents-in-Suit | Territory | License/Agreement Type | Payments[2] | Amendments & Related Documents |
|---|---|---|---|---|---|---|---|---|---|
| [15] | Genevant | BioNTech | 7/4/18 | License and Co-Development Agreement | Yes | ▮ | Cross-license between parties granting each party co-exclusive rights to co-develop and commercialize co-development products<br><br>Genevant to BioNTech:<br>• Exclusive license to develop and commercialize products<br>• Co-exclusive license to co-develop and commercialize co-development products<br>BioNTech to Genevant:<br>• Co-exclusive license to co-develop and commercialize co-development products | ▮ | |
| [16] | Arbutus/ OCM IP Healthcare | Arbutus/ OCM IP Healthcare | 7/2/19 | Purchase and Sale Agreement | N/A | ▮ | • Sale of Arbutus's royalty rights to Alnylam's Onpattro product | ▮ | • ABUS-00000517: Counterparty Instruction<br>• ABUS-00000548: Bill of Sale |
| [17] | Genevant/ Roivant | Genevant/ Roivant | 3/27/20 | Intellectual Property Security Agreement | No | N/A, agreement subject to laws of New York State | • Grant of security interest in intellectual property | ▮ | |
| [18] | Genevant | Providence | 5/11/20 | License and Development Agreement | Yes | ▮ | • Exclusive license granting commercial rights with option for Genevant to convert the license to non-exclusive | ▮ | • GENV-00022422: First Amendment<br>• GENV-00022299: Second Amendment<br>• GENV-00022303: Third Amendment<br>• GENV-00022305: Fourth Amendment<br>• GENV-00022419: Fifth Amendment<br>• GENV-00022417: Letter Amending License and Development Agreement<br>• GENV-00022418: Letter Amending License and Development Agreement |
| [19] | Genevant Sciences GmbH | Genevant Sciences Corporation | 7/1/20 | Assignment and Assumption Agreement | No | N/A | • Transfer of product support obligations and payment rights | N/A | |
| [20] | Genevant | Sarepta | 10/12/20 | Research Collaboration and Option Agreement | Yes | ▮ | • Non-exclusive research license<br>• Option to negotiate exclusive commercial license | ▮ | |
| [21] | Genevant | Takeda | 10/15/20 | Evaluation and Option Agreement | Yes | ▮ | • Non-exclusive research license<br>• Option to negotiate collaboration agreement | ▮ | |
| [22] | BioNTech RNA | BioNTech SE | 10/19/20 | Transfer of Sponsorship of the BNT151-01 Trial and BNT152-01C Trial | N/A | N/A | • Transfer of sponsorship of clinical trials | N/A | |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 4**
**Plaintiff Agreements Summary[1]**

| | Licensor | Licensee | Date | Agreement Title | Includes Rights to Patents-in-Suit | Territory | License/Agreement Type | Payments[2] | Amendments & Related Documents |
|---|---|---|---|---|---|---|---|---|---|
| [23] | Genevant | ▮ | 10/19/20 | Nonexclusive License and Services Agreement | Yes | ▮ | • Non-exclusive license to conduct clinical trial | ▮ | |
| [24] | Genevant | Chulalongkorn University | 10/20/20 | Nonexclusive License and Support Agreement | No | ▮ | • Non-exclusive license granting commercial rights | ▮ | • GENV-00023664: First Amendment<br>• GENV-00023670: Second Amendment<br>• GENV-00023678: Third Amendment |
| [25] | Genevant | Gritstone | 10/20/20 | Option and License and Development Agreement | Yes | ▮ | • Exclusive license granting commercial rights<br>• Option to expand license to additional fields | ▮ | • GENV-00022584: First Amendment |
| [26] | Genevant | Gritstone | 1/15/21 | Nonexclusive License and Development Agreement | Yes | ▮ | • Non-exclusive license granting commercial rights | ▮ | • GENV-00022686: First Amendment |
| [27] | Genevant | Takeda | 3/9/21 | Collaboration Agreement | Yes | ▮ | • Exclusive license granting commercial rights<br>• Option to expand license to additional fields | ▮ | • GENV-00022919: Gatekeeper Agreement |
| [28] | Genevant | ST Pharm | 4/8/21 | Nonexclusive License and Support Agreement | No | ▮ | • Non-exclusive license granting commercial rights | ▮ ) | |
| [29] | Genevant | Bluebird | 8/2/21 | Research and Option Agreement | Yes | ▮ | • Non-exclusive research license<br>• Option to negotiate Collaboration Agreement | ▮ | • GENV-00023068: Notice to Extend Option Deadline<br>• GENV-00023066: Letter Regarding Research and Option Agreement |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 4**
**Plaintiff Agreements Summary[1]**

