IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-252 (JDW) |
| MODERNA, INC. and MODERNATX, INC. | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING MODERNA'S UNOPPOSED MOTION TO SEAL**

Upon review of Moderna's Unopposed Motion to Seal, and for good cause shown, Moderna's Motion is GRANTED. The following *Daubert* briefs and exhibits containing Moderna's confidential information shall be redacted as indicated in Moderna's Brief in Support of its Unopposed Motion to Seal and the Declarations of Albert Thomas, Brian Doyle, Henry Hagen, and Paul Baranello.

- Plaintiffs' Opening *Daubert* Brief

- Plaintiffs' *Daubert* Opposition Brief

- Moderna's Opening *Daubert* Brief

- Moderna's *Daubert* Opposition Brief

- Moderna's *Daubert* Reply Brief

- Exhibit A (Opening Expert Report of Catharine Lawton)

- Exhibit B (Rebuttal Expert Report of Catharine Lawton)

- Exhibit C (Reply Expert Report of Catharine Lawton)

- Exhibit D (Catharine Lawton Deposition Transcript)

- Exhibit E (Opening Expert Report of Michael Mitchell)

- Exhibit F (Reply Expert Report of Michael Mitchell)

- Exhibit I (Rebuttal Expert Report of Owen Shea Fenton)

- Exhibit J (Rebuttal Expert Report of Robert Prud'homme)

- Exhibit O (Deposition Transcript of Joseph Alan Schariter II)

- Exhibit P (Deposition Transcript of Don Parsons)

- Exhibit U (Reply Expert Report of George Schuster)

- Exhibit 1 (Rebuttal Expert Report of Christopher Vellturo)

- Exhibit 2 (2017 Internal Moderna Email)

- Exhibit 5 (Reply Expert Report of Catharine Lawton)

- Exhibit 15 (Moderna Five-Year Plan)

- Exhibit 17 (May 15, 2020 Moderna Board Deck)

- Exhibit 20 (Deposition Transcript of Robert Prud'homme)

- Exhibit 21 (Rebuttal Expert Report of Robert Prud'homme

- Exhibit 22 (Opening Expert Report of Michael Mitchell

- Exhibit 24 (Comparability Report)

- Exhibit 25 (Drug Stability Report)

- Exhibit 26 (MRNA-GEN-00533651)

- Exhibit 30 (Reply Expert Report of Robert Prud'homme)

- Exhibit 38 (Opening Expert Report of Catharine Lawton)

- Exhibit W (Excerpt of Board Meeting – CEO Update)

- Exhibit X (Excerpt of Moderna July 10, 2020 Cost Proposal)

- Exhibit Z (May 15, 2020 Moderna Board of Directors Discussion)

- Exhibit AA (Opening Expert Report of Frederick Porter)

- Exhibit CC (Expert Report of James Malackowski from *ModernaTX, Inc. v. Pfizer Inc.,* Case 1:22-cv-11378 (D. Mass.))

- Exhibit DD (MRNA-GEN-01276328)

- Exhibit FF (MRNA-GEN-02644934)

- Exhibit HH (MRNA-GEN-00949251)

- Exhibit II (MRNA-GEN-00869095)

- Exhibit JJ (MRNA-GEN-00736476)

- Exhibit MM (Excerpt of Moderna October 30, 2015 Presentation)

- Exhibit 42 (Excerpt of Reply Expert Report of Dr. Mitchell)

- Exhibit RR (Excerpt of Sur-Reply Report of Dr. Prud'homme)


**SO ORDERED** this ___ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE

3