IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252 (JDW) ) |
| MODERNA, INC. and MODERNATX, INC. | ) ) ) |
| Defendants. | ) |

## D. DEL. LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. Local Rule 7.1.1, Delaware Counsel for the parties conferred regarding

Defendants' Motion to Seal and Plaintiffs do not oppose Defendants' Motion to Seal.

*/s/ Travis J. Murray*

Travis J. Murray (#6882)