# ATTACHMENT 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GUARDANT HEALTH, INC., )
)
    Plaintiff, )
)
    v. ) Civil Action No. 17-1616-LPS-CJB
)
FOUNDATION MEDICINE, INC., )
)
    Defendant. )
GUARDANT HEALTH, INC., )
)
    Plaintiff, )
)
    v. ) Civil Action No. 17-1623-LPS-CJB
)
PERSONAL GENOME DIAGNOSTICS, )
INC., )
)
    Defendant. )

## ORDER

At Wilmington this **16th day of June, 2020.**

WHEREAS, on January 23, 2020, the Court held a hearing regarding summary judgment and *Daubert* motions in these related cases, (Civil Action No. 17-1616-LPS-CJB, D.I. 390; Civil Action No. 17-1623-LPS-CJB, D.I. 530);

WHEREAS, during that hearing, counsel for the parties discussed with the Court certain confidential information relating to the operation of Defendant Personal Genome Diagnostics, Inc.'s ("PGDx") algorithms and source code;

WHEREAS, on February 20, 2020, PGDx moved to redact portions of the transcript from that hearing before it became publicly available ("Motion"), (Civil Action No. 17-1616-LPS-CJB, D.I. 395; Civil Action No. 17-1623-LPS-CJB, D.I. 534), in accordance with this Court's Policy on the Electronic Availability of Transcripts of Court Proceedings;

WHEREAS, Plaintiff Guardant Health, Inc. and Defendant Foundation Medicine, Inc. do

not oppose PGDx's Motion, (*id.* at 1);

WHEREAS, the proposed redactions are limited in scope, totaling approximately six pages of the 240-page transcript, (*id.*, exs. A-B);

WHEREAS, and considering the question as to this Motion only, the Court finds that good cause exists to believe that disclosure of those portions of the transcript would work a "clearly defined and serious injury" to Defendant, *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994) (internal quotation marks and citation omitted), in that the redactions are said to relate to certain confidential and proprietary information regarding PGDx that, if revealed to the public, would cause it competitive harm.

THEREFORE, it is HEREBY ORDERED that:

1. PGDx's unopposed Motion is GRANTED.

2. The electronic transcript from the January 23, 2020 hearing shall be sealed, and a redacted version of the transcript, containing the redactions delineated in Exhibit A of PGDx's Motion, shall be filed on the docket of this case by the Clerk of Court upon receipt from the court reporter.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

2