# ATTACHMENT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1227 (GBW) |
| | ) | |
| INTIHEALTH GER GMBH, | ) | |
| WOW TECH USA, LTD., | ) | |
| WOW TECH CANADA, LTD., and | ) | |
| NOVOLUTO GMBH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| NOVOLUTIO GMBH, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EIS, INC., EIS GMBH, | ) | |
| TRIPLE A IMPORT GMBH, | ) | |
| and TRIPLE A MARKETING GMBH, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |
| | ) | |

**ORDER**

At Wilmington, this 25th day of February, 2025;

On August 30, 2023, this Court filed a sealed Memorandum Order resolving several of the parties' *Daubert* motions (D.I. 625) ("the Order"). On September 6, 2023, the parties filed a Joint Motion to Seal and Redact the Order (D.I. 644) ("the Joint Motion"). The Joint Motion requests that the Court keep the Order under seal but docket a redacted version of the Order. (D.I. 644, Ex. C).

1

The public has a "common law right of access to judicial proceedings and records." *Littlejohn v. BIC Corp.*, 851 F.2d 673, 677 (3d Cir. 1988). The right of access is overcome, however, where "the material is the kind of information that courts will protect" and if "disclosure will work a clearly defined and serious injury to the party seeking closure." *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001) (internal quotation marks and citation omitted). "A well-settled exception to the right of access is the protection of a party's interest in confidential commercial information, such as a trade secret, where there is a sufficient threat of irreparable harm." *Pact XPP Schweiz AG v. Intel Corp.*, Case No. 1:19-cv-01006-JDW, 2022 U.S. Dist. LEXIS 255321, at *3 (D. Del. Aug. 4, 2022) (internal quotation marks and citations omitted). Here, the parties' proposed redactions are modest and pertain to confidential business information that is not publicly available. (D.I. 644 at 1). Thus, the parties have overcome the presumed right to public access.

THEREFORE, for the reasons set forth above, IT IS HEREBY ORDERED that:

1.    The Joint Motion (D.I. 644) is GRANTED;

2.    The Order (D.I. 625) shall remain under seal; and

3.    The Clerk of Court is directed to docket the redacted version of the Court's Order filed as Exhibit B to the Joint Motion (D.I. 644) as the redacted public version of the Order (D.I. 625).

_____
The Honorable Gregory B. Williams
United States District Judge

2