IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 22-252 (JDW) ) ) ) ) |

## JOINT REQUEST FOR ORAL ARGUMENT ON *DAUBERT* MOTIONS

Pursuant to D. Del. LR 7.1.4, the parties hereby jointly request oral argument on their *Daubert* motions (D.I. 655, 657). Briefing was completed on December 16, 2025.

Counsel are available should the Court have any questions.

| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (#3362) <br> Karen E. Keller (#4489) <br> Nathan R. Hoeschen (#6232) <br> Emily S. DiBenedetto (#6779) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> edibenedetto@shawkeller.com <br><br> *Attorney for Plaintiffs* | Brian P. Egan (#6227) <br> Travis J. Murray (#6882) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> began@morrisnichols.com <br> tmurray@morrisnichols.com <br><br> *Attorneys for Defendants* |

December 18, 2025