IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH,**<br><br>*Plaintiffs,*<br>v.<br><br>**MODERNA, INC. and MODERNATX, INC.,**<br><br>*Defendants.* | Case No. 1:22-cv-00252-JDW |

## ORDER

AND NOW, this 6th day of January, 2026, it is **ORDERED** as follows.

1. On January 23, 2026, when the Parties submit their proposed jury instructions, they shall do so with an electronic copy e-mailed in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "jury instructions" and the case caption in the subject line. They shall submit their proposed jury instructions as a joint submission, and for any instructions on which the Parties do not agree, Plaintiffs' proposal shall be in italics and Defendants' submission shall be in bold, with citations to the sources of law upon which each proposed instruction is based.

2. On or before February 24, 2026, the Parties shall submit to the Court a joint set of exhibits that the Parties intend to use at trial. The exhibits shall be submitted on a hard drive with each exhibit as a separate file. The Parties shall number all exhibits consecutively, without a prefix indicating the party proffering the exhibit (*i.e.,* "Ex. 1," "Ex.

2," etc.; not "P-1," P-2," and "D-1," D-2," etc.). The Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit. The exhibits must be accompanied by a table of contents.

3. The final pretrial conference is **RESCHEDULED** for March 3, 2026, at 10:00 a.m. in Chambers Room 12613, at United States District Court, 601 Market Street, Philadelphia, PA 19106.

4. All other deadlines set forth in Judge Goldberg's Order dated June 25, 2025, remain in effect.

                                               **BY THE COURT:**

                                               */s/ Joshua D. Wolson*
                                               **HON. JOSHUA D. WOLSON**
                                               **United States District Judge**