# APPENDIX A

**Appendix A – Plaintiffs' Deposition Designations Served January 6, 2026**

| | Witness Name[1] | Deposition Date | Case | Witness Type | Disclosed Under Rule 26 | Deposed in *Arbutus v. Moderna* |
|---|---|---|---|---|---|---|
| 1. | Al Thomas | 5-23-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 2. | Alison Griswold | 1-30-2025 | *Arbutus v. Moderna* | Fact – Declarant on Discovery Dispute | Not disclosed | N/A |
| 3. | Christoph Brackmann | 5-16-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 4. | Don Parsons | 6-7-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 5. | Hamilton Bennett | 5-20-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 6. | Hamilton Bennett | 7-12-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 7. | Huijuan Li | 6-11-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 8. | Jack Kramarczyk | 4-30-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 9. | JJ Schariter | 5-8-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 10. | Kerry Benenato | 5-17-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 11. | Kimberly Hassett | 4-26-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 12. | Marcus Boyer | 5-20-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 13. | Mike Smith | 5-14-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 14. | Orn Almarsson | 5-31-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 15. | Said Francis | 5-22-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 16. | Stephane Bancel | 6-28-2024 | *Arbutus v. Moderna* | Fact | Not disclosed | N/A |
| 17. | Stephen Hoge | 5-22-2024 | *Arbutus v. Moderna* | Fact | By Moderna | N/A |
| 18. | Sunny Himansu | 11-17-2023 | *Moderna v. Pfizer* | Fact | Not disclosed | No |
| 19. | Stephen Hoge | 12-1-2023 | *Moderna v. Pfizer* | Fact | By Moderna | Yes |
| 20. | Andrea Carfi | 12-8-2023 | *Moderna v. Pfizer* | Fact | Not disclosed | No |
| 21. | Said Francis | 12-11-2023 | *Moderna v. Pfizer* | Fact | By Moderna | Yes |
| 22. | Kerry Benenato | 12-15-2023 | *Moderna v. Pfizer* | Fact | By Moderna | Yes |
| 23. | Guillaume Stewart-Jones | 12-15-2023 | *Moderna v. Pfizer* | Fact | Not disclosed | No |
| 24. | Hamilton Bennett | 12-19-2023 | *Moderna v. Pfizer* | Fact | By Moderna | Yes |
| 25. | Giuseppi Ciaramella | 12-20-223 | *Moderna v. Pfizer* | Fact | Not disclosed | No |

---

[1] Plaintiffs indicated on January 15, 2026 that they are considering withdrawing or reducing the number of designations for two witnesses deposed in this case, one witness from the *Moderna v. Pfizer* case, and Professor Byrn, but have not informed Moderna of their final position.

1

**Appendix A – Plaintiffs' Deposition Designations Served January 6, 2026**

| | Witness Name[1] | Deposition Date | Case | Witness Type | Disclosed Under Rule 26 | Deposed in *Arbutus v. Moderna* |
|---|---|---|---|---|---|---|
| 26. | Antonin de Fougerolles | 12-20-2023 | *Moderna v. Pfizer* | Fact | Not disclosed | No |
| 27. | Tal Zaks | 1-5-2024 | *Moderna v. Pfizer* | Fact | Not disclosed | No |
| 28. | Kimberly Hassett | 1-12-2024 | *Moderna v. Pfizer* | Fact | By Moderna | Yes |
| 29. | Kimberly Hassett | 2-2-2024 | *Moderna v. Pfizer* | Fact | By Moderna | Yes |
| 30. | Thomas J. Anchordoquy | 3-24-2020 | *Moderna v. Arbutus* (IPR No. 2019-0055 re U.S. Patent No. 8,058,069) | Expert in IPR | No Rule 26 Report | No |
| 31. | Stephen Byrn | 1-30-2025 | *Arbutus v. Moderna* | Expert – Declarant on Discovery Dispute | No Rule 26 Report | Yes, related to Discovery Dispute Declaration |