IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARBUTUS BIOPHARMA CORPORATION )
and GENEVANT SCIENCES GmbH, )
                                                        )
                   Plaintiffs, )
                                                        )
        v. ) C.A. No. 22-252 (JDW)
                                                        )
MODERNA, INC. and MODERNATX, INC. )
                                                        )
                   Defendants. )
MODERNA, INC. and MODERNATX, INC., )
                                                        )
                   Counterclaim-Plaintiffs, )
                                                        )
        v. )
                                                        )
ARBUTUS BIOPHARMA CORPORATION )
and GENEVANT SCIENCES GmbH, )
                                                        )
                   Counterclaim-Defendants. )

**CERTIFICATION PURSUANT TO D. DEL. LOCAL RULE 7.1.1 AND SECTION II.C.1
OF THE COURT'S POLICIES AND PROCEDURES**

Pursuant to D. Del. Local Rule 7.1.1 and Section II.C.1 of the Court's Policies and

Procedures, I hereby certify that the parties have verbally met and conferred regarding the subject

of Moderna's Emergency Motion For A Protective Order. Counsel for the parties first conferred

by phone on January 11, 2026 with Delaware Counsel, and briefly discussed the topic again on a

meet-and-confer with Delaware Counsel on January 14, 2026. Counsel for the parties again

conferred by phone on this issue on January 15, 2026 as well as exchanging emails on the matter.

Plaintiffs indicated on January 15, 2026 that they are considering withdrawing or reducing the

number of designations for two witnesses deposed in this case, one witness from the *Moderna v.*

*Pfizer* case and Professor Byrn, but has not informed Moderna of their final position.  Despite

reasonable efforts to reach agreement or at least minimize the dispute, the parties have been unable to resolve the issue, particularly as to the depositions from the *Pfizer Case*.

/s/ Travis J. Murray

Travis J. Murray (#6882)