IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-252 (JDW)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING MODERNA'S MOTION FOR A PROTECTIVE ORDER LIMITING DEPOSITION DESIGNATIONS TO FACT WITNESS DEPOSITIONS TAKEN IN THIS PROCEEDING**

Upon review of Moderna's Motion for a Protective Order, and for good cause shown, Moderna's Motion is GRANTED.  Pursuant to Federal Rule of Civil Procedure Rule 32(a)(8), the parties' deposition designations for trial are limited to fact witness depositions taken in this proceeding.

**SO ORDERED** this ___ day of _____ 2026.

_____
UNITED STATES DISTRICT JUDGE