

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

January 16, 2026

**BY CM/ECF**
The Honorable Joshua D. Wolson
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 12613
601 Market Street, Philadelphia, PA 19106-1797

Re:    *Arbutus Biopharma Corporation, et. al. v. Moderna, Inc., et. al.* C.A. No. 22-252-MSG

Dear Judge Wolson:

We write in response to Moderna's Motion for a Protective Order (D.I. 686).  Although styled as a motion for a protective order, Moderna's submission has no connection to discovery, which closed months ago.  Instead, it seeks a ruling on the admissibility at trial of depositions produced in response to a motion to compel almost two years ago, the use of which was disclosed on Plaintiffs' witness list last November.  Plaintiffs likewise have objections to Moderna's proposed evidence, but have not invoked the Court's rules for discovery motions, which are not applicable, to jump the queue for adjudication.  The motion is a transparent end-run around the stipulated procedures for pretrial objections and *in limine* motions ordered by the Court.  D.I. 646.

To the extent the Court intends to consider the admissibility of these specific deposition designations in a separate process before any others, Plaintiffs request leave to file a responsive brief of no more than 5 pages, including to establish the admissibility of the depositions of Moderna's employees under Rule 801(d)(2), and the others under Rule 32(a)(8) and Rule 804(b)(1).

Respectfully submitted,

*Nathan R. Hoeschen*

Nathan R. Hoeschen (No. 6232)

cc:    Clerk of Court (bu CM/ECF)
       All counsel of Record (by CM/ECF & Email)