**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**MODERNA, INC. and MODERNATX, INC.,**<br><br>*Defendants.* | **Case No. 1:22-cv-00252-JDW** |

## ORDER

**AND NOW**, this 20th day of January, 2026, upon consideration of Defendants Moderna, Inc. And ModernaTX, Inc.'s Motion For Protective Order Under Court's Discovery Dispute Procedures Regarding Plaintiffs' Improper Deposition Designations (D.I. 686), I note as follows.

1.      Although styled as a "Motion For Protective Order," Moderna's Motion is substantively a motion *in limine*. Indeed, it seemingly has no connection to discovery in this case, which closed months ago, and instead seeks a ruling on the admissibility at trial of certain deposition designations.

2.      I issued an order on November 12, 2025, setting out the procedures for pretrial objections and motions *in limine*. Pursuant to that Order, the Parties still have weeks to exchange and subsequently submit their deposition designations and

outstanding objections, and the briefing on their motions *in limine* is not scheduled to be completed until next month.

3.    As a practical matter, Moderna's Motion asks me to drop everything I am doing, in this case and others, and address an issue that Moderna should raise as an issue *in limine*. I will not do so.

Therefore, Defendants Moderna, Inc. And ModernaTX, Inc.'s Motion For Protective Order Under Court's Discovery Dispute Procedures Regarding Plaintiffs' Improper Deposition Designations (D.I. 686) is **DENIED WITHOUT PREJUDICE** to Moderna raising the issues when it files its *in limine* motions.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.