# EXHIBIT 1

# EXHIBIT 1

## JOINT STATEMENT OF UNCONTESTED FACTS

Pursuant to D. Del. L.R. 16.3(c)(3), the following facts are undisputed or have been agreed to or stipulated to by the parties and require no proof.

## I. PARTIES

### A. Arbutus

1. Plaintiff Arbutus Biopharma Corporation is a corporation organized and existing under the laws of British Columbia, Canada, with its principal place of business at 701 Veterans Circle, Warminster, Pennsylvania, 18974.

### B. Genevant

2. Plaintiff Genevant Sciences GmbH is a company organized and existing under the laws of Switzerland, with its principal place of business at Viaduktstrasse 8, 4051 Basel, Switzerland.

### C. Moderna

3. Defendant Moderna, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 200 Technology Square, Cambridge, Massachusetts, 02139.

4. Defendant ModernaTX, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 200 Technology Square, Cambridge, Massachusetts, 02139.

5. ModernaTX, Inc. is a wholly owned subsidiary of Moderna, Inc.

## II.  THE ACCUSED PRODUCTS

6.  The products accused by Plaintiffs of infringement in this case are Moderna's mRNA-1273 COVID-19 mRNA LNP vaccine product and Moderna's supplemental and booster COVID-19 mRNA LNP vaccine products.

7.  Moderna received Emergency Use Authorization ("EUA") from the United States Food and Drug Administration ("FDA") for its mRNA-1273 COVID-19 mRNA LNP vaccine product on December 18, 2020.

8.  The FDA approved Moderna's Biologics License Application ("BLA") for its mRNA-1273 COVID-19 mRNA LNP vaccine product on January 31, 2022.

## III.  ASSERTED PATENTS AND CLAIMS

9.  All of the Asserted Patents in this litigation are assigned to and owned by Arbutus.

### A.  The '651 Patent

10.  U.S. Patent No. 9,504,651 ("the '651 patent"), titled "Lipid Compositions for Nucleic Acid Delivery," issued on November 29, 2016, and is assigned to Arbutus Biopharma Corporation.

11.  The inventors named on the '651 patent are Ian MacLachlan, Lloyd Jeffs, Lorne R. Palmer, and Cory Giesbrecht.

12.  The '651 patent issued from patent application no. 14/304,578 filed on June 13, 2014. The application that issued as the '651 patent is a continuation of an application (No. 13/684,066) filed on November 21, 2012.  That application, in turn, is a continuation of an application (No. 12/965,555) filed on December 10, 2010, which is a divisional application of an application (No. 10/611,274) filed on June 30, 2003, which claims priority to application No. 60/392,887 filed on June 28, 2002.

13.  The '651 patent expired on June 30, 2023.

14. Plaintiffs presently assert claims 7, 9, 11, 13, and 14, of the '651 Patent.

15. Claim 1 of the '651 patent recites:

> A lipid vesicle formulation comprising:
>  (a) a plurality of lipid vesicles, wherein each lipid vesicle comprises:
>   a cationic lipid;
>   an amphipathic lipid; and
>   a polyethyleneglycol (PEG)-lipid; and
>  (b) messenger RNA (mRNA), wherein at least 70% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.

16. Claim 4 adds a further requirement to claim 1. It recites:

> The lipid vesicle formulation of claim 1, wherein each lipid vesicle further contains a sterol.

17. Claim 6 adds a further requirement to claim 4. It recites:

> The lipid vesicle formulation of claim 4, wherein the sterol is cholesterol and the amphipathic lipid is a phospholipid.

18. Claim 7 adds a further requirement to claim 6. It recites:

> The lipid vesicle formulation of claim 6, wherein the phospholipid is selected from the group consisting of phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, di stearoylphosphatidylcholine, and dilinoleoylphosphatidylcholine.

19. Claim 9 adds a further requirement to claim 1. It recites:

> The lipid vesicle formulation of claim 1, wherein each lipid vesicle is a lipid-nucleic acid particle.

20. Claim 11 adds a further requirement to claim 1. It recites:

3

> The lipid vesicle formulation of claim 1, wherein the cationic lipid only carries a positive charge at below physiological pH.

21. Claim 13 adds a further requirement to claim 1. It recites:

> The lipid vesicle formulation of claim 1, wherein at least 80% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.

22. Claim 14 adds a further requirement to claim 1. It recites:

> The lipid vesicle formulation of claim 1, wherein about 90% of the mRNA in the formulation is fully encapsulated in the lipid vesicles.

### B. The '435 Patent, '359 Patent, and '378 Patent

23. U.S. Patent No. 9,364,435 ("the '435 Patent"), U.S. Patent No. 8,492,359 ("the '359 Patent") and U.S. Patent No. 11,141,378 ("the '378 Patent") share a specification and claim priority to the same application, as they are all part of the same patent family.

24. Each patent in the family is titled "Lipid Formulations for Nucleic Acid Delivery" and is assigned to Arbutus Biopharma Corporation.

