# EXHIBIT 5P

**EXHIBIT 5P**

**PLAINTIFFS' WITNESS LIST**

Pursuant to D. Del. L.R. 16.3(c)(7), Plaintiffs hereby submit their list of witnesses they will or may call to testify at trial live or by deposition, without prejudice to the right to remove or add any witness. Plaintiffs reserve the right to call any rebuttal witness not identified on their list, as may be necessary. If a witness designated as appearing live is unable to appear, Plaintiffs reserve the right to designate deposition testimony for such witness.

Plaintiffs reserve the right to supplement, amend, or modify their witness list prior to or during trial based on case developments and/or in light of any order regarding the scope of the trial. Plaintiffs include in this witness list individuals who may be listed on Defendants' witness list, and otherwise reserve the right to call any witness that appears on Defendants' witness list, without waiving any right to object to Defendants' presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any such testimony. If Defendants challenge the authenticity of any documents, articles, or things presented by Plaintiffs at trial, Plaintiffs reserve the right to call additional witnesses as may be required solely for document authentication. Plaintiffs reserve the right to call additional witnesses for rebuttal or impeachment purposes based on the testimony offered by Moderna at trial. Plaintiffs also reserve the right to substitute witnesses should one of the individuals listed in this disclosure not be available at the time of trial. The inclusion of a witness on this list does not require Plaintiffs to call that witness to testify.

Subject to, and without waiving the foregoing rights and objections, at this time Plaintiffs identify the following preliminary list of trial witnesses they may call to testify before the jury:

## I. WILL-CALL WITNESSES

### A. Fact Witnesses

Plaintiffs expect to call the following fact witnesses at trial as designated below:

1. Ian MacLachlan (Live)
2. Mark Murray (Live)
3. Ed Yaworski (Live)

### B. Expert Witnesses

Plaintiffs expect to call the following expert witnesses at trial as designated below:

1. Catharine Lawton (Live)
2. Niren Murthy (Live)
3. Michael Mitchell (Live)
4. Frederick Porter (Live)
5. Georg Schuster (Live)

## II. MAY-CALL WITNESSES

### A. Fact Witnesses

Plaintiffs may call the following fact witnesses at trial as designated below:

1. Orn Almarsson (Live or Deposition)
2. Stéphane Bancel (Live or Deposition)
3. Kerry Benenato (Live or Deposition)
4. Hamilton Bennett (Live or Deposition)
5. Steven Bossone (Live or Deposition)
6. Marcus Boyer (Live or Deposition)
7. Christoph Brackmann (Live or Deposition)
8. Andrea Carfi (Live or Deposition)

2

9. Giuseppe Ciaramella (Live or Deposition)

10. Antonio de Fougerolles (Live or Deposition)

11. Said Francis (Live or Deposition)

12. Kimberly Hassett (Live or Deposition)

13. James Heyes (Live)

14. Stephen Hoge (Live or Deposition)

15. Sunny Himansu (Live or Deposition)

16. Robert Johnson (Live or Deposition)

17. Adam Judge (Live)

18. John Kramarcyk (Live or Deposition)

19. Kieu Lam (Live)

20. Huijuan Li (Live or Deposition)

21. Peter Lutwyche (Live)

22. Don Parsons (Live or Deposition)

23. Jeanne Santoli (Live or Deposition)

24. Joseph Schariter (Live or Deposition)

25. Michael Smith (Live or Deposition)

26. Guillaume Stewart-Jones (Live or Deposition)

27. Al Thomas (Live or Deposition)

28. Tal Zaks (Live or Deposition)

29. Pete Zorn (Live)

**B.     Expert Witnesses**

Plaintiffs may call the following expert witnesses at trial as designated below:

1. Thomas Anchordoquy (Deposition)

2. Kimberly Benton (Live)

3. Alex Brill (Live)

4. Stephen Byrn (Deposition)

5. Peter Pitts (Live)

6. David Thompson (Live or Deposition)