# EXHIBIT 5P-A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION And GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants.<br>_____<br>MODERNA, INC., and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252-JDW |

**EXHIBIT 5P-A**

**MODERNA'S OBJECTIONS TO PLAINTIFFS' WITNESS LIST (EXHIBIT 5P)**

Pursuant to Fed. R. Civ. P. 26(a)(3) and the parties' agreed pretrial exchange schedule (D.I. 646), Defendants and Counterclaim Plaintiffs Moderna, Inc. and ModernaTx, Inc. (collectively, "Moderna") hereby submit the following objections to Plaintiffs and Counterclaim Defendants Arbutus BioPharma Corp. and Genevant Sciences GmbH's ("Plaintiffs") January 23, 2026, Plaintiffs' Witness List. Moderna provides this disclosure without waiving any of its rights, including its rights to amend or supplement these objections, as appropriate, including based on any meet and confers or changed circumstances.

Moderna objects to Plaintiffs' Witness List to the extent Plaintiffs attempt to call any witness not disclosed on its will call or may call witness list for any purpose.

**I.   OBJECTIONS TO SPECIFIC WITNESSES**

| Witness | Objections |
|---|---|
| Andrea Carfi | FRCP 26(a) and (e), FRCP 32(a)(8), FRCP 37(c)(1), FRE 401, FRE 403, FRE 602, FRE 802 |
| Giuseppe Ciaramella | FRCP 26(a) and (e), FRCP 32(a)(8), FRCP 37(c)(1), FRE 401, FRE 403, FRE 602, FRE 802 |
| Antonio de Fougerolles | FRCP 26(a) and (e), FRCP 32(a)(8), FRCP 37(c)(1), FRE 401, FRE 403, FRE 602, FRE 802 |
| Sunny Himansu | FRCP 26(a) and (e), FRCP 32(a)(8), FRCP 37(c)(1), FRE 401, FRE 403, FRE 602, FRE 802 |
| Guillaume Stewart-Jones | FRCP 26(a) and (e), FRCP 32(a)(8), FRCP 37(c)(1), FRE 401, FRE 403, FRE 602, FRE 802 |
| Tal Zaks | FRCP 26(a) and (e), FRCP 32(a)(8), FRCP 37(c)(1), FRE 401, FRE 403, FRE 602, FRE 802 |
| Thomas Anchordoquy | FRCP 26(a) and (e), FRE 32(a)(8), FRCP 37(c)(1), FRE 401, FRE 403, FRE 802 |
| Stephen Byrn | FRCP 26(a) and (e), FRCP 37(c)(1), FRE 401, FRE 403, FRE 802 |
| David Thompson | FRCP 26(a) and (e), FRCP 37(c)(1), FRE 802 |