# EXHIBIT 5D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION And GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants.<br><br>MODERNA, INC., and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. NO. 22-252-JDW |

**EXHIBIT 5D**

**MODERNA'S WITNESS LIST**

**EXHIBIT 5D**

Moderna identifies the following witnesses whom it may call live or by deposition at trial. This list is not a commitment that Moderna will call any particular witness at trial, or a representation that any of the witnesses listed are available or will appear for trial. By identifying these witnesses, Moderna is not required to call them at trial, nor is Moderna limited in the manner in which such testimony is presented at trial. With respect to Plaintiffs' witnesses, Moderna reserves the right to introduce testimony through deposition or live examination, as appropriate. Moderna also reserves the right to call any witnesses called by Plaintiffs or anyone currently or formerly employed by or for Plaintiffs appearing on Plaintiffs' witness list, and to revise this list in light of further rulings by the Court or any other changed circumstances. Moderna further reserves the right to call one or more additional witnesses whose testimony is necessary to establish the authenticity or admissibility of any trial exhibit if the admissibility of the exhibit is challenged by Plaintiffs. Moderna also reserves the right to call any witness for impeachment purposes to the extent permitted by the Pretrial Order and the Federal Rules of Evidence.

I. **EXPERT WITNESSES**

Below are the expert witnesses Moderna proposes to call at trial live. Moderna reserves the right to further modify, supplement and/or amend in light of issues that remain open until entry of the Final Pretrial Order, including rulings on summary judgment and/or Daubert.

| **Witness** | **May/Will call** |
| --- | --- |
| Dr. Christopher A. Vellturo | Will Call |
| Dr. Daniel Griffith Anderson | Will Call |
| Dr. George W. Rutherford | May Call (related to § 1498) |
| Dr. Owen Shea Fenton | Will Call |
| Dr. Pierre Meulien | Will Call |
| Dr. Robert Prud'homme | Will Call |
| Mr. John Godshalk | May Call |

**EXHIBIT 5D**

## II. NON-EXPERT WITNESSES

Below are the fact witnesses that Moderna proposes to call at trial live or by deposition. Moderna reserves the right to further modify, supplement and/or amend the Final Pretrial Order and attachments in light of issues that remain open and until entry of the Final Pretrial Order. The identification of a witness on this list is not an admission that the witnesses' testimony is admissible if called by Plaintiffs, and Moderna reserves its right to object to any witness or testimony that is objectionable or inadmissible. In addition to the witnesses identified below, Moderna reserves the right to call live or by deposition (including by counter-designation) anyone appearing on Plaintiffs' witness list or as a corporate representative at trial.

| Witness | Method | May/Will call |
|---|---|---|
| Hamilton Bennett | Live | Will Call |
| Said Francis | Live | May Call |
| Kimberly Hasset | Live | May Call |
| Stephen Hoge | Live | Will Call |
| Jack Kramarczyk | Live | May Call |
| Don Parsons | Live | Will Call |
| Michael Smith | Live | May Call |
| Kerry Benenato | Live | May Call |
| Huijuan Li | Live | May Call |
| Joseph Schariter | Live | May Call |
| Albert Thomas | Live | May Call |
| Steven Bossone | Deposition | May Call |
| Jeanne Santoli | Deposition | May Call |
| Robert Johnson | Deposition | May Call |
| Plaintiffs (through their witnesses designated as Rule 30(b)(6) designees) | Deposition | May Call |
| David Kille | Live or Deposition | May Call |
| Michael McElhaugh | Live or Deposition | May Call |
| Sunny Jeng | Live or Deposition | May Call |
| Stephen Reid | Live or Deposition | May Call |
| Mark Murray | Live or Deposition | May Call |

3

**EXHIBIT 5D**

| Witness | Method | May/Will call |
|---|---|---|
| Peter Zorn | Live or Deposition | May Call |
| Adam Judge | Live or Deposition | May Call |
| James Heyes | Live or Deposition | May Call |
| Peter Lutwyche | Live or Deposition | May Call |
| Lloyd Jeffs | Live or Deposition | May Call |
| Ian MacLachlan | Live or Deposition | May Call |
| Edward Yaworski | Live or Deposition | May Call |
| Kieu Lam | Live or Deposition | May Call |