IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-252 (JDW) |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, the deadline to file and email proposed jury instructions, voir dire, and special verdict forms (collectively, the "Jury Materials") is February 4, 2026. *See* D.I. 646, 685;

WHEREAS, the Court entered a Memorandum Opinion (D.I. 697) and Order (D.I. 698) on February 2, 2026, resolving several summary judgment and *Daubert* motions; and

WHEREAS, the parties are working together to edit the Jury Materials to reflect the Court's orders (D.I. 697 & 698) and to narrow their disputes;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that, for good cause shown, the time for the parties to file and email the Jury Materials is hereby extended from February 4, 2026 to February 6, 2026.

SHAW KELLER LLP

/s/ Nathan R. Hoeschen
_____
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorney for Plaintiffs*


February 2, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Travis J. Murray
_____
Brian P. Egan (#6227)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Defendants*


**SO ORDERED** this 3rd day of February 2026.


_____
/s/ Joshua D. Wolson
UNITED STATES DISTRICT JUDGE


2