IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252 (JDW) ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the deadline to file and email proposed jury instructions, voir dire, and special verdict forms (collectively, the "Jury Materials") is February 6, 2026. *See* D.I. 646, 685, 701;

WHEREAS, the parties have exchanged several drafts of the Jury Materials and have engaged in extensive verbal meet-and-confers in their efforts to resolve and narrow any disputed provisions;

WHEREAS, the parties have made and are continuing to make efforts to resolve many of the disputed instructions; and

WHEREAS, the parties request an extension of one additional business day to continue to narrow their disputes in the Jury Materials;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that, for good cause shown, the time for the parties to file and email the Jury Materials is hereby extended from February 6, 2026 to February 9, 2026.

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorney for Plaintiffs*

February 6, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Travis J. Murray*

Brian P. Egan (#6227)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Defendants*

**SO ORDERED** this \_\_\_ day of _____ 2026.

_____
UNITED STATES DISTRICT JUDGE

2