IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252 (JDW) ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Defendants. | ) |

**STIPULATION AND ORDER REGARDING**
**MODERNA'S REQUEST TO EXTEND TIME**

WHEREAS, the parties have served their opening and opposition briefs for their respective motions *in limine* and over 170 exhibits that may contain confidential information, including confidential information of at least five third parties;

WHEREAS, the deadline to file opening and opposition briefs for the motions *in limine*, and any motions to seal, is February 9, 2026. *See* D.I. 646;

WHEREAS, Moderna is working diligently to carefully review and redact any confidential information, clear confidentiality obligations with third parties, minimize potential redactions, and obtain several declarations in support of the motions to seal;

WHEREAS, Moderna requests an extension of two business days to file the sealed and public versions of the opening and opposition briefs and the motions to seal; and

WHEREAS, Plaintiffs do not oppose this request.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that, for good cause shown, the time for the parties to file opening and opposition briefs for the motions *in limine*, and any motions to seal, is extended from February 9, 2026 to February 11, 2026.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Nathan R. Hoeschen* | /s/ *Travis J. Murray* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com | Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |

February 7, 2026

**SO ORDERED** this 9th day of February 2026.

                                                        /s/ *Joshua D. Wolson*
                                               UNITED STATES DISTRICT JUDGE