IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  C.A. No. 22-252 (JDW) |
| MODERNA, INC. and MODERNATX, INC. | ) ) ) |
| Defendants. | ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Counterclaim-Plaintiffs, | ) ) |
| v. | ) ) |
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Counterclaim-Defendants. | ) |

**VERDICT FORM**

**Instructions**: When answering the following questions and completing this Verdict Form, please follow the directions provided throughout the Form and the Jury Instructions that you have been given. Your answer to each question must be **unanimous**.

When answering questions about different types of infringement or different grounds for invalidity, you should answer each question individually, without regard to what your answers were to other questions. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term or concept that appears in the questions below.

**Definitions**:

The following defined terms have the following meanings:

1. "Genevant" refers to Plaintiffs Genevant Sciences GmbH and Arbutus Biopharma Corporation

2. "Moderna" refers to Defendants Moderna Inc., and ModernaTx Inc.

3. The "'651 Patent" refers to U.S. Patent No. 9,504,651, referred to as the "Encapsulation Patent."

4. The "'359 Patent" refers to U.S. Patent No. 8,492,359, referred to as being part of the "Lipid Composition Patent Family" or "Ratio Patent Family."

5. The "'435 Patent" refers to U.S. Patent No. 9,364,435, referred to as being part of the "Lipid Composition Patent Family" or "Ratio Patent Family."

6. The "'378 Patent" refers to U.S. Patent No. 11,141,378, referred to as being part of the "Lipid Composition Patent Family" or "Ratio Patent Family."

**Please reach a unanimous decision for each of the following questions.**

**ENCAPSULATION PATENT**

**Infringement**

**Question 1.**   Has Genevant proven, by a preponderance of the evidence, that Moderna's COVID-19 vaccine directly infringes the following asserted claims of the '651 Patent?

Check "Yes" (for Genevant) or "No" (for Moderna) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '651 Patent? | Yes \_\_\_\_ | No \_\_\_\_[1] |
| Claim 9 of the '651 Patent? | Yes \_\_\_\_ | No \_\_\_\_ |
| Claim 11 of the '651 Patent? | Yes \_\_\_\_ | No \_\_\_\_ |
| Claim 13 of the '651 Patent? | Yes \_\_\_\_ | No \_\_\_\_ |
| Claim 14 of the '651 Patent? | Yes \_\_\_\_ | No \_\_\_\_ |

**Question 2.**   Has Genevant proven, by a preponderance of the evidence, that Moderna indirectly infringed one or more of the following asserted claims of the '651 Patent by actively inducing another person or entity's direct infringement of that claim?

Check "Yes" (for Genevant) or "No" (for Moderna) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '651 Patent? | Yes \_\_\_\_ | No \_\_\_\_ |
| Claim 9 of the '651 Patent? | Yes \_\_\_\_ | No \_\_\_\_ |
| Claim 11 of the '651 Patent? | Yes \_\_\_\_ | No \_\_\_\_ |
| Claim 13 of the '651 Patent? | Yes \_\_\_\_ | No \_\_\_\_ |
| Claim 14 of the '651 Patent? | Yes \_\_\_\_ | No \_\_\_\_ |

---

[1]   Moderna proposes this "checklist" formatting to simplify the verdict form and avoid having separate questions on each individual claim and issue. This court has taken a similar approach in, *e.g.*, *Microchip Tech. Inc. v. Aptiv Servs. US LLC*, No. 1:17-cv-01194-JDW (D. Del.), D.I. 357; *Natera, Inc. v. Caredx, Inc.*, No. 1:20-cv-00038-CFC-CJB (D. Del.), D.I. 460.

**Question 3.**  Has Genevant proven, by a preponderance of the evidence, that Moderna indirectly infringed the following asserted claims of the '651 Patent by contributing to another person or entity's direct infringement of those claims?

Check "Yes" (for Genevant) or "No" (for Moderna) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '651 Patent? | Yes ____ | No ____ |
| Claim 9 of the '651 Patent? | Yes ____ | No ____ |
| Claim 11 of the '651 Patent? | Yes ____ | No ____ |
| Claim 13 of the '651 Patent? | Yes ____ | No ____ |
| Claim 14 of the '651 Patent? | Yes ____ | No ____ |

**Invalidity**

**Question 4.**  Has Moderna proven, by clear and convincing evidence, that the following asserted claims of the '651 Patent are invalid because the prior art anticipates the claims?

