IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 22-252-JDW |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) |
| Defendants. | ) ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Counterclaim-Plaintiffs, | ) ) ) |
| v. | ) ) |
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Counterclaim-Defendants. | ) |

**VERDICT FORM**

**Instructions**: When answering the following questions and completing this Verdict Form, please follow the directions provided throughout the Form and the Jury Instructions that you have been given.  Your answer to each question must be **<u>unanimous</u>**.

When answering questions about different types of infringement or different grounds for invalidity, you should answer each question individually, without regard to what your answers were to other questions.  Some of the questions contain legal terms that are defined and explained in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term or concept that appears in the questions below.

**<u>Definitions</u>**:

The following defined terms have the following meanings:

1. "Genevant" refers to Plaintiffs Genevant Sciences GmbH and Arbutus Biopharma Corporation

2. "Moderna" refers to Defendants Moderna Inc., and ModernaTx Inc.

3. The "'651 Patent" refers to U.S. Patent No. 9,504,651, referred to as the "Encapsulation Patent."

4. The "'359 Patent" refers to U.S. Patent No. 8,492,359, referred to as being part of the "Lipid Composition Patent Family" or "Ratio Patent Family."

5. The "'435 Patent" refers to U.S. Patent No. 9,364,435, referred to as being part of the "Lipid Composition Patent Family" or "Ratio Patent Family."

6. The "'378 Patent" refers to U.S. Patent No. 11,141,378, referred to as being part of the "Lipid Composition Patent Family" or "Ratio Patent Family."

We, the jury, unanimously find as follows:

**I.     The '651 Patent**

    **A.     Infringement**

Question 1.

Has Genevant proven by a preponderance of the evidence that Moderna infringed the following asserted claims of the '651 Patent?  (A "Yes" answer is a finding for Genevant; a "No" answer is a finding for Moderna.)

| Claim 7: | YES (infringed)_____ | NO (not infringed) _____ |
| Claim 9: | YES (infringed)_____ | NO (not infringed) _____ |
| Claim 11: | YES (infringed)_____ | NO (not infringed) _____ |
| Claim 13: | YES (infringed)_____ | NO (not infringed) _____ |
| Claim 14: | YES (infringed)_____ | NO (not infringed) _____ |

**If you answered "YES" to question 1 for any of the claims, then proceed to Question 2.  If you answered "NO" to question 1 for all of the claims, then skip Question 2 and proceed to Question 3.**

    **B.     Willful Infringement[1]**

Question 2.

---

[1] The question of willful infringement is factually linked to the question of infringement, and so logically should be asked at the same time as the jury is asked about infringement.  Indeed, in each of this Court's prior patent trials, the Court has previously included questions asking the jury to decide willful infringement after deciding the question of infringement, not at the conclusion of the verdict form, as Moderna proposes.  *See SmartSky Networks, LLC v. Gogo Business Aviation, LLC*, No. 22-00266, D.I. 597, (D. Del. Nov. 21, 2025) (Redacted Verdict Form); *Microchip Technology Inc. v. Aptiv Services US, LLC*, C.A. No. 17-1194, D.I. 357 (JDW); *Wirtgen Am. v. Caterpillar, Inc.*, C.A. No. 17-770-JDW, D.I. 346 (D. Del. Feb. 22, 2024) (Redacted Verdict Form); *MED-EL Elektromedizinische Gerate v. Advanced Bionics*, C.A. No. 18-1530-JDW, D.I. 431 (D. Del. Dec. 14, 2023).  Plaintiffs proposed following this Court's standard approach here.

3

Has Genevant proven by a preponderance of the evidence that Moderna's infringement of following asserted claims of the '651 Patent was willful? (A "Yes" answer is a finding for Genevant; a "No" answer is a finding for Moderna.)

