IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-252-JDW |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) | |
| Defendants. | ) ) | |
| MODERNA, INC. and MODERNATX, INC., | ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) | |
| Counterclaim-Defendants. | ) | |

**[PROPOSED] VOIR DIRE**

1.  Does the trial schedule that I described present any significant hardship for you?

2.  Have you heard or read anything about this case or any legal disputes involving Genevant, Arbutus and/or Moderna?

3.  Have you or has someone close to you ever had a financial interest in, a close business relationship with, been employed by, or owned stock in: Genevant Sciences GMBH, Arbutus Biopharma Corporation, Roivant Sciences, Ltd.,[1] Moderna, Inc., or Modernatx, Inc.?

4.  Do you have any strong feelings, positive or negative, or any opinions regarding Genevant, Arbutus, Tekmira Pharmaceuticals Corporation, Protiva Biotherapeutics Inc., Inex Pharmaceutical Corporation, or Moderna that will make it difficult for you to be a fair and impartial juror in this case?

5.  Have you or has anyone in your immediate family or close friends had any experience, good or bad, with COVID-19 vaccines or do you hold strong opinions about COVID-19 vaccines that would make it difficult for you to be a fair and impartial juror in this case?[2]

6.  The lawyers and the law firms involved in this case are as follows: [*List of counsel of record*].  Do you know any of the attorneys or law firms I mentioned?

7.  Is there any member of the panel who is themselves an attorney or has legal training, or whose immediate family member or close personal friend is an attorney or has legal training?  This would include paralegals, legal assistants, and legal secretaries.

8.  Have you or someone close to you ever been employed by any government agency?

---

[1]  **Moderna's Position**: Moderna respectfully submits that asking whether jurors have a financial interest in Roivant is warranted, regardless of the outcome of Plaintiffs' MIL #5.  Roivant has a significant financial interest in the outcome of this case.  Plaintiffs' F.R.C.P. 7.1(a) disclosure confirms that a Roivant entity is the ultimate parent of Genevant and owns Arbutus stock.  D.I. 143.  Roivant also publicly touts that it has "significant economic interest" in royalties from Genevant's patent estate, including the asserted patents. *See* Presentation, "Roivant Sciences Financial Results and Business Update," (Feb. 14, 2022) at slides 48-49, available at https://investor.roivant.com/static-files/6c2975df-0691-417f-8d45-360f4502bd1f.

**Plaintiffs' Position**:  Plaintiffs will agree to the limited reference to Roivant in the context of this question, but, as set forth in their motion *in limine* #5, references to Roivant during the trial itself are irrelevant, unfairly prejudicial, and should be precluded.

[2]  The parties jointly propose this question. Moderna submits it is necessary because for some community members, the accused COVID-19 vaccine is an emotionally charged issue.  Given this, studies show that some individuals endorse conspiracy theories about the COVID-19 vaccine and are not open to impartially considering the vaccine science and experts. *See* Ex. 1 (Fulawka 2024) at 8, 9; Ex. 2 (Taubert 2024) at 2, 10; Ex. 3 (Zilinsky 2025) at 3, 9.

9. The potential witnesses in this case are as follows: [*List of witnesses*]  Do you know any of the witnesses I mentioned?

10.  Do any of you know me or the other Court staff who you see sitting up here?

11. Look around, if you have not already.  Do any of you know any other juror who is on the panel?

12. Do you or someone close to you have any education, training, or work experience in the development, manufacture or sale of pharmaceuticals or other medicines, including the development, manufacture, or sale of vaccines?

13. Do you or someone close to you have any education, training, or work experience in research and development (R&D), biomedicine, science, engineering, or accounting/ finance?

14. Do you or someone close to you have any education, training, or work experience with nucleic acids like mRNA or siRNA in medicine; or the use of lipids in drug delivery?

15.  Do you or someone close to you have any education, training, or work experience in healthcare or medicine?

16. Have you ever served on a jury, civil or criminal?

17. Have you ever served on a grand jury?

18. Have you or has someone close to you ever been involved in a lawsuit, either civil or criminal?

19. Have you ever been a witness in any legal proceedings?

20. Do you have opinions or feelings about our system of lawsuits?

21. Have you, or a member of your immediate family, or any close personal friend, ever been employed by the United States Patent and Trademark Office?

22. Have you ever had a job that required you to deal with patents or other intellectual property?

23. Have you, or anyone close to you or someone you were working for, ever applied for or obtained a patent?

24. Have you, or anyone close to you or someone you were working for, ever been accused of infringing a patent?

25. Have you, or anyone close to you, or your employer, ever been involved in a dispute about any intellectual property, any intellectual property rights, which could include patents, copyrights, trademarks or trade secrets?

26. If you are selected to sit as a juror in this case, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial or to follow the law as I give it to you?

27. Do you have any physical condition, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English, which would make it difficult or impossible for you to serve as a juror on this case?

28. Is there anything else, including something you have remembered in connection with one of the earlier questions, that you would like to tell me in connection with your service as a juror in this case?