# EXHIBIT 2

Taubert *et al. BMC Public Health*    (2024) 24:3325
https://doi.org/10.1186/s12889-024-20797-y

BMC Public Health



**SYSTEMATIC REVIEW**

**Open Access**



# Conspiracy narratives and vaccine hesitancy: a scoping review of prevalence, impact, and interventions

Frederike Taubert[1,2]*, Georg Meyer-Hoeven[1], Philipp Schmid[1,2,3], Pia Gerdes[1] and Cornelia Betsch[1,2]

## Abstract

Believing conspiracy narratives is frequently assumed to be a major cause of vaccine hesitancy, i.e., the tendency to forgo vaccination despite its availability. In this scoping review, we synthesise and critically evaluate studies that assess i) the occurrence of vaccine-related conspiracy narratives on the internet, ii) the prevalence of belief in vaccine-related conspiracy narratives, iii) the relationship between belief in conspiracy narratives and vaccination intention or vaccination uptake, and iv) interventions that reduce the impact of conspiracy narratives on vaccination intention.

In July 2022, we conducted a literature search using three databases: PubMed, PsychInfo, and Web of Science. Following the PRISMA approach, of the 500 initially identified articles, 205 were eligible and analysed.

The majority of identified studies were conducted in Europe and North America, were published in 2021 and 2022, and investigated conspiracy narratives around the COVID-19 vaccination. The prevalence of belief in various vaccine-related conspiracy narratives varied greatly across studies, from 2 to 77%. We identified seven experimental studies investigating the effect of exposure to conspiracy narratives on vaccination intentions, of which six indicated a small negative effect. These findings are complemented by the evidence from over 100 correlative studies showing a significant negative relationship between conspiracy beliefs and vaccination intention or uptake. Additionally, the review identified interventions (e.g., social norm feedback, fact-checking labels, or prebunking) that decreased beliefs in vaccine-related conspiracy narratives and, in some cases, also increased vaccination intentions. Yet, these interventions had only small effects.

In summary, the review revealed that vaccine-related conspiracy narratives have spread to varying degrees and can influence vaccination decisions. Causal relationships between conspiracy beliefs and vaccination intentions remain underexplored. Further, the review identified a need for more research on interventions that can reduce the impact of conspiracy narratives.

**Keywords**  Vaccination, Immunisation, Conspiracy theory, Conspiracy mentality, COVID-19, MMR, HPV, Review, Interventions

*Correspondence:
Frederike Taubert
Frederike.Taubert@uni-erfurt.de
Full list of author information is available at the end of the article



© The Author(s) 2024. **Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/.

Case 1:22-cv-00252-JDW    Document 711-2    Filed 02/09/26    Page 3 of 18 PageID #: 55243

Taubert *et al. BMC Public Health*    (2024) 24:3325    Page 2 of 17

## Introduction

Vaccines are cost-effective and successful health tools that prevent vaccinated individuals from developing potentially serious illnesses and help protect entire communities by reducing the spread of pathogens [1]. In 2019, the World Health Organisation (WHO) identified vaccine hesitancy—the reluctance or refusal to vaccinate despite the availability of safe and effective vaccines [2]—as one of the top ten threats to global health [3]. On the one hand, growing vaccine hesitancy threatens to reverse progress made in tackling vaccine-preventable diseases. In fact, countries that were close to eliminating diseases like measles show a resurgence despite the availability of safe and effective vaccines [3]. On the other hand, vaccine hesitancy can hinder the containment of new pathogens like the coronavirus when people refuse vaccination [4, 5]. Thus, it is important to investigate the drivers of vaccine hesitancy to reduce their impact.

One identified driver of vaccine hesitancy is conspiracy belief [6–8]. Conspiracy beliefs are commonly defined as beliefs that multiple actors meet in secret agreement in order to achieve a hidden goal [9]. More specific, conspiracy narratives – also known as conspiracy 'theories' – are characterised as oppositional, describe malevolent or forbidden acts and ascribe agency to a small group of conspirators [10]. These beliefs have long been part of human interaction and occur often during societal crisis situations like pandemics [11]. During the past 20 years, interest in research on conspiracy beliefs has increased [10].

One of the most common ways to get in touch with conspiracy narratives is through social networks [12]. Since social media has become an important source for health information [13], it also plays a crucial role in the spread of anti-vaccination conspiracy narratives [14]. On Web 2.0, users are enabled to quickly develop and share any content. Thus, content from users on platforms like Facebook, Twitter, and YouTube can include false information and conspiracy narratives that can influence readers' attitudes, e.g., their vaccine intention [15]. Moreover, a systematic review of anti-vaccination content showed that anti-vaccination posts are frequently more popular than pro-vaccination posts and that anti-vaccination accounts create their posts in a way that effectively grabs attention [14]. The state of research indicates that anti-vaccination content on Web 2.0 has the potential to increase vaccine hesitancy through the often uncontrolled spread of conspiracy narratives.

Research reveals that conspiracy beliefs can influence health behaviours and thus have serious consequences for individuals and societies [10, 16]. For example, people may refuse vaccines because they believe anti-vaccine conspiracy narratives like "vaccines are harmful, and this

fact is covered up" [6]. The refusal threatens not only the individual's health but also that of society, as it jeopardises the desired herd immunity [17].

Recently, during the COVID-19 pandemic, the relationship between conspiracy beliefs and health-related behaviours such as following safety guidelines and getting vaccinated became apparent [18]. A systematic review of literature investigating the association of conspiracy belief and vaccine willingness during the COVID-19 pandemic provides a picture consistently showing a negative relationship between the two concepts [19].

As interest in the impact of conspiracy narratives has increased in recent years, there have already been efforts to reduce their significance. But as conspiracy narratives are unfalsifiable [9], a simple counterargument against a narrative might not be enough. Refuting a conspiracy narrative could be perceived as evidence for the cover-up, and the sender of a counterargument could be perceived as an accomplice of the conspiracy [20]. Indeed, a recently published systematic review on the efficacy of interventions in reducing conspiracy beliefs indicates that only a few of the evaluated interventions had medium or strong effects [21].

## Present review

The past decade's research has frequently addressed vaccine-related conspiracy narratives. Indeed, there are already some reviews summarising literature in one specific context, e.g., within the COVID-19 pandemic [19]. However, to the best of our knowledge, no review has summarised the literature addressing the impact of vaccine-related conspiracy narratives more broadly and across an unrestricted period. The aim of the present review was therefore to provide a better understanding of the role of conspiracy narratives with regard to individual vaccination decisions by addressing three main research questions.

First, to understand the significance of these conspiracy narratives, we need to know how widespread they are. Individuals come across conspiracy narratives on the internet, e.g., while reading posts on social media [12]. Thus, considerable research has investigated the occurrence of conspiracy narratives in various internet sources (e.g., social media). Yet, this literature provides an inconsistent picture, with articles identifying either a very low (e.g., [22]) and a very high (e.g., [23]) proportion of conspiracy narratives within the analysed content. Thus, it is worthwhile to systematically analyse this literature.

Additionally, the impact of conspiracy narratives depends on the number of people who believe them. Even if people are constantly exposed to a conspiracy narrative, it likely has no effect if nobody believes it. Here, the current state of research provides an

Taubert *et al. BMC Public Health*    (2024) 24:3325

Page 3 of 17

inconsistent picture. While some articles have presented fairly low agreement ratings (e.g., [24]), others have identified higher agreement ratings on vaccine-related conspiracy narratives (e.g., [25]). In sum, to investigate the spread of vaccine-related conspiracy narratives, we focussed on literature based on two research fields. On the one hand, we aimed to summarise literature about the occurrence of vaccine-related conspiracy narratives on the internet, i.e., how present they are on the internet. Here, we mainly focussed on articles with content analyses. On the other hand, we wanted to analyse literature about the prevalence of belief in vaccine-related conspiracy narratives, i.e., how many people believe them. Most of these articles were based on correlative data.

In addition to the spread of vaccine-related conspiracy narratives, it is important to understand whether belief in these narratives actually has a causal impact on behaviour or intention. Again, the current state of research provides no consistent picture. Some experiments have indicated that exposure to conspiracy narratives influences vaccination intention (e.g., [6]), while others have not shown significant effects [7]. Moreover, a systematic review of randomised controlled trials concluded that not all investigated health misinformation had an impact on behaviours and their psychological antecedents [26]. Thus, we wanted to summarise and systematically analyse this literature and narrow the focus to the topic of vaccination. Nevertheless, because more correlative studies than experiments are available, we also considered the literature about the association between conspiracy belief and vaccination intention. Thus, we included articles that directly examined the behaviour (vaccine uptake) as well as articles that indirectly explored the behaviour through the assessment of individuals' readiness to get vaccinated, also known as vaccination intention [27].

Lastly, the potential harm of vaccine-related conspiracy narratives could be weakened by effective interventions. Thus, we were interested in studies that have empirically tested how to minimise beliefs in conspiracy narratives and their impact on vaccination intentions. We therefore included studies that measured the impact of an intervention on conspiracy beliefs or on vaccination intention.

## Method
### Open science statement
All relevant data and materials are available online on OSF (https://osf.io/2z4et/). The materials include a dataset with all identified studies ("Review Data"), documentation about the review process ("Review Process"), and a supplemental file ("Supplement").

### Search and selection procedure
For the literature search, we used PubMed, PsychInfo, and Web of Science, covering research from medicine, psychology, sociology, and public health.

To identify articles related to conspiracy narratives, we used the keyword conspir*. Based on a systematic review by Schmid et al. [28], we added a combination of terms to cover various aspects of vaccination. Consequently, the complete search string for all databases was "conspir* AND (vaccin* OR immuniz* OR immunis* OR inoculat* OR prevention and control)".

The initial search was conducted from 1 – 11 July 2022. The selection procedure followed the PRISMA approach summarised in Fig. 1. First, duplicates were removed. The remaining articles were scanned by title and abstract. Afterwards, a full-text analysis was performed on the remaining articles. Here, articles were excluded according to the following a priori exclusion criteria: not addressing (human) vaccination, not addressing conspiracy narratives, not a peer-reviewed journal article, not reporting primary data (e.g., meta-analyses, reviews, comments), modelling studies, third-party observations (participants not expressing their own perspective), not published in English or German, full text not available. When the databases provided filters for type of literature (peer-reviewed) or language (English and German), these filters were used during the initial search. There was no restriction regarding publication year.

The selection was carried out by two raters (GMH and FT) who scanned the title and abstract of the first 50 articles (10% of the sample) independently. Then, their inclusion vs. exclusion ratings were compared. Since the first comparison showed a disagreement rate of 16% and a good Cohen's kappa (k=0.66) [29], each rater coded half of the remaining articles (for details, see "Review Process" in OSF, https://osf.io/2z4et/). For the full-text analyses, both raters scanned the first 30 articles (10% of the sample) independently to again compare and discuss their ratings. This comparison showed a disagreement rate of 30% and a moderate Cohen's kappa (k=0.40) (for details, see "Review Process" in OSF, https://osf.io/2z4et/). Both raters independently scanned all remaining articles in order to improve the consistency of their subsequent ratings. Finally, the complete datasets were compared. Differing ratings were first discussed among the raters, and in cases of disagreement, a third reviewer (PS) was consulted.

After the selection procedure, information from the remaining final articles was extracted and coded by two coders (FT and PG). An overview of the categories used for the coding of the extracted information is provided on OSF (https://osf.io/2z4et/).

