IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC. and MODERNATX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |
| MODERNA, INC. and MODERNATX, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, <br><br> Counterclaim-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 22-252-JDW

## MODERNA'S MOTIONS IN *LIMINE*

Pursuant to paragraph 7 of the June 25, 2025 Scheduling Order (D.I. 485) and the order granting the parties' Stipulation and Order re Pretrial Exchanges (D.I. 646), Moderna, Inc. and ModernaTX, Inc. (collectively, "Moderna") respectfully move to preclude Plaintiffs Arbutus BioPharma Corp. and Genevant Sciences GmbH from:

- introducing any evidence, testimony, or argument at trial regarding the MC3 Email;

- introducing any evidence, testimony, or argument at trial related to *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.*, No. IPR2019-00554; *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.*, No. IPR2018-00739; *ModernaTx, Inc. v. Arbutus Biopharma Corp.*, No. 2020-1184 (Fed. Cir.); and *ModernaTx, Inc. v. Arbutus Biopharma Corp.*, No. 2020-2329 (Fed. Cir.).

- introducing any evidence, testimony, or argument at trial about the following unrelated lawsuits/disputes: *Moderna, Inc. v. Pfizer, Inc.*, No. 22-cv-11378 (D. Mass.) and related IPRs filed by Pfizer and BioNTech and the NIH inventorship dispute;

- introducing any evidence, testimony, or argument at trial related to the parties' prior settlement discussions; and

- introducing any evidence, testimony, or argument at trial regarding Moderna's irrelevant financial information, including worldwide sales, market capitalization projections, and capital raise.

The full grounds for this motion are set forth in Moderna's Opening Brief filed contemporaneously herewith.

| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | */s/ Travis J. Murray* |
| | _____ |
| OF COUNSEL: | Brian P. Egan (#6227) |
| | Travis J. Murray (#6882) |
| James F. Hurst | 1201 North Market Street |
| KIRKLAND & ELLIS LLP | P.O. Box 1347 |
| 333 West Wolf Point Plaza | Wilmington, DE  19899 |
| Chicago, IL  60654 | (302) 658-9200 |
| (312) 862-2000 | began@morrisnichols.com |
| | tmurray@morrisnichols.com |
| Patricia A. Carson, Ph.D. | |
| Jeanna M. Wacker, P.C. | *Attorneys for Defendants* |
| Leslie M. Schmidt, P.C. | |
| Mark C. McLennan | |
| N. Kaye Horstman | Noah Frank |
| Shaoyao Yu | Alina Afinogenova |
| Mara L. Greenberg | KIRKLAND & ELLIS LLP |
| Andrew Lee | 200 Clarendon Street |
| Brad Deem | Boston, MA  02116 |
| KIRKLAND & ELLIS LLP | (617) 385-7500 |
| 601 Lexington Avenue | |
| New York, NY  10022 | Yan-Xin Li |
| (212) 446-4679 | Laura Ashley Harris |
| | KIRKLAND & ELLIS LLP |
| Jason M. Wilcox, P.C. | 555 California Street, 27th Floor |
| KIRKLAND & ELLIS LLP | San Francisco, CA  94104 |
| 1301 Pennsylvania Avenue, N.W. | (415) 439-1400 |
| Washington, D.C.  20004 | |
| (202) 389-5000 | Elizabeth Elrod |
| | KIRKLAND & ELLIS LLP |
| | 401 West 4th Street |
| | Austin, TX  78701 |
| | (512) 678-9100 |
| February 11, 2026 | |

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 11, 2026, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Adam R. Brausa, Esquire<br>Eric C. Wiener, Esquire<br>Annie A. Lee, Esquire<br>Shaelyn K. Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017-3543<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |

David N. Tan, Esquire                                                                 *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

David I. Berl, Esquire                                                                 *VIA ELECTRONIC MAIL*
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Shaun P. Mahaffy, Esquire
Andrew L. Hoffman, Esquire
Matthew W. Lachman, Esquire
Ricardo Leyva, Esquire
Arthur J. Argall III, Esquire
Falicia Elenberg, Esquire
Kathryn Larkin, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

Andrei Iancu, Esquire                                                            *VIA ELECTRONIC MAIL*
Jeffrey B. Wall, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC  20006
*Attorneys for Plaintiff Genevant Sciences GmbH*

                                                                                                            */s/ Travis J. Murray*
                                                                                          Travis J. Murray (#6882)