IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.<br><br>Defendants.<br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | C.A. No. 22-252 (JDW) |

### PLAINTIFFS' MOTIONS *IN LIMINE*

Pursuant to the Court's Order of November 12, 2025 (D.I. 646), Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH hereby move to exclude:

1. Evidence, testimony, and argument about discovery disputes, including the timing of a document production related to method development for testing by Plaintiffs' expert, Dr. Georg Schuster.

2. Evidence, testimony, and argument relating to an undisclosed inventorship challenge, including that any embodiment within the scope of the Lipid Composition Patents was not invented by Plaintiffs, in particular the 1.5:50 formulation.

3. Evidence and argument offered by Moderna on issues for which it withheld discovery, including:

   a. The basis for the success or failure of Moderna's clinical trials for other products using Plaintiffs' patented inventions;

   b. The benefits or importance of Moderna's purported manufacturing improvements; and

   c. The benefits or importance of its SM-102 lipid, including comparison of the benefits or importance of Moderna's SM-102 lipid to other cationic lipids.

4. Evidence, testimony, and argument about irrelevant litigations, including:

   a. Characterizations of Plaintiffs or their predecessors as litigious;

   b. Prior litigation brought by Plaintiffs or their predecessors not involving the Asserted Patents or Moderna; and

   c. References to the proceedings before the European Patent Office concerning European Patent EP 2,279,254 and the results of those proceedings.

5. Evidence, testimony, or argument about Plaintiffs' ownership structure, including the role of Roivant, its assets, or its leadership.

The grounds for this motion are set forth in the accompanying brief. Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts were made to reach agreement on the subject of this motion, including a verbal meet and confer.

WHEREFORE, Plaintiffs respectfully ask the Court to grant this motion and enter the attached proposed order.

OF COUNSEL:
David I. Berl
Adam D. Harber
Thomas S. Fletcher
Shaun P. Mahaffy
Andrew L. Hoffman
Matthew W. Lachman
Ricardo Leyva
Arthur J. Argall III
Falicia Elenberg
Kathryn Larkin
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
(202) 434-5000

Andrei Iancu
Jeffrey B. Wall
Sullivan & Cromwell llp
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006
(202) 956-7500
*Attorneys for Plaintiff Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Annie A. Lee
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs/Counterclaim-Defendants Genevant Sciences GmbH and Arbutus Biopharma Corporation*

David N. Tan
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
*Attorneys for Plaintiff Arbutus*
*Biopharma Corporation*

Dated: February 11, 2026