**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants. | ) | C.A. No. 22-252-JDW |
| MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | ) | |

**EXHIBITS A, E, G-Y, AB, AC, AE-AG, AI-AO, AU, AX, AZ-BF, BH, AND BI TO THE DECLARATION OF MARK MCLENNAN IN SUPPORT OF MODERNA'S MOTIONS IN *LIMINE***

**VOLUME 4**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants. | ) | C.A. No. 22-252-JDW |
| MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | ) | |

**EXHIBITS A, E, G-Y, AB, AC, AE-AG, AI-AO, AU, AX, AZ-BF, BH, AND BI TO THE DECLARATION OF MARK MCLENNAN IN SUPPORT OF MODERNA'S MOTIONS IN *LIMINE***

I, Mark McLennan, hereby declare and state as follows:

1. I am over the age of eighteen and, if called as a witness, could competently testify to the matters set forth herein.

2. I am an attorney at Kirkland & Ellis LLP, and counsel to Defendants and Counterclaim-Plaintiffs Moderna, Inc. and ModernaTX, Inc. ("Moderna") in this matter.

3. I make this declaration in support of Moderna's Motions in *Limine*

4. Attached as Exhibit A is a true and correct copy of a November 15, 2019 Email from Mark Cornebise to Kerry Benenato bearing production Bates number MRNA-GEN-01430937 (PTX-65).

5. Attached as Exhibit E is a true and correct copy of excerpts from the March 21, 2025 Reply Expert Report of Michael Mitchell.

6. Attached as Exhibit G is a true and correct copy of excerpts from Plaintiffs' deposition designations of the May 17, 2024 Deposition Transcript of Kerry Benenato, Ph.D.

7. Attached as Exhibit H is a true and correct copy of excerpts from Plaintiffs' deposition designations of the May 22, 2024 Deposition Transcript of Stephen Hoge, MD.

8. Attached as Exhibit I is a true and correct copy of Petition, *Moderna Therapeutics, Inc. v Arbutus Biopharma Corporation*, IPR No. 2019-000554, Paper 1 (P.T.A.B. Jan. 9, 2019) (PTX-63).

9. Attached as Exhibit J is a true and correct copy of Exhibit 1008, *Moderna Therapeutics, Inc. v Arbutus Biopharma Corporation*, IPR No. 2019-000554 (P.T.A.B. Jan. 2, 2019) bearing Bates range GENV-01087543 through GENV-01087616 (PTX-565).

10. Attached as Exhibit K is a true and correct copy of the Petitioner's Reply to Protiva's Response, *Moderna Therapeutics, Inc. v Protiva Biotherapeutics, Inc.*, IPR No. 2019-00554, Paper 21 (P.T.A.B. Mar. 20, 2020) (PTX-641).

11. Attached as Exhibit L is a true and correct copy of Judgment, *Moderna Therapeutics, Inc. v Arbutus Biopharma Corporation,* IPR No. 2019-00554, Paper 40 (P.T.A.B. July 23, 2020) bearing Bates range GENV-01013979 through GENV-01014017 (PTX-768).

12. Attached as Exhibit M is a true and correct copy of Decision, Appeal No. 2020-2329 (C.A.F.C. Dec. 1, 2021) (PTX-971).

13. Attached as Exhibit N is a true and correct copy of the January 15, 2026 Form 8-K for Arbutus Biopharma Corporation.

14. Attached as Exhibit O is a true and correct copy of Petitioner's Reply to Patent Owner Response, *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.*, IPR2018-00739, Paper 28 (P.T.A.B. Mar. 22, 2019) bearing Bates GENV-01087779 through GENV-01087811 (PTX-64).

15. Attached as Exhibit P is a true and copy of Exhibit 1007, *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.,* IPR2018-00739 (P.T.A.B. Mar. 5, 2018) bearing Bates GENV-00030241 through GENV-00030309 (PTX-511).

16. Attached as Exhibit Q is a true and copy of the of Petition, *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.,* IPR2018-00739, Paper 2 (P.T.A.B. Mar. 5, 2018) bearing Bates GENV-00030150 through GENV-00030225 (PTX-512).

