**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants. | ) | C.A. No. 22-252-JDW |
| MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | ) | [redacted]<br><br>REDACTED - PUBLIC VERSION |

**EXHIBITS B-D, F, Z, AA, AD, AH, AP-AT, AV, AW, AY, BG, BJ, AND BK TO THE DECLARATION OF MARK MCLENNAN IN SUPPORT OF MODERNA'S MOTIONS IN *LIMINE***

I, Mark McLennan, hereby declare and state as follows:

1. I am over the age of eighteen and, if called as a witness, could competently testify to the matters set forth herein.

2. I am an attorney at Kirkland & Ellis LLP, and counsel to Defendants and Counterclaim-Plaintiffs Moderna, Inc. and ModernaTX, Inc. ("Moderna") in this matter.

3. I make this declaration in support of Moderna's Motions in *Limine*

4. Attached as Exhibit B is a true and correct copy of excerpts from the November 25, 2024 Opening Expert Report of Michael Mitchell.

5. Attached as Exhibit C is a true and correct copy of excerpts from the November 25, 2024 Expert Report of Catharine M. Lawton.

6. Attached as Exhibit D is a true and correct copy of excerpts from the June 5, 2024 Deposition Transcript of Peter Zorn.

7. Attached as Exhibit F is a true and correct copy of a November 20, 2019 presentation bearing Bates MRNA-GEN-01430938 through MRNA-GEN-01430944.

8. Attached as Exhibit Z is a true and correct copy of excerpts from the February 23, 2024 Expert Report of James E. Malackowski bearing Bates MRNA-GEN-02616560 through MRNA-GEN-02616811 (PTX-106).

9. Attached as Exhibit AA is a true and correct copy of excerpts from the February 23, 2024 Expert Report of Graham Brazier bearing Bates MRNA-GEN-02615980 through MRNA-GEN-02616043 (PTX-1374).

10. Attached as Exhibit AD is a true and correct copy of excerpts from the July 12, 2024 Deposition Transcript of Hamilton B. Bennett.

11. Attached as Exhibit AH is a true and correct copy of excerpts from the February 23, 2024 Opening Expert Report of David Ho, M.D., bearing Bates MRNA-GEN-02616044 through MRNA-GEN-02616559 (PTX-1375).

12. Attached as Exhibit AP is a true and correct copy of an email chain dated between March 12, 2021 and April 5, 2021 between Pete Zorn and Neal Dahiya regarding Follow Up, bearing Bates range GENV-00247327 through GENV-00247329 (PTX-896).

13. Attached as Exhibit AQ is a true and correct copy of an email chain dated between June 23, 2021 and June 30, 2021 between Neal Dahiya and Pete Zorn regarding Proposal, bearing Bates range GENV-00247321 through GENV-00247322 (PTX-930).

14. Attached as Exhibit AR is a true and correct copy of an email dated between January 15, 2021 and January 28, 2021 involving Said Francis, Pete Zorn, Shaun Ryan, and Pete Lutwyche regarding Revised CDA, bearing Bates range GENV-00247297 through GENV-00247299.

15. Attached as Exhibit AS is a true and correct copy of excerpts from a Moderna presentation bearing Bates MRNA-GEN-01251860 through MRNA-GEN-01252028 (PTX-0070)

16. Attached as Exhibit AT is a true and correct copy of excerpts from a Moderna presentation dated September 2, 2020 bearing Bates MRNA-GEN-01570975 through MRNA-GEN-01571159 (PTX-808).

17. Attached as Exhibit AV is a true and correct copy of a December 31, 2020 Moderna, Inc. Spreadsheet of Statement of Operations (PTX-1086).

18. Attached as Exhibit AW is a true and correct copy of a December 31, 2020 ModernaTx, Inc. Spreadsheet of Statement of Operations (PTX-1239).

19. Attached as Exhibit AY is a true and correct copy of excerpts from a Moderna presentation dated May 15, 2020 bearing Bates MRNA-GEN-02645641 through MRNA-GEN-02645677 (PTX-68).

20. Attached as Exhibit BG is a true and correct copy of excerpts from November 25, 2024 Opening Expert Report of Catharine M. Lawton (PTX-26).

21. Attached as Exhibit BJ is a true and correct copy of excerpts from the February 14, 2025 Rebuttal Expert Report of Christopher A. Vellturo, Ph.D.

22. Attached as Exhibit BK is a true and correct copy of excerpts from the February 12, 2025 Rebuttal Expert Report of Pierre Meulien, Ph.D.

23. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in New York, New York, this 26th day of January 2026.

*/s/ Mark McLennan*
Mark McLennan

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 11, 2026, upon the following in the manner indicated:

John W. Shaw, Esquire *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH*

Daralyn J. Durie, Esquire *VIA ELECTRONIC MAIL*
Adam R. Brausa, Esquire
Eric C. Wiener, Esquire
Annie A. Lee, Esquire
Shaelyn K. Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Kira A. Davis, Esquire *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

David N. Tan, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

*VIA ELECTRONIC MAIL*

David I. Berl, Esquire
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Shaun P. Mahaffy, Esquire
Andrew L. Hoffman, Esquire
Matthew W. Lachman, Esquire
Ricardo Leyva, Esquire
Arthur J. Argall III, Esquire
Falicia Elenberg, Esquire
Kathryn Larkin, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

*VIA ELECTRONIC MAIL*

Andrei Iancu, Esquire
Jeffrey B. Wall, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
*Attorneys for Plaintiff Genevant Sciences GmbH*

*VIA ELECTRONIC MAIL*

*/s/ Travis J. Murray*

Travis J. Murray (#6882)