# EXHIBIT AR

REDACTED

IN ITS

ENTIRETY