# EXHIBIT 35

Case 1:22-cv-00252-JDW   Document 729-35   Filed 02/11/26   Page 2 of 10 PageID #: 60680

5/22/2024               Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
                                    Highly Confidential - Attorneys' Eyes Only

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

C.A. No. 22-252-MSG

*****************************

ARBUTUS BIOPHARMA CORPORATION

and GENEVANT SCIENCES GmbH,

Plaintiffs,

vs.

MODERNA, INC. and MODERNATX,

INC.,

Defendants.

*******************************

HIGHLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

Videotaped Deposition of STEPHEN G. HOGE, MD 30(b)(6), held at Kirkland & Ellis, 200 Clarendon Street, Boston, Massachusetts, commencing at 8:11 a.m., on the 22nd of May, 2024, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, Certified Shorthand Reporter, Notary Public.

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 1:22-cv-00252-JDW   Document 729-35   Filed 02/11/26   Page 3 of 10 PageID #: 60681

5/22/2024                Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
                                        Highly Confidential - Attorneys' Eyes Only

```
                                                              Page 2
 1    APPEARANCES:
 2
 3    KIRKLAND & ELLIS LLP
 4    BY:  JEANNA M. WACKER, ESQ.
 5         601 Lexington Avenue
 6         New York, New York 10022
           212-446-4773
 7         jeanna.wacker@kirland.com
           Representing the Defendants
 8
 9    KIRKLAND & ELLIS
      BY:  ALINA AFINOGENOVA, ESQ.
10         200 Clarendon Street
           Boston, Massachusetts 02116
11         617-385-7526
           afina.afinogenova@kirkland.com
12         Representing the Defendants
13
      WILLIAMS & CONNOLLY, LLP
14    BY:  DAVID BERL, ESQ.
      BY:  FALICIA ELENBERG, ESQ.
15    BY:  PHILIP HAUNSCHILD, ESQ.
           680 Main Avenue SW
16         Washington, DC 20024
           202-434-5554
17         dberl@wc.com
           felenberg@wc.com
18         phaunschild@wc.com
           Representing the Plaintiffs
19
20    Also Present:
21    Shannon Klinger, Chief Legal Officer, Moderna
22    Shawn Budd, Videographer
```

Case 1:22-cv-00252-JDW   Document 729-35   Filed 02/11/26   Page 4 of 10 PageID #: 60682

5/22/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 14

1   P R O C E E D I N G S

2

3       THE VIDEOGRAPHER: Okay. We are on

4   the record. This is the videographer

5   speaking, Shawn Budd, with Digital Evidence

6   Group. Today's date is May 22nd, 2024, and

7   the time is 8:11 a.m.

8       We are here in Boston,

9   Massachusetts to take the video deposition

10  of Dr. Stephen Hoge in the matter of Arbutus

11  Biopharma Corp. and Genevant Sciences GmbH

12  versus Moderna, Inc., et al.

13      Would counsel please introduce

14  themselves for the record.

15      MR. BERL: David Berl, Williams &

16  Connolly, representing Genevant. With me

17  are Falicia Elenberg and Philip Haunschild,

18  also from Williams & Connolly.

19      MS. WACKER: Jeanna Wacker from

20  Kirkland & Ellis representing Moderna, and

21  with me is Alina Afinogenova from Kirkland &

22  Ellis and Shannon Klinger, chief legal

Case 1:22-cv-00252-JDW   Document 729-35   Filed 02/11/26   Page 5 of 10 PageID #: 60683

5/22/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 15

1    officer for Moderna.

2            THE VIDEOGRAPHER:  The court

3    reporter today is Maureen Pollard.  Would

4    you please swear in the witness.

5                    *   *   *

6    Whereupon,

7            STEPHEN G. HOGE, MD,

8    being first duly identified and sworn to testify

9    to the truth, the whole truth, and nothing but

10   the truth, was examined and testified as

11   follows:

12                   EXAMINATION

13   BY MR. BERL:

14       Q.    Good morning, Dr. Hoge.

15       A.    Good morning.

16       Q.    Is there any reason you can't

17   testify truthfully today?

18       A.    No.

19       Q.    You joined Moderna in 2012?

20       A.    At the end of 2012.

21       Q.    And you joined as the SVP for

22   corporate development, is that right?

