# Exhibit BO
# Redacted in its Entirety