# Exhibit BT

| | |
|---|---|
| **From:** | Edward Hennessy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=33694D91AE9C4C73A6779297FADD25E9-EDWARD HENN] |
| **Sent:** | 4/7/2021 12:21:42 PM |
| **To:** | Edward Miracco [ed.miracco@modernatx.com]; Lisa Rice [lisa.rice@modernatx.com]; Rose Loughlin [rose.loughlin@modernatx.com] |
| **CC:** | Kerry Benenato [kerry.benenato@modernatx.com] |
| **Subject:** | RE: Conference Data Uploaded for: "Stonehill College Chemistry Department Undergraduate Seminar" |
| **Attachments:** | Stonehill presentation April 2021 v2 edited.pptx |

Good morning all-
Let me know what you guys think about this revised version (see attached). Lisa, I incorporated all of your corrections, and Ed I scrubbed any explicit mention of "MC3" including defining the structure – the only exception is the figure on slide 11 which is taken from the literature – but the "prototypical" structure shown above would apply to most lipids in that figure. Everywhere is the term "Control" is used.
Let me know if there are still any concerns – do I need to repost this to the publication portal?
Thanks again for all of your help!
-Ed

**From:** Edward Hennessy
**Sent:** Tuesday, April 6, 2021 10:06 AM
**To:** Edward Miracco <Ed.Miracco@modernatx.com>; Lisa Rice <Lisa.Rice@modernatx.com>; Rose Loughlin <Rose.Loughlin@modernatx.com>
**Subject:** RE: Conference Data Uploaded for: "Stonehill College Chemistry Department Undergraduate Seminar"

Thanks for the feedback Ed-
Lisa apologies for not getting back to you sooner – I was out on Friday and I'm still digging out from the e-mails I received that day!
I probably should have mentioned this somewhere in the publications app, but these slides have all been presented externally previously by Kerry and Staci at various meetings over the previous years. Nothing in here is "original" and undisclosed aside from the first few slides on generic impact of chemistry in the pharma/biotech industry. I'm happy to remove the label "MC3" from these if our messaging strategy has changed, but the whole "MC3 to something better" story is what was published in the SM-86 paper (see below screenshot), and so I had assumed there wouldn't be any issue.
Let me know what you guys think

Thanks-
Ed

CONFIDENTIAL                                                                                                                                                                              MRNA-GEN-01439484



Figure 1. Optimization of Efficiency and Clearance of Amino Lipid

(A) Structures of amino lipids. (B) Whole-body luciferase bioluminescence AUC of novel LNPs versus MC3 LNPs, measured in CD-1 mice (n = 6 at 3 and 6 hr, n = 3 at 24 hr), 0.5 mg/kg dose firefly luciferase (fLuc) mRNA, i.v. bolus, error bars indicate SD of the ratio of novel lipid AUC versus MC3 AUC. *p < 0.05, **p < 0.01, ***p < 0.001, ****p < 0.0001, n.s. = not statistically significant. (C) Parent amino lipid levels measured in liver tissue from Sprague-Dawley rats (n = 3 per time point), 0.2 mg/kg dose hEPO mRNA, mean ± SD, p < 0.05 for lipids 5 and 8 AUC relative to MC3.

Whole-body imaging clearly demonstrated that the majority of protein expression was localized in the liver (Figure S1). We found that the lipid had similar clearance to MC3 from liver tissue with 66% of the original dose remaining in liver tissue of mice 24 hr post-

---

**From:** Edward Miracco
**Sent:** Tuesday, April 6, 2021 9:57 AM
**To:** Lisa Rice <Lisa.Rice@modernatx.com>; Edward Hennessy <Edward.Hennessy@modernatx.com>; Rose Loughlin <rose.loughlin@modernatx.com>
**Subject:** Re: Conference Data Uploaded for: "Stonehill College Chemistry Department Undergraduate Seminar"

Hi Ed,

Have we published the opsonin IDs on slide 10 before or will this be the first public disclosure?

