**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants. | ) | C.A. No. 22-252-JDW |
| MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | ) | |

**EXHIBITS 44-53, 55-58, 60-61, 63, 67-76 AND 80 TO THE DECLARATION OF MARK MCLENNAN IN SUPPORT OF**
**MODERNA'S OPPOSITION TO PLAINTIFFS' MOTIONS IN *LIMINE***

I, Mark McLennan, hereby declare and state as follows:

1. I am over the age of eighteen and, if called as a witness, could competently testify to the matters set forth herein.

2. I am an attorney at Kirkland & Ellis LLP, and counsel to Defendants and Counterclaim-Plaintiffs Moderna, Inc. and ModernaTX, Inc. ("Moderna") in this matter.

3. I make this declaration in support of Moderna's Opposition to Plaintiffs' Motions in *Limine*.

4. I have reviewed the November 25, 2024 Expert Report of Catharine M. Lawton. Ms. Lawton's opening report includes the phrase "gold standard" 87 times.

5. I have reviewed the February 14, 2025 Rebuttal Expert Report of Catharine M. Lawton. Ms. Lawton's rebuttal report includes the phrase "gold standard" 32 times.

6. I have reviewed the March 21, 2025 Reply Expert Report of Catharine M. Lawton. Ms. Lawton's reply report includes the phrase "gold standard" 12 times.

7. Attached as Exhibit 44 is a true and correct copy of a letter dated August 24, 2023, from Mark McLennan to Anthony Sheh regarding Sample Requests.

8. Attached as Exhibit 45 is a true and correct copy of excerpts from the June 12, 2024, Deposition Transcript of Edward Yaworski.

9. Attached as Exhibit 46 is a true and correct copy of excerpts from the May 30, 2024, Deposition Transcript of Steven Bossone.

10. Attached as Exhibit 47 is a true and correct copy of excerpts from Exhibit 31 to the Deposition of Steven Bossone, bearing Bates ALNY-02306420 through ALNY-02306446.

11. Attached as Exhibit 48 is a true and correct copy of an email dated May 15, 2009, from Frances Wong to Akin Akinc, bearing Bates ALNY-00114323.

12. Attached as Exhibit 49 is a true and correct copy of an email dated June 3, 2009 from Akin Akinc to David Butler, bearing Bates ALNY-00115642.

13. Attached as Exhibit 50 is a true and correct copy of an email dated June 5, 2009 from Soma De to Bo Pang, bearing bates ALNY-00116080.

14. Attached as Exhibit 51 is a true and correct copy of an email and attachment from Ed Yaworski to Peter Lutwyche et al., dated October 6, 2009, bearing Bates GENV-00701594 through GENV-00701596.

15. Attached as Exhibit 52 is a true and correct copy of excerpts from the November 25, 2024 Opening Expert Report of Dr. Michael Mitchell.

16. Attached as Exhibit 53 is a true and correct copy of excerpts from U.S. Patent No. 9,814,777 to Monohoran et al., issued on November 14, 2017.

17. Attached as Exhibit 55 is a true and correct copy of excerpts from the November 25, 2024 Opening Expert Report of Robert Prud'Homme, Ph.D.

18. Attached as Exhibit 56 is a true and correct copy of excerpts from the March 21, 2025 Reply Invalidity Expert Report of Robert Prud'Homme Ph.D.

19. Attached as Exhibit 57 is a true and correct copy of excerpts from the March 21, 2025 Reply Expert Report of Dr. Michael Mitchell.

20. Attached as Exhibit 58 is a true and correct copy of excerpts from the May 31, 2024 Deposition Transcript of Orn Almarsson.

21. Attached as Exhibit 60 is a true and correct copy of excerpts from the April 26, 2024 Deposition Transcript of Kimberly J. Hassett, Ph.D.

22. Attached as Exhibit 61 is a true and corrected copy of an email dated April 22, 2024 from Mark McLennan to Matthew Lachman regarding 30(b)(6) Follow Up.

23. Attached as Exhibit 63 is a true and correct copy of a letter dated October 25, 2023, from Mark McLennan to Anthony Sheh regarding Plaintiffs' Third Set of Requests for Production.

24. Attached as Exhibit 67 is a true and correct copy of an email dated February 6, 2013, from Tony de Fougerolles to Stephane Bancel regarding AlCana and Tekmira update, bearing bates MRNA-GEN-01247585.

25. Attached as Exhibit 68 is a true and correct copy of a *Forbes* article titled *Covid's Forgotten Hero: The Untold Story of The Scientist Whose Breakthrough Made the Vaccines Possible,* dated August 17, 2021, bearing Bates GENV-00963693 through GENV-00963715.

26. Attached as Exhibit 69 is a true and correct copy of excerpts from the May 29, 2024 Deposition Transcript of Ian MacLachlan, Ph.D.

27. Attached as Exhibit 70 is a true and correct copy of Defendants' Pretrial Statement in Civil Action No. 11-1010-BLS-2 dated October 31, 2012, bearing Bates GENV-00239568 through GENV-00239591.

28. Attached as Exhibit 71 is a true and correct copy of excerpts from U.S. Patent No. 8,158,601 to Chen et al., issued on April 17, 2012.

29. Attached as Exhibit 72 is a true and correct copy of a License and Development Agreement, dated May 11, 2020, bearing Bates GENV-00022307 through GENV-00022416.

30. Attached as Exhibit 73 is a true and correct copy of a Nonexclusive License and Development Agreement, dated January 15, 2021, bearing Bates GENV-00022689 through GENV-00022792.

31. Attached as Exhibit 74 is a true and correct copy of the April 4, 2024 Declaration of Dr. James Heyes in Opposition to European Patent Number EP 2 279 254, bearing Bates GENV-01099101 through GENV-01099105.

32. Attached as Exhibit 75 is a true and correct copy a Roivant, Genevant and Arbutus organizational chart, bearing Bates GENV-00037195.

33. Attached as Exhibit 76 is a true and correct copy of excerpts from a Roivant presentation regarding Financial Results and Business Update, dated February 14, 2022, bearing Bates ROIV-0006723 through ROIV-0006771.

34. Attached as Exhibit 80 is a true and correct copy of excerpts from the June 5, 2024 Deposition Transcript of Peter Zorn.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in New York, New York, this 6th day of February 2026.

*/s/ Mark McLennan*
Mark McLennan

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 11, 2026, upon the following in the manner indicated:

John W. Shaw, Esquire *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH*

Daralyn J. Durie, Esquire *VIA ELECTRONIC MAIL*
Adam R. Brausa, Esquire
Eric C. Wiener, Esquire
Annie A. Lee, Esquire
Shaelyn K. Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

Kira A. Davis, Esquire *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

David N. Tan, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

*VIA ELECTRONIC MAIL*

David I. Berl, Esquire
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Shaun P. Mahaffy, Esquire
Andrew L. Hoffman, Esquire
Matthew W. Lachman, Esquire
Ricardo Leyva, Esquire
Arthur J. Argall III, Esquire
Falicia Elenberg, Esquire
Kathryn Larkin, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

*VIA ELECTRONIC MAIL*

Andrei Iancu, Esquire
Jeffrey B. Wall, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
*Attorneys for Plaintiff Genevant Sciences GmbH*

*VIA ELECTRONIC MAIL*

*/s/ Travis J. Murray*

Travis J. Murray (#6882)