IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-JDW |
| MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) REDACTED - PUBLIC VERSION |

**EXHIBITS 54, 59, 62, 64-66, 77 AND 79 TO THE DECLARATION OF MARK MCLENNAN IN SUPPORT OF
<u>MODERNA'S OPPOSITION TO PLAINTIFFS' MOTIONS IN *LIMINE*</u>**

I, Mark McLennan, hereby declare and state as follows:

1. I am over the age of eighteen and, if called as a witness, could competently testify to the matters set forth herein.

2. I am an attorney at Kirkland & Ellis LLP, and counsel to Defendants and Counterclaim-Plaintiffs Moderna, Inc. and ModernaTX, Inc. ("Moderna") in this matter.

3. I make this declaration in support of Moderna's Opposition to Plaintiffs' Motions in *Limine.*

4. I have reviewed the November 25, 2024 Expert Report of Catharine M. Lawton. Ms. Lawton's opening report includes the phrase "gold standard" 87 times.

1

5. I have reviewed the February 14, 2025 Rebuttal Expert Report of Catharine M. Lawton. Ms. Lawton's rebuttal report includes the phrase "gold standard" 32 times.

6. I have reviewed the March 21, 2025 Reply Expert Report of Catharine M. Lawton. Ms. Lawton's reply report includes the phrase "gold standard" 12 times.

7. Attached as Exhibit 54 is a true and correct copy of excerpts from the November 25, 2024 Opening Expert Report of Catharine M. Lawton.

8. Attached as Exhibit 59 is a true and correct copy of excerpts from the May 17, 2024 Deposition Transcript of Kerry Benenato.

9. Attached as Exhibit 62 is a true and correct copy of Moderna's Fourth Revised 30(b)(6) Designations, dated June 3, 2024.

10. Attached as Exhibit 64 is a true and correct copy of an email dated December 8, 2023, from Mark McLennan to Anthony Sheh regarding Moderna's Search Terms.

11. Attached as Exhibit 65 is a true and correct copy of Moderna's Search Terms, Sources, Dates, and Hits.

12. Attached as Exhibit 66 is a true and correct copy of excerpts from the May 14, 2024 Deposition Transcript of Michael H. Smith, Ph.D.

13. Attached as Exhibit 77 is a true and correct copy of an email dated October 3, 2017, with Mark Murray, bearing Bates GENV-00517314.

14. Attached as Exhibit 79 is a true and correct copy of an email thread dated January 12, 2022 from Pete Zorn, bearing Bates GENV-00262513 through GENV-00262517.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in New York, New York, this 6th day of February 2026.

<u>/s/ Mark McLennan</u><br>
Mark McLennan

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 11, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

  I further certify that I caused copies of the foregoing document to be served on February 11, 2026, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs Arbutus Biopharma Corporation and Genevant Sciences GmbH* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Adam R. Brausa, Esquire<br>Eric C. Wiener, Esquire<br>Annie A. Lee, Esquire<br>Shaelyn K. Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017-3543<br>*Attorneys for Plaintiff Arbutus Biopharma Corporation* | *VIA ELECTRONIC MAIL* |

David N. Tan, Esquire                                           *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Plaintiff Arbutus Biopharma Corporation*

David I. Berl, Esquire                                          *VIA ELECTRONIC MAIL*
Adam D. Harber, Esquire
Thomas S. Fletcher, Esquire
Shaun P. Mahaffy, Esquire
Andrew L. Hoffman, Esquire
Matthew W. Lachman, Esquire
Ricardo Leyva, Esquire
Arthur J. Argall III, Esquire
Falicia Elenberg, Esquire
Kathryn Larkin, Esquire
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
*Attorneys for Plaintiff Genevant Sciences GmbH*

Andrei Iancu, Esquire                                           *VIA ELECTRONIC MAIL*
Jeffrey B. Wall, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC  20006
*Attorneys for Plaintiff Genevant Sciences GmbH*

/s/ *Travis J. Murray*

Travis J. Murray (#6882)