# EXHIBIT 77

# REDACTED IN ITS ENTIRETY