

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

February 12, 2026

**BY CM/ECF AND HAND DELIVERY**
The Honorable Joshua D. Wolson
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 12613
601 Market Street, Philadelphia, PA 19106-1797

Re: *Arbutus Biopharma Corporation, et. al. v. Moderna, Inc., et. al.*
C.A. No. 22-252-JDW

Dear Judge Wolson:

For Your Honor's convenience, the parties submit two thumb drives containing hyperlinked courtesy copies of the parties' briefing on their motions *in limine* (D.I. 714, 721, 723, 730). The courtesy copy of Moderna's Motions *in limine* (D.I. 714) also corrects a citation on page 24—the citation to D.I. 658-1 ¶ 63 was corrected to ¶ 630.

Counsel are available should the Court have any questions or concerns.

Respectfully submitted,

*/s/ Nathan R. Hoeschen*

Nathan R. Hoeschen (No. 6232)

cc:   Clerk of the Court (via CM/ECF and Hand Delivery)
      All Counsel of Record (by CM/ECF and Email)