IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ARBUTUS BIOPHARMA CORPORATION** and **GENEVANT SCIENCES GMBH**, <br><br> *Plaintiffs,* <br> v. <br><br> **MODERNA, INC. and MODERNATX, INC.**, <br><br> *Defendants.* | **Case No. 1:22-cv-00252-JDW** |

## ORDER

**AND NOW**, this 17th day of February, 2026, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows.

1. Plaintiffs' Motion For Summary Judgment (D.I. 518) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Motion is **GRANTED** as to:

        i. Plaintiffs' claims that IPR estoppel and issue preclusion bar Defendants' obviousness defenses related to U.S. Patent Nos. 9,364,435; 8,492,359; and 11,141,378; and

        ii. Plaintiffs' claim that U.S. Patent No. 9,504,651 was not derived from prior art; and

    b. The Motion is **DENIED** in all other respects.

2. Plaintiffs' Motion To Exclude Certain Expert Testimony Of Dr. Anderson and Dr. Prud'homme (D.I. 522) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Motion is **GRANTED** as to Dr. Anderson; and

    b. The Motion is **DENIED** as to Dr. Prud'homme.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.