IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-252-JDW ) ) |
| MODERNA, INC. and MODERNATX, INC., | ) ) |
| Defendants. | ) ) |

## **MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the

admission *pro hac vice* of the following attorneys in this matter:

Philip N. Haunschild
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000
phaunschild@wc.com

*Attorney for Plaintiff Genevant
Sciences GmbH*

Jackson T. Lane
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
jlane@mofo.com

*Attorney for Plaintiff Arbutus
Biopharma Corporation*

OF COUNSEL:
David I. Berl
Adam D. Harber
Thomas S. Fletcher
Shaun P. Mahaffy
Andrew L. Hoffman
Matthew W. Lachman
Ricardo Leyva
Arthur J. Argall III
Philip N. Haunschild
Falicia Elenberg
Kathryn Larkin
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
(202) 434-5000

Andrei Iancu
Jeffrey B. Wall
Sullivan & Cromwell llp
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006
(202) 956-7500

*Attorneys for Plaintiff Genevant
Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Shaelyn K. Dawson
Jackson T. Lane
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6080

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

*/s/ Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

David N. Tan
MORRISON & FOERSTER LLP 2100 L
Street, NW, Suite 900 Washington, DC
20037 (202) 887-1500
Attorneys for Plaintiff Arbutus Biopharma
Corporation

Dated: February 17, 2026

2

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of

Philip N. Haunschild and Jackson T. Lane is granted.


                                                <u>*/s/ Joshua D. Wolson*</u>
                                                United States District Judge

Date:   February 19, 2026