IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>*Defendants*. | Case No. 1:22-cv-00252-JDW |

### ORDER

**AND NOW**, this 24th day of February, 2026, upon consideration of Plaintiffs' Motion To Exclude Expert Testimony (D.I. 657) and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART.** The Motion is **GRANTED** as to (a) Plaintiffs' request to exclude Dr. Vellturo's reasonable royalty opinion and (b) Plaintiffs' request to exclude Dr. Vellturo's opinion on non-infringing alternatives. The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.