IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Defendants.<br><br>MODERNA, INC. and MODERNATX, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,<br><br>Counterclaim-Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-252-JDW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

WHEREAS, pursuant to the Court's Order granting the parties' stipulation (D.I. 749), the parties will today file an exhibit list;

WHEREAS, the parties also are preparing to submit a hard drive to the Court containing electronic copies of exhibits on the list;

WHEREAS, in finalizing the exhibits for submission, the parties noticed issues with several exhibits that require correction;

WHEREAS, the parties require additional time to process the full set of exhibits so that they are text-searchable for the Court's convenience,

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to submit a hard drive containing the joint set of exhibits the parties intend to use at trial is extended through and including February 26, 2026.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Travis J. Murray* |
| John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorney for Plaintiffs* | Brian P. Egan (No. 6227)<br>Travis J. Murray (No. 6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants* |

**SO ORDERED** this _26th_ day of February, 2026.

*/s/ Joshua D. Wolson*
UNITED STATES DISTRICT JUDGE