

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

February 26, 2026

**BY CM/ECF AND HAND DELIVERY**
The Honorable Joshua D. Wolson
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 12613
601 Market Street, Philadelphia, PA 19106-1797

    Re:    *Arbutus Biopharma Corporation, et. al. v. Moderna, Inc., et. al.*
            C.A. No. 22-252-JDW

Dear Judge Wolson:

    Pursuant to the Court's Order Rescheduling the Pretrial Conference (D.I. 685, as amended in D.I. 755), the parties hereby provide the Court with the accompanying hard drive containing a joint set of text-searchable OCRed exhibits that the parties intend to use at trial. The hard drive also contains the final exhibit list as a table of contents.

    Counsel are available should the Court have any questions or concerns.

    Respectfully submitted,

    */s/ Nathan R. Hoeschen*

    Nathan R. Hoeschen (No. 6232)

cc:    Clerk of the Court (via CM/ECF and Hand Delivery)
       All Counsel of Record (by CM/ECF and Email)