| | Licensor | Licensee | Date | Agreement Title | Includes Rights to Patents-in-Suit | Territory | License/Agreement Type | Payments[2] | Amendments & Related Documents |
|---|---|---|---|---|---|---|---|---|---|
| [30] | Genevant | Takeda | 8/12/21 | Collaboration and License Agreement | Yes | ■ | • Exclusive license granting commercial rights<br>• Option to expand license to additional fields | ■ | • GENV-00023216: Notice of Termination |
| [31] | Genevant | 76Bio | 2/9/22 | Evaluation and Option Agreement | Yes | ■ | • Non-exclusive research license<br>• Option to negotiate for a commercial license | ■ | • GENV-00023244: First Amendment<br>• GENV-00023253: Second Amendment<br>• GENV-00023264: Third Amendment<br>• GENV-00023266: Fourth Amendment |
| [32] | Genevant | ■ | 2/18/22 | Nonexclusive License and Collaboration Agreement | No | ■ | • Non-exclusive license granting commercial rights | ■ | |
| [33] | Genevant | Korro Bio | 3/2/23 | Collaboration and License Agreement | Yes | ■ | • Non-exclusive license granting commercial rights | ■ | |
| [34] | Genevant | Gritstone Bio | 8/10/23 | Option and Nonexclusive License Agreement | Yes | ■ | • Non-exclusive research license granting Gritstone rights to conduct research activities<br>• Option for non-exclusive licenses granting commercial rights | ■ | |
| [35] | Genevant | Novo Nordisk | 11/1/23 | Collaboration and Nonexclusive License Agreement | Yes | ■ | • Non-exclusive license granting commercial rights | ■ | |
| [36] | Genevant | Tome Biosciences | 1/12/24 | Collaboration and Nonexclusive License Agreement | Yes | ■ | • Non-exclusive license granting commercial rights | ■ | |
| [37] | Genevant | Repair | 9/23/24 | Collaboration and Nonexclusive License Agreement | Yes | ■ | • Non-exclusive license granting commercial rights | ■ | |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 4**
**Plaintiff Agreements Summary[1]**

| | Licensor | Licensee | Date | Agreement Title | Includes Rights to Patents-in-Suit | Territory | License/Agreement Type | Payments[2] | Amendments & Related Documents |
|---|---|---|---|---|---|---|---|---|---|
| [38] | Genevant | Editas | 10/21/24 | Collaboration and Nonexclusive License Agreement | Yes | ▉ | • Non-exclusive license granting commercial rights | ▉ | |
| [39] | Genevant | Epitopea | 12/12/24 | Collaboration and Nonexclusive License Agreement | Yes | ▉ | • Non-exclusive license granting commercial rights | ▉ | |

**Notes:**

1. This list of Plaintiff agreements combines agreements deemed relevant by Plaintiffs and Moderna in their Interrogatory Responses. Specifically, I compile the agreements based on Plaintiff Genevant Sciences GmbH's Fifth Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s First Set of Interrogatories (Nos. 3, 5), Plaintiff Arbutus Biopharma Corporation's Corrected and Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTX, Inc.'s First Set of Interrogatories (Nos. 3 & 7), and Defendants' Fourteenth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) as well as Lawton Report, Schedules 6.2(a) and 6.2(b).

2. I summarize each agreement's general payment terms for payments provided in consideration of the agreement. I do not include reimbursement payments.

**Sources:**
[1]: GENV-00832872
[2]: GENV-00832913
[3]: GENV-00040097
[4]: GENV-00832228
[5]: ABUS-00000001
[6]: GENV-00062905
[8]: GENV-00716720
[9]: GENV-00716927; Plaintiff Arbutus Biopharma Corporation's Corrected and Supplemental Responses and Objections To Defendants Moderna, Inc. and ModernaTX, Inc.'s First Set Of Interrogatories (Nos. 3 & 7)
[10]: GENV-00716974
[11]: GENV-00716638; https://www.sec.gov/Archives/edgar/data/1447028/000162828017002760/exhibit1064_dicernatermina.htm
[12]: GENV-00023476; https://investor.arbutusbio.com/news-releases/news-release-details/arbutus-announces-conclusion-lnp-license-agreement-alexion
[13]: GENV-00021469
[14]: GENV-00021679
[15]: GENV-00022037
[16]: ABUS-00000052
[17]: GENV-00023685
[18]: GENV-00022307
[19]: GENV-00022300
[20]: GENV-00022423
[21]: GENV-00468778
[22]: GENV-00022297
[23]: GENV-00022525
[24]: GENV-00023616
[25]: GENV-00022587
[26]: GENV-00022689
[27]: GENV-00022793
[28]: GENV-00022924
[29]: GENV-00022977
[30]: GENV-00023069
[31]: GENV-00023217
[32]: GENV-00023278
[33]: GENV-00023337
[34]: GENV-00062423
[35]: GENV-00072282
[36]: GENV-00832976
[37]: GENV-00961576
[38]: GENV-00961439
[39]: GENV-01077683