25. The inventors named on the '435 Patent, the '359 Patent, and the '378 Patent are Edward Yaworski, Kieu Lam, Lloyd Jeffs, Lorne Palmer, and Ian MacLachlan.

26. The '359 patent (application No. 13/253,917) was filed on October 5, 2011, issued on July 23, 2013, and is a continuation from the application (No. 12/424,367) filed on April 15, 2009, that matured into the first patent in the family, U.S. Patent No. 8,058,069 ("the '069 patent"). The '069 patent in turn claimed priority to a provisional application (No. 61/045,228) filed on April 15, 2008. The '435 patent (application No. 14/462,441) was filed on August 18, 2014, issued on June 14, 2016, and is a continuation of an application (No. 13/928,309) that matured into U.S. Patent No. 8,822,668 ("the '668 patent"). The '378 patent (application No. 17/227,802) was filed on April 12, 2021, issued on October 12, 2021, and is a continuation of an application in a series

4

of five continuation applications (No. 17/094,724 filed on Nov 10, 2020; No. 16/422,441 filed on May 24, 2019; No. 15/840,933 filed on December 13, 2017; No. 15/670,742 filed on August 7, 2017; No. 15/164,803 filed on May 25, 2016) that continue back to the application that matured into the '435 patent.

27. Plaintiffs presently assert claims 7 and 12 of the '359 Patent, claims 7, 8, and 16 of the '435 Patent, and claims 2, 7, 13, 18, and 19 of the '378 Patent.

28. Claim 1 of the '359 patent recites:

> A nucleic acid-lipid particle comprising:
> (a) a nucleic acid;
> (b) a cationic lipid comprising from 50 mol % to 65 mol % of the total lipid present in the particle;
> (c) a non-cationic lipid comprising a mixture of a phospholipid and cholesterol or a derivative thereof, wherein the phospholipid comprises from 3 mol % to 15 mol % of the total lipid present in the particle and the cholesterol or derivative thereof comprises from 30 mol % to 40 mol % of the total lipid present in the particle; and
> (d) a conjugated lipid that inhibits aggregation of particles comprising from 0.5 mol % to 2 mol % of the total lipid present in the particle.

29. Claim 7 of the '359 patent adds a further requirement to claim 1. It recites:

> The nucleic acid-lipid particle of claim 1, wherein the cationic lipid comprises from 50 mol % to 60 mol % of the total lipid present in the particle.

30. Claim 12 of the '359 patent adds a further requirement to claim 1. It recites:

> The nucleic acid-lipid particle of claim 1, wherein the phospholipid comprises from 6 mol % to 12 mol % of the total lipid present in the particle.

31. Claim 1 of the '435 patent recites:

> A nucleic acid-lipid particle comprising:
> (a) a nucleic acid;
> (b) a cationic lipid comprising from 50 mol % to 85 mol % of the total lipid present in the particle;

5

    (c) a non-cationic lipid comprising from 13 mol % to 49.5 mol % of the total lipid present in the particle; and
    (d) a conjugated lipid that inhibits aggregation of particles comprising from 0.5 mol % to 2 mol % of the total lipid present in the particle.

32.  Claim 5 of the '435 patent adds a further requirement to claim 1. It recites:

   The nucleic acid-lipid particle of claim 1, wherein the non-cationic lipid comprises a mixture of a phospholipid and cholesterol or a derivative thereof.

33.  Claim 7 of the '435 patent adds a further requirement to claim 5. It recites:

   The nucleic acid-lipid particle of claim 5, wherein the phospholipid comprises from 3 mol% to 15 mol% of the total lipid present in the particle.

34.  Claim 8 of the '435 patent adds a further requirement to claim 5. It recites:

   The nucleic acid-lipid particle of claim 5, wherein the cholesterol or derivative thereof comprises from 30 mol % to 40 mol % of the total lipid present in the particle.

35.  Claim 16 of the '435 patent adds a further requirement to claim 1. It recites:

   A method for the in vitro delivery of a nucleic acid, the method comprising:
   administering to a mammalian subject a nucleic acid-lipid particle of claim 1.

36.  Claim 1 of the '378 patent recites:

A nucleic acid-lipid particle consisting essentially of:
  (a) an RNA;
  (b) a cationic lipid having a protonatable tertiary amine;
  (c) a mixture of a phospholipid and cholesterol of from 30 mol % to 55 mol % of the total lipid present in the particle, wherein the phospholipid consists of from 3 mol % to 15 mol % of the total lipid present in the particle; and
  (d) a polyethyleneglycol (PEG)-lipid conjugate consisting of from 0.1 mol % to 2 mol % of the total lipid present in the particle.

37.  Claim 2 of the '378 patent adds a further requirement to claim 1. It recites:

6

>   The nucleic acid-lipid particle of claim 1, wherein the cholesterol consists of from 25 mol % to 45 mol % of the total lipid present in the particle.