Check "Yes" (for Moderna) or "No" (for Genevant) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '651 Patent? | Yes ____ | No ____ |
| Claim 9 of the '651 Patent? | Yes ____ | No ____ |
| Claim 11 of the '651 Patent? | Yes ____ | No ____ |
| Claim 13 of the '651 Patent? | Yes ____ | No ____ |
| Claim 14 of the '651 Patent? | Yes ____ | No ____ |

**Question 5.**  Has Moderna proven, by clear and convincing evidence, that the following asserted claims of the '651 Patent are invalid because a person of ordinary skill in the art would have found the claims obvious over the prior art?[2]

Check "Yes" (for Moderna) or "No" (for Genevant) for each claim.

        Claim 7 of the '651 Patent?      Yes \_\_\_\_      No \_\_\_\_

        Claim 9 of the '651 Patent?      Yes \_\_\_\_      No \_\_\_\_

        Claim 11 of the '651 Patent?      Yes \_\_\_\_      No \_\_\_\_

        Claim 13 of the '651 Patent?      Yes \_\_\_\_      No \_\_\_\_

        Claim 14 of the '651 Patent?      Yes \_\_\_\_      No \_\_\_\_

**Question 6.**  Has Moderna proven, by clear and convincing evidence, that the following asserted claims of the '651 Patent are invalid because the presently named inventors derived the claimed subject matter from Moderna?

Check "Yes" (for Moderna) or "No" (for Genevant) for each claim.

        Claim 7 of the '651 Patent?      Yes \_\_\_\_      No \_\_\_\_

        Claim 9 of the '651 Patent?      Yes \_\_\_\_      No \_\_\_\_

        Claim 11 of the '651 Patent?      Yes \_\_\_\_      No \_\_\_\_

        Claim 13 of the '651 Patent?      Yes \_\_\_\_      No \_\_\_\_

        Claim 14 of the '651 Patent?      Yes \_\_\_\_      No \_\_\_\_

---

[2] The wording of this question aligns with the question of fact that the jury has to resolve, and closely mirrors the question asked in, *e.g.*, *Nox Medical ehf v. Natus Neurology Inc.*, No. 1:15-cv-00709 (D. Del.), D.I. 262; *W.L. Gore & Associates Inc. v. C.R. Bard Inc.*, No. 1:11-cv-00515 (D. Del.), D.I. 779, and the Northern District of California's Model Verdict Form.

**Question 7.**   Has Moderna proven, by clear and convincing evidence, that the specification of the '651 Patent does not contain an adequate written description of the claimed invention for the following asserted claims?[3]

Check "Yes" (for Moderna) or "No" (for Genevant) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '651 Patent? | Yes ____ | No ____ |
| Claim 9 of the '651 Patent? | Yes ____ | No ____ |
| Claim 11 of the '651 Patent? | Yes ____ | No ____ |
| Claim 13 of the '651 Patent? | Yes ____ | No ____ |
| Claim 14 of the '651 Patent? | Yes ____ | No ____ |

**Question 8.**   Has Moderna proven, by clear and convincing evidence, that the specification of the '651 Patent does not contain a description of the claimed invention that is sufficiently full and clear to enable persons of ordinary skill in the field to make and use the invention as of the priority date?[4]

Check "Yes" (for Moderna) or "No" (for Genevant) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '651 Patent? | Yes ____ | No ____ |
| Claim 9 of the '651 Patent? | Yes ____ | No ____ |
| Claim 11 of the '651 Patent? | Yes ____ | No ____ |
| Claim 13 of the '651 Patent? | Yes ____ | No ____ |
| Claim 14 of the '651 Patent? | Yes ____ | No ____ |

---

[3]   The wording of this question aligns with the question of fact that the jury has to resolve, and closely mirrors the question asked in, *e.g.*, *WR Grace & Co. – Conn. v. Elysium Health, Inc.*, No. 1:20-cv-01098 (D. Del.), D.I. 313; *Persawvere, Inc. v. Milwaukee Elec. Tool Corp.*, No. 1:21-cv-00400 (D. Del.), D.I. 242, and the Northern District of California's Model Verdict Form.

[4]   The wording of this question aligns with the question of fact that the jury has to resolve, and closely mirrors the question asked in, *e.g.*, *WR Grace & Co. – Conn. v. Elysium Health, Inc.*, No. 1:20-cv-01098 (D. Del.), D.I. 313, and the Northern District of California's Model Verdict Form.