    Claim 7:     YES (willful)_____     NO (not willful) _____

    Claim 9:     YES (willful)_____     NO (not willful) _____

    Claim 11:    YES (willful)_____     NO (not willful) _____

    Claim 13:    YES (willful)_____     NO (not willful) _____

    Claim 14:    YES (willful)_____     NO (not willful) _____

**Proceed to Question 3.**

    **C.**    **Validity – Anticipation[2]**

Question 3.

Has Moderna proven by clear and convincing evidence that the following asserted claims of the '651 Patent are invalid because the prior art anticipates the claim? (A "Yes" answer is a finding for Moderna; a "No" answer is a finding for Genevant.)

    Claim 7:     YES (invalid)_____     NO (valid) _____

    Claim 9:     YES (invalid)_____     NO (valid) _____

    Claim 11:    YES (invalid)_____     NO (valid) _____

    Claim 13:    YES (invalid)_____     NO (valid) _____

    Claim 14:    YES (invalid)_____     NO (valid) _____

**Proceed to Question 4.**

---

[2] For each of the questions in this verdict form asking the jury to decide a question of anticipation, the language that Plaintiffs use is drawn from the Court's verdict form in *SmartSky Networks, LLC v. Gogo Business Aviation, LLC*, No. 22-00266, D.I. 597, (D. Del. Nov. 21, 2025) (Redacted Verdict Form), and is consistent with the Court's other verdict forms that have asked the jury of questions of invalidity. *See Microchip Technology Inc. v. Aptiv Services US, LLC*, C.A. No. 17-1194, D.I. 357 (JDW); *Wirtgen Am. v. Caterpillar, Inc.*, C.A. No. 17-770-JDW, D.I. 346 (D. Del. Feb. 22, 2024) (Redacted Verdict Form); *MED-EL Elektromedizinische Gerate v. Advanced Bionics*, C.A. No. 18-1530-JDW, D.I. 431 (D. Del. Dec. 14, 2023).

### D. Validity – Obviousness[3]

Question 4.

Has Moderna proven by clear and convincing evidence that the following asserted claims of the '651 Patent are invalid because the prior art renders the claim obvious? (A "Yes" answer is a finding for Moderna; a "No" answer is a finding for Genevant.)

    Claim 7:      YES (invalid)_____      NO (valid) _____

    Claim 9:      YES (invalid)_____      NO (valid) _____

    Claim 11:     YES (invalid)_____      NO (valid) _____

    Claim 13:     YES (invalid)_____      NO (valid) _____

    Claim 14:     YES (invalid)_____      NO (valid) _____

**Proceed to Question 5.**

---

[3] For each of the questions in this verdict form asking the jury to decide a question of obviousness, the language that Plaintiffs use is drawn from the Court's verdict form in *SmartSky Networks, LLC v. Gogo Business Aviation, LLC*, No. 22-00266, D.I. 597, (D. Del. Nov. 21, 2025) (Redacted Verdict Form), and is consistent with the Court's other verdict forms that have asked the jury of questions of invalidity. *See Microchip Technology Inc. v. Aptiv Services US, LLC*, C.A. No. 17-1194, D.I. 357 (JDW); *Wirtgen Am. v. Caterpillar, Inc.*, C.A. No. 17-770-JDW, D.I. 346 (D. Del. Feb. 22, 2024) (Redacted Verdict Form); *MED-EL Elektromedizinische Gerate v. Advanced Bionics*, C.A. No. 18-1530-JDW, D.I. 431 (D. Del. Dec. 14, 2023).

E. **Validity – 35 U.S.C. § 112**[4]

Question 5.