Case 1:22-cv-00252-JDW    Document 711-2    Filed 02/09/26    Page 5 of 18 PageID #: 55245

Taubert *et al. BMC Public Health*    (2024) 24:3325    Page 4 of 17



**Fig. 1** Flow Chart of selection process

During the categorising process, we noticed that not all narratives labelled 'conspiracy narrative' in the studies fulfilled all criteria of the common definition [9]. Some narratives lacked the characteristic of a malevolent intent behind the conspiracy, or, more specifically, did not explicitly refer to it. For example, in the narrative "COVID-19 vaccines will lead to infertility" [30], it can be assumed that people believe that this infertility is a consequence of a conspiracy. However, infertility could also be the result of errors without malevolent intent. Nevertheless, we decided to include all studies that claimed they had assessed conspiracy narratives.

## Results
### Identified literature
The described search strategy resulted in 831 records (Fig. 1). After removing duplicates, 500 articles underwent title and abstract screening. During the screening, 219 articles were removed after the title/abstract analysis, and 76 articles were removed based on the full-text analysis according to the exclusion criteria. Two articles could not be found. Thus, authors were contacted and asked for access, which was successful in one case. The screening procedure led to a final dataset of 205 articles.

### Descriptive analysis of articles
The identified research was conducted in different WHO regions. Most of the articles were based in Europe (88/205) and the Americas (57/205). Fewer articles were from the Western Pacific (21/234), the Eastern Mediterranean (16/205), Africa (10/205), and South-Eastern Asia (4/205). Some (8/205) included a sample with participants from more than one WHO region.

The first identified article was published in 2005 (Table S1 and Fig. 2). Research interest increased sharply in 2019 (9/205) and 2020 (21/205). The majority of articles were published in 2021 (92/205) and 2022 (61/205).

Articles were mostly focused on one specific vaccine at a time. Most of the articles investigated conspiracy narratives regarding COVID-19 vaccines (149/205). Articles about childhood vaccination were rather rare (9/205); the same held for vaccines against human papillomavirus



**Fig. 2** Publications per year and WHO region. Note: WHO regions are classified in African Region (AFR), Region of the Americas (AMR), South-East Asian Region (SEAR), European Region (EUR), Eastern Mediterranean Region (EMR), Western Pacific Region (WPR)

(HPV) (13/205), the Measles, Mumps and Rubella (MMR) vaccine (5/205), or other vaccines (11/205). Additionally, we found 15/205 articles with a focus on vaccination in general instead of a specific vaccine.

We documented whether researchers used common open science practices that enable replication of findings [31, 32]. Of the 205 articles, 43 offer data sharing upon request. For 36 articles, the data is available online. For six studies, a preregistration was conducted, and additionally, five articles provide both preregistrations and open data. The remaining 125 articles do not include a statement about data availability.

### Occurrence of vaccine-related conspiracy narratives on the internet

To assess the occurrence of vaccine-related conspiracy narratives on the internet, we reviewed a total of 55 articles on these narratives. From these, 44 articles that focused on conspiracy narratives on social media outlets like Twitter; eight articles examined the occurrence of search inquiries on engines like Google; two articles investigated articles in newspapers; and one article examined the occurrence of conspiracy narratives in a movie. Across the studies different sampling methods were used (e.g., searching for vaccine-related keywords

and analysing the results; analysing all comments below a specific post; analysing a set of anti-vaccination websites, etc.).

A large quantity of articles focused on conspiracy narratives about COVID-19 vaccines (25/55) [22, 23, 33–55] (Table 1). Two articles reported occurrence rates for websites or profiles propagating conspiracy narratives: 9% of the 2000 most active vaccine-related accounts on Twitter [49] and 9% of 637 analysed vaccine-related sites on several search engines and social media platforms [36]. The identified occurrence of video content with conspiracy narratives about COVID-19 vaccines showed a large range. While one article identified 2% of 118 analysed vaccine-related YouTube videos as conspiracy narratives [22], another indicated 78.9% of over 2,000 tweeted vaccine-related YouTube videos as content with conspiracy narratives [23].

Fifteen of the 55 articles investigated the occurrence of conspiracy narratives regarding vaccination in general [56, 60, 62, 65, 67–77] (Table 1). Here, one study categorised 30% of the 204 assessed Facebook profiles expressing vaccine opposition as pages with conspiracy narratives [56]. Xu (2019) identified 2.4% of over 900 anti-vaccine articles found via Google as containing conspiracy narratives [72]. The results from Kata (2010)

**Table 1** Overview of articles reporting prevalence of vaccine related conspiracy narratives on the internet

| COVID-19 | | General | | Other vaccines | |
|---|---|---|---|---|---|
| Percentage of sites/ profiles sharing conspiracy narratives | Percentage of content including conspiracy narratives | Percentage of sites/ profiles sharing conspiracy narratives | Percentage of content including conspiracy narratives | Percentage of sites/ profiles sharing conspiracy narratives | Percentage of content including conspiracy narratives |
| 9% [26] | 2% [22] | 30% [56] | 2.4% [57] | 2% [58] | 3.8% - 14.4% [59] |
| 9% [49] | 4.9% [41] | | 3.5% [60] | | 8.7% [61] |
| | 14.6% [45] | | 7% - 20% [62] | | 9% [63] |
| | 15% [46] | | 21.3% [56] | | 10.5% [64] |
| | 15.1% [33] | | | | |
| | 16.4% [44] | | 27.7% [65] | | 56.3% [66] |
| | 16.7% [38] | | 41% [67] | | |
| | 19.46% - 24.68% [41] | | 45% [68] | | |
| | 23.5% [51] | | 76% [69] | | |
| | 40% [43] | | 100% [70] | | |
| | 78.9% [23] | | | | |

indicated that all of the eight analysed anti-vaccination websites presented conspiracy narratives [70].

Of the reviewed research, seven articles focused on the HPV vaccine [58, 61, 64, 66, 78–80] (Table 1). Madden et al. (2012) reported that 2% of the 89 analysed vaccine-related websites found via search engines made reference to such conspiracy narratives [58]. The occurrence of identified conspiracy narratives ranged from 8.7% (in a sample of 172 YouTube videos related to the HPV vaccine) [61] to 56.3% (in a sample of 580 posts on Instagram with related hashtags) [66].

The remaining articles referred to childhood vaccination in general [81–83], MMR [63, 84], flu [59], and tetanus [85] (Table 1). Here, every article identified conspiracy narratives as a topic in the analysed formats. For example, Nicholson and Leask (2012) identified 9% from a sample of 466 posts in online discussion forums about MMR vaccination as conspiracy narratives [63].

### Prevalence of belief in vaccine-related conspiracy narratives

Thirty-seven articles investigated the prevalence of belief in vaccine-related conspiracy narratives. Most of these studies conducted cross-sectional surveys (33/37) with samples of the general population. In sum, the 33 cross-sectional surveys had a total sample size of N = 44,630, with the smallest sample being N = 113 and the largest N = 5,822. The remaining four articles include qualitative data from a total sample of N = 305. These included data from more specific samples, e.g., parents of girls.

Overall, 29 of 33 correlative studies investigated the prevalence of belief in COVID-19 vaccine-related conspiracy narratives [24, 25, 30, 86–108] (Table S2). Among these correlative studies, the majority of authors used

ad-hoc scales to measure belief in specific, COVID-19-related conspiracy narratives. Some items refer to similar narratives and thus can be compared across studies. For example, eight studies assessed the agreement with the conspiracy narrative that the pharmaceutical industry created the coronavirus to increase sales of their vaccines [86, 87, 99, 104, 105, 107]. The reported proportion of participants agreeing ranged from 5% in two studies with samples from the UK [86, Study 2 and Study 3] to 72% in a sample from Saudi Arabia [99]. Further, five studies investigated the belief in a link between the COVID-19 vaccination and infertility [30, 89, 96, 104, 105]. While 7% of a sample from Hungary agreed to this narrative [104], the agreement to this narrative was higher in a sample from Jordan (i.e., 45%) [89]. Yet, some ratings are less suitable for comparisons, as they are referring to very specific conspiracy narratives (e.g., "World superpowers use it as cover to launch a vaccination program to facilitate a global surveillance regime and establish one world order" [98]). Thus, the proportion of participants agreeing ranged from 5% ("No sense to get the vaccine, higher power manipulates health outcomes") in a sample from Lebanon [100] to 51.7% ("The pharmaceutical industry created the COVID-19 virus ") in a sample from the US-Mexico border region [25]. In sum, the proportion of participants believing in single conspiracy narratives varied between studies. Additionally, of these 29 studies investigating the agreement with COVID-19-related conspiracy narratives, three used an adapted version of the Vaccine Conspiracy Beliefs Scale (VCBS) [92, 94, 103] developed and validated by Shapiro et al. in 2016 [109] (Table 2). A comparison of the data from the studies using the VCBS shows that they reported similar agreement ratings. For example, 14.8% of a sample from Saudi

Arabia [103], 13.7% of a sample from Australia [92] and 30% of a Spanish-speaking subsample from El Salvador [94] agreed to the narrative "Vaccines are harmful and this fact is hidden".

Two correlative studies provided information about the proportion of people believing at least one conspiracy narrative about the COVID-19 vaccines [97, 106]. In a Russian sample, 23% of participants supported one or more conspiracy narratives regarding the Russian COVID-19 vaccination campaign [106], and in a US sample, 33% of participants reported agreeing with one or more conspiracy narratives [97]. Additionally, two qualitative studies reported belief in conspiracy narratives as a common theme in interviews about the COVID-19 vaccines [110, 111].

The other articles (6/37) investigated the belief in conspiracy narratives focusing on other vaccines, such as against HIV and HPV (Table S2). Here, four articles examined belief in conspiracy narratives that are related to a hypothetical vaccination against HIV or a link between vaccination and HIV [112–115]. The proportion of participants believing specific conspiracy narratives ranged from 2% of participants from South Africa believing that HIV originated from vaccines [113] to 35% of participants from the USA believing that an effective HIV vaccine already exists but has been withheld from the public [114]. Additionally, one study from Texas with a sample of people with an HIV diagnosis reported that 63% of these participants believed at least one HIV-vaccine-related conspiracy narrative [115]. One qualitative study identified the belief that HIV vaccines already exist but are being suppressed as a common theme in interviews [112]. Another study investigated belief in conspiracy narratives about H1N1 among medical school students and showed that 16% believed "the whole story was a conspiracy" [116]. Furthermore, a qualitative study exploring the decline of HPV vaccination in Romania identified conspiracy narratives about HPV vaccines as a relevant topic within the interviews [117].

### Association of belief in conspiracy narratives and vaccination intention

In all, 130 articles reported 138 studies on the association between belief in conspiracy narratives and vaccination intention or vaccination uptake. We differentiate between experiments (7/138), correlative studies (122/138), and qualitative studies (9/138).

Most studies were conducted with regard to COVID-19 vaccines. Based on our search, we did not identify any experiments assessing causal relations between exposure to conspiracy narratives and COVID-19 vaccination intentions or uptake. However, 106 correlative studies investigated the association between belief in conspiracy narratives and vaccination uptake or intention, with a total sample of N = 215,646. Most sampled from the general population, with some exceptions (e.g., health care professionals [118, 119]; unvaccinated students [120]). The studies focused on different aspects of conspiracy beliefs. Most of them measured belief in COVID-19-related conspiracy narratives (70/106), followed by belief in COVID-19-vaccine-related conspiracy narratives (23/106) and a general tendency to believe in conspiracy narratives—a conspiracy mentality (21/106). Some studies included more than one kind of conspiracy belief.