17. Attached as Exhibit R is a true and correct copy of Petitioner's Opposition to Patent Owner's Contingent Motion to Amend, *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.,* IPR No. 2018-00739, Paper 29 (P.T.A.B. Mar. 22, 2019) (PTX-514).

18. Attached as Exhibit S is a true and correct copy of Patent Owner's Preliminary Response Pursuant to 37 C.F.R. 42.107, *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.,* IPR2018-00739, Paper 12 (P.T.A.B. June 14, 2018) bearing Bates MRNA-GEN-02671754 through MRNA-GEN-02671803 (PTX-531).

19. Attached as Exhibit T is a true and correct copy of Exhibit 1020, *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.*, IPR2018-00739 (P.T.A.B. Feb. 5, 2019) (PTX-572).

20. Attached as Exhibit U is a true and correct copy of Exhibit 1021, *Moderna Therapeutics, Inc. v. Protiva Biotherapeutics, Inc.*, IPR2018-00739 (P.T.A.B. Mar. 22, 2019) (PTX-577).

21. Attached as Exhibit V is a true and correct copy of Final Written Decision, *Moderna Therapeutics, Inc. v Protiva Biotherapeutics, Inc.,* IPR No. 2018-00739, Paper 51 (P.T.A.B. Sept. 11, 2019) (PTX-602).

22. Attached as Exhibit W is a true and correct copy of Decision, *ModernaTx, Inc. v. Arbutus Biopharma Corp*., Appeal No. 2020-1184 (C.A.F.C. Dec. 1, 2021) (PTX-972).

23. Attached as Exhibit X is a true and correct copy of excerpts from the February 14, 2025 Responsive Expert Report of Niren Murhty.

24. Attached as Exhibit Y is a true and correct copy of excerpts from the May 20, 2024 Deposition Transcript of Hamilton B. Bennett.

25. Attached as Exhibit AB is a true and correct copy of the Declaration of James E. Malackowski, *BioNTech SE v. Moderna Tx, Inc.*, IPR No. 2023-01359, bearing Bates GENV-01079456 through GENV-01079539 (PTX-1396).

26. Attached as Exhibit AC is a true and correct copy of excerpts from the December 12, 2022 Patent License Between NIH and ModernaTX, Inc. bearing Bates MRNA-GEN-01720811 through MRNA-GEN-01720844 (PTX-1290)

27. Attached as Exhibit AE is a true and correct copy of the Declaration of Mark. C. McLennan.

28. Attached as Exhibit AF is a true and correct copy of excerpts from Plaintiffs' deposition designations of the December 15, 2023 Deposition Transcript of Guillaume Stewart-Jones, Ph.D. bearing Bates MRNA-GEN-01735436 through MRNA-GEN-01635489.

29. Attached as Exhibit AG is a true and correct copy of the *New York Times* article titled *After Long Delay, Moderna Pays N.I.H. for Covid Vaccine Technique,* dated November 21, 2024, bearing Bates GENV-00963807 through GENV-00963811 (PTX-1134).

30. Attached as Exhibit AI is a true and correct copy of Exhibit 2198 (the Declaration of Warren Chan, Ph.D.) to *BioNTech SE and Pfizer Inc. v. Moderna Tx, Inc.*, IPR No. 2023-01358 (P.T.A.B. Mar. 29, 2024) (PTX-1397).

31. Attached as Exhibit AJ is a true and correct copy of Exhibit 2201 (the Declaration of Deborah H. Fuller, Ph.D.) to *BioNTech SE v. Moderna TX, Inc.*, IPR No. 2023-01358 bearing Bates GENV-01099242 through GENV-01099758 (PTX-1398).

32. Attached as Exhibit AK is a true and correct copy of the May 24, 2024 Amended Rule 26(a) Initial Disclosures of Plaintiff Arbutus Biopharma Corporation.

33. Attached as Exhibit AL is a true and correct copy of the May 24, 2024 Amended Rule 26(a) Initial Disclosures of Plaintiff Genevant Sciences GMBH.

34. Attached as Exhibit AM is a true and correct copy of an email dated January 21, 2026, from Mark McLennan to Matthew Lachman regarding Motions *in Limine*.