Case 1:22-cv-00252-JDW   Document 729-35   Filed 02/11/26   Page 6 of 10 PageID #: 60684

5/22/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 174

1 said, "Last week SB had another outreach from
2 Genevant (current holders of Arbutus IP) asking
3 to engage in discussion."
4           Do you recall this?
5     A.    I do recall this.
6     Q.    And you understand, as you set
7 forth in the ensuing paragraph, that at the time
8 Genevant was under pressure with the IPR timing.
9           Do you see that?
10    A.    That was what I understood they
11 relayed.
12    Q.    And that -- you said at the bottom
13 in the PS, says, "hence I think the pressure
14 they feel to resolve the IPRs."
15          Do you see that?
16    A.    So I think I say that Bo Rode
17 Hansen, then the CEO, said that they were trying
18 to raise money right now, and that that may have
19 been why they -- that was my conjecture, may
20 have been why they felt pressure to resolve the
21 IPRs.
22          If I remember correctly the

Case 1:22-cv-00252-JDW   Document 729-35   Filed 02/11/26   Page 7 of 10 PageID #: 60685

5/22/2024   Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al.   Stephen G. Hoge, MD 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 175

1  conversation with Bo, he wanted to reset the
2  relationship, and he had a vision for moving out
3  of the more litigious history of Arbutus,
4  Tekmira, and others and trying to actually make
5  investments in new delivery
6  technologies/improvements, and he was interested
7  in understanding whether we wanted to
8  collaborate in that space.
9       Q.   And he conveyed to you in sum or
10 substance that they had an interest in having
11 the IPRs resolved, is that right?
12      A.   Yeah, I think some of that is my
13 attempt to understand his statements.  What I
14 think he was clear about is that they wanted to
15 reset a relationship.
16      Q.   You understood that if Moderna had
17 succeeded in invalidating the patents before the
18 Patent & Trademark Office, those patents
19 couldn't be licensed or asserted against others,
20 correct?
21           MS. WACKER:  I'm just going to
22     caution you, to the extent your

Case 1:22-cv-00252-JDW  Document 729-35  Filed 02/11/26  Page 8 of 10 PageID #: 60686

5/22/2024  Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 307

1  strong business reasons to have 48 percent, did
2  you?
3       A.   I didn't list every number, no.  I
4  picked one.
5       Q.   You didn't list any numbers.  You
6  just have one numbered, right?
7       A.   There's -- I believe that we should
8  have a lower amino lipid percentage, and so I
9  did use an example.
10           If you're asking me whether I think
11 that example was a prescription, that was not my
12 intention in writing it.
13      Q.   You didn't say a lower number, you
14 just said 40 percent is more attractive, right?
15      A.   I mean, my intentions in writing
16 this were to use an example of a lower
17 percentage because I believed that we should be
18 lowering the percentage of amino lipid in our
19 formulations, and I used an example of that.  I
20 did not in my memory or have any intention of
21 prescribing a number to the scientific leaders.
22 I would have asked that they explore that space.

Case 1:22-cv-00252-JDW   Document 729-35   Filed 02/11/26   Page 9 of 10 PageID #: 60687

5/22/2024                Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
                                    Highly Confidential - Attorneys' Eyes Only

Page 308

1    Q.   Did the incredibly strong business
2    reasons that made a 40 percent amino lipid more
3    attractive include avoiding patents?
4         MS. WACKER:  To the extent you can
5         answer that without disclosing privileged
6         information, go ahead.
7         THE WITNESS:  Again, purely based
8         on my role as a scientific leader and not
9         based on any assessment of patents, we would
10        have been aware at that point of the
11        quagmire between all of the siRNA companies
12        and their disputes around their
13        compositions, amino lipids that are
14        50 percent and higher, and so avoiding that
15        would be in our interest.
16   BY MR. BERL:
17   Q.   When you say "avoiding that,"
18   avoiding patents is what you mean?
19   A.   Avoiding, from my perspective, the
20   quagmire.  There had been numerous, as we talked
21   about previously, public assertions by a CEO
22   that I didn't -- of our -- Tekmira at the time,

Case 1:22-cv-00252-JDW Document 729-35 Filed 02/11/26 Page 10 of 10 PageID #: 60688

5/22/2024  Arbutus Biopharma Corp., et al. v. Moderna, Inc. et al. Stephen G. Hoge, MD 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 442

1  COMMONWEALTH OF MASSACHUSETTS )

2  SUFFOLK, SS.                  )

3          I, MAUREEN O'CONNOR POLLARD,

4  Registered Diplomate Reporter and Notary Public

5  in and for the Commonwealth of Massachusetts, do

6  certify that on the 22nd day of May, 2024, at

7  8:11, the person above-named was duly sworn to

8  testify to the truth of their knowledge, and

9  examined, and such examination reduced to

10 typewriting under my direction, and is a true

11 record of the testimony given by the witness.  I

12 further certify that I am neither attorney,

13 related or employed by any of the parties to

14 this action, and that I am not a relative or

15 employee of any attorney employed by the parties

16 hereto, or financially interested in the action.

17         In witness whereof, I have hereunto

18 set my hand this 28th day of May, 2024.

19

20  *Maureen Pollard*
    _____

21 MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC

22 CSR #149108