As your whole presentation is how we moved from MC3 to "something better", it is difficult for me to find out a way to suggest removing MC3 from the deck : ) So, I'm not sure what we should do. We do not present on MC3 externally at all. In fact, we scrub any mention of it from everything (like in Lisa's comments below).

As this is to an undergraduate group, the risks are low, but this would be a departure from our normal disclosure strategy.

@Rose Loughlin when you get a chance, can you opine (see attached deck)?

Thanks,
Ed

---

**From:** Lisa Rice <Lisa.Rice@modernatx.com>
**Date:** Friday, April 2, 2021 at 9:24 AM
**To:** Edward Hennessy <Edward.Hennessy@modernatx.com>
**Cc:** Edward Miracco <Ed.Miracco@modernatx.com>
**Subject:** Re: Conference Data Uploaded for: "Stonehill College Chemistry Department Undergraduate Seminar"

Hi Ed,

If you could just make the edits listed below for this deck that would be wonderful!

CONFIDENTIAL                                                                                                                    MRNA-GEN-01439485

Best,
Lisa

1. Replace slide 2, and 6 with the two slides attached
2. Replace Cholesterol with Sterol slides 8,12, and 27
3. Replace Safety with Non-clinical safety on slides 8, 10, 12, and 27
4. ==Slide 17, 23, and 24 please replace MC3 (there are multiple occurrences in across these slides) with Legacy LNP or Control LNP==
5. Slide 25 If this is the data from Chik GLP tox study- please change title to nonclinical safety package successfully supported clinical development If this was a platform tox study please say- the LNP was well tolerated in a non-clinical toxicology study after 1-month of repeat dosing.

---

**From:** IxAdmin@modernatx.com <IxAdmin@modernatx.com>
**Sent:** Thursday, April 1, 2021 5:33 PM
**To:** Katherine O'Malley <Katherine.Omalley@modernatx.com>; Colleen Hussey <Colleen.Hussey@modernatx.com>; Ray Jordan <Ray.Jordan@modernatx.com>; Amy Rabideau <Amy.Rabideau@Modernatx.com>; Edward Miracco <Ed.Miracco@modernatx.com>; Megan Williams <Megan.Williams@modernatx.com>; Debra Milasincic <Debra.Milasincic@modernatx.com>; Darrell Fontenot <Darrell.Fontenot@modernatx.com>; Mark Milstead <Mark.Milstead@modernatx.com>; Jacob Moore <Jacob.Moore@modernatx.com>; Lisa Rice <Lisa.Rice@modernatx.com>; Rose Loughlin <rose.loughlin@modernatx.com>; Staci Sabnis <Staci.Sabnis@modernatx.com>; Melissa Moore <Melissa.Moore@Modernatx.com>
**Cc:** Edward Hennessy <Edward.Hennessy@modernatx.com>
**Subject:** Conference Data Uploaded for: "Stonehill College Chemistry Department Undergraduate Seminar"

# Presentation: Stonehill College Chemistry Department Undergraduate Seminar

A new file has been uploaded waiting for your approval.
**Submitted By:** Edward Hennessy
**Attendee:** Edward Hennessy
**Conference Start Date:** April 23rd 2021
**Status:** Planned
**Review Due Date:** April 2nd 2021
**Instructions:**
Click the "Go to Submission" link below to access the submission page. You can find details about the submission, view approval status of different groups and approve by clicking on "Approve All" button.

Click the "Go to Approval Dashboard" link below to view all submissions pending for your approval, approve by clicking the "Approve Files" button on the right.

Review the submission

Go to Submission →

Approve the Sumbission

Go to Approval Dashboard →

Contact publications@modernatx.com for questions.
-The Informatics Team

 Please consider the environment before printing this email

Confidentiality notice and disclaimer: The information in this message and any attachments is intended for the exclusive use of the addressee(s), is confidential and may be privileged or otherwise protected from disclosure. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, of any such information by persons or entities other than the intended addressee(s) is prohibited. If you have received this message in error and are not the intended addressee, please notify the sender immediately and delete this message and any attachments from your system without reading or disclosing them. If you are not the intended addressee, be advised that any use of the information in this message and any attachment is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

CONFIDENTIAL

MRNA-GEN-01439487