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

quantitative economic solutions, LLC

**Exhibit 4-A**
**Genevant Out-Licensing Revenues by Agreement**
**August 2020 – Q4 2024[1]**

*($ millions)*

| Agreement | Agreement Date | Q3 2020[1] | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024 | Q2 2024 | Q3 2024[1] | Q4 2024[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] BioNTech | 7/4/18 | | | | | | | | | | | | | | | | | | | |
| [2] Providence | 5/11/20 | | | | | | | | | | | | | | | | | | | |
| [3] Sarepta | 10/12/20 | | | | | | | | | | | | | | | | | | | |
| [4] Takeda | 10/15/20 | | | | | | | | | | | | | | | | | | | |
| [5] ▮ | 10/19/20 | | | | | | | | | | | | | | | | | | | |
| [6] Chulalongkorn University | 10/20/20 | | | | | | | | | | | | | | | | | | | |
| [7] 2020 Gritstone | 10/20/20 | | | | | | | | | | | | | | | | | | | |
| [8] 2021 Gritstone | 1/15/21 | | | | | | | | | | | | | | | | | | | |
| [9] March 2021 Takeda | 3/9/21 | | | | | | | | | | | | | | | | | | | |
| [10] ST Pharm | 4/8/21 | | | | | | | | | | | | | | | | | | | |
| [11] Bluebird Bio (Novo Nordisk) | 8/2/21 | | | | | | | | | | | | | | | | | | | |
| [12] August 2021 Takeda | 8/12/21 | | | | | | | | | | | | | | | | | | | |
| [13] ▮ | 2/18/22 | | | | | | | | | | | | | | | | | | | |
| [14] Korro | 3/2/23 | | | | | | | | | | | | | | | | | | | |
| [15] Gritstone | 8/10/23 | | | | | | | | | | | | | | | | | | | |
| [16] Novo Nordisk | 11/1/23 | | | | | | | | | | | | | | | | | | | |
| [17] Tome | 1/12/24 | | | | | | | | | | | | | | | | | | | |
| [18] Repair[2] | 9/23/24 | | | | | | | | | | | | | | | | | | | |
| [19] Editas[2] | 10/21/24 | | | | | | | | | | | | | | | | | | | |
| [20] Epitopea[2] | 12/12/24 | | | | | | | | | | | | | | | | | | | |
| [21] **Total[3]** | | | | | | | | | | | | | | | | | | | | $68.99 |

**Notes:**

1. The most recent Genevant document that Genevant President, Pete Zorn, testified to be an accurate summary of Genevant's out-license revenue (GENV-00961337) runs from August 2020 through May 2024, *see* Zorn Deposition, pp. 198-205, *see also,* "Plaintiff Genevant Sciences GmbH's Tenth Supplemental Responses and Objections to Defendants Moderna, Inc. and ModernaTx, Inc.'s First Set of Interrogatories (no. 5)," p. 30, citing GENV-00062535 (Zorn Deposition, Exhibit 25), and Mr. Zorn testified GENV-00961337 to be an updated version of GENV-00062535. Thus, Q3 2020 is a partial calendar quarter comprised of August through September 2020. I extend this summary by adding in the initial payments from the three agreements Genevant has signed since May 2024: the Repair agreement, the Editas agreement, and the Epitopea agreement. Data regarding any additional out-license payments (e.g., milestone payments) received by Genevant since May 2024 are not available.

2. I include the "Initial Payment" amounts defined by the terms of the Repair agreement, the Editas agreement, and the Epitopea agreement and assign those amounts to the calendar quarter in which the agreements were signed.

3. I note that not all of the agreements presented granted rights to the Patents-in-Suit, *see* Vellturo Report, Section III.C.1, Exhibit 4. Namely, the Chulalongkorn University agreement, the ST Pharm agreement, and the ▮ agreement do not grant rights to the Patents-in-Suit, *see* Vellturo Report, Section III.C.1, Exhibit 4. Thus, Genevant's out-licensing revenues from agreements that granted rights to the Patents-in-Suit total ▮▮▮▮▮▮▮▮▮▮▮▮.

**Sources:**

[1]-[17]: GENV-00961337, sheet "Summary"
[18]: GENV-00961576 at 581, 583, 596; Exhibit 6
[19]: GENV-00961439 at 445, 448, 462; Exhibit 6
[20]: GENV-01077683 at 688, 691, 704; Exhibit 6
[21] = SUM([1]:[20])

**HIGHLY CONFIDENTIAL– OUTSIDE COUNSEL EYES ONLY**

**q**uantitative **e**conomic **s**olutions, LLC