38. Claim 3 of the '378 patent adds a further requirement to claim 2. It recites:

>   The nucleic acid-lipid particle of claim 2, wherein the phospholipid is distearoylphosphatidylcholine (DSPC).

39. Claim 4 of the '378 patent adds a further requirement to claim 3. It recites:

>   The nucleic acid-lipid particle of claim 3, wherein the PEG has an average molecular weight of about 2,000 daltons.

40. Claim 5 of the '378 patent adds a further requirement to claim 4. It recites:

>   The nucleic acid-lipid particle of claim 4, wherein the PEG has a terminal methoxy group.

41. Claim 6 of the '378 patent adds a further requirement to claim 5. It recites:

>   The nucleic acid-lipid particle of claim 5, wherein the PEG-lipid conjugate is a PEG-diacylglycerol (PEG-DAG) conjugate having the same saturated acyl groups.

42. Claim 7 of the '378 patent adds a further requirement to claim 6. It recites:

>   The nucleic acid-lipid particle of claim 6, wherein the cholesterol consists of from 35 mol % to 45 mol % of the total lipid present in the particle.

43. Claim 12 of the '378 patent adds a further requirement to claim 1. It recites:

>   The nucleic acid-lipid particle of claim 1, wherein the RNA is an mRNA.

44. Claim 13 of the '378 patent adds a further requirement to claim 12. It recites:

>   The nucleic acid-lipid particle of claim 12, wherein the cholesterol consists of from 25 mol % to 45 mol % of the total lipid present in the particle.

45. Claim 14 of the '378 patent adds a further requirement to claim 13. It recites:

>   The nucleic acid-lipid particle of claim 13, wherein the phospholipid is DSPC.

7

46. Claim 15 of the '378 patent adds a further requirement to claim 14. It recites:

> The nucleic acid-lipid particle of claim 14, wherein the PEG has an average molecular weight of about 2,000 daltons.

47. Claim 16 of the '378 patent adds a further requirement to claim 15. It recites:

> The nucleic acid-lipid particle of claim 15, wherein the PEG has a terminal methoxy group.

48. Claim 17 of the '378 patent adds a further requirement to claim 16. It recites:

> The nucleic acid-lipid particle of claim 16, wherein the PEG-lipid conjugate is a PEG-DAG conjugate having the same saturated acyl groups.

49. Claim 18 of the '378 patent adds a further requirement to claim 17. It recites:

> The nucleic acid-lipid particle of claim 17, wherein the cholesterol consists of 35 mol % to 45 mol % of the total lipid present in the particle.

50. Claim 19 of the '378 patent recites:

> A pharmaceutical composition comprising a nucleic acid-lipid particle of claim 17 and a pharmaceutically acceptable carrier.

## IV. CLAIM CONSTRUCTION

51. On December 20, 2023, the parties submitted a Joint Claim Construction Brief to the Court. The parties identified three disputed claim terms found in the Asserted Patents: (1) "___mol % of the total lipid present in the particle" appearing in the '069 patent, Claims 1, 8, 15, 20, and 21; the '359 patent, Claims 1, 7, 9, 10, 11, 12, 13, 18, and 19; the '668 patent, Claims 1, 8, 10, and 15; the '435 patent, Claims 1, 4, 7, and 8; and the '378 patent, Claims 1, 2, 7, 13, 18, 24, and 25; (2) "a cationic lipid having a protonatable tertiary amine" appearing in the '378 patent, Claim 1; and (3) "wherein at least 70% /at least 80% /about 90% of the mRNA in the formulation

8

is fully encapsulated in the lipid vesicles"/"fully encapsulated" appearing in the '651 patent, Claims 1, 13, and 14.

52. The Court heard oral arguments on February 8, 2024, regarding the disputed constructions.

53. On April 3, 2024, the Court issued a Memorandum Opinion and Order construing the disputed terms as follows:

| Claim Term | Court's Construction |
|---|---|
| "___ mol % of the total lipid present in the particle" | "___ mol % of the total lipid present in the particle"<br><br>The recited "mol %" ranges are understood to encompass their standard variation based on the number of significant figures recited in the claim. |
| "a cationic lipid having a protonatable tertiary amine" | Plain and ordinary meaning, *i.e.*, a "cationic lipid having a protonatable tertiary amine." |
| "wherein at least 70% / at least 80% / about 90% of the mRNA in the formulation is fully encapsulated in the lipid vesicles" | "wherein at least 70% /at least 80% / about 90% of the mRNA in the formulation is fully, as distinct from partially, contained inside the lipid vesicles." |

## V. Plaintiffs' Other Patents

54. U.S. Patent No. 6,734,171 is assigned to Arbutus Biopharma Corporation.

55. U.S. Patent No. 6,734,171 was filed on October 9, 1998 and would have expired by October 9, 2018.

56. U.S. Patent No. 6,841,537 lists Ian MacLachlan as a named inventor and is assigned to Arbutus Biopharma Corporation.

57. U.S. Patent No. 6,841,537 expired on April 21, 2019.