**Question 9.** Has Moderna proven, by clear and convincing evidence, that the following asserted claims of the '651 Patent are indefinite because a person of ordinary skill in the art could not reasonably determine their scope?[5]

Check "Yes" (for Moderna) or "No" (for Genevant) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '651 Patent? | Yes ____ | No ____ |
| Claim 9 of the '651 Patent? | Yes ____ | No ____ |
| Claim 11 of the '651 Patent? | Yes ____ | No ____ |
| Claim 13 of the '651 Patent? | Yes ____ | No ____ |
| Claim 14 of the '651 Patent? | Yes ____ | No ____ |

---

[5] The wording of this question aligns with the question of fact that the jury has to resolve, and closely mirrors the question asked in, *e.g.*, *CNH Am. LLC v. Kinzenbaw*, No. 1:08-cv-00945 (D. Del.), D.I. 303, and the Northern District of California's Model Verdict Form.

Moderna may propose modifications to this verdict question depending on the indefiniteness issues that remain in the case after further narrowing of asserted patents/claims and defenses.

**RATIO PATENT FAMILY**

**Infringement**

**Question 10.**  Has Genevant proven, by a preponderance of the evidence, that Moderna's COVID-19 vaccine directly infringes the following asserted claims of the Ratio Patent Family?

Check "Yes" (for Genevant) or "No" (for Moderna) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '435 Patent? | Yes ____ | No ____ |
| Claim 8 of the '435 Patent? | Yes ____ | No ____ |
| Claim 16 of the '435 Patent? | Yes ____ | No ____ |
| Claim 7 of the '359 Patent? | Yes ____ | No ____ |
| Claim 12 of the '359 Patent? | Yes ____ | No ____ |
| Claim 2 of the '378 Patent? | Yes ____ | No ____ |
| Claim 7 of the '378 Patent? | Yes ____ | No ____ |
| Claim 13 of the '378 Patent? | Yes ____ | No ____ |
| Claim 18 of the '378 Patent? | Yes ____ | No ____ |
| Claim 19 of the '378 Patent? | Yes ____ | No ____ |

**Question 11.**  Has Genevant proven, by a preponderance of the evidence, that Moderna indirectly infringed the following asserted claims of the Ratio Patent Family by actively inducing another person or entity's direct infringement of those claims?

Check "Yes" (for Genevant) or "No" (for Moderna) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '435 Patent? | Yes ____ | No ____ |
| Claim 8 of the '435 Patent? | Yes ____ | No ____ |
| Claim 16 of the '435 Patent? | Yes ____ | No ____ |
| Claim 7 of the '359 Patent? | Yes ____ | No ____ |
| Claim 12 of the '359 Patent? | Yes ____ | No ____ |
| Claim 2 of the '378 Patent? | Yes ____ | No ____ |
| Claim 7 of the '378 Patent? | Yes ____ | No ____ |
| Claim 13 of the '378 Patent? | Yes ____ | No ____ |
| Claim 18 of the '378 Patent? | Yes ____ | No ____ |
| Claim 19 of the '378 Patent? | Yes ____ | No ____ |

**Question 12.** Has Genevant proven, by a preponderance of the evidence, that Moderna indirectly infringed the following asserted claims of the Ratio Patent Family by contributing to another person or entity's direct infringement of those claims?

Check "Yes" (for Genevant) or "No" (for Moderna) for each claim.

| Claim | Yes | No |
|---|---|---|
| Claim 7 of the '435 Patent? | ____ | ____ |
| Claim 8 of the '435 Patent? | ____ | ____ |
| Claim 16 of the '435 Patent? | ____ | ____ |
| Claim 7 of the '359 Patent? | ____ | ____ |
| Claim 12 of the '359 Patent? | ____ | ____ |
| Claim 2 of the '378 Patent? | ____ | ____ |
| Claim 7 of the '378 Patent? | ____ | ____ |
| Claim 13 of the '378 Patent? | ____ | ____ |
| Claim 18 of the '378 Patent? | ____ | ____ |
| Claim 19 of the '378 Patent? | ____ | ____ |

**Invalidity**

**Question 13.**  Has Moderna proven, by clear and convincing evidence, that the following asserted claims of the Ratio Patent Family are invalid because a person of ordinary skill in the art would have found the claims obvious over the prior art?[6]

Check "Yes" (for Moderna) or "No" (for Genevant) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '435 Patent? | Yes ____ | No ____ |
| Claim 8 of the '435 Patent? | Yes ____ | No ____ |
| Claim 16 of the '435 Patent? | Yes ____ | No ____ |
| Claim 7 of the '359 Patent? | Yes ____ | No ____ |
| Claim 12 of the '359 Patent? | Yes ____ | No ____ |
| Claim 2 of the '378 Patent? | Yes ____ | No ____ |
| Claim 7 of the '378 Patent? | Yes ____ | No ____ |
| Claim 13 of the '378 Patent? | Yes ____ | No ____ |
| Claim 18 of the '378 Patent? | Yes ____ | No ____ |
| Claim 19 of the '378 Patent? | Yes ____ | No ____ |