Has Moderna proven by clear and convincing evidence that the following asserted claims of the '651 Patent are invalid because the patent is not enabled, lacks adequate written description, or is indefinite? (A "Yes" answer is a finding for Moderna; a "No" answer is a finding for Genevant.)

| Claim | Invalid Due to Lack of Enablement | Invalid Due to Inadequate Written Description | Invalid Due to Indefiniteness |
|---|---|---|---|
| Claim 7 | YES ____ NO _____ (invalid)  (valid) | YES ____ NO _____ (invalid)  (valid) | YES ____ NO _____ (invalid)  (valid) |
| Claim 9 | YES ____ NO _____ (invalid)  (valid) | YES ____ NO _____ (invalid)  (valid) | YES ____ NO _____ (invalid)  (valid) |
| Claim 11 | YES ____ NO _____ (invalid)  (valid) | YES ____ NO _____ (invalid)  (valid) | YES ____ NO _____ (invalid)  (valid) |
| Claim 13 | YES ____ NO _____ (invalid)  (valid) | YES ____ NO _____ (invalid)  (valid) | YES ____ NO _____ (invalid)  (valid) |
| Claim 14 | YES ____ NO _____ (invalid)  (valid) | YES ____ NO _____ (invalid)  (valid) | YES ____ NO _____ (invalid)  (valid) |

**Proceed to Question 6.**

---

[4] For each of the questions in this verdict form asking the jury to decide a question regarding invalidity under § 112, the language that Plaintiffs use is drawn from the Court's prior verdict forms, including in *SmartSky Networks, LLC v. Gogo Business Aviation, LLC*, No. 22-00266, D.I. 597, (D. Del. Nov. 21, 2025) (Redacted Verdict Form), and *Microchip Technology Inc. v. Aptiv Services US, LLC*, C.A. No. 17-1194, D.I. 357 (JDW). Given the number of § 112 defenses presented by Moderna, Plaintiffs have proposed asking these questions using the above table, as was used in *American Axle*, to simply the inquiry for the Jury. *See Am. Axle & Manuf., Inc. v. Neapco Holdings LLC*, C.A. No. 15-1168-GBW, D.I. 344-1 (D. Del. Jan. 29, 2024) (Redacted Verdict Form).

## II. The '359 Patent

### A. Infringement

Question 6.

Has Genevant proven by a preponderance of the evidence that Moderna infringed the following asserted claims of the '359 patent? (A "Yes" answer is a finding for Genevant; a "No" answer is a finding for Moderna.)

| | | |
|---|---|---|
| Claim 7: | YES (infringed)_____ | NO (not infringed) _____ |
| Claim 12: | YES (infringed)_____ | NO (not infringed) _____ |

**If you answered "YES" to question 6 for any of the claims, then proceed to Question 7. If you answered "NO" to Question 6 for all of the claims, then skip Question 7 and proceed to Question 8.**

### B. Willful Infringement

Question 7.

Has Genevant proven by a preponderance of the evidence that Moderna's infringement of the following asserted claims of the '359 patent was willful? (A "Yes" answer is a finding for Genevant; a "No" answer is a finding for Moderna.)

| | | |
|---|---|---|
| Claim 7: | YES (willful)_____ | NO (not willful) _____ |
| Claim 12: | YES (willful)_____ | NO (not willful) _____ |

**Proceed to Question 8.**

### C. Validity – Obviousness

Question 8.

Has Moderna proven by clear and convincing evidence that the following asserted claims of the '359 patent are invalid because the prior art renders the claim obvious? (A "Yes" answer is a finding for Moderna; a "No" answer is a finding for Genevant.)

| | | |
|---|---|---|
| Claim 7: | YES (invalid)_____ | NO (valid) _____ |
| Claim 12: | YES (invalid)_____ | NO (valid) _____ |

**Proceed to Question 9.**

### D. Validity – 35 U.S.C. § 112

Question 9.