Of these 106 correlative studies, 105 reported a significant negative association between belief in COVID-19-related conspiracy narratives, vaccine-related conspiracy narratives, or conspiracy mentality and vaccination intention or uptake [25, 30, 57, 86, 87, 87, 89–91, 95–98, 100, 101, 103–105, 108, 118–191] (Table 3). For example, Kaspar and Nordmeyer (2022) showed a significant negative association between conspiracy mentality and COVID-19 vaccination intention in a German sample [160], and Juanchich et al. (2021) indicated in two

**Table 2** Percentage of participants believing conspiracy narratives within articles using the Vaccine Conspiracy Beliefs Scale (VCBS)

|  | Fadhel (2021) [103] | Pickles et al. (2022) [92] | Caycho-Rodríguez et al. (2022) [94] |
|---|---|---|---|
| Vaccine safety data are often fabricated | 29.9% | 21.7% | 24.7%—45.2% |
| Vaccines are harmful and this fact is hidden | 14.5% | 13.7% | 4.8%—30% |
| Pharmaceutical companies cover up the dangers of vaccines | 31% | 27.9% | 17.5%—36.9% |
| People are deceived about vaccine efficacy | 26.3% | 31.8% | 16.5%—37.6% |
| Vaccine efficacy data are often fabricated | 26.5% | 21.2% | 15%—32.3% |
| People are deceived about vaccine safety | 25.4% | 29.6% | 14.6%—38.3% |
| The government is trying to cover up the link between vaccines and autism | *Not measured* | 15% | 12%—36.8% |

Note: Table presents agreement to conspiracy narratives measured with the VBCS for the three studies using the scale. Reported items were adopted from the VBCS [103]. Agreement which is reported in range combined displays agreements of different subsamples

Taubert *et al. BMC Public Health*    (2024) 24:3325

studies that COVID-19-related conspiracy beliefs were related to a lower vaccination intention in a sample from the UK [87]. Only seven of the 106 studies did not report significant associations between the two concepts [173, 192–197], and two showed the opposite pattern with a positive association between belief in COVID-19-related conspiracy narratives and vaccination intention [198, 199].

Additionally, seven studies used qualitative methods to investigate the relationship between belief in conspiracy narratives and vaccine intention or uptake [110, 200–205]. All studies identified belief in conspiracy narratives as a reason for vaccination refusal.

Focusing on other vaccines like childhood vaccination or vaccination in general, the reviewed literature includes seven experimental studies with a total sample size of N = 2,438, 13 correlative studies with a total sample size

**Table 3** Overview of quantity of articles reporting associations between conspiracy narratives and vaccination intention or uptake

|  | COVID | Other vaccines |
|---|---|---|
| **Experiments** | | |
| Studies | - | 7 |
| N | - | 2,438 |
| Sample | | |
| General public | - | 7 (N = 2,438) |
| Results | | |
| Effect of conspiracy narratives on Vaccination intention | - | 6 |
| No effect | - | 1 |
| **Correlative studies** | | |
| Studies | 106 | 13 |
| N | 215,646 | 140,44 |
| Sample | | |
| General public [studies (N)] | 97 (N = 188,775) | 13 (N = 14,044) |
| Medical staff [studies (N)] | 4 (N = 14,883) | - |
| Non vaccinated participants [studies (N)] | 5 (N = 11,988) | - |
| Results | | |
| Negative associations | | |
| Vaccination intention and belief in vaccine-related conspiracy narratives | 78 | 7 |
| Vaccination intention and conspiracy mentality | 21 | 1 |
| Vaccination uptake and belief in vaccine-related conspiracy narratives | 6 | 2 |
| Vaccination uptake and conspiracy mentality | - | 2 |
| *sum* | 105 | 12 |
| Other results | | |
| Not associated | 7 | 1 |
| Positive association of vaccination intention and belief in vaccine-related conspiracy narratives | 2 | - |
| *sum* | 9 | 1 |
| **Qualitative studies** | | |
| Studies | 7 | 2 |
| N | 13,477 | 57 |
| Sample | | |
| General public | 3 (N = 259) | 2 (N = 57) |
| Medical stuff | 2 (N = 1,553) | - |
| Non vaccinated participants | 2 (N = 11,665) | - |
| Results | | |
| Conspiracy narratives as identified reason for | | |
| Vaccination refusal (uptake) | 2 | 2 |
| Vaccination refusal (intention) | 5 | - |
| *sum* | 7 | 2 |

of N = 14,044, and two qualitative studies with a total sample size of N = 57 (Table 3).

Seven experiments provided information about the causal relationship between exposure to conspiracy narratives and vaccination intention. While Lyons et al. (2019) did not find a statistically significant effect of exposure to conspiracy narratives on vaccination intention [7], the other six experiments provided statistically significant negative effects of exposure to conspiracy narratives on vaccination intention [6, 8, 206–208]. For example, Chen et al. (2021) showed that participants exposed to vaccine-related conspiracy narratives were more hesitant towards vaccination against HPV compared to a control group [208]. Five of these seven experiments reported effect sizes. Most indicated small effect sizes, ranging from $\eta^2 = 0.01$ [208] to $\eta^2 = 0.07$ [206]. Only Pluviano et al. (2022) reported large effect sizes for the effect of exposure to conspiracy narratives on the intention to get a vaccination against measles ($\eta p^2 = 0.674$) and the Zika virus ($\eta p^2 = 0.32$) when comparing to a control group [207].

Of the 13 correlative studies, 12 indicated a negative association between belief in vaccine-related conspiracy narratives or conspiracy mentality and vaccination intention or uptake [6, 109, 209–217]. For example, Fonseca et al. (2019) showed a negative association between belief in vaccine-related conspiracy narratives and the intention to vaccinate their children in a sample of Portuguese parents [213], and Milošević Đorđević et al. (2021) indicated a negative relation between belief in vaccine-related conspiracy narratives and vaccination intention in Serbia [209]. One study did not find a significant association between belief in vaccine-related conspiracy narratives and vaccination intention [218].

Moreover, two studies using qualitative methods identified belief in pharmaceutical conspiracy narratives as a reason for the refusal of childhood vaccinations [219] and belief in the conspiracy narrative of polio vaccination as a Jewish plot as a reason for the refusal of the polio vaccination [220].

## Interventions to reduce the impact of vaccine-related conspiracy narratives

Finally, ten articles with 12 studies in total and a total sample of N = 18,040 evaluated interventions to reduce the impact of vaccine-related conspiracy narratives [7, 8, 182, 206, 207, 221–225] (Table 4). The tested interventions were developed either to reduce belief in conspiracy narratives (6/12) or to improve vaccine intention when vaccine-related conspiracy narratives are believed (6/12).

From six studies investigating the effect on conspiracy beliefs, four indicated a lower belief in vaccine-related conspiracy narratives within the intervention group. Here, effective interventions included social norm feedback [222], transparent communication [182], and fact-checking labels (for definitions of the interventions, see Table 4, Note) [225]. One study showed effects from a debunking text with two additional paragraphs that refer to the motives of the conspiracists and the fallacy in thinking but no effects from a more simple debunking text [223]. While the interventions reduced conspiracy beliefs, in three of the studies there was no effect on subsequent vaccination intention [222, 223, 225]. Interventions improving COVID-19 health literacy [221] or using correction messages after exposure to conspiracy narratives (i.e., debunking) [7] did not have a significant impact on belief in conspiracy narratives.

**Table 4** Overview of quantity of articles tested interventions to reduce the impact of vaccine related conspiracy narratives

|  | Debunking | Prebunking | Health literacy | Transparent communication | Fact checking labels | Social norm feedback |
|---|---|---|---|---|---|---|
| Studies | 5 | 2 | 1 | 2 | 1 | 1 |
| N | 2,218 | 435 | 1,448 | 13,791 | 206 | 202 |
| **Quantity of studies that identified an effect on** | | | | | | |
| Belief in vaccine related conspiracy narratives | 1 | | | 1 | 1 | 1 |
| Vaccination intention | 3 | | | | | |
| Vaccination intention mediated by belief in conspiracy narratives | | 2 | | | | |
| No effect | 1 | | 1 | 1 | | |

Note: The table presents the quantity of articles tested interventions to reduce the impact of vaccine related conspiracy narratives and their identified effects. The tested interventions includes: Debunking (i.e., presenting counterarguments after the exposure to conspiracy narratives [223]), Prebunking (i.e., presenting counterarguments before the exposure to conspiracy narratives [206]), Health literacy (i.e., the ability to access, understand, appraise, and apply health information [221]), Transparent communication (i.e., communicating certainties and uncertainties [182], Fact checking labels (i.e., a label on social media that labels the fallacy of misinformation [225]) and Social norm feedback (i.e., information about appropriate social behaviour [222])

The remaining six articles focused on effects on vaccination intention [8, 182, 206, 207, 224]. Here, only Petersen et al. did not find a significant impact of transparent communication on vaccination intention [182]. Otherwise, the other interventions, namely refutational messages [8] and correction messages [207, 224] as debunking interventions and anti-conspiracy arguments prior to exposure to conspiracy narratives (i.e., prebunking; for definitions of the interventions, see Note below Table 4) [206], led to an improvement in vaccination intention compared to condition groups without an intervention. Furthermore, Jolley and Douglas (2017) found that the effect of prebunking on vaccination intention is mediated by conspiracy beliefs and the perceived danger of vaccination [206].

Four studies reported effect sizes to determine the effect of the intervention using eta squares [206, 222, 223]. All indicated small effect sizes, ranging from $\eta^2 = 0.03$ [222] to $\eta^2 = 0.07$ [206].

## Discussion

The present review summarises literature about i) the occurrence of vaccine-related conspiracy narratives on the internet, ii) the prevalence of belief in vaccine-related conspiracy narratives, iii) the impact of belief in conspiracy narratives on vaccination intentions and uptake, and iv) interventions to reduce the impact of conspiracy narratives.

First, the review shows that conspiracy narratives are a common type of content when searching online about (anti-)vaccination topics. Yet, we could not find a consistent pattern, as the reported percentages of sites or profiles sharing conspiracy narratives ranged from 2% [58] to over 50% [66], and the percentage of content including conspiracy narratives ranged from 2% [22] to 100% [70]. These variances might depend on the amount of analysed data, the web content and the search strategy; while some authors analysed vaccine-related content, others searched directly for anti-vaccination content. It is logical that a sample of only anti-vaccination sources more often included conspiracy narratives compared to a sample of sources that also included public health websites. Additionally, data on the prevalence of belief in conspiracy narratives provides an inconsistent picture. In particular, studies about COVID-19-related conspiracy narratives reported proportions of agreement within high ranges. This could be explained by samples from different nations and different pandemic stages where surveys were conducted. Moreover, only a minority of studies used an established scale to measure belief in conspiracy narratives, making a comparison possible at all. Thus, we focused on agreement with single conspiracy narratives instead of comparing the mean values of scales, which

might reduce the variance between studies. Studies with regard to other vaccines also provided an inconsistent picture, with conspiracy narratives with a low agreement of 2% and such narratives with an agreement over 35%. In summary, there are different vaccine-related conspiracy narratives, which are believed to varying degrees. Yet, some vaccination-related conspiracy narratives are widely spread in many nations. For example, the conspiracy narratives claiming that vaccines cause autism were held as true by up to 60% of participants surveyed [25].

Further, this review provides a consistent picture of the association between conspiracy belief and vaccination intention or uptake. Across the investigated vaccines, belief in specific conspiracy narratives or a general conspiracy mentality was related to lower vaccination intention and lower vaccination uptake in nearly all the included studies. Additionally, some experiments provided information about the causality of the effect and showed that exposure to conspiracy narratives has a negative but mostly small effect on vaccination intention. However, the main part of the literature included correlative studies. Thus, statements about the causality of the effect are possible only to a limited extent. Experiments about this relationship are rare and just focus only on the effect of conspiracy beliefs on vaccination intention. Nonetheless, it can be assumed that attitudes towards vaccinations influence conspiracy beliefs, for example, when these narratives are used to justify an already-existing vaccine hesitancy.