35. Attached as Exhibit AN is a true and correct copy of a letter dated November 23, 2020, from Sascha Bucher and William H. Collier to Stéphane Bancel and Lori Henderson regarding Arbutus/Genevant LNP Technology and Intellectual Property, bearing Bates range GENV-00246912 through GENV-00246913.

36. Attached as Exhibit AO is a true and correct copy of a letter dated October 12, 2021 from Markus Rohrwild and William H. Collier to Stéphane Bancel and Shannon Thyme Klinger regarding Arbutus/Genevant LNP Technology and Intellectual Property bearing Bates range MRNA-GEN-02658519 through MRNA-GEN-02658520.

37. Attached as Exhibit AU is a true and correct copy excerpts from a Moderna presentation dated September 1, 2021 bearing Bates MRNA-GEN-01320828 through MRNA-GEN-01321012 (PTX-941).

38. Attached as Exhibit AX is a true and correct copy of excerpts from the April 17, 2025 Deposition Transcript of Christopher A. Vellturo, Ph.D.

39. Attached as Exhibit AZ is a true and correct copy of the April 14, 2020 Moderna presentation bearing Bates GENV-01001886 through GENV-01002144 (PTX-662).

40. Attached as Exhibit BA is a true and correct copy of a May 19, 2020 Youtube video entitled "Moderna raises eyebrows with stock offering ahead of STAT News report." (PTX-686).

41. Attached as Exhibit BB is a true and correct copy of excerpts from the April 30, 2025 Deposition Transcript of Catharine Lawton.

42. Attached as Exhibit BC is a true and correct copy of the May 23, 2020 New York Times article entitled "How Upbeat Vaccine News Fueled a Stock Surge, and an Uproar," bearing Bates GENV-01011429 through GENV-0101143 (PTX-765).

43. Attached as Exhibit BD is a true and correct copy of a July 27, 2020 press release entitled "Moderna Announces Phase 3 COVE Study of mRNA Vaccine Against COVID-19 (mRNA-1273) Begins," bearing Bates GENV-01012204 through GENV-01012206 (PTX-82).

44. Attached as Exhibit BE is a true and correct copy of an article entitled "Ego, ambition, and turmoil: Inside one of biotech's most secretive startups," bearing Bates GENV-01009060 through GENV-01009061 (PTX-445).

45. Attached as Exhibit BF is a true and correct copy of a May 19, 2020 press release entitled "Moderna Announces Pricing of Public Offering of Shares of Common Stock," bearing Bates GENV-00994895 through GENV-00994896 (PTX-684).

46. Attached as Exhibit BH is a true and correct copy of the May 18, 2020 Moderna, Inc. Form S-3 Registration Statement, bearing Bates GENV-00997084 through GENV-00997135 (PTX-683).

47. Attached as Exhibit BI is a true and correct copy of a March 13, 2020 email from Stéphane Bancel to Stephen Hoge, bearing Bates MRNA-GEN-01725263 through MRNA-GEN-01725264 (PTX-1325).

48. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in New York, New York, this 26th day of January 2026.

*/s/ Mark McLennan*
Mark McLennan

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 11, 2026, upon the following in the manner indicated:

John W. Shaw, Esquire
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH*

*VIA ELECTRONIC MAIL*

Daralyn J. Durie, Esquire
Adam R. Brausa, Esquire
Eric C. Wiener, Esquire
Annie A. Lee, Esquire
Shaelyn K. Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

*VIA ELECTRONIC MAIL*

Kira A. Davis, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

*VIA ELECTRONIC MAIL*

David N. Tan, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

*VIA ELECTRONIC MAIL*

David I. Berl, Esquire
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Shaun P. Mahaffy, Esquire
Andrew L. Hoffman, Esquire
Matthew W. Lachman, Esquire
Ricardo Leyva, Esquire
Arthur J. Argall III, Esquire
Falicia Elenberg, Esquire
Kathryn Larkin, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

*VIA ELECTRONIC MAIL*

Andrei Iancu, Esquire
Jeffrey B. Wall, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
*Attorneys for Plaintiff Genevant Sciences GmbH*

*VIA ELECTRONIC MAIL*

*/s/ Travis J. Murray*

Travis J. Murray (#6882)