---

[6]  The wording of this question aligns with the question of fact that the jury has to resolve, and closely mirrors the question asked in, *e.g.*, *Nox Medical ehf v. Natus Neurology Inc.*, No. 1:15-cv-00709 (D. Del.), D.I. 262; *W.L. Gore & Associates Inc. v. C.R. Bard Inc.*, No. 1:11-cv-00515 (D. Del.), D.I. 779, and the Northern District of California's Model Verdict Form.

Moderna may propose modifications to this verdict question depending on the indefiniteness issues that remain in the case after further narrowing of asserted patents/claims and defenses.

10

**Question 14.** Has Moderna proven, by clear and convincing evidence, that the specification of the Ratio Patent Family does not contain an adequate written description of the claimed invention for the following asserted claims of the Ratio Patent Family?[7]

Check "Yes" (for Moderna) or "No" (for Genevant) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '435 Patent? | Yes ____ | No ____ |
| Claim 8 of the '435 Patent? | Yes ____ | No ____ |
| Claim 16 of the '435 Patent? | Yes ____ | No ____ |
| Claim 7 of the '359 Patent? | Yes ____ | No ____ |
| Claim 12 of the '359 Patent? | Yes ____ | No ____ |
| Claim 2 of the '378 Patent? | Yes ____ | No ____ |
| Claim 7 of the '378 Patent? | Yes ____ | No ____ |
| Claim 13 of the '378 Patent? | Yes ____ | No ____ |
| Claim 18 of the '378 Patent? | Yes ____ | No ____ |
| Claim 19 of the '378 Patent? | Yes ____ | No ____ |

---

[7] The wording of this question aligns with the question of fact that the jury has to resolve, and closely mirrors the question asked in, *e.g.*, *WR Grace & Co. – Conn. v. Elysium Health, Inc.*, No. 1:20-cv-01098 (D. Del.), D.I. 313; *Persawvere, Inc. v. Milwaukee Elec. Tool Corp.*, No. 1:21-cv-00400 (D. Del.), D.I. 242, and the Northern District of California's Model Verdict Form.

11

**Question 15.** Has Moderna proven, by clear and convincing evidence, that the specification of the Ratio Patent Family does not contain a description of the claimed invention that is sufficiently full and clear to enable persons of ordinary skill in the field to make and use the invention as of the priority date?[8]

Check "Yes" (for Moderna) or "No" (for Genevant) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '435 Patent? | Yes ____ | No ____ |
| Claim 8 of the '435 Patent? | Yes ____ | No ____ |
| Claim 16 of the '435 Patent? | Yes ____ | No ____ |
| Claim 7 of the '359 Patent? | Yes ____ | No ____ |
| Claim 12 of the '359 Patent? | Yes ____ | No ____ |
| Claim 2 of the '378 Patent? | Yes ____ | No ____ |
| Claim 7 of the '378 Patent? | Yes ____ | No ____ |
| Claim 13 of the '378 Patent? | Yes ____ | No ____ |
| Claim 18 of the '378 Patent? | Yes ____ | No ____ |
| Claim 19 of the '378 Patent? | Yes ____ | No ____ |

---

[8] The wording of this question aligns with the question of fact that the jury has to resolve, and closely mirrors the question asked in, *e.g.*, *WR Grace & Co. – Conn. v. Elysium Health, Inc.*, No. 1:20-cv-01098 (D. Del.), D.I. 313, and the Northern District of California's Model Verdict Form.

**Question 16.** Has Moderna proven, by clear and convincing evidence, that one or more of the following asserted claims of the Ratio Patent Family are indefinite because a person of ordinary skill in the art could not reasonably determine their scope?[9]

Check "Yes" (for Moderna) or "No" (for Genevant) for each claim.

| | | |
|---|---|---|
| Claim 7 of the '435 Patent? | Yes ____ | No ____ |
| Claim 8 of the '435 Patent? | Yes ____ | No ____ |
| Claim 16 of the '435 Patent? | Yes ____ | No ____ |
| Claim 7 of the '359 Patent? | Yes ____ | No ____ |
| Claim 12 of the '359 Patent? | Yes ____ | No ____ |
| Claim 2 of the '378 Patent? | Yes ____ | No ____ |
| Claim 7 of the '378 Patent? | Yes ____ | No ____ |
| Claim 13 of the '378 Patent? | Yes ____ | No ____ |
| Claim 18 of the '378 Patent? | Yes ____ | No ____ |
| Claim 19 of the '378 Patent? | Yes ____ | No ____ |