      Has Moderna proven by clear and convincing evidence that the following asserted claims of the '359 patent are invalid because the patent is not enabled, lacks adequate written description, or is indefinite? (A "Yes" answer is a finding for Moderna; a "No" answer is a finding for Genevant.)

| Claim | Invalid Due to Lack of Enablement | Invalid Due to Inadequate Written Description | Invalid Due to Indefiniteness |
|---|---|---|---|
| Claim 7 | YES ____ NO _____<br>(invalid)    (valid) | YES ____ NO _____<br>(invalid)    (valid) | YES ____ NO _____<br>(invalid)    (valid) |
| Claim 12 | YES ____ NO _____<br>(invalid)    (valid) | YES ____ NO _____<br>(invalid)    (valid) | YES ____ NO _____<br>(invalid)    (valid) |

**Proceed to Question 10.**

### III. The '435 Patent

#### A. Infringement

Question 10.

Has Genevant proven by a preponderance of the evidence that Moderna infringed the following asserted claims of the '435 patent?  (A "Yes" answer is a finding for Genevant; a "No" answer is a finding for Moderna.)

    Claim 7:     YES (infringed)_____     NO (not infringed) _____

    Claim 8:     YES (infringed)_____     NO (not infringed) _____

    Claim 16:    YES (infringed)_____     NO (not infringed) _____

**If you answered "YES" to question 10 for any of the claims, then proceed to Question 11. If you answered "NO" to Question 10 for all of the claims, then skip Question 11 and proceed to Question 12.**

#### B. Willful Infringement

Question 11.

Has Genevant proven by a preponderance of the evidence that Moderna's infringement of the following asserted claims of the '435 patent was willful? (A "Yes" answer is a finding for Genevant; a "No" answer is a finding for Moderna.)

    Claim 7:     YES (willful)_____     NO (not willful) _____

    Claim 8:     YES (willful)_____     NO (not willful) _____

    Claim 16:    YES (willful)_____     NO (not willful) _____

**Proceed to Question 12.**

### C.   Validity – Obviousness

Question 12.

Has Moderna proven by clear and convincing evidence that the following asserted claims of the '435 patent are invalid because the prior art renders the claim obvious?  (A "Yes" answer is a finding for Moderna; a "No" answer is a finding for Genevant.)

    Claim 7:      YES (invalid)_____        NO (valid) _____

    Claim 8:      YES (invalid)_____        NO (valid) _____

    Claim 16:     YES (invalid)_____        NO (valid) _____

**Proceed to Question 13.**

### D.   Validity – 35 U.S.C. § 112

Question 13.

Has Moderna proven by clear and convincing evidence that the following asserted claims of the '435 patent are invalid because the patent is not enabled, lacks adequate written description, or is indefinite?  (A "Yes" answer is a finding for Moderna; a "No" answer is a finding for Genevant.)

| Claim | Invalid Due to Lack of Enablement | Invalid Due to Inadequate Written Description | Invalid Due to Indefiniteness |
|---|---|---|---|
| Claim 7 | YES \_\_\_\_ NO \_\_\_\_\_<br>(invalid)      (valid) | YES \_\_\_\_ NO \_\_\_\_\_<br>(invalid)      (valid) | YES \_\_\_\_ NO \_\_\_\_\_<br>(invalid)      (valid) |
| Claim 8 | YES \_\_\_\_ NO \_\_\_\_\_<br>(invalid)      (valid) | YES \_\_\_\_ NO \_\_\_\_\_<br>(invalid)      (valid) | YES \_\_\_\_ NO \_\_\_\_\_<br>(invalid)      (valid) |
| Claim 16 | YES \_\_\_\_ NO \_\_\_\_\_<br>(invalid)      (valid) | YES \_\_\_\_ NO \_\_\_\_\_<br>(invalid)      (valid) | YES \_\_\_\_ NO \_\_\_\_\_<br>(invalid)      (valid) |

**Proceed to Question 14.**

## IV. The '378 Patent

### A. Infringement

<u>Question 14.</u>

Has Genevant proven by a preponderance of the evidence that Moderna infringed the following asserted claims of the '378 patent? (A "Yes" answer is a finding for Genevant; a "No" answer is a finding for Moderna.)