In the review, we also collected literature about evaluated interventions that reduce the impact of conspiracy narratives in a vaccination-related context. While some interventions had an influence on conspiracy beliefs but did not influence vaccination (e.g., social norm feedback [222] and fact-checking labels [225]), there were also interventions that effectively increased vaccination intention (e.g., refutational messages [8] and correction messages [224]). These effects appear to be rather small, and therefore, it is questionable whether their extensive implementation would be worthwhile. However, the effect of exposure to conspiracy narratives on vaccination intention is also small, and thus these could indeed effectively be reduced by the investigated interventions.

Lastly, some of the reviewed articles investigated other factors that are associated with conspiracy beliefs. For example, Sallam et al. (2021) reported that higher belief in vaccine-related conspiracy narratives goes along with being female, lower education levels, and lower income [30]. Next to demographic variables, some psychosocial factors are associated with conspiracy beliefs. For example, lower levels of governmental trust [143], powerlessness [141], and higher threat perception [138] are related to conspiracy beliefs. Yet, as we did not systematically

Taubert *et al. BMC Public Health*    (2024) 24:3325

search for this research question, we decided to omit this issue.

### Limitations

While this review provides a comprehensive overview of the research about conspiracy beliefs and vaccination intention and behaviour, it has limitations. As it did not include meta-analyses, sophisticated statements about effect sizes are not possible. Moreover, we did not check for publication bias, which could lead to an overestimation of the reported effects of exposure to conspiracy narratives and of the interventions.

Additionally, we cannot guarantee that all relevant studies were included. Even if we used a rather broad search string and a selection process carried out by two raters, it can be assumed that the search strategy nevertheless missed some literature because it was not available in the used databases or in the searched languages. For example, research from the underrepresented regions could be published in other languages or in regional journals, which may not be represented in the searched databases. It is also possible that some articles investigated conspiracy narratives within a scale to measure misinformation. Since our search string only focused on conspiracy narratives only, this literature could be missing.

The review included only ten articles that evaluated interventions, as we searched for articles investigating interventions in the context of conspiracy beliefs and vaccination attitudes. Other interventions tackling misinformation to reduce vaccine hesitancy might also be important in this context [226].

The investigated literature also indicated that there is no common definition of conspiracy narratives. Some of the narratives did not fulfil all the criteria of conspiracy narratives defined by Douglas and Sutton (2023) [10]. For example, a myth claiming that a vaccine made in a specific country is safer than those made in other countries [99] was labelled as a conspiracy, but it lacks parts of the definition (e.g., malevolent intention). Since we looked at agreement ratings for each conspiracy narrative separately instead of calculating means, we decided to include such myths. Yet, it needs to be mentioned that only a few of the reported narratives in Table S2 fulfil all the criteria of a conspiracy narrative. In their recently published article, Douglas and Sutton discussed the issue of unspecific definitions of conspiracy narratives and provided a detailed definition [10].

### Directions for future studies

In sum, the review shows that at least some vaccine-related conspiracy narratives are widespread and that belief in conspiracy narratives is associated with vaccine hesitancy. Moreover, the review also points out considerable gaps in the current state of research.

First, it was not possible to estimate the prevalence of vaccine-related conspiracy narratives on the internet as the samples and methods used in the reviewed studies differed too much. Thus, future research in this field should focus on more consistent and generalizable ways of quantifying the prevalence of (vaccine-related) conspiracy theories to make a comparison possible.

Future studies measuring belief in conspiracy narratives should use validated scales like the VCBS [109] to enable a comparison across studies. This would also enable a comparison of scale values instead of comparing single conspiracy narratives.

Additionally, a future systematic review could also extract demographic variables and psycho-social factors associated with believing vaccination-related conspiracy narratives for better understanding of those believing conspiracy narratives.

Numerous studies have used correlative data to investigate the relationship between conspiracy beliefs and vaccination intention within the general population. More research on specific samples could expand the current state of research. For example, as ostracism leads to higher conspiracy beliefs [227], research on social outgroups that are particularly affected by a disease or a pandemic could be interesting. Focusing on vaccination providers like physicians could also lead to new findings. In these cases, belief in conspiracy narratives could also be associated with fewer vaccination recommendations, which could influences the vaccination intention of their patients [228]. Moreover, research in non-WEIRD countries appears to be still patchy.

Additionally, to gain better knowledge about the direction of the relationship between conspiracy beliefs and vaccine hesitancy, more experiments are needed. It could be possible that vaccine hesitant individuals are more susceptible to conspiracy narratives as they justify their hesitancy. Thus, it could be possible that the concepts influence each other.

Considering the small effects of the evaluated interventions, it might be worth the effort to develop and test interventions that have greater impacts. For example, with regard to vaccination as an important health-related topic, it might be beneficial to use the high trustworthiness of health care professionals [229] and provide them with techniques for rebutting fake news and conspiracy narratives [230].

Finally, we recommend that other researchers use open science practices to improve the quality and reproducibility of behavioural science [31, 32]. Open data makes research transparent and enables other researchers to replicate the findings, and preregistration enhances the

validity of results by ensuring that any subsequent adjustments made are traceable to the original data.

## Conclusion

To conclude, the results showed that many vaccine-related conspiracy narratives have spread and are believed to varying degrees. This was especially the case during the COVID-19 pandemic. Further, exposure to these conspiracy narratives can decrease vaccination intention. There are already some promising interventions that could reduce the effect of vaccine-related conspiracy narratives. However, the current state of research is largely based on correlative studies and could be strengthened with more research enabling causal interpretations.

## Supplementary Information

The online version contains supplementary material available at https://doi.org/10.1186/s12889-024-20797-y.

> Supplementary Material 1.

## Acknowledgements
Not applicable.

## Authors' contributions
P.S. and F.T. were responsible for the conceptualization. G.M.H. were responsible for the data collection. F.T., G.M.H. and P.G. analysed the data. F.T. wrote the main manuscript text and prepared all Figures and Tables. C.B. and P.S. reviewed the manuscript. All authors read and approved the final manuscript.

## Funding
Open Access funding enabled and organized by Projekt DEAL. This project has received funding from the European Union's Horizon 2020 research and innovation program under grant agreement No 964728 (JITSUVAX). The work is also partially funded by the Leibniz Best Minds Program (P106/2020) to CB.

## Data Availability
The datasets supporting the conclusions of this article are available in the Open Science Framework (OSF), https://osf.io/2z4et/.

## Declarations

### Ethics approval and consent to participate
Not applicable.

### Consent for publication
Not applicable.

### Competing interests
The authors declare no competing interests.

### Author details
[1]Institute for Planetary Health Behavior, Health Communication, University of Erfurt, Erfurt, Germany. [2]Health Communication Working Group, Implementation Research, Bernhard Nocht Institute for Tropical Medicine, Hamburg, Germany. [3]Centre for Language Studies, Radboud University Nijmegen, Nijmegen, The Netherlands.

Received: 26 March 2024   Accepted: 19 November 2024
Published online: 29 November 2024

## References

1. Di Pasquale A, Bonanni P, Garçon N, Stanberry LR, El-Hodhod M, Tavares Da Silva F. Vaccine safety evaluation: Practical aspects in assessing benefits and risks. Vaccine. 2016;34:6672–80.
2. MacDonald NE. Vaccine hesitancy: Definition, scope and determinants. Vaccine. 2015;33:4161–4.
3. World Health Organization. Ten threats to global health in 2019. In: World Health Organization. 2019. https://www.who.int/news-room/spotlight/ten-threats-to-global-health-in-2019. Accessed 25 Nov 2024.
4. Palamenghi L, Barello S, Boccia S, Graffigna G. Mistrust in biomedical research and vaccine hesitancy: the forefront challenge in the battle against COVID-19 in Italy. Eur J Epidemiol. 2020;35:785–8.
5. Ullah I, Khan KS, Tahir MJ, Ahmed A, Harapan H. Myths and conspiracy theories on vaccines and COVID-19: Potential effect on global vaccine refusals. Vacunas. 2021;22:93–7.
6. Jolley D, Douglas KM. The effects of anti-vaccine conspiracy theories on vaccination intentions. PLoS ONE. 2014;9:e89177.
7. Lyons B, Merola V, Reifler J. Not just asking questions: Effects of implicit and explicit conspiracy information about vaccines and genetic modification. Health Commun. 2019;34:1741–50.
8. Featherstone JD, Zhang J. Feeling angry: the effects of vaccine misinformation and refutational messages on negative emotions and vaccination attitude. J Health Commun. 2020;25:692–702.
9. Zonis M, Joseph CM. Conspiracy thinking in the Middle East. Polit Psychol. 1994;15:443.
10. Douglas KM, Sutton RM. What are conspiracy theories? A definitional approach to their correlates, consequences, and communication. Annu Rev Psychol. 2023;74:271–98.
11. van Prooijen J-W, Douglas KM. Conspiracy theories as part of history: The role of societal crisis situations. Mem Stud. 2017;10:323–33.
12. Del Vicario M, Bessi A, Zollo F, Petroni F, Scala A, Caldarelli G, et al. The spreading of misinformation online. Proc Natl Acad Sci USA. 2016;113:554–9.
13. Tan SS-L, Goonawardene N. Internet Health Information Seeking and the Patient-Physician Relationship: A Systematic Review. J Med Internet Res. 2017;19:e9.
14. Wawrzuta D, Jaworski M, Gotlib J, Panczyk M. Characteristics of antivaccine messages on social media: systematic review. J Med Internet Res. 2021;23:e24564.
15. Betsch C, Renkewitz F, Betsch T, Ulshöfer C. The influence of vaccine-critical websites on perceiving vaccination risks. J Health Psychol. 2010;15:446–55.
16. Douglas KM. Are conspiracy theories harmless? Span J Psychol. 2021;24:e13.
17. Ashby B, Best A. Herd immunity. Curr Biol. 2021;31:R174–7.
18. Bierwiaczonek K, Gundersen AB, Kunst JR. The role of conspiracy beliefs for COVID-19 health responses: a meta-analysis. Curr Opin Psychol. 2022;46:101346.
19. Ripp T, Röer JP. Systematic review on the association of COVID-19-related conspiracy belief with infection-preventive behavior and vaccination willingness. BMC Psychol. 2022;10:66.
20. Lewandowsky S, Oberauer K, Gignac GE. NASA faked the moon landing—therefore, (Climate) science is a hoax: an anatomy of the motivated rejection of science. Psychol Sci. 2013;24:622–33.
21. O'Mahony C, Brassil M, Murphy G, Linehan C. The efficacy of interventions in reducing belief in conspiracy theories: a systematic review. PLoS ONE. 2023;18:e0280902.
22. Hernández-García I, Gascón-Giménez I, Gascón-Giménez A, Giménez-Júlvez T. Information in Spanish on YouTube about Covid-19 vaccines. Hum Vaccin Immunother. 2021;17:3916–21.
23. Ginossar T, Cruickshank IJ, Zheleva E, Sulskis J, Berger-Wolf T. Cross-platform spread: vaccine-related content, sources, and conspiracy theories in YouTube videos shared in early Twitter COVID-19 conversations. Hum Vacc Immunother. 2022;18(1):1–13.
24. Szmyd B, Bartoszek A, Karuga FF, Staniecka K, Błaszczyk M, Radek M. Medical students and SARS-CoV-2 vaccination: attitude and behaviors. Vaccines (Basel). 2021;9:128.
25. Strathdee SA, Abramovitz D, Harvey-Vera A, Vera CF, Rangel G, Artamonova I, et al. Correlates of Coronavirus Disease 2019 (COVID-19) vaccine hesitancy among people who inject drugs in the San Diego-Tijuana border Region. Clin Infect Dis. 2021;75(1):e726–33.