**Only if you find that at least one claim of any asserted patent is both infringed** (by answering "YES" to Questions 1 or 8–10 for any Asserted Claim) **and not invalid** (by answering "NO" to Questions 2–7 or 11–14 for the same Asserted Claim(s) for which you answered YES to Questions 1 or 8–10)**, proceed to the following sections on Damages and Willfulness. Otherwise, stop here.**

---

[9] The wording of this question aligns with the question of fact that the jury has to resolve, and closely mirrors the question asked in, *e.g.*, *CNH Am. LLC v. Kinzenbaw*, No. 1:08-cv-00945 (D. Del.), D.I. 303, and the Northern District of California's Model Verdict Form.

**DAMAGES (IF APPLICABLE)**

**Question 17.**  If any of the above claims is infringed and not invalid, what amount of damages has Genevant proven by a preponderance of the evidence that it is entitled to receive as a reasonable royalty for Moderna's infringement?[10]

$\underline{\hspace{3cm}}$

---

[10]   Moderna proposes a single question regarding damages given that the parties do not structure their damages theories patent-by-patent. Moderna submits it would be confusing to ask jurors to identify three per-patent damages amounts and could lead to jurors inadvertently multiplying damages.

**WILLFULNESS (IF APPLICABLE)**

**Question 18.**  For any asserted claims found both infringed and not invalid above, has Genevant proven, by a preponderance of the evidence, that Moderna actually knew, intentionally ignored, or recklessly disregarded that its actions constituted infringement?[11]

Check "Yes" (for Genevant) or "No" (for Moderna).

| | | |
|---|---|---|
| Claim 7 of the '651 Patent? | Yes ____ | No ____ |
| Claim 9 of the '651 Patent? | Yes ____ | No ____ |
| Claim 11 of the '651 Patent? | Yes ____ | No ____ |
| Claim 13 of the '651 Patent? | Yes ____ | No ____ |
| Claim 14 of the '651 Patent? | Yes ____ | No ____ |
| Claim 7 of the '435 Patent? | Yes ____ | No ____ |
| Claim 8 of the '435 Patent? | Yes ____ | No ____ |
| Claim 16 of the '435 Patent? | Yes ____ | No ____ |
| Claim 7 of the '359 Patent? | Yes ____ | No ____ |
| Claim 12 of the '359 Patent? | Yes ____ | No ____ |
| Claim 2 of the '378 Patent? | Yes ____ | No ____ |
| Claim 7 of the '378 Patent? | Yes ____ | No ____ |
| Claim 13 of the '378 Patent? | Yes ____ | No ____ |

---

[11] Moderna proposes that the question of willfulness be asked following the question of damages to avoid confusing the jury regarding its role, as the question of "whether enhanced damages are appropriate" is "commit[ted]" to the court, *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 579 U.S. 93, 107 (2016), and "[t]he purpose of compensatory damages is not to punish the infringer, but to make the patentee whole," *Glaxo Grp. Ltd. v. Ranbaxy Pharm., Inc.*, 262 F.3d 1333, 1339 (Fed. Cir. 2001). This court has adopted this approach in, *e.g.*, *Boston Sci. Corp. v. Nevro Corp.*, No. 1:16-01163-CFC-CJB (D. Del.), D.I. 814; *Roche Diagnostics Corp. v. Meso Scale Diagnostics, LLC*, No. 1:17-cv-00189-LPS-CJB (D. Del.), D.I. 277; *360Heros, Inc. v. GoPro, Inc.*, No. 1:17-cv-01302 (D. Del.), D.I. 354; *Personal Audio, LLC v. Google LLC*, No. 1:17-cv-01751-CFC (D. Del.), D.I. 859; *WR Grace & Co. – Conn. v. Elysium Health, Inc.*, No. 1:20-cv-01098 (D. Del.), D.I. 313; *F'real Foods, LLC v. Hamilton Beach Brands, Inc.*, No. 1:16-cv-00041 (D. Del.), D.I. 264.

| | | |
|---|---|---|
| Claim 18 of the '378 Patent? | Yes ____ | No ____ |
| Claim 19 of the '378 Patent? | Yes ____ | No ____ |

### **UNANIMOUS VERDICT**

You have now reached the end of the verdict form and you should review it to ensure it accurately reflects your unanimous determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

Dated: _____     By: _____

                                                                                                            Jury Foreperson