| | | |
|---|---|---|
| Claim 2: | YES (infringed)_____ | NO (not infringed) _____ |
| Claim 7: | YES (infringed)_____ | NO (not infringed) _____ |
| Claim 13: | YES (infringed)_____ | NO (not infringed) _____ |
| Claim 18: | YES (infringed)_____ | NO (not infringed) _____ |
| Claim 19: | YES (infringed)_____ | NO (not infringed) _____ |

**If you answered "YES" to Question 14 for any of the claims, then proceed to Question 15. If you answered "NO" to Question 14 for all of the claims, then skip Question 15 and proceed to Question 16.**

### B. Willful Infringement

<u>Question 15.</u>

Has Genevant proven by a preponderance of the evidence that Moderna's infringement of the following asserted claims of the '378 patent was willful? (A "Yes" answer is a finding for Genevant; a "No" answer is a finding for Moderna.)

| | | |
|---|---|---|
| Claim 2: | YES (willful)_____ | NO (not willful) _____ |
| Claim 7: | YES (willful)_____ | NO (not willful) _____ |
| Claim 13: | YES (willful)_____ | NO (not willful) _____ |
| Claim 18: | YES (willful)_____ | NO (not willful) _____ |
| Claim 19: | YES (willful)_____ | NO (not willful) _____ |

**Proceed to Question 16.**

### C.     Validity – Obviousness

Question 16.

      Has Moderna proven by clear and convincing evidence that the following asserted claims of the '378 patent are invalid because the prior art renders the claim obvious?  (A "Yes" answer is a finding for Moderna; a "No" answer is a finding for Genevant.)

      Claim 2:      YES (invalid)_____      NO (valid) _____

      Claim 7:      YES (invalid)_____      NO (valid) _____

      Claim 13:      YES (invalid)_____      NO (valid) _____

      Claim 18:      YES (invalid)_____      NO (valid) _____

      Claim 19:      YES (invalid)_____      NO (valid) _____

**Proceed to Question 17.**

D.    **Validity – 35 U.S.C. § 112**

Question 17.

Has Moderna proven by clear and convincing evidence that the following asserted claims of the '378 patent are invalid because the patent is not enabled, lacks adequate written description, or is indefinite? (A "Yes" answer is a finding for Moderna; a "No" answer is a finding for Genevant.)

| Claim | Invalid Due to Lack of Enablement | Invalid Due to Inadequate Written Description | Invalid Due to Indefiniteness |
|---|---|---|---|
| Claim 2 | YES ____ NO _____ (invalid)     (valid) | YES ____ NO _____ (invalid)     (valid) | YES ____ NO _____ (invalid)     (valid) |
| Claim 7 | YES ____ NO _____ (invalid)     (valid) | YES ____ NO _____ (invalid)     (valid) | YES ____ NO _____ (invalid)     (valid) |
| Claim 13 | YES ____ NO _____ (invalid)     (valid) | YES ____ NO _____ (invalid)     (valid) | YES ____ NO _____ (invalid)     (valid) |
| Claim 18 | YES ____ NO _____ (invalid)     (valid) | YES ____ NO _____ (invalid)     (valid) | YES ____ NO _____ (invalid)     (valid) |
| Claim 19 | YES ____ NO _____ (invalid)     (valid) | YES ____ NO _____ (invalid)     (valid) | YES ____ NO _____ (invalid)     (valid) |

**Proceed to Question 18.**

**V.     Damages**

Question 18.[5]

      If any of the above claims is infringed and not invalid, what dollar amount of damages has Genevant proven by a preponderance of the evidence that it is entitled to receive as a reasonable royalty for Moderna's infringement?

      $_____

**Proceed to the instructions on the next page.**

---

[5] The Parties agree, based on the damages theories they are presenting, that a single damages question is appropriate, rather than separate questions for each patent.

## **UNANIMOUS VERDICT**

You have now reached the end of the verdict form and you should review it to ensure it accurately reflects your unanimous determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

Dated: _____            By: _____
                                                                                                        Jury Foreperson