Case 1:22-cv-00252-JDW    Document 711-2    Filed 02/09/26    Page 14 of 18 PageID #: 55254

Taubert *et al. BMC Public Health*      (2024) 24:3325

Page 13 of 17

26. Schmid P, Altay S, Scherer LD. The psychological impacts and message features of health misinformation: a systematic review of randomized controlled trials. Eur Psychol. 2023;28:162–72.

27. Ajzen I. From intentions to actions: A theory of planned behavior. In: Kuhl J, Beckmann J, editors. Action Control. SSSP Springer Series in Social Psychology. Berlin, Heidelberg: Springer; 1985. p. 11–39.

28. Schmid P, Rauber D, Betsch C, Lidolt G, Denker M-L. Barriers of influenza vaccination intention and behavior – a systematic review of influenza vaccine hesitancy, 2005–2016. PLoS ONE. 2017;12:e0170550.

29. Altman DG. Practical statistics for medical research. 1st ed. New York: Chapman and Hall/CRC; 1990.

30. Sallam M, Dababseh D, Eid H, Al-Mahzoum K, Al-Haidar A, Taim D, et al. High rates of COVID-19 vaccine hesitancy and its association with conspiracy beliefs: a study in Jordan and Kuwait among other Arab countries. Vaccines (Basel). 2021;9:42.

31. Spellman B, Gilbert E, Corker KS. Open science: What, why, and how. 2017.

32. Maxwell SE, Lau MY, Howard GS. Is psychology suffering from a replication crisis? What does "failure to replicate" really mean? Am Psychol. 2015;70:487–98.

33. Lurie P, Adams J, Lynas M, Stockert K, Carlyle RC, Pisani A, et al. COVID-19 vaccine misinformation in English-language news media: retrospective cohort study. BMJ Open. 2022;12:e058956.

34. Darius P, Urquhart M. Disinformed social movements: A large-scale mapping of conspiracy narratives as online harms during the COVID-19 pandemic. Online Soc Netw Media. 2021;26:100174.

35. An L, Russell DM, Mihalcea R, Bacon E, Huffman S, Resnicow K. Online search behavior related to COVID-19 vaccines: infodemiology study. JMIR Infodemiol. 2021;1:e32127.

36. Islam MS, Kamal A-HM, Kabir A, Southern DL, Khan SH, Hasan SMM, et al. COVID-19 vaccine rumors and conspiracy theories: The need for cognitive inoculation against misinformation to improve vaccine adherence. PLoS One. 2021;16:e0251605.

37. Kumar N, Corpus I, Hans M, Harle N, Yang N, McDonald C, et al. COVID-19 vaccine perceptions in the initial phases of US vaccine roll-out: an observational study on reddit. BMC Public Health. 2022;22:446.

38. Herrera-Peco I, Jiménez-Gómez B, Romero Magdalena CS, Deudero JJ, García-Puente M, Benítez De Gracia E, et al. Antivaccine movement and COVID-19 negationism: a content analysis of Spanish-written messages on twitter. Vaccines. 2021;9:656.

39. Liu S, Liu J. Public attitudes toward COVID-19 vaccines on English-language twitter: a sentiment analysis. Vaccine. 2021;39:5499–505.

40. Mutanga MB, Abayomi A. Tweeting on COVID-19 pandemic in South Africa: LDA-based topic modelling approach. Afr J Sci Technol Innov Dev. 2022;14:163–72.

41. Jiang LC, Chu TH, Sun M. Characterization of vaccine tweets during the early stage of the COVID-19 outbreak in the United States: topic modeling analysis. JMIR Infodemiol. 2021;1:e25636.

42. Muric G, Wu Y, Ferrara E. COVID-19 vaccine hesitancy on social media: building a public twitter data set of antivaccine content, vaccine misinformation, and conspiracies. JMIR Public Health Surveill. 2021;7:e30642.

43. Nazar S, Pieters T. Plandemic revisited: a product of planned disinformation amplifying the COVID-19 "infodemic." Front Public Health. 2021;9:649930.

44. Küçükali H, Ataç Ö, Palteki AS, Tokaç AZ, Hayran O. Vaccine hesitancy and anti-vaccination attitudes during the start of COVID-19 vaccination program: a content analysis on twitter data. Vaccines (Basel). 2022;10:161.

45. Charquero-Ballester M, Walter JG, Nissen IA, Bechmann A. Different types of COVID-19 misinformation have different emotional valence on Twitter. Big Data Soc. 2021;8:20539517211041280.

46. Criss S, Nguyen TT, Norton S, Virani I, Titherington E, Tillmanns EL, et al. Advocacy, hesitancy, and equity: exploring U.S. race-related discussions of the COVID-19 vaccine on twitter. Int J Environ Res Publ Health. 2021;18:5693.

47. Jiang X, Su M-H, Hwang J, Lian R, Brauer M, Kim S, et al. Polarization over vaccination: ideological differences in twitter expression about COVID-19 vaccine favorability and specific hesitancy concerns. Soc Med Soc. 2021;7:20563051211048412.

48. Scannell D, Desens linda, Guadagno M, Tra Y, Acker E, Sheridan K, et al. Covid-19 vaccine discourse on twitter: A content analysis of persuasion techniques, sentiment and mis/disinformation. J Health Commun. 2021. https://doi.org/10.1080/10810730.2021.1955050.

49. Jamison AM, Broniatowski DA, Dredze M, Sangraula A, Smith MC, Quinn SC. Not just conspiracy theories: Vaccine opponents and proponents add to the COVID-19 "infodemic" on Twitter. Harvard Kennedy School Misinform Rev. 2020;1:10.37016.

50. Kwok SWH, Vadde SK, Wang G. Tweet topics and sentiments relating to COVID-19 vaccination among Australian twitter users: machine learning analysis. J Med Internet Res. 2021;23:e26953.

51. Thelwall M, Kousha K, Thelwall S. Covid-19 vaccine hesitancy on English-language Twitter. Prof Inf. 2021;30:e300212.

52. Tang L, Douglas S, Laila A. Among sheeples and antivaxxers: Social media responses to COVID-19 vaccine news posted by Canadian news organizations, and recommendations to counter vaccine hesitancy. Canada Commun Dis Rep= Releve Des Maladies Transmissibles Au Canada. 2021;47:524–33.

53. Ngai CSB, Singh RG, Yao L. Impact of COVID-19 vaccine misinformation on social media virality: content analysis of message themes and writing strategies. J Med Internet Res. 2022;24:e37806.

54. Hughes B, White K, West J, Criezis M, Zhou C, Bartholomew S. Cultural variance in reception and interpretation of social media COVID-19 disinformation in French-Speaking regions. Int J Environ Res Public Health. 2021;18:12624.

55. Chandrasekaran R, Desai R, Shah H, Kumar V, Moustakas E. Examining public sentiments and attitudes toward COVID-19 vaccination: infoveillance study using twitter posts. JMIR Infodemiology. 2022;2:e33909.

56. Broniatowski DA, Jamison AM, Johnson NF, Velasquez N, Leahy R, Restrepo NJ, et al. Facebook pages, the "Disneyland" measles outbreak, and promotion of vaccine refusal as a civil right, 2009–2019. Am J Public Health. 2020;110:S312–8.

57. Zhang X, Guo Y, Zhou Q, Tan Z, Cao J. The mediating roles of medical mistrust, knowledge, confidence and complacency of vaccines in the pathways from conspiracy beliefs to vaccine hesitancy. Vaccines (Basel). 2021;9:1342.

58. Madden K, Nan X, Briones R, Waks L. Sorting through search results: a content analysis of HPV vaccine information online. Vaccine. 2012;30:3741–6.

59. Guidry JPD, Austin LL, O'Donnell NH, Coman IA, Lovari A, Messner M. Tweeting the #flushot: beliefs, barriers, and threats during different periods of the 2018 to 2019 flu season. J Prim Care Commun Health. 2020;11:2150132720932722.

60. Warner EL, Barbati JL, Duncan KL, Yan K, Rains SA. Vaccine misinformation types and properties in Russian troll tweets. Vaccine. 2022;40:953–60.

61. Briones R, Nan X, Madden K, Waks L. When vaccines go viral: An analysis of HPV vaccine coverage on YouTube. Health Commun. 2012;27:478–85.

62. Harvey AM, Thompson S, Lac A, Coolidge FL. Fear and derision: A quantitative content analysis of provaccine and antivaccine Internet memes. Health Educ Behav. 2019;46:1012–23.

63. Nicholson MS, Leask J. Lessons from an online debate about measles-mumps-rubella (MMR) immunization. Vaccine. 2012;30:3806–12.

64. Ekram S, Debiec KE, Pumper MA, Moreno MA. Content and commentary: HPV vaccine and YouTube. J Pediatr Adolesc Gynecol. 2019;32:153–7.

65. Guidry JPD, Carlyle K, Messner M, Jin Y. On pins and needles: how vaccines are portrayed on pinterest. Vaccine. 2015;33:5051–6.

66. Massey PM, Kearney MD, Hauer MK, Selvan P, Koku E, Leader AE. Dimensions of misinformation about the HPV vaccine on instagram: content and network analysis of social media characteristics. J Med Inter Res. 2020;22:e21451.

67. Jamison A, Broniatowski DA, Smith MC, Parikh KS, Malik A, Dredze M, et al. Adapting and extending a typology to identify vaccine misinformation on twitter. Am J Public Health. 2020;110:S331–9.

68. Hoffman BL, Felter EM, Chu K-H, Shensa A, Hermann C, Wolynn T, et al. It's not all about autism: The emerging landscape of anti-vaccination sentiment on Facebook. Vaccine. 2019;37:2216–23.

69. Zimmerman RK, Wolfe RM, Fox DE, Fox JR, Nowalk MP, Troy JA, et al. Vaccine criticism on the world wide web. J Med Inter Res. 2005;7(2):e369.

70. Kata A. A postmodern Pandora's box: anti-vaccination misinformation on the Internet. Vaccine. 2010;28:1709–16.

71. Nugier A, Limousi F, Lydié N. Vaccine criticism: Presence and arguments on French-speaking websites. Med Mal Infect. 2018;48:37–43.

72. Xu Z. Personal stories matter: topic evolution and popularity among pro- and anti-vaccine online articles. J Comput Soc Sci. 2019;2:207–20.

73. Nowak SA, Chen C, Parker AM, Gidengil CA, Matthews LJ. Comparing covariation among vaccine hesitancy and broader beliefs within Twitter and survey data. PLoS ONE. 2020;15:e0239826.

74. Lutkenhaus RO, Jansz J, Bouman MPA. Mapping the Dutch vaccination debate on Twitter: Identifying communities, narratives, and interactions. Vaccine: X. 2019;1:100019.

75. Tokojima Machado DF, de Siqueira AF, Gitahy L. Natural stings: selling distrust about vaccines on Brazilian YouTube. Front Commun. 2020;5:577941.

76. Walter D, Ophir Y, Lokmanoglu AD, Pruden ML. Vaccine discourse in white nationalist online communication: a mixed-methods computational approach. Soc Sci Med. 2022;298:114859.

77. Cosenza G, Sanna L. The origins of the alleged correlation between vaccines and autism. A Semiotic Approach. Soc Epistemol. 2021. https://doi.org/10.1080/02691728.2021.1954716.

78. Okuhara T, Ishikawa H, Okada M, Kato M, Kiuchi T. Contents of Japanese pro- and anti-HPV vaccination websites: A text mining analysis. Patient Educ Couns. 2018;101:406–13.

79. Penţa MA, Băban A. Dangerous agent or saviour? HPV vaccine representations on online discussion forums in Romania. Int J Behav Med. 2014;21:20–8.

80. Chen L, Ling Q, Cao T, Han K. Mislabeled, fragmented, and conspiracy-driven: a content analysis of the social media discourse about the HPV vaccine in China. Asian J Commun. 2020;30:450–69.

81. Klimiuk K, Czoska A, Biernacka K, Balwicki Ł. Vaccine misinformation on social media - topic-based content and sentiment analysis of Polish vaccine-deniers' comments on Facebook. Hum Vaccin Immunother. 2021;17:2026–35.

82. Numerato D, Vochocová L, Štětka V, Macková A. The vaccination debate in the "post-truth" era: social media as sites of multi-layered reflexivity. Sociol Health Illn. 2019;41:82–97.

83. Smith N, Graham T. Mapping the anti-vaccination movement on Facebook. Info Commun Soc. 2019;22:1310–27.

84. Cmeciu C, Coman I. Governmental and public thematic patterns on vaccination during a measles outbreak: the Romanian perspective. Glob Health Promot. 2021;28:23–31.

85. Bradshaw AS, Treise D, Shelton SS, Cretul M, Raisa A, Bajalia A, et al. Propagandizing anti-vaccination: analysis of vaccines revealed documentary series. Vaccine. 2020;38:2058–69.

86. Romer D, Jamieson KH. Conspiracy theories as barriers to controlling the spread of COVID-19 in the US. Soc Sci Med. 2020;263:113356.

87. Juanchich M, Sirota M, Jolles D, Whiley LA. Are COVID-19 conspiracies a threat to public health? Psychological characteristics and health protective behaviours of believers. Eur J Soc Psychol. 2021. https://doi.org/10.1002/ejsp.2796.

88. Tsantopoulos G, Papageorgiou AC, Karasmanaki E. COVID-19: an outcome of biodiversity loss or a conspiracy? Investigating the attitudes of environmental students. Sustainability. 2021;13:5307.

89. Sallam M, Dababseh D, Eid H, Hasan H, Taim D, Al-Mahzoum K, et al. Low COVID-19 vaccine acceptance is correlated with conspiracy beliefs among university students in Jordan. Int J Environ Res Public Health. 2021;18:2407.

90. Yang Z, Luo X, Jia H. Is it all a conspiracy? Conspiracy theories and people's attitude to COVID-19 vaccination. Vaccines. 2021;9:1051.

91. McCarthy M, Murphy K, Sargeant E, Williamson H. Examining the relationship between conspiracy theories and COVID-19 vaccine hesitancy: A mediating role for perceived health threats, trust, and anomie? Anal Soc Issues Public Policy. 2022;22:106–29.

92. Pickles K, Copp T, Meyerowitz-Katz G, Dodd RH, Bonner C, Nickel B, et al. COVID-19 vaccine misperceptions in a community sample of adults aged 18–49 years in Australia. Int J Environ Res Public Health. 2022;19:6883.

93. Zaidi TH, Zaidi NH, Ansari AH, Memon S, Ahmed F, Waheed A, et al. Acceptance, perception and awareness regarding COVID-19 vaccination among general population in Karachi. Pakistan World Fam Med. 2022;20:29–39.

94. Caycho-Rodríguez T, Ventura-León J, Valencia PD, Vilca LW, Carbajal-León C, Reyes-Bossio M, et al. What is the support for conspiracy beliefs about COVID-19 vaccines in Latin America? A prospective exploratory study in 13 countries. Front Psychol. 2022;13:855713.

95. Ghaddar A, Khandaqji S, Awad Z, Kansoun R. Conspiracy beliefs and vaccination intent for COVID-19 in an infodemic. PLoS ONE. 2022;17:e0261559.

96. Arshad MS, Hussain I, Mahmood T, Hayat K, Majeed A, Imran I, et al. A national survey to assess the COVID-19 vaccine-related conspiracy beliefs, acceptability, preference, and willingness to pay among the general population of Pakistan. Vaccines. 2021;9:720.

97. Earnshaw VA, Eaton LA, Kalichman SC, Brousseau NM, Hill EC, Fox AB. COVID-19 conspiracy beliefs, health behaviors, and policy support. Transl Behavior Med. 2020;10:850–6.

98. Jamil OBK, Muhib M, Abbal MA, Ahmed AM, Khan HH, Khan NY. Medical students in Karachi and COVID-19: Myths and facts. SAGE Open Med. 2022;10:20503121221094208.

99. Alrajeh AM, Daghash H, Buanz SF, Altharman HA, Belal S. COVID-19 vaccine hesitancy among the adult population in Saudi Arabia. Cureus. 2021;13:e20197.

100. Bou Hamdan M, Singh S, Polavarapu M, Jordan TR, Melhem NM. COVID-19 vaccine hesitancy among university students in Lebanon. Epidemiol Infect. 2021;149:e242.

101. Ahiakpa JK, Cosmas NT, Anyiam FE, Enalume KO, Lawan I, Gabriel IB, et al. COVID-19 vaccines uptake: Public knowledge, awareness, perception and acceptance among adult Africans. PLoS ONE. 2022;17:e0268230.

102. Hammad AM, Al-Qerem W, Zaid AA, Khdair SI, Hall FS. Misconceptions related to COVID 19 vaccines among the Jordanian population: Myth and Public Health. Disaster Med Public Health Prep. 2023;17:1–26.

103. Fadhel FH. Vaccine hesitancy and acceptance: an examination of predictive factors in COVID-19 vaccination in Saudi Arabia. Health Prom Int. 2023;38(4):daab209.

104. Biro-Nagy A, Szaszi AJ. The roots of COVID-19 vaccine hesitancy: evidence from Hungary. J Behav Med. 2022. https://doi.org/10.1007/s10865-022-00314-5.

105. Freeman D, Loe BS, Chadwick A, Vaccari C, Waite F, Rosebrock L, et al. COVID-19 vaccine hesitancy in the UK: the Oxford coronavirus explanations, attitudes, and narratives survey (Oceans) II. Psychol Med. 2022;52(14):1–15.

106. Boguslavsky DV, Sharov KS, Sharova NP. Counteracting conspiracy ideas as a measure of increasing propensity for COVID-19 vaccine uptake in Russian society. J Glob Health. 2022;2:03013.

107. Nowak BM, Miedziarek C, Pełczyński S, Rzymski P. Misinformation, fears and adherence to preventive measures during the early phase of COVID-19 pandemic: a cross-sectional study in Poland. Int J Environ Res Public Health. 2021;18:12266.

108. Jensen EA, Pfleger A, Herbig L, Wagoner B, Lorenz L, Watzlawik M. What drives belief in vaccination conspiracy theories in Germany? Front Commun. 2021;6:678335.

109. Shapiro GK, Holding A, Perez S, Amsel R, Rosberger Z. Validation of the vaccine conspiracy beliefs scale. Papillomavirus Res (Amsterdam, Netherlands). 2016;2:167–72.

110. Tibbels NJ, Dosso A, Fordham C, Benie W, Brou JA, Kamara D, et al. "On the last day of the last month, I will go": A qualitative exploration of COVID-19 vaccine confidence among Ivoirian adults. Vaccine. 2022;40:2028–35.

111. Geana MV, Anderson S, Ramaswamy M. COVID-19 vaccine hesitancy among women leaving jails: A qualitative study. Public Health Nurs. 2021;38:892–6.

112. Roberts KJ, Newman PA, Duan N, Rudy ET. HIV vaccine knowledge and beliefs among communities at elevated risk: conspiracies, questions and confusion. J Natl Med Assoc. 2005;97:1662–71.

113. Hogg R, Nkala B, Dietrich J, Collins A, Closson K, Cui Z, et al. Conspiracy beliefs and knowledge about HIV origins among adolescents in Soweto. South Africa PloS One. 2017;12:e0165087.

114. Priddy FH, Cheng AC, Salazar LF, Frew PM. Racial and ethnic differences in knowledge and willingness to participate in HIV vaccine

Case 1:22-cv-00252-JDW    Document 711-2    Filed 02/09/26    Page 16 of 18 PageID #: 55256

Taubert *et al. BMC Public Health*    (2024) 24:3325    Page 15 of 17

trials in an urban population in the Southeastern US. Int J STD AIDS. 2006;17:99–102.

115. Clark A, Mayben JK, Hartman C, Kallen MA, Giordano TP. Conspiracy beliefs about HIV infection are common but not associated with delayed diagnosis or adherence to care. AIDS Patient Care STDS. 2008;22:753–9.

116. Mavros MN, Mitsikostas PK, Kontopidis IG, Moris DN, Dimopoulos G, Falagas ME. H1N1v influenza vaccine in Greek medical students. Eur J Public Health. 2011;21:329–32.

117. Craciun C, Baban A. "Who will take the blame?": understanding the reasons why Romanian mothers decline HPV vaccination for their daughters. Vaccine. 2012;30:6789–93.

118. Woolf K, McManus IC, Martin CA, Nellums LB, Guyatt AL, Melbourne C, et al. Ethnic differences in SARS-CoV-2 vaccine hesitancy in United Kingdom healthcare workers: Results from the UK-REACH prospective nationwide cohort study. Lancet Reg Health Eur. 2021;9:100180.

119. Al-Sanafi M, Sallam M. Psychological determinants of COVID-19 vaccine acceptance among healthcare workers in Kuwait: a cross-sectional study using the 5C and vaccine conspiracy beliefs scales. Vaccines (Basel). 2021;9:701.

120. Salerno L, Craxì L, Amodio E, Lo CG. Factors affecting hesitancy to mRNA and viral vector COVID-19 vaccines among college students in Italy. Vaccines. 2021;9:927.

121. Melotti G, Bonomo M, Hakokongas E, Pivetti M. Social representations of coronavirus/COVID-19 in Italy: Psychosocial anchoring to conspiracy beliefs, vaccine hesitancy, and the psychological dimension. J Pac Rim Psychol. 2022;16:18344909221074468.

122. Pivetti M, Di Battista S, Paleari FG, Hakokongas E. Conspiracy beliefs and attitudes toward COVID-19 vaccinations A conceptual replication study in Finland. J Pac Rim Psychol. 2021;15:18344909211039892.

123. Čavojová V, Šrol J, Ballová Mikušková E. How scientific reasoning correlates with health-related beliefs and behaviors during the COVID-19 pandemic? J Health Psychol. 2022;27(3):1359105320962266.

124. Dijkstra A. A mediation model on how conspiracy beliefs concerning the corona-crisis are related to corona-related behaviours. Front Psychol. 2021;12:740888.

125. Romer D, Jamieson KH. Conspiratorial thinking, selective exposure to conservative media, and response to COVID-19 in the US. Soc Sci Med. 1982;2021(291):114480.

126. Teovanović P, Lukić P, Zupan Z, Lazić A, Ninković M, Žeželj I. Irrational beliefs differentially predict adherence to guidelines and pseudoscientific practices during the COVID-19 pandemic. Appl Cogn Psychol. 2021;35:486–96.

127. Wirawan GBS, Mahardani PNTY, Cahyani MRK, Laksmi NLPSP, Januraga PP. Conspiracy beliefs and trust as determinants of COVID-19 vaccine acceptance in Bali, Indonesia: Cross-sectional study. Person Indiv Differ. 2021;180:110995.

128. Watts AW, Hutchison SM, Bettinger JA, Gadermann A, Oberle E, Oberlander TF, et al. COVID-19 vaccine intentions and perceptions among public school staff of the greater Vancouver metropolitan area, British Columbia, Canada. Front Public Health. 2022;10:832444.

129. Seddig D, Maskileyson D, Davidov E, Ajzen I, Schmidt P. Correlates of COVID-19 vaccination intentions: Attitudes, institutional trust, fear, conspiracy beliefs, and vaccine skepticism. Soc Sci Med. 2022;302:114981.

130. Winter T, Riordan BC, Scarf D, Jose PE. Conspiracy beliefs and distrust of science predicts reluctance of vaccine uptake of politically right-wing citizens. Vaccine. 2022;40:1896–903.

131. Lindholt MF, Jørgensen F, Bor A, Petersen MB. Public acceptance of COVID-19 vaccines: cross-national evidence on levels and individual-level predictors using observational data. BMJ Open. 2021;11:e048172.

132. Zelic Z, Beric M, Grum DK. Examining the role of COVID-19 conspiracy beliefs in predicting vaccination intentions, preventive behavior and willingness to share opinions about the coronavirus. Studia Psychol. 2022;64:136–53.

133. Koroma D, Pestalozzi MI, Znoj H. How social exclusion, embitterment, and conspiracy beliefs mediate individual's intention to vaccination against COVID-19: results from a moderated serial mediation analysis. Psychopathology. 2022;55:93–103.

134. Sowa P, Kiszkiel Ł, Laskowski PP, Alimowski M, Szczerbiński Ł, Paniczko M, et al. COVID-19 vaccine hesitancy in Poland-multifactorial impact trajectories. Vaccines. 2021;9:876.

135. Katoto PDMC, Parker S, Coulson N, Pillay N, Cooper S, Jaca A, et al. Predictors of COVID-19 vaccine hesitancy in South African local communities: the VaxScenes study. Vaccines (Basel). 2022;10:353.

136. Salali GD, Uysal MS. COVID-19 vaccine hesitancy is associated with beliefs on the origin of the novel coronavirus in the UK and Turkey. Psychol Med. 2022;52.15:3750–2.

137. Wu J, Zhao L, Wang M, Gu J, Wei W, Li Q, et al. Guardians' willingness to vaccinate their teenagers against COVID-19 in China: A national cross-sectional survey. J Affect Disord. 2022;299:196–204.

138. Maftei A, Holman AC. SARS-CoV-2 threat perception and willingness to vaccinate: the mediating role of conspiracy beliefs. Front Psychol. 2021;12:672634.

139. Simione L, Vagni M, Gnagnarella C, Bersani G, Pajardi D. Mistrust and beliefs in conspiracy theories differently mediate the effects of psychological factors on propensity for COVID-19 vaccine. Front Psychol. 2021;12:683684.

140. Kowalski E, Stengel A, Schneider A, Goebel-Stengel M, Zipfel S, Graf J. How to motivate SARS-CoV-2 convalescents to receive a booster vaccination? Influence on vaccination willingness. Vaccines (Basel). 2022;10:455.

141. Lo S-Y, Li S-CS, Wu T-Y. Exploring psychological factors for COVID-19 vaccination intention in Taiwan. Vaccines. 2021;9:764.

142. Pisl V, Volavka J, Chvojkova E, Cechova K, Kavalirova G, Vevera J. Willingness to vaccinate against COVID-19: the role of health locus of control and conspiracy theories. Front Psychol. 2021;12:717960.

143. Van Oost P, Yzerbyt V, Schmitz M, Vansteenkiste M, Luminet O, Morbée S, et al. The relation between conspiracism, government trust, and COVID-19 vaccination intentions: The key role of motivation. Soc Sci Med. 2022;301:114926.

144. Romer D, Jamieson KH. Patterns of media use, strength of belief in COVID-19 conspiracy theories, and the prevention of COVID-19 from March to July 2020 in the United States: survey study. J Med Internet Res. 2021;23:e25215.

145. El-Elimat T, AbuAlSamen MM, Almomani BA, Al-Sawalha NA, Alali FQ. Acceptance and attitudes toward COVID-19 vaccines: A cross-sectional study from Jordan. PLoS ONE. 2021;16:e0250555.

146. Aslantekin-Özçoban F, Uluşen M, Yalnız-Dilcen H, Çilesiz E. Are midwifery students ready for the COVID-19 vaccine? The decision to vaccinate and affecting factors. Hum Vaccin Immunother. 2021;17(12):4896–903.

147. Howard MC, Davis MM. The mediating role of vaccine hesitancy in the relations of COVID-19 conspiracy beliefs and vaccination outcomes: Which dimensions matter? J Health Psychol. 2022;28(3):241–50.

148. Eberhardt J, Ling J. Predicting COVID-19 vaccination intention using protection motivation theory and conspiracy beliefs. Vaccine. 2021;39:6269–75.

149. Hossain MB, Alam MZ, Islam MS, Sultan S, Faysal MM, Rima S, et al. COVID-19 vaccine hesitancy among the adult population in Bangladesh: a nationwide cross-sectional survey. PLoS ONE. 2021;16:e0260821.

150. Erisen C. Psychological foundations and behavioral consequences of COVID-19 conspiracy theory beliefs: The Turkish case. Int Polit Sci Rev. 2023;44(4):587-606.

151. Kachurka R, Krawczyk M, Rachubik J. Persuasive messages will not increase COVID-19 vaccine acceptance: evidence from a nationwide online experiment. Vaccines (Basel). 2021;9:1113.

152. Bronstein MV, Kummerfeld E, MacDonald A, Vinogradov S. Willingness to vaccinate against SARS-CoV-2: The role of reasoning biases and conspiracist ideation. Vaccine. 2022;40:213–22.

153. van Prooijen J-W, Etienne TW, Kutiyski Y, Krouwel AP. Just a Flu? Self-perceived infection mediates the link between conspiracy beliefs and Covid-19 health beliefs and behaviors. J Health Psychol. 2022;27(6):1421–31.

154. Hughes S, Machan L. It's a conspiracy: Covid-19 conspiracies link to psychopathy, Machiavellianism and collective narcissism. Personality Individ Differ. 2021;171:110559.

155. Jamieson KH, Romer D, Jamieson PE, Winneg KM, Pasek J. The role of non–COVID-specific and COVID-specific factors in predicting a shift in willingness to vaccinate: A panel study. PNAS. 2021;118(52):e2112266118.

Case 1:22-cv-00252-JDW    Document 711-2    Filed 02/09/26    Page 17 of 18 PageID #: 55257

Taubert *et al. BMC Public Health*    (2024) 24:3325    Page 16 of 17

156. Knobel P, Zhao X, White KM. Do conspiracy theory and mistrust undermine people's intention to receive the covid-19 vaccine in austria? J Community Psychol. 2021. https://doi.org/10.1002/jcop.22714.

157. Kucukkarapinar M, Karadag F, Budakoglu I, Aslan S, Ucar O, Yay A, et al. COVID-19 vaccine hesitancy and its relationship with illness risk perceptions, affect, worry, and public trust: an online serial cross-sectional survey from Turkey. Psychiatry Clin Psychopharmacol. 2021;31:98–109.

158. Scrima F, Miceli S, Caci B, Cardaci M. The relationship between fear of COVID-19 and intention to get vaccinated. The serial mediation roles of existential anxiety and conspiracy beliefs. Person Indiv Differ. 2022;184:111188.

159. Saling LL, Mallal D, Scholer F, Skelton R, Spina D. No one is immune to misinformation: An investigation of misinformation sharing by subscribers to a fact-checking newsletter. PLoS ONE. 2021;16:e0255702.

160. Kaspar K, Nordmeyer L. Personality and motivation to comply with COVID-19 protective measures in Germany. Front Psychol. 2022;13:893881.

161. Morales-García WC, Huancahuire-Vega S, Saintila J, Morales-García M, Fernández-Molocho L, Ruiz Mamani PG. Predictors of intention to vaccinate against COVID-19 in a Peruvian sample. J Prim Care Community Health. 2022;13:21501319221092256.

162. Zarbo C, Candini V, Ferrari C, d'Addazio M, Calamandrei G, Starace F, et al. COVID-19 Vaccine hesitancy in Italy: predictors of acceptance, fence sitting and refusal of the COVID-19 vaccination. Front Public Health. 2022;10:873098.

163. Jennings W, Stoker G, Bunting H, Valgarðsson VO, Gaskell J, Devine D, et al. Lack of trust, conspiracy beliefs, and social media use predict COVID-19 vaccine hesitancy. Vaccines. 2021;9:593.

164. Akther T, Nur T. A model of factors influencing COVID-19 vaccine acceptance: A synthesis of the theory of reasoned action, conspiracy theory belief, awareness, perceived usefulness, and perceived ease of use. PLoS ONE. 2022;17:e0261869.

165. Freeman D, Waite F, Rosebrock L, Petit A, Causier C, East A, et al. Coronavirus conspiracy beliefs, mistrust, and compliance with government guidelines in England. Psychol Med. 2022;52(2):251–63.

166. Enea V, Eisenbeck N, Carreno DF, Douglas KM, Sutton RM, Agostini M, et al. Intentions to be Vaccinated Against COVID-19: The role of prosociality and conspiracy beliefs across 20 countries. Health Commun. 2023;38(8):1530–9.

167. Hornsey MJ, Chapman CM, Alvarez B, Bentley S, Salvador Casara BG, Crimston CR, et al. To what extent are conspiracy theorists concerned for self versus others? A covid-19 test case. Eur J Soc Psychol. 2021. https://doi.org/10.1002/ejsp.2737.

168. Allington D, McAndrew S, Moxham-Hall V, Duffy B. Coronavirus conspiracy suspicions, general vaccine attitudes, trust and coronavirus information source as predictors of vaccine hesitancy among UK residents during the COVID-19 pandemic. Psychol Med. 2023;53(1):236–47.

169. Hyland P, Vallières F, Hartman TK, McKay R, Butter S, Bentall RP, et al. Detecting and describing stability and change in COVID-19 vaccine receptibility in the United Kingdom and Ireland. PLoS ONE. 2021;16:e0258871.

170. Latkin C, Dayton L, Coyle C, Yi G, Winiker A, German D. The association between climate change attitudes and COVID-19 attitudes: The link is more than political ideology☆,☆☆,★. J Clim Chang Health. 2022;5:100099.

171. Oleksy T, Wnuk A, Gambin M, Łyś A, Bargiel-Matusiewicz K, Pisula E. Barriers and facilitators of willingness to vaccinate against COVID-19: Role of prosociality, authoritarianism and conspiracy mentality. A four-wave longitudinal study. Pers Individ Dif. 2022;190:111524.

172. Marchlewska M, Hamer K, Baran M, Górska P, Kaniasty K. COVID-19: Why do people refuse vaccination? The role of social identities and conspiracy beliefs: evidence from nationwide samples of Polish adults. Vaccines (Basel). 2022;10:268.

173. Kim N, Kim J-N, Lee H, Andreu-Perez L. An oscillatory path to vaccination: the roles of normative and epistemic factors in explaining vaccination hesitancy in COVID-19. Health Commun. 2023;38(10):2121–31.

174. Gupta S, Watanabe S, Laurent SM. Psychological predictors of vaccination intentions among U.S. undergraduates and online panel workers during the 2020 COVID- 19 pandemic. PLoS ONE. 2021;16(11):e0260380.

175. Wu J, Li Q, Silver Tarimo C, Wang M, Gu J, Wei W, et al. COVID-19 vaccine hesitancy among Chinese population: a large-scale national study. Front Immunol. 2021;12:781161.

176. Paul KT, Eberl J-M, Partheymüller J. Policy-relevant attitudes toward COVID-19 vaccination: associations with demography, health risk, and social and political factors. Front Public Health. 2021;9:671896.

177. Ruiz JB, Bell RA. Predictors of intention to vaccinate against COVID-19: Results of a nationwide survey. Vaccine. 2021;39:1080–6.

178. Andrade G. Vaccine hesitancy and religiosity in a sample of university students in Venezuela. Hum Vaccin Immunother. 2021;17:5162–7.

179. Andrade G. Covid-19 vaccine hesitancy, conspiracist beliefs, paranoid ideation and perceived ethnic discrimination in a sample of University students in Venezuela. Vaccine. 2021;39:6837–42.

180. de Sousa ÁFL, Teixeira JRB, Lua I, de Oliveira SF, Ferreira AJF, Schneider G, et al. Determinants of COVID-19 vaccine hesitancy in Portuguese-speaking countries: a structural equations modeling approach. Vaccines (Basel). 2021;9:1167.

181. Rosenthal S, Cummings CL. Influence of rapid COVID-19 vaccine development on vaccine hesitancy. Vaccine. 2021;39:7625–32.

182. Petersen MB, Bor A, Jørgensen F, Lindholt MF. Transparent communication about negative features of COVID-19 vaccines decreases acceptance but increases trust. PNAS Proc the Natl Acad Sci USA. 2021;118(29):e2024597118.

183. Burke PF, Masters D, Massey G. Enablers and barriers to COVID-19 vaccine uptake: An international study of perceptions and intentions. Vaccine. 2021;39:5116–28.

184. Jones DR, McDermott ML. Partisanship and the politics of COVID vaccine hesitancy. Polity. 2022. https://doi.org/10.1086/719918.

185. Lincoln TM, Schlier B, Strakeljahn F, Gaudiano BA, So SH, Kingston J, et al. Taking a machine learning approach to optimize prediction of vaccine hesitancy in high income countries. Sci Rep. 2022;12:2055.

186. Nazlı ŞB, Yığman F, Sevindik M, Deniz ÖD. Psychological factors affecting COVID-19 vaccine hesitancy. Ir J Med Sci. 2022;191:71–80.

187. Beyazgul B, Koruk I, Kuzan R. Effect of elderly individuals' perceptions and attitudes toward COVID-19 pandemic on rejecting COVID-19 vaccination. Human Vaccines Immunother. 2022. https://doi.org/10.1080/21645515.2022.2079338.

188. Morar C, Tiba A, Jovanovic T, Valjarević A, Ripp M, Vujičić MD, et al. Supporting tourism by assessing the predictors of COVID-19 vaccination for travel reasons. Int J Environ Res Public Health. 2022;19:918.

189. Eshel Y, Kimhi S, Marciano H, Adini B. Belonging to socially excluded groups as a predictor of vaccine hesitancy and rejection. Front Public Health. 2021;9:823795.

190. Acar-Burkay S, Cristian D-C. Cognitive underpinnings of COVID-19 vaccine hesitancy. Soc Sci Med. 2022;301:114911.

191. Moscardino U, Musso P, Inguglia C, Ceccon C, Miconi D, Rousseau C. Sociodemographic and psychological correlates of COVID-19 vaccine hesitancy and resistance in the young adult population in Italy. Vaccine. 2022;40:2379–87.

192. Prati G. Intention to receive a vaccine against SARS-CoV-2 in Italy and its association with trust, worry and beliefs about the origin of the virus. Health Educ Res. 2020;35:505–11.

193. Jose Baeza-Rivera M, Salazar-Fernandez C, Araneda-Leal L, Manriquez-Robles D. To get vaccinated or not? Social psychological factors associated with vaccination intent for COVID-19. J Pac Rim Psychol. 2021;15:18344909211051800.

194. McKinley CJ, Lauby F. Anti-vaccine beliefs and COVID-19 information seeking on social media: examining processes influencing COVID-19 beliefs and preventative actions. Int J Commun. 2021;15:4252–74.

195. Soveri A, Karlsson LC, Antfolk J, Lindfelt M, Lewandowsky S. Unwillingness to engage in behaviors that protect against COVID-19: the role of conspiracy beliefs, trust, and endorsement of complementary and alternative medicine. BMC Publ Health. 2021;21:684.

196. Guillon M, Kergall P. Factors associated with COVID-19 vaccination intentions and attitudes in France. Public Health. 2021;198:200–7.

197. Stoler J, Klofstad CA, Enders AM, Uscinski JE. Sociopolitical and psychological correlates of COVID-19 vaccine hesitancy in the United States during summer 2021. Soc Sci Med. 2022;306:115112.

198. Wang J, Kim S. The paradox of conspiracy theory: the positive impact of beliefs in conspiracy theories on preventive actions and vaccination

Case 1:22-cv-00252-JDW    Document 711-2    Filed 02/09/26    Page 18 of 18 PageID #: 55258

Taubert *et al. BMC Public Health*      (2024) 24:3325                                                                    Page 17 of 17

intentions during the COVID-19 pandemic. Int J Environ Res Public Health. 2021;18:11825.

199. Karabela ŞN, Coşkun F, Hoşgör H. Investigation of the relationships between perceived causes of COVID-19, attitudes towards vaccine and level of trust in information sources from the perspective of Infodemic: the case of Turkey. BMC Public Health. 2021;21:1195.

200. Osuagwu UL, Langsi R, Ovenseri-Ogbomo G, Mashige KP, Abu EK, Envuladu EA, et al. Analysis of perception, reasons, and motivations for COVID-19 vaccination in people with diabetes across Sub-Saharan Africa: a mixed-method approach. Int J Environ Res Public Health. 2022;19:7875.

201. Habib SS, Alamri MS, Alkhedr MM, Alkhorijah MA, Jabaan RD, Alanzi MK. Knowledge and attitudes of medical students toward COVID-19 vaccine in Saudi Arabia. Vaccines. 2022;10:541.

202. Okoro O, Kennedy J, Simmons G, Vosen EC, Allen K, Singer D, et al. Exploring the scope and dimensions of vaccine hesitancy and resistance to enhance COVID-19 vaccination in black communities. J Racial Ethn Health Disparities. 2021. https://doi.org/10.1007/s40615-021-01150-0.

203. Steinert JI, Sternberg H, Prince H, Fasolo B, Galizzi MM, Büthe T, et al. COVID-19 vaccine hesitancy in eight European countries: Prevalence, determinants, and heterogeneity. Sci Adv. 2022;8:eabm9825.

204. Stamm TA, Partheymüller J, Mosor E, Ritschl V, Kritzinger S, Eberl J-M. Coronavirus vaccine hesitancy among unvaccinated Austrians: Assessing underlying motivations and the effectiveness of interventions based on a cross-sectional survey with two embedded conjoint experiments. Lancet Reg Health Eur. 2022:17.

205. Botwe BO, Antwi WK, Adusei JA, Mayeden RN, Akudjedu TN, Sule SD. COVID-19 vaccine hesitancy concerns: Findings from a Ghana clinical radiography workforce survey. Radiography. 2022;28(2):537–44.

206. Jolley D, Douglas KM. Prevention is better than cure: Addressing anti-vaccine conspiracy theories. J Appl Soc Psychol. 2017;47:459–69.

207. Pluviano S, Watt C, Pompeia S, Ekuni R, Della SS. Forming and updating vaccination beliefs: does the continued effect of misinformation depend on what we think we know? Cogn Process. 2022. https://doi.org/10.1007/s10339-022-01093-2.

208. Chen L, Zhang Y, Young R, Wu X, Zhu G. Effects of vaccine-related conspiracy theories on Chinese young adults' perceptions of the HPV vaccine: an experimental study. Health Commun. 2021;36:1343–53.

209. Milošević Đorđević J, Mari S, Vdović M, Milošević A. Links between conspiracy beliefs, vaccine knowledge, and trust: Anti-vaccine behavior of Serbian adults. Soc Sci Med. 2021;277:113930.

210. Winter K, Pummerer L, Hornsey MJ, Sassenberg K. Pro-vaccination subjective norms moderate the relationship between conspiracy mentality and vaccination intentions. Br J Health Psychol. 2022;27:390–405.

211. Tomljenovic H, Bubic A, Erceg N. It just doesn't feel right - the relevance of emotions and intuition for parental vaccine conspiracy beliefs and vaccination uptake. Psychol Health. 2020;35:538–54.

212. Matthews LJ, Nowak SA, Gidengil CC, Chen C, Stubbersfield JM, Tehrani JJ, et al. Belief correlations with parental vaccine hesitancy: Results from a national survey. Am Anthropol. 2022. https://doi.org/10.1111/aman.13714.

213. Fonseca IC, Pereira AI, Barros L. Portuguese parental beliefs and attitudes towards vaccination. Health Psychol Behav Med. 2021;9:422–35.

214. Callaghan T, Motta M, Sylvester S, Lunz Trujillo K, Blackburn CC. Parent psychology and the decision to delay childhood vaccination. Soc Sci Med. 2019;238:112407.

215. Frew PM, Painter JE, Hixson B, Kulb C, Moore K, del Rio C, et al. Factors mediating seasonal and influenza A (H1N1) vaccine acceptance among ethnically diverse populations in the urban south. Vaccine. 2012;30:4200–8.

216. Shapiro GK, Tatar O, Amsel R, Prue G, Zimet GD, Knauper B, et al. Using an integrated conceptual framework to investigate parents' HPV vaccine decision for their daughters and sons. Prev Med: Int J Devoted Pract Theory. 2018;116:203–10.

217. Sallam M, Al-Mahzoum K, Eid H, Assaf AM, Abdaljaleel M, Al-Abbadi M, et al. Attitude towards HPV vaccination and the intention to get vaccinated among Female University Students in Health Schools in Jordan. Vaccines. 2021;9:1432.

218. Westergaard RP, Beach MC, Saha S, Jacobs EA. Racial/ethnic differences in trust in health care: HIV conspiracy beliefs and vaccine research participation. J Gen Intern Med. 2014;29:140–6.

219. Rumetta J, Abdul-Hadi H, Lee Y-K. A qualitative study on parents' reasons and recommendations for childhood vaccination refusal in Malaysia. J Infect Public Health. 2020;13:199–203.

220. Khan SA, Ashfaq M, Ayub A, Jamil A, Badshah J, Ullah I, et al. Developing a three-dimensional narrative to counter polio vaccine refusal in Charsadda. J Glob Health. 2020;10:021301.

221. Cheng JW, Nishikawa M. Effects of health literacy in the fight against the COVID-19 infodemic: the case of Japan. In: Communication Research on Health Disparities and Coping Strategies in COVID-19 Related Crises. Routledge; 2024. p. 66-79.

222. Cookson D, Jolley D, Dempsey RC, Povey R. A social norms approach intervention to address misperceptions of anti-vaccine conspiracy beliefs amongst UK parents. PLoS ONE. 2021;16:e0258985.

223. Stojanov A. Reducing conspiracy theory beliefs. Psihologija. 2015;48:251–66.

224. Buturoiu R, Udrea G, Dumitrache AC, Corbu N. Media exposure to conspiracy vs. Anti-conspiracy information effects on the willingness to accept a COVID-19 vaccine. Cent Eur J Commun. 2021;14:237–58.

225. Lee J, Kim JW, Yun Lee H. Unlocking conspiracy belief systems: how fact-checking label on twitter counters conspiratorial MMR vaccine misinformation. Health Commun. 2023;38(9):1780–92.

226. Whitehead HS, French CE, Caldwell DM, Letley L, Mounier-Jack S. A systematic review of communication interventions for countering vaccine misinformation. Vaccine. 2023;41:1018–34.

227. Poon K-T, Chen Z, Wong W-Y. Beliefs in conspiracy theories following ostracism. Pers Soc Psychol Bull. 2020;46:1234–46.

228. Lu P, Srivastav A, Amaya A, Dever JA, Roycroft J, Kurtz MS, et al. Association of provider recommendation and offer and influenza vaccination among adults aged ≥18 years – United States. Vaccine. 2018;36:890–8.

229. Gopichandran V, Sakthivel K. Doctor-patient communication and trust in doctors during COVID 19 times—A cross sectional study in Chennai. India PLoS ONE. 2021;16:e0253497.

230. Holford D, Schmid P, Fasce A, Lewandowsky S. The empathetic refutational interview to tackle vaccine misconceptions: Four randomized experiments. Health Psychol. 2024. https://doi.org/10.1037/hea0001354.

## Publisher's Note

Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.